## __Exhibit B__

**Monthly Statements**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors. [1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

-------------------------------------------------------------x

**COVER SHEET TO TENTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE
LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF
PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM
("ERS"), FOR THE PERIOD FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | <u>Proskauer Rose LLP ("Proskauer")</u> |
| Authorized to Provide<br>Professional Services to: | Financial Oversight and Management Board, as<br>Representative for the Debtor Pursuant to<br><u>PROMESA Section 315(b)</u> |
| Period for which compensation<br>and reimbursement for fees and services<br>outside of Puerto Rico is sought: | <u>February 1, 2018 through February 28, 2018</u> |
| Amount of compensation sought<br>as actual, reasonable and necessary: | <u>**$116,891.50**</u> |
| Amount of expense reimbursement sought<br>as actual, reasonable and necessary: | <u>**$1,754.83**</u> |
| Total Amount for this Invoice: | <u>**$118,646.33**</u> |

This is a: <u>X</u> monthly __ interim __ final application.

This is Proskauer's tenth monthly fee application in these cases and is for fees and services rendered
outside of Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2018.

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 13, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period February 1, 2018 through February 28, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 3.00 | $1,877.80 |
| 203 | Hearings and other non-filed communications with the Court | 0.80 | $607.20 |
| 204 | Communications with Claimholders | 135.10 | $102,191.60 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.80 | $607.20 |
| 207 | Non-Board Court Filings | 2.50 | $1,897.50 |
| 211 | Non-Working Travel Time | 2.20 | $1,669.80 |
| 212 | General Administration | 1.80 | $468.00 |
| 213 | Labor, Pension Matters | 2.40 | $1,821.60 |
| 215 | Plan of Adjustment and Disclosure Statement | 4.80 | $3,643.20 |
| 218 | Employment and Fee Applications | 3.50 | $2,107.60 |
| **Total** | | **156.90** | **$116,891.50** |

**Summary of Legal Fees for the Period February 1, 2018 through February 28, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $759.00 | 34.60 | $26,261.40 |
| Jeffrey W. Levitan | Partner | BSGR & B | $759.00 | 14.10 | $10,701.90 |
| Kevin J. Perra | Partner | Litigation | $759.00 | 7.60 | $5,768.40 |
| Martin J. Bienenstock | Partner | BSGR & B | $759.00 | 6.60 | $5,009.40 |
| Paul Possinger | Partner | BSGR & B | $759.00 | 16.70 | $12,675.30 |
| Stephen L. Ratner | Partner | Litigation | $759.00 | 0.10 | $75.90 |
| Steven O. Weise | Partner | BSGR & B | $759.00 | 58.20 | $44,173.80 |
| Timothy W. Mungovan | Partner | Litigation | $759.00 | 2.20 | $1,669.80 |
| Jared Zajac | Associate | BSGR & B | $759.00 | 1.10 | $834.90 |
| Joshua A. Esses | Associate | BSGR & B | $759.00 | 3.20 | $2,428.80 |
| Mee R. Kim | Associate | Litigation | $759.00 | 2.40 | $1,821.60 |
| Michael R. Hackett | Associate | Litigation | $759.00 | 5.70 | $4,326.30 |
| | | | **TOTAL** | **152.50** | **$115,747.50** |

| Law Clerk | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elliot Stevens | Law Clerk | BSGR & B | $260.00 | 0.70 | $182.00 |
| | | | **TOTAL** | **0.70** | **$182.00** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | Corporate | $260.00 | 1.10 | $286.00 |
| Tayler M. Sherman | Legal Assistant | Litigation | $260.00 | 1.80 | $468.00 |
| | | | **TOTAL** | **2.90** | **$754.00** |

| Practice Support | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachael Hope Moller | Library | Professional Resources | $260.00 | 0.80 | $208.00 |
| | | | **TOTAL** | **0.80** | **$208.00** |

**Summary of Legal Fees for the Period February 1, 2018 through February 28, 2018**

| SUMMARY OF LEGAL FEES | Hours 156.90 | Fees $116,891.50 |
|---|---|---|

**Summary of Disbursements for the Period February 1, 2018 through February 28, 2018**

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| LEXIS | $8.00 |
| Westlaw | $357.00 |
| Taxicab/Car Service | $306.06 |
| Taxi, Carfare, Mileage and Parking | $78.45 |
| Printing, Binding, Etc. | $99.49 |
| Airplane | $373.29 |
| Lodging | $532.54 |
| **Total** | **$1,754.83** |

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $105,202.35 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1,754.83, for service rendered outside of Puerto Rico) in the total amount of $106,957.18.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (*i*) Proskauer Rose LLP was not doing business in Puerto Rico and (*ii*) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.


Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

# **<u>Exhibit A</u>**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170154796

0007 PROMESA TITLE III: ERS

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 202 | Legal Research | 3.00 | $1,877.80 |
| 203 | Hearings and other non-filed communications with the Co | 0.80 | $607.20 |
| 204 | Communications with Claimholders | 135.10 | $102,191.60 |
| 205 | Communications with the Commonwealth and its Representation | 0.80 | $607.20 |
| 207 | Non-Board Court Filings | 2.50 | $1,897.50 |
| 211 | Non-Working Travel Time | 2.20 | $1,669.80 |
| 212 | General Administration | 1.80 | $468.00 |
| 213 | Labor, Pension Matters | 2.40 | $1,821.60 |
| 215 | Plan of Adjustment and Disclosure Statement | 4.80 | $3,643.20 |
| 218 | Employment and Fee Applications | 3.50 | $2,107.60 |
| | **Total** | **156.90** | **$116,891.50** |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170154796

0007 PROMESA TITLE III: ERS

Page 2

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/22/18 | Joshua A. Esses | 202 | [REDACTED: Work relating to court-ordered mediation]. | 0.80 | $607.20 |
| 02/27/18 | Rachael Hope Moller | 202 | Research regarding court transcript in Altair v. ERS for E. Stevens. | 0.80 | $208.00 |
| 02/28/18 | Kevin J. Perra | 202 | Review and analyze issues regarding AFSCME Rule 2004 discovery motion. | 1.40 | $1,062.60 |
| **Legal Research** | | | | **3.00** | **$1,877.80** |

**Hearings and other non-filed communications with the Court -- 203**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/01/18 | Michael R. Hackett | 203 | Draft correspondence to Court regarding hearing on motion to dismiss. | 0.40 | $303.60 |
| 02/02/18 | Paul Possinger | 203 | Teleconference with Chambers regarding Altair litigation schedule (0.20); Follow-up teleconference with M. Hackett regarding same (0.20). | 0.40 | $303.60 |
| **Hearings and other non-filed communications with the Court** | | | | **0.80** | **$607.20** |

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/01/18 | Michael R. Hackett | 204 | Correspondence with legal team, bondholders and Retiree Committee regarding motion to dismiss and hearing (0.40); Correspondence with counsel for all parties regarding hearing (0.30). | 0.70 | $531.30 |
| 02/02/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.60); [REDACTED: Work relating to court-ordered mediation] (0.10). | 0.70 | $531.30 |
| 02/05/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (0.60). | 1.00 | $759.00 |
| 02/05/18 | Kevin J. Perra | 204 | [REDACTED: Work relating to court-ordered mediation]. | 1.80 | $1,366.20 |
| 02/06/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.40 | $1,821.60 |
| 02/07/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.40 | $1,821.60 |
| 02/07/18 | Michael R. Hackett | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.80 | $2,125.20 |

33260 FOMB

Invoice 170154796

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0007 PROMESA TITLE III: ERS

Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/07/18 | Jared Zajac | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.20 | $151.80 |
| 02/07/18 | Timothy W. Mungovan | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.30 | $227.70 |
| 02/08/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.80 | $2,125.20 |
| 02/09/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 1.40 | $1,062.60 |
| 02/09/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (1.40). | 1.80 | $1,366.20 |
| 02/12/18 | Stephen L. Ratner | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.10 | $75.90 |
| 02/12/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 1.40 | $1,062.60 |
| 02/12/18 | Jeffrey W. Levitan | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10). | 0.20 | $151.80 |
| 02/12/18 | Paul Possinger | 204 | [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (0.30). | 0.60 | $455.40 |
| 02/13/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.30 | $1,745.70 |
| 02/15/18 | Michael R. Hackett | 204 | [REDACTED: Work relating to court-ordered mediation]. | 1.80 | $1,366.20 |
| 02/16/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (2.60); [REDACTED: Work relating to court-ordered mediation] (0.20). | 2.80 | $2,125.20 |
| 02/17/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (2.20). | 2.20 | $1,669.80 |
| 02/17/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.80 | $2,125.20 |
| 02/18/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 4.80 | $3,643.20 |
| 02/19/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 3.30 | $2,504.70 |
| 02/20/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.80 | $2,125.20 |
| 02/20/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (2.70). | 3.00 | $2,277.00 |

33260 FOMB                                                          Invoice 170154796
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/21/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10). | 0.60 | $455.40 |
| 02/21/18 | Jeffrey W. Levitan | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10) [REDACTED: Work relating to court-ordered mediation] (0.20). | 0.30 | $227.70 |
| 02/21/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 4.80 | $3,643.20 |
| 02/22/18 | Joshua A. Esses | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.60 | $455.40 |
| 02/22/18 | Jeffrey W. Levitan | 204 | E-mail with S. Weise regarding ERS argument outline (0.10); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.50); [REDACTED: Work relating to court-ordered mediation] (0.10). | 1.10 | $834.90 |
| 02/22/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation] (0.50); [REDACTED: Work relating to court-ordered mediation] (4.30). | 4.80 | $3,643.20 |
| 02/22/18 | Paul Possinger | 204 | [REDACTED: Work relating to court-ordered mediation] (0.50); [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (0.30); Review Union document request (0.20); E-mail discovery team regarding same (0.40). | 1.60 | $1,214.40 |
| 02/22/18 | Timothy W. Mungovan | 204 | Review Unions' Rule 2004 request for information on employee contributions and bank accounts (0.30); Communications with P. Possinger and P. Hamburger regarding Unions' Rule 2004 request for information on employee contributions and bank accounts (0.20). | 0.50 | $379.50 |

33260 FOMB                                                                                          Invoice 170154796
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0007 PROMESA TITLE III: ERS                                                                    Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/22/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.30); Review outline for ERS hearing (0.70); [REDACTED: Work relating to court-ordered mediation] (0.50); [REDACTED: Work relating to court-ordered mediation] (1.40); [REDACTED: Work relating to court-ordered mediation] (0.10). | 3.00 | $2,277.00 |
| 02/23/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.60). | 0.90 | $683.10 |
| 02/23/18 | Paul Possinger | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.60 | $455.40 |
| 02/23/18 | Joshua A. Esses | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.20 | $151.80 |
| 02/24/18 | Timothy W. Mungovan | 204 | [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (0.20). | 0.40 | $303.60 |
| 02/24/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 4.80 | $3,643.20 |
| 02/25/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation]. | 1.90 | $1,442.10 |
| 02/25/18 | Kevin J. Perra | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.10 | $75.90 |
| 02/26/18 | Kevin J. Perra | 204 | [REDACTED: Work relating to court-ordered mediation]  (1.20); [REDACTED: Work relating to court-ordered mediation] (0.40). | 1.60 | $1,214.40 |
| 02/26/18 | Paul Possinger | 204 | [REDACTED: Work relating to court-ordered mediation]  (1.40); [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (0.20). | 1.90 | $1,442.10 |
| 02/26/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (1.70); [REDACTED: Work relating to court-ordered mediation] (0.60). | 2.30 | $1,745.70 |
| 02/26/18 | Timothy W. Mungovan | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.20 | $151.80 |
| 02/26/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation]. | 4.30 | $3,263.70 |

33260 FOMB                                                          Invoice 170154796
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
  0007 PROMESA TITLE III: ERS                                       Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/26/18 | Jeffrey W. Levitan | 204 | [REDACTED: Work relating to court-ordered mediation]  (0.50); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.70); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (0.10). | 3.10 | $2,352.90 |
| 02/27/18 | Jared Zajac | 204 | [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10) [REDACTED: Work relating to court-ordered mediation] (0.10). | 0.90 | $683.10 |
| 02/27/18 | Elliot Stevens | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.70 | $182.00 |
| 02/27/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation] (5.90); [REDACTED: Work relating to court-ordered mediation] (2.30); [REDACTED: Work relating to court-ordered mediation] (0.50). | 8.70 | $6,603.30 |
| 02/27/18 | Timothy W. Mungovan | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.20 | $151.80 |
| 02/27/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation]  (0.60); [REDACTED: Work relating to court-ordered mediation] (2.30); [REDACTED: Work relating to court-ordered mediation] (0.60); [REDACTED: Work relating to court-ordered mediation] (0.70); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10). | 4.40 | $3,339.60 |
| 02/27/18 | Martin J. Bienenstock | 204 | [REDACTED: Work relating to court-ordered mediation]  (2.30); [REDACTED: Work relating to court-ordered mediation] (2.30). | 4.60 | $3,491.40 |

33260 FOMB                                                                    Invoice 170154796
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                   Page 7

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/27/18 | Joshua A. Esses | 204 | [REDACTED: Work relating to court-ordered mediation]. | 1.60 | $1,214.40 |
| 02/27/18 | Paul Possinger | 204 | [REDACTED: Work relating to court-ordered mediation] (0.50); [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (2.30); [REDACTED: Work relating to court-ordered mediation] (1.40); [REDACTED: Work relating to court-ordered mediation] (0.80); [REDACTED: Work relating to court-ordered mediation] (0.70). | 6.00 | $4,554.00 |
| 02/27/18 | Kevin J. Perra | 204 | [REDACTED: Work relating to court-ordered mediation] [KMR1] | 0.50 | $379.50 |
| 02/27/18 | Jeffrey W. Levitan | 204 | [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (2.30); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.80); [REDACTED: Work relating to court-ordered mediation] (1.90); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.60). | 6.70 | $5,085.30 |
| 02/28/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation] (2.30); [REDACTED: Work relating to court-ordered mediation] (2.10). | 4.40 | $3,339.60 |
| 02/28/18 | Paul Possinger | 204 | [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (2.10); [REDACTED: Work relating to court-ordered mediation] (0.40). | 2.90 | $2,201.10 |
| 02/28/18 | Martin J. Bienenstock | 204 | [REDACTED: Work relating to court-ordered mediation]. | 2.00 | $1,518.00 |
| 02/28/18 | Jeffrey W. Levitan | 204 | [REDACTED: Work relating to court-ordered mediation] (0.20); Participate in mediation session (2.10); [REDACTED: Work relating to court-ordered mediation] (0.40). | 2.70 | $2,049.30 |

33260 FOMB                                                                Invoice 170154796
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
        0007 PROMESA TITLE III: ERS                                              Page 8

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/28/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation]  (2.10); Teleconference with P. Friedman regarding ERS assets (0.30); Memorandum to M. Bienenstock, et al., regarding same (0.10); Review P. Possinger memorandum to O'Neill regarding ERS claims (0.10); [REDACTED: Work relating to court-ordered mediation] (0.20). | 2.80 | $2,125.20 |
| **Communications with Claimholders** | | | | **135.10** | **$102,191.60** |

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/24/18 | Paul Possinger | 205 | Call with AAFAF and discovery team regarding ERS and fiscal plan document requests. | 0.50 | $379.50 |
| 02/27/18 | Timothy W. Mungovan | 205 | Communications with counsel for AAFAF regarding response to Unions' Rule 2004 motion for documents (0.20); Review communications from counsel for AAFAF to counsel for Unions concerning Unions' Rule 2004 motion for documents (0.10). | 0.30 | $227.70 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.80** | **$607.20** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/27/18 | Kevin J. Perra | 207 | Review and analyze decision dismissing Ambac claims in connection with ERS proceedings (1.20); Review and analyze AFSCME Rule 2004 motion (0.50); Outline issues for same (0.50). | 2.20 | $1,669.80 |
| 02/27/18 | Timothy W. Mungovan | 207 | Receive and review Unions' motion for Rule 2004 discovery. | 0.30 | $227.70 |
| **Non-Board Court Filings** | | | | **2.50** | **$1,897.50** |

