# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtor.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780 (LTS) |

## APRUM'S INFORMATIVE MOTION REGARDING JULY 25-26, 2018 OMNIBUS HEARING

**To the Honorable Court:**

COMES NOW, Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc. ("APRUM"), party in interest, through its undersigned attorneys, and respectfully states as follows:

1. Rolando Emmanuelli Jimenez and Yasmín Colón Colón, of Bufete Emmanuelli, C.S.P., will appear in person on behalf of APRUM at the July 25-26, 2018 Omnibus Hearing in

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the San Juan courtroom to address the issues regarding APRUM's Limited Intervention (Dkt. 21) in the Adversary Complaint filed by Hon. Ricardo Antonio Rosselló Nevares ("Governor Rosselló") and The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), (Dkt. 3435 in the Commonwealth's Title III case) (Adv. Proc. No. 18-00080).

2. Counsels will also appear to respond as necessary to any statements made by any party in connection with the above-captioned Title III cases.

WHEREFORE, APRUM respectfully requests that the Court take notice of the foregoing.

In Ponce, Puerto Rico, this 17th day of July, 2018.

**I HEREBY CERTIFY** that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.



PO Box 10779
Ponce, Puerto Rico 00732
Tel: (787) 848-0666
Fax: (787) 841-1435

//s/Rolando Emmanuelli Jiménez
USDC: 214105

/s/Yasmín Colón Colón
USDC: 230814

/s/Jessica E. Méndez Colberg
USDC: 302108

Emails: rolando@bufete-emmanuelli.com
yasmin@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com