**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Stephan E. Hornung, hereby certify that on July 16, 2018, I caused true and correct copies of the following documents to be served through ECF upon all parties who receive notice in this case pursuant to the Court's ECF filing system and by e-mail on the parties listed on Exhibit A attached hereto:

(i) *Third Interim Application of Luskin, Stern & Eisler LLP, as Special Conflicts Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses, for the Period from February 1, 2018 through May 31, 2018* [Docket No. 3530];

(ii) *Notice of Filing of Third Interim Application of Luskin, Stern & Eisler LLP, as Special Conflicts Counsel to the Financial Oversight and Management Board for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico for Professional Compensation and Reimbursement of Expenses, for the Period from February 1, 2018 through May 31, 2018* [Docket No. 3531].

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2018 in New York, New York.

        Respectfully submitted,

        */s/ Stephan E. Hornung*
        Michael Luskin (admitted *pro hac vice*)
        Lucia T. Chapman (admitted *pro hac vice*)
        Stephan E. Hornung (admitted *pro hac vice*)

        **LUSKIN, STERN & EISLER LLP**
        Eleven Times Square
        New York, New York 10036
        Telephone: (212) 597-8200
        Facsimile: (212) 974-3205
        luskin@lsellp.com
        chapman@lsellp.com
        hornung@lsellp.com

        *Special Counsel to the Financial Oversight and Management Board for Puerto Rico*

## EXHIBIT A
Email Service List

| **The U.S. Trustee** | **Puerto Rico Department of Treasury** |
|---|---|
| Office of the United States Trustee<br>for the District of Puerto Rico<br>Edificio Ochoa, 500 Tanca Street, Suite 301<br>San Juan, Puerto Rico 00901-1922<br>USTP.Region21@usdoj.gov | Puerto Rico Department of Treasury<br>P.O. Box 9024140<br>San Juan, Puerto Rico 00902-4140<br>Attn: Reylam Guerra Goderich<br>     Omar E. Rodríguez Pérez<br>     Angel L. Pantoja Rodríguez<br>     Francisco Parés Alicea<br>     Francisco Peña Montañez<br>reylam.guerra@hacienda.pr.gov<br>rodriguez.omar@hacienda.pr.gov<br>angel.pantoja@hacienda.pr.gov<br>francisco.pares@hacienda.pr.gov<br>francisco.pena@hacienda.pr.gov |
| **Counsel for the Oversight Board** | **Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority** |
| Proskauer Rose, LLP<br>Eleven Times Square<br>New York, New York 10036<br>Attn: Martin J. Bienenstock, Esq.,<br>     Ehud Barak, Esq.<br>     mbienenstock@proskauer.com<br>     ebarak@proskauer.com<br><br>Proskauer Rose LLP<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn: Paul V. Possinger, Esq.<br>     ppossinger@proskauer.com<br><br>O'Neill & Borges LLC<br>250 Muñoz Rivera Avenue, Suite 800<br>San Juan, Puerto Rico 00918<br>Attn: Hermann D. Bauer, Esq.<br>     hermann.bauer@oneillborges.com | O'Melveny & Meyers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Attn: John J. Rapisardi, Esq.,<br>     Suzzanne Uhland, Esq., and<br>     Diana M. Perez, Esq.<br>     jrapisardi@omm.com<br>     suhland@omm.com<br>     dperez@omm.com<br><br>Marini Pietrantoni Muñiz, LLC<br>MCS Plaza, Suite 500<br>255 Avenida Ponce de León<br>San Juan, Puerto Rico 00917<br>Attn: Luis C. Marini-Biaggi, Esq.<br>     Carolina Velaz-Rivero, Esq.<br>     lmarini@mpmlawpr.com<br>     cvelaz@mpmlawpr.com |

| **Counsel for the Official Committee of Unsecured Creditors** | **Counsel to the Fee Examiner** |
|---|---|
| Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>Attn: Luc. A. Despins, Esq.<br>lucdespins@paulhastings.com<br><br>Casillas, Santiago & Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Suite 1601<br>San Juan, Puerto Rico 00901<br>Attn: Juan J. Casillas Ayala, Esq.,<br>Alberto J. E. Añeses Negrón, Esq<br>jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com | Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>Madison, Wisconsin 53703<br>Attn: Katherine Stadler, Esq.<br>kstadler@gklaw.com<br><br>EDGE Legal Strategies, PSC<br>252 Ponce de León Avenue<br>Citibank Tower, 12th Floor<br>San Juan, Puerto Rico 00918<br>Attn: Eyck O. Lugo<br>elugo@edgelegalpr.com |
| **Counsel for the Official Committee of Retired Employees** | |
| Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Robert Gordon, Esq.<br>Richard Levin, Esq.<br>rgordon@jenner.com<br>rlevin@jenner.com<br><br>Jenner Block LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Attn: Katherine Steege, Esq.<br>Melissa Root, Esq.<br>csteege@jenner.com<br>mroot@jenner.com<br><br>Bennazar, García & Milián, C.S.P.<br>Edificio Union Plaza, PH-A, Piso 18<br>416 Avenida Ponce de León<br>Hato Rey, San Juan, Puerto Rico 00918<br>Attn: A. J. Bennazar-Zequeira, Esq.<br>ajb@bennazar.org | |

2