## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the following

1. *Third Interim Application of Marchand ICS Group for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Information Agent to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2018 through May 31, 2018 as* Dkt. No. 3536 (the "**Marchand Application**");

2. *Third Interim Application of Segal Consulting for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from through February 1,*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

*2018 through May 31, 2018* as Dkt. No. 3537 (the "**Segal Application**");

3. *Third Interim Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2018 through May 31, 2018* as Dkt. No. 3535, (the "**Jenner Application**");

4. *Third Interim Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2018 through May 31, 2018* as Dkt. No. 3543, (the "**FTI Application**"); and

5. *Third Interim Application of Bennazar, Garcia & Milan, C.S.P. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from February 1, 2018 through May 31, 2018* as Dkt. No. 3539, (the "**Bennazar Application**"); and

6. *Third Interim Application of Members of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Reimbursement of Expenses Incurred from February 1, 2018 through May 31, 2018* as Dkt. No. 3547, (the "**Retiree Committee Application**," and together with the **Marchand Application**, **Segal Application**, **Jenner Application**, **Bennazar Application** and **FTI Application**, the "**Applications**"), to be served in the following manner:

On July 16, 2018, the Applications were served via the Court's CM/ECF system and via email to each of the parties listed in Exhibit A attached hereto.

On July 17, 2018, two copies of the Applications were sent by UPS overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212,

2

New York, NY 10007, one copy of each Application was sent by UPS overnight delivery to Daniel

McDermott, The Office of the United States Trustee for the District of Puerto Rico, Edificio

Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was

sent on July 17, 2018 by US Postal Service to the following:

| | |
|---|---|
| Gerardo J. Portela Franco<br>Mohammad Yassin<br>Puerto Rico Fiscal Agency and Financial<br>Advisory Authority Roberto Sánchez Vilella<br>(Minillas) Government Center De Diego Ave.<br>Stop 22<br>San Juan, Puerto Rico 00907 | John J. Rapisardi<br>Suzzanne Uhland<br>Peter Friedman<br>Diana M. Perez<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036 |
| Andrés W. López<br>Law Offices of Andrés W. López<br>902 Fernández Juncos Ave.<br>San Juan, PR 00907 | Nancy A. Mitchell<br>David D. Cleary<br>Nathan A. Haynes<br>Kevin D. Finger<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, New York 10166 |
| Arturo Diaz-Angueira<br>Katiuska Bolaños-Lugo<br>Cancio, Nadal, Rivera & Díaz, P.S.C.<br>PO Box 364966<br>San Juan, PR 00936-4966 | Martin J. Bienenstock<br>Ehud Barak<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 |
| Paul V. Possinger<br>Proskauer Rose LLP<br>70 West Madison Street<br>Chicago, IL 60602 | Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Luc. A. Despins<br>James Bliss<br>James Worthington<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Juan J. Casillas Ayala<br>Diana M. Batlle-Barasorda<br>Alberto J. E. Añeses Negrón<br>Ericka C. Montull-Novoa<br>Casillas, Santiago & Torres LLC<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419 |

3

Luis C. Marini-Biaggi
Carolina Velaz-Rivero
Marini Pietrantoni Muniz LLC
MCS Plaza, Suite 500
255 Ponce de Leon Ave.
San Juan, PR 00917

Reylam Guerra Goderich
Omar Rodriguez Perez
Angel L. Pantoja Rodriguez
Francisco Pares Alicea
Francisco Pena Montanez
The Puerto Rico Department of Treasury
P.O.Box 9024140
San Juan, PR 00902-4140

Eyck O. Lugo
EDGE Legal Strategies
PSC
252 Ponce de Leon Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918

Katherine Stadler
Godfrey & Kahn S.C.
One East Main Street
Suite 500
Madison, WI 53703

July 17, 2018

Respectfully submitted,

JENNER & BLOCK LLP

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

By:

*/s/ Robert Gordon*

*/s/ A.J. Bennazar-Zequeira*

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

A.J. Bennazar-Zequeira
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)

*Proposed Counsel for The Official Committee
of Retired Employees of Puerto Rico*

# EXHIBIT A

## EMAIL SERVICE

Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com
andres@awllaw.com
mitchlln@gtlaw.com
clearyd@gtlaw.com
haynesn@gtlaw.com
fingerk@gtlaw.com
adiaz@cnrd.com
kbolanos@cnrd.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
ctheodoridis@proskauer.com
hermann.bauer@oneillborges.com
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
AAneses@cstlawpr.com
emontull@cstlawpr.com
lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
Reylam.Guerra@haciendapr.gov
Rodriguez.Omar@hacienda.pr.gov
Angel.pantoja@hacienda.pr.gov
Francisco.pares@hacienda.pr.gov
Francisco.Pena@hacienda.pr.gov
elugo@edgelegalpr.com
Kstadler@gklaw.com