## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                 Debtor.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>                 Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780 (LTS) |

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that, on July 17, 2018, served copies of *APRUM Informative Motion Regarding July 25-26, 2018 Omnibus Hearing* via the Court's CM/ECF system on the parties who have appeared in the above-captioned Title III cases.  On the same date, APRUM, emailed copies of document to the parties included in the Master Service List as of July 2, 2018.

On July 18, 2018, APRUM mailed hard copies of the above-mentioned document to the Court's Chambers in New York and to the United States Trustee, via U.S. Mail, pursuant to

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Section II of the *Fourth Amended Notice, Case Management and Administrative Procedures*

(Docket No. 2839) to the following mail addresses:

    (i)        Chambers of the Honorable Laura Taylor Swain (two copies):
                United States District Court for the Southern District of New York
                Daniel Patrick Moynihan United States Courthouse
                500 Pearl St., Suite No. 3212
                New York, New York 10007-1312;

    (ii)       Office of the United States Trustee for Region 21
                Edificio Ochoa, 500 Tanca Street, Suite 301
                San Juan, PR 00901-1922



472 Tito Castro Ave.
Marvesa Biulding, Suite 106
Ponce, PR 00716-4701
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Yasmín Colón Colón
USDC: 230814

Emails: rolando@bufete-emmanuelli.com
yasmin@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com

2