# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Record to the Court of Appeals</u>

**DATE:  July 18, 2018**

**BK #:**  17-BK-3283-LTS

**Prior USCA Case #:** N/A

**APPEAL FEE PAID:**          YES  _X_      NO ____

**CASE CAPTION:** THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of The Commonwealth of Puerto Rico, et al.

**IN FORMA PAUPERIS:**     YES ____      NO  _X_

**MOTIONS PENDING:**       YES ____      NO  _X_

**NOTICE OF APPEAL FILED BY:** Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC.

**APPEAL FROM:**           Opinion & Order entered on 7/13/2018.

**SPECIAL COMMENTS:**     Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket  Entries    3594, 3503, 913, 914**                                                                                  I

I HEREBY CERTIFY  that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By:  _____
USCCA #:     _____
s/c:  CM/ECF Parties, Appeals Clerk