**EXHIBIT A**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
         as representative of                                       :   Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO, et al.,                            :   (Jointly Administered)
                                                                    :
         Debtors.¹                                                  :
------------------------------------------------------------------- x
```

**ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(a), GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO COMPEL DEBTORS TO COMPLY WITH INTERIM COMPENSATION ORDERS**

Upon consideration of the *Official Committee of Unsecured Creditors' (A) Urgent Motion, Pursuant To Bankruptcy Code Section 105(a), to Compel Debtors to Comply With Interim Compensation Orders and (B) Joinder in Motions of Retiree Committee and COFINA Agent to Compel Compliance With Same* (the "<u>Urgent Motion</u>"),² the court hereby FINDS AND DETERMINES that (i) the court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this court pursuant to section 307(a) of PROMESA; (iii) cause exists to grant the relief requested in the

---

1 The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

2 All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Urgent Motion.

Urgent Motion; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Debtors (including Hacienda) are directed to comply with their obligations under the Interim Compensation Orders and to pay to the Committee's professionals, on or before July 31, 2018, all fees and expenses due under the Interim Compensation Orders

3. The Debtors (including Hacienda) are directed to remit all withholdings erroneously applied to the stateside Committee's professionals on or before July 31, 2018.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: July ___, 2018

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE