UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' (A) URGENT MOTION, PURSUANT TO BANKRUPTCY CODE
SECTION 105(a), TO COMPEL DEBTORS TO COMPLY WITH INTERIM
COMPENSATION ORDERS AND (B) JOINDER IN MOTIONS OF RETIREE
COMMITTEE AND COFINA AGENT TO COMPEL COMPLIANCE WITH SAME

        The Court has received and reviewed the *Official Committee of Unsecured Creditors' (A) Urgent Motion, Pursuant To Bankruptcy Code Section 105(a), to Compel Debtors to Comply With Interim Compensation Orders and (B) Joinder in Motions of Retiree Committee and COFINA Agent to Compel Compliance With Same* (Docket Entry No. 3604 in Case No. 17-3283, the "Motion to Compel") and the *Official Committee of Unsecured Creditors' Urgent Motion to Expedite Consideration of Its Urgent Motion, Pursuant To Bankruptcy Code Section 105(a), to Compel Debtors to Comply With Interim Compensation Orders* (Docket Entry No. 3605 in Case No. 17-3283, the "Motion to Expedite") filed by the Official Committee of Unsecured Creditors (the "Movant").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Motion to Expedite is granted to the extent provided herein. Opposition papers to the Motion to Compel must be filed by **July 20, 2018 at 12:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **July 22, 2018 at 12:00 p.m. (Atlantic Standard Time)**. The Court will hear oral argument on the Motion in connection with the Omnibus Hearing scheduled for **July 25, 2018 at 9:30 a.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 3605 in Case No. 17-3283.

SO ORDERED.

Dated: July 18, 2018

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge