IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors[1] | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius"), served copies of its Aurelius's Notice of Appeal (the "Notice of Appeal") (Docket No. 3594) in the following manner:

(a)  Two copies of the Notice of Appeal were hand delivered to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

(b) One copy of the Notice of Appeal was hand delivered to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico, 00901-1922.

(c) One copy of the Notice of Appeal was sent via U.S. Mail to the following parties:

(i) Munger, Tolles & Olson LLP, Donald B. Verrilli, Jr.,Ginger D. Anders,Chad I. Golder,Sarah G. Boyce, Adele M. El-Khouri, 1155 F Street N.W., Seventh Floor, Washington, D.C. 20004-1357;

(ii) Proskauer Rose LLP, Martin J. Bienenstock, Stephen L. Ratner, Timothy W. Mungovan, Mark D. Harris, Chantel L. Febus, Eleven Times Square, New York, N.Y. 10036;

(iii) O'Neill & Borges LLC, By: Hermann D. Bauer, Ubaldo M. Fernández, 250 Muñoz Rivera Avenue, Suite 800, San Juan, P.R. 00918-1813;

(iv) U.S. Department Of Justice, Civil Division, Rosa E. Rodriguez-Velez, Thomas G. Ward, Jennifer D. Ricketts, Christopher R. Hall, Jean Lin, Cesar A. Lopez-Morales, Federal Programs Branch, 20 Massachusetts Ave., N.W., Washington, D.C. 20530;

(v) Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Lawrence S. Robbins, Gary A. Orseck, Kathryn S. Zecca, Mark T. Stancil, Ariel N. Lavinbuk, Donald Burke, 1801 K Street, N.W., Suite 411-L, Washington, D.C. 20006;

(vi) Paul,Weiss, Rifkind,Wharton, & Garrison LLP, Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni, 1285 Avenue of the Americas, New York, N.Y. 10019;

(vii) Jiménez, Graffam & Lausell, J. Ramón Rivera Morales, Andrés F. Picó Ramirez, P.O. Box 366104, San Juan, P.R. 00936;

(viii) O'MELVENY & MYERS LLP, John Rapisardi, Suzzanne Uhland, William J. Sushon, 7 Times Square, New York, N.Y. 10036;

(ix) M. Randall Oppenheimer, 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035;

(x) Walter Dellinger, Peter Friedman, 1625 Eye Street, NW, Washington, D.C. 20006;

(xi) Saul Ewing Arnstein & Lehr LLP, Sharon L. Levine, Dipesh Patel, 1037 Raymond Blvd., Suite 1520, Newark, N.J. 07102;

(xii) American Federation Of State, County And Municipal Employees, Judith E. Rivlin, Teague P. Paterson, Matthew S. Blumin, 1101 17th Street NW, Suite 900, Washington, D.C. 20011;

(xiii) Manuel A. Rodriguez Banchs, P.O. Box 368006, San Juan, P.R. 00936-8006;

(xiv) Bennazar, García & Milián, C.S.P., A.J. Bennazar-Zequeira, Edificio Union Plaza, PH-A piso 18, Avenida Ponce de León #416, Hato Rey, San Juan, P.R. 00918;

(xv) Jenner & Block LLP, Robert Gordon, Richard Levin, 919 Third Ave, New York, N.Y. 10022-3908;

(xvi) Catherine Steege, Melissa Root, 353 N. Clark Street, Chicago, I.L. 60654;

(xvii) Ian Heath Gershengorn, Lindsay C. Harrison, William Dreher, 1099 New York Ave NW, Washington, D.C. 20001;

(xviii) Casillas, Santiago & Torres LLC, Juan J. Casillas Ayala, Diana M. Batlle-Barasorda, Alberto J. E. Añeses Negrón, Ericka C. Montull-Novoa, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, P.R. 00901-2419;

(xix) PAUL HASTINGS LLP, Luc A. Despins, Andrew V. Tenzer, Michael Comerford, G. Alexander Bongartz, 200 Park Avenue, New York, N.Y. 10166;

(xx) Reichard & Escalera LLC, Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Gustavo A. Pabón-Rico, 255 Ponce de León Avenue, MCS Plaza, 10th Floor, San Juan, P.R. 00917-1913;

(xxi) Cooper & Kirk, PLLC, By: Charles J. Cooper, Howard C. Nielson, Jr., Haley N. Proctor, 1523 New Hampshire Ave., NW, Washington, D.C. 20036;

(xxii) Quinn Emanuel Urquhart & Sullivan, LLP, By: Susheel Kirpalani, Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, Brant Duncan Kuehn, 51 Madison Avenue, 22nd Floor, New York, N.Y. 10010-1603; and

(xxiii) Luis C. Marini-Biaggi, Carolina Velaz-Rivero, María T. Álvarez-Santos, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce De Leon Ave., San Juan PR 00917.

(d) One copy of the Notice of Appeal was sent via U.S. Mail to each of the parties listed in **Exhibit A** attached hereto.

(e) One copy of the Notice of Appeal was sent via electronic mail to each of the parties listed in **Exhibit B** attached hereto.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of July, 2018.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ *Luis A. Oliver-Fraticelli*
Luis A. Oliver-Fraticelli
USDC-PR No. 209204

/s/ *Katarina Stipec-Rubio*
Katarina Stipec-Rubio
USDC-PR No. 206611

/s/ *Lourdes Arroyo-Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

ADSUAR MUÑIZ GOYCO SEDA
& PÉREZ-OCHOA PSC
208 Ponce de León Ave., Suite 1600
San Juan, P.R. 00918
Phone: (787) 756-9000
Fax: (787) 756-9010
Email: loliver@amgprlaw.com
kstipec@amgprlaw.com
larroyo@amgprlaw.com