UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| *In re* | x<br>:<br>: |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | :<br>: PROMESA<br>: Title III |
| as representative of | : Case No. 17-BK-3283 (LTS)<br>: (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | :<br>: |
| Debtors.[1] | :<br>x |

---

**INFORMATIVE MOTION OF BETTINA M. WHYTE, IN HER CAPACITY
AS AGENT FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION
(COFINA), REGARDING APPEARANCE AT THE JULY 25-26, 2018 HEARING**

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 25, 2018 Omnibus Hearing* [Docket No. 3472] and *Order Scheduling Briefing of COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3557], Bettina M. Whyte, in her capacity as the Court-appointed representative ("COFINA Agent") for COFINA in the Commonwealth-COFINA Dispute, respectfully notifies the Court of her intent to attend the omnibus hearing on July 25, 2018 (and July 26, 2018, as necessary). Joseph G. Minias or Matthew A. Feldman of Willkie Farr & Gallagher LLP ("WF&G") and Jonathan Weiss of Klee, Tuchin, Bogdanoff & Stern LLP

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

("KTBS") intend to appear at the United States District Court for the Southern District of New York and will be available to the extent the Court has any questions regarding the *COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3544]. The COFINA Agent believes it is the best interest of the Debtors for the COFINA Agent's attorneys to appear in New York and not incur the expense of traveling to Puerto Rico for the hearing. In compliance with Local Civil Rule for the U.S. District Court for the District of Puerto Rico 83-A(f), local counsel for the COFINA Agent, Nilda M. Navarro-Cabrer, will attend the hearing at the United States District Court for the District of Puerto Rico.

Dated: July 19, 2018
      New York, New York

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Nilda M. Navarro-Cabrer | By: /s/ Joseph G. Minias |
|     Nilda M. Navarro-Cabrer |     Matthew A. Feldman (*pro hac vice*) |
|     (USDC – PR No. 201212) |     Joseph G. Minias (*pro hac vice*) |
|     **NAVARRO-CABRER LAW OFFICES** |     Antonio Yanez, Jr. (*pro hac vice*) |
|     El Centro I, Suite 206 |     Martin L. Seidel (*pro hac vice*) |
|     500 Muñoz Rivera Avenue |     James C. Dugan (*pro hac vice*) |
|     San Juan, Puerto Rico 00918 |     Paul V. Shalhoub (*pro hac vice*) |
|     Telephone: (787) 764-9595 |     **WILLKIE FARR & GALLAGHER LLP** |
|     Facsimile: (787) 765-7575 |     787 Seventh Avenue |
|     Email: navarro@navarrolawpr.com |     New York, New York 10019 |
| *Local Counsel to the COFINA Agent* |     Telephone: (212) 728-8000 |
| |     Facsimile: (212) 728-8111 |
| |     Email: mfeldman@willkie.com |
| |             jminias@willkie.com |
| |             ayanez@willkie.com |
| |             mseidel@willkie.com |
| |             jdugan@willkie.com |
| |             pshalhoub@willkie.com |
| | *Counsel to the COFINA Agent* |

- 3 -

Kenneth N. Klee (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
**KLEE, TUCHIN, BOGDANOFF &
STERN LLP**
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
dbussel@ktbslaw.com
jweiss@ktbslaw.com

*Special Municipal Bankruptcy
Counsel to the COFINA Agent*