# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## INFORMATIVE MOTION OF INDEPENDENT INVESTIGATOR REGARDING REQUEST TO BE HEARD AT THE JULY 25-26, 2018 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's *Order Regarding Procedures For Attendance, Participation and Observation of July 25-26, 2018, Omnibus Hearing* (D.I. 3472), Kobre & Kim LLP, the independent investigator (the "Independent Investigator") retained by the Financial Oversight and Management Board for Puerto Rico, acting by and through the Special Investigation Committee of the Oversight Board, respectfully states as follows:

    1.    The Independent Investigator intends to present oral argument at the omnibus hearing to be held by the Court on **July 25-26, 2018 at 9:30 a.m. (AST)** in San Juan.

    2.    David Farrington Yates requests to be heard on the *Motion of the Independent Investigator for an Order: (1) Establishing Procedures for Resolving Any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II)*

---

[1] The debtors in the above referenced cases (the "Title III Cases"), along with each debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (collectively, the "Debtors").

*Approving the Disposition of Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief* [D.I. 3427].

   3. <u>Counsel observing hearing in San Juan</u>: David Farrington Yates, Adam M. Lavine, and Luis F. del Valle-Emmanuelli. Each of these attorneys requests to be seated at counsel table.

   4. Parties for which counsel will appear: the Independent Investigator.

Dated: July 19, 2018
San Juan, Puerto Rico

        Respectfully submitted,
        /s/D. Farrington Yates

KOBRE & KIM LLP
D. Farrington Yates (*pro hac vice*)
800 3rd Avenue
New York, New York 10022
Tel: (212) 488-1211
Fax: (212) 488-1220
Farrington.Yates@kobrekim.com

John D. Couriel (*pro hac vice*)
201 S. Biscayne Blvd., Suite 1900
Miami, Florida 33131
Tel: (305) 967-6100
John.Couriel@kobrekim.com

*The Independent Investigator*

-and-
/s/Luis F. del Valle

A&S LEGAL STUDIO, PSC
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

*Local Counsel for the Independent Investigator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

/s/Luis F. del Valle
Luis F. del Valle-Emmanuelli