# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
:
*In re*                                                                :
:
THE FINANCIAL OVERSIGHT AND                                            :
MANAGEMENT BOARD FOR PUERTO RICO,                                      :    PROMESA Title III
:    Case No. 17-BK-3283 (LTS)
as representative of                                                   :
:    (Jointly Administered)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                             :
:
Debtors.[1]                                                            :
---------------------------------------------------------------------- X

### INFORMATIVE MOTION OF THE COFINA SENIOR BONDHOLDERS' COALITION REGARDING ITS REQUEST TO BE HEARD AT THE JULY 25-26, 2018 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The COFINA Senior Bondholders' Coalition[2] submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 25-26, 2018, Omnibus Hearing* (Dkt. 3472) (the "Order"), and respectfully states as follows:

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2]  The members of the COFINA Senior Bondholders' Coalition are Fideicomiso Plaza and the following entities, either as beneficial holders or on behalf of managed funds and accounts: Aristeia Horizons, L.P.; Canyon Capital Advisors LLC (on behalf of its participating clients); River Canyon Fund Management LLC (on behalf of its participating clients); Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon Holdings 3, L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings 5, L.L.C.; Decagon Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.; Decagon Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; GoldenTree Asset Management LP; Old Bellows Partners LP; Scoggin Management

1

1.	Daniel Salinas of Quinn Emanuel Urquhart & Sullivan, LLP, and Rafael Escalera and Sylmarie Arizmendi of Reichard & Escalera, co-counsel for the COFINA Senior Bondholders' Coalition, plan to appear at the July 25-26 Hearing in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.	The COFINA Senior Bondholders' Coalition does not plan to present argument on any scheduled matter, but it reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts COFINA or the interests of the COFINA Senior Bondholders' Coalition.

---

LP; Taconic Master Fund 1.5 L.P.; Taconic Opportunity Master Fund L.P.; Tilden Park Capital Management LP.; and Whitebox Advisors, LLC.

DATED: July 19, 2018

| | |
|---|---|
| Respectfully submitted,<br>REICHARD & ESCALERA | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |

By :   */s/ Rafael Escalera*
       **Rafael Escalera**
       USDC No. 122609
       escalera@reichardescalera.com

       **Sylvia M. Arizmendi**
       USDC-PR 210714
       arizmendis@reichardescalera.com

       **Fernando Van Derdys**
       USDC-PR 201913
       fvander@reichardescalera.com

       **Carlos R. Rivera-Ortiz**
       USDC-PR 303409
       riverac@reichardescalera.com

       **Gustavo A. Pabón-Rico**
       USDC-PR 231207
       pabong@reichardescalera.com

       255 Ponce de León Avenue
       MCS Plaza, 10th Floor
       San Juan, Puerto Rico 00917-1913

**Susheel Kirpalani** (*pro hac vice*)
susheelkirpalani@quinnemanuel.com

**Daniel Salinas**
USDC-PR 224006
danielsalinas@quinnemanuel.com

**David Cooper** (*pro hac vice*)
davidcooper@quinnemanuel.com

**Eric Kay** (*pro hac vice*)
erickay@quinnemanuel.com

**Kate Scherling** (*pro hac vice*)
katescherling@quinnemanuel.com

**Rex Lee** (*pro hac vice*)
rexlee@quinnemnauel.com

**Darren M. Goldman** (*pro hac vice*)
darrengoldman@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Co-Counsel to the COFINA Senior Bondholders' Coalition*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/*Carlos R. Rivera-Ortiz*
USDC-PR 303409