# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## AD HOC GROUP OF PREPA BONDHOLDER'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE JULY 25-26, 2018, OMNIBUS HEARING

The Ad Hoc Group of PREPA Bondholders (the "**Ad Hoc Group**") submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 25-26, 2018, Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the omnibus hearing on July 25-26, 2018 (the "**Hearing**").

Alice J. Byowitz of Kramer Levin Naftalis and Frankel LLP will appear in person on behalf of the Ad Hoc Group in courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

- 2 -

The Ad Hoc Group reserves its right to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of the Ad Hoc Group.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today July 19, 2018.

| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| */s/ Manuel Fernández-Bared* <br> MANUEL FERNÁNDEZ-BARED <br> USDC-PR No. 204,204 <br> Email: mfb@tcm.law | *s/ Alice J. Byowitz* <br> THOMAS MOERS MAYER* <br> AMY CATON* <br> ALICE J. BYOWITZ* <br> DOUGLAS BUCKLEY* <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Tel.: (212) 715-9100 <br> Fax: (212) 715-8000 <br> Email: tmayer@kramerlevin.com <br>    acaton@kramerlevin.com <br>    pbentley@kramerlevin.com <br>    pguffy@kramerlevin.com <br> * (admitted *pro hac vice*) |
| */s/ Linette Figueroa-Torres* <br> LINETTE FIGUEROA-TORRES <br> USDC-PR No. 227,104 <br> Email: lft@tcm.law | |
| */s/ Jane Patricia Van Kirk* <br> JANE PATRICIA VAN KIRK <br> USDC–PR No. 220,510 <br> Email: jvankirk@tcm.law <br> P.O. Box 195383 <br> San Juan, PR 00919-5383 <br> Tel.: (787) 751-8999 <br> Fax: (787) 763-7760 | |

*Counsel to the Ad Hoc Group of PREPA Bondholders*