IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF
THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF
THE COMMONWEALTH OF PUERTO RICO REGARDING
PARTICIPATION IN THE JULY 25-26, 2018 OMNIBUS HEARING**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 25-26, 2018 Omnibus Hearing* [Dkt. No. 3472], and respectfully states as follows:

Robert Gordon, Catherine Steege, Melissa Root, Landon Raiford, and Héctor Mayol Kauffmann will appear in person on behalf of the Retiree Committee at the July 25-26, 2018 omnibus hearing in Courtroom 2 of the United States District Court for the District of Puerto Rico,

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918 and intend to speak regarding the following agenda items:

- *The Retiree Committee's Urgent Motion To Compel The Puerto Rico Department Of Treasury To Comply With The First And Second Amended Orders Setting Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* [Dkt. No. 3513].

- *The Retiree Committee's Limited Objection To Motion Of The Independent Investigator For An Order: (I) Establishing Procedures For Resolving Any Confidentiality Dispute In Connection With Publication Of The Independent Investigator's Final Report; (II) Approving The Disposition Of Documents And Information; (III) Relieving The Independent Investigator From Certain Discovery Obligations; (IV) Exculpating The Independent Investor In Connection With The Investigation And Publication Of The Final Report; And (V) Granting Related Relief* [Dkt. No. 3497].

- *The Retiree Committee's Objection To The ERS Bondholders' Motion For Relief From The Automatic Stay* [Dkt. No. 3468]

- *Second Interim Application of Segal Consulting (Actuaries and Consultants for the Retiree Committee) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Dkt. No. 2742].

- *Second Interim Application of Marchand ICS Group (Information Agent for the Retiree Committee) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Dkt. No. 2736].

Counsel will also appear to respond as necessary to any statements made by any party in connection with the above-captioned Title III cases.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| July 19, 2018 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Edificio Union Plaza, 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.com<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |