# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as a representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |
| *In re:* | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as a representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E., | |
| Plaintiff, | Adv. Proc. No. 18-00030-LTS Title III |
| vs. | |
| PUERTO RICO HIGHWAYS AND | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; and GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO<br><br>              Defendants. |

**SIEMENS TRANSPORTATION PUERTO RICO, S.E.'S
INFORMATIVE MOTION REGARDING JULY 25-26, 2018 OMNIBUS HEARING**

Siemens Transportation Partnership Puerto Rico, S.E. ("Siemens"), creditor and party in interest, and plaintiff in Adv. Proc. No. 18-00030-LTS, through its undersigned counsel, hereby submits this informative motion, pursuant to the Court's *Order Regarding Procedures For Attendance, Participation And Observation of July 25-26, 2018, Omnibus Hearing* [Docket No. 3472] and respectfully represents as follows:

1. Claudia Z. Springer of Reed Smith LLP will appear in person on behalf of Siemens at the July 25-26, 2018 Omnibus Hearing in the San Juan courtroom.

2. Albéniz Couret-Fuentes of Sepulvado, Maldonado & Couret will appear in person on behalf of Siemens at the July 25-26, 2018 Omnibus Hearing in the San Juan courtroom.

3. Ms. Springer and Mr. Couret-Fuentes will appear to address the proposed schedule and structure for adjudication in connection with the above-captioned adversary proceeding as instructed by the Court in the *Order Directing the Parties to File a Joint Status Report* [Case No. 18-00030; Docket No. 65], including issues relating to the Court's determination of the pending Motions to Dismiss, which are now fully briefed [Case No. 18-00030; Docket Nos. 29, 31, 34, 37, 49, 54, 57, 58, 62].

4. Ms. Springer and Mr. Couret-Fuentes will also be prepared to respond as necessary to any statements made by any party which may implicate Siemens' interest, including

- 2 -

but not limited to any discussion of the Government Development Bank's impending Title VI proceedings.

Dated: July 19, 2018

                                        Respectfully submitted,

By: */s/Albéniz Couret-Fuentes*
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207

*/s/ José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207

SEPULVADO, MALDONADO & COURET
304 Ponce de León – Suite 990
San Juan, PR 00918
Telephone: 787-765-5656
Facsimile: 787-294-0073
Email: acouret@smlawpr.com
       jsantos@smclawpr.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*

and

**REED SMITH LLP**
Claudia Z. Springer
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA, 19103
Telephone: (215) 851-8190
Facsimile: (215) 851-1420
E-mail: cspringer@reedsmith.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*