IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, as made applicable to these proceedings by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170, as well as this Court's *Fourth Amended Notice, Case Management and Administrative Procedures* (Docket No. 2839), the United States of America, U.S. Army Corps of Engineers, among other agencies and departments of the United States, hereby appears through the United

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

States Department of Justice, Civil Division, and requests service of all notices and papers herein upon:

Michael J. Quinn
United States Department of Justice
Civil Division

via regular mail
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

or

via overnight delivery
1100 L Street, N.W.
Room 7200
Washington, DC 20005.

Please take notice that this request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to these proceedings. Please take further notice that neither this notice nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (ii) any election of remedy, and (iii) any other rights, claims, actions, defenses, set offs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, set offs and recoupments are expressly reserved.

This 19th day of July 2018.

Respectfully submitted,

        CHAD READLER
        Acting Assistant Attorney General
        ROSA EMILIA RODRÍGUEZ-VÉLEZ
        United States Attorney
        HÉCTOR E. RAMÍREZ-CARBÓ
        Assistant United States Attorney
        Civil Chief


/s/ Michael J. Quinn____
RUTH A. HARVEY
MICHAEL J. QUINN
MATTHEW J. TROY
JONATHAN E. JACOBSON
USDC # G02706


Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 307-0243 (o)
(202) 307-0494 (f)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of July 2018, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

      /s/ Michael J. Quinn
      Michael J. Quinn