# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## FINANCIAL GUARANTY INSURANCE COMPANY'S INFORMATIVE MOTION REGARDING JULY 25-26, 2018 OMNIBUS HEARING

Financial Guaranty Insurance Company ("*FGIC*"), by its attorneys Rexach & Picó, CSP and Butler Snow LLP, hereby submits this *informative motion* in compliance with the *Order Regarding Procedures for Attendance, Participation and Observation of July 25-26, 2018, Omnibus Hearing* [Dkt. No. 3472], and respectfully states as follows:

1. María E. Picó of Rexach & Picó, CSP will appear in person on behalf of FGIC at the July 25-26, 2018 omnibus hearing in Courtroom #3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico, 00918-1767.

2. Mrs. Picó reserves the right to be heard on any matter raised by any party at the hearing related to the Title III cases or the interests of FGIC.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

WHEREFORE, FGIC respectfully requests that the Court take notice of the foregoing.

Date: July 19, 2018
San Juan, Puerto Rico

        REXACH & PICÓ, CSP

        By: /s/ *María E. Picó*
        María E. Picó
        USDC-PR 123214
        802 Ave. Fernández Juncos
        San Juan PR 00907-4315
        Telephone: (787) 723-8520
        Facsimile: (787) 724-7844
        E-mail: mpico@rexachpico.com

        BUTLER SNOW LLP

        By:/s/ *Martin Sosland*
        Martin Sosland(*pro hac vice*)
        1700 Broadway, 41st Floor
        New York, NY 10019
        Telephone: (646) 606-3996
        Facsimile: (646) 606-3995
        E-mail: stan.ladner@butlersnow.com

        Stanford G. Ladner (*pro hac vice*)
        Christopher R. Maddux (*pro hac vice*)
        J. Mitchell Carrington (*pro hac vice*)
        1020 Highland Colony Parkway, Suite 1400
        Ridgeland, MS 39157
        Telephone: (601) 985-2200
        Facsimile: (601) 985-4500
        E-mail: chris.maddux@butlersnow.com
        mitch.carrington@butlersnow.com

        *Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading with the Clerk for the United States District Court for the District of Puerto Rico using the Court's CM/ECF system.

-3-

Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: July 19, 2018

Respectfully submitted,

By: /s/*María E. Picó*
María E. Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com