# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1]<br>_____<br><br>In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as a representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br>Debtor.<br><br>SIEMENS TRANSPORTATION PARTENRSHIP PUERTO RICO, S.E.<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY et al<br><br>Defendants | PROMESA<br>Title III<br><br>No. 3:17-BK-3283-LTS<br>(Jointly Administered)<br><br><br><br><br><br><br><br><br>PROMESA<br>Title III<br><br>No. 3: 17-BK-03567(LTS)<br><br><br><br><br><br>Adv. Proc. No. 18-00030-LTS<br>Title III |

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO'S INFORMATIVE MOTION REGARDING JULY 25-26, 2018 OMNIBUS HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**COMES NOW** the Government Development Bank for Puerto Rico ("GDB"), and through the undersigned counsel, very respectfully submits this informative motion, pursuant to the Court's *Order Regarding Procedures for Attendance, Participation, and Observation of July 25-26,2018, Omnibus Hearing* [Civil No. 17-03283, Docket No. 3472]:

1. María D. Trelles-Hernández of Pietrantoni Méndez & Alvarez, LLC will appear in person at the U.S. District Court for the District of Puerto Rico (Courtroom 2) on behalf of GDB in connection with the Siemens Adversary Proceeding, Adv. Proc. No. 18-030-LTS in 17-BK-03567-LTS.

2. Ms. Trelles-Hernández intends to address the status of this matter as directed by the Court in its *Order Directing the Parties to File a Joint Status Report* [Civil No. 18-00030, Docket No. 65].

3. Ms. Suzzanne Uhland of O'Melveny & Myers will also be present in Courtroom 2 (Puerto Rico) to address any questions or matters pertaining to the Title VI process.

**WHEREFORE**, GDB respectfully requests that the Court take notice of the foregoing

**RESPECTFULLY SUBMITTED.**

In San Juan, PR, this 19th day of July, 2018.

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center – 19th Floor
208 Ponce de León Avenue
San Juan, PR 00918
Tel. 787-274-1212
Fax. 787-274-1470

s/ Oreste R. Ramos
USDC No. 216801
oramos@pmalaw.com

s/ María D. Trelles Hernández
María D. Trelles Hernández
USDC No. 225106
mtrelles@pmalaw.com

Law Offices of Giselle López Soler
PMB 257
Rd. 19 1353
Guaynabo, Puerto Rico 00966
Tel. (787) 667-0941
Email: gls@lopezsolerlaw.com

s/ Giselle López Soler
Giselle López Soler
USDC No. 224010

*Attorneys for the Government Development Bank for Puerto Rico*