UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 3472 |

**INFORMATIVE MOTION REGARDING ATTENDANCE
AT THE JULY 25–26, 2018 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

　　The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

　　1.　The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submits this informative motion in response to the Court's order entered on July 10, 2018 [ECF No. 3472] regarding the July 25–26, 2018 omnibus hearing.

　　2.　John J. Rapisardi and Peter Friedman of O'Melveny & Myers LLP seek to be heard in connection with the *Defendants' Notice of Motion Pursuant to Fed. R. Civ. P. 12(b)(1) and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 5, 2018* [Adv. Proc. No. 18-00080, ECF No. 16]. In connection with this matter, Elizabeth McKeen of O'Melveny & Myers LLP and Mohammad Yassin, Chief Legal Officer of AAFAF, request to be seated at counsel table but do not seek to be heard.

3. William Sushon of O'Melveny & Myers LLP seeks to be heard in connection with the following:

    a. *Creditors' Committee's Informative Motion Regarding Renewed Rule 2004 Motion and Discovery Items to be Addressed at July 25, 2018 Omnibus Hearing* [Case No. 17-3283, ECF No. 3424]; and

    b. *Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief* [Case No. 17-3283, ECF No. 3427].

4. Mauricio O. Muniz-Luciano and Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC seek to be heard in connection with the following:

    a. *Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Case No. 17-3283, ECF No. 3513];

    b. *COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Case No. 17-3283, ECF No. 3544]; and

    c. *Official Committee Of Unsecured Creditors' (A) Urgent Motion, Pursuant To Bankruptcy Code Section 105(a), To Compel Debtors To Comply With Interim Compensation Orders And (B) Joinder In Motions Of Retiree Committee And COFINA Agent To Compel Compliance With Same* [Case No. 17-3283; ECF No. 3604].

5. Suzzanne Uhland of O'Melveny & Myers LLP intends to appear in person in the New York courtroom but does not seek to be heard.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 19, 2018
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Mauricio O. Muñiz Luciano* |
| John J. Rapisardi | Mauricio O. Muñiz-Luciano |
| Suzzanne Uhland | USDC No. 220914 |
| Peter Friedman | Carolina Velaz-Rivero |
| William Sushon | USDC No. 300913 |
| (Admitted *Pro Hac Vice*) | **MARINI PIETRANTONI MUÑIZ LLC** |
| **O'MELVENY & MYERS LLP** | MCS Plaza, Suite 500 |
| 7 Times Square | 255 Ponce de León Ave. |
| New York, NY 10036 | San Juan, Puerto Rico 00917 |
| Tel: (212) 326-2000 | Tel: (787) 705-2171 |
| Fax: (212) 326-2061 | Fax: (787) 936-7494 |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |