# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E.,<br><br>Plaintiff,<br><br>vs.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE | Adv. Proc. No. 18-00030-LTS<br>Title III<br><br>RE: ECF No. 12 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> FINANCIAL OVERSIGHT AND
> MANAGEMENT BOARD FOR PUERTO
> RICO; PUERTO RICO FISCAL AGENCY AND
> FINANCIAL ADVISORY AUTHORITY, and
> GOVERNMENT DEVELOPMENT BANK FOR
> PUERTO RICO
>
> Defendants

**SUPPLEMENT TO INFORMATIVE MOTION REGARDING
ATTENDANCE AT THE JULY 25-26, 2018 OMNIBUS HEARING**

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

1. Today, AAFAF filed an *Informative Motion Regarding Attendance at the July 25-26, 2018 Omnibus Hearing* [ECF No. 3643] (the "Motion") in response to the Court's order entered on July 10, 2018. [ECF 3472].

2. AAFAF hereby supplements the Motion to inform the Court that Mauricio O. Muniz-Luciano and Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC, intend to present oral argument with respect to the status of the above captioned adversary proceeding, as directed by the *Order Directing the Parties to File a Joint Status Report* entered on July 18, 2018. [Adv. Proc. No. 18-00030, ECF 65].

Dated: July 19, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Mauricio O. Muñiz Luciano*
Mauricio O. Muñiz-Luciano
USDC No. 220914
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**

MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*