# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING
## NATIONAL PUBLIC FINANCE GUARANTEE
## CORPORATION'S APPEARANCE AT JULY 25, 2018 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Eric Pérez-Ochoa from the law firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, PSC will appear on behalf of National Public Finance Guarantee Corporation ("National") at the July 25-26, 2018 omnibus hearing in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. In addition, two attorneys from the New York, New York office of Weil, Gotshal & Manges LLP will also attend the July 25-26 omnibus hearing on behalf of National in Courtroom 17C of the United States District Court for the Southern District of New

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. National's legal representatives reserve the right to be heard on any matter raised by any party at the hearing related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interests of National.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 19th day of July, 2018.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| 208 Ponce de León Avenue, Suite 1600 | Marcia Goldstein (admitted *pro hac vice*) |
| San Juan, PR 00936 | Kelly DiBlasi (admitted *pro hac vice*) |
| Telephone: 787.756.9000 | Gabriel A. Morgan (admitted *pro hac vice*) |
| Facsimile: 787.756.9010 | Jonathan Polkes (admitted *pro hac vice*) |
| Email: epo@amgprlaw.com | Gregory Silbert (admitted *pro hac vice*) |
| loliver@amgprlaw.com | Jared R. Friedmann (admitted *pro hac vice*) |
| acasellas@amgprlaw.com | |
| larroyo@amgprlaw.com | 767 Fifth Avenue |
| | New York, New York 10153 |
| By: */s/ Eric Perez-Ochoa* | Telephone: (212) 310-8000 |
| Eric Pérez-Ochoa | Facsimile: (212) 310-8007 |
| USDC-PR No. 206314 | Email: marcia.goldstein@weil.com |
| | kelly.diblasi@weil.com |
| */s/ Luis Oliver-Fraticelli* | gabriel.morgan@weil.com |
| Luis Oliver-Fraticelli | jonathan.polkes@weil.com |
| USDC-PR No. 209204 | gregory.silbert@weil.com |
| | jared.friedmann@weil.com |
| */s/ Alexandra Casellas-Cabrera* | |
| Alexandra Casellas-Cabrera | |
| USDC-PR No. 301010 | |
| | |
| */s/ Lourdes Arroyo-Portela* | |
| Lourdes Arroyo Portela | |
| USDC-PR No. 226501 | |