# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>              as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>              Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### POPULAR, INC., POPULAR SECURITIES LLC, AND BANCO POPULAR DE PUERTO RICO'S AMENDED INFORMATIVE MOTION REGARDING JULY 25-26, 2018 OMNIBUS HEARING

Popular, Inc. ("Popular"), Popular Securities LLC ("Popular Securities"), and Banco Popular de Puerto Rico ("Banco Popular," and collectively with Popular and Popular Securities, the "Popular Entities") submit this informative motion in response to the Court's *Notice of Hearing and Procedure Order* [ECF No. 3472, 17 BK 3283], and respectfully state as follows:

      1.      John T. Dorsey intends to speak on behalf of the Popular Entities at the July 25-26, 2018 hearing with respect to all matters relating to the *Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving any Confidentiality Dispute in Connection With Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Documents and Information; (III) Relieving the Independent Investigator From Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection With the Investigation and Publication of the Final Report; and (V) Granting Related Relief* [ECF No. 3427, 17 BK 3283] (the "Motion").

01:23428990.1

2. Mr. Dorsey will appear in person in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal Building, San Juan, Puerto Rico 00918.

3. Mr. Dorsey also appears to respond to any matters raised by the Court or to any statements made by interested parties in connection with the Motion or the above-captioned Title III proceedings.

4. The Popular Entities understand that one additional attorney representing them in these proceedings will personally attend the July 25-26, 2018 omnibus hearing in Puerto Rico.

Dated: July 19, 2018

Respectfully submitted,

*/s/ Donna A. Maldonado- Rivera*

USDC-PR Bar No. 219008
Popular Center-9th Floor
209 Muñoz Rivera Ave.
San Juan, P.R. 00918
Telephone: 787-753-1017
Facsimile: 787-754-4984
E-mail: Donna.Maldonado@popular.com

-and-

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ John T. Dorsey*
James L. Patton (*admitted pro hac vice*)
Robert S. Brady (*admitted pro hac vice*)
John T. Dorsey (*admitted pro hac vice*)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: jdorsey@ycst.com

*Counsel to Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico*