UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This Order shall be filed in Case No. 17-BK-3283-LTS, Case No. 17-BK-4780-LTS, and Case No. 17-BK-3567-LTS. |

ORDER GRANTING URGENT MOTION FOR BRIEF EXTENSION OF DEADLINES IN CONNECTION WITH AUTONOMOUS MUNICIPALITY OF PONCE'S MOTION FOR PARTIAL LIFT OF STAY

The Court has received and reviewed the *Urgent Motion for Brief Extension of Deadlines* (Docket Entry No. 3648 in Case No. 17-3283,[2] the "Extension Motion"). The Extension Motion is hereby granted to the extent provided herein. The deadline for HTA to file an opposition to the *Motion for Partial Lift of Stay* (Docket Entry No. 3019 in Case No. 17-3283, the "Lift Stay Motion") filed by the Autonomous Municipality of Ponce (the "Movant") is hereby extended to **July 20, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply to any oppositions must be filed by **July 27, 2018 at 5:00 p.m. (Atlantic Standard Time)**.[3]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The *Urgent Motion for Brief Extension of Deadlines* was also filed as Docket Entry No. 469 in Case No. 17-3567, and Docket Entry No. 922 in Case No. 17-4780.

[3] Movant previously filed a *Motion for Leave to File Spanish Document and Requesting Short Extension of Time to Submit Certified Translation* (Docket Entry No. 3020 in Case No. 17-3283). This prior request for an extension of time to file certified translations was deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1)

   This order resolves Docket Entry No. 3648 in Case No. 17-3283, Docket Entry No. 469 in Case No. 17-3567, and Docket Entry No. 922 in Case No. 17-4780.

   SO ORDERED.

Dated: July 20, 2018

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    United States District Judge

---

  pending the Court's determination of the Lift Stay Motion in the *Order Setting Briefing Schedule in Connection with AMP Lift Stay Motion and Granting Motion for Leave to File Spanish Document and Requesting Extension of Time to Submit Certified Translation* (Docket Entry No. 3023 in Case No. 17-3283).