**Puerto Rico Electric Power Authority**
**Autoridad de Energía Eléctrica**
**Disaster Funding Management Office - June 20-2018**
**FEMA STATUS LOCAL CONTRACTORS INVOICES--MARÍA for Payment 80%/20%**
*Período del 20 de septiembre de 2017 en adelante-*

| Contract # | Vendor Name | Total facturada | CANTIDAD PAGADA | OBSERVACIONES |
|---|---|---|---|---|
| 79079 | C PRINCIPE ELECTRICAL CONTRACTORS | 1,429,633.19 | $238,647.69 | |
| 78903 | LORD ELECTRIC | $1,095,835.47 | $0.00 | |
| 79303 | REYES ELECTRIC EQUIPMENT RENTAL INC. | $1,094,640.68 | $115,682.00 | |
| 79013 | BEST WORK CONSTRUCTION | $1,059,666.49 | $265,376.83 | |
| 79667 | DESIGN BUILD LLC | $976,846.75 | $0.00 | |
| 78982 | ROLEI ELECTRICAL | $914,140.00 | $266,964.91 | |
| 78959 | BERMUDEZ & LONGO | $884,100.00 | $0.00 | |
| 78904 | CWS (CENTRAL WASTE SERVICES) | $871,051.63 | $543,971.35 | Tiene todo menos Fianza Release 2 |
| 79088 | HOSEC ENGINEERING | $862,828.76 | $358,581.15 | |
| 79198 | KAISEN UTILITY CONSTRUCTION CORP. | $856,574.25 | $63,767.49 | |
| 78940 | ENVIRONICS ENGINEERING GROUP LLC | $846,877.09 | $484,887.09 | |
| 78951 | EST ELECTRICAL CONTRACTORS | $681,546.00 | $156,316.48 | |
| 78935 | SM ELECTRICAL CONTRACTORS | $654,427.50 | $442,379.25 | |
| 78949 | FM TECHNOLOGY | $626,417.25 | $0.00 | |
| 79149 | ATLANTIC QUALITY CONTRACTOR CORP | $575,147.43 | $49,990.30 | |
| 78905 | PRO ENERGY CORP | $482,702.46 | $51,971.97 | |
| 79801 | BEST WORK CONSTRUCTION | $477,540.22 | $0.00 | |
| 79017 | BONNEVILLE CONTRACTING AND TECHNOLOGY GROUP | $477,475.57 | $29,243.00 | |
| 79232 | Glide Aviation | $682,000.00 | $432,000.00 | Falta aprobación de enmiendas. |
| 78961 | All Contractors | $469,733.50 | $0.00 | |
| 78931 | MARCELO ELECTRICAL CONTRACTOR | $458,176.50 | $0.00 | |
| 78922 | KPM GROUP LLC | $356,340.90 | $97,227.10 | |
| 79104 | CRG ENGINEERING CORP | $329,511.25 | $0.00 | Tiene todo menos Fianza |
| 79659 | ECC CONTRACTORS INC | $287,493.00 | $0.00 | Solo faltan endosos en seguro de Auto |
| 79363 | ROMAN ELECTRIC CONTRACTORS INC. | $ 257,668.75 | $0.00 | |
| 78981 | BERRIOS ELECTRIC SERVICES | $237,306.00 | $0.00 | |
| 79044 | WANTO ELECTRIC | $228,207.51 | $0.00 | |
| 79072 | J CANDELARIA ELECTRIC WORKS INC | $208,875.00 | $166,221.76 | |
| 79455 | ACOSTA ELECTRICAL CONTRACTORS | $199,329.25 | $0.00 | |

**Puerto Rico Electric Power Authority**
**Autoridad de Energía Eléctrica**
**Disaster Funding Management Office - June 20-2018**
**FEMA STATUS LOCAL CONTRACTORS INVOICES—MARÍA for Payment 80%/20%**
-Periodo del 20 de septiembre de 2017 en adelante-

| Contract # | Vendor Name | Total facturado | CANTIDAD PAGADA | OBSERVACIONES |
|---|---|---|---|---|
| 78956 | BETA ELECTRIC CORP | $104,605.63 | $0.00 | |
| 79150 | LJR GROUP LLC | $102,207.00 | $97,607.00 | |
| 79156 | MARAL ENGINEERING CORP | $99,051.21 | $0.00 | Tiene todo menos CPA aprobado |
| 79034 | GALO SERVICES LLC | $95,925.00 | $0.00 | |
| 79686 | CIDRA EXCAVATION, LLC | $87,645.00 | $62,372.50 | |
| 79241 | Lord Electric | $85,700.00 | $0.00 | |
| 78901 | PERFECT INTEGRATED SOLUTIONS INC | $84,020.95 | $28,500.00 | |
| 79004 | NAPS ENGINEERS PSC | $82,930.00 | $16,642.00 | |
| 79509 | JR INDUSTRIAL CONTRACTORS | $75,000.00 | $0.00 | CPA aprobados, faltan las facturas y seguros |
| 79366 | CGR CRANE SERVICE | $66,110.00 | $0.00 | |
| 79442 | (CRU) CAGUAS REAL UTILITY CORP | $47,750.00 | $0.00 | |
| 79437 | DESIGN BUILD LLC | $35,000.00 | $0.00 | |
| 79041 | GALO SERVICES LLC (CONCRETE) | $9,804.00 | $0.00 | |
| 79570 | DESIGN BUILD LLC | $8,235.00 | $5,674.50 | |
| Total | | $18,136,443.00 | $3,974,024.37 | |