UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
|    as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
|             Debtors.[1] | |

-------------------------------------------------------------x

ORDER SCHEDULING PRELIMINARY AND FINAL HEARINGS
REGARDING MOTION OF CERTAIN SECURED CREDITORS OF THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO FOR RELIEF FROM THE AUTOMATIC STAY

      The Court has received and reviewed the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Docket Entry No. 3418 in Case No. 17-3283, the "Motion"), filed by certain bondholders of the Employee Retirement System, and briefing submitted in relation to the Motion.

      For the reasons that will be explained on the record at the Omnibus Hearing scheduled for **July 25, 2018 at 9:30 a.m. (Atlantic Standard Time)** (the "July Omnibus Hearing") the oral argument on the Motion scheduled for the July Omnibus Hearing will be a preliminary hearing pursuant to section 362(e)(1) of title 11 of the United States Code.  A final

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

hearing on the Motion will be held at the Omnibus Hearing scheduled for **September 12, 2018 at 9:30 a.m. (Atlantic Standard Time)**.

    SO ORDERED.

Dated: July 20, 2018

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    United States District Judge