# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>      Debtor.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

### INFORMATIVE MOTION OF SIDLEY AUSTIN LLP AS COUNSEL FOR SANTANDER SECURITIES LLC, SANTANDER ASSET MANAGEMENT LLC AND BANCO SANTANDER PUERTO RICO PURSUANT TO *ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JULY 25-26, 2018, OMNIBUS HEARING*

Sidley Austin LLP ("Sidley"), as counsel for Santander Securities LLC, Santander Asset Management LLC, and Banco Santander Puerto Rico (collectively, the "Santander Entities") hereby files this Informative Motion pursuant to the Court's *Notice of Hearing and Procedure Order* [ECF No. 3472, 17 BK 3283].

Nicholas P. Crowell, Esq. of Sidley intends to appear and speak at the omnibus hearing on behalf of the Santander Entities with respect to all matters relating to the *Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving any*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

1

*Confidentiality Dispute in Connection With Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Documents and Information; (III) Relieving the Independent Investigator From Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection With the Investigation and Publication of the Final Report; and (V) Granting Related Relief* [ECF No. 3427, 17 BK 3283] (the "Motion")

Mr. Crowell will appear via video-teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. At this time, Santander does not expect that any additional persons will attend or observe the Omnibus Hearing on its behalf, either in New York or San Juan.

Date: July20, 2018

By: /s/Juan R. Rivera Font

JUAN R. RIVERA FONT
USDC-PR No. 221703
juan@riverafont.com
JUAN R RIVERA FONT, LLC
27 González Giusti Ave., Office 602
Guaynabo, PR 00968
Telephone: (787) 751-5290
Facsimile: (787) 751-6155

*Local Counsel for Santander*

SIDLEY AUSTIN LLP
Andrew W. Stern
Nicholas P. Crowell
Alex R. Rovira
James Heyworth
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Counsel for Santander*

2