**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**RE: ECF No. 3427**

# STATEMENT IN RESPONSE TO MOTION OF THE INDEPENDENT INVESTIGATOR FOR AN ORDER: (I) ESTABLISHING PROCEDURES FOR RESOLVING ANY CONFIDENTIALITY DISPUTE IN CONNECTION WITH PUBLICATION OF THE INDEPENDENT INVESTIGATOR'S FINAL REPORT; (II) APPROVING THE DISPOSITION OF CERTAIN DOCUMENTS AND INFORMATION; (III) RELIEVING THE INDEPENDENT INVESTIGATOR FROM CERTAIN DISCOVERY OBLIGATIONS; (IV) EXCULPATING THE INDEPENDENT INVESTIGATOR IN CONNECTION WITH THE INVESTIGATION AND PUBLICATION OF THE FINAL REPORT; AND (V) GRANTING RELATED RELIEF

To the Honorable United States District Court Judge Laura Taylor Swain:

     The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS Doc#:3660 Filed:07/20/18 Entered:07/20/18 15:14:55 Desc: Main
Document Page 2 of 5

Rico ("ERS"), and the Puerto Rico Electric Power Authority ("PREPA," and together with the Commonwealth, COFINA, HTA, and ERS the "Debtors"), as Title III debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), hereby submit this Statement in response to the *Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Certain Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief* [ECF No. 3427] (the "Motion"),[2] and respectfully state as follows:

**STATEMENT**

The Oversight Board supports the relief requested in the Motion, and writes to clarify the application of the Access Procedures to the Oversight Board. As described in the Motion, the Oversight Board, acting by and through the Special Investigation Committee, retained the Independent Investigator to conduct the Investigation, pursuant to its statutory authority under PROMESA section 104(o). Motion at ¶¶ 17, 55. The Oversight Board directed the Special Investigation Committee to oversee the Investigation in order to maintain the integrity and independence of the Investigation while it was ongoing.

The Oversight Board, as the representative of the Debtors, will control and be solely responsible for initiating any claims on behalf of the Title III debtors for the benefit of creditors

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and parties in interest in these Title III cases, among other rights and obligations. *See* PROMESA Section 315(b) ("The Oversight Board in a case under this title [III] is the representative of the debtor."); PROMESA section 301(c)(7) (replacing "trustee" with "Oversight Board" wherever such term is used in title 11 sections incorporated into PROMESA); *see also, e.g.*, *DiMaio Family Pizza & Luncheonette, Inc. v. Charter Oak Fire Ins. Co.*, 448 F.3d 460, 463 (1st Cir. 2006) ("'[A]ll legal or equitable interests . . . in property as of the commencement of the case' and 'any interest in property that the estate acquire[d] after the commencement of the case' became the property of their respective bankruptcy estates" and "their bankruptcy trustees acquired exclusive standing to assert those claims.") (quoting 11 U.S.C. § 541(a)(1), (7)).

The Oversight Board intends to designate a separate special committee to review the Final Report and determine whether any further steps are necessary based upon the findings in the Final Report, including, but not limited to, evaluating and initiating claims on behalf of any of the Title III debtors for the benefit of creditors and parties in interest in the Title III cases (the "<u>Special Litigation Committee</u>"). It is expected that the Special Litigation Committee will consult with the two statutory committees regarding potential claims. The Special Litigation Committee's access to any materials contained in the Document Depository will be procured either by seeking consent of the party that produced the materials sought by the Special Litigation Committee or by seeking court approval.

The documents produced in the Investigation are essential to allow the Oversight Board to fulfill its statutory duties. Accordingly, the Oversight Board notes that the Special Investigation Committee has now, and will continue to have through publication of the Final Report and the cooperation period described in Paragraph 51 of the Motion, full access to the

Investigative Record, the Final Report Documents, and any and all documents contained in the Document Depository, or otherwise produced pursuant to the Investigation, without having to seek and obtain prior court approval.

Dated: July 20, 2018
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Margaret A. Dale
Timothy W. Mungovan
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

5