IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

```
--------------------------------------------------------------------- x
                                                       :
In re                                                  :
                                                       :
                                                       :
THE FINANCIAL OVERSIGHT AND                            :
MANAGEMENT BOARD FOR PUERTO RICO,                      :   PROMESA
                                                       :   Title III
       as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                       :   (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO et al.,                :
                                                       :
                                                       :
       Debtors.[1]                                     :
--------------------------------------------------------------------- x
```

**COFINA AGENT'S REPLY TO AAFAF'S OMNIBUS RESPONSE
TO MOTIONS TO COMPEL PAYMENT FILED BY THE RETIREE
COMMITTEE, COFINA AGENT, AND UNSECURED CREDITORS' COMMITTEE**

Bettina M. Whyte (the "**COFINA Agent**"), in her capacity as the appointed agent

of the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as

representative of the Puerto Rico Sales Tax Financing Corporation ("**COFINA**"), respectfully

submits this reply (the "**Reply**") to *AAFAF's Omnibus Response to Motions to Compel Payment*

*Filed by the Retiree Committee [ECF No. 3513], COFINA Agent [ECF No. 3544], and Unsecured*

*Creditors' Committee [ECF No. 3604]* [Docket No. 3655] (the "**AAFAF Response**"), and in

further support of the *COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of*

*Treasury to Comply with the Orders Setting Procedures for Interim Compensation and*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-
LTS) (Last Four Digits of Federal Tax ID: 3747).

*Reimbursement of Expenses of Professionals* [Docket No. 3544] (the "**Motion to Compel**").[2] In

support of the Reply, the COFINA Agent respectfully states:

1.    On July 16, 2018, the COFINA Agent filed the Motion to Compel, which
requests that the Court compel payment of the outstanding fees and expenses incurred by the
COFINA Agent Applicants that are due and owing pursuant to the terms of the Interim
Compensation Orders.  On July 20, 2018, AAFAF filed the AAFAF Response, which (i) did not
object to any of the outstanding fees or expenses identified by the COFINA Agent, and
(ii) committed to pay such fees and expenses on or prior to July 25, 2018.

2.    The COFINA Agent Applicants have provided all information requested by
AAFAF to facilitate payment.  As of the date hereof, AAFAF has sent wire transfers to certain
COFINA Agent Applicants in partial satisfaction of their fees and expenses.  However, numerous
months of payments still have not been paid.

3.    The COFINA Agent Applicants appreciate AAFAF's recent efforts to pay
all outstanding fees and expenses, and the COFINA Agent will file a notice of withdrawal of the
Motion to Compel if all payments are made prior to the close of business on July 24, 2018.  To the
extent any payments are still outstanding as of such time, the COFINA Agent will proceed with
the Motion to Compel at the omnibus hearing on July 25, 2018.

---

[2]    Capitalized terms that are used but not defined herein shall have the meanings ascribed to such terms in the
Motion to Compel.

Dated:  July 22, 2018
     New York, New York

Respectfully submitted,

By:  /s/ Joseph G. Minias
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Antonio Yanez, Jr. (*pro hac vice*)
Martin L. Seidel (*pro hac vice*)
James C. Dugan (*pro hac vice*)
Jeffrey B. Korn (*pro hac vice*)
Paul V. Shalhoub (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Email: mfeldman@willkie.com
     jminias@willkie.com
     ayanez@willkie.com
     mseidel@willkie.com
     jdugan@willkie.com
     jkorn@willkie.com
     pshalhoub@willkie.com

*Counsel to the COFINA Agent*

By:  /s/ Nilda M. Navarro-Cabrer
Nilda M. Navarro-Cabrer
USDC – PR No. 201212
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone:  (787) 764-9595
Facsimile:  (787) 765-7575
Email:  navarro@navarrolawpr.com

*Local Counsel to the COFINA Agent*

Kenneth N. Klee (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
Email:  kklee@ktbslaw.com
     dbussel@ktbslaw.com
     jweiss@ktbslaw.com

*Special Municipal Bankruptcy Counsel
to the COFINA Agent*