# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Burgos Pérez, Heriberto J.

USDC-PR Bar Number:   204809

Email Address:   hburgos@cabprlaw.com

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   Assured Guaranty Corp.

   Defendant:   The Financial Oversight and Management Board for Puerto Rico

2. Indicate the category to which this case belongs:

   ☐ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☒ Injunction

3. Indicate the title and number of related cases (if any).

   In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS
   In re Puerto Rico Highways & Transportation Authority, Case No. 17 BK 3567-LTS

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:   7/23/18

rev. Dec. 2009

[ Print Form ]   [ Reset Form ]