DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTIO RICO

In re: The Financial Oversight and Management Board of Puerto Rico as Representative of the Commonwealth of Puerto Rico and Puerto Rico Highways & Transportation Authority

Debtor

Case No. 17 BK 3283-LTS / 17 BK 3567-LTS

Chapter PROMESA Title III

Assured Guaranty Corp., Assured Guaranty Municipal Corp.

Plaintiff

v.

The Financial Oversight and Management Board for Puerto Rico; José B. Carrión III; Andrew G. Biggs; Carlos M. García; Arthur J. González; José R. Gonzalez; Ana J. Matosantos; David A. Skeel Jr.

Defendant

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** José R. Gonzalez, in his official capacity as member of the FOMB
c/o Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Paul W. Possinger, Fahud Barak, Maja Zerjal

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heriberto Burgos Pérez
CASELLAS ALCOVER & BURGOS P.S.C.
P.O. Box 364924
San Juan, PR 00936-4924
hburgos@cabprlaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: 07/23/2018

_____
Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____ Signature _____

Print Name: _____

Business Address: _____

_____