# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AMENDED INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING JULY 25, 2018 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's Order and Notice of Hearing (Dkt. No. 3472), the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the FOMB, as the Debtors' representative, pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101-2241 ("PROMESA"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The FOMB intends to present oral argument at the Omnibus Hearing to be held in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, on **July 25, 2018 at 9:30 a.m. (EST-AST)**

2. Paul Possinger and Brian Rosen will present discussion regarding the status report from the professionals from the Oversight Board on (1) PREPA's operations, leadership and projected financing needs, and (2) the claims filing process and the anticipated claims management procedures.

3. Margaret Dale will present discussion regarding the joint status report in *Siemens v. HTA, et al.* (Case No. 18-ap-30)

4. Margaret Dale will present argument regarding the Independent Investigator's Motion Establishing Certain Procedures in Connection with Final Report. (Case No. 17-3283, ECF No. 3427)

5. Margaret Dale will present argument regarding the Creditors' Committee's Informative Motion re Renewed Rule 2004 Motion and Discovery Items. (Case No. 17-3283, ECF No. 3424)

6. Brian Rosen will present argument regarding the Motion of Certain Secured Creditors of ERS for Relief from the Automatic Stay. (Case No. 17-3283, ECF No. 3418)

7. Martin J. Bienenstock and/or Timothy Mungovan will present argument regarding the Motion to Dismiss Governor's Complaint in *Rosello Nevares et al. v. The Financial Oversight and Management Board for Puerto Rico et al.,* (Case No. 18-ap-80)

8. Martin J. Bienenstock and/or Timothy Mungovan will present argument regarding the Motion to Dismiss Legislative Assembly's Complaint in *Rivera - Schatz et al. v. Commonwealth of Puerto Rico et al.,* (Case No. 18-ap-81)

9. Party for which counsel will appear:  The FOMB

10. Other counsel attending the Hearing:  Hermann D. Bauer

Dated: July 23, 2018
      New York, NY

Respectfully submitted,

 /s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Steven L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico*