IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E. <br><br> Plaintiff, <br><br> vs. <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE | Adv. Proc. No. 18-00030-LTS <br> Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> FINANCIAL OVERSIGHT AND
> MANAGEMENT BOARD FOR PUERTO
> RICO; PUERTO RICO FISCAL AGENCY
> AND FINANCIAL ADVISORY
> AUTHORITY, and GOVERNMENT
> DEVELOPMENT BANK FOR PUERTO
> RICO
>
>             Defendants

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, Lady E.Cumpiano, Esq. and the law firm of Sepulvado Maldonado & Couret appear as counsel on behalf of Siemens Transportation Partnership Puerto Rico, S.E. Pursuant to Sections 102(1) and 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in these cases, be also given to and served upon the undersigned at the offices and telephone numbers set forth below:

> Lady E. Cumpiano, Esq.
> SEPULVADO MALDONADO & COURET
> 304 Ponce de Leon Ave. Ste 990
> San Juan PR 00918
> Tel. 787-765-5656
> Fax: 787-294-0073
> E-mail: lcumpiano@yahoo.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of AAFAF with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

    **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

In San Juan, Puerto Rico, this 24th day of July, 2018.

          SEPULVADO, MALDONADO & COURET
*Attorneys for Siemens Transportation*
*Partnership Puerto Rico, S.E.*
304 Ponce de Leon Ave. Ste 990
San Juan PR 00918
Tel. 787-765-5656
Fax: 787-294-0073
E-mail: lcumpiano@yahoo.com

s/ *Lady E. Cumpiano*
  Lady E. Cumpiano
  USDC No. 211106