IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re | : |
| | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA |
| | : Title III |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : |
| | : |
| Debtors.[1] | : |

---

### INFORMATIVE MOTION REGARDING WITHDRAWAL OF COFINA AGENT'S URGENT MOTION TO COMPEL THE PUERTO RICO DEPARTMENT OF TREASURY TO COMPLY WITH THE ORDERS SETTING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

To the Honorable United States District Court Judge Laura Taylor Swain:

Bettina M. Whyte (the "**COFINA Agent**"), in her capacity as the appointed agent of the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Puerto Rico Sales Tax Financing Corporation ("**COFINA**"), respectfully states as follows:

1. On July 16, 2018, the COFINA Agent filed the *Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3544] (the "**Motion**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**to Compel**")[2] and the related motion to expedite the hearing on the Motion to Compel [Docket No. 3546] (the "**Motion to Expedite**").

2. By order dated July 16, 2018 [Docket No. 3557], the Court granted the Motion to Expedite, setting the hearing on the Motion to Compel for the omnibus hearing scheduled on July 25, 2018.

3. Since the filing of the Motion to Compel, Hacienda has made payment of nearly all of the outstanding fees and expenses of the COFINA Agent Applicants. The COFINA Agent Applicants understand that Hacienda is in the process of making all payments that remain outstanding. Accordingly, the COFINA Agent hereby withdraws the Motion to Compel, without prejudice to the COFINA Agent renewing the Motion to Compel if these remaining payments (or any future payments) are not made by Hacienda.

*[The remainder of this page is intentionally left blank]*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Compel.

Dated: July 24, 2018 Respectfully submitted,
       New York, New York

By: /s/ Joseph G. Minias                                By: /s/ Nilda M. Navarro-Cabrer
Matthew A. Feldman (*pro hac vice*)            Nilda M. Navarro-Cabrer
Joseph G. Minias (*pro hac vice*)                USDC – PR No. 201212
Antonio Yanez, Jr. (*pro hac vice*)              **NAVARRO-CABRER LAW OFFICES**
Martin L. Seidel (*pro hac vice*)                 El Centro I, Suite 206
James C. Dugan (*pro hac vice*)                500 Muñoz Rivera Avenue
Jeffrey B. Korn (*pro hac vice*)                 San Juan, Puerto Rico 00918
Paul V. Shalhoub (*pro hac vice*)              Telephone: (787) 764-9595
**WILLKIE FARR & GALLAGHER LLP**       Facsimile: (787) 765-7575
787 Seventh Avenue                             Email: navarro@navarrolawpr.com
New York, New York 10019
Telephone: (212) 728-8000                    *Local Counsel to the COFINA Agent*
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
        jminias@willkie.com
        ayanez@willkie.com
        mseidel@willkie.com
        jdugan@willkie.com
        jkorn@willkie.com
        pshalhoub@willkie.com

*Counsel to the COFINA Agent*


Kenneth N. Klee (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
        dbussel@ktbslaw.com
        jweiss@ktbslaw.com


*Special Municipal Bankruptcy Counsel*
*to the COFINA Agent*