IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as a representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E.<br><br>     Plaintiff,<br><br>vs.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE | Adv. Proc. No. 18-00030-LTS<br>Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO; PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY
AUTHORITY, and GOVERNMENT
DEVELOPMENT BANK FOR PUERTO
RICO

                    Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 24, 2018, a Notice of Appearance and Request for Notices and Papers ("Notice of Appearance") [ECF No. 3681/17-3283] [ECF No. 473-17-03567] [ECF No. 67/18-00030] was served upon all then-current ECF participants in these cases via the Court's CM/ECF system.  The undersigned also hereby certifies that on that same date, two copies of  each Notice of Appearance were sent by U.S. mail to the chambers of the Hon. Laura Taylor Swain at:

**United States District Court
Daniel Patrick Moynihan Courhouse
500 Pearl St. Suite 3212
New York, NY 10007-1312**

and one copy of each to the U.S. Trustee for the District of Puerto Rico at:

**US Trustee for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan PR 00901-1922**

Dated: July 24, 2018

SEPULVADO, MALDONADO & COURET
*Attorneys for Siemens Transportation
Partnership Puerto Rico, S.E.*
304 Ponce de Leon Ave. Ste 990
San Juan PR 00918
Tel. 787-765-5656
Fax: 787-294-0073
E-mail: lcumpiano@yahoo.com

s/ *Lady E. Cumpiano*
  Lady E. Cumpiano
  USDC No. 211106