# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA <br> : Title III |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| Debtors.[1] | : |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This matter is before the Court on the *Independent Investigator's Urgent Unopposed Motion for Leave File Certificate of Service Under Seal* (Dkt. No. 3685) (the "Motion to Seal"). Finding good cause for the requested relief, this Court ALLOWS the Motion to Seal as set forth herein. Accordingly:

1. Prime Clerk LLC is authorized to publicly file the Certificate of Service with "Exhibit C" redacted.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

2. Prime Clerk LLC is authorized to file under seal a full, unredacted version of the Certificate of Service.

3. The Clerk of the Court will provide access to "Exhibit C" of the Certificate of Service to the following parties: (a) counsel for the Oversight Board; (b) the Official Committee of Unsecured Creditors; and (c) the Official Committee of Retired Employees of the Commonwealth of Puerto Rico.

This order resolves Dkt. No. 3685.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: July 24, 2018

1