IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING WITHDRAWAL OF RETIREE COMMITTEE'S MOTION TO COMPEL THE PUERTO RICO DEPARTMENT OF TREASURY TO COMPLY WITH THE FIRST AND SECOND AMENDED ORDERS SETTING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONAL**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**"), respectfully states as follows

1.    On July 13, 2018, the Retiree Committee filed an urgent motion ("**Motion**") for entry of an order directing the Puerto Rico Department of Treasury, part of the Commonwealth's central government ("**Hacienda**") to comply with this Court's First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No.

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

1715] (the "**First Amended Interim Compensation Order**") and the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**, together with the First Amended Interim Compensation Order, the "**Interim Compensation Orders**").

2. On July 19, 2018, the Retiree Committee filed a Supplement to the Motion ("**Supplement**") [Dkt. No. 3649], informing the Court that the Retiree Committee's Professionals[2] had received partial payments of various past-due amounts, but were still owed substantial amounts that were past due and/or represented amounts unpaid due to an erroneous application of withholding taxes by Hacienda, as discussed in the Motion.

3. On July 23, 2018, the Retiree Committee filed a Reply in further support of the Motion ("**Reply**") [Dkt. No. 3673], again noting the Retiree Committee's Professionals' efforts to consensually resolve the Motion with Hacienda and Hacienda's continued failure to comply fully with the Interim Compensation Orders.

4. Since the filing of the Reply, each of the Retiree Committee's Professionals have continued to work with Hacienda, and Hacienda has made payment of most of the outstanding fees and expenses of the Retiree Committee's Professionals. Accordingly, the Retiree Committee hereby withdraws the Motion without prejudice and expressly reserves the right to renew the Motion if Hacienda fails to make any outstanding or future payments to the Retiree Committee's Professionals as required under the Interim Compensation Orders.

---

[2] Retiree Committee's Professionals means Jenner & Block LLP; Bennazar, Garcia & Milián, C.S.P.; FTI Consulting; Segal Consulting; and Marchand ICS.

| | |
|---|---|
| July 24, 2018 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |

By:
*/s/ Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

By:
*/s/ A.J. Bennazar-Zequeira*
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*