UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR THE HEARING ON JULY 25–26, 2018 AT 9:30 A.M. (AST & EST)

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, July 25, 2018**,<br>from 9:30 a.m. to 12:00 p.m.,<br>from 1:00 p.m. to 5:00 p.m.,<br>and, if necessary,<br>**Thursday, July 26, 2018**,<br>from 9:30 a.m. to 12:00 p.m.,<br>(Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge<br>Honorable Judith Gail Dein, United States Magistrate Judge<br>**Courtroom 2**<br>United States District Court for the District of Puerto Rico<br>**Clemente Ruiz Nazario United States Courthouse**<br>**150 Carlos Chardón Avenue**<br>San Juan, P.R. 00918-1767 |
| | **Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C**[3] of the United States District Court |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A redline comparing this amended agenda to the original agenda filed at ECF No. 3678 is attached hereto as **Exhibit A**.

[3] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:** Copies of all documents filed in these title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. STATUS REPORTS:

1. **Report from the Oversight Board.**

   Description: Status report from professionals for the Oversight Board on (1) PREPA's operations, leadership and projected financing needs, and (2) the claims filing process and the anticipated claims management procedures.

   Estimated Time Required: 20 minutes.

2. **Response to Questions Regarding Status Report in Siemens v. HTA, *et al.***

   Description: Parties shall be available to respond to questions regarding the joint status report addressing the scheduling, discovery and evidentiary hearing issues identified at the June 6, 2018 Omnibus Hearing.

   Related Documents:
   A. Order [**Case No. 18-ap-30**, **ECF No. 65**]

   B. Joint Status Report **[Case No. 18-ap-30, ECF No. 66]**

   Estimated Time Required: 10 minutes.

## II. CONTESTED MATTERS:

1. **Creditors' Committee's Informative Motion re Renewed Rule 2004 Motion and Discovery Items.** Creditors' Committee's Informative Motion Regarding Renewed Rule 2004 Motion and Discovery Items to be Addressed at July 25, 2018 Omnibus Hearing [**Case No. 17-3283, ECF No. 3424**]

   Description: Creditors' Committee's informative motion regarding renewed Rule 2004 motion and discovery items to be addressed at July 25, 2018 omnibus hearing.

   Objection Deadline: July 10, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
- A. Objection By AAFAF Acting as Representative of GDB, to the UCC's Informative Motion Regarding Renewed Rule 2004 Motion and Discovery Items to Be Addressed at July 25, 2018 Omnibus Hearing **[Case No. 17-3283, ECF No. 3466]**

Reply, Joinder & Statement Deadlines: July 17, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 18, 2018 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
- A. None.

Related Documents:
- A. Creditors' Committee's Urgent Unopposed Motion to File Informative Motion Regarding Rule 2004 Motion and Discovery Items to be Addressed at July 25, 2018 Omnibus Hearing Under Seal [**Case No. 17-3283, ECF No. 3429**]
- B. Order Granting Motion To File Under Seal [**Case No. 17-3283, ECF No. 3437**]

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

2. **Independent Investigator's Motion Establishing Certain Procedures in Connection with Final Report.** Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 3427]**

   Description: The Independent Investigator seeks entry of an order (I) establishing procedures for resolving any confidentiality dispute in connection with publication of the Independent Investigator's final report; (II) approving the disposition of documents and information; (III) relieving the Independent Investigator from certain discovery obligations; (IV) exculpating the Independent Investigator in connection with the investigation and publication of the final report.

