IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

## **ORDER**

This matter is before the Court on the *Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* (Dkt. No. 3066) (the "Renewed Motion"). The Court held a continued hearing on the Renewed Motion on July 25, 2018. In accordance with the rulings made in open court, the Court hereby orders as follows:

1. The Government Development Bank of Puerto Rico ("GDB") shall continue its privilege review of the GDB board minutes, as represented in open court, and shall produce

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

unprivileged documents to both the Official Committee of Unsecured Creditors ("UCC") and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico ("Retiree Committee") (collectively with the UCC, the "Committees") as soon as possible. Any documents, or portions thereof, withheld on the basis of privilege shall be listed on GDB's privilege log.

2. The Committees' additional requests for director and officer liability documents and documents from investigations by regulatory agencies are denied without prejudice to the Committees' renewing their requests after receipt of the Independent Investigator's report.

3. The Renewed Motion remains open such that requests may be made pursuant to it after the publication of the Independent Investigator's report.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 25, 2018