# CONVENIO COLECTIVO
# UNION DE MEDICOS
# CORPORACION DEL FSE



## 2002-2006

# UNION DE MEDICOS CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

**2002-2006**

# INDICE

| ARTICULO | | PAGINA |
|---|---|---|
| 1 | COMPARECENCIA | 1 |
| 2 | RECONOCIMIENTO Y UNIDAD APROPIADA | 1-2 |
| 3 | SEGURIDAD DE LA UNION | 2-3 |
| 4 | DEDUCCION DE CUOTAS | 3 |
| 5 | DERECHOS DE ADMINISTRACION | 3-4 |
| 6 | TRATO DE RESPETO RECIPROCO | 4-5 |
| 7 | LICENCIA A OFICIALES Y REPRESENTANTES DE LA UNION | 5-6 |
| 8 | LICENCIA SINDICAL | 6-7 |
| 9 | ELECCION DE REPRESENTANTES DE EMPLEADOS | 7 |
| 10 | PROCEDIMIENTO PARA ATENDER Y RESOLVER QUERELLAS | 7-14 |
| 11 | ESTUDIO DE PERSONAL | 14-15 |
| 12 | SUELDOS BASICOS | 15 |
| 13 | RECLUTAMIENTO Y DEBERES DE LOS MEDICOS UNIONADOS | 16-18 |
| 14 | PERIODO PROBATORIO | 18 |
| 15 | ESTABLECIMIENTO DE REGISTROS | 19-20 |
| 16 | ELIMINACION DE NOMBRES DE LOS REGISTROS | 20-21 |
| 17 | RECLASIFICACION DE PUESTOS | 21-22 |
| 18 | JORNADA DE TRABAJO Y REGISTRO DE ASISTENCIA | 22-27 |
| 19 | PERIODO DE DESCANSO | 28 |
| 20 | DIAS FERIADOS | 28-29 |
| 21 | VACACIONES | 29-31 |
| 22 | LICENCIA POR ENFERMEDAD | 32-33 |
| 23 | SUSTITUCION DE VACACIONES REGULARES O TIEMPO COMPENSATORIO POR LICENCIA POR ENFERMEDAD | 34-36 |
| 24 | LICENCIA POR ACCIDENTE DEL TRABAJO O ENFERMEDAD OCUPACIONAL | 36-37 |
| 25 | LICENCIA MEDICA FAMILIAR | 37-38 |
| 26 | LICENCIA SIN SUELDO POR INCAPACIDAD NO OCUPACIONAL | 38 |
| 27 | LICENCIA POR MATERNIDAD O ABORTO | 38-39 |
| 28 | LICENCIA POR PATERNIDAD | 40 |
| 29 | LICENCIA JUDICIAL | 40 |
| 30 | LICENCIA PARA FUNERALES | 40-41 |
| 31 | LICENCIA MILITAR | 41-42 |

| | | |
|---|---|---|
| 32 | LICENCIA PARA ESTUDIOS | 43-44 |
| 33 | LICENCIAS ESPECIALES | 44-46 |
| 34 | ADIESTRAMIENTOS | 47 |
| 35 | PAGO DE MATRICULA | 48 |
| 36 | PLAN FAMILIAR DE SALUD | 48-49 |
| 37 | BENEFICIOS POR JUBILACION | 50 |
| 38 | BENEFICIOS POR INCAPACIDAD Y MUERTE | 50 |
| 39 | AUMENTO DE SALARIOS | 51 |
| 40 | DIETAS | 51-52 |
| 41 | MILLAJE | 52 |
| 42 | COMPENSACION FIJA POR EL USO DE AUTOMOVIL, PAGO DE PEAJE Y ESTACIONAMIENTO | 53 |
| 43 | FINANCIAMIENTO DE VEHICULOS | 53-56 |
| 44 | SEGURO DE AUTOMOVIL | 56-57 |
| 45 | BONO DE NAVIDAD | 58 |
| 46 | TABLON DE AVISOS | 58-59 |
| 47 | DISPOSICIONES GENERALES | 59-66 |
| 48 | ANTIGUEDAD | 67-68 |
| 49 | PERMANENCIA Y CESANTIA | 68-69 |
| 50 | TRATAMIENTO MEDICO DE EMERGENCIA Y EXAMEN MEDICO | 69-70 |
| 51 | ESTACIONAMIENTO | 70 |
| 52 | EXPEDIENTE DE PERSONAL | 71 |
| 53 | PROGRAMA DE AYUDA OCUPACIONAL | 71-72 |
| 54 | CLAUSULA DE NO HUELGA, NO CIERRE FORZOSO Y MANTENIMIENTO DE CONDICION DE EMPLEO | 73 |
| 55 | ACUERDOS EXTRACONTRACTUALES | 74 |
| 56 | PATRONO SUCESOR | 74 |
| 57 | SEPARABILIDAD DE CLAUSULA | 74 |
| 58 | FONDO PARA ACTIVIDADES DEPORTIVAS, CULTURALES, SOCIALES Y EDUCATIVAS | 75 |
| 59 | PAGO DE VESTIMENTA | 75 |
| 60 | DIFERENCIAL SALARIAL PRO RETIRO | 75-76 |
| 61 | PRODUCTIVIDAD | 76 |
| 62 | TRASLADOS | 76-77 |
| 63 | LABOR INTERINA | 78-79 |
| 64 | PASOS POR MERITO POR ANTIGUEDAD | 80-81 |
| 65 | DURACION DEL CONVENIO | 81-82 |

# ARTICULO 1
## COMPARECENCIA

DE UNA PARTE:  LA UNIÓN DE MÉDICOS DE LA CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO, representada por oficiales suyos debidamente autorizados, que se denominarán en adelante la UNIÓN.

DE LA OTRA PARTE: LA CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO, representada por su Administrador, o su representante que se denominará en adelante como la CORPORACIÓN.

## DECLARACIÓN DE PRINCIPIOS

Las partes, conscientes de sus respectivas obligaciones con la comunidad, reconocen la necesidad de fomentar y conservar las buenas relaciones existentes entre el personal y la Administración de la CORPORACIÓN, como el medio más efectivo para conservar la paz obrero-patronal y lograr el mejoramiento de los servicios de esta CORPORACIÓN, la eficiencia de sus empleados y el bienestar de la comunidad en general.

Las partes reconocen el deber de instrumentar dichos propósitos y convienen que entre los medios más eficaces para lograr tales fines, figura prominentemente la contratación colectiva respecto a salarios, condiciones de trabajo y el fiel cumplimiento de sus respectivos derechos y obligaciones bajo el Convenio Colectivo que más adelante suscriben en virtud de la Ley 45 del 18 de abril de 1935, según enmendada.

La CORPORACIÓN y la UNIÓN considerarán y estudiarán las recomendaciones y sugerencias que se sometan entre sí con respecto a los sistemas de trabajo con el fin de mejorar los servicios.

# ARTICULO 2
## RECONOCIMIENTO Y UNIDAD APROPIADA

1.     La CORPORACIÓN reconoce a la UNIÓN como la representante exclusiva de todos los empleados comprendidos en la Unidad Apropiada que más adelante se describe, para negociar colectivamente con respecto a salarios, horas y condiciones generales de trabajo.

2.     La Unidad Apropiada cubierta por este Convenio Colectivo según decisión de la Junta de Relaciones del Trabajo en el caso P-95-4; D-96-1245 está comprendida por:

"Todos los MÉDICOS en plazas regulares que utiliza la Corporación del Fondo del Seguro del Estado en sus facilidades en todo el Estado Libre Asociado de Puerto Rico.

Se excluyen ejecutivos, administradores, supervisores, empleados íntimamente ligados a la gerencia, por conflicto de intereses y de otras unidades apropiadas y empleados que tengan poder de despedir, ascender, trasladar o afectar el estatus (sic) de los miembros de la Unidad Apropiada."

3.     Las definiciones, deberes y responsabilidades de los puestos de nueva creación serán discutidos y acordados entre las partes a través del Comité de Estudio de Personal que se establece en el Artículo 11 de este Convenio.

4.     En caso de surgir alguna controversia en cuanto a si un puesto de nueva creación debe ser incluido o excluido de la Unidad Apropiada, de no llegarse a un acuerdo, las partes someterán el asunto a la Junta de Relaciones del Trabajo de Puerto Rico para su final resolución.  En caso de llegarse a una decisión, la misma será final y obligatoria para las partes, siempre y cuando sea conforme a derecho.

## ARTICULO 3
## SEGURIDAD DE LA UNIÓN

1.     Los médicos unionados comprendidos en la Unidad Apropiada, según la misma ha sido descrita en el Artículo 2 "Reconocimiento y Unidad Apropiada", deberán mantenerse al día en el pago de las cuotas de iniciación y cuotas periódicas uniformemente requeridas por la UNIÓN durante la vigencia de este Convenio.

2.     Dentro de los treinta (30) días siguientes a la fecha en que el médico unionado quede incluido en la Unidad Apropiada descrita en este Convenio, la CORPORACION informará a la UNION por escrito el nombre completo del médico unionado, la fecha de su nombramiento, el nombre de la plaza que desempeña y el área, la división o sección en que trabaja.

3.     Anualmente la CORPORACIÓN proveerá a la UNIÓN un listado que incluya todos los puestos comprendidos dentro de su Unidad Apropiada, una copia del presupuesto existente y el próximo aprobado, una copia del Informe Anual final y copia de todos los estados financieros finales tan pronto se produzcan.

4.     La CORPORACIÓN, a requerimiento de la UNIÓN, vendrá obligada a suspender a la brevedad posible los beneficios obtenidos por este Convenio a cualquier miembro de la Unidad Apropiada que viole acuerdos legalmente válidos tomados por los miembros de la UNIÓN, debidamente constituida en Asamblea, por el tiempo que dure la acción impuesta, según disponga la Constitución de la Organización.  En la imposición de esta penalidad a cualquier miembro de la UNIÓN se observarán los requisitos del debido proceso de Ley.

5.     Dentro de un período de treinta (30) días, a partir del otorgamiento de este Convenio, la CORPORACIÓN, someterá una lista de todos los puestos vacantes y puestos de nueva creación dentro de la Unidad Apropiada expresando las tareas, funciones y requisitos de cada uno de los mismos.  Cada sesenta (60) días y a partir del envío original de dicha lista, la CORPORACIÓN enviará a la UNIÓN una relación de todas aquellas personas que hayan sido nombradas y hayan pasado a ocupar plazas dentro de la Unidad Apropiada durante dichos sesenta (60) días anteriores.

6.     En caso de que un organismo competente determine que cualquier acción que tome la CORPORACIÓN, conforme a este Artículo, fuese injustificada o ilegal y ordene restitución del médico unionado, la UNIÓN se obliga a pagar a dicho médico unionado cualquier compensación que hubiese dejado de recibir por razón de dicha acción, comprometiéndose también la UNIÓN a indemnizar,

salvaguardar y rembolsar a la Administración en aquellos casos en que la Administración sea obligada a desembolsar cualquier suma de dinero por haber actuado a solicitud de la UNIÓN.

## ARTICULO 4
## DEDUCCIÓN DE CUOTAS

1.     La CORPORACIÓN conviene en deducir del salario de cada médico unionado que esté incluido en la Unidad Apropiada, según la misma ha sido definida en el Artículo 2, "Reconocimiento y Unidad Apropiada", las cuotas regulares uniformes que la UNIÓN afirma haber fijado a sus miembros de acuerdo con su Constitución. La CORPORACIÓN deducirá dichas cuotas del salario del médico unionado, comenzando con la segunda quincena completa que se le pague después de ser efectivo su nombramiento de médico unionado. La CORPORACIÓN, a través de su representante autorizado, remitirá directamente al Tesorero de la UNIÓN las cuotas así deducidas y retenidas, por cheque o mediante transferencia electrónica una vez implantada por la Corporación a las cuentas que disponga la Unión dentro de los cinco (5) días siguientes al finalizar cada mes calendario.

2.     La CORPORACIÓN no hará las remesas de cuotas hasta que la UNIÓN certifique y entregue a la CORPORACIÓN copia fehaciente de la fianza correspondiente, cuya cuantía será no menor del cinco por ciento (5%) del monto mensual de las cuotas que corresponden a la UNIÓN.

3.     La CORPORACIÓN descontará la cuota mensual dispuesta en el inciso primero de este Artículo a todo médico unionado nombrado por treinta (30) días o más en un puesto incluido en la Unidad Apropiada.

4.     La CORPORACIÓN descontará, en dos plazos, la cuota de iniciación que establezca la UNIÓN a los médicos unionados, treinta (30) días después de haber ingresado a la misma.

5.     Si como resultado de sentencia o fallo de autoridad competente hubiese que devolver a cualquier médico, miembro de la Unidad Apropiada o grupo de trabajadores, cualquier cuota que la CORPORACIÓN haya deducido, conforme a lo que provee este Artículo, la misma será devuelta por la UNIÓN o por la CORPORACIÓN según lo determine la autoridad competente. En caso de que las cuotas objeto de controversia se hayan remitido a la UNIÓN, ésta será responsable de la devolución de las mismas con los intereses legales correspondientes.

## ARTICULO 5
## DERECHOS DE ADMINISTRACIÓN

1.     Las partes reconocen el derecho de la Administración a dirigir y controlar los negocios y asuntos de la CORPORACIÓN, y que el derecho de controlar, supervisar y administrar los asuntos de la CORPORACIÓN, son funciones pertenecientes exclusivamente a la Administración. Nada en este Convenio se interpretará en el sentido de privar a la CORPORACIÓN de sus derechos de administración, a menos que dicha interpretación fuese expresamente requerida por las disposiciones de este Convenio.

3

2.   Según dispuesto en la Ley Núm. 45 del 18 de abril de 1935, según enmendada, todo lo relacionado con el sistema de personal que por esta ley se faculta a la CORPORACIÓN a establecer, deberá ser basado en el principio de mérito y en conformidad con las reglas y reglamentos que deberán ser adoptados en consulta con la Unión, lo cual no se entenderá conceder el poder del veto.

3.   Los derechos de administración no se utilizarán con el propósito de desalentar la matrícula de la UNIÓN, ni en violación de las disposiciones de este Convenio, ni serán ejercidos de manera arbitraria, caprichosa o discriminatoria.

## ARTICULO 6
## TRATO DE RESPETO RECIPROCO

1.   La CORPORACIÓN y sus funcionarios darán a los médicos unionados cubiertos por este Convenio buen trato, respeto y consideración a fin de mantener las mejores relaciones entre los médicos unionados, la UNIÓN y la CORPORACIÓN, para fomentar de este modo la eficiencia en el servicio.

2.   Los médicos unionados observarán respeto, mantendrán buenas normas de conducta, eficiencia, asistencia y puntualidad en el trabajo.

3.   Los supervisores médicos no ordenarán a ningún médico unionado cubierto por este Convenio que realice tareas que pongan en riesgo la vida o seguridad personal del médico unionado ni que atente contra los cánones de ética que rigen la conducta del médico, respetando las decisiones médicas inherentes a la preservación de la relación médico-paciente que incluyan el que no se revocarán decisiones médicas.

4.   La CORPORACIÓN no considerará en detrimento del médico, ninguna queja o querella radicada en su contra por persona o entidad a menos que se cumpla con lo establecido en el Artículo 10, Procedimiento para Atender y Resolver Querellas y, además, se cumpla con los siguientes requisitos:

a.   Que la queja o querella conste de una declaración firmada por el querellante.

b.   Que se le remita copia de dicha declaración al médico unionado afectado una vez recibida por la Corporación.

c.   Que se conceda al unionado la oportunidad de rebatir la queja o querella radicada en su contra.

d.   No se considerará queja aquella radicada por el lesionado referente a las determinaciones médicas emitidas.

5.   .La CORPORACIÓN no considerará en detrimento del médico unionado ningún documento que conste en el expediente del médico unionado a menos que se demuestre que el médico unionado tuvo conocimiento de ello oportunamente mediante notificación escrita, y que se siguieron los procedimientos establecidos si alguno en la inclusión de dicha carta en el expediente del médico.

En caso de que no haya mediado notificación oportuna, la CORPORACIÓN eliminará del expediente dicho documento.

6.     El médico unionado tendrá derecho a revisar su expediente de personal y cualquier documento oficial relacionado con el médico que la CORPORACIÓN conserve para fines de acciones de personal o de récord histórico sobre el médico, excluyéndose, sin que se entienda limitativo a, documentos de investigación relacionados con un médico unionado y/o comunicaciones privilegiadas. El médico unionado tendrá derecho a obtener copia certificada de estos documentos pagando el costo de reproducción de los mismos.  La revisión del expediente de personal o cualquier otro documento realizada por el médico y/o su representante autorizado por el unionado, será en presencia de una persona autorizada por la Gerencia.

7.     Ambas partes reconocen la inviolabilidad de la dignidad e intimidad de los médicos unionados cubiertos por este Convenio y de todo ser humano, respetando las decisiones médicas inherentes a la preservación de la relación médico-paciente que incluyan el que no se revocarán decisiones médicas.

8.     Ambas partes reconocen a su vez el respeto mutuo que debe prevalecer entre supervisores y supervisados, respetando las decisiones médicas inherentes a la preservación de la relación médico-paciente que incluyan el que no se revocarán decisiones médicas.

9...   La CORPORACIÓN tomará toda medida posible que garantice la salubridad de las áreas de trabajo, la seguridad personal y de la propiedad de los médicos unionados y tomará las medidas para que no sean obstaculizados en el desempeño de sus deberes.

10.    Las partes, conscientes que tanto los supervisores médicos como los miembros de la Unidad Apropiada son médicos, convienen en cumplir en su trato recíproco con las obligaciones que imponen los Cánones de Ética Profesional en la relación que debe existir entre compañeros médicos.
En su trato, las partes, en cumplimiento de los Cánones de Ética, observarán una actitud respetuosa, sincera, honrada, de cordialidad y cooperación profesional y velarán siempre por el buen ejercicio de la profesión médica, respetando las decisiones médicas inherentes a la preservación de la relación médico-paciente que incluyan el que no se revocarán decisiones médicas.

## ARTICULO 7
## LICENCIA A OFICIALES Y REPRESENTANTES DE LA UNIÓN

1.     El Presidente de la UNIÓN será el representante de los médicos unionados incluidos en este Convenio y en tal sentido actuará como agente de la UNIÓN y de los médicos unionados afiliados dentro y fuera de las instalaciones y facilidades físicas de la CORPORACIÓN en todo momento que lo estime pertinente.

2.     La CORPORACIÓN  concederá a los oficiales y representantes de la UNIÓN, sin pérdida de paga, ni reducción en beneficios de vacaciones, el tiempo de sus labores que sea razonable cuando tengan necesidad de realizar gestiones oficiales de la UNIÓN por encomienda del Presidente, o en la atención de quejas.  Los oficiales, representantes y miembros de Comités creados al amparo del Convenio Colectivo informarán a su supervisor médico inmediato el tiempo que habrán de ausentarse de sus trabajos para gestiones oficiales de la UNIÓN o en la atención de quejas y dicho supervisor

médico inmediato podrá requerir la certificación del Presidente de la UNIÓN, si lo creyere necesario de que el médico unionado efectivamente estaba realizando una encomienda oficial de la organización obrera, o atendiendo una queja. El médico unionado deberá regresar con prontitud a su sitio de trabajo una vez finalizada la gestión oficial que estuviese llevando a cabo. Las disposiciones de este inciso serán de aplicación al Presidente de la UNIÓN. Aplicarán, además, a los representantes de los comités dispuestos en el Convenio Colectivo cuando éstos están trabajando con los casos sometidos ante la consideración de dichos comités. Las partes velarán que durante el disfrute de esta licencia no se tome más tiempo del razonable y necesario.

3.      Cuando se esté tomando más tiempo del razonable y necesario en la atención de quejas, será base para que la CORPORACIÓN presente el caso a la UNIÓN.

4.      Las disposiciones de este Artículo serán de aplicación a los Oficiales de la Junta de Directores, los miembros y/o suplentes de los comités creados al amparo del Convenio Colectivo, según notificados por la UNIÓN y a los representantes que por encomiendas del Presidente tengan necesidad de realizar gestiones oficiales de la UNIÓN.

5.      A los efectos de la concesión de estos permisos, los representantes de los distintos comités notificarán con la antelación posible la fecha y hora de las reuniones de sus respectivos comités, a los correspondientes Jefes, Directores o Supervisores.

6.      El Presidente de la UNIÓN notificará al Administrador y/o al Director Asociado de Relaciones Laborales e Igualdad en el Empleo, por escrito, el nombre de las personas que ocupen posiciones de oficiales y de representantes de la UNIÓN, incluyendo los miembros de la Junta de Directores, así como los miembros en propiedad y suplentes de los Comités creados al amparo del Convenio Colectivo.

## ARTICULO 8
## LICENCIA SINDICAL

1.      La CORPORACIÓN concederá a todos los miembros de la Junta de Directores de la UNIÓN, licencia sindical con paga, sin cargo a sus vacaciones acumuladas o licencia de clase alguna, un (1) día laborable al mes con el propósito de que puedan asistir a reuniones de la Junta de Directores de ésta. El Presidente y/o la Secretaria de la UNIÓN notificará al Director Asociado de Relaciones Laborales e Igualdad en el Empleo y al Jefe de Servicios Médicos con cuarenta y ocho (48) horas de antelación de la celebración de la reunión de la Junta de Directores. Posteriormente, el Presidente y/o la Secretaria certificarán la asistencia a dichas reuniones al Director Asociado de Relaciones Laborales e Igualdad en el Empleo y con copia al Director Asociado del Área de Servicios Médicos. En lo posible la UNIÓN coordinará la celebración de las reuniones en fechas en que no se afecten o se afecten mínimamente los servicios que prestan los médicos unionados. Las partes se reunirán para acordar las medidas necesarias para que no se afecten los servicios.

2.      La Corporación podrá conceder licencia sindical con paga a petición del Presidente de la UNIÓN, a los médicos unionados cubiertos por este Convenio, que sean seleccionados a participar de seminarios en y fuera de Puerto Rico. El Presidente someterá a Relaciones Laborales e Igualdad en el Empleo y notificará al Jefe del Área de Servicios Médicos una petición para una licencia sindical con treinta (30) días de antelación a la fecha en que se solicita esta licencia. Esta petición deberá incluir la siguiente información:

a. Título del Seminario que se solicita
b. Lugar en que habrá de ofrecerse el mismo
c. Duración del Seminario
d. Participantes

Se concederá esta licencia siempre y cuando se pueda asegurar la continuidad y eficiencia en el servicio durante la ausencia de los participantes del seminario o curso solicitado.

## ARTICULO 9
## ELECCIÓN DE REPRESENTANTES DE EMPLEADOS

1.  La UNIÓN tendrá derecho a nominar a por lo menos un (1) candidato para cualquier elección de representantes de empleados ante cualquier organismo o entidad, donde se requiera representación de los médicos unionados de la CORPORACIÓN.

2.  La UNIÓN tendrá derecho a nombrar un (1) representante, con voz y voto, en los Comités de Escrutinio que se nombren a tales efectos.

3.  La UNIÓN podrá designar un representante con voz y voto para los lugares de votación según fueren establecidos por la Corporación del Fondo del Seguro del Estado. El tiempo invertido por estos representantes el día de la votación no le será descontado de licencia alguna.

4.  La CORPORACIÓN se compromete a garantizar la pureza de cualquier elección mediante la implantación de procedimientos adecuados.

5.  La CORPORACIÓN notificará a la UNIÓN con razonable anticipación la fecha a celebrar cada elección.

6.  De no cumplirse con alguna de las disposiciones anteriores, la CORPORACIÓN anulará la elección celebrada.

7.  Los representantes así nominados que resulten electos, así como los designados para representar a la UNIÓN en los diferentes Comités electos no sufrirán pérdida de paga ni cargo a sus vacaciones por las gestiones efectuadas. Dichas gestiones no conllevarán gastos de dieta y millaje, ni compensación por tiempo extra.

## ARTICULO 10
## PROCEDIMIENTO PARA ATENDER Y RESOLVER QUERELLAS

Se entenderá por querella cualquier queja, controversia, disputa o diferencia que surja entre la CORPORACIÓN y la UNIÓN, incluyendo aquellos que envuelvan la interpretación o la aplicación de este Convenio, o sobre el despido, la suspensión, cesantía o cualquier otra acción disciplinaria tomada en relación con cualquier médico unionado. Las querellas podrán ser presentadas lo mismo por la UNIÓN que por uno o más médicos unionados o por la CORPORACIÓN.

A fin de atender y resolver en forma diligente, ordenada y justa todas las querellas que pudieran surgir entre las partes, se establece el siguiente procedimiento que consistirá de dos (2) fases; a saber, la Administrativa y la del Comité de Querellas:

## A.   FASE ADMINISTRATIVA

La fase administrativa consistirá del siguiente procedimiento:

Si un médico unionado tuviera alguna querella deberá presentarla por sí mismo o por mediación del Presidente de la UNIÓN, no más tarde de treinta (30) días laborables después de conocidos o de notificados los hechos que la motivan. El Presidente o el médico unionado por sí mismo presentará la querella en cuestión al supervisor inmediato del querellante y éste informará al Presidente y al querellante su resolución sobre la querella presentada dentro de los diez (10) días laborables siguientes a la fecha en que la misma se trajo a su consideración. La querella, así como la contestación de la misma, será por escrito y debidamente fechada y firmada.

Si la UNIÓN o el médico unionado querellante no quedara satisfecho con dicha Resolución, o si pasaran diez (10) días laborables sin que el supervisor del querellante haya informado su resolución, la UNIÓN o el médico unionado querellante podrán llevar el caso ante el Director Asociado de Relaciones Laborales e Igualdad en el Empleo, por escrito, dentro de los diez (10) días laborables siguientes.

