UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.¹ :
---------------------------------------------------------------------- X

### CORRECTED NOTICE OF PRESENTMENT OF PROPOSED ORDER
### FURTHER AMENDING CASE MANAGEMENT PROCEDURES

**PLEASE TAKE NOTICE** that on July 3, 2018, the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") filed the *Motion of Official Committee of Unsecured Creditors to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 3432] (the "Motion").²

**PLEASE TAKE FURTHER NOTICE** that at the July 25, 2018 hearing on the Motion, the Court granted the Motion (with certain changes stated at the hearing) and instructed the Committee to submit to the Court revised case management procedures incorporating the

---

1  The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

2  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

modifications approved by the Court at the July 25, 2018 hearing.  In accordance with the Court's instructions at the July 25, 2018 hearing, the proposed *Order Further Amending Case Management Procedures,* including the *Fifth Amended Notice, Case Management and Administrative Procedures*, is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit B, is a blackline version of the proposed *Fifth Amended Notice, Case Management and Administrative Procedures* marked to show the changes that have been made to the *Fourth Amended Notice, Case Management and Administrative Procedures*, dated April 4, 2018 [Docket No. 2839-1].

Dated:  July 25, 2018              */s/ G. Alexander Bongartz*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA)*

- and -

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434

jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA)*