# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re:  Dkt. Nos. 3159, 3283, 3342, 3447 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 4780-LTS |
| ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-FERNANDEZ<br><br>Movants,<br><br>-against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Respondent. | **Motion Relates Only to PREPA and Shall be Filed in Both the Lead Case No. 17 BK-3283-LTS and in PREPA's Title III Case No. 17 BK 4780-LTS** |

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**FOURTH CONSENTED-TO MOTION FOR EXTENSION
OF DEADLINES IN CONNECTION WITH
ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-
FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of

the Puerto Rico Electric Power Authority ("PREPA") pursuant to the authority granted to it under

the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, by and through

its undersigned counsel, respectfully submits this fourth consented-to motion for entry of an order,

substantially in the form attached hereto as **Exhibit A**, further extending the deadlines in connection

with the *Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3159] (the "Motion

for Relief from Automatic Stay") filed by Antonio Fuentes-Gonzales, Maria Ivonne Viguie-

Fernandes, and the conjugal partnership constituted by them (together, the "Movants").[2]  In support

of this motion, AAFAF respectfully states as follows:

**BACKGROUND**

On May 25, 2018, the Movants filed the Motion for Relief from Automatic Stay seeking

relief from the automatic stay "for cause" under section 362(d) of title 11 of the United States

Code.  Specifically, the Movants seek a modification of the stay in order to execute their judgment

for monetary relief against PREPA in *Autoridad de Energía Eléctrica v. Antonio Fuentes Gonzales

et al.*, Case No. KEF 2012-0039 (the "Fuentes-Viguie Action").

Pursuant to this Court's order entered on May 25, 2018, opposition papers to the Motion

for Relief from Automatic Stay were originally scheduled to be filed by June 8, 2018, and Movants'

reply papers by June 15, 2018 [Case No. 17-03283, Dkt. No 3162].

---

[2] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors'
representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*
("PROMESA"), 48 U.S.C. §§ 2101-2241, has authorized AAFAF to file this motion on behalf of PREPA.

1

On June 8, 2018, AAFAF filed the *Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3280] ("First Motion for Extension of Deadlines") seeking a fifteen-day extension of the applicable deadlines because the parties needed time to reach an agreement that may resolve the Fuentes-Viguie Action in its entirety. On June 11, 2018, this Court entered an order granting the First Motion for Extension of Deadlines [Case No. 17-03283, Dkt. No 3283].

On June 22, 2018, AAFAF filed the *Second Consented-To Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3341] ("Second Motion for Extension of Deadlines") seeking a ten (10) business-day extension of the applicable deadlines because the parties needed time to reach an agreement that may resolve the Fuentes-Viguie Action in its entirety. On June 22, 2018, this Court entered an order granting the Second Motion for Extension of Deadlines, extending the deadline to file an opposition to July 9, 2018 and the deadline to file a reply to July 13, 2018 [Case No. 17-03283, Dkt. No 3342].

On July 6, 2018, AAFAF filed the *Third Consented-To Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3444] ("Third Motion for Extension of Deadlines") seeking a fourteen (14) business-day extension of the applicable deadlines because the parties needed time to reach an agreement that may resolve the Fuentes-Viguie Action in its entirety. On July 6, 2018, this Court entered an order granting the Third Motion for Extension of Deadlines, extending the deadline to file an opposition to July 27, 2018 and the deadline to file a reply to August 2, 2018 [Case No. 17-03283, Dkt. No 3447].

The parties have reached an agreement in principle, pending the approval of PREPA's
Governing Board, that will resolve the Fuentes-Viguie Action in its entirety.  The parties still need
additional time to finalize the agreement and to obtain approval from PREPA's Governing Board.
The Movants have consented to a twenty (20) business-day extension of the applicable deadlines.

AAFAF submits that no party or creditor will be prejudiced by this fourth extension.

### RELIEF REQUESTED

By this motion, AAFAF requests a twenty (20) business-day extension of the applicable
deadlines.  AAFAF requests entry of an order extending the deadlines as follows:

- Any objection to the Motion for Relief from Automatic Stay shall be filed by **August 24, 2018**.

- Any reply shall be filed by **August 30, 2018.**

**WHEREFORE,** AAFAF respectfully requests the Court to enter an order, substantially in
the form attached hereto as **Exhibit A**, (a) granting the motion and (b) granting such other relief as
is just and proper.

Dated: July 26, 2018                                  Respectfully submitted,
     San Juan, Puerto Rico

                         THE PUERTO RICO FISCAL AGENCY
                         AND FINANCIAL ADVISORY
                         AUTHORITY, as Fiscal Agent for PREPA

                         By its attorneys,

                         /s/ *Kevin D. Finger*
                         Kevin D. Finger (*admitted pro hac vice*)
                         David D. Cleary (*admitted pro hac vice*)
                         Greenberg Traurig, LLP
                         77 West Wacker Drive Suite 3100
                         Chicago, IL 60601
                         Phone: 312.456.8400
                         Fax: 312.456.8435
                         Email: fingerk@gtlaw.com

3

clearyd@gtlaw.com

Nathan A. Haynes (*admitted pro hac vice*)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: haynesn@gtlaw.com

Joseph P. Davis (*admitted pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Phone: 617.310.6000
Fax: 617.310.6001
Email: davisjo@gtlaw.com

THE PUERTO RICO ELECTRIC
POWER AUTHORITY

By its attorneys,

*/s/ Arturo Díaz Angueria*
USDC No. 117907

*/s/ Katiuska Bolaños-Lugo*
USDC No. 231812
CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR  00936-4966
Phone: (787) 767-9625
Fax:  (787) 764-4430
Email: adiaz@cnrd.com
        mvazquez@cnrd.com

4

**<u>Exhibit A</u>**
**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re:  Dkt. Nos. 3159, 3280, 3283, 3341, 3342, 3444, 3447 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 4780-LTS |
| ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-FERNANDEZ<br><br>Movants,<br><br>-against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Respondent. | |

*[Caption Continued on the Next Page]*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDER GRANTING FOURTH CONSENTED-TO MOTION FOR
EXTENSION OF DEADLINES IN CONNECTION WITH
ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-
FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon the *Fourth Consented-To Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* (the "Motion")[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest, it is **HEREBY ORDERED THAT**:

1. The Motion is granted.

2. Any objection to the Motion for Relief from Automatic Stay shall be due on **August 24, 2018**.

3. Any reply shall be due on **August 30, 2018**.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves docket entry no._____ in Case No. 17-3283, and docket entry no. _____ in Case No. 17-4780.[3]

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion. The Motion was also filed as Docket Entry No. _____ in Case No. 17-4780.

[3] Movant previously filed a *Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay,* a *Second Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay,* and a *Third Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* (Docket Entry Nos. 3280, 3341, 3444 in Case No. 17-3283). These prior requests for extension of deadlines were deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion in the *Order Granting Consented-To Motion For Extension Of Deadlines In Connection*

2

SO ORDERED.


Dated: _____, 2018                    _____
San Juan, Puerto Rico                             LAURA TAYLOR SWAIN
                                                  UNITED STATES DISTRICT JUDGE

---

*With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay, Order Granting Second Consented-To Motion For Extension Of Deadlines In Connection With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay,* and the *Order Granting Third Consented-To Motion For Extension Of Deadlines In Connection With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay* (Docket Entry Nos. 3283, 3342, 3447 in Case No. 17-3283).