UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This Order shall be filed in Case No. 17-BK-3283-LTS and Case No. 17-BK-4780-LTS. |

ORDER GRANTING FOURTH CONSENTED-TO MOTION FOR
EXTENSION OF DEADLINES IN CONNECTION WITH ANTONIO FUENTES-GONZALES,
MARIA IVONNE VIGUIE-FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY

      The Court has received and reviewed the *Fourth Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* (Docket Entry No. 3705 in Case No. 17-3283,[2] the "Extension Motion"). The Extension Motion is hereby granted to extent provided herein. Opposition papers to the *Motion for Relief from Automatic Stay* filed by Antonio Fuentes-Gonzalez and Maria Ivonne Viguié-Fernandez (the "Movant") (Docket Entry No. 3159 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **August 27, 2018**. Movant's reply papers must be filed by **August 30, 2018**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing.[3]

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     The *Third Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* was also filed as Docket Entry No. 930 in Case No. 17-4780.

[3]     Movant previously filed a *Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief*

      This order resolves Docket Entry No. 3705 in Case No. 17-3283, and Docket Entry No. 930 in Case No. 17-4780.

      SO ORDERED.

Dated: July 26, 2018

                                                                      /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    United States District Judge

---

*from Automatic Stay* (Docket Entry No. 3280 in Case No. 17-3283). This prior request for an extension was deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion in the *Order Granting Consented-To Motion For Extension Of Deadlines In Connection With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay* (Docket Entry No. 3283 in Case No. 17-3283).