# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Set: 9:30 AM (AST)
Started: 9:39 AM (AST)
Ended: 12:12 PM (AST)

Afternoon Session:
Set: 1:15 PM (AST)
Started: 1:21 PM (AST)
Ended: 3:00 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**          DATE: July 25, 2018
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al*. Debtors. | 3:17-BK-3283 (LTS) <br><br><br><br> (Jointly Administered) |

| | |
|---|---|
| Siemens Transportation Partnership Puerto Rico, S.E. <br> Plaintiff, <br><br> v. <br><br> Puerto Rico Highways and Transportation Authority, *et al.* <br> Defendants. | 3:18-AP-030 (LTS) <br><br> *in 17-BK-3567 (LTS)* |

Omnibus Hearing - July 25, 2018
3:17-BK-3283 (LTS) / 3:18-AP-30 (LTS) / 3:18-AP-080 (LTS) / 3:18-AP-081 (LTS)

| | |
|---|---|
| Hon. Ricardo Antonio Rosselló Nevares, *et al.* Plaintiffs,<br><br>v.<br><br>The Financial Oversight and Management Board for Puerto Rico, *et al.* Defendants. | 3:18-AP-080 (LTS)<br><br>*in 17-BK-3283 (LTS)* |
| Hon. Thomas Rivera Schatz, *et al.* Plaintiffs,<br><br>v.<br><br>The Financial Oversight and Management Board for Puerto Rico, *et al.* Defendants. | 3:18-AP-081 (LTS)<br><br>*in 17-BK-3283 (LTS)* |

**Omnibus Hearing held.**

I. **Status Reports**
    1. Status report from the Oversight Board heard.
    2. Response to questions regarding the joint status report filed in 3:18-AP-30 (LTS). [Docket Entry 66].
        - Order to be issued.

II. **Contested Matters**
    1. Creditors' Committee's Informative Motion re Renewed Rule 2004 Motion and Discovery Items. [Case No. 17-3283, ECF No. 3424]
        - Order to be issued.
    2. Independent Investigator's Motion Establishing Certain Procedures in Connection with Final Report. [Case No. 17-3283, ECF No. 3427]
        - Counsel for the Independent Investigator to submit revised proposed order.
    3. Motion of Certain Secured Creditors of ERS for Relief from the Automatic Stay. [Case No. 17-3283, ECF No. 3418]
        - Final Hearing on the motion will be held on September 12, 2018.
        - Automatic stay will remain in place pending the holding of the Final Motion Hearing.
        - Order to be issued.
    4. Creditors' Committee Motion to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures. [Case No. 17-3283, ECF No. 3432]
        - Proposed Re-stated Fifth Case Management Order to be submitted on presentment.

Omnibus Hearing - July 25, 2018
3:17-BK-3283 (LTS) / 3:18-AP-30 (LTS) / 3:18-AP-080 (LTS) / 3:18-AP-081 (LTS)

Afternoon Session:

III. **Adversary Proceedings**
   1. Roselló Nevares et al. v. The Financial Oversight and Management Board for Puerto Rico, *et al.*, Case No. 18-ap-80 & Rivera - Schatz et al. v. Commonwealth of Puerto Rico, *et al.*, Case No. 18-ap-81
      - Motion to Dismiss Complaint [Case No. 18-ap-80, ECF No. 16]
        - Matter taken under advisement.
      - Motion to Dismiss Complaint [Case No. 18-ap-81, ECF No. 26]
        - Matter taken under advisement.

IV. **Adjourned Matters**
   1. Committee's Motion to Compel the Debtors to Comply with Interim Compensation Orders [Case No. 17-3283, ECF No. 3604]
      - This matter has been adjourned.
   2. Report from the Fee Examiner regarding First Interim Applications for Compensation [Case No. 17-3283, ECF No. 2645, 2909 and 3613]
      - This matter has been adjourned until the September 12, 2018 omnibus hearing.

|   | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 5/3/17 – 9/30/17 |

   3. Report from the Fee Examiner regarding Second Interim Applications for Compensation. [Case No. 17-3283, ECF No. 3193 and 3613]
      - This matter has been adjourned until the September 12, 2018 omnibus hearing.

|   | Applicant | Docket Nos. | Period |
|---|---|---|---|
| 1. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2868 | 10/1/17 – 1/31/18 |
| 2. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2870 | 10/1/17 – 12/31/17 |
| 3. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2872 | 10/1/17 – 1/31/18 |
| 4. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2876 | 10/1/17 – 1/31/18 |
| 5. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2874 | 10/1/17 – 1/31/18 |
| 6. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756 | 10/1/17 – 1/31/18 |
| 7. | Deloitte Financial Advisory Services LLP (Financial Advisors to the Debtors) | 3017 | 10/1/17 – 12/31/17 |
| 8. | Luskin, Stern & Eisler LLP (Special Counsel to FOMB) | 2729 | 10/1/17 – 1/31/17 |

Omnibus Hearing - July 25, 2018
3:17-BK-3283 (LTS) / 3:18-AP-30 (LTS) / 3:18-AP-080 (LTS) / 3:18-AP-081 (LTS)

|    | Applicant | Docket Nos. | Period |
|----|-----------|-------------|--------|
| 9. | Citigroup Global Markets Inc. (Investment Banker and Financial Advisor to FOMB)* | 2944 | 1/27/17 – 1/31/18 |
| 10. | Andrew Wolfe (Independent Contractor to FOMB) | 2718 | 10/1/17 – 1/31/18 |
| 11. | Ankura Consulting Group, LLC (Financial Advisors to AAFAF) | 2751 | 10/1/17 – 1/31/18 |
| 12. | Ankura Consulting Group, LLC (Financial Advisors to PREPA) | 2755 | 10/1/17 – 1/31/18 |
| 13. | Zolfo Cooper (Financial Advisor to the Official Committee of Unsecured Creditors) | 2739 | 10/1/17 – 1/31/18 |

*An asterisk next to a name denotes that this is the first interim application filed by the applicant.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy