# EXHIBIT A

## Additional Interested Parties as of July 25, 2018

**Litigation Parties**
Asociación de Inspectores de Juegos de Azar
Asociación de Jubilados de la Autoridad de Energía Eléctrica
Camuy Health Services, Inc.
Carlos M. Benitez, Inc.
Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.
Ciales Primary Health Care Services, Inc.
Cooperativa de Ahorro y Credito de Ciales
Costa Salud, Inc.
Fidelity and Deposit Co. of Maryland
Gaudier, Luis R. Santini
GDB Debt Recovery Authority
GDB Public Entity Trust
Gonzalez, Jose
Hernández, Ernesto Sgroi
Hillman, Darrel
Jaramillo, Angel R. Figueroa
Karp, Matthew
Leon, Rossana Lopez
López, Erasto Zayas
Lugo, René Pinto
Morales-Rivera, Nelson
Movimiento de Concentración Ciudadana Inc.
Nunez, Carlos J. Mendez
Pauker, David
Ramos, Ricardo
Rivera, José Ramón Rivera
Rivera, Ralphi E. [Sic] Dominicci
Rivera-Schatz, Thomas
Roque-Torres, Jose
Tilden Park Capital Management LP
Torres, Justo Gonzalez
Unión de Empleados de Oficina Comercio y Ramas Anexas, Puertos
Unión de Empleados de Oficina y Profesionales de la Autoridad de Edificios Públicos
Unión de Empleados del Banco de la Vivienda
Unión de Empleados Profesionales Independientes
Unión Independiente de Empleados de la Autoridad de Acueductos y Alcantarillados
Unión Insular de Trabajadores Industriales y Construcciones Eléctricas Inc.
Unión Nacional de Educadores y Trabajadores de la Educación

**Parties Filing Lift Stay Motions**
Alicea, Ángel M. Pérez

Alicea, José L. Rivera
Alicea, Rafael Reyes
Alvarez, Juliana Michelle Luciano
Alvarez, Julitza Luciano
Alvarez, Julysbeth Thali Luciano
Álvarez, Ricardo Rivera
Andino, Edna Medina
Andujar, Alejandro Rodríguez
Arroyo, Herminia Casado
Arroyo- Jiménez, Janelly
Arroyo, María Del C. González
Babilonia, Gerardo V. González
Batista, Annette Mary Blasini
Batista, Antonia Rita Blasini
Batista, Silvia Consuelo Blasini
Benero, Victor Centeno
Benítez, Olga I. Marcano
Berdecia, Marta De Los A.
Berríos, Carmen J. Rodríguez
Bonilla- Rivera, Carmen and her minor daughter, FTB
Briales-Verdejo, Luisa and her minor son, SLB
Cabán, Héctor N. González
Cabrera, Sandra Rivera
Caldero, Victor Rosa
Calderon, Jose Gonzalez
Calixto, Madeline Solís
Camacho, Omayra Torres
Candelaria, Gilberto Ares, et al:
    Collazo, Evelyn Pratts
    Colón, Arnaldo Colón
    Cruz, Maribel García
    De Jesús, Julia T. Pena
    Fernández, Angel L. De Jesús
    Guzmán, Ana E. Collazo
    Hernández, Carmen D. López
    Incle, Manuel F. Sánchez
    Juarbe, Carlos González
    Nieves, Norma I. Rivera
    Ortega, Juan D. Sierra
    Rodriguez, Nilda P. Barbosa
    Rosado, Tomás Montañez
    Sánchez, Edna Sáez
    Santiago, Marilyn Hernández
    Vélez, Melvin Colón
Carrión, Félix M. Álvarez
Castresana, Silvia Batista

