## EXHIBIT B

### Additional Interested Parties or Their Affiliates Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[4]

| Additional Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Fidelity and Deposit Co. of Maryland | Litigation Parties | Former client. Entity related to parent is current client. |
| Dragados USA, Inc. | Parties Filing Lift Stay Motions | Not a client. Entities related to parent are former clients. |
| Mercedes-Benz Financial | Parties Filing Lift Stay Motions | Not a client. Entities related to parent are former clients. |
| AIG Insurance Company - Puerto Rico | Parties Filing Notice of Appearance | Not a client. Parent and related entities are current clients. |
| Continental Casualty Company | Parties Filing Notice of Appearance | Not a client. Entities related to parent are former clients. |
| First Pacific Advisors, LLC | Parties Filing Notice of Appearance | Current client. |
| Western Surety Company | Parties Filing Notice of Appearance | Not a client. Entities related to parent are former clients. |
| Citigroup Global Markets Inc. | Professionals | Current client. Parent and related entities are also current clients. |
| Deloitte Financial Advisory Services | Professionals | Parent and related entities are current clients. |
| C & A, S.E. | Other | Not a client. Entities related to parent are current clients. |

---

[4] Certain individuals – Paul Konsig, Manley, Arthur Samodovitz, and Robert Stern – have each submitted email correspondence to the court in connection with their holdings of COFINA bonds. *See* Docket No. 2294. While Paul Hastings does not believe that it has any connection to these individuals, the email correspondence submitted by these individuals does not provide sufficient identifying information to allow Paul Hastings to definitively determine whether it has any connections to these individuals.