UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

Debtors.[1]

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY

    Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

This Order relates to
17 BK 4780-LTS and shall
be filed in the Lead Case No.
17 BK 3283-LTS and Case
No. 17 BK 4780-LTS

PROMESA
Title III

No. 17 BK 4780-LTS

ORDER APPROVING STIPULATION MODIFYING THE AUTOMATIC
STAY BETWEEN THE PUERTO RICO ELECTRIC POWER AUTHORITY,
AND THE ESTATES OF GABRIEL FUENTES VÁZQUEZ AND EVANGELINA
BENEJAM-OTERO, COMPRISED BY GABRIEL, JORGE L. AND JOSE R. FUENTES-BENEJAM

The Court has received and reviewed the *Stipulation Modifying the Automatic Stay*

*between the Puerto Rico Electric Power Authority, and The Estates of Gabriel Fuentes Vázquez*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*and Evangelina Benejam-Otero, Comprised by Gabriel, Jorge L. and Jose R. Fuentes-Benejam* (the "Stipulation") filed by (i) Debtor the Puerto Rico Electric Power Authority ("PREPA") and (ii) the Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, comprised by Gabriel, Jorge L. and José Ricardo Fuentes-Benejam (the "Movants") (Docket Entry No. 3706 in Case No. 17-3283.) The terms of the Stipulation are hereby approved. Movants and PREPA are authorized to take all actions necessary or appropriate to effectuate the terms of the Stipulation. The Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this Order.

This order resolves Docket Entry No. 3706 in Case No. 17-3283 and Docket Entry No. 889 in Case No. 17-4780.

SO ORDERED.

Dated: July 27, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge