UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION FOR BRIEF EXTENSION OF DEADLINES

The Court has received and reviewed the *Urgent Motion for Brief Extension of Deadlines* (Docket Entry No. 3713 in Case No. 17-3283, the "Extension Motion"). The Extension Motion is hereby granted to the extent provided herein. Movant's reply to any oppositions must be filed by **August 3, 2018 at 5:00 p.m. (Atlantic Standard Time)**.[2]

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Movant previously filed a *Motion for Leave to File Spanish Document and Requesting Short Extension of Time to Submit Certified Translation* (Docket Entry No. 3020 in Case No. 17-3283). This prior request for an extension of time to file certified translations was deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion in the *Order Setting Briefing Schedule in Connection with AMP Lift Stay Motion and Granting Motion for Leave to File Spanish Document and Requesting Extension of Time to Submit Certified Translation* (Docket Entry No. 3023 in Case No. 17-3283).

This order resolves Docket Entry No. 3713 in Case No. 17-3283.

SO ORDERED.

Dated: July 27, 2018

 /s/ Laura Taylor Swain   
LAURA TAYLOR SWAIN
United States District Judge