# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGE-MENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors[1] | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius"), served copies of the Urgent Joint Motion of Aurelius, the Financial Oversight and Management Board, and the United States Requesting Certification of this Court's July 13, 2018 Opinion and Order for Immediate Appeal Pursuant to 48 U.S.C. §2166(e)(3)-(4) (the Urgent Joint Motion") (Docket No. 3715) in the following manner:

(a) Two copies of the Urgent Joint Motion were hand delivered to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

(b) Two copies of the Urgent Joint Motion were hand delivered to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico, 00901-1922.

(c) One copy of the Urgent Joint Motion was sent via U.S. Mail to each of the parties listed in **Exhibit A** attached hereto.

(e) One copy of the Urgent Joint Motion was sent via electronic mail to each of the parties listed in **Exhibit B** attached hereto.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 30, 2018.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

>      */s/ Luis A. Oliver-Fraticelli*
>      Luis A. Oliver-Fraticelli
>      USDC-PR No. 209204
>
>      */s/ Katarina Stipec-Rubio*
>      Katarina Stipec-Rubio
>      USDC-PR No. 206611
>
>      */s/ Lourdes Arroyo-Portela*
>      Lourdes Arroyo-Portela
>      USDC-PR No. 226501
>
>      ADSUAR MUÑIZ GOYCO SEDA
>      & PÉREZ-OCHOA PSC
>      208 Ponce de León Ave., Suite 1600
>      San Juan, P.R. 00918
>      Phone: (787) 756-9000
>      Fax: (787) 756-9010
>      Email:  loliver@amgprlaw.com
>              kstipec@amgprlaw.com
>              larroyo@amgprlaw.com