UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
         as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
         Debtors.¹                               :
------------------------------------------------------------------------ x
```

ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES TO (A) RESCHEDULE THE SEPTEMBER 2018 OMNIBUS HEARING, (B) PROVIDE THAT PARTIES ARE NO LONGER REQUIRED TO PROVIDE SERVICE OF PAPER COURTESY COPIES ON THE COURT, AND (C) PROVIDE CERTAIN CLARIFYING CHANGES REGARDING THE DISCLOSURE REQUIREMENTS FOR RULE 2019(B) GROUPS

Upon the *Motion of Official Committee of Unsecured Creditors to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019*, dated July 3, 2018 [Docket No. 3432] (the "Motion");² and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the relief

---

1  The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

2  Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

requested in the Notice is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice under the circumstances and that no other or further notice is required; and the Court having held a hearing on the Motion on July 25, 2018; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The *Fifth Amended Notice, Case Management and Administrative Procedures* attached hereto as **Exhibit 1** is approved.

2. The September 12, 2018, Omnibus Hearing is hereby rescheduled to September 13, 2018.

3. Unless otherwise ordered, parties are no longer required to provide service of paper courtesy copies on the Court. As provided in paragraph I.I, the parties are still required to email a copy of any proposed order, in Microsoft word format, to the Court at swaindprcorresp@nysd.uscourts.gov.

4. Paragraph IV.A of Section IV (Disclosure Requirements) of the Case Management Procedures is modified as follows (**inserts are underlined and in bold**):

> Every group, committee and entity described in Federal Rule of Bankruptcy Procedure 2019(b)(1) (each, a "Rule 2019(b) Group"), that, on or before August 9, 2017, has taken a position before the Court[3] must file a verified statement that complies with the disclosure requirements enumerated by Federal Rule of Bankruptcy Procedure 2019 by August 24, 2017 at 5:00 p.m. (Atlantic Standard Time). For the avoidance of doubt and for the purposes of these Title III cases, compliance with Bankruptcy Rule 2019 includes disclosure of: (i) all economic interests with respect to each Debtor in whose Title III case the group, committee and/or entity has taken a position,**[4]** including derivative interests, and (ii) the existence and amount of any bond insurance or other credit protection, including by a monoline insurer.
>
> [3] For the avoidance of doubt, the phrase "takes a position before the Court" includes, but is not limited to, the filing of any Pleading **by or on behalf of a Rule 2019(b) Group in any Title III case or related adversary proceeding**,

2

including informative motion practice containing factual or legal representations or arguments.

**[4] For the avoidance of doubt, a Rule 2019(b) Group takes a position in the case of a Title III Debtor by appearing in such Debtor's Title III case or related adversary proceeding in any capacity, including by, among other things, filing a Pleading, filing an informative motion, executing a court-approved stipulation, appearing at a hearing before the Court, or asserting any legal or factual positions that would in any way impact the property or rights of the Title III Debtor.**

5. Paragraph IV.D is added to the Case Management Procedures, as follows:

**Within fourteen (14) days of entry of the order approving these Case Management Procedures, any Rule 2019(b) Group that filed a verified statement after August 8, 2017 shall file an amended verified statement reflecting any economic interest (and any material change in such economic interest from August 8, 2017 through the date of the addition of this paragraph to the Case Management Procedures), required to be disclosed pursuant to Paragraph IV.A, that was not disclosed in the previously filed verified statement; provided, however, that, with respect to the Ad Hoc Group of General Obligation Bondholders (the "Ad Hoc GO Group"), the foregoing retroactive disclosure shall only be required for those entities that were members of the Ad Hoc GO Group as of July 1, 2018.**

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

7. This Order resolves Docket Entry No. 3432.

SO ORDERED.

Dated: August 1, 2018

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge