## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 3614, 3624**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>**This Urgent Joint Motion relates to HTA and shall be filed in Case Nos. 17 BK 3283-LTS, and 17 BK 3567-LTS.** |

## URGENT JOINT MOTION FOR EXTENSION OF DEADLINES

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf

of the Puerto Rico Highways and Transportation Authority ("HTA"), pursuant to the authority

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act

2-2017, with Martami, Inc. ("Movant"), respectfully submit this urgent joint motion for entry of

an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending

the deadlines set forth in the *Order Scheduling Briefing of Motion for Relief from Stay* [ECF No.

3624] (the "Scheduling Order").[2]

### Request for Relief

1.      On July 18, 2018, Movant filed the *Motion for Relief from of Stay* [Case No. 17 BK

3283, ECF No. 3614] (the "Motion), seeking relief from the automatic stay to allow the case

captioned *Autoridad de Carreteras y Transportación de Puerto Rico v. Tartak Borthers, Inc. et

al.,* KEF-2006-135 (1003) to proceed before the Puerto Rico Court of First Instance (the

"Prepetition Court"), and to allow Movant to withdraw a sum of money consigned with the

Prepetition Court.  Motion ¶¶ 2, 6.

2.      On July 19, 2018, the Court entered the Scheduling Order, which provides that

opposition papers to the Motion must be filed by August 1, 2018, and Movant's reply papers must

be filed by August 8, 2018.

3.      The Parties are in the process of negotiating a consensual resolution of the Motion

and thus, HTA and Movant have agreed to the following extensions of the deadlines set forth in

the Scheduling Order:

- The deadline to file oppositions to the Motion, or to otherwise respond, shall be extended

    to **August 8, 2018**.

---

[2] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors'
representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*
("PROMESA"), 48 U.S.C. §§ 2101-2241, has authorized AAFAF to file this urgent joint motion on behalf of HTA.

- The deadline for Movant to file a reply to any oppositions shall be extended to **August 15, 2018**.

4.      Pursuant to Paragraph 1.H of the *Fourth Amended Notice, Case Management and Administrative Procedures* [Case No. 17 BK 32830 ECF No. 2839-1] (the "Case Management Procedures"), the parties hereby certify that they have carefully examined the matter and concluded that there is a true need for an urgent motion; they have not created the urgency through any lack of due diligence; have made a bona fide effort to resolve the matter without a hearing; have made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and no party opposes the relief requested herein.

## Notice

5.      HTA has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[3] (i) all parties filing a notice of appearance in these Title III cases; and (j) Movant. A copy of the motion is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico/.

6.      HTA submits that, in light of the nature of the relief requested, no other or further notice need be given.

---

[3] The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

**WHEREFORE**, HTA and Movant respectfully request the Court enter the Proposed Order

and grant such other relief as is just and proper.

Dated: August 1, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com


*/s/Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

Respectfully submitted,

**GONZÁLEZ & VELASCO LAW
OFFICES, P.S.C.**

*/s/ Ruben González Marrero, Esq.*

Carr. 174; Blq. 21-24
Santa Rosa, Bayamón, PR, 00959
Phone: 787-798-8600
Email: rgmattorney1pr@gmail.com
*Attorney for the Movant*

## Exhibit A

**Proposed Order**