# EXHIBIT G

STATE OF CALIFORNIA )
)
)
)
COUNTY OF SAN FRANCISCO ) ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached Text for Final Approval by the House, dated June 23, 2017.

Mel Valentin, Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 31st day of October, 20 17, by Mel Valentin, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Kurt Adam Shlbf

KURT ADAM SHULENBERGER
Commission No. 2208160
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm Expires AUGUST 27 2021

**(TEXT FOR FINAL APPROVAL BY THE HOUSE)**
**(JUNE 23, 2017)**

GOVERNMENT OF PUERTO RICO

18TH Legislative Assembly                                           1st Ordinary Session

**HOUSE OF REPRESENTATIVES**

# House Joint Resolution 188

JUNE 6, 2017

Presented by Representatives *Méndez Núñez, Torres Zamora, Rodríguez Aguiló, Hernández Alvarado, Alonso Vega, Aponte Hernández, Banchs Alemán, Bulerín Ramos, Charbonier Chinea, Charbonier Laureano, Del Valle Colón, Franqui Atiles, González Mercado, Lassalle Toro, Lebrón Rodríguez, Mas Rodríguez, Meléndez Ortiz, Miranda Rivera, Morales Rodríguez, Navarro Suárez, Pagán Cuadrado, Parés Otero, Peña Ramírez, Pérez Cordero, Pérez Ortiz, Quiñones Irizarry, Ramos Rivera, Rivera Guerra, Rivera Ortega, Rodríguez Hernández, Rodríguez Ruiz, Santiago Guzmán, Soto Torres, and Torres González*

Concerning the Committee for Treasury, Budget, and for Puerto Rico Oversight, Management, and Economic Stability "PROMISE"

**JOINT RESOLUTION**

To allocate, under the custody of the Office of Management and Budget, the amount of three hundred ninety million, four hundred eighty thousand dollars ($390,480,000) for payment of pensioners in the Central Government and Judiciary Retirement Systems and the Teachers' Retirement System, arising from the sale of assets or available funds from the Central Government and Judiciary Retirement System and the Teachers' Retirement System, which will form part of the Consolidated Budget charged against the General Fund for Fiscal Year 2017-2018; to order the Retirement Systems to sell their assets and transfer the net cash proceeds or any available funds into the Treasury Secretary's account; and to authorize the Treasury Secretary to receive and record [such amounts] as part of the General Fund for Fiscal Year 2017-2018; and for other related purposes.

2

## STATEMENT OF LEGISLATIVE INTENT

The recommended Budget for Fiscal Year 2018 involved new challenges and changes throughout its formulation process. First, in passing Executive Order 2017-005, we adopted a Zero-Based Budget. This budgetary method requires Government agencies and instrumentalities to carefully evaluate and justify projected expenses, thereby ensuring fulfillment of their mission and maintaining the quality of services provided. Moreover, by implementing the Zero-Based Budget we ensure that agencies will record accounting entries correctly, by assigning such entries where they actually belong.

The Recommended Budget for Fiscal Year 2017-2018 reflects reductions in payroll and operating expenses pursuant to current regulations and the Fiscal Plan. It does, however, contain an allocation for payment of pensions for retirees in the Central [Government] and Judiciary Retirement System and in the Teachers' Retirement System, with funding to come from various sources, including the sale of assets from the Central [Government] and Judiciary Retirement System. The present measure allows for allocation, under the custody of the Office of Management and Budget, of the amount of three hundred ninety million, four hundred eighty thousand dollars ($390,480,000) for payment of pensioners in the Central Government and Judiciary Retirement Systems and the Teachers' Retirement System, arising from the sale of assets or available funds from the Central Government and Judiciary Retirement Systems and the Teachers' Retirement System.

Several attempts were made in the past to reform the three Retirement Systems. However, these measures were unsuccessful and their results insufficient, which has led to a lack of liquidity and insolvency in these systems. Moreover, given the profound and severe fiscal crisis we are currently experiencing, the Government is prevented from shoring up the three Retirement Systems. This Joint Resolution, therefore, puts forth the pay-as-you-go system as a new method for safeguarding pensions for Government retirees.

*THE LEGISLATIVE ASSEMBLY OF PUERTO RICO HEREBY RESOLVES:*

1      Section 1. The amount of three hundred ninety million, four hundred eighty thousand dollars

2      ($390,480,000) is allocated, under the custody of the Office of Management and Budget, for payment of

3      pensioners in the Central Government and Judiciary Retirement Systems and the Teachers' Retirement

4      System, arising from the sale of assets or available funds from the Central Government and Judiciary

3

Retirement System and the Teachers' Retirement System. Such allocation shall form part of the Consolidated Budget charged against the General Fund for Fiscal Year 2017-2018.

Section 2. The Central Government and Judiciary Retirement System and the Teachers' Retirement System are ordered to sell their assets and to transfer the net cash proceeds, in addition to any available funds, into the Treasury Secretary's account.

