# EXHIBIT P

# rose

JANE ROSE REPORTING

800-825-3341

74 FIFTH AVENUE NYC 10011
JANE ROSE REPORTING.COM
JANE ROSE @ JANE ROSE REPORTING.COM

## *US District Court - Puerto Rico*

---

## The Financial Oversight and Management Board for Puerto Rico
## v.
## Altair Global

---

## *Video Deposition of:*
## Cecile Tirado Soto, Volume 1
## October 24, 2017

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
---------------------------------------------
THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,
as representative of
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,
          Plaintiff,
     v.
ALTAIR GLOBAL CREDIT OPPORTUNITIES FUND
(A), LLC, ANDALUSIAN GLOBAL DESIGNATED
ACTIVITY COMPANY, et al.,
               Defendants.
---------------------------------------------

VIDEO DEPOSITION OF
Cecile Tirado Soto, Volume 1
October 24, 2017
New York, New York
Lead: Geoffrey Stewart, Esquire
Firm: Jones Day


FINAL COPY
JANE ROSE REPORTING   1-800-825-3341

---

Page 3

A P P E A R A N C E S (Cont'd)

ATTORNEYS FOR CERTAIN ERS
SECURED CREDITORS

     JONES DAY
     Geoffrey S. Stewart, Esquire
     Ryan J. Sims, Esquire
     Christopher J. DiPompeo, Esquire
     51 Louisiana Avenue, N.W.
     Washington, D.C.  20001-2113
     Phone:  202.879.3939
       - and -
     Isel M. Perez, Esquire
     600 Brickell Avenue
     Brickell World Plaza
     Suite 3300
     Miami, FL 33131
     Phone:  305.714.9700

---

Page 2

A P P E A R A N C E S

ATTORNEYS FOR AAFAF

     O'MELVENY & MYERS LLP
     Elizabeth L. McKeen, Esquire
     610 Newport Center Drive, 17th Floor
     Newport Beach, CA 92660
     Phone:  949.823.6900
       - and -
     Madhu Pocha, Esquire
     1999 Avenue of the Stars, 8th Floor
     Los Angeles, CA 90067
     Phone:  310.553.6700


ATTORNEYS FOR THE PUERTO RICO FUNDS

     WHITE & CASE LLP
     Josefina M. Aguila, Esquire
     Southeast Financial Center
     Suite 4900
     200 South Biscayne Boulevard
     Miami, FL 33131-2352
     Phone:  305.995.5245

---

Page 4

A P P E A R A N C E S (Cont'd)

ATTORNEYS FOR THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD AS REPRESENTATIVE
FOR THE DEBTORS

     PROSKAUER ROSE LLP
     Kevin J. Perra, Esquire
     Eleven Times Square
     New York, NY 10036-8299
     Phone:  212.969.3000
       - and -
     William D. Dalsen, Esquire
     Michael R. Hackett, Esquire
     (Via Conference Call)
     One International Place
     Boston, MA 02110-2600
     Phone:  617.526.9600

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 5

A P P E A R A N C E S (Cont'd)

ALSO PRESENT
    Carlos Castro, Interpreter
      (AM Session)
    Cristina San Juan, Interpreter
      (PM Session)
    Roger Jimenez, Check Interpreter
      (PM Session)
    Ivan Garau, AAFAF
    Bibiana Sarriera, ERS
    Luis Del Valle Emmanuelli, Esquire
      (Via Conference Call)

JANE ROSE REPORTING
    74 Fifth Avenue
    New York, New York 10011
    800-825-3341
    Christina Diaz, Court Reporter
    Henry Marte, Videographer

---

Page 6

### TABLE OF CONTENTS

Witness:
Cecile Tirado Soto

Examination

By Mr. Stewart.......................Page 12

Reporter Certification...............Page 253

Notice to Read and Sign..............Page 255

Index of Exhibits....................Page 257

---

Page 7

1           *   *   *
2
3        NEW YORK, NEW YORK
4         9:45 a.m.
5
6           *   *   *
7     THE VIDEOGRAPHER:  Here begins
8 videotape number one, volume one in the
9 30(b)(6) deposition of Cecile Tirado in
10 the matter of The Financial Oversight
11 vs. Altair Global.
12     This deposition is being held at
13 250 Vesey Street, New York, New York.
14 Today's date is October 24, 2017, and
15 the time is 9:45 a.m.
16     My name is Henry Marte, the
17 videographer, and the court reporter
18 is Christina Diaz, both on behalf of
19 Jane Rose Reporting, New York, New
20 York.
21     Counsel will be noted on the
22 stenographic record.
23     Will the court reporter please
24 administer the oath to the witness and
25 the interpreter.

---

Page 8

1   C A R L O S  C A S T R O,
2     the Spanish interpreter, was duly sworn
3     to accurately and faithfully translate
4     the proceedings.
5   C E C I L E  T I R A D O  S O T O,
6     having been duly sworn, testified
7     as follows:
8     MR. STEWART:  Madam Reporter, since
9 we have a lot of people in the room, why
10 don't we record who is present and who
11 they are representing.
12     I am Geoffrey Stewart of Jones Day.
13 We represent the defendants.
14     MR. SIMS:  Ryan Sims of Jones Day.
15 We represent the defendants.
16     MS. PEREZ:  Isel Perez of Jones
17 Day.  We represent the defendants.
18     MS. AGUILA:  Josefina Aguila of
19 White & Case for the defendant Puerto
20 Rico Funds.
21     MR. DePOMPEO:  Christopher DePompeo
22 of Jones Day representing the ERS
23 defendants.
24     MR. DALSEN:  William Dalsen,
25 Proskauer Rose on behalf of the

---

US District Court - Puerto Rico                     FINAL - October 24, 2017
FOMBPR v. Altair Global                             Cecile Tirado Soto, Volume 1

---

Page 9

1   plaintiffs.
2       MR. PERRA:  Kevin Perra from
3   Proskauer Rose on behalf of plaintiffs.
4       MR. GARAU:  Iván Garau, in-house
5   counsel for AFFAF.
6       MS. McKEEN:  Elizabeth McKeen of
7   O'Melveny & Myers for AFFAF.
8       THE INTERPRETER:  Carlos Castro,
9   the interpreter.
10      MR. POCHA:  Madhu Pocha, O'Melveny
11  & Myers.
12      MS. SARRIERA:  Bibiana Sarriera,
13  in-house counsel, ERS.
14      MR. STEWART:  Is there anyone on
15  the phone participating by phone?
16      MR. DEL VALLE:  Yes.  This is Luis
17  Del Valle, in-house counsel for the
18  Oversight Board on behalf of the ERS.  I
19  have a small request.  Could the phone
20  please be put closer to the witness so I
21  can make out the testimony?
22      MR. STEWART:  We will do the best
23  we can for you.
24      Is anyone else on the phone?
25      MR. HACKETT:  Hi, everyone.  It's

---

Page 10

1       Michael Hackett from Proskauer, on
2   behalf of the Oversight Board.
3       MR. STEWART:  Is that everyone who
4   is on the phone?
5       (No verbal response)
6       MR. STEWART:  We are going to try
7   to move the microphone closer to me and
8   to the witness.  We are stretching it as
9   far as we can.
10      MS. McKEEN:  Counsel, before we get
11  started, I think it might be helpful to
12  discuss how we are going to handle the
13  translation issue before we proceed.
14      MR. STEWART:  Go ahead.
15      MS. McKEEN:  In the interest of
16  efficiency, we think it makes sense for
17  Miss Tirado to begin the deposition with
18  you in English as she is comfortable,
19  but to the extent she feels that
20  translation of a particular question or
21  being able to give her answer in Spanish
22  would be helpful to her, that she then
23  request, on an as-needed basis, using
24  the translator.  And we would suggest
25  proceeding in that manner rather than

---

Page 11

1   having each and every question and
2   answer go forward through the
3   translator.  We think it will go faster
4   that way.
5       Our suggestion would also be that
6   when the translation is occurring, the
7   translator speak up so that those in the
8   room can hear the translation and so
9   that if our check translator has any
10  issue with how something is being
11  translated, we can have an opportunity
12  to object on the record and have a
13  procedure following the deposition for
14  resolving any issues as may come up so
15  that we don't need to waste time doing
16  that on the record today.
17      MR. STEWART:  That's acceptable to
18  me.
19      Does anyone else who is
20  participating in the deposition object
21  to that approach?
22      (No verbal response)
23      MR. STEWART:  I don't hear any
24  objection.  So let's proceed on that
25  basis.

---

Page 12

1   EXAMINATION
2   BY MR. STEWART:
3       Q.   Good morning, Miss Tirado.  I'm
4   Jeffrey Stewart.  I am a partner at the firm
5   of Jones Day.  We represent the defendants in
6   this case.
7       A.   Good morning.
8       Q.   I will try to speak clearly and
9   slowly, but if any of my questions are hard
10  for you to understand, please ask me to
11  repeat them or to slow down, which I will be
12  happy to do.
13      A.   (Nodding affirmatively).
14      Q.   I am going to ask you questions,
15  and please answer them to the best of your
16  knowledge.  If for any reason you do not know
17  the answer to the question or do not remember
18  it, just tell me because I don't want you to
19  speculate in any way on matters that you are
20  not confident about.
21      We will go as long as we need to to
22  get your deposition done.  If I can do it in
23  one day, I would like to.  But if it has to
24  go more than one, that may be what happens.
25      We will try to take breaks about

---

Page 13

1  every hour.  If you need a break before an
2  hour passes up, just say so, and we will take
3  a break at that point.
4          Are you represented by counsel here
5  today?
6      A.   Yes.
7      Q.   Who is your counsel?
8      A.   My counsel is Proskauer and
9  O'Melveny.
10     Q.   It may be, in the course of the
11 deposition, that you wish to confer with
12 counsel.  That is your right.  I would ask
13 you to not do that while there is a question
14 pending because on the videotape, it will
15 look like you are getting your answer from
16 your lawyer, which is a problem for me, your
17 lawyer and you.  And as I said before, if you
18 do not understand any question I ask you,
19 just tell me, and I will give you a new
20 question.  I do this for a living.  It's easy
21 for me to come up with questions.
22         Give -- if you could, give us your
23 full name.
24     A.   Name is Cecil Tirado Soto.
25     Q.   Okay.  And what is your home

Page 14

1  address?
2      A.   It's Dawn Glory Street, R20, Parque
3  Ecuestre, Carolina 00987.
4          MR. STEWART:  Thank you.  And I
5  should have said one more thing to the
6  reporter.  Some of the answers will have
7  terms or nouns in Spanish.  If you have
8  issues or problems with spelling and
9  would like to have those dealt with at
10 the time, madam reporter, just say so,
11 and we can have it spelled to make
12 things easier for you.
13 BY MR. STEWART:
14     Q.   Have you ever given a deposition
15 before?
16     A.   No.
17     Q.   Have you ever been a witness in a
18 lawsuit before?
19     A.   No.
20     Q.   Tell us about your education,
21 starting with college.
22         MS. McKEEN:  Objection.  Form.
23     A.   I have a bachelor degree at the
24 University of Puerto Rico.  Accounting
25 degree.

Page 15

1  BY MR. STEWART:
2      Q.   What year did you receive your
3  degree?
4      A.   1992.
5      Q.   Did you graduate from the
6  University of Puerto Rico with any awards or
7  honors or commendations?
8      A.   No.
9      Q.   After graduating with your
10 bachelor's degree, did you pursue any
11 graduate studies?
12     A.   I started a master's degree, yes.
13     Q.   When did you start?
14     A.   In approximately 1994, '95.
15     Q.   And where did you study for the
16 master's degree?
17     A.   Universidad Interamericana.
18     Q.   Where is that located?
19     A.   Cupey.
20     Q.   What were you studying?
21     A.   A master's degree in finance.
22     Q.   Did you complete the degree?
23     A.   No.
24     Q.   Did you pursue any other graduate
25 studies besides the master's degree you just

Page 16

1  told me about?
2      A.   No.
3      Q.   Have you had other professional
4  training outside of your bachelor's degree
5  and your master's degree?
6      A.   No.
7      Q.   Do you have any certifications or
8  qualifications from professional
9  organizations; for example, being a certified
10 public accountant?
11     A.   No.
12     Q.   So you're not a CPA or a certified
13 financial analyst or no qualifications such
14 as those; is that right?
15     A.   That's right.
16     Q.   Tell me if you could -- by the --
17 what was your first job after you received
18 your bachelor's degree?
19     A.   My first job was ERS.
20     Q.   Okay.  And what year was that?
21     A.   1992.
22     Q.   What was your title?
23     A.   Could I say in Spanish?
24     Q.   Please.
25     A.   I started in --

Page 17

1       MR. STEWART:  Could you translate
2  that for the court reporter, please.
3       Madam Reporter, let's mark as
4  Exhibit 6 a list of terms suggested to
5  us by counsel for the witness.
6       ----
7       (Exhibit 6, Suggested List of
8  Terms, one page, was marked for
9  identification)
10      ----
11 BY MR. STEWART:
12      **Q.   Now, before we do that, could the**
13 **translator translate in English the witness'**
14 **answer?**
15      THE INTERPRETER:  I am not familiar
16 with the term.  I apologize.
17      MR. STEWART:  Okay.  Could you
18 spell it for us, the title.
19      THE INTERPRETER:  A-U-X-I-L-I-A-R.
20 And the second is F-I-S-C-A-L.
21      MR. STEWART:  Okay.
22 BY MR. STEWART:
23      **Q.   What were your -- so you were a**
24 **fiscal -- would that translate as fiscal**
25 **auxiliary?**

Page 18

1       MS. McKEEN:  Objection.  Form.
2       A.   Yes, as spelled.
3  BY MR. STEWART:
4       **Q.   Okay.  What were the**
5  **responsibilities that you had in that job?**
6       A.   The responsibility in the job,
7  it was working with the loans department,
8  making the transaction for the loan
9  disbursement.
10      **Q.   What kind of loans?**
11      A.   Personal loans.
12      **Q.   Are those the loans sometimes**
13 **called employee loans?**
14      A.   Could you be more specific.
15      **Q.   Have you heard the term "employee**
16 **loans" used in connection with the business**
17 **of ERS.**
18      A.   I am not sure what you are trying
19 to --
20      **Q.   I'm just asking is that a term that**
21 **you've heard or not?**
22      A.   "Employee loans"?
23      **Q.   "Employee loans."**
24      A.   Yes, I have heard that.
25      **Q.   Okay.  What did that mean to you?**

Page 19

1       A.   I am going to use the translator.
2       **Q.   Okay.**
3       A.   (Through translator).  Their loans
4  are loans for active employees and also
5  people who are -- have pensions, have -- they
6  have the right to request for being active
7  members of the system.
8       **Q.   Okay.  And you called those**
9  **personal loans?  Is that the term that you**
10 **used?**
11      A.   Yes.
12      MR. STEWART:  I will use that term
13 also.
14      ----
15      (Exhibit 7, Organigrama Funcional,
16 one page, was marked for identification)
17      ----
18 BY MR. STEWART:
19      **Q.   Miss Tirado, I am going to place**
20 **some documents in front of you.  First of**
21 **all, I should have asked you.  Do you prefer**
22 **to be called Miss, Ms., or Mrs., or do you**
23 **care?**
24      A.   Miss.
25      **Q.   Miss?  I will cal you Miss.**

Page 20

1       **First I am putting Exhibit 6 in**
2  **front of you.  Exhibit 6 is a document**
3  **provided to us by your counsel which are**
4  **terms that they thought might arise in your**
5  **deposition and the English translation of**
6  **those terms.  That's been given to the**
7  **translator and others.  If you would like to**
8  **keep that in front of you, you're more than**
9  **welcome to.**
10      A.   Okay.
11      **Q.   Exhibit 7 I am now placing in front**
12 **of you.**
13      **Do you know what Exhibit 7 is?**
14      A.   Yes.
15      **Q.   What is Exhibit 7?**
16      A.   (In English).  I am going to use
17 the translator.
18      **Q.   Please do.**
19      A.   (Through translator).  This is a
20 diagram functionary of -- of the -- of the
21 pension of members of the system, the
22 personal that -- and confidence.
23      MS. McKEEN:  I am going to object
24 on the record.  I am not sure that was
25 an accurate translation of what the

US District Court - Puerto Rico                                    FINAL - October 24, 2017
FOMBPR v. Altair Global                                    Cecile Tirado Soto, Volume 1

Page 21

1   witness said.
2       MR. STEWART:  Yes.
3   BY MR. STEWART:
4       Q.   When you say "personal" and
5   "confidence," do you mean confidants?
6       MS. McKEEN:  Counsel, I believe
7   that that is an idiomatic expression that
8   means political appointee.
9   BY MR. STEWART:
10      Q.   Do you agree with your counsel's --
11      A.   Yes.
12      Q.   -- suggestion?  So these are
13  officials and political appointees?
14      A.   (Through translator).  Yes.
15      Q.   And this is as of November 6, 2013?
16      MS. McKEEN:  Objection.  Form.
17      A.   (Through translator).  This
18  document that you are presenting to me, it --
19  it -- it's revised into the 6th of November.
20  But I cannot be sure because -- because the
21  document, I did not prepare it myself.
22      Q.   Have you seen this document before?
23      A.   (Through translator).  What I
24  understand from all the documents I've seen,
25  perhaps I have seen it and perhaps it's been

Page 22

1   sent to me of part of a document.  But
2   exactly, I don't remember if it was mailed to
3   me.
4       Q.   To your knowledge, is this an
5   accurate depiction of the organization of ERS
6   in November of 2013?
7       A.   (Through translator).  It's a
8   document from 2013.  It's been some time ago,
9   but I cannot say if it's authentic or if it's
10  not authentic.  But I recognize this is the
11  functionary diagram of the system.
12      Q.   Is there any person or position on
13  Exhibit 7 that you believe to not be accurate
14  as of November 2013?
15      MS. McKEEN:  Objection.  Form.
16      A.   (Through translator).  I've got to
17  take some time to look at the names.
18      Q.   Please do.
19      A.   (In English).  Can you repeat the
20  question, please.
21      Q.   Is there any name or position on
22  Exhibit 7 that you believe is not accurate as
23  of November 2013?
24      MS. McKEEN:  Same objection.  Form.
25      A.   (Through translator).  What I can

Page 23

1   say about the document is that -- is that the
2   people that are -- that are indicated in the
3   document, I have knowledge of it because they
4   -- they work -- or they have worked or work
5   in the system.
6       Q.   Okay.  Do you see your name on --
7   on this exhibit?
8       A.   (Through translator).  Yes.
9       Q.   And do you see it in the middle on
10  the right-hand side?
11      A.   (Through translator).  Yes.
12      Q.   Was that the position you occupied
13  in November 2013?
14      A.   (Through translator).  Yes.
15      Q.   So let's go back to your -- to your
16  career with ERS.
17          I think you told us you joined E --
18  by the way, when I use the word "ERS," do you
19  understand that I am referring to the
20  Employee Retirement System of Puerto Rico?
21      A.   (In English).  Yes.
22      Q.   How long did you stay in your job
23  as an auxiliary fiscal, if that's the right
24  title, in the loans department?
25      A.   (In English).  This was a long time

Page 24

1   ago.  So I started in 1992, like I said
2   before.  To my best recollection, I think it
3   was approximately two years with the
4   position.
5       Q.   Then what happened -- that would
6   put us about 1994 then?
7       A.   Yes.  Correct.
8       Q.   What, if anything, happened in 1994
9   with your work at ERS?
10      MS. McKEEN:  Objection.  Form.
11      A.   Can you be more specific to the
12  question?
13  BY MR. STEWART:
14      Q.   Did your job change in 1994?
15      A.   The position changed.
16      Q.   How did it change?
17      A.   From auxiliar fiscal, I was hired
18  as an accountant.
19      Q.   What part of ERS were you hired to
20  work in as an accountant?
21      MS. McKEEN:  Objection.  Form.
22      A.   It was in the finance department.
23  BY MR. STEWART:
24      Q.   What were your responsibilities as
25  an accountant in the finance department?

US District Court - Puerto Rico                        FINAL - October 24, 2017
FOMBPR v. Altair Global                            Cecile Tirado Soto, Volume 1

---

Page 25

1    A.  I am going to answer in Spanish.
2        MR. STEWART:  Okay.
3    A.  (Through translator).  My
4  responsibilities was work with in the
5  accounting of the system operation and in the
6  transactions operational of the system.
7  BY MR. STEWART:
8    Q.  When you say "operations," what are
9  you referring to?
10    A.  (Through translator).  Operations
11  mean the functions of managing the pensions
12  and also the benefits that we organize,
13  system.
14        MS. McKEEN:  I am going to object
15  on the record to the translation.
16        MR. STEWART:  Do you have a better
17  translation?
18        MS. McKEEN:  That the system
19  granted.
20        MR. STEWART:  What part of the --
21  it's a long translation.  You have added
22  three words.  Where do those fit?
23        CHECK INTERPRETER:  The last -- he
24  said that "we organize the system."
25  It's "that the system granted."

Page 26

1        MS. McKEEN:  So in other words, the
2  part of the answer that was translated
3  as "the benefits that we organize," we
4  think should have been translated as
5  "that the system granted."
6  BY MR. STEWART:
7    Q.  Do you agree with your counsel's
8  characterization of your testimony, Ms.
9  Tirado?
10    A.  Yes.
11    Q.  And then you also said that your
12  work involved transactions.
13        Do you remember your testimony
14  where you used the term "transactions"?
15    A.  Yes.
16    Q.  What did you mean when you used the
17  word "transactions"?
18    A.  (Through translator).  The
19  transactions refer to transactions of
20  accounting like as of entries -- journal
21  entries and operations of the cycle of
22  accounting, accounting cycles, and an
23  accounting of the loans and also
24  reimbursements of the system like refunds.
25        MR. STEWART:  Before we go further.

Page 27

1  Someone who is participating by phone,
2  we can hear background noise.  Could you
3  do us a favor and mute your line so we
4  don't have that coming up in the room
5  where we are having the deposition.
6        MR. DEL VALLE:  The reason why you
7  hear -- I don't hear any background
8  noise on my side.
9        MR. STEWART:  Well, we do so just
10  please mute your phone so background
11  noise doesn't come here, and the same I
12  would ask of Mr. Hackett.
13        MR. HACKETT:  My phone is muted.
14  This is Michael Hackett.
15        MR. DEL VALLE:  Mine is too.
16        MR. STEWART:  Okay.  Thank you.
17  BY MR. STEWART:
18    Q.  Did there come a time when your job
19  responsibilities at ERS changed again?
20    A.  Yes.  Some of my responsibility
21  changes, yes.
22    Q.  When was that?
23    A.  I do not recollect the year.  It
24  was a long time ago, so I really cannot tell
25  you the year.

Page 28

1    Q.  What's your best recollection?
2    A.  Maybe 1998, '99.  I really don't
3  remember the year, so I could not tell you
4  the exact year.
5    Q.  How did your job responsibilities
6  change in 1998 or 1999?
7    A.  I was hired as an accounting
8  supervisor.
9    Q.  And by the way, I should have
10  asked:  During this entire period which
11  office of ERS did you work in?
12        MS. McKEEN:  Objection.  Form.
13    A.  Can you repeat the question,
14  please?
15  BY MR. STEWART:
16    Q.  What was your business address
17  during this period of time?
18    A.  Could you be more specific, the
19  period of?
20    Q.  From the time you began until 1998
21  or 1999, where was your office?
22    A.  From the last change of my
23  position?
24    Q.  All times.
25    A.  Since I started working?

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 29

1   Q.   Until 1998 or 1999?
2        MS. McKEEN:  Objection.  Form.
3        A.   It's been two areas.  The first one
4   was the loan department, and the second one
5   has been finance department.
6   BY MR. STEWART:
7        Q.   Were they in the same building?
8        A.   Yes.
9        Q.   What was the address of the
10  building?
11       A.   Ponce de Leon Avenue, building 437
12  Hato Rey, Puerto Rico 00940.
13       MR. STEWART:  We can do that during
14  a break.
15  BY MR. STEWART:
16       Q.   So in 1998 or 1999, you became an
17  accounting supervisor.
18            How did your job change?
19       A.   I am going to say in Spanish.
20       Q.   Please.
21       A.   (Through translator).  The
22  responsibilities increased due to the fact
23  that I have a personal charge in division of
24  accounting of revising all of the
25  transactions of the employees of the

Page 30

1   accounting together with the general division
2   of accounting.
3        MS. McKEEN:  Objection to the
4   translation.
5        MR. STEWART:  Okay.
6        MR. DEL VALLE:  Yes, I do too.
7   Should be manager, not general of the
8   accounting division.
9        MR. STEWART:  First of all, we can
10  only have one person objecting.  So you
11  can choose who it's going to be.  We are
12  not going to have a town meeting, or we
13  are going to call Judge Dein.
14       Second, if you have a competing
15  translation, please share it.  I am more
16  than happy to hear it.
17       MS. McKEEN:  Why don't we handle
18  the objections and the check translation
19  here in the room, please.
20       CHECK INTERPRETER:  He said
21  together with --
22       INTERPRETER:  Could I use the
23  bathroom real quick?
24       MR. STEWART:  Sure.  Why don't we
25  take a short break.

Page 31

1        THE VIDEOGRAPHER:  The time is
2   10:17 a.m.  Going off the record.
3        (Recess)
4        THE VIDEOGRAPHER:  All right.  We
5   are back on the record.  The time is
6   10:31 a.m.
7   BY MR. STEWART:
8        Q.   Okay.  Before our break we were
9   talking about your job as acting supervisor
10  -- sorry, accounting supervisor which you
11  took in 1998 and 1999.  I believe Ms. McKeen
12  had some correction to the translation.
13       MS. McKEEN:  It's a little
14  difficult for us here obviously because
15  we don't have the words that were said
16  in Spanish to retranslate.  So I am not
17  sure how you want to handle that except
18  to say that there -- there were aspects
19  of the translated answer that we did not
20  think were accurate.
21       MR. STEWART:  Well, I cannot accept
22  that.  Either you have a correction or
23  you don't.  You can't simply say you
24  don't like the answer.  You -- you
25  registered an objection.  You said you

Page 32

1   had a different interpretation.  You
2   need to put it on the record or withdraw
3   your objection.
4        MS. McKEEN:  Counsel, let me be
5   really clear.  I am not saying that I
6   didn't like the answer.  What I am
7   saying is that we objected that the
8   translation was inaccurate.  As we
9   discussed doing at the beginning of the
10  deposition, potentially resolving some
11  of those issues off-line, I think in
12  part there was an objection to the use
13  of the word "general" of the accounting
14  division rather than the word "manager,"
15  which is more appropriate, and, you
16  know, generally this translation
17  situation is very difficult since we are
18  in a situation where there was
19  apparently no request made for a
20  translator that has comfort or previous
21  experience with some of these financial
22  terms.  So we are doing the best we can,
23  and we can move forward.  But we are not
24  going to be in a situation where you
25  compel us to provide alternate

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 33

1 translations on the record in real-time.
2 We will do the best we can, and we think
3 it makes sense to move forward. But,
4 you know, we -- we may not be able to
5 resolve all the issues with an adequate
6 translation right here in real-time.
7 MR. STEWART: When you make an
8 objection, you are required to have a
9 good-faith basis for it. So if you
10 object on the ground of a
11 mistranslation, I am going to expect you
12 to give me your basis for the objection.
13 It's not acceptable to me or permitted
14 under the rules for you to make a
15 general amorphous objection and then
16 refuse to tell us what you are objecting
17 to.
18 MS. McKEEN: I will certainly be as
19 specific as possible, Counsel.
20 MR. STEWART: Good.
21 MS. McKEEN: I don't intend to make
22 any objections in bad faith today.
23 BY MR. STEWART:
24 **Q. So, Ms. Tirado -- Miss -- Miss**
25 **Tirado -- I apologize -- you have told us**

Page 34

1 **what you did when you became the accounting**
2 **supervisor in 1998 and 1999.**
3 **Did there come a time when your**
4 **position changed again?**
5 A. Yes.
6 **Q. When?**
7 A. 2009.
8 **Q. What happened in 2009?**
9 A. I was appointed finance director or
10 the controller of ERS.
11 **Q. Finance director to the controller**
12 **of ERS?**
13 A. No. It's the same term. It could
14 be called controller or finance director.
15 **Q. Okay. And how long did you have**
16 **the job as finance director of ERS?**
17 A. To my best of recollection, it has
18 been some changes until now, but the first
19 time it changed, the position, it was -- if I
20 had my best recollection, two thousand --
21 2012.
22 **Q. What happened in 2012?**
23 MS. McKEEN: Objection. Form.
24 A. When you said "what happened in
25 2012," what do you refer to?

Page 35

1 BY MR. STEWART:
2 **Q. In terms of your job.**
3 MS. McKEEN: Same objection.
4 A. Job or position?
5 BY MR. STEWART:
6 **Q. Either one. Whatever you prefer.**
7 MS. McKEEN: Objection. Form.
8 A. If you refer to my position, I was
9 assigned finance auxiliary director.
10 BY MR. STEWART:
11 **Q. And what were the responsibilities**
12 **that you had as finance auxiliary director?**
13 A. I am going to say it in Spanish.
14 **Q. Okay.**
15 A. (Through translator). My
16 responsibilities --
17 (In English). Could I finish the
18 words, maybe the sentence and then --
19 THE INTERPRETER: I don't -- I
20 don't verbatim. But okay.
21 MS. McKEEN: Well, it needs to be
22 verbatim. There is a screen in case you
23 need to read what her answer is.
24 THE INTERPRETER: Okay.
25 A. (Through translator). The function

Page 36

1 of the director auxiliary, it is -- it's in
2 charge of the area of the system of finances
3 for the retired --
4 (In English). No, no.
5 (Through translator) -- the
6 retirement in charge of the areas that
7 payment -- payroll --
8 (In English). No. It's not
9 payroll.
10 (Through translator). No.
11 (In English). It's not payroll.
12 THE INTERPRETER: Okay.
13 A. (Through translator). Billing,
14 payment, fiscal intervention, count --
15 accounting.
16 THE INTERPRETER: I don't know that
17 word.
18 MR. STEWART: Regulations maybe?
19 THE WITNESS: (In English). No.
20 A. (Through translator). No.
21 It's the division that's in charge
22 of receiving the remissions --
23 (In English) no.
24 THE INTERPRETER: No?
25 MS. McKEEN: Collections?

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 37

1     A.    (Through translator).  Exactly.
2  The collections of the --
3        (In English) Employers.
4        (Through translator) -- of the
5  employees.
6        (In English) Employers.
7        (Through translator).  Employers.
8  Employers.
9  BY MR. STEWART:
10     Q.    Anything else?
11     A.    (Through translator) and also to
12  direct those divisions and coordinate that
13  the jobs that are done in an efficient way
14  and work in the financial system --
15        (In English) Financial statement.
16        (Through translator) -- financial
17  statement of the systems.
18     Q.    Who did you report to?  Let's go
19  back to when you were finance director
20  beginning in 2009.  Who did you report to?
21     A.    (Through translator).  In 2009, the
22  most that I can remember is I would -- I
23  would report to the auxiliary administrator
24  Mr. Jose Villafane.
25     Q.    In 2012 who did you report to when

Page 38

1  you became the finance auxiliary director?
2     A.    (Through translator).  In 2012 I
3  report to Jose Villafane.
4     Q.    Now let's go back to the Exhibit 7,
5  which is the organizational chart.  Do you
6  have it in front of you?
7        Are you familiar, Miss Tirado, with
8  the word or phrase "organization chart"?
9     A.    (Through translator).  Yes.
10     Q.    Okay.  And is this an organization
11  chart as you understand that term?
12     A.    (Through translator).  To my
13  knowledge, this is the functional diagram of
14  -- of the 6th of November 2013.  Even though
15  I did not prepare it but I do recognize the
16  document.
17     Q.    Does this accurately show your
18  position at ERS in November of 2013?
19     A.    (Through translator).  I do
20  remember, yes, in 2013.
21     Q.    Okay.  And so it shows that you --
22  who you reported to, which was Mr. Santos?
23     A.    (Through translator).  For that
24  year, yes.
25     Q.    And it shows that in 2013, you

Page 39

1  were the director of the office of the
2  controller?
3     A.    (Through translator).  Yes.
4     Q.    When did you become director of the
5  office of controller?
6        MS. McKEEN:  You have to speak up
7  so they can hear what you're saying.
8        THE INTERPRETER:  Okay.
9     A.    (Through translator).  Like I said
10  before, in 2009.
11  BY MR. STEWART:
12     Q.    Okay.  And what is your position
13  today?
14     A.    Auxiliary director of finances.
15     Q.    So that would be the job that on
16  Exhibit 7 is shown as being done by
17  Mr. Santos?
18        MS. McKEEN:  Objection.  Form.
19     A.    (Through translator).  No.
20  BY MR. STEWART:
21     Q.    Okay.  So tell me what that job is.
22        MS. McKEEN:  Objection.  Form.
23        MR. STEWART:  Ms. McKeen, you do
24  have to explain your -- what's wrong
25  with the form of that question?

Page 40

1        MS. McKEEN:  "Tell me what that job
2  is"?
3        MR. STEWART:  Right.
4        MS. McKEEN:  I'm not --
5        MR. STEWART:  The job that she just
6  testified to.  So what's wrong with the
7  form of that?
8        MS. McKEEN:  Are you trying to get
9  her to show you where it is on this org
10  chart --
11        MR. STEWART:  No.  She --
12        MS. McKEEN:  -- or just what the
13  responsibilities of the job are?
14        MR. STEWART:  No.  She just
15  identified her job.  And I said could
16  you tell me what the job is, and you
17  objected.  What are your grounds for
18  objection?
19        MS. McKEEN:  I just explained to
20  you my grounds of the objection.  I
21  didn't understand your question.  Now
22  that you've clarified, if you are asking
23  her what her job responsibilities are --
24        MR. STEWART:  No.  I am repeating
25  the same question.  But interposing

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                       Cecile Tirado Soto, Volume 1

---

Page 41

1   objections for the sake of interposing
2   objections is not proper either.  And if
3   you have -- and from now on, when you
4   object to form, I am going to ask you
5   what your objection to form is, and I'm
6   going to start marking them on the
7   record.  Okay?
8          MS. McKEEN:  That is just fine,
9   Counsel.  I understand the purpose of
10  objections.  I'm going to interpose them
11  as I see fit.  And if you would like me
12  to ask -- if you would like to ask me
13  for the basis of my objections, I am
14  happy to explain it.
15         MR. STEWART:  Good.  I will.
16  BY MR. STEWART:
17     Q.   So tell me what the
18  responsibilities of your job are.
19     A.   (In English).  Up to my present
20  job?
21     Q.   That's the one.
22     A.   (Through translator).  Like as an
23  auxiliary director, I am in charge of the job
24  in the -- in the financial part of the
25  retirement system -- pension system.

Page 42

1          CHECK INTERPRETER:  She just said
2   "system" not "pension."  He's adding
3   words.
4          THE INTERPRETER:  No.  She said --
5   that means pension.
6          THE WITNESS:  Retirement system.
7          THE INTERPRETER:  Retirement
8   system.
9     A.   (Through translator).  I work -- I
10  work in the -- in the state of coordinate
11  the -- coordinating the finances -- the
12  financial statements.  And I work also on the
13  reimbursements of the system.  And I also
14  revise the -- I also revise the other
15  benefits that are given to the -- to the
16  pensions, the people who are on pensions.
17  And we are also responsible of -- receive the
18  reports from the areas to make sure that they
19  are correct.
20  BY MR. STEWART:
21     Q.   Anything else?
22     A.   (In English).  No.
23     Q.   So looking at Exhibit 7 again, this
24  is the organization chart, can you show me
25  where on this chart, if anywhere, your

Page 43

1   present position is shown?
2          MS. McKEEN:  Objection.  Form.
3     A.   (Through translator).  My position
4   that I have now is not stipulated in this
5   chart.  The name of the position.
6   BY MR. STEWART:
7     Q.   Is the function of the position
8   shown in this chart?
9          MS. McKEEN:  Objection.  Form.
10    A.   (In English).  Could you be more
11  specific to the question?
12  BY MR. STEWART:
13    Q.   Is there somebody on this chart who
14  used to do what you now do?
15    A.   (Through translator).  In the
16  document, the position of the director
17  auxiliary does similar functions to the
18  finance director because they work together
19  in conjunction for the finance area.
20    Q.   Where on that chart is that
21  position shown that you just described to me?
22  You can point it out.
23    A.   (Through translator).  Director of
24  accounting.
25    Q.   Okay.  So let me ask you about

Page 44

1   something different.  You are aware that you
2   are being offered to testify as a witness in
3   this case?
4     A.   (Through translator).  Yes.
5     Q.   And you have been designated under
6   a procedural rule that has the number
7   30(b)(6).
8          Do you know what that rule is?
9          MS. McKEEN:  Objection.
10  BY MR. STEWART:
11    Q.   You can answer.  Do you know what
12  the rule is?
13         MS. McKEEN:  Objection.  Calls for
14  a legal conclusion.
15  BY MR. STEWART:
16    Q.   You can answer it.
17    A.   (Through translator).  No.
18    Q.   Did anyone ever tell you what that
19  rule says or means?
20         MS. McKEEN:  Objection.
21    A.   (Through translator).  It's a legal
22  term, and I do not know it.
23  BY MR. STEWART:
24    Q.   What is your understanding of what
25  your role is as a witness who has been

---

Page 45

1  designated under Rule 30(b)(6)?
2       MS. McKEEN:  Same objection.
3       A.   I was designated to speak -- to
4  talk about the pension system, the retirement
5  system.
6       CHECK INTERPRETER:  That's
7  incorrect.  To talk on behalf.
8       A.   (Through translator).  About
9  several subjects in this deposition.
10      MR. STEWART:  I don't object to
11  having a check translator, but you
12  really have to work through counsel.  We
13  can't have people calling out different
14  translations.  It's just not the way it
15  works.  So if you have an objection,
16  please tell Ms. McKeen, and I am sure
17  she will straighten everybody out.
18  BY MR. STEWART:
19      Q.   What did you understand your
20  responsibilities were to educate yourself
21  about the topics covered in the deposition
22  notice?
23      A.   (Through translator).  I was,
24  together with my attorneys, to talk about
25  different subjects, several different

Page 46

1  subjects and go over some documents that will
2  be presented in the deposition.
3       Q.   What lawyers did you speak with?
4       A.   (Through translator).  My personal
5  doctor -- I mean, my personal attorney.
6       MS. McKEEN:  No.  That's incorrect.
7  Sorry.
8       MR. STEWART:  Please let Ms. McKeen
9  correct us, please.
10      MS. McKEEN:  I don't think her
11  testimony was that it was her personal
12  attorney.  She said internal attorney.
13      A.   (Through translator).  The
14  attorneys from O'Melveny and the attorneys
15  from Proskauer.
16  BY MR. STEWART:
17      Q.   Okay.  Who was the lawyer -- the
18  internal lawyer from ERS?
19      A.   Bibiana Sarriera.
20      Q.   And from O'Melveny?
21      A.   It was Madhu Pocho.
22      Q.   Anyone else?
23      A.   (In English).  No.
24      Q.   And from Proskauer?
25      A.   (In English) I don't have the exact

Page 47

1  names of them, but it was...
2       Q.   I am not going to ask you at this
3  stage what you said to the lawyers or what
4  they said to you, but I am going to ask you
5  some questions about the meetings you had
6  with them.
7       Were your discussions with the
8  lawyers with O'Melveny in Spanish, or were
9  they in English?
10      A.   English (In English).
11      Q.   With the lawyers from Proskauer,
12  were they in Spanish, or were they in
13  English?
14      A.   English (In English).
15      Q.   The documents you were shown, were
16  they English language documents or Spanish
17  language documents?
18      A.   (Through translator).  Both.
19      Q.   For the most part, were they
20  English, or were they Spanish?
21      MS. McKEEN:  Objection.  Form.
22      A.   (Through translator).  It was
23  several documents.  I don't remember if they
24  were more in English or more in Spanish.
25  BY MR. STEWART:

Page 48

1       Q.   Did looking at the documents
2  refresh your recollection?
3       A.   (Through translator).  In some
4  cases, yes, and in some cases, no.
5       Q.   In which cases did they refresh
6  your recollection?
7       A.   (In English).  Can you be more
8  specific?
9       Q.   Were there any documents you saw
10  that refreshed your recollection?
11      MS. McKEEN:  Objection.  Asked and
12  answered.
13      A.   (Through translator).  Yes.  Some
14  documents.
15  BY MR. STEWART:
16      Q.   Which ones?
17      A.   (Through translator).  It was
18  several documents.  I cannot be specific.
19      MR. STEWART:  Ms. McKeen, please
20  turn those documents over to us under
21  Federal Rule of Evidence 612.
22      MS. McKEEN:  Counsel, if the
23  witness doesn't recall which documents
24  refreshed her recollection, I am not
25  able to do that.

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 49

1      MR. STEWART:  Well, it's going to
2  be your job to find out and turn them
3  over.
4      MS. McKEEN:  We can disagree about
5  that.  I don't agree with your position.
6  If you haven't elicited from the witness
7  whether a particular document refreshed
8  her recollection, then I disagree that
9  we're under any obligation to turn over
10  what's otherwise work product.
11      MR. STEWART:  Please give me an
12  inventory of all the documents you
13  showed her.  There is nothing privileged
14  about that.
15      MS. McKEEN:  That's work product.
16      MR. STEWART:  No, it isn't.
17      MS. McKEEN:  I disagree.
18      MR. STEWART:  Are you refusing to
19  turn those over?
20      MS. McKEEN:  Am I refusing to turn
21  over an inventory to you of all the
22  documents that we reviewed with our
23  witness?
24      MR. STEWART:  Correct.
25      MS. McKEEN:  Yes, I am.

---

Page 50

1  BY MR. STEWART:
2      Q.   Do you understand what this case is
3  about?
4      MS. McKEEN:  Objection.  Form.
5      A.   (Through translator).  Yes.
6  BY MR. STEWART:
7      Q.   What is the case about?
8      A.   (Through translator).  It's a legal
9  dispute between ERS bank holders -- it's
10  related to --
11      MS. McKEEN:  Sorry.  We are not
12  getting all of her answer on the record.
13      MR. STEWART:  Why don't you talk to
14  Ms. McKeen about the check translation.
15      THE INTERPRETER:  Bondholders.
16      CHECK INTERPRETER:  It's in here in
17  this list, so you should be able to.
18      MR. STEWART:  So do we have a
19  competing translation to offer?
20      THE INTERPRETER:  The translation
21  is correct.
22      MS. McKEEN:  All we have on the
23  record now is "It's a legal dispute
24  between bank holders," which is not the
25  correct word.  It should have been

---

Page 51

1  bondholders.
2      MR. STEWART:  So I am going to ask
3  the question again since there seems to
4  have been a failure in terms of
5  recording the testimony.
6  BY MR. STEWART:
7      Q.   Can you tell me what the lawsuit is
8  about?
9      A.   (Through translator).  It's a legal
10  dispute between the system of the retirement
11  and the bondholders due to the employer
12  contribution received from the system -- from
13  the system, from ERS.
14      MR. STEWART:  Madam Reporter,
15  please mark as Exhibit 18 a document
16  styled as adversary complaint.
17  ----
18      (Exhibit 18, Adversary Complaint,
19  31 pages with attachment, was marked for
20  identification)
21  ----
22      (Exhibit 19, Answer and
23  Counterclaim, 42 pages, was marked for
24  identification)
25  ----

---

Page 52

1      (Exhibit 20, Employees Retirement
2  System of the Government of the
3  Commonwealth of Puerto Rico's Answer to
4  Defendants' Counterclaims, 28 pages, was
5  marked for identification)
6  ----
7  BY MR. STEWART:
8      Q.   Ms. Tirado, I am placing in front
9  of you documents that have been marked by the
10  reporter as Exhibit 18, Exhibit 19 and
11  Exhibit 20.  I would ask you to look at them.
12      My question to you once you have
13  had a chance to look at them is going to be
14  whether you have seen any of these documents
15  before.
16      A.   (Witness reviewing documents).
17      Q.   Have you had a chance to look at
18  Exhibit 18, Exhibit 19 and Exhibit 20, Ms.
19  Tirado?
20      A.   (Through translator).  Yes.
21      Q.   Have you seen any of these
22  documents before?
23      A.   (Through translator).  Of the
24  several documents that I was able to look at,
25  yes.  I recognize some of these documents.

---

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                            Cecile Tirado Soto, Volume 1

---

Page 53

1    Q.   Which ones?  And Ms. Tirado, to
2  make things clearer, if you could use the
3  exhibit number on the document, that will
4  make it easier for everybody.
5    A.   (Witness reviewing documents).
6        (Through translator).  These are
7  documents that are very similar, but I don't
8  remember which ones, but I have seen some of
9  these documents in preparation.
10   Q.   In preparation for your deposition,
11  did you read any of these documents?
12   A.   (Through translator).  I was able
13  to look at them, but I did not read them
14  completely.
15   Q.   Which parts did you read?
16   A.   (Through translator).  It was so
17  many documents I can't be exact which parts I
18  did read.
19   Q.   Can you point me to any part of any
20  one of these three exhibits that you know
21  that you did read?
22   A.   No.  I cannot.
23   Q.   I am going to do what I can to try
24  to simplify some of this deposition, Ms.
25  Tirado, so I am going to ask you about some

---

Page 54

1  basic terms that we will be talking about
2  today to make sure we have a common
3  understanding of them, or I can understand
4  how you yourself characterize them.  Some of
5  these terms are already set forth in Exhibit
6  6.
7        Do you have Exhibit 6 in front of
8  you?
9    A.   Yes.
10   Q.   Exhibit 6 is a list of terms we got
11  from your counsel, and I have some other ones
12  as well.  I am going to ask you whether you
13  know certain terms and what those terms mean
14  to you so that down the road we can go more
15  quickly in your deposition.
16        Let me start.  I believe that
17  Exhibit 6, we have the English term for ERS.
18  That's the top one, and there is the Spanish
19  translation of it.
20        Do you see that there?
21   A.   (In English).  Yes.
22   Q.   Okay.  And so when I use the term
23  "ERS," you'll know I'm referring to the
24  phrase which we see under the Spanish
25  translation, correct?

---

Page 55

1    A.   (Through translator).  Yes.
2    Q.   So are you aware that ERS issued
3  bonds in 2008?
4    A.   (Through translator).  Yes.
5    Q.   And by the way, I'm happy to keep
6  doing this in as much Spanish as possible,
7  but some of these questions I will try to ask
8  very simply so we don't need to translate
9  them unless you would like them translated.
10  You tell me, and Ms. McKeen will tell me.
11   A.   (In English).  Okay.
12   Q.   But -- so if it's a problem, just
13  say so.  But if not, maybe we can go more
14  quickly.
15        MS. McKEEN:  Whatever the witness
16  is most comfortable with is fine with me.
17        MR. STEWART:  I agree.
18  BY MR. STEWART:
19   Q.   So what name did you give those
20  bonds?  Is there -- did you call them ERS
21  bonds or any other kind of bond?  What do you
22  call the bonds?
23   A.   (In English).  Like the terms that
24  were on the -- you know, on the books,
25  pension obligation bonds.

---

Page 56

1    Q.   Okay.  I'm going to call them
2  pension obligation bonds too if that's okay
3  with you.  Is that all right?
4    A.   (In English).  Yes.
5    Q.   Are you aware of a law called the
6  ERS Enabling Act?
7    A.   (In English).  Are referring to the
8  -- to the law of the system?
9    Q.   Yes.
10   A.   (In English).  Yes.  I'm -- I know
11  -- I'm familiar with that.
12   Q.   Okay.  What do you call that law?
13   A.   (Through translator).  447.
14   Q.   Okay.
15   A.   (Through translator).  Law 447.
16        (In English).  And Law 3 that was
17  amended.  Law 447.
18   Q.   So the original law is 447, and
19  then it was amended by Law 3?
20        MS. McKEEN:  Objection.  Calls for
21  a legal conclusion.
22   A.   (In English).  Law 3 was enacted in
23  2013.  And yes.
24  BY MR. STEWART:
25   Q.   It changed parts of Law 447?

---

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                     Cecile Tirado Soto, Volume 1

---

Page 57

1      MS. McKEEN:  Same objection.
2      A.   (In English).  Can you be more
3  specific in what changes.
4  BY MR. STEWART:
5  BY MR. STEWART:
6      Q.   Did it change 447 at all?
7      MS. McKEEN:  Objection.  Calls for
8  a legal conclusion.
9      A.   (In English).  If you meant the
10  treatment of the contribution is -- is -- was
11  treated the same as Law 447 and Law 3.  So --
12  BY MR. STEWART:
13      Q.   Okay.
14      A.   -- that's the thing that I know
15  from the law.
16      Q.   Have you heard of something called
17  the bond resolution which was passed by the
18  ERS Board in 2008?
19      A.   (In English).  Yes, I have heard
20  it.
21      Q.   Is that a document you have read
22  recently?
23      A.   (In English).  I review it, not
24  read it all.  I review it.
25      Q.   As part of getting ready for your

---

Page 58

1  deposition today?
2      A.   (In English).  Yes.
3      Q.   Okay.  Do you call -- do you have a
4  name for that document other than the ERS
5  Bond Resolution?
6      A.   (In English).  No.
7      Q.   So I'll -- I'll call it the ERS
8  Bond Resolution.
9      I think we talked about people who
10  hold bonds.  I will call those people
11  bondholders.  Would you prefer I use some
12  word other than "bondholders"?
13      A.   (In English).  No.
14      Q.   Okay.  Do you know of something
15  called a fiscal agent?
16      A.   (In English).  Yes.
17      Q.   What -- what is -- first of all, is
18  that a term you use or is there another term
19  you like better than the term "fiscal agent"?
20      A.   (In English).  No.  That's --
21  that's okay.
22      Q.   What is or was the fiscal agent?
23      A.   (In English).  I am going to say it
24  in Spanish.
25      (Through translator).  The

---

Page 59

1  people --
2      THE WITNESS:  No.
3      (Through translator).  The fiscal
4  agent is the bank that customized the -- hold
5  on -- that were -- I'm sorry.
6      MR. STEWART:  That processed maybe?
7      A.   (Through translator).  The
8  custodian bank that would deposit into the
9  bondholders to pay the interest for the
10  bondholders.
11      MR. STEWART:  Hold on.
12      MS. McKEEN:  Yes.  Let's
13  check.
14      MR. STEWART:  Let's stop a minute
15  while we do a check translation.  It's
16  fine with me.
17      MS. McKEEN:  Can we have --
18      MR. STEWART:  Yes.
19      MS. McKEEN:  -- Miss Sarriera read
20  into the record what she thinks the
21  correct translation should be, please.
22      CHECK INTERPRETER:  The custodian
23  bank that ERS will deposit the amounts
24  paid by the bondholders -- the interest
25  paid by the bondholders.

---

Page 60

1      MR. STEWART:  Do you mean perhaps
2  interest to the bondholders?
3      CHECK INTERPRETER:  To the
4  bondholders.
5  BY MR. STEWART:
6      Q.   Do you accept -- Miss Tirado, do
7  you accept the way your answer was put in the
8  check translation?
9      A.   (In English).  Can you read it
10  again, please.
11      MS. McKEEN:  I'll read it for the
12  record.  What the record currently
13  reflects is an answer that says, "The
14  custodian bank that ERS will deposit the
15  amounts paid by the bondholders, the
16  interest paid by the bondholders."
17      THE WITNESS:  (In English).  No.
18  It was --
19      MS. McKEEN:  So let me see if I can
20  get us an answer on the record here.
21      The custodian bank into which ERS
22  deposits interest amounts to be paid to
23  the bondholders.
24      THE WITNESS:  (Nodding
25  affirmatively).

---

US District Court - Puerto Rico                              FINAL - October 24, 2017
FOMBPR v. Altair Global                            Cecile Tirado Soto, Volume 1

Page 61

1    From the employer contribution
2 received, yes.
3    MS. McKEEN:  From the employer
4 contributions received.
5    THE WITNESS:  (In English).  Yes.
6    MS. McKEEN:  Okay.
7 BY MR. STEWART:
8    Q.   Okay.  Do you accept Ms. McKeen's
9 characterization of your testimony and
10 translation?
11    A.   (In English).  Yes.
12    MS. McKEEN:  And, Counsel, just for
13 the record, I'm not trying to
14 characterize her testimony in any way.
15 We're just all trying to get the best
16 translation --
17    MR. STEWART:  Yes.
18    MS. McKEEN:  -- we can on the
19 record.
20    MR. STEWART:  Okay.  Okay.  That's
21 fine.
22 BY MR. STEWART:
23    Q.   Now, I believe we have talked about
24 the term "employer contribution," and that we
25 see on Exhibit 6.

Page 62

1    Do you see Exhibit 6 in front of
2 you?
3    A.   (In English).  Yes.
4    Q.   Okay.  And so I am going to use the
5 phrase "employer contribution" from time to
6 time, but you have on Exhibit 6 a Spanish
7 translation of it.
8    Do you see that before you?
9    A.   (In English).  Yes.
10    Q.   Good.  Have you -- now, employer
11 contributions include contributions made by
12 the Commonwealth of Puerto Rico?
13    A.   (In English).  Yes.
14    MS. McKEEN:  Objection.  Form.
15 Sorry.
16 BY MR. STEWART:
17    Q.   Do you know the -- have you heard
18 the phrase "commonwealth contributions"?
19    A.   (In English).  Can you be specific
20 on what the term "commonwealth" --
21    Q.   I was going to use that to refer to
22 employer contributions that were made to ERS
23 by the Commonwealth of Puerto Rico itself.
24    A.   (In English).  And can you repeat
25 the question again.

Page 63

1    Q.   Well, that's -- do you -- my
2 question is would you understand what
3 commonwealth contributions meant if I use the
4 phrase in the way I just described it?
5    A.   (In English).  Yes.
6    Q.   Okay.  And then there are people --
7 I'm sorry.  There are entities that are not
8 part of the commonwealth that also make
9 employer contributions, correct?
10    A.   (In English).  Correct.
11    Q.   If I call them non-commonwealth
12 employers, will that work for you, or do you
13 prefer a phrase other than that?
14    A.   (In English).  You can say
15 "non-commonwealth" or "corporation
16 municipalities."
17    Q.   What do you like more?  What would
18 you prefer?
19    A.   (In English).  Corporation
20 municipalities.
21    Q.   That's what I will use then.
22    Have you heard of something called
23 the Commonwealth of Puerto Rico General Fund?
24    A.   (In English).  Yes.
25    Q.   What is that?

Page 64

1    A.   (Through translator).  I will say
2 it in Spanish.
3    It's the general fund.  It's
4 the account that -- that's assigned to
5 the --
6    Q.   Hold on a second.  It's called the
7 Department of Hacienda, yes.  That's the
8 Department of Treasury.
9    A.   (Through translator).  That --
10 that's the Department of Treasury, where you
11 receive the appointments of the central
12 government.
13    (In English).  No.
14    MS. McKEEN:  It should be
15 contributions of the central
16 government.
17    A.   (In English).  Yes.
18 BY MR. STEWART:
19    Q.   Have you finished your answer?
20    A.   (Through translator).  Yes.
21    Q.   Okay.  Is that -- is the general
22 fund where tax revenues are deposited?
23    MS. McKEEN:  Objection.  Form.
24    A.   (In English).  I could not answer
25 that question because I don't -- I could not

US District Court - Puerto Rico                              FINAL - October 24, 2017
FOMBPR v. Altair Global                              Cecile Tirado Soto, Volume 1

Page 65

1   talk on behalf of Department of Treasury
2   since I don't know they deposit those amounts
3   there.
4   BY MR. STEWART:
5       Q.   Okay.  Do you know what uses are
6   made of the Puerto Rico General Fund?
7          MS. McKEEN:  Objection.  Form.
8   BY MR. STEWART:
9       Q.   What the money is used for?
10      A.   (In English).  Can you repeat the
11  question, please.
12      Q.   What is the money in the general
13  fund used for?
14         MS. McKEEN:  Objection.  Form.
15      A.   (In English).  That's a transaction
16  that is operated by the Department of
17  Treasury and not by ERS.
18  BY MR. STEWART:
19      Q.   Okay.  Now, Exhibit 6 has a
20  definition of pledged property.
21         Do you see that?  I think it's the
22  second definition here?
23         MS. McKEEN:  And just for the
24      record to be clear, it's not a
25      definition.  It's just a translation.

Page 66

1          MR. STEWART:  Okay.
2      A.   (In English).  Yes.
3   BY MR. STEWART:
4      Q.   Okay.  All right.  Do you know the
5   -- okay.  We've got -- and then a few down,
6   there is something called a security
7   agreement.
8          Do you see that?
9      A.   (In English).  Yes.  I see it.
10     Q.   Yes.  And there is a translation of
11  that.
12         Then we have secured creditor.
13         Do you see that?
14     A.   (In English).  Yes.
15     Q.   And secured interest.
16         Do you see that?
17     A.   (In English).  Yes.
18     Q.   Have you heard of something called
19  a security interest?
20     A.   (In English).  Yes.  I have heard
21  it.
22     Q.   What does it mean to you?
23         MS. McKEEN:  Objection.
24     A.   (Through translator).  It's a legal
25  term that I cannot interpret that

Page 67

1   definition.
2   BY MR. STEWART:
3      Q.   You do not have an understanding of
4   what it means?
5          MS. McKEEN:  Objection.
6      A.   (In English).  No.
7   BY MR. STEWART:
8      Q.   And then security agreement we just
9   talked about.
10         And then here there is the word
11  "perfect."
12         Do you see it on the Exhibit 6?
13         MS. McKEEN:  I think it should be
14      "per'fect," Counsel.
15         MR. STEWART:  Okay.
16  BY MR. STEWART:
17     Q.   Do you see it?
18     A.   (In English).  Yes, I see it.
19     Q.   Okay.  And what does that term mean
20  to you as it applies to ERS?
21         MS. McKEEN:  Objection.  Form.
22      Calls for a legal conclusion.
23     A.   (Through translator).  Like I told
24  you before, it's a legal term that I cannot
25  interpret because I do not know it.

Page 68

1   BY MR. STEWART:
2      Q.   So if I were to ask you about
3   perfection of a security interest, would you
4   be in a position to answer questions or not?
5          MS. McKEEN:  Objection.  Form.
6      A.   (In English).  No.
7   BY MR. STEWART:
8      Q.   In the course of preparing yourself
9   for your deposition here today, what, if
10  anything, did you do to learn about
11  perfections of security interests?
12         MS. McKEEN:  Objection.  Form.
13      (Interruption)
14         MS. McKEEN:  Counsel, on the
15      telephone, if you could mute yourselves,
16      please.  We can hear your laughter in
17      the background.
18         MR. STEWART:  Let's repeat the
19      question, please.
20         Madam Reporter, could you reread
21      the question.
22         (Question read)
23         MS. McKEEN:  Same objections.
24     A.   (Through translator).  Like I said,
25  it's a legal term.  I cannot interpret that

JANE ROSE REPORTING                              National Court-Reporting Coverage
1-800-825-3341                              janerose@janerosereporting.com

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                            Cecile Tirado Soto, Volume 1

---

Page 69

1  definition because I do not know it.
2  BY MR. STEWART:
3      Q.   Is it something you tried to learn
4  about before coming here to give your
5  deposition?
6          MS. McKEEN:  Objection.  Form.
7      A.   (Through translator).  No because
8  it's a legal term.  I do not know it.
9  BY MR. STEWART:
10     Q.   And you have no understanding of
11 what it means?
12         MS. McKEEN:  Objection.  Form.
13     A.   (Through translator).  No.  No.
14 BY MR. STEWART:
15     Q.   Do you see on Exhibit 6 we have an
16 English term "UCC" and you see the
17 translation of UCC?
18     A.   (In English).  Yes.
19     Q.   And you understand what the UCC is?
20         MS. McKEEN:  Objection.  Calls for
21 a legal conclusion.  Form.
22     A.   (Through translator).  Like I
23 said, I do not know the legal terms.  That's
24 not my area of expertise.  But I -- but I
25 have seen the word.

---

Page 70

1  BY MR. STEWART:
2      Q.   What does the word mean to you?
3      A.   (Through translator).  The same,
4  that it's -- it's a commercial law of
5  transaction in Puerto Rico.
6      Q.   What do you understand that law
7  does, if anything?
8          MS. McKEEN:  Objection.  Form.
9  Calls for a legal conclusion.
10     A.   (Through translator).  I have no
11 knowledge because I do not know the legal
12 part of the document.
13 BY MR. STEWART:
14     Q.   In the course of preparing yourself
15 to come testify here today, what did you do
16 to learn about the UCC?
17         MS. McKEEN:  Objection.  Form.
18     A.   (Through translator).  I went over
19 some documents where it mentioned the UCC.
20 But the legal term, I do not know it.
21 BY MR. STEWART:
22     Q.   What documents did you go over?
23         MS. McKEEN:  Objection.
24     A.   (Through translator).  It was --
25 like I said, it was several documents that I

---

Page 71

1  went over.  I would have to look at it to
2  refresh my memory.
3  BY MR. STEWART:
4      Q.   What did the documents look like?
5      A.   (Through translator).  I do not
6  remember.
7      Q.   How many were there?
8      A.   (Through translator).  I also do
9  not remember.
10     Q.   What year or years were they dated?
11     A.   (In English).  To my best of my
12 knowledge, maybe 2008, 2015 or '16.  To my
13 best of my knowledge.
14     Q.   Okay.  Have you heard the phrase
15 "UCC filing"?
16     A.   (In English).  Yes, I have heard
17 it.
18     Q.   What does it mean to you, if
19 anything?
20     A.   (Through translator).  Like I said
21 before, I do not know the legal term.
22     Q.   What do UCC filings do, if you
23 know?
24         MS. McKEEN:  Objection.  Form.
25 Calls for a legal conclusion.

---

Page 72

1      A.   (Through translator).  Like I said,
2  I do not know the legal term.
3  BY MR. STEWART:
4      Q.   Do you know what they do?
5          MS. McKEEN:  Same objections.
6      A.   (Through translator).  I do not
7  know the legal term, like I said before.
8  BY MR. STEWART:
9      Q.   This is a different question.
10     What does a UCC filing do?
11         MS. McKEEN:  Same objections.
12 Form.  Calls for a legal conclusion.
13 BY MR. STEWART:
14     Q.   If you know.
15     A.   (Through translator).  I also don't
16 know.  I will repeat again.
17     Q.   Repeat what?
18     A.   (Through translator).  The term, I
19 do not know the legal term.
20     Q.   Have you ever seen a UCC filing?
21     A.   (Through translator).  I do not
22 remember if I have seen it or did not see it.
23 I look at the document.  I might remember.
24     Q.   Do you know whether any UCC filings
25 were made by the bondholders?

---

US District Court - Puerto Rico                                    FINAL - October 24, 2017
FOMBPR v. Altair Global                                           Cecile Tirado Soto, Volume 1

---

Page 73

1    MS. McKEEN:  Objection.
2    A.   (In English).  Can you be more
3    specific?
4    BY MR. STEWART:
5    Q.   No.  It's a simple question.
6    MS. McKEEN:  Objection.
7    BY MR. STEWART:
8    Q.   Do you know if the bondholders made
9    any UCC filings?
10   MS. McKEEN:  Objection.  Form.
11   A.   (In English).  Like I said, I have
12   to see some documents.  I don't know.  The
13   documents that you are talking about, no, I
14   haven't seen.
15   BY MR. STEWART:
16   Q.   Do you know whether ERS made any
17   UCC filings?
18   MS. McKEEN:  Same objections.
19   A.   (In English).  To the best of my
20   knowledge, I don't know if ERS filed a UCC.
21   BY MR. STEWART:
22   Q.   Have you heard the phrase
23   "segregated account"?
24   A.   (In English).  I have heard the
25   term.

---

Page 74

1    Q.   What did it mean to you?
2    A.   (Through translator).  It means a
3    separate account with a fund, to separate
4    some funds.
5    Q.   Are you aware that ERS and others
6    signed a stipulation with the bondholders in
7    January of this year that provided for the
8    creation of a segregated account at Banco
9    Popular?
10   MS. McKEEN:  Objection.  Form.
11   Calls for a legal conclusion.
12   A.   (Through translator).  I would have
13   to look at the stipulations for me to refresh
14   my memory.
15   BY MR. STEWART:
16   Q.   Have you seen any stipulations
17   signed between ERS on one hand and
18   bondholders on the other this year?
19   A.   (Through translator).  I've seen
20   some stipulations, but I do not know if they
21   were signed.
22   (In English).  No.  I do not
23   remember (Through translator).
24   Q.   Do you remember if there came a
25   time when a segregated account was formed

---

Page 75

1    into which ERS deposited money for the
2    benefit of the bondholders?
3    MS. McKEEN:  Objection.  Form.
4    A.   If you are referring to --
5    THE WITNESS:  (In English).  Can I
6    finish, please?
7    A.   (Through translator).  If you are
8    referring to the segregated account,
9    pre-petitioner account, yes, it was in a
10   Banco Popular.
11   MS. McKEEN:  I am sorry, Counsel.
12   Objection to the translation.  I believe
13   it should be "It was opened."
14   A.   (Through translator).  Opened.
15   BY MR. STEWART:
16   Q.   Do you call that, in your own use
17   of the term, do you call it the pre-petition
18   account or the segregated account?
19   A.   (In English).  No.  I call it
20   pre-petition account.
21   Q.   That's what I will call it also.
22   Do you know of something called the
23   government development bank?
24   A.   (In English).  Yes.
25   Q.   And you understand what that is?

---

Page 76

1    A.   (Through translator).  It's a
2    government agency.
3    Q.   So if I refer to the government
4    development bank, you will know what I am
5    talking about?
6    A.   (In English).  Yes.
7    Q.   Have you heard of something called
8    the Financial Oversight and Management Board?
9    A.   (In English).  Yes.
10   Q.   So if I refer to it, you will
11   understand what I am talking about?
12   A.   (In English).  Yes.
13   Q.   And the government development bank
14   is sometimes called the GDB?
15   A.   (In English).  Yes.
16   Q.   And the Financial Oversight and
17   Management Board is sometimes called the
18   oversight board?
19   A.   (In English).  Yes.
20   Q.   And sometimes called the FOMB?
21   A.   (In English).  I didn't hear about
22   the FOB, but I have heard of the other terms.
23   Q.   I will call it the oversight board
24   in that case.
25   Have you heard of an entity called

---

US District Court - Puerto Rico                        FINAL - October 24, 2017
FOMBPR v. Altair Global                          Cecile Tirado Soto, Volume 1

---

Page 77

1   the Puerto Rico Fiscal Agency and Financial
2   Advisory Authority?
3       A.   Yes.
4       Q.   What is that?
5       A.   AFFAF is the fiscal agent of ERS.
6       Q.   Did it replace the GDB?
7           MS. McKEEN:  Objection.  Form.
8   Calls for a legal conclusion.
9       A.   (In English).  That's -- I don't
10  know if it was -- it's replaced because I
11  don't know the function that replaced GDB.  I
12  cannot answer that question because I don't
13  know.
14  BY MR. STEWART:
15      Q.   Today what role does GDB play
16  vis-à-vis ERS?
17          MS. McKEEN:  Objection.  Form.
18      A.   (In English).  Like I said -- I am
19  going to say in Spanish.
20          (Through translator).  AAFAF
21  is the fiscal agent of retirement, and
22  they are assisting in working together
23  with the -- together with the retirement
24  system and also the oversight board in
25  transactions.

---

Page 78

1   BY MR. STEWART:
2       Q.   Have you heard of a phrase "paygo,"
3   P-A-Y-G-O?
4       A.   (In English).  Yes.
5       Q.   What does that mean?
6       A.   (Through translator).  I will say
7   in Spanish.  Paygo, it's a new concept that
8   was created July 1st of 2017 which they would
9   charge the bondholders -- no.  Not charge --
10  collect -- to the employers -- to the
11  employers the expenses of the pension of the
12  employees that were pensioned by their
13  agencies.
14          MR. STEWART:  You know what we
15  might want to do?  Let's go off the
16  record, and perhaps, Miss Tirado, you
17  would like to talk to Ms. McKeen, and
18  that might be a way of formulating or
19  working on an answer that would be a
20  little quicker here and perhaps more
21  accurate.
22          MS. McKEEN:  We can do that.
23  Before we go off the record, I do just
24  want to lodge the objection to the -- to
25  the translation of the current --

---

Page 79

1           MR. STEWART:  Okay.  Why don't
2   we --
3           MS. McKEEN:  -- answer.  But, yes,
4   let's take a break, please.  Thank you.
5           THE VIDEOGRAPHER:  All right.
6   Stand by, please.  The time is 11:36
7   a.m.  Going off the record.
8           (Recess)
9           THE VIDEOGRAPHER:  The time is
10  11:54 a.m.  We are back on the record.
11          MS. McKEEN:  I was just suggesting
12  to counsel that if we want to proceed,
13  if -- if you want to repeat the question
14  to the witness, I think that might be
15  the quickest way to get back on track
16  here.
17  BY MR. STEWART:
18      Q.   Miss Tirado, have you heard the
19  term "paygo" before?
20      A.   (In English).  Yes.
21      Q.   What does the term "paygo" mean to
22  you?
23      A.   (In English).  Well, it's a concept
24  that was created in July 1, 2017 where the
25  employers pay the benefits for the

---

Page 80

1   retirees -- the current retirees to the
2   Department of Treasury.
3       Q.   Okay.  Anything else?
4       A.   (In English).  No.
5       Q.   Okay.  And under Exhibit 6, the
6   Department of Treasury has been defined as
7   the Department of de Hacienda?
8       A.   (In English).  Yes.
9       Q.   Does that go into the general fund
10  at the Department of Treasury?
11          MS. McKEEN:  Objection.  Form.
12      A.   (In English).  No.
13  BY MR. STEWART:
14      Q.   Do you know where it goes?
15      A.   (In English).  The Department of
16  Treasury opened some bank accounts for those
17  deposits.
18      Q.   Do you know the name of those
19  accounts?
20          MS. McKEEN:  Objection.  Form.
21      A.   (In English).  There are a few
22  accounts.  So I need to see them, maybe, and
23  I could refresh my memory and say the name.
24  But the exact name, I don't have my memory
25  freshened so...

---

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                            Cecile Tirado Soto, Volume 1

Page 81

1    BY MR. STEWART:
2         Q.    Okay.  Putting to one side the
3    exact name of the accounts, is there a name
4    you use to describe them?
5         A.    (In English).  Yes.  One is the
6    paygo.  One of the -- of the bank accounts,
7    yes.
8         Q.    What are some of the others?
9         A.    (In English).  The other ones are
10   the --
11              (Through translator).  I will say
12   it in Spanish.  The disability insurance
13   account.  The department of individual
14   contribution --
15              (In English).  Employee
16   contribution.
17              THE INTERPRETER:  Individual
18   contribution.
19        Q.    Is that the employee contribution?
20        A.    (In English).  Yes.  Employee
21   contribution.
22              (Through translator).  And the
23   other one is the loans.
24        Q.    The personal --
25        A.    (Through translator).  The -- the

Page 82

1    account loan -- I mean the account with the
2    loans -- the department of loans.
3         Q.    That's the personal loans or
4    employee loans you told us about earlier
5    today?
6         A.    (In English).  Yes.
7         Q.    Do you know what bank these
8    accounts are in?
9         A.    (In English).  Banco Popular.
10        Q.    Under the paygo system, what
11   employer contributions continue to come to
12   ERS?
13        A.    (Through translator).  To paygo,
14   the employer -- the employer contributions
15   are not received -- after the 1st of July,
16   you -- there's no more -- they are not
17   received no more, the employer contribution.
18        Q.    At ERS?  Let me put the question
19   again and maybe -- do I understand correctly,
20   Miss Tirado, that after July 1 of 2017, no
21   more employer contributions were made to ERS?
22        A.    (In English).  Yes.
23        Q.    Instead they went under the paygo
24   system to the accounts at Banco Popular?
25        A.    (In English).  Can you be more --

Page 83

1         Q.    Instead those monies went through
2    the paygo system to the accounts you told me
3    about at Banco Popular?
4               MS. McKEEN:  Objection.  Form.
5         A.    (In English).  I don't think I
6    understand the question.
7    BY MR. STEWART:
8         Q.    Okay.  Let me put it differently.
9               Instead those employer
10   contributions go to the Department of
11   Treasury --
12        A.    (In English).  Like I said --
13        Q.    -- since July 1?
14        A.    (In English).  Like I said, there
15   -- there is no employer contribution --
16        Q.    I see.
17        A.    -- after July 1st.
18        Q.    Okay.  What -- what is was there
19   instead of employer contributions?
20        A.    (In English).  There is no employer
21   contributions.
22        Q.    Do employers contribute money in
23   any way towards pensions since July 1, 2017?
24              MS. McKEEN:  Objection.  Form.
25        A.    (In English).  Can you be more

Page 84

1    specific.
2    BY MR. STEWART:
3         Q.    Since July 1, 2017, do employers
4    make contributions of any sort towards
5    retirement pensions?
6               MS. McKEEN:  Same objection.
7         A.    (Through translator).  What I can
8    tell you is with the system from paygo, the
9    employees are the ones that pay the current
10   expenses according to the system.
11              MS. McKEEN:  Sorry.  That's not an
12   accurate translation.
13              MR. STEWART:  Perhaps, Ms. McKeen,
14   you might want to check to see if there
15   is a part of it that can be corrected.
16              CHECK INTERPRETER:  As per what is
17   in the record, can I --
18              MR. STEWART:  Yes, please.
19              CHECK INTERPRETER:  What I can tell
20   you is that with the new system, the new
21   paygo system, the employers pay the
22   current pension expenses of the
23   employees -- of the -- of the retirees.
24              THE WITNESS:  (In English).  The
25   current retirees.

US District Court - Puerto Rico                                    FINAL - October 24, 2017
FOMBPR v. Altair Global                                    Cecile Tirado Soto, Volume 1

---

Page 85

1       CHECK INTERPRETER:  The current
2   retirees.  That's what she said.
3       MR. STEWART:  Okay.
4   BY MR. STEWART:
5       Q.    Do you accept that translation of
6   your testimony, Miss Tirado?
7       A.    (In English).  Yes.
8       Q.    Okay.  Let me ask just a few more
9   questions about your appearance today as a
10  witness.
11          When were you asked to be the
12  witness for the ERS in this deposition, how
13  long ago?
14      A.    (In English).  The specific date, I
15  don't have the specific date.
16      Q.    Was it more than one month?
17      A.    (In English).  More or less one
18  month, or between one month, yes.  I don't
19  remember the exact date.
20      Q.    Okay.  Who asked you?
21      A.    (In English).  My internal counsel.
22      Q.    And what's that person's name?
23      A.    (In English).  Bibiana Sarriera.
24      Q.    Do you know if anyone else was also
25  asked to be a witness?

---

Page 86

1          MS. McKEEN:  I will object to the
2   question to the extent it would call for
3   the witness to reveal communications
4   that may have occurred between ERS'
5   in-house counsel and other individuals
6   at ERS.  But if she can answer the
7   question without revealing privileged
8   information, she can do that.
9          MR. STEWART:  Well, I don't accept
10  the limiting instruction.  But let's see
11  if she can answer it.
12      A.    (Through translator).  So what I
13  remember is it was mentioned that --
14          MS. McKEEN:  I will counsel the
15  witness not to reveal the content of any
16  of her communications with counsel.  If
17  you can answer without revealing the
18  content of your communications with
19  counsel, you may.
20      A.    (Through translator).  It could
21  have been another person, but I am not
22  completely sure.
23  BY MR. STEWART:
24      Q.    How many conversations did you have
25  with internal counsel before you agreed to be

---

Page 87

1   a witness?
2       A.    (In English).  I don't remember how
3   much.  I couldn't tell -- I cannot tell you
4   how many.
5       Q.    More than one?
6       A.    (In English).  Yes.
7       Q.    Okay.  Now, are you aware,
8   Miss Tirado, that the bondholders served
9   requests for the production of documents in
10  this case?
11      A.    (In English).  Yes.
12      Q.    Did you see the request served by
13  the bondholders for documents?
14      A.    (In English).  Can you be more
15  specific on what type of --
16      Q.    Are you aware that the bondholders
17  filed a document, served a document listing
18  the materials they wanted ERS to turn over in
19  this case?
20      A.    (In English).  That was managed by
21  the internal counsel.
22      Q.    Did you see the document request
23  that the bondholders served?
24          MS. McKEEN:  Objection.  Form.
25      A.    (In English).  What I saw were the

---

Page 88

1   documents to be prepared for the deposition.
2   BY MR. STEWART:
3       Q.    The documents they used to prepare
4   you to testify here today?
5       A.    (In English).  Yes.
6       Q.    Were you asked to look in your own
7   files for any documents?
8          MS. McKEEN:  Objection.  Form.
9       A.    (In English).  Can you be more
10  specific.
11  BY MR. STEWART:
12      Q.    As part of this case, did anyone
13  ask you to go through your files for
14  documents to be turned over to the
15  bondholders?
16      A.    (In English).  Yes.
17      Q.    When was that?
18      A.    (In English).  I think more or less
19  July.  The exact day, I don't know.  But
20  July.
21      Q.    Who asked you?
22      A.    (In English).  My internal counsel.
23      Q.    What were you told to look for?
24          MS. McKEEN:  Objection.
25          MR. STEWART:  There is nothing

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 89

1    privileged on that.
2        MS. McKEEN:  The content of her
3    conversation with counsel is privileged.
4        MR. STEWART:  Not if that pertains
5    to a document search it isn't.  If you
6    want to instruct her, go ahead.
7        MS. McKEEN:  Yes.  I instruct you
8    not to answer any questions about the
9    content of your communications with
10   counsel.
11       MR. STEWART:  Madam Reporter, will
12   you mark that in the transcript, please?
13   BY MR. STEWART:
14       Q.   How did you know what to look
15   for?
16       A.   (In English).  To my best of my
17   recollection, it was documents related to the
18   POB transactions.
19       Q.   Were you told to look for anything
20   besides that?
21       MS. McKEEN:  Objection.  To the
22   extent the question calls the witness to
23   repeat or relay what her attorneys told
24   her to do, I instruct her not to answer
25   the question.

Page 90

1    BY MR. STEWART:
2        Q.   Were you given a memorandum or
3    other piece of writing to tell you what to
4    look for?
5        A.   (In English).  Can you be more
6    specific?
7        Q.   Were you given anything in writing
8    to tell you what to go look for in your
9    documents?
10       A.   (In English).  I don't exactly
11   remember.  It was a written notice, or it was
12   a conversation with my attorney.
13       Q.   So you don't know whether you did
14   or didn't get a written notice of what to go
15   look for?
16       MS. McKEEN:  Objection.  Form.
17       A.   (In English).  I think it was
18   written, but I am not completely 100 percent,
19   but, yes, I think it was written.
20   BY MR. STEWART:
21       Q.   What did the writing look like?
22       A.   (In English).  I don't exactly
23   remember.
24       Q.   How long was it?
25       A.   (In English).  I don't remember.

Page 91

1        Q.   Was it in English, or was it in
2    Spanish?
3        A.   (In English).  I don't remember.
4        Q.   How many pages was it, did you say?
5        MS. McKEEN:  Objection.  Asked and
6    answered.
7        A.   (In English).  I don't remember.
8    BY MR. STEWART:
9        Q.   What date was it?
10       A.   (In English).  I don't remember.
11       Q.   Was this something sent just to you
12   or also sent to other people?
13       MS. McKEEN:  Objection.  Form.
14       A.   I don't exactly remember it was to
15   me or -- I think it was some other people,
16   but I don't remember.
17   BY MR. STEWART:
18       Q.   Who wrote it?
19       MS. McKEEN:  Objection.  Form.
20       A.   (In English).  I don't remember who
21   the person was.  All my communications has
22   been with my internal lawyer.
23   BY MR. STEWART:
24       Q.   What did you do when you received
25   this writing?

Page 92

1        A.   (In English).  Looked for the
2    documents.
3        Q.   Where did you look?
4        A.   (In English).  Physical documents
5    and electronic documents.
6        Q.   Where were the physical documents?
7        A.   (In English).  In my area where I
8    work.
9        Q.   Did you find physical documents?
10       A.   (In English).  Yes, there were
11   physical documents.
12       Q.   How many?
13       A.   (In English).  I could not tell you
14   how many.
15       Q.   How thick were they?
16       A.   (In English).  I could not exactly
17   -- I work --
18       (Through translator).  I work with
19   so many documents I cannot remember if it was
20   thin or thick.
21       Q.   Who did you give the documents to?
22       A.   (Through translator).  The
23   documents were presented to the area, in the
24   technology area and also in the legal area.
25       (In English).  No.  Legal and IT.

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 93

1      (Through translator).  Legal and
2  IT.
3      Q.    Did anyone from the O'Melveny law
4  firm come to look at your firms?
5      A.    (In English).  To my best of my
6  knowledge, no.  Not to me personally.
7      Q.    Did anyone from the Proskauer firm
8  come look at your documents?
9      A.    (In English).  Not personally to
10  me.
11      Q.    Did any outside lawyer come look at
12  your documents?
13      A.    (In English).  No.
14      Q.    Did anyone at ERS circulate a
15  memorandum at any time telling ERS employees
16  to not destroy documents?
17      A.    (In English).  Yes.
18      Q.    When was that?
19      A.    (In English).  To my best of
20  recollection, July.
21      Q.    Not before then?
22      MS. McKEEN:  Objection.  Form.
23      A.    (In English).  L ke I said, to my
24  best of recollection, July.  I think it was
25  July.

Page 94

1  BY MR. STEWART:
2      Q.    That was the first one?
3      MS. McKEEN:  Same objection.
4      A.    (In English).  Can you be more
5  specific?
6  BY MR. STEWART:
7      Q.    Were there more than one memo
8  telling people not to destroy documents or
9  just one?
10      A.    (In English).  Yes.  It was more
11  than one.
12      Q.    When was the first one?
13      MS. McKEEN:  Objection.  Form.
14      A.    (In English).  Like I said before,
15  to my best of my recollection, it was July.
16  BY MR. STEWART:
17      Q.    And when were the later ones?
18      A.    (In English).  From my best of
19  recollection, I think it was also in July.
20      Q.    Who wrote that memorandum?
21      MS. McKEEN:  Objection.  Form.
22      A.    (In English).  My internal lawyer.
23  BY MR. STEWART:
24      Q.    Who was it sent to, if you know?
25      A.    (In English).  It was sent to me

Page 95

1  and the personnel in my area that had
2  documents for the POB transactions.
3      Q.    Now, do you remember being asked to
4  look for documents other than documents about
5  the POB transaction?
6      A.    (In English).  Can you be more
7  specific "other than POB"?
8      Q.    Yes.  You were asked to look for
9  documents about the POB transaction, correct?
10      A.    (In English).  Correct.
11      Q.    What else?
12      A.    (In English).  For this deposition,
13  POB transaction related to the 2008 POB
14  transactions.
15      Q.    Anything else?
16      A.    (In English).  To my best of my
17  recollection, no.
18      Q.    Now, you mentioned that you looked
19  for electronic documents as well?
20      A.    (In English).  Yes.
21      Q.    These would be e-mails?
22      A.    (In English).  Some of them
23  e-mails, yes.
24      Q.    Documents stored on computers?
25      A.    (In English).  Yes.

Page 96

1      Q.    Does ERS have a central file
2  server?
3      MS. McKEEN:  Objection.  Form.
4      A.    (In English).  When you refer a
5  central file, can you translate in Spanish?
6      (Translation provided).
7      A.    (In English).  Yes.  To the best of
8  my knowledge, yes.
9  BY MR. STEWART:
10      Q.    So what did you do to search your
11  e-mail for documents that would be turned
12  over in this case?
13      MS. McKEEN:  Objection.  Form.
14      A.    (Through translator).  I will
15  answer that in Spanish.
16      That process to save documents and
17  also to -- and also protecting the documents
18  that I was requesting, that's something that
19  you work on through the legal area and the IT
20  area.
21      MS. McKEEN:  No.  I think through
22  the legal department and IT?
23      THE WITNESS:  (In English).  Yes.
24      MR. STEWART:  So maybe you would
25  like to rephrase that.

Page 97

1  BY MR. STEWART:
2      Q.   Did you understand the check
3  translation of your answer, Ms. Tirado, or
4  not?
5      A.   (In English).  Could somebody read
6  it to see if the...
7          MS. McKEEN:  I think the answer
8      should be:  "The process to save
9      documents and to protect the documents
10     that I was requesting, that's something
11     you work on through the legal department
12     and IT."
13  BY MR. STEWART:
14     Q.   Do you accept --
15     A.   (In English).  The process was
16  managed by the IT and the legal division.
17     Q.   Okay.  What did you personally do
18  to review your e-mail?
19     A.   (In English).  Like I said, the
20  process was managed by IT and legal
21  division.
22     Q.   My question is:  What did you
23  personally do?
24     A.   (In English).  Can you be more
25  specific in "what did you do"?

Page 98

1      Q.   Did you personally do anything to
2  look at your e-mails to see if they should be
3  turned over?
4      A.   (In English).  The information
5  related to the POB transaction was managed
6  through the IT and their internal.  So they
7  were the one managing all the information
8  that was in the computer and electronic
9  hardware documents.
10     Q.   My question is what you personally
11  did.  Tell me what you personally did to look
12  through your e-mail.
13     A.   (In English).  Like I said, all
14  those documents were on a server so IT took
15  the transactions from the server because
16  their information that is --
17          (Through translator).  It's very
18  old information that's in the server and not
19  in my machine.
20  BY MR. STEWART:
21     Q.   It's fair to say, Ms. Tirado,
22  personally you did not look at any of your
23  e-mails to turn them over in this case?
24          MS. McKEEN:  Objection.  Form.
25     A.   (Through translator).  The

Page 99

1  documents that were updated in my machine,
2  yes.  Everything was -- that was given in.
3  BY MR. STEWART:
4      Q.   I am not sure I am following this.
5  I am going to start with e-mail.
6          Did you personally look at any of
7  your e-mail to see if it should be turned
8  over in this case?
9      A.   (In English).  Yes.
10     Q.   What did you do?
11     A.   (In English).  Those e-mails that I
12  had related to those transactions was put on
13  the server to protect those documents.  They
14  had, like, a file and they took -- the IT,
15  between IT and the legal division was the one
16  working with those documents.
17     Q.   Did you transfer your e-mails to
18  the file on the server?
19     A.   (In English).  No.
20     Q.   What did you do with your
21  e-mails?
22          MS. McKEEN:  Objection.  Form.
23     A.   (In English).  I didn't do nothing
24  because the IT department and legal were the
25  ones who made all the transactions.

Page 100

1  BY MR. STEWART:
2      Q.   Would you give me the same answer
3  if I asked you what you did with respect to
4  documents stored on your computer?
5          MS. McKEEN:  Objection.  Form.
6      A.   (Through translator).  The
7  documents, everything that had to do with my
8  documents were given to IT and the legal
9  department and -- legal and they were
10  extracted from my computer.
11  BY MR. STEWART:
12     Q.   Do you accept that translation?
13     A.   (Nodding affirmatively).
14     Q.   What did you do personally to look
15  at them before they were extracted?
16          MS. McKEEN:  Objection.  Form.
17     A.   (In English).  I am not clear with
18  the question.
19  BY MR. STEWART:
20     Q.   You said the documents were
21  extracted, correct?
22     A.   (In English).  Well, IT, yes.  And
23  -- extracted the information.
24     Q.   What did you do to look at them
25  before they were extracted?

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 101

1    MS. McKEEN:  Objection.  Form.
2    A.   (In English).  I am not clear about
3  the question.
4  BY MR. STEWART:
5    Q.   Did you do anything to look at them
6  before they were extracted?
7    A.   (Through translator).  Since it's
8  my job, I checked the documents, but the
9  process of extracting the information from my
10  computer is with IT and the legal.
11    Q.   You just testified -- and I am
12  reading it -- "Since it's my job, I checked
13  the documents."
14    What did you check?
15    A.   (Through translator).  Like I said
16  before, there were documents that were in the
17  server for years.
18    Q.   And you went to read those
19  documents?
20    MS. McKEEN:  Objection.  Form.
21    A.   (Through translator).  No.  I did
22  not read them, and the ones who received the
23  documents was in the IT department.  The
24  technology department had the information
25  because those are transactions from many

---

Page 102

1  years ago, and it's in the server.
2  BY MR. STEWART:
3    Q.   And my question is this:  What did
4  you personally do on your own?
5    MS. McKEEN:  Objection.  Form.
6    A.   (Through translator).  Personally?
7  Nothing.
8    MR. STEWART:  Now let's mark
9  Exhibits 1 through 5.
10    ----
11    (Exhibit 1, Notice of Rule 30(b)(6)
12  Deposition of the Employees Retirement
13  System of the Government of the
14  Commonwealth of Puerto Rico, four pages,
15  with attachments, was marked for
16  identification)
17    ----
18    (Exhibit 2, Letter dated 10/19/17,
19  five pages, was marked for
20  identification)
21    ----
22    (Exhibit 3, e-mail string beginning
23  with e-mail dated 10/20/17, seven pages,
24  was marked for identification)
25    ----

---

Page 103

1    (Exhibit 4, e-mail string beginning
2  with e-mail dated 10/12/17, eight pages,
3  was marked for identification)
4    ----
5    (Exhibit 5, e-mail string beginning
6  with e-mail dated 10/23/17, nine pages,
7  with attachment, was marked for
8  identification)
9    ----
10    MS. McKEEN:  You are just handing
11  these in order?
12    MR. STEWART:  Yes.
13  BY MR. STEWART:
14    Q.   Miss Tirado, the record should
15  reflect that I am placing before you the
16  exhibits marked Exhibit 1 through 5.  Please
17  go through them.  My question is going to be
18  as to each of these whether you have ever
19  seen them before.
20    A.   (Witness reviewing documents).
21    Q.   Miss Tirado, have you had the
22  opportunity to look at Exhibits 1
23  through 5?
24    A.   (In English).  Yes.
25    Q.   Which of these, if any, have you

---

Page 104

1  seen before?
2    A.   (In English).  To my best of my
3  recollection, I think the only one that I
4  have seen is Exhibit A because the other ones
5  were -- I never saw them.
6    Q.   You mean Exhibit 1?
7    A.   (Nodding affirmatively).
8    Q.   I think you said "A."  You mean the
9  one --
10    A.   Oh, sorry.
11    Q.   -- on top of the stack?
12    A.   Yes.
13    Q.   Exhibit 1?
14    A.   (In English).  Yes.
15    Q.   When did you see Exhibit 1 for the
16  first time?
17    A.   (In English).  I think it was when
18  I was with my lawyers.  I don't exactly
19  remember when, but I think this is one of the
20  documents of all the many documents that I
21  have seen.
22    Q.   Okay.  When did you see it for the
23  first time?
24    A.   (In English).  The exact date, I
25  don't remember.

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 105

1    Q.   Was it within the past month or
2  earlier than that?
3    A.   (In English).  I think it was in
4  the past month.
5    Q.   Who showed it to you?
6    A.   (In English).  I think it was in
7  the documents that I was reviewing.  But I
8  don't remember exact the person who show it
9  to me.  But it was some of the documents
10  because similar.  I don't remember exactly
11  the person.  I saw it, but...
12    Q.   Were you shown this at the same
13  time you were shown other documents about
14  your deposition today?
15    A.   (In English).  To my best of
16  recollection, yes.
17    Q.   Was it shown to you by outside
18  counsel or by your internal counsel?
19    A.   (In English).  I think it was my
20  internal counsel but I don't -- I am not
21  completely sure.  I don't remember.
22    Q.   You testified earlier about
23  meetings you had with lawyers to prepare
24  yourself for your testimony here today.  Were
25  those meetings in Puerto Rico or were they on

---

Page 106

1  the mainland?
2    A.   (In English).  Are you referring to
3  the external?
4    Q.   Sure.
5    A.   (Through translator).  Not
6  physically in Puerto Rico, but it was through
7  a video conference and also here in New York.
8    Q.   How many video conferences were
9  there?
10    A.   (In English).  Maybe three.
11    Q.   And when was the meeting in New
12  York?
13    A.   (In English).  This week.
14    Q.   Today is Wednesday.  So it was
15  either on Monday or Tuesday?
16    MS. McKEEN:  Objection.  Form.
17    A.   (In English).  It was, I think,
18  since Sunday.
19  BY MR. STEWART:
20    Q.   Okay.  So you met Sunday.  Okay.
21  How many meetings in New York did you have?
22    A.   (In English).  Two days.
23    Q.   How many hours were those meetings
24  combined?
25    A.   (In English).  On Sunday, it was

---

Page 107

1  maybe in the -- I think in the afternoon.
2  And I don't remember -- it was before 12:00
3  until maybe until 4:00, 4:30.  And yesterday
4  was maybe until 2:30, 3:00, to best of my
5  recollection.
6    Q.   And who were the lawyers present in
7  the New York meetings?
8    A.   (In English).  It was Madhu.  It
9  was Liz.  It was Proskauer lawyers, two
10  lawyers.  Bibiana Sarriera, who is my
11  internal.  And Ivan on the AAFAF side.
12    Q.   So somebody from AAFAF was present
13  at the preparation meeting?
14    A.   (In English).  Yes.
15    Q.   So let's look at Exhibit 1.
16    Do you have it in front of you?
17    A.   (In English).  Yes.
18    Q.   You will notice that if you go to
19  the third piece of paper, in other words,
20  five pieces, three sheets of paper, you see
21  some definitions?
22    Do you see that?
23    A.   (In English).  Yes.
24    Q.   And then the page that's numbered
25  Page 4, you see "Deposition Topics."

---

Page 108

1    Do you see the topics?
2    A.   (In English).  Yes.
3    Q.   Can you tell me as you sit here
4  today which topics you are here to testify
5  about?
6    MS. McKEEN:  Just -- just for the
7    record, I would like the record to be
8    clear that the substance of which topics
9    Miss Tirado has been designated to
10    testify about is reflected in
11    correspondence between counsel.
12  BY MR. STEWART:
13    Q.   You can answer my question.
14    Please tell me, Miss Tirado, which
15  of these deposition topics are you here to
16  testify about?
17    A.   (In English).  I have to read them
18  to see if --
19    Q.   Okay.  Please do.
20    A.   (Witness reviewing document).
21    (Through translator).  I was
22  looking over the documents.
23    Q.   Okay.
24    A.   (Through translator).  And I
25  understand that -- that I am represented by

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 109

1   ERS for this -- this court -- for these
2   subjects.
3       Q.   Okay.  Are you able to testify
4   about -- let's go to Page 4 of the exhibit.
5       Do you have it in front of you?
6       A.   (In English).  Yes.
7       Q.   Do you see how the topics are
8   numbered?
9       A.   (In English).  When you refer to
10  the topics -- oh, here on the page --
11      MS. McKEEN:  Page 4 of Schedule A.
12      MR. STEWART:  Page 4.
13      MS. McKEEN:  Page 4 of Schedule A,
14  I think, is the problem.  There are two
15  Page 4s.
16  BY MR. STEWART:
17      Q.   Keep going.  There you go.  See
18  where it says "Deposition Topics"?
19      A.   (Nodding affirmatively).
20      Q.   Do you see how they are numbered?
21      A.   (In English).  Yes.
22      Q.   I am going to ask you about these
23  by number so that we are able to both follow.
24      Are you prepared to testify about
25  deposition topic number 1?

Page 110

1       MS. McKEEN:  Objection.  Counsel,
2   the witness has only been designated to
3   testify as to particular topics and
4   subtopics.  And so whether or not she
5   personally feels comfortable with
6   respect to topics that are outside the
7   scope of what ERS has agreed, her
8   testimony will bind the entity with
9   respect to -- the record is clear, and
10  the parties, in fact, just agreed
11  yesterday on a document which reflects
12  what Miss Tirado has agreed to testify
13  regarding.
14      MR. STEWART:  Well, I don't agree
15  with you on that.  According to Exhibit
16  3, Page 2, Mr. Pocha's e-mail wrote,
17  "You are also free to ask whatever
18  questions you would like to ask
19  Miss Tirado.  If they are outside the
20  scope of what ERS has offered for the
21  topics, we will not use that objection
22  as a basis to stop Miss Tirado from
23  answering questions on her own behalf to
24  the best of her memory and ability."
25      MS. McKEEN:  Counsel, nothing I

Page 111

1   just said is inconsistent with that
2   statement.  I would like the record to
3   be clear that if you ask Miss Tirado a
4   question that's outside the scope as to
5   which ERS has agreed to offer her
6   testimony, her answers will be on her
7   own behalf and they will not bind ERS.
8   I am not instructing her not to answer
9   any questions.  I am just making clear
10  that this document does not reflect the
11  agreement between the parties as to
12  which topics Miss Tirado has been
13  designated as the witness for ERS.
14      MR. STEWART:  Okay.
15  BY MR. STEWART:
16      Q.   So, Miss Tirado, let me ask you are
17  you prepared to testify about deposition
18  topic number 1?
19      MS. McKEEN:  Objection.  Form.
20      A.   (Through translator).  To my very
21  best knowledge, I can -- I can answer about
22  topic 1.
23  BY MR. STEWART:
24      Q.   Okay.  And let me ask you about
25  topic 2.

Page 112

1       Are you in a position to testify
2   about topic 2?
3       MS. McKEEN:  Same objections.  If
4   questions are outside the scope, they --
5       MR. STEWART:  Ms. McKeen --
6       MS. McKEEN:  -- won't bind ERS.
7       MR. STEWART:  Ms. McKeen, you are
8   coaching the witness --
9       MS. McKEEN:  Please don't interrupt
10  me when --
11      MR. STEWART:  Well, please stop --
12      MS. McKEEN:  -- I'm speaking on the
13  record.
14      MR. STEWART:  -- coaching or you
15  and I are going to be --
16      MS. McKEEN:  You can have plenty of
17  time --
18      MR. STEWART:  -- calling the court.
19      MS. McKEEN:  -- to talk when I'm
20  done speaking.  You don't need to
21  interrupt me.  Same objections as
22  before.
23      If you ask a question that's
24  outside the scope, ERS reserves its
25  right to object that the -- that the

US District Court - Puerto Rico                                    FINAL - October 24, 2017
FOMBPR v. Altair Global                                    Cecile Tirado Soto, Volume 1

---

Page 113

1    question is outside the scope.
2         MR. STEWART:  Anything else you
3    would like to say?
4         MS. McKEEN:  No.  Thank you for
5    waiting for me to finish.  Was there
6    something that you wanted to say?
7         MR. STEWART:  Yes.  I wanted my
8    question answered.
9    BY MR. STEWART:
10        Q.   Are you prepared to testify about
11   topic number 2?
12        A.   (Through translator).  To my best
13   knowledge, I will answer the question of
14   topic 2.
15        Q.   Okay.  And topic 3.  Are
16   you prepared to testify about
17   topic 3?
18        MS. McKEEN:  Same objections.
19        A.   (Through translator).  The best of
20   my knowledge, I will always answer questions
21   but when it's not a legal question.
22   BY MR. STEWART:
23        Q.   And question 5 -- sorry, 6.  Topic
24   6?
25        MS. McKEEN:  Same objections.

---

Page 114

1         A.   (Through translator).  I will
2    answer questions based on my knowledge, but
3    onto the legal aspect, I do not have
4    knowledge to answer.
5    BY MR. STEWART:
6         Q.   When you say "legal aspect," you
7    mean to the extent it involves talking about
8    a law or legal principle, you would not be
9    able to answer?
10        MS. McKEEN:  Objection.  Form.
11        A.   (Through translator).  I am
12   referring to legal terms.  A legal
13   interpretation I cannot answer.
14   BY MR. STEWART:
15        Q.   So you would not be prepared to
16   testify about these topics that would involve
17   legal terms?
18        MS. McKEEN:  Objection.  Form.
19   Misstates testimony.
20   BY MR. STEWART:
21        Q.   Please answer my question.
22        A.   (Through translator).  Like I
23   previously stated, if there is an
24   interpretation of the legal terms, I do not
25   have knowledge in answering that.

---

Page 115

1         Q.   Answering what?
2         A.   (Through translator).  The
3    questions that you have on the topic.
4         Q.   So you cannot answer these topics?
5         MS. McKEEN:  Objection.  Form.
6    Misstates testimony.
7    BY MR. STEWART:
8         Q.   What is it you cannot testify
9    about?
10        MS. McKEEN:  Objection.  Form.
11   Asked and answered.
12        A.   (Through translator).  Like I told
13   you before, I can answer things that are
14   based on my knowledge but legal
15   interpretation, I cannot answer because I do
16   not have knowledge on that.
17   BY MR. STEWART:
18        Q.   To your knowledge is ERS going to
19   produce a witness who can testify on matters
20   that involve legal interpretation?
21        MS. McKEEN:  Objection.  Form.
22        A.   (Through translator).  To my
23   knowledge, that's something that the legal
24   division is managing.  I do not have enough
25   knowledge to answer that.

---

Page 116

1    BY MR. STEWART:
2         Q.   Do you know of any other witness
3    ERS is producing in response to this
4    deposition notice other than you?
5         MS. McKEEN:  Objection.  Form.
6         A.   (Through translator).  I understand
7    there could be another person, but I am not
8    sure if they are going to use that other
9    person.
10   BY MR. STEWART:
11        Q.   Who is the other person?
12        MS. McKEEN:  Objection to the
13   extent the question calls you to reveal
14   the content of your communications with
15   your lawyers, I instruct you not answer.
16   BY MR. STEWART:
17        Q.   Are you refusing to answer the
18   question?
19        A.   (In English).  Yes.
20        MR. STEWART:  Mark that if you
21   could, Madam Reporter.
22   BY MR. STEWART:
23        Q.   What were we on?  Number 7?  Can
24   you testify about number seven?
25        MS. McKEEN:  Same objections as

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 117

1  before.
2  A.  (Through translator).  I can answer
3  something that's based on my knowledge but
4  anything that has to do with legal terms or a
5  legal interpretation, I cannot answer.
6  BY MR. STEWART:
7  **Q.  Let's look at topic number 9.  Can
8  you testify about topic number 9?**
9  MS. McKEEN:  Same objections as
10  before.
11  A.  (Through translator).  Again, I can
12  answer based on my knowledge but legal
13  interpretation I cannot answer.
14  BY MR. STEWART:
15  **Q.  Would you give me the same answer
16  with respect to topic 10?**
17  MS. McKEEN:  Objection.  Form.
18  A.  (Through translator).  The same
19  answer.  Same answer.  Only what's based
20  on my knowledge but legal terms I cannot
21  answer.
22  BY MR. STEWART:
23  **Q.  Same answer with respect to topic
24  11?**
25  MS. McKEEN:  Same objections.

Page 118

1  A.  (Through translator).  Yes.
2  BY MR. STEWART:
3  **Q.  12?**
4  MS. McKEEN:  Same objections.
5  A.  (Through translator).  Yes.
6  BY MR. STEWART:
7  **Q.  13?**
8  MS. McKEEN:  Same objections.
9  A.  (Through translator).  Based on the
10  knowledge that I have -- based on the
11  knowledge that I have, I can answer the
12  question.
13  BY MR. STEWART:
14  **Q.  14?**
15  MS. McKEEN:  Just for the record,
16  so I don't have to keep interrupting.  I
17  will make the same objection to the
18  other questions that are similarly
19  phrased.
20  BY MR. STEWART:
21  **Q.  Same answer to 14?**
22  A.  (Through translator).  Legal
23  interpretation, I can answer only what's on
24  my knowledge.  Only with the knowledge.
25  **Q.  Same answer with respect to**

Page 119

1  **15?**
2  A.  (In English).  Yes.
3  **Q.  16?**
4  A.  (In English).  Yes.
5  **Q.  17?**
6  A.  (In English).  Yes.
7  **Q.  And 19?**
8  A.  (In English).  Yes.
9  **Q.  Now, you just testified more than
10  once that you cannot testify to matters that
11  involve legal interpretations.**
12  **Did I understand your testimony
13  correctly?**
14  MS. McKEEN:  Objection.  Form.
15  A.  (In English).  Yes.
16  BY MR. STEWART:
17  **Q.  But in your work, does it ever
18  happen that you have to look at legal
19  documents and decide what to do?**
20  MS. McKEEN:  Objection.  Form.
21  A.  (In English).  No.
22  BY MR. STEWART:
23  **Q.  No.  You don't ever do that?**
24  A.  (In English).  Legal documents.  To
25  interpret the legal documents?

Page 120

1  **Q.  To deal with legal documents in any
2  way.**
3  MS. McKEEN:  Objection.  Form.
4  A.  (In English).  Be more specific to
5  "deal."
6  BY MR. STEWART:
7  **Q.  Do you ever have to, in the course
8  of your work, have to read or take actions
9  under legal documents?**
10  MS. McKEEN:  Objection.  Form.
11  A.  (Through translator).  The one who
12  has that role is the legal division.
13  BY MR. STEWART:
14  **Q.  Have you ever read Law 447?**
15  A.  (Through translator).  I've
16  seen some parts, but I haven't read it
17  completely.
18  **Q.  Does any of your work involve
19  taking actions called for by Law 447?**
20  MS. McKEEN:  Objection.  Form.
21  Calls for a legal conclusion.
22  BY MR. STEWART:
23  **Q.  You can answer it.**
24  A.  (In English).  Can you repeat the
25  question?

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 121

1    MR. STEWART:  Just reread it, Madam
2 Reporter.
3    (Question read)
4    A.   (In English).  Could you be more
5 specific on "taking actions"?
6 BY MR. STEWART:
7    Q.   Well, have you ever done anything
8 in your career at ERS required by Law 447?
9    MS. McKEEN:  Objection.  Form.
10 Calls for a legal conclusion.
11    A.   (Through translator).  If it has to
12 do with legal terms or an interpretation of
13 the law, I do not work on that.  I have to do
14 work, operational and financial.
15 BY MR. STEWART:
16    Q.   Is it the case from time to time at
17 ERS it has been your job to authorize
18 payments to people who get pensions from ERS?
19    A.   (Through translator).  Towards with
20 the pensions, that's not the area of the
21 accounting.
22    Q.   So let me go back over these topics
23 and ask you some questions.  Let's start with
24 topic 1.
25    What did you do to prepare yourself

---

Page 122

1 to testify about topic number 1?
2    MS. McKEEN:  And again, I will just
3 object for the record that the witness
4 was not designated on behalf of ERS to
5 testify as to the entirety of topic 1.
6 She can answer the question.
7 BY MR. STEWART:
8    Q.   So the question:  What did you do
9 to prepare yourself to testify about topic 1?
10    MS. McKEEN:  Same objections.
11    A.   (Through translator).  I went over
12 several documents with my attorneys about
13 this matter, the subject.
14 BY MR. STEWART:
15    Q.   Who within ERS did you go to talk
16 to to learn more about topic number 1?
17    A.   (Through translator).  My internal
18 attorney.
19    Q.   Anyone else?
20    A.   (Through translator).  It could
21 have been some of the topics that could have
22 been -- that might have went over with the
23 administrator.
24    Q.   And who is the administrator?
25    A.   (In English)  Luis Collazo.

---

Page 123

1    Q.   When did you talk to him?
2    A.   (Through translator).  In the
3 preparation last week, in that session.
4    Q.   What did you say to him, and what
5 did he say to you?
6    MS. McKEEN:  Objection.  Form.
7    A.   (Through translator).  Exactly I
8 could not tell you what the specific topic
9 was, but we were consulting some topics.
10 BY MR. STEWART:
11    Q.   This was last week?
12    A.   (Through translator).  Yes.
13    Q.   And you don't remember what you
14 said to him or he said to you last week?
15    MS. McKEEN:  Objection.  Form.
16    A.   (Through translator).  It was
17 several topics, but I cannot tell you
18 specifically which one.
19 BY MR. STEWART:
20    Q.   Can you remember anything you said
21 to him or he said to you?
22    MS. McKEEN:  Objection.  Form.
23    A.   (Through translator).  Perhaps I
24 remember if we were working on a document or
25 something that could refresh his memory.

---

Page 124

1 BY MR. STEWART:
2    Q.   Refresh his memory?
3    A.   (Through translator).  Of the topic
4 if he had some knowledge on it.
5    Q.   So I want to make sure I have this
6 right.  You spoke with him one week ago, and
7 you do not remember what you said to him or
8 he said to you.  Is that true?
9    MS. McKEEN:  Objection.  Form.
10 Asked and answered.
11    A.   (In English).  No. (Through
12 translator).
13 BY MR. STEWART:
14    Q.   You do not remember at all?
15    A.   (Through translator).  The whole
16 specific topic.  It was several topics.
17    Q.   Do you remember anything at all?
18    MS. McKEEN:  Objection.  Form.
19 Asked and answered.  Misstates
20 testimony.
21    A.   (Through translator).  I cannot
22 tell you exactly all the topics.  It was
23 several topics.
24 BY MR. STEWART:
25    Q.   Do you remember anything, anything

---

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                          Cecile Tirado Soto, Volume 1

---

Page 125

1  generally that you covered in your
2  conversation?
3        MS. McKEEN:  Same objections.
4  Asked and answered.
5        A.    (Through translator).  Specific
6  topics, I do not remember exactly what was
7  the conversation.
8  BY MR. STEWART:
9        Q.    My question was not specific
10 topics.  My question was what do you remember
11 generally you discussed with him?
12       MS. McKEEN:  Same objections.
13       A.    (Through translator).  Like I told
14 you before, I do not remember.
15 BY MR. STEWART:
16       Q.    Did you take notes of this
17 conversation?
18       A.    (In English).  No.
19       Q.    Did he?
20       MS. McKEEN:  Objection.  Form.
21       A.    (Through translator).  I do not
22 remember.
23 BY MR. STEWART:
24       Q.    As a result of the conversation,
25 did you prepare anything in writing?

---

Page 126

1        A.    (Through translator).  I do not
2  remember.
3        Q.    Did he?
4        MS. McKEEN:  Objection.  Form.
5  Lacks foundation.
6        A.    (Through translator).  I don't know
7  if there was something written.
8  BY MR. STEWART:
9        Q.    What former employees of ERS did
10 you talk with in preparing yourself for your
11 deposition here today?
12       A.    (In English).  When you say former,
13 ex-employers?
14       Q.    Ex-employees.
15       A.    Employees?
16       Q.    Yes.
17       A.    (Through translator).  No.  Not
18 any.
19       MS. McKEEN:  Counsel, it's around 1
20 o'clock.  I don't want to interrupt your
21 flow but...
22       MR. STEWART:  Give me another few
23 minutes and then...
24 BY MR. STEWART:
25       Q.    Other than documents shown to you

---

Page 127

1  by your lawyers in preparing for your
2  testimony here today, did you go out and look
3  at any documents to prepare for your
4  testimony?
5        A.    (In English).  What type of
6  documents?
7        Q.    Anything.
8        A.    (In English).  Besides the
9  information that was for my preparation --
10 other than those?
11       Q.    Yes.
12       A.    (In English).  No.
13       Q.    In the course of preparing yourself
14 for your testimony here today, did your
15 lawyers give you any information?
16       MS. McKEEN:  Objection.  Form.
17       A.    (In English).  I don't understand
18 the question.
19 BY MR. STEWART:
20       Q.    Putting to one side documents they
21 showed you, did they tell you anything to
22 help you prepare to testify today for your
23 deposition?
24       A.    (Through translator).  You are
25 telling me if they told me something?

---

Page 128

1        Q.    Correct.
2        A.    (Through translator).  Instructing
3  me?  Instructing me, no.
4        Q.    Did they give you any facts that
5  would help you testify here today?
6        MS. McKEEN:  Objection.  If you can
7  answer the question without revealing
8  the content of your communications with
9  counsel or a yes-or-no answer that's
10 fine, but I would just, again, caution
11 the witness not to divulge the content
12 of her communications with counsel.
13       A.    (Through translator).  We were
14 going over some documents, but they weren't
15 telling me instructions.
16 BY MR. STEWART:
17       Q.    Any facts?
18       A.    (In English).  No.
19       Q.    Did they prepare any documents of
20 their own to give you for you to look at in
21 preparing for your testimony here today?
22       MS. McKEEN:  Objection.  Counsel, I
23 believe that calls for attorney-client
24 privileged work product.
25       MR. STEWART:  That certainly is not

---

Page 129

1   privileged.  You would have to put that
2   on a privileged log.  It's not even
3   close to being privileged.  The fact of
4   a document prepared by a lawyer shown to
5   any other person is not remotely
6   privileged.  If you are going to
7   instruct her, go ahead and we are going
8   to mark it.
9        MS. McKEEN:  I just want to be
10  really clear.  You are asking her -- you
11  are taking the position that lawyers
12  need to log work product that they
13  prepare and show a witness in connection
14  with a deposition preparation session
15  even if that document doesn't refresh
16  the witness' recollection.  Is that your
17  position?
18       MR. STEWART:  They can be forced to
19  log it.  There's no privilege intended
20  to the circumstances of the preparation
21  of a document, no matter what it's used
22  for.  Look at local Rule 26.
23       MS. McKEEN:  Post litigation?
24       MR. STEWART:  Post litigation.  The
25  fact of the document.

Page 130

1        Are you going to instruct on that?
2        MS. McKEEN:  I think that's work
3   product, Counsel.
4        MR. STEWART:  Good.  I am going to
5   ask it again, and you can instruct, and
6   we are going to mark it.
7        Now, here's my question of Ms.
8   Tirado.
9   BY MR. STEWART:
10       **Q.   In the course of preparing yourself**
11  **for this deposition, did your counsel give**
12  **you documents they had prepared for you to**
13  **read to prepare yourself to testify, yes or**
14  **no?**
15       MS. McKEEN:  I am going to instruct
16  the witness not to answer on the grounds
17  that's work product.
18       A.   (In English).  I will not answer.
19  BY MR. STEWART:
20       **Q.   Did anyone else prepare a document**
21  **for you to look at to prepare yourself to**
22  **testify here today?**
23       A.   (In English).  When you refer to a
24  person --
25       **Q.   Anybody on earth.**

Page 131

1        A.   (In English).  Anybody?
2        **Q.   Anybody.**
3        MS. McKEEN:  Objection.  Form.
4        A.   No.
5   BY MR. STEWART:
6        **Q.   Okay.**
7        MR. STEWART:  And, Ms. McKeen, if I
8   were to ask about this document, you
9   instructed her to not testify about, I
10  assume you would also instruct her to
11  not testify about particulars of the
12  document such as its length and things
13  like that?
14       MS. McKEEN:  Correct, Counsel.
15       MR. STEWART:  Let's take our lunch
16  break then.
17       THE VIDEOGRAPHER:  The time is 1:04
18  p.m.  Going off the record.
19       (Lunch recess:  1:04 p.m.)
20
21
22
23
24
25

Page 132

1        AFTERNOON SESSION
2             2:33 p.m.
3        THE VIDEOGRAPHER:  The time is 2:33
4   p.m.  We are back on the record.  We
5   have two new interpreters.  Will the
6   court reporter please administer the
7   oath to both the interpreters.
8   R O G E R   J I M E N E Z,
9   the Spanish interpreter, was duly sworn
10  to accurately and faithfully translate
11  the proceedings.
12  C R I S T I N A   S A N   J U A N,
13  the Spanish interpreter, was duly sworn
14  to accurately and faithfully translate
15  the proceedings.
16       MR. STEWART:  And for the record,
17  we need the names of both interpreters.
18       THE INTERPRETER:  Roger Jimenez.
19  J-I-M-E-N-E-Z.
20       MR. STEWART:  Ma'am, we need your
21  name for the record.
22       THE INTERPRETER:  Oh, my name.
23  Cristina, C-R-I-S-T-I-N-A, San Juan,
24  S-A-N J-U-A-N.  Thank you.
25       MR. STEWART:  Ready to proceed?

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                            Cecile Tirado Soto, Volume 1

---

Page 133

1      MS. McKEEN:  Yes, Counsel.
2      MR. STEWART:  Okay.
3  BY MR. STEWART:
4      Q.   Good afternoon, Miss Tirado.
5      A.   Yes.
6      Q.   Let me ask you about the ERS bond
7  issue in 2008.
8      You are aware of course that ERS
9  issued bonds that year?
10     MS. McKEEN:  Objection.  Form.
11     A.   (In English).  Yes, in 2008.
12  BY MR. STEWART:
13     Q.   What was your role in the decision
14  by ERS to sell bonds?
15     A.   (In English).  Can you repeat the
16  question, please.
17     Q.   What was your role --
18     MR. STEWART:  And what we are doing
19  here, Miss San Juan, is we try to do as
20  much as we can in English.
21     THE INTERPRETER:  Yes.
22     MR. STEWART:  But if the witness
23  has difficulty, she will ask that it be
24  translated.  And it's up to her --
25     THE INTERPRETER:  Yes.

---

Page 134

1      MR. STEWART:  -- when we do it one
2  way or the other.  Sometimes --
3      THE INTERPRETER:  I see.
4      MR. STEWART:  -- it's easier to go
5  as long as we can in English just for
6  speed, but it doesn't -- it doesn't
7  always stay one way or the other.
8      THE INTERPRETER:  I understand.
9      MR. STEWART:  All right.
10  BY MR. STEWART:
11     Q.   So who made the decision at -- at
12  ERS to sell bonds?
13     MS. McKEEN:  Objection.  Form.
14     A.   (Through translator).  If you are
15  referring to the people who made the decision
16  for the issuing of the bonds, the trusted
17  personnel are the ones responsible for taking
18  -- making decisions.
19     MS. McKEEN:  Counsel, just for the
20  record, with respect to the translation
21  of the phrase "trusted personnel," I
22  think is what we referred to earlier as
23  political appointees.
24     THE INTERPRETER:  Oh,
25  "fideicomiso," is that what you mean?

---

Page 135

1      MS. McKEEN:  Correct.
2      THE INTERPRETER:  All right.  I --
3  trusted is also people of trust, you
4  know.  But in this case, trust, it's
5  fideicomiso, yes.
6      (Reporter requested clarification)
7      THE INTERPRETER:  No.  What I was
8  saying is that the word "trust" in
9  Spanish has two meanings.  One means
10  someone you can trust on and/or in.  And
11  then it also means -- trust in Spanish,
12  the word for trust in Spanish is
13  fideicomiso.  But I can spell it if you
14  want, for you.
15     Okay.  Fideicomiso is
16  F-I-D-E-I-C-O-M-I-S-O.
17     MR. STEWART:  I am actually not
18  sure I understood the witness' answer.
19  So let me ask again.
20  BY MR. STEWART:
21     Q.   Who was it at ERS who decided that
22  ERS would sell bonds?
23     MS. McKEEN:  Counsel, I think this
24  question is outside the scope of the
25  topics as to which Miss Tirado has been

---

Page 136

1  designated to testify.
2      MR. STEWART:  Didn't we cover this
3  before?
4      MS. McKEEN:  Well, Counsel, I think
5  this is 5A, the issuance of the ERS
6  bonds.
7      MR. STEWART:  I think --
8      MS. McKEEN:  And I think that topic
9  has been withdrawn by the bondholders.
10     MR. STEWART:  I am referring to
11  Mr. --
12     You don't need to translate
13  colloquy between counsel.  This is --
14  you only need to translate when we
15  address the witness.  When lawyers
16  talk back and forth, it's not
17  necessary.
18     THE INTERPRETER:  No?  Okay.
19     MR. STEWART:  I believe in Exhibit
20  3, Mr. Pocha's comment was I was free to
21  ask whatever questions I would like to
22  ask Miss Tirado.  "If they are outside
23  the scope of what ERS has offered for
24  the topics, we will not use that
25  objection as a basis to stop Miss Tirado

---

JANE ROSE REPORTING                          National Court-Reporting Coverage
1-800-825-3341                               janerose@janerosereporting.com

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                          Cecile Tirado Soto, Volume 1

---

Page 137

1    from answering questions on her own
2    behalf to the best of her memory and
3    ability."
4          MS. McKEEN:  That's correct,
5    Counsel.  I am --
6          MR. STEWART:  So that's what I am
7    doing.
8          MS. McKEEN:  I am preserving an
9    objection for the record that the
10   question is outside the scope so that
11   the answer will be on her own behalf and
12   not on behalf of ERS.
13         MR. STEWART:  Okay.
14   BY MR. STEWART:
15      Q.   Now, that having been said, who at
16   ERS decided to sell bonds?
17         MS. McKEEN:  Objection.  Form.
18      A.   (Through translator).  I have no
19   knowledge of who specifically made the
20   decision.
21      Q.   What was your involvement in the
22   decision?
23         MS. McKEEN:  Objection.  Form.
24   Outside the scope.
25      A.   (Through translator).  None.

---

Page 138

1    BY MR. STEWART:
2       Q.   What role, if any, did you have in
3    deciding what the proceeds of the bond sale
4    would be used for?
5          MS. McKEEN:  Same objections.
6       A.   (In English).  Can you repeat the
7    question, please.
8          MR. STEWART:  Ask the question
9    again, Madam Reporter.
10         (Question read)
11      A.   (In English).  Like I said earlier,
12   no decision.  I didn't make any type of
13   decision.
14   BY MR. STEWART:
15      Q.   So you were not involved in that
16   decision?
17      A.   (In English).  No.
18      Q.   Or whether and how the bonds would
19   be secured?
20         MS. McKEEN:  Same objections.
21      A.   (In English).  No.
22   BY MR. STEWART:
23      Q.   No, you had no involvement in the
24   decision?
25      A.   (In English).  No.  I didn't have

---

Page 139

1    an involvement.
2       Q.   Or what resources ERS would use to
3    pay the interest on the bonds?
4          MS. McKEEN:  Same objections.
5       A.   (In English).  Can you be more
6    specific on the question, please.
7    BY MR. STEWART:
8       Q.   What is it about it you don't
9    understand?
10      A.   (In English).  What do you refer as
11   term "resources"?
12      Q.   Okay.  What financial assets ERS
13   would use to service the interest on the
14   bonds?
15         MS. McKEEN:  Objection.  Form.
16   Outside the scope.
17      A.   (Through translator).  What I can
18   say is that whatever -- in 2008 whatever we
19   used for -- to pay the interest of the
20   bond -- bondholders were whatever
21   participation that -- of all the -- of a --
22   of employer contributions received from the
23   people.
24         THE WITNESS:  (In English)  No.
25   From the employers.

---

Page 140

1          THE INTERPRETER:  From the
2    employers.  From the employers, yes.
3    BY MR. STEWART:
4       Q.   I am just going to repeat your
5    answer because it's gotten broken up, and
6    tell me whether I have repeated it
7    accurately, Miss Tirado.
8          You are saying that the interest
9    that was going to be paid to the bondholders
10   would come from the employer contributions
11   made to ERS?
12         MS. McKEEN:  Objection.  Form.
13      A.   (In English).  Can you repeat the
14   -- this wasn't -- no.
15   BY MR. STEWART:
16      Q.   You were saying that the interest
17   that was going to be paid to the bondholders
18   would come from the employer contributions
19   made to the ERS?
20         MS. McKEEN:  Objection.  Form.
21      A.   (In English).  Was the employer
22   contribution received from those employers --
23   BY MR. STEWART:
24      Q.   Okay.
25      A.   -- to the ERS.

---

US District Court - Puerto Rico                         FINAL - October 24, 2017
FOMBPR v. Altair Global                          Cecile Tirado Soto, Volume 1

---

Page 141

1      Q.   Okay.  So just to clarify, the
2   interest that was going to be paid to the
3   bondholders would come from employer
4   contributions received by the ERS?
5      A.   (In English).  Correct.
6      Q.   Okay.  Did you have any involvement
7   in deciding what banks or investment banks
8   would handle the bond issue?
9         MS. McKEEN:  Objection.  Form.
10   Outside the scope.
11      A.   (In English).  No.
12   BY MR. STEWART:
13      Q.   Or what lawyers would work on the
14   bond issue?
15         MS. McKEEN:  Same objections.
16      A.   (In English).  No.
17   BY MR. STEWART:
18      Q.   Are you aware that legal documents
19   were prepared in connection with the bond
20   issue?
21         MS. McKEEN:  Same objections.
22      A.   (In English).  I didn't hear you,
23   sorry.
24   BY MR. STEWART:
25      Q.   Are you aware that legal documents

---

Page 142

1   were prepared in connection with the bond
2   issue?
3         MS. McKEEN:  Same objections.
4   Form.
5      A.   (In English).  No.
6         MS. McKEEN:  Outside the scope.
7   BY MR. STEWART:
8      Q.   You have never heard of a document
9   called the official statement?
10         MS. McKEEN:  Objection.  Form.
11   Outside the scope.
12      A.   (Through translator).  I have heard
13   the term, but I don't know the meaning or the
14   interpretation of such term.
15   BY MR. STEWART:
16      Q.   Have you ever seen a document
17   called the official statement?
18      A.   (Through translator).  Of several
19   documents, I understand that, yes, I have
20   seen the document.
21      Q.   Have you ever read it?
22      A.   (In English).  I have revised it --
23   review it but not the specific details.
24      Q.   You just said "I have revised it."
25   Did you mean to say you have reviewed it?

---

Page 143

1      A.   (In English).  Review it, yes.
2      Q.   Are you aware of a document called
3   the bond resolution?
4      A.   (In English).  Yes, I have seen it.
5      Q.   When did you see the bond
6   resolution for the first time?
7      A.   (In English).  For the first time
8   -- the first time I could not specify a time.
9   But I seen it on my -- because of my area,
10   some auditors have requested some books, and
11   it's part of the documents that were on the
12   office.
13      Q.   You mean that were -- when you say
14   "on the office," you mean in the office?
15      A.   (In English).  I am going to
16   translate in Spanish so.
17         (Through translator).  That
18   document I have seen because it -- it's in a
19   book at the office and a part of the official
20   documentation by the auditors, that document,
21   part of the -- of the ones requested or seen
22   by the auditors.
23      Q.   Okay.  All right.  Did you ever see
24   a document called the security agreement?
25         MS. McKEEN:  Objection.  Form.

---

Page 144

1      A.   (In English).  Yes, I have seen it.
2   BY MR. STEWART:
3      Q.   When did you see it for the first
4   time?
5      A.   (In English).  The exact time, I
6   don't -- I could not say this exact time, but
7   it was a few days ago.
8      Q.   You saw it for the first time a few
9   days ago?
10      A.   (In English).  Well, I have seen it
11   before but review it this past days.
12      Q.   Do you remember when you saw it for
13   the first time?
14      A.   (In English).  No.
15      Q.   Are you aware that in connection
16   with the bond issue, lawyers wrote opinion
17   letters?
18         MS. McKEEN:  Objection.  Form.
19      A.   (In English).  No.
20   BY MR. STEWART:
21      Q.   I have asked about a series of
22   documents.  Is it fair to say that you did
23   not write any part of any of those documents?
24         MS. McKEEN:  Objection.  Form.
25      A.   (In English).  No.  I didn't write

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 145

1  them.
2       MR. STEWART:  Let's mark Exhibit 8.
3  The bond resolution.
4       ----
5       (Exhibit 8, Pension Funding Bond
6  Resolution bearing Production Nos.
7  PR-ERS 6365 through 6445, was marked for
8  identification)
9       ----
10 BY MR. STEWART:
11      Q.  Ms. Tirado, I have placed before
12 you --
13      MR. STEWART:  Let's also mark
14 Exhibit 9.  The security agreement.
15      ----
16      (Exhibit 9, Security Agreement
17 bearing Production Nos. PR-ERS 2899
18 through 2915, was marked for
19 identification)
20      ----
21 BY MR. STEWART:
22      Q.  Ms. Tirado, I have placed before
23 you the documents the reporter has marked as
24 Exhibit 8 and Exhibit 9.  Let's start with
25 Exhibit 8.

---

Page 146

1       Can you tell me what Exhibit 8 is?
2       A.  (Witness reviewing document).
3       (In English).  According to the
4  document, it's the pension funding bond
5  resolution.
6       Q.  This is a document you have
7  testified about a moment ago you saw at some
8  point in the past, correct?
9       A.  (In English).  Yes.
10      Q.  And it also was shown to you in
11 preparation for your testimony here today,
12 correct?
13      A.  (In English).  Correct.
14      Q.  And Exhibit 9.  Take a look at it,
15 please.
16      A.  (In English).  Yes.
17      Q.  What is Exhibit 9?
18      A.  (In English).  The security
19 agreement.
20      Q.  Other than in preparation for your
21 testimony today, had you ever seen the
22 security agreement before?
23      A.  (In English).  I have seen it, like
24 I said, in the book that I have in my office.
25      Q.  The book you testified that you

---

Page 147

1  have in your office, is it a binder of the
2  documents from the closing of the bond deal?
3       MS. McKEEN:  Objection.  Form.
4       A.  (Through translator).  It's a big
5  document, a big text, a big book that is
6  divided into series and that the director
7  that was there before me had it in his
8  office.
9  BY MR. STEWART:
10      Q.  What else is in the book?
11      A.  (Through translator).  The book is
12 very extensive.  I haven't seen all the
13 documents, but I do know that it contained
14 the security agreement because, at a certain
15 point, I saw it.
16      Q.  Do you know of any other documents
17 that are in the book besides the ones you
18 have told me about?
19      A.  (Through translator).  I cannot
20 specify all the documents in there.  I
21 cannot.
22      Q.  Was that book turned over to
23 lawyers to be produced in this case?
24      A.  (Through translator).  That book is
25 in my office.  I understand it's been digital

---

Page 148

1  -- made digital and is part of the group that
2  is being -- the technology -- the legal and
3  technological area made digital.
4       Q.  Okay.  So let's go back to Exhibit
5  1.  That's the deposition notice.  If you go
6  to topic number 6, I am going to ask you
7  about topic number 6 for a while.
8       MR. STEWART:  Ms. McKeen, I assume
9  we are in agreement that this unquestionably
10 is one of the topics that this witness is
11 here to testify about.
12      Do you agree with me?
13      MS. McKEEN:  The witness has been
14 designated to testify about certain
15 aspects of topic 6, yes.
16      MR. STEWART:  Okay.  And that's set
17 forth in Exhibit 3 which is Mr. Pocha's
18 e-mail to Mr. Torborg.  The third
19 paragraph of which is about topic 6.
20      Do you see that?
21      MS. McKEEN:  Are you asking me, or
22 are you asking the witness?
23      MR. STEWART:  I am asking you
24 because I want to make sure you and I
25 are on the same page before we go

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 149

1   further.
2       MS. McKEEN:  It might be helpful if
3   we could look at the document entitled
4   "Agreed Upon Deposition Topics" that
5   Chris from your office sent yesterday
6   that sets forth what, I think, the
7   parties agreed on.
8       MR. STEWART:  I think this tells us
9   enough, does it not?
10      MS. McKEEN:  No.  Apparently not.
11      MR. STEWART:  Okay.  Let's mark
12  that.
13          ----
14      (Exhibit 27, Agreed-Upon Deposition
15  Topics, three pages, was marked for
16  identification)
17          ----
18  BY MR. STEWART:
19      Q.   So Ms. Tirado, I have placed
20  Exhibit 27 before you.  Please look at
21  paragraph number 6, if you could.  And read
22  that paragraph to yourself because I am going
23  to ask you questions on those subjects?
24      A.   (In English).  On number 6?
25      Q.   Number 6.

Page 150

1       A.   (In English).  "US functions" --
2       Q.   You don't need to read it allowed.
3   Just read it to yourself.
4       A.   (Witness reviewing document).
5       Q.   Have you had a chance to read that
6   to yourself?
7       A.   (In English).  Yes.
8       Q.   Okay.  So I will ask you a couple
9   of very general questions.  Then I am going
10  to ask you some specific questions.
11          What is the -- what was the
12  function of ERS in 2008?
13      MS. McKEEN:  Objection.
14      A.   (In English).  Can you be specific,
15  more specific with the question, "the
16  functions"?
17  BY MR. STEWART:
18      Q.   No.  What was ERS' function in
19  2008?
20      MS. McKEEN:  Objection.  Form.
21      A.   (Through translator).  For me, the
22  administration, the ERS administer the
23  pensions and benefits for the active
24  employees and the -- now and future retired
25  people -- pensionistas, retirees.

Page 151

1       MR. STEWART:  Okay.  Is that the
2   complete answer?
3       THE INTERPRETER:  Yes.
4       MR. STEWART:  Thank you.
5   BY MR. STEWART:
6       Q.   How did employees come to
7   participate in the ERS?
8       MS. McKEEN:  Objection.  Form.
9       A.   (In English).  The employees?
10  BY MR. STEWART:
11      Q.   Yes.
12      A.   (Through translator).  Any employee
13  who start working for the government, either
14  for the central government or for the other
15  municipalities or other branches, immediately
16  starts being an employee of the government.
17      THE WITNESS:  (In English).  No.
18      THE INTERPRETER:  The last part.
19      A.   (Through translator).  They become
20  active members of the ERS automatically.
21      MS. McKEEN:  Cecile, is that your
22  testimony?
23      A.   (In English).  No.  I have to --
24  could I see the translation in English?
25      (Pause in the proceedings)

Page 152

1       A.   (In English).  Instead of other
2   branches, corporations specific.
3       MR. STEWART:  So I think we need
4   one answer now since this one is divided
5   over a page of transcript.
6       Let me ask you this,
7   Ms. Tirado, whether you agree with
8   this statement.
9       THE WITNESS:  (In English).  Yes.
10  BY MR. STEWART:
11      Q.   Any employee who comes to work for
12  the central government or the other
13  municipalities or corporations of the
14  government immediately becomes an active
15  member of ERS.  Is that accurate?
16      A.   (In English).  That's accurate,
17  yes.
18      Q.   And is having these employees
19  become members of ERS part of the employment
20  arrangement between the government on one
21  hand and the employees on the other?
22      MS. McKEEN:  Objection.  Form.
23  Calls for a legal conclusion.
24      A.   (In English).  I don't understand
25  your question.

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                            Cecile Tirado Soto, Volume 1

Page 153

1  BY MR. STEWART:
2      Q.   How do employees automatically
3  become members of ERS?
4          MS. McKEEN:  Objection.  Form.
5      Calls for a legal conclusion.  I think
6      it's also outside the scope, but you can
7      answer, if you know.
8      A.   (Through translator).  If you are
9  referring of how they become active members
10 of the system is because they contribute a
11 percentage of their salaries which is the
12 individual contribution to the ERS.
13 BY MR. STEWART:
14     Q.   And is there also an employer
15 contribution to the ERS of a percentage of
16 each employee's salary?
17         MS. McKEEN:  Objection.  Form.
18     A.   (In English).  Is it related one
19 time you are talking about 2008, the employer
20 contribution was based on a salary
21 percentage?
22 BY MR. STEWART:
23     Q.   Yes.
24     A.   (In English).  Yes.  Employer
25 contribution, yes.

Page 154

1      Q.   It remained so until 2017?
2          MS. McKEEN:  Objection.  Form.
3      A.   (In English).  It was until June
4  30, 2017.
5  BY MR. STEWART:
6      Q.   Thank you.
7          And the purpose ERS had in
8  collecting money from the employees and the
9  employers was to provide the pension benefits
10 that ERS was going to pay; is that correct?
11         MS. McKEEN:  Objection.  Form.
12     Calls for a legal conclusion.
13     A.   (Through translator).  The system
14 had several funding sources to determine the
15 payment of the pensions based on their
16 benefits.
17 BY MR. STEWART:
18     Q.   Okay.  And it was one of the jobs
19 of ERS to collect this money?
20     A.   (Through translator).  Yes.  Based
21 on the system responsibility, the system made
22 the collection of the payments of the
23 contributions.
24     Q.   Okay.  Now, was borrowing money
25 something the system also did as part of its

Page 155

1  business?
2          MS. McKEEN:  Objection.  Form.
3      A.   (In English).  What do you mean
4  like borrowing -- be more specific.
5  BY MR. STEWART:
6      Q.   Selling bonds.  Selling bonds.
7          MS. McKEEN:  Objection.  Form.
8      A.   (Through translator).  If you are
9  referring if there were bonds issued in 2008,
10 yes, there were.
11 BY MR. STEWART:
12     Q.   Okay.  And the reason the bonds
13 were issued was to provide liquidity for the
14 ERS?
15         MS. McKEEN:  Objection.  Form.
16     Outside the scope.
17         You can answer if you know.
18     A.   (Through translator).  Yes.  Based
19 on the several documents that I have seen,
20 yes.  It was to provide liquidity to the
21 system.
22 BY MR. STEWART:
23     Q.   Okay.  All right.  Let's go back to
24 the bond resolution that we were looking at.
25 I think that's Exhibit 8.

Page 156

1          Before we go further, can you tell
2  me, if you know, what the purpose was of the
3  bond resolution?
4          MS. McKEEN:  Objection.  Form.
5      Calls for a legal conclusion.  Outside
6      the scope.
7      A.   (In English).  Can you repeat the
8  question.
9  BY MR. STEWART:
10     Q.   Can you tell me, if you know, what
11 the purpose was of the bond resolution?
12         MS. McKEEN:  Same objections.
13     A.   (Through translator).  Based on the
14 legal terms, I cannot specify or tell you
15 about the meaning of the bond resolution.
16 But I can tell you about the actions that
17 were taken in order to pay the bonds because
18 it's a part of what I have been doing since I
19 have been working there.
20 BY MR. STEWART:
21     Q.   When you say actions taken in order
22 to pay the bonds, what are you referring to?
23     A.   (Through translator).  How the
24 payments were -- took place and how were they
25 realized, the payment to the bonds -- of the

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                          Cecile Tirado Soto, Volume 1

---

Page 157

1    bonds to the people.
2        Q.    And were those things that the bond
3    resolution set forth?
4            MS. McKEEN:  Objection.  Form.
5        Calls for a legal conclusion.  The
6        document speaks for itself.
7        A.    (In English).  I didn't understand
8    your question.
9    BY MR. STEWART:
10           Is that something set forth in the
11   bond resolution?
12           MS. McKEEN:  Same objections.
13       A.    (In English).  I cannot --
14           (Through translator).  I cannot
15   understand or tell you about the type of term
16   or technical way you said the -- put the
17   question, but I do -- I can tell you about
18   how the payment was made to the bondholders
19   based on their contributions to set the
20   interest on there.
21   BY MR. STEWART:
22       Q.    Miss Tirado, is that an accurate
23   summary of what you intended to testify to?
24       A.    (Through translator).  What I can
25   tell you is how the employer contribution was

---

Page 158

1    distributed to pay -- to pay the bonds --
2            (In English).  Interest.
3            (Through translator) -- pay
4    interest on the bonds of the -- of the --
5            (In English).  Bondholders.
6            (Through translator) -- base --
7            (In English).  On the bond -- on --
8    to the bondholders.
9            (Through translator).  The
10   bondholders.
11   BY MR. STEWART:
12       Q.    This is somewhat broken up.
13           Do I understand you correctly to be
14   saying you can tell me how the employer
15   contributions were distributed to pay the
16   interest on the bonds to the bondholders?
17       A.    (In English).  How the employer
18   contributions received were paid to pay the
19   interest to the bondholders --
20       Q.    And you're aware --
21       A.    -- and the fiscal agent.
22       Q.    And you're aware of how that
23   worked?
24       A.    (In English).  Yes.
25       Q.    How did you learn how that worked?

---

Page 159

1        A.    (Through translator).  I worked in
2    the finance area since 2008 when the bond
3    issue -- issue took place, the bonds.
4        Q.    Did you learn of it because someone
5    told you about it or did you learn of it
6    because of something you read?
7            MS. McKEEN:  Objection.  Form.
8        A.    (In English).  When you said
9    because someone tell you, can you be more
10   specific than that.
11   BY MR. STEWART:
12       Q.    How did you learn about it?
13       A.    (In English).  How I learn the
14   payments or how --
15       Q.    The payments.
16       A.    (Through translator).  In 2008
17   there was a director who explained to us the
18   transactions and how those employer
19   contributions were going to be realized.
20       Q.    What was the name of that director?
21       A.    Jose Villafane.
22       Q.    Did he tell you this in a meeting
23   or did he tell you by writing you a memo or
24   did he tell you some other way?
25           MS. McKEEN:  Objection.  Form.

---

Page 160

1        A.    (Through translator).  It was in
2    2008.  I cannot specify whether it was an
3    e-mail or it was in -- spoken or how it was.
4    BY MR. STEWART:
5        Q.    At any time did you look at the
6    bond resolution to see what it said about how
7    those payments were to be made?
8            MS. McKEEN:  Objection.  Form.
9        A.    (In English).  No.
10   BY MR. STEWART:
11       Q.    If I were to ask you to go through
12   the bond resolution with me to show me the
13   parts of it that describe how the payments
14   were to be made, is that something you could
15   do?
16       A.    (Through translator).  As I said
17   before, I haven't read the entire document.
18   I cannot specify.
19       Q.    So the answer to my question
20   is no?
21           MS. McKEEN:  Objection.  Form.
22       A.    (Through translator).  As I said
23   before, the document is very big.  I haven't
24   read it completely.  I do not know exactly
25   where it is indicated.

---

US District Court - Puerto Rico                           FINAL - October 24, 2017
FOMBPR v. Altair Global                              Cecile Tirado Soto, Volume 1

---

Page 161

1   BY MR. STEWART:
2       Q.   Well, you have Exhibit 8 in front
3   of you.  Can you show me where in Exhibit 8
4   the method for paying the bondholders is set
5   forth?
6           MS. McKEEN:  Objection.  Form.
7       A.   (Through translator).  I cannot
8   tell you where it is exactly.  What I can
9   tell you is the method have always worked for
10  the assistant -- assist employees
11  contribution to the bondholders.
12  BY MR. STEWART:
13      Q.   Okay.  Can you show me in the bond
14  resolution where there is language about the
15  pledged proceeds?
16          MS. McKEEN:  Objection.  Form.
17  Calls for a legal conclusion.
18          MR. STEWART:  Pledged properties.
19  I'm sorry.
20          MS. McKEEN:  Same objections.
21      A.   (Through translator).  I cannot
22  interpret the pledged property.  But I can
23  tell you, as I said, how it has been treated
24  since 2008, that the employer contributions
25  received are the payments that we realize as

---

Page 162

1   part of the bondholders' interest --
2   interest.
3   BY MR. STEWART:
4       Q.   Can you show me where in the bond
5   resolution the term "pledged property" is
6   defined?
7           MS. McKEEN:  Objection.  Form.
8   Calls for a legal conclusion.  The
9   document speaks for itself.
10      A.   (Through translator).  I will have
11  to review the entire document, but I cannot
12  tell you specifically.
13  BY MR. STEWART:
14      Q.   Or where the term "employer
15  contribution" is defined?
16          MS. McKEEN:  Same objections.
17  Form.  Calls for a legal conclusion.
18  The document speaks for itself.
19      A.   (Through translator).  As I said, I
20  cannot tell you where employment contribution
21  is mentioned specifically.
22  BY MR. STEWART:
23      Q.   Or do you know of something called
24  the revenue account?
25      A.   (In English).  You have to be more

---

Page 163

1   specific on the type of question that you are
2   asking me.
3       Q.   Have you ever heard of something
4   called the revenue account; yes or no?
5           MS. McKEEN:  Objection.  Form.
6       A.   (Through translator).  If you are
7   referring to the name of the accounts there
8   are in the fiscal agency -- agency, yes.  I
9   understand one of these accounts that has the
10  bank statements is called revenue account.
11  BY MR. STEWART:
12      Q.   Do you know if the revenue account
13  is described in the bond resolution?
14          MS. McKEEN:  Objection.  Form.
15  Calls for a legal conclusion.  The
16  document speaks for itself.
17      A.   (Through translator).  As I said, I
18  cannot be specific where it is indicated
19  within the document -- in the document.
20  BY MR. STEWART:
21      Q.   Do you know if it's even described
22  in the document at all?
23          MS. McKEEN:  Same objection.  Form.
24  Calls for a legal conclusion.  The
25  document speaks for itself.

---

Page 164

1       A.   (Through translator).  I cannot
2   indicate either whether it is described in
3   the document.
4   BY MR. STEWART:
5       Q.   Now, I asked you earlier today
6   about the fiscal agent.  Do you remember we
7   talked about the fiscal agent earlier today?
8           MS. McKEEN:  Objection.  Form.
9       A.   (In English).  Could you refresh my
10  memory.
11  BY MR. STEWART:
12      Q.   Do you know of -- have you ever
13  heard the phrase "fiscal agent" before when
14  used in connection with a bond issue?
15      A.   (In English).  Yes.
16      Q.   So just so we have it in front of
17  us, what did the fiscal agent do with respect
18  to the bond issue?
19          MS. McKEEN:  Objection.  Form.  I
20  believe that's outside the scope.
21          But you can answer if you
22  know.
23      A.   (Through translator).  What I know
24  is that the fiscal agent on the bond issue --
25  issuance was the Bank of New York.

---

Page 165

BY MR. STEWART:
1
2    Q.   Okay.  And what was the job of the
3  fiscal agent?
4        MS. McKEEN:  Objection.  Form.
5  Outside the scope.
6    A.   (Through translator).  If you are
7  referring to the function, what I can tell
8  you is, in my knowledge, there are some
9  open accounts in the custodial bank where
10  the employer contributions are deposited
11  monthly.
12  BY MR. STEWART:
13    Q.   What does that have to do with the
14  fiscal agent?
15    A.   (In English).  Could you be more
16  specific.
17    Q.   What does the fiscal agent do with
18  those open accounts in the custodial bank?
19        MS. McKEEN:  Objection.  Form.
20    A.   (Through translator).  I understand
21  that bank custodial makes the payment of the
22  interest to the bondholders.
23  BY MR. STEWART:
24    Q.   Anything else?
25        MS. McKEEN:  Objection.  Form.

Page 166

1    A.   (Through translator).  In my
2  knowledge, they receive the employers'
3  contributions and they issue the payments to
4  the bondholders.
5  BY MR. STEWART:
6    Q.   Do you know of something called the
7  senior bonds debt service account?
8    A.   (Through translator).  Yes.  It is
9  one of the accounts that -- accounts that --
10  BOY?
11        (In English).  BNY.
12        (Through translator).  BNY, ah, the
13  Bank of New York, has.
14    Q.   Okay.  What does it do with the
15  senior bonds debt service account?
16        MS. McKEEN:  Objection.  Form.
17    A.   (Through translator).  Specifically
18  I would have to see the bank account to
19  refresh my memory because there are several
20  accounts that I work with and I have got to
21  review them.
22  BY MR. STEWART:
23    Q.   Did you ever work with the senior
24  bonds debt service account?
25    A.   (Through translator).  I say it

Page 167

1  again, in my function of the retirement was
2  to pay monthly their employer contributions.
3  The bank custodial managed the accounts.
4    Q.   My question was did you ever work
5  with the senior bonds debt service account;
6  yes or no?
7        MS. McKEEN:  Objection.  Form.
8    A.   (Through translator).  I say and
9  repeat, it was deposited in one of the
10  accounts at the bank, and the handling of
11  those bank accounts was worked by bank
12  custodial.
13  BY MR. STEWART:
14    Q.   Not by you, though?
15        MS. McKEEN:  Objection.  Form.
16  BY MR. STEWART:
17    Q.   You did not handle that account?
18    A.   (Through translator).  My function
19  was not to manage the accounts.  It was the
20  bank custodial that managed them.
21    Q.   So now, when employer contributions
22  came to ERS, they went into the custodial
23  account kept by the fiscal agent, correct?
24    A.   (Through translator).  The system
25  received the employer contributions in the

Page 168

1  operational account of the system.
2    Q.   Then was the money paid over to the
3  fiscal agent?
4    A.   (In English).  Yes.
5    Q.   And when did the ERS stop paying
6  the money over to the fiscal agent?
7        MS. McKEEN:  Objection.  Form.
8    A.   (Through translator).  If you are
9  referring to when did the system stop paying
10  the employer contributions, it happened in
11  July 2016 based on the law of moratorium, the
12  law by the government.
13  BY MR. STEWART:
14    Q.   So ERS paid the employer
15  contributions to the fiscal agent until July
16  2016?
17    A.   (Through translator).  Until June,
18  the last payment was June 16th.
19    Q.   June 16th of 2016?
20    A.   (In English).  2016 June.  2016.
21    Q.   So let's look at -- I am going to
22  look at this document and let's go to page
23  6434, and there are little numbers in the
24  lower right-hand side.
25        MS. McKEEN:  Counsel, are you on

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 169

1    Exhibit 8?
2        MR. STEWART:  Yes.
3        MS. McKEEN:  Thank you.
4    BY MR. STEWART:
5        Q.    Do you see, are you on that page
6    6434?
7        A.    (In English).  Yes.
8        Q.    Do you see there there is the
9    definition of the term "employers'
10   contributions"?  It's sort of near the
11   bottom.
12       A.    (In English).  Yes, I see it.
13       Q.    Okay.  And I am going to read it
14   into the record so we all have it in front of
15   us.  It says, "Employers' contributions shall
16   mean the contributions paid from and after
17   the date hereof that are made by the
18   employers in any assets in lieu thereof or
19   derived thereunder which are payable to the
20   system pursuant to Sections 2-116, 3-105 and
21   4-113 of the Act."
22       Do you see that?
23       A.    (In English).  Yes, I see it.
24       Q.    Okay.  You understand that this is
25   a matter which under topic 20(a) you have

---

Page 170

1    been designated to talk about.  You are aware
2    of that?
3        MS. McKEEN:  Objection.  Form.
4        A.    (In English).  Yes.  I'm aware.
5    BY MR. STEWART:
6        Q.    Okay.  Let me just ask a question.
7    Are there any or were there any employer
8    contributions paid to or collected by the
9    system under any sections other than Sections
10   2-116, 3-105 and 4-113 of the Act?
11       A.    (Through translator).  As I said
12   before, the employer contributions received
13   from the employers where it was deposited
14   with the fiscal agent to pay the interest to
15   the bondholders.
16       Q.    My question was different.  My
17   question was whether this phrase "employer
18   contributions," as used in the ERS bond
19   resolution, includes any contributions made
20   outside of Sections 2-116, 3-105 and 4-113?
21       MS. McKEEN:  Objection.  Form.
22   Calls for a legal conclusion.
23       A.    (Through translator).  I cannot
24   determine the legal terms, but what I can
25   tell you is that the treatment the system

---

Page 171

1    always which was receive the employers'
2    contributions from the employers, deposit
3    them in the operational bank of the system
4    and then monthly payments will be made to the
5    fiscal agent for the payment of the
6    bondholders.
7    BY MR. STEWART:
8        Q.    Here is my question.  I am going to
9    ask you what you understood.
10       Did you understand at any time that
11   employer contributions included any
12   contributions made outside of Sections 2-116,
13   3-105 and 4-113?
14       MS. McKEEN:  Objection.  Form.
15   Calls for a legal conclusion.
16       You can answer, if you know.
17       A.    (Through translator).  I say the
18   treatment continued being the same.  All the
19   contributions received were the ones that
20   monthly were used for the payment of the
21   bondholders -- to the bondholders.
22   BY MR. STEWART:
23       Q.    But you have been designated to
24   testify as a 30(b)(6) witness on the
25   following topic, whether employer

---

Page 172

1    contributions, as used in the ERS bond
2    resolution in the security agreement,
3    includes any contributions made outside of
4    Sections 2-116, 3-105 and 4-113.
5        So my question to you is what is
6    your understanding whether employer
7    contributions included contributions made
8    outside of those three sections?
9        MS. McKEEN:  Objection.  Form.
10   Calls for a legal conclusion.
11       MR. STEWART:  Stop coaching,
12   Ms. McKeen.
13       MS. McKEEN:  Counsel --
14       MR. STEWART:  Answer the question.
15       MS. McKEEN:  -- I am free to put
16   objections on the record.
17       MR. STEWART:  You are also free to
18   get sanctioned for this.  You know we
19   are keeping a count of the number of
20   your objections.
21       MS. McKEEN:  That's fine, Counsel.
22   I don't have any problem with that.  I
23   do have a problem with you trying to
24   prevent me from making objections on the
25   record.

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 173

1     MR. STEWART:  You are trying to
2  coach the witness.
3     Now let's reread this question.
4     Madam Reporter, please reread the
5  question for this witness.
6     (Question read.)
7     A.   (Through translator).  The
8  treatment was the same.  All the
9  contributions we received were the
10  contributions that were deposited in the
11  fiscal agent for payment to the bondholders.
12  BY MR. STEWART:
13     Q.   Were there contributions under any
14  sections of the law other than those three
15  sections?
16     MS. McKEEN: Objection. Form.
17  Calls for a legal conclusion.
18     A.   (Through translator).  I cannot
19  determine the legal part that you are
20  telling me, but what I am telling you is
21  each were the contributions that were
22  transferred for payment to the bondholders,
23  and it did not change at any time, and they
24  were the employer contributions received
25  monthly.

---

Page 174

1  BY MR. STEWART:
2     Q.   Who did you talk to to learn
3  whether ERS received employer contributions
4  other than contributions under the three
5  sections I brought to your attention?
6     MS. McKEEN: Objection. Form.
7     A.   (Through translator).  My internal
8  lawyer -- attorneys.
9  BY MR. STEWART:
10     Q.   You talked to your internal lawyer
11  about it?
12     A.   (In English).  Yes.
13     Q.   And you talked to your outside
14  lawyers too?
15     A.   (Through translator).  No.  We
16  spoke about several topics, and we had
17  several documents that we handled --
18     (Interruption)
19     Q.   Sorry.  It broke up because of the
20  noise on the phone.
21     A.   (Through translator).  Several
22  documents that were used.
23     Q.   So any knowledge you have on this
24  subject was something that you learned from
25  lawyers?

---

Page 175

1     A.   (In English).  No.  No.
2     MS. McKEEN: Objection. Form.
3  Misstates testimony.
4     A.   (Through translator).  Based on all
5  the information that we are discussing.  I
6  always explain to them the treatment the
7  system used for the collection of the
8  employer contributions and how the payments
9  were deposited.  The instructions, I was the
10  one who explained them.
11  BY MR. STEWART:
12     Q.   So tell me all sections of the law
13  under which employer contributions were made
14  to ERS other than Sections 2-116, 3-105 and
15  4-113?
16     MS. McKEEN: Objection. Form.
17  Calls for a legal conclusion.
18     A.   (Through translator).  You are
19  referring which laws are applied to the
20  system is the Act 447 and Act 3 that amends
21  the 447.
22     Q.   Just those two?
23     MS. McKEEN: Objection. Form.
24  Calls for a legal conclusion.
25     A.   (Through translator).  Correct.

---

Page 176

1  Those are what the system applies based on
2  the contributions, employer contributions.
3  BY MR. STEWART:
4     Q.   Have you ever heard the term used
5  in connection with a stream of payments,
6  "waterfall"?
7     MS. McKEEN: Objection. Form.
8     A.   (In English).  If I have heard that
9  term "waterfall"?  No, not that term.  I
10  haven't heard it.
11  BY MR. STEWART:
12     Q.   You never heard of a waterfall of
13  payments?
14     MS. McKEEN: Objection. Form.
15     A.   (In English).  Could you be more
16  specific what is "waterfall"?
17  BY MR. STEWART:
18     Q.   Have you heard of it, yes or no?
19     MS. McKEEN: Objection. Form.
20     A.   (In English).  Waterfall, the exact
21  word "waterfall," no.
22  BY MR. STEWART:
23     Q.   Have you heard any term to describe
24  how a series of payments is made one after
25  the other from one account to the other?

---

Case:17-03283-LTS   Doc#:3734-16   Filed:08/03/18   Entered:08/03/18 13:49:22   Desc:
Exhibit P   Page 47 of 126

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 177

1   A.   (In English).  Yes.
2   Q.   What term have you heard to
3   describe that?
4   A.   (In English).  For me, it's to
5   transfer from one account to another.
6   Q.   That's the way you -- that's the
7   only word or phrase you would use to describe
8   that?
9   A.   (In English).  Yes.
10   Q.   Can you tell me what the structure
11   was at ERS for transferring money from one
12   account to the other?
13   MS. McKEEN:  Objection.  Form.
14   A.   (Through translator).  The system
15   did not make transferences from one account
16   to the other.
17   BY MR. STEWART:
18   Q.   Was that done by the fiscal agent?
19   A.   (In English).  Yes.
20   Q.   Can you tell me what the system was
21   that the fiscal agent followed for making
22   transfers from one account to the other?
23   MS. McKEEN:  Objection.  Form.
24   Outside the scope but you can answer, if
25   you know.

Page 178

1   A.   (In English).  The specific
2   information and how it was transferred, I
3   don't have the specific here.
4   BY MR. STEWART:
5   Q.   Do you know anything about it at
6   all?
7   A.   (In English).  I know that they
8   transferred from one account to another but
9   how they made it, no.
10   Q.   Do you know what sequence of
11   transfers they followed?
12   A.   (In English).  Can you be more
13   specific in "sequence"?
14   Q.   Was there a series of accounts one
15   after the other that the transfers happened
16   to?
17   MS. McKEEN:  Objection.  Form.
18   A.   (In English).  I think yes, there
19   were a sequence.
20   BY MR. STEWART:
21   Q.   What was the sequence?
22   MS. McKEEN:  Objection.  Form.
23   A.   (In English).  Like I said, I have
24   worked with a lot of papers, a lot of
25   accounts.  I have to see the accounts in

Page 179

1   front of me to see and maybe refresh my
2   memory and tell you from one account to
3   another is deposited.
4   BY MR. STEWART:
5   Q.   It's not something you know off the
6   top of your head?
7   A.   (In English).  Like I said, I work
8   with a lot of documents, a lot of
9   transactions.  So it could not be fair to
10   tell you how was the sequence if I don't have
11   the papers in front of me.
12   Q.   So without the papers, you couldn't
13   tell me, correct?
14   MS. McKEEN:  Objection.  Form.
15   A.   (In English).  Correct.
16   BY MR. STEWART:
17   Q.   Let's go back to the bond
18   resolution.  Please turn to the page that's
19   numbered 6383 in the lower right-hand side.
20   Do you see Section 501 on that
21   page?
22   A.   (In English).  Yes.
23   Q.   Have you read this section before?
24   A.   (In English).  No.
25   Q.   This is the first time you have

Page 180

1   seen it?
2   A.   (In English).  Well, seen it --
3   maybe I have seen it, but I haven't read it.
4   Q.   The first time you have ever been
5   asked to read it?
6   A.   (In English).  Yes.
7   Q.   Do you know what this section does?
8   MS. McKEEN:  Objection.  Form.
9   Calls for a legal conclusion.
10   A.   No.  I don't know what it does.
11   BY MR. STEWART:
12   Q.   Do you have an understanding that
13   the bondholders' rights to receive interest
14   payments were secured upon assets of ERS?
15   MS. McKEEN:  Objection.  Form.
16   Calls for a legal conclusion.
17   A.   (Through translator).  I can't
18   interpret that legal term, but I can tell you
19   what the treatment that ERS realized for
20   payment -- for that payment on its interest.
21   MS. McKEEN:  Cecile, is that your
22   testimony?
23   THE WITNESS:  (In English).  No.  I
24   have to.
25   (Pause in the proceedings).

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                        Cecile Tirado Soto, Volume 1

Page 181

1       A.   (Through translator).  What I can
2   tell is what the treatment was used for the
3   payment of the interest to the bondholders.
4   BY MR. STEWART:
5       **Q.   Okay.  Tell me what that treatment**
6   **was.**
7       A.   (Through translator).  The
8   treatment was that the retirement system will
9   receive the contribution, employer
10  contribution, so from the employers, and they
11  will send them monthly to the fiscal agent --
12  remittance.  To remit.  To send.
13      MS. McKEEN:  I just want the record
14  to be clear.  Cecile, are you saying
15  that's not an accurate translation?
16      THE WITNESS:  (In English).  No.
17  No.
18      MR. STEWART:  We also, as much as
19  we appreciate the help, can't have
20  people volunteering suggestions to the
21  witness other than the translator.
22      If you would like, you can
23  certainly talk to Ms. McKeen, but we
24  can't have people here in the room
25  suggesting testimony even with the best

Page 182

1   of motives.
2       CHECK INTERPRETER:  I am not
3   suggesting testimony.  I am clarifying
4   for the record.
5       MR. STEWART:  It doesn't make any
6   difference.
7       THE INTERPRETER:  Excuse me?
8       MR. STEWART:  So let's go back.
9       THE INTERPRETER:  Transfer,
10  deposit.
11      (Reporter requested clarification).
12      MS. McKEEN:  Counsel, I appreciate
13  your suggestion about multiple people
14  talking on the record.  Why don't you
15  let me confer with my client and then
16  let's figure out how to clean this up,
17  please.
18      MR. STEWART:  That's fine.
19      (Pause in the proceedings).
20      MR. STEWART:  Ms. McKeen, would you
21  like to offer an answer and see if the
22  witness would adopt perhaps as a matter
23  of clarity?
24      MS. McKEEN:  I don't think that's
25  going to be helpful.  I don't have all

Page 183

1   the words that she just said in my head.
2   So I am not able to do that.  If we want
3   to -- do we want to just repeat the
4   question and see if we can go forward
5   that way?
6       MR. STEWART:  Yes.
7       Madam reporter, please repeat the
8   question, which I think is maybe a bit
9   up your screen.
10      (Question read)
11      A.   (Through translator).  The
12  treatment that the retirement system used is
13  to receive that contribution, employer
14  contributions from the employers and deposit
15  them monthly in the account of the fiscal
16  agent for the payment of the interest to the
17  bondholders.
18  BY MR. STEWART:
19      **Q.   Thank you.**
20      **Did you understand that the**
21  **bondholders had a security interest in the**
22  **funds held by the fiscal agent?**
23      MS. McKEEN:  Objection.  Calls for
24  a legal conclusion.
25      A.   (Through translator).  I cannot

Page 184

1   interpret that legal term.  What I can tell
2   you is how the employer contributions were
3   treated for the payment of the bondholders.
4   BY MR. STEWART:
5       **Q.   Let me ask you this:  Did you**
6   **understand one way or the other whether the**
7   **bondholders had a security interest in the**
8   **monies held by the fiscal agent?**
9       MS. McKEEN:  Same objection.  Calls
10  for a legal conclusion.
11      A.   (Through translator).  Again, I
12  cannot interpret those legal terms, but what
13  I can tell you is how those contributions
14  from the employers were treated, and they
15  were deposited in the fiscal agent for
16  payment to the bondholders.
17  BY MR. STEWART:
18      **Q.   In the course of your work, have**
19  **you ever heard the term "secured interest"?**
20      A.   (Through translator).  I might have
21  heard it, but I do not know the legal term.
22      **Q.   Do you have any understanding of**
23  **what the term "secured interest" means?**
24      A.   (Through translator).  The legal
25  term I cannot explain, but I can tell you the

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 185

1  treatment used by the system.
2      Q.   My question is this:  Do you have
3  any understanding of the meaning of the term
4  "secured interest" from any source?
5      A.   (Through translator).  Based on my
6  experience, I can tell you how the collateral
7  to the system was worked from the employer
8  contributions for the payment to the
9  bondholders.
10      Q.   You just used the word
11  "collateral."  What does that mean?
12          MS. McKEEN:  Objection.  Calls for
13  a legal conclusion.
14      A.   (Through translator).  When I
15  referred to "collateral" is the employer
16  contributions received -- received by the
17  system.
18  BY MR. STEWART:
19      Q.   What does it mean to say something
20  is collateral?
21          MS. McKEEN:  Objection.  Calls for
22  a legal conclusion.
23      A.   (Through translator).  I cannot
24  explain to you what the collateral is, but I
25  can tell you that the employer contributions'

---

Page 186

1  collateral was -- was secured and realized
2  the payment to the bondholders.
3  BY MR. STEWART:
4      Q.   So you say the employers'
5  contribution collateral was secured?  Those
6  -- those are the words you just used a moment
7  ago?
8      A.   (Through translator).  No.  That is
9  not what I said.
10      Q.   Okay.  What did you mean to say?
11          MS. McKEEN:  Objection.  Form.
12      A.   (Through translator).  What I
13  wanted to say is the employer contributions
14  were used like a collateral for the payment
15  to the bondholders.
16  BY MR. STEWART:
17      Q.   Okay.  Have you finished your
18  answer?
19      A.   (In English).  Yes.
20      Q.   So a moment ago you used the word
21  "collateral."  What did you mean when you
22  used the word "collateral"?
23      A.   (Through translator).  As I said,
24  the collateral was the employer contributions
25  received for payment of the bondholders.

---

Page 187

1      Q.   How were the employer contributions
2  collateral?
3          MS. McKEEN:  Objection.  Calls for
4  a legal conclusion.
5      A.   (Through translator).  I don't
6  understand your question.  I cannot answer.
7  BY MR. STEWART:
8      Q.   You say the collateral was the
9  employer contributions received for the
10  payment of the bondholders.
11          Do you remember your testimony?
12      A.   (In English).  Yes.
13      Q.   So how was it the employer
14  contributions were collateral?
15          MS. McKEEN:  Objection.  Form.
16  Calls for a legal conclusion.
17      A.   (Through translator).  What I
18  indicated was that the employer contributions
19  were used as collateral for payment to the
20  bondholders.
21  BY MR. STEWART:
22      Q.   How were they used as collateral?
23          MS. McKEEN:  Form objection.
24      A.   (Through translator).  As I said
25  again, the employer contributions were

---

Page 188

1  received, and that portion was paid to the
2  fiscal agent for the bondholders.
3  BY MR. STEWART:
4      Q.   What made the employer
5  contributions become collateral?
6          MS. McKEEN:  Objection.  Calls for
7  a legal conclusion.
8      A.   (Through translator).  What I am
9  saying is -- is those employer contributions
10  that were received were for the payment to
11  the bondholders.  That's the treatment that
12  was used ever since the -- in 2008 it
13  started.  The bond issue, in 2008 started.
14  BY MR. STEWART:
15      Q.   What made them collateral as
16  opposed to something else?
17          MS. McKEEN:  Objection.  Calls for
18  a legal conclusion.
19      A.   (Through translator).  What I am
20  saying is what the treatment was of that
21  payment to the bondholders, that bondholder
22  payment.
23  BY MR. STEWART:
24      Q.   It was treated as collateral?
25          MS. McKEEN:  Objection.  Calls for

---

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                              Cecile Tirado Soto, Volume 1

Page 189

1      a legal conclusion.
2          A.   (Through translator).  What I am
3   telling you is how that payment was made from
4   the employer contributions to the
5   bondholders.
6   BY MR. STEWART:
7          Q.   So let's look at paragraph 1 of
8   section 501 and the last sentence of that.
9   It says "To further evidence such pledge
10  assignment and grant of security interest,
11  the fiscal agent and the system shall execute
12  the security agreement and the system shall
13  cause the proper filing of the security
14  agreement in accordance with the uniform
15  commercial code as in effect in Puerto Rico."
16         Do you see that?
17         A.   (In English).  Yes.  I see it.
18         Q.   Have you ever read that before?
19         A.   (In English).  I think I have read
20  it, yes.
21         Q.   In connection with getting ready
22  for your deposition?
23         A.   (In English).  I think I remember,
24  yes, reading the documents.
25         Q.   Okay.  Did the system cause the

Page 190

1   proper filing of the security agreement in
2   accordance with the Uniform Commercial Code
3   as in effect in Puerto Rico?
4          MS. McKEEN:  Objection.  Calls for
5   a legal conclusion.
6          A.   (In English).  What I can say --
7          (Through translator).  What I can
8   say is what -- exactly what the line says.
9   BY MR. STEWART:
10         Q.   Okay.  Let's look at Exhibit 27,
11  which is the agreed upon deposition topics.
12  Let's look at paragraph 1.  That's, "Actions,
13  if any, taken by ERS pursuant to the ERS Bond
14  Resolution related to the validity priority
15  extent and enforceability of the bondholders
16  alleged security interest in liens and any
17  amendments to the ERS Bond Resolution."
18         Do you see that?
19         A.   (In English).  Yes.
20         Q.   What were the actions, if any,
21  taken by ERS pursuant to the ERS Bond
22  Resolution related to the validity priority
23  extent and enforceability and of the
24  bondholders' alleged security interest in
25  liens?

Page 191

1          MS. McKEEN:  Objection.  Form.
2   Calls for a legal conclusion.
3          A.   (In English).  Can you be more
4   specific on the --
5   BY MR. STEWART:
6          Q.   You're -- you're a witness on this
7   subject.  Please tell me what the answer is.
8   What are the actions that ERS took?
9          MS. McKEEN:  Objection.  Form.
10  Calls for a legal conclusion.
11         A.   (In English).  Are you relating to
12  the action of the employer contributions --
13  BY MR. STEWART:
14         Q.   You're the witness who has been
15  offered to testify on this subject.  Please
16  tell me what you know about it.
17         MS. McKEEN:  Objection.  Form.
18  Calls for a legal conclusion.
19         A.   (Through translator).  I cannot
20  interpret the legal term, but what I can tell
21  you is what the treatment was used by the
22  system related to the employer contributions
23  collected -- received.
24  BY MR. STEWART:
25         Q.   You have already told me about

Page 192

1   that, though, haven't you?
2          A.   (In English).  Yes.
3          Q.   I am asking you a different
4   question.
5          Here is my question:  Please tell
6   me the actions, if any, that were taken by
7   ERS pursuant to the bond resolution related
8   to the validity priority extent and
9   enforceability of the bondholders alleged
10  security interest.
11         MS. McKEEN:  Objection.  Form.
12  Calls for a legal conclusion.
13  BY MR. STEWART:
14         Q.   Can you answer that at all?
15         A.   (In English).  I didn't understand
16  the question.
17         Q.   You see it -- see it here in front
18  of you, don't you?
19         A.   (In English).  Yes.
20         MS. McKEEN:  Objection.  Form.  The
21  document --
22  BY MR. STEWART:
23         Q.   Please --
24         MS. McKEEN:  -- speaks for
25  itself.

US District Court - Puerto Rico                                    FINAL - October 24, 2017
FOMBPR v. Altair Global                                    Cecile Tirado Soto, Volume 1

---

Page 193

1  BY MR. STEWART:
2      **Q.   Please tell me the actions are that**
3  **are described in paragraph 1.**
4          MS. McKEEN:  Objection.  Form.
5  Calls for a legal conclusion.
6      A.   (In English).  I could not explain
7  you the legal terms of security interest.
8  What I could tell you is what the ERS made.
9  BY MR. STEWART:
10     **Q.   Can you tell me any action ERS took**
11 **under the bond resolution relating to the**
12 **bondholders' alleged security interest?**
13         MS. McKEEN:  Objection.  Calls for
14 a legal conclusion.
15     A.   (Through translator).  I cannot
16 speak about those documents because these --
17 those documents are regularly -- some other
18 personnel, trusted personnel handled them --
19 compliance --
20         MS. SARRIERA:  Political
21 appointees.
22     A.   (In English).  Political
23 appointees.
24         THE INTERPRETER:  Ah, political
25 appointees.  Okay.

---

Page 194

1      A.   (Through translator).  And none of
2  those employees now work for the system.
3  BY MR. STEWART:
4      **Q.   Who did you call up to learn about**
5  **what they did when they did work for the**
6  **system?**
7      A.   (In English).  Can you repeat the
8  question.  Who --
9      **Q.   You say you don't work for the**
10 **system anymore, correct?**
11     A.   (In English).  Correct.
12     **Q.   So you called them up to learn what**
13 **they had done?**
14         MS. McKEEN:  Objection.  Form.
15     A.   (In English).  No.
16 BY MR. STEWART:
17     **Q.   You had somebody else do that for**
18 **you?**
19         MS. McKEEN:  Objection.  Form.
20     A.   (In English).  No.
21 BY MR. STEWART:
22     **Q.   You went through their files to see**
23 **what documents they had showing what they had**
24 **done?  Did you do that?**
25     A.   (Through translator).  Through the

---

Page 195

1  human resources office, there -- there is the
2  name of all those political appointees,
3  employers -- employees, and they were
4  reviewed.  But none of those employees work
5  now for the system.
6      **Q.   Did you ask your lawyers to call**
7  **them up and learn information from them?**
8          MS. McKEEN:  Objection.  Form.  I
9  instruct the witness not to testify as
10 to anything she instructed her lawyers
11 to do.
12 BY MR. STEWART:
13     **Q.   Do you know if anyone ever phoned**
14 **them up to find out what they had -- what**
15 **actions they had taken?**
16     A.   (Through translator).  That was
17 been work related to the legal division or
18 area, and those were the ones who worked on
19 it.
20     **Q.   Have you now told me all the**
21 **information you know responsive to paragraph**
22 **1 of Exhibit 27?**
23         MS. McKEEN:  Objection.  Form.
24     A.   (In English).  You have to be more
25 specific.

---

Page 196

1  BY MR. STEWART:
2      **Q.   Is there anything else you know**
3  **described by paragraph 1?**
4          MS. McKEEN:  Objection.  Form.
5      A.   (In English).  Like what type of --
6  of question?
7  BY MR. STEWART:
8      **Q.   It talks about actions.**
9          MS. McKEEN:  Objection.  Form.
10     A.   (In English).  What I told you is,
11 to the best of my knowledge, what I know.
12 BY MR. STEWART:
13     **Q.   Okay.  Are you aware of any**
14 **document at ERS suggesting that the**
15 **bondholders do not have a valid security**
16 **interest?**
17         MS. McKEEN:  Objection.  Form.
18 Calls for a legal conclusion.
19     A.   (In English).  You have to be more
20 specific on type of documents.
21 BY MR. STEWART:
22     **Q.   Any document of any sort.**
23         MS. McKEEN:  Same objections.
24     A.   (In English).  I need the
25 translator to translate the question in

---

US District Court - Puerto Rico                    FINAL - October 24, 2017
FOMBPR v. Altair Global                      Cecile Tirado Soto, Volume 1

Page 197

1    Spanish.
2         THE INTERPRETER:  Which one?
3    BY MR. STEWART:
4         Q.   Here is the question:  Are you
5    aware of any document at ERS suggesting that
6    the bondholders do not have a valid security
7    interest?
8         (Translation provided)
9         MS. McKEEN:  Same objections.
10        A.   (Through translator).  Those terms
11   are legal.  What I can tell you is what the
12   finance area did based on the treatment of
13   the contributions.
14   BY MR. STEWART:
15        Q.   And you have told me about that
16   already, haven't you?
17        A.   (In English).  Yes.
18        Q.   Okay.  So this -- my question is a
19   different question.
20        My question is:  Are you aware of
21   any document at ERS suggesting that the
22   bondholders do not have a valid security
23   interest?
24        MS. McKEEN:  Objection.  Form.
25   Calls for a legal conclusion.

Page 198

1         A.   (In English).  I have to see the
2    documents what -- that you are referring to
3    to see it.  So I could not tell if -- if
4    there is a document or there is no document.
5    So I have to see it.
6    BY MR. STEWART:
7         Q.   Do you know of one?
8         MS. McKEEN:  Same objections.
9         A.   (In English).  I have to view the
10   documents.
11   BY MR. STEWART:
12        Q.   Ma'am, do you know of one?
13        MS. McKEEN:  Counsel.
14   BY MR. STEWART:
15        Q.   That's just my question.  Do you
16   know of such a document?
17        MS. McKEEN:  Same --
18   BY MR. STEWART:
19        Q.   Yes or no?
20        MS. McKEEN:  Same objections.
21        A.   (In English).  What type of
22   documents?
23   BY MR. STEWART:
24        Q.   Any document.
25        MS. McKEEN:  Same objections.

Page 199

1    Object to the form.  Calls for a legal
2    conclusion.
3         A.   (In English).  I am not clear of
4    the question that you're --
5    BY MR. STEWART:
6         Q.   Okay.
7         MS. McKEEN:  Counsel --
8    BY MR. STEWART:
9         Q.   My question is:  Are you --
10        MS. McKEEN:  Counsel --
11        MR. STEWART:  Ma'am, if you keep
12   coaching, we are going to call Judge
13   Dein.
14        MS. McKEEN:  I'm not coaching.
15   You're free to call Judge Dein whenever
16   you'd like.  We have been going for over
17   an hour-and-a-half, and when it's
18   convenient to you, I would like to take
19   a break.
20        MR. STEWART:  Let's call.  I've got
21   her number here, but I am going to ask
22   this question one more time.
23   BY MR. STEWART:
24        Q.   Are you aware of any document that
25   suggests that the bondholders do not have a

Page 200

1    valid security interest?
2         MS. McKEEN:  Form.  Calls for a
3    legal conclusion.
4         A.   (Through translator).  Based on my
5    knowledge, the treatment was based on the
6    employer contributions received by the
7    system.
8         MR. STEWART:  Okay.  Let's take a
9    break.
10        THE VIDEOGRAPHER:  Stand by,
11   please.  The time is 4:07 p.m.  Going
12   off the record.
13        (Recess)
14        THE VIDEOGRAPHER:  We are back on
15   the record.  The time is 4:27 p.m.
16   BY MR. STEWART:
17        Q.   Okay.  Miss Tirado, do you still
18   have Exhibit 27 in front of you?
19        A.   (In English).  Yes.
20        Q.   Would you look at paragraph 2, if
21   you could.  This is another agreed-upon
22   deposition topic.  I am going to read it into
23   the record.
24        "Actions, if any, taken by ERS
25   pursuant to the security agreement related to

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 201

1  'the validity, priority, extent, and
2  enforceability' of the bondholders' alleged
3  security interest and liens."
4      Do you see that?
5      A.   (In English).  Yes, I see it.
6      Q.   Do you know what a lien is, by the
7  way?
8      MS. McKEEN:  Objection.  Form.
9      A.   (In English).  It's a legal term.
10  I don't know.
11  BY MR. STEWART:
12      Q.   You don't know what a lien is?
13      MS. McKEEN:  Objection.  Asked and
14  answered.
15  BY MR. STEWART:
16      Q.   Yes or no?
17      A.   (In English).  No.
18      Q.   Okay.  Have you ever owned real
19  estate and had a mortgage on the real estate?
20      A.   (In English).  Yes.
21      Q.   What do you understand a mortgage
22  is?
23      MS. McKEEN:  Objection.  Calls for
24  a legal conclusion.
25      A.   (In English).  I am going to say it

Page 202

1  in Spanish.
2      (Through translator).  Mortgage, it
3  is a transaction by which -- a transaction by
4  which a person acquires a home and he or she
5  is the owner of that property.
6  BY MR. STEWART:
7      Q.   And that's what a mortgage is; you
8  own property?
9      MS. McKEEN:  Objection.  Form.
10  Calls for a legal conclusion.  Outside
11  the scope.
12      You can answer if you know.
13      A.   (Through translator).  That is --
14  that is what I understand as a mortgage.
15  BY MR. STEWART:
16      Q.   I see.
17      A.   (Through translator).  Based on my
18  knowledge.
19      Q.   I see.  Let's just stay with this
20  about the real property in question.
21      Did you borrow money to help
22  purchase the real property?
23      MS. McKEEN:  Objection.  Outside
24  the scope.
25      A.   (In English).  Are you referring to

Page 203

1  my personal property?
2  BY MR. STEWART:
3      Q.   Correct.
4      A.   (In English).  That was a property
5  from my mom.  It's not mine.
6      Q.   Did you borrow money to buy the
7  property?
8      MS. McKEEN:  Same objections.
9      A.   (In English).  No.
10  BY MR. STEWART:
11      Q.   Did you ever borrow money against
12  the property?
13      A.   (In English).  No.
14  BY MR. STEWART:
15      Q.   Have you ever taken out a bank
16  loan?
17      MS. McKEEN:  Outside the scope.
18      A.   (In English).  Yes.
19  BY MR. STEWART:
20      Q.   Was that bank loan taken out for
21  purposes of buying property?
22      A.   (In English).  No.
23      Q.   Okay.  Have you ever in your life
24  issued a mortgage to anyone on any asset that
25  you own?

Page 204

1      A.   (In English).  No.
2      Q.   Okay.  As you sit here today,
3  though, you do not know what a lien is.
4      Do I understand you correctly?
5      A.   (In English).  The legal term, no,
6  I don't.  I don't know the interpretation but
7  -- no.
8      Q.   Do you have a personal
9  understanding of what a lien is?
10      A.   (In English).  If it's based on
11  this document, the lien, it says "gravamen."
12      Q.   What does that mean to you?
13      A.   (Through translator).  What I think
14  or understand is something that is
15  guaranteed.  Secured.
16      Q.   Secured?  What do you mean by
17  "secured"?
18      THE INTERPRETER:  Sorry.
19      MS. McKEEN:  Did she say that or
20  did you say that?
21      THE INTERPRETER:  I -- the
22  interpreter speaks and --
23      MR. STEWART:  What did she
24  say?
25      THE INTERPRETER:  -- the

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                           Cecile Tirado Soto, Volume 1

---

Page 205

1  interpreter -- I said "guaranteed."  She
2  said "guaranteed."
3       MR. STEWART:  Okay.
4       THE INTERPRETER:  And I repeated
5  "added," which I should have known.
6  Sorry.  Secured.
7  BY MR. STEWART:
8       Q.  Guaranteed how?
9       MS. McKEEN:  Objection.  Form.
10      A.  (In English).  Are you asking me
11 the personal -- by my personal --
12 BY MR. STEWART:
13      Q.  Correct.
14      A.  -- property?
15      Q.  No.  I am asking your personal
16 understanding.
17      MS. McKEEN:  Objection.  Form.
18      A.  (Through translator).  Something
19 that guarantees, warrants some payment.
20 Something.
21 BY MR. STEWART:
22      Q.  Do you know how a lien would
23 guarantee or warrant payment?
24      MS. McKEEN:  Objection.  Form.
25      A.  (In English).  No.

---

Page 206

1  BY MR. STEWART:
2       Q.  Okay.  So let's look at topic
3  number 2 on Exhibit 27.  I think I asked you
4  about that before.
5       "What actions, if any, did ERS take
6  pursuant to the security agreement related to
7  'the validity, priority, extent, and
8  enforceability of the bondholders' alleged
9  security interest in liens?"
10      MS. McKEEN:  Objection.  Form.
11 Calls for a legal conclusion.
12      A.  (In English).  Are you asking me if
13 I am reading it, the --
14 BY MR. STEWART:
15      Q.  I am asking you to tell me what
16 actions, if any, ERS took pursuant to the
17 security agreement related to the validity,
18 priority, extent, and enforceability of the
19 bondholders' alleged security interest in
20 liens.
21      MS. McKEEN:  Same objections.
22      A.  (Through translator).  If you are
23 asking me about this issue in legal terms, I
24 cannot explain it.  But if you do have a
25 specific question based and related to my

---

Page 207

1  experience on my work with the system, you
2  can -- I can answer it.
3  BY MR. STEWART:
4       Q.  My question is simple.  What
5  actions, if any, did ERS take pursuant to the
6  security agreement related to the validity,
7  priority, extent, and enforceability of the
8  bondholders' alleged security interest in
9  liens, if you know?
10      MS. McKEEN:  Objection.  Form.
11 Calls for a legal conclusion.
12      A.  (Through translator).  Based in, as
13 I said, legal terms, I cannot extend myself
14 with the topic with the legal terms, but I
15 can -- if you have a specific question based
16 on this issue, me and based on my experience
17 at work, I can ask -- answer it.
18 BY MR. STEWART:
19      Q.  Okay.  Well, I am not interested in
20 legal terms.  I just want you to tell me what
21 actions were taken.
22      MS. McKEEN:  Objection.  Form.
23      A.  (In English).  I don't think you
24 are being specific with the question.  So I
25 need you to be more clear or specific in what

---

Page 208

1  you are asking.
2  BY MR. STEWART:
3       Q.  It's very specific.  Tell me the
4  actions ERS took under the security
5  agreement.
6       MS. McKEEN:  Objection.  Form.
7  Calls for a legal conclusion.
8  BY MR. STEWART:
9       Q.  If you know.
10      A.  (In English).  Like I said, based
11 on my experience and my work, I can answer
12 you questions based on what I have done
13 specified with this topic.
14      Q.  Okay.  Well, do so.  Please do.
15 Based on your experience in the work, tell me
16 what you have done on this topic.
17      MS. McKEEN:  Objection.  Form.
18      A.  (In English).  I need a more clear
19 question based on -- on that topic.
20 BY MR. STEWART:
21      Q.  The topic is topic number 2, right
22 in front of you.
23      MS. McKEEN:  Objection.  Form.
24      A.  (Through translator).  As I said
25 before, based on the information, in legal

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 209

1  terms, I cannot.  I cannot interpret this
2  subject matter.
3  BY MR. STEWART:
4      Q.   I am not asking for legal terms.
5  Just tell me what actions ERS took.  That's
6  all I want.
7          MS. McKEEN:  Objection.  Form.
8      A.   (Through translator).  If you are
9  referring to the actions taken by the
10  retirement system, as I said before, the
11  employer contributions received are deposited
12  to the bondholders or are sent to the
13  bondholders monthly.
14  BY MR. STEWART:
15      Q.   Okay.  So looking at topic 2, what
16  did you do to prepare yourself to testify
17  about topic number 2?
18      A.   (Through translator).  As I said
19  before, based in how the employer
20  contributions and sections were made for the
21  bondholders.
22      Q.   My question was what did you do to
23  prepare yourself to testify about topic
24  number 2?
25      A.   (Through translator).  Again, the

---

Page 210

1  actions taken under the retirement system
2  related to the interests for payment of the
3  payment -- of the bondholders' payment was
4  based on the employer contributions received.
5      Q.   Who did you talk to to prepare
6  yourself to testify about topic number 2?
7      A.   (Through translator).  These
8  documents that we have reviewed, some we were
9  discussed -- were discussed with my
10  attorneys, but the explanation about how the
11  contributions were paid was done by me.
12      Q.   Who did you talk to besides your
13  attorneys to prepare yourself to testify
14  about topic number 2?
15      A.   (In English).  No one.
16      Q.   What documents did you look at to
17  prepare yourself to testify about topic
18  number 2?
19      A.   (In English).  You have to be
20  specific.  What documents?  I saw a lot of
21  documents so I have to see them to refresh my
22  memory.
23      Q.   Okay.  Do you have them with you?
24      A.   (In English).  What do you to refer
25  if I have them with you -- with me?

---

Page 211

1      Q.   The documents you just talked
2  about, are they here in this room?
3      A.   (In English).  You have to show me
4  the documents to see.
5      Q.   Ma'am, I asked for the documents.
6  Your lawyer wouldn't give them to me.
7          MS. McKEEN:  Objection.
8  BY MR. STEWART:
9      Q.   Now -- so here is my question:
10  What documents are you talking about?
11          MS. McKEEN:  Objection.  Form.
12      A.   (In English).  Like I said earlier,
13  information of the documents on bond
14  resolution.  Those type of documents that I
15  have seen.
16  BY MR. STEWART:
17      Q.   What other documents beside the
18  bond resolution?
19      A.   (In English).  I could not specify
20  all the documents.
21      Q.   Tell me the ones you do know.
22      A.   (In English).  I told you.
23      Q.   Just that one?
24      A.   (In English).  The bond resolution.
25      Q.   Just that?

---

Page 212

1      A.   (In English).  I could not tell you
2  the other ones because I have review some
3  documents.  I review not only these
4  documents.  I reviews a lot of documents that
5  are working in my office.  So I review a lot
6  of documents daily.
7      Q.   What documents can you think of
8  that you reviewed to prepare for topic number
9  2?
10      A.   (In English).  Like I said earlier,
11  I don't know the specific documents.
12      Q.   Now, you saw some -- your lawyers
13  showed you some documents on Sunday, correct?
14      A.   (In English).  I have reviewed some
15  documents.
16      Q.   And they showed you other documents
17  yesterday, correct?
18      A.   (In English).  I have review --
19  reviewed some documents yesterday.
20      Q.   Can you tell me of those documents
21  which ones you relied on in preparing to
22  testify about topic number 2?
23      A.   (Through translator).  As I said
24  before, several documents.  I reviewed
25  several documents.  I cannot tell you

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 213

1  specifically which ones.
2      Q.   Even though you saw them in the
3  past three days?
4          MS. McKEEN: Objection. Form.
5      A.   (Through translator). As I said,
6  there are several documents. I cannot tell
7  you specifically which ones. If you show me,
8  I can tell you -- some, I can tell you
9  whether it is one of the documents.
10 BY MR. STEWART:
11     Q.   How am I to know what documents you
12 looked at?
13         MS. McKEEN: Objection. Form.
14     A.   (Through translator). As I said
15 before, there are several documents. I can't
16 tell you specifically which documents there
17 are.
18 BY MR. STEWART:
19     Q.   So if you can't tell me which
20 documents they are, how am I supposed to know
21 what documents to show you?
22         MS. McKEEN: Objection. Form.
23     Asked and answered.
24     A.   (Through translator). Again, I
25 understand. If you have any specific

Page 214

1  questions on that topic that I -- that I know
2  about, I can answer you.
3  BY MR. STEWART:
4      Q.   Have you now told me everything you
5  know in response to topic number 2 of the
6  agreed upon deposition topics?
7          MS. McKEEN: Objection. Form.
8      A.   (Through translator). Based on
9  what I have responded, I haven't had any
10 specific questions done -- made by you for me
11 to be able to say whether I have answered
12 everything about this topic.
13 BY MR. STEWART:
14     Q.   Do you know anything about topic 2
15 besides what you have already told me?
16         MS. McKEEN: Objection. Form.
17     A.   (Through translator). As I said,
18 again, based in what I have told you -- but I
19 cannot tell you whether I have given you the
20 entire information because you haven't asked
21 any specific questions about this subject.
22 BY MR. STEWART:
23     Q.   I thought I did. I asked you
24 please tell me about all the actions taken by
25 ERS pursuant to the security agreement

Page 215

1  related to the validity, priority, extent,
2  and enforceability of the bondholders'
3  alleged security interest in liens. I asked
4  you that several times.
5          Have you answered my question yet?
6          MS. McKEEN: Objection. Form.
7      A.   (Through translator). And I have
8  answered that based on my experience from the
9  job that I have been doing, I can tell you
10 about what the finance area did, which was
11 the payment remitted to the bondholders made
12 available.
13 BY MR. STEWART:
14     Q.   Okay. What else did the finance
15 area do besides that?
16     A.   (Through translator). The
17 accountability area responsibility was to
18 make available monthly to the bondholders the
19 contributions received, employer
20 contribution.
21     Q.   What else did they do?
22     A.   (Through translator). Based on the
23 bond issuance, that was the finance area
24 responsibility.
25     Q.   Did they do anything other than

Page 216

1  what you have now told me about?
2          MS. McKEEN: Objection. Form.
3      A.   (In English). You have to be more
4  specific in the question.
5  BY MR. STEWART:
6      Q.   You said you were going to tell me
7  what the finance area had done, and I am
8  asking you what else did they do?
9      A.   (Through translator). As I -- as I
10 said -- as I said, the finance area
11 responsibility was payment to the
12 bondholders.
13     Q.   Anything else?
14     A.   (Through translator). Related to
15 the bond issuance was the bondholders'
16 payments -- monthly bondholders' payment.
17     Q.   Okay. What else?
18     A.   (Through translator). Payment to
19 the bondholders monthly.
20     Q.   Isn't that what you just told me a
21 second ago?
22         MS. McKEEN: Objection. Form.
23     A.   (In English). Yes.
24 BY MR. STEWART:
25     Q.   So you just repeated your answer?

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 217

1    A.   (In English).  Yes.
2    Q.   Okay.  Do you have anything more to
3  tell me on topic number 2?
4         MS. McKEEN:  Objection.  Form.
5    A.   (In English).  Like I said before,
6  what I said have -- I have said.  But if you
7  had another specific question about topic 2
8  and it's to my knowledge, I could answer your
9  -- your question.
10  BY MR. STEWART:
11    Q.   Okay.  And you have now told me
12  about all actions you know about that ERS
13  took pursuant to the security agreement
14  relating to the validity, priority, extent,
15  and enforceability of the bondholders'
16  alleged security interest in liens?
17         MS. McKEEN:  Objection.  Form.
18  Calls for a legal conclusion.
19    A.   (Through translator).  Based on the
20  finance area responsibility, I indicated that
21  the responsibility was payment to the
22  bondholders.
23  BY MR. STEWART:
24    Q.   Are you aware at any time whether
25  the finance area made any UCC filing with

---

Page 218

1  respect to the bond issue; yes or no?
2    A.   (In English).  No.
3    Q.   You don't know one way or the
4  other?
5    A.   (In English).  No.  No.
6         (Through translator).  No.  The
7  finance area did not make any UCC filings.
8    Q.   Did ERS make any UCC filings?
9    A.   (Through translator).  As I
10  indicated, that type of document was managed
11  by the political appointees.  Therefore, I
12  cannot certify whether that document was
13  filed.
14    Q.   Do you know whether it was or
15  whether it wasn't?
16    A.   (Through translator).  I cannot
17  tell you whether it was or not.  I can't tell
18  you because the personnel who usually worked
19  that type of document are political
20  appointees, and they were no longer were in
21  the system.
22    Q.   Let's look at topic number 3.
23         Do you have that in front of you on
24  Exhibit 27?
25    A.   (In English).  Yes.

---

Page 219

1    Q.   I am going to read it into the
2  record.  "Actions, if any, taken by ERS to
3  perfect the bondholders alleged security
4  interest in liens and any opinions of counsel
5  delivered to the ERS regarding the perfection
6  of ERS bondholders security interest in
7  liens."
8         Do you see that?
9    A.   (In English).  Yes, I see it.
10    Q.   Are you prepared to testify on
11  topic number 3?
12    A.   (In English).  I could not speak
13  about the legal matters, but I can tell you
14  what the finance department made.
15    Q.   This is about ERS.  Not about the
16  finance department.  First of all, can you
17  talk about any part of ERS besides the
18  finance department?
19         MS. McKEEN:  Objection.  Form.
20    A.   (In English).  No.  I could only
21  speak to you about the finance department
22  based on what I have done in my experience
23  working on the system.
24  BY MR. STEWART:
25    Q.   Okay.  Who did you talk to to

---

Page 220

1  prepare your testify about topic number 3?
2    A.   (Through translator).  My
3  attorneys.
4    Q.   Anyone other than lawyers?
5    A.   (In English).  Excuse me?
6    Q.   Did you speak with anyone other
7  than lawyers to prepare yourself to testify
8  about topic number 3?
9    A.   (In English).  No.
10    Q.   What documents did you look at to
11  prepare yourself to testify about topic
12  number 3?
13    A.   (In English).  Like I have said
14  before, I saw a lot of documents.  So I could
15  not specify what type of document did I see.
16  If you show me the documents, maybe I could
17  tell you, refresh my memory I have seen them.
18    Q.   Can you think of any particular
19  document you looked at that helped you in
20  preparing to testify about topic number 3?
21    A.   (In English).  Like I said, no
22  particular documents.
23    Q.   So tell me, if you could, on topic
24  number 3, all actions taken by ERS to perfect
25  the bondholders' alleged security interest in

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 221

1 liens?
2      MS. McKEEN:  Objection.  Form.
3 Calls for a legal conclusion.
4     A.  (In English).  Like I have already
5 said, based on what ERS made to the payments
6 of the bondholders was the employer
7 contribution received and make the interest
8 payment monthly to fiscal agent.
9 BY MR. STEWART:
10     Q.  Topic number 3 doesn't mention
11 employer contributions or fiscal agent, does
12 it?
13     A.  (In English).  No.
14     Q.  So it asks actions taken to perfect
15 alleged security interest in liens.  So
16 that's my question of you, if you know of any
17 actions ERS took to perfect the bondholders'
18 alleged security interest in liens.
19      MS. McKEEN:  Objection.  Form.
20 BY MR. STEWART:
21     Q.  If you do, tell me, and if you
22 don't, tell me you don't, and I am going to
23 move on.
24      MS. McKEEN:  Objection.  Form.
25 Calls for a legal conclusion.

Page 222

1     A.  (In English).  That's a legal term,
2 so I could not interpret what those legal
3 terms means.  What I could tell you was based
4 on the employer contributions.
5 BY MR. STEWART:
6     Q.  Which you have told me about
7 already, correct?
8     A.  (In English).  Correct.
9     Q.  Okay.  And then it speaks of any
10 opinions of counsel delivered to the ERS
11 regarding the perfection of the ERS
12 bondholders' security interest in liens.
13     Do you see that?
14     A.  (In English).  Yes, I see it.
15     Q.  What legal opinions of counsel have
16 you seen?
17     A.  (In English).  Like I said, I have
18 seen a lot of documents.  If you show me the
19 documents, I can tell you if I have seen it,
20 if I have not seen it, but I cannot specify
21 if I have seen, what documents.
22     Q.  Do you remember whether you did or
23 did not see opinions of counsel?
24     A.  (In English).  Like I said, I have
25 to see the documents.  I work with a lot of

Page 223

1 documents, so I have to see them.
2     Q.  Do you know whether there were any
3 opinions of counsel?
4      MS. McKEEN:  Objection.  Form.
5     A.  (In English).  No.  I don't
6 remember.  I don't remember if they have or
7 they didn't have.
8 BY MR. STEWART:
9     Q.  Topic 3, please tell me all the
10 actions ERS took to perfect the bondholders'
11 alleged security interest in liens.
12      MS. McKEEN:  Objection.  Form.
13 Calls for a legal conclusion.
14     A.  (In English).  Based on my
15 experience, what I have told you earlier is
16 based on the employer contribution received
17 to make the payments.
18 BY MR. STEWART:
19     Q.  You are talking about the
20 contributions going to the fiscal agent that
21 you told me about already?
22     A.  (In English).  Yes.
23     Q.  Do you know anything else besides
24 that?
25      MS. McKEEN:  Objection.  Form.

Page 224

1     A.  You have to be more specific.  What
2 type of question are you making for that
3 topic?
4 BY MR. STEWART:
5     Q.  I want you to tell me every action
6 you know of that ERS took to perfect the
7 bondholders' alleged security interest in
8 liens?
9      MS. McKEEN:  Objection.  Form.
10 Calls for a legal conclusion.
11     A.  (In English).  Like I said, the
12 actions based on the finance department was
13 based on the employer contributions.
14 BY MR. STEWART:
15     Q.  And that's all you know?
16      MS. McKEEN:  Objection.  Form.
17     A.  (In English).  I could not tell you
18 if that's all I know because you have not
19 been specific on the type of question
20 regarding the topic that you have
21 mentioned.
22 BY MR. STEWART:
23     Q.  Well, I think it's very specific.
24 I am asking you about actions.  You know what
25 an action is, don't you?

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                           Cecile Tirado Soto, Volume 1

Page 225

1    A.   (In English).  Yes.
2    Q.   You know what ERS is, don't you?
3    A.   (In English).  Yes.
4    Q.   You know who the bondholders are,
5   don't you?
6    A.   (In English).  Yes.
7    Q.   Okay.  And you are telling me you
8   don't know what the phrase "alleged security
9   interest in liens" means?  Is that what you
10  are telling me is a legal term?
11       MS. McKEEN:  Objection.  Form.
12   A.   (In English).  I didn't tell you
13  that.
14  BY MR. STEWART:
15   Q.   So you don't view that as a legal
16  term?
17       MS. McKEEN:  Objection.  Form.
18       Misstates testimony.  Please slow down
19       and don't speak over one another.
20   A.   (Through translator).  I didn't say
21  what you were saying.
22  BY MR. STEWART:
23   Q.   I see.
24   A.   (Through translator).  What I said
25  was that I cannot define legal terms.  What I

Page 226

1   can indicate, though, is what the finance
2   area did based for the bond issuance.
3    Q.   So tell me where the legal term is
4   in the following language:  "Actions, if any,
5   taken by ERS to perfect the bondholders'
6   alleged security interest in liens."
7        Which part of that is a legal term?
8        MS. McKEEN:  Objection.  Form.
9    A.   (Through translator).  Practically
10  the entire phase -- paragraph is legal terms.
11  BY MR. STEWART:
12   Q.   The whole paragraph?
13   A.   Interpretation.
14   Q.   I see.
15       So if I understand you correctly
16  before I move on, you are telling me, Ms.
17  Tirado that practically all of paragraph 3 is
18  legal terms?
19       MS. McKEEN:  Objection.  Form.
20   A.   (Through translator).  Many of the
21  words in the sentence are legal terms.
22  BY MR. STEWART:
23   Q.   And legal terms that you have no
24  understanding about, correct?
25       MS. McKEEN:  Objection.  Form.

Page 227

1    A.   (Through translator).  I cannot
2   give you a legal interpretation, no.
3   BY MR. STEWART:
4    Q.   And you do not know what a security
5   interest is, correct?
6        MS. McKEEN:  Objection.  Form.
7    A.   (Through translator).  I cannot
8   tell you the definition of legal term
9   because it's a legal term, but I can tell you
10  how the system treated the payment of the
11  contributions.
12  BY MR. STEWART:
13   Q.   And you also don't have just a
14  personal understanding of the meaning of the
15  term "security interest."  Am I right?
16       MS. McKEEN:  Objection.  Form.
17   A.   (In English).  What do you mean
18  "personal"?
19  BY MR. STEWART:
20   Q.   Do you have any personal belief as
21  to what those two words mean?
22       MS. McKEEN:  Objection.  Form.
23   A.   (Through translator).  As I
24  said, a legal interpretation I cannot give
25  you.

Page 228

1   BY MR. STEWART:
2    Q.   I am not asking for a legal
3   interpretation.  I am asking you what those
4   words mean to you.
5        MS. McKEEN:  Objection.  Form.
6    A.   (Through translator).  I cannot
7   tell you.  I don't know.
8   BY MR. STEWART:
9    Q.   You already told me you don't know
10  what the word "lien" means, correct?
11   A.   (Through translator).  As I said, a
12  lien -- gravamen, Spanish -- and I explained
13  based on the definition of mortgage.
14   Q.   And based on the definition of
15  mortgage, what does the word "lien" mean to
16  you?
17       MS. McKEEN:  Objection.  Form.
18       Asked and answered.
19   A.   (Through translator).  I have
20  already answered you for the definition of
21  what a mortgage is.
22  BY MR. STEWART:
23   Q.   I am asking you what a lien is, not
24  what a mortgage is.
25   A.   (Through translator).  Lien, I

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                              Cecile Tirado Soto, Volume 1

---

Page 229

1   interrelated it based with a mortgage.
2       **Q.   Okay.  What does a lien do?**
3           MS. McKEEN:  Objection.  Form.
4   Calls for a legal conclusion.
5       A.   (In English).  I am not sure what
6   you said, what a lien do.
7   BY MR. STEWART:
8       **Q.   Do you have an understanding of**
9   **what a lien does?**
10          MS. McKEEN:  Objection.  Form.
11  Calls for a legal conclusion.
12      A.   (In English).  It's not clear, the
13  question.
14  BY MR. STEWART:
15      **Q.   You don't know what a lien does?**
16          MS. McKEEN:  Same objection,
17  argumentative.
18      A.   (In English).  I don't know what
19  you mean.  Are you asking me the meaning?
20  BY MR. STEWART:
21      **Q.   I am asking you what a lien is.**
22  **What is it?**
23          MS. McKEEN:  Objection.  Form.
24      A.   (Through translator).
25  G-R-A-V-A-M-E-N.

---

Page 230

1   BY MR. STEWART:
2       **Q.   What is a gravamen?**
3       A.   (Through translator).  As I said,
4   with the example of the mortgage, if you buy
5   a mortgage, a house, the lien is the house.
6       **Q.   Who owns the lien?**
7           MS. McKEEN:  Objection.  Form.
8   Calls for a legal conclusion.
9       A.   (Through translator).  Based on
10  this example, the one that made the loan.
11  BY MR. STEWART:
12      **Q.   Why does the person making the loan**
13  **get the lien?**
14          MS. McKEEN:  Objection.  Form.
15  Calls for a legal conclusion.  Outside
16  the scope of the topics.
17          You can answer, if you know.
18      A.   (Through translator).  I cannot
19  specify the explanation of mortgage.  My
20  expertise has nothing to do with mortgages.
21  BY MR. STEWART:
22      **Q.   Putting your expertise to one side,**
23  **even as a normal citizen, you don't really**
24  **know how mortgages work, correct?**
25          MS. McKEEN:  Objection.  Form.

---

Page 231

1   Argumentative.
2       A.   (Through translator).  I cannot
3   inform you about mortgages because, as I said
4   before, I do not have a mortgage.
5   BY MR. STEWART:
6       **Q.   I see.**
7           So let's go to topic -- agreed
8   deposition topic number 4.  "The ERS
9   treatment of and practices regarding the
10  bondholders' alleged security interest in
11  liens in pledged property under the ERS bond
12  resolution."
13          Do you see that?
14      A.   (In English).  Yes, I see it.
15      **Q.   You understand you have been**
16  **designated as a witness to talk about this**
17  **subject?**
18      A.   (In English).  Yes.
19      **Q.   Tell me who you talked to to**
20  **prepare yourself to testify about topic**
21  **number 4?**
22      A.   (In English).  I talked to my
23  lawyers.
24      **Q.   Who else?**
25      A.   (In English).  My lawyers.

---

Page 232

1       **Q.   What documents did you look at to**
2   **prepare yourself to testify about topic**
3   **number 4?**
4       A.   (In English).  Like I have said
5   before, I have seen a lot of documents, so I
6   cannot specify you the documents.
7       **Q.   Can you tell me any document at**
8   **all?**
9       A.   (In English).  No.  Like I said,
10  you could show me the documents, and it could
11  refresh my memory, and I could tell you if
12  that document -- I review it or I didn't
13  review it.
14      **Q.   But as you sit here today, you**
15  **can't tell me any such document, you don't**
16  **know of any, right?**
17          MS. McKEEN:  Objection.  Form.
18      A.   (In English).  I didn't say any.
19  What I said was that if you show me the
20  documents, I would be gladly to tell you if
21  those documents I review it.
22  BY MR. STEWART:
23      **Q.   No.  My question is different.**
24  **Please tell me every one you remember that**
25  **you saw that you looked at to prepare**

---

US District Court - Puerto Rico                                    FINAL - October 24, 2017
FOMBPR v. Altair Global                                          Cecile Tirado Soto, Volume 1

---

Page 233

1    yourself to testify about topic number 4?
2         A.   (In English).  Like I said, I have
3    seen a lot of documents.  I could not tell
4    you the specific documents, but again, I
5    could tell you if you show me the documents,
6    I could tell you if those documents were the
7    ones that I have seen or have reviewed.
8         Q.   You cannot remember a single
9    document; is that correct?
10        MS. McKEEN:  Objection.  Form.
11        A.   (In English).  I didn't say that.
12   BY MR. STEWART:
13        Q.   What did you say?
14        MS. McKEEN:  Objection.  Form.
15        Do you want the answer read
16   back?
17        MR. STEWART:  No.  She just said
18   she didn't say that so tell me what it
19   is you did mean to say.
20        MS. McKEEN:  Objection.  Form.
21        A.   (In English).  What I said was that
22   I don't have the specific documents, but if
23   you show me the documents, I could tell you
24   if those documents were the ones that I
25   reviewed.

---

Page 234

1    BY MR. STEWART:
2         Q.   But am I right that if I said
3    please name for me a specific document you
4    looked at to prepare yourself for topic
5    number 4, you could not give me the name of
6    any specific document?
7         MS. McKEEN:  Objection.  Form.
8    Asked and answered.
9         A.   (In English).  Specific document,
10   like I told you.  So I could not give you a
11   specific document.  I saw a lot of documents
12   in my preparation.  I have worked with a lot
13   of documents that doesn't have to do with
14   this topic so based on my work, I work with a
15   lot of documents.
16   BY MR. STEWART:
17        Q.   So on topic number 4, please tell
18   me what was ERS' treatment of the
19   bondholders' alleged security interest in
20   liens in the pledged property under the ERS
21   bond resolution?
22        MS. McKEEN:  Objection.  Form.
23   Calls for legal testimony.
24        A.   (Through translator).  Based on my
25   work experience in that area, employer

---

Page 235

1    contributions received from the employers was
2    the payment made of the interest for the
3    bondholders' payments monthly.
4    BY MR. STEWART:
5         Q.   Is that all?
6         MS. McKEEN:  Objection.  Form.
7         A.   (Through translator).  For the
8    payment of the bondholders, yes.  Only the
9    employer contributions received was used.
10   BY MR. STEWART:
11        Q.   So how did the ERS treat the
12   bondholders' alleged security interest in
13   liens in the pledged property?
14        MS. McKEEN:  Objection.  Form.
15        Calls for a legal conclusion.  Asked and
16   answered.
17        A.   (Through translator).  That is
18   legal term.  What I can tell you is how the
19   system treated the bondholders' payment in
20   2008.  Since 2008 is the receipt of the
21   employer contributions collected was the
22   payment made to the bondholders for the
23   payment of interest.
24   BY MR. STEWART:
25        Q.   What part of topic 4 contains legal

---

Page 236

1    terminology?
2         MS. McKEEN:  Objection.  Form.
3    Calls for legal testimony.
4         A.   (Through translator).  As I said
5    before, there are several terms in the
6    sentence that, as I understand, are legal.
7    BY MR. STEWART:
8         Q.   Which ones?
9         A.   (Through translator).  Several.
10        Q.   Which ones?
11        A.   (Through translator).  Several.
12        (In English).  "Alleged security,"
13   "pledged property," "ERS bond resolutions,"
14   "alliance."
15        (Through translator).  They are
16   legal terms.
17        Q.   Because of those legal terms, you
18   are not able to answer my questions about
19   agreed upon deposition topic number 4?
20        MS. McKEEN:  Objection.  Form.
21   Misstates testimony.
22        A.   (In English).  No.
23        (Through translator).  What I am
24   saying is that the legal interpretations I
25   cannot give to you.  What I can give you is

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 237

1  how the ERS treated the employer
2  contributions received for the payment to the
3  bondholders.
4  BY MR. STEWART:
5      Q.   Right.  And you have given me that
6  and thank you for that.
7           Here is my question.  It's
8  different.  What was the ERS treatment
9  regarding the bondholders' alleged security
10  interest in liens in the pledged property
11  under the ERS bond resolution?
12          MS. McKEEN:  Objection.  Form.
13  BY MR. STEWART:
14      Q.   Can you give me any answer other
15  than the one you just gave me?
16          MS. McKEEN:  Objection.  Form.
17  Calls for legal testimony.  Asked and
18  answered.
19      A.   (Through translator).  Based on the
20  answer, I gave before.
21  BY MR. STEWART:
22      Q.   So you have no other answer other
23  than the one you gave before?
24          MS. McKEEN:  Objection.  Form.
25      A.   (Through translator).  If you want

---

Page 238

1  to ask a more specific question about this
2  topic, I could answer.  But based on my
3  knowledge is what I have said about the
4  employer contributions.
5  BY MR. STEWART:
6      Q.   When you say I could ask you a more
7  specific question, what about my question
8  that I asked you are you having trouble
9  understanding?
10          MS. McKEEN:  Objection.  Form.
11      A.   (In English).  I don't understand
12  your question.
13  BY MR. STEWART:
14      Q.   So I am going to ask you a very
15  specific question.
16      A.   (In English).  Are you laughing?
17      Q.   I am laughing at our exchange.
18      A.   (In English)  Okay.
19      Q.   A judge is going to be reading this
20  transcript because we are going to be filing
21  a motion to make you come back, and when we
22  -- the judge sees something like that, she
23  too will probably chuckle.
24          MS. McKEEN:  Maybe for different
25  reasons.

---

Page 239

1          MR. STEWART:  Maybe for different
2  reasons.
3  BY MR. STEWART:
4      Q.   So here is my question:  Under
5  agreed upon topic number 4, please tell me in
6  specifics what was the ERS' treatment
7  regarding the bondholders' alleged security
8  interest in liens in the pledged property?
9          MS. McKEEN:  Objection.  Form.
10  Calls for legal testimony.  Asked and
11  answered.
12      A.   (Through translator).  I cannot
13  give you a legal interpretation of the terms.
14  But what I can tell you is the treatment ERS
15  used for bondholders' payments based on
16  employers' contributions received.
17  BY MR. STEWART:
18      Q.   And that's what you have already
19  told me about, correct?
20      A.   (In English).  Yes.
21      Q.   Okay.  Let's go to topic number 7.
22  Do you have topic number 7 in front of you?
23          That's "ERS' treatment of and
24  practices regarding employer contributions,
25  including rights to employer contributions

---

Page 240

1  received by ERS and changes in practices, if
2  any, that occurred after the 2008 bond
3  issuance."
4          Do you see that?
5      A.   (In English).  Yes, I see it.
6      Q.   Who did you talk to to prepare
7  yourself to testify about topic number 7?
8      A.   (In English).  With my lawyers.
9      Q.   Who else?
10      A.   (In English).  No one else.
11      Q.   What documents did you look at to
12  prepare yourself to testify about topic
13  number 7?
14      A.   (In English).  Like I said before,
15  a lot of documents.  I will be glad to answer
16  you if you show me those documents, but I
17  could not tell you specific documents.
18      Q.   Well, you saw a number of documents
19  in the past three days.  Just let's confine
20  ourselves to those documents.
21          Which of the documents that you saw
22  in the past three days helped you get
23  prepared to testify about topic number 7?
24      A.   (In English)  I cannot remember
25  specific documents that I saw for this topic.

---

US District Court - Puerto Rico                                    FINAL - October 24, 2017
FOMBPR v. Altair Global                                    Cecile Tirado Soto, Volume 1

---

Page 241

1  And if I saw the documents, I could tell you
2  this one -- one prepared, but I don't
3  remember a specific one.
4      Q.   You can't remember any one at all;
5  is that right?
6          MS. McKEEN:  Objection.  Form.
7      Argumentative.
8      A.   (In English)  No.  I don't
9  remember a specific one.
10  BY MR. STEWART:
11      Q.   Okay.  So I am going to ask you on
12  topic 7 about rights to employer
13  contributions.
14          Do you see that term in there, in
15  the second line of topic number 7?
16      A.   (In English)  Yes.
17      Q.   Do you know what rights to employer
18  contributions are?
19          MS. McKEEN:  Objection.  Form.
20  Calls for legal testimony.
21      A.   (In English)  That's a legal term.
22  So if you refer employer contribution --
23          (Through translator)  Those are
24  the employer contributions received from the
25  employers.

---

Page 242

1  BY MR. STEWART:
2      Q.   Were employers obligated to make
3  contributions to ERS, if you know?
4      A.   (In English)  Yes.
5      Q.   Why were they obligated to make
6  contributions to ERS?
7          MS. McKEEN:  Objection.  Form.
8  Calls for legal testimony.
9          You can answer if you know.
10      A.   (Through translator)  It was under
11  the system laws.
12  BY MR. STEWART:
13      Q.   I see.  So under the system laws,
14  employers had to make contributions to ERS,
15  correct?
16          MS. McKEEN:  Objection.  Form.
17  Calls for legal testimony.
18          You can answer if you know.
19      A.   (In English)  Yes.
20  BY MR. STEWART:
21      Q.   Okay.  And ERS' ability to receive
22  those contributions was something they had
23  because the employers had to make them
24  because they participated in the system.
25          Do I understand that correctly?

---

Page 243

1          MS. McKEEN:  Objection.  Form.
2  Calls for legal testimony.
3      A.   (In English).  Could you repeat the
4  question.  It's too long.
5  BY MR. STEWART:
6      Q.   Okay.  So employers had to make
7  those contributions because they participated
8  in the system; is that right?
9          MS. McKEEN:  Same objections.
10      A.   (In English).  Yes.
11  BY MR. STEWART:
12      Q.   If an employer failed to make the
13  contribution, did ERS have the ability to
14  make them pay up?
15          MS. McKEEN:  Same objections.
16          You can answer if you know.
17      A.   (Through translator).  If you refer
18  to whether the system did a collection --
19  collection -- did an errand --
20          (In English).  Collection efforts.
21  Collection efforts.
22          (Through translator) -- collection
23  efforts based on that an employer paid --
24          (In English).  No.  Didn't pay.
25          (Through translator).  Didn't pay.

---

Page 244

1  Yes, the system will do some --
2          (In English) efforts to
3  collect.
4          (Through translator) -- efforts to
5  collect.
6  BY MR. STEWART:
7      Q.   Okay.  Just let me see if I can
8  clarify or shorten the answer.
9          Do I understand correctly that if
10  an employer did not make its contribution,
11  the system could take steps to require the
12  employer to make that contribution?
13      A.   (In English).  Yes.
14      Q.   Okay.  What name did you give to
15  the system's ability to go make the employer
16  make the contribution?
17          MS. McKEEN:  Objection.  Form.
18      A.   (In English).  I am not clear of
19  your question.
20  BY MR. STEWART:
21      Q.   What did you call it when the
22  system had to go do something to require the
23  employer to make the contribution?
24      A.   (Through translator).  Efforts to
25  collect.

---

US District Court - Puerto Rico                          FINAL - October 24, 2017
FOMBPR v. Altair Global                          Cecile Tirado Soto, Volume 1

Page 245

1    Q.   Efforts to collect.  Or collection
2  efforts?
3    A.   (Through translator).  Collection
4  efforts.
5    (In English).  Correct.
6    Q.   Okay.  Now, tell me if you know
7  whether the system's collection efforts were
8  part of the pledged property.
9    MS. McKEEN:  Objection.  Form.
10  Calls for a legal conclusion.
11    A.   (In English).  I am not clear of
12  your question.
13  BY MR. STEWART:
14    Q.   Okay.  You know what pledged
15  property is, don't you?
16    MS. McKEEN:  Objection.  Form.
17    A.   (In English).  That's a legal term,
18  like I told you.
19  BY MR. STEWART:
20    Q.   Do you know what it is?
21    A.   (In English).  I can tell what ERS
22  considers pledged property for the
23  bondholders, but --
24    Q.   Please do that.
25    A.   (In English).  But like I said, the

Page 246

1  employer contribution received was the
2  payments that ERS made to pay the interest
3  bonds.
4    Q.   Okay.  And did ERS consider it also
5  part of pledged property its collection
6  efforts to go make the employers give over
7  their contributions?
8    MS. McKEEN:  Objection.  Form.
9  Calls for legal testimony.
10    A.   (In English).  I am not clear of
11  your question.
12  BY MR. STEWART:
13    Q.   I am just asking you your
14  understanding.
15    If you had an employer who
16  didn't make its contribution and you
17  had to undertake collection efforts to get
18  the contribution, would the money you
19  collected become part of the pledged
20  property?
21    A.   (Through translator).  All
22  the employer contributions received
23  were deposited at the fiscal agency --
24  agent.
25    Q.   So once they were received, they

Page 247

1  became pledged property?
2    MS. McKEEN:  Objection.  Form.
3  BY MR. STEWART:
4    Q.   As ERS understood it, correct?
5    A.   (Through translator).  As I said,
6  the employer contributions received were
7  deposited for the bondholders' payment.
8    Q.   Okay.  And that was the pledged
9  property, correct?
10    MS. McKEEN:  Objection.  Form.
11  Calls for legal testimony.
12    A.   (Through translator).  As I said,
13  that is a legal term.  What I can tell you is
14  that the treatment ERS followed was to --
15  that all the employer contributions received
16  were paid to the bondholder.
17  BY MR. STEWART:
18    Q.   Right.  And I think a minute ago
19  you were telling me what the ERS
20  understanding was of the term "pledged
21  property."
22    Do you remember your
23  answer?
24    MS. McKEEN:  Objection.  Form.
25  Misstates testimony.

Page 248

1    A.   (Through translator).  What I said
2  was the treatment done by the ERS for the
3  bondholders' payment.
4  BY MR. STEWART:
5    Q.   Right.  And I think you
6  characterized that treatment as pledged
7  property, did you not?
8    MS. McKEEN:  Objection.  Form.
9  Misstates testimony.
10    A.   (Through translator).  What I said
11  was that the treatment the system ERS did was
12  to receive employer contributions and make
13  them available or deposit them at the fiscal
14  agency -- agent.
15  BY MR. STEWART:
16    Q.   You said that a number of times.
17  I was actually asking you a different
18  question which had to do with what the ERS
19  understood the words "pledged property" to
20  mean.
21    MS. McKEEN:  Objection.  Form.
22  Calls for legal testimony.
23    A.   (Through translator).  As I said,
24  that is a legal term.  But what the system
25  considered regarded as a pledge was that

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 249

1 employer contributions received from the
2 employers.
3 BY MR. STEWART:
4     Q.   Okay.  How did -- what did the
5 system consider the receivables it was owed
6 by employers?
7         MS. McKEEN:  Objection.  Form.
8     A.   (In English).  Can you be more
9 specific with the question, please.
10 BY MR. STEWART:
11     Q.   Do you know what an account
12 receivable is?
13     A.   (In English).  Yes.
14     Q.   Why don't we get that on the
15 record.  What's an account receivable?
16     A.   (Through translator).  It's a
17 receivable account of any debt from a debtor
18 to the system.
19     Q.   Okay.  Did ERS consider unpaid
20 employer contributions to be debts?
21     A.   (In English).  Yes.
22     Q.   So let's go back to topic
23 number 7.
24         We are talking about treatment of
25 and practices regarding employer

Page 250

1 contributions and changes in
2 practices.
3         After the 2008 bond issuance, did
4 ERS change what its practices were regarding
5 employer contributions?
6     A.   (Through translator).  If you are
7 referring to how it was treated before the
8 issuance and after it --
9     Q.   Yes.  That's what I am
10 doing.
11     A.   (Through translator).  After 2008
12 all the employer contributions received were
13 deposited in the fiscal agent for payment for
14 -- to the bondholders.
15     Q.   And that's what you have described
16 to me already.
17         Before 2008 how were employer
18 contributions handled by ERS?
19     A.   (Through translator).  The employer
20 contributions in the system were received in
21 the operational accounts of the system.
22     Q.   Okay.  So let's go -- you mentioned
23 act -- Law 3.
24         Do you remember some testimony
25 about Law 3?

Page 251

1     A.   (In English).  Yes.  I remember
2 mentioning Law 3.
3     Q.   What is Law 3?
4         MS. McKEEN:  Objection.  Form.
5 Calls for legal testimony.
6         You can answer if you
7 know.
8     A.   (Through translator).  Based on my
9 knowledge, Law 3 was the law that amended the
10 447, Law 447, the benefits of the active
11 employees in July 2013 approximately.
12 BY MR. STEWART:
13     Q.   Okay.  What changes, if any, did
14 ERS make in how it treated employer
15 contributions after Law 3 was passed?
16     A.   (Through translator).  None.  There
17 was no change.
18         (In English).  Excuse me, could I
19 have a little bit of water?
20         MR. STEWART:  Sure.  I'll tell you
21 what.  It's about 5:20.  Why don't we
22 break for the day.  I can go another ten
23 minutes if you want to, but it's a good
24 breaking point for me.
25         MS. McKEEN:  Your desire for water

Page 252

1 should give mercy to us all.
2         THE VIDEOGRAPHER:  The time is 5:22
3 p.m.  We are going off the record.
4         (Proceedings concluded at 5:22 p.m.)

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 253

1      C E R T I F I C A T E
2
3    STATE OF NEW YORK
4    COUNTY OF NEW YORK
5
6         I, Christina Diaz, a Certified
7    Realtime and Registered Merit Reporter and
8    Notary Public within and for the State of New
9    York, do hereby certify:
10        That CECILE TIRADO SOTO, the
11   witness whose deposition is hereinbefore set
12   forth, was duly sworn by me and that such
13   deposition is a true record of the testimony
14   given by such witness.
15        I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage, and that I am in no way
18   interested in the outcome of this matter.
19        IN WITNESS WHEREOF, I have hereunto
20   set my hand this      day of
21   2017.
22
23   _____
24   CHRISTINA DIAZ, CRR, RMR, CSR, CLR
25

---

Page 254

1        INSTRUCTIONS FOR ERRATA
2
3    NOTARY PUBLIC SIGNATURE
4    Not required unless agreed upon by counsel
5    that notary public signature is required.
6
7    Please return a copy of the signed errata
8    within 30 days of receipt, unless otherwise
9    agreed upon by counsel.  Once we receive the
10   signed errata, we will distribute an
11   electronic copy to all parties.
12
13   RETURN A SIGNED COPY VIA FAX, EMAIL OR MAIL
14   TO:
15       FAX:   1-800-825-9055
16       EMAIL:  janerose@janerosereporting.com
17
18   Jane Rose Reporting
19   Administrative Offices
20   309 S. Main Street
21   Luck, WI 54853
22
23
24
25

---

Page 255

1        NOTICE TO READ AND SIGN
2
3    This transcript was electronically
4    distributed to O'MELVENY & MYERS LLP to
5    forward to the witness.
6
7        ACKNOWLEDGEMENT OF DEPONENT
8
9        I, CECILE TIRADO SOTO, do hereby
10   certify that I have read the foregoing pages
11   and that the same is a correct transcription
12   of the answers given by me to the questions
13   therein propounded, except for the
14   corrections or changes in form or substance,
15   if any, noted in the attached Errata Sheet.
16   _____      _____
17   (DATE)          CECILE TIRADO SOTO, V1
18
19
20   Signed and subscribed to before me this
21   _____ day of _____, 2017.
22
23   _____
24   Notary Public
25

---

Page 256

1    PAGE   LINE   CHANGE   REASON
2
3    _____ / _____ / _____/_____
4
5    _____ / _____ / _____/_____
6
7    _____ / _____ / _____/_____
8
9    _____ / _____ / _____/_____
10
11   _____ / _____ / _____/_____
12
13   _____ / _____ / _____/_____
14
15   _____ / _____ / _____/_____
16
17   _____ / _____ / _____/_____
18
19   _____ / _____ / _____/_____
20
21   _____ / _____ / _____/_____
22
23   _____ / _____ / _____/_____
24
25

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

---

Page 257

1    I N D E X   E X H I B I T S
2    EXHIBIT        DESCRIPTION        PAGE
     Exhibit 1   Notice of Rule 30(b)(6)   102
3             Deposition of the
4             Employees Retirement
              System of  he Government
5             of the Commonwealth
6             of Puerto Rico, four
              pages, with attachments
7

     Exhibit 2   Letter dated 10/19/17,   102
8             five pages
9

     Exhibit 3   e-mail string beginning   102
10            with e-mail dated
11            10/20/17, seven pages
12

     Exhibit 4   e-mail string beginning   103
13            with e-mail dated
              10/12/17, eight pages
14

     Exhibit 5   e-mail string beginning   103
15            with e-mail dated 10/23/17,
              nine pages, with attachment
16

     Exhibit 6   Suggested List of Terms,   17
17            one page
18

     Exhibit 7   Organigrama Funcional,   19
19            one page
20

     Exhibit 8   Pension Funding Bond   145
21            Resolution bearing
              Production Nos. PR-ERS
22            6365 through 6445
23

     Exhibit 9   Security Agreement bearing  145
24            Production Nos. PR-ERS
25            2899 through 2915

---

Page 258

1    I N D E X   E X H I B I T S
     EXHIBIT        DESCRIPTION        PAGE
2    Exhibit 18   Adversary Complaint,   51
              31 pages with attachment
3

     Exhibit 19   Answer and Counterclaim,   51
4             42 pages
5

     Exhibit 20   Employees Retirement   52
6             System of the Government
              of the Commonwealth
7             of Puerto Rico's Answer
              to Defendants'
8             Counterclaims, 28 pages
9

10   Exhibit 27   Agreed-Upon Deposition   149
11            Topics, three pages
12
13

          INFORMATION REQUESTS
14   INSERTED INFORMATION        - NONE -
15

     REQUESTS FOR PRODUCTION        PAGE  LINE
16   Documents that refreshed
17   witness' recollection        48    19
18

     INSTRUCTIONS TO CERTIFY:        PAGE  LINE
19              89     11
20              116    20
21

22   DIRECTIONS NOT TO ANSWER        PAGE  LINE
23              89     21
24              130    15
25

---

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

**A**

**A-U-X-I-L-I-A-R** 17:19
**a.m** 7:4,15 31:2,6 79:7
79:10
**AAFAF** 2:3 5:10 77:20
107:11,12
**ability** 110:24 137:3
242:21 243:13
244:15
**able** 10:21 33:4 48:25
50:17 52:24 53:12
109:3,23 114:9
183:2 214:11 236:18
**accept** 31:21 60:6,7
61:8 85:5 86:9 97:14
100:12
**acceptable** 11:17
33:13
**account** 64:4 73:23
74:3,8,25 75:8,9,18
75:18,20 81:13 82:1
82:1 162:24 163:4
163:10,12 166:7,15
166:18,24 167:5,17
167:23 168:1 176:25
177:5,12,15,22
178:8 179:2 183:15
249:11,15,17
**accountability** 215:17
**accountant** 16:10
24:18,20,25
**accounting** 14:24 25:5
26:20,22,22,23 28:7
29:17,24 30:1,2,8
31:10 32:13 34:1
36:15 43:24 121:21
**accounts** 80:16,19,22
81:3,6 82:8,24 83:2
163:7,9 165:9,18
166:9,9,20 167:3,10
167:11,19 178:14,25
178:25 250:21
**accurate** 20:25 22:5
22:13,22 31:20
78:21 84:12 152:15
152:16 157:22
181:15
**accurately** 8:3 38:17
132:10,14 140:7
**ACKNOWLEDGEME...**
255:7
**acquires** 202:4
**act** 56:6 169:21 170:10
175:20,20 250:23
**acting** 31:9
**action** 191:12 193:10

224:5,25 253:16
**actions** 120:8,19
121:5 156:16,21
190:12,20 191:8
192:6 193:2 195:15
196:8 200:24 206:5
206:16 207:5,21
208:4 209:5,9 210:1
214:24 217:12 219:2
220:24 221:14,17
223:10 224:12,24
226:4
**active** 19:4,6 150:23
151:20 152:14 153:9
251:10
**ACTIVITY** 1:13
**added** 25:21 205:5
**adding** 42:2
**address** 14:1 28:16
29:9 136:15
**adequate** 33:5
**administer** 7:24 132:6
150:22
**administration** 150:22
**Administrative** 254:19
122:23,24
**administrator** 37:23
**adopt** 182:22
**adversary** 51:16,18
258:2
**Advisory** 77:2
**AFFAF** 9:5,7 77:5
**affirmatively** 12:13
60:25 100:13 104:7
109:19
**afternoon** 107:1 132:1
133:4
**agencies** 78:13
**agency** 76:2 77:1
163:8,8 246:23
248:14
**agent** 58:15,19,22
59:4 77:5,21 158:21
164:6,7,13,17,24
165:3,14,17 167:23
168:3,6,15 170:14
171:5 173:11 177:18
177:21 181:11
183:16,22 184:8,15
188:2 189:11 221:8
221:11 223:20
246:24 248:14
250:13
**ago** 22:8 24:1 27:24
85:13 102:1 124:6
144:7,9 146:7 186:7
186:20 216:21

247:18
**agree** 21:10 26:7 49:5
55:17 110:14 148:12
152:7
**agreed** 86:25 110:7,10
110:12 111:5 149:4
149:7 190:11 214:6
231:7 236:19 239:5
254:4,9
**agreed-upon** 149:14
200:21 258:10
**agreement** 66:7 67:8
111:11 143:24
145:14,16 146:19,22
147:14 148:9 172:2
189:12,14 190:1
200:25 206:6,17
207:6 208:5 214:25
217:13 257:23
**Aguila** 2:20 8:18,18
**ah** 166:12 193:24
**ahead** 10:14 89:6
129:7
**al** 1:13
**alleged** 190:16,24
192:9 193:12 201:2
206:8,19 207:8
215:3 217:16 219:3
220:25 221:15,18
223:11 224:7 225:8
226:6 231:10 234:19
235:12 236:12 237:9
239:7
**alliance** 236:14
**allowed** 150:2
**Altair** 1:11 7:11
**alternate** 32:25
**amended** 56:17,19
251:9
**amendments** 190:17
**amends** 175:20
**amorphous** 33:15
**amounts** 59:23 60:15
60:22 65:2
**analyst** 16:13
**and/or** 135:10
**ANDALUSIAN** 1:12
**Angeles** 2:13
**answer** 10:21 11:2
12:15,17 13:15
17:14 25:1 26:2
31:19,24 32:6 35:23
44:11,16 50:12
51:22 52:3 60:7,13
60:20 64:19,24 68:4
77:12 78:19 79:3
86:6,11,17 89:8,24

96:15 97:3,7 100:2
108:13 111:8,21
113:13,20 114:2,4,9
114:13,21 115:4,13
115:15,25 116:15,17
117:2,5,12,13,15,19
117:19,21,23 118:11
118:21,23,25 120:23
122:6 128:7,9
130:16,18 135:18
137:11 140:5 151:2
152:4 153:7 155:17
160:19 164:21
171:16 172:14
177:24 182:21
186:18 187:6 191:7
192:14 202:12 207:2
207:17 208:11 214:2
216:25 217:8 230:17
233:15 236:18
237:14,20,22 238:2
240:15 242:9,18
243:16 244:8 247:23
251:6 258:3,7,22
**answered** 48:12 91:6
113:8 115:11 124:10
124:19 125:4 201:14
213:23 214:11 215:5
215:8 228:18,20
234:8 235:16 237:18
239:11
**answering** 110:23
114:25 115:1 137:1
**answers** 14:6 111:6
255:12
**Anybody** 130:25 131:1
131:2
**anymore** 194:10
**apologize** 17:16 33:25
**apparently** 32:19
149:10
**appearance** 85:9
**applied** 175:19
**applies** 67:20 176:1
**appointed** 34:9
**appointee** 21:8
**appointees** 21:13
134:23 193:21,23,25
195:2 218:11,20
**appointments** 64:11
**appreciate** 181:19
182:12
**approach** 11:21
**appropriate** 32:15
**approximately** 15:14
24:3 251:11
**area** 36:2 43:19 69:24

92:7,23,24,24 95:1
96:19,20 121:20
143:9 148:3 159:2
195:18 197:12
215:10,15,17,23
216:7,10 217:20,25
218:7 226:2 234:25
**areas** 29:3 36:6 42:18
**argumentative** 229:17
231:1 241:7
**arrangement** 152:20
**as-needed** 10:23
**asked** 19:21 28:10
48:11 85:11,20,25
88:6,21 91:5 95:3,8
100:3 115:11 124:10
124:19 125:4 144:21
164:5 180:5 201:13
206:3 211:5 213:23
214:20,23 215:3
228:18 234:8 235:15
237:17 238:8 239:10
**asking** 18:20 40:22
129:10 148:21,22,23
163:2 192:3 205:10
205:15 206:12,15,23
208:1 209:4 216:8
224:24 228:2,3,23
229:19,21 246:13
248:17
**asks** 221:14
**aspect** 114:3,6
**aspects** 31:18 148:15
**asset** 203:24
**assets** 139:12 169:18
180:14
**assigned** 35:9 64:4
**assignment** 189:10
**assist** 161:10
**assistant** 161:10
**assisting** 77:22
**assume** 131:10 148:8
**attached** 255:15
**attachment** 51:19
103:7 257:15 258:2
**attachments** 102:15
257:6
**attention** 174:5
**attorney** 46:5,12,12
90:12 122:18
**attorney-client** 128:23
**attorneys** 2:3,17 3:3
4:3 45:24 46:14,14
89:23 122:12 174:8
210:10,13 220:3
**auditors** 143:10,20,22
**authentic** 22:9,10

Case:17-03283-LTS   Doc#:3734-16   Filed:08/03/18   Entered:08/03/18 13:49:22   Desc:
Exhibit P   Page 69 of 126

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 260

**Authority** 77:2
**authorize** 121:17
**automatically** 151:20
  153:2
**auxiliar** 24:17
**auxiliary** 17:25 23:23
  35:9,12 36:1 37:23
  38:1 39:14 41:23
  43:17
**available** 215:12,18
  248:13
**Avenue** 2:12 3:10,15
  5:17 29:11
**awards** 15:6
**aware** 44:1 55:2 56:5
  74:5 87:7,16 133:8
  141:18,25 143:2
  144:15 158:20,22
  170:1,4 196:13
  197:5,20 199:24
  217:24

**B**

**B** 257:1 258:1
**bachelor** 14:23
**bachelor's** 15:10 16:4
  16:18
**back** 23:15 31:5 37:19
  38:4 79:10,15
  121:22 132:4 136:16
  148:4 155:23 179:17
  182:8 200:14 233:16
  238:21 249:22
**background** 27:2,7,10
  68:17
**bad** 33:22
**Banco** 74:8 75:10 82:9
  82:24 83:3
**bank** 50:9,24 59:4,8,23
  60:14,21 75:23 76:4
  76:13 80:16 81:6
  82:7 163:10 164:25
  165:9,18,21 166:13
  166:18 167:3,10,11
  167:11,20 171:3
  203:15,20
**banks** 141:7,7
**base** 158:6
**based** 114:2 115:14
  117:3,12,19 118:9
  118:10 153:20
  154:15,20 155:18
  156:13 157:19
  168:11 175:4 176:1
  185:5 197:12 200:4
  200:5 202:17 204:10
  206:25 207:12,15,16

208:10,12,15,19,25
209:19 210:4 214:8
214:18 215:8,22
217:19 219:22 221:5
222:3 223:14,16
224:12,13 226:2
228:13,14 229:1
230:9 234:14,24
237:19 238:2 239:15
243:23 251:8
**basic** 54:1
**basis** 10:23 11:25 33:9
  33:12 41:13 110:22
  136:25
**bathroom** 30:23
**Beach** 2:8
**bearing** 145:6,17
  257:21,23
**began** 28:20
**beginning** 32:9 37:20
  102:22 103:1,5
  257:9,12,14
**begins** 7:7
**behalf** 7:18 8:25 9:3,18
  10:2 45:7 65:1
  110:23 111:7 122:4
  137:2,11,12
**belief** 227:20
**believe** 21:6 22:13,22
  31:11 54:16 61:23
  75:12 128:23 136:19
  164:20
**benefit** 75:2
**benefits** 25:12 26:3
  42:15 79:25 150:23
  154:9,16 251:10
**best** 9:22 12:15 24:2
  28:1 32:22 33:2
  34:17,20 61:15
  71:11,13 73:19
  89:16 93:5,19,24
  94:15,18 95:16 96:7
  104:2 105:15 107:4
  110:24 111:21
  113:12,19 137:2
  181:25 196:11
**better** 25:16 58:19
**Bibiana** 5:11 9:12
  46:19 85:23 107:10
**big** 147:4,5,5 160:23
**Billing** 36:13
**bind** 110:8 111:7
  112:6
**binder** 147:1
**Biscayne** 2:23
**bit** 183:8 251:19
**blood** 253:17

**BNY** 166:11,12
**board** 1:4 4:4 9:18
  10:2 57:18 76:8,17
  76:18,23 77:24
**bond** 55:21 57:17 58:5
  58:8 133:6 138:3
  139:20 141:8,14,19
  142:1 143:3,5
  144:16 145:3,5
  146:4 147:2 155:24
  156:3,11,15 157:2
  157:11 158:7 159:2
  160:6,12 161:13
  162:4 163:13 164:14
  164:18,24 170:18
  172:1 179:17 188:13
  190:13,17,21 192:7
  193:11 211:13,18,24
  215:23 216:15 218:1
  226:2 231:11 234:21
  236:13 237:11 240:2
  250:3 257:20
**bondholder** 188:21
  247:16
**bondholders** 50:15
  51:1,11 58:11,12
  59:9,10,24,25 60:2,4
  60:15,16,23 72:25
  73:8 74:6,18 75:2
  78:9 87:8,13,16,23
  88:15 136:9 139:20
  140:9,17 141:3
  157:18 158:5,8,10
  158:16,19 161:4,11
  165:22 166:4 170:15
  171:6,21,21 173:11
  173:22 181:3 183:17
  183:21 184:3,7,16
  185:9 186:2,15,25
  187:10,20 188:2,11
  188:21 189:5 190:15
  192:9 196:15 197:6
  197:22 199:25
  209:12,13,21 215:11
  215:18 216:12,19
  217:22 219:3,6
  221:6 225:4 235:8
  235:22 237:3 245:23
  250:14
**bondholders'** 162:1
  180:13 190:24
  193:12 201:2 206:8
  206:19 207:8 210:3
  215:2 216:15,16
  217:15 220:25
  221:17 222:12
  223:10 224:7 226:5

231:10 234:19 235:3
235:12,19 237:9
239:7,15 247:7
248:3
**bonds** 55:3,20,21,22
  55:25 56:2 58:10
  133:9,14 134:12,16
  135:22 136:6 137:16
  138:18 139:3,14
  155:6,6,9,12 156:17
  156:22,25 157:1
  158:1,4,16 159:3
  166:7,15,24 167:5
  246:3
**book** 143:19 146:24
  146:25 147:5,10,11
  147:17,22,24
**books** 55:24 143:10
**borrow** 202:21 203:6
  203:11
**borrowing** 154:24
  155:4
**Boston** 4:17
**bottom** 169:11
**Boulevard** 2:23
**BOY** 166:10
**branches** 151:15
  152:2
**break** 13:1,3 29:14
  30:25 31:8 79:4
  131:16 199:19 200:9
  251:22
**breaking** 251:24
**breaks** 12:25
**Brickell** 3:15,16
**broke** 174:19
**broken** 140:5 158:12
**brought** 174:5
**building** 29:7,10,11
  155:1
**business** 18:16 28:16
  155:1
**buy** 203:6 230:4
**buying** 203:21

**C**

**C** 2:1 3:1 4:1 5:1 8:1,1
  8:5,5 132:12 253:1,1
**C-R-I-S-T-I-N-A** 132:23
**CA** 2:8,13
**cal** 19:25
**call** 4:15 5:13 30:13
  55:20,22 56:1,12
  58:3,7,10 63:11
  75:16,17,19,21
  76:23 86:2 194:4
  195:6 199:12,15,20
  244:21

**called** 18:13 19:8,22
  34:14 56:5 57:16
  58:15 63:22 64:6
  66:6,18 75:22 76:7
  76:14,17,20,25
  120:19 142:9,17
  143:2,24 162:23
  163:4,10 166:6
  194:12
**calling** 45:13 112:18
**calls** 44:13 56:20 57:7
  67:22 69:20 70:9
  71:25 72:12 74:11
  77:8 89:22 116:13
  120:21 121:10
  128:23 152:23 153:5
  154:12 156:5 157:5
  161:17 162:8,17
  163:15,24 170:22
  171:15 172:10
  173:17 175:17,24
  180:9,16 183:23
  184:9 185:12,21
  187:3,16 188:6,17
  188:25 190:4 191:2
  191:10,18 192:12
  193:5,13 196:18
  197:25 199:1 200:2
  201:23 202:10
  206:11 207:11 208:7
  217:18 221:3,25
  223:13 224:10 225:4
  229:11 230:8,15
  234:23 235:15 236:3
  237:17 239:10
  241:20 242:8,17
  243:2 245:10 246:9
  247:11 248:22 251:5
**care** 19:23
**career** 23:16 121:8
**Carlos** 5:4 9:8
**Carolina** 14:3
**case** 2:19 8:19 12:6
  35:22 44:3 50:2,7
  76:24 87:10,19
  88:12 96:12 98:23
  99:8 121:16 135:4
  147:23
**cases** 48:4,4,5
**Castro** 5:4 9:8
**cause** 189:13,25
**caution** 128:10
**Cecil** 13:24
**Cecile** 1:18 6:4 7:9
  151:21 180:21
  181:14 253:10 255:9
  255:17

Case:17-03283-LTS   Doc#:3734-16   Filed:08/03/18   Entered:08/03/18 13:49:22   Desc:
Exhibit P   Page 70 of 126

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 261

**Center** 2:7,21
**central** 64:11,15 96:1
    96:5 151:14 152:12
**certain** 3:3 54:13
    147:14 148:14
**certainly** 33:18 128:25
    181:23
**Certification** 6:11
**certifications** 16:7
**certified** 16:9,12 253:6
**certify** 218:12 253:9
    253:15 255:10
    258:18
**chance** 52:13,17 150:5
**change** 24:14,16 28:6
    28:22 29:18 57:6
    173:23 250:4 251:17
    256:1
**changed** 24:15 27:19
    34:4,19 56:25
**changes** 27:21 34:18
    57:3 240:1 250:1
    251:13 255:14
**characterization** 26:8
    61:9
**characterize** 54:4
    61:14
**characterized** 248:6
**charge** 29:23 36:2,6
    36:21 41:23 78:9,9
**chart** 38:5,8,11 40:10
    42:24,25 43:5,8,13
    43:20
**check** 5:8 11:9 25:23
    30:18,20 42:1 45:6
    45:11 50:14,16
    59:13,15,22 60:3,8
    84:14,16,19 85:1
    97:2 101:14 182:2
**checked** 101:8,12
**choose** 30:11
**Chris** 149:5
**Christina** 5:20 7:18
    253:6,24
**Christopher** 3:9 8:21
**chuckle** 238:23
**circulate** 93:14
**circumstances** 129:20
**citizen** 230:23
**clarification** 135:6
    182:11
**clarified** 40:22
**clarify** 141:1 244:8
**clarifying** 182:3
**clarity** 182:23
**clean** 182:16
**clear** 32:5 65:24

100:17 101:2 108:8
    110:9 111:3,9
    129:10 181:14 199:3
    207:25 208:18
    229:12 244:18
    245:11 246:10
**clearer** 53:2
**clearly** 12:8
**client** 182:15
**close** 129:3
**closer** 9:20 10:7
**closing** 147:2
**CLR** 253:24
**coach** 173:2
**coaching** 112:8,14
    172:11 199:12,14
**code** 189:15 190:2
**collateral** 185:6,11,15
    185:20,24 186:1,5
    186:14,21,22,24
    187:2,8,14,19,22
    188:5,15,24
**Collazo** 122:25
**collect** 78:10 154:19
    244:3,5,25 245:1
**collected** 170:8
    191:23 235:21
    246:19
**collecting** 154:8
**collection** 154:22
    175:7 243:18,19,20
    243:21,22 245:1,3,7
    246:5,17
**collections** 36:25 37:2
**college** 14:21
**colloquy** 136:13
**combined** 106:24
**come** 11:14 13:21
    27:11,18 34:3 70:15
    82:11 93:4,8,11
    140:10,18 141:3
    151:6 238:21
**comes** 152:11
**comfort** 32:20
**comfortable** 10:18
    55:16 110:5
**coming** 27:4 69:4
**commendations** 15:7
**comment** 136:20
**commercial** 70:4
    189:15 190:2
**common** 54:2
**commonwealth** 1:7
    52:3 62:12,18,20,23
    63:3,8,23 102:14
    257:5 258:6
**communications** 86:3

86:16,18 89:9 91:21
    116:14 128:8,12
**COMPANY** 1:13
**compel** 32:25
**competing** 30:14
    50:19
**complaint** 51:16,18
    258:2
**complete** 15:22 151:2
**completely** 53:14
    86:22 90:18 105:21
    120:17 160:24
**compliance** 193:19
**computer** 98:8 100:4
    100:10 101:10
**computers** 95:24
**concept** 78:7 79:23
**concluded** 252:4
**conclusion** 44:14
    56:21 57:8 67:22
    69:21 70:9 71:25
    72:12 74:11 77:8
    120:21 121:10
    152:23 153:5 154:12
    156:5 157:5 161:17
    162:8,17 163:15,24
    170:22 171:15
    172:10 173:17
    175:17,24 180:9,16
    183:24 184:10
    185:13,22 187:4,16
    188:7,18 189:1
    190:5 191:2,10,18
    192:12 193:5,14
    196:18 197:25 199:2
    200:3 201:24 202:10
    206:11 207:11 208:7
    217:18 221:3,25
    223:13 224:10 229:4
    229:11 230:8,15
    235:15 245:10
**confer** 13:11 182:15
**conference** 4:15 5:13
    106:7
**conferences** 106:8
**confidants** 21:5
**confidence** 20:22 21:5
**confident** 12:20
**confine** 240:19
**conjunction** 43:19
**connection** 18:16
    129:13 141:19 142:1
    144:15 164:14 176:5
    189:21
**consider** 246:4 249:5
    249:19
**considered** 248:25

**considers** 245:22
**consulting** 123:9
**Cont'd** 3:1 4:1 5:1
**contained** 147:13
**contains** 235:25
**content** 86:15,18 89:2
    89:9 116:14 128:8
    128:11
**CONTENTS** 6:1
**continue** 82:11
**continued** 171:18
**contribute** 83:22
    153:10
**contribution** 51:12
    57:10 61:1,24 62:5
    81:14,16,18,19,21
    82:17 83:15 140:22
    153:12,15,20,25
    157:25 161:11
    162:15,20 181:9,10
    183:13 186:5 215:20
    221:7 223:16 241:22
    243:13 244:10,12,16
    244:23 246:1,16,18
**contributions** 61:4
    62:11,11,18,22 63:3
    63:9 64:15 82:11,14
    82:21 83:10,19,21
    84:4 139:22 140:10
    140:18 141:4 154:23
    157:19 158:15,18
    159:19 161:24
    165:10 166:3 167:2
    167:21,25 168:10,15
    169:10,15,16 170:8
    170:12,18,19 171:2
    171:11,12,19 172:1
    172:3,7,7 173:9,10
    173:13,21,24 174:3
    174:4 175:8,13
    176:2,2 183:14
    184:2,13 185:8,16
    186:13,24 187:1,9
    187:14,18,25 188:5
    188:9 189:4 191:12
    191:22 197:13 200:6
    209:11,20 210:4,11
    215:19 221:11 222:4
    223:20 224:13
    227:11 235:1,9,21
    237:2 238:4 239:16
    239:24,25 241:13,18
    241:24 242:3,6,14
    242:22 243:7 246:7
    246:22 247:6,15
    248:12 249:1,20
    250:1,5,12,18,20

251:15
**contributions'** 185:25
**controller** 34:10,11,14
    39:2,5
**convenient** 199:18
**conversation** 89:3
    90:12 125:2,7,17,24
**conversations** 86:24
**coordinate** 37:12
    42:10
**coordinating** 42:11
**copy** 1:24 254:7,11,13
**corporation** 63:15,19
**corporations** 152:2,13
**correct** 24:7 42:19
    46:9 49:24 50:21,25
    54:25 59:21 63:9,10
    95:9,10 100:21
    128:1 131:14 135:1
    137:4 141:5 146:8
    146:12,13 154:10
    167:23 175:25
    179:13,15 194:10,11
    203:3 205:13 212:13
    212:17 222:7,8
    226:24 227:5 228:10
    230:24 233:9 239:19
    242:15 245:5 247:4
    247:9 255:11
**corrected** 84:15
**correction** 31:12,22
**corrections** 255:14
**correctly** 82:19 119:13
    158:13 204:4 226:15
    242:25 244:9
**correspondence**
    108:11
**counsel** 7:21 9:5,13
    9:17 10:10 13:4,7,8
    13:12 17:5 20:3 21:6
    32:4 33:19 41:9
    45:12 48:22 54:11
    61:12 67:14 68:14
    75:11 79:12 85:21
    86:5,14,16,19,25
    87:21 88:22 89:3,10
    105:18,18,20 108:11
    110:1,25 126:19
    128:9,12,22 130:3
    130:11 131:14 133:1
    134:19 135:23 136:4
    136:13 137:5 168:25
    172:13,21 182:12
    198:13 199:7,10
    219:4 222:10,15,23
    223:3 254:4,9
**counsel's** 21:10 26:7

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

**count** 36:14 172:19
**Counterclaim** 51:23
258:3
**Counterclaims** 52:4
258:8
**COUNTY** 253:4
**couple** 150:8
**course** 13:10 68:8
70:14 120:7 127:13
130:10 133:8 184:18
**court** 1:1 5:20 7:17,23
17:2 109:1 112:18
132:6
**cover** 136:2
**covered** 45:21 125:1
**CPA** 16:12
**created** 78:8 79:24
**creation** 74:8
**CREDIT** 1:11
**creditor** 66:12
**CREDITORS** 3:4
**Cristina** 5:6 132:23
**CRR** 253:24
**CSR** 253:24
**Cupey** 15:19
**current** 78:25 80:1
84:9,22,25 85:1
**currently** 60:12
**custodial** 165:9,18,21
167:3,12,20,22
**custodian** 59:8,22
60:14,21
**customized** 59:4
**cycle** 26:21
**cycles** 26:22

**D**

**D** 4:13 8:5 257:1 258:1
**D.C** 3:11
**daily** 212:6
**Dalsen** 4:13 8:24,24
**date** 7:14 85:14,15,19
91:9 104:24 169:17
255:17
**dated** 71:10 102:18,23
103:2,6 257:7,10,13
257:15
**Dawn** 14:2
**day** 1:22 3:6 8:12,14
8:17,22 12:5,23
88:19 251:22 253:20
255:21
**days** 106:22 144:7,9
144:11 213:3 240:19
240:22 254:8
**de** 29:11 80:7
**deal** 120:1,5 147:2

**dealt** 14:9
**debt** 166:7,15,24
167:5 249:17
**debtor** 249:17
**DEBTORS** 4:5
**debts** 249:20
**decide** 119:19
**decided** 135:21
137:16
**deciding** 138:3 141:7
**decision** 133:13
134:11,15 137:20,22
138:12,13,16,24
**decisions** 134:18
**defendant** 8:19
**defendants** 1:14 8:13
8:15,17,23 12:5
**Defendants'** 52:4
258:7
**define** 225:25
**defined** 80:6 162:6,15
**definition** 65:20,22,25
67:1 69:1 169:9
227:8 228:13,14,20
**definitions** 107:21
**degree** 14:23,25 15:3
15:10,12,16,21,22
15:25 16:4,5,18
**Dein** 30:13 199:13,15
**Del** 5:12 9:16,17 27:6
27:15 30:6
**delivered** 219:5
222:10
**department** 18:7 23:24
24:22,25 29:4,5 64:7
64:8,10 65:1,16 80:2
80:6,7,10,15 81:13
82:2 83:10 96:22
97:11 99:24 100:9
101:23,24 219:14,16
219:18,21 224:12
**depiction** 22:5
**DePOMPEO** 8:21,21
**DEPONENT** 255:7
**deposit** 59:8,23 60:14
65:2 171:2 182:10
183:14 248:13
**deposited** 64:22 75:1
165:10 167:9 170:13
173:10 175:9 179:3
184:15 209:11
246:23 247:7 250:13
**deposition** 1:17 7:9,12
10:17 11:13,20
12:22 13:11 14:14
20:5 27:5 32:10 45:9
45:21 46:2 53:10,24

54:15 58:1 68:9 69:5
85:12 88:1 95:12
102:12 105:14
107:25 108:15
109:18,25 111:17
116:4 126:11 127:23
129:14 130:11 148:5
149:4,14 189:22
190:11 200:22 214:6
231:8 236:19 253:11
253:13 257:3 258:10
**deposits** 60:22 80:17
**derived** 169:19
**describe** 81:4 160:13
176:23 177:3,7
**described** 43:21 63:4
163:13,21 164:2
193:3 196:3 250:15
**DESCRIPTION** 257:2
258:1
**designated** 1:12 44:5
45:1,3 108:9 110:2
111:13 122:4 136:1
148:14 170:1 171:23
231:16
**desire** 251:25
**destroy** 93:16 94:8
**details** 142:23
**determine** 154:14
170:24 173:19
**development** 75:23
76:4,13
**diagram** 20:20 22:11
38:13
**Diaz** 5:20 7:18 253:6
253:24
**difference** 182:6
**different** 32:1 44:1
45:13,25,25 72:9
170:16 192:3 197:19
232:23 237:8 238:24
239:1 248:17
**differently** 83:8
**difficult** 31:14 32:17
**difficulty** 133:23
**digital** 147:25 148:1,3
**DiPompeo** 3:9
**direct** 37:12
**DIRECTIONS** 258:22
**director** 34:9,11,14,16
35:9,12 36:1 37:19
38:1 39:1,4,14 41:23
43:16,18,23 147:6
159:17,20
**disability** 81:12
**disagree** 49:4,8,17
**disbursement** 18:9

**discuss** 10:12
**discussed** 32:9
125:11 210:9,9
**discussing** 175:5
**discussions** 47:7
**dispute** 50:9,23 51:10
**distribute** 254:10
**distributed** 158:1,15
255:4
**DISTRICT** 1:1,1
**divided** 146:7 152:4
**division** 29:23 30:1,8
32:14 36:21 97:16
97:21 99:15 115:24
120:12 195:17
**divisions** 37:12
**divulge** 128:11
**doctor** 46:5
**document** 20:2 21:18
21:21,22 22:1,8 23:1
23:3 38:16 43:16
49:7 51:15 53:3
57:21 58:4 70:12
72:23 87:17,17,22
89:5 108:20 110:11
111:10 123:24 129:4
129:15,21,25 130:20
131:8,12 142:8,16
142:20 143:2,18,20
143:24 146:2,4,6
147:5 149:3 150:4
157:6 160:17,23
162:9,11,18 163:16
163:19,19,22,25
164:3 168:22 192:21
196:14,22 197:5,21
198:4,4,16,24
199:24 204:11
218:10,12,19 220:15
220:19 232:7,12,15
233:9 234:3,6,9,11
**documentation**
143:20
**documents** 19:20
21:24 46:1 47:15,16
47:17,23 48:1,9,14
48:18,20,23 49:12
49:22 52:9,14,16,22
52:24,25 53:5,7,9,11
53:17 70:19,22,25
71:4 73:12,13 87:9
87:13 88:1,3,7,14
89:17 90:9 92:2,4,5
92:6,9,11,19,21,23
93:8,12,16 94:8 95:2
95:4,4,9,19,24 96:11
96:16,17 97:9,9 98:9

98:14 99:1,13,16
100:4,7,8,20 101:8
101:13,16,19,23
103:20 104:20,20
105:7,9,13 108:22
119:19,24,25 120:1
120:9 122:12 126:25
127:3,6,20 128:14
128:19 130:12
141:18,25 142:19
143:11 144:22,23
145:23 147:2,13,16
147:20 155:19
174:17,22 179:8
189:24 193:16,17
194:23 196:20 198:2
198:10,22 210:8,16
210:20,21 211:1,4,5
211:10,13,14,17,20
212:3,4,4,6,7,11,13
212:15,16,19,20,24
212:25 213:6,9,11
213:15,16,20,21
220:10,14,16,22
222:18,19,21,25
223:1 232:1,5,6,10
232:20,21 233:3,4,5
233:6,22,23,24
234:11,13,15 240:11
240:15,16,17,18,20
240:21,25 241:1
258:16
**doing** 11:15 32:9,22
55:6 133:18 137:7
156:18 215:9 250:10
**Drive** 2:7
**due** 29:22 51:11
**duly** 8:2,6 132:9,13
253:12

**E**

**E** 2:1,1 3:1,1 4:1,1 5:1
5:1 8:5,5 23:17
132:8,8,8 253:1,1
257:1,1 258:1,1
**e-mail** 96:11 97:18
98:12 99:5,7 102:22
102:23 103:1,2,5,6
110:16 148:18 160:3
257:9,10,12,13,14
257:15
**e-mails** 95:21,23 98:2
98:23 99:11,17,21
**earlier** 82:4 105:2,22
134:22 138:11 164:5
164:7 211:12 212:10
223:15

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 263

**earth** 130:25
**easier** 14:12 53:4
134:4
**easy** 13:20
**Ecuestre** 14:3
**educate** 45:20
**education** 14:20
**effect** 189:15 190:3
**efficiency** 10:16
**efficient** 37:13
**efforts** 243:20,21,23
244:2,4,24 245:1,2,4
245:7 246:6,17
**eight** 103:2 257:13
**either** 31:22 35:6 41:2
106:15 151:13 164:2
**electronic** 92:5 95:19
98:8 254:11
**electronically** 255:3
**Eleven** 4:9
**elicited** 49:6
**Elizabeth** 2:6 9:6
**EMAIL** 254:13,16
**Emmanuelli** 5:12
**employee** 18:13,15,22
18:23 23:20 81:15
81:19,20 82:4
151:12,16 152:11
**employee's** 153:16
**employees** 1:6 19:4
29:25 37:5 52:1
78:12 84:9,23 93:15
102:12 126:9,15
150:24 151:6,9
152:18,21 153:2
154:8 161:10 194:2
195:3,4 251:11
257:4 258:5
**employer** 51:11 61:1,3
61:24 62:5,10,22
63:9 82:11,14,14,17
82:21 83:9,15,19,20
139:22 140:10,18,21
141:3 153:14,19,24
157:25 158:14,17
159:18 161:24
162:14 165:10 167:2
167:21,25 168:10,14
170:7,12,17 171:11
171:25 172:6 173:24
174:3 175:8,13
176:2 181:9 183:13
184:2 185:7,15,25
186:13,24 187:1,9
187:13,18,25 188:4
188:9 189:4 191:12
191:22 200:6 209:11

209:19 210:4 215:19
221:6,11 222:4
223:16 224:13
234:25 235:9,21
237:1 238:4 239:24
239:25 241:12,17,22
241:24 243:12,23
244:10,12,15,23
246:1,15,22 247:6
247:15 248:12 249:1
249:20,25 250:5,12
250:17,19 251:14
**employers** 37:3,6,7,8
63:12 78:10,11
79:25 83:22 84:3,21
139:25 140:2,2,22
154:9 169:18 170:13
171:2 181:10 183:14
184:14 195:3 235:1
241:25 242:2,14,23
243:6 246:6 249:2,6
**employers'** 166:2
169:9,15 171:1
186:4 239:16
**employment** 152:19
162:20
**Enabling** 56:6
**enacted** 56:22
**enforceability** 190:15
190:23 192:9 206:8
206:18 207:7 215:2
217:15
**enforceability'** 201:2
**English** 10:18 17:13
20:5,16 22:19 23:21
23:25 35:17 36:4,8
36:11,19,23 37:3,6
37:15 41:19 42:22
43:10 46:23,25 47:9
47:10,10,13,14,14
47:16,20,24 48:7
54:17,21 55:11,23
56:4,7,10,16,22 57:2
57:9,19,23 58:2,6,13
58:16,20,23 60:9,17
61:5,11 62:3,9,13,19
62:24 63:5,10,14,19
63:24 64:13,17,24
65:10,15 66:2,9,14
66:17,20 67:6,18
68:6 69:16,18 71:11
71:16 73:2,11,19,24
74:22 75:5,19,24
76:6,9,12,15,19,21
77:9,18 78:4 79:20
79:23 80:4,8,12,15
80:21 81:5,9,15,20

82:6,9,22,25 83:5,12
83:14,20,25 84:24
85:7,14,17,21,23
87:2,6,11,14,20,25
88:5,9,16,18,22
89:16 90:5,10,17,22
90:25 91:1,3,7,10,20
92:1,4,7,10,13,16,25
93:5,9,13,17,19,23
94:4,10,14,18,22,25
95:6,10,12,16,20,22
95:25 96:4,7,23 97:5
97:15,19,24 98:4,13
99:9,11,19,23
100:17,22 101:2
103:24 104:2,14,17
104:24 105:3,6,15
105:19 106:2,10,13
106:17,22,25 107:8
107:14,17,23 108:2
108:17 109:6,9,21
116:19 119:2,4,6,8
119:15,21,24 120:4
120:24 121:4 122:25
124:11 125:18
126:12 127:5,8,12
127:17 128:18
130:18,23 131:1
133:11,15,20 134:5
138:6,11,17,21,25
139:5,10,24 140:13
140:21 141:5,11,16
141:22 142:5,22
143:1,4,7,15 144:1,5
144:10,14,19,25
146:3,9,13,16,18,23
149:24 150:1,7,14
151:9,17,23,24
152:1,9,16,24
153:18,24 154:3
155:3 156:7 157:7
157:13 158:2,5,7,17
158:24 159:8,13
160:9 162:25 164:9
164:15 165:15
166:11 168:4,20
169:7,12,23 170:4
174:12 175:1 176:8
176:15,20 177:1,4,9
177:19 178:1,7,12
178:18,23 179:7,15
179:22,24 180:2,6
180:23 181:16
186:19 187:12
189:17,19,23 190:6
190:19 191:3,11
192:2,15,19 193:6

193:22 194:7,11,15
194:20 195:24 196:5
196:10,19,24 197:17
198:1,9,21 199:3
200:19 201:5,9,17
201:20,25 202:25
203:4,9,13,18,22
204:1,5,10 205:10
205:25 206:12
207:23 208:10,18
210:15,19,24 211:3
211:12,19,22,24
212:1,10,14,18
216:3,23 217:1,5
218:2,5,25 219:9,12
219:20 220:5,9,13
220:21 221:4,13
222:1,8,14,17,24
223:5,14,22 224:11
224:17 225:1,3,6,12
227:17 229:5,12,18
231:14,18,22,25
232:4,9,18 233:2,11
233:21 234:9 236:12
236:22 238:11,16,18
239:20 240:5,8,10
240:14,24 241:8,16
241:21 242:4,19
243:3,10,20,24
244:2,13,18 245:5
245:11,17,21,25
246:10 249:8,13,21
251:1,18
**entire** 28:10 160:17
162:11 214:20
226:10
**entirety** 122:5
**entities** 63:7
**entitled** 149:3
**entity** 76:25 110:8
**entries** 26:20,21
**errand** 243:19
**errata** 254:1,7,10
255:15
**ERS** 3:3 5:11 8:22 9:13
9:18 16:19 18:17
22:5 23:16,18 24:9
24:19 27:19 28:11
34:10,12,16 38:18
46:18 50:9 51:13
54:17,23 55:2,20
56:6 57:18 58:4,7
59:23 60:14,21
62:22 65:17 67:20
73:16,20 74:5,17
75:1 77:5,16 82:12
82:18,21 85:12 86:6

87:18 93:14,15 96:1
109:1 110:7,20
111:5,7,13 112:6,24
115:18 116:3 121:8
121:17,18 122:4,15
126:9 133:6,8,14
134:12 135:21,22
136:5,23 137:12,16
139:2,12 140:11,19
140:25 141:4 150:12
150:22 151:7,20
152:15,19 153:3,12
153:15 154:7,10,19
155:14 167:22 168:5
168:14 170:18 172:1
174:3 175:14 177:11
180:14,19 190:13,13
190:17,21,21 191:8
192:7 193:8,10
196:14 197:5,21
200:24 206:5,16
207:5 208:4 209:5
214:25 217:12 218:8
219:2,5,6,15,17
220:24 221:5,17
222:10,11 223:10
224:6 225:2 226:5
231:8,11 234:20
235:11 236:13 237:1
237:8,11 239:14
240:1 242:3,6,14
243:13 245:21 246:2
246:4 247:4,14,19
248:2,11,18 249:19
250:4,18 251:14
**ERS'** 86:4 150:18
234:18 239:6,23
242:21
**Esquire** 1:21 2:6,11,20
3:7,8,9,14 4:8,13,14
5:12
**estate** 201:19,19
**et** 1:13
**everybody** 45:17 53:4
**evidence** 48:21 189:9
**Ex-employees** 126:14
**ex-employers** 126:13
**exact** 28:4 46:25 53:17
80:24 81:3 85:19
88:19 104:24 105:8
144:5,6 176:20
**exactly** 22:2 37:1
90:10,22 91:14
92:16 104:18 105:10
123:7 124:22 125:6
160:24 161:8 190:8
**Examination** 6:6 12:1

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 264

**example** 16:9 230:4,10
**exchange** 238:17
**Excuse** 182:7 220:5
 251:18
**execute** 189:11
**exhibit** 17:4,7 19:15
 20:1,2,11,13,15
 22:13,22 23:7 38:4
 39:16 42:23 51:15
 51:18,22 52:1,10,10
 52:11,18,18,18 53:3
 54:5,7,10,17 61:25
 62:1,6 65:19 67:12
 69:15 80:5 102:11
 102:18,22 103:1,5
 103:16 104:4,6,13
 104:15 107:15 109:4
 110:15 136:19 145:2
 145:5,14,16,24,24
 145:25 146:1,14,17
 148:4,17 149:14,20
 155:25 161:2,3
 169:1 190:10 195:22
 200:18 206:3 218:24
 257:2,2,7,9,12,14,16
 257:18,20,23 258:1
 258:2,3,5,10
**exhibits** 6:15 53:20
 102:9 103:16,22
**expect** 33:11
**expenses** 78:11 84:10
 84:22
**experience** 32:21
 185:6 207:1,16
 208:11,15 215:8
 219:22 223:15
 234:25
**expertise** 69:24
 230:20,22
**explain** 39:24 41:14
 175:6 184:25 185:24
 193:6 206:24
**explained** 40:19
 159:17 175:10
 228:12
**explanation** 210:10
 230:19
**expression** 21:7
**extend** 207:13
**extensive** 147:12
**extent** 10:19 86:2
 89:22 114:7 116:13
 190:15,23 192:8
 201:1 206:7,18
 207:7 215:1 217:14
**external** 106:3
**extracted** 100:10,15

100:21,23,25 101:6
**extracting** 101:9

**F**

**F** 253:1
**F-I-D-E-I-C-O-M-I-S-O**
 135:16
**F-I-S-C-A-L** 17:20
**fact** 29:22 110:10
 129:3,25
**facts** 128:4,17
**failed** 243:12
**failure** 51:4
**fair** 98:21 144:22 179:9
**faith** 33:22
**faithfully** 8:3 132:10
 132:14
**familiar** 17:15 38:7
 56:11
**far** 10:9
**faster** 11:3
**favor** 27:3
**FAX** 254:13,15
**Federal** 48:21
**feels** 10:19 110:5
**fideicomiso** 134:25
 135:5,13,15
**Fifth** 5:17
**figure** 182:16
**file** 96:1,5 99:14,18
**filed** 73:20 87:17
 218:13
**files** 88:7,13 194:22
**filing** 71:15 72:10,20
 189:13 190:1 217:25
 238:20
**filings** 71:22 72:24
 73:9,17 218:7,8
**FINAL** 1:24
**finance** 15:21 24:22
 24:25 29:5 34:9,11
 34:14,16 35:9,12
 37:19 38:1 43:18,19
 159:2 197:12 215:10
 215:14,23 216:7,10
 217:20,25 218:7
 219:14,16,18,21
 224:12 226:1
**finances** 36:2 39:14
 42:11
**financial** 1:3 2:21 4:3
 7:10 16:13 32:21
 37:14,15,16 41:24
 42:12 76:8,16 77:1
 121:14 139:12
**find** 49:2 92:9 195:14
**fine** 41:8 55:16 59:16

61:21 128:10 172:21
 182:18
**finish** 35:17 75:6 113:5
**finished** 64:19 186:17
**firm** 1:22 12:4 93:4,7
**firms** 93:4
**first** 16:17,19 19:20
 20:1 29:3 30:9 34:18
 58:17 94:2,12
 104:16,23 143:6,7,8
 144:3,8,13 179:25
 180:4 219:16
**fiscal** 17:24,24 23:23
 24:17 36:14 58:15
 58:19,22 59:3 77:1,5
 77:21 158:21 163:8
 164:6,7,13,17,24
 165:3,14,17 168:21
 168:3,6,15 170:14
 171:5 173:11 177:18
 177:21 181:11
 183:15,22 184:8,15
 188:2 189:11 221:8
 221:11 223:20
 246:23 248:13
 250:13
**fit** 25:22 41:11
**five** 102:19 107:20
 257:8
**FL** 2:24 3:18
**Floor** 2:7,12
**flow** 126:21
**FOB** 76:22
**follow** 109:23
**followed** 177:21
 178:11 247:14
**following** 11:13 99:4
 171:25 226:4
**follows** 8:7
**FOMB** 76:20
**forced** 129:18
**foregoing** 255:10
**form** 14:22 18:1 21:16
 22:15,24 24:10,21
 28:12 29:2 34:23
 35:7 39:18,22,25
 40:7 41:4,5 43:2,9
 47:21 50:4 62:14
 64:23 65:7,14 67:21
 68:5,12 69:6,12,21
 70:8,17 71:24 72:12
 73:10 74:10 75:3
 77:7,17 80:11,20
 83:4,24 87:24 88:8
 90:16 91:13,19
 93:22 94:13,21 96:3
 96:13 98:24 99:22

100:5,16 101:1,20
 102:5 106:16 111:19
 114:10,18 115:5,10
 115:21 116:5 117:17
 119:14,20 120:3,10
 120:20 121:9 123:6
 123:15,22 124:9,18
 125:20 126:4 127:16
 131:3 133:10 134:13
 137:17,23 139:15
 140:12,20 141:9
 142:4,10 143:25
 144:18,24 147:3
 150:20 151:8 152:22
 153:4,17 154:2,11
 155:2,7,15 156:4
 157:4 159:7,25
 160:8,21 161:6,16
 162:7,17 163:5,14
 163:23 164:8,19
 165:4,19,25 166:16
 167:7,15 168:7
 170:3,21 171:14
 172:9 173:16 174:6
 175:2,16,23 176:7
 176:14,19 177:13,23
 178:17,22 179:14
 180:8,15 186:11
 187:15,23 191:1,9
 191:17 192:11,20
 193:4 194:14,19
 195:8,23 196:4,9,17
 197:24 199:1 200:2
 201:8 202:9 205:9
 205:17,24 206:10
 207:10,22 208:6,17
 208:23 209:7 211:11
 213:4,13,22 214:7
 214:16 215:6 216:2
 216:22 217:4,17
 219:19 221:2,19,24
 223:4,12,25 224:9
 224:16 225:11,17
 226:8,19,25 227:6
 227:16,22 228:5,17
 229:3,10,23 230:7
 230:14,25 232:17
 233:10,14,20 234:7
 234:22 235:6,14
 236:2,20 237:12,16
 237:24 238:10 239:9
 241:6,19 242:7,16
 243:1 244:17 245:9
 245:16 246:8 247:2
 247:10,24 248:8,21
 249:7 251:4 255:14
**formed** 74:25

100:5,16 101:1,20
**former** 126:9,12
**formulating** 78:18
**forth** 54:5 136:16
 148:17 149:6 157:3
 157:10 161:5 253:12
**forward** 11:2 32:23
 33:3 183:4 255:5
**foundation** 126:5
**four** 102:14 257:6
**free** 110:17 136:20
 172:15,17 199:15
**freshened** 80:25
**front** 19:20 22:8,11
 38:6 52:8 54:7 62:1
 107:16 109:5 161:2
 164:16 169:14 179:1
 179:11 192:17
 200:18 208:22
 218:23 239:22
**full** 13:23
**Funcional** 19:15
 257:18
**function** 35:25 43:7
 77:11 150:12,18
 165:7 167:1,18
**functional** 38:13
**functionary** 20:20
 22:11
**functions** 25:11 43:17
 150:1,16
**fund** 1:11 63:23 64:3
 64:22 65:6,13 74:3
 80:9
**funding** 145:5 146:4
 154:14 257:20
**funds** 2:17 8:20 74:4
 183:22
**further** 26:25 149:1
 156:1 189:9 253:15
**future** 150:24

**G**

**G** 132:8
**G-R-A-V-A-M-E-N**
 229:25
**Garau** 5:10 9:4,4
**GDB** 76:14 77:6,11,15
**general** 30:1,7 32:13
 33:15 63:23 64:3,21
 65:6,12 80:9 150:9
**generally** 32:16 125:1
 125:11
**Geoffrey** 1:21 3:7 8:12
**getting** 13:15 50:12
 57:25 189:21
**give** 10:21 13:19,22,22
 33:12 49:11 55:19

Case:17-03283-LTS   Doc#:3734-16   Filed:08/03/18   Entered:08/03/18 13:49:22   Desc:
Exhibit P   Page 74 of 126

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 265

69:4 92:21 100:2
117:15 126:22
127:15 128:4,20
130:11 211:6 227:2
227:24 234:5,10
236:25,25 237:14
239:13 244:14 246:6
252:1
**given** 14:14 20:6 42:15
90:2,7 99:2 100:8
214:19 237:5 253:14
255:12
**glad** 240:15
**gladly** 232:20
**Global** 1:11,12 7:11
**Glory** 14:2
**go** 10:14 11:2,3 12:21
12:24 23:15 26:25
37:18 38:4 46:1
54:14 55:13 70:22
78:15,23 80:9 83:10
88:13 89:6 90:8,14
103:17 107:18 109:4
109:17 121:22
122:15 127:2 129:7
134:4 148:4,5,25
155:23 156:1 160:11
168:22 179:17 182:8
183:4 231:7 239:21
244:15,22 246:6
249:22 250:22
251:22
**goes** 80:14
**going** 10:6,12 12:14
19:1,19 20:16,23
25:1,14 29:19 30:11
30:12,13 31:2 32:24
33:11 35:13 41:4,6
41:10 47:2,4 49:1
51:2 52:13 53:23,25
54:12 56:1 58:23
62:4,21 77:19 79:7
99:5 103:17 109:17
109:22 112:15
115:18 116:8 128:14
129:6,7 130:1,4,6,15
131:18 140:4,9,17
141:2 143:15 148:6
149:22 150:9 154:10
159:19 168:21
169:13 171:8 182:25
199:12,16,21 200:11
200:22 201:25 216:6
219:1 221:22 223:20
238:14,19,20 241:11
252:3
**good** 12:3,7 33:20

41:15 62:10 130:4
133:4 251:23
**good-faith** 33:9
**gotten** 140:5
**government** 1:7 52:2
64:12,16 75:23 76:2
76:3,13 102:13
151:13,14,16 152:12
152:14,20 168:12
257:4 258:6
**graduate** 15:5,11,24
**graduating** 15:9
**grant** 189:10
**granted** 25:19,25 26:5
**gravamen** 204:11
228:12 230:2
**ground** 33:10
**grounds** 40:17,20
130:16
**group** 148:1
**guarantee** 205:23
**guaranteed** 204:15
205:1,2,8
**guarantees** 205:19

---

**H**

**H** 257:1 258:1
**Hacienda** 64:7 80:7
**Hackett** 4:14 9:25 10:1
27:12,13,14
**hand** 74:17 152:21
253:20
**handing** 103:10
**handle** 10:12 30:17
31:17 141:8 167:17
**handled** 174:17
193:18 250:18
**handling** 167:10
**happen** 119:18
**happened** 24:5,8 34:8
34:22,24 168:10
178:15
**happens** 12:24
**happy** 12:12 30:16
41:14 55:5
**hard** 12:9
**hardware** 98:9
**Hato** 29:12
**head** 179:6 183:1
**hear** 11:8,23 27:2,7,7
30:16 39:7 68:16
76:21 141:22
**heard** 18:15,21,24
57:16,19 62:17
63:22 66:18,20
71:14,16 73:22,24
76:7,22,25 78:2

79:18 142:8,12
163:3 164:13 176:4
176:8,10,12,18,23
177:2 184:19,21
**held** 7:12 183:22 184:8
**help** 127:22 128:5
181:19 202:21
**helped** 220:19 240:22
**helpful** 10:11,22 149:2
182:25
**Henry** 5:21 7:16
**hereinbefore** 253:11
**hereof** 169:17
**hereunto** 253:19
**Hi** 9:25
**hired** 24:17,19 28:7
**hold** 58:10 59:4,11
64:6
**holders** 50:9,24
**home** 13:25 202:4
**honors** 15:7
**hour** 13:1,2
**hour-and-a-half**
199:17
**hours** 106:23
**house** 230:5,5
**human** 195:1

---

**I**

**identification** 17:9
19:16 51:20,24 52:5
102:16,20,24 103:3
103:8 145:8,19
149:16
**identified** 40:15
**idiomatic** 21:7
**immediately** 151:15
152:14
**in-house** 9:4,13,17
86:5
**inaccurate** 32:8
**include** 62:11
**included** 171:11 172:7
**includes** 170:19 172:3
**including** 239:25
**inconsistent** 111:1
**incorrect** 45:7 46:6
**increased** 29:22
**Index** 6:15
**indicate** 164:2 226:1
**indicated** 23:2 160:25
163:18 187:18
217:20 218:10
**individual** 81:13,17
153:12
**individuals** 86:5
**inform** 231:3

**information** 86:8 98:4
98:7,16,18 100:23
101:9,24 127:9,15
175:5 178:2 195:7
195:21 208:25
211:13 214:20
258:13,14
**INSERTED** 258:14
**instruct** 89:6,7,24
116:15 129:7 130:1
130:5,15 131:10
195:9
**instructed** 131:9
195:10
**instructing** 111:8
128:2,3
**instruction** 86:10
**instructions** 128:15
175:9 254:1 258:18
**insurance** 81:12
**intend** 33:21
**intended** 129:19
157:23
**Interamericana** 15:17
**interest** 10:15 59:9,24
60:2,16,22 66:15,19
68:3 139:3,13,19
140:8,16 141:2
157:20 158:2,4,16
158:19 162:1,2
165:22 170:14
180:13,20 181:3
183:16,21 184:7,19
184:23 185:4 189:10
190:16,24 192:10
193:7,12 196:16
197:7,23 200:1
201:3 206:9,19
207:8 215:3 217:16
219:4,6 220:25
221:7,15,18 222:12
223:11 224:7 225:9
226:6 227:5,15
231:10 234:19 235:2
235:12,23 237:10
239:8 246:2
**interested** 207:19
253:18
**interests** 68:11 210:2
**internal** 46:12,18
85:21 86:25 87:21
88:22 91:22 94:22
98:6 105:18,20
107:11 122:17 174:7
174:10
**International** 4:16
**interpose** 41:10

**interposing** 40:25 41:1
**interpret** 66:25 67:25
68:25 119:25 161:22
180:18 184:1,12
191:20 209:1 222:2
**interpretation** 32:1
114:13,24 115:16,20
117:5,13 118:23
121:12 142:14 204:6
226:13 227:2,24
228:3 239:13
**interpretations** 119:11
236:24
**interpreter** 5:4,6,8
7:25 8:2 9:8,9 17:15
17:19 25:23 30:20
30:22 35:19,24
36:12,16,24 39:8
42:1,4,7 45:6 50:15
50:16,20 59:22 60:3
81:17 84:16,19 85:1
132:9,13,18,22
133:21,25 134:3,8
134:24 135:2,7
136:18 140:1 151:3
151:18 182:2,7,9
193:24 197:2 204:18
204:21,22,25 205:1
205:4
**interpreters** 132:5,7
132:17
**interrelated** 229:1
**interrupt** 112:9,21
126:20
**interrupting** 118:16
**Interruption** 68:13
174:18
**intervention** 36:14
**inventory** 49:12,21
**investment** 141:7
**involve** 114:16 115:20
119:11 120:18
**involved** 26:12 138:15
**involvement** 137:21
138:23 139:1 141:6
**involves** 114:7
**Isel** 3:14 8:16
**issuance** 136:5 164:25
215:23 216:15 226:2
240:3 250:3,8
**issue** 10:13 11:10
133:7 141:8,14,20
142:2 144:16 159:3
159:3 164:14,18,24
166:3 188:13 206:23
207:16 218:1
**issued** 55:2 133:9

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 266

155:9,13 203:24
**issues** 11:14 14:8
  32:11 33:5
**issuing** 134:16
**Ivan** 5:10 107:11
**Iván** 9:4

**J**

**J** 3:8,9 4:8 132:8,12
**J-I-M-E-N-E-Z** 132:19
**J-U-A-N** 132:24
**Jane** 1:25 5:16 7:19
  254:18
**janerose@janeroser...**
  254:16
**January** 74:7
**Jeffrey** 12:4
**Jimenez** 5:8 132:18
**job** 16:17,19 18:5,6
  23:22 24:14 27:18
  28:5 29:18 31:9
  34:16 35:2,4 39:15
  39:21 40:1,5,13,15
  40:16,23 41:18,20
  41:23 49:2 101:8,12
  121:17 165:2 215:9
**jobs** 37:13 154:18
**joined** 23:17
**Jones** 1:22 3:6 8:12,14
  8:16,22 12:5
**Jose** 37:24 38:3
  159:21
**Josefina** 2:20 8:18
**journal** 26:20
**Juan** 5:6 132:23
  133:19
**judge** 30:13 199:12,15
  238:19,22
**July** 78:8 79:24 82:15
  82:20 83:13,17,23
  84:3 88:19,20 93:20
  93:24,25 94:15,19
  168:11,15 251:11
**June** 154:3 168:17,18
  168:19,20

**K**

**keep** 20:8 55:5 109:17
  118:16 199:11
**keeping** 172:19
**kept** 167:23
**Kevin** 4:8 9:2
**kind** 18:10 55:21
**know** 12:16 20:13
  32:16 33:4 36:16
  44:8,11,22 53:20

54:13,23 55:24
  56:10 57:14 58:14
  62:17 65:2,5 66:4
  67:25 69:1,8,23
  70:11,20 71:21,23
  72:2,4,7,14,16,19,24
  73:8,12,16,20 74:20
  75:22 76:4 77:10,11
  77:13 78:14 80:14
  80:18 82:7 85:24
  88:19 89:14 90:13
  94:24 116:2 126:6
  135:4 142:13 147:13
  147:16 153:7 155:17
  156:2,10 160:24
  162:23 163:12,21
  164:12,22,23 166:6
  171:16 172:18
  177:25 178:5,7,10
  179:5 180:7,10
  184:21 191:16
  195:13,21 196:2,11
  198:7,12,16 201:6
  201:10,12 202:12
  204:3,6 205:22
  207:9 208:9 211:21
  212:11 213:11,20
  214:1,5,14 217:12
  218:3,14 221:16
  223:2,23 224:6,15
  224:18,24 225:2,4,8
  227:4 228:7,9
  229:15,18 230:17,24
  232:16 241:17 242:3
  242:9,18 243:16
  245:6,14,20 249:11
  251:7
**knowledge** 12:16 22:4
  23:3 38:13 70:11
  71:12,13 73:20 93:6
  96:8 111:21 113:13
  113:20 114:2,4,25
  115:14,16,18,23,25
  117:3,12,20 118:10
  118:11,24,24 124:4
  137:19 165:8 166:2
  174:23 196:11 200:5
  202:18 217:8 238:3
  251:9
**known** 205:5

**L**

**L** 2:6 8:1,5
**Lacks** 126:5
**language** 47:16,17
  161:14 226:4
**laughing** 238:16,17

**laughter** 68:16
**law** 56:5,8,12,15,16,17
  56:18,19,22,25
  57:11,11,15 70:4,6
  93:3 114:8 120:14
  120:19 121:8,13
  168:11,12 173:14
  175:12 250:23,25
  251:2,3,9,9,10,15
**laws** 175:19 242:11,13
**lawsuit** 14:18 51:7
**lawyer** 13:16,17 46:17
  46:18 91:22 93:11
  94:22 129:4 174:8
  174:10 211:6
**lawyers** 46:3 47:3,8,11
  104:18 105:23 107:6
  107:9,10 116:15
  127:1,15 129:11
  136:15 141:13
  144:16 147:23
  174:14,25 195:6,10
  212:12 220:4,7
  231:23,25 240:8
**Lead** 1:21
**learn** 68:10 69:3 70:16
  122:16 158:25 159:4
  159:5,12,13 174:2
  194:4,12 195:7
**learned** 174:24
**legal** 44:14,21 50:8,23
  51:9 56:21 57:8
  66:24 67:22,24
  68:25 69:8,21,23
  70:9,11,20 71:21,25
  72:2,7,12,19 74:11
  77:8 92:24,25 93:1
  96:19,22 97:11,16
  97:20 99:15,24
  100:8,9 101:10
  113:21 114:3,6,8,12
  114:12,17,24 115:14
  115:20,23 117:4,5
  117:12,20 118:22
  119:11,18,24,25
  120:1,9,12,21
  121:10,12 141:18,25
  148:2 152:23 153:5
  154:12 156:5,14
  157:5 161:17 162:8
  162:17 163:15,24
  170:22,24 171:15
  172:10 173:17,19
  175:17,24 180:9,16
  180:18 183:24 184:1
  184:10,12,21,24
  185:13,22 187:4,16

188:7,18 189:1
  190:5 191:2,10,18
  191:20 192:12 193:5
  193:7,14 195:17
  196:18 197:11,25
  199:1 200:3 201:9
  201:24 202:10 204:5
  206:11,23 207:11,13
  207:14,20 208:7,25
  209:4 217:18 219:13
  221:3,25 222:1,2,15
  223:13 224:10
  225:10,15,25 226:3
  226:7,10,18,21,23
  227:2,8,9,24 228:2
  229:4,11 230:8,15
  234:23 235:15,18,25
  236:3,6,16,17,24
  237:17 239:10,13
  241:20,21 242:8,17
  243:2 245:10,17
  246:9 247:11,13
  248:22,24 251:5
**length** 131:12
**Leon** 29:11
**let's** 11:24 17:3 23:15
  37:18 38:4 59:12,14
  68:18 78:15 79:4
  86:10 102:8 107:15
  109:4 117:7 121:23
  131:15 145:2,13,24
  148:4 149:11 155:23
  168:21,22 173:3
  179:17 182:8,16
  189:7 190:10,12
  199:20 200:8 202:19
  206:2 218:22 231:7
  239:21 240:19
  249:22 250:22
**Letter** 102:18 257:7
**letters** 144:17
**lien** 201:6,12 204:3,9
  204:11 205:22
  228:10,12,15,23,25
  229:2,6,9,15,21
  230:5,6,13
**liens** 190:16,25 201:3
  206:9,20 207:9
  215:3 217:16 219:4
  219:7 221:1,15,18
  222:12 223:11 224:8
  225:9 226:6 231:11
  234:20 235:13
  237:10 239:8
**lieu** 169:18
**life** 203:23
**limiting** 86:10

**line** 27:3 190:8 241:15
  256:1 258:15,18,22
**liquidity** 155:13,20
**list** 17:4,7 50:17 54:10
  257:16
**listing** 87:17
**litigation** 129:23,24
**little** 31:13 78:20
  168:23 251:19
**living** 13:20
**Liz** 107:9
**LLC** 1:12
**LLP** 2:5,19 4:7 255:4
**loan** 18:8 29:4 82:1
  203:16,20 230:10,12
**loans** 18:7,10,11,12,13
  18:16,22,23 19:3,4,9
  23:24 26:23 81:23
  82:2,2,3,4
**local** 129:22
**located** 15:18
**lodge** 78:24
**log** 129:2,12,19
**long** 12:21 23:22,25
  25:21 27:24 34:15
  85:13 90:24 134:5
  243:4
**longer** 218:20
**look** 13:15 22:17 52:11
  52:13,17,24 53:13
  71:1,4 72:23 74:13
  88:6,23 89:14,19
  90:4,8,15,21 92:3
  93:4,8,11 95:4,8
  98:2,11,22 99:6
  100:14,24 101:5
  103:22 107:15 117:7
  119:18 127:2 128:20
  129:22 130:21
  146:14 149:3,20
  160:5 168:21,22
  189:7 190:10,12
  200:20 206:2 210:16
  218:22 220:10 232:1
  240:11
**looked** 92:1 95:18
  213:12 220:19
  232:25 234:4
**looking** 42:23 48:1
  108:22 155:24
  209:15
**Los** 2:13
**lot** 8:9 178:24,24 179:8
  179:8 210:20 212:4
  212:5 220:14 222:18
  222:25 232:5 233:3
  234:11,12,15 240:15

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

**Louisiana** 3:10
**lower** 168:24 179:19
**Luck** 254:21
**Luis** 5:12 9:16 122:25
**lunch** 131:15,19

**M**

**M** 2:20 3:14 132:8
**MA** 4:17
**Ma'am** 132:20 198:12
  199:11 211:5
**machine** 98:19 99:1
**madam** 8:8 14:10 17:3
  51:14 68:20 89:11
  116:21 121:1 138:9
  173:4 183:7
**Madhu** 2:11 9:10
  46:21 107:8
**MAIL** 254:13
**mailed** 22:2
**Main** 254:20
**mainland** 106:1
**making** 18:8 111:9
  134:18 172:24
  177:21 224:2 230:12
**manage** 167:19
**managed** 87:20 97:16
  97:20 98:5 167:3,20
  218:10
**Management** 1:3 4:4
  76:8,17
**manager** 30:7 32:14
**managing** 25:11 98:7
  115:24
**manner** 10:25
**mark** 17:3 51:15 89:12
  102:8 116:20 129:8
  130:6 145:2,13
  149:11
**marked** 17:8 19:16
  51:19,23 52:5,9
  102:15,19,24 103:3
  103:7,16 145:7,18
  145:23 149:15
**marking** 41:6
**marriage** 253:17
**Marte** 5:21 7:16
**master's** 15:12,16,21
  15:25 16:5
**materials** 87:18
**matter** 7:10 122:13
  129:21 169:25
  182:22 209:2 253:18
**matters** 12:19 115:19
  119:10 219:13
**McKeen** 2:6 9:6,6
  10:10,15 14:22 18:1

20:23 21:6,16 22:15
  22:24 24:10,21
  25:14,18 26:1 28:12
  29:2 30:3,17 31:11
  31:13 32:4 33:18,21
  34:23 35:3,7,21
  36:25 39:6,18,22,23
  40:1,4,8,12,19 41:8
  43:2,9 44:9,13,20
  45:2,16 46:6,8,10
  47:21 48:11,19,22
  49:4,15,17,20,25
  50:4,11,14,22 55:10
  55:15 56:20 57:1,7
  59:12,17,19 60:11
  60:19 61:3,6,12,18
  62:14 64:14,23 65:7
  65:14,23 66:23 67:5
  67:13,21 68:5,12,14
  68:23 69:6,12,20
  70:8,17,23 71:24
  72:5,11 73:1,6,10,18
  74:10 75:3,11 77:7
  77:17 78:17,22 79:3
  79:11 80:11,20 83:4
  83:24 84:6,11,13
  86:1,14 87:24 88:8
  88:24 89:2,7,21
  90:16 91:5,13,19
  93:22 94:3,13,21
  96:3,13,21 97:7
  98:24 99:22 100:5
  100:16 101:1,20
  102:5 103:10 106:16
  108:6 109:11,13
  110:1,25 111:19
  112:3,5,6,7,9,12,16
  112:19 113:4,18,25
  114:10,18 115:5,10
  115:21 116:5,12,25
  117:9,17,25 118:4,8
  118:15 119:14,20
  120:3,10,20 121:9
  122:2,10 123:6,15
  123:22 124:9,18
  125:3,12,20 126:4
  126:19 127:16 128:6
  128:22 129:9,23
  130:2,15 131:3,7,14
  133:1,10 134:13,19
  135:1,23 136:4,8
  137:4,8,17,23 138:5
  138:20 139:4,15
  140:12,20 141:9,15
  141:21 142:3,6,10
  143:25 144:18,24
  147:3 148:8,13,21

149:2,10 150:13,20
  151:8,21 152:22
  153:4,17 154:2,11
  155:2,7,15 156:4,12
  157:4,12 159:7,25
  160:8,21 161:6,16
  161:20 162:7,16
  163:5,14,23 164:8
  164:19 165:4,19,25
  166:16 167:7,15
  168:7,25 169:3
  170:3,21 171:14
  172:9,12,13,15,21
  173:16 174:6 175:2
  175:16,23 176:7,14
  176:19 177:13,23
  178:17,22 179:14
  180:8,15,21 181:13
  181:23 182:12,20,24
  183:23 184:9 185:12
  185:21 186:11 187:3
  187:15,23 188:6,17
  188:25 190:4 191:1
  191:9,17 192:11,20
  192:24 193:4,13
  194:14,19 195:8,23
  196:4,9,17,23 197:9
  197:24 198:8,13,17
  198:20,25 199:7,10
  199:14 200:2 201:8
  201:13,23 202:9,23
  203:8,17 204:19
  205:9,17,24 206:10
  206:21 207:10,22
  208:6,17,23 209:7
  211:7,11 213:4,13
  213:22 214:7,16
  215:6 216:2,22
  217:4,17 219:19
  221:2,19,24 223:4
  223:12,25 224:9,16
  225:11,17 226:8,19
  226:25 227:6,16,22
  228:5,17 229:3,10
  229:16,23 230:7,14
  230:25 232:17
  233:10,14,20 234:7
  234:22 235:6,14
  236:2,20 237:12,16
  237:24 238:10,24
  239:9 241:6,19
  242:7,16 243:1,9,15
  244:17 245:9,16
  246:8 247:2,10,24
  248:8,21 249:7
  251:4,25
**McKeen's** 61:8

**mean** 18:25 21:5 25:11
  26:16 46:5 54:13
  60:1 66:22 67:19
  70:2 71:18 74:1 78:5
  79:21 82:1 104:6,8
  114:7 134:25 142:25
  143:13,14 155:3
  169:16 185:11,19
  186:10,21 204:12,16
  227:17,21 228:4,15
  229:19 233:19
  248:20
**meaning** 142:13
  156:15 185:3 227:14
  229:19
**meanings** 135:9
**means** 21:8 42:5 44:19
  67:4 69:11 74:2
  135:9,11 184:23
  222:3 225:9 228:10
**meant** 57:9 63:3
**meeting** 30:12 106:11
  107:13 159:22
**meetings** 47:5 105:23
  105:25 106:21,23
  107:7
**member** 152:15
**members** 19:7 20:21
  151:20 152:19 153:3
  153:9
**memo** 94:7 159:23
**memorandum** 90:2
  93:15 94:20
**memory** 71:2 74:14
  80:23,24 110:24
  123:25 124:2 137:2
  164:10 166:19 179:2
  210:22 220:17
  232:11
**mention** 221:10
**mentioned** 70:19
  86:13 95:18 162:21
  224:21 250:22
**mentioning** 251:2
**mercy** 252:1
**Merit** 253:7
**met** 106:20
**method** 161:4,9
**Miami** 2:24 3:18
**Michael** 4:14 10:1
  27:14
**microphone** 10:7
**middle** 23:9
**mine** 27:15 203:5
**minute** 59:14 247:18
**minutes** 126:23
  251:23

**Misstates** 114:19
  115:6 124:19 175:3
  225:18 236:21
  247:25 248:9
**mistranslation** 33:11
**mom** 203:5
**moment** 146:7 186:6
  186:20
**Monday** 106:15
**money** 65:9,12 75:1
  83:22 154:8,19,24
  168:2,6 177:11
  202:21 203:6,11
  246:18
**monies** 83:1 184:8
**month** 85:16,18,18
  105:1,4
**monthly** 165:11 167:2
  171:4,20 173:25
  181:11 183:15
  209:13 215:18
  216:16,19 221:8
  235:3
**moratorium** 168:11
**morning** 12:3,7
**mortgage** 201:19,21
  202:2,7,14 203:24
  228:13,15,21,24
  229:1 230:4,5,19
  231:4
**mortgages** 230:20,24
  231:3
**motion** 238:21
**motives** 182:1
**move** 10:7 32:23 33:3
  221:23 226:16
**multiple** 182:13
**municipalities** 63:16
  63:20 151:15 152:13
**mute** 27:3,10 68:15
**muted** 27:13
**Myers** 2:5 9:7,11 255:4

**N**

**N** 2:1 3:1 4:1 5:1 132:8
  132:12,12,12 257:1
  258:1
**N.W** 3:10
**name** 7:16 13:23,24
  22:21 23:6 43:5
  55:19 58:4 80:18,23
  80:24 81:3,3 85:22
  132:21,22 159:20
  163:7 195:2 234:3,5
  244:14
**names** 22:17 47:1
  132:17

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

**near** 169:10
**necessary** 136:17
**need** 11:15 12:21 13:1
  32:2 35:23 55:8
  80:22 112:20 129:12
  132:17,20 136:12,14
  150:2 152:3 196:24
  207:25 208:18
**needs** 35:21
**never** 104:5 142:8
  176:12
**new** 1:20,20 4:10 5:18
  5:18 7:3,3,13,13,19
  7:19 13:19 78:7
  84:20,20 106:7,11
  106:21 107:7 132:5
  164:25 166:13 253:3
  253:4,8
**Newport** 2:7,8
**nine** 103:6 257:15
**Nodding** 12:13 60:24
  100:13 104:7 109:19
**noise** 27:2,8,11 174:20
**non-commonwealth**
  63:11,15
**normal** 230:23
**Nos** 145:6,17 257:21
  257:24
**notary** 253:8 254:3,5
  255:24
**noted** 7:21 255:15
**notes** 125:16
**notice** 6:13 45:22
  90:11,14 102:11
  107:18 116:4 148:5
  255:1 257:2
**nouns** 14:7
**November** 21:15,19
  22:6,14,23 23:13
  38:14,18
**number** 7:8 44:6 53:3
  109:23,25 111:18
  113:11 116:23,24
  117:7,8 122:1,16
  148:6,7 149:21,24
  149:25 172:19
  199:21 206:3 208:21
  209:17,24 210:6,14
  210:18 212:8,22
  214:5 217:3 218:22
  219:11 220:1,8,12
  220:20,24 221:10
  231:8,21 232:3
  233:1 234:5,17
  236:19 239:5,21,22
  240:7,13,18,23
  241:15 248:16

  249:23
**numbered** 107:24
  109:8,20 179:19
**numbers** 168:23
**NY** 4:10

_____

**O**

**O** 8:1,1,5,5,5 132:8
**o'clock** 126:20
**O'Melveny** 2:5 9:7,10
  13:9 46:14,20 47:8
  93:3 255:4
**oath** 7:24 132:7
**object** 11:12,20 20:23
  25:14 33:10 41:4
  45:10 86:1 112:25
  122:3 199:1
**objected** 32:7 40:17
**objecting** 30:10 33:16
**objection** 11:24 14:22
  18:1 21:16 22:15,24
  24:10,21 28:12 29:2
  30:3 31:25 32:3,12
  33:8,12,15 34:23
  35:3,7 39:18,22
  40:18,20 41:5 43:2,9
  44:9,13,20 45:2,15
  47:21 48:11 50:4
  56:20 57:1,7 62:14
  64:23 65:7,14 66:23
  67:5,21 68:5,12 69:6
  69:12,20 70:8,17,23
  71:24 73:1,6,10
  74:10 75:3,12 77:7
  77:17 78:24 80:11
  80:20 83:4,24 84:6
  87:24 88:8,24 89:21
  90:16 91:5,13,19
  93:22 94:3,13,21
  96:3,13 98:24 99:22
  100:5,16 101:1,20
  102:5 106:16 110:1
  110:21 111:19
  114:10,18 115:5,10
  115:21 116:5,12
  117:17 118:17
  119:14,20 120:3,10
  120:20 121:9 123:6
  123:15,22 124:9,18
  125:20 126:4 127:16
  128:6,22 131:3
  133:10 134:13
  136:25 137:9,17,23
  139:15 140:12,20
  141:9 142:10 143:25
  144:18,24 147:3
  150:13,20 151:8

152:22 153:4,17
  154:2,11 155:2,7,15
  156:4 157:4 159:7
  159:25 160:8,21
  161:6,16 162:7
  163:5,14,23 164:8
  164:19 165:4,19,25
  166:16 167:7,15
  168:7 170:3,21
  171:14 172:9 173:16
  174:6 175:2,16,23
  176:7,14,19 177:13
  177:23 178:17,22
  179:14 180:8,15
  183:23 184:9 185:12
  185:21 186:11 187:3
  187:15,23 188:6,17
  188:25 190:4 191:1
  191:9,17 192:11,20
  193:4,13 194:14,19
  195:8,23 196:4,9,17
  197:24 201:8,13,23
  202:9,23 205:9,17
  205:24 206:10
  207:10,22 208:6,17
  208:23 209:7 211:7
  211:11 213:4,13,22
  214:7,16 215:6
  216:2,22 217:4,17
  219:19 221:2,19,24
  223:4,12,25 224:9
  224:16 225:11,17
  226:8,19,25 227:6
  227:16,22 228:5,17
  229:3,10,16,23
  230:7,14,25 232:17
  233:10,14,20 234:7
  234:22 235:6,14
  236:2,20 237:12,16
  237:24 238:10 239:9
  241:6,19 242:7,16
  243:1 244:17 245:9
  245:16 246:8 247:2
  247:10,24 248:8,21
  249:7 251:4
**objections** 30:18
  33:22 41:1,2,10,13
  68:23 72:5,11 73:18
  112:3,21 113:18,25
  116:25 117:9,25
  118:4,8 122:10
  125:3,12 138:5,20
  139:4 141:15,21
  142:3 156:12 157:12
  161:20 162:16
  172:16,20,24 196:23
  197:9 198:8,20,25

  203:8 206:21 243:9
  243:15
**obligated** 242:2,5
**obligation** 49:9 55:25
  56:2
**obviously** 31:14
**occupied** 23:12
**occurred** 86:4 240:2
**occurring** 11:6
**October** 1:19 7:14
**off-line** 32:11
**offer** 50:19 111:5
  182:21
**offered** 44:2 110:20
  136:23 191:15
**office** 28:11,21 39:1,5
  143:12,14,14,19
  146:24 147:1,8,25
  149:5 195:1 212:5
**Offices** 254:19
**official** 142:9,17
  143:19
**officials** 21:13
**oh** 104:10 109:10
  132:22 134:24
**okay** 13:25 16:20
  17:17,21 18:4,25
  19:2,8 20:10 23:6
  25:2 27:16 30:5 31:8
  34:15 35:14,20,24
  36:12 38:10,21 39:8
  39:12,21 41:7 43:25
  46:17 54:22 55:11
  56:1,2,12,14 57:13
  58:3,14,21 61:6,8,20
  61:20 62:4 63:6
  64:21 65:5,19 66:1,4
  66:5 67:15,19 71:14
  79:1 80:3,5 81:2
  83:8,18 85:3,8,20
  87:7 97:17 104:22
  106:20,20 108:19,23
  109:3 111:14,24
  113:15 131:6 133:2
  135:15 136:18
  137:13 139:12
  140:24 141:1,6
  143:23 148:4,16
  149:11 150:8 151:1
  154:18,24 155:12,23
  161:13 165:2 166:14
  169:13,24 170:6
  181:5 186:10,17
  189:25 190:10
  193:25 196:13
  197:18 199:6 200:8
  200:17 201:18

203:23 204:2 205:3
  206:2 207:19 208:14
  209:15 210:23
  215:14 216:17 217:2
  217:11 219:25 222:9
  225:7 229:2 238:18
  239:21 241:11
  242:21 243:6 244:7
  244:14 245:6,14
  246:4 247:8 249:4
  249:19 250:22
  251:13
**old** 98:18
**once** 52:12 119:10
  246:25 254:9
**ones** 48:16 53:1,8
  54:11 81:9 84:9
  94:17 99:25 101:22
  104:4 134:17 143:21
  147:17 171:19
  195:18 211:21 212:2
  212:21 213:1,7
  233:7,24 236:8,10
**open** 165:9,18
**opened** 75:13,14
  80:16
**operated** 65:16
**operation** 25:5
**operational** 25:6
  121:14 168:1 171:3
  250:21
**operations** 25:8,10
  26:21
**opinion** 144:16
**opinions** 219:4 222:10
  222:15,23 223:3
**OPPORTUNITIES** 1:11
**opportunity** 11:11
  103:22
**opposed** 188:16
**order** 103:11 156:17
  156:21
**org** 40:9
**Organigrama** 19:15
  257:18
**organization** 22:5 38:8
  38:10 42:24
**organizational** 38:5
**organizations** 16:9
**organize** 25:12,24
  26:3
**original** 56:18
**outcome** 253:18
**outside** 16:4 93:11
  105:17 110:6,19
  111:4 112:4,24
  113:1 135:24 136:22

Case:17-03283-LTS   Doc#:3734-16   Filed:08/03/18   Entered:08/03/18 13:49:22   Desc:
Exhibit P   Page 78 of 126

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 269

137:10,24 139:16
141:10 142:6,11
153:6 155:16 156:5
164:20 165:5 170:20
171:12 172:3,8
174:13 177:24
202:10,23 203:17
230:15
**oversight** 1:3 4:3 7:10
9:18 10:2 76:8,16,18
76:23 77:24
**owed** 249:5
**owned** 201:18
**owner** 202:5
**owns** 230:6

---

**P**

**P** 2:1,1 3:1,1 4:1,1 5:1
5:1
**P-A-Y-G-O** 78:3
**p.m** 131:18,19 132:2,4
200:11,15 252:3,4
**page** 6:7,11,13,15 17:8
19:16 107:24,25
109:4,10,11,12,13
109:15 110:16
148:25 152:5 168:22
169:5 179:18,21
256:1 257:2,17,19
258:1,15,18,22
**pages** 51:19,23 52:4
91:4 102:14,19,23
103:2,6 149:15
255:10 257:6,8,11
257:13,15 258:2,4,8
258:11
**paid** 59:24,25 60:15,16
60:22 140:9,17
141:2 158:18 168:2
168:14 169:16 170:8
188:1 210:11 243:23
247:16
**paper** 107:19,20
**papers** 178:24 179:11
179:12
**paragraph** 148:19
149:21,22 189:7
190:12 193:3 195:21
196:3 200:20 226:10
226:12,17
**Parque** 14:2
**part** 22:1 24:19 25:20
26:2 32:12 41:24
47:19 53:19 57:25
63:8 70:12 84:15
88:12 143:11,19,21
144:23 148:1 151:18

152:19 154:25
156:18 162:1 173:19
219:17 226:7 235:25
245:8 246:5,19
**participate** 151:7
**participated** 242:24
243:7
**participating** 9:15
11:20 27:1
**participation** 139:21
**particular** 10:20 49:7
110:3 220:18,22
**particulars** 131:11
**parties** 110:10 111:11
149:7 253:16 254:11
**partner** 12:4
**parts** 53:15,17 56:25
120:16 160:13
**passed** 57:17 251:15
**passes** 13:2
**Pause** 151:25 180:25
182:19
**pay** 59:9 79:25 84:9,21
139:3,19 154:10
156:17,22 158:1,1,3
158:15,18 167:2
170:14 243:14,24,25
246:2
**payable** 169:19
**paygo** 78:2,7 79:19,21
81:6 82:10,13,23
83:2 84:8,21
**paying** 161:4 168:5,9
**payment** 36:7,14
154:15 156:25
157:18 165:21
168:18 171:5,20
173:11,22 180:20,20
181:3 183:16 184:3
184:16 185:8 186:2
186:14,25 187:10,19
188:10,21,22 189:3
205:19,23 210:2,3,3
215:11 216:11,16,18
217:21 221:8 227:10
235:2,8,19,22,23
237:2 247:7 248:3
250:13
**payments** 121:18
154:22 156:24
159:14,15 160:7,13
161:25 166:3 171:4
175:8 176:5,13,24
180:14 216:16 221:5
223:17 235:3 239:15
246:2
**payroll** 36:7,9,11

**pending** 13:14
**pension** 20:21 41:25
42:2,5 45:4 55:25
56:2 78:11 84:22
145:5 146:4 154:9
257:20
**pensioned** 78:12
**pensionistas** 150:25
**pensions** 19:5 25:11
42:16,16 83:23 84:5
121:18,20 150:23
154:15
**people** 8:9 19:5 23:2
42:16 45:13 58:9,10
59:1 63:6 91:12,15
94:8 121:18 134:15
135:3 139:23 150:25
157:1 181:20,24
182:13
**per'fect** 67:14
**percent** 90:18
**percentage** 153:11,15
153:21
**Perez** 3:14 8:16,16
**perfect** 67:11 219:3
220:24 221:14,17
223:10 224:6 226:5
**perfection** 68:3 219:5
222:11
**perfections** 68:11
**period** 28:10,17,19
**permitted** 33:13
**Perra** 4:8 9:2,2
**person** 22:12 30:10
86:21 91:21 105:8
105:11 116:7,9,11
129:5 130:24 202:4
230:12
**person's** 85:22
**personal** 18:11 19:9
20:22 21:4 29:23
46:4,5,11 81:24 82:3
203:1 204:8 205:11
205:11,15 227:14,18
227:20
**personally** 93:6,9
97:17,23 98:1,10,11
98:22 99:6 100:14
102:4,6 110:5
**personnel** 95:1 134:17
134:21 193:18,18
218:18
**pertains** 89:4
**phase** 226:10
**phone** 2:9,14,25 3:12
3:19 4:11,18 9:15,15
9:19,24 10:4 27:1,10

27:13 174:20
**phoned** 195:13
**phrase** 38:8 54:24
62:5,18 63:4,13
71:14 73:22 78:2
134:21 164:13
170:17 177:7 225:8
**phrased** 118:19
**physical** 92:4,6,9,11
**physically** 106:6
**piece** 90:3 107:19
**pieces** 107:20
**place** 4:16 19:19
156:24 159:3
**placed** 145:11,22
149:19
**placing** 20:11 52:8
103:15
**Plaintiff** 1:9
**plaintiffs** 9:1,3
**play** 77:15
**Plaza** 3:16
**please** 7:23 9:20 12:10
12:15 16:24 17:2
20:18 22:18,20
27:10 28:14 29:20
30:15,19 45:16 46:8
46:9 48:19 49:11
51:15 59:21 60:10
65:11 68:16,19 75:6
79:4,6 84:18 89:12
103:16 108:14,19
112:9,11 114:21
132:6 133:16 138:7
139:6 146:15 149:20
173:4 179:18 182:17
183:7 191:7,15
192:5,23 193:2
200:1 208:14
214:24 223:9 225:18
232:24 234:3,17
239:5 245:24 249:9
254:7
**pledge** 189:9 248:25
**pledged** 65:20 161:15
161:18,22 162:5
231:11 234:20
235:13 236:13
237:10 239:8 245:8
245:14,22 246:5,19
247:1,8,20 248:6,19
**plenty** 112:16
**PM** 5:7,9
**POB** 89:18 95:2,5,7,9
95:13,13 98:5
**Pocha** 2:11 9:10,10
**Pocha's** 110:16

136:20 148:17
**Pocho** 46:21
**point** 13:3 43:22 53:19
146:8 147:15 251:24
**political** 21:8,13
134:23 193:20,22,24
195:2 218:11,19
**Ponce** 29:11
**Popular** 74:9 75:10
82:9,24 83:3
**portion** 188:1
**position** 22:12,21
23:12 24:4,15 28:23
34:4,19 35:4,8 38:18
39:12 43:1,3,5,7,16
43:21 49:5 68:4
112:1 129:11,17
**possible** 33:19 55:6
**Post** 129:23,24
**potentially** 32:10
**PR-ERS** 145:7,17
257:21,24
**practically** 226:9,17
**practices** 231:9
239:24 240:1 249:25
250:2,4
**pre-petition** 75:17,20
**pre-petitioner** 75:9
**prefer** 19:21 35:6
58:11 63:13,18
**preparation** 53:9,10
107:13 123:3 127:9
129:14,20 146:11,20
234:12
**prepare** 21:21 38:15
88:3 105:23 121:25
122:9 125:25 127:3
127:22 128:19
129:13 130:13,20,21
209:16,23 210:5,13
210:17 212:8 220:1
220:7,11 231:20
232:2,25 234:4
240:6,12
**prepared** 88:1 109:24
111:17 113:10,16
114:15 129:4 130:12
141:19 142:1 219:10
240:23 241:2
**preparing** 68:8 70:14
126:10 127:1,13
128:21 130:10
212:21 220:20
**present** 5:3 8:10 41:19
43:1 107:6,12
**presented** 46:2 92:23
**presenting** 21:18

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

preserving 137:8
prevent 172:24
previous 32:20
previously 114:23
principle 114:8
priority 190:14,22
  192:8 201:1 206:7
  206:18 207:7 215:1
  217:14
privilege 129:19
privileged 49:13 86:7
  89:1,3 128:24 129:1
  129:2,3,6
probably 238:23
problem 13:16 55:12
  109:14 172:22,23
problems 14:8
procedural 44:6
procedure 11:13
proceed 10:13 11:24
  79:12 132:25
proceeding 10:25
proceedings 8:4
  132:11,15 151:25
  180:25 182:19 252:4
proceeds 138:3
  161:15
process 96:16 97:8,15
  97:20 101:9
processed 59:6
produce 115:19
produced 147:23
producing 116:3
product 49:10,15
  128:24 129:12 130:3
  130:17
production 87:9 145:6
  145:17 257:21,24
  258:15
professional 16:3,8
proper 41:2 189:13
  190:1
properties 161:18
property 65:20 161:22
  162:5 202:5,8,20,22
  203:1,4,7,12,21
  205:14 231:11
  234:20 235:13
  236:13 237:10 239:8
  245:8,15,22 246:5
  246:20 247:1,9,21
  248:7,19
propounded 255:13
Proskauer 4:7 8:25 9:3
  10:1 13:8 46:15,24
  47:11 93:7 107:9
protect 97:9 99:13

protecting 96:17
provide 32:25 154:9
  155:13,20
provided 20:3 74:7
  96:6 197:8
public 16:10 253:8
  254:3,5 255:24
Puerto 1:1,4,8 2:17
  8:19 14:24 15:6
  23:20 29:12 52:3
  62:12,23 63:23 65:6
  70:5 77:1 102:14
  105:25 106:6 189:15
  190:3 257:6 258:7
purchase 202:22
purpose 41:9 154:7
  156:2,11
purposes 203:21
pursuant 169:20
  190:13,21 192:7
  200:25 206:6,16
  207:5 214:25 217:13
pursue 15:10,24
put 9:20 24:6 32:2 60:7
  82:18 83:8 99:12
  129:1 157:16 172:15
putting 20:1 81:2
  127:20 230:22

——————————
          Q
——————————
qualifications 16:8,13
question 10:20 11:1
  12:17 13:13,18,20
  22:20 24:12 28:13
  39:25 40:21,25
  43:11 51:3 52:12
  62:25 63:2 64:25
  65:11 68:19,21,22
  72:9 73:5 77:12
  79:13 82:18 83:6
  86:2,7 89:22,25
  97:22 98:10 100:18
  101:3 102:3 103:17
  108:13 111:4 112:23
  113:1,8,13,21,23
  114:21 116:13,18
  118:12 120:25 121:3
  122:6,8 125:9,10
  127:18 128:7 130:7
  133:16 135:24
  137:10 138:7,8,10
  139:6 150:15 152:25
  156:8 157:8,17
  160:19 163:1 167:4
  170:6,16,17 171:8
  172:5,14 173:3,5,6
  183:4,8,10 185:2

187:6 192:4,5,16
  194:8 196:6,25
  197:4,18,19,20
  198:15 199:4,9,22
  202:20 206:25 207:4
  207:15,24 208:19
  209:22 211:9 215:5
  216:4 217:7,9
  221:16 224:2,19
  229:13 232:23 237:7
  238:1,7,7,12,15
  239:4 243:4 244:19
  245:12 246:11
  248:18 249:9
questions 12:9,14
  13:21 47:5 55:7 68:4
  85:9 89:8 110:18,23
  111:9 112:4 113:20
  114:2 115:3 118:18
  121:23 136:21 137:1
  149:23 150:9,10
  208:12 214:1,10,21
  236:18 255:12
quick 30:23
quicker 78:20
quickest 79:15
quickly 54:15 55:14

——————————
          R
——————————
R 2:1 3:1 4:1,14 5:1 8:1
  8:1,5 132:8,8,12
  253:1
R20 14:2
read 6:13 35:23 53:11
  53:13,15,18,21
  57:21,24 59:19 60:9
  60:11 68:22 97:5
  101:18,22 108:17
  120:8,14,16 121:3
  130:13 138:10
  142:21 149:21 150:2
  150:3,5 159:6
  160:17,24 169:13
  173:6 179:23 180:3
  180:5 183:10 189:18
  189:19 200:22 219:1
  233:15 255:1,10
reading 101:12 189:24
  206:13 238:19
ready 57:25 132:25
  189:21
real 30:23 201:18,19
  202:20,22
real-time 33:1,6
realize 161:25
realized 156:25 159:19
  180:19 186:1

really 27:24 28:2 32:5
  45:12 129:10 230:23
Realtime 253:7
reason 12:16 27:6
  155:12 256:1
reasons 238:25 239:2
recall 48:23
receipt 235:20 254:8
receivable 249:12,15
  249:17
receivables 249:5
receive 15:2 42:17
  64:11 166:2 171:1
  180:13 181:9 183:13
  242:21 248:12 254:9
received 16:17 51:12
  61:2,4 82:15,17
  91:24 101:22 139:22
  140:22 141:4 158:18
  161:25 167:25
  170:12 171:19 173:9
  173:24 174:3 185:16
  185:16 186:25 187:9
  188:1,10 191:23
  200:6 209:11 210:4
  215:19 221:7 223:16
  235:1,9 237:2
  239:16 240:1 241:24
  246:1,22,25 247:6
  247:15 249:1 250:12
  250:20
receiving 36:22
recess 31:3 79:8
  131:19 200:13
recognize 22:10 38:15
  52:25
recollect 27:23
recollection 24:2 28:1
  34:17,20 48:2,6,10
  48:24 49:8 89:17
  93:20,24 94:15,19
  95:17 104:3 105:16
  107:5 129:16 258:17
record 7:22 8:10 11:12
  11:16 20:24 25:15
  31:2,5 32:2 33:1
  41:7 50:12,23 59:20
  60:12,12,20 61:13
  61:19 65:24 78:16
  78:23 79:7,10 84:17
  103:14 108:7,7
  110:9 111:2 112:13
  118:15 122:3 131:18
  132:4,16,21 134:20
  137:9 169:14 172:16
  172:25 181:13 182:4
  182:14 200:12,15,23

219:2 249:15 252:3
  253:13
recording 51:5
refer 26:19 34:25 35:8
  62:21 76:3,10 96:4
  109:9 130:23 139:10
  210:24 241:22
  243:17
referred 134:22 185:15
referring 23:19 25:9
  54:23 56:7 75:4,8
  106:2 114:12 134:15
  136:10 153:9 155:9
  156:22 163:7 165:7
  168:9 175:19 198:2
  202:25 209:9 250:7
reflect 103:15 111:10
reflected 108:10
reflects 60:13 110:11
refresh 48:2,5 71:2
  74:13 80:23 123:25
  124:2 129:15 164:9
  166:19 179:1 210:21
  220:17 232:11
refreshed 48:10,24
  49:7 258:16
refunds 26:24
refuse 33:16
refusing 49:18,20
  116:17
regarded 248:25
regarding 110:13
  219:5 222:11 224:20
  231:9 237:9 239:7
  239:24 249:25 250:4
registered 31:25 253:7
regularly 193:17
Regulations 36:18
reimbursements
  26:24 42:13
related 50:10 89:17
  95:13 98:5 99:12
  153:18 190:14,22
  191:22 192:7 195:17
  200:25 206:6,17,25
  207:6 210:2 215:1
  216:14 253:16
relating 191:11 193:11
  217:14
relay 89:23
relied 212:21
remained 154:1
remember 12:17 22:2
  26:13 28:3 37:22
  38:20 47:23 53:8
  71:6,9 72:22,23
  74:23,24 85:19

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 271

86:13 87:2 90:11,23
90:25 91:3,7,10,14
91:16,20 92:19 95:3
104:19,25 105:8,10
105:21 107:2 123:13
123:20,24 124:7,14
124:17,25 125:6,10
125:14,22 126:2
144:12 164:6 187:11
189:23 222:22 223:6
223:6 232:24 233:8
240:24 241:3,4,9
247:22 250:24 251:1
**remissions** 36:22
**remit** 181:12
**remittance** 181:12
**remitted** 215:11
**remotely** 129:5
**repeat** 12:11 22:19
28:13 62:24 65:10
68:18 72:16,17
79:13 89:23 120:24
133:15 138:6 140:4
140:13 156:7 167:9
183:3,7 194:7 243:3
**repeated** 140:6 205:4
216:25
**repeating** 40:24
**rephrase** 96:25
**replace** 77:6
**replaced** 77:10,11
**report** 37:18,20,23,25
38:3
**reported** 38:22
**reporter** 5:20 6:11
7:17,23 8:8 14:6,10
17:2,3 51:14 52:10
68:20 89:11 116:21
121:2 132:6 135:6
138:9 145:23 173:4
182:11 183:7 253:7
**Reporting** 1:25 5:16
7:19 254:18
**reports** 42:18
**represent** 8:13,15,17
12:5
**representative** 1:5 4:4
**represented** 13:4
108:25
**representing** 8:11,22
**request** 9:19 10:23
19:6 32:19 87:12,22
**requested** 135:6
143:10,21 182:11
**requesting** 96:18
97:10
**requests** 87:9 258:13

258:15
**require** 244:11,22
**required** 33:8 121:8
254:4,5
**reread** 68:20 121:1
173:3,4
**reserves** 112:24
**resolution** 57:17 58:5
58:8 143:3,6 145:3,6
146:5 155:24 156:3
156:11,15 157:3,11
160:6,12 161:14
162:5 163:13 170:19
172:2 179:18 190:14
190:17,22 192:7
193:11 211:14,18,24
231:12 234:21
237:11 257:21
**resolutions** 236:13
**resolve** 33:5
**resolving** 11:14 32:10
195:1
**respect** 100:3 110:6,9
117:16,23 118:25
134:20 164:17 218:1
**responded** 214:9
**response** 10:5 11:22
116:3 214:5
**responsibilities** 18:5
24:24 25:4 27:19
28:5 29:22 35:11,16
40:13,23 41:18
45:20
**responsibility** 18:6
27:20 154:21 215:17
215:24 216:11
217:20,21
**responsible** 42:17
134:17
**responsive** 195:21
**result** 125:24
**retired** 36:3 150:24
**retirees** 80:1,1 84:23
84:25 85:2 150:25
**retirement** 1:6 23:20
36:6 41:25 42:6,7
45:4 51:10 52:1
77:21,23 84:5
102:12 167:1 181:8
183:12 209:10 210:1
257:4 258:5
**retranslate** 31:16
**return** 254:7,13
**reveal** 86:3,15 116:13
**revealing** 86:7,17
128:7

**revenue** 162:24 163:4
163:10,12
**revenues** 64:22
**review** 57:23,24 97:18
142:23 143:1 144:11
162:11 166:21 212:2
212:3,5,18 232:12
232:13,21
**reviewed** 49:22 142:25
195:4 210:8 212:8
212:14,19,24 233:7
233:25
**reviewing** 52:16 53:5
103:20 105:7 108:20
146:2 150:4
**reviews** 212:4
**revise** 42:14,14
**revised** 21:19 142:22
142:24
**revising** 29:24
**Rey** 29:12
**Rico** 1:1,4,8 2:17 8:20
14:24 15:6 23:20
29:12 62:12,23
63:23 65:6 70:5 77:1
102:14 105:25 106:6
189:15 190:3 257:6
**Rico's** 52:3 258:7
**right** 13:12 16:14,15
19:6 23:23 31:4 33:6
40:3 56:3 66:4 79:5
112:25 124:6 134:9
135:2 143:23 155:23
208:21 227:15
232:16 234:2 237:5
241:5 243:8 247:18
248:5
**right-hand** 23:10
168:24 179:19
**rights** 180:13 239:25
241:12,17
**RMR** 253:24
**road** 54:14
**Roger** 5:8 132:18
**role** 44:25 77:15
120:12 133:13,17
138:2
**room** 8:9 11:8 27:4
30:19 181:24 211:2
**Rose** 1:25 4:7 5:16
7:19 8:25 9:3 254:18
**rule** 44:6,8,12,19 45:1
48:21 102:11 129:22
257:2
**rules** 33:14
**Ryan** 3:8 8:14

| **S** |
| --- |

**S** 2:1 3:1,7 4:1 5:1 8:1
8:1,5 132:12,12
254:20 257:1 258:1
**S-A-N** 132:24
**sake** 41:1
**salaries** 153:11
**salary** 153:16,20
**sale** 138:3
**San** 5:6 132:23 133:19
**sanctioned** 172:18
**Santos** 38:22 39:17
**Sarriera** 5:11 9:12,12
46:19 59:19 85:23
107:10 193:20
**save** 96:16 97:8
**saw** 48:9 87:25 104:5
105:11 144:8,12
146:7 147:15 210:20
212:12 213:2 220:14
232:25 234:11
240:18,21,25 241:1
**saying** 32:5,7 39:7
135:8 140:8,16
158:14 181:14 188:9
188:20 225:21
236:24
**says** 44:19 60:13
109:18 169:15 189:9
190:8 204:11
**Schedule** 109:11,13
**scope** 110:7,20 111:4
112:4,24 113:1
135:24 136:23
137:10,24 139:16
141:10 142:6,11
153:6 155:16 156:6
164:20 165:5 177:24
202:11,24 203:17
230:16
**screen** 35:22 183:9
**search** 89:5 96:10
**second** 17:20 29:4
30:14 64:6 65:22
216:21 241:15
**section** 179:20,23
180:7 189:8
**sections** 169:20 170:9
170:9,20 171:12
172:4,8 173:14,15
174:5 175:12,14
209:20
**secured** 3:4 66:12,15
138:19 180:14
184:19,23 185:4
186:1,5 204:15,16

204:17 205:6
**security** 66:6,19 67:8
68:3,11 143:24
145:14,16 146:18,22
147:14 172:2 183:21
184:7 189:10,12,13
190:1,16,24 192:10
193:7,12 196:15
197:6,22 200:1,25
201:3 206:6,9,17,19
207:6,8 208:4
214:25 215:3 217:13
217:16 219:3,6
220:25 221:15,18
222:12 223:11 224:7
225:8 226:6 227:4,8
227:15 231:10
234:19 235:12
236:12 237:9 239:7
257:23
**see** 23:6,9 41:11 54:20
54:24 60:19 61:25
62:1,8 65:21 66:8,9
66:13,16 67:12,17
67:18 69:15,16
72:22 73:12 80:22
83:16 84:14 86:10
87:12,22 97:6 98:2
99:7 104:15,22
107:20,22,25 108:1
108:18 109:7,17,20
134:3 143:5,23
144:3 148:20 151:24
160:6 166:18 169:5
169:8,12,22,23
178:25 179:1,20
182:21 183:4 189:16
189:17 190:18
192:17,17 194:22
198:1,3,5 201:4,5
202:16,19 210:21
211:4 219:8,9
220:15 222:13,14,23
222:25 223:1 225:23
226:14 231:6,13,14
240:4,5 241:14
242:13 244:7
**seen** 21:22,24,25
52:14,21 53:8 69:25
72:20,22 73:14
74:16,19 103:19
104:1,4,21 120:16
142:16,20 143:4,9
143:18,21 144:1,10
146:21,23 147:12
155:19 180:1,2,3
211:15 220:17

222:16,18,19,20,21
232:5 233:3,7
**sees** 238:22
**segregated** 73:23 74:8
74:25 75:8,18
**sell** 133:14 134:12
135:22 137:16
**Selling** 155:6,6
**send** 181:11,12
**senior** 166:7,15,23
167:5
**sense** 10:16 33:3
**sent** 22:1 91:11,12
94:24,25 149:5
209:12
**sentence** 35:18 189:8
226:21 236:6
**separate** 74:3,3
**sequence** 178:10,13
178:19,21 179:10
**series** 144:21 147:6
176:24 178:14
**served** 87:8,12,17,23
**server** 96:2 98:14,15
98:18 99:13,18
101:17 102:1
**service** 139:13 166:7
166:15,24 167:5
**session** 5:5,7,9 123:3
129:14 132:1
**set** 54:5 148:16 157:3
157:10,19 161:4
253:11,20
**sets** 149:6
**seven** 102:23 116:24
257:11
**share** 30:15
**Sheet** 255:15
**sheets** 107:20
**short** 30:25
**shorten** 244:8
**show** 38:17 40:9 42:24
105:8 129:13 160:12
161:3,13 162:4
211:3 213:7,21
220:16 222:18
232:10,19 233:5,23
240:16
**showed** 49:13 105:5
127:21 212:13,16
**showing** 194:23
**shown** 39:16 43:1,8,21
47:15 105:12,13,17
126:25 129:4 146:10
**shows** 38:21,25
**side** 23:10 27:8 81:2
107:11 127:20

168:24 179:19
230:22
**Sign** 6:13 255:1
**signature** 254:3,5
**signed** 74:6,17,21
254:7,10,13 255:20
**similar** 43:17 53:7
105:10
**similarly** 118:18
**simple** 73:5 207:4
**simplify** 53:24
**simply** 31:23 55:8
**Sims** 3:8 8:14,14
**single** 233:8
**sit** 108:3 204:2 232:14
**situation** 32:17,18,24
**slow** 12:11 225:18
**slowly** 12:9
**small** 9:19
**somebody** 43:13 97:5
107:12 194:17
**somewhat** 158:12
**sorry** 31:10 46:7 50:11
59:5 62:15 63:7
75:11 84:11 104:10
113:23 141:23
161:19 174:19
204:18 205:6
**sort** 84:4 169:10
196:22
**Soto** 1:18 6:4 13:24
253:10 255:9,17
**source** 185:4
**sources** 154:14
**South** 2:23
**Southeast** 2:21
**Spanish** 8:2 10:21
14:7 16:23 25:1
29:19 31:16 35:13
47:8,12,16,20,24
54:18,24 55:6 58:24
62:6 64:2 77:19 78:7
81:12 91:2 96:5,15
132:9,13 135:9,11
135:12 143:16 197:1
202:1 228:12
**speak** 11:7 12:8 39:6
45:3 46:3 193:16
219:12,21 220:6
225:19
**speaking** 112:12,20
**speaks** 157:6 162:9,18
163:16,25 192:24
204:22 222:9
**specific** 18:14 24:11
28:18 33:19 43:11
48:8,18 57:3 62:19

73:3 84:1 85:14,15
87:15 88:10 90:6
94:5 95:7 97:25
120:4 121:5 123:8
124:16 125:5,9
139:6 142:23 150:10
150:14,15 152:2
155:4 159:10 163:1
163:18 165:16
176:16 178:1,3,13
191:4 195:25 196:20
206:25 207:15,24,25
208:3 210:20 212:11
213:25 214:10,21
216:4 217:7 224:1
224:19,23 233:4,22
234:3,6,9,11 238:1,7
238:15 240:17,25
241:3,9 249:9
**specifically** 123:18
137:19 162:12,21
166:17 213:1,7,16
**specifics** 239:6
**specified** 208:13
**specify** 143:8 147:20
156:14 160:2,18
211:19 220:15
222:20 230:19 232:6
**speculate** 12:19
**speed** 134:6
**spell** 17:18 135:13
**spelled** 14:11 18:2
**spelling** 14:8
**spoke** 124:6 174:16
**spoken** 160:3
**Square** 4:9
**stack** 104:11
**stage** 47:3
**Stand** 79:6 200:10
**Stars** 2:12
**start** 15:13 41:6 54:16
99:5 121:23 145:24
151:13
**started** 10:11 15:12
16:25 24:1 28:25
188:13,13
**starting** 14:21
**starts** 151:16
**state** 42:10 253:3,8
**stated** 114:23
**statement** 37:15,17
111:2 142:9,17
152:8
**statements** 42:12
163:10
**STATES** 1:1
**stay** 23:22 134:7

202:19
**stenographic** 7:22
**steps** 244:11
**Stewart** 1:21 3:7 6:7
8:8,12 9:14,22 10:3
10:6,14 11:17,23
12:2,4 14:4,13 15:1
17:1,11,17,21,22
18:3 19:12,18 21:2,3
21:9 24:13,23 25:2,7
25:16,20 26:6,25
27:9,16,17 28:15
29:6,13,15 30:5,9,24
31:7,21 33:7,20,23
35:1,5,10 36:18 37:9
39:11,20,23 40:3,5
40:11,14,24 41:15
41:16 42:20 43:6,12
44:10,15,23 45:10
45:18 46:8,16 47:25
48:15,19 49:1,11,16
49:18,24 50:1,6,13
50:18 51:2,6,14 52:7
55:17,18 56:24 57:4
57:5,12 59:6,11,14
59:18 60:1,5 61:7,17
61:20,22 62:16
64:18 65:4,8,18 66:1
66:3 67:2,7,15,16
68:1,7,18 69:2,9,14
70:1,13,21 71:3 72:3
72:8,13 73:4,7,15,21
74:15 75:15 77:14
78:1,14 79:1,17
80:13 81:1 83:7 84:2
84:13,18 85:3,4 86:9
86:23 88:2,11,25
89:4,11,13 90:1,20
91:8,17,23 94:1,6,16
94:23 96:9,24 97:1
97:13 98:20 99:3
100:1,11,19 101:4
102:2,8 103:12,13
106:19 108:12
109:12,16 110:14
111:14,15,23 112:5
112:7,11,14,18
113:2,7,9,22 114:5
114:14,20 115:7,17
116:1,10,16,20,22
117:6,14,22 118:2,6
118:13,20 119:16,22
120:6,13,22 121:1,6
121:15 122:7,14
123:10,19 124:1,13
124:24 125:8,15,23
126:8,22,24 127:19

128:16,25 129:18,24
130:4,9,19 131:5,7
131:15 132:16,20,25
133:2,3,12,18,22
134:1,4,9,10 135:17
135:20 136:2,7,10
136:19 137:6,13,14
138:1,8,14,22 139:7
140:3,15,23 141:12
141:17,24 142:7,15
144:2,20 145:2,10
145:13,21 147:9
148:8,16,23 149:8
149:11,18 150:17
151:1,4,5,10 152:3
152:10 153:1,13,22
154:5,17 155:5,11
155:22 156:9,20
157:9,21 158:11
159:11 160:4,10
161:1,12,18 162:3
162:13,22 163:11,20
164:4,11 165:1,12
165:23 166:5,22
167:13,16 168:13
169:2,4 170:5 171:7
171:22 172:11,14,17
173:1,12 174:1,9
175:11 176:3,11,17
176:22 177:17 178:4
178:20 179:4,16
180:11 181:4,18
182:5,8,18,20 183:6
183:18 184:4,17
185:18 186:3,16
187:7,21 188:3,14
188:23 189:6 190:9
191:5,13,24 192:13
192:22 193:1,9
194:3,16,21 195:12
196:1,7,12,21 197:3
197:14 198:6,11,14
198:18,23 199:5,8
199:11,20,23 200:8
200:16 201:11,15
202:6,15 203:2,10
203:14,19 204:23
205:3,7,12,21 206:1
206:14 207:3,18
208:2,8,20 209:3,14
211:8,16 213:10,18
214:3,13,22 215:13
216:5,24 217:10,23
219:24 221:9,20
222:5 223:8,18
224:4,14,22 225:14
225:22 226:11,22

Case:17-03283-LTS   Doc#:3734-16   Filed:08/03/18   Entered:08/03/18 13:49:22   Desc:
Exhibit P   Page 82 of 126

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 273

227:3,12,19 228:1,8
228:22 229:7,14,20
230:1,11,21 231:5
232:22 233:12,17
234:1,16 235:4,10
235:24 236:7 237:4
237:13,21 238:5,13
239:1,3,17 241:10
242:1,12,20 243:5
243:11 244:6,20
245:13,19 246:12
247:3,17 248:4,15
249:3,10 251:12,20
**stipulated** 43:4
**stipulation** 74:6
**stipulations** 74:13,16
74:20
**stop** 59:14 110:22
112:11 136:25 168:5
168:9 172:11
**stored** 95:24 100:4
**straighten** 45:17
**stream** 176:5
**Street** 7:13 14:2
254:20
**stretching** 10:8
**string** 102:22 103:1,5
257:9,12,14
**structure** 177:10
**studies** 15:11,25
**study** 15:15
**studying** 15:20
**styled** 51:16
**subject** 122:13 174:24
191:7,15 209:2
214:21 231:17
**subjects** 45:9,25 46:1
109:2 149:23
**subscribed** 255:20
**substance** 108:8
255:14
**subtopics** 110:4
**suggest** 10:24
**suggested** 17:4,7
257:16
**suggesting** 79:11
181:25 182:3 196:14
197:5,21
**suggestion** 11:5 21:12
182:13
**suggestions** 181:20
**suggests** 199:25
**Suite** 2:22 3:17
**summary** 157:23
**Sunday** 106:18,20,25
212:13
**supervisor** 28:8 29:17

31:9,10 34:2
**supposed** 213:20
**sure** 18:18 20:24
21:20 30:24 31:17
42:18 45:16 54:2
86:22 99:4 105:21
106:4 116:8 124:5
135:18 148:24 229:5
251:20
**sworn** 8:2,6 132:9,13
253:12
**system** 1:6 19:7 20:21
22:11 23:5,20 25:5,6
25:13,18,24,25 26:5
26:24 36:2 37:14
41:25,25 42:2,6,8,13
45:4,5 51:10,12,13
52:2 56:8 77:24
82:10,24 83:2 84:8
84:10,20,21 102:13
153:10 154:13,21,21
154:25 155:21
167:24 168:1,9
169:20 170:9,25
171:3 175:7,20
176:1 177:14,20
181:8 183:12 185:1
185:7,17 189:11,12
189:25 191:22 194:2
194:6,10 195:5
200:7 207:1 209:10
210:1 218:21 219:23
227:10 235:19
242:11,13,24 243:8
243:18 244:1,11,22
248:11,24 249:5,18
250:20,21 257:4
258:6
**system's** 244:15 245:7
**systems** 37:17

**T**

**T** 8:1,5,5 132:12 253:1
253:1 257:1 258:1
**TABLE** 6:1
**take** 12:25 13:2 22:17
30:25 79:4 120:8
125:16 131:15
146:14 199:18 200:8
206:5 207:5 244:11
**taken** 156:17,21
190:13,21 192:6
195:15 200:24
203:15,20 207:21
209:9 210:1 214:24
219:2 220:24 221:14
226:5

**talk** 45:4,7,24 50:13
65:1 78:17 112:19
122:15 123:1 126:10
136:16 170:1 174:2
181:23 210:5,12
219:17,25 231:16
240:6
**talked** 58:9 61:23 67:9
164:7 174:10,13
211:1 231:19,22
**talking** 31:9 54:1 73:13
76:5,11 114:7
153:19 182:14
211:10 223:19
249:24
**talks** 196:8
**tax** 64:22
**technical** 157:16
**technological** 148:3
**technology** 92:24
101:24 148:2
**telephone** 68:15
**tell** 12:18 13:19 14:20
16:16 27:24 28:3
33:16 39:21 40:1,16
41:17 44:18 45:16
51:7 55:10,10 84:8
84:19 87:3,3 90:3,8
92:13 98:11 108:3
108:14 123:8,17
124:22 127:21 140:6
146:1 156:1,10,14
156:16 157:15,17,25
158:14 159:9,22,23
159:24 161:8,9,23
162:12,20 165:7
170:25 175:12
177:10,20 179:2,10
179:13 180:18 181:2
181:5 184:1,13,25
185:6,25 191:7,16
191:20 192:5 193:2
193:8,10 197:11
198:3 206:15 207:20
208:3,15 209:5
211:21 212:1,20,25
213:6,8,8,16,19
214:19,24 215:9
216:6 217:3 218:17
218:17 219:13
220:17,23 221:21,22
222:3,19 223:9
224:5,17 225:12
226:3 227:8,9 228:7
231:19 232:7,11,15
232:20,24 233:3,5,6
233:18,23 234:17

235:18 239:5,14
240:17 241:1 245:6
245:21 247:13
251:20
**telling** 93:15 94:8
127:25 128:15
173:20,20 189:3
225:7,10 226:16
247:19
**tells** 149:8
**ten** 251:22
**term** 17:16 18:15,20
19:9,12 26:14 34:13
38:11 44:22 54:17
54:22 58:18,18,19
61:24 62:20 66:25
67:19,24 68:25 69:8
69:16 70:20 71:21
72:2,7,18,19 73:25
75:17 79:19,21
139:11 142:13,14
157:15 162:5,14
169:9 176:4,9,9,23
177:2 180:18 184:1
184:19,21,23,25
185:3 191:20 201:9
204:5 222:1 225:10
225:16 226:3,7
227:9,15 235:18
241:14,21 245:17
247:13,20 248:24
**terminology** 236:1
**terms** 14:7 17:4,8 20:4
20:6 32:22 35:2 51:4
54:1,5,10,13,13
55:23 69:23 76:22
114:12,17,24 117:4
117:20 121:12
156:14 170:24
184:12 193:7 197:10
206:23 207:13,14,20
209:1,4 222:3
225:25 226:10,18,21
226:23 236:5,16,17
239:13 257:16
**testified** 8:6 40:6
101:11 105:22 119:9
146:7,25
**testify** 44:2 70:15 88:4
108:4,10,16 109:3
109:24 110:3,12
111:17 112:1 113:10
113:16 114:16 115:8
115:19 116:24 117:8
119:10 122:1,5,9
127:22 128:5 130:13
130:22 131:9,11

136:1 148:11,14
157:23 171:24
191:15 195:9 209:16
209:23 210:6,13,17
212:22 219:10 220:1
220:7,11,20 231:20
232:2 233:1 240:7
240:12,23
**testimony** 9:21 26:8
26:13 46:11 51:5
61:9,14 85:6 105:24
110:8 111:6 114:19
115:6 119:12 124:20
127:2,4,14 128:21
146:11,21 151:22
175:3 180:22 181:25
182:3 187:11 225:18
234:23 236:3,21
237:17 239:10
241:20 242:8,17
243:2 246:9 247:11
247:25 248:9,22
250:24 251:5 253:13
**text** 147:5
**thank** 14:4 27:16 79:4
113:4 132:24 151:4
154:6 169:3 183:19
237:6
**thereof** 169:18
**thereunder** 169:19
**thick** 92:15,20
**thin** 92:20
**thing** 14:5 57:14
**things** 14:12 53:2
115:13 131:12 157:2
**think** 10:11,16 11:3
23:17 24:2 26:4
31:20 32:11 33:2
46:10 58:9 65:21
67:13 79:14 83:5
88:18 90:17,19
91:15 93:24 94:19
96:21 97:7 104:3,8
104:17,19 105:3,6
105:19 106:17 107:1
109:14 130:2 134:22
135:23 136:4,7,8
149:6,8 152:3 153:5
155:25 178:18
182:24 183:8 189:19
189:23 204:13 206:3
207:23 212:7 220:18
224:23 247:18 248:5
**thinks** 59:20
**third** 107:19 148:18
**thought** 20:4 214:23
**thousand** 34:20

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 274

**three** 25:22 53:20
106:10 107:20
149:15 172:8 173:14
174:4 213:3 240:19
240:22 258:11
**time** 7:15 11:15 14:10
22:8,17 23:25 27:18
27:24 28:17,20 31:1
31:5 34:3,19 62:5,6
74:25 79:6,9 93:15
104:16,23 105:13
112:17 121:16,16
131:17 132:3 143:6
143:7,8,8 144:4,5,6
144:8,13 153:19
160:5 171:10 173:23
179:25 180:4 199:22
200:11,15 217:24
252:2
**times** 4:9 28:24 215:4
248:16
**Tirado** 1:18 6:4 7:9
10:17 12:3 13:24
19:19 26:9 33:24,25
38:7 52:8,19 53:1,25
60:6 78:16 79:18
82:20 85:6 87:8 97:3
98:21 103:14,21
108:9,14 110:12,19
110:22 111:3,12,16
130:8 133:4 135:25
136:22,25 140:7
145:11,22 149:19
152:7 157:22 200:17
226:17 253:10 255:9
255:17
**title** 16:22 17:18 23:24
**today** 11:16 13:5 33:22
39:13 54:2 58:1 68:9
70:15 77:15 82:5
85:9 88:4 105:14,24
106:14 108:4 126:11
127:2,14,22 128:5
128:21 130:22
146:11,21 164:5,7
204:2 232:14
**Today's** 7:14
**told** 16:1 23:17 33:25
67:23 82:4 83:2
88:23 89:19,23
115:12 125:13
127:25 147:18 159:5
191:25 195:20
196:10 197:15
211:22 214:4,15,18
216:1,20 217:11
222:6 223:15,21

228:9 234:10 239:19
245:18
**top** 54:18 104:11
179:6
**topic** 109:25 111:18
111:22,25 112:2
113:11,14,15,17,23
115:3 117:7,8,16,23
121:24 122:1,5,9,16
123:8 124:3,16
136:8 148:6,7,15,19
169:25 171:25
200:22 206:2 207:14
208:13,16,19,21,21
209:15,17,23 210:6
210:14,17 212:8,22
214:1,5,12,14 217:3
217:7 218:22 219:11
220:1,8,11,20,23
221:10 223:9 224:3
224:20 231:7,8,20
232:2 233:1 234:4
234:14,17 235:25
236:19 238:2 239:5
239:21,22 240:7,12
240:23,25 241:12,15
249:22
**topics** 45:21 107:25
108:1,4,8,15 109:7
109:10,18 110:3,6
110:21 111:12
114:16 115:4 121:22
122:21 123:9,17
124:16,22,23 125:6
125:10 135:25
136:24 148:10 149:4
149:15 174:16
190:11 214:6 230:16
258:11
**Torborg** 148:18
**town** 30:12
**track** 79:15
**training** 16:4
**transaction** 18:8 65:15
70:5 95:5,9,13 98:5
202:3,3
**transactions** 25:6
26:12,14,17,19,19
29:25 77:25 89:18
95:2,14 98:15 99:12
99:25 101:25 159:18
179:9
**transcript** 89:12 152:5
238:20 255:3
**transcription** 255:11
**transfer** 99:17 177:5
182:9

**transferences** 177:15
**transferred** 173:22
178:2,8
**transferring** 177:11
**transfers** 177:22
178:11,15
**translate** 8:3 17:1,13
17:24 55:8 96:5
132:10,14 136:12,14
143:16 196:25
**translated** 11:11 26:2
26:4 31:19 55:9
133:24
**translation** 10:13,20
11:6,8 20:5,25 25:15
25:17,21 30:4,15,18
31:12 32:8,16 33:6
50:14,19,20 54:19
54:25 59:15,21 60:8
61:10,16 62:7 65:25
66:10 69:17 75:12
78:25 84:12 85:5
96:6 97:3 100:12
134:20 151:24
181:15 197:8
**translations** 33:1
45:14
**translator** 10:24 11:3,7
11:9 17:13 19:1,3
20:7,17,19 21:14,17
21:23 22:7,16,25
23:8,11,14 25:3,10
26:18 29:21 32:20
35:15,25 36:5,10,13
36:20 37:1,4,7,11,16
37:21 38:2,9,12,19
38:23 39:3,9,19
41:22 42:9 43:3,15
43:23 44:4,17,21
45:8,11,23 46:4,13
47:18,22 48:3,13,17
50:5,8 51:9 52:20,23
53:6,12,16 55:1,4
56:13,15 58:25 59:3
59:7 64:1,9,20 66:24
67:23 68:24 69:7,13
69:22 70:3,10,18,24
71:5,8,20 72:1,6,15
72:18,21 74:2,12,19
74:23 75:7,14 76:1
77:20 78:6 81:11,22
81:25 82:13 84:7
86:12,20 92:18,22
93:1 96:14 98:17,25
100:6 101:7,15,21
102:6 106:5 108:21
108:24 111:20

113:12,19 114:1,11
114:22 115:2,12,22
116:6 117:2,11,18
118:1,5,9,22 120:11
120:15 121:11,19
122:11,17,20 123:2
123:7,12,16,23
124:3,12,15,21
125:5,13,21 126:1,6
126:17 127:24 128:2
128:13 134:14
137:18,25 139:17
142:12,18 143:17
147:4,11,19,24
150:21 151:12,19
153:8 154:13,20
155:8,18 156:13,23
157:14,24 158:3,6,9
159:1,16 160:1,16
160:22 161:7,21
162:10,19 163:6,17
164:1,23 165:6,20
166:1,8,12,17,25
167:8,18,24 168:8
168:17 170:11,23
171:17 173:7,18
174:7,15,21 175:4
175:18,25 177:14
180:17 181:1,7,21
183:11,25 184:11,20
184:24 185:5,14,23
186:8,12,23 187:5
187:17,24 188:8,19
189:2 190:7 191:19
193:15 194:1,25
195:16 196:25
197:10 200:4 202:2
202:13,17 204:13
205:18 206:22
207:12 208:24 209:8
209:18,25 210:7
212:23 213:5,14,24
214:8,17 215:7,16
215:22 216:9,14,18
217:19 218:6,9,16
220:2 225:20,24
226:9,20 227:1,7,23
228:6,11,19,25
229:24 230:3,9,18
231:2 234:24 235:7
235:17 236:4,9,11
236:15,23 237:19,25
239:12 241:23
242:10 243:17,22,25
244:4,24 245:3
246:21 247:5,12
248:1,10,23 249:16

250:6,11,19 251:8
251:16
**Treasury** 64:8,10 65:1
65:17 80:2,6,10,16
83:11
**treat** 235:11
**treated** 57:11 161:23
184:3,14 188:24
227:10 235:19 237:1
250:7 251:14
**treatment** 57:10
170:25 171:18 173:8
175:6 180:19 181:2
181:5,8 183:12
185:1 188:11,20
191:21 197:12 200:5
231:9 234:18 237:8
239:6,14,23 247:14
248:2,6,11 249:24
**tried** 69:3
**trouble** 238:8
**true** 124:8 253:13
**trust** 135:3,4,8,10,11
135:12
**trusted** 134:16,21
135:3 193:18
**try** 10:6 12:8,25 53:23
55:7 133:19
**trying** 18:18 40:8
61:13,15 172:23
173:1
**Tuesday** 106:15
**turn** 48:20 49:2,9,19
49:20 87:18 98:23
179:18
**turned** 88:14 96:11
98:3 99:7 147:22
**two** 24:3 29:3 34:20
106:22 107:9 109:14
132:5 135:9 175:22
227:21
**type** 87:15 127:5
138:12 157:15 163:1
196:5,20 198:21
211:14 218:10,19
220:15 224:2,19

_____

**U**

**U** 132:12
**UCC** 69:16,17,19
70:16,19 71:15,22
72:10,20,24 73:9,17
73:20 217:25 218:7
218:8
**understand** 12:10
13:18 21:24 23:19
38:11 40:21 41:9

Case:17-03283-LTS   Doc#:3734-16   Filed:08/03/18   Entered:08/03/18 13:49:22   Desc:
Exhibit P   Page 84 of 126

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 275

45:19 50:2 54:3 63:2
69:19 70:6 75:25
76:11 82:19 83:6
97:2 108:25 116:6
119:12 127:17 134:8
139:9 142:19 147:25
152:24 157:7,15
158:13 163:9 165:20
169:24 171:10
183:20 184:6 187:6
192:15 201:21
202:14 204:4,14
213:25 226:15
231:15 236:6 238:11
242:25 244:9
**understanding** 44:24
54:3 67:3 69:10
172:6 180:12 184:22
185:3 204:9 205:16
226:24 227:14 229:8
238:9 246:14 247:20
**understood** 135:18
171:9 247:4 248:19
**undertake** 246:17
**uniform** 189:14 190:2
**UNITED** 1:1
**Universidad** 15:17
**University** 14:24 15:6
**unpaid** 249:19
**unquestionably** 148:9
**updated** 99:1
**use** 19:1,12 20:16
23:18 30:22 32:12
53:2 54:22 58:11,18
62:4,21 63:3,21
75:16 81:4 110:21
116:8 136:24 139:2
139:13 177:7
**uses** 65:5
**usually** 218:18

**V**

**v** 1:10
**V1** 255:17
**valid** 196:15 197:6,22
200:1
**validity** 190:14,22
192:8 201:1 206:7
206:17 207:6 215:1
217:14
**Valle** 5:12 9:16,17 27:6
27:15 30:6
**verbal** 10:5 11:22
**verbatim** 35:20,22
**Vesey** 7:13
**video** 1:17 106:7,8
**videographer** 5:21 7:7

7:17 31:1,4 79:5,9
131:17 132:3 200:10
200:14 252:2
**videotape** 7:8 13:14
**view** 198:9 225:15
**Villafane** 37:24 38:3
159:21
**vis-à-vis** 77:16
**volume** 1:18 7:8
**volunteering** 181:20
**vs** 7:11

**W**

**waiting** 113:5
**want** 12:18 31:17
78:15,24 79:12,13
84:14 89:6 124:5
126:20 129:9 135:14
148:24 181:13 183:2
183:3 207:20 209:6
224:5 233:15 237:25
251:23
**wanted** 87:18 113:6,7
186:13
**warrant** 205:23
**warrants** 205:19
**Washington** 3:11
**wasn't** 140:14 218:15
**waste** 11:15
**water** 251:19,25
**waterfall** 176:6,9,12,16
176:20,21
**way** 11:4 12:19 23:18
28:9 37:13 45:14
55:5 60:7 61:14 63:4
78:18 79:15 83:23
120:2 134:2,7
157:16 159:24 177:6
183:5 184:6 201:7
218:3 253:17
**we're** 49:9 61:15
**We've** 66:5
**Wednesday** 106:14
**week** 106:13 123:3,11
123:14 124:6
**welcome** 20:9
**went** 70:18 71:1 82:23
83:1 101:18 122:11
122:22 167:22
194:22
**weren't** 128:14
**WHEREOF** 253:19
**White** 2:19 8:19
**WI** 254:21
**William** 4:13 8:24
**wish** 13:11
**withdraw** 32:2

**withdrawn** 136:9
**witness** 6:3 7:24 9:20
10:8 14:17 17:5 21:1
36:19 42:6 44:2,25
48:23 49:6,23 52:16
53:5 55:15 59:2
60:17,24 61:5 75:5
79:14 84:24 85:10
85:12,25 86:3,15
87:1 89:22 96:23
103:20 108:20 110:2
111:13 112:8 115:19
116:2 122:3 128:11
129:13 130:16
133:22 136:15
139:24 146:2 148:10
148:13,22 150:4
151:17 152:9 171:24
173:2,5 180:23
181:16,21 182:22
191:6,14 195:9
231:16 253:11,14,19
255:5
**witness'** 17:13 129:16
135:18 258:17
**word** 23:18 26:17
32:13,14 36:17 38:8
50:25 58:12 67:10
69:25 70:2 135:8,12
176:21 177:7 185:10
186:20,22 228:10,15
**words** 25:22 26:1
31:15 35:18 42:3
107:19 183:1 186:6
226:21 227:21 228:4
248:19
**work** 23:4,4 24:9,20
25:4 26:12 28:11
37:14 42:9,10,12
43:18 45:12 49:10
49:15 63:12 92:8,17
92:18 96:19 97:11
119:17 120:8,18
121:13,14 128:24
129:12 130:2,17
141:13 152:11
166:20,23 167:4
179:7 184:18 194:2
194:5,9 195:4,17
207:1,17 208:11,15
222:25 230:24
234:14,14,25
**worked** 23:4 158:23
158:25 159:1 161:9
167:11 178:24 185:7
195:18 218:18
234:12

**working** 18:7 28:25
77:22 78:19 99:16
123:24 151:13
156:19 212:5 219:23
**works** 45:15
**World** 3:16
**wouldn't** 211:6
**write** 144:23,25
**writing** 90:3,7,21
91:25 125:25 159:23
**written** 90:11,14,18,19
126:7
**wrong** 39:24 40:6
**wrote** 91:18 94:20
110:16 144:16

**X**

**X** 257:1,1 258:1,1

**Y**

**year** 15:2 16:20 27:23
27:25 28:3,4 38:24
71:10 74:7,18 133:9
**years** 24:3 71:10
101:17 102:1
**yes-or-no** 128:9
**yesterday** 107:3
110:11 149:5 212:17
212:19
**York** 1:20,20 4:10 5:18
5:18 7:3,3,13,13,19
7:20 106:7,12,21
107:7 164:25 166:13
253:3,4,9

**Z**

**Z** 132:8

**0**

**00940** 29:12
**00987** 14:3
**02110-2600** 4:17

**1**

**1** 1:18 79:24 82:20
83:13,23 84:3 102:9
102:11 103:16,22
104:6,13,15 107:15
109:25 111:18,22
121:24 122:1,5,9,16
126:19 148:5 189:7
190:12 193:3 195:22
196:3 257:2
**1-800-825-3341** 1:25
**1-800-825-9055**
254:15

**1:04** 131:17,19
**10** 117:16
**10/12/17** 103:2 257:13
**10/19/17** 102:18 257:7
**10/20/17** 102:23
257:11
**10/23/17** 103:6 257:15
**10:17** 31:2
**10:31** 31:6
**100** 90:18
**10011** 5:18
**10036-8299** 4:10
**102** 257:2,7,9
**103** 257:12,14
**11** 117:24 258:19
**11:36** 79:6
**11:54** 79:10
**116** 258:20
**12** 6:7 118:3
**12:00** 107:2
**13** 118:7
**130** 258:24
**14** 118:14,21
**145** 257:20,23
**149** 258:10
**15** 119:1 258:24
**16** 71:12 119:3
**16th** 168:18,19
**17** 119:5 257:16
**17th** 2:7
**18** 51:15,18 52:10,18
258:2
**19** 51:22 52:10,18
119:7 257:18 258:3
258:17
**1992** 15:4 16:21 24:1
**1994** 15:14 24:6,8,14
**1998** 28:2,6,20 29:1,16
31:11 34:2
**1999** 2:12 28:6,21 29:1
29:16 31:11 34:2
**1st** 78:8 82:15 83:17

**2**

**2** 102:18 110:16
111:25 112:2 113:11
113:14 200:20 206:3
208:21 209:15,17,24
210:6,14,18 212:9
212:22 214:5,14
217:3,7 257:7
**2-116** 169:20 170:10
170:20 171:12 172:4
175:14
**2:30** 107:4
**2:33** 132:2,3
**20** 52:1,11,18 258:5,20

US District Court - Puerto Rico
FOMBPR v. Altair Global

FINAL - October 24, 2017
Cecile Tirado Soto, Volume 1

Page 276

**20(a)** 169:25
**200** 2:23
**20001-2113** 3:11
**2008** 55:3 57:18 71:12
  95:13 133:7,11
  139:18 150:12,19
  153:19 155:9 159:2
  159:16 160:2 161:24
  188:12,13 235:20,20
  240:2 250:3,11,17
**2009** 34:7,8 37:20,21
  39:10
**2012** 34:21,22,25
  37:25 38:2
**2013** 21:15 22:6,8,14
  22:23 23:13 38:14
  38:18,20,25 56:23
  251:11
**2015** 71:12
**2016** 168:11,16,19,20
  168:20
**2017** 1:19 7:14 78:8
  79:24 82:20 83:23
  84:3 154:1,4 253:21
  255:21
**202.879.3939** 3:12
**21** 258:23
**212.969.3000** 4:11
**24** 1:19 7:14
**250** 7:13
**253** 6:11
**255** 6:13
**257** 6:15
**26** 129:22
**27** 149:14,20 190:10
  195:22 200:18 206:3
  218:24 258:10
**28** 52:4 258:8
**2899** 145:17 257:25
**2915** 145:18 257:25

---

**3**

**3** 56:16,19,22 57:11
  102:22 110:16
  113:15,17 136:20
  148:17 175:20
  218:22 219:11 220:1
  220:8,12,20,24
  221:10 223:9 226:17
  250:23,25 251:2,3,9
  251:15 257:9
**3-105** 169:20 170:10
  170:20 171:13 172:4
  175:14
**3:00** 107:4
**30** 154:4 254:8
**30(b)(6)** 7:9 44:7 45:1

102:11 171:24 257:2
**305.714.9700** 3:19
**305.995.5245** 2:25
**309** 254:20
**31** 51:19 258:2
**310.553.6700** 2:14
**3300** 3:17
**33131** 3:18
**33131-2352** 2:24

---

**4**

**4** 103:1 107:25 109:4
  109:11,12,13 231:8
  231:21 232:3 233:1
  234:5,17 235:25
  236:19 239:5 257:12
**4-113** 169:21 170:10
  170:20 171:13 172:4
  175:15
**4:00** 107:3
**4:07** 200:11
**4:27** 200:15
**4:30** 107:3
**42** 51:23 258:4
**437** 29:11
**447** 56:13,15,17,18,25
  57:6,11 120:14,19
  121:8 175:20,21
  251:10,10
**48** 258:17
**4900** 2:22
**4s** 109:15

---

**5**

**5** 102:9 103:5,16,23
  113:23 257:14
**5:20** 251:21
**5:22** 252:2,4
**501** 179:20 189:8
**51** 3:10 258:2,3
**52** 258:5
**54853** 254:21
**5A** 136:5

---

**6**

**6** 17:4,7 20:1,2 21:15
  54:6,7,10,17 61:25
  62:1,6 65:19 67:12
  69:15 80:5 113:23
  113:24 148:6,7,15
  148:19 149:21,24,25
  257:16
**600** 3:15
**610** 2:7
**612** 48:21
**617.526.9600** 4:18

**6365** 145:7 257:22
**6383** 179:19
**6434** 168:23 169:6
**6445** 145:7 257:22
**6th** 21:19 38:14

---

**7**

**7** 19:15 20:11,13,15
  22:13,22 38:4 39:16
  42:23 116:23 239:21
  239:22 240:7,13,23
  241:12,15 249:23
  257:18
**74** 5:17

---

**8**

**8** 145:2,5,24,25 146:1
  155:25 161:2,3
  169:1 257:20
**800-825-3341** 5:19
**89** 258:19,23
**8th** 2:12

---

**9**

**9** 117:7,8 145:14,16,24
  146:14,17 257:23
**9:45** 7:4,15
**90067** 2:13
**92660** 2:8
**949.823.6900** 2:9
**95** 15:14
**99** 28:2

**JANE ROSE REPORTING**

# rose

800-825-3341

74 FIFTH AVENUE NYC 10011
JANE ROSE REPORTING.COM
JANE ROSE @ JANE ROSE REPORTING.COM

## *US District Court - Puerto Rico*

## The Financial Oversight and Management Board for Puerto Rico
## v.
## Altair Global

## CONFIDENTIAL

## *Video Deposition of:*
## Cecile Tirado Soto, Volume 2
## October 25, 2017

Page 259

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
---------------------------------------------
THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,
as representative of
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,
          Plaintiff,
v.
ALTAIR GLOBAL CREDIT OPPORTUNITIES FUND
(A), LLC, ANDALUSIAN GLOBAL DESIGNATED
ACTIVITY COMPANY, et al.,
          Defendants.
---------------------------------------------

VIDEO DEPOSITION OF
Cecile Tirado Soto, Volume 2
October 25, 2017
New York, New York
Lead: Geoffrey Stewart, Esquire
Firm: Jones Day

FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING   1-800-825-3341

Page 261

A P P E A R A N C E S (Cont'd)

ATTORNEYS FOR CERTAIN ERS
SECURED CREDITORS

    JONES DAY
    Geoffrey S. Stewart, Esquire
    Ryan J. Sims, Esquire
    Christopher J. DiPompeo, Esquire
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001-2113
    Phone:  202.879.3939
      - and -
    Isel M. Perez, Esquire
    600 Brickell Avenue
    Brickell World Plaza
    Suite 3300
    Miami, FL 33131
    Phone:  305.714.9700

Page 260

A P P E A R A N C E S

ATTORNEYS FOR AAFAF

    O'MELVENY & MYERS LLP
    Elizabeth L. McKeen, Esquire
    610 Newport Center Drive, 17th Floor
    Newport Beach, CA 92660
    Phone:  949.823.6900
      - and -
    Madhu Pocha, Esquire
    1999 Avenue of the Stars, 8th Floor
    Los Angeles, CA 90067
    Phone:  310.553.6700

ATTORNEYS FOR THE PUERTO RICO FUNDS

    WHITE & CASE LLP
    Josefina M. Aguila, Esquire
    Southeast Financial Center
    Suite 4900
    200 South Biscayne Boulevard
    Miami, FL 33131-2352
    Phone:  305.995.5245

Page 262

A P P E A R A N C E S (Cont'd)

ATTORNEYS FOR THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD AS REPRESENTATIVE
FOR THE DEBTORS

    PROSKAUER ROSE LLP
    Kevin J. Perra, Esquire
    Eleven Times Square
    New York, NY 10036-8299
    Phone:  212.969.3000
      - and -
    William D. Dalsen, Esquire
    Michael R. Hackett, Esquire
    (Via Conference Call)
    One International Place
    Boston, MA 02110-2600
    Phone:  617.526.9600

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

---

Page 263

A P P E A R A N C E S (Cont'd)

ALSO PRESENT
    Cristina San Juan, Interpreter
      (PM Session)
    Roger Jimenez, Check Interpreter
      (PM Session)
    Ivan Garau, AAFAF
    Bibiana Sarriera, ERS
    Luis Del Valle Emmanuelli, Esquire
      (Via Conference Call)


    JANE ROSE REPORTING
    74 Fifth Avenue
    New York, New York 10011
    800-825-3341
    Christina Diaz, Court Reporter
    Henry Marte, Videographer

---

Page 264

TABLE OF CONTENTS

Witness:
Cecile Tirado Soto, Volume 2

Examination
By Mr. Stewart.......................Page 266


Reporter Certification...............Page 371

Notice to Read and Sign.............Page 373

Index of Exhibits....................Page 375

---

Page 265

1           *   *   *
2      NEW YORK, NEW YORK
3        9:44 a.m.
4         *   *   *
5      THE VIDEOGRAPHER:  We are now on
6  the record.  The time is 9:44 a.m.  This
7  is volume two of the 30(b)(6) deposition
8  of Cecile Tirado.
9      Counsel, you may proceed.
10      MR. STEWART:  Madam Reporter, do
11  you see a need to reswear the witness or
12  reswear the interpreters.
13      Miss Tirado, I will remind you you
14  are still under oath and for both
15  translators that you have taken the oath
16  of a translator and you remain under
17  oath as well.
18      THE INTERPRETER:  Of course.
19  C E C I L E  T I R A D O  S O T O,
20    having been previously duly sworn,
21    testified as follows:
22  C R I S T I N A  S A N  J U A N,
23    the Spanish interpreter, was previously
24    duly sworn to accurately and faithfully
25    translate the proceedings.

---

Page 266

1  R O G E R  J I M E N E Z,
2    the Spanish interpreter, was previously
3    duly sworn to accurately and faithfully
4    translate the proceedings.
5  EXAMINATION CONTINUED
6  BY MR. STEWART:
7    Q.   Before we go further this morning,
8  Miss Tirado, since we broke last night or
9  yesterday evening from your deposition, have
10  you discussed the substance of your testimony
11  with anyone?
12    A.   No.
13    Q.   Is there any answer or statement
14  you gave or made yesterday you would like to
15  change, modify, or amend?
16    A.   No.
17    Q.   Is there anything you said
18  yesterday that as you sit here today you
19  believe was not accurate?
20    A.   No.
21    Q.   Okay.  So let me ask you some
22  questions that arose from yesterday's
23  deposition.
24    First of all, when was the last
25  date that ERS made a payment to the fiscal

---

Page 267

1   agent?
2        A.   It was on June 2016.
3        Q.   Do you know which day in June?
4        A.   Let me rephrase that, the answer.
5   It was before the moratorium.  It was in June
6   2016.
7        Q.   Okay.  Do you know what amount of
8   operating expenses were paid by the fiscal
9   agent to ERS in 2016?
10       A.   Will you repeat the question,
11  please.
12       Q.   Do you know what amount of
13  operating expenses were paid by the fiscal
14  agent to ERS in 2016?
15       A.   No.
16       Q.   What documents would show that
17  number?
18       A.   You have to be more specific
19  related to the operating expenses.  What do
20  you mean by "operating expenses of fiscal
21  agent"?
22       Q.   Okay.  It's operating expenses paid
23  to ERS by the fiscal agent that I am asking
24  about.
25       A.   To my best of my recollection, I

Page 268

1   don't think they paid expenses.  I don't
2   remember paying expenses.
3        Q.   Would you give the same answer with
4   respect to the year 2017?
5        A.   Yes.
6        Q.   Where in the documents and files of
7   ERS would I -- would you go to just get
8   the following information?  And all of these
9   are going to be information as of the date of
10  the moratorium.
11       First of all, where in ER -- ERS'
12  books and records would you look to find the
13  balances in the revenue account on that date?
14       MS. McKEEN:  Objection.  Form.
15       A.   It should be in the account
16  statement of the BNY.
17  BY MR. STEWART:
18       Q.   Okay.  Where would you go to find
19  the balances in the debt service account?
20  Same answer?
21       A.   Yes.  Same answer.
22       Q.   And to the subaccounts in the debt
23  service account?  Same answer?
24       A.   Yes.
25       Q.   The debt service reserve account,

Page 269

1   same answer?
2        A.   Yes.
3        Q.   The general reserve account, same
4   answer?
5        A.   Yes.
6        Q.   The redemption account, same
7   answer?
8        A.   I don't identify the redemption
9   account.  Maybe that name is -- is not
10  familiar to me.  Maybe it was name of
11  another.  But I don't -- I don't recall
12  redemption account.
13       Q.   Are you aware that the bond
14  resolution speaks of something called the
15  redemption account?
16       MS. McKEEN:  Objection.  Form.
17       A.   No.  I don't recall.
18  BY MR. STEWART:
19       Q.   Where would we look to find the
20  current balances in each of those accounts I
21  listed for you?
22       A.   On the statement accounts.
23       Q.   At the fiscal agent?
24       A.   Yes.
25       Q.   Okay.  ERS would not have that

Page 270

1   information?
2        A.   Well, ERS has the accounting
3   transaction register.
4        Q.   Does that register show total
5   amounts for the transactions in each of those
6   accounts?
7        A.   Yes.
8        Q.   And it would show current balances
9   for each of those accounts?
10       A.   Yes.
11       Q.   And that would be as of today?
12       MS. McKEEN:  Objection.  Form.
13       A.   Yes.
14  BY MR. STEWART:
15       Q.   And it could also be derived as of
16  the date of the moratorium?
17       A.   (In English).  I am going to answer
18  in Spanish.
19       (Through translator).  Every month
20  we receive the statements, the accounting
21  statements from the fiscal agent where the
22  balance of the accounts is expressed or
23  indicated.
24       Q.   And in addition to receiving those
25  statements from the fiscal agent, does ERS on

Page 271

1   its own books and records record those
2   numbers?
3       A.   Yes.
4       Q.   And where in ERS' own books and
5   records are those numbers recorded?
6       A.   Can you be more specific on where.
7       Q.   Where would you look in the books
8   and records of ERS to find those numbers?
9       A.   In the financial accounting
10  balances.
11      Q.   Is there a more precise name for
12  where you would look in the financial
13  accounting balances?
14      A.   Well, the system for the financial
15  accounting for ERS right now is called
16  PeopleSoft --
17      Q.   How --
18      A.   -- transaction.
19      Q.   For how many years has ERS used
20  PeopleSoft?
21      A.   Since 2011.
22      Q.   So somewhere in PeopleSoft we could
23  find the numbers?
24      A.   Correct.
25      Q.   Okay.  I listed for you about a

Page 272

1   half dozen accounts.  Did ERS create any
2   other accounts besides the accounts which I
3   listed for you?
4       MS. McKEEN:  Objection.  Form.
5       Could you be more specific.
6   BY MR. STEWART:
7       Q.   No.  That's the best I can do for
8   you, I am afraid.
9       A.   Then can you repeat the question,
10  please.
11      Q.   Okay.  Did ERS create any other
12  accounts besides the accounts which I listed
13  for you?
14      MS. McKEEN:  Same objection.
15      Outside the scope.
16      A.   (Through translator).  What I can
17  remember, those accounts were registered, but
18  I do not remember whether there are some more
19  additional ones.  It could be.
20  BY MR. STEWART:
21      Q.   When you say "registered," what do
22  you mean?
23      A.   (Through translator).  The
24  transactions of the deposits are the
25  transactions that the fiscal agent made so

Page 273

1   that the accounting books can be reconciled
2   against the fiscal agent --
3       (In English).  No.  It is not
4   controlled.  It's like --
5       THE INTERPRETER:  It's --
6       CHECK INTERPRETER:  Reconciliation?
7       THE WITNESS:  Yes.
8       CHECK INTERPRETER:  Reconciliation.
9   Reconcile.
10      THE INTERPRETER:  Reconcile.
11      MR. STEWART:  Okay.  So you meant
12  to say --
13      THE INTERPRETER:  Much.
14      MR. STEWART:  Okay.  So we will put
15  the word "reconcile" in the transcript
16  instead of the word "control"?
17      MS. McKEEN:  Sure.
18      MR. STEWART:  Okay.
19  BY MR. STEWART:
20      Q.   And let me just focus for a moment,
21  Miss Tirado, in the debt service account,
22  would the books and records of ERS provide a
23  detail of the credits and debits in that
24  account from the date of the moratorium
25  onwards?

Page 274

1       A.   I -- you know, if I see the
2   transaction.  But all the transactions that
3   are detailed on the accounting statement are
4   registered on the financial statement, yes.
5       Q.   When you say "registered," do you
6   mean that they are entered in the journal for
7   that particular account?
8       A.   The debits and the credits.
9       Q.   Okay.  So registered or entered as
10  an accounting entry mean the same thing?
11      A.   Yes.
12      Q.   All right.  Let me ask you about
13  the pre-petition segregated account.
14      Do you know what that is?
15      A.   Yes.
16      Q.   What bank was that established in?
17      A.   Banco Popular.
18      Q.   Where are copies of the bank
19  statements for that account?
20      A.   ERS has those copies.
21      Q.   Okay.  And what was the source of
22  contributions that were made to the
23  pre-petition segregated account?
24      A.   (Through translator).  The source
25  was what had been deposited on the

Page 275

1   pre-petition that employers' contributions
2   received since July 2016 when the moratorium
3   happened.
4        Q.   Okay.
5        MS. McKEEN:  Just for purposes of
6   the transcript, did you say "employer
7   contributions"?
8        THE WITNESS:  "Employer."
9        (Discussion off the record)
10  BY MR. STEWART:
11       Q.   Were employer contributions the
12  only source of contributions made to the
13  pre-petition segregated account?
14       A.   Yes.
15       Q.   Where would I look in the books and
16  records of ERS to find a list of all of the
17  contribution and all of the deductions from
18  the pre-petition segregated account since
19  that account was opened?
20       A.   Are you referring to the balance of
21  the account?
22       Q.   Well, all the particular
23  contributions and all the particular
24  withdrawals.
25       A.   On the general ledger account on

Page 276

1   the financial statement.
2        Q.   ERS financial statements?
3        A.   (Nodding affirmatively).
4        Q.   Okay.
5        A.   But also the bank accounts also has
6   the transactions.
7        Q.   Okay.  Now, are you aware of
8   something called the post-petition segregated
9   account?
10       A.   Yes.
11       Q.   Okay.  What bank holds the
12  post-petition segregated account?
13       A.   Banco Popular.
14       Q.   Okay.  And does ERS have copies of
15  the bank statements from Banco Popular for
16  the post-petition segregated account?
17       A.   Yes.
18       Q.   Okay.  What was the source of the
19  contributions that were made to the
20  post-petition segregated account?
21       A.   From the post-petition account?
22       Q.   To the post-petition account.
23       A.   The post -- from the post-petition
24  account that was open on July, it was a
25  combination of the employer contributions

Page 277

1   received also.
2        Q.   Anything else?
3        A.   That can I remind me, no.  Employer
4   contributions.
5        Q.   Okay.  Were money from the
6   pre-petition segregated account moved over to
7   the post-petition segregated account?
8        A.   No.
9        Q.   So to your knowledge, the only
10  source of contributions to the post-petition
11  segregated account was employers'
12  contributions?
13       A.   Correct.
14       Q.   Where would we look in the books
15  and records of ERS to find a list of all the
16  contributions to the post-petition segregated
17  account and all the deductions from that
18  account?
19       A.   Also from the general ledger
20  financial statement and the bank accounts
21  from Banco Popular.
22       Q.   Okay.  And you are somebody who
23  would know where to look on the general
24  ledger to find that information?
25       A.   Yes.  And also the people who work

Page 278

1   in my department.
2        Q.   Who work for you?
3        A.   Yes.
4        ----
5        (Exhibit 11, Series of UCC Filings,
6   was marked for identification)
7        ----
8        (Exhibit 12, Letter dated 1/31/08
9   bearing Production Nos. PR-ERS 3643
10  through 3672, was marked for
11  identification)
12       ----
13       (Exhibit 13, Letter dated 4/21/16,
14  two pages, was marked for
15  identification)
16       ----
17       MR. STEWART:  So I think yesterday
18  I asked you a few questions about
19  opinions of counsel.
20       And let me distribute to everybody
21  Exhibits 11, 12 and 13.
22       I will put these in front of you,
23  but I am not going to ask you any
24  questions of them until counsel -- other
25  counsel have had a chance to get the

---

Page 279

1      documents.
2          There -- Exhibit 11 is a package of
3      UCC filings.  It does not have a control
4      number.
5          Exhibit 12 is a composite exhibit
6      of letters or opinions on law firm
7      letterhead that begins with the control
8      number PR-ERS 000003643.
9          And Exhibit 13 is a letter on the
10     letterhead of the law offices of Wolf
11     Popper that's dated April 21, 2016.
12         So Miss Tirado, I am going to start
13     with Exhibit 12, which is the thickest
14     of the three.
15     BY MR. STEWART:
16         Q.   Have you ever seen this document
17     before?
18         A.   Can I review it?
19         Q.   Please, take a minute.
20         MS. McKEEN:  Object to the form.
21         (Witness reviewing document)
22     BY MR. STEWART:
23         Q.   Have you had a chance, Miss Tirado,
24     to look at Exhibit Number 12?
25         A.   Yes.

---

Page 280

1          Q.   Is this a document you have seen
2      before?
3          MS. McKEEN:  Objection.  Form.
4          A.   I have not seen all the documents,
5      no.
6      BY MR. STEWART:
7          Q.   What part of it have you seen
8      before?
9          A.   I have seen the one of Fiddler
10     Gonzalez.
11         Q.   Is that the very first two pages of
12     this package of information?
13         A.   Yes.
14         Q.   Okay.  Have you seen any of the
15     other documents that comprise this exhibit?
16         A.   No.
17         Q.   Okay.  When did you see the -- and
18     the one you saw, just for reference, is the
19     document that has control number 3643 and
20     3644; is that right?
21         A.   Yes.
22         Q.   Okay.  So when did you first see
23     this document?
24         A.   When I was preparing with my
25     counsellors the documents.

---

Page 281

1          Q.   So within the past few days?
2          A.   Yes.
3          Q.   Okay.  Prior to that time, I take
4      it you had not seen this document; is that
5      correct?
6          A.   Correct.
7          Q.   What role, if any, did you have at
8      the time of the closing of the ERS bond deal
9      in terms of dealing with opinions being given
10     by law firms?
11         A.   I had no -- I had nothing to do
12     with the closing.
13         Q.   Okay.  In the course of your work,
14     have you had to do anything one way or the
15     other with this letter from this law firm,
16     the Fiddler Gonzalez law firm?
17         A.   No.
18         Q.   And do you have any knowledge about
19     the matters it speaks of?
20         A.   No.  I don't know the matter.
21         (Through translator).  What I can
22     tell is that --
23         (In English) -- we know that
24     Fiddler was one of the bond counsellor of the
25     -- of ERS for the bond resolution.

---

Page 282

1          Q.   Had you ever dealt with the Fiddler
2      Gonzalez law firm -- did you ever deal with
3      the Fiddler Gonzalez law firm in the course
4      of your work at ERS?
5          A.   No.
6          Q.   Okay.  Let's look at Exhibit 13,
7      which is a one-page letter from Wolf Popper.
8          Have you ever seen this document
9      before?
10         A.   Can I review it?
11         Q.   Please do.
12         A.   (Witness reviewing document).
13         Yes.
14         Q.   You have seen this document before?
15         A.   Yes, I have seen it.
16         Q.   When did you see it for the first
17     time?
18         A.   A few days ago with my lawyers.
19         Q.   This was in the course of preparing
20     yourself for your deposition?
21         A.   Yes.
22         Q.   Do I understand correctly that
23     prior to that time, you had never seen this
24     letter?
25         A.   No.

---

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

---

Page 283

1    Q.   Putting to one side when you saw
2  the letter for the first time, when you look
3  at the letter, are you able to understand
4  what it's talking about?
5         MS. McKEEN:  Objection.  Form.
6    A.   No.
7  BY MR. STEWART:
8    Q.   Can you tell by looking at the
9  letter whether it speaks of matters that you
10 worked on?
11        MS. McKEEN:  Objection.  Form.
12   A.   No.
13 BY MR. STEWART:
14   Q.   Do you have any knowledge of the
15 matters that are described in the Wolf Popper
16 letter?
17        MS. McKEEN:  Objection.  Form.
18   A.   No.
19 BY MR. STEWART:
20   Q.   Let's look at Exhibit Number 11.
21 You can put that down.
22        Exhibit 11 is a package of UCC
23 filings.  Let me ask you to look at these
24 first, Ms. Tirado, and my first question of
25 you is going to then be whether you have ever

Page 284

1  seen any of these documents before.
2    A.   (Witness reviewing documents).
3         MS. McKEEN:  Just for the record, I
4  notice that these aren't Bates-stamped
5  as you mentioned.
6         Are these from the production of
7  either party or --
8         MR. STEWART:  No.  I think they are
9  from the government of Puerto Rico.  I
10 think these are documents obtained by
11 going to their offices and getting
12 copies.
13        MS. McKEEN:  Is there a reason that
14 we are not using the Bates-stamped
15 version of the same documents?
16        MR. STEWART:  I don't think we have
17 a Bates-stamped version of these
18 documents, do we?
19 BY MR. STEWART:
20   Q.   Ms. Tirado, have you had an
21 opportunity to look at Exhibit Number 11?
22   A.   Yes.
23   Q.   Do you know what Exhibit Number 11
24 is?
25   A.   I have reviewed some documents, and,

Page 285

1  yes, these are the -- some of the security
2  agreement and the financing statement.
3    Q.   Okay.  When did you see -- let me
4  ask this.
5         Have you seen every single document
6  that is contained in Exhibit 11 or only some
7  of the pages?
8    A.   I have seen some of them, yes.
9    Q.   Can you tell me which ones you have
10 seen?
11   A.   I have seen this one, the financing
12 statement that is -- I don't know if the
13 stamp -- is -- I recognize the stamp.
14   Q.   Is it the one that has the number
15 in the upper left-hand corner 2009001811?
16   A.   Yes.
17   Q.   You have seen that one page?
18   A.   Yes.
19   Q.   Okay.  What else have you seen?
20   A.   I also seen the security agreement.
21   Q.   That is attached to it?
22   A.   Yes.
23   Q.   What else?
24   A.   I have seen the other that is done
25 on December 2015.

Page 286

1    Q.   The one that says 17 December 2015?
2    A.   Yes.
3    Q.   Okay.  Did you also see the
4  attachment to that document?
5    A.   Yes.
6    Q.   Okay.
7    A.   And also seen the January 2016.
8    Q.   The one that's dated January 19,
9  2016?
10   A.   Yes.
11   Q.   Did you see the attachment to that
12 document as well?
13   A.   To my best of recollection, yes.
14   Q.   Next to that is something -- is the
15 security agreement?
16   A.   Yes.
17   Q.   Did you see that as well at the
18 same time?
19   A.   Yes.
20   Q.   Further back, there is a UCC filing
21 with the stamp June 24th on it?
22   A.   Yes also.
23   Q.   Did you see that as well?
24   A.   Yes.
25   Q.   And a security agreement appears to

---

Page 287

1  be attached to that.  Did you see the
2  security agreement when you saw the document?
3      A.  Yes.  I have seen it.
4      Q.  And then next, the UCC filing has a
5  date of 17 December 2015.  It's further back.
6          Did you see that document?
7      A.  I am not sure, but I think, yes,
8  also.
9      Q.  And its attachment as well?
10     A.  I don't clear remember -- I don't
11 clearly remember it has the attachment but...
12 there was so many documents.
13     Q.  Then there is a UCC filing that's
14 dated January 19, 2016.
15         Do you see that, it's the last one
16 on the exhibit?
17     A.  Yes.
18     Q.  Is that a document you saw before
19 -- you have seen before?
20     A.  Yes.
21     Q.  And it has attachments as well.
22         Did you see the attachments?
23     A.  I am not clearly that I saw the
24 attachment, but it seems similar.  I am not
25 sure.

Page 288

1      Q.  So we have gone over -- so in
2  Exhibit 11, is it fair to say you have seen
3  all of it except for the first two pages?
4          MS. McKEEN:  Objection.  Form.
5      A.  Yes.
6  BY MR. STEWART:
7      Q.  Now, when did you see those parts
8  of Exhibit 11?
9      A.  When I was preparing myself for the
10 deposition.
11     Q.  So that's within the past few days?
12         MS. McKEEN:  Objection.  Form.
13     A.  Yes.
14 BY MR. STEWART:
15     Q.  Did you ever see any of those
16 documents before that time?
17     A.  (Through translator).  It could be
18 they were part of the documents on the block.
19 But I could have seen them but not in detail.
20     Q.  I think you testified that in your
21 office there was a binder of documents
22 relating to the POB transaction?
23     A.  Yes.
24     Q.  Do you know whether these documents
25 were in those binders?

Page 289

1      A.  I don't have the specific but maybe
2  I pass it and I saw it, but I am not clearly
3  that was there.
4      Q.  What role, if any, did you have at
5  the time of the bond transaction in making
6  UCC filings?
7      A.  No role.
8      Q.  Or in reviewing UCC filings made by
9  anyone else?
10     A.  No.
11     Q.  Or in deciding what should be in a
12 UCC filing?
13     A.  No.
14     Q.  Did you ever have occasion in the
15 course of your work to do anything that
16 required you to look at the UCC filings?
17     A.  No.
18     Q.  Do you have any opinion or thought
19 one way or the other whether the UCC filings
20 are complete and accurate?
21         MS. McKEEN:  Objection.  Form.
22     A.  No.  I could not tell you if it's
23 accurate or not accurate.  I know the
24 document existed but -- and those
25 transactions were made by high-level position

Page 290

1  and political person, and they are not here
2  anymore so I don't know.
3  BY MR. STEWART:
4      Q.  Now, some of the documents
5  contained in Exhibit 11 are UCC filings that
6  were made in more recent years.  Some in 2015
7  and some in 2016.
8          What involvement, if any, did you
9  have in making those UCC filings?
10     A.  I had no involvement.
11     Q.  What, if anything, did you do or
12 were you asked to do in terms of looking at
13 the filings before they were made?
14         MS. McKEEN:  Objection.  Form.
15     A.  Can you be more specific on the --
16 BY MR. STEWART:
17     Q.  No.  It's a general question
18 because if it turns out you know something,
19 I'm going to ask you specific questions, but
20 I get the feeling this was not your area.  I
21 am just trying to make sure of that before I
22 move on.
23         So that's why I'm asking did you
24 have any role at all in the 2015 or 2016 UCC
25 filings?

Page 291

1     A.   I have no role.
2     Q.   Do you have any opinion or belief
3  as to the completeness or accurateness of
4  those filings made in 2015 and 2016?
5     A.   No.
6     Q.   And as with all these filings, I
7  assume you don't have any belief as to
8  whether they are or are not legally
9  sufficient?
10     MS. McKEEN:  Objection.  Form.
11     A.   No.  I have no, either way.
12     Can I add something?
13  BY MR. STEWART:
14     Q.   Please.
15     A.   In these documents, were documents
16  that were usually filed by personal --
17     (Through translator).  Political
18  personnel appointees.  They are not here.
19  That is why we could not investigate
20  anything.
21     Q.   Sure.
22     Do you know the names of those
23  political appointees?
24     MS. McKEEN:  Objection.  Form.
25     A.   (Through translator).  No.  Those

Page 292

1  are the political appointees for 2008.  They
2  are the ones who were also there in 2015, '16
3  that aren't anymore.
4  BY MR. STEWART:
5     Q.   Are there records at ERS that would
6  tell us the names of those people?
7     A.   (Through translator).  Yes.  At the
8  human resources office.
9     Q.   Did you or anyone else at your
10  direction contact the human resources office
11  to learn those names?
12     MS. McKEEN:  Objection.  Form.
13     A.   (Through translator).  That was a
14  proceeding or a process that the legal area
15  expertise worked on.
16  BY MR. STEWART:
17     Q.   Did the legal area ever share with
18  you the names of those persons?
19     MS. McKEEN:  Objection.  Form.
20     A.   (Through translator).  They did not
21  share it because some of them I do remember
22  who they are.
23  BY MR. STEWART:
24     Q.   Okay.  Did you speak with any of
25  them as part of your preparation for

Page 293

1  testifying yesterday and today?
2     A.   (Through translator).  For one of
3  these documents, it's still some person who
4  worked in the political position but that now
5  holds a regular position, and we asked him or
6  her whether he or her knew about the
7  document.
8     Q.   What was that person's name?
9     A.   Felix Maldonado.
10     Q.   Did you speak with Mr. Maldonado --
11  did you speak with him?
12     A.   Yes.
13     Q.   What did he say to you, and what
14  did you say to him?
15     MS. McKEEN:  Objection.  Form.
16     A.   (Through translator).  We asked him
17  whether he knew about the document, whether
18  he had seen it or had he worked with the
19  document.  He said that, no, he hadn't seen
20  the document.  Neither did he know anything
21  about it.
22  BY MR. STEWART:
23     Q.   Did you speak with anyone other
24  than Mr. Maldonado about the documents?
25     A.   (Through translator).  On these

Page 294

1  documents, no.
2     Q.   So the only person you spoke with
3  was Mr. Maldonado, correct?
4     A.   (Through translator).  I spoke with
5  Felix Maldonado because he was the only
6  political appointee at that time who is in
7  the retirement system because the other
8  political appointees no longer work there.
9     Q.   Are the other political appointees
10  still alive, if you know?
11     A.   I could not tell you that.
12     Q.   Do you know who on the ERS staff
13  worked for those political appointees in
14  those years?
15     MS. McKEEN:  Objection.  Form.
16     A.   Can you repeat the question,
17  please?
18  BY MR. STEWART:
19     Q.   Do you know who on the ERS staff
20  worked for those political appointees in
21  those years?
22     MS. McKEEN:  Same objection.
23     A.   I don't understand the question.
24  BY MR. STEWART:
25     Q.   Political appointees worked at ERS?

Page 295

1    A.   At that time, yes.
2    Q.   Did they have staff that reported
3 to them?
4    A.   Yes.  They had staff.
5    Q.   Do you know who the staff were?
6    A.   They are different levels, so they
7 could have different staff personnel.
8    Q.   What did you do to find out who
9 their staff members were?
10   MS. McKEEN:  Objection.  Form.
11   A.   Because one of them I remember who
12 were the staff members because I work since
13 1992, so I remember some of those employees
14 and the staff members.
15 BY MR. STEWART:
16   Q.   Did you talk to those employees or
17 staff members about these UCC filings?
18   A.   No.
19   Q.   What documents did you review in
20 addition to the UCC filings themselves to
21 learn more about the UCC filings?
22   A.   No.  No more documents.
23   Q.   Were you given anything by your
24 lawyers to look at to help you prepare to
25 testify about the UCC filings?  Answer that

Page 296

1 yes or no.
2    MS. McKEEN:  Objection.  Form.
3    A.   No.
4 BY MR. STEWART:
5    Q.   Did your lawyers tell you anything
6 about the UCC filings to help prepare you to
7 testify about them?  And please answer that
8 only yes or no.
9    A.   Can you repeat the question?
10   Q.   Did your lawyers tell you anything
11 about the UCC filings to help prepare you to
12 testify about them?
13   MS. McKEEN:  Objection.  I think
14   that calls for attorney-client
15   privileged information.
16   MR. STEWART:  Are you going to
17   instruct her?
18   MS. McKEEN:  Yes.  Don't answer
19   that question to the extent it's seeking
20   information about the content of your
21   communication with your lawyers.
22   MR. STEWART:  I am not asking the
23   content.  I am saying did they tell you
24   anything about the filings.  That's all
25   I'm asking, and I am asking for a

Page 297

1 yes-or-no answer only.  Are you still
2 going to instruct?
3    MS. McKEEN:  Yes.  Because I think
4 getting a yes-or-no answer to that
5 question tells you about content of a
6 conversation that she has with her
7 lawyer.  So yes, I'm going to instruct
8 the witness not to answer.
9    MR. STEWART:  Just to be clear,
10 then I am going to move on.  All I want
11 is an answer about the subject matter of
12 the conversation, not its content, and
13 if the subject matter is the UCC
14 filings, I think it is not privileged,
15 and I think Southern District Rule 26-2
16 which, by stipulation, governs this
17 proceeding will tell you that.
18   Are you still going to instruct?
19   MS. McKEEN:  I am.  I am happy to
20 check that rule on a break and let you
21 know if I change my position, but I
22 think that question seeks
23 information about the content of
24 communications she had with counsel.  So
25 I am going to instruct the witness not

Page 298

1 to answer.
2 BY MR. STEWART:
3    Q.   So let's now look at --
4    MR. STEWART:  Mark Exhibits 21
5 and 22.
6    ----
7    (Exhibit 21, Joint Stipulation and
8 Order, nine pages, was marked for
9 identification)
10   ----
11   (Exhibit 22, Joint Stipulation and
12 Order, five pages, was marked for
13 identification)
14   ----
15   MR. STEWART:  21 is what's commonly
16 known as the January stipulation.  And
17 22 is what's commonly known as the April
18 stipulation.
19 BY MR. STEWART:
20   Q.   Miss Tirado, I am placing before
21 you Exhibits 21 and 22.  Please take a minute
22 to look at each.  I will get myself a cup of
23 coffee while you are doing that.
24   (Pause in the proceedings)
25   A.   (Witness reviewing document).

Page 299

1      I have seen them.
2      Q.   Have you had a chance to look at
3   Exhibits 21 and 22?
4      A.   Yes.
5      Q.   So I will start with 21.
6      Is this a document that you have
7   seen before?
8      A.   Yes.  I have seen it.
9      Q.   When did you see Exhibit 21 for the
10  first time?
11     A.   I think it was in January.
12     Q.   Of 2017?
13     A.   Yes.
14     Q.   Just for the record, Exhibit 21 is
15  a stipulated -- it's entitled "Joint
16  Stipulation and Order" filed on January 17,
17  2017.
18     Tell me how this joint stipulation
19  came to your attention.
20     A.   It was sent by the former
21  administrator of ERS.
22     Q.   Just for the record, what is her
23  person's name?
24     A.   Natalia Palmer.
25     Q.   Okay.  And do you know why it was

Page 300

1   sent to you?
2      MS. McKEEN:  Objection.  Form.
3      A.   She explained to me.
4   BY MR. STEWART:
5      Q.   What did she say to you?
6      A.   What was the June stipulation order
7   to do.
8      Q.   Okay.  And what did you understand
9   it ordered -- it ordered ERS to do?
10     A.   It was going to open a bank
11  account that was called pre-petition where
12  all the employer contributions received
13  since the moratorium was going to be
14  deposited.
15     Q.   What role, if any, did you have in
16  opening that bank account?
17     A.   It was one of my staff that I
18  instructed to open the account.
19     Q.   And what, if anything, did you have
20  to do to make sure the employer contributions
21  were transferred to that account?
22     MS. McKEEN:  Objection.  Form.
23     A.   The amounts were deposited on the
24  operational accounts, so we made the
25  transfer.

Page 301

1   BY MR. STEWART:
2      Q.   You made the transfer into the
3   Banco Popular account?
4      A.   Yes.
5      Q.   Okay.  When you say -- you just
6   used the phrase "operational accounts."  I
7   should have -- and you have used it before.
8   I need to know what you are referring to when
9   you speak of operational accounts.
10     What are operational accounts as
11  you use that term?
12     A.   That's the account that ERS has
13  where it receives the employer contributions
14  and other contributions from the corporation
15  and municipalities.
16     Q.   What other contributions does the
17  operational account receive beside the
18  employer contributions?
19     A.   Employee contributions, loans
20  contributions, and the MetLife insurance
21  payment.
22     Q.   Okay.  Is that all?
23     A.   That I can recall, yes.  There
24  could be other transactions that individual
25  pays, but, yes.

Page 302

1      Q.   As a general matter, that's what it
2   contains.  Thank you.
3      Okay.  So who at ERS was in charge
4   of dealing with the Banco Popular account?
5      MS. McKEEN:  Objection.  Form.
6      A.   The finance department.
7   BY MR. STEWART:
8      Q.   Was that you or was it somebody who
9   reported to you?
10     A.   Well, it was someone who reported
11  to me.
12     Q.   Who was that?
13     A.   Noemi Rivera.
14     Q.   Okay.  Let me ask you when you
15  received this joint stipulation, were you
16  able to understand what it said?
17     MS. McKEEN:  Objection.  Form.
18     A.   Like I said, it was explained to me
19  by Natalia Palmer.
20  BY MR. STEWART:
21     Q.   Is or was she a lawyer?
22     A.   Yes, she was a lawyer.
23     Q.   A lawyer?  Okay.  And let's look at
24  paragraph 2.
25     Do you see paragraph 2(a)?

Page 303

1    A.   Yes.
2    Q.   It refers to "Employers'
3  contributions as defined in ERS Bond
4  Resolutions."
5       Do you see that?
6    A.   Yes, I see it.
7    Q.   Were you able to understand what
8  that was referring to?
9       MS. McKEEN:  Objection.  Form.
10    A.   I don't remember if I read all the
11  joint stipulation, but like I said, it was
12  discussed with me by the former
13  administrator, and she explained to me what
14  was going -- you were -- what we were going
15  to do.
16  BY MR. STEWART:
17    Q.   Did you understand what the joint
18  stipulation meant when it used the term
19  "employers' contributions"?
20    A.   Well, like I said, it was the same
21  treatment that it was always done.  The
22  employer contribution received.
23    Q.   Okay.  And it says here "as defined
24  in the ERS Bond Resolutions."
25       Do you see that?

Page 304

1    A.   Yes, I see it.
2    Q.   Did you need to go look at the bond
3  resolution to understand what was meant by
4  employer contributions?
5       MS. McKEEN:  Objection.  Form.
6    A.   Like I said, the information was
7  explained to me.  So I cannot remember if I
8  read this particular paragraph.  So like I
9  said, it was the same treatment that always
10  ERS has been using for the employer
11  contribution.
12  BY MR. STEWART:
13    Q.   Okay.  Further on in that same
14  paragraph, it talks about these contributions
15  that were -- I am quoting, "received by the
16  ERS during the pendency of the stay imposed
17  pursuant to Section 405 of the Puerto Rico
18  Oversight, Management & Economic Stability
19  Act."
20       Do you see that?
21    A.   Yes, I see it.
22    Q.   Do you know anything about -- I
23  withdraw that.
24       Do you know what the stay imposed
25  pursuant to Section 405 was?

Page 305

1       MS. McKEEN:  Objection.  Form.
2    A.   No.
3  BY MR. STEWART:
4    Q.   Okay.  Do you know when that stay
5  began or when it ended?
6    A.   If it's referred to PROMESA, I
7  think it was last year, 2016.
8    Q.   But do you know when the stay began
9  or when the stay ended?
10    A.   No.  I don't -- I don't
11  particularly remember.
12    Q.   In fact, I should have asked
13  another question.
14       Do you even -- do you know what the
15  word "stay" means as it's used in the joint
16  stipulation?
17    A.   No.
18    Q.   Okay.  But in any event, you are
19  not able to say when that stay began or when
20  it ended, correct?
21       MS. McKEEN:  Objection.  Form.
22    A.   No.
23  BY MR. STEWART:
24    Q.   How much money was transferred
25  overall into this pre-petition account?

Page 306

1       MS. McKEEN:  Objection.  Form.
2    A.   I don't have the exact amount.  I
3  don't remember.  It's a lot of numbers that I
4  work for.  It was close to 100 something, but
5  if you -- maybe I see the papers and I could
6  see, I could tell you about the exact amount.
7  I don't remember.  I just remember it was the
8  amount received from July 2016 to the moment
9  that the bank was -- that the account was
10  opened.
11  BY MR. STEWART:
12    Q.   Okay.  When you say "close to 100,"
13  you mean close to $100 million?
14    A.   Right.
15    Q.   Let's look, if we could, on Page 4
16  of our exhibit, to paragraph 2(d).
17       You have 2(d) in front of you, and
18  I am going to read from it.  It says, "To the
19  extent that ERS receives any commonwealth
20  central government employers' contributions,
21  unless otherwise agreed in writing by the
22  undersigned parties, such contributions shall
23  be retained in a segregated account pending
24  further order of the court."
25       Do you see that?

CONFIDENTIAL                                           FINAL - October 25, 2017
FOMBPR v. Altair Global                       Cecile Tirado Soto, Volume 2

---

Page 307

1      A.   Yes.
2      Q.   So during the period of time when
3  this stipulation was signed until ERS filed
4  for Title III bankruptcy, did ERS receive any
5  contributions from the commonwealth central
6  government?
7      A.   It received an amount from the
8  commonwealth, but it's a general account
9  transaction.
10     Q.   And I -- you will have to help me
11 understand what you meant by "general account
12 transaction."
13     A.   I am going to say in Spanish.
14     Q.   Please.
15     A.   (Through translator).  The employer
16 contributions received from the central
17 government are deposited on the treasury
18 secretary account, and so they -- with that
19 they sent us a document and those
20 transactions are accounted for and recorded.
21     Q.   Okay.  Were the contributions from
22 the central government employers'
23 contributions?
24     A.   Can you repeat the question,
25 please.

---

Page 308

1      Q.   Were the payments from the
2  commonwealth central government that you just
3  described to me, were those employers'
4  contributions?
5      A.   Yes.
6      Q.   Were they placed in the segregated
7  account?
8          MS. McKEEN:  Objection.  Form.
9      A.   No.  They were not placed in the
10 central government -- the pre-petition
11 account, no.
12 BY MR. STEWART:
13     Q.   What was the amount of those
14 payments?
15     A.   I could not tell you the exact
16 amount because I don't have the information.
17 But -- I have to see the amounts to refresh
18 my memory.
19     Q.   Where would you go to find the
20 amounts?
21     A.   In the general ledger accounts.
22     Q.   Any particular subaccount there?
23     A.   No.  It's registered like an
24 employer account.  It's registered.
25     Q.   I think you testified that the

---

Page 309

1  contributions from the commonwealth central
2  government did not go into the pre-petition
3  account.
4          Where did they go?
5      A.   (Through translator).  The employer
6  contributions transactions are deposited in
7  the secretary regular account -- secretary's
8  regular account.
9      Q.   At the treasury department?
10     A.   (Through translator).  Yes.
11     Q.   Do you know whether there was an
12 order of the court saying that it could be
13 done that way?
14     A.   (Through translator).  That
15 operation has always been done the same way.
16 The system receives the employer
17 contributions from the central government in
18 the treasury account and from there they are
19 accounted for and from there too pensions are
20 paid.
21     Q.   Okay.  Now, I know you don't
22 remember the exact amount.
23          What's your best recollection of
24 the total amount of contributions made by the
25 commonwealth central government from the date

---

Page 310

1  of this joint stipulation to the date ERS
2  filed for Title III protection?
3      A.   It could be roughly maybe 11
4  million per month.
5      Q.   For about four or five months?
6      A.   Yes.
7      Q.   Paragraph 3 of the stipulation
8  talks about a number of things, including --
9  well, I will read it.  And I am just going to
10 ask you if this was something you looked at
11 or understood at the time.
12          "The segregated account, the
13 employers' contributions therein and any
14 interest thereon are hereby found and
15 determined to and shall (i) constitute
16 pledged property under the ERS Bond
17 Resolution."
18          Do you see the language that I just
19 read?
20     A.   Yes.
21     Q.   Was that something you were asked
22 to focus on or deal with?
23     A.   No.
24     Q.   Is it anything that you had any
25 independent understanding about?

---

Page 311

1      A.   No.  What I know is how ERS always
2  treated the employer contributions.
3          Q.   Okay.  All right.
4              In paragraph 4 -- and I am reading
5  -- it says, "Nothing herein shall preclude or
6  excuse the ERS from transferring any employer
7  contributions received by it and transferred
8  to the segregated account to the fiscal agent
9  in accordance with Section 504 of the ERS
10 Bond Resolution."
11         Do you see that?
12     A.   Yes.  I see it.
13         Q.   Did you have an understanding of
14 what that meant?
15             MS. McKEEN:  Objection.  Form.
16     A.   Like I said before, what I know how
17 was -- the treatment was made -- how ERS made
18 the treatment of the employer contributions.
19 BY MR. STEWART:
20         Q.   Do you know whether or not ERS
21 transferred any of the employer contributions
22 from the segregated account to the fiscal
23 agent in accordance with Section 504 of the
24 ERS Bond Resolution?
25             MS. McKEEN:  Objection.  Form.

Page 312

1      A.    What I know is how it was treated,
2  the ERS employer contributions, and how it
3  was paid to the fiscal agent.
4  BY MR. STEWART:
5          Q.   Okay.  And how was it treated and
6  paid to the fiscal agent in this time period?
7      A.   Since January?
8          Q.   January 2017 until the date ERS
9  filed for Title III protection?
10     A.   Since January ERS didn't pay the --
11 didn't pay the employer contribution until
12 other stipulation because in January what we
13 did was separated the amount to the
14 pre-petition account because the bondholders
15 were, from the reserve accounts, receiving
16 the 13.8 interest payment.  So after the
17 second stipulation on April was the one that
18 we started making the payments from the
19 pre-petition account.
20         Q.   Okay.  So let's look at the second
21 stipulation.  I think it's Exhibit 22, which
22 is in front of you.
23             Have you had an occasion to read
24 Exhibit 22?
25     A.   It was sent also by Natalia Palmer.

Page 313

1          Q.   Okay.  And did you have occasion to
2  discuss with her what, if anything, you were
3  supposed to do as a result of the
4  stipulation?
5      A.   She explained me also what we had
6  to do.
7          Q.   What did she say to you and what
8  did you say to her?
9      A.   She told me that every 20 of the
10 month, starting on April 20, we had to pay
11 13.8 from the pre-petition account.
12         Q.   Okay.  Pay it to who?
13     A.   To the fiscal agent.
14         Q.   Do you know what the fiscal agent
15 was to do with that money?
16     A.   Pay the interest bond to the
17 bondholders.
18         Q.   Okay.  And, in fact, did you
19 arrange for ERS to make those payments every
20 month?
21     A.   Correct, yes.
22         Q.   When did you stop making those
23 payments?
24     A.   After Title III was filed.
25         Q.   Okay.  And these were to be monthly

Page 314

1  payments?
2      A.   Yes.
3          Q.   So you made a payment in April,
4  correct?
5      A.   Correct.
6          Q.   Did you make a payment in May?
7      A.   Yes.
8          Q.   What day in May?  The 20th?
9      A.   My best recollection, I think it
10 was May 19.
11         Q.   Did you make any payments after May
12 19th?
13     A.   No.  After the other joint
14 stipulation, no.
15         Q.   Under this stipulation, you made
16 two payments of $13.8 million.  One no later
17 than April 20th of this year and the other on
18 May 19th, correct?
19     A.   To my best of recollection, yes.
20         Q.   This speaks of something called a
21 non-funding notice.
22             Do you see that?  It's the second
23 sentence in paragraph 2?
24     A.   Page 3?
25         Q.   Page 3, paragraph 2.  There is a

CONFIDENTIAL                                   FINAL - October 25, 2017
FOMBPR v. Altair Global                        Cecile Tirado Soto, Volume 2

---

Page 315

1   sentence that says, "Thereafter unless ERS
2   provides written notice (non-funding notice)
3   to counsel to the ERS bondholders by the 5th
4   day of each subsequent month that it will not
5   transfer to the fiscal agent," it goes on.
6        My question is whether you
7   understand what that is talking about?
8        MS. McKEEN:  Objection.  Form.
9        A.   I imagine it's that we had to make
10  the payments before the 20th of each month.
11  BY MR. STEWART:
12       Q.   It refers to something here called
13  the non-funding notice.
14       Do you see where it talks about
15  that?
16       A.   I don't see it.  Oh, yes.  I see
17  it.
18       Q.   Do you know if ERS did or did not
19  provide a non-funding notice to counsel for
20  the ERS bondholders?
21       A.   That I am aware of, no.  Maybe
22  Natalia was the one who was working directly
23  with this but...
24       Q.   It's fair to say you don't know one
25  way or the other?

---

Page 316

1        A.   No.
2        Q.   What happened to the monies in the
3   pre-petition segregated account?
4        MS. McKEEN:  Objection.  Form.
5        A.   Can you be more specific?
6   BY MR. STEWART:
7        Q.   We talked about the pre-petition
8   segregated account, correct?
9        A.   Yes.
10       Q.   Where are those monies today?
11       A.   The pre-petition, the one opened on
12  January?
13       Q.   Yes.
14       A.   It's at Banco Popular.
15       Q.   Is it still in the same bank
16  account?
17       A.   Yes.
18       Q.   How much is in that account?
19       A.   I don't know the exact amount but
20  maybe 100-something.  I don't recall.  I have
21  to see the bank account to --
22       Q.   Sure.
23       Are you aware of something called
24  the post-petition segregated account?
25       A.   Yes.

---

Page 317

1        Q.   What is the post-petition
2   segregated account?
3        A.   The post-petition was the bank
4   account that was opened on the July petition,
5   joint stipulation.
6        Q.   I think you said that's also Banco
7   Popular?
8        A.   Yes.
9        Q.   What monies, if any, go into the
10  post-petition segregated account?
11       A.   Until it was the employer
12  contribution received.
13       Q.   Did that include commonwealth
14  contributions or just contributions from
15  others besides the commonwealth?
16       A.   Corporation and municipalities.
17       Q.   But not commonwealth central
18  government contributions?
19       A.   No.
20       Q.   Where have the commonwealth central
21  government contributions been going?
22       A.   Like I said, those transactions has
23  always been worked of general ledger account
24  received by the commonwealth and deposited on
25  the Department of Treasury accounts.

---

Page 318

1        Q.   So the same way you described to me
2   earlier, correct?
3        A.   Yes.
4        Q.   So let me ask you about the
5   non-commonwealth.  I think you called those
6   municipality and corporate?
7        A.   Yes.
8        Q.   Let me write that down.
9        Tell me what contributions from the
10  municipalities and corporations go into the
11  post-petition segregated account?
12       A.   The employer contributions.
13       Q.   Same contributions as before?
14       A.   The received, yes.
15       Q.   What has ERS done with the money in
16  the post-petition segregated account?
17       A.   The balance accounts are on the
18  accounts.  They are deposited on those
19  post-petition accounts.
20       Q.   Forgive me if I have asked you this
21  before.
22       Do you know the balance today in
23  the post-petition segregated account?
24       A.   The exact amount I don't remember.
25  Maybe it should be -- it should be the 18.5

---

CONFIDENTIAL                                      FINAL - October 25, 2017
FOMBPR v. Altair Global                          Cecile Tirado Soto, Volume 2

Page 319

1  since July.  So it's 18.5 in July.  Two in
2  July.  One in August and one in September.
3  That was the payment that were due.  Plus
4  another transaction of employer contributions
5  received after Title III.
6       Q.    Okay.  Where would I find a record
7  of payments into and withdrawals from the
8  post-petition segregated account?
9       A.    Bank accounts and general ledger
10 accounts.
11      Q.    The same accounts or types of
12 accounts you have described to me already?
13      A.    Yes.
14      Q.    Let me ask you a question.  If you
15 have an answer, tell me, and if not, tell me
16 you don't.
17            To your knowledge, is the January
18 stipulation still something that ERS is
19 required to obey?
20            MS. McKEEN:  Objection.  Form.
21       Calls for legal testimony.
22 BY MR. STEWART:
23      Q.    If you have an answer.
24      A.    What we have done is continue
25 paying the 13.8 on the 20th of each month to

Page 320

1  the fiscal agent.
2       Q.    Okay.
3            MR. STEWART:  So let me -- how long
4  have we been going?  About an hour.  I
5  am going to go to a new topic.  If you
6  want to take a break, this is a fine
7  time.  If you want to keep going, it's a
8  fine time.
9            MS. McKEEN:  I think a break would
10       be okay.  Thank you.
11            THE VIDEOGRAPHER:  The time is
12       10:52 a.m.  We are going off the record.
13       (Recess)
14            THE VIDEOGRAPHER:  We are back on
15       the record.  The time is 11:06 a.m.
16 BY MR. STEWART:
17      Q.    Miss Tirado, I am now going to ask
18 -- do you have Exhibit 27 in front of you?
19 That's the agreed upon deposition topics, and
20 we spent some time yesterday with that
21 exhibit.
22      A.    Yes.
23      Q.    Just let me direct your attention
24 to Page 2 of Exhibit 27 and paragraph 13 of
25 that exhibit.

Page 321

1            Were you able to find that?
2       A.    Yes.
3       Q.    Okay.  This refers to a meeting on
4  May 12, 2017.
5            Are you aware that a meeting was
6  held here in New York City on May 12, 2017
7  among representatives of ERS and
8  representatives from the bondholders?
9            MS. McKEEN:  Objection.  Form.
10      A.    No.  What -- I don't know.  ERS was
11 not on those meetings.
12 BY MR. STEWART:
13      Q.    I was asking, I think, were not
14 representatives from ERS at the meetings?
15            MS. McKEEN:  Objection to form.
16      A.    We were not aware of those meetings
17 on May 12th.
18 BY MR. STEWART:
19      Q.    You mean you were not aware before
20 May 12th there was going to be a meeting?
21            MS. McKEEN:  Objection.  Form.
22       Misstates testimony.
23      A.    No.
24 BY MR. STEWART:
25      Q.    And you didn't learn about the

Page 322

1  meeting when it was happening?
2       A.    No.
3       Q.    And you didn't learn about the
4  meeting even after the meeting had happened?
5       A.    No.
6       Q.    When you say "No," you are saying,
7  no, you did not learn or were not told,
8  correct?
9       A.    Correct.
10      Q.    Okay.  What do you know about the
11 meeting?
12      A.    This was a topic that was discussed
13 these days for the deposition, and we asked
14 personally ERS to corroborate if the, you
15 know -- the administrator assisted or
16 something personal, but no one had went to
17 the meeting.
18      Q.    Fair to say -- do you know where
19 the meeting was held?
20      A.    No.
21      Q.    How long it lasted?
22      A.    No.
23      Q.    Who attended?
24      A.    No.
25      Q.    What the agenda was for the

Page 323

1    meeting, if any?
2      A.   No.
3      Q.   What happened at the meeting?
4      A.   No.
5      Q.   What decisions were made at the
6    meeting?
7      A.   No.
8      Q.   What anyone said at the meeting?
9      A.   No.
10      Q.   Where matters were left at the end
11    of the meeting?
12      A.   No.
13      Q.   Or what happened as a result of the
14    meeting?
15      A.   No.
16      Q.   Fair -- what did you do, if
17    anything, to prepare yourself to testify
18    today about this subject which is the May 12,
19    2017 meeting?
20      A.   I just -- we asked the
21    administrator, Luis Collazo, to corroborate
22    if he went to the meeting or he knew about
23    the meeting. So he told me no, that he
24    didn't attend the meeting.
25      Q.   Did you do anything else to learn

Page 324

1    about the meeting?
2      A.   No.
3      Q.   Okay. Did anyone tell you at any
4    time about representations that were made to
5    the bondholders at the meeting?
6      MS. McKEEN: I will instruct the
7    witness not to answer the question if
8    doing so would require her to reveal the
9    content of communications between
10    attorneys that may have been at the
11    meeting and representatives of ERS. If
12    she can answer without revealing
13    attorney-client privileged information,
14    that's fine.
15      THE VIDEOGRAPHER: Ms. McKeen,
16    where is your microphone connected.
17      MS. McKEEN: It's on the table.
18      THE VIDEOGRAPHER: Okay. I did
19    pick you up.
20      MS. McKEEN: Okay. Thank you.
21      MR. STEWART: My question was a yes
22    or no.
23    BY MR. STEWART:
24      Q.   Did anyone tell you at any time
25    about representations that were made to the

Page 325

1    bondholders at the meeting; yes or no?
2      MS. McKEEN: Same objection.
3      MR. STEWART: Are you going to
4    instruct?
5      MS. McKEEN: No. Just to the
6    extent she can answer without revealing
7    the content of conversations between ERS
8    and counsel, she can.
9      MR. STEWART: Okay. So let me
10    reread the question to you.
11    BY MR. STEWART:
12      Q.   Did anyone tell you at any time
13    about representations that were made to the
14    ERS bondholders at that meeting?
15      A.   No.
16      Q.   Okay. In the course of preparing
17    for your testimony here today, did you
18    discuss that meeting with your lawyers; yes
19    or no?
20      MS. McKEEN: Same objection as
21    before. I think what she discussed with
22    her lawyers is privileged. I have
23    looked at Local Rule 26.2. I think it
24    requires the general subject matter of
25    the communications be disclosed. And I

Page 326

1    think the witness has already testified
2    about the general subject matter of her
3    meeting with counsel, and I am going to
4    instruct her not to answer questions
5    about specific topics that she discussed
6    with her lawyers.
7      MR. STEWART: I am not asking
8    specific topics.
9    BY MR. STEWART:
10      Q.   My question was: In the course of
11    preparing for your testimony here today, did
12    you discuss that meeting with your lawyers;
13    yes or no?
14      MS. McKEEN: Okay. I think that
15    that is a specific topic that you are
16    asking her about, and I am going to
17    instruct the witness not to answer
18    questions that would reveal the content
19    of her communications with counsel,
20    including what subject matters were
21    encompassed in her conversations with
22    counsel to prepare for the deposition.
23    BY MR. STEWART:
24      Q.   In the course of your meetings with
25    counsel, did they show you any documents

Page 327

1  about the May 12th meeting; yes or no?
2      A.   No.
3      Q.   In the course of your meetings with
4  counsel, were you asked to go make any
5  inquiry of anyone to learn about the May 12th
6  meeting?
7      A.   The information that I just told
8  you, to ask the administrator if he had
9  attended the meeting or he knew about the
10 meeting.
11     Q.   In the course of your meetings with
12 counsel, did counsel show you any documents
13 counsel had prepared that talked about the
14 May 12th meeting?
15     A.   No.
16     Q.   In the course of your meetings with
17 counsel, were you shown any chronology of
18 events prepared by counsel?
19        MS. McKEEN:  Objection.  I think if
20     you could establish that a document
21     refreshed the witness' recollection,
22     that would be one thing.  But if you are
23     just asking for work product that she
24     was shown, I don't think you are
25     entitled to that information.

Page 328

1         MR. STEWART:  I am just asking if
2     she was shown a chronology and nothing
3     more.
4         MS. McKEEN:  Okay.
5         MR. STEWART:  Are you going to
6     instruct her to not answer?
7         MS. McKEEN:  No, I am not.
8         MR. STEWART:  Okay.
9  BY MR. STEWART:
10     Q.   You can answer the question.
11     A.   Will you -- could you specify
12 "chronological."
13     Q.   A document that lists events in the
14 order in which they happened, giving their
15 dates.
16     A.   As part of my preparation, I make
17 -- you know, like did some like this happened
18 here; this happened here, but it was my
19 information.
20     Q.   I see.  Was that -- were those
21 notes that you took?
22     A.   It was in my mind, you know, to see
23 the sequence of things, what happened.
24     Q.   What did you write down?
25        MS. McKEEN:  Objection.  Form.

Page 329

1      A.   I don't remember exactly what I
2  wrote, but --
3  BY MR. STEWART:
4      Q.   Did --
5      A.   -- you know, the joint stipulation
6  dates.  Something like that.
7      Q.   Did you take notes of these
8  meetings?
9        MS. McKEEN:  Objection.  Form.
10     A.   No.  No.  It was -- I did it.
11 BY MR. STEWART:
12     Q.   All in your head?
13     A.   Yes.
14     Q.   Okay.
15     A.   Yes.
16     Q.   Okay.  Now, there came a time in
17 May when ERS filed for protection under Title
18 III of PROMESA.
19        You are aware of that, correct?
20     A.   Yes.
21     Q.   And do you remember what date that
22 was?
23     A.   It was May -- it was May 21st.
24     Q.   Okay.  So I am going to ask you now
25 about events on May 21st and afterwards.

Page 330

1  Okay?
2      A.   Okay.
3      Q.   Let's look at number 10 --
4  paragraph 10 of Exhibit 27.
5         Do you see paragraph 10?
6      A.   Yes.
7      Q.   Okay.  So -- and it says, "Actions,
8  if any, taken by ERS in response to the
9  filing of the ERS Title III case that relate
10 to employer contributions received by the ERS
11 or 'the validity, priority, extent and
12 enforceability' of the bondholders' alleged
13 security interest and liens."
14        Do you see that?
15     A.   Yes, I see it.
16     Q.   Okay.  So we are going to break
17 this in half.  First I am going to ask you
18 about actions, if any, taken by ERS in
19 response to the filing of the ERS Title III
20 case that relate to employer contributions
21 received by the ERS.  I'm going to start with
22 that.
23        What, if anything, did ERS do with
24 respect to employer contributions after the
25 Title III case was filed?

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

---

Page 331

1    A.   ERS didn't transfer after May '17
2   the employer contributions to the
3   pre-petition account.
4        Q.   Where did the money go?
5        A.   It stayed in the operational
6   account.
7        Q.   Okay.  Why did ERS not transfer
8   employer contributions to the pre-petition
9   account after May 17th?
10       A.   Well, the Title III was filed, and
11  the operational transaction that ERS always
12  work is that make the account's transaction
13  at the end of the month.
14       Q.   Okay.  How much money was put into
15  the operational accounts instead of being
16  transferred to the pre-petition segregated
17  account?
18       A.   Could you be more specific, the
19  dates.  The --
20       Q.   Yes.  I think you said no transfers
21  to the pre-petition segregated account after
22  May 17th, correct?
23       MS. McKEEN:  I think the record
24  might be unclear.  You might want to
25  clarify if you are talking about May

---

Page 332

1   17th or 2017.
2        MR. STEWART:  I said 17.  May 17.
3        MS. McKEEN:  Okay.
4        MR. STEWART:  And it says 17th on
5   the transcript here, too.
6        MS. McKEEN:  Well, no.  I
7   understand that.  I think there may be
8   some confusion so...
9   BY MR. STEWART:
10       Q.   So you testified that after May 17,
11  you -- ERS stopped making transfers to the
12  pre-petition segregated account, correct?
13       MS. McKEEN:  Objection.  Form.
14       A.   After Title III, yes.
15  BY MR. STEWART:
16       Q.   Well, Title III was on the 21st,
17  correct?
18       A.   Yes.  When I said 17, I refer to
19  May 2017.
20       Q.   Oh, I see.  So we were talking --
21  there was no transfers after May 21 --
22       A.   Yes.
23       Q.   -- of 2017?
24       A.   Yes.  Yes.
25       Q.   Okay.  Instead I think you said

---

Page 333

1   that the money went into general operational
2   accounts.
3        Did I hear you correctly?
4        A.   It was received on the operational
5   account like all the employers deposit those
6   transaction in that account, yes.
7        Q.   How much money was deposited in
8   those accounts that otherwise would have gone
9   into the pre-petition segregated account?
10       A.   Are you referring the employer
11  contribution received on May?
12       Q.   Yes.
13       A.   The whole month?
14       Q.   Yes.
15       A.   I could not tell you the exact
16  amount.  Maybe if you show me --
17       Q.   Yes.
18       A.   But it could be about 21 million,
19  22.  Something I ke -- close to that.
20       Q.   And would this be shown in ERS'
21  books and records?
22       A.   Yes.
23       Q.   Where would you look to find that
24  information?
25       A.   General ledgers account.

---

Page 334

1        Q.   Okay.  Did there come a time when
2   ERS began putting those employer
3   contributions into something called the
4   post-petition segregated account?
5        A.   After the July stipulation, it was
6   ordered to transfer.
7        Q.   Okay.  So there was a period of
8   time in May and in June where ERS did not
9   transfer -- let me put it this way:  In July
10  there was a stipulation that created the
11  post-petition segregated account, correct?
12       A.   Correct.
13       Q.   What monies were put into the
14  post-petition segregated account?
15       A.   According to the joint stipulation,
16  was the 18.5 that was ordered since July and
17  also the amount received after the Title III.
18       Q.   So the May money and the June money
19  went into the post-petition segregated
20  account?
21       A.   It was some of them of them, and it
22  was deposited.
23       Q.   How much of it was deposited?
24       A.   About $116,000, approximately.
25       Q.   Thousand dollars?

---

Page 335

1    A.   For the -- deposited in the
2  post-petition?
3    Q.   Yes.
4    A.   Yes.
5    Q.   Okay.  And what about the rest of
6  the money?  What happened to it?
7    A.   It was in the operational account
8  because that's the transaction that we
9  received, and it's the operational
10  transaction that we always work, that we
11  finish to the end to the month to balance all
12  the accounts.
13    Q.   Okay.  And that money that went
14  into the general operational accounts, can we
15  tell what it was spent on?
16    A.   Those are part of the transaction
17  that was segregated for the 18.5.
18    Q.   Okay.  But I think, if I heard you
19  correctly, you said that some of the money
20  for May and June went into the post-petition
21  segregated account but not all of it?
22    A.   Correct.
23    Q.   The part that did not move over to
24  the post-petition segregated account, what
25  was it spent on?

Page 336

1    A.   It was used to segregate the 18.5.
2    Q.   Okay.  Was it used for any other
3  purpose?
4    A.   That I can remember, no.
5    Q.   Is there an account or ledger or
6  subledger that would show us the uses to what
7  that money was put?
8    A.   Yes.
9    Q.   Which -- where would you look in
10  the general ledger to find that?
11    A.   In some -- in the accounts where we
12  have the transaction for the employer
13  contributions and the post-petition accounts.
14    Q.   Are there separate accounts -- I
15  mean, now I am not talking about bank
16  accounts but accounts on the general ledger.
17  Okay?  Are there separate accounts in the
18  general ledger for post-petition transactions
19  as opposed to pre-petition transactions?
20    A.   From my best of recollection, I
21  think we separated for the post-petition new
22  accounts.
23    Q.   Okay.  So there is a -- what are
24  the new accounts on the general ledger for
25  post-petition financial activities?

Page 337

1    A.   I think it's -- there is new
2  accounts separated from the pre-petition so
3  we could separate what money are going to the
4  pre-petition and the post-petition.  So I
5  could not tell you exactly --
6    Q.   Sure.
7    A.   -- because we have new accounts.
8  But I know that we separated those accounts.
9    Q.   Okay.  Does ERS have a chart of
10  accounts that gives account numbers or
11  descriptions for the various accounts in the
12  general ledger?
13    A.   Yes.
14    Q.   Okay.  And would that chart of
15  accounts list all the post-petition accounts?
16    A.   Yes.
17    Q.   Does it list them by name or by
18  account number?
19    A.   It has both of them.
20    Q.   Okay.  And if you went to the chart
21  of accounts, you could find which accounts to
22  look at for post-petition activities; is that
23  right?
24    A.   Yes.
25    Q.   Okay.  Good.

Page 338

1        Let's look, if we could, on our
2  Exhibit 27 at topic number 15.
3        Do you see topic 15 there?
4    A.   Yes.
5    Q.   I am going to read it.  I think we
6  have covered some of this, so I don't want to
7  repeat anything we have done.  But I am going
8  to read this so that we all know what we are
9  talking about.
10        Paragraph 15.  The topic is "ERS'
11  treatment of the employer contributions
12  received in May 2017 and the decision not to
13  deposit them in the pre-petition account" --
14  then there is a reference to something --
15  "including when ERS learned that the May 2017
16  employer contributions would not be deposited
17  into the pre-petition account."
18        Do you see that?
19    A.   Yes, I see it.
20    Q.   Let's break this in half, okay?
21        What was the -- who made the
22  decision in May 2017 to not deposit employer
23  contributions into the pre-petition
24  segregated account?
25    A.   I am going to answer that in

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 339

1  Spanish.
2      Q.  Please.
3      A.  (Through translator).  It was not a
4  decision.  It's the normal operations the
5  system has where the employer contributions
6  are accounted for always at the end of the
7  month.
8      Q.  So when the end of the month came
9  in May 2017, who made the decision on where
10 the employer contributions should be
11 deposited?
12         MS. McKEEN:  Objection.  Form.
13     A.  (Through translator).  The decision
14 was under the May stipulation, May 21st.  The
15 system filed Title III.
16 BY MR. STEWART:
17     Q.  And once the Title III filing was
18 made, who decided where the employer
19 contributions for May would go?
20     A.  (Through translator).  As I said
21 before, it wasn't a decision.  The normal
22 system operation is -- account the employer
23 contributions at the end of the month when
24 the month ends.
25     Q.  Now, at the end of the previous

Page 341

1  ERS take those contributions and put them in
2  the pre-petition segregated account?
3      A.  It was not transferred to the
4  pre-petition because the May '17 Title III
5  was filed.
6      Q.  You mean the May 21, 2017 Title III
7  was filed?
8      A.  Yes.  Yes.
9      Q.  And if you know, why was it the
10 case that the filing of the Title III meant
11 that ERS would not put these monies into the
12 pre-petition segregated account?
13         MS. McKEEN:  Objection.  Form.
14         Calls for legal testimony.
15 BY MR. STEWART:
16     Q.  If you know.
17     A.  Like I said, it was a normal
18 operation we used to balance the transactions
19 at the end of the month like we did in April.
20         MR. STEWART:  I am going to show
21     you a composite exhibit that's going to
22     start with -- a composite exhibit of
23     documents that has Exhibit Number 24.
24         ----

Page 340



Page 342





Page 346

21   Q.   Okay.  By the way, do I understand
22   correctly that the last employer
23   contributions that ERS received were in June
24   2017?
25       A.   Correct.

Page 347

1    Q.    After June 2017, ERS has not
2 received any employer contributions?
3    A.    No.
4    Q.    And did there come a time when ERS
5 was directed to transfer all of its assets to
6 the Department of Treasury?
7    A.    Could you be more specific?
8    Q.    Do you remember whether there was
9 not a law passed that directed ERS to
10 transfer all of its assets to the central
11 government?
12        MS. McKEEN:  Objection.  Form.
13 Calls for legal testimony.
14    A.    When you refer to "transfers,"
15 liquidate assets?
16 BY MR. STEWART:
17    Q.    Yes.
18    A.    That's in the resolution, yes.
19    Q.    What resolution was that, if you
20 remember?
21    A.    I don't know.  It was 187 or
22 188.  I don't quite remember the exact
23 number.
24    Q.    And you mentioned something about
25 liquidation of assets?

Page 348

1    A.    That's what it says in the
2 resolution.
3    Q.    Did ERS, under the resolution,
4 proceed to liquidate its assets?
5    A.    Yes.
6    Q.    What happened to the proceeds of
7 the liquidation of the assets?
8    A.    Well, some were transferred to the
9 Department of Treasury, as instructed in the
10 resolution, and the other is deposited, the
11 remaining is deposited in the operational
12 account.
13    Q.    The ERS operational account?
14    A.    Yes.
15    Q.    Is ERS continuing to make payments
16 to pensioners and retirees?
17        MS. McKEEN:  Objection.  Form.
18    A.    It's the Department of Treasury who
19 is making the payments.
20 BY MR. STEWART:
21    Q.    So ERS is no longer in charge of
22 making payments?
23    A.    No.
24    Q.    Was is it that ERS does today?
25 What are its functions today?

Page 349

1    A.    I am going to answer in Spanish.
2    Q.    That's fine.
3    A.    (Through translator).  ERS
4 continues operations as assisting
5 participants and pensionists.  It also works
6 computing the -- or accounting the pensions.
7 It works on any payment of the contributions
8 and also with the loan service folder,
9 portfolio.
10    Q.    Portfolio.  Okay.
11        Does ERS continue to receive
12 employer contributions from anyone?
13    A.    No.
14    Q.    Does ERS make payments of pensions
15 or benefits to anyone?
16        MS. McKEEN:  Objection.  Form.
17    A.    No.  They don't pay pensions,
18 no.
19 BY MR. STEWART:
20    Q.    Does ERS make payments of any sort
21 to anyone now?
22        MS. McKEEN:  Objection.  Form.
23    A.    Yes.  ERS makes some payments.
24 Like I said, pay death benefits.  It could
25 pay refunds.  It still pays some operational

Page 350

1 expenses.
2 BY MR. STEWART:
3    Q.    Where does the money come from for
4 ERS to make those payments?
5    A.    From the amount that we had from
6 other contributions from the employers.
7    Q.    From contributions you received in
8 the past?
9    A.    From the employee contribution and
10 some part of the liquidated asset that was
11 deposited.
12    Q.    So do I understand correctly from
13 your answer that employees are continuing to
14 make contributions to ERS?
15    A.    No, because that money was the one
16 before the paygo.
17    Q.    Right.
18    A.    After the paygo, ERS does not
19 receive any type of contributions.
20    Q.    Okay.  If you know, where today
21 would ERS get the money it would need to
22 pay the bondholders interest on their
23 bonds?
24        MS. McKEEN:  Objection.  Form.
25    A.    Could you be more specific?

Page 351

1  BY MR. STEWART:
2      Q.   Well, I am talking about the
3  bondholders who believe they are entitled to
4  be paid interest on their bonds by ERS.
5          Where is ERS going to get the money
6  to make those payments?
7          MS. McKEEN:  Objection.  Form.
8  BY MR. STEWART:
9      Q.   If you know.
10     A.   I couldn't answer this question
11  because I don't know.
12     Q.   Let me ask you just a couple of
13  general questions.  We have a few more
14  documents, but I wanted to clear some things
15  up.
16         You are aware that under PROMESA
17  that the commonwealth is directed to develop
18  something called a fiscal plan?
19         MS. McKEEN:  Objection.  Form.
20  Calls for legal testimony.
21     A.   I have heard some things.
22  BY MR. STEWART:
23     Q.   What role, if any, have you
24  personally had in preparation of a fiscal
25  plan?

Page 352

1      A.   ERS is not working directly for the
2  fiscal plan, but I know that AAFAF is
3  assisting the board with everything to do
4  with the fiscal plan.
5      Q.   Do you know what ERS' role is when
6  it comes to preparing the fiscal plan?
7      A.   I imagine it would be instructed by
8  the board or by AAFAF who are working in the
9  fiscal plan of ERS.
10     Q.   Okay.  Now are you aware that the
11  board within the past year directed ERS to
12  look at different ways of funding the pension
13  system?
14         MS. McKEEN:  Objection.  Form.
15     A.   I don't have work directly, but I
16  think the person -- the administrator from
17  that time maybe was the one who was working
18  directly with them.
19  BY MR. STEWART:
20     Q.   Has ERS laid off employees in the
21  past six months, reduced its staff?
22         MS. McKEEN:  Objection.  Form.
23  Outside the scope.
24         You can answer, if you know.
25     A.   No.  The system has not laid off

Page 353

1  employees.
2  BY MR. STEWART:
3      Q.   Has the system changed what it does
4  in terms of its activities?
5      A.   Well, ERS does not continue to work
6  with the employer contributions because of
7  the paygo new concept and -- but the other
8  operational transactions are still managed by
9  ERS.
10  BY MR. STEWART:
11     Q.   So that would include things like
12  working with actuaries?
13         MS. McKEEN:  Objection.  Form.
14  BY MR. STEWART:
15     Q.   That would be something ERS would
16  continue to do?
17     A.   Yes.
18     Q.   Calculating the amount of benefits?
19     A.   Correct.
20     Q.   Administering the portfolio of
21  personal loans that you told us about?
22     A.   Correct.
23     Q.   What else does ERS now do besides
24  that?
25     A.   Attend personnel -- if a retiree

Page 354

1  come to claim a service comes, if an employee
2  resigns from the government and the person
3  has less than $10,000, we pay him the refund.
4  If an employee moves from one system to
5  another, we make a transfer for those.
6      Q.   So you administer certain parts of
7  the retirement system and payments?
8      A.   Yes.  Yes.





Page 355

Page 357

Page 356

Page 358

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2



CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2



CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2



Page 367

Page 369

Page 368

Page 370

2    Q.  That's my only question.
3        I am done.  Thank you for your
4    time.
5        Is there any question I asked you
6    that you would like to supplement your answer
7    to?
8        MS. McKEEN:  Objection.  Form.
9    A.  I am good.
10   BY MR. STEWART:
11       Q.  No answer you have given you would
12   like to change or modify in any way?
13   A.  No.  I am good.
14       Q.  Anything else you would like to
15   state for the record while you are here?
16   A.  No.
17       MR. STEWART:  Thank you very much.
18       MS. McKEEN:  No questions.  Thank
19   you for your time.
20       THE VIDEOGRAPHER:  Stand by.  This
21   marks the end of today's deposition.
22   The time is 12:12 p.m.
23       (Proceedings concluded at 12:12 p.m.)
24
25

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

---

Page 371

C E R T I F I C A T E

1
2
3  STATE OF NEW YORK
4  COUNTY OF NEW YORK
5
6          I, Christina Diaz, a Certified
7  Realtime and Registered Merit Reporter and
8  Notary Public within and for the State of New
9  York, do hereby certify:
10         That CECILE TIRADO SOTO, the
11 witness whose deposition is hereinbefore set
12 forth, was duly sworn by me and that such
13 deposition is a true record of the testimony
14 given by such witness.
15         I further certify that I am not
16 related to any of the parties to this action
17 by blood or marriage, and that I am in no way
18 interested in the outcome of this matter.
19         IN WITNESS WHEREOF, I have hereunto
20 set my hand this     day of
21 2017.
22
23         _Jane Rose Reporting_
24 _____
25 CHRISTINA DIAZ, CRR, RMR, CSR, CLR

---

Page 373

1          NOTICE TO READ AND SIGN
2
3  This transcript was electronically
4  distributed to O'MELVENY & MYERS LLP to
5  forward to the witness.
6
7          ACKNOWLEDGEMENT OF DEPONENT
8
9          I, CECILE TIRADO SOTO, do hereby
10 certify that I have read the foregoing pages
11 and that the same is a correct transcription
12 of the answers given by me to the questions
13 therein propounded, except for the
14 corrections or changes in form or substance,
15 if any, noted in the attached Errata Sheet.
16
17 _____  _____
18 (DATE)          CECILE TIRADO SOTO, V2
19
20
21 Signed and subscribed to before me this
22 _____ day of _____, 2017.
23
24 _____
25 Notary Public

---

Page 372

1          INSTRUCTIONS FOR ERRATA
2
3  NOTARY PUBLIC SIGNATURE
4  Not required unless agreed upon by counsel
5  that notary public signature is required.
6
7  Please return a copy of the signed errata
8  within 30 days of receipt, unless otherwise
9  agreed upon by counsel.  Once we receive the
10 signed errata, we will distribute an
11 electronic copy to all parties.
12
13 RETURN A SIGNED COPY VIA FAX, EMAIL OR MAIL
14 TO:
15     FAX:   1-800-825-9055
16     EMAIL:  janerose@janerosereporting.com
17
18 Jane Rose Reporting
19 Administrative Offices
20 309 S. Main Street
21 Luck, WI 54853
22
23
24
25

---

Page 374

1  PAGE  LINE  CHANGE   REASON
2
3  _____ / _____ / _____/_____
4
5  _____ / _____ / _____/_____
6
7  _____ / _____ / _____/_____
8
9  _____ / _____ / _____/_____
10
11 _____ / _____ / _____/_____
12
13 _____ / _____ / _____/_____
14
15 _____ / _____ / _____/_____
16
17 _____ / _____ / _____/_____
18
19 _____ / _____ / _____/_____
20
21 _____ / _____ / _____/_____
22
23 _____ / _____ / _____/_____
24
25 _____ / _____ / _____/_____

---

Page 375

I N D E X   E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 11 | Series of UCC Filings | 278 |
| Exhibit 12 | Letter dated 1/31/08 bearing Production Nos. PR-ERS 3643 through 3672 | 278 |
| Exhibit 13 | Letter dated 4/21/16, two pages | 278 |
| Exhibit 21 | Joint Stipulation and Order, nine pages | 298 |
| Exhibit 22 | Joint Stipulation and Order, five pages | 298 |
| Exhibit 24 | Composite exhibit beginning with page entitled, "Employer Contribution Received" | 341 |
| Exhibit 26 | E-mail dated 8/15/16 with attachment bearing Production Nos. PR-ERS 5327 through 5331 | 355 |

Page 376

INFORMATION REQUESTS

INSERTED INFORMATION        - NONE -
REQUESTS FOR PRODUCTION        - NONE -
INSTRUCTIONS TO CERTIFY:        - NONE -

DIRECTIONS NOT TO ANSWER        PAGE   LINE

|  | PAGE | LINE |
|---|---|---|
|  | 296 | 18 |
|  | 297 | 3 |
|  | 297 | 19 |
|  | 325 | 20 |
|  | 326 | 14 |

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 377

**A**

**a.m** 265:3,6 320:12,15
**AAFAF** 260:3 263:8
352:2,8
**able** 283:3 302:16
303:7 305:19 321:1
**AC** 360:4,11,15
**account** 268:13,15,19
268:23,25 269:3,6,9
269:12,15 273:21,24
274:7,13,19,23
275:13,18,19,21,25
276:9,12,16,20,21
276:22,24 277:6,7
277:11,17,18 300:11
300:16,18,21 301:3
301:12,17 302:4
305:25 306:9,23
307:8,11,18 308:7
308:11,24 309:3,7,8
309:18 310:12 311:8
311:22 312:14,19
313:11 316:3,8,16
316:18,21,24 317:2
317:4,10,23 318:11
318:16,23 319:8
331:3,6,9,17,21
332:12 333:5,6,9,25
334:4,11,14,20
335:7,21,24 336:5
337:10,18 338:13,17
338:24 339:22 340:2
340:8,9,17,19 341:2
341:12 343:11 344:2
344:13,20 345:12,19
345:22,25 346:11
348:12,13 359:1
360:5,12,16 361:4
361:11 362:15 364:9
364:21 365:5 366:11
366:12,18,19 367:1
367:4,4,11,16,23,25
368:24
**account's** 331:12
**accounted** 307:20
309:19 339:6
**accounting** 270:2,20
271:9,13,15 273:1
274:3,10 349:6
354:25
**accounts** 269:20,22
270:6,9,12,17,22,2
272:12,12,17 276:5
277:20 300:24 301:6
301:9,10 308:21
312:15 317:25

318:17,18,19 319:9
319:10,11,12 331:15
333:2,8 335:12,14
336:11,13,14,16,16
336:17,22,24 337:2
337:7,8,10,11,15,15
337:21,21 345:4
346:6,12 359:19,21
359:25 360:4,18,24
361:2,3,6,6,23 363:2
365:12 368:24
**accurate** 266:19
289:20,23,23 346:9
**accurately** 265:24
266:3
**accurateness** 291:3
**ACKNOWLEDGEME...**
373:7
**Act** 304:19
**action** 371:16
**actions** 330:7,18
**activities** 336:25
337:22 353:4
**ACTIVITY** 259:12
**actuaries** 353:12
**add** 291:12
**addition** 270:24
295:20 356:8
**additional** 272:19
**administer** 354:6
**Administering** 353:20
**Administrative** 372:19
**administrator** 299:21
303:13 322:15
323:21 327:8 352:16
357:20 359:11,13
361:24
**affect** 368:13
**affirmatively** 276:3
**afraid** 272:8
**agency** 354:13,21,24
355:10 365:23
**agenda** 322:25
**agent** 267:1,9,14,21
267:23 269:23
270:21,25 272:25
273:2 311:8,23
312:3,6 313:13,14
315:5 320:1 359:18
365:15
**ago** 282:18
**agreed** 306:21 320:19
372:4,9
**agreement** 285:2,20
286:15,25 287:2
**Aguila** 260:20
**Aixa** 357:6,24 359:3

360:20
**al** 259:12
**alive** 294:10
**alleged** 330:12
**ALTAIR** 259:10
**amend** 266:15
**amount** 267:7,12
306:2,6,8 307:7
308:13,16 309:22,24
312:13 316:19
318:24 333:16
334:17 342:15 350:5
353:18 354:19,22
358:8,25 361:10
362:16 363:4 364:7
364:10,11,20,25
365:1,6 366:12,22
366:23 367:8 368:24
**amounts** 270:5 300:23
308:17,20
**ANDALUSIAN** 259:11
**Angeles** 260:13
**annuities** 366:10
**answer** 266:13 267:4
268:3,20,21,23
269:1,4,7 270:17
295:25 296:7,18
297:1,4,8,11 298:1
319:15,23 324:7,12
325:6 326:4,17
328:6,10 338:25
349:1 350:13 351:10
352:24 363:13 370:6
370:11 376:7
**answers** 373:12
**anymore** 290:2 292:3
**Aponte** 357:7,24
**appears** 286:25 357:6
**appointee** 294:6
**appointees** 291:18,23
292:1 294:8,9,13,20
294:25
**appreciated** 356:9
**approximately** 334:24
**April** 279:11 298:17
312:17 313:10 314:3
314:17 340:4,5,15
341:19
**area** 290:20 292:14,17
**arose** 266:22
**arrange** 313:19
**arrow** 367:18
**asked** 278:18 290:12
293:5,16 305:12
310:21 318:20
322:13 323:20 327:4
357:20 359:8,9,13

361:24 370:5
**asking** 267:23 290:23
296:22,25,25 321:13
326:7,16 327:23
328:1 369:16
**asset** 350:10
**assets** 347:5,10,15,25
348:4,7
**assisted** 322:15
**assisting** 349:4 352:3
**assume** 291:7 354:24
356:13
**attached** 285:21 287:1
357:12,21 373:15
**attachment** 286:4,11
287:9,11,24 355:21
375:23
**attachments** 287:21
287:22
**attend** 323:24 353:25
**attended** 322:23 327:9
**attention** 299:19
320:23
**attorney-client** 296:14
324:13
**attorneys** 260:3,17
261:3 262:3 324:10
**Avenue** 260:12 261:10
261:15 263:16
**aware** 269:13 276:7
315:21 316:23 321:5
321:16,19 329:19
351:16 352:10

**B**

**B** 358:13 375:1
**back** 286:20 287:5
320:14 343:25 354:9
369:11
**balance** 272:20 275:20
318:17,22 335:11
341:18 345:4 359:1
359:18 367:1,25
**balances** 268:13,19
269:20 270:8 271:10
271:13
**Banco** 274:17 276:13
276:15 277:21 301:3
302:4 316:14 317:6
362:9
**bank** 274:16,18 276:5
276:11,15 277:20
300:10,16 306:9
316:15,21 317:3
319:9 336:15 346:12
367:4

**bankruptcy** 307:4
**Bates-stamped** 284:4
284:14,17
**Beach** 260:8
**bearing** 278:9 355:21
375:6,23
**began** 305:5,8,19
334:2
**beginning** 342:1
345:12 375:18
**begins** 279:7 362:24
363:13
**belief** 291:2,7
**believe** 266:19 351:3
363:13 369:18
**benefit** 366:13 367:12
**benefits** 349:15,24
353:18
**best** 267:25 272:7
286:13 309:23 314:9
314:19 336:20
**Bibiana** 263:9
**binder** 288:21
**binders** 288:25
**Biscayne** 260:23
**block** 288:18
**blood** 371:17
**BNY** 268:16 358:25
361:23 365:4,12
**board** 259:4 262:4
352:3,8,11
**bond** 269:13 281:8,24
281:25 289:5 303:3
303:24 304:2 310:16
311:10,24 313:16
**bondholders** 312:14
313:17 315:3,20
321:8 324:5 325:1
325:14 350:22 351:3
359:20 364:23
366:10 368:4,8,22
**bondholders'** 330:12
**bonds** 350:23 351:4
358:11
**book** 358:22 366:3,4,4
**bookkeeping** 367:6
**books** 268:12 271:1,4
271:7 273:1,22
275:15 277:14
333:21
**Boston** 262:17
**bottom** 360:14 361:12
365:10 369:2
**Boulevard** 260:23
**box** 362:8,23 363:22
364:6 367:19 369:2
369:16

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 378

**boxes** 362:4 365:19
**break** 297:20 320:6,9
330:16 338:20 369:5
**Brickell** 261:15,16
**broke** 266:8
**bunch** 355:10

**C**

**C** 260:1 261:1 262:1
263:1 265:19,19,22
358:13 371:1,1
**CA** 260:8,13
**Calculating** 353:18
**Call** 262:15 263:11
**called** 269:14 271:15
276:8 300:11 314:20
315:12 316:23 318:5
334:3 351:18 355:9
**calls** 296:14 319:21
341:14 347:13
351:20
**case** 260:19 330:9,20
330:25 341:10
357:17 368:5
**cash** 362:9 365:20
366:2
**Cecile** 259:17 264:4
265:8 371:10 373:9
373:18
**Center** 260:7,21
**central** 306:20 307:5
307:16,22 308:2,10
309:1,17,25 317:17
317:20 347:10
362:21 364:9,20
365:22,24 366:15
367:9 368:14,25
**certain** 261:3 354:6
**Certification** 264:11
**Certified** 371:6
**certify** 371:9,15
373:10 376:5
**chance** 278:25 279:23
299:2 357:2
**change** 266:15 297:21
370:12 374:1
**changed** 353:3
**changes** 373:14
**charge** 302:3 348:21
**chart** 337:9,14,20
**check** 263:6 273:6,8
297:20 369:6
**Christina** 263:19 371:6
371:24
**Christopher** 261:9
**chronological** 328:12
**chronology** 327:17

328:2
**City** 321:6
**claim** 354:1
**clarify** 331:25
**clear** 287:10 297:9
351:14
**clearly** 287:11,23
289:2
**close** 306:4,12,13
333:19
**closing** 281:8,12
**CLR** 371:24
**co-counsel** 363:12
**code** 354:21,24
**coffee** 298:23
**Collazo** 323:21
**collecting** 357:16
**column** 343:12 344:12
365:11
**columns** 362:3
**combination** 276:25
**come** 334:1 347:4
350:3 354:1 358:20
361:5
**comes** 345:4 352:6
354:1
**coming** 366:23
**commonly** 298:15,17
**commonwealth** 259:7
306:19 307:5,8
308:2 309:1,25
317:13,15,17,20,24
351:17 362:21 365:7
368:3,14
**communication**
296:21
**communications**
297:24 324:9 325:25
326:19
**COMPANY** 259:12
**complete** 289:20
**completeness** 291:3
**composite** 279:5
341:21,22,25 375:17
**comprise** 280:15
342:11
**computing** 349:6
**concept** 353:7 362:15
**concluded** 370:23
**Conference** 262:15
263:11
**confidential** 259:24
356:2,7,11
**confusion** 332:8
**conjunction** 360:22
**connected** 324:16
367:20

**connection** 357:15
**constitute** 310:15
**Cont'd** 261:1 262:1
263:1
**contact** 292:10
**contained** 285:6 290:5
**contains** 302:2
**content** 296:20,23
297:5,12,23 324:9
325:7 326:18
**CONTENTS** 264:1
**continue** 319:24
349:11 353:5,16
**CONTINUED** 266:5
**continues** 349:4
**continuing** 348:15
350:13
**contribution** 275:17
303:22 304:11
312:11 317:12
333:11 342:2,15
343:8 350:9 359:17
361:22 362:16 363:4
364:8,23 365:2
367:8 375:20
**contributions** 274:22
275:1,7,11,12,23
276:19,25 277:4,10
277:12,16 300:12,20
301:13,14,16,18,19
301:20 303:3,19
304:4,14 306:20,22
307:5,16,21,23
308:4 309:1,6,17,24
310:13 311:2,7,18
311:21 312:2 317:14
317:14,18,21 318:9
318:12,13 319:4
330:10,20,24 331:2
331:8 334:3 336:13
338:11,16,23 339:5
339:10,19,23 340:1
340:15,23 341:1
346:7,23 347:2
349:7,12 350:6,7,14
350:19 353:6 354:23
355:15 362:17,20
363:15,24 365:22,25
366:14 367:13 368:7
368:21
**control** 273:16 279:3,7
280:19 358:2,5
**controlled** 273:4
**conversation** 297:6,12
**conversations** 325:7
326:21
**copies** 274:18,20

276:14 284:12
**copy** 259:24 372:7,11
372:13
**corner** 285:15 369:3
369:17
**corporate** 318:6 368:6
**corporation** 301:14
317:16 363:5 364:12
365:3 368:2
**corporations** 318:10
362:16 368:20
**correct** 271:24 277:13
281:5,6 294:3
305:20 313:21 314:4
314:5,18 316:8
318:2 322:8,9
329:19 331:22
332:12,17 334:11,12
335:22 340:2,8
344:2,5,6,14 345:19
345:20,22,23 346:8
346:17,19,20,25
353:19,22 355:2,16
356:14 357:13,14
358:14,15 360:1,9
360:17 361:13,14,17
362:22 364:14
365:16,17 366:1,8
366:21,24 367:2,5,6
369:3,4 373:11
**corrected** 346:2
**corrections** 373:14
**correctly** 282:22 333:3
335:19 345:14
346:22 350:12
364:13
**corroborate** 322:14
323:21
**counsel** 265:9 278:19
278:24,25 297:24
315:3,19 325:8
326:3,19,22,25
327:4,12,12,13,17
327:18 355:25
363:10 372:4,9
**counsellor** 281:24
**counsellors** 280:25
**COUNTY** 371:4
**couple** 351:12
**course** 265:18 281:13
282:3,19 289:15
325:16 326:10,24
327:3,11,16 360:19
**court** 259:1 263:19
306:24 309:12
**covered** 338:6
**create** 272:1,11

**created** 334:10
**CREDIT** 259:10
**CREDITORS** 261:4
**credits** 273:23 274:8
**Cristina** 263:4
**CRR** 371:24
**CSR** 371:24
**cup** 298:22
**curious** 354:12
**current** 269:20 270:8

**D**

**D** 262:13 265:19 375:1
**D.C** 261:11
**Dalsen** 262:13
**date** 266:25 268:9,13
270:16 273:24 287:5
309:25 310:1 312:8
329:21 359:6 373:18
**dated** 278:8,13 279:11
286:8 287:14 355:20
375:5,10,22
**dates** 328:15 329:6
331:19
**day** 259:21 261:6
267:3 314:8 315:4
340:17 371:20
373:22
**days** 281:1 282:18
288:11 322:13
343:24 372:8
**deal** 281:8 282:2
310:22
**dealing** 281:9 302:4
**dealt** 282:1 360:19
**death** 349:24
**debits** 273:23 274:8
**debt** 268:19,22,25
273:21 360:8,10,11
365:12
**DEBTORS** 262:5
**December** 285:25
286:1 287:5
**decided** 339:18
**deciding** 289:11
**decision** 338:12,22
339:4,9,13,21
**decisions** 323:5
**deduct** 359:21
**deductions** 275:17
277:17
**Defendants** 259:13
**defined** 303:3,23
**Del** 263:10
**department** 278:1
302:6 309:9 317:25
346:5,12 347:6

Page 379

348:9,18 364:10
365:20
**DEPONENT** 373:7
**deposit** 333:5 338:13
338:22 346:10,11
**deposited** 274:25
300:14,23 307:17
309:6 317:24 318:18
333:7 334:22,23
335:1 338:16 339:11
342:16 343:10 344:1
344:12 348:10,11
350:11
**deposition** 259:16
265:7 266:9,23
282:20 288:10
320:19 322:13
326:22 370:21
371:11,13
**deposits** 272:24
**derived** 270:15
**describe** 342:25
**described** 283:15
308:3 318:1 319:12
**DESCRIPTION** 375:3
**descriptions** 337:11
**designate** 356:17
**DESIGNATED** 259:11
**designation** 356:2,12
**designations** 356:14
**detail** 273:23 288:19
355:14
**detailed** 274:3
**determined** 310:15
**develop** 351:17
**Diaz** 263:19 371:6,24
**difference** 368:23
**different** 295:6,7
352:12 360:3
**differently** 346:19
**DiPompeo** 261:9
**direct** 320:23
**directed** 347:5,9
351:17 352:11
**direction** 292:10
**DIRECTIONS** 376:7
**directly** 315:22 352:1
352:15,18 360:21
**disclosed** 325:25
**discuss** 313:2 325:18
326:12
**discussed** 266:10
303:12 322:12
325:21 326:5
**Discussion** 275:9
**distribute** 278:20
372:10

**distributed** 373:4
**District** 259:1,1 297:15
**document** 279:16,21
280:1,19,23 281:4
282:8,12,14 285:5
286:4,12 287:2,6,18
289:24 293:7,17,19
293:20 298:25 299:6
307:19 327:20
328:13 342:8 346:15
356:23,25 369:15
**documents** 267:16
268:6 279:1 280:4
280:15,25 284:1,2
284:10,15,18,25
287:12 288:16,18,21
288:24 290:4 291:15
291:15 293:3,24
294:1 295:19,22
326:25 327:12
341:23 342:11
351:14 357:16
**doing** 298:23 324:8
**dollars** 334:25
**dozen** 272:1
**Drive** 260:7
**DS** 360:7
**due** 319:3 369:20,23
369:24
**duly** 265:20,24 266:3
371:12

**E**
**E** 260:1,1 261:1,1
262:1,1 263:1,1
265:19,19 266:1,1,1
371:1,1 375:1,1
**e-mail** 355:20 357:6
375:22
**earlier** 318:2
**Economic** 304:18
**either** 284:7 291:11
**electronic** 372:11
**electronically** 373:3
**Eleven** 262:9
**Elizabeth** 260:6
**EMAIL** 372:13,16
**Emmanuelli** 263:10
**employee** 301:19
350:9 354:1,4
360:20 363:15,24
365:21 366:11
**employees** 259:6
295:13,16 350:13
352:20 353:1 357:11
**employer** 275:6,8,11
276:25 277:3 300:12

300:20 301:13,18
303:22 304:4,10
307:15 308:24 309:5
309:16 311:2,6,18
311:21 312:2,11
317:11 318:12 319:4
330:10,20,24 331:2
331:8 333:10 334:2
336:12 338:11,16,22
339:5,10,18,22
340:1 342:1,15
343:8 346:22 347:2
349:12 353:6 354:13
354:21,22 355:14
359:17 361:22
363:15,24 364:8,22
365:2,21,25 367:8
368:6,20 375:19
**employers** 333:5
340:23 350:6 354:19
362:20 367:25
**employers'** 275:1
277:11 303:2,19
306:20 307:22 308:3
310:13 362:15
**encompassed** 326:21
**ended** 305:5,9,20
**ends** 339:24
**enforceability'** 330:12
**English** 270:17 273:3
281:23 363:3
**entered** 274:6,9
**entire** 340:19
**entitled** 299:15 327:25
342:1 351:3 358:25
375:19
**entries** 366:3,7
**entry** 274:10 366:4
**ER** 268:11
**errata** 372:1,7,10
373:15
**ERS** 261:3 263:9
266:25 267:9,14,23
268:7 269:25 270:2
270:25 271:8,15,19
272:1,11 273:22
274:20 275:16 276:2
276:14 277:15 281:8
281:25 282:4 292:5
294:12,19,25 299:21
300:9 301:12 302:3
303:3,24 304:10,16
306:19 307:3,4
310:1,16 311:1,6,9
311:17,20,24 312:2
312:8,10 313:19
315:1,3,18,20

318:15 319:18 321:7
321:10,14 322:14
324:11 325:7,14
329:17 330:8,9,10
330:18,19,21,23
331:1,7,11 332:11
334:2,8 337:9
338:15 340:23 341:1
341:11 346:6,23
347:1,4,9 348:3,13
348:15,21,24 349:3
349:11,14,20,23
350:4,14,18,21
351:4,5 352:1,9,11
352:20 353:5,9,15
353:23 359:16
361:21 363:3 366:10
366:19 368:13
**ERS'** 268:11 271:4
333:20 338:10 352:5
**Esquire** 259:24 260:6
260:11,20 261:7,8,9
261:14 262:8,13,14
263:10
**essentially** 355:5
**establish** 327:20
**established** 274:16
**et** 259:12
**evening** 266:9
**event** 305:18
**events** 327:18 328:13
329:25
**everybody** 278:20
**exact** 306:2,6 308:15
309:22 316:19
318:24 333:15
347:22
**exactly** 329:1 337:5
359:14
**Examination** 264:6
266:5
**example** 340:15
**excuse** 311:6
**exhibit** 278:5,8,13
279:2,5,5,9,13,24
280:15 282:6 283:20
283:22 284:21,23
285:6 287:16 288:2
288:8 290:5 298:7
298:11 299:9,14
306:16 312:21,24
320:18,21,24,25
330:4 338:2 341:21
341:22,23,25,25
342:6,11 354:9
355:18,20 356:1,6,8
356:11,19 357:3,5

358:2,5 361:20
369:15 375:3,4,5,10
375:12,15,17,17,22
**Exhibits** 264:15
278:21 298:4,21
299:3
**existed** 289:24
**expenses** 267:8,13,19
267:20,22 268:1,2
350:1 367:24
**expertise** 292:15
**expire** 362:18 369:22
**explained** 300:3
302:18 303:13 304:7
313:5 364:19
**explaining** 367:22
**expressed** 270:22
**extent** 219:16 306:19
325:6 330:11

**F**
**F** 371:1
**fact** 305:12 313:18
**fair** 288:2 315:24
322:18 323:16
**faithfully** 265:24 266:3
**familiar** 269:10 360:25
**FAX** 372:13,15
**feeling** 290:20
**Felix** 290:9 294:5
**Fiddler** 280:9 281:16
281:24 282:1,3
**Fifth** 263:16
**filed** 291:16 299:16
307:3 310:2 312:9
313:24 329:17
330:25 331:10
339:15 341:5,7
**files** 268:6
**filing** 286:20 287:4,13
289:12 330:9,19
339:17 341:10 344:8
**filings** 278:5 279:3
283:23 289:6,8,16
289:19 290:5,9,13
290:25 291:4,6
295:17,20,21,25
296:6,11,24 297:14
375:4
**FINAL** 290:24
**finance** 302:6
**financial** 259:3 260:21
262:3 271:9,12,14
274:4 276:1,2
277:20 336:25
**financing** 285:2,11
**find** 268:12,18 269:19

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 380

271:8,23 275:16
277:15,24 295:8
308:19 319:6 321:1
333:23 336:10
337:21
**fine** 320:6,8 324:14
349:2 362:13
**finish** 335:11 340:18
**firm** 259:21 279:6
281:15,16 282:2,3
**firms** 281:10
**first** 266:24 268:11
280:11,22 282:16
283:2,24,24 288:3
299:10 330:17
342:14 343:3,25
357:5 358:1 365:19
**fiscal** 266:25 267:8,13
267:20,23 269:23
270:21,25 272:25
273:2 311:8,22
312:3,6 313:13,14
315:5 320:1 351:18
351:24 352:2,4,6,9
359:17 365:15
**five** 298:12 310:5
375:16
**fix** 364:4
**FL** 260:24 261:18
**Floor** 260:7,12
**focus** 273:20 310:22
**folder** 349:8
**following** 268:8
**follows** 265:21
**foregoing** 373:10
**Forgive** 318:20
**form** 268:14 269:16
270:12 272:4 279:20
280:3 283:5,11,17
288:4,12 289:21
290:14 291:10,24
292:12,19 293:15
294:15 295:10 296:2
300:2,22 302:5,17
303:9 304:5 305:1
305:21 306:1 308:8
311:15,25 315:8
316:4 319:20 321:9
321:15,21 328:25
329:9 332:13 339:12
340:13 341:13
342:21 344:21
347:12 348:17
349:16,22 350:24
351:7,19 352:14,22
353:13 368:9,16
370:8 373:14

**former** 299:20 303:12
357:19 359:11,12
361:24
**forth** 371:12
**forward** 373:5
**found** 310:14
**four** 310:5 357:21,23
358:1 360:3,14
365:19
**front** 278:22 306:17
312:22 320:18
356:20
**functions** 348:25
**fund** 259:10 364:16
365:1
**funding** 352:12
**funds** 260:17 365:12
**further** 266:7 286:20
287:5 304:13 306:24
371:15

---
**G**
---

**G** 266:1
**Garau** 263:8
**general** 269:3 275:25
277:19,23 290:17
302:1 307:8,11
308:21 317:23 319:9
325:24 326:2 333:1
333:25 335:14
336:10,16,18,24
337:12 351:13
360:15,15 361:4
364:21 365:1
**Geoffrey** 259:20 261:7
**getting** 284:11 297:4
**give** 268:3
**given** 281:9 295:23
370:11 371:14
373:12
**gives** 337:10
**giving** 328:14
**GLOBAL** 259:10,11
**go** 266:7 268:7,18
304:2 308:19 309:2
309:4 317:9 318:10
320:5 327:4 331:4
339:19 340:7 343:25
345:11 354:9 357:25
358:4 361:6,9 362:1
**goes** 315:5 367:18
**going** 268:9 270:17
278:23 279:12
283:25 284:11
290:19 296:16 297:2
297:7,10,18,25
300:10,13 303:14,14

306:18 307:13 310:9
317:21 320:4,5,7,12
320:17 321:20 325:3
326:3,16 328:5
329:24 330:16,17,21
337:3 338:5,7,25
341:20,21 349:1
351:5 354:10 359:16
362:11 367:21 369:9
**Gonzalez** 280:10
281:16 282:2,3
**good** 337:25 370:9,13
**government** 259:7
284:9 306:20 307:6
307:17,22 308:2,10
309:2,17,25 317:18
317:21 347:11 354:2
362:21 364:9,21
365:22,25 366:15
367:9 368:14,25
**governs** 297:16

---
**H**
---

**H** 375:1
**Hackett** 262:14
**half** 272:1 330:17
338:20
**hand** 371:20
**happened** 275:3 316:2
322:4 323:3,13
328:14,17,18,23
335:6 348:6
**happening** 322:1
**happy** 297:19
**head** 329:12
**hear** 333:3
**heard** 335:18 351:21
**held** 321:6 322:19
**help** 295:24 296:6,11
307:10
**Henry** 263:20
**hereinbefore** 371:11
**hereunto** 371:19
**high-level** 289:25
**higher** 366:14 367:12
367:24
**holds** 276:11 293:5
**hour** 320:4
**human** 292:8,10

---
**I**
---

**identification** 278:6,11
278:15 298:9,13
342:3 355:23
**identifies** 363:5
**identify** 269:8 364:7

**III** 307:4 310:2 312:9
313:24 319:5 329:18
330:9,19,25 331:10
332:14,16 334:17
339:15,17 341:4,6
341:10 344:8
**imagine** 315:9 352:7
**important** 354:12
**imposed** 304:16,24
**include** 317:13 353:11
**including** 310:8
326:20 338:15
**independent** 310:25
**Index** 264:15
**indicated** 270:23
**individual** 301:24
**Individuales** 364:2
**information** 268:8,9
270:1 277:24 280:12
296:15,20 297:23
304:6 308:16 324:13
327:7,25 328:19
333:24 346:3 354:14
357:19 358:20 359:7
359:9,13 376:1,3
**inquiry** 327:5
**INSERTED** 376:3
**instruct** 296:17 297:2
297:7,18,25 324:6
325:4 326:4,17
328:6
**instructed** 300:18
348:9 352:7
**INSTRUCTIONS** 372:1
376:5
**insurance** 301:20
**interest** 310:14 312:16
313:16 330:13
350:22 351:4 358:8
359:22,25 360:7,8
**interested** 371:18
**International** 262:16
**interpreter** 263:4,6
265:18,23 266:2
273:5,6,8,10,13
**interpreters** 265:12
**investigate** 291:19
**involvement** 290:8,10
**Isel** 261:14
**issue** 369:15
**Ivan** 263:8

---
**J**
---

**J** 261:8,9 262:8 265:22
266:1
**Jane** 259:25 263:15
372:18

**janerose@janeroser...**
372:16
**January** 286:7,8
287:14 298:16
299:11,16 312:7,8
312:10,12 316:12
319:17
**Jimenez** 263:6
**joint** 297:11 299:15
299:18 302:15
303:11,17 305:15
310:1 314:13 317:5
329:5 334:15 344:15
344:18,22 345:2,16
375:12,15
**Jones** 259:21 261:6
**Josefina** 260:20
**journal** 274:6
**Juan** 263:4
**July** 275:2 276:24
306:8 317:4 319:1,1
319:2 334:5,9,16
345:24 346:4,4,6
359:1,5 364:19
**June** 267:2,3,5 286:21
300:6 334:8,18
335:20 345:17
346:23 347:1

---
**K**
---

**keep** 320:7
**Kevin** 262:8
**knew** 293:6,17 323:22
327:9 364:25
**know** 267:3,7,12 274:1
274:14 277:23
281:20,23 284:23
285:12 288:24
289:23 290:2,18
291:22 293:20
294:10,12,19 295:5
297:21 299:25 301:8
304:22,24 305:4,8
305:14 309:11,21
311:1,16,20 312:1
313:14 315:18,24
316:19 318:22
321:10 322:10,15,18
328:17,22 329:5
337:8 338:8 341:9
341:16 342:10
344:17 347:21
350:20 351:9,11
352:2,5,24 358:20
359:4,12,18,19,21
360:22 364:18
367:20

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 381

**knowledge** 277:9
281:18 283:14
319:17
**known** 298:16,17

**L**

**L** 260:6 265:19
**laid** 352:20,25
**language** 310:18
**lasted** 322:21
**law** 279:6,10 281:10
281:15,16 282:2,3
347:9
**lawyer** 297:7 302:21
302:22,23
**lawyers** 282:18 295:24
296:5,10,21 325:18
325:22 326:6,12
**Lead** 259:20
**learn** 292:11 295:21
321:25 322:3,7
323:25 327:5
**learned** 338:15
**ledger** 275:25 277:19
277:24 308:21
317:23 319:9 336:5
336:10,16,18,24
337:12 361:4 364:21
**ledgers** 333:25
**left** 323:10 362:5,8
363:23 367:19
**left-hand** 285:15
343:12 360:3 369:17
**legal** 292:14,17 319:21
341:14 347:13
351:20
**legally** 291:8
**let's** 282:6 283:20
298:3 302:23 306:15
312:20 330:3 338:1
338:20 343:3,25
354:9 355:17 357:25
358:4,24 361:9,18
362:1,4 369:5
**letter** 278:8,13 279:9
281:15 282:7,24
283:2,3,9,16 375:5
375:10
**letterhead** 279:7,10
**letters** 279:6
**levels** 295:6
**liens** 330:13
**line** 343:4 363:14
374:1 376:7
**liquidate** 347:15 348:4
**liquidated** 350:10
**liquidation** 347:25

348:7
**list** 275:16 277:15
337:15,17
**listed** 269:21 271:25
272:3,12
**lists** 328:13
**LLC** 259:11
**LLP** 260:5,19 262:7
373:4
**loan** 349:8
**loans** 301:19 353:21
**Local** 325:23
**long** 320:3 322:21
**longer** 294:8 348:21
**look** 268:7,12 269:19
271:7,12 275:15
277:14,23 279:24
282:6 283:2,20,23
284:21 289:16
295:24 298:3,22
299:2 302:23 304:2
306:15 312:20 330:3
333:23 336:9 337:22
338:1 342:7 343:3
352:12 355:17 357:3
358:24 361:18
**looked** 310:10 325:23
**looking** 283:8 290:12
**looks** 363:16
**López** 357:7
**Los** 260:13
**lot** 306:3
**Louisiana** 261:10
**Luck** 372:21
**Luis** 263:10 323:21

**M**

**M** 260:20 261:14 266:1
**MA** 262:17
**Madam** 265:10 356:16
**Madhu** 260:11
**MAIL** 372:13
**Main** 372:20
**maintain** 361:2
**making** 289:5 290:9
312:18 313:22
332:11 348:19,22
**Maldonado** 293:9,10
293:24 294:3,5
**managed** 353:8
**Management** 259:3
262:4 304:18
**mark** 298:4 356:5
**marked** 278:6,10,14
298:8,12 342:2
355:22
**marks** 370:21

**marriage** 371:17
**Marte** 263:20
**match** 361:3
**matter** 281:20 297:11
297:13 302:1 325:24
326:2 371:18
**matters** 281:19 283:9
283:15 323:10
326:20
**McKeen** 260:6 268:14
269:16 270:12 272:4
272:14 273:17 275:5
279:20 280:3 283:5
283:11,17 284:3,13
288:4,12 289:21
290:14 291:10,24
292:12,19 293:15
294:15,22 295:10
296:2,13,18 297:3
297:19 300:2,22
302:5,17 303:9
304:5 305:1,21
306:1 308:8 311:15
311:25 315:8 316:4
319:20 320:9 321:9
321:15,21 324:6,15
324:17,20 325:2,5
325:20 326:14
327:19 328:4,7,25
329:9 331:23 332:3
332:6,13 339:12
340:13 341:13
342:21 344:21
347:12 348:17
349:16,22 350:24
351:7,19 352:14,22
353:13 355:25 356:4
356:15 363:10,20
368:9,16 370:8,18
**mean** 267:20 272:22
274:6,10 306:13
321:19 336:15 341:6
343:15 360:5
**means** 305:15 343:19
343:23
**meant** 273:11 303:18
304:3 307:11 311:14
341:10
**meeting** 321:3,5,20
322:1,4,4,11,17,19
323:1,3,6,8,11,14,19
323:22,23,24 324:1
324:5,11 325:1,14
325:18 326:3,12
327:1,6,9,10,14
**meetings** 321:11,14
321:16 326:24 327:3

327:11,16 329:8
**members** 295:9,12,14
295:17
**memory** 308:18
357:18 359:15
**Mensuleme** 362:24
**mentioned** 284:5
347:24
**Merit** 371:7
**met** 365:5
**MetLife** 301:20
**Miami** 260:24 261:18
**Michael** 262:14
**microphone** 324:16
**million** 306:13 310:4
314:16 333:18 343:6
**mind** 328:22
**minute** 279:19 298:21
342:6
**Misstates** 321:22
**modify** 266:15 370:12
**moment** 273:20 306:8
**money** 277:5 305:24
313:15 318:15 331:4
331:14 333:1,7
334:18,18 335:6,13
335:19 336:7 337:3
344:18 345:10,12,17
350:3,15,21 351:5
359:24 361:5,6
366:5,6 368:1,7,22
**monies** 316:2,10
317:9 334:13 341:11
344:4
**month** 270:19 310:4
313:10,20 315:4,10
319:25 331:13
333:13 335:11 339:7
339:8,23,24 340:1
340:18,19,20,22,25
341:19 345:5,7,11
345:13,24 354:20
359:17,20 362:18
363:3,8 364:19,22
365:5,9 367:11
**monthly** 313:25
365:11 366:12 367:9
**months** 310:5 352:21
359:24
**moratorium** 267:5
268:10 270:16
273:24 275:2 300:13
359:8 364:18
**morning** 266:7
**move** 290:22 297:10
335:23
**moved** 277:6

**moves** 354:4
**municipalities** 301:15
317:16 318:10
362:17 364:12
368:19
**municipality** 318:6
363:6 365:4 368:2,6
**MYERS** 260:5 373:4

**N**

**N** 260:1 261:1 262:1
263:1 265:22,22,22
266:1 375:1
**N.W** 261:10
**name** 269:9,10 271:11
293:8 299:23 337:17
354:13,21
**names** 291:22 292:6
292:11,18 355:10
**Natalia** 299:24 302:19
312:25 315:22
**need** 265:11 301:8
304:2 350:21
**negative** 367:1,23
368:23,24
**Neither** 293:20
**net** 364:24 367:23
**never** 282:23
**new** 259:19,19 262:10
263:17,17 265:2,2
320:5 321:6 336:21
336:24 337:1,7
346:5 353:7 371:3,4
371:8
**Newport** 260:7,8
**night** 266:8
**nine** 298:8 359:24
375:13
**Nodding** 276:3
**Noemi** 302:13
**non-commonwealth**
318:5
**non-funding** 314:21
315:2,13,19
**normal** 339:4,21
340:20 341:17
**Nos** 278:9 355:21
375:7,24
**notary** 371:8 372:3,5
373:25
**noted** 373:15
**notes** 328:21 329:7
369:7
**notice** 264:13 284:4
314:21 315:2,2,13
315:19 356:12 373:1
**number** 267:17 279:4

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 382

279:8,24 280:19
283:20 284:21,23
285:14 310:8 330:3
337:18 338:2 341:23
343:13 347:23
354:25 358:6 361:12
**numbers** 271:2,5,8,23
306:3 337:10 355:10
358:3
**NY** 262:10

**O**

**O** 265:19,19,19 266:1
**O'MELVENY** 260:5
373:4
**oath** 265:14,15,17
**obey** 319:19
**Object** 279:20
**objection** 268:14
269:16 270:12 272:4
272:14 280:3 283:5
283:11,17 288:4,12
289:21 290:14
291:10,24 292:12,19
293:15 294:15,22
295:10 296:2,13
300:2,22 302:5,17
303:9 304:5 305:1
305:21 306:1 308:8
311:15,25 315:8
316:4 319:20 321:9
321:15,21 325:2,20
327:19 328:25 329:9
332:13 339:12
340:13 341:13
342:21 344:21
347:12 348:17
349:16,22 350:24
351:7,19 352:14,22
353:13 368:9,16
370:8
**obtained** 284:10
**occasion** 289:14
312:23 313:1
**October** 259:18
**office** 288:21 292:8,10
372:19
**offset** 366:7
**Oh** 315:16 332:20
343:19
**okay** 266:21 267:7,22
268:18 269:25
271:25 272:11
273:11,14,18 274:9
274:21 275:4 276:4
276:7,11,14,18

277:5,22 280:14,17
280:22 281:3,13
282:6 285:3,19
286:3,6 292:24
299:25 300:8 301:5
301:22 302:3,14,23
303:23 304:13 305:4
305:18 306:12
307:21 309:21 311:3
312:5,20 313:1,12
313:18,25 319:6
320:2,10 321:3
322:10 324:3,18,20
325:9,16 326:14
328:4,8 329:14,16
329:24 330:1,2,7,16
331:7,14 332:3,25
334:1,7 335:5,13,18
336:2,17,23 337:9
337:14,20,25 338:20
342:10 343:24
345:10 346:8,14,21
349:10 350:20
352:10 354:9 355:8
355:17 356:3,10
357:1,2,12,25
358:24 359:23
360:18,24 361:9
362:1,19 363:18,20
364:1,4,5 365:10,18
366:9,22,25 367:18
**once** 339:17 372:9
**one-page** 282:7
**ones** 272:19 285:9
292:2
**onwards** 273:25
**open** 276:24 300:10
300:18
**opened** 275:19 306:10
316:11 317:4
**opening** 300:16
**operating** 267:8,13,19
267:20,22
**operation** 309:15
339:22 340:20
341:18 345:3
**operational** 300:24
301:6,9,10,17 331:5
331:11,15 333:1,4
335:7,9,14 343:11
344:2 345:19,25
346:11 348:11,13
349:25 353:8 362:8
363:7
**operations** 339:4
349:4 366:19
**opinion** 289:18 291:2

**opinions** 278:19 279:6
281:9
**OPPORTUNITIES**
259:10
**opportunity** 284:21
**opposed** 336:19
**order** 298:8,12 299:16
300:6 306:24 309:12
328:14 375:13,16
**ordered** 300:9,9 334:6
334:16
**outcome** 371:18
**Outside** 272:15 352:23
**overall** 305:25
**overdrawn** 366:13
367:11,16
**Oversight** 259:3 262:3
304:18
**owe** 366:5,6
**owed** 368:8

**P**

**P** 260:1,1 261:1,1
262:1,1 263:1,1
**p.m** 369:9,12 370:22
370:23
**package** 279:2 280:12
283:22
**page** 264:7,11,13,15
285:17 306:15
314:24,25 320:24
342:1 354:13 357:5
358:4,24 361:9,13
361:16,18,19 374:1
375:3,18 376:7
**pages** 278:14 280:11
285:7 288:3 298:8
298:12 354:11 355:3
355:8 357:22,23
373:10 375:11,13,16
**paid** 267:8,13,22 268:1
309:20 312:3,6
351:4 358:8,23
366:11,22 367:10
369:24
**Palmer** 299:24 302:19
312:25
**papers** 306:5
**paragraph** 302:24,25
304:8,14 306:16
310:7 311:4 314:23
314:25 320:24 330:4
330:5 338:10
**part** 280:7 288:18
292:25 328:16
335:16,23 346:15
350:10 354:20 363:6

369:15
**participants** 349:5
**particular** 274:7
275:22,23 304:8
308:22
**particularly** 305:11
354:12
**parties** 306:22 371:16
372:11
**parts** 288:7 354:6
**party** 284:7
**pass** 289:2
**passage** 356:17
**passed** 347:9
**Patronales** 364:2
**Pause** 298:24
**pay** 312:10,11 313:10
313:12,16 349:17,24
349:25 350:22 354:3
359:16 364:22 365:8
365:9,12 368:4,8,22
**paygo** 346:3 350:16
350:18 353:7
**paying** 268:2 319:25
368:12,15,21
**payment** 266:25
301:21 312:16 314:3
314:6 319:3 349:7
359:22
**payments** 308:1,14
312:18 313:19,23
314:1,11,16 315:10
319:7 348:15,19,22
349:14,20,23 350:4
351:6 354:7 359:25
366:13,20 367:12
**payroll** 366:11
**pays** 301:25 349:25
366:19
**pendency** 304:16
**pending** 306:23
**pension** 352:12 365:8
366:20
**pensioners** 348:16
**pensionists** 349:5
**pensions** 309:19
349:6,14,17
**people** 277:25 292:6
**PeopleSoft** 271:16,20
271:22
**Perez** 261:14
**Perfect** 362:13
**period** 307:2 312:6
334:7
**Perra** 262:8
**person** 290:1 293:3
294:2 352:16 354:2

**person's** 293:8 299:23
**personal** 291:16
322:16 353:21
**personally** 322:14
351:24
**personnel** 291:18
295:7 353:25
**persons** 292:18
**petition** 317:4
**Phone** 260:9,14,25
261:12,19 262:11,18
**phrase** 301:6
**phrased** 346:18
**pick** 324:19
**Place** 262:16
**placed** 308:6,9
**placing** 298:20
**Plaintiff** 259:9
**plan** 351:18,25 352:2,4
352:6,9
**Plaza** 261:16
**please** 267:11 272:10
279:19 282:11
291:14 294:17 296:7
298:21 307:14,25
339:2 356:17,24
372:7
**pledged** 310:16
**Plus** 319:3
**PM** 263:5,7
**POB** 288:22 365:12
367:10
**Pocha** 260:11
**pointed** 363:12
**political** 290:1 291:17
291:23 292:1 293:4
294:6,8,9,13,20,25
**Popper** 279:11 282:7
283:15
**Popular** 274:17 276:13
276:15 277:21 301:3
302:4 316:14 317:7
362:9
**portfolio** 349:9,10
353:20
**portions** 356:5
**position** 289:25 293:4
293:5 297:21
**post** 276:23
**post-petition** 276:8,12
276:16,20,21,22,23
277:7,10,16 316:24
317:1,3,10 318:11
318:16,19,23 319:8
334:4,11,14,19
335:2,20,24 336:13
336:18,21,25 337:4

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 383

337:15,22 344:13,20
345:11,21
**PR-ERS** 278:9 279:8
355:22 358:3 375:7
375:24
**pre-petition** 274:13,23
275:1,13,18 277:6
300:11 305:25
308:10 309:2 312:14
312:19 313:11 316:3
316:7,11 331:3,8,16
331:21 332:12 333:9
336:19 337:2,4
338:13,17,23 340:2
340:9,17 341:2,4,12
**precise** 271:11
**preclude** 311:5
**preparation** 292:25
328:16 351:24
**prepare** 295:24 296:6
296:11 323:17
326:22
**prepared** 327:13,18
357:23 359:2
**preparing** 280:24
282:19 288:9 325:16
326:11 352:6
**PRESENT** 263:3
**previous** 339:25
361:13
**previously** 265:20,23
266:2
**prior** 281:3 282:23
363:13
**priority** 330:11
**privileged** 296:15
297:14 324:13
325:22
**proceed** 265:9 348:4
**proceeding** 292:14
297:17
**proceedings** 265:25
266:4 298:24 370:23
**proceeds** 348:6
**process** 292:14
361:21,24
**produced** 356:1
357:16
**product** 327:23
**production** 278:9
284:6 355:21 375:6
375:24 376:4
**PROMESA** 305:6
329:18 351:16
**property** 310:16
**propounded** 373:13
**PROSKAUER** 262:7

**protection** 310:2 312:9
329:17
**provide** 273:22 315:19
**provides** 315:2
**public** 371:8 372:3,5
373:25
**Puerto** 259:1,4,8
260:17 284:9 304:17
**purpose** 336:3
**purposes** 275:5
354:25
**pursuant** 304:17,25
**put** 273:14 278:22
283:21 331:14 334:9
334:13 336:7 341:1
341:11 344:20,25
346:14
**putting** 283:1 334:2

## Q

**question** 267:10 272:9
283:24 290:17
294:16,23 296:9,19
297:5,22 305:13
307:24 315:6 319:14
324:7,21 325:10
326:10 328:10
351:10 368:17 370:2
370:5
**questions** 266:22
278:18,24 290:19
326:4,18 351:13
366:17 370:18
373:12
**quite** 347:22
**quoting** 304:15

## R

**R** 260:1 261:1 262:1
262:14 263:1 265:19
265:22 266:1,1
371:1
**read** 264:13 303:10
304:8 306:18 310:9
310:19 312:23 338:5
338:8 342:22 345:14
362:11 364:7,13
369:17 373:1,10
**reading** 311:4
**Realtime** 371:7
**reason** 284:13 374:1
**recall** 269:11,17
301:23 316:20 359:7
**receipt** 372:8
**receive** 270:20 301:17
307:4 346:7 349:11

350:19 359:22
367:25 372:9
**received** 275:2 277:1
300:12 302:15
303:22 304:15 306:8
307:7,16 311:7
317:12,24 318:14
319:5 330:10,21
333:4,11 334:17
335:9 338:12 342:2
342:15 343:9,10
344:4,7,9,18 345:25
346:5,23 347:2
350:7 354:19,22
355:15 361:22
362:15 363:4 364:8
364:11,20,23 365:1
365:7,21 366:14
367:8,13 375:20
**receives** 301:13
306:19 309:16
**receiving** 270:24
312:15
**Recess** 320:13 369:10
**recognize** 285:13
**recollect** 357:18
**recollection** 267:25
286:13 309:23 314:9
314:19 327:21
336:20
**reconcile** 273:9,10,15
**reconciled** 273:1
**Reconciliation** 273:6,8
**record** 265:6 271:1
275:9 284:3 299:14
299:22 319:6 320:12
320:15 331:23 356:1
358:2 363:11,16
369:9,12 370:15
371:13
**recorded** 271:5 307:20
**recordkeeping** 361:2
**records** 268:12 271:1
271:5,8 273:22
275:16 277:15 292:5
333:21
**redemption** 269:6,8,12
269:15
**reduced** 352:21
**refer** 332:18 347:14
356:6
**reference** 280:18
338:14 343:5
**referred** 305:6
**referring** 275:20 301:8
303:8 333:10 340:4
365:24

**refers** 303:2 315:12
321:3 362:19
**reflect** 364:5
**reflecting** 363:17
**refresh** 308:17 359:15
**refreshed** 327:21
**refund** 354:3
**refunds** 349:25
**register** 270:3,4
**registered** 272:17,21
274:4,5,9 308:23,24
371:7
**regular** 293:5 309:7,8
**relate** 330:9,20
**related** 267:19 371:16
**relating** 288:22
**remain** 265:16
**remaining** 348:11
**remember** 268:2
272:17,18 287:10,11
292:21 295:11,13
303:10 304:7 305:11
306:3,7,7 309:22
318:24 329:1,21
336:4 347:8,20,22
359:14
**remind** 265:13 277:3
**repeat** 267:10 272:9
294:16 296:9 307:24
338:7 368:17
**rephrase** 267:4
**reported** 295:2 302:9
302:10
**reporter** 263:19
264:11 265:10 356:5
356:16 371:7
**Reporting** 259:25
263:15 372:18
**representations** 324:4
324:25 325:13
**representative** 259:5
262:4
**representatives** 321:7
321:8,14 324:11
**represents** 354:18
**requested** 367:10
**REQUESTS** 376:1,4
**require** 324:8
**required** 289:16
319:19 372:4,5
**requires** 325:24
**reread** 325:10
**reserve** 268:25 269:3
312:15 359:19,21
360:11,11,15,16
**resigns** 354:2
**resolution** 269:14

**refers** 281:25 304:3 310:17
311:10,24 347:18,19
348:2,3,10
**Resolutions** 303:4,24
**resources** 292:8,10
**respect** 268:4 330:24
**response** 330:8,19
**rest** 335:5
**result** 313:3 323:13
**reswear** 265:11,12
**retained** 306:23
**retiree** 353:25
**retirees** 348:16 365:9
**retirement** 259:6 294:7
354:7
**return** 372:7,13
**reveal** 324:8 326:18
**revealing** 324:12
325:6
**revenue** 268:13 360:4
360:5
**review** 279:18 282:10
295:19
**reviewed** 284:25 342:9
**reviewing** 279:21
282:12 284:2 289:8
298:25 342:8 356:23
356:25 363:11
**revise** 361:3
**Rico** 259:1,4,8 260:17
284:9 304:17
**right** 271:15 274:12
280:20 306:14 311:3
337:23 350:17
357:25 358:18 361:7
364:6 367:7
**right-hand** 365:18
369:3
**Rivera** 302:13
**RMR** 371:24
**Roger** 263:6
**role** 281:7 289:4,7
290:24 291:1 300:15
351:23 352:5
**Rose** 259:25 262:7
263:15 372:18
**roughly** 310:3
**row** 343:25
**rows** 362:3
**rule** 297:15,20 325:23
**runs** 366:25
**Ryan** 261:8

## S

**S** 260:1 261:1,7 262:1
263:1 265:19,22,22
372:20 375:1

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 384

**San** 263:4
**Sarriera** 263:9
**saw** 280:18 283:1
  287:2,18,23 289:2
  361:5
**saying** 296:23 309:12
  322:6 346:10
**says** 286:1 303:23
  306:18 311:5 315:1
  330:7 332:4 343:12
  343:17 346:16 348:1
  354:20 358:22
  359:23 360:4 361:10
  362:7,8 363:25
  364:1,7 365:11,19
  365:20
**scope** 272:15 352:23
**seal** 356:7
**second** 312:17,20
  314:22 358:4
**secretary** 307:18
  309:7
**secretary's** 309:7
**Section** 304:17,25
  311:9,23
**SECURED** 261:4
**security** 285:1,20
  286:15,25 287:2
  330:13
**see** 265:11 274:1
  280:17,22 282:16
  285:3 286:3,11,17
  286:23 287:1,6,15
  287:22 288:7,15
  299:9 302:25 303:5
  303:6,25 304:1,20
  304:21 306:5,6,25
  308:17 310:18
  311:11,12 314:22
  315:14,16,16 316:21
  328:20,22 330:5,14
  330:15 332:20 338:3
  338:18,19 343:19
  363:9 368:5
**seeking** 296:19
**seeks** 297:22
**seen** 279:16 280:1,4,7
  280:9,14 281:4
  282:8,14,15,23
  284:1 285:5,8,10,11
  285:17,19,20,24
  286:7 287:3,19
  288:2,19 293:18,19
  299:1,7,8
**segregate** 336:1
**segregated** 274:13,23
  275:13,18 276:8,12

276:16,20 277:6,7
  277:11,16 306:23
  308:6 310:12 311:8
  311:22 316:3,8,24
  317:2,10 318:11,16
  318:23 319:8 331:16
  331:21 332:12 333:9
  334:4,11,14,19
  335:17,21,24 338:24
  340:2 341:2,12
**Senado** 355:9
**sent** 299:20 300:1
  307:19 312:25
  357:13
**sentence** 314:23
  315:1 346:16
**separate** 336:14,17
  337:3
**separated** 312:13
  336:21 337:2,8
  342:14 363:2,4
**September** 319:2
**sequence** 328:23
**series** 278:5 358:9,11
  358:13,23 375:4
**service** 268:19,23,25
  273:21 349:8 354:1
  360:8,10,11 365:13
**Session** 263:5,7
**set** 371:11,20
**share** 292:17,21
**Sheet** 373:15
**show** 267:16 270:4,8
  326:25 327:12
  333:16 336:6 341:20
  355:5,8
**showing** 355:11
**shown** 327:17,24
  328:2 333:20
**shows** 344:1 361:20
**side** 283:1 360:3 365:7
  365:18 367:19
**sign** 264:13 343:13,19
  373:1
**signature** 372:3,5
**signed** 307:3 372:7,10
  372:13 373:21
**similar** 287:24
**simply** 366:3,6
**Sims** 261:8
**single** 285:5
**sit** 266:18
**six** 352:21
**somebody** 277:22
  302:8
**sort** 349:20
**Soto** 259:17 264:4

371:10 373:9,18
**source** 274:21,24
  275:12 276:18
  277:10
**South** 260:23
**Southeast** 260:21
**Southern** 297:15
**Spanish** 265:23 266:2
  270:18 307:13 339:1
  349:1 362:6,11
  369:18
**speak** 292:24 293:10
  293:11,23 301:9
**speaking** 363:23
**speaks** 269:14 281:19
  283:9 314:20
**specific** 267:18 271:6
  272:5 289:1 290:15
  290:19 316:5 326:5
  326:8,15 331:18
  347:7 350:25
**specify** 328:11
**spent** 320:20 335:15
  335:25
**spoke** 294:2,4 363:14
**Square** 262:9
**Stability** 304:18
**staff** 294:12,19 295:2,4
  295:5,7,9,12,14,17
  300:17 352:21
**stamp** 285:13,13
  286:21
**Stand** 370:20
**stapled** 355:3
**Stars** 260:12
**start** 279:12 299:5
  330:21 341:22 362:4
**started** 312:18
**starting** 313:10
**state** 370:15 371:3,8
**statement** 266:13
  268:16 269:22 274:3
  274:4 276:1 277:20
  285:2,12
**statements** 270:20,21
  270:25 274:19 276:2
  276:15 363:17
**STATES** 259:1
**stay** 304:16,24 305:4,8
  305:9,15,19
**stayed** 331:5
**step** 364:15,17
**Stewart** 259:20 261:7
  264:7 265:10 266:6
  268:17 269:18
  270:14 272:6,20
  273:11,14,18,19

275:10 278:17
  279:15,22 280:6
  283:7,13,19 284:8
  284:16,19 288:6,14
  290:3,16 291:13
  292:4,16,23 293:22
  294:18,24 295:15
  296:4,16,22 297:9
  298:2,4,15,19 300:4
  301:1 302:7,20
  303:16 304:12 305:3
  305:23 306:11
  308:12 311:19 312:4
  315:11 316:6 319:22
  320:3,16 321:12,18
  321:24 324:21,23
  325:3,9,11 326:7,9
  326:23 328:1,5,8,9
  329:3,11 332:2,4,9
  332:15 339:16
  340:21 341:15,20
  342:5,23 344:24
  347:16 348:20
  349:19 350:2 351:1
  351:8,22 352:19
  353:2,10,14 355:17
  356:3,10,16,18
  363:18,21 368:11,18
  369:5,13 370:10,17
**stipulated** 299:15
  345:2,15
**stipulation** 297:16
  298:7,11,16,18
  299:16,18 300:6
  302:15 303:11,18
  305:16 307:3 310:1
  310:7 312:12,17,21
  313:4 314:14,15
  317:5 319:18 329:5
  334:5,10,15 339:14
  344:16,18,23 345:2
  345:16 375:12,15
**stop** 313:22
**stopped** 332:11
**Street** 372:20
**sub-AC** 360:7
**subaccount** 308:22
  360:8
**subaccounts** 268:22
**subject** 297:11,13
  323:18 325:24 326:2
  326:20
**subledger** 336:6
**subscribed** 373:21
**subsequent** 315:4
**substance** 266:10
  373:14

**sufficient** 291:9
**Suite** 260:22 261:17
**summarizes** 361:15
**supplement** 370:6
**supposed** 313:3 368:3
**sure** 273:17 287:7,25
  290:21 291:21
  300:20 316:22 337:6
  354:11
**sworn** 265:20,24
  266:3 371:12
**system** 259:6 271:14
  294:7 309:16 339:5
  339:15,22 352:13,25
  353:3 354:4,7 355:1

**T**

**T** 265:19,19,22 371:1,1
  375:1
**table** 264:1 324:17
  342:14,17 343:1,3
  346:2,9 354:16,18
  360:2
**take** 279:19 281:3
  298:21 320:6 329:7
  341:1 342:6 356:24
  368:1 369:5
**taken** 265:15 330:8,18
**talk** 295:16
**talked** 316:7 327:13
  365:15 367:14
**talking** 283:4 315:7
  331:25 332:20
  336:15 338:9 343:1
  351:2 363:22 367:3
**talks** 304:14 310:8
  315:14
**tame** 361:12
**tell** 281:22 283:8 285:9
  289:22 292:6 294:11
  296:5,10,23 297:17
  299:18 306:6 308:15
  318:9 319:15,15
  324:3,24 325:12
  333:15 335:15 337:5
  342:20 345:1 354:15
  356:22 358:7 361:19
  362:6
**telling** 363:6
**tells** 297:5
**ten** 343:24
**term** 301:11 303:18
**terms** 281:9 290:12
  353:4
**testified** 265:21
  288:20 308:25 326:1
  332:10

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

CONFIDENTIAL                                    FINAL - October 25, 2017
FOMBPR v. Altair Global                         Cecile Tirado Soto, Volume 2

Page 385

**testify** 295:25 296:7,12
  323:17
**testifying** 293:1
**testimony** 266:10
  319:21 321:22
  325:17 326:11
  341:14 347:13
  351:20 371:13
**text** 342:17 346:15
**Thank** 302:2 320:10
  324:20 356:15
  362:13 370:3,17,18
**thereon** 310:14
**thickest** 279:13
**thing** 274:10 327:22
  355:6,12 367:22
**things** 310:8 328:23
  351:14,21 353:11
**think** 268:1 278:17
  284:8,10,16 287:7
  288:20 296:13 297:3
  297:14,15,22 299:11
  305:7 308:25 312:21
  314:9 317:6 318:5
  320:9 321:13 325:21
  325:23 326:1,14
  327:19,24 331:20,23
  332:7,25 335:18
  336:21 337:1 338:5
  346:18 352:16 356:1
  358:21 363:12
  369:17,21
**thought** 289:18
**Thousand** 334:25
**three** 279:14 358:10
**time** 266:6 281:3,8
  282:17,23 283:2
  286:18 288:16 289:5
  294:6 295:1 299:10
  307:2 310:11 312:6
  320:7,8,11,15,20
  324:4,24 325:12
  329:16 334:1,8
  347:4 352:17 356:24
  369:8,12 370:4,19
  370:22
**Times** 262:9
**Tirado** 259:17 264:4
  265:8,13 266:8
  273:21 279:12,23
  283:24 284:20
  298:20 320:17
  356:19 369:14
  371:10 373:9,18
**Title** 307:4 310:2 312:9
  313:24 319:5 329:17
  330:9,19,25 331:10

332:14,16 334:17
  339:15,17 341:4,6
  341:10 344:8
**today** 266:18 270:11
  293:1 316:10 318:22
  323:18 325:17
  326:11 348:24,25
  350:20
**today's** 370:21
**told** 313:9 322:7
  323:23 327:7 353:21
**top** 362:8 363:23
**topic** 320:5 322:12
  326:15 338:2,3,10
**topics** 320:19 326:5,8
**total** 270:4 309:24
  358:16 361:10
**transaction** 270:3
  271:18 274:2 288:22
  289:5 307:9,12
  319:4 331:11,12
  333:6 335:8,10,16
  336:12 363:8 364:25
  365:3,6
**transactions** 270:5
  272:24,25 274:2
  276:6 289:25 301:24
  307:20 309:6 317:22
  336:18,19 341:18
  353:8
**transcript** 273:15
  275:6 332:5 356:6
  363:11 369:21 373:3
**transcription** 373:11
**transfer** 300:25 301:2
  315:5 331:1,7 334:6
  334:9 347:5,10
  354:5 364:16 365:11
  365:14
**transferred** 300:21
  305:24 311:7,21
  331:16 340:16 341:3
  348:8 361:23 365:4
**transferring** 311:6
**transfers** 331:20
  332:11,21 347:14
**translate** 265:25 266:4
**translation** 369:14
**translator** 265:16
  270:19 272:16,23
  274:24 281:21
  288:17 291:17,25
  292:7,13,20 293:2
  293:16,25 294:4
  307:15 309:5,10,14
  339:3,13,20 340:14
  349:3 362:14 363:1

**translators** 265:15
**treasury** 307:17 309:9
  309:18 317:25 346:5
  346:13 347:6 348:9
  348:18 364:10
  365:20
**treated** 311:2 312:1,5
**treatment** 303:21
  304:9 311:17,18
  338:11
**true** 371:13
**trying** 290:21
**turns** 290:18
**two** 265:7 278:14
  280:11 288:3 314:16
  319:1 362:3,3
  366:16 375:11
**type** 350:19
**types** 319:11

_____

**U**

**U** 265:22
**UCC** 278:5 279:3
  283:22 286:20 287:4
  287:13 289:6,8,12
  289:16,19 290:5,9
  290:24 295:17,20,21
  295:25 296:6,11
  297:13 375:4
**unclear** 331:24
**underneath** 362:10
**undersigned** 306:22
**understand** 282:22
  283:3 294:23 300:8
  302:16 303:7,17
  304:3 307:11 315:7
  332:7 346:21 350:12
**understanding** 310:25
  311:13
**understood** 310:11
**UNITED** 259:1
**upper** 285:15 369:17
**use** 301:11
**uses** 336:6
**usually** 291:16

_____

**V**

**v** 259:10
**V-E-N-C-E-N** 369:19
**V2** 373:18
**validity** 330:11
**Valle** 263:10
**various** 337:11
**Vencen** 369:19
**version** 284:15,17
**VIDEO** 259:16

**Videographer** 263:20
  265:5 320:11,14
  324:15,18 369:8,11
  370:20
**volume** 259:17 264:4
  265:7

_____

**W**

**want** 297:10 320:6,7
  331:24 338:6 342:22
**wanted** 351:14 359:18
**Washington** 261:11
**wasn't** 339:21 344:25
  345:6
**way** 281:14 289:19
  291:11 309:13,15
  315:25 318:1 334:9
  346:21 358:2,19
  370:12 371:17
**ways** 352:12
**went** 322:16 323:22
  333:1 334:19 335:13
  335:20 337:20 340:1
  345:18
**WHEREOF** 371:19
**WHITE** 260:19
**WI** 372:21
**William** 262:13
**withdraw** 304:23
**withdrawals** 275:24
  319:7
**witness** 264:3 265:11
  273:7 275:8 279:21
  282:12 284:2 297:8
  297:25 298:25 324:7
  326:1,17 342:8
  356:25 363:14,19
  371:11,14,19 373:5
**witness'** 327:21
**Wolf** 279:10 282:7
  283:15
**word** 273:15,16
  305:15 369:19
**words** 344:7
**work** 277:25 278:2
  281:13 282:4 289:15
  294:8 295:12 306:4
  327:23 331:12
  335:10 352:15 353:5
  360:19,22
**worked** 283:10 292:15
  293:4,18 294:13,20
  294:25 317:23
**working** 315:22 352:1
  352:8,17 353:12
**works** 349:5,7 360:21
**World** 261:16

**write** 318:8 328:24
**writing** 306:21
**written** 315:2
**wrote** 329:2

_____

**X**

**X** 375:1,1

_____

**Y**

**year** 268:4 305:7
  314:17 352:11
**years** 271:19 290:6
  294:14,21
**yes-or-no** 297:1,4
**yesterday** 266:9,14,18
  278:17 293:1 320:20
**yesterday's** 266:22
**York** 259:19,19 262:10
  263:17,17 265:2,2
  321:6 371:3,4,9

_____

**Z**

**Z** 266:1

_____

**0**

**000003643** 279:8
**000005327** 358:3
**02110-2600** 262:17

_____

**1**

**1** 343:4,12,13,15,17
  344:9
**1-800-825-3341**
  259:25
**1-800-825-9055**
  372:15
**1/31/08** 278:8 375:5
**10** 330:3,4,5
**10,000** 354:3
**10:52** 320:12
**100** 306:4,12,13
**100-something** 316:20
**10011** 263:17
**10036-8299** 262:10
**11** 278:5,21 279:2
  283:20,22 284:21,23
  285:6 288:2,8 290:5
  310:3 375:4
**11:06** 320:15
**116,000** 334:24
**12** 278:8,21 279:5,13
  279:24 321:4,6
  323:18 375:5
**12:00** 369:9
**12:11** 369:12
**12:12** 370:22,23

CONFIDENTIAL
FOMBPR v. Altair Global

FINAL - October 25, 2017
Cecile Tirado Soto, Volume 2

Page 386

**127,698,302.94** 361:11
**12th** 321:17,20 327:1,5
    327:14
**13** 278:13,21 279:9
    282:6 320:24 375:10
**13,876,582.48** 358:17
**13.8** 312:16 313:11
    314:16 319:25
**14** 376:12
**15** 338:2,3,10 357:13
**15th** 362:18 369:20,22
    369:25
**16** 292:2
**16-million-517** 346:16
**16,517,218.68** 346:1
**17** 286:1 287:5 299:16
    331:1 332:2,2,10,18
    341:4
**17th** 260:7 331:9,22
    332:1,4
**18** 376:8
**18.5** 318:25 319:1
    334:16 335:17 336:1
**183** 345:2
**183,691** 345:6
**183,691.60** 344:13
**187** 347:21
**188** 347:22
**19** 286:8 287:14
    314:10 376:10
**19,444,247.87** 345:18
**1992** 295:13
**1999** 260:12
**19th** 314:12,18
**1st** 343:9,16,18 344:5
    344:19 346:4,6

**2**
**2** 259:17 264:4 302:24
    314:23,25 320:24
    354:13
**2(a)** 302:25
**2(d)** 306:16,17
**20** 313:9,10 376:11
**200** 260:23
**20001-2113** 261:11
**2008** 292:1
**2009001811** 285:15
**2011** 271:21
**2015** 285:25 286:1
    287:5 290:6,24
    291:4 292:2
**2016** 267:2,6,9,14
    275:2 279:11 286:7
    286:9 287:14 290:7
    290:24 291:4 305:7
    306:8 357:13 359:1

359:5
**2017** 259:18 268:4
    299:12,17 312:8
    321:4,6 323:19
    332:1,19,23 338:12
    338:15,22 339:9
    341:6 343:4 345:18
    346:24 347:1 371:21
    373:22
**202.879.3939** 261:12
**20th** 314:8,17 315:10
    319:25
**21** 279:11 298:4,7,15
    298:21 299:3,5,9,14
    332:21 333:18 341:6
    343:4,6,14,17
    375:12
**21,962,851.27** 344:1
**212.969.3000** 262:11
**21st** 329:23,25 332:16
    339:14 343:9,18
    344:5,10,19
**22** 298:5,11,17,21
    299:3 312:21,24
    333:19 345:8 375:15
**22nd** 343:22 344:11
**24** 341:23,25 342:6,11
    354:9 356:1,6,8
    375:17
**24th** 286:21
**25** 259:18
**26** 355:18,20 356:11
    356:19 357:3 369:15
    375:22
**26-2** 297:15
**26.2** 325:23
**266** 264:7
**27** 320:18,24 330:4
    338:2
**278** 375:4,5,10
**296** 376:8
**297** 376:9,10
**298** 375:12,15

**3**
**3** 310:7 314:24,25
    376:9
**30** 372:8
**30(b)(6)** 265:7
**305.714.9700** 261:19
**305.995.5245** 260:25
**309** 372:20
**31** 359:1,5
**310.553.6700** 260:14
**31st** 343:23 344:11
    345:9 346:4
**325** 376:11

**326** 376:12
**3300** 261:17
**33131** 261:18
**33131-2352** 260:24
**341** 375:17
**355** 375:22
**3643** 278:9 280:19
    375:7
**3644** 280:20
**3672** 278:10 375:8
**371** 264:11
**373** 264:13
**375** 264:15

**4**
**4** 306:15 311:4
**4/21/16** 278:13 375:10
**405** 304:17,25
**4900** 260:22

**5**
**504** 311:9,23
**51** 261:10
**5327** 355:22 375:25
**5328** 358:6
**5331** 355:22 358:3
    375:25
**54853** 372:21
**5th** 315:3

**6**
**600** 261:15
**610** 260:7
**617.526.9600** 262:18

**7**
**74** 263:16
**74:16** 363:14

**8**
**8/15/16** 355:20 375:22
**800-825-3341** 263:18
**8th** 260:12

**9**
**9:44** 265:3,6
**90067** 260:13
**92660** 260:8
**949.823.6900** 260:9