# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) X | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) x | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**ORDER SETTING SCHEDULE WITH RESPECT TO MOTION OF CERTAIN SECURED CLAIMHOLDERS OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO <u>FOR RELIEF FROM THE AUTOMATIC STAY</u>**

Upon the *Urgent Motion to Set Supplemental Briefing and Discovery Schedule with Respect to Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (the "Urgent Motion")[1]; and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that notice of the Urgent Motion was adequate and proper under the circumstances and that no further or other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1.      The Urgent Motion is denied except as set forth herein.

2.      The deadline for the Oversight Board to file a supplemental submission (if any) in response to the ERS Supplemental Submission filed August 3, 2018 [Docket No. 3734 in Case No. 17-bk-3283 and Docket No. 307 in Case No. 17-bk-3566] is **August 13, 2018 at 4:00 p.m. (Atlantic Standard Time)**.

3.      The deadline for the ERS Bondholders to submit proposed agreed-upon facts for consideration at the final hearing is **August 24, 2018 at 4:00 p.m. (Atlantic Standard Time)**.

4.      The deadline for the Oversight Board to submit responses to the ERS Bondholders' proposed agreed-upon facts is **August 31, 2018 at 4:00 p.m. (Atlantic Standard Time)**.

5.      The deadline for the parties to identify for the Court any agreed-upon or disputed facts with respect to the Adequate Protection Motion for consideration at the final hearing **September 7, 2018 at 4:00 p.m. (Atlantic Standard Time)**.

6.      The final hearing on the Adequate Protection Motion shall be on **September 13, 2018 at 9:30 a.m. (Eastern Standard Time)**.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

7.      The Court shall retain jurisdiction to hear and determine all matters arising from the

implementation of this order.


Dated: _____
San Juan, Puerto Rico


_____
UNITED STATES DISTRICT JUDGE