UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **AFFIDAVIT OF PUBLICATION**

    I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC, the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    I understand that, on the dates and times set forth on the annexed **Exhibit A**, employees of WKAQ-AM broadcast nine radio advertisements whose content was substantially similar to that set forth on the annexed **Exhibit B**.

    I also understand that, on the dates and times set forth on the annexed **Exhibit C**, employees of WMEG-FM broadcast eighteen radio advertisements whose content was substantially similar to that set forth on the annexed **Exhibit B**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: August 3, 2018

_____
Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 3, 2018, by Cosmos X. Garraway, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**<u>Exhibit A</u>**

# INVOICE

Page 1 of 1



**Univision Receivables Co LLC**
Calle Carazo #64
Guaynabo, PR 00969-5635
Main: (787) 758-5800
Billing:

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| | 06/17/18 | June 2018 | 05/28/18 - 06/12/18 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| WKAQ-AM | Patrice Davidow | Katz-New York | National |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Miller Advertising (A) | PUERTO RICO | 21062 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 06/06/18 - 06/12/18 | 242873 | 31869468 |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Broadcast | Cash | |

**Special Handling**

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| 9912545 | | |

| Agency Ref | Advertiser Ref |
|---|---|

**Billing Address:**

JL Media, Inc.
Attention: Accounts Payable
1600 Route 22 East
Jeff Greenberg
2nd Floor
Union, NJ 07083

**Send Payment To:**
Univision Receivables Co LLC
P.O. Box 740721
Los Angeles, CA 90074-0721

| Line | Spot # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | WKAQA | W | 06/06/18 | 9:59 AM | M-F 6a-10a | 7:00 AM-10:00 AM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 1 | 1 | WKAQA | Th | 06/07/18 | 8:00 AM | M-F 6a-10a | 7:00 AM-10:00 AM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 2 | 1 | WKAQA | Th | 06/07/18 | 5:30 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 1 | 2 | WKAQA | F | 06/08/18 | 9:33 AM | M-F 6a-10a | 7:00 AM-10:00 AM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 2 | 2 | WKAQA | F | 06/08/18 | 6:58 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 3 | 1 | WKAQA | Sa | 06/09/18 | 10:29 AM | 10:00 AM-6:00 PM | 10:00 AM-6:00 PM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 3 | 2 | WKAQA | Sa | 06/09/18 | 10:59 AM | 10:00 AM-6:00 PM | 10:00 AM-6:00 PM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 4 | 1 | WKAQA | M | 06/11/18 | 8:26 AM | M-F 6a-10a | 7:00 AM-10:00 AM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |
| 5 | 1 | WKAQA | M | 06/11/18 | 3:33 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | MILLER JUNIO-04-2018.MP3 | | NM |

Total Spots 9

**30 NET**

Gross Total

Agency Commission

Net Amount Due

This radio station warrants that the program/announcements indicated above were broadcast in accordance with the official station log. All times are approximate within 15 minutes and are within the time classification ordered.

Univision and its stations do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of race or ethnicity, even if handwritten, typed or otherwise made part of a particular contract, is hereby rejected.

To ensure proper credit please include invoice number on check/remittance.

powered by WideOrbit

## **Exhibit B**

**Notificación de prórroga de fecha de vencimiento** (60 seg, 150 palabras como máximo) (Para traducir al español)

Atención: En el 2017, el Estado Libre Asociado de Puerto Rico, la Corporación del Fondo de Interés Apremiante conocida como COFINA, el Sistema de Retiro de Empleados de Gobierno, la Autoridad de Carreteras y Transportación ,y la Autoridad de Energía Eléctrica presentaron una petición de quiebra bajo el Título III de PROMESA.

Si considera que alguna de estas entidades le debe dinero, la fecha límite para presentar **una reclamación formal** se ha prorrogado (el locutor hará hincapié en el texto resaltado con negrita) hasta el 29 de junio de 2018 a las 4:00 de la tarde.

Nuevamente, si considera que alguna de estas entidades le debe dinero, la fecha límite para presentar **una reclamación formal** se ha prorrogado (el locutor hará hincapié en el texto resaltado con negrita) hasta el 29 de junio de 2018 a las 4:00 de la tarde. Para obtener más información, llame: ocho cuatro cuatro ocho dos dos nueve dos tres uno, visite la página web: cases.primeclerk.com/puertorico o visite www.creditorspr.com.

## **Exhibit C**

# INVOICE

Page 1 of 2



**MEGANET-WMEG-WEGM**
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1599

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
|  | 06/24/18 | June 2018 | 05/28/18 - 06/20/18 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| MEGANET | Sylvia Refojo | Puerto Rico Nati | National |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Prime Clerk | PRIMER CLERK BANKRU | 21062 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 06/06/18 - 06/20/18 | 493878 |  |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Broadcast | Cash |  |

| Special Handling |
|---|
|  |

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
|  |  |  |

| Agency Ref | Advertiser Ref |
|---|---|
|  |  |

**Billing Address:**
JL Media NJ
Attention: Lon Kruger
C/O JL Media
1600 Route 22 East
Union, NJ 07083

**Send Payment To:**
MEGANET-WMEG-WEGM
Spanish Broadcasting System, Inc.
Attention: Accounts Receivable Dept
7007 NW 77th Avenue
Miami, FL 33166

