UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17 BK 03566-LTS

---------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER SCHEDULING CERTAIN DEADLINES WITH RESPECT TO THE MOTION OF CERTAIN SECURED CREDITORS OF THE EMPLOYEES RETIREMENT SYSTEM FOR RELIEF FROM THE AUTOMATIC STAY

The Court has received and reviewed the *Urgent Motion to Set Supplemental Briefing and Discovery Schedule with Respect to Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Docket Entry No. 3738 in Case No. 17 BK 3283-LTS, the "Motion") and the response, joinder, and reply submitted in connection therewith.

The deadline for the Oversight Board to file a declaration, if any, to supplement the record with respect to the diminution of Movants' collateral as a result of the automatic stay and any other issue related to the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Docket Entry No. 3418 in Case No. 17 BK 3283-LTS, the "Stay Relief Motion") is **August 10, 2018 at 5:00 p.m.** (Atlantic Standard Time). The parties must meet and confer and file by **August 20, 2018 at 5:00 p.m.** (Atlantic Standard Time) a joint statement (1) identifying material disputed issues of fact regarding the attribution of any diminution in value resulting from the automatic stay, (2) setting forth deadlines for discovery with respect thereto, and (3) setting forth a briefing schedule for supplemental submissions in advance of the hearing with respect to the Stay Relief Motion. The final hearing on the Stay Relief Motion will be conducted in connection with the omnibus hearing scheduled for **September 13, 2018 at 9:30 a.m.** (Atlantic Standard Time).

Except as set forth above, the Motion is denied in all other respects. This Order resolves Docket Entry No. 3738 in Case No. 17 BK 3283-LTS and Docket Entry No. 308 in 17 BK 03566-LTS.

SO ORDERED.

Dated: August 6, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge