## EXHIBIT A

### Additional Interested Parties

**Ad Hoc Group of PREPA Bondholders**
AG Capital Recovery Partners VIII, L.P.
AG Centre Street Partnership, L.P.
AG Eleven Partners, L.P.
AG MM, L.P.
AG Princess, LP
AG Super Fund International Partners, L.P.
AG Super Fund, L.P.
AS Marathon Credit
BlueMountain Capital Management, LLC
BlueMountain Credit Alternatives Master Fund L.P.
BlueMountain Credit Opportunities Master Fund I L.P.
BlueMountain Distressed Master Fund L.P.
BlueMountain Foinaven Master Fund L.P.
BlueMountain Guadalupe Peak Fund L.P.
BlueMountain Kicking Horse Fund L.P.
BlueMountain Logan Opportunities Master Fund L.P.
BlueMountain Montenvers Master Fund SCA SICAV-SIF
BlueMountain Strategic Credit Master Fund L.P.
BlueMountain Timberline Ltd.
BSF Multi-Manager Alternative Strategies Fund
California High Yield Municipal Bond Fund
California Intermediate Term Tax Free Income Fund
California Tax Free Income Fund
Colorado Tax Free Income Fund
Double Tax Free Income Fund
FDP Series FT Total Return FDP Fund
Federal Tax Free Income Fund
Fist-Franklin Total Return Fund
Florida Tax Free Income Fund
Franklin Strategic Income Fund Canada
Franklin Strategic Income Fund United States
Franklin Strategic Income Fund
Franklin US Total Return Fund
Franklin Strategic Income VIP Fund
Georgia Tax Free Income Fund
Goldman Sachs Dynamic Municipal Income Fund, a Series of the Goldman Sachs Trust
Goldman Sachs High Yield Municipal Fund, a Series of the Goldman Sachs Trust
Goldman Sachs Short Duration Tax Free Fund, a Series of the Goldman Sachs Trust
High Yield Tax Free Income Fund
Knighthead (NY) Fund, L.P.
Knighthead Annuity & Life Assurance Company

Knighthead Master Fund, L.P.
LMA SPC for and on Behalf of the MAP 84 Segregated Portfolio
Louisiana Tax Free Income Fund
Marathon Blue Grass Credit Fund LP
Marathon Centre Street Partnership, L.P.
Marathon Court Square, LP
Marathon Credit Dislocation Fund, LP
Marathon Credit Opportunity Fund, Ltd.
Marathon Currituck Fund, LP, Series C
Marathon Currituck Fund, LP, Series D
Marathon Les Grandes Jorasses Master Fund
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Fund, Ltd
Marathon Strategic Opportunities Program, LP
Maryland Tax Free Income Fund
MassMutual International Holding MSC
MassMutual Unified Traditional Separate Account
Missouri Tax Free Income Fund
New Jersey Tax Free Income Fund
New York Tax Free Income Fund
North Carolina Tax Free Income Fund
Oppenheimer Multi-State Municipal Trust)
Oppenheimer Rochester AMT-Free Municipal Fund
Oppenheimer Rochester AMT-Free New York Municipal Fund
Oppenheimer Rochester Arizona Municipal Fund
Oppenheimer Rochester California Municipal Fund
Oppenheimer Rochester Fund Municipals
Oppenheimer Rochester High Yield Municipal Fund (A Series of Oppenheimer Multi-State
    Municipal Trust)
Oppenheimer Rochester Limited Term California Municipal Fund
Oppenheimer Rochester Limited Term Municipal Fund (a Series of Oppenheimer Municipal
    Fund)
Oppenheimer Rochester Limited Term New York Municipal Fund (a Series of Rochester
    Portfolio Series)
Oppenheimer Rochester Maryland Municipal Fund
Oppenheimer Rochester Massachusetts Municipal Fund
Oppenheimer Rochester Michigan Municipal Fund
Oppenheimer Rochester Minnesota Municipal Fund
Oppenheimer Rochester New Jersey Municipal Fund (a Series of Oppenheimer Multi-State
    Municipal Trust)
Oppenheimer Rochester North Carolina Municipal Fund
Oppenheimer Rochester Ohio Municipal Fund
Oppenheimer Rochester Pennsylvania Municipal Fund (a Series of Oppenheimer Multi-State
    Municipal Trust)
Oppenheimer Rochester Virginia Municipal Fund
Oregon Tax Free Income Fund

Pennsylvania Tax Free Income Fund
Tennessee Municipal Bond Fund
Virginia Tax Free Income Fund

**Federal Agencies**
AmeriCorps
Department of Defense (DOD)
Department of Energy (DOE)
Department of Homeland Security (DHS)
Department of Housing and Urban Development (HUD)
Department of Human and Health Services
Department of the Interior (DOI)
Department of Transportation (DOT)
Department of Veterans Affairs (VA)
Economic and Statistics Administrations
Environmental Protection Agency (EPA)
Federal Communications Commission (FCC)
Federal Emergency Management Agency (FEMA)
Small Business Administration (SBA)
US Department of Agriculture
US Department of Commerce
US Department of Education (ED)
US Department of Health and Services
US Department of Justice (DOJ)
US Department of Labor (DOL)

