## **EXHIBIT B**

Additional Interested Parties or Their Affiliates Which CST Law Represents
or Has Represented in the Past in Matters *Unrelated* to the Title III Cases

| Additional Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| DLA Piper US LLP | Professional | Current client. |
| Municipio de Barceloneta | PREPA's Creditor | Former client. |
| Luis A. Rivera Siaca | Lift of Stay | Not a client. Related entities are clients of the firm. |
| Autoridad de Edificios Públicos | Additional Interested Parties from the Commonwealth's List of Creditors | Former client. |
| Puerto Rico Telephone Company (d/b/a Claro) | Top 20 Unsecured Creditors of the Commonwealth | Former client. |
| Del Valle Group SP | Additional Interested Parties from HTA's List of Creditors. | Former client. |

1