# EXHIBIT C

## Parties that have filed Proof of Claims Which CST Law Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases

1. AIAC International Pharma, LLC
2. Agility Logistics Corp.
3. Casa Grande Interactive Communications, Inc.
4. Clinique Laboratories, LLC
5. Eastern America Financial Services
6. Eastern America Insurance Agency
7. Empresas Fuentes
8. Empresas Rivera Siaca
9. Universal Insurance Company
10. Universal Finance, Inc.
11. Universal Financial Services, Inc.
12. Universal Group, Inc.
13. Universal Life Insurance Company
14. Naranjales, Inc.
15. Point Guard Insurance Company