UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in Case No. 17-BK-3567-LTS and Case No. 17-BK-3283-LTS. |

ORDER GRANTING SECOND URGENT JOINT MOTION FOR EXTENSION
OF DEADLINES IN CONNECTION WITH MARTAMI, INC.'S MOTION FOR RELIEF FROM STAY

---

[1]   The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Second Urgent Joint Motion for Extension of Deadlines* (Docket Entry No. 3752 in Case No. 17-3283 and Docket Entry No. 478 in Case No. 17-3567, the "Second Extension Motion"). The Second Extension Motion is hereby granted to the extent provided herein. Opposition papers to the *Motion for Relief from Stay* (Docket Entry No. 3614 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **August 15, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **August 22, 2018 at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing.

This order resolves Docket Entry No. 3752 in Case No. 17-3283 and Docket Entry No. 478 in Case No. 17-3567.

SO ORDERED.

Dated: August 9, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge