UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This Order shall be filed in Case No. 17-BK-3283-LTS, Case No. 17-BK-4780-LTS, and Case No. 17-BK-3567-LTS. |

SCHEDULING ORDER REGARDING HEARING REQUEST AND
REPLY FILED BY THE AUTONOMOUS MUNICIPALITY OF PONCE

       The Court has received and reviewed the *Motion Requesting Hearing on 362 Lifting of the Stay* (Docket Entry No. 3736 in Case No. 17-3283, the "Hearing Request") and the *Omnibus Reply to Opposition to Motion Requesting Lifting of the Stay* (Docket Entry No. 3735 in Case No. 17-3283, the "Reply").

       The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Electric Power Authority (collectively, the "Title III Debtors") are hereby directed to file responses by **August 15, 2018 at 5:00 p.m.** (Atlantic Standard Time) regarding (1) the issues addressed in Section II and Section III of the Reply, and (2) their positions with respect to the Hearing Request.

       The Title III Debtors and the Autonomous Municipality of Ponce (collectively, the "Parties") are directed to meet and confer regarding the Hearing Request and, by **August 21, 2018 at 5:00 p.m.** (Atlantic Standard Time), file a joint status report (1) identifying any material

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

disputed issues of fact that are relevant to the disposition of the *Motion for Partial Lift of Stay* (Docket Entry No. 3019 in Case No. 17-3283, the "Motion"), (2) providing a list of witnesses, if any, whose testimony the Parties would rely upon if the Court were to schedule a hearing on the Motion, and (3) setting forth their expectations as to the amount of time required for such a hearing.

      SO ORDERED.

Dated: August 9, 2018

                                        /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge