IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]
------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## ORDER

This matter is before the Court on the *Seventh Supplemental Joint Status Report of Movants and Respondents* (Dkt. No. 3758) (the "Seventh Status Report") related to the *Joint Motion by the American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME), American Federation of Teachers, AFL-CIO (AFT), International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW), and Service Employees International Union (SEIU) for an Order Authorizing Discovery Under Bankruptcy Rule 2004* (Dkt. No. 2595) (the "Motion"). As agreed upon by the parties, in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

event the parties cannot resolve the Motion, they shall supplement the Seventh Status Report on or before **September 19, 2018**.

This order resolves Dkt. No. 3758.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 10, 2018