**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP, COUNSEL TO THE AD HOC
GROUP OF GENERAL OBLIGATION BONDHOLDERS,
DISCLOSING HIRING OF FORMER LAW CLERK**

To the Honorable United States District Judge Laura Taylor Swain:

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel to the Ad Hoc Group of General Obligation Bondholders, hereby submits this informative motion, pursuant to Rule 1.12 of the New York Rules of Professional Conduct, relating to a prospective associate to be employed by Paul, Weiss and respectfully states as follows:

1.     From July 2016 to June 2018, Ms. Elana Beale was employed as a law clerk for Judge Swain.  On August 20, 2018, Ms. Beale will become associated with Paul, Weiss.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

Paul, Weiss has taken steps to ensure that Ms. Beale will not work on any matters related to these Title III Cases. Ms. Beale will be screened upon her arrival from all information and records related to these Title III Cases, and Paul, Weiss will notify as appropriate all lawyers and non-lawyer personnel within Paul, Weiss of these restrictions.

Dated: San Juan, Puerto Rico
August 13, 2018

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP |
|---|---|
| /s/ *Andrew N. Rosenberg* <br> Andrew N. Rosenberg (*pro hac vice*) <br> Richard A. Rosen (*pro hac vice*) <br> Walter Rieman (*pro hac vice*) <br> Kyle J. Kimpler (*pro hac vice*) <br> Karen R. Zeituni (*pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> E-Mail: arosenberg@paulweiss.com | /s/ *Mark T Stancil* <br> Lawrence S. Robbins (admitted *pro hac vice*) <br> Mark T. Stancil (admitted *pro hac vice*) <br> Gary A. Orseck (admitted *pro hac vice*) <br> Kathryn S. Zecca (admitted *pro hac vice*) <br> Ariel N. Lavinbuk (admitted *pro hac vice*) <br> Donald Burke (admitted *pro hac vice*) <br> 1801 K Street, NW <br> Washington, D.C. 20006 <br> Telephone: (202) 775-4500 <br> Facsimile: (202) 775-4510 <br> E-Mail: mstancil@robbinsrussell.com |

JIMÉNEZ, GRAFFAM & LAUSELL

/s/ *Ramón Rivera Morales*
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

*Counsel to the Ad Hoc Group of General Obligation Bondholders*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ J. Ramón Rivera Morales*
J. Ramón Rivera Morales