## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**<br><br>**AS REPRESENTATIVE OF**<br><br>**THE COMMONWEALTH OF PUERTO RICO**<br><br>**Debtor** | **PROMESA, Title III**<br><br>**Case No. 17-BK-3283 (LTS)** |

### MOTION FOR VOLUNTARY WITHDRAW OF PROOF OF CLAIM

**TO THE HONORABLE COURT:**

**COMES NOW**, Mitsubishi Motor Sales of Caribbean, Inc. ("MMSC"), by and through the undersigned attorneys, and very respectfully states and prays as follows:

1.  On June 29, 2018, MMSC submitted its Proof of Claim before this Honorable Court. *See*, Claim No. 78451 and Schedule No. 1181629.

2.  MMSC hereby respectfully informs this Honorable Court that it is voluntarily withdrawing and desisting from its Proof of Claim.

3.  Consequently, MMSC respectfully requests this Honorable Court to determine that MMSC's Proof of Claim has been voluntarily withdrawn and dismissed for all pertinent legal matters in the instant case.

**WHEREFORE**, MMSC respectfully requests this Honorable Court to take notice of all of the aforementioned and, consequently, determine that MMSC's Proof of Claim has been voluntarily withdrawn and dismissed for all pertinent legal matters in the instant case.

**RESPECTFULLY SUBMITTED.**

Case No. 17-BK-3283 (LTS)
Motion for Voluntary Withdraw of Proof of Claim
Page 2

**WE HEREBY CERTIFY** that on his same date, we electronically filed the foregoing

motion with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all CM/ECF participants in this case.  We further certify that, on this same date, we

served the foregoing upon all the Standard Parties as identified and defined at ¶ II of the CMP

Order, as amended on April 4, 2018, (Docket No. 2839 of Case No. 17-03283) "Order Further

Amending Case Management Procedures".

In San Juan, Puerto Rico, this 14st day of August 2018.

**BELK & GROVAS LAW OFFICES**
PO Box 194927
San Juan, PR 00919-4927
Tel. (787) 754-2424/Fax (787) 754-2454
E-mail: belkgrovas@gmail.com


BY:    *S/James Belk-Arce*
       **JAMES BELK-ARCE**
       USDC-PR No. 130506


BY:    *S/Carlos J. Grovas-Porrata*
       **CARLOS J. GROVAS-PORRATA**
       USDC-PR No. 209714