## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>***DEBTOR*** | PROMESA Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>*PROMESA Title III*<br><u>*No. 17 BK 4780-LTS*</u> |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>***DEBTOR*** | **Relief of the Automatic Stay Of acts against property under 11 U.S.C. 362 D(1) "Cause"** |

## WITHDRAWAL OF MOTION FOR RELIEF FROM STAY
## AND
## CERTIFICATE OF SERVICE

**COMES NOW**, *Martami, Inc.* ("Movant"), through the undersigned counsel and very respectfully moves the Court for an Order granting the withdrawal of the 11 U.S.C. § 362 motion for relief from the Automatic Stay.

## FACTS AND AVERMENTS

1. That on July 18th, 2018, Movant filed a Motion for Relief from Stay Under 11 U.S.C. § 362 [e] (*See docket entry number* **3614**).

1

2. That on July 19th, 2018, the Honorable Court issued an or ORDER SCHEDULING BRIEFING OF MOTION FOR RELIEF FROM STAY, informing that the Opposition papers were due by August 1st, 2018; and Movant's reply due by August 8th, 2018 (*See docket entry number* **3624**).

3. That after granting a first joint motion for extension of time for deadlines in relation to the motion for Relief from Stay (*See Dockets* **3731** *&* **3733**), the Honorable Court entered and ORDER GRANTING a Second Urgent Joint Motion for Extension of Deadlines filed at docket **3752**; informing that the opposition papers must be filed by August 15th, 2018 at 5:00 p.m. (Atlantic Standard Time) and the reply papers must be filed by August 22nd, 2018 at 5:00 p.m. (Atlantic Standard Time). (S*ee docket entry number* **3754**).

4. That the parties have amicably reached an agreement and the Fiscal Board will file an omnibus Motion on August 17th, 2018, which will include the joint stipulation; and said stipulation will take care of the matters in the Motion for Relief From Stay.

5. Wherefore, based on the aforementioned, Movant hereby withdraws the Motion for Relief From Stay filed at docket number **3614**.

**PRAYER FOR RELIEF**

*WHEREFORE*, Movant respectfully requests that the Court enter an order granting the withdrawal of the motion for relief from the automatic stay filed at docket **3614** and any other further relief as the Court deems proper under Law and Equity.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on this day, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF Filing system which will send notification to the parties and subscribed users.

**RESPECTFULLY SUBMITTED:**

In Bayamon, Puerto Rico, this 15th day of August of 2018.

*/s/ Ruben Gonzalez Marrero, Esq.*
Ruben Gonzalez Marrero

Gonzalez & Velasco Law Offices, P.S.C.
Carr. 174; Blq. 21-24
Santa Rosa, Bayamon, PR 00959
Tel. 787-798-8600
E-mail(s): rgmattorney1pr@gmail.com
[Gonzalez & Velasco Law Office, P.S.C.]
rgm@microjuris.com
[Ruben Gonzalez Marrero]
Velascolaw@hotmail.com
[Jaime L. Velasco Bonilla]

3