UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>This Order shall be filed In Case No. 17-BK-3283-LTS. |

ORDER DIRECTING THE CLERK OF COURT TO WITHDRAW
THE MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY MARTAMI, INC.

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Withdrawal of Motion for Relief from Stay and Certificate of Service* (Docket Entry No. 3771 in Case No. 17-3283) filed by Martami, Inc., notifying the Court of the withdrawal of the *Motion for Relief from Stay* (Docket Entry No. 3614 in Case No. 17-3283, the "Lift Stay Motion"). The Clerk of Court is hereby ordered to effectuate the withdrawal of the Lift Stay Motion and to terminate the Lift Stay Motion.

This order resolves Docket Entry No. 3614 in Case No. 17-3283.

SO ORDERED.

Dated: August 15, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge