# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.,* [1]<br><br>              Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>              Debtor. | PROMESA<br>Title III<br><br>**No. 17 BK 3284-LTS**<br>**This document relates to COFINA only.** |

## FOURTH SUPPLEMENTAL VERIFIED STATEMENT OF THE MUTUAL FUND GROUP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rule 2019**") and in accordance with the *Fifth Amended Notice, Case Management and Administrative Procedures* [Dkt. No. 3730] (the "**Amended Case Management Order**"), this verified statement (the "**Fourth Supplemental Statement**") is submitted by certain holders (the "**Mutual Fund Group**") of bonds issued by (collectively, the "**Bonds**") the Puerto Rico Sales Tax Financing Corporation ("**COFINA**") and other bonds issued

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

by the Commonwealth of Puerto Rico and its instrumentalities in connection with the cases
("**Title III Cases**") commenced by the above-captioned debtors under title III of the Puerto Rico
Oversight, Management, and Economic Stability Act ("**PROMESA**").

In support of the Fourth Supplemental Statement, the Mutual Fund Group
respectfully states as follows:

1.      As of the date of this Fourth Supplemental Statement, in these Title III
Cases, the undersigned represents the Mutual Fund Group (each holder in the Mutual Fund
Group, a "**Member**").

2.      On or about June 26 and June 27, 2014, certain funds managed or advised
by OppenheimerFunds, Inc. ("**Oppenheimer**") and Franklin Advisers, Inc. ("**Franklin**")
retained Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") to challenge as
unconstitutional the recently passed and soon to be enacted Puerto Rico Debt Enforcement and
Recovery Act (the "**Recovery Act**").  Kramer Levin later became engaged to represent Franklin
and Oppenheimer as a group in connection with a potential restructuring of bonds issued by the
Commonwealth of Puerto Rico and its instrumentalities.   In February 2016, certain funds
managed or advised by Santander Asset Management, LLC joined the Mutual Fund Group in
connection with a potential restructuring of the Bonds.

3.      As previously disclosed in the *Third Supplemental Verified Statement of
the Mutual Fund Group Pursuant to Bankruptcy Rule 2019* [Dkt. No. 2588], Franklin has
withdrawn from the Mutual Fund Group.

4.      On August 16, 2017, counsel to the Mutual Fund Group submitted the
*Verified Statement of the Mutual Fund Group Pursuant to Bankruptcy Rule 2019* [Dkt.
No. 1056].   On November 7, 2017, counsel to the Mutual Fund Group submitted the *First*

*Supplemental Verified Statement of the Mutual Fund Group Pursuant to Bankruptcy Rule 2019* [Dkt. No. 1693].  On December 13, 2017, counsel to the Mutual Fund Group submitted the *Second Supplemental Verified Statement of the Mutual Fund Group Pursuant to Bankruptcy Rule 2019* [Dkt. No. 1988].  On February 24, 2018, counsel to the Mutual Fund Group submitted the *Third Supplemental Verified Statement of the Mutual Fund Group Pursuant to Bankruptcy Rule 2019* [Dkt. No. 2588].

5.    In accordance with Bankruptcy Rule 2019 and the Amended Case Management Order, counsel to the Mutual Fund Group submits this Fourth Supplemental Statement to update the disclosable economic interests that were held by Members of the Mutual Fund Group since August 8, 2017.

6.    As of July 25, 2018, the Members held, or are the investment advisors or managers of funds or accounts that held, approximately $489 million in aggregate amount of uninsured senior Bonds (based on their accreted value as of July 25, 2018) and approximately $1.3 billion in aggregate amount of uninsured subordinate bonds (based on their accreted value as of July 25, 2018).  The Members also held, or are the investment advisors or managers of funds or accounts that held, approximately $1.08 billion in aggregate amount of uninsured bonds issued or guaranteed by the Commonwealth of Puerto Rico, as of July 25, 2018.  The address and nature and amount of all disclosable economic interests for each Member is set forth in Exhibits A-K. The information contained in Exhibits A-K is based upon information provided by the Members to Kramer Levin and is subject to change.

7.    As of the date of this Fourth Supplemental Statement, the undersigned represents only the Mutual Fund Group in connection with this Title III Case and does not

represent or purport to represent any other entities with respect to this Title III Case.[2]   In addition, each Member of the Mutual Fund Group (a) does not assume any fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the Title III Cases.

