**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

               Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## CORRECTED SUPPLEMENTAL VERIFIED STATEMENT OF THE

## QTCB NOTEHOLDER GROUP PURSUANT TO BANKRUPTCY RULE 2019[1]

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to this Title III case by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and in accordance with the *Order Further Amending Case Management Procedures to (A) Reschedule the September 2018 Omnibus Hearing, (B) Provide that Parties are no Longer Required to Provide Service of Paper Courtesy Copies on the Court, and (C) Provide Certain Clarifying Changes Regarding the Disclosure Requirements for Rule 2019(b) Groups* [ECF No. 3730] (the "Order"), this verified supplemental statement (this "Supplemental Statement") is hereby submitted by an ad hoc group of holders (the "QTCB Noteholder Group")[2] of those certain Qualified School Construction Bonds and Qualified Zone Academy Bonds issued by the Puerto Rico Public

---

[1] On August 14, 2018, the QTCB Noteholder Group filed the *Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (the "Original Supplemental Statement") [ECF No. 3765]. The Original Supplemental Statement is hereby corrected to clarify that the information provided in Exhibit A is accurate as of the dates identified therein. A redline reflecting the changes made to the Original Supplemental Statement is attached hereto as Exhibit B.

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134].

Buildings Authority ("PBA") and guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth") (collectively, the "QTCBs" and, together with all other bonds issued or guaranteed by the Commonwealth the "General Obligation Bonds"). In support of this Supplemental Statement, the QTCB Noteholder Group respectfully states as follows:

1.      In or around August 2015, certain members of the QTCB Noteholder Group engaged Bracewell LLP ("Bracewell") to represent their interests as holders of QTCBs. From time to time thereafter, certain additional holders of QTCBs have joined the QTCB Noteholder Group. In May 2017, the QTCB Noteholder Group retained Correa-Acevedo & Abesada Law Offices, P.S.C. as its Puerto Rico counsel (together with Bracewell, "Counsel").

2.      On August 16, 2017, the QTCB Noteholder Group submitted the Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [ECF No. 1053]. Counsel to the QTCB Noteholder Group submits this Supplemental Statement to update the information regarding the disclosable economic interests held by members of the QTCB Noteholder Group since August 8, 2017, in relation to the Commonwealth and COFINA. The information set forth herein (including Exhibit A) is based upon information provided to Counsel by the members of the QTCB Noteholder Group and is intended only to comply with Bankruptcy Rule 2019 and the Order.

3.      As of the date of this Supplemental Statement, Counsel represents only the QTCB Noteholder Group and does not represent or purport to represent any other entities other than the QTCB Noteholder Group with respect to the Debtors' Title III cases. In addition, neither the QTCB Noteholder Group nor any member of the QTCB Noteholder Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' Title III cases.

4.      In accordance with Bankruptcy Rule 2019 and the Order, attached hereto as Exhibit A is a list of the names, addresses of each member of the QTCB Noteholder Group—and each such member's disclosable economic interests as of certain dates on which Counsel has determined that the filing of a supplemental verified statement would have been required had the Order been in effect at such times.

5.      Nothing contained in this Supplemental Statement (including Exhibit A hereto) is intended to or should be construed as (a) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in this or any other related Title III cases by any QTCB Noteholder Group member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory.

6.      Additional holders of QTCBs may become members of the QTCB Noteholder Group, and certain members of the QTCB Noteholder Group may cease to be members in the future. The QTCB Noteholder Group, through its undersigned Counsel, reserves the right to amend or supplement this Supplemental Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019 and the Order.

7.      The undersigned verify that the foregoing is true and correct to the best of their knowledge.

*[Remainder of Page Intentionally Blank; Signatures Follow]*

Dated:  August 16, 2018

**BRACEWELL LLP**

/s/ Kurt A. Mayr
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Facsimile: (860) 760-6814
Email: kurt.mayr@bracewell.com

