## Exhibit 2

### TITLE III STAY MODIFICATIONS AGREED TO BY THE COMMONWEALTH
### FROM JUNE 20, 2018 THROUGH AUGUST 17, 2018

|  | **Prepetition Action** | **Movant(s)** | **Debtor** | **Brief Description of Modification** | **Date of Modification** |
|---|---|---|---|---|---|
| 1. | *Ríos-Matienzo, et al v. Rivera-Schatz, et al*; Civil No. 17-2362 (ADC), U.S. District Court for the District of Puerto Rico<br><br>Employment discrimination case | Hon. Thomas Rivera-Schatz, Sr. Gabriel Hernández-Rodríguez, Sr. Roberto Maldonado-Velez | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (a) allow the Prepetition Action to proceed to final judgment and/or resolution in the U.S District Court for the District of Puerto Rico (the "District Court") solely with respect to determination of any motion to dismiss or motion for summary judgment; and, (b) allow any appeal of the District Court's decision with respect to any motion to dismiss or motion for summary judgment to proceed to final judgment on appeal; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth, the defendants in the Prepetition Action or any other Title III Debtor. | August 17, 2018 |
| 2. | *Washinton-Del Valle, et al v. Rivera-Schatz, et al*; Civil No. 17-1770 (WGY), U.S. District Court for the District of Puerto Rico<br><br>Employment discrimination case | Hon. Thomas Rivera-Schatz, Hon. Carlos Méndez-Núñez; Sr. Gabriel Hernández-Rodríguez, Ing. Wilfredo Ramos-García, Sr. Ángel Redondo-Santana, | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (a) allow the Prepetition Action to proceed to final judgment and/or resolution in the U.S District Court for the District of Puerto Rico (the "District Court") solely with respect to determination of any motion to dismiss or motion for summary judgment; and, (b) allow any appeal of the District Court's decision with respect to any motion to dismiss or motion for summary judgment to proceed to final judgment on appeal; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth, the defendants in the Prepetition Action or any other Title III Debtor. | August 17, 2018 |

|   | **Prepetition Action** | **Movant(s)** | **Debtor** | **Brief Description of Modification** | **Date of Modification** |
|---|---|---|---|---|---|
|   |   | Sr. Pablo Sastre-Fernández |   |   |   |
| 3. | *García-Perales, et al v. Rivera-Schatz, et al*; Civil No. 18-1081 (JAG), U.S District Court for the District of Puerto Rico<br><br>Employment discrimination case | Hon. Thomas Rivera-Schatz, Sr. Gabriel Hernández-Rodríguez, Ing. Wilfredo Ramos-García, Sr. Ángel Redondo-Santana, Sr. Pablo Sastre-Fernández, Sr. José G. Figueroa-Torres | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (a) allow the Prepetition Action to proceed to final judgment and/or resolution in the U.S District Court for the District of Puerto Rico (the "District Court") solely with respect to determination of any motion to dismiss or motion for summary judgment; and, (b) allow any appeal of the District Court's decision with respect to any motion to dismiss or motion for summary judgment to proceed to final judgment on appeal; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth, the defendants in the Prepetition Action or any other Title III Debtor. | August 17, 2018 |
| 4. | *Alberty Marrero, et al v. Méndez, et al*; Civil No. 17-2385 (FAB), U.S. District Court for the District of Puerto Rico<br><br>Employment discrimination case | Hon. Carlos Méndez-Núñez; Elizabeth Stuart-Villanueva; Moisés Cortes-Rosado; Karen Torres-De La Torre; | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (a) allow the Prepetition Action to proceed to final judgment and/or resolution in the U.S District Court for the District of Puerto Rico (the "District Court") solely with respect to determination of any motion to dismiss or motion for summary judgment; and, (b) allow any appeal of the District Court's decision with respect to any motion to dismiss or motion for summary judgment to proceed to final judgment on appeal; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth, the defendants in the Prepetition Action or any other Title III Debtor. | August 17, 2018 |

| | Prepetition Action | Movant(s) | Debtor | Brief Description of Modification | Date of Modification |
|---|---|---|---|---|---|
| 5. | *Figueroa-Camacho, et al v. Méndez-Nuñez, et al*; Civil No. 18-1007 (DRD), U.S. District Court for the District of Puerto Rico<br><br>Employment discrimination case | Hon. Carlos Méndez-Núñez; Roger Iglesias-Sepúlveda; Orlando Pagán-Ramírez | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (a) allow the Prepetition Action to proceed to final judgment and/or resolution in the U.S District Court for the District of Puerto Rico (the "District Court") solely with respect to determination of any motion to dismiss or motion for summary judgment; and, (b) allow any appeal of the District Court's decision with respect to any motion to dismiss or motion for summary judgment to proceed to final judgment on appeal; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth, the defendants in the Prepetition Action or any other Title III Debtor. | August 17, 2018 |