In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc. | | Apartado Postal 2227 | | Mayagüez | PR | 00681 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 |
| Del Valle Group, SP | Del Valle Group, SP | Attn. Humberto Reynolds, President, Del Valle Group, S.P., | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Edgordo Seda Arroyo, Interested Party | Edgordo Seda Arroyo | | 35299-054, Federal Correctional Complex | UPS 2, P.O. Box 1034 | Coleman | FL | 33521-1034 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 |
| Counsel to Cooperativa De Ahorro Y Credito Abraham Rosa, Plaintiff in Adversary Proceeding 18-00028 | Harry Anduze | | 1225 Ponce De Leon Ave | Suite PH 1 | San Juan | PR | 00907 |
| Integrand Assurance Company | Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 |
| Counsel to PFZ Properties, Inc. | Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 |
| Jaime Rodríguez Avilés, Interested Party | Jaime Rodríguez Avilés | | P.O. Box 347 | | Yauco | PR | 00698 |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | PO Box 190095 | | San Juan | PR | 00919-0095 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | | P.O. Box 2319 | | Toa Baja | PR | 00951-2319 |
| Debtors | Puerto Rico Electric Power Authority | Attention: Office Of The General Counsel | P.O. Box 364267 | | San Juan | PR | 00936-4267 |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn. Marylin Del Valle, General Manager, Reliable Equipment Corporation | P.O. Box 2316 | | Toa Baja | PR | 00951-2316 |
| Rene Pinto-Lugo, et al., Plaintiff in Adversary Proceeding 18-00041 | Rene Pinto-Lugo | | PO Box 13531 | | San Juan | PR | 00908 |
| Ricardo Rosello Nevares, Defendant in Adversary Proceeding 17-00250 and 18-00053 | Ricardo Rosello Nevares | Through the Secretary of Justice | Calle Olimpo Esquina Axtmeyer PDA. 11 | Miramar | San Juan | PR | 00911 |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | SREAEE | Edif. Juan Ruiz Vélez | Ave. Ponce de León 1110 | | Santurce | PR | 00907 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |
| Counsel to BEC Co, Inc. d/b/a Empacadora Hill Brothers | The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq. | PMB 274 | 405 Esmeralda Avenue Suite 2 | Guaynabo | PR | 00969 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR | 00936-8344 |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| Counsel to United States Department of Justice, Civil Division, the United States of America and U.S. Army Corps of Engineers | United States Department of Justice Civil Division | Attn: Matthew J. Troy & Michael J. Quinn | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 |
| Counsel to United States Department of Justice, Civil Division, the United States of America and U.S. Army Corps of Engineers | United States Department of Justice Civil Division | Attn: Matthew J. Troy & Michael J. Quinn | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn: Jonathan E. Jacobson | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Magistrate Judge | United States District Court, District of Massachusetts | Attn: Magistrate Judge Judith G. Dein | John Joseph Moakley U.S. Courthouse | 1 Courthouse Way | Boston | MA | 02210 |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | Office of the Solicitor, N-2700 | Frances Perkins Building, 200 Constitution Ave | Washington | DC | 20210 |