**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- x
*In re*  :
 :
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, : PROMESA
 as representative of : Title III
 : Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
 Debtors.[1] :
---------------------------------------------------------------------- x

### CERTIFICATE OF SERVICE

WE HEREBY certify that on August 16th, 2018 the undersigned's office, on behalf of the QTCB Noteholder Group,[2] served a true and correct stamped copy of the *Corrected Supplemental Verified Statement of the QTBC Noteholder Group Pursuant to Bankruptcy Rule 2019* (Docket # 3778) on the following parties:

A) The Chambers of the Honorable Laura Taylor Swain, by email and Federal Express at the following address: United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

B) Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134] and Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [ECF No. 1053].

C) All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, via the aforesaid system, including, but not limited to, the Standard Parties as defined in the Fifth Amended Case Management Procedures (Docket # 3730-1; Case No. 17-03283), for whom service is allowed in this manner; and

D) By U.S. Mail, to all parties listed in the Master Service List as of August 14th, 2018 (Docket # 3767, case Number 17-03283) for which an E-Mail address has not been provided. The rest of the parties in the aforesaid Master Service List were served by E-Mail.

**RESPECTFULLY SUBMITTED.**

WE HEREBY CERTIFY that on August 20th, 2018, we electronically filed the instant *Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 20th day of August, 2018.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Counsel for the QTCB Noteholder Group
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

 */s/ Roberto Abesada- Agüet*
Roberto Abesada-Agüet
USDC-PR No. 216706
E-Mail: ra@calopsc.com

 */s/ Sergio E. Criado*
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com

-2-