# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | **PROMESA, Title III** |
| **AS REPRESENTATIVE OF** | **Case No. 17-BK-3283 (LTS)** |
| **THE COMMONWEALTH OF PUERTO RICO** | |
| **Debtor** | |

## MOTION REQUESTING CEASE OF NOTIFICATIONS

**TO THE HONORABLE COURT:**

**COMES NOW**, Mitsubishi Motor Sales of Caribbean, Inc. ("MMSC"), by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. On August 14, 2018, MMSC filed before this Honorable Court the document entitled "Motion for Voluntary Withdraw of Proof of Claim", in which it voluntarily desisted from the proof of claim it submitted on June 29, 2018.

2. On August 15, 2018, this Honorable Court issued an order, directing the Claims Agent to reflect MMSC's voluntary withdrawal of its proof of claim in the Claims Registry.

3. Consequently, MMSC and the undersigned legal counsel respectfully request this Honorable Court to issue and order establishing the cease of notifications in the instant case to MMSC and the undersigned legal counsel.

**WHEREFORE**, MMSC respectfully requests this Honorable Court to take notice of all of the aforementioned and, consequently, to issue an order establishing the cease of notifications in the instant case to MMSC and the undersigned legal counsel.

Case No. 17-BK-3283 (LTS)
Motion for Voluntary Withdraw of Proof of Claim
Page 2

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY** that on his same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II of the CMP Order, as amended on April 4, 2018, (Docket No. 2839 of Case No. 17-03283) "Order Further Amending Case Management Procedures".

In San Juan, Puerto Rico, this 20th day of August 2018.

**BELK & GROVAS LAW OFFICES**
PO Box 194927
San Juan, PR 00919-4927
Tel. (787) 754-2424/Fax (787) 754-2454
E-mail: belkgrovas@gmail.com

BY: *S/James Belk-Arce*
**JAMES BELK-ARCE**
USDC-PR No. 130506

BY: *S/Carlos J. Grovas-Porrata*
**CARLOS J. GROVAS-PORRATA**
USDC-PR No. 209714