UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENT AND
<u>EXTENSION OF TIME TO FILE CERTIFIED ENGLISH TRANSLATION</u>

The Court has received and reviewed the *Motion of Official Committee of Unsecured Creditors for Leave to File Spanish Language Document and Extension of Time to File Certified English Translations* (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Movant"). (Docket Entry No. 3799.) The Court grants Movant's request to file a Spanish language version of the document referenced in the Motion. Movant shall file a certified translation thereof by **August 27, 2018**.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

  This order resolves docket entry no. 3799 in case no. 17-3283.

 SO ORDERED.

Dated: August 23, 2018

                   _/s/ Laura Taylor Swain_
                   LAURA TAYLOR SWAIN
                   United States District Judge