# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re:  Dkt. Nos. 3159, 3283, 3342, 3447, 3705, 3707 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 4780-LTS |
| ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-FERNANDEZ<br><br>Movants,<br><br>-against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Respondent. | **Motion Relates Only to PREPA and Shall be Filed in Both the Lead Case No. 17 BK-3283-LTS and in PREPA's Title III Case No. 17 BK 4780-LTS** |

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**FIFTH CONSENTED-TO MOTION FOR EXTENSION
OF DEADLINES IN CONNECTION WITH
ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-
FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>"), on behalf of

the Puerto Rico Electric Power Authority ("<u>PREPA</u>") pursuant to the authority granted to it under

the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, by and through

its undersigned counsel, respectfully submits this fifth consented-to motion for entry of an order,

substantially in the form attached hereto as **<u>Exhibit A</u>**, further extending the deadlines in connection

with the *Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3159] (the "<u>Motion</u>

<u>for Relief from Automatic Stay</u>") filed by Antonio Fuentes-Gonzales, Maria Ivonne Viguie-

Fernandes, and the conjugal partnership constituted by them (together, the "<u>Movants</u>").[2]  In support

of this motion, AAFAF respectfully states as follows:

## <u>BACKGROUND</u>

On May 25, 2018, the Movants filed the Motion for Relief from Automatic Stay seeking

relief from the automatic stay "for cause" under section 362(d) of title 11 of the United States

Code.  Specifically, the Movants seek a modification of the stay in order to execute their judgment

for monetary relief against PREPA in *Autoridad de Energía Eléctrica v. Antonio Fuentes Gonzales

et al.*, Case No. KEF 2012-0039 (the "<u>Fuentes-Viguie Action</u>").

Pursuant to this Court's order entered on May 25, 2018, opposition papers to the Motion

for Relief from Automatic Stay were originally scheduled to be filed by June 8, 2018, and Movants'

reply papers by June 15, 2018 [Case No. 17-03283, Dkt. No 3162].

---

[2] The Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the Debtors'
representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*
("<u>PROMESA</u>"), 48 U.S.C. §§ 2101-2241, has authorized AAFAF to file this motion on behalf of PREPA.

On June 8, 2018, AAFAF filed the *Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3280] ("First Motion for Extension of Deadlines") seeking a fifteen-day extension of the applicable deadlines because the parties needed time to reach an agreement that may resolve the Fuentes-Viguie Action in its entirety.  On June 11, 2018, this Court entered an order granting the First Motion for Extension of Deadlines [Case No. 17-03283, Dkt. No 3283].

On June 22, 2018, AAFAF filed the *Second Consented-To Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3341] ("Second Motion for Extension of Deadlines") seeking a ten (10) business-day extension of the applicable deadlines because the parties needed time to reach an agreement that may resolve the Fuentes-Viguie Action in its entirety.  On June 22, 2018, this Court entered an order granting the Second Motion for Extension of Deadlines, extending the deadline to file an opposition to July 9, 2018 and the deadline to file a reply to July 13, 2018 [Case No. 17-03283, Dkt. No 3342].

On July 6, 2018, AAFAF filed the *Third Consented-To Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3444] ("Third Motion for Extension of Deadlines") seeking a fourteen (14) business-day extension of the applicable deadlines because the parties needed time to reach an agreement that may resolve the Fuentes-Viguie Action in its entirety.  On July 6, 2018, this Court entered an order granting the Third Motion for Extension of Deadlines, extending the deadline to file an opposition to July 27, 2018 and the deadline to file a reply to August 2, 2018 [Case No. 17-03283, Dkt. No 3447].

2

On July 26, 2018, AAFAF filed the *Fourth Consented-To Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3705] ("Fourth Motion for Extension of Deadlines") seeking a fifteen (15) business-day extension of the applicable deadlines because the parties needed time to complete an agreement that may resolve the Fuentes-Viguie Action in its entirety.  On July 26, 2018, this Court entered an order granting the Fourth Motion for Extension of Deadlines, extending the deadline to file an opposition to August 27, 2018 and the deadline to file a reply to August 30, 2018 [Case No. 17-03283, Dkt. No 3707].

