UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in both the lead Case No. 17-BK-3283-LTS and Case No. 17-BK-4780-LTS. |

ORDER GRANTING JOINT MOTION IN COMPLIANCE WITH
ORDER RELATED TO MASTER LINK CORPORATION'S MOTION FOR RELIEF OF STAY

The Court has received and reviewed the *Joint Motion in Compliance with Order Related to Master Link Corporation's Motion for Relief of Stay* (Docket Entry No. 3811 in Case No. 17-3283 and Docket Entry No. 944 in Case No. 17-4780, the "Motion") filed by counsel to

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Master Link Corporation.  The Motion is hereby granted.  The parties shall file the joint status report no later than **September 7, 2018 at 4:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 3811 in Case No. 17-3283 and Docket Entry No. 944 in Case No. 17-4780.

SO ORDERED.

Dated: August 28, 2018

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
United States District Judge