# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MOTION TO WITHDRAW DUPLICATE PROOF OF CLAIM #112806

To the Honorable Court:

Creditor, Cooperativa de Ahorro y Crédito Lomas Verdes ("CLV"), by counsel, respectfully states and prays:

1. On May 29, 2018, CLV filed Proof of Claim #36348.

2. On June 29, 2018, CLV filed Proof of Claim #112806, corresponding to the same amount, and for the same concept and facts as Proof of Claim #36348.[1]

3. Therefore, Proof of Claim #112806 duplicates Proof of Claim #36348.

4. As of the date of filing of this paper, CLV has not received notice of an objection to either of the claims herein referenced.

**NOW WHEREFORE**, CLV respectfully requests: (i) to voluntarily withdraw <u>only</u> Proof of Claim #112806 filed on June 29, 2018 and (ii) that this Honorable Court order the Claims Agent to reflect the withdrawal of only Proof of Claim #112806 in the Claims Registry, with such further relief that is just and proper.

---

[1] Although the entry by Prime Clerk LLC (the "Claims Agent") of the referenced claims in the Claims Registry appears to reflect different amounts, both claims are for the same amount, related to the same facts, and for the same concept.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants including Debtors' counsel and the Acting United States Trustee for Region 21. I further certify that, on this same date, I served the foregoing by mail upon any non-CM/ECF participant "Standard Parties" as this term is identified and defined at ¶ II of the CMP Order, as amended on April 4, 2018, (ECF Docket No. 2839 of Case No. 17-03283) "Order Further Amending Case Management Procedures".

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 28th day of August, 2018.

**DELGADO-MIRANDA LAW OFFICES**
Offices: Calico Court, #173 #2 Rd., Suite 201, Guaynabo, PR 00966
Mail: PMB 112, 130 Winston Churchill Ave., Ste. 1
San Juan, PR 00926
T: (787)717-7178

*S/BRISEIDA Y. DELGADO-MIRANDA*
U.S.D.C.P.R. #223214
E-mail: delgadomirandalaw@gmail.com