UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
                                                                       :
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                                            :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                      :  Title III
                                                                       :
    as representative of                                               :  Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                             :  (Jointly Administered)
                                                                       :
    Debtors.[1]                                                         :
---------------------------------------------------------------------- x

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
INFORMATIVE MOTION REGARDING CONSENSUAL EXTENSION
OF DEADLINE TO OBJECT TO URGENT MOTION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE
SECTIONS 105(a) AND 362, FOR ENTRY OF ORDER ENFORCING AUTOMATIC
STAY AND COURT'S JUNE 29, 2017 ORDER CONFIRMING APPLICATION OF
AUTOMATIC STAY WITH RESPECT TO GDB RESTRUCTURING**

To the Honorable United States District Court Judge Laura Taylor Swain:

    1.    The Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee") hereby submits this informative motion notifying the Court of the Committee's consent to the extension of the deadline for Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") to file an objection to the *Urgent Motion of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Sections 105(a) and 362, for Entry of Order Enforcing Automatic Stay and Court's June 29, 2017 Order Confirming*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*Application of Automatic Stay With Respect to GDB Restructuring* [Docket No. 3797] (the "Stay Motion").[2]

2. By order of this Court, the deadline to file objections to the Stay Motion was set for Wednesday, August 29, 2018, at 4:00 p.m. (AST). *See Order Expediting Consideration of Urgent Motion of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Sections 105(a) and 362, for Entry of Order Enforcing Automatic Stay and Court's June 29, 2017 Order Confirming Application of Automatic Stay with Respect to GDB Restructuring* [Docket No. 3800].

3. The Committee has agreed to extend the deadline for AAFAF to respond to the Stay Motion to Wednesday, August 29, 2018, at 11:59 p.m. (AST).

[*Remainder of page left intentionally blank.*]

---

[2] *See* Sixth Amended Case Management Procedures [Docket No. 3804] ¶ III.I ("However, if an Objection Deadline was set by a separate scheduling order of the Court, any extension must be noticed by the filing of an informative motion.").

2

Dated: August 29, 2018

*/s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James T. Grogan, Esq. (*Pro Hac Vice*)
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesgrogan@paulhastings.com
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

*/s/ Juan J. Casillas*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3