# United States Court of Appeals
## For the First Circuit

No. 18-8014

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

--------------------------------------------------------------------------------

AURELIUS INVESTMENT, LLC; AURELIUS OPPORTUNITIES FUND, LLC; LEX CLAIMS, LLC

Petitioners

v.

COMMONWEALTH OF PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD; UNITED STATES; AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES; OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; CYRUS CAPITAL PARTNERS, L.P.; TACONIC CAPITAL ADVISORS, L.P.; WHITEBOX ADVISORS LLC; SCOGGIN MANAGEMENT LP; TILDEN PARK CAPITAL MANAGEMENT LP; ARISTEIA CAPITAL, LLC; CANYON CAPITAL ADVISORS, LLC; DECAGON HOLDINGS 1, LLC; DECAGON HOLDINGS 2, LLC; DECAGON HOLDINGS 3, LLC; DECAGON HOLDINGS 4, LLC; DECAGON HOLDINGS 5, LLC; DECAGON HOLDINGS 6, LLC; DECAGON HOLDINGS 7, LLC; DECAGON HOLDINGS 8, LLC; DECAGON HOLDINGS 9, LLC; DECAGON HOLDINGS 10, LLC; FIDEICOMISO PLAZA; JOSE F. RODRIGUEZ-PEREZ; ARISTEIA HORIZONS, LP; CRS MASTER FUND, L.P.; CANERY SC MASTER FUND, L.P.; CRESCENT 1, L.P.; CYRUS OPPORTUNITIES

MASTER FUND II, LTD.; CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD.; CYRUS SPECIAL STRATEGIES MASTER FUND, L.P.; GOLDEN TREE ASSET MANAGEMENT LP; MERCED CAPITAL, L.P.; MERCED PARTNERS IV, L.P.; MERCED PARTNERS LIMITED PARTNERSHIP; MERCED PARTNERS V, L.P.; OLD BELLOWS PARTNERS LLP; PANDORA SELECT PARTNERS, L.P.; RIVER CANYON FUND MANAGEMENT, LLC; SB SPECIAL SITUATION MASTER FUND SPC; SCOGGIN INTERNATIONAL FUND, LTD.; SCOGGIN WORLDWIDE FUND LTD.; SEGREGATED PORTFOLIO D; TACONIC MASTER FUND 1.5 LP; TACONIC OPPORTUNITY MASTER FUND LP; TILDEN PARK INVESTMENT MASTER FUND LP; VARDE CREDIT PARTNERS MASTER, LP; VARDE INVESTMENT PARTNERS OFFSHORE MASTER, LP; VARDE INVESTMENT PARTNERS, LP; VARDE SKYWAY MASTER FUND, LP; WHITEBOX ASYMMETRIC PARTNERS, L.P.; WHITEBOX INSTITUTIONAL PARTNERS, L.P.; WHITEBOX MULTI-STRATEGY PARTNERS, L.P.; WHITEBOX TERM CREDIT FUND I L.P.

Respondents
_____

**JUDGMENT**
Entered: August 16, 2018

Consistent with our August 15, 2018 order, the petition for permission to appeal is granted, and the appeal shall proceed under No. 18-1671. All papers filed in Appeal No. 18-8014 will be treated as if also filed in Appeal No. 18-1671.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Laura Taylor Swain
Frances Rios de Moran, Clerk, United States District Court for the District of Puerto Rico
Helgi C. Walker
Theodore B. Olson
Matthew D. McGill
Luis A. Oliver-Fraticelli
Katarina Stipec Rubio
Jeremy Max Christiansen
Lucas Townsend
Lochlan Francis Shelfer
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy William Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown

Carla Garcia-Benitez
Ubaldo M. Fernandez
Chantel L. Febus
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Daniel J. Perez Refojos
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Bradley R. Bobroff
Lucia Chapman
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Scott Rutsky
Steven O. Weise
Maja Zerjal
Ginger D. Anders
William D. Dalsen
Peter D. Doyle
Adele M. El-Khouri
Carl Forbes Jr.
Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen
Chris Theodoridis
Jared D. Zajac
Sarah G. Boyce
Gregg M. Mashberg
Rachel G. Miller Ziegler
Guy Brenner
Andres W. Lopez
Walter Dellinger
Peter M. Friedman
Randall Oppenheimer
John J. Rapisardi
Suzzanne Uhland
William J. Sushon
Jean Lin
Mariana E. Bauza Almonte

Matthew J. Troy
Cesar A. Lopez-Morales
Michael J. Quinn
Ruth A. Harvey
Jonathan E. Jacobson
Jose Ramon Rivera-Morales
Lawrence S. Robbins
Richard A. Rosen
Mark Stancil
Donald Burke
Ariel N. Lavinbuk
Gary A. Orseck
Kyle J. Kimpler
Andres F. Pico-Ramirez
Walter Rieman
Andrew N. Rosenberg
Kathryn S. Zecca
Karen R. Zeituni
Manuel A. Rodriguez Banchs
Sharon L. Levine
Dipesh Patel
Judith E. Rivlin
Teague P. Paterson
Matthew S. Blumin
Antonio Juan Bennazar-Zequeira
Ian Heath Gershengorn
Richard B. Levin
Lindsay C. Harrison
Robert D. Gordon
Catherine Steege
Melissa M. Root
William Dreher
Diana M. Batlle-Barasorda
Juan J. Casillas-Ayala
Luc A. Despins
Alberto Juan Enrique Aneses-Negron
Georg Alexander Bongartz
Andrew V. Tenzer
Michael E. Comerford
Ericka C. Montull-Novoa
Sylvia M. Arizmendi-Lopez de Victoria
Rafael Escalera-Rodriguez
Charles J. Cooper
Fernando Van Derdys
Eric Kay
Eric Winston

Carlos R. Rivera-Ortiz
Susheel Kirpalani
David Michael Cooper
Gustavo Adolfo Pabon-Rico
Howard C. Nielson Jr.
Haley N. Proctor
Daniel Salinas
Kate Scherling
Michael W. Kirk
John Ohlendorf