## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

———————————————————————

In re:                                                    )
                                                          )
                                                          )        PROMESA
THE FINANCIAL OVERSIGHT AND                               )        Title III
MANAGEMENT BOARD FOR PUERTO RICO,                         )
                                                          )        Case No. 3:17-bk-03283 (LTS)
            as representative of                          )        (Jointly Administered)
                                                          )
THE COMMONWEALTH OF PUERTO RICO, *et al.*                 )
                                                          )
            Debtors.[1]                                   )
                                                          )
———————————————————————                      X
                                                          )
In re:                                                    )
                                                          )
                                                          )
THE FINANCIAL OVERSIGHT AND                               )
MANAGEMENT BOARD FOR PUERTO RICO,                         )        PROMESA
                                                          )        Title III
            as representative of                          )
                                                          )        Case No. 3:17-bk-03566 (LTS)
THE EMPLOYEES RETIREMENT SYSTEM OF THE                    )
GOVERNMENT OF THE COMMONWEALTH OF                         )
PUERTO RICO (ERS),                                        )
                                                          )
            Debtor.                                       )
                                                          )
------------------------------------------------------------------ x

———————————————————

[1]       The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## <u>NOTICE OF APPEAL</u>

**TO THE HONORABLE COURT:**

Notice is hereby given that the Puerto Rico Funds,[2] movants and parties in interest in the above-captioned Title III proceedings, hereby appeal to the United States Court of Appeals for the First Circuit from the order entered in the United States District Court for the District of Puerto Rico on August 21, 2018 [Docket No. 318, Case No. 17-BK-3566; Docket No. 3793, Case No. 17-BK-3283] (the "<u>Order</u>"), which denied the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 289, Case No. 17-BK-3566; Docket No. 3418, Case No. 17-BK-3283]. A copy of the Order is attached hereto.

The parties to the Order appealed from and the names of their respective attorneys are as follows:

---

[2]     The Puerto Rico Funds include the following: Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., SV Credit, L.P., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund.

2

Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**PROSKAUER ROSE LLP**
Martin J. Bienenstock (*pro hac vice*)
Kevin J. Perra (*pro hac vice*)
Brian Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Jared D. Zajac (*pro hac vice*)
Eleven Times Square
New York, NY 10036

Timothy W. Mungovan (*pro hac vice*)
William D. Dalsen (*pro hac vice*)
Michael R Hackett (*pro hac vice*)
One International Place
Boston, MA 02110

Paul V. Possinger (*pro hac vice*)
70 West Madison
Suite 3800
Chicago, IL 60602

Steven O. Weise (*pro hac vice*)
2049 Century Park East
Suite 3200
Los Angeles, CA 900067

**O'NEILL & BORGES LLC**
Hermann D. Bauer
250 Muñoz Rivera Avenue
Suite 800
San Juan, PR 00918

**LEGAL PARTNERS PSC**
Luis F Del Valle Emmanuelli
Box 316
Senorial  Station
San Juan, PR 00926

**OF COUNSEL FOR
A&S LEGAL STUDIO, PSC**
434 Avenida Hostos
San Juan, PR 00918

Intervener and Party in Interest the Official Committee of Retired Employees of Puerto Rico

**JENNER & BLOCK LLP**
Robert Gordon (*pro hac vice*)
Richard Levin (*pro hac vice*)
919 Third Ave
New York, NY 10022

Catherine Steege (*pro hac vice*)
Melissa Root (*pro hac vice*)
353 N. Clark Street
Chicago, IL 60654

**BENNAZAR, GARCÍA & MILIÁN, C.S.P.**
A.J. Bennazar-Zequeira
Héctor Mayol Kauffmann
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, PR 00918

Movants and Parties in Interest Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree

Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.

**JONES DAY**                                      **DELGADO & FERNÁNDEZ, LLC**
Bruce Bennett (*pro hac vice*)                     Alfredo Fernández-Martínez
555 South Flower Street                            PO Box 11750
Fiftieth Floor                                     Fernández Juncos Station
Los Angeles, California 90071                      San Juan, PR 00910

Benjamin Rosenblum (*pro hac vice*)
James M. Gross (*pro hac vice*) 250
Vesey Street
New York, NY 10281

Geoffrey S. Stewart (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Christopher J. DiPompeo (*pro hac vice*)
Sparkle L. Sooknann (*por hac vice*)
51 Louisiana Ave. N.W.
Washington, DC 20001

Movants and Parties in Interest Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax- Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax- Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax- Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.

**WHITE & CASE LLP**                               **SÁNCHEZ PIRILLO LLC**
John K. Cunningham (*pro hac vice*)                José C. Sánchez-Castro
Glenn M. Kurtz (*pro hac vice*)                    Alicia I. Lavergne-Ramírez
1221 Avenue of the Americas                        Maraliz Vázquez-Marrero
New York, NY 10036                                 270 Muñoz Rivera Avenue
                                                   Suite 1110
Jason N. Zakia (*pro hac vice*)                    San Juan, PR 00918
Cheryl T. Sloane (*pro hac vice*)
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

**RESPECTFULLY SUBMITTED.**

 WE CERTIFY that on August 30, 2018, we caused to be electronically filed the foregoing

Notice of Appeal with the Clerk of Court, using the CM/ECF system, which will send

notification of such filing to all counsel of record.

In San Juan, Puerto Rico, August 30, 2018.

By:

| | |
|---|---|
| */s/ Alicia I. Lavergne-Ramirez* | */s/ John K. Cunningham* |
| José C. Sánchez-Castro | Glenn M. Kurtz (*pro hac vice*) |
| USDC-PR 213312 | John K. Cunningham (*pro hac vice*) |
| jsanchez@sanpir.com | WHITE & CASE LLP |
| | 1221 Avenue of the Americas |
| Alicia I. Lavergne-Ramírez | New York, NY 10036 |
| USDC-PR 215112 | Tel. (212) 819-8200 |
| alavergne@sanpir.com | Fax (212) 354-8113 |
| | gkurtz@whitecase.com |
| Maraliz Vázquez-Marrero | jcunningham@whitecase.com |
| USDC-PR 225504 | |
| mvazquez@sanpir.com | Jason N. Zakia (*pro hac vice*) |
| | Cheryl T. Sloane (*pro hac vice*) |
| SÁNCHEZ & PIRILLO LLC | WHITE & CASE LLP |
| 270 Muñoz Rivera Avenue, Suite 1110 | 200 S. Biscayne Blvd., Suite 4900 |
| San Juan, PR 00918 | Miami, FL 33131 |
| Tel. (787) 522-6776 | Tel. (305) 371-2700 |
| Fax: (787) 522-6777 | Fax (305) 358 5744 |
| | jzakia@whitecase.com |
| | csloane@whitecase.com |

| | |
|---|---|
| *Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund* | *Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto* |

*Rico Fund, Inc., Tax-Free Puerto Rico
Fund II, Inc., Tax-Free Puerto Rico
Target Maturity Fund, Inc., and UBS IRA
Select Growth & Income Puerto Rico
Fund*

**<u>ATTACHMENT</u>**

Order