IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------- x
*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]
------------------------------------------------------------- x
THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF
PUERTO RICO,

    as agent of

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiff,

v.

BETTINA WHYTE,

    as agent of

PROMESA
Title III
Case No. 17-BK-3283 (LTS)
(Jointly Administered)

Adv. Proc. No. 17-00257-LTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

THE FINANCIAL OVERSIGHT AND : 
MANAGEMENT BOARD FOR PUERTO RICO : 
: 
       as representative of : 
: 
THE PUERTO RICO SALES TAX FINANCING : 
CORPORATION, : 
: 
       Defendant. : 
---------------------------------------------------------------- X

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Stephen T. Mangiaracina, Esq. , applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of Stephen T. Mangiaracina, Esq., with offices at:

| Address | 5 Salem Road |
|---|---|
|  | Hilton Head Island SC 29928 |
| Email | STMangiaracina@aol.com |
| Telephone No. | (843) 785-5800 |
| Fax No. | (843) 785-4100 |

2. Applicant will sign all pleadings with the name Stephen T. Mangiaracina, Esq.

3. Applicant has been retained personally or as a member of the above-named firm by   Pro Se   to provide legal representation in connection with the above- styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 05/04/1987, applicant has been and presently is a member in good standing of the bar of the highest court of the State of   South Carolina , where applicant regularly practices law. Applicant's bar license number is 8970.

Application and Order for Admission Pro Hac Vice (05/2017)

Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Appellate Div. of the Supreme Court of NY, 2nd Dept. | 01/30/1980 |
| US Court of Appeals, 2nd Circuit | 03/17/1983 |
| US District Court, Southern District of NY | 03/28/1980 |
| US District Court, Eastern District of NY | 04/01/1980 |
| Florida Supreme Court | 07/04/1980 |
| South Carolina Supreme Court | 07/04/1980 |
| Supreme Court of United States | 12/15/1997 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

Date of Application:                Case Number and Style:

_____

_____

_____

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Glenn Carl James |

USDC-PR Bar No. 207, 706

| | |
|---|---|
| Address | PMB 501<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, PR 00966-2700 |
| Email | glenncarljameslawoffices@gmail.com |
| Telephone No. | (787) 763-2888 |
| Fax No. | |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 08/30/2018

Stephen T. Mangiaracina, Esq.<br>
Printed Name of Applicant<br>
<br>
/s/ Stephen T. Mangiaracina, Esq.<br>
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: August 30, 2018

Glenn Carl James, Esq.
Printed Name of Local Counsel

/s/ Glenn Carl James, Esq.
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

/s/ Stephen T. Mangiaracina, Esq.
Signature of Applicant

/s/Glenn Carl James
Glenn Carl James, Esq.
USDC-PR 207,706
JAMES LAW OFFICE
PMB 501
1353 Ave. Luis Vigoreaux
Guaynabo, PR 00966-2700
Tel (787)763-2888
Email: glenncarljameslawoffices@gmail.com

**Application and Order for Admission Pro Hac Vice (05/2017)**
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

**I HEREBY CERTIFY:** I hereby certify that on 30 day of August, 2018, I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, 30th of August, 2018.

/s/Glenn Carl James
Glenn Carl James, Esq.
USDC-PR 207,706
JAMES LAW OFFICE
PMB 501
1353 Ave. Luis Vigoreaux
Guaynabo, PR 00966-2700
Tel.(787)763-2888
E-mail:
glenncarljameslawoffices@gmail.com

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

D        the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

D        the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this_____day of_____,_____.

_____
**U.S. DISTRICT JUDGE**

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.