```
Court Name: District Court
Division: 1
Receipt Number: PRX100057583
Cashier ID: arodrigu
Transaction Date: 08/30/2018
Payer Name: JAMES-HERNANDEZ, GLENN CARL
----------------------------------------
PRO HAC VICE
 For: JAMES-HERNANDEZ, GLENN CARL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: JAMES-HERNANDEZ, GLENN CARL
 Check/Money Order Num: 2833
 Amt Tendered:   $300.00
----------------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF
STEPHEN T. MANGIARACINA

THRU: JAMES-HERNANDEZ, GLENN CARL
```