## hcobo@hcounsel.com

| | |
|---|---|
| **From:** | prd_docketing@prd.uscourts.gov |
| **Sent:** | Wednesday, June 28, 2017 1:24 PM |
| **To:** | prd_docketing@prd.uscourts.gov |
| **Subject:** | Activity in Case 3:16-cv-02516-GAG Cosme-Calderon v. Cuerpo de Emergencias Medicas del E.L.A. de Puerto Rico et al Order on Motion to Dismiss for Failure to State a Claim |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Puerto Rico

## Notice of Electronic Filing

The following transaction was entered on 6/28/2017 at 1:24 PM AST and filed on 6/28/2017
**Case Name:** Cosme-Calderon v. Cuerpo de Emergencias Medicas del E.L.A. de Puerto Rico et al
**Case Number:** 3:16-cv-02516-GAG
**Filer:**
**Document Number:** 12(No document attached)

Docket Text:
**ORDER: Defendants motion to dismiss the complaint for failure to state a claim (Docket No. 8) is DENIED. Defendants raise two arguments for dismissal: (1) Plaintiffs complaint does not plead the required elements of the ADA, so the retaliation and hostile work environment claims must be dismissed; and (2) any claim for damages against the Commonwealth is barred by Eleventh Amendment sovereign immunity. Id. The first argument fails because Plaintiffs complaint states a plausible claim for relief under the ADA. Roman-Oliveras v. P.R. Elec. Power Auth., 655 F.3d 43, 48-49 (1st Cir. 2011). Second, Defendants remedies argument is inappropriate at this early stage. See Espinal-Dominguez v. Commonwealth of P.R., 352 F.3d 490, 497-99 (collateral order doctrine bars appellate review of a denial of a motion to dismiss on the grounds of Eleventh Amendment immunity). Aside from monetary relief, Plaintiff seeks injunctive, declaratory, and equitable relief, for which sovereign immunity provides no shield. Once the facts are gathered, the strength of Plaintiff's case may be tested at summary judgment. Signed by Judge Gustavo A. Gelpi on 6/28/2017. (GC)**

**3:16-cv-02516-GAG Notice has been electronically mailed to:**

Idza Diaz-Rivera    diazrivera74@gmail.com, idiaz@justicia.pr.gov, martorres@justicia.pr.gov, spenagaricano@justicia.pr.gov, wburgos@justicia.pr.gov

1