# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE:  August 31, 2018**

BK Case: 17-3283 LTS (PROMESA)

**Prior USCA Case #:** N/A

**APPEAL FEE PAID:**          YES _____          NO _X_

**CASE CAPTION: In Re: Commonwealth of Puerto Rico**

**IN FORMA PAUPERIS:**          YES _____          NO _X_

**MOTIONS PENDING:**          YES _____          NO _X_

**NOTICE OF APPEAL FILED BY** AAA PORTFOLIO BOND FUND INC, Puerto Rico AAA Portfolio Bond Fund II, Inc, Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Mortgage-Backed &U.S Government Securities Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., UBS IRA Select Growth & Income Puerto Rico Fund.

**APPEAL FROM:**          **Order entered on 8/21/2018.**

**SPECIAL COMMENTS:**          **Copies of original documents**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

                                                                                          **VOLUMES:**

**Docket  Entries    3834, 3793 & 3418**                                                  **I**

I HEREBY CERTIFY  that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court
S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Appeals Clerk