IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2018 AUG 24 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

|| CASE NO. 17-BK-3283-LTS

IN RE: THE FINANCIAL OVERSIGHT
MANAGEMENT BOARD FOR PUERTO
RICO

as representative of THE
COMMONWEALTH OF PUERTO RICO

SECOND AMENDED NOTICE OF APPEAL

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): JAVIER MANDRY-MERCADO

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff ☐ Defendant
   ☐ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Co Creditor
   ☐ Trustee
   ☐ Other (describe) Injured-in-fact

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: SEE PART 4.

2. State the date on which the judgment, order, or decree was entered:
   July 11, 2018 - Docket 3489

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: COMMONWEALTH OF PR
   Attorney: WANDYMAR BURGOS-VARGAS
   Deputy Secretary in Litigation
   Department of Justice

P.o. Box 9020192
San Juan. Puerto Rico 00902-0192
Phone: 787-721-2940 Ext. 2500. 2501

2. Party: SUCN PASTOR MANDRY MERCADO
ATTORNEY:
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
9140 MARINA ST., SUITE 801
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com

Part 4: This amendment addresses issues that affect the matter being subjected for review on appeal (inverse condemnation claim which was subjected to an automatic stay), but also by addressing core-matters which envelop the automatic stay per se. I claim that it is part of a larger conspiracy. The next motion (reply to motion to show cause at appelate level will explain why there is an under-lying question of law regarding the application of the Promesa Act.

Furthermore, this amendment supplements the dockets transmitted, as per docket 1182 and 2662.

The relevant docket entries needed to supplement the appellate record are: 3475 and 3489

**Part 5: Sign below**

_____    Date: August 20, 2018
Signature of attorney for appellant(s) (or appellant(s) if not represented

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
JAVIER MANDRY-MERCADO
1326 CALLE SALUD APT 1101
PONCE, PR 00717
787-685-3739