JAVIER MANDRY
1326 CALLE SALUD APT 1101
PONCE, PR 00717

SAN JUAN PR 009

23 AUG 2018 PM 1 L

FOREVER

RECEIVED & FILED
2018 AUG 24  PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

OFFICE OF THE CLERK
FEDERAL BUILDING ROOM 150
150 AVE CARLOS CHARDON
SAN JUAN, PR 00918

0091881706