## EXHIBIT A

**PROPOSED ORDER**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x

In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
          as representative of                               :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                    :   (Jointly Administered)
                                                             :
          Debtors.[1]                                        :
------------------------------------------------------------------------ x

### ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS  FOR LEAVE TO EXCEED PAGE LIMITS IN ITS OMNIBUS REPLY TO OBJECTIONS TO COMMITTEE'S URGENT MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 362, FOR ENTRY OF ORDER ENFORCING AUTOMATIC STAY AND COURT'S JUNE 29, 2017 ORDER CONFIRMING APPLICATION OF AUTOMATIC STAY WITH RESPECT TO GDB RESTRUCTURING

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Objections to Committee's Urgent Motion, Pursuant to Bankruptcy Code Sections 105(a) and 362, for Entry of Order Enforcing Automatic Stay and Court's June 29, 2017 Order Confirming Application of Automatic Stay with Respect to GDB Restructuring* (the "Urgent Motion")[2] seeking leave to exceed the fifteen (15) page limit for memoranda of law in support of replies set by the Case Management Procedures, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Urgent Motion.

Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is

proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the

Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other

parties in interest; and (iv) due and proper notice of the Urgent Motion has been provided under

the particular circumstances and no other or further notice need be provided.  Accordingly, it is

hereby ORDERED THAT:

1.      The Urgent Motion is GRANTED as set forth herein

2.      The Committee may exceed the 15-page per-motion reply brief limit set in the

Case Management Procedures by filing an Omnibus Reply not to exceed twenty (20) pages,

exclusive of the cover page, table of contents, table of authorities, signature page, exhibits, and

the certificate of service.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.


Dated:   September ___, 2018


_____

HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE