## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

## INFORMATIVE MOTION OF
## FINANCIAL GUARANTY INSURANCE COMPANY PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE SEPTEMBER 13, 2018 OMNIBUS HEARING

Financial Guaranty Insurance Company ("*FGIC*"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company Pursuant to Order Regarding Procedures for Attendance, Participation and Observation of September 13,2018, Omnibus Hearing* (the "*Motion*"). In support of the Motion, FGIC respectfully states as follows:

1.       María Emilia Picó intends to appear on behalf of FGIC at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.       María Emilia Picó reserves the right to be heard on any matter raised by any party at the hearing related to the Title III cases or the interests of FGIC.

Wherefore, FGIC requests that the Court take notice of the foregoing.

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: September 6, 2018

San Juan, Puerto Rico

Respectfully submitted,

REXACH & PICÓ, CSP

By: s/ María Emilia Pico
    María Emilia Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: s/ Martin A. Sosland
    Martin A. Sosland
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*