# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | **PROMESA**<br>**Title III** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>**(Jointly Administered)** |
| As a representative of | Re: ECF No. 2729, 2800, 2801, 3017<br>**Objections:** None |
| **THE COMMONWEALTH OF PUERTO RICO** *et al*., | Hearing date: September 13, 2018 at 9:30 a.m. (Atlantic Standard Time) |
| Debtors.[1] | |

## FEE EXAMINER'S SECOND SUPPLEMENTAL REPORT, STATUS REPORT, AND INFORMATIVE MOTION ON UNCONTESTED FEE APPPLICATIONS FOR THE FIRST (MAY 3-SEPTEMBER 30, 2017) AND SECOND (OCTOBER 1, 2017-JANUARY 31, 2018) INTERIM COMPENSATION PERIODS—ALL RECOMMENDED FOR COURT APPROVAL AT OR BEFORE THE OMNIBUS HEARING SCHEDULED FOR SEPTEMBER 13, 2018 AT 9:30 A.M. (AST)

TO:   HON. LAURA TAYLOR SWAIN,
       UNITED STATES DISTRICT JUDGE

### SUPPLEMENTAL REPORT

On May 30, 2018, the Fee Examiner filed the *Fee Examiner's Second Report on Professional Fees and Expenses:  I. Summary of Uncontested Fee Applications for the Second Interim Compensation Period (October 1, 2017-January 31, 2018)*; and *II. Notice of Deferral of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*17 Second Interim Fee Applications and Five First Interim Period Applications for Consideration at the July 25, 2018 Omnibus Hearing or a Later Date* [Dkt. No. 3193] (the "Second Interim Fee Period Report"). The report recommended the approval of 26 interim fee applications for the First (May 3-September 30, 2017) and Second (October 1, 2017-January 31, 2018) Interim Fee Periods and notified the Court, the parties and the public of the consensual deferral of a group of First and Second Interim Fee Period applications for consideration at a later date (the "Deferred First and Second Interim Fee Applications").

On June 6, 2018, the Court held a hearing on the Second Interim Fee Period Report and, on June 8, 2018, the Court entered the *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Second Interim Compensation Period From October 1, 2017 Through January 31, 2018* [Dkt. No. 3279] (the "Second Interim Compensation Order").

On July 18, 2018, the Fee Examiner filed the *Fee Examiner's Supplemental Report, Status Report, and Informative Motion on Uncontested Fee Applications for the First (May 3-September 30, 2017) and Second (October 1, 2017-January 31, 2018) Interim Compensation Periods – All Recommended for Court Approval at or Before the Omnibus Hearing on July 25, 2018 at 9:30 A.M. (AST)* [Dkt. No. 3613] (the "First Supplemental Report") recommending the Court's approval of nine Deferred First and Second Interim Fee applications, many with adjustments. On July 20, 2018, the Court entered the *Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First and Second Interim Compensation Periods from May 3 Through September 30, 2017 and From October 1, 2017 Through January 31, 2018* [Dkt.

2

No. 3656] approving, without the need for a hearing, the recommended Deferred First and Second Interim Fee Applications.

This supplement (the "Second Supplemental Report") recommends for approval, on an uncontested basis, four additional Deferred First and Second Interim Fee Applications. The remaining Deferred First and Second Interim Fee Applications listed on the attached **Exhibit B** will, with the continued consent of the applicants and with the Court's permission, be deferred for consideration to the November 7, 2018 omnibus hearing or a later date. Also in connection with the November 7, 2018 omnibus hearing, the Fee Examiner will report on a group of interim fee applications covering the Third Interim Fee Period (February 1 through May 31, 2018), most filed on or around July 16, 2018. Through the Third Interim Fee Period, the total fees and expenses submitted through the interim fee application process stands at $225 million.

