# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:                                                                      ) | |
| ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND                        ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO,  ) | |
| ) | |
|     as representative of                                ) | |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, ) | No. 17 BK 3283-LTS |
| ) | (Jointly Administered) |
|     Debtors.                                            ) | |
| In re:                                                                      ) | |
| ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND                        ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO,  ) | |
| ) | |
|     as representative of                                ) | |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO,       ) | No. 17 BK 3283-LTS |
| ) | |
| PUERTO RICO HIGHWAYS &                              ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY,                    ) | (This Filing Relates to |
| ) | These Debtors) |
|     Debtor.                                             ) | |

## PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE SEPTEMBER 13, 2018 OMNIBUS HEARING

The undersigned, counsel to Peaje Investments LLC ("Peaje"), a party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's September 5 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 3860]) (the "Order") concerning attendance at the September 13 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Dora L. Monserrate Peñagarícano and/or Richard J. Schell of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom and reserve the right to present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests.  In addition, Allan S. Brilliant and/or G. Eric Brunstad, Jr. of

25014457

Dechert LLP reserve the right to attend the Hearing in the New York courtroom and present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests.

**RESPECTFULLY SUBMITTED**, this 6th day of September, 2018.

| MONSERRATE SIMONET & GIERBOLINI, LLC | DECHERT LLP |
|---|---|
| Dora L. Monserrate Peñagarícano  USDC-PR No. 212612  101 San Patricio Avenue  Maramar Plaza, Suite 1120  Guaynabo, Puerto Rico 00968  Phone: (787) 620-5300  Fax: (787) 620-5305 | /s/ Allan S. Brilliant  Allan S. Brilliant (*pro hac vice*)  G. Eric Brunstad, Jr. (*pro hac vice*)  1095 Avenue of the Americas  New York, New York 10036 |

*Attorneys for Peaje Investments LLC*

25014457

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: September 6, 2018

                                                                     */s/ Brett Stone*
                                                                       By: Brett Stone
                                                                       Title: Paralegal, Dechert LLP

25014457