UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　Debtors.* | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF ASSIGNMENT OF CLAIM

TO THE HONORABLE COURT:

On August 28, 2018, Syncora Guarantee Inc. ("Syncora") sold, transferred, and assigned to Whitebox Asymmetric Partners, L.P. (47.0%), Whitebox Multi-Strategy Partners, L.P. (28.0%), Pandora Select Partners, L.P. (8.2%), Whitebox GT Fund L.P. (1.8%), and Whitebox Caja Blanca Fund, L.P. (15.0%) (collectively, the "Whitebox Funds") all of its rights, title in, to and under proof of claim number 50742 filed on June 20, 2018 in the above-captioned matter. *See* Evidence of Partial Transfers of Claim, Exhibit 1; Proof of Claim No. 50742, Exhibit 2.

---

* The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

WHEREFORE, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Whitebox Funds hereby request the Honorable Court to take notice of Syncora's assignment of claim number 50742 as set forth in the documents titled Evidence of Partial Transfers of Claim, Exhibits C1 through C5 (Exhibit 1 hereto).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of September, 2018.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order Further Amending Case Management Procedures*. *See* Docket No. 3804.

**ARROYO & RIOS LAW OFFICES, P.S.C.**
PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.:   (787) 522-8080
Fax:   (787) 523-5696

*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912
E-mail: mrios@arroyorioslaw.com
*s/ Jessica A. Figueroa-Arce*
Jessica A. Figueroa Arce
USDC-PR No. 225206
E-mail: jfigueroa@arroyorioslaw.com

*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., Whitebox GT L.P., and Whitebox Caja Blanca Fund, L.P.*