# EXHIBIT 1
# Evidence of Partial Transfers of Claim

**EXHIBIT C-1**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   United States District Court for the District of Puerto Rico (the "Court")
      Attn: Clerk

AND TO:   The Commonwealth of Puerto Rico (the "Debtor")
          Case No. 17-3283 (LTS) (Jointly Administered) (the "Case")

Proof of Claim Number 50742

Syncora Guarantee Inc. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Whitebox Multi-Strategy Partners, LP**
**c/o Whitebox Advisors, LLC**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**
Attention: Scott Specken
Phone:  (612) 253-6061
Fax:    (612) 253-6161
E-mail: sspecken@whiteboxadvisors.com

and its successors and assigns ("Buyer"), 28.0% of Seller's right, title and interest in and to Proof of Claim Number 50742 in the aggregate amount of $30,310,000.00 (the "Assigned Claim") against Debtor in the Case in the Court, or any other court with jurisdiction over the PROMESA proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 28, 2018.

SYNCORA GUARANTEE INC.

By: _____
Name: Scott Beinhacker
Title: Managing Director

**EXHIBIT C-2**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States District Court for the District of Puerto Rico (the "Court")
Attn: Clerk

AND TO: The Commonwealth of Puerto Rico (the "Debtor")
Case No. 17-3283 (LTS) (Jointly Administered) (the "Case")

Proof of Claim Number 50742

Syncora Guarantee Inc. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Whitebox Asymmetric Partners, LP**
**c/o Whitebox Advisors, LLC**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**
Attention: Scott Specken
Phone: (612) 253-6061
Fax: (612) 253-6161
E-mail: sspecken@whiteboxadvisors.com

and its successors and assigns ("Buyer"), 47.0% of Seller's right, title and interest in and to Proof of Claim Number 50742 in the aggregate amount of $50,877,500.00 (the "Assigned Claim") against Debtor in the Case in the Court, or any other court with jurisdiction over the PROMESA proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 28, 2018.

SYNCORA GUARANTEE INC.

By: /s/ Scott Beinhacker
Name: Scott Beinhacker
Title: Managing Director

EXHIBIT C-3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States District Court for the District of Puerto Rico (the "Court")
Attn: Clerk

AND TO: The Commonwealth of Puerto Rico (the "Debtor")
Case No. 17-3283 (LTS) (Jointly Administered) (the "Case")

Proof of Claim Number 50742

Syncora Guarantee Inc. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Pandora Select Partners, LP**
**c/o Whitebox Advisors, LLC**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**
Attention: Scott Specken
Phone: (612) 253-6061
Fax: (612) 253-6161
E-mail: sspecken@whiteboxadvisors.com

and its successors and assigns ("Buyer"), 8.2% of Seller's right, title and interest in and to Proof of Claim Number 50742 in the aggregate amount of $8,876,500.00 (the "Assigned Claim") against Debtor in the Case in the Court, or any other court with jurisdiction over the PROMESA proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of such the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 28, 2018.

SYNCORA GUARANTEE INC.

By: _____
Name: Scott Beinhacker
Title: Managing Director

**EXHIBIT C-4**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States District Court for the District of Puerto Rico (the "Court")
Attn: Clerk

AND TO: The Commonwealth of Puerto Rico (the "Debtor")
Case No. 17-3283 (LTS) (Jointly Administered) (the "Case")

Proof of Claim Number 50742

Syncora Guarantee Inc. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Whitebox GT Fund, LP**
**c/o Whitebox Advisors, LLC**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**
Attention: Scott Specken
Phone: (612) 253-6061
Fax: (612) 253-6161
E-mail: sspecken@whiteboxadvisors.com

and its successors and assigns ("Buyer"), 1.8% of Seller's right, title and interest in and to Proof of Claim Number 50742 in the aggregate amount of $1,948,500.00 (the "Assigned Claim") against Debtor in the Case in the Court, or any other court with jurisdiction over the PROMESA proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 28, 2018.

SYNCORA GUARANTEE INC.

By: _____
Name: Scott Beinhacker
Title: Managing Director

**EXHIBIT C-5**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: United States District Court for the District of Puerto Rico (the "Court")
Attn: Clerk

AND TO: The Commonwealth of Puerto Rico (the "Debtor")
Case No. 17-3283 (LTS) (Jointly Administered) (the "Case")

Proof of Claim Number 50742

Syncora Guarantee Inc. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Whitebox Caja Blance Fund, LP**
**c/o Whitebox Advisors, LLC**
**3033 Excelsior Blvd, Suite 300**
**Minneapolis, MN 55416-4675**
Attention: Scott Specken
Phone:   (612) 253-6061
Fax:       (612) 253-6161
E-mail:   sspecken@whiteboxadvisors.com

and its successors and assigns ("Buyer"), 15.0% of Seller's right, title and interest in and to Proof of Claim Number 50742 in the aggregate amount of $16,237,500.00 (the "Assigned Claim") against Debtor in the Case in the Court, or any other court with jurisdiction over the PROMESA proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 28, 2018.

SYNCORA GUARANTEE INC.

By: _____
Name: Scott Beinhacker
Title: Managing Director