# EXHIBIT A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Second Interim Fee Period Applications: Uncontested for September 13, 2018 hearing**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval | |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to Debtors* | | | | | | | | | |
| 1 | **Luskin Stern & Eisler LLP [Dkt. No. 2729]** | 10/01 - 1/31/2018 | $ 91,237.50 | $ 2,367.83 | $ 1,329.64 | $ - | | $ 88,869.67 | $ 1,329.64 | |
| | *Financial Advisors to Government of Puerto Rico* | | | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 3017]** | 10/01 - 01/31/2018 | $ 882,513.00 | $ 14,635.22 | $ 85,109.86 | $ 10,295.61 | yes | $ 867,877.78 | $ 74,814.25 | |
| | Bankruptcy Counsel the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA | | | | | | | | | |
| 3 | **Greenberg Traurig, LLP [Dkt. No. 2801]** | 10/01 - 1/31/2018 | $ 1,150,090.31 | $ 68,699.38 | $ 25,944.10 | $ 3,477.39 **FN1** | | Previously approved *See* Dkt. No. 3279 | $ 22,466.71 | **FN2** |
| | Bankruptcy Counsel to PREPA | | | | | | | | | |
| 4 | **Greenberg Traurig, LLP [Dkt. No. 2800]** | 10/01 / 1/31/2018 | $ 4,423,132.83 | $ 68,699.38 | $ 112,804.65 | $ 3,477.39 **FN1** | | Previously appoved *See* Dkt. No. 3279 | $ 109,327.26 | **FN3** |

**FN1** - This expense adjustment supersedes the previously-ordered expense adjustment of $22,997.17. *See* Dkt. Nos. 3258, 3279.

**FN2** - This reccommended expense approval supersedes the previously-ordered expense award of $2,946.93. *See* Dkt. Nos. 3258, 3279, representing $19,519.78 in newly-verified expenses.

**FN3** - This reccommended expense approval supersedes the previously-ordered expense award of $89,807.48. *See* Dkt. Nos. 3258, 3279, representing $19,519.78 in newly-verified expenses.

19280203.1