IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO et al Debtor | PROMESA title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY AND TO CEASE NOTIFICATIONS

This matter is before the court on attorney María Fernanda Vélez Pastrana's Motion to Withdraw as Attorney and Requesting Order to Cease Notifications. Finding good cause for the requested relief, this Court **GRANTS** the Motion. Accordingly:

1. Attorney María Fernanda Vélez Pastrana is allowed to withdraw as counsel for creditor 65 INFANTERIA.

2. Attorney María Fernanda Vélez Pastrana will be removed from the list of persons to be notified of all documents electronically filed in this case.

This Order resolves Dkt. No. _____.

Dated: September \_\_\_\_\_, 2018

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE