IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO et al Debtor | PROMESA title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW AS ATTORNEY AND REQUESTING ORDER TO CEASE NOTIFICATIONS

**TO THE HONORABLE COURT**:

COMES NOW the undersigned attorney, and very respectfully states and prays as follows:

1. On August 15th, 2017 the undersigned attorney appeared in the referenced case on behalf of REPARTO METROPOLITANO SHOPPING CENTER LLC, ("REPARTO") a creditor of the Commonwealth of Puerto Rico (docket #1,035).

2. REPARTO's claim was resolved, and it will no longer need to seek any further relief from this court.

3. The undersigned attorney is currently being notified of all motions, orders and other documents filed in cases no. 17-3283 (LTS) and 17-4780 (LTS). For the foregoing reasons, it is respectfully requested that the court allow the undersigned to withdraw as REPARTO's counsel and cease its notifications in these cases to undersigned's e-mail addresses.

**WHEREFORE,** the undersigned attorney very respectfully requests that the court **GRANT** this motion, allow the undersigned to withdraw as counsel, and cease its notifications to the undersigned's e-mail addresses of all documents filed in this case.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF which will send notification of

such filing to all interested parties and CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 6th day of September, 2018

\S\ MARÍA FERNANDA VÉLEZ PASTRANA
USDC-PR 212001
P.O. Box 195582
San Juan, P. R. 00919-5582
Tel. (787) 793-3628
mfvelezquiebras@gmail.com