IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>The Financial Oversight and Management Board of Puerto Rico,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtor<br>-----------------------------------------------------------------x<br>IN RE:<br>The Financial Oversight and Management Board of Puerto Rico,<br><br>as representative of<br><br>Puerto Rico Electric Power Authority,<br>Debtor | PROMESA Title III<br><br>CASE NO. 17 BK 3283-LTS<br>(Jointly Administered)<br><br><br><br><br><br><br>PROMESA Title III<br><br>CASE NO. 17 BK 4780-LTS |

## MOTION TO WITHDRAW AS ATTORNEY AND REQUESTING ORDER TO CEASE NOTIFICATIONS

**TO THE HONORABLE COURT**:

COMES NOW the undersigned attorney, and very respectfully states and prays as follows:

1. On October 13th, 2017 the undersigned attorney appeared in the referenced case on behalf of CENTRO DEL SUR MALL, LLC, ("CENTRO DEL SUR") a creditor of the Puerto Rico Electric Power Authority (docket #1,441).

2. CENTRO DEL SUR's claim was resolved, and it will no longer need to seek any further relief from this court.

3. The undersigned attorney is currently being notified of all motions, orders and other documents filed in cases no. 17-3283 (LTS) and 17-4780 (LTS). For the foregoing reasons, it is respectfully requested that the court allow the undersigned to withdraw as CENTRO DEL SUR's counsel and cease its notifications in these cases to undersigned's e-mail addresses.

**WHEREFORE,** the undersigned attorney very respectfully requests that the court **GRANT** this motion, allow the undersigned to withdraw as counsel, and cease its notifications to the undersigned's e-mail addresses of all documents filed in this case.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF which will send notification of such filing to all interested parties and CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 6th day of September, 2018

\S\ MARÍA FERNANDA VÉLEZ PASTRANA
USDC-PR 212001
P.O. Box 195582
San Juan, P. R. 00919-5582
Tel. (787) 793-3628
mfvelezquiebras@gmail.com