DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| PROMESA COVER SHEET (Instructions on Reverse) | CASE NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)<br>The Official Committee of Unsecured Creditors of the Debtors (Other Than COFINA) | **DEFENDANTS**<br>The Commonwealth of Puerto Rico, The Puerto Rico Fiscal Agency and Financial Advisory Authority, The Government Development Bank for Puerto Rico, and The Financial Oversight and Management Board for Puerto Rico |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>See attached Addendum | **ATTORNEYS** (If Known)<br>See attached Addendum |
| **PARTY** (Check One Box Only)<br>☐ Debtor<br>☑ Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other | **PARTY** (Check One Box Only)<br>☑ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>See attached Addendum ||

### NATURE OF SUIT

☐ PROMESA Title III Petition   ☐ PROMESA Title VI Application for Approval of Modifications
☐ Other Federal Question   ☐ Adversary Proceeding   ☐ Demand $ _____

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property – other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☑ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☑ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

### TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>The Commonwealth of Puerto Rico, et al. | CASE NO.<br>17-BK-3283 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>District of Puerto Rico | DIVISION OFFICE | NAME OF JUDGE<br>Laura Taylor Swain |

DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>9/6/2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Luc A. Despins | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

# ADDENDUM TO COVER SHEET

**CAUSES OF ACTION:**

Declaration of Invalidity and Unenforceability of GDB Restructuring Act as De Facto Bankruptcy Law.

Declaration of Invalidity and Unenforceability Due to Inconsistency With Third-Party Release Prohibition of PROMESA Section 601(m)(2).

Declaration of Invalidity and Unenforceability Due to Inconsistency With PROMESA-Incorporated Bankruptcy Code Section 362.

Declaration of Invalidity and Unenforceability Due to Inconsistency With PROMESA-Incorporated Bankruptcy Code Section 926.

Declaration of Invalidity and Unenforceability Due To Inconsistency With PROMESA Section 601(n)(2).

Declaration of Invalidity and Unenforceability Due to Supremacy Clause of U.S. Constitution.

Declaration of Invalidity and Unenforceability Due to Inconsistency With PROMESA Section 201(b)(1)(M).

Declaration of Invalidity and Unenforceability Due to Violation Of PROMESA Section 303.

| Plaintiff | Counsel to Plaintiff |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS (OTHER THAN COFINA) | **PAUL HASTINGS LLP**<br>Luc. A. Despins, Esq.<br>James R. Bliss, Esq.<br>James B. Worthington, Esq.<br>Nicholas A. Bassett, Esq.<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:  (212) 318-6000<br>lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>nicholasbassett@paulhastings.com<br><br>**CASILLAS, SANTIAGO & TORRES LLC**<br>Juan J. Casillas Ayala, Esq.<br>Diana M. Batlle-Barasorda, Esq.<br>Alberto J. E. Añeses Negrón, Esq.<br>Ericka C. Montull-Novoa, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419<br>Telephone: (787) 523-3434<br>jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com |

| Defendants | Counsel to Defendants |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO and THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | **PROSKAUER ROSE LLP**<br>Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>Eleven Times Square<br>New York, New York 10036-8299<br>mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br><br>**O'NEILL & BORGES LLC**<br>Hermann D. Bauer, Esq.<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>hermann.bauer@oneillborges.com |
| THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY and THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO | **PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY**<br>Gerardo J. Portela Franco<br>Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas)<br>Government Center<br>De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907<br>Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov<br><br>**O'MELVENY & MYERS LLP**<br>John J. Rapisardi, Esq.<br>Suzzanne Uhland, Esq.<br>Peter Friedman, Esq.<br>Nancy A. Mitchell, Esq.<br>Maria J. DiConza, Esq<br>7 Times Square<br>New York, New York 10036<br>jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>mitchelln@omm.com<br>mdiconza@omm.com<br><br>**MARINI PIETRANTONI MUÑIZ LLC**<br>Luis C. Marini-Biaggi, Esq. |

|  | Carolina Velaz-Rivero Esq. <br> María T. Álvarez-Santos Esq <br> MCS Plaza, Suite 500 <br> 255 Ponce de León Ave. <br> San Juan, PR 00917 <br> lmarini@mpmlawpr.com <br> cvelaz@mpmlawpr.com <br> malvarez@mpmlawpr.com |
|---|---|