IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DEREK J. BAKER

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcycase number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

1

COMES NOW, Derek J. Baker, applicant herein and respectfully states:

1. Applicant is an attorney and partner at the law firm of Reed Smith LLP, with offices at:

> Reed Smith LLP
> Three Logan Square
> 1717 Arch Street, Suite 3100
> Philadelphia, PA, 19103
> Telephone: (215) 851-8148
> Facsimile: (215) 851-1420
> E-mail: dbaker@reedsmith.com

2. Applicant will sign all pleadings with the name Derek J. Baker.

3. Applicant has been retained as a member of the above-named firm by Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1998, applicant has been and presently is a member in good standing of the bar of the Commonwealth of Pennsylvania, where applicant regularly practices law. Applicant's Pennsylvania bar license number is 82207. Applicant is admitted to practice before the United States District Court in the Eastern and Middle Districts of Pennsylvania and has been since 1999 and 2005

(respectively).

5. Applicant has also been admitted to practice and is a member in good standing in the following jurisdictions:

| Jurisdiction | Admission Date | Attorney Identification |
|---|---|---|
| United States Supreme Court | 2018 | 305836 |
| United States Court of Appeals for the Third Circuit | 1999 | n/a |
| New Jersey | 1998 | 016881998 |
| United States District Court for the District of New Jersey | 1998 | n/a |

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any jurisdiction.

8. Applicant has filed for *pro hac vice* admission, and has been admitted *pro hac vice*, in the United States District Court for the District of Puerto Rico in the case of *In Re: The Government Development Bank of Puerto Rico*, Case No. 18-1561.

9. Local counsel of record associated with the applicant in this matter is:

3

Lady E. Cumpiano
USDC-PR Bar No. 211106
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Ste. 990
San Juan, PR 00918
Telephone: 787-765-5656
Facsimile: 787-294-0073
Email: lcumpiano@smclawpr.com

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and the Local Bankruptcy Rules and will comply with the same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and the Local Bankruptcy Rules which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, if applicable, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

4

Dated: September 7, 2018

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes.

Dated: September 7th, 2018

Respectfully submitted,

REED SMITH LLP

By: _____
Derek J. Baker
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: 215-241-7945
Facsimile: 215-851-1420
Email: cspringer@reedsmith.com

Counsel for Siemens Transportation Partnership Puerto Rico, S.E.

I HEREBY CERTIFY that I consent to the designation of local counsel of record of record for all purposes.

                            SEPULVADO, MALDONADO & COURET

By:   */s/ Lady E. Cumpiano*
       Lady E. Cumpiano
       USDC-PR Bar No. 211106
       SEPULVADO, MALDONADO & COURET
       304 Ponce de León Avenue, Ste. 990
       San Juan, PR 00918
       Telephone: 787-765-5656
       Facsimile: 787-294-0073
       Email: lcumpiano@smclawpr.com

*Counsel for Siemens Transportation Partnership Puerto Rico, S.E.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF Participants.

Dated: September 7th, 2018

                            */s/ Lady E. Cumpiano*
                            Lady E. Cumpiano
                            USDC-PR Bar No. 211106
                            lcumpiano@smclawprcom

SEPULVADO & MALDONADO PSC

3514

LMP98  M/P CHECK

SEPULVADO & MALDONADO PSC

3514

**CLERK OFFICE US DISTRICT COURT**

Case No.  $300.00

Filing Fee - Motion for Admision Pro Hac Vice
Derek J. Baker