**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>                      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E.'S**
**INFORMATIVE MOTION REGARDING SEPTEMBER 13-14, 2018**
**<u>OMNIBUS HEARING</u>**

Siemens Transportation Partnership Puerto Rico, S.E. ("<u>Siemens</u>"), creditor and party in

interest in the above-captioned jointly administered Title III cases through its undersigned

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

counsel, hereby submits this informative motion, pursuant to the Court's *Order Regarding Procedures For Attendance, Participation And Observation of September 13-14, 2018, Omnibus Hearing* [Case No. 17-3823; Docket No. 3860] and respectfully represents as follows:

1.      Claudia Z. Springer of Reed Smith LLP will appear in person on behalf of Siemens at the September 13-14, 2018 Omnibus Hearing in the New York courtroom.

2.      Ms. Springer will be prepared to respond as necessary to any statements made by any party which may implicate Siemens' interests in the above-captioned proceedings or the Government Development Bank's Title VI proceedings.

Dated: September 7, 2018

Respectfully submitted,

By:      */s/Lady E. Cumpiano*
         Lady E. Cumpiano
         USDC-PR Bar No. 211106

         SEPULVADO, MALDONADO & COURET
         304 Ponce de León – Suite 990
         San Juan, PR 00918
         Telephone:  787-765-5656
         Facsimile:  787-294-0073
         Email: lcumpiano@smclawpr.com

         *Counsel for Siemens Transportation Partnership Puerto Rico, SE*

and

         **REED SMITH LLP**
         Claudia Z. Springer
         Derek J. Baker
         Three Logan Square
         1717 Arch Street, Suite 3100
         Philadelphia, PA, 19103
         Telephone: (215) 851-8190
         Facsimile: (215) 851-1420

E-mail: cspringer@reedsmith.com
dbaker@reedsmith.com

*Counsel for Siemens Transportation
Partnership Puerto Rico, SE*