# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS<br><br>Re: ECF Nos. 814 (Case No. 17-4780), 2980 (Case No. 17-3283) |
| WIDERANGE CORPORATION,<br><br>    Movant,<br><br>-against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Respondent. | **Motion in Compliance with Order Relates Only to PREPA and Shall Only be Filed in Case Nos.**<br>**17 BK 3283-LTS and 17 BK 4780-LTS** |

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**JOINT MOTION IN COMPLIANCE WITH ORDER RELATED TO
WIDERANGE CORPORATION'S MOTION FOR RELIEF OF STAY**

To the Honorable United States District Court Judge Laura Taylor Swain:

On behalf of the Puerto Rico Electric Power Authority ("PREPA"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, and Movant, Widerange Corporation ("WR"), respectfully submit this Joint Motion in Compliance with Order (the "Motion"). In support of the Motion, the parties respectfully state as follows: [2]

1. On July 16, 2018, this Court issued an order granting WR's unopposed request for an extension of time to file a joint report and extended the deadline to July 25, 2018. [Dkt. No. 3525.] The joint report pertains to this Court's order entered on May 1, 2018 (the "Initial Order") concerning the parties' "efforts to seek to develop a mutually acceptable resolution of the outstanding performance bond issue or, at minimum, an agreed statement regarding the nature and pendency of the stayed litigation that can be used in connection with inquiries as WR's bids for business." [Dkt. No. 2980 at 6.]

2. In compliance with the Initial Order, on July 25, 2018, the parties informed the Court of the efforts made by both parties to reach an agreement as related to the nature and pendency of the stayed litigation and WR's concerns regarding the potential impact of the pending litigation in relation to its commercial prospects with PREPA. [Dkt. No. 3697]

3. On August 27, 2018, the parties furthered informed the Court that the parties were in communication and still in the process of discussing possible alternatives and drafting a mutually acceptable statement.

---

[2] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized AAFAF to join in this Motion on behalf of PREPA.

2

4. On August 30, 2018 the parties met to further discuss alternatives to resolve the pending issues between them and scheduled a meeting for the week of September 10-14, 2018 to follow up on the discussions had. Accordingly, the parties respectfully request that the parties provide the Court a joint status report on these additional efforts on or before October 7, 2018.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this 7th of September, 2018.

| | |
|---|---|
| **THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, as Fiscal Agent for PREPA** | **MOVANTS WIDERANGE** |
| By its attorneys, | S/Henry Vázquez Irizarry<br>USDC No. 205011<br>Bufete Vázquez Irizarry, CSP Urb. |
| /s/ *Kevin D. Finger* | Villa Fontana Park<br>Calle Parque Luis M. Rivera |
| Kevin D. Finger (*admitted pro hac vice*)<br>David D. Cleary (*admitted pro hac vice*)<br>Greenberg Traurig, LLP<br>77 West Wacker Drive Suite 3100<br>Chicago, IL 60601<br>Phone: 312.456.8400<br>Fax: 312.456.8435<br>Email: fingerk@gtlaw.com<br>        clearyd@gtlaw.com | 5 HH6 Carolina, PR 00983<br>Tel. (787) 724-7514 / 787-645-2241<br>Fax (888) 518-1318 |

Nathan A. Haynes (*admitted pro hac vice*) Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: mitchelln@gtlaw.com
      haynesn@gtlaw.com

Joseph P. Davis (*admitted pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Phone: 617.310.6000
Fax: 617.310.6001
Email: davisjo@gtlaw.com

**THE PUERTO RICO ELECTRIC POWER AUTHORITY**

   By its attorneys,

<u>*/s/ Arturo Díaz Angueria*</u>
USDC No. 117907

<u>*/s/ Katiuska Bolaños Lugo*</u>
USDC No. 231812
CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR 00936-4966
Phone: (787) 767-9625
Fax: (787) 764-4430
Email: adiaz@cnrd.com
      kbolanos@cnrd.com

4