IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.¹ | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO
BE HEARD AT SEPTEMBER 13-14, 2018 OMNIBUS HEARING**

PLEASE TAKE NOTICE that the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby submits this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of the September 13-14, 2018 Omnibus Hearing* [ECF No. 3860], and respectfully states as follows:

1.     Karen R. Zeituni will appear on behalf of the GO Group at the September 13-14, 2018 Omnibus Hearing in Courtroom 17C of the United States District Court for the District of New York, Daniel Patrick Moynihan Courthouse. She will be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceeding currently pending in the above-captioned Title III proceedings.

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

| | |
|---|---|
| Dated: September 7, 2018 | Respectfully submitted. |
| | **JIMÉNEZ, GRAFFAM & LAUSELL** |
| | By: /s/ J. Ramón Rivera Morales |
| | J. Ramón Rivera Morales<br>    (USDC-PR No. 200701)<br>Andrés F. Picó Ramírez<br>    (USDC-PR No. 302114)<br>PO Box 366104<br>San Juan, PR 00936-6104<br>Telephone: (787) 767-1030<br>Email: rrivera@jgl.com<br>            apico@jgl.com |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| By: /s/ Andrew N. Rosenberg<br>Andrew N. Rosenberg**<br>Kyle J. Kimpler**<br>Karen R. Zeituni**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Email: arosenberg@paulweiss.com<br>            kkimpler@paulweiss.com<br>            kzeituni@paulweiss.com | By: /s/ Mark T. Stancil<br>Lawrence S. Robbins**<br>Mark T. Stancil**<br>Gary A. Orseck**<br>Kathryn S. Zecca**<br>Ariel N. Lavinbuk**<br>Donald Burke**<br>1801 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Email: lrobbins@robbinsrussell.com<br>            mstancil@robbinsrussell.com<br>            gorseck@robbinsrussell.com<br>            kzecca@robbinsrussell.com<br>            alavinbuk@robbinsrussell.com<br>            dburke@robbinsrussell.com |

*\*\* admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*