IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 7th, 2018, the "**Siemens Transportation Partnership Puerto Rico S.E.'s Informative Motion Regarding September 13-14, 2018 Omnibus Hearing**" (Case No. 17 BK 3283/Docket No. 3892) was served upon all then-current ECF participants in these cases via the Court's CM/ECF system.

                                                                    SEPULVADO, MALDONADO & COURET
*Attorneys for Siemens Transportation Partnership Puerto Rico, S.E.*
304 Ponce de Leon Ave. Ste 990
San Juan PR 00918
Tel. 787-765-5656
Fax: 787-294-0073
E-mail: lcumpiano@yahoo.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

s/ *<u>Lady E. Cumpiano</u>*
Lady E. Cumpiano
USDC No. 211106