**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF No. 3860** |

**INFORMATIVE MOTION REGARDING ATTENDANCE
AT THE SEPTEMBER 13-14, 2018 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and the Government Development Bank for Puerto Rico ("GDB") through their undersigned counsel, hereby state and pray as follows.

    1.    The undersigned, appearing in this proceeding on behalf of AAFAF and GDB, hereby respectfully submit this informative motion in response to the Court's order entered on September 5, 2018 [ECF No. 3860] regarding the September 13-14, 2018 omnibus hearing.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2

2. Peter Friedman of O'Melveny & Myers LLP will appear in person in the San Juan Courtroom and seeks to be heard in connection with any contested matters requiring either AAFAF or GDB to be heard.

3. Suzzanne Uhland of O'Melveny & Myers LLP intends to appear in person in the San Juan courtroom and, at the request of the Court, will provide an update as to the status of voting and solicitation in connection with the GDB Title VI matter.

4. Luis C. Marini-Biaggi and Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear in person in the San Juan Courtroom but do not seek to be heard.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 7, 2018
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Peter Friedman | Carolina Velaz-Rivero |
| William Sushon | USDC No. 300913 |
| (Admitted *Pro Hac Vice*) | **MARINI PIETRANTONI MUÑIZ LLC** |
| **O'MELVENY & MYERS LLP** | MCS Plaza, Suite 500 |
| 7 Times Square | 255 Ponce de León Ave. |
| New York, NY 10036 | San Juan, Puerto Rico 00917 |
| Tel: (212) 326-2000 | Tel: (787) 705-2171 |
| Fax: (212) 326-2061 | Fax: (787) 936-7494 |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Government Development Bank for Puerto Rico* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Government Development Bank for Puerto Rico* |