# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO THE CLERK OF COURT AND
ALL PARTIES OF RECORD:**

The undersigned counsel is admitted or otherwise authorized to practice in this court and appear as local counsel for Bank of America Merrill Lynch in this case and hereby requests to be served with all motions, pleadings, papers and processes in this matter.

**WHEREFORE**, the undersigned respectfully requests the Clerk of Court and all parties of record take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 7th day of September, 2018.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747)

**I HERBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of court using the CM/ecf system, which will notify a copy to counsel of record.

Félix J. Montañez-Miranda, Esq.
P.O. Box 364131
San Juan, Puerto Rico 00936-4131
Telephone: (787) 385-4870
Email: fmontanezmiran@yahoo.com

*/s/ Felix J. Montañez-Miranda, Esq.*
Félix J. Montañez-Miranda, Esq.
USDC-PR No. 123903

Counsel for Bank of America Merrill Lynch