# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MOTION TO WITHDRAW AS LEGAL COUNSEL
## AND REQUEST TO CEASE NOTIFICATIONS TO THE UNDERSIGNED

To the Honorable Court:

Creditor, Cooperativa de Ahorro y Crédito Lomas Verdes ("CLV"), by counsel, respectfully states and prays:

1. On August 28, 2018, CLV filed a *Motion to Withdraw Duplicate Proof of Claim #112806*. (ECF Docket #3817)

2. On August 29, 2018, this Honorable Court entered an order granting the withdrawal of Proof of Claim #112806 and instructing the clerk of court and the claims agent to reflect the withdrawal of said proof of claim in their respective registries. (ECF Docket #3823)

3. With the voluntary withdrawal of duplicate Proof of Claim #112806, the undersigned has fulfilled her legal representation of CLV in this case, and CLV will continue to be informed of the matters related to this case by prior retained legal representation.

4. CLV's address, phone, and e-mail information is as follows:

　　Address: P.O. Box 1142, Bayamón, PR 00960
　　E-mail: vrodriguez@lomasverdes.coop
　　Tel: 787-787-6200
　　Fax: 787-780-3618

5. The undersigned certifies that she has advised CLV of any deadlines or matters pending related to the legal representation of the undersigned in this case. The undersigned further certifies that she does not owe any amounts whatsoever to CLV related to fees collected in advance, as no fees have been charged or collected in advance by the undersigned.

6. The undersigned has delivered to CLV true and correct copies of the documents in the case file, in PDF format.

NOW WHEREFORE, the undersigned attorney respectfully requests that this Honorable Court take notice of the above stated for all pertinent purposes and: (i) authorize her withdrawal as legal counsel for CLV in this case; (ii) order the cease of notifications in the instant case to the undersigned counsel; and (iii) order that all future documents and notices in this case be sent to CLV by prior retained counsel, pursuant to ECF Docket #171.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants, including Debtors' counsel, the Acting United States Trustee for Region 21, and to Vanessa Medina Romero, Esq.:vmedina@mhlex.com.

I FURTHER CERTIFY that, on this same date, I served the foregoing upon any non-CM/ECF participant Standard Parties as identified and defined at ¶ II of the CMP Order, as amended on April 4, 2018, (Docket No. 2839 of Case No. 17-03283) "Order Further Amending Case Management Procedures".

I FURTHER CERTIFY that a true and correct copy of this motion is being sent by email to CLV, on the same date of its filing, as follows: vrodriguez@lomasverdes.coop

**RESPECTFULLY SUBMITTED**, in Guaynabo, Puerto Rico, this 10th day of September, 2018.

**DELGADO-MIRANDA LAW OFFICES**
Offices: Calico Court, #173 Carr. #2, Suite 201,
Guaynabo, PR 00966
Mail: PMB 112, 130 Winston Churchill Ave., Ste. 1
San Juan, PR 00926
T: (787)717-7178

*S/BRISEIDA Y. DELGADO-MIRANDA*
U.S.D.C.P.R. #223214
E-mail: delgadomirandalaw@gmail.com