**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **Re: ECF Nos. 3735, 3736, 3755** |
| Debtors.[1] | (Jointly Administered) |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3567-LTS |
| as representative of | |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY ("HTA"), | |
| Debtor. | |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 4780-LTS |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## SWORN STATEMENT

I, Carlos Rubén Maldonado de León, of legal age, married, Deputy Secretary in Administration and Finance of the Puerto Rico Housing Department (the "PRHD") and resident of Bayamón, Puerto Rico, declare the following under oath:

1. My personal circumstances are as above stated.

2. I have been an employee of the PRHD since 1999 and Deputy Secretary since January 2017.

3. With respect to the Statement made by Justo Varela Dieppa dated August 1, 2018 (the "Dieppa Statement"), attached to the Municipality of Ponce's (the "Movant") *Omnibus Reply to Opposition to Motion Requesting Lifting of the Stay* [ECF No. 3735-1] regarding the Prepetition Action, I can declare that according my best knowledge and the official information under the control of the PRHD:

   a. The Commonwealth and the Movant executed an *Agreement for the Development of Programmed Projects*, dated October 28, 1992 (the "Prepetition Agreement"). Pursuant to the Prepetition Agreement and the judgment of the Puerto Rico Supreme Court in the Prepetition Action (the "Prepetition Judgment"), the PRHD, an agency of the Commonwealth, finances some of the projects incorporated in the Prepetition Agreement, including: the construction and/or rehabilitation of social interest housing.

   b. The PRHD does not have federal funds assigned to begin or complete any of the projects pending under the Prepetition Judgment.

   c. The Community Development Block Grant – Disaster Recovery Program ("CDBG – DR"), referenced in the Dieppa Statement (page 8), is aimed at assuring decent affordable housing opportunities, providing services and assistance to the most vulnerable in our communities and the expansion and conservation of jobs.

   d. CDBG – DR funds are assigned by the Disaster Recovery Program for Community Development of the United States Department of Housing and Urban Development ("HUD") to support disaster recovery activities, including housing redevelopment and rebuilding.

   e. The PRHD has been designated as the entity responsible for administering the subsidy programs that will help in the recovery from the disasters caused by

2

Hurricanes Irma and Maria in 2017. This includes long-term recovery, restoration of housing and economic infrastructure, and revitalization.

f. The seven hundred seventy five million dollars ($775,000,000.00) of CDBG – DR funds referenced in the Dieppa Statement are not federal funds assigned to comply with the Prepetition Judgment, but are designated for post-Hurricanes Irma and Maria recovery efforts.

**IN WITNESS THEREOF,** I sign this statement under oath, this tenth day of September, 2018, in San Juan, Puerto Rico.

_____
Carlos Rubén Maldonado de León

On September tenth, 2018, before me, **Javier Iván Vázquez Ortiz**, a notary public in and for said state, personally appeared **Carlos Rubén Maldonado de León**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Aff. 1,908

_____
Notary Public for the Commonwealth of Puerto Rico

My commission expires: *ad perpetuum*

[NOTARY SEAL]



OTORGADO EN FUNCIONES
DEL DEPARTAMENTO
DE LA VIVIENDA
EXENTA DE DERECHO

3