# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 3735, 3736, 3755**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Joinder relates to the Commonwealth, HTA, and PREPA, and shall be in Case Nos. 17 BK 3283-LTS, 17 BK 3567-LTS, and 17 BK 4780-LTS.** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"), | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| Debtor. | |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**JOINDER OF THE PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY ON BEHALF OF THE
PUERTO RICO ELECTRIC POWER AUTHORITY TO THE COMMONWEALTH'S
RESPONSE TO (A) OMNIBUS REPLY TO OPPOSITION TO MOTION REQUESTING
LIFTING OF THE STAY AND (B) MOTION REQUESTING HEARING ON 362
LIFTING OF THE STAY FILED BY AUTONOMOUS MUNICIPALITY OF PONCE**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Authority ("AAFAF"), as the entity authorized to act on behalf of the Puerto Rico Power Authority ("PREPA") pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, respectfully submits this joinder to the *Commonwealth's Response to (a) the Omnibus Reply to Opposition to Motion Requesting Lifting of the Stay and (b) the Motion Requesting Hearing on 362 Lifting of the Stay Filed by Autonomous Municipality of Ponce* [Case No. 17 BK 3283-LTS, Dkt. No. 3911] (the "Response"),[2] and states as follows:[3]

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Response.

[3] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized AAFAF to file this Joinder on behalf of PREPA.

2

1. AAFAF hereby joins the Commonwealth in responding to the *Reply to Opposition to Motion Requesting Lifting of the Stay* [Dkt No. 3735], and (b) the *Motion Requesting Hearing on 362 Lifting of the Stay* [Dkt No. 373] (the "Hearing Request"), both filed by the Autonomous Municipality of Ponce ("Movant"), pursuant to the Court's *Scheduling Order Regarding Hearing Request and Reply Filed by the Autonomous Municipality of Ponce* [Dkt No. 3755] and adopts the factual and legal arguments set forth in the Response.

2. For the reasons set forth in the Response, AAFAF respectfully requests the Court deny the Motion requesting relief from the automatic stay and the Hearing Request. Specifically, AAFAF states on behalf of PREPA that no PREPA project relevant to the present dispute receives federal funding.

Dated: September 10, 2018
       San Juan, Puerto Rico

Respectfully submitted,

THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, as Fiscal Agent for PREPA

By its attorneys,

*/s/ Joseph P. Davis III*
Joseph P. Davis III (*admitted pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Phone: 617.310.6000
Fax: 617.310.6001
Email: davisjo@gtlaw.com

David D. Cleary (*admitted pro hac vice*)
Kevin D. Finger (*admitted pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: clearyd@gtlaw.com
       fingerk@gtlaw.com

PUERTO RICO ELECTRIC POWER AUTHORITY

By its attorneys,

*/s/ Arturo Díaz Angueria*
USDC No. 117907


*/s/ Katiuska Bolaños Lugo*
USDC No. 231812
CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR 00936-4966
Phone: 787.767.9625
Fax: 787.764.4430
Email: adiaz@cnrd.com
kbolanos@cnrd.com

4