## Exhibit A

**Proposed Order**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | Re: ECF Nos. 3795 & _____ |
| Debtors.[1] | |

## ORDER SUPPLEMENTING FIFTH OMNIBUS
## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the *Debtors' Supplement to Fifth Omnibus Motion for Approval of Modifications to the Automatic Stay* (the "Supplement");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Supplement is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Supplement under the circumstances and that no other or further notice is required; and the Court having reviewed the Supplement; and the Court having determined that the legal and factual bases set forth in the Supplement establish just cause for the relief

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Supplement.

granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1.        The Supplement is granted as set forth herein.

2.        Pursuant to Bankruptcy Code sections 362(d)(1) and 105(a), the Title III Stay is modified as set forth in the attached Exhibit 1 for administrative employment matters against the Commonwealth, to September 12, 2018 (the date of the Supplement).

3.        All rights, defenses, and protections of each of the Debtors with respect to any matters pending or that may arise in their respective Title III Cases, including the treatment of any claim arising from the matters set forth on Exhibit 1 hereof under a plan of adjustment or otherwise in the Title III Case are hereby reserved.  Nothing in this Order or the Debtors' consent to stay modification as set forth in the Supplement shall be deemed to be, or construed as, (a) an admission by any party of any liability, wrongdoing, act, or matter or that any claim or defense has or lacks merit; (b) a waiver of the Debtors' rights to dispute, contest, setoff, or recoup any claim, including any claims asserted in the subject actions, or assert any related rights, claims, or defenses and all such rights are reserved; or (c) an approval or assumption of any agreement or contract between the parties under Bankruptcy Code section 365.

4.        Notwithstanding any applicability of any Federal Rule of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.        The Court shall retain jurisdiction to hear and determine all matters (a) arising from or related to the implementation, enforcement, or interpretation of this Order and (b) concerning the execution or enforcement in the Title III cases of any judgment entered in a

prepetition ordinary course civil action where the Debtors agreed to modify or lift the Title III

Stay to allow the action to proceed to judgment by the underlying court.

Dated: _____

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**<u>Exhibit 1</u>**

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1 | NATIVIDAD VARGAS GENERAS V. DEPARTAMENTO DE EDUCACION, CASE NO: 2008-07-0040 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | NATIVIDAD VARGAS GENERAS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 2 | YUDELKA GINÉS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2010-03-2953 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | YUDELKA GINÉS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |

---

[1]   "Prepetition Action" shall mean the action identified in the column, "Prepetition Action."

"Title III Stay" shall mean the automatic stay set forth in Bankruptcy Code sections 362(a) and 922(a), made applicable to the Commonwealth's Title III case by PROMESA section 301(a).

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| 3 | KAROLINE MALDONADO GONZÁLEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-08-0097 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | KAROLINE MALDONADO GONZÁLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 4 | EVELYN SOTO TORRES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-10-0402 & 2012-06-1725 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | EVELYN SOTO TORRES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 5 | EVELYN SOTO TORRES V. DEPARTAMENTO DE EDUCACIÓN, | EVELYN SOTO TORRES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | CASE NO: 2010-05-324 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 6 | EVELYN SOTO TORRES V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NOS: 2012-10-0402 AND 2012-06-1725 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | EVELYN SOTO TORRES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 7 | VANESSA TORRES CASIANO V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2014-01-0358 (CASP) | VANESSA TORRES CASIANO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 8 | ROSA V. SOTO VALENTÍN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-12-0310 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ROSA V. SOTO VALENTÍN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 9 | JUANA MALDONADO PONCE V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-09-0478 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JUANA MALDONADO PONCE | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| 10 | ALICIA SOTO VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-09-0479 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ALICIA SOTO VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 11 | SANDRA L. CARMONA GÓMEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0249 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | SANDRA L. CARMONA GÓMEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 12 | MARÍA DEL C. BONANO GOTAY V. DEPARTAMENTO DE EDUCACIÓN, | MARÍA DEL C. BONANO GOTAY | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | CASE NO: 2017-01-0816 (CASP)\n\nREGULAR STATUS APPOINTMENT AS TEACHER | | | decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 13 | JARINETTE MORALES SALGADO V. DEPARTAMENTO DE EDUCACIÓN,\n\nCASE NO: AQ-16-0988 (CASP)\n\nREGULAR STATUS APPOINTMENT AS TEACHER | JARINETTE MORALES SALGADO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 14 | JARINETTE MORALES SALGADO V. DEPARTAMENTO DE EDUCACIÓN,\n\nCASE NO: 2016-12-0720 (CASP)\n\nREGULAR STATUS APPOINTMENT AS | JARINETTE MORALES SALGADO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | TEACHER | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 15 | ASTIR B. RIVERA MUDAFORT V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0043 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ASTIR B. RIVERA MUDAFORT | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 16 | AILEEN RODRÍGUEZ RAMOS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0049 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | AILEEN RODRÍGUEZ RAMOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 17 | SARAÍ GONZÁLEZ RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, | SARAÍ GONZÁLEZ RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties | September 12, 2018 |

