**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br>     Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as a representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br>     Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |

**SIEMENS TRANSPORTATION PUERTO RICO, S.E.'S
AMENDED INFORMATIVE MOTION REGARDING SEPTEMBER 13-14, 2018
OMNIBUS HEARING**

Siemens Transportation Partnership Puerto Rico, S.E. ("Siemens"), creditor and party in

interest in the above-captioned jointly administered Title III cases, through its undersigned

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

counsel, hereby submits this amended informative motion, pursuant to the Court's *Order Regarding Procedures For Attendance, Participation And Observation of September 13-14, 2018, Omnibus Hearing* [Case No. 17-3823; Docket No. 3075] and respectfully represents as follows:

1. Lady E. Cumpiano of Sepulvado, Maldonado & Couret will appear in person on behalf of Siemens at the September 13-14, 2018 Omnibus Hearing in the San Juan courtroom.

2. Ms. Cumpiano will be prepared to respond as necessary to any statements made by any party which may implicate Siemens' interests in the above-captioned proceedings or the Government Development Bank's Title VI proceedings.

Dated: September 12, 2018

                                 Respectfully submitted,

By:    *s/Lady E. Cumpiano*
        Lady E. Cumpiano
        USDC-PR Bar No. 211106

SEPULVADO, MALDONADO & COURET
304 Ponce de León, Suite1900
San Juan, PR 00918
Telephone: 787-765-5656
Facsimile: 787-294-0073
Email: lcumpiano@smclawpr.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*

and

**REED SMITH LLP**
Claudia Z. Springer
Derek J. Baker

2

        Three Logan Square
        1717 Arch Street, Suite 3100
        Philadelphia, PA, 19103
        Telephone: (215) 851-8190
        Facsimile: (215) 851-1420
        E-mail: cspringer@reedsmith.com
             dbaker@reedsmith.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

        <u>*s/Lady E. Cumpiano*</u>
        Lady E. Cumpiano
        USDC-PR Bar No. 211106

3