# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b), which applies to this proceeding pursuant to Section 301(a) of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, which applies to this proceeding pursuant to Section 310 of PROMESA, Manuel Rivera Aguiló of Rivera, Tulla and Ferrer, LLC, hereby appears as counsel for U.S. Bank, National Association and U.S. Bank Trust, National Association. ("**U.S. Bank**"), as trustee or successor trustee for the following bond issues:

1. **Puerto Rico Housing Finance Authority**-
   Puerto Rico Housing Finance Authority Capital Fund Program Bonds (Puerto Rico Public Housing Administration Projects), Series 2003 and
   Puerto Rico Housing Finance Authority Capital Fund Modernization Program Subordinated Bonds (Puerto Rico Public Housing Projects), Series 2008

2. **Puerto Rico Infrastructure Financing Authority** -
   Puerto Rico Infrastructure Financing Authority Special Tax Revenue Bonds,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

    Series 2005A, Series 2005B, Series 2005C, and Series 2006

3. **Puerto Rico Public Finance Corporation** -
   Puerto Rico Public Finance Corporation 2011 Series A Bonds (Commonwealth Appropriation Bonds);
   Puerto Rico Public Finance Corporation 2011 Series B Bonds (Commonwealth Appropriation Bonds); and
   Puerto Rico Public Finance Corporation 2012 Series A Bonds (Commonwealth Appropriation Bonds).

4. **Puerto Rico Municipal Finance Agency**-
   Puerto Rico Municipal Finance Agency 2005 Series C Refunding Bonds

5. **Puerto Rico Industrial Development Company** - Puerto Rico Industrial Development Company General Purpose Revenue Bonds, Series 1997A; and Puerto Rico Industrial Development Company - General Purpose Revenue Bonds, Series 2003 and Refunding Revenue Bonds, Series 2003.

6. **University of Puerto Rico** -
   University of Puerto Rico University System Revenue Refunding Bonds, Series P and University System Revenue Bonds, Series Q.

7. **Children's Trust** -
   Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2005 consisting of Series 2005A and Series 2005B - And Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2002; and
   Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2008 consisting of Series 2008A and Series 2008B.

8. **Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority**-
   Puerto Rico Industrial, Tourist, Educational Medical and Environmental Control Facilities Financing Authority (AFICA) Educational Facilities Revenue Bonds, 2000 Sr.A (University Plaza Project) (Master Trustee);
   Puerto Rico Industrial, Tourist, Educational Medical and Environmental Control Facilities Financing Authority (AFICA) Higher Education Refunding Revenue Bonds, Sr 2002 (Ana G. Mendez University System Project);
   Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Auth. (AFICA) Higher Education Revenue Bonds, Series 2006 (Ana G. Mendez University System Project); and
   Puerto Rico Industrial, Tourist, Educational Medical and Environmental Control Facilities Financing Authority (AFICA) Higher Education Revenue and Revenue Refunding Bonds, Sr 2012 (Ana G. Mendez University System Project).

9. **U.S. Bank serves as fiscal agent to the Puerto Rico Public Buildings Authority**-
Puerto Rico Public Building Authority Government Facilities Revenue Refunding Bonds, Series 2002 C, Government Facilities Revenue Bonds, Series 2002 D Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Refunding Bonds, Series 2002 F, Government Facilities Revenue Bonds, Series 2002 G, Government Facilities Revenue Bonds, Series 2002 H (Forward Delivery) Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Bonds, Series 2004 I;
Puerto Rico Public Building Authority Government Facilities Revenue Refunding Bonds, Series 2004 K, Government Facilities Revenue Bonds, Series 1993 L Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Refunding Bonds, Series 2007 M, Government Facilities Revenue Bonds, Series 2007 N, Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Refunding Bonds, Series 2009 P Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Refunding Bonds, Series 2009 Q Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Bonds, Series 2011R (Qualified School Construction Bonds - Issuer Subsidy) Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Bonds, Series 2011 S Guaranteed by the Commonwealth Puerto Rico;
Puerto Rico Public Building Authority Government Facilities Revenue Bonds, Series 2011 T (Qualified Zone Academy Bonds - Direct Payment) Guaranteed by the Commonwealth Puerto Rico; and
Puerto Rico Public Building Authority Government Facilities Revenue Refunding Bonds, Series 2012 U Guaranteed by the Commonwealth Puerto Rico; and Puerto Rico Public Buildings Authority Series L Revenue Refunding Bonds 4.20% 7/1/1997.

U.S. Bank requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

**RIVERA TULLA & FERRER, LLC**
Manuel Rivera Aguiló
USDC-DPR No. 300004
Rivera Tulla & Ferrer Building
50 Quisqueya Street

3

San Juan, PR 00917-1212
marivera@riveratulla.com

**PLEASE TAKE FURTHER NOTICE** that this notice constitutes not only a request for service of notices and papers, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "**Debtors**") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of U.S. Bank (1) to trial by jury in any case, proceeding, matter, or controversy so triable; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which U.S. Bank is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all counsel of record participating in the CM/ECF system.

Respectfully submitted, in San Juan, Puerto Rico, this 13th day of September, 2018.

**RIVERA, TULLA AND FERRER, LLC**
By: /s *Manuel Rivers Aguiló*
Manuel Rivera Aguilo
USDC-DPR No. 300004
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784
Email: marivera@ riveratulla.com

5