# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:34 AM (AST)
Ended: 12:24 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE: September 13, 2018

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: <br><br>The Financial Oversight and Management Board for Puerto Rico <br><br>*as representative of* <br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS) <br> PROMESA Title III <br><br><br> (Jointly Administered) |
| In Re: Government Development Bank, et al. <br><br> Movants | 3:18-CV-1561 (LTS) <br><br> PROMESA Title VI |

**Omnibus Hearing held.**

I. **Status Reports**
   1. Status report from the Oversight Board heard.
   2. Report from Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF").
      - Also discussed the Governmental Development Bank's ("GBD") Title VI proceedings and the proposed order submitted in 3:18-CV-1561 (LTS) [See ECF No. 125]
        - AAFAF shall submit a proposed revised order by September 20, 2018.

II. **Uncontested Matters**
   1. Fee Examiner's Motion to Impose Presumptive Standards and Timeliness Requirements for Fee Applications [Case No. 17-3283, ECF No. 3790]
      - Granted. Order will be issued.

III. **Contested Matters**

September 13, 2018 – Omnibus Hearing
3:17-BK-3283 (LTS) / 3:18-CV-1561 (LTS)

1. Creditors' Committee's Motion to Enforce Automatic Stay and Court's June 29, 2017 Order Confirming Application of Automatic Stay with Respect to GDB Restructuring [Case No. 17-3283, ECF No. 3797]
   - Attorneys Uhland and Sosland informed that they have resolved the concerns raised by FGIC in its response to the Motion.
   - Matter taken under advisement.

V. **Adjourned Matters**

1. Committee's Motion to Compel the Debtors to Comply with Interim Compensation Orders [Case No. 17-3283, ECF No. 3604]
   - Matter has been adjourned until the November 7, 2018 omnibus hearing.
2. Report from the Fee Examiner regarding First Interim Applications for Compensation
   - Matter has been adjourned until the November 7, 2018 omnibus hearing.

|    | Applicant | Docket No. | Period |
|----|-----------|------------|--------|
| 1. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 5/3/17 – 9/30/17 |

3. Report from the Fee Examiner regarding Second Interim Applications for Compensation.
   - Matter has been adjourned until the November 7, 2018 omnibus hearing.

|     | Applicant | Docket No. | Period |
|-----|-----------|------------|--------|
| 1.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2868 | 10/1/17 – 1/31/18 |
| 2.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2870 | 10/1/17 – 1/31/18 |
| 3.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2872 | 10/1/17 – 1/31/18 |
| 4.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2876 | 10/1/17 – 1/31/18 |
| 5.  | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2874 | 10/1/17 – 1/31/18 |
| 6.  | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756 | 10/1/17 – 1/31/18 |
| 7.  | Citigroup Global Markets Inc. (Investment Banker and Financial Advisor to FOMB)* | 2944 | 1/27/17 – 1/31/18 |
| 8.  | Andrew Wolfe (Independent Contractor to FOMB) | 2718 | 10/1/17 – 1/31/18 |
| 9.  | Ankura Consulting Group, LLC (Financial Advisors to AAFAF) | 2751 | 10/1/17 – 1/31/18 |
| 10. | Ankura Consulting Group, LLC (Financial Advisors to PREPA) | 2755 | 10/1/17 – 1/31/18 |
| 11. | Zolfo Cooper (Financial Advisor to the Official Committee of Unsecured Creditors) | 2739 | 10/1/17 – 1/31/18 |

*An asterisk next to a name denotes that this is the first interim application filed by that applicant.

s/Carmen Tacoronte

September 13, 2018 – Omnibus Hearing
3:17-BK-3283 (LTS) / 3:18-CV-1561 (LTS)

                                                      Carmen Tacoronte
                                                     Courtroom Deputy