UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This Order shall be filed in Case No. 17-BK-3283-LTS, Case No. 17-BK-4780-LTS, and Case No. 17-BK-3567-LTS. |

ORDER EXTENDING DEADLINES UNDER ORDER FURTHER
EXTENDING DEADLINES REGARDING HEARING REQUEST
AND REPLY FILED BY THE AUTONOMOUS MUNICIPALITY OF PONCE

The Court has received and reviewed the *Third Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 3934 in Case No. 17-3283, the "Motion"[2]). The Motion requests further extension of certain deadlines set by the Court in the *Order Further Extending Deadlines Regarding Hearing Request and Reply Filed by the Autonomous Municipality of Ponce* (Docket Entry No. 3806 in Case No. 17-3283, the "Scheduling Order"[3]).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] The Motion was also filed at Docket Entry No. 507 in Case No. 17-3567 and Docket Entry No. 961 in Case No. 17-4780.

[3] The Scheduling Order was also entered at Docket Entry No. 491 in Case No. 17-3567 and Docket Entry No. 943 in Case No. 17-4780.

The deadline for the parties to meet and confer and file the joint status report (as described more fully in the Scheduling Order) shall be extended to **September 25, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 3934 in Case No. 17-3283, Docket Entry No. 507 in Case No. 17-3567, and Docket Entry No. 961 in Case No. 17-4780.

SO ORDERED.

Dated: September 14, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge