UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER EXTENDING DEADLINES UNDER
ORDER REGARDING CORRESPONDENCE RECEIVED BY THE COURT ON AUGUST 27, 2018

The Court has received and reviewed the *Urgent Joint Motion for Extension of Deadlines* (Docket Entry No. 3938 in Case No. 18-3283, the "Motion") filed by the Puerto Rico Fiscal Agency and Financial Authority ("AAFAF") and María E. Vicéns Rivera. The Motion is hereby granted to the extent provided herein. AAFAF and Ms. Vicéns Rivera shall file a joint status report no later than **September 19, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 3938 in Case No. 17-3283.

SO ORDERED.

Dated: September 17, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)