## Exhibit 1

| | **PREPETITION ACTION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION**[1] | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| 1 | NATIVIDAD VARGAS GENERAS V. DEPARTAMENTO DE EDUCACION, CASE NO: 2008-07-0040 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | NATIVIDAD VARGAS GENERAS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 2 | YUDELKA GINÉS V. | YUDELKA GINÉS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final | September 12, 2018 |

---

[1]  "Prepetition Action" shall mean the action identified in the column, "Prepetition Action."

"Title III Stay" shall mean the automatic stay set forth in Bankruptcy Code sections 362(a) and 922(a), made applicable to the Commonwealth's Title III case by PROMESA section 301(a).

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2010-03-2953 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 3 | KAROLINE MALDONADO GONZÁLEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-08-0097 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | KAROLINE MALDONADO GONZÁLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | damages against the Commonwealth or any other Title III Debtor. | |
| 4 | EVELYN SOTO TORRES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-10-0402 & 2012-06-1725 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | EVELYN SOTO TORRES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 5 | EVELYN SOTO TORRES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2010-05-324 | EVELYN SOTO TORRES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 6 | EVELYN SOTO TORRES V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NOS: 2012-10-0402 AND 2012-06-1725 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | EVELYN SOTO TORRES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |

4

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| 7 | VANESSA TORRES CASIANO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-01-0358 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | VANESSA TORRES CASIANO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 8 | ROSA V. SOTO VALENTÍN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-12-0310 (CASP) | ROSA V. SOTO VALENTÍN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 9 | JUANA MALDONADO PONCE V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-09-0478 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JUANA MALDONADO PONCE | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 10 | ALICIA SOTO VÉLEZ | ALICIA SOTO VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

