# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. Nos. 3159, 3283, 3342, 3447, 3707, 3814 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |
| ANTONIO FUENTES-GONZALEZ, MARIA IVONNE VIGUIE-FERNANDEZ<br><br>Movants,<br><br>-against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Respondent. | **This Informative Motion Relates Only to PREPA and Shall be Filed in Both the Lead Case No. 17 BK-3283-LTS and in PREPA's Title III Case No. 17 BK 4780-LTS** |

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**JOINT INFORMATIVE MOTION REGARDING
ANTONIO FUENTES-GONZALEZ AND MARIA IVONNE VIGUIE-
FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Puerto Rico Electric Power Authority ("PREPA") pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, and Antonio Fuentes-Gonzalez, Maria Ivonne Viguie-Fernandez, and the conjugal partnership constituted by them (collectively, "Movants" ),[1] by and through their undersigned counsel and respectfully submit this informative motion to inform the Court that PREPA and Movants (together, the "Parties") have consensually resolved the *Motion for Relief from Automatic Stay* [Case No. 17-3283; ECF No. 3159] (the "Motion") filed by Movant.

**Background**

1. On May 25, 2018, Movants filed the Motion seeking relief from the automatic stay "for cause" under section 362(d) of title 11 of the United States Code to execute their judgment for monetary relief against PREPA in the case captioned *Autoridad de Energía Electrica v. Antonio Fuentes Gonzalez et al.*, Case No. KEF 2012-0039, Puerto Rico Court of First Instance, San Juan Part.

2. The Parties have met and conferred and have entered into a stipulation to resolve the Motion in its entirety. PREPA will include such stipulation in the next omnibus stay modification motion in accordance with Paragraph III.Q of Section III (Scheduling) of the *Fifth Amended Notice,*

---

[1] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") to file this Informative Motion on behalf of PREPA. AAFAF is an entity of the Commonwealth of Puerto Rico authorized to act on behalf of PREPA pursuant to the authority granted to it under the Enabling Act of the Fiscal Agency and Financial Advisory Authority, Act 2 2017.

*Case Management, and Administrative Procedures* [Case No. 17-03283; ECF No. 3730-1].

Therefore, Movants withdraw the Motion.

Dated: September 18, 2018.
      San Juan, Puerto Rico

Respectfully submitted,

| MOVANTS | THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, as Fiscal Agent for PREPA |
|---|---|
| */s/Antonio Fuentes-González*<br>ANTONIO FUENTES-GONZÁLEZ<br>USDC BAR NUMBER 118902<br>G.P.O. BOX 7764<br>PONCE, P.R. 00732-7764<br>TELEPHONE: (787) 409-7980<br>FACSIMILE: (866) 908-7044<br>E-MAIL: antoniofuentesgonzalez@yahoo.com | By its attorneys,<br><br>*/s/ Kevin D. Finger*<br>Kevin D. Finger (admitted pro hac vice)<br>David D. Cleary (admitted pro hac vice)<br>Greenberg Traurig, LLP<br>77 West Wacker Drive Suite 3100<br>Chicago, IL 60601<br>Phone: 312.456.8400<br>Fax: 312.456.8435<br>Email: fingerk@gtlaw.com<br>clearyd@gtlaw.com |
| By its attorney,<br><br>*/s/María E. Vicéns Rivera*<br>MARÍA E. VICÉNS RIVERA LAW OFFICE<br>USDC BAR NUMBER 226711<br>9140 MARINA ST., SUITE 801<br>PONCE, P.R. 00717<br>TEL./FAX. (787) 259-1999<br>EMAIL: mevicens@yahoo.com | Nathan A. Haynes (admitted pro hac vice)<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212.801.9200<br>Fax: 212.801.6400<br>Email: haynesn@gtlaw.com<br><br>Joseph P. Davis (admitted pro hac vice)<br>Greenberg Traurig, LLP<br>One International Place, Suite 2000<br>Boston, MA 02110<br>Phone: 617.310.6000<br>Fax: 617.310.6001<br>Email: davisjo@gtlaw.com |

2

THE PUERTO RICO ELECTRIC
POWER AUTHORITY

By its attorneys,
*/s/ Arturo Díaz-Angueria*
USDC No. 117907

*/s/ Katiuska Bolaños-Lugo*
USDC No. 231812

CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR 00936-4966
Phone: (787) 767-9625
Fax: (787) 764-4430
Email: adiaz@cnrd.com
kbolanos@cnrd.com

3