# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** September 19, 2018

BK Case: 17-3283 LTS

**Prior USCA Case #:** 17-2168

**APPEAL FEE PAID:**   YES _____   NO __X__

**CASE CAPTION: In re: Commonwealth of Puerto Rico**

**IN FORMA PAUPERIS:**   YES _____   NO __X__

**MOTIONS PENDING:**   YES _____   NO __X__

**NOTICE OF APPEAL FILED BY:** Javier Mandry Mercado

**APPEAL FROM:**   Order entered on 7/11/2018

**SPECIAL COMMENTS:**   Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries   3489, 3475**                                                        I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court
S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By:   _____
USCCA #:       _____   s/c:   CM/ECF Parties, Appeals Clerk