UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

ORDER GRANTING URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES

The Court has received and reviewed the *Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 3944 in Case No. 17-3283 and Docket Entry No. 509 in Case

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

180919 EXT ORD RE FINCA MATILDE LIFT STAY

No. 17-3567, the "Motion"). The Motion is granted to the extent provided herein. Opposition papers to the *Lift Stay Notice* (Docket Entry No. 3851 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **September 27, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **October 4, 2018 at 5:00 p.m. (Atlantic Standard Time)**. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

   This Order resolves Docket Entry No. 3944 in Case No. 17-3283 and Docket Entry No. 509 in Case No. 17-3567.

  SO ORDERED.

Dated: September 19, 2018

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 United States District Judge