IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## ORDER

This matter is before the Court on the Eighth Supplemental Joint Status Report of Movants and Respondents (Dkt. No. 3949) (the "Eighth Status Report") related to the *Joint Motion by the American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME), American Federation of Teachers, AFL-CIO (AFT), International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW), and Service Employees International Union (SEIU) for an Order Authorizing Discovery Under Bankruptcy Rule 2004* (Dkt. No. 2595) (the "Rule 2004 Motion"). Therein, the parties hereto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

represent that they have continued to meet and confer and are continuing discussions regarding the production of additional information. The parties have represented similar progress in numerous status reports previously filed with the Court. Noting the collaboration among the parties, and the lack of a request for an instant ruling on the underlying Rule 2004 Motion, the Court hereby instructs the Clerk of Court to terminate the Rule 2004 Motion for procedural purposes. This instruction is not a ruling on the merits and is without prejudice to any party moving to reopen the Rule 2004 Motion. The parties need not file supplemental pleadings with the Court related to the Rule 2004 Motion unless a ruling on the merits of the Motion is necessary.

This order resolves Dkt. No. 3949. The Clerk of Court is hereby instructed to terminate Dkt. No. 2595.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 20, 2018