UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

### MOTION TO WITHDRAW AS LEGAL COUNSEL AND REQUEST TO CEASE NOTIFICATIONS TO THE UNDERSIGNED

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

COMES NOW Lord Electric Company of Puerto Rico, Inc. ("Lord"), represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. On September 6, 2018, Lord filed a Notice of Withdrawal of the Motion for Allowance of Administrative Expense Claims [Dkt. No. 950].

2. With the voluntary withdrawal of the Motion for Allowance of Administrative Expense Claims [Dkt. No. 881], the undersigned has fulfilled her legal representation of Lord in this case. Lord will continue to be represented and informed of the matters related to this case through Attorney Nanette Rickenbach, lead counsel.

3. The undersigned certifies that she has advised Lord of any and all deadlines and matters pending related to the legal representation of the undersigned in this case. The undersigned further certifies that she does not owe any amounts to Lord pertaining to any fees collected in advance, as no fees have been charged or collected in advance by the undersigned.

4. The undersigned has delivered to Lord true and correct copies of the documents in the case file, in PDF format.

WHEREFORE, the undersigned attorney respectfully requests that this Honorable Court takes notice of the above stated for all pertinent purposes and: (i) authorize the undersigned's withdrawal as legal counsel for Lord in this case; and (ii) order the cease of notifications in the instant case to the undersigned counsel.

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants, including Debtors' counsel and the Acting United States Trustee for Region 21.

I FURTHER CERTIFY that, on this same date, I served the foregoing upon any non-CM/ECF participant Standard Parties as identified and defined at ¶ II of the CMP Order, as amended on August 1, 2018, (Docket No. 3730 of Case No. 17-03283) "Order Further Amending Case Management Procedures".

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of September 2018.

>Myrna Ruiz-Olmo, Esq.
>400 Juan Calaf PMB 232
>San Juan, PR 00918
>Telephone: (787) 723-8083
>Facsimile: (787) 723-8085
>Email: mro@prbankruptcy.com
>
>*s/ Myrna L. Ruiz-Olmo*
>USDC-PR No. 223209