# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> **Re: ECF Nos. 3914, 3916** <br><br> (Jointly Administered) |

## URGENT JOINT MOTION FOR EXTENSION OF DEADLINES

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth")[2] and the Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical (collectively, "Movants"), respectfully submit this urgent joint motion for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the deadlines set forth in the *Order Scheduling Briefing of Motion for Relief from Automatic Stay* [ECF No. 3916] (the "Scheduling Order").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Department of Justice to file this Urgent Joint Motion on behalf of the Commonwealth.

**Request for Relief**

1. On September 10, 2018, the Movants filed the *Motion for Relief from Automatic Stay* [ECF No. 3914] (the "Motion), seeking relief from the automatic stay to allow the Puerto Rico Court of First Instance in the case captioned *Asociación de Maestros de Puerto Rico et al v. Departamento de Educación et al.*, Case No. SJ2017CV00542 (the "Prepetition Action") "to enter the appropriate declarations as to Movants' right under Commonwealth law, but also to allow the Commonwealth Court to issue and enforce a remedy, in equity or in law, redressing any deprivation by Defendants to Movants' right to due process and property rights." Motion ¶¶ 20.

2. The Commonwealth is in the process of reviewing the pertinent information regarding the facts relating to the Prepetition Action in order to respond to the Motion. Nevertheless, the Commonwealth needs additional time to finalize such analysis and submit its response to the Motion. In consideration of the foregoing, the Commonwealth and Movants have agreed to the following extensions of the deadlines set forth in the Scheduling Order:

- The deadline to file oppositions to the Motion, or to otherwise respond, shall be extended to **October 10, 2018**.

- The deadline for Movants to file a reply to any oppositions shall be extended to **October 19, 2018**.

3. Pursuant to Paragraph 1.H of the *Fifth Amended Notice, Case Management and Administrative Procedures* [Case No. 17 BK 3283, ECF No. 3730-1] (the "Case Management Procedures"), the Commonwealth hereby certifies that they have carefully examined the matter and concluded that there is a true need for an urgent motion; they have not created the urgency through any lack of due diligence; have made a bona fide effort to resolve the matter without a

hearing; have made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and no party opposes the relief requested herein.

### Notice

4. The Commonwealth has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[3] (i) all parties filing a notice of appearance in these Title III cases; and (j) Movants. A copy of the motion is also available on the Commonwealth's case website at https://cases.primeclerk.com/puertorico/.

5. The Commonwealth submits that, in light of the nature of the relief requested, no other or further notice need be given.

**WHEREFORE**, the Commonwealth and Movants respectfully request the Court enter the Proposed Order and grant such other relief as is just and proper.

Dated: September 21, 2018
San Juan, Puerto Rico

---

[3] The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **WANDA VÁZQUEZ GARCED**<br>Secretary of Justice<br>*/s/ Wandymar Burgos Vargas*<br>**WANDYMAR BURGOS VARGAS**<br>USDC 223502<br>Deputy Secretary in Litigation<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: 787-721-2940 Ext. 2500, 2501<br>wburgos@justicia.pr.gov<br><br>*Attorneys for the Commonwealth of Puerto Rico* | **JOSE LUIS BARRIOS-RAMOS**<br><br>*/s/ José Luis Barrios-Ramos*<br>**JOSE LUIS BARRIOS RAMOS**<br>**USDC 223611**<br>1801 McLeary Ave. Suite 303<br>San Juan, Puerto Rico, 00911<br>Phone: 787-593-6641<br>Fax: 787-764-4430<br>Email: barrios.jl@outlook.com<br><br>*Attorney for Movants* |

**<u>Exhibit A</u>**

**Proposed Order**