# Exhibit A

(R. C. de la C. 3257)
(Conferencia)

# RESOLUCION CONJUNTA NUM. 1591
# 8 DE DICIEMBRE DE 2003

Para autorizar al Departamento de Hacienda a tomar dinero a préstamo hasta la cantidad de ochenta millones quinientos ochenta mil doscientos diecinueve (80,580,219) dólares, para financiar las iniciativas que llevan a cabo el Departamento de Salud y otras agencias relacionadas que tienen que implantar sistemas de procesamiento electrónico de información y asegurar el cumplimiento con las disposiciones de la ley federal "*Health Insurance Portability and Accountability Act*" (HIPAA), financiar la expansión e implantación de la Tarjeta Inteligente de Salud para un millón setecientos mil beneficiarios del Plan de Seguro de Salud del Estado Libre Asociado de Puerto Rico a tenor con las disposiciones de la ley federal HIPAA; establecer el plan de pago para cumplir con dicha obligación; permitir la aceptación de donativos; disponer para la contratación necesaria de proyectos de implantación; y autorizar el pareo de fondos.

EXPOSICION DE MOTIVOS

El "*Health Insurance Portability and Accountability Act*" (HIPAA), Ley Pública 104-191, es una legislación federal que fue aprobada por el Congreso de los Estados Unidos el 21 de agosto de 1996 con el fin de asegurar la continuidad de las cubiertas de seguros y simplificar los procesos administrativos en la operación de los seguros de salud.  Entre las metas a largo plazo, se encuentran la obtención de economías y reducción del gasto en los servicios de salud, así como mejorar las operaciones de la industria de salud para prevenir, entre otros asuntos, el fraude y abuso en la facturación de servicios, lo cual genera pérdidas millonarias para los planes de salud privados y gubernamentales como, por ejemplo, *Medicare* y *Medicaid*.

Como resultado de dicho mandato congresional, se le solicitó al Departamento de Salud Federal que estableciera normas y reglas de privacidad y seguridad sobre la información de salud que se maneja por los planes, y la adopción de normas para reglamentar el procesamiento de las transacciones electrónicas que realizan los proveedores de salud, los planes médicos, compañías aseguradoras y oficinas de compensación ("*clearing houses*").  Las entidades cubiertas por la ley son todos aquellos proveedores de salud, público o privado, planes médicos, organizaciones de mantenimiento de salud (HMO), aseguradoras y a aquellas entidades ("*clearing houses*") que procesan transacciones administrativas electrónicas para entidades cubiertas sobre información de salud  de servicios médicos, entre otros.

Para alcanzar los propósitos propuestos, HIPAA requiere a todas las entidades cubiertas, la adopción y cumplimiento con los reglamentos aprobados por el Departamento de Salud Federal en tres áreas  principales: (a) Privacidad, (b) Seguridad y  Códigos, (c) Códigos, Transacciones e Identificadores. Todas las entidades cubiertas están obligadas al cumplimiento de estos estándares, los cuales, requieren considerables modificaciones, cambios y una reingeniería en

todas las operaciones y el manejo electrónico de la información de salud por varias agencias del Estado Libre Asociado de Puerto Rico.

Las normas de cumplimiento comprenden:

**Normas de Privacidad:** Estas normas requieren a las entidades cubiertas la implantación de nuevas prácticas administrativas, políticas y procedimientos para proteger el uso y divulgación de la información de salud del individuo y para garantizar los nuevos derechos que HIPAA establece a favor del paciente. La fecha de implantación para la mayoría de las entidades cubiertas, incluyendo aquellas dependencias gubernamentales del Estado Libre Asociado de Puerto Rico que le aplique, es el 14 de abril de 2003.

**Normas de Códigos, Transacciones e identificadores:** Esta área requiere la estandarización de (9) transacciones electrónicas - administrativas y financieras – que se realizan en las operaciones de los servicios de salud en formatos definidos y conforme a códigos establecidos. Estas normas aplican a todo plan de seguro, proveedor, organización de salud y aseguradoras. La fecha de implantación, para la mayoría de las entidades cubiertas, incluyendo aquellas dependencias gubernamentales del Estado Libre Asociado de Puerto Rico que le aplique, es el 16 de octubre de 2003.

**Normas de Seguridad:** Se refiere a los estándares administrativos, físicos y tecnológicos establecidos para asegurar la integridad, autenticación, confidencialidad y disponibilidad de información en el manejo de la información de salud protegida por la ley HIPAA que entidades cubiertas mantengan y transmitan electrónicamente. La fecha de implantación, para la mayoría de las entidades cubiertas, incluyendo aquellas dependencias gubernamentales del Estado Libre Asociado de Puerto Rico que le aplique, es el 20 de marzo de 2005.

