# Exhibit B

ASAMBLEA    SESION
LEGISLATIVA    ORDINARIA

Res. Conj. Núm. 60

(R. C. de la C. 1105)

(Aprobada en 1 de julio de 2011)

# RESOLUCION CONJUNTA

Para enmendar las Secciones 2, 4; añadir una nueva Sección 5 y reenumerar las Secciones 6 y 7 de la Resolución Conjunta Núm. 168 de 11 de agosto de 2005, según enmendada, para autorizar al Director de la Oficina de Gerencia y Presupuesto y al Banco Gubernamental de Fomento, a partir del Año Fiscal 2011-2012, a convertir en línea de crédito rotativa, la línea de crédito establecida durante el Año Fiscal 2005-2006, para incurrir en obligaciones hasta la cantidad de ciento cincuenta millones (150,000,000) de dólares, con el propósito de atender situaciones de emergencia o desastre que afecten a la Isla, según dispuesto en la Ley que crea el Fondo de Emergencia, Ley Núm. 91 de 21 de junio de 1966, según enmendada; y en la Ley Núm. 211 de 2 de agosto de 1999, según enmendada, denominada "Ley de la Agencia Estatal para el Manejo de Emergencias y Administración de Desastres en Puerto Rico"; y para disponer el modo en que serán satisfechas las obligaciones incurridas.

## EXPOSICION DE MOTIVOS

El Fondo de Emergencia fue creado por la Ley Núm. 91 de 21 de junio de 1966, según enmendada, con el propósito de reunir los recursos necesarios para afrontar las necesidades públicas inesperadas e imprevistas, causadas por calamidades, tales como guerras, huracanes, terremotos, sequías, inundaciones, plagas, y con el fin de proteger las vidas y propiedad de , entre otros. Dicho Fondo, además, puede ser utilizado para financiar los gastos de funcionamiento de la Agencia Estatal para el Manejo de Emergencias y Administración de Desastres.

Asimismo, la Ley Núm. 91, *supra*, dispone que el Fondo de Emergencia sea capitalizado anualmente por una cantidad no menor de un quinto del uno por ciento (0.2%) del total de la Resolución Conjunta del Presupuesto. Se establece que la referida aportación sea de una cantidad no menor del uno por ciento (1%) del total de las rentas netas del año fiscal anterior. De igual manera, se dispone que el balance de dicho Fondo nunca exceda de ciento cincuenta millones (150,000,000) de dólares, lo que sea mayor.

Conforme a lo anterior, el objetivo de la creación del Fondo de Emergencia fue establecer una reserva líquida para atender necesidades públicas inesperadas e imprevistas, como las inicialmente descritas.

No obstante, durante los pasados años fiscales, no se ha realizado la capitalización que dispone la Ley Núm. 91, *supra*, en su lugar se ha recurrido a la línea

de crédito como instrumento financiero para atender y resolver las situaciones de emergencia. Así, la Resolución Conjunta Núm. 168 de 11 de agosto de 2005, según enmendada, autorizó al Director de la Oficina de Gerencia y Presupuesto a establecer una línea de crédito para incurrir en obligaciones hasta la cantidad de ciento cincuenta millones (150) de dólares, mecanismo financiero que se ha estado utilizando por los pasados años fiscales. Dicho mecanismo ha garantizado la disponibilidad de recursos para atender situaciones de emergencia o desastre que han afectado a Puerto Rico.

Mediante esta Resolución Conjunta se autoriza al Director de la Oficina de Gerencia y Presupuesto, a partir del Año Fiscal 2011-2012, a convertir en línea de crédito rotativa, la línea de crédito establecida por la Resolución Conjunta Núm. 168, *supra*, para incurrir en obligaciones hasta la cantidad de ciento cincuenta millones (150,000,000) de dólares. Ello, con idéntico propósito, esto es, atender situaciones de emergencia o desastre que afecten a la Isla, según dispuesto en la Ley que crea el Fondo de Emergencia, Ley Núm. 91, *supra*; y en la Ley Núm. 211 de 2 de agosto de 1999, según enmendada, denominada "Ley de la Agencia Estatal para el Manejo de Emergencias y Administración de Desastres en Puerto Rico".

