# Exhibit D

**(R. C. de la C. 543)**

# RESOLUCIÓN CONJUNTA NUM. 44
# 1 DE JULIO DE 2014

Para extender la línea de crédito establecida en el Banco Gubernamental de Fomento en virtud de la Resolución Conjunta 146-2011, a los fines de aumentarle ciento ocho millones de dólares ($108,000,000) adicionales; disponer que la mencionada línea de crédito establecida para sufragar el Programa de Incentivos, Retiro y Readiestramiento creado en virtud de la Ley 70-2010, según enmendada, conocida como "Ley del Programa Incentivado de Retiro y Readiestramiento" y el pago de liquidaciones a los empleados acogidos a retiro al amparo de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, también podrá ser utilizada para el pago de la liquidación de empleados públicos del Departamento de Educación que se acojan a cualquier sistema de retiro en virtud de cualquier otra disposición legal; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

La Resolución Conjunta 146-2011, autorizó a la Oficina de Gerencia y Presupuesto (OGP) a asignar a las Agencias del Gobierno del Estado Libre Asociado de Puerto Rico los fondos necesarios para que el Administrador del Programa, creado en virtud de la Ley 70-2010, según enmendada, conocida como la "Ley del Programa Incentivado de Retiro y Readiestramiento", pudiera conceder los incentivos económicos u otros beneficios a los empleados que se acogieron al programa de retiro temprano o separación voluntaria de sus empleos en el Gobierno del Estado Libre Asociado de Puerto Rico. A estos fines, dicha Resolución ordenó a la OGP a consignar la totalidad de estos fondos en el Presupuesto del Año Fiscal 2011-2012. No obstante, si la totalidad de estos fondos no pudieran consignarse en dicho Año Fiscal, la cantidad que faltara o la totalidad de los recursos serían asignadas con cargo a cualquier otro fondo, presupuesto futuro o línea de crédito. Cónsono con lo allí dispuesto, se estableció en el Banco Gubernamental de Fomento una línea de crédito por cien millones de dólares ($100,000,000) para estos propósitos.

Posteriormente, mediante la Resolución Conjunta Núm. 18-2013, se autorizó a la OGP a utilizar la línea de crédito creada en virtud de la Resolución Conjunta Núm. 146, *supra*, para asignar el pago de la liquidación de los empleados que solicitaran retirarse antes del 30 de junio de 2013, de conformidad con lo dispuesto en la Ley 3-2013, según enmendada, a aquellas agencias que no pudieran cumplir con dichas liquidaciones por carecer de los fondos para esos propósitos.

Ante la aprobación de la Ley 160-2013, conocida como la "Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico", que creó un nuevo Sistema de Retiro para los Maestros, es previsible un patrón inusual de personas acogidas a los beneficios de retiro, por lo que el pago global de sus licencias acumuladas podría tener un efecto inmediato sobre el presupuesto y privarlo de recursos necesarios para brindar servicios directos. A su vez, el Departamento de Educación requiere tomar medidas inmediatas para optimizar la planta física de las escuelas y mejorar los servicios que presta a los estudiantes.

Ante ello, el Gobierno debe estar preparado, de modo que no se ponga en riesgo el balance presupuestario y que, como medida de eficiencia gubernamental, se paree el ahorro recurrente con el gasto de forma recurrente. Por tanto, esta medida permitirá que el ahorro recurrente en nómina producto de las personas que se acojan al retiro, pueda ser pareado con un gasto recurrente dirigido a mejorar los servicios que se merecen nuestros estudiantes. De esta forma, los recursos que se liberan por la reducción en el gasto en nómina podrán ser invertidos de forma inmediata en servicios directos a nuestros niños y jóvenes.

Por tal razón, esta Resolución Conjunta aumenta en ciento ocho millones de dólares ($108,000,000) adicionales a la línea de crédito establecida en el Banco Gubernamental de Fomento en virtud de la Resolución Conjunta Núm. 146, *supra*, y autoriza a la OGP a utilizar los fondos de tal línea para pagar las liquidaciones de aquellos servidores públicos que se acojan a los beneficios del retiro.

*RESUÉLVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.-Se autoriza a la Oficina de Gerencia y Presupuesto a gestionar con el Banco Gubernamental de Fomento, un aumento en ciento ocho millones de dólares ($108,000,000) adicionales a la línea de crédito establecida en el Banco Gubernamental de Fomento en virtud de la Resolución Conjunta 146-2011, bajo aquellos términos y condiciones acordados entre el Banco Gubernamental de Fomento y la Oficina de Gerencia y Presupuesto.

Sección 2.-Se autoriza a la Oficina de Gerencia y Presupuesto a utilizar la línea de crédito creada en virtud de la Resolución Conjunta 146-2011, conforme aquí extendida, para los siguientes propósitos:

(a) Asignar los recursos necesarios que las agencias requieran, para realizar los pagos relacionados con el Programa de Incentivos, Retiro y Readiestramiento creado en virtud de la Ley 70-2010, según enmendada, conocida como la "Ley del Programa Incentivado de Retiro y Readiestramiento".

(b) Asignar los recursos necesarios para el pago de la liquidación de los empleados que soliciten retirarse antes del 30 de junio de 2013, por virtud de la Ley 3-2013, según enmendada, o antes del 31 de diciembre de 2013, según dispone el Artículo 5-115 de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, o soliciten retirarse en cualquier fecha al amparo de la Ley 160-2013, conocida como la "Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico", a aquellas agencias que no puedan cumplir con dichas liquidaciones por carecer de fondos para esos propósitos en sus presupuestos, y así lo certifiquen a la Oficina de Gerencia y Presupuesto.

Sección 3.-Esta Resolución Conjunta entrará en vigor inmediatamente después de su aprobación.