# Exhibit Y

## GOVERNMENT OF PUERTO RICO
### Puerto Rico Fiscal Agency and Financial Advisory Authority

# Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)

### Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name: **Government Development Bank for Puerto Rico (GDB)**

Other Obligated Person's Name (if any): _____

Base CUSIP number(s): **745177**

**TYPE OF INFORMATION PROVIDED:**

A. ☐ Amendment to Continuing Disclosure Undertaking

B. ☐ Change in Obligated Person

C. ☐ Notice to Investor Pursuant to Bond Documents

D. ☐ Communication from the Internal Revenue Service

E. ☐ Bid for Auction Rate and Other Securities

F. ☐ Capital or Other Financing Plan

G. ☐ Litigation / Enforcement Action

H. ☐ Change of Tender Agent.  Remarketing Agent or Other On-going Party

I. ☐ Derivative or Other Similar Transaction

J. ☒ Other Event-Based Disclosures: Enclosed is the Fourth Amendment (the "Fourth Amendment") to the Restructuring Support Agreement, dated May 15, 2017, by and among Government Development Bank for Puerto Rico ("GDB"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), and the Supporting Bondholders party thereto ( the "RSA").

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.

*/s/ Sebastián M. Torres Rodríguez*
Sebastián M. Torres Rodríguez
Puerto Rico Fiscal Agency and Financial Advisory Authority,
   as Fiscal Agent for the Commonwealth

Dated: April 9, 2018



PO Box 42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525



# GOVERNMENT OF PUERTO RICO

Puerto Rico Fiscal Agency and Financial Advisory Authority

**PRESS RELEASE**

Monday, April 9, 2018

## AAFAF, GDB AND THE REQUISITE BONDHOLDERS AUTHORIZE THE GDB RESTRUCTURING SUPPORT AGREEMENT AMENDMENT

Today, the Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF, by its Spanish acronym) and the Government Development Bank for Puerto Rico (GDB) announced that the requisite number of holders of GDB's Participating Bond Claims (as defined in the RSA) have signed the previously announced amendment to the GDB Restructuring Support Agreement (RSA), which became effective pursuant to its terms on Friday, April 6, 2018. AAFAF and GDB believe that this strong indication of support from GDB's creditors continues to represent significant progress towards the consensual restructuring of GDB under Title VI of PROMESA.

As previously announced on March 27, 2018, the amendment will simplify the GDB restructuring transaction while simultaneously providing additional relief to municipalities as they recover from the severe damage and devastation caused to Puerto Rico and its municipalities in the wake of Hurricanes Irma and María. The amendment to the RSA provides that, upon consummation of the transaction, each municipality will be authorized to apply the full amount of deposits held at GDB against the balance of any loan owed by such municipality to GDB. Additionally, to provide municipalities with immediate liquidity, the amendment to the RSA gives each municipality the opportunity to receive immediate payment, before consummation of the transaction, of 55% of such municipality's undisbursed certified Excess CAE held at GDB in exchange for releases.

The amendment also results in a simplified structure whereby GDB's financial creditors will exchange their claims for only one tranche of new bonds at an upfront exchange ratio of 55%. The RSA amendment is available on the Electronic Municipal Market Access website.

**Forward-Looking Statements**

This press release includes forward-looking statements, which include, but are not limited to, expectations with respect to the transactions described in the RSA. AAFAF and GDB cannot provide assurances that future developments affecting AAFAF, GDB, the RSA or the transactions described therein will be as anticipated. Actual results may differ materially from those expectations due to a variety of factors. Any forward-looking statement made in this release speaks only as of the date hereof and AAFAF and GDB do not undertake any obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise.

###

Contact: Iván E. Caraballo • Tel: (787)379-8023• email •ivan.caraballo@aafaf.pr.gov