UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, et al., Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**MOTION OF THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY FOR LEAVE TO SUBMIT SPANISH LANGUAGE EXHIBITS AND FOR EXTENSION OF TIME TO FILE CERTIFIED TRANSLATIONS**

**TO THE HONORABLE COURT:**

The Government Development Bank for Puerto Rico (the "GDB") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through the undersigned attorneys, respectfully state as follows:

1. Today, AAFAF and the GDB filed their *Objection of the Government Development Bank for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Official Committee of Unsecured Creditors' Derivative Standing Motion [ECF No. 3881]* (the "Objection") with a supporting *Declaration of Matthew P. Kremer, Esq. in Support of the Objection of the Government Development Bank for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Official Committee of Unsecured Creditors' Derivative Standing Motion [ECF No. 3881]* (the "Declaration") [ECF No. 3961].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566) (Last Four Digits of Federal Tax ID: 9686).

2.  In support of the arguments included in the Objection, AAFAF and GDB included as exhibits A, B C and D to the Declaration various joint resolutions from the Puerto Rico Legislative Assembly (the "Joint Resolutions"). Nevertheless, due to time constrains, AAFAF and GDB were unable to translate the Joint Resolutions from their original Spanish language. Accordingly, AAFAF and GDB seek leave from this Court to submit the Joint Resolutions and request an extension until Tuesday, September 25, 2018, at 11:59 p.m. (AST) to file certified English translations of the Joint Resolutions pursuant to Local District Court Rule 5(g).

3.  AAFAF and GDB have diligently tried to obtain certified translations of these documents. Nevertheless, they have not had sufficient time to obtain the same. AAFAF and GDB are in the process of doing so on an expedited basis.

4.  Accordingly, AAFAF and GDB respectfully request that the Court enter an order substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") granting AAFAF and GDB until September 25, 2018, at 11:59 p.m. (AST) to submit the certified translations of the Joint Resolutions.

WHEREFORE, AAFAF and GDB respectfully request this Honorable Court enter the Proposed Order attached as **Exhibit A** hereto and grant such other relief as is just and proper.

Dated: September 21, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500

255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

    *- and -*

**O'MELVENY & MYERS LLP**
John J. Rapisardi
Suzzanne S. Uhland
Peter Friedman
(Admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061


*Attorneys for the Puerto Rico Fiscal Agency and
Financial Advisory Authority and the Government
Development Bank for Puerto Rico*

## Exhibit A

**Proposed Order**