UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:  PROMESA
 Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of  No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,  (Jointly Administered)
et al.,

   Debtors.[1]

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION FOR
APPLICATION REQUESTING ADMINISTRATIVE RENT PAYMENT

     The Court has received and reviewed the *Motion for Application Requesting Administrative Rent Payment* (the "Motion") filed by Ponce Real Estate Corporation (the "Movant"). (Docket Entry No. 3958 in Case No. 17-3283.) Opposition papers to the Motion must be filed by **October 8, 2018**. Movants' reply papers must be filed by **October 15, 2018**. The Court will thereafter take the Motion on submission.

   SO ORDERED.

Dated: September 24, 2018

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).