UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER EXTENDING DEADLINES UNDER
ORDER SCHEDULING BRIEFING OF MOTION FOR RELIEF FROM AUTOMATIC STAY

      The Court has received and reviewed the *Urgent Joint Motion for Extension of Deadlines* (the "Extension Motion") filed by the Commonwealth of Puerto Rico, Asociación de Maestros de Puerto Rico, and Asociación de Maestros de Puerto Rico-Local Sindical. (Docket Entry No. 3960 in Case No. 17-3283.) The Extension Motion is granted to the extent provided herein. Opposition papers to the *Motion for Relief from Automatic Stay* (Docket Entry No. 3914 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **October 10, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **October 19, 2018 at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 3960 in Case No. 17-3283.

SO ORDERED.

Dated: September 24, 2018

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge