UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 3928, 3930, \_\_\_\_**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**This Order relates to PREPA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 4780-LTS.** |

**ORDER EXTENDING DEADLINES UNDER *ORDER
SCHEDULING BRIEFING OF MOTION FOR RELIEF FROM STAY AND
FOR A RULING THAT A JUDGMENT ON A CLAIMS ARRISING FROM
THE TAKING OF PROPERTIES WITHOUT JUST COMPENSATION
IS NOT SUBJECT TO REDUCTION OR COMPENSATION IN BANKRUPTCY***

Upon the *Consented Motion for Extension of Deadlines* (the "Extension Motion");[2] and

the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Extension Motion is in the best interests of PREPA and Movant; and the Court having found that PREPA provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Extension Motion is granted as set forth herein.[3]

2. The deadline to file oppositions to the *Motion for Relief from Stay and for a Ruling that a Judgment on a Claim Arising from the Taking of Properties without Just Compensation is Not Subject to Reduction or Compensation in Bankruptcy* [Case No. 17-3283, ECF No. 3928], or to otherwise respond, shall be extended to **October 5, 2018**.

3. The deadline for Movants to file a reply to any oppositions shall be extended to **October 12, 2018**.

4. This Order resolves docket entry no. _____ in Case No. 17-3283-LTS, docket entry no. _____ in Case No. 17-4780.

Dated: _____, 2018

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

[3] The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Motion.