UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF Nos. 3928, 3930, 3969 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in both the lead Case No. 17 BK-3283-LTS and Case No. 17-BK-4780-LTS. |

**ORDER EXTENDING DEADLINES WITH RESPECT TO MOTION FOR RELIEF FROM STAY AND FOR A RULING THAT A JUDGMENT ON A CLAIMS ARISING FROM THE TAKING OF PROPERTIES WITHOUT JUST COMPENSATION IS NOT SUBJECT TO REDUCTION OR COMPENSATION IN BANKRUPTCY**

The Court has received and reviewed the *Consented Motion for Extension of Deadlines* (Docket Entry No. 3969[2], the "Extension Motion"). The Extension Motion is hereby

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] All docket entry references are to entries in case no. 17-3283, unless otherwise specified.

granted to the extent provided herein. Opposition papers to the *Motion for Relief from Stay and for a Ruling that a Judgment on a Claim Arising from the Taking of Properties without Just Compensation is Not Subject to Reduction or Compensation in Bankruptcy* (Docket Entry No. 3928, the "Lift Stay Motion") must be filed by **October 5, 2018**. Movants' reply papers must be filed by **October 12, 2018**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

This order resolves docket entry no. 3969 in case no. 17-3283 and docket entry no. 970 in case no. 17-4780.

SO ORDERED.

Dated: September 25, 2018

 /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge