UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This Order shall be filed in Case No. 17-BK-3283-LTS, Case No. 17-BK-4780-LTS, and Case No. 17-BK-3567-LTS. |

ORDER FURTHER EXTENDING DEADLINES REGARDING HEARING
REQUEST AND REPLY FILED BY THE AUTONOMOUS MUNICIPALITY OF PONCE

The Court has received and reviewed the *Consented Motion for Extension of Deadlines* (Docket Entry No. 3972 in Case No. 17-3283, the "Motion"). The Motion requests further extension of certain deadlines set by the Court in the *Scheduling Order Regarding Hearing Request and Reply Filed by the Autonomous Municipality of Ponce* (Docket Entry No. 3755 in Case No. 17-3283, the "Scheduling Order"[2]).

The deadline for the parties to meet and confer and file the joint status report (as described more fully in the Scheduling Order) shall be extended to **October 4, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] The Scheduling Order was also entered at Docket Entry No. 482 in Case No. 17-3567 and Docket Entry No. 937 in Case No. 17-4780.

This Order resolves Docket Entry No. 3972 in Case No. 17-3283.

SO ORDERED.

Dated: September 25, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge