# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MOTION SUBMITTING CERTIFIED TRANSLATIONS

**TO THE HONORABLE COURT:**

The Government Development Bank for Puerto Rico (the "GDB") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through the undersigned attorneys, respectfully state as follows:

1. On September 21, 2018, AAFAF and the GDB filed their *Objection of the Government Development Bank for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Official Committee of Unsecured Creditors' Derivative Standing Motion [ECF No. 3881]* (the "Objection") with a supporting *Declaration of Matthew P. Kremer, Esq. in Support of the Objection of the Government Development Bank for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Official Committee of Unsecured Creditors' Derivative Standing Motion [ECF No. 3881]* (the "Declaration") [ECF No. 3961].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566) (Last Four Digits of Federal Tax ID: 9686).

2. In support of the arguments included in the Objection, AAFAF and GDB included as exhibits A, B C and D to the Declaration various joint resolutions from the Puerto Rico Legislative Assembly (the "Joint Resolutions") in their original Spanish language.

3. Based on the above, on the same date, AAFAF and GDB sought leave from this Court to submit the Joint Resolutions in their original Spanish language and requested an extension until today at 11:59 p.m. (AST) to file certified English translations of the Joint Resolutions pursuant to Local District Court Rule 5(g) (the "Motion for Leave"). [ECF No. 3962].

4. On September 24, 2018, this Court granted the Motion for Leave [ECF No. 3965].

5. In compliance with this Court's order, AAFAF and GDB submit the certified translations of the Joint Resolutions attached to this motion as **Exhibit A**, **Exhibit B**, **Exhibit C** and **Exhibit D**.

WHEREFORE, AAFAF and GDB respectfully request this Honorable Court take notice of the foregoing.

Dated: September 25, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

- *and* -

**O'MELVENY & MYERS LLP**
John J. Rapisardi
Suzzanne S. Uhland
Peter Friedman
(Admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Government Development Bank for Puerto Rico*