UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO,<br><br>Applicant. | PROMESA<br><br>Title VI<br><br>Case No. 18-1561 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS (OTHER THAN COFINA),<br><br>Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE GOVERNMENT | Adv. Proc. No. 18-00101 (LTS) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

DEVELOPMENT BANK FOR PUERTO RICO, AND
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        Defendants.

ORDER REGARDING PROCEDURES FOR ATTENDANCE,
PARTICIPATION AND OBSERVATION OF THE OCTOBER 3, 2018 HEARING

        The Court will hear oral argument (the "Hearing") in connection with (i) the standing of the Official Committee of Unsecured Creditors to object to the Qualifying Modification for the Government Development Bank of Puerto Rico (Case No. 18-1561), (ii) the Derivative Standing Motion (Docket Entry No. 3881 in Case No. 17-3283) and (iii) the motions to dismiss the above-captioned Adversary Complaint (Adv. Proc. No. 18-00101) for lack of standing on **October 3, 2018 at 2:00 p.m.** (Atlantic Standard Time) in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

        The Official Committee of Unsecured Creditors will be allocated **30 minutes** for its arguments. Parties contesting the Official Committee of Unsecured Creditors' standing will be allocated **30 minutes** for their arguments (collectively).

        Counsel **must consult** with each other in advance of the Hearing as to the sequence of arguments and the division of the allocated time. Counsel **must enter the relevant information on the attached form** and provide it to the Courtroom Deputy upon arrival at the courtroom. Counsel are expected to avoid duplicative argumentation.

        Counsel who intend to present argument at the Hearing must file an Informative Motion stating their name, the party for which they intend to appear, and the location (New York or San Juan) at which they intend to appear, no later than **September 28, 2018 at 5:00 p.m.** (Atlantic Standard Time).

        Other attorneys, members of the press and the general public may attend and observe the hearing in either of the courtrooms. There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the San Juan courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions by **September 28, 2018 at 5:00 p.m.** (Atlantic Standard Time) at www.court-solutions.com and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties

or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press.

Counsel seeking to bring electronic devices into the New York courtroom for the Hearing must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **5:00 p.m.** (Atlantic Standard Time) on **September 28, 2018**. Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")). Counsel's attention is directed to the technical and device usage restrictions detailed in the Standing Order, and counsel are reminded that devices may not be used for communications purposes in the courtroom.

SO ORDERED.

Dated: September 26, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

## OCTOBER 3, HEARING

ORDER OF APPEARANCE AND THE DIVISION OF THE ALLOCATED TIME

|  | **No. of Minutes** | **Attorney Name** | **Client Name** |
|---|---|---|---|
| **Opening Argument** |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Response** |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Rebuttal** |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |