UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
In re:                                                                    :
                                                                          :
THE FINANCIAL OVERSIGHT AND                                               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                         :   Title III
                                                                          :
     as representative of                                                 :   Case No. 17-BK-3283 (LTS)
                                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                                 :   (Jointly Administered)
                                                                          :
     Debtors.[1]                                                        :
------------------------------------------------------------------------- x

ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR LEAVE TO EXCEED PAGE LIMITS (DOCKET ENTRY NO. 3977)

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in Its Omnibus Reply in Support of Its Motion for Order Granting Derivative Standing to Act on Behalf of Title III Debtors for Certain Limited Purposes and Other Related Relief with Respect to Restructuring of Government Development Bank For Puerto Rico* (Docket Entry No. 3977 in Case No. 3283, the "Motion")[2] seeking leave to exceed the fifteen (15) page limit for memoranda of law in support of replies set by the Case Management Procedures, the Court hereby finds and determines that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 306 of

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of the Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein

2. The Committee may exceed the 15-page per-motion reply brief limit set in the Case Management Procedures by filing an Omnibus Reply not to exceed thirty (30) pages, exclusive of the cover page, table of contents, table of authorities, signature page, exhibits, and the certificate of service.

3. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

4. This Order resolves Docket Entry No. 3977.

Dated: September 27, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge