IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of
                                                                    No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO, et al.,                            (Jointly Administered)

       Debtors.¹
-------------------------------------------------------------------x
```

# **ORDER**

On January 16, 2018, National Public Finance Guarantee Corporation ("National") filed a motion pursuant to Federal Rule of Bankruptcy Procedure 2004 (Dkt. No. 2247 in 17-BK-3283; Dkt. No. 371 in 17-BK-3567) (the "National 2004 Motion"). Upon agreement by the parties, this Court held the National 2004 Motion in abeyance on January 30, 2018 (Dkt. No. 2310 in 17-BK-3283; Dkt. No. 381 in 17-BK-3567). As significant time has passed without additional motions from the parties related to the National 2004 Motion, this Court hereby terminates the motion for procedural purposes. The termination is without prejudice to either party to the National

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2004 Motion moving to renew the motion if good cause exists to do so.

This order resolves Dkt. No. 2247 in 17-BK-3283 and Dkt. No. 371 in 17-BK-3567.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 27, 2018