IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## ORDER

On November 28, 2017, Ambac Assurance Corporation ("Ambac") filed a motion pursuant to Federal Rule of Bankruptcy Procedure 2004 seeking discovery related to the collection of sales-and-use tax following Hurricane Maria (Dkt. No. 1873 in 17-BK-3283; Dkt. No. 240 in 17-BK-3284) (the "Ambac 2004 Motion"). Several parties filed joinders thereto (Dkt. Nos. 1897, 1905, 1907, 1946 in 17-BK-3283; Dkt. No. 241 in 17-BK-3284). By order of this Court, Ambac and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Authority filed a joint status report on January 31, 2018 (Dkt. No. 2319 in 17-BK-3283; Dkt. No. 253 in 17-BK-3284). Therein, the parties represented to the Court that steps were being taken in order to produce documents responsive to the requests in the Ambac 2004 Motion. As significant time has passed without additional motions from the parties related to the Ambac 2004 Motion, this Court hereby terminates the motion and related joinders for procedural purposes. The termination is without prejudice to any party to the Ambac 2004 Motion moving to renew the motion if good cause exists to do so.

This order resolves Dkt. Nos. 1873, 1897, 1905, 1907, 1946 in 17-BK-3283 and Dkt. Nos. 240 and 241 in 17-BK-3284.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 27, 2018