## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On September 24, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

- Sixteenth Monthly Fee Application of Proskauer Rose LLP for Compensation for Fees and Services Rendered Outside of Puerto Rico and Related Reimbursement of Expenses as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico for the Period August 1, 2018 through August 31, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Sixteenth Monthly Fee Application of Proskauer Rose LLP for Compensation for Fees and Services Rendered Outside of Puerto Rico and Reimbursement of Expenses as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Sales Tax Financing Corporation ("COFINA"), for the Period August 1, 2018 through August 31, 2018

- Sixteenth Monthly Fee Application of Proskauer Rose LLP for Compensation for Fees and Services Rendered Outside of Puerto Rico and Reimbursement of Expenses as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Employees Retirement System ("ERS"), for the Period August 1, 2018 through August 31, 2018

- Sixteenth Monthly Fee Application of Proskauer Rose LLP for Compensation for Fees and Services Rendered Outside of Puerto Rico and Reimbursement of Expenses as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highway & Transit Authority ("HTA"), for the Period August 1, 2018 through August 31, 2018

On September 24, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the PREPA Fee Statement Notice Parties Service List attached hereto as **Exhibit B**:

- Fourteenth Monthly Fee Application of Proskauer Rose LLP for Compensation for Fees and Services Rendered Outside of Puerto Rico and Reimbursement of Expenses as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period August 1, 2018 through August 31, 2018

Dated: September 27, 2018

Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 27, 2018, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

2

SRF 27851

## Exhibit A

Exhibit A
Fee Statement Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | Edificio Union Plaza PH-A Piso 18 | Avenida Ponce de León #416 | Hato Rey, San Juan | PR | 00918 | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org | Overnight Mail and Email |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com | Overnight Mail and Email |
| EDGE Legal Strategies, PsC | Attn: Eyck O. Lugo | 252 Ponce de León Avenue | Citibank Tower, 12th Floor | San Juan | PR | 00918 | elugo@edgelegalpr.com | Overnight Mail and Email |
| Financial Oversight and Management Board | Attn: Professor Arthur J. Gonzalez, FOMB Board Member | 40 Washington Square South | Office 314A | New York | NY | 10012 | | Overnight Mail |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | bwilliam@gklaw.com; kstadler@gklaw.com | Email |
| Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | | | | | | Mitchelln@gtlaw.com; Clearyd@gtlaw.com; Huttonj@gtlaw.com; Haynesn@gtlaw.com; fingerk@gtlaw.com; haynesn@gtlaw.com | Email |
| Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com; rlevin@jenner.com | Overnight Mail |
| Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege | 353 N. Clark Street | | Chicago | IL | 60654 | mroot@jenner.com; csteege@jenner.com | Overnight Mail |
| Marini Pietrantoni Muñiz LLC | Attn: Luis C. Marini-Biaggi & Carolina Velaz-Rivero | MCS Plaza, Suite 500 | 255 Ponce de León Ave | San Juan | PR | 00917 | lmarini@mpmlawpr.com; | Overnight Mail and Email |
| Office of United States Trustee | Attn: Guy G. Gebhardt | 75 Spring Street SW | Room 362 | Atlanta | GA | 30303 | | Overnight Mail |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com | Overnight Mail and Email |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com | Overnight Mail and Email |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; anthonybuscarino@paulhastings.com; michaelcomerford@paulhastings.com; alexbongartz@paulhastings.com | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman & Chirs Theodoridis | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; ctheodoridis@proskauer.com | Email |

Exhibit A
Fee Statement Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodríguez Pérez, Angel L. Pantoja Rodríguez, Francisco Parés Alicea, Francisco Peña Montañez | PO Box 9024140 | | San Juan | PR | 00902-4140 | | Overnight Mail |
| The Commonwealth of Puerto Rico | Office of the Governor La Fortaleza 63 Calle Fortaleza San Juan PR 00901 | Office of the Governor | La Fortaleza 63 Calle Fortaleza | San Juan | PR | 00901 | | Overnight Mail |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
PREPA Fee Statement Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Casillas, Santiago & Torres, LLC | Attn:  Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com | Overnight Mail and Email |
| Financial Oversight and Management Board | Attn:  Professor Arthur J. Gonzalez, FOMB Board Member | 40 Washington Square South | Office 314A | New York | NY | 10012 | | Overnight Mail |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | bwilliam@gklaw.com; kstadler@gklaw.com | Email |
| Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | 200 Park Avenue | | New York | NY | 10166 | Mitchelln@gtlaw.com; ClearyD@gtlaw.com; HuttonJ@gtlaw.com; Haynesn@gtlaw.com; fingerk@gtlaw.com; haynesn@gtlaw.com | Overnight Mail and Email |
| Maslon LLP | Attn: Clark T. Whitmore, William Z. Pentelovitch, John T. Duffey, Jason M. Reed, | 90 South Seventh Street, Suite 3300 | | Minneapolis | MN | 55402 | clark.whitmore@maslon.com; bill.pentelovitch@maslon.com; john.duffey@maslon.com; jason.reed@maslon.com | Overnight Mail and Email |
| Office of United States Trustee | Attn: Guy G. Gebhardt | 75 Spring Street SW | Room 362 | Atlanta | GA | 30303 | | Overnight Mail |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com | Overnight Mail and Email |
| O'Neill & Borges, LLC | Attn:  Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com | Overnight Mail and Email |
| Paul Hastings, LLP | Attn:  Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; anthonybuscarino@paulhastings.com; michaelcomerford@paulhastings.com; alexbongartz@paulhastings.com | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn:  Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman & Chirs Theodoridis | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; ctheodoridis@proskauer.com | Email |
| Rivera, Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Esq., Iris J. Cabrera-Gómez, Esq. | 50 Quisqueya Street | | San Juan | PR | 00917 | etulla@riveratulla.com; icabrera@riveratulla.com | Overnight Mail and Email |
| The Commonwealth of Puerto Rico | Office of the Governor La Fortaleza 63 Calle Fortaleza San Juan PR 00901 | Office of the Governor | La Fortaleza 63 Calle Fortaleza | San Juan | PR | 00901 | | Overnight Mail |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov | Overnight Mail and Email |