# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 3853, 3946**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>**This Urgent Motion relates to the Commonwealth and HTA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3567-LTS.** |

## SECOND URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Puerto Rico Highways and Transportation Authority ("HTA" and together with the Commonwealth, the "Debtors"), pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, respectfully submit this urgent consented motion for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the deadlines set forth in the *Order Granting Urgent Consented Motion for Extension of Deadlines* [ECF No. 3946] (the "Amended Scheduling Order").[2]

### Request for Relief

1. On September 4, 2018, Finca Matilde, Inc. ("Movant") filed the *Lift Stay Notice* [Case No. 17 BK 3283, ECF No. 3851] (the "Motion), seeking relief from the automatic stay to allow the case captioned *Finca Matilde, Inc., v. Puerto Rico Highways and Transportation Authority*, Case No. JAC2015-0577, to proceed before the Puerto Rico Court of First Instance (the "Prepetition Court") in order for the Prepetition Court to determine "if a taking occurred, and if it did occurred, the determination of just compensation." Motion ¶¶ 10, 17.

2. On September 4, 2018, the Court entered the *Order Scheduling Briefing of Finca Matilde Inc. Lift Stay* [ECF No. 3853] (the "Scheduling Order"), which set certain deadlines to file opposition papers and reply papers.

3. On September 19, 2018, the Court entered the Amended Scheduling Order, which extended the deadlines set in the Scheduling Order and provides that opposition papers to the

---

[2] The Financial Oversight and Management Board for Puerto Rico, as the Debtor's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Department of Justice to file this Urgent Motion on behalf of the Commonwealth, and for AAFAF to join in this Urgent Motion on behalf of HTA.

Motion must be filed by September 27, 2018 at 5:00 p.m. (AST), and Movant's reply papers must be filed by October 4, 2018 at 5:00 p.m. (AST).

4. The Debtors and Movant are continuing to negotiate a consensual resolution of the Motion and thus, the Debtors, with Movant's consent, have agreed to the following extensions of the deadlines set forth in the Amended Scheduling Order:

- The deadline to file oppositions to the Motion, or to otherwise respond, shall be extended to **October 4, 2018**.

- The deadline for Movant to file a reply to any oppositions shall be extended to **October 11, 2018**.

5. Pursuant to Paragraph 1.H of the *Sixth Amended Notice, Case Management and Administrative Procedures* [Case No. 17-03283 (LTS), ECF No. 3804-1] (the "Case Management Procedures"), the Debtors hereby certify that they have carefully examined the matter and concluded that there is a true need for an urgent motion; they have not created the urgency through any lack of due diligence; have made a bona fide effort to resolve the matter without a hearing; have made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and no party opposes the relief requested herein.

## Notice

6. The Debtors have provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board;

(g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[3] (i) all parties filing a notice of appearance in these Title III cases; and (j) Movant. A copy of the motion is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico/.

7. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request the Court enter the Proposed Order and grant such other relief as is just and proper.

Dated: September 27, 2018
San Juan, Puerto Rico

Respectfully submitted,

**WANDA VÁZQUEZ GARCED**
Secretary of Justice
*/s/ Wandymar Burgos Vagras*
**WANDYMAR BURGOS VARGAS**
USDC 223502
Deputy Secretary in Litigation
Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2940 Ext. 2500, 2501
wburgos@justicia.pr.gov

*Attorneys for the Commonwealth of Puerto Rico*

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

*/s/ Carolina Velaz-Rivero*
Carolina Velaz-Rivero

---

[3] The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal*
*Agency and Financial Advisory Authority*

**<u>Exhibit A</u>**

**Proposed Order**