# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

                 Applicant.

PROMESA

Title VI

Case No. 18-1561 (LTS)

-------------------------------------------------------------X

IN RE:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.,

                Debtors.[1]

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------X

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS (OTHER THAN COFINA),

                Plaintiff,

    v.

THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

                Defendants.

Adv. Proc. No. 18-00101 (LTS)

-------------------------------------------------------------X

## INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING REQUEST TO BE HEARD AT THE OCTOBER 3, 2018 HEARING

---

[1] The Debtors in the underlying Title III case, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's Order Regarding Procedures for Attendance, Participation and Observation of the October 3, 2018 Hearing (Dkt. No. 3975 in Case No. 17-3283), the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), in its capacity as the Administrative Supervisor in the Title VI case regarding the Government Development Bank for Puerto Rico ("GDB") pursuant to section 601(a)(1) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and in its capacity as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Electric Power Authority ("PREPA," and together with the Commonwealth, COFINA, and HTA, the "Debtors"), pursuant to section 315(b) of PROMESA, in the Title III Cases, respectfully states as follows:

**1.** The FOMB intends to present oral argument at the hearing to be held by the Court on **October 3, 2018 at 2:00 p.m. (AST)**

**2.** Counsel to present argument: Martin J. Bienenstock[3]

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Mr. Bienenstock will address, as necessary, the following matters:

*Objection of Financial Oversight and Management Board for Puerto Rico as the Administrative Supervisor of the Government Development Board for Puerto Rico to the Official Committee of Unsecured Creditors' Notice of Intention to Object to Qualifying Modification for Government Development Bank* [Case No. 18-1561, Docket No. 111];

*Financial Oversight and Management Board for Puerto Rico's Reply to Omnibus Response of Official Committee of Unsecured Creditors to GDB/AAFAF's and Oversight Board's Standing Objections* [Case No. 18-1561, Docket No. 171]; and

*Objection of Financial Oversight and Management Board to Official Committee of Unsecured Creditors' Motion for Order Granting Derivative Standing to Act on Behalf of Title III Debtors for Certain Limited Purposes and Other Related Relief With Respect to Restructuring of Government Development Bank for Puerto Rico* [Case No. 17-3283, Docket No. 3959]; *Financial Oversight and*

**3.** <u>Counsel observing hearing in New York</u>: Paul V. Possinger, Ehud Barak,

and Margaret A. Dale.

**4.** <u>Party for which counsel will appear</u>: The FOMB

| | |
|---|---|
| Dated: September 28, 2018<br>New York, NY | Respectfully submitted,<br><br> */s/ Hermann D. Bauer* <br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: hermann.bauer@oneillborges.com<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Paul V. Possinger (*pro hac vice*)<br>Ehud Barak (*pro hac vice*)<br>Margaret A. Dale (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>Email: ppossinger@proskauer.com<br>Email: ebarak@proskauer.com<br>Email: mdale@proskauer.com<br><br>*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico* |

---

*Management Board's Memorandum of Law in Support of Its Motion to Dismiss Complaint for Lack of Standing* [Adv. Proc. No. 18-0101, Docket No. 7].