**Non-Working Travel Time -- 211**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/26/18 | Paul Possinger | 211 | [REDACTED: Work relating to court-ordered mediation]  (Total travel time is 1.50 hours). | 0.70 | $531.30 |
| 02/28/18 | Paul Possinger | 211 | [REDACTED: Work relating to court-ordered mediation]  (Total travel time is 3.10 hours). | 1.50 | $1,138.50 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170154796

0007 PROMESA TITLE III: ERS

Page 9

| | | | | | |
|---|---|---|---|---|---|
| **Non-Working Travel Time** | | | | **2.20** | **$1,669.80** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/07/18 | Tayler M. Sherman | 212 | [REDACTED: Work relating to court-ordered mediation]. | 1.80 | $468.00 |
| **General Administration** | | | | **1.80** | **$468.00** |

**Labor, Pension Matters -- 213**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/05/18 | Brian S. Rosen | 213 | Review ERS memoranda (1.70); Note to E. Barak regarding same (0.10). | 1.80 | $1,366.20 |
| 02/09/18 | Brian S. Rosen | 213 | [REDACTED: Work relating to court-ordered mediation]. | 0.60 | $455.40 |
| **Labor, Pension Matters** | | | | **2.40** | **$1,821.60** |

**Plan of Adjustment and Disclosure Statement -- 215**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/06/18 | Brian S. Rosen | 215 | Teleconference with T. Green regarding potential plan issues (0.40); Review and revise Citi memorandum regarding same (0.40); Meeting with T. Green J. Castiglione, et al., regarding same (1.90); Review S. Uhland memorandum regarding GSA loan (0.10); Review loan materials (1.10). | 3.90 | $2,960.10 |
| 02/17/18 | Brian S. Rosen | 215 | [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); | 0.90 | $683.10 |
| **Plan of Adjustment and Disclosure Statement** | | | | **4.80** | **$3,643.20** |

33260 FOMB                                                          Invoice 170154796
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                          Page 10

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/08/18 | Natasha Petrov | 218 | Begin drafting Proskauer second interim fee application. | 0.40 | $104.00 |
| 02/09/18 | Natasha Petrov | 218 | Begin drafting Proskauer second interim fee application. | 0.40 | $104.00 |
| 02/12/18 | Natasha Petrov | 218 | Continue drafting Proskauer second interim fee application. | 0.30 | $78.00 |
| 02/15/18 | Mee R. Kim | 218 | Review of draft November 2017 invoice for preparation of monthly fee statement. | 1.10 | $834.90 |
| 02/16/18 | Mee R. Kim | 218 | Draft November 2017 monthly fee statement and client invoice details per discussion with A. Ashton. | 1.30 | $986.70 |
| **Employment and Fee Applications** | | | | **3.50** | **$2,107.60** |

**Total for Professional Services**                              **$116,891.50**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170154796

0007 PROMESA TITLE III: ERS

Page 11

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---:|---:|---:|
| BRIAN S. ROSEN | PARTNER | 34.60 | 759.00 | $26,261.40 |
| JEFFREY W. LEVITAN | PARTNER | 14.10 | 759.00 | $10,701.90 |
| KEVIN J. PERRA | PARTNER | 7.60 | 759.00 | $5,768.40 |
| MARTIN J. BIENENSTOCK | PARTNER | 6.60 | 759.00 | $5,009.40 |
| PAUL POSSINGER | PARTNER | 16.70 | 759.00 | $12,675.30 |
| STEPHEN L. RATNER | PARTNER | 0.10 | 759.00 | $75.90 |
| STEVEN O. WEISE | PARTNER | 58.20 | 759.00 | $44,173.80 |
| TIMOTHY W. MUNGOVAN | PARTNER | 2.20 | 759.00 | $1,669.80 |
| **Total for PARTNER** | | **140.10** | | **$106,335.90** |
| | | | | |
| JARED ZAJAC | ASSOCIATE | 1.10 | 759.00 | $834.90 |
| JOSHUA A. ESSES | ASSOCIATE | 3.20 | 759.00 | $2,428.80 |
| MEE R. KIM | ASSOCIATE | 2.40 | 759.00 | $1,821.60 |
| MICHAEL R. HACKETT | ASSOCIATE | 5.70 | 759.00 | $4,326.30 |
| **Total for ASSOCIATE** | | **13.10** | | **$9,411.60** |
| | | | | |
| NATASHA PETROV | LEGAL ASSISTANT | 1.10 | 260.00 | $286.00 |
| TAYLER M. SHERMAN | LEGAL ASSISTANT | 1.80 | 260.00 | $468.00 |
| **Total for LEGAL ASSISTANT** | | **2.90** | | **$754.00** |
| | | | | |
| ELLIOT STEVENS | LAW CLERK | 0.70 | 260.00 | $182.00 |
| **Total for LAW CLERK** | | **0.70** | | **$182.00** |
| | | | | |
| RACHAEL HOPE MOLLER | LIBRARY | 0.80 | 260.00 | $208.00 |
| **Total for LIBRARY** | | **0.80** | | **$208.00** |
| | | | | |
| | **Total** | **156.90** | | **$116,891.50** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---:|
| 02/07/2018 | Tayler M. Sherman | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $8.00 |
| | | | **Total for LEXIS** | **$8.00** |

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---:|
| 02/07/2018 | Tayler M. Sherman | WESTLAW | WESTLAW Connect and Comm Time - 000000:00:00 WestChk and Other Trans -  0000000055 Lines | $357.00 |
| | | | **Total for WESTLAW** | **$357.00** |

33260 FOMB                                                                    Invoice 170154796
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
        0007 PROMESA TITLE III: ERS                                                   Page 12

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 11/20/2017 | Steven O. Weise | TAXICAB/CAR SVC. | TAXICAB/CAR SVC. Taxi XYZ Invoice:1642005 Voucher:7111932 095 From: EWR. UNITED TERM C To: ANDAZ 5TH AVENUE HOTEL At:23:29 Passenger:WEISE STEVEN O. to attend AMBAC hearing on 11/21 | $105.01 |
| 11/21/2017 | Steven O. Weise | TAXICAB/CAR SVC. | TAXICAB/CAR SVC. Taxi XYZ Invoice:1642005 Voucher:7111932 110 From:11 TIMES SQ To:EWR At:15:34 Passenger:WEISE STEVEN O. for return travel home following Ambac hearing on 11/21 | $87.43 |
| 02/26/2018 | Paul Possinger | TAXICAB/CAR SVC. | TAXICAB/CAR SVC. Taxi XYZ Invoice:1649724 Voucher:8022325 694 From:LGA. AMERICAN AIRLINES To:300 W 44 ST At:23:29 Passenger:POSSINGER PAUL V. | $56.81 |
| 02/28/2018 | Paul Possinger | TAXICAB/CAR SVC. | TAXICAB/CAR SVC. Taxi XYZ Invoice:1649724 Voucher:8022325 700 From:11 TIMES SQ To:LGA At:17:24 Passenger:POSSINGER PAUL V. | $56.81 |
|  |  |  | **Total for TAXICAB/CAR SVC.** | **$306.06** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 02/26/2018 | Paul Possinger | TAXI, CARFARE, MILEAGE AND PARKING | TAXI, CARFARE, MILEAGE AND PARKING Taxi Taxi/Car Service - Paul Possinger Uber from home to O'Hare re travel to New York [REDACTED: Expense relating to court-ordered mediation]. | $35.25 |
| 02/28/2018 | Paul Possinger | TAXI, CARFARE, MILEAGE AND PARKING | TAXI, CARFARE, MILEAGE AND PARKING Taxi Taxi/Car Service - Paul Possinger Cab from O'Hare to home re travel to New York [REDACTED: Expense relating to court-ordered mediation] | $43.20 |
|  |  |  | **Total for TAXI, CARFARE, MILEAGE AND PA** | **$78.45** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 02/09/2018 | Steven O. Weise | PRINTING, BINDING, ETC. | PRINTING, BINDING, ETC. - - VENDOR: LEGALMEX LLC EXCELSIOR INVOICE # 59259. PRINT ASSEMBLED; TABS; COIL BIND. | $99.49 |
|  |  |  | **Total for PRINTING, BINDING, ETC.** | **$99.49** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170154796

0007 PROMESA TITLE III: ERS                                                      Page 13

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 02/26/2018 | Paul Possinger | AIRPLANE | Airfare - Paul Possinger Airfare to New York [REDACTED: Expense relating to court-ordered mediation]. | $338.29 |
| 02/26/2018 | Paul Possinger | AIRPLANE | AIRPLANE Airfare Service Fee - Paul Possinger Agent booking fee for Airfare to New York [REDACTED: Expense relating to court-ordered mediation]. | $35.00 |
| | | | **Total for AIRPLANE** | **$373.29** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 02/26/2018 | Paul Possinger | LODGING | LODGING Hotel - Lodging - Paul Possinger Lodging re travel to New York [REDACTED: Expense relating to court-ordered mediation]. | $532.54 |
| | | | **Total for LODGING** | **$532.54** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|-----------------------|--------|
| LEXIS | 8.00 |
| WESTLAW | 357.00 |
| TAXICAB/CAR SVC. | 306.06 |
| TAXI, CARFARE, MILEAGE AND PARKING | 78.45 |
| PRINTING, BINDING, ETC. | 99.49 |
| AIRPLANE | 373.29 |
| LODGING | 532.54 |
| **Total Expenses** | **$1,754.83** |
| **Total Amount for this Matter** | **$118,646.33** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors. [1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

------------------------------------------------------------x

**COVER SHEET TO ELEVENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE
OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM
("ERS"), FOR THE PERIOD MARCH 1, 2018 THROUGH MARCH 31, 2018**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE
INCURRED OUTSIDE OF PUERTO RICO**

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | <u>Proskauer Rose LLP ("Proskauer")</u> |
| Authorized to Provide<br>Professional Services to: | Financial Oversight and Management Board, as<br>Representative for the Debtor Pursuant to<br><u>PROMESA Section 315(b)</u> |
| Period for which compensation<br>and reimbursement for fees and services<br>outside of Puerto Rico is sought: | <u>March 1, 2018 through March 31, 2018</u> |
| Amount of compensation sought<br>as actual, reasonable and necessary: | <u>**$272,591.50**</u> |
| Amount of expense reimbursement sought<br>as actual, reasonable and necessary: | <u>**$14,841.45**</u> |
| Total Amount for this Invoice: | <u>**$287,432.95**</u> |

This is a: <u> X </u> monthly __ interim __ final application.

This is Proskauer's eleventh monthly fee application in these cases and is for fees and services
rendered outside of Puerto Rico.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2018.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

3

On June 20, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
    FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
    Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
    Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
    Suzzanne Uhland, Esq.
    Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
    Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
    Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq.
    Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
    Central Accounting
    Omar E. Rodríguez Pérez, CPA, Assistant
    Secretary of Central Accounting
    Angel L. Pantoja Rodríguez, Deputy Assistant of
    Internal Revenue and Tax Policy
    Francisco Parés Alicea, Assistant Secretary of
    Internal Revenue and Tax Policy
    Francisco Peña Montañez, CPA, Assistant
    Secretary of the Treasury

4

**Summary of Legal Fees for the Period March 1, 2018 through March 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.20 | $151.80 |
| 202 | Legal Research | 26.90 | $17,922.10 |
| 204 | Communications with Claimholders | 27.00 | $20,493.00 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 2.70 | $2,049.30 |
| 206 | Documents Filed on Behalf of the Board | 209.70 | $159,162.30 |
| 207 | Non-Board Court Filings | 38.90 | $29,525.10 |
| 209 | Adversary Proceedings | 1.10 | $834.90 |
| 210 | Analysis and Strategy | 4.70 | $3,567.30 |
| 212 | General Administration | 6.20 | $1,612.00 |
| 213 | Labor, Pension Matters | 1.20 | $910.80 |
| 215 | Plan of Adjustment and Disclosure Statement | 40.70 | $30,891.30 |
| 218 | Employment and Fee Applications | 12.60 | $5,471.60 |
| | **Total** | **371.90** | **$272,591.50** |

**Summary of Legal Fees for the Period March 1, 2018 through March 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $759.00 | 65.10 | $49,410.90 |
| Ehud Barak | Partner | BSGR & B | $759.00 | 1.80 | $1,366.20 |
| Jeffrey W. Levitan | Partner | BSGR & B | $759.00 | 22.30 | $16,925.70 |
| Jonathan E. Richman | Partner | Litigation | $759.00 | 0.60 | $455.40 |
| Kevin J. Perra | Partner | Litigation | $759.00 | 14.60 | $11,081.40 |
| Martin J. Bienenstock | Partner | BSGR & B | $759.00 | 4.60 | $3,491.40 |
| Michael A. Firestein | Partner | Litigation | $759.00 | 0.60 | $455.40 |
| Paul Possinger | Partner | BSGR & B | $759.00 | 31.20 | $23,680.80 |
| Ralph C. Ferrara | Partner | Litigation | $759.00 | 0.20 | $151.80 |
| Stephen L. Ratner | Partner | Litigation | $759.00 | 4.30 | $3,263.70 |
| Steven O. Weise | Partner | BSGR & B | $759.00 | 41.00 | $31,119.00 |
| Timothy W. Mungovan | Partner | Litigation | $759.00 | 5.90 | $4,478.10 |
| Daniel Desatnik | Associate | BSGR & B | $759.00 | 0.10 | $75.90 |
| Jared Zajac | Associate | BSGR & B | $759.00 | 70.60 | $53,585.40 |
| Lucy Wolf | Associate | Litigation | $759.00 | 3.30 | $2,504.70 |
| Matthew I. Rochman | Associate | Litigation | $759.00 | 0.20 | $151.80 |
| Mee R. Kim | Associate | Litigation | $759.00 | 4.40 | $3,339.60 |
| Michael R. Hackett | Associate | Litigation | $759.00 | 59.90 | $45,464.10 |
| William D. Dalsen | Associate | Litigation | $759.00 | 21.80 | $16,546.20 |
| | | | **TOTAL** | **352.50** | **$267,547.50** |

| Law Clerk | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elliot Stevens | Law Clerk | BSGR & B | $260.00 | 5.00 | $1,300.00 |
| | | | **TOTAL** | **5.00** | **$1,300.00** |

6

**Summary of Legal Fees for the Period March 1, 2018 through March 31, 2018**

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Lawrence T. Silvestro | Legal Assistant | Litigation | $260.00 | 3.60 | $936.00 |
| Magali Giddens | Legal Assistant | BSGR & B | $260.00 | 2.30 | $598.00 |
| Natasha Petrov | Legal Assistant | Corporate | $260.00 | 8.20 | $2,132.00 |
| Selena F. Williams | Legal Assistant | Litigation | $260.00 | 0.30 | $78.00 |
| | | | **TOTAL** | **14.40** | **$3,744.00** |

| SUMMARY OF LEGAL FEES | Hours 371.90 | Fees $272,591.50 |
|---|---|---|

**Summary of Disbursements for the Period March 1, 2018 through March 31, 2018**

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Reproduction | $46.30 |
| LEXIS | $10,383.00 |
| Westlaw | $442.00 |
| Taxi, Carfare, Mileage and Parking | $125.00 |
| Out of Town Meals | $116.86 |
| Airplane | $362.40 |
| Lodging | $3,365.89 |
| **Total** | **$14,841.45** |

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $245,332.35 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $14,841.45, for service rendered outside of Puerto Rico) in the total amount of $260,173.80.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (*i*) Proskauer Rose LLP was not doing business in Puerto Rico and (*ii*) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

10

# **Exhibit A**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 0.20 | $151.80 |
| 202 | Legal Research | 26.90 | $17,922.10 |
| 204 | Communications with Claimholders | 27.00 | $20,493.00 |
| 205 | Communications with the Commonwealth and its Representatives | 2.70 | $2,049.30 |
| 206 | Documents Filed on Behalf of the Board | 209.70 | $159,162.30 |
| 207 | Non-Board Court Filings | 38.90 | $29,525.10 |
| 209 | Adversary Proceeding | 1.10 | $834.90 |
| 210 | Analysis and Strategy | 4.70 | $3,567.30 |
| 212 | General Administration | 6.20 | $1,612.00 |
| 213 | Labor, Pension Matters | 1.20 | $910.80 |
| 215 | Plan of Adjustment and Disclosure Statement | 40.70 | $30,891.30 |
| 218 | Employment and Fee Applications | 12.60 | $5,471.60 |
| | **Total** | **371.90** | **$272,591.50** |