   Objection Deadline: July 12, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   - A. Limited Objection to Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving Any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent

3

    Investor in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 3497]**

  B. Response of AAFAF, as Representative of GDB, to the Retiree Committee's Limited Objection to the Investigator's Exit Plan Motion, and the UCC's Joinder to the Retiree Committee's Limited Objection **[Case No. 17-3283, ECF No. 3662]**

Reply, Joinder & Statement Deadlines: July 20, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

  A. Creditors' Committee's Joinder to Retiree Committee's Limited Objection Regarding Investigator's Exit Plan Motion **[Case No. 17-3283, ECF No. 3498]**

  B. Statement in Response to Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving Any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Certain Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 3660]**

  C. Corrected Reply in Support of Motion for the Independent Investigator for Order: (I) Establishing Procedures for Resolving Any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Certain Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 3666]**

Related Documents:

  A. Order **[Case No. 17-3283, ECF No. 3317]**

  B. Unopposed Motion for Entry of Briefing Schedule Regarding Investigator's Proposed "Exit Plan" **[Case No. 17-3283, ECF No. 3407]**

  C. Order Granting Creditors' Committee's Motion for Entry of Briefing Schedule Regarding Investigator's Proposed "Exit Plan" **[Case No. 17-3283, ECF No. 3409]**

  D. Joint Urgent Unopposed Motion of Creditors' Committee and Retiree Committee to File Limited Objection and Joinder to Limited Objection to Investigator's Exit Plan Motion under Seal **[Case No. 17-3283, ECF No. 3499]**

  E. Order Granting Joint Urgent Unopposed Motion of Creditors' Committee and Retiree Committee to File Limited Objection and Joinder to Limited Objection to Investigator's Exit Plan Motion under Seal **[Case No. 17-3283, ECF No. 3504]**

  F. Reply in Support of Motion for the Independent Investigator for Order: (I) Establishing Procedures for Resolving Any Confidentiality Dispute in Connection

  with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Certain Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 3665]**

  Status: This matter is going forward.

  Estimated Time Required: 50 minutes.

3. **Motion of Certain Secured Creditors of ERS for Relief from the Automatic Stay.** Preliminary hearing on Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 3418]**

  Description: Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico seek relief from the automatic stay.

  Objection Deadline: July 10, 2018 at 4:00 p.m. (Atlantic Standard Time).

  Responses:
   A. Debtor's Opposition to Motion of Certain Secured Claimholders of Employees Retirement System of Government of Commonwealth of Puerto Rico for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3465]**

   B. Objection of the Official Committee of Retired Employees of the Commonwealth Of Puerto Rico to the ERS Bondholders' Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 3468]**

   C. Limited Response and Joinder of the Bank of New York Mellon, as Fiscal Agent, to Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 3471]**

  Reply, Joinder & Statement Deadlines: July 17, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 18, 2018 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

  Replies, Joinders & Statements:
   A. Joinder of the American Federation of State, County and Municipal Employees to (1) the Objection of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to the ERS Bondholders' Motion for Relief from the Automatic Stay and (2) Debtor's Opposition to Motion of Certain Secured Claimholders of Employees Retirement System of Government of Commonwealth of Puerto Rico for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3467]**

    B. Amended Joinder of the American Federation of State, County and Municipal Employees to (1) the Objection of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to the ERS Bondholders' Motion for Relief from the Automatic Stay and (2) Debtor's Opposition to Motion of Certain Secured Claimholders of Employees Retirement System of Government of Commonwealth of Puerto Rico for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3469]**

    C. Joinder of Official Committee of Unsecured Creditors to Debtor's and Retiree Committee's Objections to Motion of Certain Secured Creditors of Employees Retirement System of Government of Commonwealth of Puerto Rico for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3470]**

    D. Reply of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in Support of Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 3592]**

Related Documents:
    A. Order Scheduling Preliminary and Final Hearings Regarding Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 3654]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

4. **Creditors' Committee Motion to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures.** Motion of Official Committee of Unsecured Creditors to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019 **[Case No. 17-3283, ECF No. 3432]**

Description: The Creditors' Committee seeks to clarify or amend the fourth amended notice, case management and administrative procedures regarding disclosure requirements pursuant to Federal Rule of Bankruptcy Procedure 2019.

Objection Deadline: July 10, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response of the Ad Hoc Group of General Obligation Bondholders to the Motion of Official Committee of Unsecured Creditors to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019 **[Case No. 17-3283, ECF No. 3483]**

Reply, Joinder & Statement Deadlines: July 17, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 18, 2018 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply of Official Committee of Unsecured Creditors in Support of Motion to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019 **[Case No. 17-3283, ECF No. 3607]**

Related Documents:
   A. None.