El Director Asociado de Relaciones Laborales e Igualdad en el Empleo notificará su contestación al Presidente de la UNIÓN, por escrito, dentro del término de diez (10) días laborables siguientes.

Cuando la controversia no sea susceptible de ser resuelta por el supervisor inmediato, o no corresponda a éste solucionarlo, se obviará este primer paso, radicándose la querella directamente al Director de Relaciones Laborales e Igualdad en el Empleo, no más tarde de treinta (30) días laborables después de conocidos o de notificados los hechos que la motivan. En estos casos se notifica al supervisor inmediato con copia de la querella dentro de este mismo término.

Si aún así la UNIÓN no quedara conforme con la resolución del Director de Relaciones Laborales e Igualdad en el Empleo o si no contesta en el término de diez (10) días, se entenderá que la posición es contraria y la UNIÓN o el querellante podrán presentar su caso ante el Comité de Querellas que se establece en el inciso B.

Las partes acuerdan sostener durante el primer jueves de cada mes una reunión conciliatoria entre el Presidente de la UNIÓN o su representante autorizado y su asesor legal a discreción de la UNIÓN y del Director de Relaciones Laborales e Igualdad en el Empleo o su representante autorizado y su asesor legal a discreción de la CORPORACIÓN para considerar todos los casos señalados para vista ante el Comité de Querellas. Ningún caso podrá comenzarse a dilucidar en sus méritos sin antes haber sido considerado en dicha Reunión de Conciliación.

Las amonestaciones, quejas o agravios sólo se procesarán, discutirán o tramitarán, dentro de las oficinas privadas y de una manera respetuosa. Las partes reconocen que la discusión de querellas o asuntos obrero-patronales en los pasillos o en público interfiere con el mejor desempeño del servicio. El supervisor proveerá un lugar adecuado para la tramitación o discusión del asunto.

B.     COMITÉ DE QUERELLAS

1.     Toda querella que haya pasado por la fase administrativa y no haya sido resuelta satisfactoriamente, podrá ser radicada ante el Comité de Querellas, por escrito, no más tarde de treinta (30) días laborables después de la fecha en que el Director de Relaciones Laborales e Igualdad en el Empleo hubiese notificado su fallo al médico unionado querellante, al Presidente de la UNIÓN, o treinta (30) días laborables después de haber vencido el término de diez (10) días sin que se haya resuelto la querella. Copia de la querella deberá ser notificada dentro de dicho término, personalmente o por correo certificado, a todas las partes. Estas tendrán un término de quince (15) días laborables para contestarla por escrito a partir de dicha notificación.  La contestación será notificada a las partes personalmente o por correo certificado.

2.     Cuando las querellas sean radicadas por la CORPORACIÓN o por la UNIÓN o cuando sean resultado de una acción directa tomada por el Administrador, se obviará la fase administrativa. Las mismas se radicarán ante el Comité de Querellas no más tarde de treinta (30) días laborables a partir del conocimiento de los hechos que dan lugar a la querella.

C.  DISPOSICIONES SOBRE EL COMITÉ DE QUERELLAS

1.     El Comité de Querellas consistirá de un (1) representante por cada una de las partes y persona particular que será su Presidente.  El Presidente del Comité, así como el término de sus servicios y su remuneración serán determinados por acuerdo entre las partes. Si las partes no se pusieran de acuerdo con respecto a la selección del Presidente dentro del término de diez (10) días a partir de la fecha  en que ocurra la vacante, dicho Presidente será seleccionado  por el Secretario del Trabajo, pero el mismo no podrá ser empleado o funcionario público, excepto los profesores universitarios en tareas docentes.  Las partes solicitarán del Secretario del Trabajo que nombre dicho Presidente dentro de los quince (15) días a partir de la fecha en que se le someta la solicitud.  La remuneración del Presidente del Comité, si alguna, será sufragada por la UNIÓN y la CORPORACIÓN en partes iguales.  Los miembros del Comité de Querellas se inhibirán como tales en los casos en que sean testigos ante dicho Comité.

2.     Cada una de las partes designará también un (1) miembro alterno o suplente que asumirá su respectiva representación en el Comité en ausencia o inhibición de los miembros en propiedad en los casos en que sean testigos ante el Comité.  Cuando esto ocurra, tendrán los suplentes las mismas facultades y obligaciones que aquí se dispone para los miembros en propiedad.

3.     El Comité de Querellas tendrá facultad para celebrar vistas, tomar juramentos, requerir la comparecencia de testigos, expedir citaciones y requerir toda aquella información o prueba que estimare necesaria para la solución del caso que ante éste se radique.

4.     Cualquiera de las partes podrá solicitar al Presidente del Comité que cite a un médico unionado o médicos unionados para declarar sobre los hechos de un caso que esté ante la consideración del Comité de Querellas. La Oficina de Relaciones Laborales diligenciará la orden de citación de los testigos emitida por el Presidente del Comité para la vista del caso, de forma tal que no se menoscabe el servicio que presta la CORPORACIÓN.

5.     Las partes solicitarán la citación de los testigos con suficiente anticipación, pero tratarán de que no sea más tarde de cinco (5) días antes de la celebración de la vista, a fin de que se pueda coordinar efectivamente la comparecencia de los testigos.  Sin embargo, no se entenderá que dicho

término será para limitar la comparecencia de ningún testigo, sino que el mismo es uno para facilitar la coordinación de los testigos.

6.    Al médico unionado citado a través del procedimiento de citación ante el Comité de Querellas para declarar sobre los hechos de un caso que esté ante su consideración, no se le descontará de su salario por el tiempo que emplee en esa diligencia, ni el médico unionado sufrirá pérdida de su balance de vacaciones si estuviere disfrutando de las mismas o de un día libre. El médico unionado citado deberá avisar con suficiente anticipación a su supervisor inmediato de la fecha y hora en que deberá comparecer ante el Comité a fin de que el supervisor tome las providencias necesarias para impedir que la ausencia de este médico unionado perjudique el servicio que debe prestar la CORPORACIÓN. El médico unionado citado regresará a su trabajo una vez concluida su participación en el Comité de Querellas.

7.    En caso de que una parte entienda que su derecho a que se le cite un testigo le ha sido limitado caprichosamente por la Oficina de Relaciones Laborales, ésta planteará el asunto al comienzo de la Vista y el Presidente del Comité decidirá si cita a este testigo o no.

8.    Conforme dispone la Ley Núm. 45 del 18 de abril de 1935, en caso de rebeldía o negativa de alguna persona a obedecer una citación expedida por el Comité de Querellas, cualquier Sala del Tribunal Superior de Puerto Rico, dentro de cuya jurisdicción se encuentre, resida o tenga negocios dicha persona, tendrá jurisdicción para que a solicitud del Comité, expida una orden requiriendo a dicha persona comparecer ante el Comité a los fines de testificar o producir prueba documental en relación con el asunto bajo investigación o audiencia. La desobediencia a dicha orden, salvo por causa justificada, constituirá desacato al Tribunal, de así éste entenderlo.

9.    Las órdenes, citaciones y otros documentos expedidos por el Comité o por su Presidente, podrán diligenciarse personalmente o por correo certificado con acuse de recibo, Mail-gram o dejando copias de los mismos en la oficina principal o sitio de negocios de la persona u organización a la cual haya de notificarse. Una declaración jurada de la persona que haya realizado el diligenciamiento será prueba de haberse efectuado el mismo.

10.    El Comité de Querellas podrá hacer uso de la facultad conferida por la Ley 45 del 18 de abril de 1935, para requerir, cuando lo crea necesario, de los distintos departamentos y agencias de Gobierno, que le suministren todos los expedientes, documentos e informes que tengan en relación con cualquier caso ventilándose ante el Comité.

11.    El Comité de Querellas celebrará vista de los casos en un término no mayor de treinta (30) días laborables, luego de recibida la contestación de la querella, o luego de treinta (30) días de vencerse el término para contestar, salvo que por acuerdo de las partes se señale otra fecha.

12.    El Comité de Querellas rendirá un laudo por escrito, el cual deberá ser firmado por la mayoría de sus miembros, conteniendo sus conclusiones de hecho y decidiendo todas las cuestiones planteadas en la controversia conforme a Derecho. La decisión será por mayoría, final y obligatoria para todas las partes.

13.    Cuando la controversia gire únicamente en torno a la interpretación o aplicación del presente Convenio, el Comité de Querellas sólo tendrá autoridad para determinar sobre la interpretación o aplicación correcta de las cláusulas en controversia.

14.     El Comité de Querellas no podrá emitir ninguna decisión que infrinja los derechos de la CORPORACIÓN a administrar y dirigir sus operaciones o que interfiera con la administración interna de la UNIÓN excepto cuando tales derechos, de la CORPORACIÓN o de la UNIÓN, queden limitados por el presente Convenio Colectivo o por la Ley.

15.     El Comité de Querellas notificará su decisión a cada parte en la controversia y al Secretario del Trabajo mediante copia del correspondiente Laudo.

16.     El Comité de Querellas podrá tomar medidas provisionales en torno a la controversia, que en justicia resulten adecuadas, hasta tanto se resuelva definitivamente el mismo, las cuales podrán ser; confirmar el estado existente, revertir la situación a su estado anterior o cualquier otra medida que resulta justa y necesaria para restablecer la paz laboral. Estas medidas podrán ser solicitadas por escrito por la parte interesada al Comité de Querellas, con copia a la otra parte.

17.     En cuanto a sus procedimientos internos, el Comité de Querellas se regirá por el reglamento que el propio Comité adopte, el cual podrá ser enmendado por acuerdo mayoritario de los miembros del Comité con no menos de treinta (30) días antes de verse una querella. Los procedimientos del Comité no serán incompatibles con este Convenio y cumplirán con el debido procedimiento de ley. El hecho de que el Reglamento no esté en vigor no será óbice para que el Comité ventile los casos que se sometan a su consideración. En este caso, el Presidente del Comité dictará dichos procedimientos, los cuales cumplirán con el debido procedimiento de ley.

18.     La compensación de los testigos que no sean empleados de la CORPORACIÓN será por cuenta de la parte que los cite. La compensación por citas y gastos de transportación de los que cite el Presidente del Comité de Querellas será fijada por el Comité y sufragada por la UNIÓN y la CORPORACIÓN por partes iguales.

19.     Se entenderá por días laborables, a los fines del presente Artículo, los cinco (5) días de la semana, de lunes a viernes, ambos inclusive, excepto cuando cualquiera de ellos fuere feriado. En el cómputo de los términos que se dejan fijados, se excluirá el primer día y se contará el último.

20.     Si ante el Comité se iniciaran o estuvieran ventilándose dos o más querellas sobre los mismos hechos, el Presidente del Comité tendrá facultad para consolidarlas de manera que se ventilen conjuntamente.

21.     Los representantes u oficiales designados por la UNIÓN para procesar la querella ante el Comité, no sufrirán deducción alguna de su salario o vacaciones por el tiempo que inviertan en dicho procedimiento.

22.     Para que el Comité de Querellas asuma jurisdicción, bastará que cualquiera de las partes radique la querella o controversia de conformidad con el procedimiento así acordado y un escrito de sumisión suscrito por las partes. Si para la fecha de la primera vista del Comité, las partes no se ponen de acuerdo con respecto al escrito de sumisión, el Presidente del Comité dictará el mismo.

23.     Las querellas por despido, cese o destitución, por suspensiones de empleo y sueldo y por descuentos en el salario, tendrán prioridad en ese mismo orden sobre las demás querellas que se radiquen en el Comité y la vista de ellas se celebrará primero que las otras, ventilándose cada una de ellas en el orden de su radicación.

24.     (1) Los médicos no serán suspendidos, destituidos o disciplinados hasta que el Comité de Querellas decida en forma final el caso. Disponiéndose, que cuando el Administrador determinare que el médico unionado ha cometido una falta que justifique que sea separado del servicio en forma inmediata, el Administrador no podrá hacerlo hasta tanto se le brinde al médico unionado una oportunidad de ser oído en una vista informal a celebrarse ante un funcionario de la CORPORACIÓN que no haya tenido conocimiento personal de los hechos del caso. Los médicos unionados podrán ser suspendidos sumariamente en casos de:

a.     Apropiación ilegal de propiedad y/o fondos públicos.

b.     Que haya incurrido en conducta que atente contra la seguridad de sus compañeros de trabajo o del público que visita la CORPORACIÓN, incluyendo, pero no limitado a un acto de acometimiento y/o agresión contra compañeros de trabajo o supervisores o el público, excepto en casos de defensa propia.

c.     Que haya ocasionado daños maliciosos a la propiedad de la CORPORACIÓN.

d.     Que hayan sido encontrados en posesión y/o manejo de explosivos.

e.     Que haya sido encontrado en posesión ilegal de, o envuelto en la distribución de sustancias controladas.

f.     Que haya sido encontrado en posesión de un arma de fuego dentro de las facilidades de la CORPORACIÓN, que no haya sido autorizado por autoridad competente.

g.     Incurrir en soborno.

(2)     A los fines de hacer efectivo el derecho del médico unionado a ser oído antes de hacerse efectiva la suspensión o el despido, las partes han acordado el siguiente procedimiento:

a.     El Administrador notificará al médico unionado la intención de destituirlo o suspenderle de empleo y sueldo mediante una formulación de cargos.

b.     El médico unionado o la UNIÓN deberá solicitar la celebración de la vista informal dentro de los cinco (5) días laborables siguientes a la notificación de los cargos contra el médico unionado. De no radicarse la solicitud dentro del término establecido, se entenderá que el médico unionado ha renunciado al derecho a la vista informal.

c.     La vista informal deberá celebrarse en o antes de los diez (10) días laborables siguientes a la fecha de notificación de los cargos al médico unionado.

d.     El médico unionado podrá asistir a la vista informal acompañado de un oficial o un abogado de la UNIÓN.

e.     Si el médico unionado no comparece a la vista informal en la fecha y hora señalada y no ofrece justificación razonable para su incomparecencia se entenderá que éste ha renunciado a la misma. La CORPORACIÓN podrá de inmediato, proceder a hacer efectiva la acción disciplinaria indicada en la carta de formulación de cargos; siempre que se trate, claro está, de una falta que pueda dar base a la suspensión del servicio de

forma inmediata luego de la vista informal, conforme se dispone anteriormente en este mismo inciso. En los restantes casos la medida disciplinaria no será impuesta que hubiesen transcurrido los diez (10) días laborables establecidos en la Sección C, número 24 (2), inciso c de este Artículo.

f.   No se admitirán solicitudes de posposición de la vista informal, excepto por razones de fuerza mayor que hagan imposible la comparecencia del médico unionado a la vista informal, las cuales deben ser claramente expuestas y debidamente documentadas en la correspondiente solicitud.

g.   En la vista informal, el médico unionado podrá hacer todas las alegaciones o planteamientos que estime pertinentes y presentar aquella evidencia documental, incluyendo declaraciones juradas que entienda le favorecen, pero no podrá presentar prueba testifical ni requerir se le permita contra interrogar a los testigos que la CORPORACIÓN habría de utilizar, de considerarse posteriormente el caso ante el Comité de Querellas.

h.   Concluida la vista informal, el funcionario ante quién compareció el médico unionado, hará la recomendación correspondiente al Administrador y éste tomará la acción que a su juicio el caso amerita en un término de tiempo razonable.

i.   La CORPORACIÓN no podrá presentar ante el Comité de Querellas ninguna evidencia con la cual no hubiese sido confrontado el médico unionado afectado durante la vista informal que aquí se dispone, a menos que dicha evidencia hubiese advenido a conocimiento de la CORPORACIÓN con posterioridad a dicha vista informal. En este caso la CORPORACIÓN tendrá que presentar esa evidencia cuando advenga en conocimiento de la misma, dándole oportunidad al médico unionado a defenderse de ella.   De incumplirse con esta norma, la CORPORACIÓN no podrá utilizar sorpresivamente esta evidencia durante la vista.

(3)   El Administrador podrá optar en estos casos, por mantener trabajando al médico unionado hasta la celebración de la vista informal o suspenderlo de empleo, pero devengando salario durante este período.

(4)   Si el médico unionado no estuviese conforme con la decisión tomada por el Administrador luego de la vista informal, éste podrá radicar su caso ante el Comité de Querellas dentro de los diez (10) días laborables siguientes a la fecha de notificación de la decisión. En tal caso, la vista ante el Comité de Querellas deberá celebrarse dentro de los cuarenta y cinco (45) días siguientes a la radicación del caso ante el  Comité, debiendo asegurarse su Presidente de que el caso sea señalado  para vista dentro del período aquí estipulado. El Comité debe rendir su laudo dentro de los cuarenta y cinco (45) días siguientes a la fecha en que el caso le sea finalmente sometido para decisión; sin embargo, las partes podrán por razones meritorias, extender este término a petición del Comité.

25.   Serán de aplicación las disposiciones relativas al descubrimiento de prueba contenidas en las Reglas de Procedimiento Civil, vigentes.  En caso de controversia, ésta será resuelta por el Presidente del Comité de Querellas.

26.    No obstante, lo indicado en el presente Artículo, el médico unionado puede levantar como defensa, según se establece en el inciso 3B del Artículo 53, la existencia de problemas de alcoholismo, drogadicción y otras condiciones de carácter físico, emocional o situación familiar que esté afectando la labor del médico unionado, mermando su rendimiento o provocando malas relaciones laborales. En este caso se seguirá el Procedimiento establecido en el Artículo 53 (Programa de Ayuda Ocupacional) antes de tomarse alguna decisión en el caso.

27.    Todo laudo emitido por el Comité de Querellas será resuelto de acuerdo al Derecho aplicable a cada caso o controversia.


## ARTICULO 11
## ESTUDIO DE PERSONAL


1.    Las partes acuerdan continuar con el Comité de Estudio de Personal. El Comité será de cinco (5) miembros, dos (2) representantes de la   UNIÓN y dos (2) representantes de la CORPORACIÓN. El quinto miembro será un perito en materia de Clasificación y Retribución de Puestos, contratado por las partes y los honorarios de dicho perito serán sufragados por la Corporación y la Unión en partes iguales. De no haber acuerdos en la selección del perito se seguirá el procedimiento establecido en el Art. 10 acápite C-1: ( Las partes solicitarán del Secretario del Trabajo que nombre dicho perito dentro de los quince (15) días a partir de la fecha en que se le someta la solicitud).

2.   El Comité estudiará los siguientes aspectos, pero no limitados a:

   a.   Plan de Clasificación y Retribución de Puestos

   b.   Especificaciones de clases

   c.   Sistema de evaluación para pasos por mérito

   d.   Reclasificación por norma

   e.   Definiciones, deberes y responsabilidades de los puestos de nueva creación.

3.    El sistema de evaluación para pasos por mérito contemplado en el inciso 2-c anterior será materia de negociación entre las partes. El estudio y los cambios a implantarse serán efectivos al 1 de julio de 2001. El cambio a implantarse retroactivo al 1 de julio de 2001 será equivalente al paso entre el tipo mínimo y el primer paso en la escala de la Estructura de Sueldos vigente a la firma del Convenio Colectivo (escala implantada el 1 de julio de 1999), sin ajuste.

El paso por mérito retroactivo al 1 de julio de 2001 será pagado no más tarde de sesenta (60) días de la firma del Convenio por nómina independiente de la regular donde se especifiquen las partidas correspondientes a las diferentes deducciones.

Los pasos por mérito posteriores al 1 de julio de 2002, serán procesados conforme al sistema de evaluación acordado (Art. 64).

## ARTICULO 12
## SUELDOS BASICOS

1. Los sueldos básicos que regirán para reclutamiento y reclasificación durante 1a vigencia de este Convenio, serán los siguientes:

| Clasificación | Primer año | Segundo año | Tercer año | Cuarto año |
|---|---|---|---|---|
| Médico I | 3,966 | 4,154 | 4,352 | 4,559 |
| Médico II | 4,138 | 4,335 | 4,541 | 4,757 |
| Médico III | 4,322 | 4,528 | 4,743 | 4,968 |
| Médico IV | 4,515 | 4,730 | 4,955 | 5,190 |
| Médico V | 4,722 | 4,947 | 5,182 | 5,428 |
| Médico VI | 4,940 | 5,175 | 5,421 | 5,679 |
| Médico VII | 5,170 | 5,416 | 5,674 | 5,943 |
| Médico VIII | 5,267 | 5,517 | 5,767 | 6,117 |

En la imp1antación de estas nuevas escalas los ajustes en el sueldo de todos los médicos unionados será:

1- para el primer año, la diferencia entre el sueldo básico del paso dos y el tipo mínimo en la escala de la Estructura de Sueldos vigente a la firma del Convenio Colectivo (escala implantada el 1 de julio de 1999)

2- para los años siguientes la diferencia entre el sueldo básico de la escala implantada y la escala revisada.

La vigencia de estas escalas salariales serán efectivas a partir del 1 de julio de 2002 entendiéndose que el primer (1er) año comprende el periodo del 1 de julio del 2002 hasta el 30 de junio de 2003, el segundo (2do) año comprende desde el 1 de julio de 2003 hasta el 30 de junio de 2004, el tercer (3er) año comprende desde el 1 de julio de 2004 hasta el 30 de junio de 2005, y el cuarto (4to) año comprende desde el 1 de julio de 2005 hasta el 30 de junio de 2006.

Los ajustes en el sueldo acorde a la nueva escala serán pagados a los treinta (30) días de la firma del Convenio y el diferencial por retroactividad será pagado no más tarde de sesenta (60) días de la firma del Convenio por nómina independiente de la regular donde se especifiquen las partidas correspondientes a las diferentes deducciones.

## ARTICULO 13
## RECLUTAMIENTO Y DEBERES DE LOS MÉDICOS UNIONADOS

1.      Los médicos unionados se reclutarán a base de libre competencia devengando al momento del reclutamiento el sueldo básico vigente que haya sido establecido por las escalas salariales acordadas por las partes.

2.      Dicho reclutamiento se hará por Recursos Humanos a base de los requisitos acordados por las partes:

   a.  Poseer grado de Doctor en Medicina de una universidad reconocida

   b.  Estar autorizado por el Tribunal Examinador de Médicos de Puerto Rico para ejercer la medicina en Puerto Rico.

   c.  Estar al día en el Registro de Profesionales de la Salud y Certificado de buena reputación profesional ("good standing").

   d.  Estar al día en el pago de cuota del Colegio de Médicos de PR.

3.      La selección de los candidatos se hará a base del principio de mérito ejemplarizado por la preparación académica y la experiencia de trabajo.  Todo candidato seleccionado ajeno a la CORPORACIÓN en una convocatoria de ingreso, deberá someterse a exámenes médicos para determinar sus condiciones físicas y mentales, incluyendo pruebas de dopaje realizadas por un laboratorio del Departamento de Salud de Puerto Rico.  Toda convocatoria de ingreso deberá ser publicada en dos periódicos de mayor circulación.

4.      Recursos Humanos enviará al Área Médica los nombres de las primeras diez (10) personas que aparezcan como elegibles para el puesto solicitado, del cual será seleccionado el médico a ser reclutado.  El médico reclutado será referido a una entrevista de orientación con el Presidente de la Unión.

5.      Las convocatorias para ascenso serán para los médicos unionados en la Unidad Apropiada. Una vez cierre la convocatoria la Corporación enviará a la Unión la certificación de elegibles en orden de antigüedad. Si no hubiese empleado dentro de la Unidad Apropiada para cubrir el puesto y no hubiese una petición de traslado se emitirá una convocatoria de ingreso. La convocatoria para ascenso se publicará en todos los dispensarios con por lo menos quince (15) días antes de su vencimiento para poder solicitar las vacantes.

6.      Todos los nombramientos de empleados incluidos en la Unidad Apropiada se harán siguiendo las siguientes normas:

   a.  Los empleados incluidos en la Unidad Apropiada se clasifican como probatorios, regulares y temporeros.

   b.  Los empleados nombrados en puestos regulares se clasifican como probatorios o regulares:

(1) Los empleados regulares son aquellos que han aprobado satisfactoriamente el período probatorio de cuatro (4) meses.

(2) Los empleados probatorios son aquellos que se nombran en puestos regulares que conllevan un período de prueba de cuatro (4) meses.

c.  Los empleados temporeros son aquellos que se nombran para realizar tareas por un período determinado para atender necesidades del servicio que requieran pronta atención y que dichas tareas no sean de carácter continuo o permanente.

Dicho período no podrá ser mayor de tres (3) meses y sólo podrá ser renovado de mes a mes hasta un total de seis (6) meses adicionales. Al finalizar el referido término y de continuar la necesidad del servicio, la CORPORACIÓN podrá crear el puesto y de así hacerlo, circulará una convocatoria. De no existir la necesidad del servicio, el empleado quedará cesante y de haber obtenido una evaluación satisfactoria será figurado en el registro que confeccionará Recursos Humanos. La CORPORACIÓN vendrá obligada a realizar una evaluación al empleado temporero al finalizar el termino para el cual fue nombrado y específicamente para cada extensión del mismo.

Cuando la CORPORACIÓN interese reclutar empleados temporeros lo hará del registro preparado. Los empleados temporeros serán incluidos en dicho registro y se mantendrá en el mismo por un período de doce (12) meses. Durante la vigencia de este Convenio cualquier empleado incluido en este registro que no conteste o rechace una notificación de ofrecimiento de empleo temporero será eliminado del mismo. Dicha notificación será efectuada mediante correo certificado con acuse de recibo a la dirección ofrecida por dicho empleado a la CORPORACIÓN. Cada cuatro (4) meses la CORPORACIÓN suministrará a la UNIÓN copia del referido registro según haya sido actualizado. Asimismo la CORPORACIÓN certificará la existencia o no de empleados en el registro.

La CORPORACIÓN no utilizará empleados temporeros cuando sea viable ofrecer labores interinas, a los empleados de la Unidad Apropiada, ni por volumen de trabajo.