Castro Business Enterprises, Inc.
Cintrón-Marzán, Evelyn and her minor daughter, KRC
Chiappardi-Berríos, María and her minor daughter, BRC
Claudio-Casiano, Pablo
Claudio-Ramírez, José
CMA Builders Corp.
Colon, Javier A.
Colon, Lcdo. Luis F. Aviles
Colon, Lelis Villafaña
Colón, María S. Veguilla
Colon, Milagros Ayala
Colon, Nelson Cruz
Cordero, Georgina Cortes
Cordova, Sonia Santos
Cosme, Angel L. Rios
Cotto, Gerardo González
Crespo, Luz M. Lugo
Cruz, Judith Garcia
Cuadrado, Ana M. Flores
Cuevas-Rodríguez, Grisell
De Berrios, Ana L. Ortiz
De Jesus, Enid Bermudez
de Jesus, Ruth Jiménez
de la Fuente, Mabelis Rodríguez
Del Valle, Alexis Alvarez
Delbrey, Luis A. Andino
Delgado, Ruth Maldonado
Diaz, Maria Rodriguez
Díaz, Mario Meléndez
Díaz-Cambier, Aida and her minor daughter, VSD
Dieppa, Ángel L. Flores
Dones, Elizabeth Dones
Dragados USA, Inc.
Febres, María de F. Rivera
Fernandez, Ruth Rios
Figueroa, Cialdy Rodriguez
Fonseca, Gloria M. Rivera
Galarza, Dinaris Vega
Galarza, Zoraida Fraticelli
Galicia, Iris M. Galloza
Garcia, Fiori Vilella
Garcia, Jose A. Rodriguez
García, Raúl Zambrana
Garcia, Zoe Blasini
Garcia, Zulma Vilella
Garcia-Rubiera, Gladys

Gómez, Carmen I. Márquez
Gomez, Maribel Boria
Gonzalez, Daniel Miranda
Gonzalez, Judith Castro
González, Luis F.
Gonzalez, Ruddy S. Reyes
Great Lakes Dredge and Dock Co., LLC
Guzmán, José Luis
Guzmán-Rodriguez, Jonathan
Hernández, Daniel Matos
Huertas-Marrero, Yomaira, for herself and in representation of her minor daughters, ASH and GSH
Jiménez, Janet
Jimenez, Yolanda Nieves
Justiniano, Felipa Justiniano
Justiniano, Javier Soto
Las Monjas Realty II, SE
Lopez, Edwin Reyes
Lopez, Jesus M.
López, Maribel Martínez
Lopez, Roberto Colon
Luis-Zayas, Jose
Maldonado, Angel Tolentino
Maldonado, Antonia López
Maldonado, Eileen Garrastegui
Managerial HTA Employees:
    Rivera-Quiñones, Widallys and AVR (a minor)
Marrero, Roberto Rolón
Martinez, Angel L. Ferrer
Martinez, Luis A. Torres
Martínez, María Díaz
Martinez, Roberto Negron
Martinez, Thamari Gonzalez
Martinez, Vilmarie Quijano, and their minor son S.D.J.Q.
Master Link Corporation
Maysonet, María D. Rosa
Méndez, Carmen Méndez
Mercado-Nieves, Lirisbeth and her minor daughter, I.V.M.
Mercedes-Benz Financial
Mercedes-Benz Financial Services
Miranda, Zulma I. Rivera
Montalvo, Jose Pagan
Morales, Damaris Esquilón
Morales, Jose Calderon
Morales, Jose Pedroza
Morales-Ayala, Verónica

Morell, Emelda Ruiz
Moya, David Vargas
Nieves-Dominguez, Heriberto
Nuñez, Lourdes M. Ocasio
Ocasio, Nilda Ruiz
Olivera-Meléndez, Lymarie andher minor daughter, MAO
Ortiz, Carmen Y. Berrios
Osorio, Roberto Rios
Oyola, Héctor Santana
Oyola-Meléndez, Chinese
Padilla, Julian Emanuel Pabon
Padilla, Miriam Rivera
Perez, Alfredo Ruiz
Perez, Anibal Gonzalez
Perez, Cruz M. Garcia
Pérez-Irene, Juan Carlos
Perez, Ismael Alvarez, and the Minors
Pérez-Padilla, Ismael
Pérez, Sandra Ramírez
Quiles, Roberto
Quiñones, Nilda Sánchez
Quiñones, Zaida I. Matos
Quiñones, Zoraida Matias
Quintana, Ibis E. Vazquez
Ramírez-Salinas, María Judith
Ramos, Benito Rodriguez
Ramos, Flora González
Ramos, Francheska Molina, and their minor son Y.R.M
Ramos, Jose A. Serrano
Ramos, Nydia Pacheco
Rivera, Alberto Gonzalez
Rivera, Hector L. Martinez
Rivera, Margie Ortiz
Rivera, Maria Del C. Robles
Rivera-Muñoz, Cynthia
Rivera, Orlando
Rivera, Xiomara Burgos
Rivera-Rivera, Betsy
Robles, Elsa I. Montalvo
Rodriguez, Brunilda Marrero
Rodríguez, Carlos Lasanta
Rodriguez, Fernando Chardon
Rodriguez, Lisa Marie
Rodríguez, Luis Collazo
Rodriguez, Marisol Ramos
Rodríguez, Mitzy Viera