Section 3. The Secretary of the Treasury Department is authorized to receive, and record as part of the General Fund for Fiscal Year 2017-2018, all funds arising from the sale of assets or available funds from the Central Government and Judiciary Retirement System, and from the Teachers' Retirement System, so that they may be utilized in accordance with Section 1 of this Joint Resolution.

Section 4. With the approval of this Joint Resolution, the following points are ordered and adopted, as it is necessary and reasonable:

1) the General Fund, through the pay-as-you-go system, shall assume any payments that the three Retirement Systems cannot make;

2) the three Retirement Systems shall continue to meet their obligations to their beneficiaries and pensioners by contributing available funds and funds arising from the sale of their assets to the General Fund;

3) employer contributions by the Central Government, Public Corporations, and Municipalities to the Puerto Rico Government Employee Retirement System and to the Teachers' Retirement System shall be eliminated, given the burden that the respective

4

payments to these systems' pensioners places on the General Fund;

4) the obligation to pay the Additional Uniform Contribution shall be eliminated; and

5) the Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF) shall establish and implement all mechanisms necessary so that the Central Government, the Municipalities, and the Public Corporations may contribute to financing the "pay-as-you-go" system.

The provisions of this Section are approved through the exercise of power accorded to the State and for the protection of the lives, health, and wellbeing of the People of Puerto Rico during the fiscal emergency at hand. These are also approved pursuant to the actions required under the scope of the Puerto Rico Oversight, Management and Economic Stability Act (PROMESA) and the Fiscal Plan approved and certified by the Financial Oversight Board. These provisions shall therefore take precedence over and suspend the operation of any other provision that is contrary to them.

Section 5. This Joint Resolution shall be known as the "Joint Resolution for Other Allocations for Fiscal Year 2017-2018."

Section 6. This Joint Resolution shall take effect on July 1, 2017.

**(TEXTO DE APROBACION FINAL POR LA CAMARA)**
**(23 DE JUNIO DE 2017)**

GOBIERNO DE PUERTO RICO

18va. Asamblea                                                                                    1ra. Sesión
  Legislativa                                                                                        Ordinaria

# CÁMARA DE REPRESENTANTES

# R. C. de la C. 188

6 DE JUNIO DE 2017

Presentada por los representantes *Méndez Núñez, Torres Zamora, Rodríguez Aguiló, Hernández Alvarado, Alonso Vega, Aponte Hernández, Banchs Alemán, Bulerín Ramos, Charbonier Chinea, Charbonier Laureano, Del Valle Colón, Franqui Atiles, González Mercado, Lassalle Toro, Lebrón Rodríguez, Mas Rodríguez, Meléndez Ortiz, Miranda Rivera, Morales Rodríguez, Navarro Suárez, Pagán Cuadrado, Parés Otero, Peña Ramírez, Pérez Cordero, Pérez Ortiz, Quiñones Irizarry, Ramos Rivera, Rivera Guerra, Rivera Ortega, Rodríguez Hernández, Rodríguez Ruiz, Santiago Guzmán, Soto Torres y Torres González*

Referida a la Comisión de Hacienda, Presupuesto y de la Supervisión, Administración y Estabilidad Económica de Puerto Rico, "PROMESA"

## RESOLUCIÓN CONJUNTA

Para asignar bajo la custodia de la Oficina de Gerencia y Presupuesto la cantidad de trescientos noventa millones cuatrocientos ochenta mil ($390,480,000) dólares, para el pago de los pensionados de los Sistemas de Retiro de Gobierno Central y la Judicatura; y del Sistema de Retiro para Maestros proveniente de la venta de activos o fondos disponibles del Sistema de Retiro de Retiro de Gobierno Central y la Judicatura; y del Sistema de Retiro para Maestros, la cual formará parte del Presupuesto Consolidado con cargo al Fondo General para el año fiscal 2017-2018; para ordenar a los Sistemas de Retiro a vender sus activos y pasar el producto líquido neto o cualquier fondo disponible a la cuenta del Secretario de Hacienda; y para autorizar al Secretario de Hacienda a ingresar y contabilizar como parte del Fondo General para el año fiscal 2017-2018; y para otros fines relacionados.

EXPOSICIÓN DE MOTIVOS

El Presupuesto recomendado para el Año Fiscal 2018 conllevó nuevos retos y cambios en el proceso para su formulación. Primeramente, con la promulgación de la Orden Ejecutiva 2017-005, adoptamos un Presupuesto Base Cero. Bajo esta metodología presupuestaria, se les requiere a las agencias e instrumentalidades del Gobierno evaluar con detenimiento los gastos proyectados y justificar los mismos, asegurándose de cumplir con su misión y manteniendo la calidad en los servicios prestados. Asimismo, mediante la implementación del Presupuesto Base Cero nos aseguramos que las agencias contabilizarán las partidas correctamente, asignándolas donde realmente deben ser destinadas.