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/11/18 | 06/12/18 | 6A-9A M-F | 6A-9A | 11----- | 1:00 | 2 |  | NM |

| Weeks: | Start Date 06/11/18 | End Date 06/17/18 | MTWTFSS 11----- | Spots/Week 2 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 3 | All | M | 06/11/18 | 8:26 AM 6A-9A M-F | 6A-9A | 1:00 PRIMER CLERK | | | NM |
| 4 | All | Tu | 06/12/18 | 8:28 AM 6A-9A M-F | 6A-9A | 1:00 PRIMER CLERK | | | NM |

| 2 | 06/06/18 | 06/10/18 | 11A-3P | 11A-3P | ----2-- | 1:00 | 2 |  | NM |

| Weeks: | Start Date 06/04/18 | End Date 06/10/18 | MTWTFSS ----2-- | Spots/Week 2 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 2 | All | F | 06/08/18 | 11:57 AM 11A-3P | 11A-3P | 1:00 PRIMER CLERK | | | NM |
| 1 | All | F | 06/08/18 | 1:29 PM 11A-3P | 11A-3P | 1:00 PRIMER CLERK | | | NM |

| 3 | 06/06/18 | 06/10/18 | 3P-6P M-F | 3P-6P | ----2-- | 1:00 | 2 |  | NM |

| Weeks: | Start Date 06/04/18 | End Date 06/10/18 | MTWTFSS ----2-- | Spots/Week 2 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 1 | All | F | 06/08/18 | 3:26 PM 3P-6P M-F | 3P-6P | 1:00 PRIMER CLERK | | | NM |
| 2 | All | F | 06/08/18 | 5:24 PM 3P-6P M-F | 3P-6P | 1:00 PRIMER CLERK | | | NM |

| 4 | 06/09/18 | 06/09/18 | 10A-6P | 10A-6P | -----1- | 1:00 | 1 |  | NM |

| Weeks: | Start Date 06/04/18 | End Date 06/10/18 | MTWTFSS -----1- | Spots/Week 1 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 1 | All | Sa | 06/09/18 | 11:53 AM 10A-6P | 10A-6P | 1:00 PRIMER CLERK | | | NM |

| 5 | 06/11/18 | 06/12/18 | 6A-9A M-F | 6A-9A | -1----- | 1:00 | 1 |  | NM |

| Weeks: | Start Date 06/11/18 | End Date 06/17/18 | MTWTFSS -1----- | Spots/Week 1 | Rate | | | | |
| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 1 | All | Tu | 06/12/18 | 7:26 AM 6A-9A M-F | 6A-9A | 1:00 PRIMER CLERK | | | NM |

| 6 | 06/11/18 | 06/12/18 | 3P-6P M-F | 3P-6P | 1------ | 1:00 | 1 |  | NM |

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

# INVOICE

Page 2 of 2

**Send Payment To:**
MEGANET-WMEG-WEGM
Spanish Broadcasting System, Inc.
Attention: Accounts Receivable Dept
7007 NW 77th Avenue
Miami, FL 33166

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
|  | 06/24/18 | June 2018 | 05/28/18 - 06/20/18 |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Prime Clerk | PRIMER CLERK BANKRU | 21062 |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 06/11/18 | 06/12/18 | 3P-6P M-F | 3P-6P | 1------ | 1:00 | 1 |  | NM |

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week |
|---|---|---|---|---|
|  | 06/11/18 | 06/17/18 | 1------ | 1 |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | M | 06/11/18 | 4:54 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK |  | NM |

| 7 | 06/18/18 | 06/20/18 | 6A-9A M-F | 6A-9A | -21---- | 1:00 | 3 |  | NM |

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
|  | 06/18/18 | 06/24/18 | -21---- | 3 |  |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | All | Tu | 06/19/18 | 6:53 AM | 6A-9A M-F | 6A-9A | 1:00 | PRIMER CLERK |  | NM |
| 1 | All | Tu | 06/19/18 | 8:27 AM | 6A-9A M-F | 6A-9A | 1:00 | PRIMER CLERK |  | NM |
| 3 | All | W | 06/20/18 | 7:54 AM | 6A-9A M-F | 6A-9A | 1:00 | PRIMER CLERK |  | NM |

| 8 | 06/18/18 | 06/20/18 | 11A-3P M-F | 11A-3P | -21---- | 1:00 | 3 |  | NM |

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
|  | 06/18/18 | 06/24/18 | -21---- | 3 |  |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | All | Tu | 06/19/18 | 12:25 PM | 11A-3P M-F | 11A-3P | 1:00 | PRIMER CLERK |  | NM |
| 1 | All | Tu | 06/19/18 | 1:26 PM | 11A-3P M-F | 11A-3P | 1:00 | PRIMER CLERK |  | NM |
| 3 | All | W | 06/20/18 | 12:55 PM | 11A-3P M-F | 11A-3P | 1:00 | PRIMER CLERK |  | NM |

| 9 | 06/18/18 | 06/20/18 | 3P-6P M-F | 3P-6P | 111---- | 1:00 | 3 |  | NM |

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
|  | 06/18/18 | 06/24/18 | 111---- | 3 |  |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | M | 06/18/18 | 4:55 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK |  | NM |
| 2 | All | Tu | 06/19/18 | 4:55 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK |  | NM |
| 3 | All | W | 06/20/18 | 5:28 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK |  | NM |

Total Spots  18

**Payment Terms 30 Days**

Gross Total
Agency Commission
Net Amount Due

We warrant that the actual broadcast information shown on this invoice was taken from the program log.