**Litigation Parties**
BMW Financial Services NA, LLC
Adelina Capellan-Rosa and her minor son
Vilmarie Caraballo-Caraballo
Glorymar Colon-Rosario and her minor special needs son
Magaly Cosme Santiago
Christopher Cruz-Rodriguez
Natalia Cruz-Rodriguez
Emmanuel Fernandez-Jorge
Lidia Jorge
Juan Laurido
Juan A. Melendez Perez
Beatriz Nieves-López et al v. Bhatia-Gautier et al, Civil No. 14-1220 (JAG-BJM)
Jose Enrique Ortiz Rivera
Pentagon Federal Credit Union
Popular Auto
Puerto Rico Energy Commission
Rafael Rentas Martinez
Melba Rivera-Delgado
Elena Rivera-Marcucci and her minor special needs son

Maria de Lourdes Rodriguez Ruiz
Marianne Torres
A Fund of Permal Managed Account Platform ICAV
ACP Master, Ltd.
Altair Global Credit Opportunities Fund (A), LLC
Andalusian Global Designated Activity Company
Asociacion de Salud Primaria de Puerto Rico
Atlantic Medical Center, Inc.
Aurelius Capital Master, Ltd.
Aurelius Convergence Master, Ltd.
Aurelius Investment, LLC
Aurelius Opportunities Fund, LLC
Autonomy Master Fund Limited
Camuy Health Center, Inc.
Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
Centro de Salud de Lares, Inc.
Centro de Servicios Primarios de Salud de Patillas, Inc.
Ciales Primary Health Center, Inc.
Concilio de Salud Integral de Loiza, Inc.
Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.
Corbin Opportunity Fund, L.P.
Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito
    y Orocovis, Inc.
Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.
COSSMA
Davidson Kempner Capital Management LP
FCO Special Opportunities (A1) LP
FCO Special Opportunities (D1) LP
FCO Special Opportunities (E1) LLC – Master Series 1
Fundamental Credit Opportunities Master Fund LP
Wanda Vázquez Garced
Glendon Opportunities Fund, L.P.
Goldman Sachs Asset Management, L.P.
William Gonzalez
Government Development Bank for Puerto Rico
Hospital General Castaner, Inc.
Jacana Holdings I LLC
Jacana Holdings II LLC
Jacana Holdings III LLC
Jacana Holdings IV LLC
Jacana Holdings V LLC
Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.
Hon. Rossana Lopez Leon
MCP Holdings Master LP
Migrant Health Center, Inc.
Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP
Monarch Capital Master Partners III LP
Monarch Capital Master Partners IV LP
Monarch Debt Recovery Master Fund Ltd
Monarch Special Opportunities Master Fund Ltd
Morovis Community Health Center, Inc.
MPR Investors LLC
Municipality of San Juan
Nokota Capital Master Fund, L.P.
Northshore Management, Corp.
Old Bellows Partners LP
P Monarch Recovery Ltd
P Stone Lion IE
Pandora Select Partners, L.P.
Peaje Investments LLC
Permal Stone Lion Fund Ltd.
Pinehurst Partners, L.P.
Prisma SPC Holdings Ltd. -- Segregated Portfolio Ag
Rincon Health Center, Inc.
Rio Grande Community Health Center, Inc.
RRW I LLC
Johnny Rullan
Santander Asset Management LLC
Santander Securities, LLC
Senator Global Opportunity Master Fund LP
Servidores Publicos Unidos Council 95 of The American Federation of State, County and
    Municipal Employees
SL Liquidation Fund L.P.
SL Puerto Rico Fund II L.P.
SL Puerto Rico Fund L.P.
Union De Trabajadores De La Industria Electrica y Riego, Inc. (UTIER)
Vitol, Inc.
Vitol, S.A.

**Mediation Team**
Honorable Thomas Ambro
Honorable Nancy Atlas
Honorable Barbara Houser
Honorable Christopher Klein
Honorable Victor Marrero
Honorable Roberta A. Colton

**Official Committee of Retirees**
Milagros Acevedo
Miguel Fabre
Marcos A. Lopez

Jose Marin
Carmen Nunez
Juan Ortiz
Rosario Pacheco
Blanca Paniagua
Lydia Pellot

**Parties Filing Lift Stay Motions**
Emmanuel Aponte-Colon
Josue Aquino-Colon
Josue Aquino-Colon
Orlando Arroyo-Morales
Sammy Baez-Figueroa
Bahia Park S.E.
Bernice Beauchamp-Velazquez
B.P. S.E.
Centro de Periodismo Investigativo, Inc.
Conjugal Partnership Crespo-Colon
Glenda Colon-Figueroa
Janice Vanessa Colon-Velez
Antonio Cosme-Calderon
Antonio Cosme-Calderon
Carmen Iris Rivera Cosme
Maria Judith Diaz
Edificio Bula Inc.
Keila Robles Figueroa
Gerson Gonzalez-Ricano
Amado Ravelo Guerrero
Carlos Guzman-Nieves
Hospital San Juan Capestrano, Inc.
Henessy Ravelo Jaquez
Managerial HTA Employees:
        Rafael A. López Abril
        Blanca I. Santiago Adorno
        Juan A. Sánchez Álamo
        Jorge A. Ruiz Alvarez
        Jorge A. Ruiz Álvarez
        Ángel Morales et al
        María del C. Rolón Castillo Magdalene Baranda
        Ramón Ramos Camacho
        Brenda Torres Carrero
        Lourdes I. Pérez Carrión
        Héctor Alvarado Cartagena
        Héctor Alvarado Cartagena
        Nancy Borges Martínez Héctor Alvarado Cartagena
        Celia Tamariz Vargas et al.