8.      Nothing contained in this Fourth Supplemental Statement (or Exhibits A-K hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in the debtors in any title III case held by any Member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

9.      The undersigned verify that the foregoing is true and correct to the best of their knowledge.

10.      The undersigned reserve the right to amend or supplement this Fourth Supplemental Statement.

[*Remainder of the this page intentionally left blank*]

---

[2] The undersigned also represent certain entities, including certain Members and still other non-Members, in connection with debt issued by the Commonwealth of Puerto Rico and its instrumentalities, including issuers that are debtors under PROMESA Title III cases pending in this Court.  The undersigned do not represent such non-Members in connection with this Title III Case.

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today August 15, 2018.

**TORO COLÓN MULLET P.S.C.**

*/s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
Email: mfb@tcm.law

*/s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
Email: lft@tcm.law

*/s/ Jane Patricia Van Kirk*
JANE PATRICIA VAN KIRK
USDC–PR No. 220,510
Email: jvankirk@tcm.law
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

*s/ Amy Caton*
THOMAS MOERS MAYER*
AMY CATON*
PHILIP BENTLEY*
DAVID E. BLABEY, JR.*
DOUGLAS BUCKLEY
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
        acaton@kramerlevin.com
        pbentley@kramerlevin.com
        dblabey@kramerlevin.com
        dbuckley@kramerlevin.com
* (admitted *pro hac vice*)

*Counsel to the Mutual Fund Group*

## Exhibit A

Holdings as of July 28, 2017[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Franklin Advisers, Inc.**, on behalf of accounts managed or advised by it. | One Franklin Parkway, San Mateo, CA 94403 | **Commonwealth of Puerto Rico**[5] | Uninsured: $264,785,000 Insured: $61,935,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $53,825,000 Sr. Insured: $0 Jr. Uninsured: $584,080,417 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $0 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |

[1] Holdings disclosed by Franklin on previous Mutual Fund Group 2019 statements prior to December 13, 2017 inadvertently reflected Commonwealth and PREPA bonds held by Franklin funds that are members of the Ad Hoc Group of PREPA Bondholders, but that were not members of the Mutual Fund Group. The amounts disclosed here reflect the corrected amounts of Commonwealth and PREPA bonds held by the Franklin funds that were part of the Mutual Fund Group as of July 28, 2017.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of July 28, 2017.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as July 28, 2017.

[4] With respect to any Capital Appreciation Bonds ("CABs") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of July 28, 2017, and not the amount due upon maturity.  The amounts disclosed with respect to CABs held by Franklin are approximated as of August 1, 2017.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $601,263,999 Insured: $0 | $0 |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,515,855,000 Insured: $130,625,740 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $525,452,865 Sr. Insured: $122,702,802 Jr. Uninsured: $1,354,794,511 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $249,095,000 Insured: $141,252,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $1,515,895,000 Insured: $53,755,000 | $0 |

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $184,316,994 Sr. Insured: $42,004,385 Jr. Uninsured: $242,903,966 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

## Exhibit B

Holdings as of October 12, 2017[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Franklin Advisers, Inc.,** on behalf of accounts managed or advised by it. | One Franklin Parkway, San Mateo, CA 94403 | **Commonwealth of Puerto Rico**[5] | Uninsured: $258,785,000 Insured: $47,035,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $53,825,000 Sr. Insured: $0 Jr. Uninsured: $549,882,804 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $0 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |

---

[1] Holdings for Oppenheimer are as of October 20, 2017.  Holdings disclosed by Franklin on previous Mutual Fund Group 2019 statements prior to December 13, 2017 inadvertently reflected Commonwealth and PREPA bonds held by Franklin funds that are members of the Ad Hoc Group of PREPA Bondholders, but that were not members of the Mutual Fund Group.  The amounts disclosed here reflect the corrected amounts of Commonwealth and PREPA bonds held by the Franklin funds that were part of the Mutual Fund Group as of October 12, 2017.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of October 12, 2017.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as October 12, 2017.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of October 12, 2017, and not the amount due upon maturity.  The amounts disclosed with respect to CABs held by Franklin are approximated as of October 1, 2017.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
| --- | --- | --- | --- | --- |
| | | | **Bonds[4]** | **Other** |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $601,263,999 Insured: $0 | $0 |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,532,200,000 Insured: $128,331,024 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $530,667,052 Sr. Insured: $126,921,533 Jr. Uninsured: $1,361,880,215 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $249,095,000 Insured: $127,505,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $862,433,000 Insured: $65,870,000 | $0 |