*Counsel to the QTCB Noteholder Group*

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

/s/ Roberto Abesada-Agüet
Roberto Abesada-Agüet
USDC-PR No. 216706

/s/ Sergio E. Criado
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com

Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379
E-Mail: ra@calopsc.com

*Puerto Rico Counsel to the QTCB Noteholder Group*

**Exhibit A**

**Names, Addresses and Disclosable Economic Interests of the Members of
the QTCB Noteholder Group[1]**

| NAME[2] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST | | | | |
|---|---|---|---|---|---|---|
| | | As of 8/16/2017 | As of 11/1/2017 | As of 3/1/2018 | As of 6/1/2018 | As of 6/20/2018 |
| Canyon Capital Advisors LLC (on behalf of its participating clients) | 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | General Obligation Bonds Uninsured: $311,357,895 Insured: $10,433,800<br><br>COFINA Bonds Senior: $303,080,000 | General Obligation Bonds Uninsured: $353,462,895 Insured: $9,432,550<br><br>COFINA Bonds Senior: $301,655,000 | General Obligation Bonds Uninsured: $451,856,895 Insured: $9,223,750<br><br>COFINA Bonds Senior: $270,620,000 | General Obligation Bonds Uninsured: $440,059,895 Insured: $9,223,750<br><br>COFINA Bonds Senior: $266,175,000 | General Obligation Bonds Uninsured: $581,984,895 Insured: $9,223,750<br><br>COFINA Bonds Senior: $246,075,000 |
| Davidson Kempner Capital Management LP, as investment advisor to its affiliated funds | 520 Madison Avenue 30th Floor New York, NY 10022 | General Obligation Bonds Uninsured: $116,648,000 | General Obligation Bonds Uninsured: $120,146,000 | General Obligation Bonds Uninsured: $124,028,000 | General Obligation Bonds Uninsured: $123,928,000 | General Obligation Bonds Uninsured: $123,928,000<br><br>COFINA Bonds Senior: $12,620,000 Sub: $16,200,000 |

[1] To the best of Counsel's knowledge, the information included herein is accurate as of each of the dates identified in this Exhibit A. The amounts set forth herein include only outstanding principal and do not include any other amounts that may be due and owing under the applicable debt documents and laws, including but not limited to any overdue or compounded interest. In addition, the amounts set forth herein do not include any disclosable economic interests that were subject to pending trades or other transfers that had not settled or otherwise closed as of each of the dates identified in this Exhibit A.

[2] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the Commonwealth of Puerto Rico or COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| OZ Management LP and OZ Management II LP (on behalf of certain of their funds) | 9 West 57th Street 39th Floor New York, NY 10019 | <u>General Obligation Bonds</u> Uninsured: $252,476,000 | <u>General Obligation Bonds</u> Uninsured: $248,891,000 <u>COFINA Bonds</u> Senior: $61,288,550 | <u>General Obligation Bonds</u> Uninsured: $284,716,000 <u>COFINA Bonds</u> Senior: $15,936,019 | <u>General Obligation Bonds</u> Uninsured: $236,116,000 <u>COFINA Bonds</u> Senior: $78,860,000 Sub: $54,330,142 | <u>General Obligation Bonds</u> Uninsured: $236,116,000 <u>COFINA Bonds</u> Senior: $123,095,000 Sub: $104,225,142 |
| QTCB Noteholder Group (Aggregate) | n/a | <u>General Obligation Bonds</u> Uninsured: $680,481,895 Insured: $10,433,800 <u>COFINA Bonds</u> Senior: $303,080,000 Sub:  none | <u>General Obligation Bonds</u> Uninsured: $722,499,895 Insured: $9,432,550 <u>COFINA Bonds</u> Senior: $362,943,550 Sub: none | <u>General Obligation Bonds</u> Uninsured: $860,600,895 Insured: $9,223,750 <u>COFINA Bonds</u> Senior: $286,556,019 Sub: none | <u>General Obligation Bonds</u> Uninsured: $800,103,895 Insured: $9,223,750 <u>COFINA Bonds</u> Senior: $345,035,000 Sub: $54,330,142 | <u>General Obligation Bonds</u> Uninsured: $942,028,895 Insured: $9,223,750 <u>COFINA Bonds</u> Senior: $381,790,000 Sub: $120,424,142 |

**<u>Exhibit B</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD OF PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*,<br><br>               Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### CORRECTED SUPPLEMENTAL VERIFIED STATEMENT OF THE