The parties have reached an agreement in principle which has been recently approved by PREPA's Governing Board, that will resolve the Fuentes-Viguie Action in its entirety.  The parties still need additional time to finalize a consented draft of a settlement agreement.  The Movants have requested a fifteen (15) business-day extension of the applicable deadlines.

AAFAF submits that no party or creditor will be prejudiced by this fifth extension.

## RELIEF REQUESTED

By this motion, AAFAF requests a fifteen (15) business-day extension of the applicable deadlines.  AAFAF requests entry of an order extending the deadlines as follows:

- Any objection to the Motion for Relief from Automatic Stay shall be filed by **September 18, 2018**.

- Any reply shall be filed by **September 24, 2018.**

**WHEREFORE,** AAFAF respectfully requests the Court to enter an order, substantially in the form attached hereto as **Exhibit A**, (a) granting the motion and (b) granting such other relief as is just and proper.

Dated: August 27, 2018
     San Juan, Puerto Rico

Respectfully submitted,

THE PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY
AUTHORITY, as Fiscal Agent for PREPA

By its attorneys,

/s/ *Kevin D. Finger*
Kevin D. Finger (*admitted pro hac vice*)
David D. Cleary (*admitted pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: fingerk@gtlaw.com
     clearyd@gtlaw.com

Nathan A. Haynes (*admitted pro hac vice*)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: haynesn@gtlaw.com

Joseph P. Davis (*admitted pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Phone: 617.310.6000
Fax: 617.310.6001
Email: davisjo@gtlaw.com

THE PUERTO RICO ELECTRIC
POWER AUTHORITY

By its attorneys,

*/s/ Arturo Díaz Angueria*
USDC No. 117907

*/s/ Katiuska Bolaños-Lugo*
USDC No. 231812
CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR  00936-4966
Phone: (787) 767-9625
Fax:  (787) 764-4430
Email: adiaz@cnrd.com
        kbolanos@cnrd.com

**<u>Exhibit A</u>**
**Proposed Order**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | Re:  Dkt. Nos. 3159, 3280, 3283, 3341, 3342, 3444, 3447, 3705, 3705 |
| Debtors.[1] | |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |
| ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-FERNANDEZ | |
| Movants, | |
| -against- | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Respondent. | |

*[Caption Continued on the Next Page]*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDER GRANTING FIFTH CONSENTED-TO MOTION FOR
EXTENSION OF DEADLINES IN CONNECTION WITH
ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-
FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon the *Fifth Consented-To Motion for Extension of Deadlines in Connection with
Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic
Stay* (the "Motion")[2] and the Court having found it has subject matter jurisdiction over this matter
pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to
PROMESA section 307(a); and the Court having found that the relief requested in the Motion is
in the best interests of the Debtors, their creditors, and other parties in interest, it is **HEREBY
ORDERED THAT**:

1. The Motion is granted.

2. Any objection to the Motion for Relief from Automatic Stay shall be due on **September
18, 2018**.

3. Any reply shall be due on **September 24, 2018**.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related
to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves docket entry no._____ in Case No. 17-3283, and docket entry no.
_____ in Case No. 17-4780.[3]

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion. The Motion
was also filed as Docket Entry No. _____ in Case No. 17-4780.

[3] Movant previously filed a *Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-
Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay*, a *Second Consented-to Motion
for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's
Motion for Relief from Automatic Stay*, a *Third Consented-to Motion for Extension of Deadlines in Connection with
Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay* , and a *Fourth
Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne
Viguie-Fernandez's Motion for Relief from Automatic Stay*   (Docket Entry Nos. 3280, 3341, 3444, 3705 in Case
No. 17-3283). These prior requests for extension of deadlines were deemed to be consent to an extension of the

SO ORDERED.


Dated: _____, 2018

San Juan, Puerto Rico

_____

LAURA TAYLOR SWAIN

UNITED STATES DISTRICT JUDGE

---

period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion in the *Order Granting Consented-To Motion For Extension Of Deadlines In Connection With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay, Order Granting Second Consented-To Motion For Extension Of Deadlines In Connection With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay,* and the *Order Granting Third Consented-To Motion For Extension Of Deadlines In Connection With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay,* and *Order Granting Fourth Consented-To Motion For Extension Of Deadlines In Connection With Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion For Relief From Automatic Stay* (Docket Entry Nos. 3283, 3342, 3447, 3707 in Case No. 17-3283).