The fee review process and findings outlined in the Fee Examiner's previous reports apply with equal force to the Deferred First and Second Interim Fee Applications now recommended for Court approval, as adjusted. These include:

1. *Second Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor From October 1, 2017 Through January 31, 2018* [Dkt. No. 3017]

Deloitte Financial Advisory Services LLP ("Deloitte") requested approval of $882,513.00 in fees and $85,109.86 in expense reimbursements for services provided during the Second Interim Fee Period. The Fee Examiner identified inconsistencies in the recording of calls and meetings, several billing errors, duplicative billing and expense requests, and a number of travel expenses that did not comply with the Fee Examiner's guidelines. In response, Deloitte either accepted recommended reductions or provided adequate explanatory information to address the concerns. The Fee Examiner now recommends Court approval of this application, as adjusted and outlined on **Exhibit A**.

3

2. *Second Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period From October 1, 2017 Through January 31, 2017* [Dkt. No. 2729].

Luskin, Stern & Eisler LLP ("LSE") requested approval of $91,237.50 in fees and $1,329.64 in expense reimbursements. The Fee Examiner identified concerns about duplication of efforts among Financial Oversight and Management Board professionals, staffing inefficiencies, vague task descriptions, and inconsistently recorded time to send or receive emails. LSE either accepted recommended reductions or provided adequate explanatory information to address the concerns. The Fee Examiner now recommends Court approval of this application, as adjusted and outlined on **Exhibit A**. He also notes the continuing concern about duplication of services provided by multiple professional firms and, again, suggests that the entities subject to PROMESA sections 316 and 317 re-examine the need for more than one principal law firm.

3. *Second Interim Fee Application of Greenberg Traurig, LLP, as Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, as Fiscal Agent for the Puerto Rico Electric Power Authority, for the Period From October 1, 2017 Through and Including November 30, 2017* [Dkt. No. 2801].

    *Second Interim Fee Application of Greenberg Traurig, LLP, as Counsel for the Puerto Rico Electric Power Authority and the Puerto Rico Fiscal Agency and Financial Advisory Authority, as Fiscal Agent for the Puerto Rico Electric Power Authority, for the Period From October 1, 2017 Through January 31, 2018* [Dkt. No. 2800].

In the Second Omnibus Fee Order [Dkt. No. 3279], the Court awarded Greenberg Traurig, LLP ("Greenberg") adjusted fees and expenses requested in its two second interim fee applications. The Fee Examiner noted that a number of Greenberg's expenses remained subject to verification and would likely be recommended for reimbursement in a subsequent report, if they were adequately documented. *See Amended Notice of Presentment of Proposed Omnibus*

4

*Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Second Interim Compensation Period From October 1, 2017 Through January 31, 2018* [Dkt. No. 3258], Exh. A, n.1.  Greenberg now has either documented the questioned expenses or agreed to accept reductions to address the Fee Examiner's concerns. The Fee Examiner now recommends Court approval of the additional expenses, as adjusted and outlined on **Exhibit A**.

## STATUS REPORT

The Fee Examiner provides these brief additional updates on specific aspects of the fee review process that the Fee Examiner, his counsel, and the Court discussed on the record at the June 6, 2018 omnibus hearing and that were the subject of incremental reporting in the First Supplemental Status Report and in continuing discussions with the professionals subject to fee review under PROMESA.

***Alternative Fee Review Protocol for McKinsey & Company, Inc., Washington, D.C.***

As noted in the First Supplemental Status Report, the Fee Examiner and counsel met in person with McKinsey representatives in mid-June to discuss the development of an appropriate protocol for the Fee Examiner's review and comment on McKinsey's two pending interim fee applications [Dkt. Nos. 2073 and 2076], as well as its subsequent applications.  On July 12, 2018, McKinsey sent the Fee Examiner a catalogue of possible approaches arising from the meeting that, in addition to other measures and metrics, would allow a recommendation to the Court on McKinsey's compliance with sections 316 and 317 of PROMESA.  One of those items was an on-site visit at McKinsey's Washington, D.C., offices that took place for much of August 21, 2018.

The Fee Examiner and his counsel spent most of that the day with McKinsey professionals, interviewing individual timekeepers, observing work sessions, and gathering work

5

product and other documentation. The Fee Examiner's review of these materials is ongoing, and he is reviewing additional documentation submitted after the site visit. The Fee Examiner plans to prepare and submit a report and recommendations on all three of McKinsey's pending interim fee applications in connection with the November 7, 2018 omnibus hearing on a group of interim applications for the Third Interim Fee Period.