| | **PREPETITION ACTION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION[1]** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| | CASE NO: 2016-07-0097 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 18 | GLADYS PÉREZ SERRANO V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-12-0757 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS SCHOOL DIRECTOR | GLADYS PÉREZ SERRANO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 19 | ANA RIVAS ABREU V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0251 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | ANA RIVAS ABREU | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 20 | ANN SOTO PÉREZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0178 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ANN SOTO PÉREZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 21 | BÁRBARA ALICEA REYES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0194 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | BÁRBARA ALICEA REYES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 22 | CELIMAR RAMOS VÁZQUEZ V. DEPARTAMENTO | CELIMAR RAMOS VÁZQUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | DE EDUCACIÓN, <br><br> CASE NO: 2016-07-0108 (CASP) <br><br> REGULAR STATUS APPOINTMENT AS TEACHER | | | process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 23 | DAISY MARALET MOLINA V. DEPARTAMENTO DE EDUCACIÓN, <br><br> CASE NO: 2016-08-0159 (CASP) <br><br> REGULAR STATUS APPOINTMENT AS TEACHER | DAISY MARALET MOLINA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 24 | DENISE GONZÁLEZ SANTOS V. DEPARTAMENTO DE EDUCACIÓN, <br><br> CASE NO: 2016-08-0221 (CASP) <br><br> REGULAR STATUS | DENISE GONZÁLEZ SANTOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 25 | JOEL GONZÁLEZ VARGAS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0252 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JOEL GONZÁLEZ VARGAS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 26 | MARÍA MENAY RUIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0209 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARÍA MENAY RUIZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 27 | NATHANAEL ARROYO MARTÍNEZ | NATHANAEL ARROYO MARTÍNEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-05-1335 (CASP) BACKPAY | | | Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 28 | NATHANAEL ARROYO MARTÍNEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-03-1104 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | NATHANAEL ARROYO MARTÍNEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 29 | AMNERIE SANTIAGO NAVEDO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0092 (CASP) | AMNERIE SANTIAGO NAVEDO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge | September 12, 2018 |

| | **PREPETITION ACTION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION[1]** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 30 | ANGEL LÓPEZ SALDAÑA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0081 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ANGEL LÓPEZ SALDAÑA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 31 | JOSÉ APONTE REYES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-10-0542 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JOSÉ APONTE REYES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 32 | JOSÉ GARCÍA DE JESÚS | JOSÉ GARCÍA DE JESÚS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the | September 12, 2018 |