6

|  | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
|  | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-09-0479 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER |  |  | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. |  |
| 11 | SANDRA L. CARMONA GÓMEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0249 (CASP) REGULAR STATUS | SANDRA L. CARMONA GÓMEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 12 | MARÍA DEL C. BONANO GOTAY V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-01-0816 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARÍA DEL C. BONANO GOTAY | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 13 | JARINETTE MORALES SALGADO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | JARINETTE MORALES SALGADO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | AQ-16-0988 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 14 | JARINETTE MORALES SALGADO V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-12-0720 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | JARINETTE MORALES SALGADO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 15 | ASTIR B. RIVERA MUDAFORT | ASTIR B. RIVERA MUDAFORT | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-07-0043 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 16 | AILEEN RODRÍGUEZ RAMOS V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-07-0049 (CASP)<br><br>REGULAR STATUS | AILEEN RODRÍGUEZ RAMOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 1 7 | SARAÍ GONZÁLEZ RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0097 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | SARAÍ GONZÁLEZ RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 1 8 | GLADYS PÉREZ SERRANO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-12-0757 | GLADYS PÉREZ SERRANO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP)<br><br>REGULAR STATUS APPOINTMENT AS SCHOOL DIRECTOR | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 1 9 | ANA RIVAS ABREU V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0251 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | ANA RIVAS ABREU | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 2 0 | ANN SOTO PÉREZ | ANN SOTO PÉREZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0178 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 21 | BÁRBARA ALICEA REYES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0194 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | BÁRBARA ALICEA REYES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 22 | CELIMAR RAMOS VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0108 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | CELIMAR RAMOS VÁZQUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 23 | DAISY MARALET MOLINA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | DAISY MARALET MOLINA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2016-08-0159 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 24 | DENISE GONZÁLEZ SANTOS V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0221 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | DENISE GONZÁLEZ SANTOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 25 | JOEL GONZÁLEZ VARGAS | JOEL GONZÁLEZ VARGAS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0252 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 26 | MARÍA MENAY RUIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0209 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARÍA MENAY RUIZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 27 | NATHANAEL ARROYO MARTÍNEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-05-1335 (CASP) BACKPAY | NATHANAEL ARROYO MARTÍNEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 28 | NATHANAEL ARROYO MARTÍNEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | NATHANAEL ARROYO MARTÍNEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2017-03-1104 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 2 9 | AMNERIE SANTIAGO NAVEDO V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-07-0092 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | AMNERIE SANTIAGO NAVEDO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 3 0 | ANGEL LÓPEZ SALDAÑA | ANGEL LÓPEZ SALDAÑA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-07-0081 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 3 1 | JOSÉ APONTE REYES V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-10-0542 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | JOSÉ APONTE REYES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 3 2 | JOSÉ GARCÍA DE JESÚS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0139 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JOSÉ GARCÍA DE JESÚS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 3 3 | YOELY ACEVEDO LÓPEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | YOELY ACEVEDO LÓPEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2016-08-0205 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 3 4 | MARIO ALEJANDRO CHARÓN V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0220 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | MARIO ALEJANDRO CHARÓN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 3 5 | SORIBEL PÉREZ PERDOMO | SORIBEL PÉREZ PERDOMO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0120 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 36 | JEANETTE VEGA GARCÍA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0047 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JEANETTE VEGA GARCÍA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 3 7 | HIRAM DEL VALLE ORTIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0231 REGULAR STATUS APPOINTMENT AS TEACHER | HIRAM DEL VALLE ORTIZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 3 8 | YAMIRIS FIGUEROA RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | YAMIRIS FIGUEROA RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2017-07-0036<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 3 9 | IDALYS CONCEPCIÓN RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0254 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | IDALYS CONCEPCIÓN RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 4 0 | FRANSICO ROSARIO RODRÍGUEZ | FRANSICO ROSARIO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-05-1414 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | RODRÍGUEZ | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 4 1 | ARACELIS CASTRO VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2015-10-0380 (CASP) REGULAR STATUS APPOINTMENT | ARACELIS CASTRO VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | AS TEACHER AND BACKPAY | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 4 2 | JUN MARTÍNEZ RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2015-10-0380 CONSOLIDATED WITH THE CASE ABOVE (CASP) BACKPAY | JUN MARTÍNEZ RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 4 3 | WILKINS RODRÍGUEZ OLIVERAS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | WILKINS RODRÍGUEZ OLIVERAS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2015-11-0292 (CASP)<br><br>BACKPAY | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 44 | SAHARIS MUÑIZ REYES V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2015-09-0263 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | SAHARIS MUÑIZ REYES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 45 | SYLVIA SERRANO MOYET | SYLVIA SERRANO MOYET | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-10-0554 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 46 | JOEL VEGA COTTO V. DEPARTAMENTO DE EDUCACIÓN, CIVIL NO: 2014-08-0410 (CASP) BACKPAY | JOEL VEGA COTTO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 47 | CARMEN ORTIZ FUENTES V. DEPARTAMENTO DE EDUCACIÓN, CIVIL NO: 2011-04-3242 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER AND BACKPAY | CARMEN ORTIZ FUENTES | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 48 | EDGARDO JUSINO MATOS V. DEPARTAMENTO DE EDUCACIÓN, CIVIL NO: 2016-08-0176 | EDGARDO JUSINO MATOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 4 9 | ISDA FIGUEROA VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CIVIL NO: 2016-08-0206 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | ISDA FIGUEROA VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 5 0 | FELÍCITA MARTÍNEZ ALICEA | FELÍCITA MARTÍNEZ ALICEA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0219 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any Title III Debtor. | |
| 5 1 | IDSA FIGUEROA VÉLEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0204 (CASP) REGULAR STATUS | IDSA FIGUEROA VELEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 5 2 | JANET RIVERA ECHAVARRIA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0201 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | JANET RIVERA ECHAVARRIA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 5 3 | JESUS RODRÍGUEZ SEPÚLVEDA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0160 | JESUS RODRÍGUEZ SEPÚLVEDA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 5 4 | LINDA GONZÁLEZ GONZÁLEZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0207 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | LINDA GONZÁLEZ GONZÁLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 5 5 | ROSA SOTO ORTIZ | ROSA SOTO ORTIZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-08-0195 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any Title III Debtor. | |
| 5 6 | LIZNEL VELÁZQUEZ VELÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0202 (CASP) REGULAR STATUS | LIZNEL VELÁZQUEZ VELÁZQUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 5 7 | MARIA DE LOS A RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0169 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARIA DE LOS A RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 5 8 | JENNIFER NEGRÓN RUÍZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0028 | JENNIFER NEGRÓN RUÍZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 59 | AGUSTÍN RODRÍGUEZ DEL RÍO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0055 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | AGUSTÍN RODRÍGUEZ DEL RÍO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 60 | MARISEL SANTOS PAGÁN | MARISEL SANTOS PAGÁN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0161 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 6 1 | MAYRELIS CEREZO MÉNDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0191 (CASP) REGULAR STATUS | MAYRELIS CEREZO MÉNDEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 6 2 | NAIRA D. RÍOS BURGOS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0195 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | NAIRA D. RÍOS BURGOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 6 3 | MILTON M. RODRÍGUEZ PADILLA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: | MILTON M. RODRÍGUEZ PADILLA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2016-08-0222 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 6 4 | NILSA AQUINO GONZÁLEZ V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0216 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | NILSA AQUINO GONZÁLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 6 5 | RAÚL RODRÍGUEZ FEBUS | RAÚL RODRÍGUEZ FEBUS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0208 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 66 | MAYRA MERCADO ALOMAR V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0170 (CASP) REGULAR STATUS | MAYRA MERCADO ALOMAR | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