HIPAA aplica a toda agencia del Estado Libre Asociado que mantenga, reciba, procese, almacene o divulgue información de salud y conduzca las transacciones administrativas electrónicas definidas como parte de sus funciones. El Estado Libre Asociado decidió nombrar dos equipos de trabajo para realizar el análisis del impacto y alcance de la ley en las operaciones de las agencias y determinar las gestiones ha realizar para cumplir con la ley. Uno fue realizado por el Departamento de Salud y otro por la Oficina de Gerencia y Presupuesto, esto con el propósito de cubrir la totalidad de la Rama Ejecutiva del Gobierno. Dichos estudios concluyeron que las agencias que requieren el cumplimiento inmediato de la legislación son el Departamento de Salud, con todos sus programas, la Administración de Servicios de Salud Mental y Contra la Adicción, el Cuerpo de Emergencias Médicas, y la Administración de Seguros de Salud ("ASES"). Se identificó, también la necesidad de asignar a un ente que vele por el cumplimiento de esta Ley. A pesar de las gestiones comenzadas y realizadas, es necesaria la implantación de tecnologías e infraestructuras para el manejo de la información, además del establecimiento de políticas y procedimientos para el cumplimiento de normas de la privacidad y seguridad. En el Departamento de Salud, se incluyen todos sus programas incluyendo Centros de Diagnósticos y Tratamientos, Programa Asistencia Médica (Medicaid), Oficina de Sistemas de Información, Registro Demográfico, Servicios de Laboratorios Clínicos, entre otros.

ASES, por otra parte, está en la fase de diseño de la Tarjeta Inteligente de Salud, una tarjeta que portará el beneficiario de la Reforma y que contiene un micro procesador que almacenará su información médica personal de salud, como por ejemplo, (1) datos demográficos, (2) índice único del paciente, (3) récord médico del paciente, (4) quiénes son sus proveedores médicos, (5) historial de encuentros, (6) resultados clínicos, (7) información de citas e (8) información sobre el Plan de Seguro de Salud. Esta información, la cual será provista por medios electrónicos, será también actualizada en línea por sistemas de salud integrados. La ley HIPAA protege precisamente ese tipo de información médica personal, así que es necesario atemperar el proyecto de Tarjeta Inteligente con los requisitos de la ley HIPAA.

El Departamento de Salud y ASES iniciaron un proyecto demostrativo para beneficiarios de los CDTs de Isabela y Vieques, así como el Hospital Universitario Ramón Ruiz Arnau (HURRA), para validar la integración de datos y probar que un sistema de información clínico puede compartir datos con la Tarjeta. El proyecto se implantó durante los meses de julio a diciembre del 2002 y ha sido un éxito. Mediante dicho proyecto demostrativo se ha validado la integración de los datos y corroborado el impacto positivo que la Tarjeta Inteligente ha tenido en los servicios que reciben los beneficiarios del plan demostrativo, entre otros, (1) información completa y actualizada del paciente al momento de proveérsele servicios médicos, lo cual redunda en una mejoría en la calidad de los servicios ofrecidos, (2) una reducción en fraude por uso indebido de la tarjeta ya que contiene la foto del beneficiario de la Tarjeta Inteligente y el sistema valida por métodos biométricos la identidad del dueño de la Tarjeta Inteligente, y (3) un tratamiento práctico e informado que se enfoca a las necesidades del beneficiario. Como resultado de este proyecto demostrativo, se decidió expandir la cobertura de la tarjeta a todos los beneficiarios del Plan de Seguro de Salud de Puerto Rico. El plan de expansión consiste en emitir 1.7 millones de tarjetas comenzando en septiembre de 2003. Se contempla la adquisición de 2 millones de tarjetas y todo el equipo e infraestructura necesaria para la implantación del sistema mecanizado en todas las oficinas de Asistencia Médica y los centros de emisión masiva de Tarjetas Inteligentes.

*RESUELVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se autoriza al Departamento de Hacienda a tomar dinero a préstamo hasta la cantidad de ochenta millones quinientos ochenta mil doscientos diecinueve (80,580,219) dólares, a fin de financiar las iniciativas que llevan a cabo el Departamento de Salud, la Administración de Seguros de Salud (ASES), Cuerpo de Emergencias Médicas, Administración de Servicios de Salud y Contra la Adicción (ASSMCA), la Administración de Familias y Niños, y a otras agencias para cumplir con las disposiciones de la ley federal "Health Insurance Portability and Accountability Act" (HIPAA) y otros proyectos de procesamiento electrónico de la información conforme se dispone a continuación:

1. Se asignan un millón seiscientos treinta y un mil trescientos noventa y cuatro (1,631,394) dólares para atender el área de Códigos, Transacciones e Identificadores. Esa cantidad se dividirá en un millón noventa y cuatro mil quinientos (1,094,500) dólares para el Departamento de Salud y otras agencias adscritas, trescientos ocho mil (308,000) dólares para la Administración de Seguros de Salud, y ciento noventa y ocho mil (198,000) dólares para el Cuerpo

de Emergencias Médicas, y treinta y ocho mil ochocientos noventa y cuatro (30,894) dólares a la Administración de Familias y Niños del Departamento de la Familia.