Consideramos que este instrumento financiero de la línea de crédito rotativa es la manera más eficiente para asegurar los recursos necesarios para cumplir con los propósitos tan importantes y necesarios que realiza este Fondo. Además, dicho mecanismo promueve que se utilicen los recursos cuando son necesarios y evita que se separen automáticamente unos Fondos del Fondo General sin un uso inmediato para éstos.

*RESUELVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se enmienda la Sección 2 de la Resolución Conjunta Núm. 168 de 11 de agosto de 2005, según enmendada, para que lea como sigue:

"Sección 2.-Se autoriza al Director de la Oficina de Gerencia y Presupuesto y al Banco Gubernamental de Fomento, a partir del Año Fiscal 2011-2012, a convertir en línea de crédito rotativa, la línea de crédito establecida durante el Año Fiscal 2005-2006, para incurrir en obligaciones hasta la suma de ciento cincuenta millones (150,000,000) de dólares. Esto, con el propósito de atender situaciones de emergencia o desastre que afecten a la Isla, según dispuesto en la Ley que crea el Fondo de Emergencia, Ley Núm. 91 de 21 de junio de 1966, según enmendada; y en la Ley Núm. 211 de 2 de agosto de 1999, según enmendada, denominada "Ley de la Agencia Estatal para el Manejo de Emergencias y Administración de Desastres en Puerto Rico"."

Sección 2.-Se enmienda la Sección 4 de la Resolución Conjunta Núm. 168 de 11 de agosto de 2005, según enmendada, para que lea como sigue:

"Sección 4.-El Gobierno de Puerto Rico honrará, mediante asignaciones presupuestarias hechas por la Asamblea Legislativa en los presupuestos funcionales de cada Año Fiscal, comenzando con el Año Fiscal 2012-2013 y terminando con el Año Fiscal 2021-2022, el pago de las obligaciones aquí autorizadas. A tales efectos, para los Años Fiscales 2012-2013 a 2021-2022, se le ordena a el Director de la Oficina de Gerencia y Presupuesto consignar en los presupuestos funcionales del Gobierno de Puerto Rico, sometidos anualmente por el Gobernador de Puerto Rico a la Asamblea Legislativa, la cantidad acordada con el Banco Gubernamental de Fomento para la amortización de la obligación autorizada en la Sección 2 de esta Resolución Conjunta y el pago de intereses acumulados cada año. Si en cualquier momento las asignaciones presupuestarias no fueran suficientes para el pago de las obligaciones aquí autorizadas y los intereses acumulados cada año, el Secretario de Hacienda retirará de cualesquiera fondos disponibles en el Fondo General del Gobierno de Puerto Rico aquellas sumas que sean necesarias para cubrir la deficiencia en la suma requerida para el pago de tales obligaciones e intereses, y ordenará que las sumas así retiradas sean aplicadas a tal pago y propósito."

Sección 3.-Se añade una nueva Sección 5 a la Resolución Conjunta Núm. 168, según enmendada, que lea como sigue:

"Sección 5.-La Oficina de Gerencia y Presupuesto anualmente radicará en la Secretaría de cada Cuerpo Legislativo un informe que contenga un detalle de las transferencias efectuadas provenientes del Fondo aquí establecido, las acciones tomadas para asegurar el pago de la línea de crédito en el tiempo establecido y las aportaciones anuales que se han realizado y se planifican realizar para asegurar la solvencia del Fondo de Emergencia."

Sección 4.-Se reenumeran las Secciones 5 y 6 de la Resolución Conjunta Núm. 168, según enmendada, como las Secciones 6 y 7, respectivamente.

Sección 5.-Esta Resolución Conjunta comenzará a regir el 1ro de julio de 2011.

DEPARTAMENTO DE ESTADO
Certificaciones, Reglamentos, Registro
de Notarios y Venta de Leyes
Certifico que es copia fiel y exacta del original.
7 de julio de 2011

Presidenta de la Cámara

Presidente del Senado Firma:
Eduardo Arosemena Muñoz
Secretario Auxiliar de Servicios