33260 FOMB                                                                                      Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                                     Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/01/18 | Brian S. Rosen | 201 | Memorandum to N. Jaresko regarding litigation schedule for ERS. | 0.20 | $151.80 |
| **Tasks relating to the Board and Associated Members** | | | | **0.20** | **$151.80** |

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/05/18 | Steven O. Weise | 202 | Review security interest question. | 0.30 | $227.70 |
| 03/06/18 | Kevin J. Perra | 202 | Review case law regarding property issues in connection with potential briefing issues. | 0.50 | $379.50 |
| 03/12/18 | Steven O. Weise | 202 | Review law regarding additional briefing on security interest issues. | 5.40 | $4,098.60 |
| 03/13/18 | Elliot Stevens | 202 | Research security interest issues for supplemental briefing. | 2.80 | $728.00 |
| 03/13/18 | Steven O. Weise | 202 | Review of law regarding UCC issues in supplemental briefing. | 2.30 | $1,745.70 |
| 03/13/18 | Jared Zajac | 202 | Research regarding section 544 (0.60); Review E. Stevens e-mail memorandum regarding brief research issues (0.40); E-mails with E. Stevens regarding same (0.20); Analysis of section 544 issue (0.70); Review relevant UCC provisions (0.30); Review UCC cases from S. Weise (0.40); Review Act 66 cases (0.60); Review additional UCC cases (0.80). | 4.00 | $3,036.00 |
| 03/15/18 | Jared Zajac | 202 | Research regarding issues for supplemental brief. | 1.40 | $1,062.60 |
| 03/16/18 | Elliot Stevens | 202 | Research regarding interpretation of statute for supplemental brief. | 2.20 | $572.00 |
| 03/16/18 | William D. Dalsen | 202 | Research issues per J. Levitan request for supplemental briefing. | 0.40 | $303.60 |
| 03/19/18 | Daniel Desatnik | 202 | Call with J. Zajac to discuss research assignment for supplemental brief. | 0.10 | $75.90 |
| 03/22/18 | Jared Zajac | 202 | Research regarding Act 66 for supplemental brief (0.80); Review cases cited by bondholders (2.10); Draft summary of same (0.50); E-mail summary of bondholder cases to M. Bienenstock (0.40). | 3.80 | $2,884.20 |
| 03/23/18 | Lucy Wolf | 202 | Research for W. Dalsen on issue for reply brief. | 3.30 | $2,504.70 |
| 03/23/18 | Jared Zajac | 202 | Research regarding bondholders citations. | 0.40 | $303.60 |
| **Legal Research** | | | | **26.90** | **$17,922.10** |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS                                                        Page 3

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/01/18 | Steven O. Weise | 204 | [REDACTED: Work relating to court-ordered mediation . | 2.80 | $2,125.20 |
| 03/01/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (2.10); [REDACTED: Work relating to court-ordered mediation] (0.60); [REDACTED: Work relating to court-ordered mediation] (1.60). | 4.40 | $3,339.60 |
| 03/02/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (1.10); [REDACTED: Work relating to court-ordered mediation] (0.30). | 1.40 | $1,062.60 |
| 03/05/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (2.30). | 2.80 | $2,125.20 |
| 03/08/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (1.70); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.30). | 2.10 | $1,593.90 |
| 03/10/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation]. | 0.20 | $151.80 |
| 03/11/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (2.20); [REDACTED: Work relating to court-ordered mediation] (0.40); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.30); [REDACTED: Work relating to court-ordered mediation] (0.10). | 3.10 | $2,352.90 |
| 03/14/18 | William D. Dalsen | 204 | Attend call with opposing counsel regarding order for supplemental briefing (0.50); Prepare for same (0.60). | 1.10 | $834.90 |
| 03/14/18 | Michael R. Hackett | 204 | Prepare for conference with bondholders regarding supplemental briefing (0.90); Participate in conference with bondholders regarding supplemental briefing (0.50). | 1.40 | $1,062.60 |

33260 FOMB                                                                    Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                        Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/14/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.70); [REDACTED: Work relating to court-ordered mediation] (0.60). | 1.30 | $986.70 |
| 03/14/18 | Paul Possinger | 204 | Meet-and-confer with bondholder counsel regarding supplemental briefing (0.50); Call with M. Hackett regarding creditor call (0.20). | 0.70 | $531.30 |
| 03/15/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.90); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.40). | 1.60 | $1,214.40 |
| 03/19/18 | Kevin J. Perra | 204 | Draft e-mail regarding meet-and-confer with bondholders. | 0.10 | $75.90 |
| 03/19/18 | Paul Possinger | 204 | Review Retiree Committee brief (0.40); Comments to Jenner regarding same (0.20); Review e-mail from Jones Day regarding brief parameters, proposed response (0.30). | 0.90 | $683.10 |
| 03/19/18 | Timothy W. Mungovan | 204 | Communications with counsel for Retirees Committee concerning supplemental brief. | 0.30 | $227.70 |
| 03/19/18 | Michael R. Hackett | 204 | Review correspondence from bondholders regarding supplemental briefing (0.40); Correspondence with legal team regarding bondholders' correspondence (0.60); Draft reply to bondholders regarding supplemental briefing (0.90). | 1.90 | $1,442.10 |
| 03/20/18 | Timothy W. Mungovan | 204 | Communications with counsel for ERS bondholders concerning request to file amicus brief in First Circuit in connection with GO bondholders' appeal from dismissal of complaint. | 0.20 | $151.80 |
| 03/27/18 | Brian S. Rosen | 204 | Review creditor memorandum regarding Rule 2004 (0.10); Review memorandum of M. Dale regarding same (0.10); Memorandum to M. Dale regarding same (0.10); Memorandum to S. Uhland regarding same (0.20). | 0.50 | $379.50 |
| 03/28/18 | Brian S. Rosen | 204 | Memorandum to M. Pocha regarding confidentiality agreement. | 0.20 | $151.80 |
| **Communications with Claimholders** | | | | **27.00** | **$20,493.00** |

33260 FOMB                                                                    Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                   Page 5

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/13/18 | Jared Zajac | 205 | Call with O'Melveny regarding supplemental brief. | 0.30 | $227.70 |
| 03/13/18 | Paul Possinger | 205 | Call with AAFAF counsel regarding supplemental briefing at Court's request (0.30); Follow-up e-mails on questions for AAFAF (0.40). | 0.70 | $531.30 |
| 03/13/18 | William D. Dalsen | 205 | Call with counsel to ERS regarding supplemental briefing and declarations per Court order. | 0.30 | $227.70 |
| 03/19/18 | Paul Possinger | 205 | E-mail to O'Melveny with comments to declaration. | 0.30 | $227.70 |
| 03/21/18 | Timothy W. Mungovan | 205 | Communications with counsel at Paul Hastings regarding bondholders request to file amicus brief at First Circuit in connection with appeal of GO bondholders following dismissal of their complaint. | 0.30 | $227.70 |
| 03/25/18 | William D. Dalsen | 205 | Call with counsel to ERS regarding reply brief. | 0.50 | $379.50 |
| 03/29/18 | Michael A. Firestein | 205 | Review ERS brief on lien issues. | 0.30 | $227.70 |
| **Communications with the Commonwealth and its Representatives** | | | | **2.70** | **$2,049.30** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/01/18 | Kevin J. Perra | 206 | Analyze and outline issues regarding AFSCME motion for discovery. | 1.00 | $759.00 |
| 03/12/18 | Jared Zajac | 206 | Prepare for call on supplemental brief (0.40); Call with J. Levitan, S. Weise, W. Dalsen, M. Hackett, and P. Possinger regarding supplemental brief (0.60); Meeting with J. Levitan regarding supplemental brief issues (0.20); Review and analyze prior section 544 arguments (0.60); E-mail P. Possinger regarding same (0.10). | 1.90 | $1,442.10 |
| 03/12/18 | Jeffrey W. Levitan | 206 | E-mail P. Possinger regarding section 544 for supplemental briefing (0.10); E-mail B. Rosen regarding same (0.10); Attend call with B. Rosen regarding supplemental briefing (0.60); Conference with J. Zajac regarding section 544 issues (0.10); Teleconference K. Perra regarding supplemental briefing (0.10). | 1.00 | $759.00 |
| 03/12/18 | William D. Dalsen | 206 | Participate in team call regarding supplemental briefing. | 0.60 | $455.40 |

33260 FOMB                                                                    Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                              Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/12/18 | Brian S. Rosen | 206 | Teleconference regarding preparation of supplemental filing (0.40); Office conference with J. Levitan regarding supplemental filing (0.20). | 0.60 | $455.40 |
| 03/12/18 | Kevin J. Perra | 206 | Review prior briefing in connection with supplemental briefing (1.30); Call with team regarding same (0.50); E-mails regarding same (0.20). | 2.00 | $1,518.00 |
| 03/13/18 | Kevin J. Perra | 206 | E-mails regarding supplemental briefing (0.20); Review materials relating to legal arguments for same (0.40). | 0.60 | $455.40 |
| 03/13/18 | Michael R. Hackett | 206 | Analyze statements of facts supporting motions for summary judgment for supplemental briefing (1.20); Correspondence with legal team regarding facts to support supplemental briefing (0.40); Review information and research regarding supplemental briefing (1.10). | 2.70 | $2,049.30 |
| 03/13/18 | Paul Possinger | 206 | Review statements of fact from prior statements on supplemental declaration questions (0.70); Call with ERS. team to discuss briefing (0.70); E-mail to M. Bienenstock regarding ERS. supplemental briefing requirement and timing (0.40). | 1.80 | $1,366.20 |
| 03/13/18 | William D. Dalsen | 206 | Review and analyze summary judgment filing for materials regarding supplemental briefing (1.30); Correspondence with team regarding same (0.20). | 1.50 | $1,138.50 |
| 03/13/18 | Jeffrey W. Levitan | 206 | E-mail S. Weise regarding supplemental brief (0.20); Conference with J. Zajac and P. Possinger regarding ERS supplemental briefing (0.30). | 0.50 | $379.50 |
| 03/13/18 | Jared Zajac | 206 | Review and analyze Act 66 arguments (0.80); E-mails with W. Dalsen regarding Act 66 (0.20); Meeting with E. Stevens regarding same (0.20); Call with J. Levitan regarding brief (0.30); Meetings with J. Levitan regarding same (0.20); Draft outline for supplemental brief argument (0.90). | 2.60 | $1,973.40 |
| 03/13/18 | Stephen L. Ratner | 206 | Review materials regarding supplemental brief regarding summary judgment motions in Altair (0.20); E-mail with P. Possinger, et al. regarding supplemental brief (0.10). | 0.30 | $227.70 |
| 03/14/18 | Jared Zajac | 206 | Calls with M. Hackett regarding supplemental brief (0.30); Call with J. Day regarding same (0.60); Meetings with J. Levitan regarding same (0.20); Draft portion of supplemental brief (6.10). | 7.20 | $5,464.80 |

33260 FOMB

Invoice 170156005

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0007 PROMESA TITLE III: ERS

Page 7

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/14/18 | Jeffrey W. Levitan | 206 | Conference with J. Zajac regarding supplemental brief call with Altair counsel (0.30); Review P. Possinger e-mail regarding supplemental briefing (0.10). | 0.40 | $303.60 |
| 03/14/18 | Paul Possinger | 206 | List of questions for AAFAF regarding supplemental declaration (0.80); Discuss briefing with J. Zajac and J. Levitan (0.40). | 1.20 | $910.80 |
| 03/14/18 | Kevin J. Perra | 206 | Review fact outline for supplemental briefing (0.30); Review prior briefing and HTA briefing for same (1.20); E-mails with team regarding same (0.10). | 1.60 | $1,214.40 |
| 03/14/18 | Michael R. Hackett | 206 | Continue drafting portion of supplemental brief. | 0.30 | $227.70 |
| 03/15/18 | Steven O. Weise | 206 | Review and revise brief in response to additional questions from Court. | 3.80 | $2,884.20 |
| 03/15/18 | Paul Possinger | 206 | Review case law regarding UCC subordination issues (1.70); Calls with S. Weise, J. Levitan and J. Zajac regarding same (1.20); Review several drafts of supplemental brief (0.70); Revise section regarding subordination issues (1.50); Discuss Act 66 with E. Barak (0.70). | 5.80 | $4,402.20 |
| 03/15/18 | Michael R. Hackett | 206 | Revise supplemental brief (1.10); Factual research for declaration in support of supplemental brief (0.70); Correspondence with legal team regarding supplemental brief and declaration (0.80). | 2.60 | $1,973.40 |
| 03/15/18 | Jared Zajac | 206 | Draft and revise supplemental brief (3.10); Call with P. Possinger regarding same (0.20); Review and analyze S. Weise comments to same (0.20); E-mail S. Weise regarding questions (0.20); E-mail P. Possinger regarding brief (0.10); Draft summary of case for S. Weise (0.30). | 4.10 | $3,111.90 |
| 03/15/18 | Jeffrey W. Levitan | 206 | Conferences with J. Zajac regarding supplemental brief (0.20); Review e-mails regarding supplemental brief (0.20); E-mail P. Possinger regarding subordination (0.10); E-mail S. Weise regarding supplemental brief issues (0.20); Teleconference with P. Possinger regarding supplemental brief (0.10). | 0.80 | $607.20 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 8

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/16/18 | Jared Zajac | 206 | Meetings with J. Levitan regarding supplemental brief (0.60); Call with J. Levitan and P. Possinger regarding same (0.30); Review cases cited in brief (2.30); E-mails with M. Hackett regarding comments on brief (0.20); Review comments (0.50); Revise brief (1.90); Call with E. Stevens regarding brief (0.20); Review E. Stevens summary regarding legislative interpretation (0.30); E-mails with S. Weise regarding brief (0.30); Call with O'Melveny regarding declarations for brief (0.70); Call with P. Possinger and J. Levitan regarding same (0.20); Call with P. Possinger regarding brief (0.10). | 7.60 | $5,768.40 |
| 03/16/18 | Jeffrey W. Levitan | 206 | Edit draft supplemental brief (1.90); Review cases, statutes and bond documents for same (0.80); Conference with J. Zajac regarding same (1.10); Review S. Weise comments to supplemental brief (0.20); E-mails with S. Weise regarding supplemental brief (0.30); Teleconference with P. Possinger, S. Weise, J. Zajac regarding supplemental brief (0.60). | 4.90 | $3,719.10 |
| 03/16/18 | Michael R. Hackett | 206 | Revise supplemental brief (1.10); Correspondence with legal team regarding supplemental brief (0.70); Correspondence with O'Melveny regarding declaration for same (0.80). | 2.60 | $1,973.40 |
| 03/16/18 | Paul Possinger | 206 | Review case law regarding UCC subordination issues (0.40); Calls with S. Weise, J. Zajac and J. Levitan regarding same and draft supplemental brief (0.70); Further revisions to brief (1.20); Review Act 66 (0.60); Call with M. Pochu regarding fact declaration (0.40). | 3.30 | $2,504.70 |
| 03/16/18 | Ehud Barak | 206 | Discuss ERS supplemental briefing with P. Possinger and J. Levitan (0.40); Conduct related research (1.40). | 1.80 | $1,366.20 |
| 03/16/18 | Brian S. Rosen | 206 | Review S. Weise memorandum regarding supplemental brief. | 0.20 | $151.80 |
| 03/16/18 | Steven O. Weise | 206 | Review research for supplemental brief (1.30); Revise same (4.60). | 5.90 | $4,478.10 |
| 03/17/18 | Steven O. Weise | 206 | Review and revise supplemental brief. | 3.80 | $2,884.20 |
| 03/17/18 | Michael R. Hackett | 206 | Analyze supplemental brief in support of motion for summary judgment (0.80); Correspondence with legal team regarding supplemental brief (0.40). | 1.20 | $910.80 |

33260 FOMB                                                           Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                  Page 9