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

5. **Retirees' Committee's Motion to Compel the Puerto Rico Department of Treasury to Comply with First and Second Amended Orders re Interim Compensation.** Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 3513]**

   Description: The Retirees' Committee's motion to compel the Puerto Rico Department of Treasury to comply with the first and second amended orders setting procedures for interim compensation and reimbursement of expenses of professionals.

   Objection Deadline: July 20, 2018 at 12:00 p.m. (Atlantic Standard Time).

   Responses:
      A. AAFAF'S Omnibus Response to Motions to Compel Payment Filed by the Retirees' Committee [ECF No. 3513], COFINA Agent [ECF No. 3544], and Unsecured Creditors' Committee [ECF No. 3604] **[Case No. 17-3283, ECF No. 3655]**

   Reply, Joinder & Statement Deadlines: July 22, 2018 at 12:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
      A. Retirees' Committee's Reply in Support of Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 3673]**

   Related Documents:
      A. Order Scheduling Briefing of Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 3518]**

B. Supplement to Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professional **[Case No. 17-3283, ECF No. 3649]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes.

## III. ADVERSARY PROCEEDINGS:

1. **Rosello Nevares *et al*. v. The Financial Oversight and Management Board for Puerto Rico *et al*., Case No. 18-ap-80 & Rivera - Schatz *et al*. v. Commonwealth of Puerto Rico *et al*., Case No. 18-ap-81**

   **Pleadings related to Case No. 18-ap-80:**

   **Motion to Dismiss Complaint.** Defendants' Notice of Motion Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 5, 2018 **[Case No. 18-ap-80, ECF No. 16]**

   Description: The FOMB seeks to dismiss the Governor's complaint seeking declaratory and injunctive relief to prohibit the FOMB from implementing and enforcing certain initiatives through the certified fiscal plan and/or budget the Governor alleges are non-binding recommendations.

   Objection Deadline: July 17, 2018 at 5:00 p.m. (Atlantic Standard Time) for all parties other than the Committee; July 20, 2018 at 5:00 p.m. (Atlantic Standard Time) for the Committee.

   Responses:
   A. Plaintiffs' Opposition to Defendants' Motion to Dismiss **[Case No. 18-ap-80, ECF No. 22]**

   Reply, Joinder & Statement Deadlines: July 20, 2018 at 12:00 p.m. (Atlantic Standard Time) for all replies other than to the Committee; July 23, 2018 at 12:00 p.m. (Atlantic Standard Time) to respond to any pleading filed by the Committee.

   Replies, Joinders & Statements:
   A. Defendants' Response to APRUM's Motion to Intervene under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 18-ap-80, ECF No. 26]**

   B. Defendants' Reply Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 5, 2018 **[Case No. 18-ap-80, ECF No. 28]**

   Related Documents:

    A. Adversary Complaint for Declaratory and Injunctive Relief **[Case No. 18-ap-80, ECF No. 1]**

    B. Order Granting Plaintiffs' Urgent Motion to Shorten Defendants' Time to Respond to Adversary Complaint **[Case No. 18-ap-80, ECF No. 8]**

    C. Official Committee of Unsecured Creditors' Urgent Consent Motion for Limited Intervention under Bankruptcy Rule 7024 **[Case No. 18-ap-80, ECF No. 11]**

    D. Order Granting Limited Intervention **[Case No. 18-ap-80, ECF No. 13]**

    E. Defendants' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 5, 2018 **[Case No. 18-ap-80, ECF No. 17]**

    F. Motion Submitting Certified Translations **[Case No. 18-ap-80, ECF No. 18]**

    G. Urgent Motion of APRUM for Limited Intervention under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 18-ap-80, ECF No. 21]**

    H. Order Setting Briefing Schedule Regarding Urgent Motion of APRUM for Limited Intervention under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 18-ap-80, ECF No. 23]**