En aquellos casos en que no existan empleados cualificados en el registro para un nombramiento temporero, la UNIÓN podrá someter candidatos a ser considerados por la CORPORACIÓN.

7.    La CORPORACIÓN no podrá conferirle poderes y funciones de supervisión y ejecutivas a los médicos unionados incluidos en la Unidad Apropiada. Los empleados gerenciales, ejecutivos y de supervisión no realizarán deberes y funciones propias de puestos incluidos en la Unidad Apropiada, excepto en situaciones de emergencia, cuando no exista médico unionado disponible o dispuesto a atender las mismas; o en aquellas situaciones expresamente dispuestas en este Convenio Colectivo.

8.    Las funciones, deberes y responsabilidades de los médicos unionados comprendidos en la Unidad Apropiada y cubiertos por este Convenio serán las adoptadas por las partes y las mismas no podrán ser alteradas en forma alguna sin el acuerdo de las partes.

9.    Cuando las necesidades del servicio lo requieran, las partes por mutuo acuerdo determinarán cualquier labor a realizarse por los miembros de la Unidad Apropiada.

10.    Aquel médico unionado de la Unidad Apropiada que haya aceptado voluntariamente una posición no incluida en la Unidad Apropiada antes del 30 de junio de 1999 podrá regresar a la Unidad Apropiada.  Aquel médico unionado de la Unidad Apropiada que acepte una posición no incluida en la Unidad Apropiada posterior al 30 de junio de 1999 no podrá regresar a la Unidad Apropiada.

11.    La Unión se reserva el derecho de cuestionar ante la Junta de Relaciones del Trabajo el nombramiento de cualquier empleado que, aunque con nombramiento gerencial, la Unión estime esté realizando tareas o funciones que corresponden a la Unidad Apropiada.  La Unión podrá solicitar de la Corporación copia de cualquier convocatoria circulada para un puesto gerencial y la Corporación la proveerá.

12.    La Corporación notificará a la Unión la intención de congelar, trasladar o eliminar algún puesto con sus fundamentos.  De igual manera, la Corporación notificará la intención de bajar de nivel cualquier puesto vacante cubierto por la Unidad Apropiada, con sus fundamentos.

## ARTICULO 14
## PERIODO PROBATORIO

1.    Toda persona reclutada en calidad de médico por convocatoria de ingreso a una plaza regular será sometida a un período probatorio de cuatro (4) meses durante el cual se le harán evaluaciones una (1) vez al mes.

2.    Si transcurrido el término de tiempo descrito como probatorio y el supervisor inmediato no haya evaluado al médico unionado empleado, la CORPORACIÓN vendrá obligada a otorgar la permanencia a dicho médico unionado en el puesto regular nombrado.  Cuando un médico unionado no pueda ser evaluado durante el período probatorio por haber estado ausente por licencia con o sin sueldo por cualquier causa, se podrá prorrogar dicho período probatorio por un período adicional equivalente al tiempo que estuvo fuera del servicio.

3.    El tiempo que los médicos unionados ocuparen los puestos interinamente será considerado para los efectos del período probatorio de dicho médico unionado en un puesto igual o similar siempre y cuando la labor realizada durante dicho período haya sido certificada como satisfactoria por su supervisor.

## ARTICULO 15
## ESTABLECIMIENTO DE REGISTROS

1.   Registro de Reingreso

   a.   Se establecerá un registro de reingreso

   b.   Todo médico unionado regular que haya renunciado a su puesto y dejado una hoja de servicios satisfactorios, podrá solicitar a la CORPORACIÓN, mediante comunicación escrita, que su nombre sea inscrito en el Registro de Reingreso como médico unionado. La solicitud a tales efectos deberá radicarse en cualquier tiempo durante el período de cuatro (4) años siguientes a la fecha de su separación y deberá incluirse su nombre en el Registro de Reingreso para médicos unionados. De declararse con lugar la solicitud de reingreso, el nombre del solicitante será inscrito en el Registro de Reingreso en el orden en que se reciban las solicitudes por la CORPORACIÓN y permanecerán en el Registro de Elegibles por la duración del mismo. Este registro estará vigente durante la duración de este Convenio.

   c.   El médico de reingreso cumplirá con lo dispuesto en el Art. 13 de este convenio. Independientemente a lo dispuesto en el Artículo 48 y como excepción al mismo, el tiempo acumulado antes de la renuncia le será contado para los efectos de la antigüedad.

2.   Registro de Ingreso para Médico

Incluirá aquellos candidatos que cualifiquen para los puestos de médicos vacantes.

   a.   Cuando surja una vacante, luego de considerar lo dispuesto en el Artículo de Reclutamiento, la CORPORACIÓN notificará a la UNIÓN y anunciará la convocatoria para dicho puesto durante quince (15) días laborales, especificando los requisitos que se establecen en el Artículo de Reclutamiento, con la solicitud y la fecha de cierre de la convocatoria. Los nombres de los solicitantes que cumplan serán incluidos en el Registro de Elegibles a Reclutamiento.

   b.   La CORPORACIÓN establecerá un Registro de Elegibles a Reclutamiento permanente en el cual los médicos allí incluidos permanecerán por un período no mayor de doce (12) meses, luego del cual su nombre será eliminado, a menos que el candidato solicite por escrito continuar por un período adicional.

   c.   La CORPORACIÓN notificará a la UNIÓN los nombres de los candidatos que soliciten dentro del término de la convocatoria. La UNIÓN podrá revisar las solicitudes para verificar que cumplan con los requisitos establecidos en este Convenio.

   d.   La CORPORACIÓN proveerá a la UNIÓN copia certificada del Registro final.

3.      Rechazo de Solicitudes.

La CORPORACIÓN podrá rechazar cualquier solicitud por las razones siguientes:

a.      Si el solicitante estuviere física o mentalmente incapacitado para desempeñar dichos deberes.

b.      Si el solicitante fuere adicto al uso habitual de sustancias controladas o bebidas alcohólicas.

c.      Si el solicitante hubiere sido destituido de su empleo en el servicio público y no ha sido habilitado.

d.      Si el solicitante hubiere hecho intencionalmente cualquier declaración falsa en su solicitud con respecto a cualquier hecho sustancial o hubiere cometido o tratado de cometer engaño o fraude en relación con su solicitud u otros documentos requeridos.


## ARTICULO 16
## ELIMINACION DE NOMBRES DE LOS REGISTROS


Los nombres de elegibles podrán ser eliminados de cualquier registro por cualquiera de las razones siguientes:

1.      Nombramiento del elegible para un puesto permanente.

2.      Declinación del nombramiento.

3.      Dejar de contestar a la CORPORACION, dentro de quince (15) días laborables a cualquier encuesta que le someta sobre su disponibilidad para nombramiento.

4.      Notificación de las autoridades postales en cuanto a la imposibilidad de localizar al elegible.

5.      El uso habitual y excesivo por el elegible de bebidas alcohólicas o de sustancias controladas.

6.      Si el elegible hubiere suministrado falso testimonio sobre cualquier hecho sustancial en relación con su solicitud de empleo.

7.      Si el elegible hubiere realizado o hubiere intentado realizar engaño y/o fraude en su solicitud para conseguir elegibilidad o nombramiento.

8.      Declaración de incapacidad del elegible por algún tribunal competente.

9.      Haber sido destituido del servicio público.

10.     Muerte del elegible.

11.     Dejar de asistir al trabajo después de transcurridos cinco (5) días desde la fecha de aceptación de su nombramiento, a menos que la CORPORACIÓN conceda al elegible un período de tiempo adicional para tomar posesión del puesto.

12.     Incomparecencia (sin justificación escrita).

La CORPORACION notificará a los elegibles y a la UNION la eliminación de su nombre del registro y las razones para dicha eliminación.

## ARTICULO 17
## RECLASIFICACION DE PUESTOS

1.  Los puestos podrán ser reclasificados a niveles superiores y podrán progresar hasta alcanzar el nivel más alto de médico unionado que se establece en este Convenio, de acuerdo al Plan de Clasificación vigente, siempre y cuando concurran las siguientes condiciones:

a.  Que el médico unionado que ocupe el puesto cuya reclasificación se solicita, cumpla con el requisito de preparación y experiencia mínima en la clasificación a la cual corresponde su puesto.

b.  Que el médico unionado haya rendido servicios satisfactorios y se determine que posee los conocimientos, habilidades y destrezas necesarias para desempeñar las funciones del puesto superior.

c.  Que se determine que la reclasificación procede según las especificaciones de clases.

2.  Se entiende que las reclasificaciones por norma de los niveles uno (1) al dos (2) y dos (2) al tres (3), serán automáticas, inmediatamente de cumplir un año en el puesto; excepto nuevas clasificaciones que surjan como consecuencia de acuerdos entre las partes y que cumpla con el inciso 1-b.

3.  Se establece un Comité de Reclasificación para atender los casos de reclasificaciones. Este Comité estará compuesto de un (1) representante de la UNIÓN y un (1) representante de la CORPORACIÓN.  En caso de que las partes en el Comité no se pusieran de acuerdo con respecto a una solicitud de reclasificación o si el médico no está satisfecho con la decisión, se añadirá un tercer miembro al Comité para la revisión y decisión final del caso.  El médico deberá radicar su solicitud de revisión ante el Comité con el tercer miembro dentro del término de diez (10) días laborables a partir de la fecha en que se le notifique la decisión que interesa revisar, y tendrá derecho a una vista en la cual podrá presentar toda la prueba que estime pertinente. En el caso de que las partes no se pusieran de acuerdo dentro del término de diez (10) días en la selección del tercer miembro, este tercer miembro, será nombrado por el Secretario del Trabajo, pero la persona seleccionada no podrá ser empleado o funcionario público, excepto los árbitros del Departamento del Trabajo y los profesores universitarios.

4.  Los procedimientos ante este Comité se ventilarán utilizando el Reglamento del Comité de Reclasificaciones de la Corporación del Fondo del Seguro del Estado y la Unión de Médicos.

5. En la solicitud de reclasificación por estudio el médico unionado expondrá los motivos, deberes y responsabilidades que a su mejor entender justifiquen su solicitud al Director de Recursos Humanos. Este determinará si procede y notificará la decisión al médico unionado, con copia a la Unión, por correo certificado o mediante acuse de recibo o por entrega personal dentro de un término de cuarenta y cinco (45) días laborables a partir del recibo de la solicitud. En caso de que la solicitud de reclasificación por estudio sea denegada, el médico unionado y la Unión tendrán veinte (20) días a partir de la fecha de recibo para pedir una vista ante el Comité de Reclasificación.

6.  En los casos de reclasificación por estudios y transcurridos los cuarenta y cinco (45) días laborables que aquí se disponen, si el Director de Recursos Humanos no ha decidido el caso, el Comité de Reclasificación asumirá jurisdicción quedando el Director de Recursos Humanos imposibilitado de actuar. El Comité de Reclasificación decidirá el caso, conforme a las normas y criterios que provee el presente Convenio y el Plan de Clasificación y Retribución.

7.  Las decisiones del Comité con su tercer miembro serán finales y firmes para la CORPORACIÓN, la UNIÓN y los médicos unionados envueltos. Las decisiones tomadas por el Comité serán por escrito con determinaciones de hecho y de derecho y se notificará a todas las partes.

8.  Las decisiones del Comité serán efectivas a la fecha en que el peticionario haya cualificado en cuanto al tiempo requerido para ser reclasificado. Cuando la decisión del Comité fuese adversa al médico unionado, éste no podrá volver a solicitar reclasificación hasta pasado un (1) año de la fecha de la solicitud.

9.  Cuando se reclasifique a un médico de un nivel inferior a un nivel superior, el médico reclasificado recibirá la diferencia entre el sueldo básico de la clasificación que ocupaba y el sueldo básico de la clasificación a la cual fuere reclasificado y conservará los aumentos que ha recibido hasta el momento de ser reclasificado. Los sueldos básicos que se usarán para el cómputo serán los que se establezcan durante la vigencia del presente Convenio, tanto para la clasificación inferior como para la clasificación superior a la que sea reclasificado el puesto. El pago se realizará no más tarde de sesenta (60) días a la fecha en que se haga efectiva la reclasificación. De transcurrir el término de sesenta (60) días sin que se haya hecho el pago, la Corporación pagará el interés legal prevaleciente como penalidad.

## ARTICULO 18
## JORNADA DE TRABAJO Y REGISTRO DE ASISTENCIA

La jornada mínima regular de trabajo consistirá de siete y media (7 1/2) horas diarios y/o treinta y siete y media (37 1/2) horas semanales para los médicos unionados cubiertos por este Convenio. Esto será aplicable a los médicos unionados de los Dispensarios, de la Oficina Central y del Hospital Industrial.

## A. TIEMPO SUJETO A LLAMADA ("ON CALL")

**Definición:**

El tiempo sujeto a llamada "on call" es el asignado a los médicos unionados especialistas y sub-especialistas para que estén disponibles para cubrir necesidades que puedan surgir de emergencia fuera del horario regular de trabajo en el Hospital Industrial así como las instituciones médico Hospitalarias en que la Corporación preste servicios de hospitalización.

a. La jornada de trabajo para los médicos unionados especialistas y sub-especialistas que participen en el programa "on call" será asignada equitativamente por el jefe del departamento correspondiente, de tal forma que se compense adecuadamente el tiempo sujeto a llamada ("on call"). Dicho programa debe ser aprobado por el Director Médico del Hospital Industrial con una semana de anticipación al inicio del próximo mes, copia del mismo será referido al Área Médica y a los médicos unionados incluidos en el programa.

**Compensación:**

Este tiempo se compensará a base de tiempo compensatorio de acuerdo con el Artículo 177 del Código Político (3 L.P.R.A., 551), según enmendado y de la Opinión del Secretario de Justicia Número 1970-27 del 3 de junio de 1970.

**a. Departamento de Medicina Física Y Rehabilitación (incluyendo Espalda Aguda, Trauma al Cordón Espinal y Vida Independiente)**

Se le compensará el tiempo sujeto a llamada "on call" a base de una (1) hora compensatoria por cada tres (3) horas de "on call" de lunes a viernes. Sábados, domingos y días feriados se le compensará a base de una (1) hora compensatoria por cada dos (2) horas "on call". De requerir su presencia durante cualquier día sujeto a llamada "on call" se le compensará a base de uno (1) a uno (1).

**b. Departamento de Medicina Interna (incluyendo Nefrología, Cardiología, Gastroenterología, Reumatología, Neumología y Neurología)**

Se le compensará el tiempo sujeto a llamada "on call" a base de una (1) hora compensatoria por cada dos (2) horas "on call" de lunes a viernes. Sábados, domingos y días feriados se le compensará a base de una (1) hora compensatoria por cada hora y media (1 1/2) horas "on call". De requerir su presencia durante cualquier día sujeto a llamada "on call" se le compensará a base de uno (1) a uno (1).

**c. Departamento de Cirugía (incluyendo Otorrinolaringología, Quemados y Plástica)**

Se le compensará el tiempo sujeto a llamada "on call" a base de una (1) hora compensatoria por cada dos (2) horas "on call" de lunes a viernes. Sábados, domingos y días feriados se le compensará a base de una (1) hora compensatoria por cada hora y media (1 1/2) horas "on call". De requerir su presencia durante cualquier día sujeto a llamada "on call" se le compensará a base de uno (1) a uno (1).

**d. Dermatología y Ortopedia**

Se le compensará el tiempo sujeto a llamada "on call" a base de una (1) hora compensatoria por cada tres (3) horas "on call" de lunes a viernes. Sábados, domingos y días feriados se le compensará a base de una (1) hora compensatoria por cada dos (2) horas "on call".

23

De requerir su presencia durante cualquier día sujeto a llamada "on call" se le compensará a base de uno (1) a uno (1).

El médico unionado especialista o sub-especialista que realice "on call" tendrá derecho al disfrute de las horas compensatorias a base de hasta cuatro (4) medios días a la semana, disponiéndose que nunca disfrutará menos de dos (2) medios días a la semana. Las horas compensatorias acumuladas en exceso de dieciséis (16) horas semanales le serán pagadas mensualmente a tiempo sencillo. De conformidad con el Artículo 177 del Código Político (3 L.P.R.A., 551), según enmendado y de la Opinión del Secretario de Justicia Número 1970-27 del 3 de junio de 1970, los médicos unionados especialistas o sub-especialistas que reciban compensación por las guardias "on call" a base de tiempo compensatorio, podrán ejercer la profesión médica privadamente de forma remunerada durante el tiempo compensatorio que le fuere concedido.

Las llamadas de emergencia ("on call") para médicos unionados especialistas o sub-especialistas serán funciones inherentes a sus cargos y puestos. En la Unidad de Quemados, las llamadas "on call" son inherentes al médico unionado sub-especialista asignado a la unidad.

En las unidades del Departamento de Medicina Física y Rehabilitación del Hospital Industrial (Unidad de Trauma Medular, Unidad de Espalda y Unidad Integral de Vida Independiente) las llamadas se distribuirán equitativamente entre todos los Fisiatras unionados asignados al Hospital.

Es obligación del médico especialista o sub-especialista mantener informado al médico de guardia sobre sus movimientos con el propósito de que pueda ser localizado, tan pronto sea necesario su presencia en el Hospital Industrial.

El Departamento de Personal del Hospital Industrial notificará a todos los médicos unionados sujetos a ("on call") el balance de las horas acumuladas, utilizadas y pagadas trimestralmente.

## B. GUARDIAS MÉDICAS

**Definición:**
Se conocerá como guardias medicas el trabajo realizado en el Hospital Industrial y en las Salas de Emergencia de Centro Médico por el médico unionado fuera de su jornada regular de trabajo.

    a. Todo médico unionado que trabaje para la Corporación tendrá derecho a participar y será incluido en un registro de guardias. El médico unionado tiene que haber cumplido con todos los requisitos del Comité de Credenciales del Hospital Industrial, previo al ingreso en el registro.

    b. Los médicos se incluirán en un registro de guardias médicas que se usará para confeccionar el programa de guardias médicas las que se distribuirán de forma equitativa y rotativa de manera que todos los médicos unionados incluidos en el registro tengan la misma oportunidad de trabajo en las guardias en términos de días y horas trabajadas. El registro se preparará por trimestre de forma tal que los médicos unionados cada tres meses puedan optar por retirarse o ingresar al registro.

## Compensación:

Las guardias médicas serán compensadas de la siguiente manera:

|  | lunes a viernes | sábados y domingos | días feriados |
|---|---|---|---|
| Primer año | $70 por hora | $80 por hora | $80 por hora |
| Segundo y Tercer año | $80 por hora | $90 por hora | $90 por hora |
| Cuarto año | $90 por hora | $100 por hora | $100 por hora |

Días festivos especiales (Acción de Gracias, Viernes Santo, 24,25 y 31 de diciembre, 1 de enero y Día de Reyes) tendrán un pago de noventa ($90) dólares por hora de guardia durante el primer año de vigencia del Convenio Colectivo; cien ($100) dólares por hora de guardia durante el segundo y tercer año de vigencia del Convenio Colectivo y ciento diez ($110) dólares por hora de guardia durante el cuarto año de vigencia del Convenio Colectivo.

## Las guardias médicas se realizarán en, pero no limitadas, a:

a. **En el Hospital Industrial (incluyendo Intensivo Multidisciplinario) y en la Sala de Emergencia de Centro Médico durante:**

1. Los turnos nocturnos de lunes a viernes desde 4:30 pm a 8:00 am del día siguiente.

2. Los turnos de sábado, domingo y días feriados desde 8:00 am a 8:00 am del siguiente día.

b. **En el Hospital Industrial en la Unidad de Cuidado Inmediato durante:**

1. Los turnos parciales de lunes a viernes desde 4:30 pm a 10:00 pm del mismo día.

2. Los turnos parciales de sábados, domingo y días feriados oficiales o por proclama desde 8:00 am a 1:00 pm del mismo día.

c. **En la Unidad de Quemados y otras áreas del Hospital Industrial y en la Sala de Emergencia de Centro Médico a pacientes quemados durante:**

1. Los turnos parciales de lunes a viernes desde 4:30 pm a 8:00 am del día siguiente.

2. Los turnos de sábado, domingo y días feriados desde 8:00 am a 8:00 am del siguiente día. Estas guardias médicas son inherentes a los cargos y puestos médicos regulares asignados a la Unidad de Quemados.

d. **En el Servicio de Ortopedia del Hospital Industrial y en la Sala de Emergencia de Centro Médico durante:**

1. Los turnos parciales de lunes a viernes desde 4:30 pm a 10:00 pm del mismo día.

2. Los turnos de sábados, domingo y días feriados desde 8:00 am a 1:00 pm del mismo día.

3. Los turnos flexibles, mientras se encuentra como ayudante del ortopeda en sala de operaciones, una vez terminado su horario regular de trabajo. Estas guardias médicas son inherentes a los cargos y puestos médicos regulares asignados al servicio de ortopedia.

## C. JORNADA DE TRABAJO

La semana de trabajo comprenderá cualquier periodo de siete (7) días consecutivos que se contarán a partir de la hora y día en que así lo establezca la CORPORACION. Los primeros cinco (5) días serán de trabajo y los últimos dos (2) serán libres. La semana regular de trabajo comprenderá los días de lunes a viernes de cada semana, excepto que las partes por mutuo acuerdo establezcan otra distinta para cubrir situaciones específicas y especiales. En los casos de transacciones de personal el estar asignado a una semana particular de trabajo no será un requisito indispensable para que el personal regular sea elegible. De existir horarios extendidos los miembros de la Unidad Apropiada que laboren en los mismos, tendrán derecho a una compensación fija de tres (3%) por ciento del sueldo devengado.

Los médicos unionados cubiertos por este Convenio disfrutarán de un periodo de tomar alimentos de una hora. Si los médicos unionados trabajasen dentro de sus respectivos periodos de tomar alimentos, tendrán derecho a recibir compensación a razón de dos (2) veces el tipo por hora regular del médico unionado, por las horas o fracción de horas que trabajase durante el periodo de tomar alimentos mediante certificación escrita de su supervisor o tiempo compensatorio, según detallado en este Artículo. Cuando un médico unionado sea requerido a trabajar durante el periodo para tomar alimentos, la CORPORACION le concederá el tiempo indispensable para tomar alimentos que no excederá de media (1/2) hora, el que será concedido no más tarde de la sexta hora de trabajo, y de no concedérsele dicho tiempo indispensable, se le pagará una compensación adicional que será equivalente a una (1) hora de trabajo a razón de su tipo regular de salario.

Ningún médico unionado trabajará tiempo extra sin la autorización escrita de su supervisor inmediato o superiores de éste, incluyendo el periodo de tomar alimentos, a fin de poder recibir la compensación adicional que corresponda. Cuando la necesidad de trabajar tiempo extraordinario surja por exigencia de la participación activa del médico unionado en una vista, audiencia, procedimiento y/o emergencia, el supervisor emitirá la autorización escrita el próximo día laborable.

La compensación por cada hora extra trabajada será compensada a razón de dos (2) veces el tipo por hora regular del médico unionado. Los médicos unionados podrán, a su petición, recibir licencia compensatoria a razón de doble tiempo por los servicios prestados en exceso de su jornada regular. El programa de trabajo del Área Médica deberá formularse de tal manera, que se reduzca al mínimo la necesidad de trabajo en exceso de la jornada regular diaria y/o semanal y domingos y días feriados. Esta licencia compensatoria deberá disfrutarla el médico unionado dentro del periodo de treinta (30) días a partir de la fecha en que haya realizado el trabajo extra excepto cuando las necesidades del servicio no lo permitan. En ningún caso se le dará tiempo compensatorio o se le pagará a un médico unionado más de una vez por las mismas horas extras trabajadas ni se le otorgará tiempo compensatorio y el pago en efectivo por la misma hora extra trabajada, salvo en aquellas situaciones que expresamente se disponga otra cosa en este Convenio Colectivo.

Se utilizará un formulario provisto por la Corporación para el registro de asistencia de las horas regulares y las horas extras trabajadas por los miembros de la Unidad Apropiada y estará localizado en la oficina del supervisor médico inmediato. Se entenderá como supervisor médico inmediato en el Hospital Industrial al Jefe del Departamento al cual el médico unionado está adscrito. Este formulario incluirá un encasillado con la palabra entrada y otro encasillado con la palabra salida donde los médicos unionados firmarán y/o escribirán sus iniciales.

En consideración a las particulares funciones de los médicos unionados en el desempeño de su trabajo y como norma general los médicos unionados registrarán su asistencia no más de dos (2) veces al día, entrada y salida.

El médico unionado y su supervisor médico inmediato verificarán las entradas hechas en el formulario para registro de asistencia respecto a las horas trabajadas. El formulario proveerá para cualquier aceptación de corrección del registro de asistencia del médico unionado como del supervisor inmediato.

Cuando los médicos unionados desempeñen su jornada de trabajo fuera de la residencia oficial de trabajo, el registro de su asistencia será a través de su programa de trabajo para dicho día autorizado por su supervisor inmediato.

La compensación por hora se determinará a base de la compensación regular anual, excluyendo bonificaciones, que reciba el médico unionado dividida entre mil novecientos cincuenta (1,950) horas.

El pago por cualquier hora extra trabajada en exceso de siete y media (7 1/2) horas al día excluye dichas horas de toda compensación subsiguiente sobre el pago por trabajo extra.

Cuando el trabajo asignado sea fuera de la Oficina Central, Hospital Industrial y/o dispensario correspondiente, se considerará como horas trabajadas para efectos de horas extras o tiempo compensatorio el tiempo de viaje. Según se estipula a continuación:

| | |
|---|---|
| Mayagüez | 2:30 horas |
| Aguadilla | 2:00 horas |
| Utuado | 2:45 horas |
| Guayama | 2:00 horas |
| Aibonito | 2:00 horas |
| Ponce | 1:30 horas |
| Arecibo | 1:30 horas |
| Fajardo | 1:30 horas |
| Caguas | 0:30 horas |
| Carolina | 0:30 horas |
| Bayamón | 0:30 horas |

Todo trabajo realizado fuera de jornada regular, excepto "on call" y guardias médicas, será compensado a razón de dos (2) veces el tipo por hora regular del médico unionado, o a petición del médico podrán recibir licencia compensatoria a razón de doble tiempo por los servicios prestados en exceso de su jornada regular.