Rodríguez-Rodriguez, Waleska
Rojas, Iris M. Colón
Roldan, Yazaris Rosado
Roman, Rodolfo Roman
Romero, Evelyn Sanchez
Romero, Mayra Rosa
Romeu, Obed Sanoguet
Rosa, Carmelo Cardona
Rosado, Gerardo Caussade
Rosado, José A. González
Rosado, Miriam Lopez
Rosario, Carlos M. Crespo
Rosario, Ismael Lugo
Rosario, Myrna Torres, and her minor daughter, AOT
Rosario, Norma I. Roldan
Ruiz, Elizabeth Rivera
Ruiz, Raul Rivera
Sabater, Ideliza Castro
Salas, Jorge A. Román
Salgado, Rodrigo Matta
Sánchez, Enery Laboy
Sanchez, Javier Blanco
Sanchez, Luz E. Garcia
Sanchez, Sheila M. Ayala
Sánchez-Coriano, Carlos Manuel
Sánchez-Rivera, Carlos Javier
Santiago, María Morales
Segarra, Franciso Sola
Serrano, Annie De Jesus
Shanchez, Javier Blanco
Sierra, Jose Diaz
Smith et al., Consuelo Navarro
Soto, Mitchell de Jesús
Soto, Victor Hernandez
Tolentino, Hector Sanchez
Toro, David Jimenez
Torres, Aida I. Gonzalez
Torres, Carmen C. Feliciano
Torres, Jazmine Hernández
Torres, Maria Suarez
Torres, Milagros Trinidad
Torres, Roberto Rivera
Torres-Seguí, Evelyn
Valle, Wydisberto Torres
Vargas, Rafael A. Rodríguez
Vargas, Rafael Rivera

Vazquez, James Mendez
Vega, Deisha Rodriguez
Vega, Lourdes E. Vega
Vega-Díaz, Leslianne and her minor son, DEV
Vega, Yasmin
Velez, Alicia Lopez
Velez, Aníbal Padilla
Vélez, Jesús Padilla
Vilella, Alejandro Juan Jose Santos
Vilella, Fabiola Cristina Maria Santos
Viñales, Dora N. Canino
Wide Range Corporation
Zayas-Álvarez, Senni

**Parties Filing Notice of Appearance**
Abraham-Díaz et al, Jeanette
Abril, Jeronimo Esteve
AIG Insurance Company - Puerto Rico
Arc American, Inc.
Arocho et al, Prudencio Acevedo
Arroyo, Carmen Lydia Ríos
Arroyo, Edgordo Seda
Arroyo, Pablo Juan Ríos
Asociación de Empleados Gerenciales del Fondo del Seguro del Estado Corp.
Asociación de Jubilados de la Adjudicatura de Puerto Rico, Inc.
Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.
Avilès, Jaime Rodrìguez
Bec Co Inc. d/b/a Empacadora Hill Brothers
Bella Export Corporation
Bella International, LLC
Bella Retail Group, LLC
Bernard, Félix Omar Colón
Berríos, Ruth Rosado
Caballero, María Elena García
Camacho et al, Madeline Acevedo
Casanova, Norma Bernier
Cintrón et al, Francisco Beltrán
Colón, Ana Figueroa
Continental Casualty Company
Cooperativa A/C La Comerieña
Cooperativa A/C Roosevelt Roads
Cooperativa A/C Vegabajena
Cooperativa de Ahorro y Crédito de Barranquitas
Cooperativa de Ahorro y Crédito de Empleados Municipales Guaynabo
Cooperativa de Ahorro y Crédito de Santa Isabel
Corporacion de Servicios de Salud y Medicina De Avanzada