El Presupuesto recomendado para el Año Fiscal 2017-2018 refleja reducciones en nómina y en los gastos operacionales, conforme con la normativa vigente y el Plan Fiscal. Sin embargo, contiene una asignación para el pago de las pensiones de los retirados del Sistema de Retiro Central y la Judicatura; y del Sistema de Retiro para Maestros proveniente de diversos orígenes de recursos, entre los cuales se encuentra la venta de activos del Sistema de Retiro Central y la Judicatura. Mediante la presente medida, se asigna bajo la custodia de la Oficina de Gerencia y Presupuesto la cantidad de trescientos noventa millones cuatrocientos ochenta mil ($390,480,000) dólares para el pago de los pensionados de los Sistemas de Retiro de Gobierno Central y la Judicatura; y del Sistema de Retiro para Maestros proveniente de la venta de activos o fondos disponibles del Sistema de Retiro de Retiro de Gobierno Central y la Judicatura; y del Sistema de Retiro para Maestros.

Ya en el pasado se intentó reformar en varias ocasiones los tres Sistemas de Retiro. Sin embargo, esas medidas no funcionaron y resultaron insuficientes, lo que ha llevado a que los mismos se encuentren sin liquidez e insolventes. Además, debido a la actual profunda y grave crisis fiscal por la cual atravesamos, el Gobierno se ve impedido de solventar los tres Sistemas de Retiro. Por tal razón, esta Resolución Conjunta promueve el sistema de *pay as you go*, como nuevo método para garantizar las pensiones a los retirados del Gobierno.

*RESUÉLVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

1  Sección 1.-Se asigna bajo la custodia de la Oficina de Gerencia y Presupuesto la

2  cantidad de trescientos noventa millones cuatrocientos ochenta mil ($390,480,000)

3  dólares para el pago de los pensionados de los Sistemas de Retiro de Gobierno Central y

4  la Judicatura; y del Sistema de Retiro para Maestros proveniente de la venta de activos o

1 fondos disponibles del Sistema de Retiro de Gobierno Central y la Judicatura; y del

2 Sistema de Retiro para Maestros. Dicha asignación formará parte del Presupuesto

3 Consolidado con cargo al Fondo General para el Año Fiscal 2017-2018.

4     Sección 2.-Se ordena al Sistema de Retiro de Gobierno Central y la Judicatura; y

5 al Sistema de Retiro para Maestros a vender sus activos y pasar el producto líquido

6 neto, así como cualquier fondo disponible a la cuenta del Secretario de Hacienda.

7     Sección 3.-Se autoriza al Secretario del Departamento de Hacienda a ingresar y

8 contabilizar como parte del Fondo General para el Año Fiscal 2017-2018, los fondos

9 provenientes de la venta de los activos o fondos disponibles del Sistema de Retiro del

10 Gobierno Central y la Judicatura; y del Sistema de Retiro para Maestros, para que sean

11 utilizados según se dispone en la Sección 1, de esta Resolución Conjunta.

12     Sección 4.-Con la aprobación de esta Resolución Conjunta, se dispone y adopta,

13 por resultar necesario y razonable, lo siguiente:

14     1) que el Fondo General, a través del sistema de *pay as you go* asuma los

15         pagos que los tres Sistemas de Retiro no puedan realizar;

16     2) que los tres Sistemas de Retiro sigan cumpliendo con sus obligaciones

17         hacia sus beneficiarios y pensionados aportando al Fondo General sus

18         fondos disponibles y los fondos provenientes de las liquidaciones de sus

19         activos;

20     3) que se eliminen las aportaciones patronales del Gobierno Central, las

21         Corporaciones Públicas y los Municipios al Sistema de Retiro de

22         Empleados del Gobierno de Puerto Rico y al Sistema de Retiro para

1  Maestros debido al peso que supone sobre el Fondo General realizar los
2  pagos correspondientes a los pensionados de estos sistemas;
3  4) que se elimine la obligación de pagar la Aportación Adicional Uniforme,
4  y
5  5) que la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico
6  (AAFAF) establezca e implemente todos los mecanismos necesarios para
7  que el Gobierno Central, los Municipios y las Corporaciones Públicas
8  contribuyan al financiamiento del sistema "pay as you go".
9  Las disposiciones de esta Sección se aprueban en el ejercicio del poder de razón
10 del Estado y en protección de la vida, salud y bienestar del Pueblo de Puerto Rico
11 durante la emergencia fiscal que atravesamos. Además, se aprueban en virtud de las
12 acciones requeridas bajo el palio de la Ley Federal *Puerto Rico Oversight, Management*
13 *and Economic Stability Act* (PROMESA) y del Plan Fiscal aprobado y certificado por la
14 Junta de Supervisión Fiscal. Por esta razón, estas disposiciones tendrán primacía y
15 suspenden la vigencia de cualquier otra que resulte contraria a las mismas.
16 Sección 5.-Esta Resolución Conjunta se conocerá como la "Resolución Conjunta
17 de Otras Asignaciones para el Año Fiscal 2017-2018".
18 Sección 6.-Esta Resolución Conjunta comenzará a regir el 1 de julio de 2017.