6

William Cintrón Cintrón
Carmen I. González Class
Haydée Rivera Collazo
Edgardo B. Marrero Colón
Félix Hernández Correa
Isaac Colón Correa
Juan A. Valdés Cortés
Lilliam Miranda Cristóbal
José Colón Cruz
José A. Colón Cruz
Miguel E. Torres Cruz
Edgar A. Quiñones De Luis
Hiram A. Stella Díaz
Milisa Adorno Esquilín
Aleria M. Villegas Estrada
Andrés Nazario Fabré
Evelyn Marrero Figueroa
Hariel Travieso Figueroa
Micky Santiago Gelabert
Carlos Céspedes Gómez
Irma Pérez Guillermety
Merari Santiago Guzmán
Ángel L. Caraballo Irizarry
Nemesio Irizarry
Ramón Colón Irizarry
Janet Vázquez Velázquez et al.
José Malavé Durant, et al.
José A. Negrón Padilla, et al.
Noelis Villegas Levis
María del M. Santiago López
María J. Haddock López
William Vega López
Miguel A. Siberón Maldonado
Denis M. Rivera Marrero
Aarón L. Hernández Martínez
Josué Cruz Martínez
Rafael Morales Martínez
José R. Arzón Méndez
Giovanna Ferreira Merced
Alba Iris Rivera Miranda
Edwin Flores Miranda
Héctor Velázquez Muñoz
Myrna L. Santiago Rodríguez et al.
José M. Arocho Nieves
Eduardo Da Silva Oliveros
Pamela Ortiz Olmo

Sonia I. Morales Olmo
Gisela Collazo Oropeza
Wanda I. Ortiz Ortiz
Osvaldo Acevedo Acevedo, et al.
Javier E. Domínguez Pérez
Lisbeth Miranda Pérez
Nurys A. Molina Pérez
Victor H. Morales Peterson
Daisy Ramos Pitre
Edwin Ramos Quiles
Luis A. Cordero Quiñonez
Orlando Díaz Quirindongo
Luz I. Pérez Ramirez
Ricardo Romero Ramírez
Ramón Colón Irizarry et al.
Bernice Núñez Rivera
Carlos I. Vázquez Rivera
Gloria S. Fernández Rivera
Gonzalo Aponte Rivera
Gonzalo Aponte Rivera
Heriberto Cosme Rivera
Higinio Calderón Rivera
Ivonne M. Seda Rivera
Juan Hernández Rivera
Carmen E. Serrano Robles
Regis Deglans Rodríguez
Javier Arroyo Rosario
José Márquez Ruiz
Coraly M. Ortiz Sánchez
Samuel Sostre Serrano
Iván Maldonado Soto
Gustavo Román Tejera
Carmelo Hernández Morales Ricardo C. Valentín Torres
Carlos Santana Vázquez
Carlos M. Santana Vázquez
Carlos M. Santana Vázquez
Janet Vázquez Velázquez
Janet Vázquez Velázquez
Janet  Vázquez Velázquez
Cecilia Barbosa Vélez
Richard Negrón Vélez
Sonia I. Vélez Vélez
Mildred Andino Vera
William Rosado Santiago, et al.
William Rosado Santiago et al.
Maria Judith Marchand-Sanchez

Alvin Marrero-Mendez
Angel L. Martinez-Alvarez
Luis Montes-Valentin
Arnaldo Ortiz-Ortiz
Lourdes Perdigon
Javier Perez-Rivera
Perfecto Crespo Bermudez
Luz Pizarro-Correa

**Parties Filing Notice of Appearance**
65 Infanteria Shopping Center, LLC
Vicente Perez-Acevedo
Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public
    Employees and Retirees
Ad Hoc Group of General Obligation Bondholders:
        Franklin Mutual Advisers LLC
        Senator Investment Group LP
        Stone Lion L.P.
Ad Hoc Group of PREPA Bondholders
        Angelo, Gordon & Co., L.P.
        Knighthead Capital Management, LLC
        Marathon Asset Management, LP
Ad Hoc Municipalities Committee:
        Adjuntas
        Añasco
        Barceloneta
        Cabo Rojo
        Guanica
        Guayama
        Guayanilla
        Isabela
        Mayagüez
        Quebradillas
        San Germán
Aguirre Offshore Gasport, LLC
Alcohol and Tobacco Tax and Trade Bureau
American Federation of State, County and Municipal Employees
American Federation of Teachers as Agent of Asociacion de Maestros de Puerto Rico Local
    Sindical
Javier Andino-Gaudín, Plaintiff in the Civil Case No. K AC2002-5558
Antilles Power Depot, Inc.
Angely M. Aponte-Pagán, Plaintiff in the Civil Case No. CC-2016-1153
Hon. Carlos Contreras Aponte
Appaloosa Management LP
Milagros Méndez Arvelo
Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.
Asociacion Puertorriquena de la Judicatura, Inc.