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $184,880,738 Sr. Insured: $42,436,776 Jr. Uninsured: $243,309,754 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

**Exhibit C**

Holdings as of January 10, 2018[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[4] | Other |
| **Franklin Advisers, Inc.**, on behalf of accounts managed or advised by it. | One Franklin Parkway, San Mateo, CA 94403 | **Commonwealth of Puerto Rico**[5] | Uninsured: $0<br>Insured: $0 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $53,825,000<br>Sr. Insured: $0<br>Jr. Uninsured: $397,334,476<br>Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0<br>Insured: $0 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0<br>Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power | Uninsured: $505,348,999<br>Insured: $0 | $0 |

[1] Holdings for Oppenheimer are as of January 17, 2018.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of January 10, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as January 10, 2018.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of January 10, 2018, and not the amount due upon maturity. The amounts disclosed with respect to CABs held by Franklin are approximated as of January 1, 2018.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[4] | Other |
| | | Authority) | | |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,480,560,000 Insured: $121,802,363 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $527,826,117 Sr. Insured: $127,437,131 Jr. Uninsured: $1,338,428,644 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $246,155,000 Insured: $67,525,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $850,977,000 Insured: $57,650,000 | $0 |

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $143,106,932 Sr. Insured: $42,949,028 Jr. Uninsured: $220,150,758 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

**<u>Exhibit D</u>**

Holdings as of January 23, 2018[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Franklin Advisers, Inc.**, on behalf of accounts managed or advised by it. | One Franklin Parkway, San Mateo, CA 94403 | **Commonwealth of Puerto Rico**[5] | Uninsured: $0<br>Insured: $0 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $53,825,000<br>Sr. Insured: $0<br>Jr. Uninsured: $14,475,467<br>Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0<br>Insured: $0 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0<br>Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power | Uninsured: $437,778,999<br>Insured: $0 | $0 |

[1] Holdings for Oppenheimer are as of January 17, 2017.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of January 23, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as January 23, 2018.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of January 23, 2018, and not the amount due upon maturity.  The amounts disclosed with respect to CABs held by Franklin are approximated as of February 1, 2018.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| | | Authority) | | |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,480,560,000 Insured: $121,802,413 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $527,849,093 Sr. Insured: $127,658,461 Jr. Uninsured: $1,338,784,517 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $246,155,000 Insured: $67,525,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $850,977,000 Insured: $57,650,000 | $0 |

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $143,201,549 Sr. Insured: $43,023,021 Jr. Uninsured: $220,220,236 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

**<u>Exhibit E</u>**

Holdings as of February 26, 2018[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,292,195,000 Insured: $117,635,546 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $422,911,492 Sr. Insured: $128,255,135 Jr. Uninsured: $1,327,747,959 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $246,155,000 Insured: $47,385,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $815,977,000 Insured: $45,320,000 | $0 |

[1] Holdings for Oppenheimer are as of March 1, 2018.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of February 26, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as February 26, 2018.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of February 26, 2018, and not the amount due upon maturity.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $143,457,677 Sr. Insured: $43,222,588 Jr. Uninsured: $220,408,911 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

**<u>Exhibit F</u>**

Holdings as of March 14, 2018[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,251,585,000 Insured: $104,635,608 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $418,666,246 Sr. Insured: $128,538,939 Jr. Uninsured: $1,319,206,883 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $246,155,000 Insured: $47,385,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $815,977,000 Insured: $45,320,000 | $0 |

[1] Holdings for Oppenheimer are as of March 15, 2018.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of March 14, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as March 14, 2018.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of March 14, 2018, and not the amount due upon maturity.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $143,579,676 Sr. Insured: $43,317,526 Jr. Uninsured: $220,498,878 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

**Exhibit G**

Holdings as of April 10, 2018[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,145,158,768 <br> Insured: $104,635,713 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $386,716,457 <br> Sr. Insured: $126,449,777 <br> Jr. Uninsured: $1,299,981,318 <br> Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $243,655,000 <br> Insured: $44,270,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 <br> Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $1,107,985,000 <br> Insured: $45,310,000 | $0 |

[1] Holdings for Oppenheimer are as of April 23, 2018.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of April 10, 2018. The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws. In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as April 10, 2018.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of April 10, 2018, and not the amount due upon maturity.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $143,785,550 Sr. Insured: $43,477,735 Jr. Uninsured: $220,650,699 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