### QTCB NOTEHOLDER GROUP                PURSUANT TO BANKRUPTCY RULE 2019[1]

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to this Title III case by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and in accordance with the *Order Further Amending Case Management Procedures to (A) Reschedule the September 2018 Omnibus Hearing, (B) Provide that Parties are no Longer Required to Provide Service of Paper Courtesy Copies on the Court, and (C) Provide Certain Clarifying Changes Regarding the Disclosure Requirements for Rule 2019(b) Groups* [ECF No. 3730] (the "Order"), this verified supplemental statement (this "Supplemental Statement") is hereby submitted by an ad hoc group of holders (the "QTCB Noteholder Group")[1][2] of those certain Qualified School

---

[1] On August 14, 2018, the QTCB Noteholder Group filed the *Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (the "Original Supplemental Statement") [ECF No. 3765]. The Original Supplemental Statement is hereby corrected to clarify that the information provided in Exhibit A is accurate as of the dates identified therein. A redline reflecting the changes made to the Original Supplemental Statement is attached hereto as Exhibit B.

[1][2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134].

Construction Bonds and Qualified Zone Academy Bonds issued by the Puerto Rico Public Buildings Authority ("PBA") and guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth") (collectively, the "QTCBs" and, together with all other bonds issued or guaranteed by the Commonwealth the "General Obligation Bonds"). In support of this Supplemental Statement, the QTCB Noteholder Group respectfully states as follows:

1.      In or around August 2015, certain members of the QTCB Noteholder Group engaged Bracewell LLP ("Bracewell") to represent their interests as holders of QTCBs. From time to time thereafter, certain additional holders of QTCBs have joined the QTCB Noteholder Group. In May 2017, the QTCB Noteholder Group retained Correa-Acevedo & Abesada Law Offices, P.S.C. as its Puerto Rico counsel (together with Bracewell, "Counsel").

2.      On August 16, 2017, the QTCB Noteholder Group submitted the Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [ECF No. 1053]. Counsel to the QTCB Noteholder Group submits this Supplemental Statement to update the information regarding the disclosable economic interests held by members of the QTCB Noteholder Group since August 8, 2017, in relation to the Commonwealth and COFINA. The information set forth herein (including Exhibit A) is based upon information provided to Counsel by the members of the QTCB Noteholder Group and is intended only to comply with Bankruptcy Rule 2019 and the Order.

3.      As of the date of this Supplemental Statement, Counsel represents only the QTCB Noteholder Group and does not represent or purport to represent any other entities other than the QTCB Noteholder Group with respect to the Debtors' Title III cases. In addition, neither the QTCB Noteholder Group nor any member of the QTCB Noteholder Group (a) assumes any

fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' Title III cases.

4.      In accordance with Bankruptcy Rule 2019 and the Order, attached hereto as Exhibit A is a list of the names, addresses of each member of the QTCB Noteholder Group—and each such member's disclosable economic interests as of certain dates on which Counsel has determined that the filing of a supplemental verified statement would have been required had the Order been in effect at such times.

5.      Nothing contained in this Supplemental Statement (including Exhibit A hereto) is intended to or should be construed as (a) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in this or any other related Title III cases by any QTCB Noteholder Group member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory.

6.      Additional holders of QTCBs may become members of the QTCB Noteholder Group, and certain members of the QTCB Noteholder Group may cease to be members in the future. The QTCB Noteholder Group, through its undersigned Counsel, reserves the right to amend or supplement this Supplemental Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019 and the Order.

7.      The undersigned verify that the foregoing is true and correct to the best of their knowledge.


*[Remainder of Page Intentionally Blank; Signatures Follow]*

Dated:  August ~~14,~~16, 2018

**BRACEWELL LLP**

/s/ Kurt A. Mayr
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Facsimile: (860) 760-6814
Email: kurt.mayr@bracewell.com