*Additional Fee "Measures"*

After consultation with the principal parties, the Fee Examiner filed on August 21 the *Motion to Impose Presumptive Standards and Timeliness Requirements for Professional Fee Applications* [Dkt. No. 3790] (the "Presumptive Standards Motion"). Following the filing, the Fee Examiner engaged in extensive additional discussions with the interested parties, resulting in an agreed form of order submitted to the Court under certification of counsel on August 31, 2018 [Dkt. No. 3849]. The Presumptive Standards Motion is scheduled for hearing at the September 13, 2018 omnibus.

## INFORMATIVE MOTION

Pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of September 13-14, 2018, Omnibus Hearing* [Dkt. No. 3860], the Fee Examiner notes that:

1. Pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269], the Court may grant an Interim Fee Application without a hearing if the Fee Examiner files a Fee Examiner Report recommending approval of the Interim Fee Application(s) in full or in part, and there are no objections from a party in interest. *Id.* at ¶ 2(j). There have been no objections filed to any interim fee application.

2. The Fee Examiner and/or his counsel, Katherine Stadler of Godfrey & Kahn S.C. and Eyck O. Lugo Rivera of EDGE Legal Strategies, PSC may appear in person if necessary to respond to any professional fee-related matters raised by the Court at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 and to participate in any hearing on the Presumptive Standards Motion and the Deferred First and Second Interim Fee Period applications recommended in this Report.[2]

3. Attached to this Supplemental Report as **Exhibit C** is a proposed *Second Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First and Second Interim Compensation Periods From May 3 Through September 30, 2017 and From October 1, 2017 Through January 31, 2018*.

4. In the event that the Court enters an order resolving the Presumptive Standards Motion and the order attached as **Exhibit C** prior to September 12, 2018, the Fee Examiner and his counsel will not plan to attend the hearing in person or by videoconference unless their attendance and participation is requested by the Court.

---

[2] If no professional fee-related matter goes forward on September 13, the Fee Examiner will request permission to monitor the omnibus hearing by phone.

Dated: September 5, 2018.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

> EDGE LEGAL STRATEGIES, PSC
>
> *s/Eyck O. Lugo*
> Eyck O. Lugo
> 252 Ponce de León Avenue
> Citibank Tower, 12th Floor
> San Juan, PR 00918
> Telephone: (787) 522-2000
> Facsimile: (787) 522-2010
>
> *Puerto Rico Counsel for Fee Examiner*
>
> GODFREY & KAHN, S.C.
> One East Main Street, Suite 500
> Madison, WI 53703
> Telephone: (608) 257-3911
> Facsimile: (608) 257-0609
>
> Brady Williamson (*Pro Hac Vice*)
> *Fee Examiner*
>
> Katherine Stadler (*Pro Hac Vice*)
> *Counsel for the Fee Examiner*

19454626.1

# EXHIBIT A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Exhibit A

**Second Interim Fee Period Applications: Uncontested for September 13, 2018 hearing**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval | |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to Debtors* | | | | | | | | | |
| 1 | **Luskin Stern & Eisler LLP [Dkt. No. 2729]** | 10/01 - 1/31/2018 | $ 91,237.50 | $ 2,367.83 | $ 1,329.64 | $ - | | $ 88,869.67 | $ 1,329.64 | |
| | *Financial Advisors to Government of Puerto Rico* | | | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 3017]** | 10/01 - 01/31/2018 | $ 882,513.00 | $ 14,635.22 | $ 85,109.86 | $ 10,295.61 | yes | $ 867,877.78 | $ 74,814.25 | |
| | Bankruptcy Counsel the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA | | | | | | | | | |
| 3 | **Greenberg Traurig, LLP [Dkt. No. 2801]** | 10/01 - 1/31/2018 | $ 1,150,090.31 | $ 68,699.38 | $ 25,944.10 | $ 3,477.39 **FN1** | | Previously approved *See* Dkt. No. 3279 | $ 22,466.71 | **FN2** |
| | Bankruptcy Counsel to PREPA | | | | | | | | | |
| 4 | **Greenberg Traurig, LLP [Dkt. No. 2800]** | 10/01 / 1/31/2018 | $ 4,423,132.83 | $ 68,699.38 | $ 112,804.65 | $ 3,477.39 **FN1** | | Previously appoved *See* Dkt. No. 3279 | $ 109,327.26 | **FN3** |

**FN1** - This expense adjustment supersedes the previously-ordered expense adjustment of $22,997.17. *See* Dkt. Nos. 3258, 3279.