|  | **PREPETITION ACTION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION[1]** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
|  | V. DEPARTAMENTO DE EDUCACIÓN, <br><br> CASE NO: 2016-08-0139 (CASP) <br><br> REGULAR STATUS APPOINTMENT AS TEACHER |  |  | Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. |  |
| 33 | YOELY ACEVEDO LÓPEZ V. DEPARTAMENTO DE EDUCACIÓN, <br><br> CASE NO: 2016-08-0205 (CASP) <br><br> REGULAR STATUS APPOINTMENT AS TEACHER | YOELY ACEVEDO LÓPEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 34 | MARIO ALEJANDRO CHARÓN V. DEPARTAMENTO DE EDUCACIÓN, <br><br> CASE NO: 2016-08-0220 | MARIO ALEJANDRO CHARÓN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 35 | SORIBEL PÉREZ PERDOMO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0120 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | SORIBEL PÉREZ PERDOMO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 36 | JEANETTE VEGA GARCÍA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0047 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JEANETTE VEGA GARCÍA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 37 | HIRAM DEL VALLE | HIRAM DEL | Commonwealth | The Title III Stay is hereby modified solely to the limited extent | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | ORTIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0231 REGULAR STATUS APPOINTMENT AS TEACHER | VALLE ORTIZ | | necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 38 | YAMIRIS FIGUEROA RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-07-0036 REGULAR STATUS APPOINTMENT AS TEACHER | YAMIRIS FIGUEROA RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 39 | IDALYS CONCEPCIÓN RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | IDALYS CONCEPCIÓN RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, | September 12, 2018 |

16

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2016-08-0254 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 40 | FRANSICO ROSARIO RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-05-1414 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | FRANSICO ROSARIO RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 41 | ARACELIS CASTRO VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2015-10-0380 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | ARACELIS CASTRO VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | damages against the Commonwealth or any other Title III Debtor. | |
| 42 | JUN MARTÍNEZ RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2015-10-0380 CONSOLIDATED WITH THE CASE ABOVE (CASP) BACKPAY | JUN MARTÍNEZ RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 43 | WILKINS RODRÍGUEZ OLIVERAS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2015-11-0292 (CASP) BACKPAY | WILKINS RODRÍGUEZ OLIVERAS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 44 | SAHARIS MUÑIZ REYES V. DEPARTAMENTO DE EDUCACIÓN, | SAHARIS MUÑIZ REYES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative | September 12, 2018 |