|  | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
|  | APPOINTMENT AS TEACHER |  |  | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. |  |
| 6 7 | ROLANDO E. CRUZ MARTÍNEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0177 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ROLANDO E. CRUZ MARTÍNEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 6 8 | MARANGELI CRUZ PÉREZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0074 | MARANGELI CRUZ PÉREZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 69 | FELIX FLORES CARRIÓN V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-07-0125 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | FELIX FLORES CARRIÓN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 70 | MARTA ROSADO BONEFONT | MARTA ROSADO BONEFONT | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0155 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 71 | CYNTHIA BOJITO MARRERO V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-07-0093 (CASP)<br><br>REGULAR STATUS | CYNTHIA BOJITO MARRERO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and | September 12, 2018 |

|  | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
|  | APPOINTMENT AS TEACHER |  |  | enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. |  |
| 72 | ZAIDA PADILLA MUÑIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0203 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | ZAIDA PADILLA MUÑIZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 73 | WANDALY IRIZARRY CABÁN V. DEPARTAMENTO DE EDUCACIÓN, | WANDALY IRIZARRY CABÁN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | CASE NO: 2016-08-0218 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 74 | CELINES MALDONADO CABÁN V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-08-0223 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | CELINES MALDONADO CABÁN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |

45

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | | |
| 7 5 | HILDA AVILA LÓPEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-08-0190 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | HILDA AVILA LÓPEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 7 6 | MIGUEL AGUAYO CABALLERO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0089 | MIGUEL AGUAYO CABALLERO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 77 | ROXANNIE CASILLAS BURGOS V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-03-1544<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | ROXANNIE CASILLAS BURGOS | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| 78 | CARLOS FELICIANO FIGUEROA V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-11-0601 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | CARLOS FELICIANO FIGUEROA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 79 | LUCIANO CACERES RIVERA V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: 2016-11-0598 | LUCIANO CACERES RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 80 | YAMIRIS FIGUEROA RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0158 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | YAMIRIS FIGUEROA RODRÍGUEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 81 | VICTORIA PÉREZ VÉLEZ | VICTORIA PÉREZ VÉLEZ | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico | September 12, 2018 |

49

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0115 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 82 | INGRID ORTIZ RIVERA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0112 (CASP) REGULAR STATUS | INGRID ORTIZ RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition | September 12, 2018 |

50

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | APPOINTMENT AS TEACHER | | | Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 83 | CARLOS GONZÁLEZ MOLINA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2015-07-0076 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | CARLOS GONZÁLEZ MOLINA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 84 | CARMEN RIVERA ROMERO V. DEPARTAMENT | CARMEN RIVERA ROMERO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | O DE EDUCACIÓN, CASE NO: 2015-07-0058 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | | | "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 85 | MARISOL OCASIO MAISONET V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-11-0255 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | MARISOL OCASIO MAISONET | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | | | | damages against the Commonwealth or any other Title III Debtor. | |
| 8 6 | RAMÓN TORRES RIVERA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-02-0409 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | RAMÓN TORRES RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 8 7 | MYRTA AGUIRRE RIVERA V. DEPARTAMENTO DE EDUCACIÓN CASE NO: | MYRTA AGUIRRE RIVERA | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | 2016-06-1452 (CASP)<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | | | equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |
| 88 | GRISSELLE PEREIRA MOLINARI V. DEPARTAMENTO DE EDUCACIÓN,<br><br>CASE NO: NO NUMBER YET<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | GRISSELLE PEREIRA MOLINARI | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| 89 | VANESSA FELICIANO LORENZO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-08-0128 (CASP) REGULAR STATUS APPOINTMENT AS TEACHER | VANESSA FELICIANO LORENZO | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | September 12, 2018 |
| 90 | JOANNA NIEVES MONZÓN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-04-1333 (CASP) | JOANNA NIEVES MONZÓN | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not | September 12, 2018 |

| | PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION[1] | MODIFICATION DATE |
|---|---|---|---|---|---|
| | REGULAR STATUS APPOINTMENT AS TEACHER | | | be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor. | |