2. Se asignan un millón setecientos ochenta y dos mil quinientos (1,782,500) dólares para el área de Seguridad. Esa cantidad se dividirá en un millón doscientos veintisiete mil (1,227,000) dólares para el Departamento de Salud, trescientos cuarenta y seis mil quinientos (346,500) dólares para la Administración de Seguros de Salud (ASES) y doscientos nueve mil (209,000) dólares para el Cuerpo de Emergencias Médicas.

3. Se asignan cuatro millones trescientos ochenta y cuatro mil ochocientos (4,384,800) dólares para el área de Privacidad. De esa cantidad, tres millones cuatrocientos dieciséis mil ochocientos (3,416,800) dólares son para el Departamento de Salud y otras agencias adscritas, seiscientos cincuenta y seis mil setecientos (656,700) dólares para la Administración de Seguros de Salud y trescientos once mil trescientos (311,300) dólares son para el Cuerpo de Emergencias Médicas.

4. Se asignan ocho millones quinientos nueve mil ochocientos setenta y cinco (8,509,875) dólares para la adquisición de equipos y programas de computadoras que provean las soluciones tecnológicas que se requieran. De esa cantidad, seis millones (6,000,000) de dólares son para el Departamento de Salud y otras agencias adscritas y un millón quinientos mil (1,500,000) dólares son para el Cuerpo de Emergencias Médicas. Además, para atender la necesidad de manejo electrónico de la información sobre maltratos de menores se asignan a la Administración de Familias y Niños del Departamento de la Familia un millón nueve mil ochocientos setenta y cinco (1,009,875) dólares.

5. Se asignan seis millones (6,000,000) de dólares para la Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA) para la mecanización de los sistemas de facturación y procesamiento de la información en cumplimientos con HIPAA y cualquier otra reglamentación aplicable. De esa cantidad, cuatro millones setecientos mil (4,700,000) dólares son para la adquisición de equipo y mejoras permanentes, y un millón trescientos mil (1,300,000) dólares para gastos administrativos, consultivos y profesionales.

6. Se asignan cincuenta y siete millones seiscientos veintiún mil seiscientos cincuenta (57,621,650) dólares al Departamento de Salud, de los cuales veinticinco millones (25,000,000) de dólares serán para la implantación de la Tarjeta Inteligente de Salud, dieciocho millones (18,000,000) de dólares para la implantación del Sistema de Información de Hospitales, (HIS, por sus siglas en inglés) en todos los Centros de Diagnóstico y Tratamiento propiedad del Departamento y catorce millones seiscientos veintiún mil seiscientos cincuenta (14,621,650) dólares, para el establecimiento del Data Center. Se entiende que la

adquisición del equipo y la Tarjeta Inteligente deberá ir a una nueva subasta, no así el Sistema de Información de Hospitales (HIS).

Sección 2.-El Secretario transferirá a ASES los dineros que él estime necesarios para la implantación del Sistema de la Tarjeta.

El desarrollo del programa se hará basado en la experiencia adquirida en el plan piloto desarrollado por el departamento en los municipios de Isabela, Bayamón y Vieques. El programa comenzará su expansión en la Región de Mayagüez y los desembolsos originales se harán con este propósito, incluyendo los sistemas, su desarrollo facilitará el desarrollo del programa en toda la isla. Será potestad exclusiva del Departamento de Salud a través de su Secretario la expansión del Programa de la Tarjeta a otras regiones o municipios después del desarrollo de la Región de Mayagüez.

Sección 3.-Para el pago de la obligación autorizada estará consignada en las asignaciones que provienen del Fondo General la cantidad de tres millones quinientos cuatro mil setecientos veinticinco (3,504,725) dólares, más intereses acumulados, por ocho (8) años, comenzando en el año fiscal 2005-2006 hasta el año fiscal 2012-2013 y del Fondo de Mejoras Públicas la cantidad de tres millones novecientos ochenta y un mil doscientos cincuenta (3,981,250) dólares anuales, más intereses acumulados, por ocho (8) años, comenzando en el año fiscal 2004-2005 hasta el año fiscal 2011-2012.

Sección 4.-El Secretario de Hacienda desembolsará los fondos dispuestos en la Sección 1 de esta Resolución Conjunta, de conformidad a los planes de trabajos establecidos y el progreso de la obra. El Secretario de Hacienda podrá reembolsar a las distintas agencias aquellas cantidades que puedan identificar con este proyecto.

Sección 5.-Se autoriza a aceptar, a nombre del Estado Libre Asociado de Puerto Rico, todas aquellas aportaciones de dinero u otras donaciones provenientes de ciudadanos y empresas privadas, necesarias y convenientes para los fines expresados en esta Resolución Conjunta.

Sección 6.-Se autoriza a contratar con los gobiernos municipales, contratistas privados, así como con cualquier departamento, agencia o corporación del Estado Libre Asociado de Puerto Rico, para el desarrollo de los propósitos de esta Resolución Conjunta.

Sección 7.-Se autoriza a parear los fondos asignados con aportaciones particulares, estatales, municipales o federales.

Sección 8.-Esta Resolución Conjunta comenzará a regir inmediatamente después de su aprobación.