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/17/18 | Timothy W. Mungovan | 206 | Review draft of post-hearing supplemental brief in support of ERS's motion for summary judgment (0.40); Communications with M. Hackett and W. Dalsen regarding draft post-hearing supplemental brief in support of ERS's motion for summary judgment (0.20). | 0.60 | $455.40 |
| 03/18/18 | Kevin J. Perra | 206 | Review draft of supplemental briefing. | 0.60 | $455.40 |
| 03/18/18 | Brian S. Rosen | 206 | Review draft supplemental brief. | 0.30 | $227.70 |
| 03/19/18 | Stephen L. Ratner | 206 | Review draft supplemental brief regarding summary judgment motions (0.30); E-mail with S. Weise, P. Possinger, T. Mungovan, et al. regarding same (0.10). | 0.40 | $303.60 |
| 03/19/18 | Paul Possinger | 206 | Further review and revision of supplemental brief (0.50); E-mails with S. Weise regarding same (0.20); Review supplemental declaration (0.30); Discuss incorporating certain facts into supplemental brief with J. Zajac and M. Hackett (0.20). | 1.20 | $910.80 |
| 03/19/18 | Jared Zajac | 206 | Call M. Hackett regarding declaration for supplemental brief (0.10); E-mails with P. Possinger regarding same (0.20); Review and revise declaration (0.90); Revise brief (0.80); E-mail M. Bienenstock regarding brief (0.10); E-mails with M. Hackett, W. Dalsen, and P. Possinger regarding brief (0.20); Review W. Dalsen comments on brief (0.20); E-mail W. Dalsen regarding same (0.20); E-mail J. Levitan regarding brief (0.10). | 2.80 | $2,125.20 |
| 03/19/18 | Steven O. Weise | 206 | Review revised supplemental brief and comments (0.80); Review law in connection with same (0.60). | 1.40 | $1,062.60 |
| 03/19/18 | William D. Dalsen | 206 | Review draft declaration in support of supplemental briefing (0.40); Correspondence with team regarding same (0.20). | 0.60 | $455.40 |
| 03/19/18 | Jeffrey W. Levitan | 206 | Conference with J. Zajac regarding supplemental brief (0.10); Review draft supplemental declaration and, W. Dalsen comments on same (0.20); E-mail to T. Mungovan regarding supplemental brief (0.10). | 0.40 | $303.60 |
| 03/19/18 | Martin J. Bienenstock | 206 | Review and revise ERS supplemental brief. | 3.70 | $2,808.30 |
| 03/19/18 | Timothy W. Mungovan | 206 | Review M. Bienenstock's edits to supplemental brief. | 0.30 | $227.70 |
| 03/19/18 | Kevin J. Perra | 206 | Review draft of supplemental brief (0.30); Review earlier briefing for argument (1.10); Review e-mails regarding brief (0.20). | 1.60 | $1,214.40 |

33260 FOMB

Invoice 170156005

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0007 PROMESA TITLE III: ERS

Page 10

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/19/18 | Michael R. Hackett | 206 | Continue to draft supplemental brief (1.10); Correspondence with legal team regarding declaration (0.70); Correspondence with legal team regarding revisions to supplemental brief based upon draft declaration (1.10). | 2.90 | $2,201.10 |
| 03/20/18 | Brian S. Rosen | 206 | Review M. Bienenstock comments on supplemental brief (0.20); Memorandum to J. Levitan regarding same. (0.10). | 0.30 | $227.70 |
| 03/20/18 | Kevin J. Perra | 206 | Review draft declaration for supplemental submission (0.30); Review draft accompanying papers for same (0.80). | 1.10 | $834.90 |
| 03/20/18 | Michael R. Hackett | 206 | Continue to draft supplemental brief (1.30); Review proposed edits to declaration in support of supplemental brief (0.80); Conferences with legal team regarding supplemental brief and declaration (0.70). | 2.80 | $2,125.20 |
| 03/20/18 | Timothy W. Mungovan | 206 | Communications with S. Weise and M. Hackett regarding status of supplemental brief (0.30); Communications with J. Zajac, S. Weise, and P. Possinger regarding supplemental brief (0.40). | 0.70 | $531.30 |
| 03/20/18 | William D. Dalsen | 206 | Revise draft declaration in support of Court-ordered supplemental briefing (1.10); Correspondence with team regarding same (0.30); Correspondence and calls with team regarding draft supplemental briefing and declaration for same (0.40); Call with counsel to ERS regarding draft declaration (0.50). | 2.30 | $1,745.70 |
| 03/20/18 | Jeffrey W. Levitan | 206 | Review M. Bienenstock comments to supplemental brief (0.20); Teleconference with S. Ratner regarding supplemental brief (0.10); Conference with J. Zajac regarding supplemental brief (0.10); E-mail S. Weise regarding supplemental brief (0.10); Review revised declaration for same (0.20); Review committee meeting comments, e-mails regarding brief (0.10). | 0.80 | $607.20 |
| 03/20/18 | Steven O. Weise | 206 | Review and revise supplemental brief (3.70); Review law regarding same (0.60). | 4.30 | $3,263.70 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS                                                          Page 11

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/20/18 | Jared Zajac | 206 | Review and analyze comments to supplemental brief (1.60); Revise brief (1.90); Revise declaration (0.60); Calls with W. Dalsen regarding same (0.60); Meetings with J. Levitan regarding brief (0.30); E-mails with S. Weise regarding comments (0.40); Review revised declaration (0.30); Call with M. Pocha regarding declaration (0.40); E-mails with P. Possinger regarding same (0.20). | 6.30 | $4,781.70 |
| 03/20/18 | Paul Possinger | 206 | Review comments to supplemental brief (0.50); Review and revise supplemental declaration (0.80); E-mails with J. Zajac et al regarding same (0.30); Further review of declaration and internal comments (0.40); Follow-up discussion of same with M. Pochu (0.20); Review UCC Committee comments (0.30); Discuss UCC issues with S. Weise (0.40); Draft further revisions on UCC issues (0.70); Discuss Act 66 issues with P. Friedman (0.40); Call with J. Zajac, W. Dalsen, O'Melveny regarding declaration (0.70). | 4.70 | $3,567.30 |
| 03/20/18 | Stephen L. Ratner | 206 | Review draft supplemental brief regarding summary judgment (0.60); Conference with J. Levitan regarding same (0.10); E-mail with S. Weise, P. Possinger and M. Bienenstock regarding same (0.10). | 0.80 | $607.20 |
| 03/21/18 | Paul Possinger | 206 | Review O'Melveny comments to supplemental brief (0.30); Update brief with points from O'Melveny and S. Weise (1.00); Review updated declaration (0.80); E-mails with litigation team and Puerto Rico counsel regarding filing, timing of supplemental brief (0.30); Consolidate revisions to supplemental brief (1.00); Review final changes to brief and declaration (0.50). | 3.90 | $2,960.10 |

33260 FOMB                                                           Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                    Page 12

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/21/18 | Jared Zajac | 206 | E-mail M. Hackett regarding supplemental brief (0.10); Review revised brief (0.30); E-mails with P. Possinger regarding same (0.20); Review S. Weise comments on same (0.40); Review additional cases cited (0.80); Review declaration (0.50); E-mail P. Possinger regarding same (0.10); Revise brief (1.10); E-mails with J. Levitan and P. Possinger regarding same (0.10); Review final declaration (0.40); E-mail P. Possinger regarding same (0.10); Finalize brief (1.00); E-mails with W. Dalsen regarding same (0.20). | 5.30 | $4,022.70 |
| 03/21/18 | Steven O. Weise | 206 | Provide final edits to supplemental brief. | 3.80 | $2,884.20 |
| 03/21/18 | Jeffrey W. Levitan | 206 | Review AAFAF comments on supplemental brief, declaration (0.20); Review S. Weise e-mails regarding section 544 (0.10); Revise supplemental brief (0.10); E-mails with S. Weise, P. Possinger regarding same (0.80); Review M. Hackett comments on revised supplemental brief (0.20); Review final supplemental brief (0.10); E-mail with P. Possinger regarding supplemental brief (0.10). | 1.60 | $1,214.40 |
| 03/21/18 | William D. Dalsen | 206 | Correspondence with O'Neill regarding supplemental briefs. | 0.90 | $683.10 |
| 03/21/18 | Stephen L. Ratner | 206 | E-mail with S. Weise, M. Bienenstock, et al. regarding supplemental briefs. | 0.10 | $75.90 |
| 03/21/18 | Michael R. Hackett | 206 | Revise supplemental brief in support of summary judgment (0.90); Conferences with legal team regarding supplemental brief (1.60); Finalize supplemental brief (1.10); Finalize declaration for supplemental brief (0.80); Coordinate with legal team for filing of supplemental brief (1.70). | 6.10 | $4,629.90 |
| 03/22/18 | Brian S. Rosen | 206 | Review supplemental brief (0.40); Memorandum to J. Levitan regarding same (0.10); Call with Proskauer team regarding same (0.50). | 1.00 | $759.00 |
| 03/22/18 | William D. Dalsen | 206 | Revise draft Court-ordered supplemental reply in support of motion for summary judgment (1.40); Attend team call regarding reply to bondholders' supplemental brief (0.70). | 2.10 | $1,593.90 |
| 03/22/18 | Jared Zajac | 206 | Draft reply brief. | 3.70 | $2,808.30 |
| 03/22/18 | Kevin J. Perra | 206 | Review prior briefing for bondholders supplemental filing. | 0.70 | $531.30 |

33260 FOMB

Invoice 170156005

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0007 PROMESA TITLE III: ERS

Page 13

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/22/18 | Michael R. Hackett | 206 | Conferences with legal team regarding ERS reply brief (1.70); Legal research regarding ERS reply brief (1.30); Factual research regarding ERS reply brief (2.60). | 5.60 | $4,250.40 |
| 03/22/18 | Jeffrey W. Levitan | 206 | E-mail S. Weise regarding section 544 brief (0.10); Meeting with J. Zajac, S. Weise and P. Possinger regarding supplemental brief response (0.60); E-mail M. Bienenstock regarding supplemental brief (0.20); Review M. Bienenstock reply e-mail (0.10); Conference with J. Zajac regarding section 544 issues (0.10). | 1.10 | $834.90 |
| 03/22/18 | Jonathan E. Richman | 206 | Review supplemental brief in Altair case. | 0.20 | $151.80 |
| 03/23/18 | Michael R. Hackett | 206 | Continue drafting ERS reply brief (2.40); Factual research regarding ERS reply brief (1.70); Legal research regarding ERS reply brief (0.60); Conferences with legal team regarding ERS reply brief (0.70). | 5.40 | $4,098.60 |
| 03/23/18 | Stephen L. Ratner | 206 | Review draft supplemental brief response. | 0.30 | $227.70 |
| 03/23/18 | Jared Zajac | 206 | Draft reply brief. | 5.30 | $4,022.70 |
| 03/23/18 | William D. Dalsen | 206 | Correspondence with team regarding supplemental reply brief (0.10); Review and revise draft supplemental reply in support of motion for summary judgment (1.80). | 1.90 | $1,442.10 |
| 03/23/18 | Jeffrey W. Levitan | 206 | Teleconference with P. Possinger regarding supplemental reply (0.10); Conference with J. Zajac regarding supplemental reply (0.10); Review draft reply to section 544 brief (0.40). | 0.60 | $455.40 |
| 03/24/18 | Jeffrey W. Levitan | 206 | Edit supplement reply brief (1.90); E-mail J. Zajac regarding same (0.30); Review S. Weise comments to same (0.10); E-mail P. Possinger regarding same (0.10); Review and edit revised reply brief (0.60); E-mails with T. Mungovan regarding supplemental declaration (0.20); E-mail W. Dalsen regarding revisions to supplemental reply (0.30); E-mail to M. Bienenstock regarding supplemental reply (0.20). | 3.70 | $2,808.30 |
| 03/24/18 | Brian S. Rosen | 206 | Review draft reply brief (0.40); Memorandum to J. Zajac regarding same (0.10). | 0.50 | $379.50 |
| 03/24/18 | Michael R. Hackett | 206 | Continue to draft reply brief (3.40); Correspondence with legal team regarding same (1.30). | 4.70 | $3,567.30 |
| 03/24/18 | Kevin J. Perra | 206 | Review draft reply to bondholders brief and cases cited therein. | 0.90 | $683.10 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 14

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/24/18 | Timothy W. Mungovan | 206 | Communications with M. Hackett and W. Dalsen regarding reply in response to ERS bondholder's supplemental statement. | 0.30 | $227.70 |
| 03/24/18 | William D. Dalsen | 206 | Revise draft supplemental reply brief in support of motion for summary judgment. | 0.90 | $683.10 |
| 03/24/18 | Steven O. Weise | 206 | Review and revise supplemental brief. | 2.30 | $1,745.70 |
| 03/24/18 | Jared Zajac | 206 | Review and revise reply (1.10); Review and analyze comments to same (0.40); E-mails with W. Dalsen regarding reply (0.30). | 1.80 | $1,366.20 |
| 03/24/18 | Paul Possinger | 206 | Review reply to supplemental brief (0.60); E-mails with team regarding same (0.50). | 1.10 | $834.90 |
| 03/25/18 | Paul Possinger | 206 | E-mails with team regarding declaration for reply brief (0.10); Review and revise reply brief (0.20). | 0.30 | $227.70 |
| 03/25/18 | Timothy W. Mungovan | 206 | Communications with P. Possinger, M. Hackett and W. Dalsen regarding discussions with AAFAF's counsel regarding reply brief. | 0.30 | $227.70 |
| 03/25/18 | Michael R. Hackett | 206 | Participate in call with legal team regarding reply brief (0.70); Prepare for same (0.40); Correspondence with legal team regarding reply brief (0.50). | 1.60 | $1,214.40 |
| 03/25/18 | William D. Dalsen | 206 | Correspondence with team regarding draft supplemental reply brief. | 0.40 | $303.60 |
| 03/26/18 | Michael R. Hackett | 206 | Revise reply brief for supplemental briefing (1.30); Conferences with legal team regarding same (0.70). | 2.00 | $1,518.00 |
| 03/26/18 | Kevin J. Perra | 206 | Review edits to draft supplemental reply brief. | 0.20 | $151.80 |
| 03/26/18 | Timothy W. Mungovan | 206 | Communications with M. Hackett and W. Dalsen regarding supplemental reply. | 0.20 | $151.80 |
| 03/26/18 | William D. Dalsen | 206 | Office conference with M. Hackett regarding ERS supplemental reply brief (0.20); Correspondence with team regarding proposed edits to supplemental reply brief (0.30). | 0.50 | $379.50 |
| 03/26/18 | Jeffrey W. Levitan | 206 | E-mail M. Hackett regarding supplemental reply (0.10); Review M. Bienenstock comments to supplemental brief (0.10); E-mails regarding same (0.10). | 0.30 | $227.70 |
| 03/26/18 | Stephen L. Ratner | 206 | Review draft response to supplemental brief. | 0.30 | $227.70 |
| 03/27/18 | Steven O. Weise | 206 | Review revised reply to supplemental brief. | 0.40 | $303.60 |
| 03/27/18 | Stephen L. Ratner | 206 | Review draft supplemental response brief. | 0.20 | $151.80 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 15

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/27/18 | William D. Dalsen | 206 | Revise draft supplemental reply brief in support of motion for summary judgment. | 0.30 | $227.70 |
| 03/27/18 | Brian S. Rosen | 206 | Review M. Bienenstock comments to ERS supplemental brief (0.20); Memorandum to J. Levitan regarding same (0.10); Office conference with J. Levitan regarding same (0.10). | 0.40 | $303.60 |
| 03/28/18 | Michael R. Hackett | 206 | Continue to revise reply brief in support of motion for summary judgment (2.40); Review proposed edits to reply brief (1.20); Conferences with legal team regarding revisions to reply brief (1.10); Finalize reply brief (1.10); Coordinate with legal team on filing of reply brief (1.80). | 7.60 | $5,768.40 |
| 03/28/18 | Jeffrey W. Levitan | 206 | E-mail with M. Hackett regarding supplemental reply brief (0.10); Review AAFAF comments on supplemental reply brief (0.40); Conferences with J. Zajac regarding supplemental brief (0.50); E-mail to P. Possinger regarding supplemental brief (0.20); E-mail to W. Dalsen regarding AAFAF comments (0.20); Review Retiree Committee comments (0.20). | 1.60 | $1,214.40 |
| 03/28/18 | William D. Dalsen | 206 | Review proposed edits to draft supplemental reply in support of motion for summary judgment (0.20); Revise draft supplemental reply in support of motion for summary judgment (1.40). | 1.60 | $1,214.40 |
| 03/28/18 | Paul Possinger | 206 | Review O'Melveny comments to reply brief (0.30); E-mail to team in response to same (0.80); Discuss comments with M. Hackett (0.30). | 1.40 | $1,062.60 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 16

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/28/18 | Jared Zajac | 206 | E-mail with M. Hackett regarding reply brief (0.10); E-mail with J. Levitan regarding same (0.10); Meeting with J. Levitan regarding same (0.30); E-mail with P. Possinger regarding same (0.10); Call with J. Levitan regarding same (0.10); Review and analyze comments to reply (0.60); Call with M. Hackett regarding same (0.10); Revise reply (0.80); E-mail with M. Hackett and W. Dalsen regarding same (0.10); Calls with J. Levitan regarding same (0.20); E-mail with W. Dalsen regarding same (0.10); Call with W. Dalsen regarding same (0.20); Comment on same (0.30); E-mail with M. Hackett regarding reply brief (0.10); Review additional comments on same (0.40); Call W. Dalsen regarding same (0.10). | 3.70 | $2,808.30 |
| 03/28/18 | Stephen L. Ratner | 206 | E-mail with S. Weise, et al. regarding supplemental reply brief. | 0.10 | $75.90 |
| 03/28/18 | Steven O. Weise | 206 | Review comments on supplemental reply brief. | 0.80 | $607.20 |
| 03/29/18 | Jeffrey W. Levitan | 206 | E-mail with M. Bienenstock regarding supplemental reply brief (0.10); Conference with J. Zajac regarding same (0.20). | 0.30 | $227.70 |
| 03/29/18 | Michael R. Hackett | 206 | Correspondence with legal team regarding potential sur-reply brief (0.70); Analyze arguments regarding potential sur-reply brief (1.00). | 1.70 | $1,290.30 |
| 03/29/18 | Brian S. Rosen | 206 | Review memoranda regarding sur-reply (0.40); Teleconference with M. Bienenstock regarding same (0.10); Memorandum to W. Dalsen regarding same (0.10). | 0.60 | $455.40 |
| **Documents Filed on Behalf of the Board** | | | | **209.70** | **$159,162.30** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/10/18 | Jeffrey W. Levitan | 207 | Review government reply in Court of Claims case. | 0.30 | $227.70 |

33260 FOMB                                                          Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/18 | Stephen L. Ratner | 207 | Review DOJ reply brief regarding motion to dismiss in Altair case (0.20); Review order regarding supplemental briefing regarding Altair summary judgment motion (0.10); E-mail with S. Weise, J. Levitan, et al. regarding DOJ reply regarding motion to dismiss in Altair and supplemental briefing regarding Altair summary judgment motion (0.10). | 0.40 | $303.60 |
| 03/12/18 | Paul Possinger | 207 | Review order regarding supplemental briefing (0.20); E-mails with ERS team regarding same (0.30); Call with S. Weise, B Rosen, J. Levitan and J. Zajac regarding same (0.50). | 1.00 | $759.00 |
| 03/12/18 | Timothy W. Mungovan | 207 | Review Judge Swain's order directing supplemental briefing on ERS' and ERS Bondholders' motions for summary judgment. | 0.30 | $227.70 |
| 03/12/18 | Brian S. Rosen | 207 | Review Court order regarding supplemental filing (0.10); Review article regarding same (0.10). | 0.20 | $151.80 |
| 03/12/18 | Jeffrey W. Levitan | 207 | Review supplemental briefing order. | 0.10 | $75.90 |
| 03/12/18 | Jared Zajac | 207 | Review supplemental brief order (0.30); Review J. Levitan e-mail regarding same (0.10); E-mails with J. Levitan and P. Possinger regarding same (0.20); E-mails with M. Hackett regarding same (0.20). | 0.80 | $607.20 |
| 03/12/18 | Kevin J. Perra | 207 | Review and analyze order regarding supplemental briefing in ERS summary judgment proceedings. | 0.20 | $151.80 |
| 03/12/18 | Steven O. Weise | 207 | Review Court's request for additional briefing on security interest issues. | 0.40 | $303.60 |
| 03/12/18 | William D. Dalsen | 207 | Review Court order for supplemental briefing in ERS v. Altair matter. | 0.10 | $75.90 |
| 03/12/18 | Michael R. Hackett | 207 | Analyze government's reply in support of motion for summary judgment in Court of Federal Claims lawsuit (1.70); Analyze order from Court regarding supplemental briefing (0.80); Correspondence with legal team regarding Court's order (1.10). | 3.60 | $2,732.40 |
| 03/13/18 | Jeffrey W. Levitan | 207 | Review J. Zajac e-mails regarding section 544 (0.10); Review UCC-9301 cases (0.50). | 0.60 | $455.40 |
| 03/19/18 | William D. Dalsen | 207 | Review Altair Court of Claims filings (2.30); Correspondence with team regarding same (0.20). | 2.50 | $1,897.50 |
| 03/21/18 | Jeffrey W. Levitan | 207 | Review Retiree Committee supplemental brief (0.30); E-mail with J. Zajac regarding Retiree brief (0.30). | 0.60 | $455.40 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 18

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/21/18 | Jared Zajac | 207 | Review Retiree brief (0.40); Meeting with J. Levitan regarding same (0.20); Review all cases cited (1.40); Call with P. Possinger regarding brief (0.10). | 2.10 | $1,593.90 |
| 03/21/18 | Paul Possinger | 207 | Review Retiree Committee brief. | 0.40 | $303.60 |
| 03/21/18 | Kevin J. Perra | 207 | Review Retirees' supplemental briefing. | 0.40 | $303.60 |
| 03/21/18 | Michael A. Firestein | 207 | Review supplemental briefing by other parties. | 0.30 | $227.70 |
| 03/22/18 | Martin J. Bienenstock | 207 | Review ERS bondholders' supplemental brief regarding section 544 (a) (0.60); E-mails with Proskauer team regarding same (0.30). | 0.90 | $683.10 |
| 03/22/18 | William D. Dalsen | 207 | Review bondholders' supplemental brief and declaration (2.60); Review urgent motion for extended page limits (0.40); Correspondence with team regarding same (0.10). | 3.10 | $2,352.90 |
| 03/22/18 | Jonathan E. Richman | 207 | Review supplemental briefs by others in Altair case. | 0.40 | $303.60 |
| 03/22/18 | Stephen L. Ratner | 207 | Review supplemental briefs regarding summary judgment motion (0.70); Conferences, e-mail with J. Levitan, S. Weise, B. Rosen, P. Possinger, et al. regarding supplemental briefs (0.40). | 1.10 | $834.90 |
| 03/22/18 | Jared Zajac | 207 | Review and analyze bondholder brief (0.70); Review Retiree Committee brief (0.30). | 1.00 | $759.00 |
| 03/22/18 | Paul Possinger | 207 | Review ERS bondholder brief (0.40); Meeting with team to review reply (0.60); Review security documents in connection with same (0.70); Discuss same with J. Zajac (0.30); Review page limit filing by ERS bondholders (0.20); Discuss response with team (0.30). | 2.50 | $1,897.50 |
| 03/22/18 | Kevin J. Perra | 207 | Review bondholders supplemental filing (1.10); Review motion for further sur-reply (0.20); E-mails regarding same (0.10). | 1.40 | $1,062.60 |
| 03/22/18 | Timothy W. Mungovan | 207 | Review ERS bondholders' supplemental reply in support of summary judgment motions (0.40); Review bondholders' motion to enlarge number of pages for reply brief (0.30). | 0.70 | $531.30 |
| 03/22/18 | Michael R. Hackett | 207 | Analyze bondholders supplemental brief. | 1.80 | $1,366.20 |
| 03/22/18 | Jeffrey W. Levitan | 207 | Review bondholder reply (0.40); Review bondholder declaration (0.10). | 0.50 | $379.50 |
| 03/23/18 | Jared Zajac | 207 | Review Retiree Committee reply (0.80); E-mails with M. Hackett and W. Dalsen regarding same (0.40). | 1.20 | $910.80 |
| 03/23/18 | Jeffrey W. Levitan | 207 | Review bondholders page limit motion. | 0.10 | $75.90 |

33260 FOMB                                                                        Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0007 PROMESA TITLE III: ERS                                                            Page 19

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/23/18 | Steven O. Weise | 207 | Review bondholder brief (1.40); Review law regarding bondholder brief (1.60); Conference with team regarding reply (0.30). | 3.30 | $2,504.70 |
| 03/26/18 | Timothy W. Mungovan | 207 | Review Judge Swain's order granting ERS Bondholders' motion for leave to file sur-reply. | 0.10 | $75.90 |
| 03/27/18 | Jeffrey W. Levitan | 207 | Review revised CSI complaint and e-mails regarding same (0.20); E-mail A. Vermal regarding revised CSI complaint (0.10). | 0.30 | $227.70 |
| 03/28/18 | Jared Zajac | 207 | Review and analyze Retiree reply brief. | 0.40 | $303.60 |
| 03/29/18 | Jeffrey W. Levitan | 207 | Review bondholders supplemental brief and cases cited. | 0.90 | $683.10 |
| 03/29/18 | Michael R. Hackett | 207 | Analyze bondholders' reply brief. | 1.40 | $1,062.60 |
| 03/29/18 | Kevin J. Perra | 207 | Review ERS bondholders supplemental reply briefing. | 0.90 | $683.10 |
| 03/29/18 | Stephen L. Ratner | 207 | Review bondholders' supplemental reply brief (0.20); E-mail with J. Zajac, M. Hackett, P. Possinger, J. Levitan regarding same (0.10). | 0.30 | $227.70 |
| 03/29/18 | William D. Dalsen | 207 | Review reply supplemental brief from bondholders (0.10); Correspondence with team regarding potential response (0.10). | 0.20 | $151.80 |
| 03/29/18 | Jared Zajac | 207 | Review bondholders' reply brief (0.60); Meetings with J. Levitan regarding same (0.20); Calls with M. Hackett regarding same (0.20); Review bondholders' cases (0.70); Summarize cases and sur-reply issue for J. Levitan (0.30); Call with J. Levitan regarding same (0.10). | 2.10 | $1,593.90 |
| **Non-Board Court Filings** | | | | **38.90** | **$29,525.10** |

**Adversary Proceeding -- 209**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/23/18 | Jared Zajac | 209 | Call with M. Hackett regarding reply brief (0.20); E-mails with J. Levitan regarding same (0.30). | 0.50 | $379.50 |
| 03/29/18 | Jeffrey W. Levitan | 209 | Review J. Zajac e-mail regarding supplemental reply brief (0.30); E-mail with W. Dalsen regarding supplemental reply brief (0.30). | 0.60 | $455.40 |
| **Adversary Proceeding** | | | | **1.10** | **$834.90** |

33260 FOMB                                                                              Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                             Page 20

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/01/18 | Timothy W. Mungovan | 210 | Communications with P. Possinger, P. Hamburger, and E. Barak regarding Union's Rule 2004 requests. | 0.20 | $151.80 |
| 03/01/18 | Brian S. Rosen | 210 | Participate in Proskauer team update call regarding pending issues. | 0.40 | $303.60 |
| 03/02/18 | Kevin J. Perra | 210 | Prepare for teleconference with team regarding AFSCME discovery motion (0.30); Teleconference with team regarding same (0.40). | 0.70 | $531.30 |
| 03/02/18 | Timothy W. Mungovan | 210 | Teleconference with P. Possinger, P. Hamburger, K. Perra, and S. Ratner regarding responding to Unions' Rule 2004 motion and next steps. | 0.30 | $227.70 |
| 03/05/18 | Jared Zajac | 210 | Review summary of recent case law on section 552(b) issue. | 0.10 | $75.90 |
| 03/12/18 | Timothy W. Mungovan | 210 | Communications with P. Possinger regarding Judge Swain's order directing supplemental briefing on ERS' and ERS Bondholders' motions for summary judgment. | 0.30 | $227.70 |
| 03/13/18 | Jared Zajac | 210 | E-mails with P. Possinger regarding Act 66. | 0.20 | $151.80 |
| 03/16/18 | Matthew I. Rochman | 210 | Draft correspondence to T. Mungovan regarding status of UCC's intervention in Altair adversary proceedings. | 0.20 | $151.80 |
| 03/16/18 | Timothy W. Mungovan | 210 | Communications with M. Hackett and M. Rochman regarding communication with UCC on supplemental brief (0.20); Communications with M. Bienenstock regarding same (0.20). | 0.40 | $303.60 |
| 03/17/18 | Jeffrey W. Levitan | 210 | Review S. Weise e-mails regarding supplemental brief for ERS, Altair (0.10); E-mail K. Perra regarding supplemental brief for ERS, Altair (0.10); E-mail B. Rosen regarding same (0.10). | 0.30 | $227.70 |
| 03/20/18 | Timothy W. Mungovan | 210 | Communications with M. Bienenstock, M. Harris, and S. Ratner regarding ERS bondholders' request to file amicus brief in First Circuit in connection with GO bondholders' appeal from dismissal of complaint. | 0.20 | $151.80 |
| 03/21/18 | Brian S. Rosen | 210 | Review ERS asset listings. | 0.30 | $227.70 |
| 03/21/18 | Kevin J. Perra | 210 | E-mails regarding AFSCME Rule 2004 motion. | 0.10 | $75.90 |
| 03/22/18 | Timothy W. Mungovan | 210 | Communications with M. Hackett and S. Ratner regarding bondholders' motion to enlarge number of pages for reply brief. | 0.20 | $151.80 |

33260 FOMB                                                              Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                            Page 21

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/23/18 | Ralph C. Ferrara | 210 | Review materials regarding supplemental briefing on summary judgment motions. | 0.20 | $151.80 |
| 03/28/18 | Brian S. Rosen | 210 | Memorandum to M. Dale and A. Bargoot regarding discovery issues (0.20); Memorandum to A. Bargoot regarding confidentiality order provisions (0.10); Review draft status report on discovery (0.20); Memorandum to M. Dale regarding same (0.10). | 0.60 | $455.40 |
| **Analysis and Strategy** | | | | **4.70** | **$3,567.30** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/18 | Selena F. Williams | 212 | Compile ERS briefing documents, per M. Dale. | 0.30 | $78.00 |
| 03/12/18 | Lawrence T. Silvestro | 212 | Compile requested pleadings related to ERS adversarial proceeding. | 1.20 | $312.00 |
| 03/16/18 | Lawrence T. Silvestro | 212 | Retrieve case law cited in ERS Supplemental brief in support for motion for summary judgment. | 2.40 | $624.00 |
| 03/21/18 | Magali Giddens | 212 | Correspondence and teleconference with L. Silvestro regarding finalizing ERS's supplemental brief. | 0.10 | $26.00 |
| 03/22/18 | Magali Giddens | 212 | Teleconference with W. Dalsen regarding filing of brief (0.10); Teleconference and e-mail to J. Berman at Prime Clerk regarding service to Chambers and language to be included in affidavit (0.10). | 0.20 | $52.00 |
| 03/28/18 | Magali Giddens | 212 | Correspondence with W. Dalsen regarding electronic filing of ERS supplemental brief (0.20); Finalize ERS brief for filing (1.60); Electronically file same (0.20). | 2.00 | $520.00 |
| **General Administration** | | | | **6.20** | **$1,612.00** |

**Labor, Pension Matters -- 213**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/02/18 | Brian S. Rosen | 213 | Review materials regarding collective bargaining agreements (0.70); Teleconference with P. Possinger, C. Gomez et al., regarding same (0.40); Memorandum to K. Rifkind regarding collective bargaining agreement analysis status (0.10). | 1.20 | $910.80 |
| **Labor, Pension Matters** | | | | **1.20** | **$910.80** |

33260 FOMB                                                                    Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

**Plan of Adjustment and Disclosure Statement -- 215**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/01/18 | Brian S. Rosen | 215 | Teleconference with N. Mitchell regarding plan of adjustment issues. | 0.30 | $227.70 |
| 03/06/18 | Brian S. Rosen | 215 | Meeting with T. Green regarding plan of adjustment discussions (1.70); Meeting with T. Green, et al. and with Citi team regarding same (1.90); Teleconference with J. Rapisardi regarding same (0.40); Memorandum to T. Green regarding same (0.10); Memorandum to J. Rapisardi regarding status (0.30). | 4.40 | $3,339.60 |
| 03/07/18 | Brian S. Rosen | 215 | Teleconference with T. Green, et al., regarding plan of adjustment issues (0.40); Revise materials regarding same (1.10). | 1.50 | $1,138.50 |
| 03/08/18 | Brian S. Rosen | 215 | Meeting with J. El Koury regarding plan of adjustment issues (0.50); Meeting with D. Mondell regarding same (0.40). | 0.90 | $683.10 |
| 03/09/18 | Brian S. Rosen | 215 | Review and revise Citi memorandum regarding plan of adjustment (0.30); Teleconference with T. Green regarding same. (0.30); Teleconference with T. Green and J. Castiglioni regarding same (0.40); Memorandum to T. Green regarding same (0.30); Revise materials regarding same (1.60). | 2.90 | $2,201.10 |
| 03/14/18 | Brian S. Rosen | 215 | Memorandum to T. Green regarding plan of adjustment structure (0.10); Memorandum to S. Uhland regarding same (0.10); Memorandum to J. Esses regarding creditor list (0.10); Teleconference with S. Uhland regarding structure/claims (0.30). | 0.60 | $455.40 |
| 03/16/18 | Brian S. Rosen | 215 | Review documentation in connection with plan of adjustment (1.40); Meeting with Citi et al., regarding structure alternatives (1.70); [REDACTED: Work relating to court-ordered mediation] (0.60). | 3.70 | $2,808.30 |
| 03/17/18 | Brian S. Rosen | 215 | Review revised Citi materials on plan of adjustment (0.30); Memorandum to M. Bienenstock regarding same (0.10). | 0.40 | $303.60 |
| 03/18/18 | Brian S. Rosen | 215 | Review plan of adjustment in other municipality bankruptcy. | 2.40 | $1,821.60 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS                                              Page 23

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/19/18 | Brian S. Rosen | 215 | Memorandum to J. Gavin regarding plan of adjustment (0.10); Teleconference with J. Castiglioni regarding same (0.20); Revise materials regarding same (1.70). | 2.00 | $1,518.00 |
| 03/20/18 | Brian S. Rosen | 215 | Review J. Gavin memorandum regarding financial advisor call (0.10); Memorandum to J. Gavin regarding same (0.10); Memorandum to D. Brownstein regarding debt service issues (0.10); Teleconference with Citi regarding same (0.60); Teleconference with M. Bienenstock regarding plan of adjustment process (0.10); Teleconference with Citi regarding structure (0.30); Teleconference with creditor regarding plan of adjustment structure (0.30); Teleconference with Citi regarding same. (0.20); Review M. Bienenstock memorandum regarding timing and schedule (0.40). | 2.20 | $1,669.80 |
| 03/21/18 | Brian S. Rosen | 215 | Memorandum to S. Uhland regarding meeting on potential plan of adjustment (0.10); Teleconference with N. Jaresko, Citi, M. Backfrie, et al., regarding same (0.60); Memorandum to N. Jaresko regarding proposals (0.20); Memorandum with creditor regarding meetings to discuss potential plan of adjustment (0.20); Teleconference with D. Brownstein regarding meeting (0.20); Memorandum to J. Gavin regarding meeting attendance (0.10); Teleconference with J. Rapisardi regarding same (0.30); Memorandum to J. Gavin regarding same (0.20); Review prior proposals (0.80); Teleconference with D. Brownstein regarding same (0.20); Revise materials in connection with same (2.10); Teleconference with J. Castiglioni regarding debt service (0.20); Teleconference with J. Rapisardi regarding meeting (0.20). | 5.40 | $4,098.60 |
| 03/22/18 | Brian S. Rosen | 215 | Meeting with Citi, et al., regarding plan of adjustment structure (2.40); Teleconference with D. Mondell regarding same (0.30); Teleconference with J. Rapisardi regarding same (0.20); Memorandum to J. Rapisardi and S. Uhland regarding same (0.20). | 3.10 | $2,352.90 |

33260 FOMB                                                                    Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                   Page 24

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/23/18 | Brian S. Rosen | 215 | Meeting at O'Melveny with S. Uhland regarding plan of adjustment structure (2.80); Memorandum to N. Jaresko, et al., regarding plan of adjustment meeting (0.30). | 3.10 | $2,352.90 |
| 03/24/18 | Brian S. Rosen | 215 | Review plan of adjustment materials (0.40); Memorandum to N. Jaresko regarding same (0.10); Review Citi materials regarding same (0.30); Memorandum to J. Gavin regarding same (0.20); Teleconference with Citi regarding same (0.60). | 1.60 | $1,214.40 |
| 03/27/18 | Brian S. Rosen | 215 | Memorandum to D. Brownstein, et al., regarding plan of adjustment (0.10); Teleconference with D. Brownstein regarding same (0.30); Review memorandum regarding creditor weekly call (0.10); Memorandum to Citi regarding same (0.10). | 0.60 | $455.40 |
| 03/28/18 | Brian S. Rosen | 215 | Memorandum to creditor regarding plan of adjustment materials (0.10); Memorandum to J. Rapisardi regarding creditor conversations (0.10); Memorandum to J. Gavin regarding Citi analysis (0.10); Review J. Gavin memorandum regarding same (0.10); Memorandum to S. Uhland regarding plan of adjustment (0.30); Revise materials regarding same (2.10). | 2.80 | $2,125.20 |
| 03/29/18 | Brian S. Rosen | 215 | Teleconference with Citi regarding plan of adjustment process and related issues. | 0.70 | $531.30 |
| 03/30/18 | Brian S. Rosen | 215 | Revise plan of adjustment materials. | 2.10 | $1,593.90 |
| **Plan of Adjustment and Disclosure Statement** | | | | **40.70** | **$30,891.30** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/09/18 | Natasha Petrov | 218 | Review November monthly statement in connection with second interim fee application (0.30); Continue drafting Proskauer second interim fee application (3.90). | 4.20 | $1,092.00 |
| 03/16/18 | Natasha Petrov | 218 | Review October and November monthly fee statements for second interim fee application. | 0.60 | $156.00 |
| 03/23/18 | Mee R. Kim | 218 | Review December 2017 invoice details for monthly fee statement. | 0.50 | $379.50 |
| 03/25/18 | Mee R. Kim | 218 | Draft details for December 2017 monthly fee statement. | 1.20 | $910.80 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 25

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/26/18 | Natasha Petrov | 218 | Review draft of December monthly fee statement (0.30); Continue drafting summaries for interim fee application (0.50). | 0.80 | $208.00 |
| 03/28/18 | Natasha Petrov | 218 | Draft additional calculations for Proskauer second interim fee application. | 1.20 | $312.00 |
| 03/28/18 | Mee R. Kim | 218 | Review January 2018 invoice details for monthly fee statement preparation. | 0.70 | $531.30 |
| 03/29/18 | Mee R. Kim | 218 | Draft details for January 2018 monthly fee statement. | 1.20 | $910.80 |
| 03/29/18 | Natasha Petrov | 218 | Continue drafting Proskauer second interim fee application. | 1.40 | $364.00 |
| 03/30/18 | Mee R. Kim | 218 | Finalize December 2017 and January 2018 monthly fee statements. | 0.80 | $607.20 |
| **Employment and Fee Applications** | | | | **12.60** | **$5,471.60** |

**Total for Professional Services** $272,591.50

33260 FOMB                                                                          Invoice 170156005
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0007 PROMESA TITLE III: ERS                                                         Page 26

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 65.10 | 759.00 | $49,410.90 |
| EHUD BARAK | PARTNER | 1.80 | 759.00 | $1,366.20 |
| JEFFREY W. LEVITAN | PARTNER | 22.30 | 759.00 | $16,925.70 |
| JONATHAN E. RICHMAN | PARTNER | 0.60 | 759.00 | $455.40 |
| KEVIN J. PERRA | PARTNER | 14.60 | 759.00 | $11,081.40 |
| MARTIN J. BIENENSTOCK | PARTNER | 4.60 | 759.00 | $3,491.40 |
| MICHAEL A. FIRESTEIN | PARTNER | 0.60 | 759.00 | $455.40 |
| PAUL POSSINGER | PARTNER | 31.20 | 759.00 | $23,680.80 |
| RALPH C. FERRARA | PARTNER | 0.20 | 759.00 | $151.80 |
| STEPHEN L. RATNER | PARTNER | 4.30 | 759.00 | $3,263.70 |
| STEVEN O. WEISE | PARTNER | 41.00 | 759.00 | $31,119.00 |
| TIMOTHY W. MUNGOVAN | PARTNER | 5.90 | 759.00 | $4,478.10 |
| **Total for PARTNER** | | **192.20** | | **$145,879.80** |
| | | | | |
| DANIEL DESATNIK | ASSOCIATE | 0.10 | 759.00 | $75.90 |
| JARED ZAJAC | ASSOCIATE | 70.60 | 759.00 | $53,585.40 |
| LUCY WOLF | ASSOCIATE | 3.30 | 759.00 | $2,504.70 |
| MATTHEW I. ROCHMAN | ASSOCIATE | 0.20 | 759.00 | $151.80 |
| MEE R. KIM | ASSOCIATE | 4.40 | 759.00 | $3,339.60 |
| MICHAEL R. HACKETT | ASSOCIATE | 59.90 | 759.00 | $45,464.10 |
| WILLIAM D. DALSEN | ASSOCIATE | 21.80 | 759.00 | $16,546.20 |
| **Total for ASSOCIATE** | | **160.30** | | **$121,667.70** |
| | | | | |
| ELLIOT STEVENS | ASSOCIATE | 5.00 | 260.00 | $1,300.00 |
| **Total for LAW CLERK** | | **5.00** | | **$1,300.00** |
| | | | | |
| LAWRENCE T. SILVESTRO | LEGAL ASSISTANT | 3.60 | 260.00 | $936.00 |
| MAGALI GIDDENS | LEGAL ASSISTANT | 2.30 | 260.00 | $598.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 8.20 | 260.00 | $2,132.00 |
| SELENA F. WILLIAMS | LEGAL ASSISTANT | 0.30 | 260.00 | $78.00 |
| **Total for LEGAL ASSISTANT** | | **14.40** | | **$3,744.00** |
| | **Total** | **371.90** | | **$272,591.50** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 03/12/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.10 |
| 03/12/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.60 |
| 03/15/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $3.70 |
| 03/15/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.00 |
| 03/15/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $5.90 |
| 03/15/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $2.50 |
| 03/15/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $0.70 |
| 03/16/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.10 |
| 03/16/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.10 |
| 03/16/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.10 |
| 03/16/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $0.20 |

33260 FOMB

Invoice 170156005

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0007 PROMESA TITLE III: ERS

Page 27

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 03/19/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $5.90 |
| 03/20/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.30 |
| 03/21/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.30 |
| 03/22/2018 | Jonathan E. Richman | REPRODUCTION | REPRODUCTION | $1.30 |
| 03/22/2018 | Jonathan E. Richman | REPRODUCTION | REPRODUCTION | $1.00 |
| 03/22/2018 | Jonathan E. Richman | REPRODUCTION | REPRODUCTION | $1.00 |
| 03/22/2018 | Jonathan E. Richman | REPRODUCTION | REPRODUCTION | $1.20 |
| 03/23/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $1.00 |
| 03/26/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $6.30 |
| 03/30/2018 | Jared Zajac | REPRODUCTION | REPRODUCTION | $6.00 |
| | | | **Total for REPRODUCTION** | **$46.30** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 03/13/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $1,502.00 |
| 03/13/2018 | Elliot Stevens | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $950.00 |
| 03/14/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $1,363.00 |
| 03/15/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $650.00 |
| 03/16/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $401.00 |
| 03/16/2018 | Elliot Stevens | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $3,741.00 |
| 03/21/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $401.00 |
| 03/22/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $893.00 |
| 03/23/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $162.00 |
| 03/24/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $239.00 |
| 03/29/2018 | Jared Zajac | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $81.00 |
| | | | **Total for LEXIS** | **$10,383.00** |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 28

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 03/22/2018 | William D. Dalsen | WESTLAW | WESTLAW Connect and Comm Time - 000000:00:00 WestChk and Other Trans -  0000000008 Lines | $119.00 |
| 03/23/2018 | Lucy Wolf | WESTLAW | WESTLAW Connect and Comm Time - 000000:00:00 WestChk and Other Trans -  0000000006 Lines | $204.00 |
| 03/24/2018 | William D. Dalsen | WESTLAW | WESTLAW Connect and Comm Time - 000000:00:00 WestChk and Other Trans -  0000000003 Lines | $119.00 |
| | | | **Total for WESTLAW** | **$442.00** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 12/10/2017 | Steven O. Weise | TAXI, CARFARE, MILEAGE AND PARKING | TAXI, CARFARE, MILEAGE AND PARKING Taxi Taxi/Car Service - S. Weise Car service from residence to LAX Airport for flight to assist in preparation of oral argument and to assist in oral argument | $125.00 |
| | | | **Total for TAXI, CARFARE, MILEAGE AND PA** | **$125.00** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 12/11/2017 | Steven O. Weise | OUT OF TOWN MEALS | OUT OF TOWN MEALS Meals Hotel - Dinner - S. Weise Room service dinner at Andaz 5th Avenue Hotel during trip to NYC to assist in preparation of oral argument and to assist in oral argument | $40.00 |
| 12/12/2017 | Steven O. Weise | OUT OF TOWN MEALS | OUT OF TOWN MEALS Meals Hotel - Dinner - S. Weise Room service dinner at Andaz 5th Avenue Hotel during trip to NYC to assist in preparation of oral argument and to assist in oral argument | $38.43 |
| 12/13/2017 | Steven O. Weise | OUT OF TOWN MEALS | OUT OF TOWN MEALS Meals Hotel - Dinner - S. Weise Room service dinner at Andaz 5th Avenue Hotel during trip to NYC to assist in preparation of oral argument and to assist in oral argument | $38.43 |
| | | | **Total for OUT OF TOWN MEALS** | **$116.86** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 12/10/2017 | Steven O. Weise | AIRPLANE | AIRPLANE Airfare - Steven Weise Round trip airfare (Los Angeles/Newark) for trip to NYC to assist in preparation of oral argument and to assist in oral argument | $362.40 |
| | | | **Total for AIRPLANE** | **$362.40** |

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 06/26/2017 | Steven O. Weise | LODGING | LODGING Hotel for client meetings and hearing. | $865.89 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156005

0007 PROMESA TITLE III: ERS

Page 29

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 12/10/2017 | Steven O. Weise | LODGING | LODGING Hotel - Lodging - S. Weise 5 nights hotel accommodations at Andaz 5th Avenue Hotel during trip to NYC to assist in preparation of oral argument and to assist in oral argument | $2,500.00 |
| | | | **Total for LODGING** | **$3,365.89** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|-----------------------|--------|
| REPRODUCTION | 46.30 |
| LEXIS | 10,383.00 |
| WESTLAW | 442.00 |
| TAXI, CARFARE, MILEAGE AND PARKING | 125.00 |
| OUT OF TOWN MEALS | 116.86 |
| AIRPLANE | 362.40 |
| LODGING | 3,365.89 |
| **Total Expenses** | **$14,841.45** |
| **Total Amount for this Matter** | **$287,432.95** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors. [1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3566-LTS

**COVER SHEET TO ELEVENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED IN
PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM
("ERS"), FOR THE PERIOD MARCH 1, 2018 THROUGH MARCH 31, 2018**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE
INCURRED INSIDE PUERTO RICO**

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:
9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                              Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                       Financial Oversight and Management Board, as
                                                Representative for the Debtor Pursuant to
                                                PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
in Puerto Rico is sought:                       March 1, 2018 through March 31, 2018

Amount of compensation sought
as actual, reasonable and necessary:            **$3,111.90**

Amount of expense reimbursement sought
as actual, reasonable and necessary:            **$0.00**

Total Amount for this Invoice:                  **$3,111.90**


This is a: _X_ monthly __ interim __ final application.

This is Proskauer's eleventh monthly fee application in these cases and is for fees and services
rendered in Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2018.

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 20, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
          FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.


**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
          Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)


**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.


**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo


**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.


**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
          Melissa Root, Esq.


Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.


**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
          Central Accounting
          Omar E. Rodríguez Pérez, CPA, Assistant
          Secretary of Central Accounting
          Angel L. Pantoja Rodríguez, Deputy Assistant of
          Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
          Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
          Secretary of the Treasury

4

**Summary of Disbursements for the Period March 1, 2018 through March 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 215 | Plan of Adjustment and Disclosure Statement | 4.10 | $3,111.90 |
| | **Total** | **4.10** | **$3,111.90** |

**Summary of Disbursements for the Period March 1, 2018 through March 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $759.00 | 4.10 | $3,111.90 |
| | | | **TOTAL** | **4.10** | **$3,111.90** |

| SUMMARY OF LEGAL FEES | Hours 4.10 | Fees $3,111.90 |
|---|---|---|

6

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,800.71 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,800.71.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

8

# **Exhibit A**

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170156011

0025 PROMESA TITLE III: ERS (PUERTO RICO TIME/EXPENSES)

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 215 | Plan of Adjustment and Disclosure Statement | 4.10 | $3,111.90 |
| | **Total** | **4.10** | **$3,111.90** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
  0025 PROMESA TITLE III: ERS (PUERTO RICO
  TIME/EXPENSES)

**Plan of Adjustment and Disclosure Statement -- 215**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/26/18 | Brian S. Rosen | 215 | Revise plan of adjustment materials. | 4.10 | $3,111.90 |
| **Plan of Adjustment and Disclosure Statement** | | | | **4.10** | **$3,111.90** |

**Total for Professional Services**                                    **$3,111.90**

33260 FOMB                                                          Invoice 170156011
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0025 PROMESA TITLE III: ERS (PUERTO RICO                                    Page 3
TIME/EXPENSES)

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| BRIAN S. ROSEN | PARTNER | 4.10 | 759.00 | $3,111.90 |
| **Total for PARTNER** | | **4.10** | | **$3,111.90** |
| | **Total** | **4.10** | | **$3,111.90** |
| | **Total Amount for this Matter** | | | **$3,111.90** |

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors. [1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3566-LTS

**COVER SHEET TO TWELFTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE
OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM
("ERS"), FOR THE PERIOD APRIL 1, 2018 THROUGH APRIL 30, 2018**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE
INCURRED OUTSIDE OF PUERTO RICO**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                          Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                   Financial Oversight and Management Board, as
                                            Representative for the Debtor Pursuant to
                                            PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
outside of Puerto Rico is sought:           April 1, 2018 through April 30, 2018

Amount of compensation sought
as actual, reasonable and necessary:        **$43,724.90**

Amount of expense reimbursement sought
as actual, reasonable and necessary:        **$42.60**

Total Amount for these Invoices:            **$43,767.50**


This is a:  X  monthly __ interim __ final application.

This is Proskauer's twelfth monthly fee application in these cases and is for fees and services
rendered outside of Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2018.

_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 3, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.


**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)


**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.


**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo


**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.


**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.


Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.


**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

**Summary of Legal Fees for the Period April 1, 2018 through April 30, 2018**

| ERS - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 204 | Communications with Claimholders | 1.30 | $986.70 |
| 207 | Non-Board Court Filings | 1.20 | $910.80 |
| 210 | Analysis and Strategy | 5.40 | $4,098.60 |
| 213 | Labor, Pension Matters | 0.30 | $227.70 |
| 215 | Plan of Adjustment and Disclosure Statement | 15.40 | $11,688.60 |
| 216 | Confirmation | 0.70 | $531.30 |
| 218 | Employment and Fee Applications | 20.70 | $6,779.20 |
| | **Total** | **45.00** | **$25,222.90** |

| ERS – Altair | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 202 | Legal Research | 0.70 | $531.30 |
| 206 | Documents Filed on Behalf of the Board | 17.30 | $13,130.70 |
| 207 | Non-Board Court Filings | 6.00 | $4,554.00 |
| 212 | General Administration | 1.10 | $286.00 |
| | **Total** | **25.10** | **$18,502.00** |

Summary of Legal Fees for the Period April 1, 2018 through April 30, 2018

### ACROSS ALL ERS-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $759.00 | 17.50 | $13,282.50 |
| Ehud Barak | Partner | BSGR & B | $759.00 | 0.60 | $455.40 |
| Jeffrey W. Levitan | Partner | BSGR & B | $759.00 | 3.00 | $2,277.00 |
| Kevin J. Perra | Partner | Litigation | $759.00 | 1.90 | $1,442.10 |
| Paul M. Hamburger | Partner | Labor & Employment | $759.00 | 0.30 | $227.70 |
| Paul Possinger | Partner | BSGR & B | $759.00 | 5.80 | $4,402.20 |
| Ralph C. Ferrara | Partner | Litigation | $759.00 | 0.30 | $227.70 |
| Stephen L. Ratner | Partner | Litigation | $759.00 | 0.20 | $151.80 |
| Steven O. Weise | Partner | BSGR & B | $759.00 | 1.70 | $1,290.30 |
| Timothy W. Mungovan | Partner | Litigation | $759.00 | 0.70 | $531.30 |
| Jared Zajac | Associate | BSGR & B | $759.00 | 1.30 | $986.70 |
| Jeramy Webb | Associate | BSGR & B | $759.00 | 2.80 | $2,125.20 |
| Michael R. Hackett | Associate | Litigation | $759.00 | 14.80 | $11,233.20 |
| William D. Dalsen | Associate | Litigation | $759.00 | 0.20 | $151.80 |
| | | | **TOTAL** | **51.10** | **$38,784.90** |

| Law Clerk | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elliot Stevens | Law Clerk | BSGR & B | $260.00 | 5.10 | $1,326.00 |
| | | | **TOTAL** | **5.10** | **$1,326.00** |

Summary of Legal Fees for the Period April 1, 2018 through April 30, 2018

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Magali Giddens | Legal Assistant | BSGR & B | $260.00 | 1.10 | $286.00 |
| Natasha Petrov | Legal Assistant | Corporate | $260.00 | 11.70 | $3,042.00 |
| Tiffany Miller | Legal Assistant | Labor & Employment | $260.00 | 1.10 | $286.00 |
| | | | TOTAL | 13.90 | $3,614.00 |

| SUMMARY OF LEGAL FEES | Hours 71.10 | Fees $43,724.90 |
|---|---|---|

Summary of Disbursements for the Period April 1, 2018 through April 30, 2018

### ACROSS ALL ERS-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Reproduction | $7.60 |
| Westlaw | $35.00 |
| **Total** | **$ 42.60** |

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $39,352.41 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $42.60, for service rendered outside of Puerto Rico) in the total amount of $39,395.01.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (*i*) Proskauer Rose LLP was not doing business in Puerto Rico and (*ii*) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

10

# **Exhibit A**

33260 FOMB                                                                  Invoice 170157243
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                        Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 204 | Communications with Claimholders | 1.30 | $986.70 |
| 207 | Non-Board Court Filings | 1.20 | $910.80 |
| 210 | Analysis and Strategy | 5.40 | $4,098.60 |
| 213 | Labor, Pension Matters | 0.30 | $227.70 |
| 215 | Plan of Adjustment and Disclosure Statement | 15.40 | $11,688.60 |
| 216 | Confirmation | 0.70 | $531.30 |
| 218 | Employment and Fee Applications | 20.70 | $6,779.20 |
| | **Total** | **45.00** | **$25,222.90** |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170157243

| 0007 PROMESA TITLE III: ERS | Page 2 |
|---|---|

## Communications with Claimholders -- 204

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/02/18 | Brian S. Rosen | 204 | Revise ERS proposal. | 0.70 | $531.30 |
| 04/04/18 | Ehud Barak | 204 | Discuss ERS supplemental briefing with P. Possinger and ERS creditors. | 0.60 | $455.40 |
| **Communications with Claimholders** | | | | **1.30** | **$986.70** |

## Non-Board Court Filings -- 207

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/18 | Brian S. Rosen | 207 | Review articles and recent pleadings. | 0.20 | $151.80 |
| 04/03/18 | Paul Possinger | 207 | Review final reply brief from ERS bondholders. | 1.00 | $759.00 |
| **Non-Board Court Filings** | | | | **1.20** | **$910.80** |

## Analysis and Strategy -- 210

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/18/18 | Ralph C. Ferrara | 210 | Review summary and related materials regarding pensions and property rights. | 0.30 | $227.70 |
| 04/26/18 | Paul Possinger | 210 | Review draft stipulation regarding ERS bondholder request to continue financing statements (0.40); E-mails with ERS team regarding same (0.50). | 0.90 | $683.10 |
| 04/26/18 | Jared Zajac | 210 | E-mail P. Possinger regarding stipulation regarding UCC continuation statement. | 0.10 | $75.90 |
| 04/26/18 | Steven O. Weise | 210 | Review stipulation regarding bondholders filing to continue financing statements. | 0.30 | $227.70 |
| 04/27/18 | Steven O. Weise | 210 | Revise stipulation regarding bondholders filing continuation statements (0.70); Review documents in connection with same (0.30). | 1.00 | $759.00 |
| 04/27/18 | Jared Zajac | 210 | Review and revise stipulation with bondholders (0.40); Meeting with J. Levitan regarding same (0.10); E-mails with S. Weise regarding same (0.20). | 0.70 | $531.30 |
| 04/27/18 | Jeffrey W. Levitan | 210 | Review draft stipulation and e-mails regarding UCC-3 filings (0.40); E-mail S. Weise regarding comments (0.30); E-mail P. Possinger regarding same (0.10); Review S. Weise comments (0.10). | 0.90 | $683.10 |
| 04/30/18 | Jeffrey W. Levitan | 210 | Review revised UCC-3 stipulation (0.10); E-mails with S. Weise regarding revisions to stipulation (0.20). | 0.30 | $227.70 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170157243

0007 PROMESA TITLE III: ERS

Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/30/18 | Paul Possinger | 210 | Review stipulation regarding filing of continuation statements (0.60); E-mails with S. Weise, et. al., regarding same (0.20); E-mail to O'Melveny regarding same (0.10). | 0.90 | $683.10 |
| **Analysis and Strategy** | | | | **5.40** | **$4,098.60** |

**Labor, Pension Matters -- 213**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/25/18 | Paul M. Hamburger | 213 | Review issues regarding ERS loans and liquid asset questions related to fiscal plan (0.20); Call with Ernst & Young concerning same (0.10). | 0.30 | $227.70 |
| **Labor, Pension Matters** | | | | **0.30** | **$227.70** |

**Plan of Adjustment and Disclosure Statement -- 215**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/03/18 | Brian S. Rosen | 215 | Memorandum to Citi Team regarding source of available plan of adjustment funds (0.20); Review and revise Citi memorandum regarding same (0.40); Memorandum to T. Green regrading same (0.10); Review P. Possinger materials addressing same (0.40); Memorandum to T. Green regarding same (0.10). | 1.20 | $910.80 |
| 04/08/18 | Brian S. Rosen | 215 | Draft memorandum for M. Bienenstock regarding status of plan of adjustment (1.10); Memoranda with D. Brownstein regarding Citi meeting (0.20); Revise proposal (0.80). | 2.10 | $1,593.90 |
| 04/09/18 | Brian S. Rosen | 215 | Draft and revise memorandum for M. Bienenstock regarding plan of adjustment approach (1.80); Office conference with J. Zajac regarding issues under PROMESA (0.20). | 2.00 | $1,518.00 |
| 04/11/18 | Brian S. Rosen | 215 | Revise plan of adjustment proposal. | 0.60 | $455.40 |
| 04/12/18 | Brian S. Rosen | 215 | Review memorandum from creditor counsel regarding meeting (0.10); Memorandum to creditor counsel regarding same (0.10); Memorandum to creditor counsel regarding contracts (0.10); Memorandum to T. Green regarding same (0.10); Revise proposal (0.90). | 1.30 | $986.70 |
| 04/18/18 | Brian S. Rosen | 215 | Meeting with T. Green et al., regarding plan of adjustment structure (1.50); Revise proposal regarding same (2.30). | 3.80 | $2,884.20 |

33260 FOMB                                                                          Invoice 170157243
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0007 PROMESA TITLE III: ERS                                              Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/19/18 | Brian S. Rosen | 215 | Teleconference regarding plan of adjustment discussions. | 0.60 | $455.40 |
| 04/20/18 | Brian S. Rosen | 215 | Teleconference with T. Green regarding status of plan of adjustment discussions (0.30); Revise materials regarding same (0.90). | 1.20 | $910.80 |
| 04/25/18 | Brian S. Rosen | 215 | Review Citi debt scenarios (1.10); Review Citi debt summary (0.40). | 1.50 | $1,138.50 |
| 04/27/18 | Brian S. Rosen | 215 | Memorandum to E. Barak regarding best interest meeting (0.10); Review E. Barak memorandum regarding same (0.10). | 0.20 | $151.80 |
| 04/28/18 | Brian S. Rosen | 215 | Teleconference with T. Green regarding plan process. | 0.40 | $303.60 |
| 04/30/18 | Brian S. Rosen | 215 | Review memorandum regarding plan structure issues/classification (0.40); Memorandum to P. Possinger regarding same (0.10). | 0.50 | $379.50 |
| **Plan of Adjustment and Disclosure Statement** | | | | **15.40** | **$11,688.60** |

**Confirmation -- 216**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/29/18 | Brian S. Rosen | 216 | Review and revise confirmation analysis. | 0.70 | $531.30 |
| **Confirmation** | | | | **0.70** | **$531.30** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/04/18 | Natasha Petrov | 218 | Draft and revise Proskauer second interim fee application per revised invoices and updated information from Finance Department. | 6.10 | $1,586.00 |
| 04/04/18 | Jeramy Webb | 218 | Review and revise ERS fee application. | 2.80 | $2,125.20 |
| 04/05/18 | Elliot Stevens | 218 | Review and revise ERS fee application. | 4.80 | $1,248.00 |
| 04/05/18 | Natasha Petrov | 218 | Draft and revise Proskauer second interim fee application per revised invoices and updated information from Finance Department. | 1.10 | $286.00 |
| 04/06/18 | Tiffany Miller | 218 | Format Exhibit C to ERS fee application. | 1.10 | $286.00 |
| 04/07/18 | Natasha Petrov | 218 | Review monthly fee statements for mediation-related entries and redact same. | 1.40 | $364.00 |
| 04/08/18 | Natasha Petrov | 218 | Proof-read calculations and schedules in Proskauer second interim fee application. | 1.60 | $416.00 |
| 04/09/18 | Elliot Stevens | 218 | Review and revise ERS fee application. | 0.30 | $78.00 |

33260 FOMB                                                                    Invoice 170157243
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0007 PROMESA TITLE III: ERS                                                   Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/09/18 | Natasha Petrov | 218 | Finalize notice of filing of Proskauer second interim fee application (0.30); Finalize exhibits to application (0.90); Prepare complete application for filing (0.30). | 1.50 | $390.00 |
| | **Employment and Fee Applications** | | | **20.70** | **$6,779.20** |
| | **Total for Professional Services** | | | | **$25,222.90** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170157243

| 0007 PROMESA TITLE III: ERS | Page 6 |

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 17.00 | 759.00 | $12,903.00 |
| EHUD BARAK | PARTNER | 0.60 | 759.00 | $455.40 |
| JEFFREY W. LEVITAN | PARTNER | 1.20 | 759.00 | $910.80 |
| PAUL POSSINGER | PARTNER | 2.80 | 759.00 | $2,125.20 |
| PAUL M. HAMBURGER | PARTNER | 0.30 | 759.00 | $227.70 |
| RALPH C. FERRARA | PARTNER | 0.30 | 759.00 | $227.70 |
| STEVEN O. WEISE | PARTNER | 1.30 | 759.00 | $986.70 |
| **Total for PARTNER** | | **23.50** | | **$17,836.50** |
| | | | | |
| JARED ZAJAC | ASSOCIATE | 0.80 | 759.00 | $607.20 |
| JERAMY WEBB | ASSOCIATE | 2.80 | 759.00 | $2,125.20 |
| **Total for ASSOCIATE** | | **3.60** | | **$2,732.40** |
| ELLIOT STEVENS | LEGAL ASSISTANT | 5.10 | 260.00 | $1,326.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 11.70 | 260.00 | $3,042.00 |
| TIFFANY MILLER | LEGAL ASSISTANT | 1.10 | 260.00 | $286.00 |
| **Total for LEGAL ASSISTANT** | | **17.90** | | **$4,654.00** |
| | **Total** | **45.00** | | **$25,222.90** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 04/05/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $7.60 |
| | | | **Total for REPRODUCTION** | **$7.60** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| REPRODUCTION | 7.60 |
| **Total Expenses** | **$7.60** |
| **Total Amount for this Matter** | **$25,230.50** |

33260 FOMB                                                                    Invoice 170157253
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0045 ERS TITLE III – ALTAIR                                                               Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 202 | Legal Research | 0.70 | $531.30 |
| 206 | Documents Filed on Behalf of the Board | 17.30 | $13,130.70 |
| 207 | Non-Board Court Filings | 6.00 | $4,554.00 |
| 212 | General Administration | 1.10 | $286.00 |
| | **Total** | **25.10** | **$18,502.00** |

33260 FOMB                                                                                    Invoice 170157253
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

| 0045 ERS TITLE III – ALTAIR | | | | | Page 2 |
|---|---|---|---|---|---|

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/23/18 | Kevin J. Perra | 202 | Review analysis of Ninth Circuit case for applicability arguments in ERS litigation. | 0.50 | $379.50 |
| 04/24/18 | Jeffrey W. Levitan | 202 | Review decision for applicability to ERS litigation. | 0.20 | $151.80 |
| **Legal Research** | | | | **0.70** | **$531.30** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/03/18 | Jeffrey W. Levitan | 206 | Conference with E. Barak regarding supplemental brief. | 0.30 | $227.70 |
| 04/09/18 | Paul Possinger | 206 | E-mails with team regarding response to bondholders' informative motion (0.20); Review and revise response (0.50). | 0.70 | $531.30 |
| 04/09/18 | Michael R. Hackett | 206 | Draft response to bondholders' informative motion. | 2.80 | $2,125.20 |
| 04/10/18 | Jared Zajac | 206 | Review supplemental reply. | 0.20 | $151.80 |
| 04/10/18 | William D. Dalsen | 206 | Review and revise draft response to bondholders' informative motion. | 0.20 | $151.80 |
| 04/10/18 | Jeffrey W. Levitan | 206 | Review draft response to Altair informative motion (0.20); Email M. Hackett regarding response (0.20). | 0.40 | $303.60 |
| 04/10/18 | Kevin J. Perra | 206 | Review and revise draft response to bondholders' informative motion on supplemental briefing (0.30); E-mails with team regarding same (0.30). | 0.60 | $455.40 |
| 04/10/18 | Michael R. Hackett | 206 | Draft response to bondholders' informative motion (2.20); Conferences with team regarding response to informative motion (0.80); Research for response to informative motion (1.20); Correspondence with AAFAF's counsel and Proskauer team regarding response to informative motion (1.00). | 5.20 | $3,946.80 |
| 04/11/18 | Michael R. Hackett | 206 | Revise opposition to informative motion (2.30); Conferences with team and AAFAF's counsel regarding same (0.80); Research regarding informative motion (0.90); Finalize opposition to informative motion (1.10). | 5.10 | $3,870.90 |

33260 FOMB                                                                    Invoice 170157253
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0045 ERS TITLE III – ALTAIR                                                              Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/11/18 | Paul Possinger | 206 | Review O'Melveny revisions to response to informative motion (0.30); Discuss same with M. Hackett and W. Dalsen (0.20); Review updated draft (0.20); Follow-up discussion with M. Hackett regarding O'Melveny, M. Bienenstock revisions (0.30); Review final version for filing (0.20). | 1.20 | $910.80 |
| 04/11/18 | Jeffrey W. Levitan | 206 | Review AAFAF comments to bondholders' informative motion (0.20); Review M. Bienenstock e-mail regarding same (0.10). | 0.30 | $227.70 |
| 04/11/18 | Kevin J. Perra | 206 | Review response to bondholders motion regarding supplemental briefing (0.20); E-mails with team regarding same (0.10). | 0.30 | $227.70 |
| **Documents Filed on Behalf of the Board** | | | | **17.30** | **$13,130.70** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/09/18 | Timothy W. Mungovan | 207 | Review ERS bondholders' informative motion (0.30); Communications with P. Possinger, E. Barak, K. Perra, S. Weise, M. Hackett and S. Ratner regarding ERS bondholders' informative motion (0.40). | 0.70 | $531.30 |
| 04/09/18 | Paul Possinger | 207 | Review ERS bondholder informative motion. | 0.30 | $227.70 |
| 04/09/18 | Jeffrey W. Levitan | 207 | Review Altair informative motion (0.20); E-mail P. Possinger regarding possible response (0.20); Review S. Weise, M. Hackett e-mails regarding same (0.20). | 0.60 | $455.40 |
| 04/09/18 | Jared Zajac | 207 | Review bondholder supplement (0.10); E-mails with M. Hackett and P. Possinger regarding same (0.20). | 0.30 | $227.70 |
| 04/09/18 | Kevin J. Perra | 207 | Review and analyze bondholders motion to add to record (0.30); E-mails with team regarding same (0.20). | 0.50 | $379.50 |
| 04/09/18 | Steven O. Weise | 207 | Review bondholder informative motion. | 0.40 | $303.60 |
| 04/09/18 | Michael R. Hackett | 207 | Analyze information motion from bondholders regarding Governor's recent statement (0.50; Correspondence with legal team regarding informative motion (1.20). | 1.70 | $1,290.30 |
| 04/10/18 | Stephen L. Ratner | 207 | E-mail with P. Possinger, T. Mungovan, S. Weise, et al regarding bondholders' supplemental brief (0.10); Review bondholders' supplemental brief (0.10). | 0.20 | $151.80 |

33260 FOMB

Invoice 170157253

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0045 ERS TITLE III – ALTAIR

Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/10/18 | Paul Possinger | 207 | Review ERS informative motion regarding pension rights (0.30); Discuss with M. Hackett (0.20); Call with O'Melveny regarding response (0.30). | 0.80 | $607.20 |
| 04/10/18 | Brian S. Rosen | 207 | Review bondholders informative motion (0.30); Memorandum to M. Hackett regarding same (0.10); Teleconference with M. Hackett regarding same (0.10). | 0.50 | $379.50 |
| **Non-Board Court Filings** | | | | **6.00** | **$4,554.00** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 04/19/18 | Magali Giddens | 212 | Review certain pleadings and e-mails in connection with case status. | 1.10 | $286.00 |
| **General Administration** | | | | **1.10** | **$286.00** |

**Total for Professional Services**                    **$18,502.00**

33260 FOMB                                                                Invoice 170157253
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
　　0045 ERS TITLE III – ALTAIR                                              Page 5

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 0.50 | 759.00 | $379.50 |
| JEFFREY W. LEVITAN | PARTNER | 1.80 | 759.00 | $1,366.20 |
| KEVIN J. PERRA | PARTNER | 1.90 | 759.00 | $1,442.10 |
| PAUL POSSINGER | PARTNER | 3.00 | 759.00 | $2,277.00 |
| STEPHEN L. RATNER | PARTNER | 0.20 | 759.00 | $151.80 |
| STEVEN O. WEISE | PARTNER | 0.40 | 759.00 | $303.60 |
| TIMOTHY W. MUNGOVAN | PARTNER | 0.70 | 759.00 | $531.30 |
| **Total for PARTNER** | | **8.50** | | **$6,451.50** |
| | | | | |
| JARED ZAJAC | ASSOCIATE | 0.50 | 759.00 | $379.50 |
| MICHAEL R. HACKETT | ASSOCIATE | 14.80 | 759.00 | $11,233.20 |
| WILLIAM D. DALSEN | ASSOCIATE | 0.20 | 759.00 | $151.80 |
| **Total for ASSOCIATE** | | **15.50** | | **$11,764.50** |
| | | | | |
| MAGALI GIDDENS | LEGAL ASSISTANT | 1.10 | 260.00 | $286.00 |
| **Total for LEGAL ASSISTANT** | | **1.10** | | **$286.00** |
| | | | | |
| | **Total** | **25.10** | | **$18,502.00** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 04/09/2018 | Jared Zajac | WESTLAW | WESTLAW Connect and Comm Time - 000000:00:00 WestChk and Other Trans -  0000000002 Lines | $35.00 |
| | | | **Total for WESTLAW** | **$35.00** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| WESTLAW | 35.00 |
| **Total Expenses** | **$35.00** |
| | |
| **Total Amount for this Matter** | **$18,537.00** |

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors. [1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

        Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

---------------------------------------------------------------x

**COVER SHEET TO THIRTEENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE
OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM
("ERS"), FOR THE PERIOD MAY 1, 2018 THROUGH MAY 31, 2018**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE
INCURRED OUTSIDE OF PUERTO RICO**

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | <u>Proskauer Rose LLP ("Proskauer")</u> |
| Authorized to Provide<br>Professional Services to: | Financial Oversight and Management Board, as<br>Representative for the Debtor Pursuant to<br><u>PROMESA Section 315(b)</u> |
| Period for which compensation<br>and reimbursement for fees and services<br>outside of Puerto Rico is sought: | <u>May 1, 2018 through May 31, 2018</u> |
| Amount of compensation sought<br>as actual, reasonable and necessary: | **<u>$9,183.90</u>** |
| Amount of expense reimbursement sought<br>as actual, reasonable and necessary: | **<u>$0.00</u>** |
| Total Amount for these Invoices: | **<u>$9,183.90</u>** |

This is a: <u> X </u> monthly __ interim __ final application.

This is Proskauer's thirteenth monthly fee application in these cases and is for fees and services rendered outside of Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2018.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 10, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
          FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
          Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
          Central Accounting
          Omar E. Rodríguez Pérez, CPA, Assistant
          Secretary of Central Accounting
          Angel L. Pantoja Rodríguez, Deputy Assistant of
          Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
          Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
          Secretary of the Treasury

**Summary of Disbursements for the Period May 1, 2018 through May 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 1.50 | $1,138.50 |
| 203 | Hearings and other non-filed communications with the Court | 0.20 | $151.80 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.70 | $531.30 |
| 210 | Analysis and Strategy | 2.30 | $1,745.70 |
| 215 | Plan of Adjustment and Disclosure Statement | 7.40 | $5,616.60 |
| | **Total** | **12.10** | **$9,183.90** |

**Summary of Disbursements for the Period May 1, 2018 through May 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $759.00 | 9.60 | $7,286.40 |
| Jeffrey W. Levitan | Partner | BSGR & B | $759.00 | 0.30 | $227.70 |
| Paul Possinger | Partner | BSGR & B | $759.00 | 0.60 | $455.40 |
| Steven O. Weise | Partner | BSGR & B | $759.00 | 1.40 | $1,062.60 |
| Timothy W. Mungovan | Partner | Litigation | $759.00 | 0.20 | $151.80 |
| | | | **TOTAL** | **12.10** | **$9,183.90** |

| SUMMARY OF LEGAL FEES | Hours 12.10 | Fees $9,183.90 |
|---|---|---|

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $8,265.51 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00, for service rendered outside of Puerto Rico) in the total amount of $8,265.51.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (*i*) Proskauer Rose LLP was not doing business in Puerto Rico and (*ii*) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

8

# **Exhibit A**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170158063

0007 PROMESA TITLE III: ERS

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 1.50 | $1,138.50 |
| 203 | Hearings and other non-filed communications with the Courts | 0.20 | $151.80 |
| 205 | Communications with the Commonwealth and its Representatives | 0.70 | $531.30 |
| 210 | Analysis and Strategy | 2.30 | $1,745.70 |
| 215 | Plan of Adjustment and Disclosure Statement | 7.40 | $5,616.60 |
| | **Total** | **12.10** | **$9,183.90** |

33260 FOMB                                                                          Invoice 170158063
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                                              Page 2

## Tasks relating to the Board and Associated Members -- 201

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/29/18 | Brian S. Rosen | 201 | Meeting with Rothschild, O'Melveny et al. regarding ERS assets/liabilities (1.50). | 1.50 | $1,138.50 |
| **Tasks relating to the Board and Associated Members** | | | | **1.50** | **$1,138.50** |

## Hearings and other non-filed communications with the Court -- 203

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/11/18 | Timothy W. Mungovan | 203 | Communications with K. Perra regarding hearing on United States' motion to dismiss. | 0.20 | $151.80 |
| **Hearings and other non-filed communications with the Court** | | | | **0.20** | **$151.80** |

## Communications with the Commonwealth and its Representatives -- 205

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/24/18 | Brian S. Rosen | 205 | Review ERS asset schedules (0.40); Memoranda to D. Mondell regarding meeting on same (0.10); Memorandum from V. D'Agata regarding analysis (0.10); Memorandum to V. D'Agata regarding same (0.10). | 0.70 | $531.30 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.70** | **$531.30** |

## Analysis and Strategy -- 210

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 05/09/18 | Jeffrey W. Levitan | 210 | Review UCC-3 stipulation (0.10); E-mail P. Possinger regarding revision to stipulation (0.10); Review S. Weise stipulation edits (0.10). | 0.30 | $227.70 |
| 05/09/18 | Steven O. Weise | 210 | Review and revise stipulation regarding filings of continuation statements. | 1.10 | $834.90 |
| 05/09/18 | Paul Possinger | 210 | Further review of stipulation regarding financing statement continuation and related e-mails. | 0.30 | $227.70 |
| 05/10/18 | Paul Possinger | 210 | Review docket in bondholders' Court of claims case (0.20); E-mails with K. Perra, et. al., regarding same (0.10). | 0.30 | $227.70 |
| 05/14/18 | Steven O. Weise | 210 | Review revised stipulation regarding filing continuation statements. | 0.30 | $227.70 |
| **Analysis and Strategy** | | | | **2.30** | **$1,745.70** |

33260 FOMB                                                              Invoice 170158063
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

| 0007 PROMESA TITLE III: ERS | Page 3 |
|---|---|

**Plan of Adjustment and Disclosure Statement -- 215**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/04/18 | Brian S. Rosen | 215 | Revise materials related to potential plan of adjustment. | 0.90 | $683.10 |
| 05/08/18 | Brian S. Rosen | 215 | Revise materials related to potential plan of adjustment. | 1.40 | $1,062.60 |
| 05/10/18 | Brian S. Rosen | 215 | Revise materials relating to plan of adjustment (2.30); Memorandum to T. Green regarding same (0.10); Teleconference with T. Green regarding same (0.10). | 2.50 | $1,897.50 |
| 05/11/18 | Brian S. Rosen | 215 | Revise materials relating to plan of adjustment. | 2.60 | $1,973.40 |
| **Plan of Adjustment and Disclosure Statement** | | | | **7.40** | **$5,616.60** |

**Total for Professional Services**                                                    **$9,183.90**

33260 FOMB                                                          Invoice 170158063
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0007 PROMESA TITLE III: ERS                                              Page 4

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 9.60 | 759.00 | $7,286.40 |
| JEFFREY W. LEVITAN | PARTNER | 0.30 | 759.00 | $227.70 |
| PAUL POSSINGER | PARTNER | 0.60 | 759.00 | $455.40 |
| STEVEN O. WEISE | PARTNER | 1.40 | 759.00 | $1,062.60 |
| TIMOTHY W. MUNGOVAN | PARTNER | 0.20 | 759.00 | $151.80 |
| **Total for PARTNER** | | **12.10** | | **$9,183.90** |
| | **Total** | **12.10** | | **$9,183.90** |
| | **Total Amount for this Matter** | | | **$9,183.90** |