    I. Urgent Consented to Motion for Leave to Exceed Page Limits **[Case No. 18-ap-80, ECF No. 25]**

    J. Order re Urgent Consented to Motion for Leave to Exceed Page Limits **[Case No. 18-ap-80, ECF No. 27]**

    K. Order Denying APRUM Urgent Motion to Intervene **[Case No. 18-ap-80, ECF No. 29]**

    L. Motion for Leave to File Legal Brief as Amicus Curiae filed by Rafael M. Arrillaga-Romany on Behalf of the Popular Democratic Caucus of the Senate of Puerto Rico **[Case No. 18-ap-80, ECF No. 31]**

**Pleadings related to Case No. 18-ap-80:**

**Motion to Dismiss Complaint.** Defendants' Notice of Motion Pursuant to Fed. R. Civ. P. 12(b)(1) And 12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 9, 2018 **[Case No. 18-ap-81, ECF No. 26]**

Description: The FOMB seeks to dismiss the Legislative Assembly's complaint seeking, among other things, a declaration that the FOMB exceeded its statutory authority by allegedly attempting to force the Legislative Assembly to repeal law 80 as well as injunctive relief to prohibit the FOMB from enforcing its certified budget and to compel the FOMB to certify the budget the Legislature enacted.

Objection Deadline: July 21, 2018 at 5:00 p.m. (Atlantic Standard Time).

Responses:
- A. Plaintiffs Opposition to Motion to Request Leave to Intervene **[Case No. 18-ap-81, ECF No. 30]**

- B. Defendants' Partial Opposition to Motion to Request Leave to Intervene **[Case No. 18-ap-81, ECF No. 31]**

- C. Response in Opposition to Motion to Request Leave to Intervene **[Case No. 18-ap-81, ECF No. 32]**

- D. Response in Opposition to Defendants' Motion to Dismiss **[Case No. 18-ap-81, ECF No. 38]**

Reply, Joinder & Statement Deadlines: July 23, 2018 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
- A. Defendants' Reply Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 9, 2018 **[Case No. 18-ap-81, ECF No. 40]**

Related Documents:
- A. Legislative Assembly of the Commonwealth of Puerto Rico's Adversary Complaint For Declaratory And Injunctive Relief **[Case No. 18-ap-81, ECF No. 1]**

- B. Joint Urgent Motion for a Stipulated Reduced Schedule to Respond to the Adversary Complaint **[Case No. 18-ap-81, ECF No. 8]**

- C. Order Granting Joint Urgent Motion for a Stipulated Reduced Schedule to Respond to the Adversary Complaint **[Case No. 18-ap-81, ECF No. 10]**

- D. Motion to Withdraw Joint Urgent Motion for a Stipulated Reduced Schedule to Respond to the Adversary Complaint Filed at Docket Document No. 8 in Error and Tendering Correct Version for Substitution Thereof **[Case No. 18-ap-81, ECF No. 11]**

- E. Order Denying Motion to Withdraw Joint Urgent Motion for a Stipulated Reduced Schedule to Respond to the Adversary Complaint Filed at Docket Document No. 8 in Error and Tendering Correct Version for Substitution Thereof **[Case No. 18-ap-81, ECF No. 13]**

- F. Informative Motion Regarding Joint Urgent Motion for a Stipulated Reduced Schedule to Respond to the Adversary Complaint Filed at Docket Document No. 8, Pursuant to Court's Order at Docket Document No. 13 **[Case No. 18-ap-81, ECF No. 14]**

    G. Motion to Request Leave to Intervene **[Case No. 18-ap-81, ECF No. 20]**

    H. Order Setting Briefing Schedule Regarding Motion to Request Leave to Intervene **[Case No. 18-ap-81, ECF No. 22]**

    I. Motion in Compliance with Fed. R. Civ. P. 5.1 **[Case No. 18-ap-81, ECF No. 24]**

    J. Defendants' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(1) And 12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 9, 2018 **[Case No. 18-ap-81, ECF No. 27]**

    K. Declaration of Kevin J. Perra in Support of Defendants' Motion Pursuant to Fed. R. Civ. P. 12(b)(1) And 12(b)(6) to Dismiss Plaintiffs' Complaint Dated July 9, 2018 **[Case No. 18-ap-81, ECF No. 28]**

    L. Motion to Request Leave to File the Attached Omnibus Reply to the Original Parties' Oppositions to the Pending Plea for Intervention **[Case No. 18-ap-81, ECF No. 35]**

    M. Order Granting Leave to File Reply and Denying Motion to Intervene **[Case No. 18-ap-81, ECF No. 37]**

Status: These matters are going forward.

Estimated Combined Time Required: 80 minutes.

## IV. **ADJOURNED MATTERS:**

1. **Committee's Motion to Compel the Debtors to Comply with Interim Compensation Orders.** Official Committee of Unsecured Creditors' (A) Urgent Motion, Pursuant to Bankruptcy Code Section 105(a), to Compel Debtors to Comply with Interim Compensation Orders and (B) Joinder in Motions of Retiree Committee and COFINA Agent to Compel Compliance with Same **[Case No. 17-3283, ECF No. 3604]**

   Description: The Official Committee of Unsecured Creditors' (a) urgent motion, pursuant to Bankruptcy Code Section 105(a), to compel Debtors to comply with interim compensation orders and (b) joinder in motions of Retiree Committee and COFINA Agent to compel compliance with same.

   Objection Deadline: July 20, 2018 at 12:00 p.m. (Atlantic Standard Time).

   Responses:
       A. AAFAF'S Omnibus Response to Motions to Compel Payment Filed by the Retiree Committee [ECF No. 3513], COFINA Agent [ECF No. 3544], and Unsecured Creditors' Committee [ECF No. 3604] **[Case No. 17-3283, ECF No. 3655]**

   Reply, Joinder & Statement Deadlines: July 22, 2018 at 12:00 p.m. (Atlantic Standard Time).

11

Replies, Joinders & Statements:
  A. [TBD].

Related Documents:
  A. Urgent Motion of Official Committee of Unsecured Creditors to Expedite Consideration of its Urgent Motion, Pursuant to Bankruptcy Code Section 105(a), to Compel Debtors to Comply with Interim Compensation Orders **[Case No. 17-3283, ECF No. 3605]**

  B. Order Scheduling Briefing of Official Committee of Unsecured Creditors' (A) Urgent Motion, Pursuant to Bankruptcy Code Section 105(a), to Compel Debtors to Comply with Interim Compensation Orders and (B) Joinder i Motions of Retiree Committee and COFINA Agent to Compel Compliance with Same **[Case No. 17-3283, ECF No. 3608]**

  C. Informative Motion Regarding Consensual Adjournment of Official Committee of Unsecured Creditors' Urgent Motion, Pursuant to Bankruptcy Code Section 105(a), to Compel Debtors to Comply with Interim Compensation Orders, Solely as it Relates to Request to Compel Payment of Paul Hastings' Fees and Expenses **[Case No. 17-3283, ECF No. 3652]**

  D. Informative Motion Regarding Withdrawal, Without Prejudice, of the Official Committee of Unsecured Creditors' Urgent Motion to Compel Debtors to Comply with Interim Compensation Orders, Solely as It Relates to Request to Compel Payments of Kroma's Fees and Expenses **[Case No. 17-3283, ECF No. 3668]**

Status: This matter has been adjourned.

Estimated Time Required: 5 minutes.

2. **COFINA Agent's Motion to Compel the Puerto Rico Department of Treasury to Comply with Orders re Interim Compensation.** COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 3544]**

Description: The COFINA Agent's motion to compel the Puerto Rico Department of Treasury to comply with the orders setting procedures for interim compensation and reimbursement of expenses of professionals.

Objection Deadline: July 20, 2018 at 12:00 p.m. (Atlantic Standard Time).

Responses:
  A. AAFAF'S Omnibus Response to Motions to Compel Payment Filed by the Retiree Committee [ECF No. 3513], COFINA Agent [ECF No. 3544], and Unsecured Creditors' Committee [ECF No. 3604] **[Case No. 17-3283, ECF No. 3655]**

Reply, Joinder & Statement Deadlines: July 22, 2018 at 12:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. COFINA Agent's Reply to AAFAF's Omnibus Response to Motions to Compel Payment **[Case No. 17-3283, ECF No. 3667]**

Related Documents:
  A. COFINA Agent's Urgent Motion to Expedite Consideration of COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 3546]**

  B. Order Scheduling Briefing of COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 3557]**

  C. Informative Motion Regarding Withdrawal of COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-bk-3283, ECF No. 3684]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

3. **Report from the Fee Examiner regarding First Interim Applications for Compensation.**

   Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the first interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

|    | Applicant | Docket No. | Period |
|----|-----------|------------|--------|
| 1. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 5/3/17 – 9/30/17 |

   Related Documents:
     A. Fee Examiner's Initial Report **[Case No. 17-3283, ECF No. 2645]**

     B. Fee Examiner's Supplemental Report and Informative Motion on Uncontested Fee Applications for the First Interim Compensation Period (May 3 - September 30, 2017) Recommended for Court Approval at or Before the Omnibus Hearing on April 25, 2018 at 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 2909]**

     C. Fee Examiner's Supplemental Report, Status Report, and Informative Motion on Uncontested Fee Applications for the First (May 3-September 30, 2017) and Second

(October 1, 2017-January 31, 2018) Interim Compensation Periods—All Recommended for Court Approval at or Before the Omnibus Hearing on July 25, 2018 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 3613]**

Status: This matter has been adjourned until the September 12, 2018 omnibus hearing.

Estimated Time Required: 5 minutes.

1. **Report from the Fee Examiner regarding Second Interim Applications for Compensation.**

    Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the second interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

    |     | Applicant | Docket No. | Period |
    | --- | --- | --- | --- |
    | 1.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2868 | 10/1/17 – 1/31/18 |
    | 2.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2870 | 10/1/17 – 1/31/18 |
    | 3.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2872 | 10/1/17 – 1/31/18 |
    | 4.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2876 | 10/1/17 – 1/31/18 |
    | 5.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2874 | 10/1/17 – 1/31/18 |
    | 6.  | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756 | 10/1/17 – 1/31/18 |
    | 7.  | Deloitte Financial Advisory Services LLP (Financial Advisors to the Debtors) | 3017 | 10/1/17 – 1/31/18 |
    | 8.  | Luskin, Stern & Eisler LLP (Special Counsel to FOMB) | 2729 | 10/1/17 – 1/31/18 |
    | 9.  | Citigroup Global Markets Inc. (Investment Banker and Financial Advisor to FOMB)* | 2944 | 1/27/17 – 1/31/18 |
    | 10. | Andrew Wolfe (Independent Contractor to FOMB) | 2718 | 10/1/17 – 1/31/18 |
    | 11. | Ankura Consulting Group, LLC (Financial Advisors to AAFAF) | 2751 | 10/1/17 – 1/31/18 |
    | 12. | Ankura Consulting Group, LLC (Financial Advisors to PREPA) | 2755 | 10/1/17 – 1/31/18 |
    | 13. | Zolfo Cooper (Financial Advisor to the Official Committee of Unsecured Creditors) | 2739 | 10/1/17 – 1/31/18 |

    * An asterisk next to a name denotes that this is the first interim application filed by that applicant.

    Related Documents:
    A. Fee Examiner's Second Report on Professional Fees and Expenses (October 1, 2017-January 31, 2018) **[Case No. 17-3283, ECF No. 3193]**

B. Fee Examiner's Supplemental Report, Status Report, and Informative Motion on Uncontested Fee Applications for the First (May 3-September 30, 2017) and Second (October 1, 2017-January 31, 2018) Interim Compensation Periods—All Recommended for Court Approval at or Before the Omnibus Hearing on July 25, 2018 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 3613]**

Status: This matter has been adjourned until the September 12, 2018 omnibus hearing.

Estimated Time Required: 5 minutes.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: July 24, 2018
      San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*