## ARTICULO 19
## PERIODO DE DESCANSO

1. Los médicos unionados cubiertos por este Convenio Colectivo disfrutarán de un período de descanso de quince (15) minutos en el turno de la mañana y quince (15) minutos en el turno de la tarde. Ambos períodos serán sin reducción en los salarios o jornales. Durante dichos períodos los médicos unionados permanecerán dentro de los terrenos de la CORPORACIÓN o en las inmediaciones cercanas.

2. En aquellos lugares donde no hubiese facilidades de cafetería dentro de las propiedades de la CORPORACIÓN, los médicos unionados que opten por usar facilidades de cafetería fuera de los predios de la Corporación disfrutarán de un período de descanso de quince (15) minutos en el turno de la mañana y quince (15) minutos en el turno de la tarde. Al personal que se encuentre realizando labores oficiales fuera de las facilidades de la CORPORACIÓN, le será extensivo este beneficio.

3. Aquellas médico unionadas en estado de embarazo a partir del quinto mes, el tiempo de periodo de descanso será de veinte (20) minutos en el turno de la mañana y veinte (20) minutos en el turno de la tarde.

## ARTICULO 20
## DIAS FERIADOS

1. Los días enumerados a continuación serán días feriados sin pérdida de paga y se celebrarán en la fecha fijada por Ley:

    a. Día de Año Nuevo
    b. Día de Reyes
    c. Día de Martin Luther King
    d. Día de Eugenio María de Hostos
    e. Día de George Washington
    f. Día de la Abolición de la Esclavitud
    g. Día de José de Diego
    h. Viernes Santo
    i. Día de la Conmemoración
    j. Día de la Independencia de los Estados Unidos
    k. Día de Luis Muñoz Rivera
    l. Constitución del Estado Libre Asociado de Puerto Rico
    m. Día de José Celso Barbosa
    n. Día del Trabajo
    o. Descubrimiento de América
    p. Elecciones Generales
    q. Día del Veterano



28

    r.  Descubrimiento de Puerto Rico
    s.  Día de Acción de Gracias
    t.  Día de Navidad

    2.    Se considerarán, además, días feriados sin pérdida de paga, y sin cargo a ninguna licencia aquellos días o medios días u horas que por Proclama u Orden Ejecutiva del Gobernador de Puerto Rico o del Presidente de los Estados Unidos, o por Ley (federal y/o estatal), fueran declarados como tales y se autoriza a los empleados a ausentarse del trabajo; disponiéndose, además, que a los médicos unionados que se encuentren en uso de licencia no se les hará cargo por el tiempo concedido libre por este concepto.

    3.    Cuando los médicos unionados cubiertos por este Convenio fueran autorizados a trabajar durante dichos días feriados, recibirán paga a tiempo doble de su tipo regular por hora, además de su salario regular, o en circunstancias especiales y previo acuerdo entre las partes, los médicos unionados podrán recibir licencia compensatoria a razón de doble tiempo por los servicios prestados en los días aquí mencionados. Están excluidos los médicos unionados "on call" y los de guardias médicas, según el Artículo 18.

    4.    Si cualquiera de los días feriados concedidos libre con paga, arriba mencionados, ocurriera domingo, el médico unionado tendrá derecho a disfrutar libre con paga el siguiente día laborable y por cualquier trabajo realizado durante dicho día, recibirá compensación a tiempo doble de su tipo regular por hora, además de su salario regular, o en circunstancias especiales y previo acuerdo entre las partes, los médicos unionados podrán recibir licencia compensatoria a razón de doble tiempo por los servicios prestados en los días aquí mencionados. Están excluidos los médicos unionados "on call" y los de guardias médicas, según el Artículo 18.

## ARTICULO 21
## VACACIONES

    1.    Todos los médicos unionados cubiertos por este Convenio acumularán vacaciones regulares a razón de dos y medio (2 1/2) días laborables por cada mes de servicio, con paga completa, sin límite de acumulación. A los efectos del cómputo del disfrute de las vacaciones, el sábado, domingo y días feriados no se considerarán como días laborables. La Corporación mantendrá un registro de vacaciones regulares por cada médico unionado, y anualmente durante el mes de enero le notificará el balance de las mismas.

    2.    Cuando el médico unionado no deseare tomar las vacaciones acumuladas que le corresponden disfrutar durante el año, tales vacaciones no utilizadas se tomarán a solicitud del médico unionado a tono con las necesidades del servicio.

    3.    En o antes del primero de junio de cada año, el médico unionado solicitará el pago de la porción de vacaciones regulares acumuladas que tenga en exceso de veinticinco (25) días. De no mediar dicha solicitud, no se efectuará dicho pago. Para los efectos de computar el pago se utilizará el balance acumulado al 31 de mayo del año vigente. Este pago se efectuará en la primera quincena de octubre.

El pago se determinará a base del sueldo que esté devengando el médico unionado al primero de julio del año en que se realice el mismo, multiplicado por doce (12) meses y dividido entre mil novecientos cincuenta (1,950) horas.

4.      Anualmente y durante el mes de enero, la CORPORACIÓN pagará las vacaciones acumuladas en exceso de noventa (90) días, a solicitud del médico unionado.  Dicha solicitud deberá radicarse en o antes del 15 de diciembre en la oficina de Recursos Humanos.

Para los efectos de computar el pago se utilizará el año natural.  El pago se determinará a base del sueldo que esté devengando el empleado el 15 de diciembre del año anterior a la solicitud, multiplicado por doce (12) meses y dividido entre mil novecientos cincuenta (1,950) horas.

5.      La CORPORACIÓN fijará el período en que los médicos unionados disfrutarán de sus vacaciones en acuerdo con éstos y con las necesidades del servicio.  A tal fin, durante el mes de diciembre la CORPORACIÓN diseñará un programa anual de vacaciones el cual podrá formularse en períodos fraccionados siempre y cuando no se afecten los servicios.  Este programa de vacaciones se regirá por la antigüedad del médico unionado y el de mayor antigüedad tendrá derecho a escoger las vacaciones en primera instancia, (se considerará para la antigüedad según se define en el Artículo 48).  El médico unionado podrá recibir copia del plan de vacaciones aprobado, una vez lo solicite por escrito al supervisor.

6.      A solicitud del médico unionado las vacaciones anuales para descanso se pagarán por anticipado al tipo regular de salario del médico unionado.  El médico unionado deberá radicar dicha solicitud en el área de Recursos Humanos por lo menos con veinte (20) días de anticipación a la fecha en que habrá de comenzar a disfrutarlas.

7.      Las vacaciones que los médicos unionados tengan acumuladas al firmarse este Convenio serán reconocidas por la CORPORACIÓN como un derecho adquirido.

8.      La CORPORACIÓN podrá conceder vacaciones en exceso de treinta (30) días laborables hasta un máximo de sesenta (60) días en cualquier año a los médicos unionados que tengan suficiente licencia acumulada para ello.

9.      Se acreditará licencia de vacaciones regulares por el tiempo que un médico unionado disfrute de licencia con sueldo, siempre y cuando que dicho médico unionado regrese al servicio al finalizar la misma.  Este crédito se hará después de que el médico unionado se reinstale en su puesto, nunca antes de concedérsele la licencia o mientras disfrute de la misma.

10.     La CORPORACIÓN no llamará a trabajar a un médico unionado que esté disfrutando de vacaciones, ni suspenderá las vacaciones aprobadas en el plan anual, pero si tal caso fuera absolutamente necesario, le compensará el tiempo que trabaje de sus vacaciones a tiempo doble (2) del tipo de salario regular por hora en adición a su salario regular, en nomina especial aparte, o en circunstancias especiales y previo acuerdo entre las partes, los médicos unionados podrán vía excepción, recibir licencia compensatoria a razón de doble tiempo por los servicios prestados en exceso de su jornada regular.  Esta licencia deberá disfrutarla el médico unionado dentro del período de treinta (30) días a partir de la fecha en que haya realizado el trabajo extra

30

excepto en aquellos casos en que las necesidades del servicio no lo permitan. El tiempo trabajado en tales circunstancias, no les será descontado de su balance de vacaciones acumuladas. El médico unionado podrá extender sus vacaciones por el tiempo trabajado al ser interrumpida el disfrute de las mismas. Cuando haya que representar a la CORPORACIÓN ante los Tribunales de Justicia u organismo administrativo, se considerará como un requerimiento de la CORPORACIÓN.

11.   En circunstancias especiales, la CORPORACIÓN podrá anticipar las vacaciones regulares a cualquier médico unionado que haya trabajado más de un año en la CORPORACIÓN. Esta licencia anticipada no excederá de sesenta (60) días.

12.   La CORPORACIÓN podrá liquidar las vacaciones acumuladas en exceso de treinta y cinco (35) días en cualquier momento en que un médico unionado las justifique por razones personales y la disponibilidad de fondos en el momento así lo permita.

13.   La CORPORACIÓN pagará a los médicos unionados regulares, al momento de éstos cesar en el servicio, todas las vacaciones anuales que tengan acumuladas. Esta suma global por concepto de dicha licencia se pagará a razón del sueldo que el médico unionado estuviere devengando al momento de su separación del servicio, independientemente de los días que hubiere disfrutado de licencia durante el año. Dicho pago no se hará mas tarde de sesenta (60) días a partir de la fecha de cesar en el servicio. De transcurrir el término sin que se haya hecho el pago, la Corporación pagará el interés legal prevaleciente como penalidad.

14.   En caso de muerte de un médico unionado, la CORPORACIÓN pagará a sus herederos el importe de la licencia regular incluyendo el tiempo compensatorio que tenía acumulado dicho médico unionado al momento de su muerte, según se dispone en el inciso anterior.

15.   Las ausencias que no sean por enfermedad y que no estén reguladas en este Convenio, se cargarán a vacaciones regulares.

16.   Durante el último año de servicio previo a la fecha de su jubilación, los médicos unionados cubiertos por este convenio acumularán vacaciones regulares a razón de tres (3) días laborales por cada mes.

17.   Salvo circunstancias excepcionales, todo médico unionado que se vea forzado a ausentarse de su trabajo, deberá notificar su ausencia a su supervisor médico, a la primera oportunidad posible.

## ARTICULO 22
## LICENCIA POR ENFERMEDAD

1.      Todos los médicos unionados cubiertos por este Convenio tendrán derecho a acumular licencia por enfermedad a razón de día y medio (1 1/2) por cada mes de servicio, excluyendo los sábados, domingos y días feriados, en el disfrute de los mismos, sin límites de acumulación.

2.      En casos de enfermedad prolongada cuando el médico unionado hubiere agotado la licencia por enfermedad, podrá hacer uso de la licencia de vacaciones y/o tiempo compensatorio que tuviere acumulado, si alguno, previa certificación correspondiente.

3.      La licencia por enfermedad acumulada que tengan los médicos unionados a la vigencia de este Convenio le será reconocida por la CORPORACIÓN.

4.      En o antes del primero de febrero de cada año el médico unionado solicitará el pago de la porción que desee de la licencia por enfermedad acumulada, hasta un máximo de veinticinco (25) días.  De no mediar dicha solicitud, no se efectuará dicho pago.

5.      Para los efectos de cómputo del pago de la licencia por enfermedad, el sábado, el domingo y días feriados no se considerarán como días laborables.

6.      Esta licencia por enfermedad será pagada por la CORPORACIÓN durante la primera quincena del mes de abril de cada año, computada a base del sueldo mensual que esté devengando el médico unionado al 28 de febrero del año vigente, multiplicado por doce (12) meses y dividido entre mil novecientos cincuenta (1,950) horas.  Se tomará como base la licencia por enfermedad acumulada hasta la fecha antes mencionada.

7.      En caso de enfermedad y cuando el médico unionado lo justificare médicamente a satisfacción de la CORPORACIÓN, ésta podrá anticipar al médico unionado regular, licencia por enfermedad hasta un máximo de ciento cincuenta (150) días laborables, cuando hubiere agotado la licencia por enfermedad, la licencia por vacaciones y tiempo compensatorio que tuviere acumulado. El total de la licencia por enfermedad así anticipada será cargada contra subsiguientes acumulaciones de vacaciones regulares y licencia por enfermedad simultáneamente, con el fin de que el anticipo hecho por la CORPORACIÓN sea recobrado a la mayor brevedad posible.

8.      Todo médico unionado a quien se le hubiere anticipado licencia por enfermedad y se separare voluntariamente o involuntariamente de la CORPORACIÓN antes de servir el período necesario para cubrir la totalidad de licencia que le fue anticipada, vendrá obligado a rembolsar a la CORPORACIÓN cualquier suma de dinero que quedare en descubierto por concepto de tal licencia anticipada en proporción al salario vigente a la fecha en que se disfrutó de tal beneficio.

9.      En caso de que la solicitud de anticipo mencionada en el inciso siete (7) fuere denegada por la CORPORACIÓN, la UNIÓN o el médico unionado tendrá la oportunidad de cuestionar la decisión de la CORPORACIÓN ante el Comité de Querellas.

32

10.   La CORPORACIÓN mantendrá un registro de la licencia por enfermedad acumulada por cada médico unionado cubierto por este Convenio y anualmente, durante el mes de enero, notificará a cada médico unionado la licencia que tenga acumulada.  El médico unionado deberá firmar un formulario cada vez que esté ausente por enfermedad al regresar al trabajo. Cuando un médico unionado se ausente por más de tres días consecutivos por enfermedad, presentará certificación médica.

11.   Los médicos unionados que se separen del servicio tendrán derecho a que se les pague el balance de la licencia por enfermedad acumulada.  Esta suma global por concepto de dicha licencia se pagará a razón del sueldo que el médico unionado estuviere devengando al momento de su separación del servicio, independientemente de los días que hubiere disfrutado de  licencia durante  el año.  En caso de muerte de dicho médico unionado, se le pagará el importe de dicha licencia a sus herederos debidamente certificados, según lo exige la ley vigente.

12.   A petición del médico unionado, anualmente y durante el mes de enero, la CORPORACIÓN pagará a cada médico unionado la licencia acumulada en exceso de noventa (90) días.   Dicha solicitud deberá radicarse en o antes del 15 de diciembre en el Área de Recursos Humanos.  De no mediar dicha solicitud no se efectuará dicho pago.

Para los efectos de computar el pago, se utilizará el año natural.  El pago se determinará a base del sueldo mensual que esté devengando el médico unionado al 15 de diciembre del año anterior a la solicitud, multiplicado por doce (12) meses y dividido entre mil novecientas cincuenta (1,950) horas.

13.   Salvo circunstancias excepcionales, todo médico unionado que se vea forzado a ausentarse de su trabajo por razones de salud, deberá notificar su ausencia en un plazo de tiempo razonable.

14.   Durante el último año de servicio previo a la fecha de su jubilación, los médicos unionados cubiertos por este Convenio acumularán Licencia por Enfermedad a razón de dos (2) días laborables por cada mes.

15.   Se acreditará licencia de enfermedad por  el tiempo que un médico unionado disfrute de licencia con sueldo, siempre y cuando que dicho empleado regrese al servicio al finalizar la misma. Este crédito se hará después de que el médico unionado se reinstale en su puesto, nunca antes de concedérsele la licencia o mientras disfrute de la misma.

## ARTICULO 23
## SUSTITUCION DE VACACIONES REGULARES O TIEMPO COMPENSATORIO POR LICENCIA POR ENFERMEDAD

1.      Cuando un médico unionado regular se encuentre disfrutando de vacaciones regulares para descanso o de tiempo compensatorio y se enfermare por un período de tres (3) días laborables o más, consecutivos, los días laborables en que esté enfermo serán cargados a licencia por enfermedad.

2.      El médico unionado deberá hacer la solicitud de sustitución de vacaciones regulares o tiempo compensatorio por la licencia por enfermedad tan pronto regrese a su trabajo y someterá la evidencia necesaria como prueba de la enfermedad. No se autorizará dicha sustitución hasta tanto el médico unionado se reintegre a su trabajo y someta la evidencia requerida.

3.      La sustitución de vacaciones regulares para descanso o tiempo compensatorio se establece para beneficio de aquel médico unionado que mientras se encuentre en disfrute de sus vacaciones regulares o tiempo compensatorio, se enferme de tal manera que de no haber estado disfrutando de dichas licencias hubiere estado imposibilitado de asistir a su trabajo.

4. El supervisor podrá autorizar al médico unionado a completar el disfrute de sus vacaciones regulares o fijar una fecha próxima a esos fines si ello resultara de la conveniencia del médico unionado y lo permitiera el programa de vacaciones y las necesidades de servicio de la CORPORACIÓN.

5. Banco de Licencias para casos de enfermedad prolongada.

a. Los miembros de la Unidad Apropiada que hayan acumulado un mínimo de quince (15) días de licencia por vacaciones en exceso de la cantidad de días de licencia a cederse, cederán hasta cinco (5) días durante un mes y hasta quince (15) días anuales de licencia ordinaria acumulada para establecer un Banco de Licencias que pueda ser utilizado por otros miembros de la UNIÓN en casos de enfermedad prolongada o accidente de éstos o de un miembro de su familia inmediata, que prácticamente imposibilite el desempeño de las funciones del médico unionado por un período de tiempo considerable, cuando hayan agotado sus licencias ordinarias y por enfermedad. La condición de salud que debe estar presente para que el médico unionado sea acreedor a este beneficio del Banco de Licencias será aquella que de mutuo acuerdo, sobre una base individual, determinen representantes autorizados por la UNIÓN y la CORPORACIÓN. A la fecha de la firma de este Convenio Colectivo cada unionado hará una donación

34

inicial de un (1) día de licencia acumulada para establecer el Banco de
Licencias.

b. La cantidad de días a ser donados se determinará a base de las necesidades
de los médicos unionados que requieran de esta donación.

c. El médico unionado elegible que interese este beneficio deberá solicitarlo,
por conducto de su supervisor médico, al Director de la Oficina de
Recursos Humanos. La solicitud deberá estar acompañada con evidencia
médica que acredite la condición y el número de días que se anticipa el
médico unionado debe de estar fuera del trabajo. Copia de esta evidencia y
de la solicitud, será sometida por el médico unionado a la UNIÓN. Al
remitir la solicitud, el supervisor médico consignará en la hoja de trámite
cualquier observación que estime pertinente. El Director de Recursos
Humanos certificará a la UNIÓN la ausencia de balances. De existir alguna
dificultad planteada por el supervisor médico o advertida por el Director de
Recursos Humanos, el funcionario correspondiente de esta Oficina
dialogará sobre la misma con la persona designada por el médico unionado
a través de la UNIÓN.

d. La UNIÓN notificará al Director de la Oficina de Recursos Humanos
cuántos días del Banco de Licencias han sido asignados al médico
unionado, cuyo número no excederá el período establecido en el Certificado
Médico.

e. En el mes de diciembre de cada año, la Oficina de Recursos Humanos
informará a la Unión sobre el balance en el Banco de Licencias. En el mes
de enero de cada año, cada médico unionado donará automáticamente a
través de la Oficina de Recursos Humanos los días que se determinen sean
necesarios transferir a base de las necesidades de los médicos que requieran
donación. La Oficina de Recursos Humanos remitirá a la Unión evidencia
de las transferencias hechas al Banco de Licencias.

f. De tiempo en tiempo la Corporación y la Unión acordarán el tope de días
que el Banco de Licencias puede o debe tener acumulado. Una vez se
llegue a dicho tope se descontinuará el descuento fijado en el inciso 5 (A)
hasta que sea necesario reactivar el referido descuento.

g. Las licencias por vacaciones cedidas por los médicos unionados cedentes se
acreditarán al médico unionado cesionario a razón del salario de éste.

h. Una vez termine el motivo por el cual tuvo que ausentarse, el médico
unionado cesionario retornará a sus labores sin disfrutar el balance cedido
que le reste, el cual revertirá al Banco de Licencias.

35

i. El médico unionado cesionario podrá disfrutar de los beneficios otorgados por este Artículo por todo el período de tiempo que se mantenga la condición que motivó la cesión de vacaciones.

j. La Corporación reservará el empleo del médico unionado cesionario ausente hasta que éste se reintegre a su trabajo.

## ARTICULO 24
## LICENCIA POR ACCIDENTE DEL TRABAJO O ENFERMEDAD OCUPACIONAL

1. En los casos de accidentes que sufran los médicos unionados cubiertos por este Convenio en el curso y como consecuencia de su empleo, se seguirá el mismo procedimiento establecido para los casos de otros lesionados que no son de la Corporación de acuerdo a las disposiciones de la Ley de Compensaciones por Accidentes del Trabajo del 18 de abril de 1935, según enmendada.

2. Cuando un médico unionado regular sea hospitalizado o puesto en descanso como consecuencia de un accidente del trabajo, tendrá derecho a que se le conceda licencia especial con paga completa, y no cobrará el importe de la compensación por incapacidad transitoria semanal (dietas) por un período de sesenta (60) días laborables en un período de dieciocho (18) meses, sin embargo a su licencia por enfermedad, vacaciones regulares ni a licencia adelantada. Excepto en los casos de hospitalización, el médico unionado será sometido a evaluaciones periódicas por el médico de cabecera para determinar si se encuentra en condiciones de regresar al trabajo.

Si de los sesenta (60) días antes señalados dentro del período de dieciocho (18) meses aquí provistos, al médico unionado le quedara algún remanente y su status fuera cambiado a tratamiento con trabajo (CT), los períodos de tiempo utilizados en citas médicas y las terapias físicas que sean parte de dicho accidente del trabajo, podrán ser cargados a este tipo de licencia, mediante evidencia de comparecencia, hasta agotar la misma.

3. Esta licencia no podrá ser utilizada cuando la hospitalización o el descanso sea a raíz de un accidente ocurrido mientras el médico unionado trabajaba para otro patrono distinto a la CORPORACIÓN. Igualmente, esta licencia no podrá ser utilizada en casos de recidiva, cuando el accidente original ocurrió mientras el médico unionado trabajaba para otro patrono que no era la CORPORACIÓN.

4. Si la CORPORACIÓN adviene en conocimiento de que esta licencia especial no cumple con los términos provistos en este Artículo, podrá cancelar en cualquier momento la otorgación de dicha licencia, luego de hacer la correspondiente investigación.

5. La CORPORACIÓN establecerá los mecanismos y controles que estime prudentes y necesarios, sujeto a las disposiciones de este Artículo, para verificar que los médicos unionados hagan uso correcto de esta licencia.

6. De determinarse que el médico unionado no era acreedor a esta licencia, éste vendrá en la obligación de rembolsar a la CORPORACIÓN los días utilizados comenzando con los días de licencia por enfermedad y vacaciones regulares, respectivamente. En los casos en que agote sus días de licencia por enfermedad y vacaciones regulares, rembolsará a la CORPORACIÓN la suma de dinero equivalente a los días adeudados.

7. Cuando se establezca que un médico unionado ha hecho uso fraudulento o incorrecto de la licencia especial aquí provista, la CORPORACIÓN se reserva el derecho a tomar aquellas medidas administrativas y/o disciplinarias que correspondan.

8. En caso de que el médico de la CORPORACIÓN determine que el médico unionado no puede regresar al trabajo después de haber agotado su licencia por enfermedad ocupacional, el médico unionado tendrá derecho a disfrutar su licencia por enfermedad.

9. Cuando un médico unionado sufra una incapacidad de carácter temporero que le impida trabajar, la CORPORACIÓN le reservará el empleo por el término que dure la incapacidad, siempre y cuando ésta no exceda de tres (3) años.

Los nombramientos que se hagan en la plaza como consecuencia de la sustitución del médico unionado incapacitado temporalmente serán condicionados y sujetos al restablecimiento de dicho médico unionado.

Una vez que la CORPORACIÓN emita decisión sobre tratamiento médico indicando que el médico unionado se encuentra en condiciones de volver a trabajar, la CORPORACIÓN le ofrecerá la oportunidad de ocupar nuevamente su plaza con los aumentos, reclasificaciones, reasignaciones y demás beneficios que haya obtenido su puesto. El médico unionado deberá notificar su disponibilidad dentro de los treinta (30) días a partir de la fecha en que ha sido dado de alta o autorizado a trabajar.

10. Los médicos unionados cubiertos por este Convenio que sufran un accidente del trabajo acumularán vacaciones anuales y licencia por enfermedad durante su ausencia por dicho accidente del trabajo, hasta un máximo de cuarenta (40) días. Dicha acumulación se computará a partir de la fecha del accidente.


## ARTICULO 25
## LICENCIA MEDICA FAMILIAR


La CORPORACIÓN podrá conceder licencia sin sueldo hasta un máximo de doce (12) semanas al médico unionado que mediante certificado médico justifique la necesidad de cuidado directo a padres, cónyuges e hijos.

Esta licencia se otorgará de conformidad con lo dispuesto en la Ley Familiar Médica de 1993 (Family and Medical Leave Act of 1993 (29 USC 2611-2654). Durante el tiempo de esta licencia el médico unionado tendrá derecho a continuar con el plan médico.

## ARTICULO 26
## LICENCIA SIN SUELDO POR INCAPACIDAD NO OCUPACIONAL

1.      La Corporación pagará la totalidad de la prima del Seguro por Incapacidad No Ocupacional Transitoria (SINOT). La CORPORACION orientará y entregará la solicitud pertinente de esta póliza al médico unionado antes del vencimiento del período concedido por dicho seguro para asegurar que el beneficiario no pierda su derecho a reclamar los beneficios.

2.      La licencia sin sueldo que se concede a un médico unionado por incapacidad no ocupacional no excederá de tres (3) años.

3.      Antes de concederse dicha licencia sin sueldo al médico unionado, se le concederá la licencia por enfermedad, luego tendrá derecho a acogerse a sus vacaciones anuales y al banco de licencia por enfermedad prolongada, sujeto a la reglamentación del Art. 23, inciso 5.

4.      Durante el período de ausencia, antes mencionado, no se afectará la antigüedad del médico unionado.

5.      La licencia sin sueldo por incapacidad no ocupacional se concederá una vez se compruebe dicha incapacidad mediante certificado médico.

6.      Para cubrir las necesidades que surjan como resultado de la licencia sin sueldo por incapacidad no ocupacional concedida al médico unionado, las partes se reunirán en busca de alternativas para solucionar la situación.

7.      La CORPORACION continuará pagando la aportación patronal del Plan Médico acordado entre las partes a los médicos unionados a los que se les conceda este beneficio según establecido en el Artículo 36, Inciso 5.

## ARTICULO 27
## LICENCIA POR MATERNIDAD O ABORTO

1.      A las médicos unionadas en estado grávido se les concederá un período de seis (6) semanas antes del alumbramiento y otras seis (6) semanas después del mismo con paga completa durante esas doce (12) semanas a su tipo regular de salario. Tan pronto la médico unionada tenga conocimiento de su embarazo, vendrá obligada a someter a Recursos Humanos un certificado médico haciendo constar su estado de embarazo y la fecha probable del alumbramiento.

38

Sin embargo, las médicos unionadas en estado de embarazo podrán continuar trabajando hasta que su médico lo considere posible, pero nunca menos de una (1) semana antes del alumbramiento. La licencia de maternidad le será acreditada tomando en consideración la fecha en que la médico unionada comience el disfrute de la misma.

2.     La solicitud de licencia por maternidad deberá presentarse con por lo menos diez (10) días calendario de anticipación a la fecha en que habrá de comenzar a disfrutar dicha licencia, y tendrá que ser acompañada de un certificado médico indicando la fecha aproximada en que tendrá el alumbramiento, salvo en alumbramientos prematuros.

3.     Si el alumbramiento se produjera antes de la médico unionada haber disfrutado las seis (6) semanas de reposo, se extenderá dicho período de reposo después del alumbramiento hasta completar el período total de doce (12) semanas.

4.     Si el alumbramiento se produjere después de las seis (6) semanas concedidas para reposo o si sobreviniere a la médico unionada alguna enfermedad como consecuencia directa del alumbramiento que le impidiera regresar al trabajo, se extenderá la licencia por maternidad por un período que no excederá de diez y seis (16) semanas después del alumbramiento para restablecerse de su enfermedad, siempre que antes de terminar el período de reposo de doce (12) semanas la médico unionada presente un certificado médico indicando la fecha del alumbramiento o haciendo constar la incapacidad para reintegrarse al trabajo por motivo de la enfermedad, producida como consecuencia del alumbramiento, según fuere el caso. Este período adicional se cargará a licencia por enfermedad, y si no tuviere licencia por enfermedad acumulada, se cargará a vacaciones acumuladas o tiempo compensatorio, si alguno le correspondiere. Si agotadas las anteriores licencias la complicación continuare, la médico unionada tendrá derecho a licencia sin sueldo o a solicitar vacaciones adelantadas. En ningún caso, las licencias autorizadas excederán de un (1) año.

5.     En casos de abortos naturales o terapéuticos las médicos unionadas tendrán el beneficio de licencia por maternidad. Para la médico unionada ser acreedora al beneficio, el aborto debe ser uno de tal naturaleza que le produzca los mismos efectos fisiológicos que normalmente surgen como consecuencia del parto de acuerdo al dictamen y certificación acreditativa de tal condición. La médico unionada someterá a Recursos Humanos el certificado médico firmado por un Obstetra-Ginecólogo. De no producirse los mismos efectos fisiológicos tendrán derecho al disfrute y concesión de tres (3) semanas de la licencia por maternidad.

6.     Cuando se trate de un embarazo ectópico, la médico unionada tendrá derecho al disfrute de la licencia por maternidad que se dispone en este Artículo. La médico unionada someterá a Recursos Humanos un certificado firmado por un obstetra-ginecólogo certificando tal condición.

7.     Los beneficios contenidos en este Artículo serán extensivos, en lo aplicable, a las madres adoptantes. Toda médico unionado que adopte un menor a tenor con la legislación del Estado Libre Asociado de Puerto Rico o de cualquier jurisdicción de los Estados Unidos de América, tendrá derecho a los mismos beneficios de licencia por maternidad a sueldo completo que goza la empleada que tiene un alumbramiento normal. En este caso la licencia empezará a contar a partir de la notificación del decreto de adopción y se reciba el menor en el núcleo familiar.

## ARTICULO 28
## LICENCIA POR PATERNIDAD

A partir de la fecha del nacimiento de un bebé o la fecha en que la madre sea dada de alta del Hospital, el padre tendrá derecho al disfrute de cinco (5) días laborables, con paga, sin cargo a vacaciones. Este beneficio aplicará también en caso de adopción, esterilización o a la fecha de ocurrencia de un aborto. El médico unionado deberá someter evidencia para ser acreedor de este tipo de licencia.

## ARTICULO 29
## LICENCIA JUDICIAL

A todo médico unionado que se le requiera, previa citación al efecto, ausentarse del servicio para comparecer ante cualquier Tribunal de Justicia, la Junta de Apelaciones del Sistema de Administración de Personal o cualquier otro organismo administrativo para servir como testigo o jurado, se le concederá licencia con sueldo por todo el tiempo que esté ausente en dichas gestiones. Este tipo de licencia no se cargará contra ninguna otra licencia.

El médico unionado someterá evidencia a su supervisor inmediato en la cual se consigne el tiempo dedicado a su gestión en el organismo correspondiente.

## ARTICULO 30
## LICENCIA PARA FUNERALES

1.      En caso del fallecimiento de un familiar de los médicos unionados cubiertos por este Convenio, la CORPORACIÓN le concederá libre con paga, sin cargo a sus vacaciones o a su licencia por enfermedad, a partir de la fecha de fallecimiento o entierro, los días consecutivos que en adelante se detallan:

a.   5 días laborables - cónyuge, hijos e hijos de
        crianza, padres, padres de crianza.

b.   3 días laborables – hermanos o hermanos de crianza, tíos, abuelos,
        nietos, suegros, yernos, nueras y sobrinos.

c.   2 días laborables – cuñados

40

En caso de fallecimiento de cualquier otro familiar que no sea de los especificados anteriormente, el médico unionado podrá solicitar y la CORPORACIÓN concederá licencia con cargo a vacaciones.

2.    Cuando ocurra la muerte de un empleado de la CORPORACIÓN, el Presidente de la Unión o su representante autorizado, podrá solicitar al Administrador o a su representante para que le conceda, y éste concederá, permiso a un número de médicos unionados que no excederá de ocho (8) para que asistan al hogar o a la funeraria y al entierro de dicho empleado fenecido sin descuento de sus vacaciones o de licencias de clase alguna.

3.    Cuando el fallecimiento ocurriera fuera del país y el funeral se llevará a cabo en Puerto Rico, la Corporación concederá al médico unionado licencia para funeral a partir de la fecha del arribo del féretro a la isla.

4.    Cuando el fallecimiento ocurra mientras el médico unionado esté disfrutando de una licencia por enfermedad y/o vacaciones regulares, se acreditará la licencia de funeral sin perjudicar la licencia en uso.

## ARTICULO 31
## LICENCIA MILITAR

Se concederá licencia militar conforme a lo siguiente:

1.    Adiestramiento de Guardia Nacional

a.    Se reconoce el derecho a licencia militar.  De conformidad se concederá licencia militar con paga hasta un máximo de treinta (30) días laborales por cada año natural a los médicos unionados que pertenezcan a la Guardia Nacional de Puerto Rico y a los Cuerpos de Reserva de los Estados Unidos, durante el período en el cual estuvieren prestando servicios militares como parte de su entrenamiento anual o en escuelas militares, cuando así hubieren sido ordenados o autorizados en virtud de las disposiciones de las leyes de los Estados Unidos de América o del Estado Libre Asociado de Puerto Rico. Cuando dicho servicio militar activo federal o estatal, fuere en exceso de treinta (30) días, el médico unionado podrá completar el período de entrenamiento anual o en escuela militar con cargo a la licencia de vacaciones acumuladas a que tenga derecho y de no tener crédito de licencia a su favor, se le concederá licencia sin sueldo.

b.  Los médicos unionados en uso de este beneficio acumularán licencia de vacaciones regulares y de enfermedad.  Este crédito se hará después que el médico unionado regrese a su trabajo.

41

2.    Llamadas a Servicio Militar Activo Estatal o Federal

    a.    Se concederá licencia militar con paga en los casos de médicos unionados que pertenezcan a la Guardia Nacional de Puerto Rico y sean llamados por el Gobernador a Servicio Militar Activo Estatal, cuando la seguridad pública lo requiera o en situaciones de desastres causados por la naturaleza o cualquier otra situación de emergencia, conforme a las disposiciones del Código Militar (Ley Núm. 62 del 23 de junio de 1969) por el período autorizado.

    b.    Se concederá licencia militar con paga en los casos de médicos unionados que pertenezcan a la Guardia Nacional de Puerto Rico y/o a los Cuerpos de Reserva de los Estados Unidos, y sean llamados por el Presidente y/o Congreso de los Estados Unidos de América a servicio militar temporero cuando la seguridad pública lo requiera o en caso de emergencia.

    c.    Los médicos unionados en uso de este beneficio acumularán licencia de vacaciones regulares y de enfermedad.  Este crédito se hará después que el médico unionado regrese a su trabajo.

3.    Servicio Militar Activo

    a.    Se le concederá licencia militar sin paga a cualquier médico unionado que sea llamado a prestar servicio militar activo en las Fuerzas Armadas de los Estados Unidos de América, conforme a las disposiciones de la Ley de Servicio Federal, por el período de tiempo que comprenda el juramento inicial de la División de las Fuerzas Armadas de los Estados Unidos de América al cual ingrese. Si el médico unionado extiende voluntariamente el servicio militar, luego de finalizar el período de servicio que su juramento inicial le requiere, se entenderá que renuncia a su derecho a continuar disfrutando de esta licencia.

    b.    El médico unionado no acumulará licencia de vacaciones regulares ni por enfermedad mientras disfruta de la licencia militar en servicio activo.

4.    Al solicitar una licencia militar, el médico unionado deberá someter conjuntamente con su solicitud de licencia, evidencia oficial acreditativa de la orden de servicio militar en que basa su solicitud o cualesquiera otra evidencia requerida por la CORPORACIÓN.

## ARTICULO 32
## LICENCIA PARA ESTUDIOS

### A. LICENCIA CON SUELDO PARA ESTUDIOS.

1.     La CORPORACIÓN podrá conceder licencia con sueldo cuando surja una necesidad en el servicio, en un programa regular, con propósitos de seguir estudios post-graduados en Medicina o relacionados con su profesión de médico u otra profesión existente en la CORPORACIÓN.  Dicho término podrá ser interrumpido por razones de salud mental o física debidamente certificada por un doctor en medicina o por razones de necesidad de servicio según determinado por la CORPORACIÓN.

2.     Los estudios podrán ser diurnos o nocturnos.

3.     El médico unionado acumulará licencia por enfermedad y licencia de vacaciones mientras disfruta de la licencia.  La CORPORACION vendrá obligada a pagar el plan médico, tal como se dispone en este Convenio durante el disfrute de licencia.

4.     A su regreso, el médico unionado se reintegrará con todos los derechos que hubiese alcanzado como si estuviese en servicio activo y podrá optar por una reclasificación por estudio según Artículo 17, Incisos 6 y 7.

5.     La UNIÓN y la CORPORACIÓN designarán un Comité compuesto por dos (2) miembros, uno representativo de cada parte, quien revisará el Reglamento y los requisitos para cualificar de este beneficio.  La selección se hará considerando a todos los solicitantes cualificados mediante sorteo.

6.     Una vez terminada la licencia concedida, el médico unionado vendrá obligado a trabajar para la CORPORACIÓN por el tiempo que disfrutó la licencia, o en su defecto, vendrá obligado a rembolsar los salarios devengados y los costos de otros beneficios incluyendo estudios, libros y materiales.

7.     La CORPORACIÓN vendrá obligada a descontar la cuota mensual y remitirla a la Unidad Apropiada.

## B. LICENCIA SIN SUELDO PARA ESTUDIOS

Los médicos unionados podrán solicitar una licencia sin sueldo para estudio, para su mejoramiento profesional. La CORPORACIÓN la concederá, a menos que se demuestre que la concesión afectará adversamente los servicios que presta la CORPORACIÓN.

El médico unionado deberá hacer su solicitud a la CORPORACIÓN indicando la naturaleza de los estudios, una certificación estableciendo el hecho de que los mismos se ofrecerán únicamente de día, la duración de los mismos y la institución o lugar en el cual habrá de proseguirlos.

Los médicos unionados en disfrute de licencia sin sueldo para estudio al terminar los mismos se reintegrarán a sus puestos con el sueldo correspondiente a su plaza a la fecha de reingreso, y podrán optar por una reclasificación por estudio según Artículo 17, Incisos 6 y 7, previa petición al efecto.

## ARTICULO 33
## LICENCIAS ESPECIALES

## 1. LICENCIA POR SUSPENSION DE SERVICIO A CAUSA DE FUERZA MAYOR

En aquellas dependencias de la CORPORACIÓN donde por recomendación de las autoridades pertinentes se ordene a los médicos unionados a suspender labores ya comenzadas por causas de fuerza mayor, como por ejemplo, tormentas, inundaciones, terremotos, y otros, el tiempo del cese se considerará como si estuviera trabajando mientras dure la suspensión de labores para dicho día. Cuando un médico unionado se vea imposibilitado de llegar a su área de trabajo como consecuencia de un desastre natural y/o emergencia nacional, reconocido como tal por las autoridades pertinentes, la CORPORACIÓN no descontará de ningún tipo de licencia el tiempo que dicho médico unionado tome en lograr acceso a su área de trabajo.

La CORPORACIÓN tomará las medidas que correspondan para proteger la salud y seguridad de los médicos unionados cuando ocurran averías, tales como: la falta de energía eléctrica, servicios de agua potable, aire acondicionado y otras. De ocurrir la falta en horas de la mañana y transcurrido el término de dos (2) horas, se suspenderán las labores temporalmente y regresarán a la 1:00 de la tarde. De continuar la falta, las labores se suspenderán una vez transcurrido el tiempo de una (1) hora. De ocurrir la falta en horas de la tarde y transcurrido el término de una (1) hora y cuarenta y cinco minutos, se suspenderán las labores hasta el próximo día laborable. El tiempo que dure la reparación de las averías y no se haya trabajado, no será cargado a ningún tipo de licencia.

Esto aplica a los médicos unionados en todos los horarios establecidos.

En casos de emergencia, como escapes de gases o emanaciones tóxicas, se suspenderán inmediatamente las labores en las áreas afectadas por el tiempo que las partes entiendan razonable.

## 2. LICENCIA CON PAGA PARA REPRESENTAR A PUERTO RICO EN COMPETENCIAS DEPORTIVAS DENTRO O FUERA DEL PAIS

Se establece una licencia deportiva especial para los miembros de la Unidad Apropiada que estén debidamente certificados por el Comité Olímpico o Federaciones afiliadas al Comité Olímpico de Puerto Rico tales como pero no limitados a: competidores, jueces, árbitros, apoderados, dirigentes, entrenadores o delegados para representar a Puerto Rico en Juegos Olímpicos, Juegos Panamericanos, Centroamericanos o en campeonatos regionales o mundiales.

## 3. LICENCIA CON PAGA PARA REPRESENTAR A LA CORPORACION EN ACTIVIDADES DEPORTIVAS DENTRO O FUERA DEL PAIS

a.   Se concederá esta licencia a los médicos unionados de la Unidad Apropiada que sean miembros de los equipos deportivos reconocidos por la CORPORACIÓN.

b.   Para ser acreedor a este privilegio, el médico unionado deberá gozar de un récord satisfactorio de asistencia, puntualidad y buena disciplina.

c.   Los delegados y/o dirigentes de los equipos disfrutarán de esta licencia para participar en reuniones de coordinación o talleres de capacitación deportiva, por el término que sea necesario, luego de recibirse la verificación adecuada.

d.   Los miembros de los equipos podrán disfrutar anualmente hasta cinco (5) días laborables con paga y sin cargo a licencia alguna para participar en actividades deportivas fuera de Puerto Rico.

e.   Los miembros de los equipos podrán disfrutar de hasta un máximo de cinco (5) días laborables anuales con paga y sin cargo a licencia alguna para participar en actividades deportivas en Puerto Rico.

## 4. LICENCIA CON PAGA PARA ASISTIR O REPRESENTAR A PUERTO RICO EN CONGRESOS PROFESIONALES DENTRO O FUERA DEL PAIS

La CORPORACIÓN concederá licencia con paga y sin cargo a licencia alguna a un (1) miembro de la Unión por Región, uno (1) del Hospital Industrial y uno (1) de Oficina Central, hasta un máximo de dos (2) Congresos anuales. Esta concesión no excederá de cinco (5) días laborables por congreso.

45

5. **LICENCIA POR SERVICIOS VOLUNTARIOS A LA OFICINA DE MANEJO DE EMERGENCIAS (DEFENSA CIVIL) EN CASOS DE DESASTRES**

   a.    Se concederá licencia con paga por el tiempo que un médico unionado preste servicios voluntarios a la Oficina de Manejo de Emergencia en casos de desastres o por razones de adiestramientos cortos que le sean requeridos oficialmente por dicho Organismo.

   b.    Para ser acreedor de esta licencia, el médico unionado deberá presentar evidencia de que ha prestado dichos servicios. Esta será firmada por el Director de la Oficina de Manejo de Emergencia o en su defecto, por el Director Regional de la misma. Dicha evidencia será presentada a la CORPORACIÓN antes de prestar los servicios o durante las veinticuatro (24) horas siguientes de haber comenzado a rendirlos. Esta licencia está limitada a cinco (5) días laborables.

6. **LICENCIA ESCOLAR**

La CORPORACIÓN concederá tiempo sin cargo a ningún tipo de licencia para que los padres o tutor legal, a requerimiento de las autoridades escolares o por iniciativa propia, comparezcan a las instituciones educativas donde cursan estudios sus hijos. Esta licencia solo se utilizará dos (2) veces por semestre escolar. El médico unionado evidenciará mediante una certificación de las autoridades escolares las comparecencias a las mismas.

La Corporación también otorgará sin cargo a licencia alguna el tiempo para que los padres o tutor legal asistan a los actos de graduación de sus hijos, incluyendo grados universitarios.

7. **LICENCIA PARA DONAR SANGRE**

La Corporación concederá una licencia con paga, por cuatro (4) horas al año para acudir a donar sangre (Ley #154 del 11 de agosto de 2000).

8. **LICENCIA PARA RENOVAR LICENCIA DE CONDUCIR**

La Corporación concederá dos (2) horas laborables sin cargo a licencia alguna y con paga para renovar la licencia de conducir (Ley #22 del 2 de enero del 2000).

## ARTICULO 34
## ADIESTRAMIENTOS

1. La CORPORACIÓN desarrollará un programa de Adiestramiento para los médicos unionados. Este consistirá tanto de áreas relacionadas al Sistema de Compensación por Accidentes del Trabajo, Medicina Ocupacional, como a cualquier otra área de la Medicina. Estos podrán ser desarrollados por la CORPORACIÓN y/o en conjunto con cualquier otra entidad como Facultades de Medicina, Colegio de Médicos, etc. La CORPORACIÓN pagará los gastos de matrícula, créditos educativos, libros, materiales y concederá el tiempo libre de cargos para estos fines.

2. El médico unionado continuará disfrutando de todos los derechos inherentes a su puesto.

3. Estos adiestramientos podrán incluir seminarios dentro y fuera de Puerto Rico. El médico unionado podrá solicitar adiestramientos de su interés dentro y fuera de Puerto Rico desarrollados por otras instituciones. Cuando el adiestramiento sea fuera de Puerto Rico, la Corporación concederá un día antes y un día después del período de adiestramiento libre de cargo para los arreglos de viaje.

4. En un tiempo no mayor de treinta (30) días de la firma del Convenio Colectivo el Comité, compuesto por dos representantes de ambas partes, continuará con el programa de adiestramiento.

5. Cada médico unionado tendrá derecho a participar en por lo menos dos (2) adiestramientos por semestre, en adición ha aquellos suministrados por la Corporación como requisito, por año fiscal.

6. Los adiestramientos serán distribuidos en forma equitativa.

7. El médico unionado notificará con tiempo suficiente para que el supervisor médico inmediato pueda hacer los arreglos pertinentes y el interesado pueda asistir al Adiestramiento y el servicio no sea afectado.

8. El médico unionado someterá la petición de adiestramiento a su supervisor médico quien procederá de inmediato a recomendarla a la Oficina de Educación y Desarrollo para su consideración. Dicha Oficina de Educación y Desarrollo responderá sobre esta petición, dentro del plazo de quince (15) días calendario, a partir de la petición ante el supervisor médico. De no mediar respuesta dentro dicho plazo la misma se considerará aprobada según lo solicitado, y el gasto incurrido por el médico unionado le será rembolsado.

47

## ARTICULO 35
## PAGO DE MATRICULA

1. La CORPORACIÓN pagará la matrícula de los médicos unionados que estén realizando estudios universitarios hasta un máximo de quince (15) créditos, por bimestre, trimestre, cuatrimestre y semestre; y nueve (9) créditos por sesión de verano, en cualquier institución universitaria debidamente reconocida. El médico unionado deberá radicar una solicitud en el formulario provisto por la CORPORACIÓN para estos efectos. Para tener derecho a este beneficio, el médico unionado deberá mantener un índice académico de dos (2.00) puntos o más. También pagará, una vez autorizado el pago de matrícula, las tarifas incluidas como parte de la matrícula y hará un rembolso de hasta trescientos cincuenta ($350) dólares para gastos de libros y materiales por matrícula. El médico unionado deberá presentar evidencia del gasto incurrido para recibir el rembolso así como, evidencia de los cursos aprobados y de su índice académico. Se concederá un (1) día para utilizarse en el proceso de matrícula sin cargo a vacaciones de clase alguna.

Si el médico unionado se da de baja parcial, total o abandona los estudios, tendrá que rembolsar a la Corporación el importe correspondiente a la baja que le fuera otorgado para dichos estudios a menos que tal baja se deba a razones de salud mental o física debidamente certificado por un doctor en medicina o por razones de necesidad de servicio según determinado por la CORPORACION.

A solicitud del médico unionado la CORPORACION autorizará el pago de matrícula, de materiales y libros en cursos de mejoramiento, en cursos ofrecidos por las Facultades de Medicina en cursos de repaso de materias de Medicina, Seminarios del Colegio de Médicos, Asociación Médica de Puerto Rico y cualquier otro curso que sea de interés y provecho para la CORPORACION y el médico unionado.

## ARTICULO 36
## PLAN FAMILIAR DE SALUD

1. La CORPORACIÓN durante la vigencia del Convenio Colectivo pagará a los médicos unionados cubiertos por este Convenio el cien por ciento (100%) del costo del Plan Médico de Salud escogido por éstos.

2. Las partes acuerdan que la UNIÓN participará en el diseño y selección del Plan Médico único a negociarse para los médicos unionados miembros de la Unidad Apropiada y/o de la CORPORACIÓN, a través del Comité de Plan Médico. La UNIÓN tendrá igual número de representantes en el Comité de Plan Médico que las demás organizaciones de la CORPORACIÓN. La UNIÓN continuará participando del Plan Médico vigente hasta tanto se haga una nueva selección.

48

3. El Plan Médico cubrirá a todos los dependientes del médico unionado, incluyendo a los padres hasta el día 31 de marzo de 2003. Los padres del médico unionado podrán mantenerse, excluirse o incluirse (fuera de fecha de renovación del plan médico una vez haya cumplido los sesenta y cinco (65) años y posean Medicare) en la cubierta del plan médico como dependientes opcionales posterior a la firma de este Convenio Colectivo.

4. Los médicos unionados que se acojan al Plan Individual que fuere cotizado podrán utilizar el remanente hasta completar la cantidad máxima aportada por la CORPORACIÓN para incluir otros dependientes.

5. Cuando un médico unionado esté disfrutando de licencia sin sueldo por motivo de enfermedad ocupacional o no ocupacional o accidente del trabajo, la CORPORACIÓN vendrá obligada a pagar el plan médico, tal como se dispone en este Artículo, durante el tiempo en que el médico unionado no esté devengando su salario, hasta un máximo de quince (15) meses. En caso de que un médico unionado sufra de una enfermedad terminal el plan médico se le extenderá por un período de veinticuatro (24) meses o hasta su fallecimiento, lo que ocurra primero.

6. En caso de cónyuges cubiertos por el Plan, el pago del mismo a uno de ellos cubrirá a ambos cónyuges, por lo que podrá utilizarse los restantes correspondientes al otro cónyuge, para incluir dependientes adicionales.

7. Cuando un médico unionado se acoja a los beneficios de retiro durante la vigencia de este Convenio, la CORPORACIÓN pagará el cien por ciento (100%) del costo del plan médico provisto por este Artículo, hasta un máximo de dos (2) años, a partir de la fecha de efectividad de su retiro. Bajo ninguna circunstancia, la cantidad a ser pagada podrá ser mayor que la cantidad que la Corporación aporte para costear el pago del Plan Médico para un médico unionado activo. A partir del tercer (3) año de retiro, el ex-médico unionado podrá continuar dentro del plan médico de los empleados de la Corporación, y ésta aportará la cantidad de treinta y cinco ($35) dólares mensuales hasta que el médico unionado cumpla los sesenta y cinco (65) años de edad. Una vez cumplidos los sesenta y cinco años de edad, el ex-médico unionado podrá continuar dentro del plan médico, condicionado a que éste pague la totalidad del plan médico.

8. En el caso del plan médico provisto para los médicos unionados retirados, la extensión de dicho beneficio se circunscribirá única y exclusivamente al médico unionado jubilado y su núcleo familiar inmediato, entiéndase cónyuge e hijos que cualifiquen según definido por el proveedor.

9. En caso de que un médico unionado cubierto por este Convenio falleciera, la CORPORACIÓN pagará el cien por ciento (100%) del plan médico provisto por este artículo al cónyuge y dependientes que mantenía en el contrato al momento de su deceso hasta un máximo de un (1) año, a partir de la fecha de su muerte, o la fecha de expiración del contrato, lo que sea mayor.

## ARTICULO 37
## BENEFICIOS POR JUBILACION

1.     La CORPORACIÓN pagará a aquellos médicos unionados cubiertos por este Convenio que se retiren por años de servicios o edad, o retiro temprano conforme a la Ley de Retiro, una compensación ascendente a veinte y cinco (25%) del sueldo anual que estuviere devengando el médico unionado al momento de su retiro y durante la vigencia de este Convenio. El pago será realizado no más tarde de sesenta (60) días calendario, a partir del momento en que el médico unionado haya cumplido con todos los requisitos de la Corporación. De no cumplir con este plazo de tiempo  la Corporación pagará una penalidad correspondiente al por ciento de interés prevaleciente para cada mes o fracción de mes en atraso.

2.     En el cómputo de la licencia final a los médicos unionados que se retiren para acogerse a una de las pensiones del Sistema de Retiro de Empleados del Estado Libre Asociado de Puerto Rico, se les incluirá la parte proporcional de días que corresponda a la liquidación de vacaciones regulares y licencia por enfermedad acumulada.


## ARTICULO 38
## BENEFICIOS POR INCAPACIDAD Y MUERTE

1.     La CORPORACIÓN, la UNIÓN y los miembros de ésta, en su carácter individual, se obligan a adoptar las medidas y precauciones necesarias para evitar accidentes del trabajo. Cuando un médico unionado sufra un accidente del trabajo, el Jefe de la Oficina o División o cualquier otro funcionario de la CORPORACIÓN autorizado, rendirá a la CORPORACIÓN el informe patronal correspondiente a la mayor brevedad.

2.     Cuando un médico unionado se incapacite para trabajar y no tenga derecho a los beneficios de la Ley del Retiro de los Empleados del Gobierno, la CORPORACIÓN pagará durante la vigencia de este Convenio una compensación equivalente al cincuenta y cinco (55%) del sueldo que devengaba al momento en que quedó incapacitado y por un término de un año.  En caso de que el médico unionado sea rehabilitable, la CORPORACIÓN le proveerá gastos de rehabilitación hasta un máximo de cinco mil ($5,000) dólares durante la vigencia de este Convenio, independiente a la compensación antes descrita.

3.     La CORPORACIÓN pagará durante la vigencia de este Convenio un beneficio por incapacidad a todo médico unionado que se retire del servicio por una incapacidad ocupacional o no ocupacional, ascendente a cinco mil ($5,000) dólares.  Esta compensación se pagará al médico unionado dentro de los treinta (30) días de haberse retirado del servicio.  Esta compensación será independiente de cualquier otra compensación a que tenga derecho el médico unionado.  En caso de muerte, la misma se pagará a sus herederos de acuerdo con su designación de beneficiarios.

50

## ARTICULO 39
## AUMENTO DE SALARIOS

1.    La CORPORACIÓN concederá aumentos de salarios mensuales a los médicos unionados cubiertos por este Convenio Colectivo y durante la vigencia del mismo, según se dispone en adelante:

    a.    $180.00 dólares durante el primer año
    b.    $185.00 dólares durante el segundo año
    c.    $190.00 dólares durante el tercer año
    d.    $195.00 dólares durante el cuarto año

2.    El resultado de estos aumentos se llevará al dólar más cercano.

## ARTICULO 40
## DIETAS

1.    La CORPORACIÓN compensará a los médicos unionados cubiertos por este Convenio y durante la vigencia del mismo, por concepto de dietas, lo siguiente:

| | | |
|---|---|---|
| a. | Desayuno | $ 4.50 |
| b. | Almuerzo | $ 9.50 |
| c. | Comida | $ 10.00 |
| d. | Alojamiento | $ 90.00 |

2.    Para efectos del pago de dietas arriba mencionadas se utilizará el siguiente horario:

| | | Partida en o antes de: | Regreso en o después de: |
|---|---|---|---|
| a. | Desayuno | 6:30 a.m. | 8:00 a.m. |
| b. | Almuerzo | 12:00 m. | 1:00 p.m. |
| c. | Comida | 6:00 p.m. | 7:00 p.m. |

3.    Se entiende por dietas las asignaciones fijas convenidas para los gastos rembolsables de comida y alojamiento en que incurran los médicos unionados cubiertos por este Convenio, cuando son requeridos a trabajar fuera de su zona o sitio de trabajo.

4. · A los médicos unionados autorizados a viajar fuera de Puerto Rico, se les pagará por adelantado la dieta que corresponda según se indica a continuación:

    a. Desayuno $10.00
    b. Almuerzo $20.00
    c. Comida   $20.00

La Corporación sufragará los gastos de transportación (aérea, terrestre, marítimo, etc.), alojamiento, matrícula, maleteros y propina.

5. Si durante la vigencia de este Convenio el Gobierno Central en el Departamento de Salud, igualare o sobrepasare cualesquiera de las partidas acordadas en este Artículo, las mismas se igualarán a éstas y, además, se concederá un veinticinco por ciento (25%) del neto ajustado.

## ARTICULO 41
## MILLAJE

1. Los médicos unionados cubiertos por este Convenio a quienes se le haya autorizado a usar su propio automóvil, recibirán rembolsos por los gastos de transportación a razón de cincuenta y ocho (58) centavos y doce (12) centavos adicionales por cada acompañante, por cada milla recorrida durante la vigencia de este Convenio. El rembolso incluirá el pago de peaje cuando el mismo sea parte de la ruta utilizada.

2. Aquellos médicos unionados que utilicen la transportación pública en funciones del servicio se les rembolsarán dichos gastos de transportación a base de las tarifas de la Comisión de Servicios Públicos. Para determinar las millas recorridas se utilizará la tabla oficial preparada por la Autoridad de Carreteras.

3. Cuando se autorice al médico unionado a salir y regresar en gestiones oficiales, las millas recorridas se contarán desde el sitio de salida y regreso autorizado, ya sea residencia oficial o residencia privada. El supervisor considerará el mayor aprovechamiento de las horas regulares de trabajo y velará porque se pague el millaje correspondiente a la distancia física más corta entre la ruta autorizada y el sitio de trabajo temporero. Cuando el servicio así lo requiera, podrán rembolsarse gastos de viaje a base de otra distancia física, siempre que el funcionario a cargo de la unidad operacional correspondiente o su representante autorizado (supervisor) justifique en el Comprobante de Gastos de Viaje del médico unionado las razones que tuvo para autorizar dicha distancia física.

4. Si durante la vigencia de este Convenio, el Gobierno Central, el Departamento de Salud, igualare o sobrepase las partidas aquí acordadas, las mismas se igualarán a ésta y, además, se concederá un veinticinco por ciento (25%) al neto ajustado.

## ARTICULO 42
## COMPENSACION FIJA POR EL USO DE AUTOMOVIL, PAGO DE PEAJE Y ESTACIONAMIENTO

Todo médico unionado a quien la CORPORACIÓN requiera usar su propio automóvil en funciones oficiales del empleo, tendrá derecho a una compensación fija por cada mes si recorre cien (100) millas o más en gestiones de su puesto. La compensación fija será de ciento quince ($115) dólares durante la vigencia de este Convenio.

Para determinar las millas recorridas se utilizará la tabla oficial preparada por la Autoridad de Carreteras.

A todos los médicos unionados a quienes se les haya autorizado a usar su propio automóvil en funciones oficiales de su empleo, se les pagarán los gastos de estacionamiento y se les pagarán los gastos de peaje.

## ARTICULO 43
## FINANCIAMIENTO DE VEHICULOS

La CORPORACIÓN proveerá orden de viaje permanente y autorización de uso de automóvil a todo médico unionado con permanencia. La Corporación proveerá financiamiento a todo médico unionado con permanencia que solicite la compra de un vehículo de motor para uso de su trabajo. Proveerá también financiamiento a los médicos unionados en licencia sindical.

A continuación se incluye el Reglamento que permitirá la implantación de este beneficio:

I.    **Base Legal**

Este Artículo 43, Financiamiento de Vehículos, del Convenio Colectivo de la Unión de Médicos de la Corporación del Fondo del Seguro del Estado, para los años de vigencia de este Convenio, establece lo siguiente:

La CORPORACIÓN proveerá orden de viaje permanente y autorización de uso de automóvil a todo médico unionado con permanencia. La Corporación proveerá financiamiento a todo médico unionado con permanencia, independientemente de la edad del solicitante, que solicite la compra de un vehículo de motor para uso de su trabajo. La orden de viaje permanente estará vigente mientras el médico unionado sea un empleado regular permanente de la Corporación.

53

II.   **Propósito**

A tono con lo anterior, se emite este Reglamento donde se establecen las normas que regirán, para la otorgación y control del crédito y para el financiamiento de automóviles a los médicos unionados con derecho al mismo.

III.   **Tipo de Financiamiento**

A. En automóviles nuevos, la CORPORACIÓN financiará o el valor del automóvil hasta un máximo de cuarenta mil ($40,000) dólares incluyendo el correspondiente seguro "double interest". La cantidad así financiada con sus intereses se le descontará del sueldo mensual del médico unionado entre doce (12) y setenta y dos (72) plazos iguales y consecutivos a discreción del médico unionado en aquellos automóviles cuyo valor exceda los treinta y cinco mil ($35,000) dólares. En caso de automóviles nuevos, cuyo valor sea de hasta treinta y cinco mil ($35,000) dólares se le descontará del sueldo mensual del médico unionado entre doce (12) y sesenta (60) plazos iguales consecutivos a discreción del médico unionado.

B. Plan de Automóviles de hasta dos años de uso

La CORPORACIÓN financiará el valor del automóvil hasta un máximo de treinta y cinco mil ($35,000) dólares, incluyendo el correspondiente seguro "double interest". La cantidad así financiada, con sus intereses se le descontará del sueldo mensual del médico unionado entre doce (12) y sesenta (60) plazos iguales y consecutivos a discreción del médico unionado.

C. Plan de Automóviles de más de dos (2) años y hasta cuatro (4) años de uso

La CORPORACION financiará el valor del automóvil hasta un máximo de veinte mil ($20,000) dólares, incluyendo el correspondiente seguro "double interest". La cantidad así financiada o con sus intereses se le descontará del sueldo mensual del médico unionado entre doce (12) y cuarenta y ocho (48) plazos iguales y consecutivos a discreción del médico unionado.

D. A los efectos de determinar el tiempo de uso de los vehículos usados se tomará como base la fecha de registro original en el Departamento de Transportación y Obras Públicas de Puerto Rico, o en el estado o territorio en que hubiese sido inscrito originalmente.

E. En los casos de vehículos usados y para los efectos de la concesión de la cantidad total de financiamiento, la CORPORACIÓN se reserva el derecho de determinar el valor del vehículo, utilizando para ello tasadores de su propia selección.

IV.   **Condiciones para el Otorgamiento de Crédito**

A. El solicitante tiene que ser médico unionado.

B. Todo automóvil para el cual se conceda financiamiento será hipotecado a favor de la Corporación del Fondo del Seguro del Estado y estará asegurado con una compañía

54

autorizada a hacer negocios en Puerto Rico, por una cantidad no menor de la deuda. La póliza será expedida a favor del médico unionado y/o del Fondo del Seguro del Estado y cubrirá los riesgos de incendio, robo, huracán y colisión. El médico unionado vendrá obligado a obtener, además, un seguro de vida endosado a favor de la CORPORACIÓN, por el balance de la deuda.

C.  No se expedirá la orden de compra hasta que la CORPORACIÓN no reciba las pólizas o por lo menos un certificado de seguro.

D.  La póliza se mantendrá vigente desde el momento en que se le conceda el financiamiento hasta que el mismo sea liquidado en su totalidad.

E.  Los automóviles que sean financiados deberán guardar armonía con normas de comodidad, austeridad, modestia, y adecuados para realizar las gestiones oficiales.

F.  El financiamiento devengará intereses a razón de cuatro y medio (4.5%) por ciento anual.

V.  **Adquisición de Automóvil**

A.  Al médico unionado que desee comprar un automóvil, la CORPORACIÓN le adelantará el dinero necesario para que compre el automóvil según el tipo de financiamiento establecido.

B.  Para ser elegible para un nuevo préstamo, el automóvil originalmente financiado deberá reunir los siguientes requisitos:



    1.  Vehículos Nuevos

Haber recorrido la cantidad de cincuenta mil (50,000) millas y/o deberá tener tres (3) años o más en poder del médico unionado o estar en estado tal que perjudique la eficiencia en la transportación o implique riesgos a la seguridad personal.

    2.  Vehículos Usados

En caso de autos usados, los mismos deberán tener dos (2) años o más en poder del médico unionado y/o haber recorrido no menos de treinta y cinco mil (35,000) millas, además del millaje regular al momento de la compra o estar en estado tal que perjudique la eficiencia en la transportación o implique riesgos a la seguridad personal.

C.  La CORPORACIÓN se reserva el derecho de someter el automóvil a una inspección donde se verifique si por la condición del mismo amerita ser cambiado.

## VI.   Venta de Automóvil

A.     Si durante la vigencia de la hipoteca, el médico unionado decidiera vender el vehículo, la CORPORACIÓN exigirá la suma total de la deuda.

B.     En los casos en que la venta se vaya a efectuar a otro empleado que cualifique, la CORPORACIÓN podrá otorgar un préstamo para financiamiento del balance de la hipoteca a nombre del comprador. El comprador se hará responsable de los seguros a adquirirse para el automóvil.

## VII.   Condiciones Generales

A.     Los desembolsos para el financiamiento de automóviles no excederá de Cinco Millones ($5,000,000) de dólares a partir de la vigencia de este Convenio.

B.     Las solicitudes para préstamos de financiamiento serán evaluadas por el Comité de Financiamiento y aprobadas por el Administrador de la Corporación del Fondo del Seguro del Estado, o su representante autorizado.

Este Comité estará compuesto por dos (2) representantes de la CORPORACIÓN y dos (2) representantes de la UNIÓN.

C.     El médico unionado vendrá obligado a tener el automóvil disponible en todo momento para ser usado en asuntos oficiales.

D.     En los casos de médicos unionados cubiertos por este Convenio que se acojan a los beneficios de retiro, por incapacidad o años de servicios, se establecerá un procedimiento de Liquidación de Deuda acordado por los miembros del Comité de Financiamiento de Automóviles.

E. La CORPORACIÓN, al adelantar dinero a un médico unionado para adquirir un automóvil, no incurre en el compromiso de mantener a ese médico unionado en la misma plaza o en cualquier otra que se requiera viajes frecuentes.

## ARTICULO 44
## SEGURO DEL AUTOMOVIL

La Corporación del Fondo del Seguro del Estado aportará un veinte y dos (22%) de la prima total del seguro por daños físicos de automóvil a todo médico unionado comprendido dentro de la Unidad Apropiada y que tenga una autorización para uso de automóvil en gestiones oficiales de la CORPORACIÓN. Esta aportación se hará de acuerdo a las siguientes condiciones:

a. La prima total del seguro por daños físicos de automóvil se refiere a la suma de las primas para las cubiertas de (a) colisión o vuelco y (b) comprensiva. Esta no incluye

56

prima alguna por concepto de las cubiertas de responsabilidad pública o de cualquier otro tipo de cubierta, las cuales habrán de ser sufragadas en su totalidad por el médico unionado.

b. La aportación de la CORPORACIÓN se hará únicamente sobre las primas del Seguro descrito en el inciso a (a y b) y que asegure únicamente el automóvil del médico unionado usado por éste para gestiones oficiales mediante solicitud y autorización para uso de automóvil privado. Este beneficio se aplicará a automóviles financiados a través de la Corporación del Fondo del Seguro del Estado y otros financiados a través de otras agencias de financiamiento o vehículos sin deuda.

En caso de pérdida total del automóvil, la CORPORACIÓN recuperará la parte del seguro no utilizado aportado por ésta. En tal caso el médico unionado asegurado reclamará a la compañía aseguradora y reembolsará a la CORPORACIÓN la suma que corresponda.

c. Las primas a ser compartidas por la Corporación del Fondo del Seguro del Estado serán pagadas a tenor con las normas de austeridad que prevalecen en el Gobierno del Estado Libre Asociado de Puerto Rico y se velará porque se consignan las primas más adecuadas en términos de la protección de la propiedad y costo. La CORPORACIÓN podrá rechazar una póliza de seguro que no se ajuste a las normas y criterios antes descritos.

d. Tanto en los casos de automóviles nuevos como de automóviles usados, la póliza de seguro cubriendo los daños físicos que pudiere sufrir el automóvil, se obtendrá y hará efectiva por todo el período que comprenda el financiamiento del automóvil que adquiera el médico unionado.

e. La póliza de seguro proveyendo las cubiertas que se disponen en el inciso (a), deberá ser emitida a nombre del médico unionado de la CORPORACIÓN al cual se le concede el financiamiento para el mismo y de la Corporación del Fondo del Seguro del Estado o si fuere emitida a nombre del médico unionado de la CORPORACIÓN solamente con un endoso conteniendo una cláusula de pago de pérdida a nombre de la Corporación del Fondo del Seguro del Estado.

f. Las pólizas de seguro a comprarse de acuerdo a este artículo se adquirirán de instituciones aseguradoras debidamente autorizadas a hacer negocios en Puerto Rico y que gocen de solvencia económica y prestigio en la comunidad del campo de los seguros.

g. No se computarán intereses sobre los seguros requeridos para los automóviles financiados por la Corporación del Fondo del Seguro del Estado siempre y cuando los seguros estén comprendidos en la cantidad financiada.

## ARTICULO 45
## BONO DE NAVIDAD

1. Los médicos unionados cubiertos por este Convenio recibirán un Bono Navideño equivalente al 8.5% del sueldo anual devengado por el médico unionado durante cada año de la vigencia de este Convenio, hasta un máximo de treinta y dos mil ($32,000) dólares.

2. Para efectos de determinar el monto del bono navideño, se considerará como sueldo anual el sueldo total devengado por el médico unionado entre el primero de diciembre del año anterior y el 30 de noviembre del año en que se paga el bono.

3. El Bono Navideño no estará sujeto a las deducciones por concepto de retiro y ahorro y se pagará durante la primera semana del mes de diciembre.

4. Las disposiciones de este Artículo son aplicables a todo médico unionado que haya trabajado en un puesto cubierto por la Unidad Apropiada. También tendrán derecho al bono, los médicos unionados que hayan trabajado en la CORPORACIÓN por lo menos ciento veinte (120) días al año, independientemente de las condiciones de su nombramiento. También tendrán derecho al bono los médicos unionados que hayan sufrido accidentes del trabajo, a base del sueldo devengado, aunque estén en licencia sin sueldo, disponiéndose que el tiempo en que estos médicos unionados estén en licencia sin sueldo, se les considerará como si estuvieran trabajando.

5. Cuando el médico unionado renuncie a su puesto o sea separado del servicio por cualquier causa, tendrá derecho a que se le pague el bono en forma proporcional a los salarios devengados durante el año correspondiente al pago de su bono. Para los efectos de computar el pago se incluirán los días por vacaciones regulares y licencia por enfermedad que tenga acumuladas el médico unionado al momento de su renuncia o separación.

6. Si un médico unionado cubierto por este Convenio muere después de haber adquirido los derechos aquí pactados, dicho bono le será pagado a sus herederos según las disposiciones del Código Civil de Puerto Rico.

## ARTICULO 46
## TABLON DE AVISOS

1. La CORPORACIÓN proveerá y fijará tablones de avisos en lugar visible dentro del vestíbulo del Edificio Central, Hospital Industrial, en todos los dispensarios y en el piso en que esté ubicado. Asuntos de la Comisión Industrial y el Área de Servicios Médicos para uso de la Unión de Médicos de la Corporación del Fondo del Seguro del Estado.

58

2.      En estos Tablones de Avisos no se pondrán anuncios de índole política, sectarios o inmorales. No se fijarán anuncios difamatorios ni libelosos contra ninguna persona natural o jurídica.

3.      Estos tablones serán usados por los representantes autorizados de la UNIÓN. El Presidente de la UNIÓN notificará por escrito al Director de Relaciones Laborales e Igualdad en el Empleo la persona designada para encargarse de estos Tablones de Avisos.

## ARTICULO 47
## DISPOSICIONES GENERALES

1.      Los médicos unionados cubiertos por este Convenio cobrarán quincenalmente. No habrá privilegio en la entrega de cheques para ningún empleado o funcionario de la CORPORACIÓN. Ningún supervisor podrá retener dichos cheques después de haberse dado la orden de pago, excepto, que el médico unionado no tenga derecho a cobrar el mismo.

2.      La CORPORACIÓN enviará a la UNIÓN, dentro de tres (3) días de haberse emitido, copia fiel y exacta de toda circular, memorando u orden administrativa dirigida al personal médico unionado y que pueda afectar las condiciones de trabajo. El recibo de éstas no implicará la aceptación de las mismas por parte de la UNIÓN.



3.      A solicitud de la UNIÓN la CORPORACIÓN facilitará el Salón de Actos de la Oficina Central o cualesquiera otras facilidades físicas siempre y cuando estén disponibles. La CORPORACIÓN concederá tiempo libre dentro del horario regular de trabajo, sin pérdida de paga, para que los médicos unionados puedan asistir a las reuniones de la UNIÓN limitado a tres y media (3 1/2) horas una vez al mes. Cuando se celebren estas reuniones, las partes tomarán las medidas necesarias para no interrumpir los servicios. La UNIÓN notificará al Director Asociado de Relaciones Laborales e Igualdad en el Empleo o al Administrador con por lo menos tres (3) días laborables de antelación. La UNIÓN velará por el buen uso de este beneficio. La Corporación autorizará el tiempo adicional necesario para que los médicos unionados de las distintas regiones estén puntuales. Las asambleas se celebrarán en día viernes excepto en caso excepcionales.

4.      La CORPORACIÓN suministrará una lista de los médicos unionados cubiertos por este Convenio que refleje la fecha de empleo en la CORPORACIÓN, el puesto, el sueldo que devengue y su dirección postal. Dicha lista deberá ser suministrada no más tarde de cuarenta y cinco (45) días después de la firma de este Convenio y subsiguientemente cada ciento veinte (120) días.

5.      La CORPORACIÓN enviará a la UNIÓN, dentro de los treinta (30) días de la firma de este Convenio y posteriormente cada noventa (90) días, una lista reflejando todos los puestos vacantes o de nueva creación que tenga la CORPORACIÓN dentro de la Unidad Apropiada.

6.      La CORPORACIÓN y la UNIÓN tomarán las medidas de seguridad necesarias e indispensables para la prevención de accidentes del trabajo. Se le dará participación a la matrícula en el Comité de Seguridad existente.

7. Los supervisores médicos tomarán todas las medidas necesarias para evitar accidentes del trabajo y vendrán obligados a notificar directamente al Director Asociado de Seguridad Pública, cualquier anormalidad o deficiencia en las facilidades físicas que puedan provocar accidentes. Los médicos unionados velarán por su seguridad individual y la de sus compañeros de trabajo y cumplirán con todas las reglas de seguridad. Deberán notificar al Director Asociado de Seguridad Pública enviando copia de la notificación al Presidente de la UNIÓN.

8. La CORPORACIÓN remitirá a la UNION copia de todo nombramiento de médicos unionados cubiertos por la Unidad Apropiada dentro de los tres (3) días laborables de haberse efectuado. Hasta donde sea posible, dichos documentos se entregarán por mensajero al Presidente o a la Secretaria de la UNIÓN.

9. La CORPORACIÓN, durante las horas laborables, rendirá homenaje de reconocimiento a los médicos unionados en los días seleccionados especialmente para honrar su profesión o les permitirá tomar un receso para hacer su propia celebración en ese día, siempre y cuando no se vean afectados los servicios.

10. La CORPORACIÓN concederá tiempo, sin cargo a vacaciones alguna, para que el médico unionado que así lo solicite pueda participar en las actividades que celebre el Colegio de Médicos y Cirujanos de Puerto Rico, como parte de sus Asambleas. Esto incluirá el tiempo para participar en los seminarios allí brindados, al igual que el pago de los mismos por parte de la Corporación.

11. Cuando un médico unionado cumpla los setenta (70) años de edad podrá solicitar permanecer en el servicio, si así lo desease, si está física y mentalmente capacitado.

12. La UNIÓN podrá querellarse a la CORPORACIÓN de las actuaciones de cualquier funcionario. Al recibir la querella la CORPORACIÓN la investigará a la mayor brevedad posible tomando en consideración cualquier evidencia presentada por la UNIÓN y hará sus determinaciones.

13. El personal gerencial no ejecutará labores propias de la Unidad Apropiada, excepto en situaciones de emergencia en que se vean afectados los servicios que ofrece la CORPORACIÓN y no hubiere suficiente personal médico unionado disponible para atender la emergencia.

14. Las partes acuerdan que para poder llevar a cabo las actividades de la CORPORACION en forma normal, se hace necesario que los médicos unionados cumplan a cabalidad con las disposiciones de este Convenio.

15. Las partes reconocen la necesidad de que cada médico unionado se dedique a cumplir fielmente con las funciones inherentes del cargo que ocupa. A tales efectos, se prohíbe terminantemente la venta o fomento en las mismas de cualquier tipo de artículo en horas laborables en o fuera de las facilidades de la CORPORACION. Cualquier médico unionado que violare las disposiciones de este inciso será objeto de acción disciplinaria.

La UNION entregará copia de este Artículo a los médicos unionados. Las partes, en casos meritorios donde esté envuelta la vida o la salud de un ciudadano, podrían autorizar actividades de índole caritativo.

16. Cualquier médico unionado que viole las disposiciones de este Convenio estará sujeto a acción disciplinaria que podrá ser desde una amonestación verbal en una oficina privada hasta la destitución de su empleo. El médico unionado puede, si así lo desea, solicitar que esté presente el Presidente de la UNION o su representante en caso de amonestaciones verbales.

17. Es la obligación de las partes mejorar cada día más los servicios que presta la CORPORACION. A tales efectos, todos los médicos unionados de la Corporación vienen obligados a cumplir fielmente con los deberes y responsabilidades de sus respectivos puestos. Todo médico unionado cumplirá y acatará las órdenes de su supervisor médico inmediato salvo que las mismas pongan en riesgo su salud o seguridad, violen alguna ley, reglamento, regla, contrato, manejo médico o el convenio colectivo o no estén claramente comprendidas dentro de sus respectivos puestos o de las funciones propias de la clase de médico unionado. Cuando un patrono o lesionado visite la CORPORACION, los médicos unionados vendrán obligados a orientar y a suministrarle la información solicitada si estuviese a su alcance o en su lugar, referir al patrono o al lesionado al funcionario correspondiente.



18. Si un médico unionado fuera electo o designado por el Presidente del Colegio de Médicos para ocupar alguna posición en el Colegio de Médicos, alguna de sus comisiones o juntas, y fuera citado a comparecer en horas laborales, la CORPORACION permitirá su asistencia sin cargo a ninguna licencia.

19. La CORPORACION proveerá a los médicos unionados una Biblioteca Médica equipada con todos los libros y equipos necesarios para el mejor desempeño de sus funciones. Esto incluirá, pero no se limitará a servicio de informática electrónica.

20. No se procesarán, discutirán ni tramitarán quejas y agravios, excepto dentro de las oficinas privadas. Las partes reconocen que la discusión de querellas o asuntos obrero-patronales en los pasillos o en público interfiere con el mejor desempeño del servicio. El supervisor médico proveerá un lugar privado adecuado para la tramitación o discusión del asunto.

21. La CORPORACION no limitará el ingreso de familiares a ésta, quienes competirán en igualdad de condiciones sin privilegio ni impedimento, y no cree conflicto de intereses.

22. Se continuará con la práctica existente en cuanto a considerar cambios en horarios en casos de estudio, siempre y cuando las necesidades del servicio lo permitan.

23. La CORPORACION se compromete a desarrollar un plan de acción y programa de orientación en beneficio de aquellos médicos unionados que interesen matricular a sus niños en cualesquiera de las secciones disponibles del Campamento de Verano que auspicia la Asociación de Empleados del Estado Libre Asociado de Puerto Rico y/o cualquier otra entidad que auspicie campamentos de verano, durante los meses de junio y julio de cada año. La UNIÓN reconoce que

los beneficios de este programa estarán sujetos a la disponibilidad de matrícula que para los hijos de los empleados, la CORPORACIÓN puede garantizar.

24.   Los médicos unionados, miembros de esta Unidad Apropiada contratante, tendrán derecho a matricular sus hijos en el Centro de Cuidado Diurno existente en la CORPORACIÓN, conforme las directrices, requisitos y procedimientos de la CORPORACIÓN, incluyendo la disponibilidad de espacio.  La Corporación permitirá la participación de los hijos de los médicos unionados cubiertos por este Convenio en el Programa de Empleos de Verano de la Corporación. La cantidad será proporcional a su matrícula y nunca siendo esta menor de veinte y dos (22).  También se permitirá la participación de los hijos de los médicos unionados en los Campamentos de Verano que auspicia la Corporación.

25.   Cuando a un médico unionado se le encomiende realizar interinamente el trabajo de personal no unionado por más de cinco (5) días laborables consecutivos, la CORPORACIÓN le pagará a partir de la fecha en que empezó a desempeñar el puesto superior, la diferencia entre su sueldo básico y el del puesto superior y nunca será menor que el equivalente de dos pasos en la escala retributiva.  Se entenderá que los interinatos serán voluntarios y en ningún caso excederá de tres (3) meses calendario.  Durante ese tiempo la CORPORACION deberá emitir la Convocatoria para cubrir dicho puesto.  El Director Asociado del Area o su Representante Autorizado a la cual esté adscrito el médico unionado que realizó el interinato, redactará un memorando en el que haga constar el hecho de la sustitución y el tiempo de duración de la misma para el expediente del médico unionado.  Cuando el sustituido esté gozando de vacaciones no será necesario el memorando.  No se podrá cubrir mediante labor interina ningún puesto que esté vacante por un período mayor de tres (3) meses.



26.   La CORPORACIÓN concederá libre un día al año por concepto del cumpleaños del médico unionado.  A los médicos unionados que su cumpleaños se celebre en sábados, domingos, días feriados o libres se les concederá el beneficio del próximo día laborable.

El médico unionado que nació el día 29 de febrero disfrutará de este beneficio el día 1 de marzo en los años no bisiestos.

27.   En los casos en que una querella se esté discutiendo a nivel del Director de la Oficina de Relaciones Laborales e Igualdad en el Empleo, la CORPORACIÓN concederá al médico unionado, sin pérdida de paga ni reducción en beneficio de vacaciones, el tiempo de sus labores que sea razonable, para que realice todas aquellas gestiones ante el Presidente de la UNIÓN que resulten necesarias para discutir una o varias quejas presentadas por  el médico unionado y que no hayan sido resueltas satisfactoriamente luego de haber discutido las mismas con el supervisor médico inmediato. El médico unionado informará al supervisor médico la necesidad de ausentarse de sus labores para los propósitos indicados y el Presidente de la UNIÓN expedirá una certificación al efecto, luego de celebrada la correspondiente reunión.

28.   La CORPORACIÓN se compromete a mantener como mínimo el equipo, facilidades físicas (acorde a las leyes estatales y federales), y servicios secretariales, y de enfermería que disfrutan los médicos unionados a la firma del Convenio Colectivo.

A ningún médico unionado se le privará del equipo y del personal que está utilizando sin antes proveerle el equipo y el personal para que pueda continuar con sus labores normales.  Los supervisores velarán por el fiel cumplimiento de esta disposición.

29.     La Corporación realizará las gestiones necesarias para facilitar un lugar en las distintas dependencias para que aquellas médicos unionadas en periodo de lactancia puedan extraer el alimento materno.

30     Las deducciones que realice la CORPORACIÓN del sueldo del médico unionado, las remesará a las instituciones que corresponda, dentro de los treinta (30) días siguientes al mes en que se procesen los descuentos, excepto las cuotas de la Unión que se remesarán de conformidad con el Art. 4.

De no cumplirse con lo dispuesto en el párrafo anterior, la CORPORACIÓN concederá el tiempo necesario, sin cargo a licencia alguna, para las gestiones que tenga que hacer el médico unionado.

31.     En cualquier situación en que, por algún ajuste económico, un médico unionado alcance o sobrepasare el salario de otro de mayor antigüedad, el médico unionado alcanzado o sobrepasado recibirá un ajuste en su salario de veinte ($20) dólares por encima del médico que lo alcance o sobrepase.  Disponiéndose que este ajuste no será aplicado en aquellos casos donde el médico unionado hubiera alcanzado o sobrepasado a otro médico unionado como consecuencia de haber recibido el diferencial salarial por retiro.  Durante la vigencia de este Convenio para los fines exclusivos de este inciso, se entenderá por antigüedad los años servidos como médico unionado.

32.     La CORPORACIÓN se compromete a rembolsar quinientos ($500.00) dólares de honorarios de abogado a aquellos médicos que en el desempeño de sus deberes sufrieran un accidente conduciendo vehículos de la CORPORACIÓN o en vehículos privados que estén autorizados a cobrar por concepto de millaje, y que sean exonerados.  El médico unionado así exonerado, deberá presentar evidencia de la Corte que demuestre su exoneración, así como la constancia de haber hecho efectivo el pago de honorarios de abogado.

33.     La CORPORACIÓN suministrará a la UNIÓN copia de los Informes de Cambios de los miembros de la Unidad Apropiada, dentro de los quince (15) días de haberse emitido.

34.     Los representantes de los médicos unionados cubiertos por este Convenio tendrán acceso a revisar los expedientes de éstos, previa autorización por escrito del afectado, mientras se estén dilucidando casos ante los distintos comités creados por este Convenio.  Esta revisión se hará en presencia del funcionario designado como custodio de los expedientes.

35.     La CORPORACIÓN concederá tiempo libre dentro del horario regular de trabajo sin pérdida de paga y sin cargo a sus vacaciones regulares o licencia de clase alguna, para que los médicos unionados puedan asistir a las actividades oficiales, aprobadas por la CORPORACIÓN, de reconocimiento de la clase profesional de médico.

36.     La CORPORACIÓN concederá cinco (5) días laborables con paga en casos de médicos unionadas que se sometan a operaciones de esterilización. Dichos días se concederán sin cargo a vacaciones acumuladas o licencia de clase alguna.

37.     Se concederá una hora, para el cambio de cheque a utilizarse el día de pago o al siguiente día laborable a todos los médicos unionados cubiertos por el Convenio.

38.   ·  La CORPORACIÓN, suministrará los expedientes asignados a los médicos unionados de Asuntos de la Comisión Industrial con por lo menos dos (2) semanas de anticipación, y a los médicos unionados de cabecera en los dispensarios con por lo menos cinco (5) días de anticipación.

39.     Se reconocerán todos los derechos y beneficios que el médico unionado tuviere por cualquier concepto anterior a la fecha de la firma de este Convenio.

40.     El rembolso por concepto de dietas y millajes se pagará el viernes de la semana siguiente a la fecha en que se presenta el formulario correspondiente. Si el médico unionado presenta la solicitud el lunes en la mañana, cobrará el viernes de esa semana, excepto durante el mes de julio.

41.     La CORPORACIÓN le proveerá copia de este Convenio a todo médico unionado.

42.     La CORPORACIÓN proveerá facilidades adecuadas en el Hospital Industrial para los médicos unionados de guardia.

43.     La CORPORACIÓN vacunará a los médicos unionados que tienen contacto con fluidos de pacientes, libre de costo, contra la Hepatitis B y cualquier otra vacuna requerida bajo las reglamentaciones de seguridad dispuestas por el Departamento de Salud de Puerto Rico y Estados Unidos u otras agencias pertinentes aplicables a la industria de hospitales.

44.     La CORPORACIÓN seguirá cubriendo la Impericia Médica de todos los médicos unionados dentro de su póliza.

45.     Todo médico unionado que evalúe paciente de la Corporación del Fondo del Seguro del Estado recibirá una bonificación de ciento cincuenta ($150) dólares mensuales, como incentivo de alto riesgo, durante la vigencia de este Convenio. Esta bonificación no está sujeta a fragmentación en su pago.

El médico unionado estará disponible para prestar servicios en otras áreas de ser necesario a tenor con su puesto y clasificación.

46.     La CORPORACIÓN velará por el fiel cumplimiento del bloque de número de pacientes citados a cada médico unionado según establecido por la Oficina Central, Servicio de Garantía de Calidad, siendo este bloque nunca mayor de veinte y cinco (25) en las clínicas regulares y la clínica intermedia. La distribución será de quince (15) pacientes en la mañana y diez (10) en la tarde.

64

En la Unidad Multidisciplinaria de Condiciones Emocionales se citarán no más de diez y seis (16) y cinco (5) para los casos que se radiquen en el día y las urgencias que necesiten hospitalización.

Los médicos unionados que están asignados en los dispensarios locales (Utuado, Coamo, Vieques, Jayuya) evaluarán veinte y cinco (25) pacientes por día, entre citados y radicados.

Los bloques de cita serán de lunes a jueves. Los viernes se concederá para contestar consultas, redactar informes médicos, redactar incapacidades y participar de educaciones médicas, reuniones de Facultad, de la Junta de Directores y Comités de la Unión.

Los pacientes de condiciones orgánicas que vengan fuera de cita serán evaluados por el médico de fuera de cita. El número de pacientes a ser atendidos por el médico de fuera de cita se limitará a un máximo de veinte y cinco (25) por día.

En el Área de Cuidado Inmediato es responsabilidad del supervisor médico, el determinar el personal médico unionado necesario, asignado a dicha unidad, a fin de garantizar los servicios médicos acorde a la demanda, así como canalizar los cuidados médicos de los pacientes que queden pendientes de evaluación. Para los casos radicados a partir de las 3:30 pm se requerirá de un cernimiento médico a ser realizado por el supervisor médico en conjunto con el médico unionado del área, para brindar los servicios a los pacientes que requieran atención médica inmediata. El médico unionado voluntariamente trabajará horas extra con paga doble o tiempo compensatorio con la autorización del supervisor médico inmediato y/o el Director Médico Regional. La cantidad máxima que evaluará el médico unionado en dicha área es de veinte (20) pacientes por día.



A los médicos de fuera de cita y de cuidado inmediato se les concederá durante los viernes, el tiempo que sea necesario para participar de educaciones médicas, asistir a reuniones de Facultad, de la Junta de Directores y Comités de la UNION, siempre y cuando no se afecten los servicios. En los dispensarios donde solo exista un médico de Fuera de Cita y/o Cuidado Inmediato, será responsabilidad del supervisor médico determinar el personal médico necesario para cubrir las necesidades médicas de forma tal que el personal médico unionado pueda participar de educaciones médicas, asistir a reuniones de Facultad, de la Junta de Directores y Comités de la Unión.

47.    En caso de muerte de un médico unionado cubierto por este Convenio la CORPORACIÓN aportará la cantidad de tres mil ($3,000) dólares para gastos de funeral durante la vigencia de este Convenio. Esta cantidad le será entregada a la persona designada por el médico unionado, previa presentación de un documento acreditativo del fallecimiento. En caso de que el médico unionado no hubiere hecho designación, se le entregará al familiar más cercano, que muestre evidencia de que fue la persona que asumió los gastos del funeral.

48.    Todos los médicos unionados asignados a trabajar en Asuntos de la Comisión Industrial tendrán la oportunidad de trabajar en las distintas salas de la Comisión Industrial en la Isla. Las salas serán repartidas en forma equitativa, rotando la comparecencia de los médicos unionados que aceptan viajar para que todos tengan igual oportunidad de asistir a cada sala en igual número de veces durante el año. De igual forma, se asignarán los casos a los médicos unionados, cuya función les requiera su comparecencia a los tribunales de justicia.

65

49.    La Corporación pagará la cuota anual de todos los médicos unionados al Colegio de Médicos Cirujanos de Puerto Rico.  La Corporación pagará a todos los médicos unionados que han pagado la colegiación del año 2003, previa presentación de la evidencia correspondiente.

50.    En caso de que un médico unionado, por motivo de enfermedad física o emocional, solicite acomodo razonable, se seguirá el procedimiento establecido en las disposiciones de la Ley ADA.

51.    Cuando un médico unionado sea demandado por impericia médica, la Corporación vendrá obligada a notificárselo tan pronto tenga conocimiento de la misma.

52.    a. Los médicos unionados pertenecientes a la Unidad de Revisión y Utilización de Servicios Médicos (RUSM), se le configurará un programa de trabajo mensual de las áreas a visitar.
b. Cuando los médicos unionados de la Unidad de Revisión y Utilización de Servicios Médicos (RUSM), desempeñen su trabajo fuera de la residencia oficial de trabajo (Oficina Central) el tiempo de trabajo se configurará a tenor a la complejidad de la muestra asignada por su supervisor.  Si la muestra es muy compleja y requiere mayor tiempo del asignado dentro de su jornada de trabajo oficial, se le asignará tiempo oficial necesario dentro de su jornada de trabajo para realizar o terminar dicha labor.

53.    Si durante la vigencia del Convenio Colectivo la Corporación concede aumentos de salarios a empleados no médicos y/o médicos gerenciales a base de porcientos, la Corporación traducirá a porciento los aumentos concedidos durante este convenio y de haber una diferencia con el porciento concedido a empleado no médico y/o médicos gerenciales se le concederá la diferencia a partir de la fecha de efectividad de la misma.  En dicho caso la concesión del aumento porcentual no significará reducción en los salarios o beneficios que disfruten los miembros de la Unión a la fecha de dicha concesión.

Si durante la vigencia del Convenio la Corporación concede a empleado no médico y/o médicos gerenciales el beneficio de incluir los padres de empleado en la cubierta del plan médico, sin costo para el empleado, le concederá el mismo beneficio a los miembros de la Unión de Médicos a la fecha de efectividad que se le conceda a otro empleado no médico y/o médicos gerenciales.

Cualquier otro beneficio que se le conceda a empleado no médico durante la vigencia del presente Convenio Colectivo y que no sea en Aumento de Salarios, Sueldos Básicos y Pasos por Mérito, se le extenderá también a los médicos unionados.

54.    Motivado por las necesidades del servicio y por razón de funciones adicionales tales como: Garantía de Calidad, Control de Infecciones, Epidemiología y Clínica de Empleados, que se han añadido a las funciones estipuladas, no limitado a esto, se hace necesario actualizar el estudio de personal acorde a lo dispuesto en el Artículo 11 inciso 2 del convenio.  El Comité de Estudio de Personal se reunirá a estos fines en los próximos treinta días a partir de la firma del convenio con el propósito de preparar dicha actualización y presentarlo para la aprobación por el Administrador de la Corporación y el Presidente de la Unión, no más tarde de un año a partir de la firma de este convenio colectivo.

## ARTICULO 48
## ANTIGUEDAD

1.      Antigüedad se define como el tiempo de servicio de un médico unionado, desde su última fecha de empleo, con las inclusiones, exclusiones y limitaciones que más adelante se señalan.

2.      La CORPORACIÓN reconoce el derecho de antigüedad de los médicos unionados, de la Unidad Apropiada, incluyendo todo el tiempo servido en puestos de otras Unidades Apropiadas anteriores a la firma del primer Convenio Colectivo suscrito por la CORPORACIÓN y la UNIÓN de Médicos incluyendo el tiempo que estuvo prestando servicios como médico por contrato.

3.      El tiempo que un médico unionado hubiese ocupado o esté ocupando un puesto excluido de las Unidades Apropiadas señaladas en el inciso anterior, no le será reconocido para los fines de la antigüedad.

4.      Las partes reconocen la antigüedad como sustancial al Sistema de Mérito, por lo que será elemento fundamental en la adjudicación de reclamaciones cuando sea necesario.

5.      La antigüedad se perderá por cualquiera de las siguientes razones:

   a.  Renuncia del médico unionado
   b.  Despido por justa causa
   c.  Abandono del servicio por el médico unionado
   d.  Traslado a otra agencia

6.      Cuando por razones de subsistencia la CORPORACIÓN tuviera que hacer una reducción de personal, se le reservará el puesto al médico unionado, hasta que termine la situación que causó esta suspensión, reinstalándolo en el mismo, con todos los derechos adquiridos al momento de la cesantía. Se suspenderá primero a los médicos unionados de menor antigüedad y se reinstalarán a sus puestos comenzando con los de mayor antigüedad.

7.      Cualquier médico unionado que tenga base razonable para creer que ha sido afectado adversamente por una decisión de la CORPORACIÓN en relación con este Artículo, podrá recurrir al Presidente de la UNIÓN para que se utilice el Procedimiento Para Atender y Resolver Querellas establecido en el Artículo 10 de este Convenio.

8.      Se acumulará antigüedad durante el tiempo que un médico unionado, ha estado en uso de la licencia con o sin sueldo, por razón de enfermedad ocupacional o no ocupacional, por accidente del trabajo y por estar prestando servicios en el Ejército de los Estados Unidos.

9.      La Corporación en reconocimiento a los años de servicio prestados por los médicos unionados cubiertos por este Convenio Colectivo concederá un incentivo a ser pagado de la siguiente manera:

a. De cinco ($5) dólares mensuales a todo médico unionado que el 1 de julio de 2002 haya cumplido cinco (5) años o más en la Corporación.

b. De diez ($10) dólares mensuales a todo médico unionado que el 1 de julio de 2002 haya cumplido diez (10) años o más en la Corporación.

c. De quince ($15) dólares mensuales a todo médico unionado que el 1 de julio de 2002 haya cumplido quince (15) años o más en la Corporación.

d. De veinte ($20) dólares mensuales a todo médico unionado que el 1 de julio de 2002 haya cumplido veinte (20) años o más en la Corporación.

e. De veinticinco ($25) dólares mensuales a todo médico unionado que el 1 de julio de 2002 haya cumplido veinticinco (25) años o más en la Corporación.

f. De treinta ($30) dólares mensuales a todo médico unionado que el 1 de julio de 2002 haya cumplido treinta (30) años o más en la Corporación.

g. Si durante la vigencia del presente convenio colectivo el médico unionado cumple los años de servicio necesarios para completar su próximo quinquenio, recibirá a esa fecha la diferencia de cinco ($5) dólares adicionales, excepto cuando durante la vigencia del presente Convenio el médico unionado complete el quinquenio correspondiente a treinta (30) años de servicio. En este caso el incentivo será de quince ($15) dólares adicionales a la fecha en que se complete el mismo.

## ARTICULO 49
## PERMANENCIA Y CESANTIA

1.    La CORPORACIÓN reconoce el derecho de permanencia de los médicos unionados, cubiertos en la Unidad Apropiada y que ocupaban puestos permanentes a la fecha de vigencia de este Convenio.

Se reconoce, además, el derecho de permanencia de aquellos médicos reclutados con posterioridad a la fecha de la firma de este Convenio que aprueben su período probatorio en su clasificación de ingreso.

2.    En caso de que la CORPORACIÓN se viese obligada a reducir el personal médico unionado, por la única causa de economía, la reducción se efectuará en el siguiente orden:

a. Médico Unionado en periodo probatorio.

b. Los demás médicos unionados, por orden de antigüedad de conformidad con la cláusula de antigüedad establecida en este Convenio.

c. Los miembros de los comités, los delegados y los miembros de la Junta de Directores de la Unión.

68

3.       Los médicos unionados, al ser cesanteados por economía, tendrán derecho a recibir una compensación equivalente a ocho (8) semanas de sueldo por cada año de servicio en la Corporación del Fondo del Seguro del Estado, hasta un máximo de doce (12) meses de compensación.  Se liquidarán y pagarán en efectivo las vacaciones regulares y la licencia por enfermedad acumulada a la fecha de la cesantía, si alguna tuviera, hasta un máximo de noventa (90) días más la proporción que le corresponda del Bono Navideño, liquidado a base de los meses trabajados durante el año hasta el momento de su cesantía.

4.       Los médicos unionados, afectados por cesantía por la única causa de economías, quedarán por tres (3) años en una lista de preferencia para ser llamados cuando surgiere una vacante o puesto que dicho empleado esté capacitado para ocupar.  Si estos médicos unionados son reinstalados en la CORPORACIÓN, no tendrán que pasar por el período probatorio si a la fecha de la cesantía eran regulares y mantendrán el derecho de antigüedad.

5.       Cuando existiere la necesidad de efectuar una cesantía por economías, la CORPORACIÓN notificará al Presidente de la UNIÓN por correo certificado o personalmente con no menos de noventa (90) días de anticipación, para brindarle la oportunidad de discutir personalmente con el Administrador, la acción contemplada y tratar de buscarle una solución satisfactoria para ambas partes.

La Corporación del Fondo del Seguro del Estado se compromete a que durante la vigencia de este Convenio no se establecerá plan de cesantía alguno que modifique o elimine los derechos de los médicos unionados, según contenidos en este Artículo.

## ARTICULO 50
## TRATAMIENTO MÉDICO DE EMERGENCIA
## Y EXAMEN MÉDICO

1.       Los médicos unionados cubiertos por este Convenio que sufran una enfermedad o agravación repentina en sus horas laborables, recibirán servicios médicos, medicinas, Rayos X y hospitalización en el momento de dicha emergencia.

2.       Cuando la situación ocurra mientras se realizan gestiones oficiales, la CORPORACIÓN podrá, si el médico así lo dispone, hospitalizar a dicho empleado en el Hospital Industrial mientras dure dicha emergencia.  El médico evaluador tomará en consideración la salud del médico unionado y no los costos que pueda acarrear dicha hospitalización.

3.       La CORPORACIÓN designará el personal médico o de enfermería para proveerle el tratamiento adecuado al empleado afectado durante dicho tiempo.

4.       El Administrador circulará una directriz al personal médico y de enfermería de la CORPORACIÓN a los fines de fijar su obligación de proveerle los servicios médicos y de

enfermería a los médicos unionados cubiertos por este Convenio en caso de emergencia o enfermedad repentina.

5.   La CORPORACIÓN proveerá o sufragará los gastos de ambulancia en los casos que sea necesario.

6.   La CORPORACIÓN notificará a todo médico unionado al cual se le practique un examen médico los hallazgos de dicho examen.

7.   No se descontará de licencia alguna, el tiempo utilizado en el tratamiento médico de emergencia.

## ARTICULO 51
## ESTACIONAMIENTO

1. La CORPORACIÓN proveerá nueve (9) estacionamientos, debidamente demarcados y rotulados en el área establecida al presente en la Oficina Central para los médicos unionados que trabajen en la misma.

En los predios del nuevo edificio de las Oficinas Centrales de la CORPORACIÓN, ésta proveerá un estacionamiento por cada médico unionado de dicha Oficina.  El mismo se proveerá dentro del plan de acomodo de vehículos en un área de accesibilidad razonable que facilite el traslado y manejo adecuado de los expedientes que transportan los médicos unionados.   La CORPORACIÓN proveerá un estacionamiento adicional para ser utilizado por cualquier miembro de la Junta Directiva.

2. La CORPORACIÓN proveerá quince (15) estacionamientos debidamente demarcados y rotulados en los predios del Hospital Industrial de lunes a viernes hasta las 4:30 PM.  Además, cuando termine la construcción se le proveerán cinco (5) estacionamientos adicionales.  Se proveerá estacionamiento para los médicos unionados de guardia  y "on call" con capacidad para cuatro (4) vehículos de 4:30 p.m. a 8:00 a.m. del día siguiente, de lunes a viernes y las veinticuatro (24) horas sábado, domingo y días festivos.

3. La CORPORACIÓN proveerá un estacionamiento rotulado por cada médico unionado en los Dispensarios Regionales en que trabajen.

4. En  cualquier dependencia de nueva creación se proveerá un estacionamiento rotulado por cada médico unionado que trabaje en dichas dependencias.

## ARTICULO 52
## EXPEDIENTE DE PERSONAL

Todo médico unionado tendrá derecho a examinar su expediente de personal. El único expediente de personal oficial de cada médico unionado será el expediente existente bajo la custodia de Recursos Humanos de la CORPORACIÓN. A esos efectos, el médico unionado notificará a Recursos Humanos, su intención de examinar su expediente. Este será examinado en presencia de un funcionario designado a estos fines por el Director de Recursos Humanos y de un representante de la UNIÓN, siempre y cuando el médico unionado solicite la presencia del representante.

No se incluirá en el expediente de personal del médico unionado ningún documento que refleje acción disciplinaria hasta que no haya sido notificada al médico unionado por el Administrador. De igual forma, no se incluirá ninguna evaluación del médico unionado en dicho expediente sin antes haberse discutido con éste.

La CORPORACIÓN mantendrá dentro de la más alta confidencialidad el expediente de personal de cada médico unionado. La CORPORACIÓN deberá honrar toda solicitud para suministrar copias de documentos que estén en el expediente de personal del médico unionado a requerimiento de éste, y el costo de los mismos lo sufragará el médico unionado.

Todo documento que obre en el expediente de personal que se considere en detrimento del médico unionado, tal como, pero no limitado a, acciones disciplinarias, quejas, o querellas se eliminará a los doce (12) meses de la fecha en que fueron sometidos, sujeto a que durante dicho período el médico unionado no incurra en faltas adicionales; en cuyo caso el documento anterior se eliminará a los dieciocho (18) meses.

## ARTICULO 53
## PROGRAMA DE AYUDA OCUPACIONAL

1.   Los médicos unionados dentro de la presente Unidad Apropiada tienen derecho a acogerse al Programa de Ayuda Ocupacional existente en la CORPORACIÓN.

2.   Este Programa existe para beneficio de aquellos médicos unionados que debido a problemas de alcoholismo, drogadicción u otras condiciones de carácter físico, emocional o situación familiar, o de otro tipo que esté afectando la labor del médico unionado, mermando su rendimiento o provocando malas relaciones de trabajo.

71

3. . Los beneficios de este Programa sólo serán aplicables en las siguientes situaciones:

    a. Cuando un médico unionado voluntariamente decida acogerse a los beneficios del mismo.

    b. Cuando un médico unionado vaya a ser disciplinado por la Corporación del Fondo del Seguro del Estado en relación con su asistencia, rendimiento o incidentes con compañeros de trabajo o con lesionados o patronos y el médico unionado levante en su defensa la existencia de un problema de alcoholismo, drogadicción u otra condición de carácter físico o emocional como causa para la conducta por la que se le pretende disciplinar. En esta situación se paralizará el procedimiento de querellas dándole oportunidad al médico unionado a la utilización de los servicios del programa, salvaguardando. la seguridad y salud del médico unionado y del trabajador lesionado. Disponiéndose que si el médico unionado no cumple con los requisitos para su rehabilitación se continuará con el procedimiento.

    4. Por la presente se crea un Comité Administrativo, compuesto por dos (2) representantes de la UNIÓN y dos (2) representantes de la CORPORACIÓN, quienes con el asesoramiento del Programa de Ayuda Ocupacional del Departamento de Servicios Contra la Adicción, determinarán las guías, normas y procedimientos para el referido y posterior ubicación de los médicos unionados que se acojan al Programa.

    5. La CORPORACIÓN, de acuerdo con la UNIÓN, designará un Coordinador Agencial quien se mantendrá en comunicación con los referidos, brindando seguimiento al progreso de los médicos unionados y estableciendo con éstos una relación personal, estrecha y confidencial. Disponiéndose que la Unión acepta la estructura vigente del Programa, incluyendo el Coordinador del Programa de Ayuda Ocupacional.

    6. Con el consentimiento por escrito del médico unionado, el Coordinador Agencial le suministrará al Comité Administrativo aquella información que éste le solicite referente al progreso de los médicos unionados referidos al Programa, siempre que la misma no sea de carácter confidencial.

    7. Una vez el médico unionado referido, haya recibido los beneficios del Programa, el Coordinador Agencial hará un informe al Comité Administrativo de conformidad con las normas establecidas. El Comité Administrativo tomará la decisión correspondiente sobre cualquier extremo relacionado con el médico unionado afectado y de haber discrepancia, el caso será referido con toda la documentación pertinente al Coordinador del P.A.O. para decisión.

    8. En aquellos casos referidos por el Comité de Querellas la decisión del Coordinador del P.A.O., será revisable exclusivamente en cuanto a cuestiones de derecho, incluyendo derechos individuales del médico unionado afectado, ante el Presidente del Comité de Querellas que existe conforme al Artículo 10 de este Convenio.

La CORPORACIÓN concederá tiempo sin cargo a ningún tipo de licencia a los representantes del Programa de Ayuda Ocupacional para asistir a reuniones y orientaciones sobre el Programa.

## ARTICULO 54
## CLAUSULA DE NO HUELGA, NO CIERRE FORZOSO Y MANTENIMIENTO DE CONDICIONES DE EMPLEO

1. La UNIÓN ni ninguno de los médicos unionados cubiertos por este Convenio recurrirán a huelga, reducción en el ritmo de trabajo, paro de clase alguna, ni a piquetes en horas laborables, para resolver diferencias y por el contrario, utilizarán los medios que se establecen en este Convenio y en las leyes aplicables.

2. En caso de paro o reducción del trabajo no autorizado, la UNIÓN tomará de inmediato las medidas pertinentes encaminadas a poner fin a tales actuaciones.

3. La CORPORACIÓN no recurrirá al cierre forzoso ("lock-out") y durante la vigencia de este Convenio, la CORPORACIÓN no podrá subcontratar labores, tareas o trabajos que realizan los miembros de la Unidad Apropiada o que afecten la misma, según se definen en este Convenio. La CORPORACIÓN no podrá subcontratar trabajo nuevo o adicional que surja si dicha subcontratación afecta en forma alguna la Unidad Apropiada, excepto:

   a. Cuando surja la necesidad de realizar una labor o tarea ocasional que requiera facilidades o equipo especializado que no se justifica la CORPORACIÓN adquiera.

   b. Cuando surja la necesidad de realizar una labor o tarea ocasional que requiera la intervención de personal especializado, para realizar funciones que regularmente no son realizadas por médicos unionados pertenecientes a la Unidad Apropiada.

4. En los casos en que la CORPORACIÓN ha estado subcontratando médicos especialistas, las partes se reunirán como parte del Comité de Estudio de Personal creado en virtud del Artículo 11, para determinar los términos y condiciones bajo los cuales se pueda reclutar personal regular permanente para proveer esos servicios, incluyendo la posibilidad de que el salario básico de reclutamiento sea uno superior al establecido en este Convenio para las distintas clasificaciones de médicos unionados o la creación de nuevas clasificaciones ajustadas a esas necesidades acorde a lo dispuesto en el Artículo 47 Inciso 54 de este Convenio.

5. La CORPORACIÓN mantendrá los salarios y demás condiciones de empleo, según lo dispone el presente Convenio Colectivo, y aquellos salarios y condiciones de empleo que no hayan sido cambiados permanecerán a los niveles de sueldos básicos existentes a la fecha de la firma de este Convenio.

73

## ARTICULO 55
## ACUERDOS EXTRACONTRACTUALES

La CORPORACIÓN conviene en no celebrar acuerdo o contrato alguno con los miembros de esta Unidad Apropiada, individual o colectivamente, que en forma alguna menoscabe, afecte, aumente, limite o disminuya cualquiera de las disposiciones de este Convenio.

Cualquier acuerdo de esa naturaleza será nulo e inválido.

# ARTICULO 56
# PATRONO SUCESOR

Este Convenio obligará a los sucesores o cesionarios de la CORPORACIÓN.  Ninguna disposición, estipulación u obligación contenida en este Convenio Colectivo será afectada, modificada, alterada, o en forma alguna cambiada como resultado de cualquier cambio, cualquiera que éste sea, en la situación legal de la propiedad o gerencia de la CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO.

## ARTICULO 57
## SEPARABILIDAD DE CLAUSULA

En caso de que cualquier artículo, cláusula o inciso de este Convenio Colectivo fuere declarado nulo o inconstitucional por un Tribunal competente, las partes de mutuo acuerdo declaran que sólo la parte nula o inconstitucional será la que quede eliminada de este Convenio Colectivo, disponiéndose, que el resto del Convenio quedará en vigor.  También se dispone que las partes contratantes se reunirán no más tarde de veinte (20) días naturales, después de la notificación de la nulidad en forma final e inapelable de la cláusula o disposición, renegociarán la cláusula declarada nula o inconstitucional y redactarán una nueva cláusula donde legalice, de alguna manera, aquella parte declarada fuera de Ley.

74

## ARTICULO 58
## FONDO PARA ACTIVIDADES DEPORTIVAS, CULTURALES, SOCIALES Y EDUCATIVAS

1.     Se establece un fondo para actividades deportivas, culturales, sociales y educativas.

2.     La CORPORACIÓN asignará anualmente ocho mil ($8,000) dólares para las actividades arriba señaladas.

3.     Se crea un Comité compuesto por un (1) representante de la UNIÓN, un (1) representante de la CORPORACIÓN para implementar el reglamento que establece las disposiciones que regirán la utilización de estos beneficios.

4.     Este fondo será administrado por dicho Comité.

5.     Los balances acumulados y no utilizados en años anteriores, pasarán a formar parte de este fondo disponiéndose, además, que de haber sobrantes, los mismos serán acumulables.


## ARTICULO 59
## PAGO POR VESTIMENTA

Las partes acuerdan que la CORPORACIÓN pagará setecientos ($700.00) dólares anuales por médico, por concepto de vestimenta, pagadero en el mes de agosto de cada año.


## ARTICULO 60
## DIFERENCIAL SALARIAL PRO RETIRO

1.     La CORPORACIÓN pagará un diferencial salarial pro-retiro de doscientos veinticinco ($225) dólares mensuales, hasta un máximo de ocho mil cien ($8,100) dólares, independientemente de cualesquiera otros aumentos a que tuviera derecho por negociación colectiva o disposición de Ley, a todo médico unionado regular cubierto por este Convenio, que cumpla con los siguientes requisitos:

a.   Haya trabajado por lo menos quince (15) años con la CORPORACIÓN.

b.   Tenga treinta (30) o más años de servicio al Gobierno del E.L.A., certificado por el Sistema de Retiro.

c. Haya notificado oficialmente al Administrador su intención final y firme de acogerse a los beneficios de una Pensión por Mérito, con tres (3) meses de anticipación a la fecha de retiro.

2. Dicho pago, el cual será efectuado en una suma global, será realizado por la Corporación no más tarde de sesenta (60) días calendarios con posterioridad a la fecha de retiro del médico unionado. El mismo estará sujeto a las deducciones que en ley corresponda.

3. Este diferencial tendrá el efecto de afectar el salario del médico unionado retroactivamente hasta un máximo de treinta y seis (36) meses con anterioridad a la fecha de su retiro.

4. La Corporación suspenderá las aportaciones mensuales a todos aquellos médicos unionados que con posterioridad a la fecha de efectividad de la vigencia de este Convenio hayan comenzado a recibir las mismas. La cantidad recibida por el médico unionado no le será cobrada por la Corporación, sino que esta última le descontará dicha cantidad de la suma global estipulada en el inciso uno (1) de este artículo.

## ARTICULO 61
## PRODUCTIVIDAD

Las partes reconocen que la Ley Núm. 45 del 18 de abril de 1935, según enmendada, conocida como la Ley del Sistema de Compensaciones por Accidentes del Trabajo impone a la CORPORACIÓN, la obligación de garantizarle al trabajador lesionado el más rápido tratamiento que la ciencia médica sea capaz de proveerle de manera que éste pueda reintegrarse a su empleo regular, totalmente restablecido de sus lesiones, con la mayor brevedad. De no lograrse este objetivo primario debido a impedimentos físicos o mentales de carácter permanente, se le brindarán servicios de rehabilitación tan pronto ocurre la lesión.

Por tal razón, es deber de todo médico unionado poner todo su empeño y capacidad en lograr los máximos niveles de productividad y calidad en la realización de sus tareas. A estos efectos, las partes acuerdan continuar con los estándares de productividad y calidad, que aplican a la unidad contratante.

## ARTICULO 62
## TRASLADOS

1. La CORPORACIÓN compensará con la suma de mil ($1,000) dólares a los médicos unionados cubiertos por este Convenio que sean trasladados de una municipalidad a otra o de la Oficina Central a otra Región, si el traslado es por interés del servicio y no a solicitud voluntaria del médico unionado. No se efectuará ningún traslado sin que medie un acuerdo entre las partes.

76

2.     Cuando la CORPORACIÓN interese trasladar a un médico unionado con carácter
nente, notificará el traslado al empleado con copia al Presidente de la UNIÓN con no
: de diez (10) días laborables antes de ser efectivo el traslado.  Si el médico unionado o la
N tuviere objeción a dicho traslado, podrá acudir ante el Comité de Querellas dispuesto en
'onvenio, dentro de los próximos diez (10) días laborables siguientes a la notificación del
io.  El Comité verá este caso con prioridad y podrá tomar medidas provisionales hasta tanto
un laudo final en el caso.  A fin de asegurar que en estos casos el Comité considere y
lva con la mayor brevedad posible cualquier medida provisional que pudiera radicarse a fin
itar el traslado, el Comité deberá celebrar una vista sobre dicha medida dentro de los diez
lías siguientes a la fecha de radicación y tomará su decisión antes de dar por terminada la
ncia.  Independientemente de la determinación que adopte el Comité sobre la medida
sional, el caso continuará tramitándose con prioridad sobre todos los demás casos
ados.

Por necesidades de servicio o cuando el médico unionado haya incurrido en conducta
a a la imagen de la Corporación o la Unión, las partes de mutuo acuerdo podrán acordar el
ado en forma inmediata, manteniendo los principios que una sana y eficiente administración
ica requiere.

3.     Cuando un médico unionado interese un traslado voluntario, éste estará sujeto a
no afecte ninguna solicitud de ascenso de personal unionado.

4.     Antes de trasladar temporalmente a un médico unionado de los cubiertos por este
vnio, de una oficina a otra, la CORPORACIÓN notificará al delegado y al médico.  Este
lado temporero será entre médicos de igual clasificación.  El director médico tomará las
didas necesarias para asegurarse que el trabajo del médico unionado trasladado, se atienda y
se acumule indebidamente, sin perjuicio del resto de los médicos unionados del área.

5.     Cuando la UNIÓN no esté de acuerdo con la forma en que ha sido aplicado este
tículo procederá según Artículo 10 de este Convenio.

6.     Los traslados no podrán ser arbitrarios ni caprichosos, ni podrán utilizarse como
edida disciplinaria.

7.     Las partes podrán hacer excepción a lo dispuesto en este artículo única y
clusivamente cuando la Corporación se proponga ampliar servicios en aquellas áreas
ográficas del país que así lo entienda.  Las partes acordarán los traslados de los médicos
nionados interesados en ocupar los puestos de nueva creación y/o vacantes en las dependencias
 los cuales los servicios han de ser ampliados.

77

## ARTICULO 63
## LABOR INTERINA

1.      Ningún médico unionado podrá ocupar interinamente un puesto inferior al suyo, salvo en caso de emergencia o de necesidad del servicio y que el médico unionado esté cualificado para realizar la labor; disponiéndose que en caso de tal necesidad de servicio, la CORPORACIÓN notificará a la UNIÓN dicha acción.    La UNIÓN podrá solicitarle justificaciones a la CORPORACION para dicha acción, y de no estar de acuerdo con la misma, podrá recurrir al procedimiento de querellas establecido en este Convenio Colectivo.

2.      Todo médico unionado regular que sea utilizado interinamente en un puesto inferior al suyo, continuará recibiendo la compensación correspondiente al puesto que él ocupa regularmente.

3.      Cuando la CORPORACIÓN requiera por escrito de un médico unionado ocupar transitoriamente por más de cinco (5) días laborables consecutivos una posición mejor remunerada, se le pagará durante todo el tiempo que dure el interinato, desde el día en que comenzó su interinato, de la siguiente forma:

a.  Cuando el sueldo del médico unionado sea inferior al sueldo del médico unionado al cual sustituye, se llevará al básico del puesto superior o recibirá dos (2) pasos dentro de su escala, lo que sea mayor.

Al efectuarse el ajuste aquí indicado se entenderá que dicho ajuste nunca será mayor del salario que devengue el médico unionado a quien se sustituye.  De surgir dicha situación, el sueldo del médico unionado realizando la labor interina se llevará al básico del puesto superior o recibirá un ajuste equivalente a un paso dentro de su escala, lo que sea mayor.

b.  Si la remuneración del médico unionado a sustituirse es igual o inferior a la del médico unionado que lo sustituye, el salario de éste último no será alterado en forma alguna.

4.      Todo médico unionado utilizado en la labor interina será notificado por escrito por el Director del Área de Servicios Médicos o del Hospital Industrial o las personas que éstos deleguen dentro de los cinco (5) días laborables luego de haber comenzado a realizar dicha labor. Luego de cumplirse los cinco (5) días laborables y si el médico unionado no ha recibido la notificación escrita antes mencionada, éste no vendrá obligado a continuar realizando la labor interina hasta tanto reciba dicha notificación; el médico unionado podrá rechazar la designación interina por razones justificadas de salud y la CORPORACIÓN le podrá exigir certificado médico al médico unionado.

5.      En todos los casos que algún miembro de la Unidad Apropiada se ausente del sitio de trabajo por cualquier licencia o razón por más de cinco (5) días laborables y la

78

CORPORACIÓN decida sustituirlo, vendrá obligado a sustituirlo mediante labor interina, con personal médico unionado de la región afectada, siempre y cuando existan médicos unionados cualificados para realizar las tareas del puesto.  Disponiéndose que, de no haber médicos unionados cualificados en la región afectada se sustituirá con personal médico unionado de otras regiones, según se definen en la sección 6 de este Artículo.  En los casos de labor interina por más de cinco (5) días laborables se utilizará el personal médico unionado de igual clasificación o de una inmediatamente inferior y de mayor antigüedad, de estar disponible y cualificado.  De no estar disponible y cualificado se considerará el  personal médico unionado en plazas inmediatamente inferiores y de mayor antigüedad en orden descendente.

6.     Para efectos de este Artículo las labores interinas se realizarán dentro de las siguientes regiones: Ponce, Aguadilla, Mayagüez, Bayamón, Arecibo, Caguas, Humacao, Carolina, San Juan, Hospital Industrial y Oficina Central.

En los casos en que al médico unionado que le corresponda realizar la labor interina sea el único asignado permanentemente a una región o de haber alguno otro de la misma clasificación en disfrute de alguna licencia provista por el Convenio Colectivo, se entenderá que aquél no está disponible para realizar la labor interina.

Se consideran como médicos unionados de una región aquellos que residan en la región donde surja la necesidad de labor interina y que hayan solicitado traslado para dicha región, independientemente de dónde estén asignados a trabajar permanentemente en cuyo caso no aplicarán las disposiciones de los Art. 40 y 41 (Dietas y Millaje).

7.     La CORPORACIÓN efectuará el pago del diferencial por concepto de labor interina dentro de un período de sesenta (60) días, posterior a la quincena en que se realizó el trabajo interino.

8.     Todo médico unionado que durante el desempeño de labor interina en una plaza superior se ausente por vacaciones regulares o por licencia por enfermedad, mientras continue tal interinato, continuará recibiendo la paga por labor interina, siempre y cuando estas ausencias no excedan de la cantidad de días y horas que acumulen correspondiente a cada tipo de licencia en el período de tiempo que realice labor interina.  En caso de que las ausencias por enfermedad o vacaciones regulares excedan de lo acumulado, el exceso se le pagará al tipo que corresponda en su plaza regular.  Una vez cese el interinato, las futuras licencias se compensarán a base del sueldo que está recibiendo el médico unionado en el puesto que esté ocupando con carácter regular.

## ARTICULO 64
## PASOS POR MÉRITO POR ANTIGUEDAD

1. Los médicos unionados con más de diez (10) años de antigüedad, según se define en el Art. 48 del Convenio Colectivo podrán solicitar anualmente un aumento de sueldo mensual por concepto de paso por mérito que será escalonado de la siguiente forma:

    a. Antigüedad de diez (10) años hasta 14 años con 364 días un aumento de cien ($100.00) dólares mensuales.

    b. Antigüedad de quince (15) años hasta diecinueve (19) años con 364 días un aumento de ciento cincuenta ($150.00) dólares mensuales.

    c. Antigüedad de veinte (20) años hasta 24 años con 364 días un aumento de ciento setenta y cinco ($175.00) dólares mensuales.

    d. Antigüedad de veinticinco (25) años en adelante un aumento de doscientos ($200.00) dólares mensuales.

2. Todo médico unionado que a la fecha del 1 de julio de 2002 haya cualificado según el Inciso #1 de este Artículo, le será otorgado automáticamente el aumento mensual correspondiente. De igual forma todo médico unionado que cumpla año de antigüedad de conformidad al Inciso #1 de este Artículo durante el período comprendido entre el 1 de julio de 2002 y 30 de junio de 2003 le será otorgado automáticamente un (1) paso por mérito a la fecha en que cumplió año de antigüedad.

3. Los pasos por mérito posteriores al 1 de julio de 2003 serán solicitados y procesados conforme a lo siguiente:

    a. El médico unionado que tenga diez (10) años o más de antigüedad según el inciso #1 de este Artículo.

    b. El médico unionado solicitará el paso por mérito a su supervisor médico inmediato.

    c. El médico unionado no podrá solicitar otro paso por mérito hasta tanto no haya cumplido un (1) año desde su última solicitud.

    d. La efectividad del paso por mérito será a la fecha en que el médico unionado cumpla con el requisito de antigüedad.

    e. El supervisor médico inmediato evaluará al médico unionado mediante una "HOJA DE EVALUACION PARA PASOS POR MERITOS" (acordada entre las partes) dentro de los diez (10) días laborables de presentada la solicitud de pasos

80

por mérito. Durante el tiempo en que las partes no acuerden la hoja de evaluación, los pasos por mérito serán automáticos.

f.  El supervisor médico inmediato discutirá con el médico unionado evaluado los resultados obtenidos dentro del término de diez (10) días laborables de habérsele presentado la solicitud. De no cumplir con este término se le concederá automáticamente el paso por mérito al médico unionado.

g.  El médico unionado firmará la "HOJA DE EVALUACION PARA PASOS POR MERITOS" en señal de conformidad con los resultados de la misma.

h.  Del médico unionado no estar conforme con el resultado de su evaluación deberá indicarlo por escrito en el mismo formulario y podrá pedir al supervisor médico inmediato una revisión dentro de los próximos treinta (30) días laborables. El supervisor médico inmediato se encargará de revisar la evaluación conforme a los planteamientos del médico unionado y modificar los resultados de la misma. Si el supervisor médico no reconsidera durante los siguientes diez (10) días laborables o si el médico unionado no está de acuerdo con el resultado de la evaluación en reconsideración podrá radicar una querella a la segunda etapa de la fase administrativa a tenor con el Artículo 10 de este Convenio Colectivo.

i.  El supervisor médico inmediato retendrá copia de la "HOJA DE EVALUACION PARA PASOS POR MERITO", entregará copia al médico unionado y enviará la original a la Oficina de Recursos Humanos para el trámite correspondiente.

j.  Si transcurrido el término de treinta (30) días laborables, con posterioridad a la fecha de evaluación del supervisor médico inmediato y no haberse reflejado el aumento salarial mensual el médico unionado radicará una querella por violación al Convenio Colectivo a tenor con el Artículo 10 (Procedimiento para Atender y Resolver Querellas).

## ARTICULO 65
## DURACION DEL CONVENIO

Este Convenio entrará en vigor el 1 de julio de 2002 y estará en vigor hasta el 30 de junio de 2006, inclusive. Entre noventa (90) y sesenta (60) días antes de la expiración de este Convenio, cualesquiera de las partes podrá notificar a la otra, por correo certificado, o personalmente con acuse de recibo, su deseo de enmendarlo. Dicha notificación deberá expresar la naturaleza del cambio o cambios que se desee hacer y presentarlos por escrito. De no mediar notificación, se renovará este Convenio por un año adicional y así sucesivamente.

Las partes acuerdan que las disposiciones del presente Convenio continuarán en vigor hasta negociarse un nuevo Convenio y hasta la fecha en que entren en vigor las disposiciones del mismo.

En San Juan, Puerto Rico a  6 de mayo de 2003.

Nicolás López Peña
Administrador
Corporación del FSE

Héctor Benítez Rivera
Presidente
Unión de Médicos
Corporación del FSE