7

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico
Data Access Communication Inc.
Delgado, Virginia Díaz
Feliciano, José Vázquez
Fernández, María Y. Viguie
Finale, Olga Martínez
Finca Perseverancia, Inc.
Fuentes, María Elena Alonso
Garcia, Laura E. Climent
Giménez et al, Jorge Abraham
González, Antonio Fuentes
Grau, Ismael Rivera
Group of Creditors of the Consolidated CFI Judgment dated April 22, 2016, Arroyo et al., Armando Vazquez
Hermandad de Empleados del Fondo del Seguro del Estado, Inc. /aka Unión de Empleados de la Corporación del Fondo del Seguro del Estado
HPM Foundation, Inc.
Insight Management Group, Inc.
International Automotive Distributors Group, LLC
Isla Del Rio, Inc.
Jetstream Federal Credit Union
López, Julio Rancel
López, Raymond Armando Negrón
Lopez-Lay, Carlos
Lord Electric Company of Puerto Rico
M Solar Generating, LLC
Marrero, Dariana Liz Marrero
Marrero, Deborah Marie Santana
Marrero, Erick Joel Santana
Martinez II, Fideicomiso Del Valle
Martinez, Maria A.
MCS Life Insurance Company
Metric Engineering Inc.
Molina, Carlos Pérez
Neomed Center, Inc.
Netwave Equipment Corp.
Núñez, Luis Enrique Pacheco
Nustream Communications Corp
Osorio, Yesenia Inés López
PBA Funds:
    Candlewood Investment Group, L.P.
    First Pacific Advisors, LLC
    Inglesea Capital LLC
Pérez-Colón et al, Juan
Ponce, Kathiria Janisse Santana
P. R. Used Oil Collectors, Inc.

Quality Equipment, Inc.
Reliable Equipment Corporation
Reyes, Lourdes Morales
Reyes, Rey Reyes
Ríos, Elena Marie Marrero
Ríos, Lorna Lee Marrero
Rivera, Héctor Cesario Santiago
Rivera, Pablo Del Valle
Rivera, Rafael Bonilla
Rodríguez, Felix
Rosado, Janzel Daniel Quintana
Rosario et al, Delfina López
Santana, Alondra Janisse Negrón
Santos et al, Alejo Cruz
Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica
Softek, Inc.
Sucesion Sastre Wirshing
Torres, Marta Vázquez
Torres, Pedro Rolando Martínez
UBS Family of Funds and Puerto Rico Family of Funds:
    Puerto Rico Investors Tax-Free Fund II, Inc.
Unión de Médicos de la Corporación del Fondo del Seguro del Estado Corp.
Vázquez, Armando Negrón
Vázquez, Elena Arroyo
Vázquez, Joseph Negrón
Vázquez, Neftaly Méndez
Western Surety Company

**Professionals**
Citigroup Global Markets Inc.
Deloitte Financial Advisory Services
Filsinger Energy Partners, Inc.
Kroma Advertising, Inc.
Pension Trustee Advisors, Inc.

**Other**
Aron, Douglas
Balwada, Seema
Belville, Aixa
Booth, Harry and Lois
C & A, S.E.
Calderon, David
Cintron-Marrero, Zinnia M.
de Rodriguez, Iraida Munoz Viuda
Gonzalez, Brenda
Konsig, Paul
Lang, Rafael Castro

Leibowitz, Howard
Lugo Jr., Benjamin
Manley
Matias, Wilfred
Metro Pavia Health System
Mieles, Jeanice
Montgomery, Aram
United States Attorney for the Southern District of New York
Ragusa, Jr., Michael
Reyes, Ana Serrano
Reyes, Edna
Samodaovtiz, Arthur
Santiago, Zelideth
Sauto, Juan Gonzalez
Seiders, Sandra Enriquez
Stern, Robert
Teich, Stanley J.
Vasquez, Felix
Vidal, Arturo Pico
Vives, Carlos
Wasserman, Jeffery