Asociasion de Empleados del Estado Libre Asociado de Puerto Rico
Autopistas de PR, LLC
Autopistas Metropolitanas de Puerto Rico, LLC
Backyard Bondholders
Pedro L. Casasnovas Balado
Raúl E. Casasnovas Balado
Germán Torres Berrios
Juan Alberto Torres Berrios
Orlando Torres Berrios
Sonia Ivette Carrasquillo Calderón
Canyon Capital Advisors, LLC
Marcia Gil-Caraballo
Cardinal Health PR 120, Inc.
Caribbean Airport Facilities, Inc.
Caribbean Hospital Corporation
Hilda O. Cartagena
Jose W. Cartagena
Lolita Gandarilla de Casasnovas
Centro del Sur Mall LLC
Samuel Rodriguez Claudio
Aida Rossy Clemente
CMA Architects & Engineers LLC
Juan M Suarez-Cobo
COFINA Senior Bondholders' Coalition:
       Aristeia Horizons, L.P.
       Camino Cipres LLC; Camino Roble LLC
       Canary SC Master Fund, L.P.
       Canyon Capital Advisors LLC (on behalf of its participating clients)
       Crescent 1, L.P.
       CRS Master Fund, L.P.
       Cyrus Opportunities Master Fund II, Ltd.
       Cyrus Select Opportunities Master Fund, Ltd.
       Cyrus Special Strategies Master Fund, L.P.
       Decagon Holdings 1, L.L.C.
       Decagon Holdings 2, L.L.C.
       Decagon Holdings 3, L.L.C.
       Decagon Holdings 4, L.L.C.
       Decagon Holdings 5, L.L.C.
       Decagon Holdings 6, L.L.C.
       Decagon Holdings 7, L.L.C.
       Decagon Holdings 8, L.L.C.
       Decagon Holdings 9, L.L.C.
       Decagon Holdings 10, L.L.C.
       Fideicomiso Plaza
       Merced Partners IV, L.P.
       Merced Partners V, L.P.

    Merced Partners Limited Partnership
    José F. Rodríguez Perelló
    River Canyon Fund Management LLC (on behalf of its participating clients)
    SB Special Situation Master Fund SPC, Segregated Portfolio D
    Scoggin International Fund Ltd.
    Scoggin Worldwide Fund Ltd.
    Taconic Master Fund 1.5 L.P.
    Taconic Opportunity Master Fund L.P.
    Tilden Park Investment Master Fund LP
    Värde Credit Partners Master, L.P.
    Värde Investment Partners, L.P.
    Värde Investment Partners (Offshore) Master, L.P.
    The Värde Skyway Master Fund, L.P.
Carmen Rodriguez-Colon
Constructora Santiago II, Corp.
Cooperativa A/C
Cooperativa A/C De Cabo Rojo
Cooperativa A/C De Caguas Coopaca
Cooperativa A/C De La Asociacion De Maestros (EDUCOOP)
Cooperativa A/C De La Federacion De Maestros De PR
Cooperativa A/C Gerenciales Autoridad De Energia Electrica,
Cooperativa A/C Aguas Buenas
Cooperativa A/C Saulo D. Rodriguez
Cooperativa A/C Jesus Obrero
Cooperativa A/C Las Piedras
Cooperativa A/C Lomas Verdes
Cooperativa A/C San Jose
Cooperativa A/C Los Hermanos
Cooperativa A/C Yauco
Cooperativa de Ahorro y Crédito Abraham Rosa
Cooperativa de Ahorro y Crédito de Aguada
Cooperativa De Ahorro Y Credito De Juana Diaz
Cooperativa de Ahorro Y Crédito de Isabela
Cooperativa de Ahorro y Crédito de Lares y Región Central
Cooperativa de Ahorro y Crédito de Manuel Zeno Gandía
Cooperativa de Ahorro y Crédito de Rincón
Cooperativa de Ahorro y Crédito del Valenciano
Cooperativa de Ahorro y Crédito de Vega Alta
Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal,
    Naranjito y Orocovis
Corporacion  Marcaribe Investment
Cuerpo Organizado De La Policia, Inc.
Joel Isander Cuadrado Delgado
Depository Trust Company
Doral Financial Corporation
Ricardo Levy Echeandia

Julie I. Escudero
Federación Central de Trabajadores, U.F.C.W., Local 481
Mercedes Irizarry Ferrer
Ferrovial Agroman, LLC
Ferrovial Agroman, S.A.
First Transit of Puerto Rico, Inc.
Fondo de Inversión y Desarrollo Cooperativo, Inc.
Francisco Levy Hijo, Inc.
Eduardo Bhatia Gautier
Freddie Perez Gonzalez
Hermanos Torres Torres, Inc.
Julio E. Leandry-Hernández
Inmobiliaria Levy, Inc.
Instituto De Competitividad Y Sostenibilidad Economica De Puerto Rico
Integrand Assurance Company
Interamerican Turnkey Development Co. Inc.
Interamericas Turnkey, Inc.
Internal Revenue Service
International Union, United Automobile, Aerospace and Agricultural Implement Workers of
    America
Iron Mountain Information Management, LLC
IRS Insolvency Section
Anne Catesby Jones
Julio E. Leandry-Hernández
Legal Partners, PSC
Lehman Brothers Holdings Inc.
The Honorable Rosanna López León
Laura Levy
Levy Echeandia Trust
Liberty Cablevision of Puerto Rico LLC
Jorge Valdes Llauger
Vilma Teresa Torres López
Lumar Development Corp.
Management Consultants & Computer Services Inc.
Ramon A. Bonilla Martinez
Mason Capital Management, LLC
Mason Capital Master Fund LP
MCS Health Management Options, Inc.
MCS Advantage, Inc.
Medical Card System, Inc.
Juan Alberto Santiago Meléndez
Javier Mandry Mercado
Viviana Ortiz Mercado
Mitsubishi Motor Sales of Caribbean Inc.
Nydia M. Morales
Municipality of San Sebastian

Mutual Fund Group
Olga I. Trinidad Nieves
Juan E. Noguera
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Oaktree Opportunities Fund IX, L.P.
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Value Opportunities Fund, L.P.
Official Committee of Retired Employees of Puerto Rico
Oracle America, Inc.
Oracle Caribbean, Inc.
Ileana Ortiz-Santiago
OZ Management LP
OZ Management II LP
Carmen Gloria Acevedo Pagan
Hector Acevedo Pagan
PFZ Properties, Inc.
PV Properties, Inc.
Puerto Rico Department of Justice
César Caminero Ramos
Reparto Metropolitano Shopping Center LLC
RESUN (Barceloneta) LLC
Jose Angel Rey
Rexach Hermanos, Inc.
River Canyon Fund Management, LLC
Angel Ruiz Rivera
Karen Odalys Fuentes Rivera
Lourdes Arce Rivera
Virgilio Fernando Acevedo Rivera
Luis Modesto Rodríguez Rivera
Roche Diagnostics Corporation
Jorge Sala
William Santiago Sastre
Leslie Jay Bonilla Sauder
Securities & Exchange Commission
Luis A. Rivera Siaca
Sistema de Retiro de la Universidad de Puerto Rico
Solus Alternative Asset Management LP
Luisa Murray Soto
South Parcel of Puerto Rico, S.E.
Stericycle of Puerto Rico, Inc.
Sucesión Pastor Mandry Nones
Syncora Capital Assurance Inc.
Syncora Guarantee Inc.
TEC General Contractors, Corp.
Maritza Nieves Torres
Trinity Services I, LLC

13

UBS Family of Funds and Puerto Rico Family of Funds:
      Puerto Rico AAA Portfolio Bond Fund II, Inc.
      Puerto Rico AAA Portfolio Bond Fund, Inc.
      Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
      Puerto Rico Fixed Income Fund, Inc.
      Puerto Rico Fixed Income Fund II, Inc.
      Puerto Rico Fixed Income Fund III, Inc.
      Puerto Rico Fixed Income Fund IV, Inc.
      Puerto Rico Fixed Income Fund V, Inc.
      Puerto Rico Fixed Income Fund VI, Inc.
      Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
      Puerto Rico Investors Bond Fund I
      Puerto Rico Investors Tax-Free Fund, Inc.
      Puerto Rico Investors Tax-Free Fund, Inc. II
      Puerto Rico Investors Tax-Free Fund III, Inc.
      Puerto Rico Investors Tax-Free Fund IV, Inc.
      Puerto Rico Investors Tax-Free Fund V, Inc.
      Puerto Rico Investors Tax-Free Fund VI, Inc.
      Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
      Tax-Free Puerto Rico Fund, Inc.
      Tax-Free Puerto Rico Fund II, Inc.
      Tax-Free Puerto Rico Target Maturity Fund, Inc.
      UBS IRA Select Growth & Income Puerto Rico Fund
United Auto Workers International Union
Universidad Interamericana, Inc.
Marlene Jaquez Urea
U.S. Bank, National Association, as trustee for various bond issues
Pedro A. Vargas-Fontánez
Ivan Fuentes Vazquez
Josue Ismael Saavedra Vera
Voz Activa, Inc.
Whitebox Asymmetric Partners, L.P.
Whitebox Institutional Partners, L.P.
Whitebox Multi-Strategy Partners, L.P.
Whitebox Term Credit Fund I L.P.
Bettina Whyte
WorldNet Telecommunications Inc.

**Professionals**
Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C.
Bennazar, García & Milián, C.S.P.
Bracewell LLP
Butler Snow LLP
Cadwalader, Wickersham & Taft LLP
Casellas Alcover & Burgos P.S.C.
Debevoise & Plimpton LLP

Dechert LLP
Development & Construction Law Group, LLC
DLA Piper LLP
Ferraiuoli LLC
Fortuño Law
Francisco González Law Office
Garffer & Jusino Attorneys at Law
Goldman Antonetti & Cordova, LLC
Hogan Lovells US LLP
Holland & Knight LLP
Indiano & Williams, P.S.C.
Jenner & Block LLP
Jiménez, Graffam & Lausell
Kasowitz Benson Torres LLP
Kramer Levin Naftalis & Frankel LLP
Law Offices of Andrés W. López, Esq.
López Sánchez & Pirillo LLC
McDermott Will and Emery
Milbank, Tweed, Hadley & McCloy LLP
Monserrate Simonet & Gierbolini, LLC
Morell, Bauzá, Cartagena & Dapena
Nixon Peabody
O'Melveny & Myers LLP
O'Neill & Borges LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Phoenix Management Services, LLC
Proskauer Rose LLP
Quinn Emanuel Urquhart & Sullivan, LLP
Reed Smith LLP
Reichard & Escalera
Rexach & Picó, CSP
Rivera Tulla & Ferrer, LLC
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
Saldaña, Carvajal & Vélez-Rivé, PSC
Diana Perez Seda
Seda & Perez Ochoa PSC
Toro, Colon, Mullet, Rivera & Sifre, P.S.C.
Weil, Gotshal & Manges LLP
White & Case LLP
A.J. Bennazar Zequeria
Ankura Consulting Group, LLC
EDGE Legal Strategies, PSC
Todd W. Filsinger
FTI Consulting, Inc.
Godfrey & Kahn, S.C.
Greenberg Traurig, LLP

Klee, Tuchin, Bogdanoff & Stern LLP
Luskin, Stern & Eisler LLP
Marchand ICS Group
McKinsey & Company, Inc.
Nilda M. Navarro-Cabrer
Segal Consulting
Brady C. Williamson
Willkie Farr & Gallagher LLP
Andrew Wolfe


**Puerto Rico Officials**
Raul Maldonado Gautier

**Top 20 Unsecured Creditors, Commonwealth of Puerto Rico**
Cede & Co., as nominee of the Depositary Trust Company
KPMG, LLC
Puerto Rico Telephone Company (dba Claro)

**Top 20 Unsecured Creditors, Employee Retirement System**
Air Chiller Mechanical Const.Inc.
Alpha Guards Mgt Inc.
Arroyo Flores Consulting Group Inc.
Autoridad Financiamiento Vivienda
Beltran Beltran and Assoc PSC
Chicago Equity Partners
Database Marketing Services
Hernandez Gutierrez Law
Mainline Information Systems
Mesirow Financial Investment Mgt Inc.
Netwave Equipment Corp.
Ol Maintenance
Puerto Rico Attorneys and Counselors at Law PSC
State Street Global Advisors
Taplin, Canida and Habacht

**Top 20 Unsecured Creditors, Highways and Transportation Authority**
Aci-Herzog a Joint Venture
Administracion Sistema De Retiro Del Gobierno
Aut Edificios Públicos
Autoridad De Energia Electrica
Bermudez, Longo, Diaz- Masso, S.E.
Betterrecycling Corp.
CD Builders, Inc.
Constructora I. Meléndez
Del Valle Group, S.P.

Ferrovial Agroman
First Transit, Inc.
Gila LLC
Global Insurance Agency Inc.
L.P.C.& D., Inc.
Peerless Oil & Chemicals, Inc.
Secretario Tribunal De San Juan
Super Asphalt Pavement Corp.
Tamrio Inc.
The Eniac Corporation

**Top 20 Unsecured Creditors, PREPA**
Abengoa Puerto Rico, S.E.
AES Puerto Rico
Aguas Puros
Hector Carmona Resto
EcoEléctrica, LP
Freepoint Commodities LLC
JP Morgan Libor Fixed/Floating
KDC Solar PRSI LLC
Grandville T. Lawes
Ismael Marrero
PBJL Energy Corporation
Puma Energy Caribe, LLC
Ana Teresa Rivera
Myma Rodriguez Ramirez
Pedro J. Santiago Méndez.
Sistema Retiro Empleados AEE Aportación Patronal
Tradewinds Energy Barcelona LLC

**Other**
Paul Cherry
Juan Carlos Vega Cidraz
Coto Laurel Solar Farm, Inc.
Donald Davret
Mark Daniel Elliot
Jose R. Font
Maria Freedman
Gestamp Asetym Solar North America, Inc.
Gestamp Wind North America
William Hart
John Lugo Ruiz
Adrian Mercado Jimenez
Jose Mercado Nunez
Chris Odasso
Office of the United States Attorney for the District of Puerto Rico:

Christopher R. Hall
Jean Lin
Cesar A. Lopez-Morales
Jennifer D. Ricketts
Rosa E. Rodriguez-Velez
Thomas G. Ward
Georgiana Persichilli
Claudio Putnam Calderon
Glenn Ryhanyc
Siemens Corporation
Sonnedix Solar L.P.
Eva Stern
David Weinstein
Windmar Renewable Energy, Inc.
Ellen Ziegler
Administración De Seguros De Salud De Puerto Rico
A&S Legal Studio, PSC
Jose E. Bird
Buchalter, A Professional Corporation
Centro Educativo Para Ciegos E Impedidos, Inc.
Dr. Gerald Colvin
Compliance and Research, Inc.
Thomas Cook
Judith Gail Dein
Albert Ferrandi
Jerome E. Firsty
Luis Geigel
Evelyn E. Gonzalez Garcia
Hagens Berman Sobol Shapiro LLP
Karon LLC
Roxana Lopez-Leon
Heraclio A. Amadeo Lopategui
Angel M. Pineiro Lopez
Teodoro Machado
Lila Marantz
Felipe A. Morales Nieves
Eduardo A. Nin
Onda Virtual LLC
Office of the United States Attorney for the District of Puerto Rico
Office of the United States Trustee for the District of Puerto Rico:
        Guy G. Gebhardt
        Monsita Lecaroz-Arribas
Honorable Jorge L. Marquez Perez
Prime Clerk LLC
Michael Rakouskas
Siemens Transportation Partnership Puerto Rico, S.E.

Carlos Sumpter
The Honorable Laura Taylor Swain
U.S. District Court for the District of Puerto Rico
Anibal Acevedo Vila
Villegas y Asociados-Ingenieros, C.S.P.
Sonnedix Solar L.P.
Gestamp Wind North America
Gestamp Asetym Solar North America, Inc.

**Additional Interested Parties from the Commonwealth's List of Creditors**
Adm De Asuntos Energeticos
Adm De Servicios Medicos De PR
Administracion Servicios Y Desarrollo Ag
Administracion Sistemas De Retiro
Aut Para Financiamiento Infraestructura
Autoridad De Acueducto Y Alcantarillado
Autoridad De Edificios Publicos
Autoridad De Energia Electrica
Banco Gub De Fomento
Berkshire Hathaway Assurance Corporation
Braxton School Of Puerto Rico Inc.
Cardinal Health PR 120 Inc.
Caribe Techno
Centro De Patologia Del Habla Y Audicion
Cesar Castillo Inc.
Ciudad Educativa Dr Roque Diaz/Cosey
Clinica De Terapias Pediatrica
Computer Learning Center dba Eurobank
Corp Servicios Ama De Llaves Inc.
Damexco Inc.
Departamento De Justicia
Departamento Del Trabajo Y Recursos Humanos
Division Caribe Grolier Inc.
Ediciones SM
Edwin Cardona & Asoc
Ernst & Young LLP
Finca Matilde, Inc.
Firstbank
Hospital UPR Sistema De Salud De Upr
Institucion Educativa Nets Inc.
InterVoice Communications PR, Inc.[9]
Invoice_Cosey
Management Consultant & Computer Serv Inc.
Manpower
Maruz Real Estate

---

[9]    The Commonwealth's List of Creditors lists "Inter_Voice" without further clarifying the specific legal entity.

Netxar Technologies
Northwest Security Management Inc.
Puerto Rico Hospital
Salud Integral En La Montana Inc.
Scotiabank
Sistema Universidad Ana G Mendez
United States Geological Survey
Universidad De PR
Universidad Interamericana
UPR Recinto De Ciencias Medicas
US Army Corps of Engineers
US Bank Global Corporate Trust Services

**Additional Interested Parties from ERS's List of Creditors**
Aida Garcia Rivas
Arroyo Flores Consulting Group Inc
Brenda Vargas Mendez
Carmen Alvarado Morales
Carmen Cortijo Goyena
Carmen Figueroa Rivera
Caselin Ramos Rodriguez
Cooperativa Centro Gubernamental
Cooperativa De Ahorro y Credito
Cooperativa de Ahorro y Credito
Cooperativa De Ahorro y Credito Yabucoena
Courage Credit Opportunities Offshore Fund III LP
Cyntia Martinez Rivera
Danixia Ramos Quintana
Dennise Paris Andino
Elena Garcia Montes
Elymar Aviles Soler
Gerardo Rivera Martinez
Guayacan Fund of Funds LP-II
Guayacan Private Fund of Funds LP-I
Guayacan Private Fund of Funds LP-II
Hector Perez Rivera
Hiram Jimenez Barreto
Ivette Torres Rivera
Javier Selles Morales
Joanel Lugo Cima De Villa
Jose Lopez Ortiz
Jose Pizarro Boria
Juan Nieves Hernandez
Luis Leon Morales
Magaly Cruz Caballero
Magaly Ruiz Rivera

Maria Rodriguez Morales
Maritza Jimenez Mercado
Marta Vazquez Rodriguez
Medley Credit Opportunity Cayman Fund LP
Melvin Lopez Rosa
Nancy Morales Fontan
Neida Ramirez Ventura
Norma Pedraza Cruz
Pedro Balestier Martinez
Puerto Rico Department of Treasury
Teresa Meaux Pereda
Vilma Morales De Diego

**Additional Interested Parties from HTA's List of Creditors**
Aciherzog A Joint Venture
Alfonso Almodovar Adorno
Hugo E. Da Silva Arocho
Aut Edificios Publicos
Autopistas Metropolitanas
Autoridad De Acueductos Y
Autoridad De Energia Electrica
Luis Zayas Baez
Bank of New York Mellon Corp.
BCO Gubernamental De Fomento
Evelyn S. Colón Berlingeri
Bermudez, Longo, Diaz-Masso, LLC
Lourdes Perez Carrion
Constructora Jose Carro
CD Builders Inc.
Claro Telephone Company
Luis F. Rivera Collazo
Griselle Rolon Cortes
Fabio A. De León De Jesús
Maribel Class Delgado
Del Valle Group SP
Desarrolladora J.A. Inc.
Priscilla E Quiles Diaz
DMJM Harris Inc.
Ferrovial Agroman
Luis Santos Figuerea
First Transit Inc.
Ida Mary Pedroza Flores
Reginald Ledain Gentillon
Gila LLC
Angel Cabrera Gonzalez
Ángel Morales González
Government Development Bank For Puerto Rico

Wilfredo Castro Hernández
Hector Miranda Leon
Damaris Sebastian Lopez
L.P.C. & D. Inc.
Anselmo Santiago Maldonado
Adolfo Cuevas Marrero
Nancy Borges Martínez
Hiram Melendez Martinez
Constructora I. Melendez
Deliris Ramos Mojica
Marilú De La Cruz Montañez
New Star Acquisition
Edgardo San Miguel Oliver
Jorge A.Negrón Padilla
Peter Perez Phillips
Isvan A. Pérez Piñeiro
Puerto Rico Autoridad De Transporte Maritimo (Atm)
Puerto Rico Port Authority
PVH Motors Corp.
Heriberto Del Valle Rivera
Ivonne M. González Rivera
Bengy O. González Rivera
José M. Orozco Rodríguez
Nereida Ortiz Rodríguez
Santiago L. Burgos Rolón
Francisco Rivera Rosario
Nancy Vázquez Rosario
Arnaldo Ruiz Ruiz
Brenda I. Gomila Santiago
Sherry Lee Van Sant Santini
Ramón Rey Santos
Secretario De Hacienda
Secretario Tribunal De Sa
José R. Dávila Soto
Super Asphalt Pavement Co
Tamrio Inc.
Daisy I. Juarbe Toledo
Aldio Alvarado Torres
Transcore Atlantic Inc.
Mayda E. Avilés Traverso
Odette Bengochea Vázquez
Wanda I. Collazo Vázquez
Caleb Santiago Vazquez
José W. Granado Velázquez
Licy Flores Velez

**Additional Interested Parties from PREPA's List of Creditors**

AES Puerto Rico
Antares Solutions Group Inc.
Freepoint Commodities LLC
Gas Natural Aprovisionamientos SDG S.A.
Government Development Bank of Puerto Rico
Municipio De Adjuntas
Municipio De Aguada
Municipio De Aguadilla
Municipio De Aguas Buenas
Municipio De Aibonito
Municipio De Añasco
Municipio De Arecibo
Municipio De Arroyo
Municipio De Barceloneta
Municipio De Barranquitas
Municipio De Bayamon
Municipio De Cabo Rojo
Municipio De Caguas
Municipio De Camuy
Municipio De Canovanas
Municipio De Carolina
Municipio De Catano
Municipio De Cayey
Municipio De Ceiba
Municipio De Ciales
Municipio De Cidra
Municipio De Coamo
Municipio De Comerio
Municipio De Corozal
Municipio De Culebra
Municipio De Dorado
Ecoelectrica LP
Municipio De Fajardo
Municipio De Florida
Municipio De Guanica
Municipio De Guayama
Municipio De Guayanilla
Municipio De Guaynabo
Municipio De Gurabo
Municipio De Hatillo
Municipio De Hormigueros
Municipio De Humacao
Municipio De Isabela
Municipio De Jayuya
Municipio De Juana Diaz

Municipio De Juncos
Municipio De Lajas
Municipio De Lares
Municipio De Las Marias
Municipio De Las Piedras
Municipio De Loiza
Municipio De Luquillo
Municipio De Manati
Municipio De Maricao
Municipio De Maunabo
Municipio De Mayaguez
MHPS Puerto Rico LLC
Municipio De Moca
Municipio De Morovis
Municipio De Naguabo
Municipio De Naranjito
Municipio De Orocovis
Municipio De Patillas
Municipio De Penuelas
Municipio De Ponce
Municipio De Quebradillas
Municipio De Rincon
Municipio De Rio Grande
Municipio De Sabana Grande
Municipio De Salinas
Municipio De San German
Municipio De San Juan
Municipio De San Lorenzo
Municipio De San Sebastian
Municipio De Santa Isabel
Municipio De Toa Alta
Municipio De Toa Baja
Municipio De Trujillo Alto
Municipio De Utuado
Municipio De Vega Alta
Municipio De Vega Baja
Municipio De Vieques
Municipio De Villalba
Municipio De Yabucoa
Municipio De Yauco
Puerto Rico Infrastructure Financing Authority
Puma Energy Caribe LLC
Scotiabank De Puerto Rico
Solus Alternative Asset Management LP
Total Petroleum Puerto Rico Corp
Treasury Department Of Puerto Rico

U.S. Bank National Association

**Assumption of Agreements/Leases**
Luca Casas Casal
Carolina Shopping Court, Inc.
Eduardo Jose Mandry Mercado
Municipality of Dorado

**Parties Filing Lift Stay Motions**
Consuelo Ramos Aguiar
Aquasur Corporation
Yolanda Cano-Angeles
Eliezer Santana Baez
Estate of Onelia Alicea
Rose Marie Flores-Perez
GAM Realty LLC
Luis F. Gonzalez-Colon
La Quinta Shopping Center, Corp.
Gloria M. Esteva Marques
One Alliance Insurance Corporation
Pan American Grain Co., Inc.
Real Legacy Assurance Company, Inc.
Antonio Vega-Fernandez

**Parties Filing Notice of Appearance**
Abengoa, S.A.
Ad Hoc Group of PREPA Bondholders:
    Silver Point Capital, L.P.
Fideicomiso Hernandez Castrodad
COFINA Senior Bondholders' Coalition:
    Aristeia Capital, L.L.C.
    Cyrus Capital Partners, L.P.
    Scoggin Management LP
    Taconic Capital Advisors L.P.
Emmanuel Rodriguez Collazo
Cooperativa de Ahorro y Crédito Jayucoop
Cooperativa de Seguros Múltiples de Puerto Rico
Ondina Finale
Lauren De Pablo
Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company &
    Preferred Health, Inc. & Agro Industrias del Este, Corp.
Kanoso Auto Sales Inc.
KDC Solar LLC
Rolando Martinez
Deianeira Martinez De Pablo
Rolando Martinez Torres
Oaktree Opportunities Fund IX Delaware, L.P.

Oaktree Opportunities Fund X Holdings (Delaware), L.P.
Oaktree Opps X Holdo Ltd.
Oaktree Value Opportunities Fund Holdings, L.P.
Oficina de Etica Gubernamental (Office of Government Ethics of Puerto Rico)
Opps Culebra Holdings, L.P.
Pattern Santa Isabel LLC
PBA Funds:
    Candlewood Investment Group
Puerto Rico Legal Advocates PSC
Salvador Rovira Rodriguez
Jaime Rodriguez-Alviles
Solus Opportunities Fund 5 LP
United Surety & Indemnity Company
Universidad Central del Caribe, Inc.
Whitefish Energy Holdings, LLC