## Exhibit H

Holdings as of May 4, 2018[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,118,160,000 Insured: $87,190,807 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $386,761,090 Sr. Insured: $126,866,984 Jr. Uninsured: $1,295,669,704 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $243,655,000 Insured: $36,497,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $1,107,955,000 Insured: $50,955,000 | $0 |

[1] Holdings for Oppenheimer are as of May 14, 2018.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of May 4, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as May 4, 2018.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of May 4, 2018, and not the amount due upon maturity.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $143,968,549 Sr. Insured: $43,620,143 Jr. Uninsured: $220,785,650 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

**Exhibit I**

Holdings as of June 4, 2018[1]

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico[5]** | Uninsured: $1,103,660,000<br>Insured: $66,525,928 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $321,818,739<br>Sr. Insured: $120,092,139<br>Jr. Uninsured: $1,130,458,870<br>Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $243,655,000<br>Insured: $35,252,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0<br>Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $1,093,035,000<br>Insured: $50,240,000 | $0 |

[1] Holdings for Oppenheimer are as of June 6, 2018.

[2] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[3] To the best of counsel's knowledge, the information included herein is accurate as of June 4, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as June 4, 2018.

[4] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of June 4, 2018, 2018, and not the amount due upon maturity.

[5] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[2] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[3] | |
|---|---|---|---|---|
| | | | Bonds[4] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico**[5] | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $144,204,923 Sr. Insured: $43,804,087 Jr. Uninsured: $220,959,962 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

**Exhibit J**

Holdings as of July 19, 2018

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
|---|---|---|---|---|
| | | | Bonds[3] | Other |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[4] | Uninsured: $1,092,000,000 Insured: $44,202,104 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $300,902,424 Sr. Insured: $120,829,358 Jr. Uninsured: $1,084,079,594 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $243,655,000 Insured: $15,115,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $1,081,375,000 Insured: $48,875,000 | $0 |

---

[1] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[2] To the best of counsel's knowledge, the information included herein is accurate as of July 19, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as July 19, 2018.

[3] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of July 19, 2018, and not the amount due upon maturity.

[4] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[3] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[4]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $144,548,047 Sr. Insured: $44,071,102 Jr. Uninsured: $209,016,164 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |

## Exhibit K

Holdings as of July 25, 2018

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[3] | Other |
| **OppenheimerFunds, Inc.**, on behalf of funds and/or accounts managed or advised by it. | 350 Linden Oaks, Rochester, NY 14625 | **Commonwealth of Puerto Rico**[4] | Uninsured: $1,092,000,000<br>Insured: $44,202,127 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $300,913,582<br>Sr. Insured: $114,418,376<br>Jr. Uninsured: $1,084,251,690<br>Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $243,655,000<br>Insured: $15,115,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0<br>Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $1,081,375,000<br>Insured: $48,875,000 | $0 |

---

[1] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the debtors

[2] To the best of counsel's knowledge, the information included herein is accurate as of July 25, 2018.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as July 25, 2018.

[3] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of their accreted principal amount, calculated as of July 25, 2018, and not the amount due upon maturity.

[4] Includes bonds guaranteed by the Commonwealth of Puerto Rico that are issued by a Commonwealth instrumentality.

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
|---|---|---|---|---|
| | | | Bonds[3] | Other |
| **Santander Asset Management, LLC**, on behalf of funds and/or accounts managed or advised by it. | GAM Tower 2nd Floor 2 Tabonuco Street Guaynabo, PR 06968 | **Commonwealth of Puerto Rico[4]** | Uninsured: $1,500,000 Insured: $1,105,000 | $0 |
| | | **COFINA** (Puerto Rico Sales Tax Financing Corporation) | Sr. Uninsured: $144,593,797 Sr. Insured: $44,106,704 Jr. Uninsured: $209,049,623 Jr. Insured: $0 | $0 |
| | | **HTA** (Puerto Rico Highways and Transportation Authority) | Uninsured: $0 Insured: $6,085,000 | $0 |
| | | **ERS** (Employees Retirement System of Puerto Rico) | Uninsured: $0 Insured: $0 | $0 |
| | | **PREPA** (Puerto Rico Electric Power Authority) | Uninsured: $0 Insured: $0 | $0 |