*Counsel to the QTCB Noteholder Group*


**CORREA ACEVEDO & ABESADA LAW OFFICES,
P.S.C.**

/s/ Roberto Abesada-Agüet
Roberto Abesada-Agüet
USDC-PR No. 216706


/s/ Sergio E. Criado
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com

Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379
E-Mail: ra@calopsc.com

*Puerto Rico Counsel to the QTCB Noteholder
Group*

**Exhibit A**

**Names, Addresses and Disclosable Economic Interests of the Members of
the QTCB Noteholder Group[1]**

| NAME[2] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST | | | | |
|---|---|---|---|---|---|---|
| | | As of 8/16/2017 | As of 11/1/2017 | As of 3/1/2018 | As of 6/1/2018 | As of 6/20/2018 |
| Canyon Capital Advisors LLC (on behalf of its participating clients) | 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | General Obligation Bonds Uninsured: $311,357,895 Insured: $10,433,800  COFINA Bonds Senior: $303,080,000 | General Obligation Bonds Uninsured: $353,462,895 Insured: $9,432,550  COFINA Bonds Senior: $301,655,000 | General Obligation Bonds Uninsured: $451,856,895 Insured: $9,223,750  COFINA Bonds Senior: $270,620,000 | General Obligation Bonds Uninsured: $440,059,895 Insured: $9,223,750  COFINA Bonds Senior: $266,175,000 | General Obligation Bonds Uninsured: $581,984,895 Insured: $9,223,750  COFINA Bonds Senior: $246,075,000 |
| Davidson Kempner Capital Management LP, as investment advisor to its affiliated funds | 520 Madison Avenue 30th Floor New York, NY 10022 | General Obligation Bonds Uninsured: $116,648,000 | General Obligation Bonds Uninsured: $120,146,000 | General Obligation Bonds Uninsured: $124,028,000 | General Obligation Bonds Uninsured: $123,928,000 | General Obligation Bonds Uninsured: $123,928,000  COFINA Bonds Senior: $12,620,000 Sub: $16,200,000 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of ~~August 14, 2018~~ each of the dates identified in this Exhibit A. The amounts set forth herein include only outstanding principal and do not include any other amounts that may be due and owing under the applicable debt documents and laws, including but not limited to any overdue or compounded interest. In addition, the amounts set forth herein do not include any disclosable economic interests that ~~are~~were subject to pending trades or other transfers that ~~have~~had not settled or otherwise ~~been~~ closed as of ~~August 14, 2018.~~ each of the dates identified in this Exhibit A.

[2] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the Commonwealth of Puerto Rico or COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| OZ Management LP and OZ Management II LP (on behalf of certain of their funds) | 9 West 57th Street 39th Floor New York, NY 10019 | <u>General Obligation Bonds</u> Uninsured: $252,476,000 | <u>General Obligation Bonds</u> Uninsured: $248,891,000<br><br><u>COFINA Bonds</u> Senior: $61,288,550 | <u>General Obligation Bonds</u> Uninsured: $284,716,000<br><br><u>COFINA Bonds</u> Senior: $15,936,019 | <u>General Obligation Bonds</u> Uninsured: $236,116,000<br><br><u>COFINA Bonds</u> Senior: $78,860,000 Sub: $54,330,142 | <u>General Obligation Bonds</u> Uninsured: $236,116,000<br><br><u>COFINA Bonds</u> Senior: $123,095,000 Sub: $104,225,142 |
| QTCB Noteholder Group (Aggregate) | n/a | <u>General Obligation Bonds</u> Uninsured: $680,481,895 Insured: $10,433,800<br><br><u>COFINA Bonds</u> Senior: $303,080,000 Sub: none | <u>General Obligation Bonds</u> Uninsured: $722,499,895 Insured: $9,432,550<br><br><u>COFINA Bonds</u> Senior: $362,943,550 Sub: none | <u>General Obligation Bonds</u> Uninsured: $860,600,895 Insured: $9,223,750<br><br><u>COFINA Bonds</u> Senior: $286,556,019 Sub: none | <u>General Obligation Bonds</u> Uninsured: $800,103,895 Insured: $9,223,750<br><br><u>COFINA Bonds</u> Senior: $345,035,000 Sub: $54,330,142 | <u>General Obligation Bonds</u> Uninsured: $942,028,895 Insured: $9,223,750<br><br><u>COFINA Bonds</u> Senior: $381,790,000 Sub: $120,424,142 |

**Exhibit B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | PROMESA<br>Title III |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors. | |

### CORRECTED SUPPLEMENTAL VERIFIED STATEMENT OF THE QTCB NOTEHOLDER GROUP PURSUANT TO BANKRUPTCY RULE 2019[1]

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to this Title III case by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and in accordance with the *Order Further Amending Case Management Procedures to (A) Reschedule the September 2018 Omnibus Hearing, (B) Provide that Parties are no Longer Required to Provide Service of Paper Courtesy Copies on the Court, and (C) Provide Certain Clarifying Changes Regarding the Disclosure Requirements for Rule 2019(b) Groups* [ECF No. 3730] (the "Order"), this verified supplemental statement (this "Supplemental Statement") is hereby submitted by an ad hoc group of holders (the "QTCB Noteholder Group")[2] of those certain Qualified School

---

[1] On August 14, 2018, the QTCB Noteholder Group filed the *Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (the "Original Supplemental Statement") [ECF No. 3765]. The Original Supplemental Statement is hereby corrected to clarify that the information provided in Exhibit A is accurate as of the dates identified therein. A redline reflecting the changes made to the Original Supplemental Statement is attached hereto as Exhibit B.

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134].

Construction Bonds and Qualified Zone Academy Bonds issued by the Puerto Rico Public Buildings Authority ("PBA") and guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth") (collectively, the "QTCBs" and, together with all other bonds issued or guaranteed by the Commonwealth the "General Obligation Bonds"). In support of this Supplemental Statement, the QTCB Noteholder Group respectfully states as follows:

1.      In or around August 2015, certain members of the QTCB Noteholder Group engaged Bracewell LLP ("Bracewell") to represent their interests as holders of QTCBs. From time to time thereafter, certain additional holders of QTCBs have joined the QTCB Noteholder Group. In May 2017, the QTCB Noteholder Group retained Correa-Acevedo & Abesada Law Offices, P.S.C. as its Puerto Rico counsel (together with Bracewell, "Counsel").

2.      On August 16, 2017, the QTCB Noteholder Group submitted the Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [ECF No. 1053]. Counsel to the QTCB Noteholder Group submits this Supplemental Statement to update the information regarding the disclosable economic interests held by members of the QTCB Noteholder Group since August 8, 2017, in relation to the Commonwealth and COFINA. The information set forth herein (including Exhibit A) is based upon information provided to Counsel by the members of the QTCB Noteholder Group and is intended only to comply with Bankruptcy Rule 2019 and the Order.

3.      As of the date of this Supplemental Statement, Counsel represents only the QTCB Noteholder Group and does not represent or purport to represent any other entities other than the QTCB Noteholder Group with respect to the Debtors' Title III cases. In addition, neither the QTCB Noteholder Group nor any member of the QTCB Noteholder Group (a) assumes any

fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' Title III cases.

4.      In accordance with Bankruptcy Rule 2019 and the Order, attached hereto as Exhibit A is a list of the names, addresses of each member of the QTCB Noteholder Group—and each such member's disclosable economic interests as of certain dates on which Counsel has determined that the filing of a supplemental verified statement would have been required had the Order been in effect at such times.

5.      Nothing contained in this Supplemental Statement (including Exhibit A hereto) is intended to or should be construed as (a) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in this or any other related Title III cases by any QTCB Noteholder Group member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory.

6.      Additional holders of QTCBs may become members of the QTCB Noteholder Group, and certain members of the QTCB Noteholder Group may cease to be members in the future. The QTCB Noteholder Group, through its undersigned Counsel, reserves the right to amend or supplement this Supplemental Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019 and the Order.

7.      The undersigned verify that the foregoing is true and correct to the best of their knowledge.


*[Remainder of Page Intentionally Blank; Signatures Follow]*

Dated:  August ~~14,~~16, 2018

**BRACEWELL LLP**

/s/ Kurt A. Mayr
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Facsimile: (860) 760-6814
Email: kurt.mayr@bracewell.com

*Counsel to the QTCB Noteholder Group*

**CORREA ACEVEDO & ABESADA LAW OFFICES,
P.S.C.**

/s/ Roberto Abesada-Agüet
Roberto Abesada-Agüet
USDC-PR No. 216706

/s/ Sergio E. Criado
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com

Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379
E-Mail: ra@calopsc.com

*Puerto Rico Counsel to the QTCB Noteholder
Group*

**Exhibit A**

**Names, Addresses and Disclosable Economic Interests of the Members of the QTCB Noteholder Group[1]**

| NAME[2] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST | | | | |
|---|---|---|---|---|---|---|
| | | As of 8/16/2017 | As of 11/1/2017 | As of 3/1/2018 | As of 6/1/2018 | As of 6/20/2018 |
| Canyon Capital Advisors LLC (on behalf of its participating clients) | 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | General Obligation Bonds Uninsured: $311,357,895 Insured: $10,433,800 COFINA Bonds Senior: $303,080,000 | General Obligation Bonds Uninsured: $353,462,895 Insured: $9,432,550 COFINA Bonds Senior: $301,655,000 | General Obligation Bonds Uninsured: $451,856,895 Insured: $9,223,750 COFINA Bonds Senior: $270,620,000 | General Obligation Bonds Uninsured: $440,059,895 Insured: $9,223,750 COFINA Bonds Senior: $266,175,000 | General Obligation Bonds Uninsured: $581,984,895 Insured: $9,223,750 COFINA Bonds Senior: $246,075,000 |
| Davidson Kempner Capital Management LP, as investment advisor to its affiliated funds | 520 Madison Avenue 30th Floor New York, NY 10022 | General Obligation Bonds Uninsured: $116,648,000 | General Obligation Bonds Uninsured: $120,146,000 | General Obligation Bonds Uninsured: $124,028,000 | General Obligation Bonds Uninsured: $123,928,000 | General Obligation Bonds Uninsured: $123,928,000 COFINA Bonds Senior: $12,620,000 Sub: $16,200,000 |

[1] To the best of Counsel's knowledge, the information included herein is accurate as of ~~August 14, 2018~~ each of the dates identified in this Exhibit A. The amounts set forth herein include only outstanding principal and do not include any other amounts that may be due and owing under the applicable debt documents and laws, including but not limited to any overdue or compounded interest. In addition, the amounts set forth herein do not include any disclosable economic interests that ~~are~~were subject to pending trades or other transfers that ~~have~~had not settled or otherwise ~~been~~ closed as of ~~August 14, 2018~~ each of the dates identified in this Exhibit A.

[2] Each entity on this Exhibit A holds disclosable economic interests, or acts as investment advisor or manager to funds, entities and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the Commonwealth of Puerto Rico or COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| OZ Management LP and OZ Management II LP (on behalf of certain of their funds) | 9 West 57th Street 39th Floor New York, NY 10019 | <u>General Obligation Bonds</u> Uninsured: $252,476,000 | <u>General Obligation Bonds</u> Uninsured: $248,891,000<br><br><u>COFINA Bonds</u> Senior: $61,288,550 | <u>General Obligation Bonds</u> Uninsured: $284,716,000<br><br><u>COFINA Bonds</u> Senior: $15,936,019 | <u>General Obligation Bonds</u> Uninsured: $236,116,000<br><br><u>COFINA Bonds</u> Senior: $78,860,000 Sub: $54,330,142 | <u>General Obligation Bonds</u> Uninsured: $236,116,000<br><br><u>COFINA Bonds</u> Senior: $123,095,000 Sub: $104,225,142 |
| QTCB Noteholder Group (Aggregate) | n/a | <u>General Obligation Bonds</u> Uninsured: $680,481,895 Insured: $10,433,800<br><br><u>COFINA Bonds</u> Senior: $303,080,000 Sub:  none | <u>General Obligation Bonds</u> Uninsured: $722,499,895 Insured: $9,432,550<br><br><u>COFINA Bonds</u> Senior: $362,943,550 Sub: none | <u>General Obligation Bonds</u> Uninsured: $860,600,895 Insured: $9,223,750<br><br><u>COFINA Bonds</u> Senior: $286,556,019 Sub: none | <u>General Obligation Bonds</u> Uninsured: $800,103,895 Insured: $9,223,750<br><br><u>COFINA Bonds</u> Senior: $345,035,000 Sub: $54,330,142 | <u>General Obligation Bonds</u> Uninsured: $942,028,895 Insured: $9,223,750<br><br><u>COFINA Bonds</u> Senior: $381,790,000 Sub: $120,424,142 |

**Exhibit B**

Document comparison by Workshare 9.5 on Thursday, August 16, 2018
12:12:11 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DM/5648557/4 |
| Description | DM-#5648557-v4-Supplemental_Verified_Statement_-_QTCB_-_2019 |
| Document 2 ID | PowerDocs://DM/5766279/1 |
| Description | DM-#5766279-v1-Corrected_Supplemental_Verified_Statement_-_QTCB_-_2019 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 11 |
| Deletions | 11 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 22 |