**FN2** - This reccommended expense approval supersedes the previously-ordered expense award of $2,946.93. *See* Dkt. Nos. 3258, 3279, representing $19,519.78 in newly-verified expenses.

**FN3** - This reccommended expense approval supersedes the previously-ordered expense award of $89,807.48. *See* Dkt. Nos. 3258, 3279, representing $19,519.78 in newly-verified expenses.

# EXHIBIT B

Case:17-03283-LTS Doc#:3865 Filed:09/05/18 Entered:09/05/18 18:31:09 Desc: Main Document Page 12 of 18

Exhibit B

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**First and Second Interim Fee Period Applications:  Unresolved**

|  | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
|  | *Bankruptcy Counsel to Debtors Commonwealth* | | | | | | | | |
| 1-a | **Proskauer Rose LLP [Dkt. No. 2868]** | 10/01 - 01/31/2018 | $ 5,453,686.60 | | $ 294,582.75 | | yes | | |
|  | *Bankruptcy Counsel to Debtors COFINA* | | | | | | | | |
| 1-b | **Proskauer Rose LLP [Dkt. No.2870]** | 10/01 - 01/31/2018 | $ 562,239.80 | | $ 5,584.22 | | yes | | |
|  | *Bankruptcy Counsel to Debtors ERS* | | | | | | | | |
| 1-c | **Proskauer Rose LLP [Dkt. No. 2872]** | 10/01 - 01/31/2018 | $ 2,121,996.20 | | $ 52,896.53 | | yes | | |
|  | *Bankruptcy Counsel to Debtors PREPA* | | | | | | | | |
| 1-d | **Proskauer Rose LLP [Dkt. No. 2876]** | 10/01 - 01/31/2018 | $ 2,062,304.20 | | $ 37,003.99 | | yes | | |
|  | *Bankruptcy Counsel to Debtors HTA* | | | | | | | | |
| 1-e | **Proskauer Rose LLP [Dkt. No. 2874]** | 10/01 - 01/31/2018 | $ 1,256,420.60 | | $ 39,216.07 | | yes | | |
|  | *Strategic Consultants to Debtors* | | | | | | | | |
| 2-a | **McKinsey & Company, Inc. [Dkt. No. 2073]** | 05/03 - 09/30/2017 | $ 5,120,000.00 | | $ - | | | | |
|  | *Strategic Consultants to Debtors* | | | | | | | | |
| 2-b | **McKinsey & Company, Inc. [Dkt. No.2756]** | 10/01 - 1/31/2018 | $ 6,550,000.00 | | $ - | | | | |
|  | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 3 | **Citigroup Global Markets Inc. [Dkt. No. 2944]** | 1/27/2017 - 1/31/2018 | $ 625,000.00 | | $ 60,971.21 | | | | |
|  | *Macroeconomic Consultant to Debtors* | | | | | | | | |
| 4 | **Andrew Wolfe [Dkt. No. 2718]** | 10/01 - 1/31/2018 | $ 100,000.00 | | $ 12,391.30 | | | | |
|  | *Financial Advisors to the Puerto Rico Fiscal Agency and Financial Advisory Authority* | | | | | | | | |
| 5-a | **Ankura Consulting Group, LLC [Dkt. No. 2751]** | 10/01 - 1/31/2018 | $ 3,937,979.00 | | $ 175,457.10 | | | | |
|  | *Financial Advisors to PREPA* | | | | | | | | |
| 5-b | **Ankura Consulting Group, LLC [Dkt. No. 2755]** | 10/01 - 1/31/2018 | $ 3,475,283.50 | | $ 153,684.90 | | | | |
|  | *Financial Advisor to Official Committee of Unsecured Creditors* | | | | | | | | |
| 6 | **Zolfo Cooper, LLC [Dkt. No. 2739]** | 10/01 - 1/31/2018 | $ 1,965,880.50 | | $ 9,725.67 | | | | |

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>**(Jointly Administered)** |
| As a representative of | Re: Dkt. Nos. 2729, 2800, 2801, 3017 |
| **THE COMMONWEALTH OF PUERTO RICO**<br>*et al.*, | Hearing date: September 13, 2018 at 9:30 a.m.<br>(Atlantic Standard Time) |
| Debtors.[1] | |

**SECOND SUPPLEMENTAL OMNIBUS ORDER AWARDING INTERIM
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE FIRST AND SECOND INTERIM
COMPENSATION PERIODS FROM MAY 3 THROUGH SEPTEMBER 30, 2017 AND
FROM OCTOBER 1, 2017 THROUGH JANUARY 31, 2018**

This matter coming before the Court on the interim fee applications (together Dkt. Nos. 2729, 2800, 2801, 3017, the ("**Applications**")) indicated as "Recommended for Approval" on the attached **Exhibit A**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the supplemental report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. \_\_\_\_]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications, and no objections having been filed; now therefore

    IT IS HEREBY ORDERED THAT:

    1.    The Applications are GRANTED on an interim basis, to the extent set forth on the attached **Exhibit A**.

2

2. Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Periods and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Periods, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Periods.

4. Pursuant to the Fee Examiner's supplemental report, the interim fee applications listed on Exhibit B of the supplemental report, [Dkt. Nos. 2868, 2870, 2872, 2876, 2874, 2073, 2756, 2944, 2718, 2751, 2755, and 2739] remain adjourned for consideration at a later hearing date.

SO ORDERED.

Dated: September ____, 2018

_____
LAURA TAYLOR SWAIN
United States District Judge

19456135.1

3

# EXHIBIT A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Exhibit A

**Second Interim Fee Period Applications: Uncontested for September 13, 2018 hearing**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval | |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to Debtors* | | | | | | | | | |
| 1 | **Luskin Stern & Eisler LLP [Dkt. No. 2729]** | 10/01 - 1/31/2018 | $ 91,237.50 | $ 2,367.83 | $ 1,329.64 | $ - | | $ 88,869.67 | $ 1,329.64 | |
| | *Financial Advisors to Government of Puerto Rico* | | | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 3017]** | 10/01 - 01/31/2018 | $ 882,513.00 | $ 14,635.22 | $ 85,109.86 | $ 10,295.61 | yes | $ 867,877.78 | $ 74,814.25 | |
| | Bankruptcy Counsel the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA | | | | | | | | | |
| 3 | **Greenberg Traurig, LLP [Dkt. No. 2801]** | 10/01 - 1/31/2018 | $ 1,150,090.31 | $ 68,699.38 | $ 25,944.10 | $ 3,477.39 | **FN1** | Previously approved *See* Dkt. No. 3279 | $ 22,466.71 | **FN2** |
| | Bankruptcy Counsel to PREPA | | | | | | | | | |
| 4 | **Greenberg Traurig, LLP [Dkt. No. 2800]** | 10/01 / 1/31/2018 | $ 4,423,132.83 | $ 68,699.38 | $ 112,804.65 | $ 3,477.39 | **FN1** | Previously appoved *See* Dkt. No. 3279 | $ 109,327.26 | **FN3** |

**FN1** - This expense adjustment supersedes the previously-ordered expense adjustment of $22,997.17. *See* Dkt. Nos. 3258, 3279.

**FN2** - This reccommended expense approval supersedes the previously-ordered expense award of $2,946.93. *See* Dkt. Nos. 3258, 3279, representing $19,519.78 in newly-verified expenses.

**FN3** - This reccommended expense approval supersedes the previously-ordered expense award of $89,807.48. *See* Dkt. Nos. 3258, 3279, representing $19,519.78 in newly-verified expenses.

19280203.1