| | **PREPETITION ACTION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION[1]** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| | CASE NO: 2015-09-0263 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | | | decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 45 | SYLVIA SERRANO MOYET V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2014-10-0554 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | SYLVIA SERRANO MOYET | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 46 | JOEL VEGA COTTO V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CIVIL NO: 2014-08-0410 (CASP)<br><br>BACKPAY | JOEL VEGA COTTO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 47 | CARMEN ORTIZ FUENTES V. DEPARTAMENTO DE EDUCACIÓN, CIVIL NO: 2011-04-3242 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | CARMEN ORTIZ FUENTES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 48 | EDGARDO JUSINO MATOS V. DEPARTAMENTO DE EDUCACIÓN, CIVIL NO: 2016-08-0176 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | EDGARDO JUSINO MATOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 49 | ISDA FIGUEROA VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN, | ISDA FIGUEROA VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | CIVIL NO: 2016-08-0206 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 50 | FELÍCITA MARTÍNEZ ALICEA V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0219 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | FELÍCITA MARTÍNEZ ALICEA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 51 | IDSA FIGUEROA VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0204 (CASP)<br><br>REGULAR STATUS | IDSA FIGUEROA VELEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 52 | JANET RIVERA ECHAVARRIA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0201 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JANET RIVERA ECHAVARRIA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 53 | JESUS RODRÍGUEZ SEPÚLVEDA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0160 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JESUS RODRÍGUEZ SEPÚLVEDA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 54 | LINDA GONZÁLEZ GONZÁLEZ V. DEPARTAMENTO | LINDA GONZÁLEZ GONZÁLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | DE EDUCACIÓN, CASE NO: 2016-08-0207 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 55 | ROSA SOTO ORTIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-08-0195 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ROSA SOTO ORTIZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 56 | LIZNEL VELÁZQUEZ VELÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0202 (CASP) | LIZNEL VELÁZQUEZ VELÁZQUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 57 | MARIA DE LOS A RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0169 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARIA DE LOS A RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 58 | JENNIFER NEGRÓN RUÍZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0028 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JENNIFER NEGRÓN RUÍZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 59 | AGUSTÍN RODRÍGUEZ DEL RÍO | AGUSTÍN RODRÍGUEZ DEL RÍO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0055 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 60 | MARISEL SANTOS PAGÁN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0161 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARISEL SANTOS PAGÁN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 61 | MAYRELIS CEREZO MÉNDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0191 (CASP) | MAYRELIS CEREZO MÉNDEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 62 | NAIRA D. RÍOS BURGOS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0195 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | NAIRA D. RÍOS BURGOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 63 | MILTON M. RODRÍGUEZ PADILLA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0222 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MILTON M. RODRÍGUEZ PADILLA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 64 | NILSA AQUINO GONZÁLEZ | NILSA AQUINO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0216 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | GONZÁLEZ | | Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 65 | RAÚL RODRÍGUEZ FEBUS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0208 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | RAÚL RODRÍGUEZ FEBUS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 66 | MAYRA MERCADO ALOMAR V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0170 (CASP) | MAYRA MERCADO ALOMAR | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 67 | ROLANDO E. CRUZ MARTÍNEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0177 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ROLANDO E. CRUZ MARTÍNEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 68 | MARANGELI CRUZ PÉREZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0074 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARANGELI CRUZ PÉREZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 69 | FELIX FLORES | FELIX FLORES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | CARRIÓN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0125 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | CARRIÓN | | necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 70 | MARTA ROSADO BONEFONT V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0155 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARTA ROSADO BONEFONT | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 71 | CYNTHIA BOJITO MARRERO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0093 | CYNTHIA BOJITO MARRERO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 72 | ZAIDA PADILLA MUÑIZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0203 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | ZAIDA PADILLA MUÑIZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 73 | WANDALY IRIZARRY CABÁN V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0218 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | WANDALY IRIZARRY CABÁN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 74 | CELINES MALDONADO CABÁN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0223 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | CELINES MALDONADO CABÁN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 75 | HILDA AVILA LÓPEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-08-0190 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | HILDA AVILA LÓPEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 76 | MIGUEL AGUAYO CABALLERO | MIGUEL AGUAYO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0089 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | CABALLERO | | Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 77 | ROXANNIE CASILLAS BURGOS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-03-1544 REGULAR STATUS APPOINTMENT AS TEACHER | ROXANNIE CASILLAS BURGOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 78 | CARLOS FELICIANO FIGUEROA V. DEPARTAMENTO DE EDUCACIÓN, | CARLOS FELICIANO FIGUEROA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | CASE NO: 2016-11-0601 (CASP)  REGULAR STATUS APPOINTMENT AS TEACHER | | | Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 79 | LUCIANO CACERES RIVERA V. DEPARTAMENTO DE EDUCACIÓN,  CASE NO: 2016-11-0598  REGULAR STATUS APPOINTMENT AS TEACHER | LUCIANO CACERES RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 80 | YAMIRIS FIGUEROA RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN,  CASE NO: 2016-07-0158 (CASP)  REGULAR STATUS | YAMIRIS FIGUEROA RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the | September 12, 2018 |

| | **PREPETITION ACTION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION[1]** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 81 | VICTORIA PÉREZ VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0115 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | VICTORIA PÉREZ VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 82 | INGRID ORTIZ RIVERA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0112 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | INGRID ORTIZ RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 83 | CARLOS | CARLOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | GONZÁLEZ MOLINA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2015-07-0076 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | GONZÁLEZ MOLINA | | necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 84 | CARMEN RIVERA ROMERO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2015-07-0058 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | CARMEN RIVERA ROMERO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 85 | MARISOL OCASIO MAISONET V. DEPARTAMENTO DE EDUCACIÓN, | MARISOL OCASIO MAISONET | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | CASE NO: 2013-11-0255 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 86 | RAMÓN TORRES RIVERA V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2014-02-0409 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | RAMÓN TORRES RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 87 | MYRTA AGUIRRE RIVERA V. DEPARTAMENTO DE EDUCACIÓN<br><br>CASE NO: 2016-06-1452 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS | MYRTA AGUIRRE RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | TEACHER | | | Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 88 | GRISSELLE PEREIRA MOLINARI V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: NO NUMBER YET REGULAR STATUS APPOINTMENT AS TEACHER | GRISSELLE PEREIRA MOLINARI | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 89 | VANESSA FELICIANO LORENZO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0128 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | VANESSA FELICIANO LORENZO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 90 | JOANNA NIEVES | JOANNA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | MONZÓN V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2014-04-1333 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | NIEVES MONZÓN | | necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |