# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO,<br><br>      Applicant. | PROMESA<br><br>Title VI<br><br>Case No. 18-1561 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283 (LTS)<br><br>(Jointly Administered)<br><br><br>**Re: ECF No. 3975** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS (OTHER THAN COFINA),<br><br>      Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY, THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, AND THE FINANCIAL | Adv. Proc. No. 18-00101 (LTS)<br><br><br>**Re: ECF No. 10** |

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO,

          Defendants.

### INFORMATIVE MOTION REGARDING ATTENDANCE
### AT THE OCTOBER 3, 2018 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and the Government Development Bank for Puerto Rico ("GDB") through their undersigned counsel, hereby state and pray as follows.

1.    The undersigned, appearing in these proceedings on behalf of AAFAF and GDB, hereby respectfully submit this informative motion in response to the Court's order entered on September 26, 2018 [Case No. 17-3283, ECF No. 3975; Adv. Proc. 18-00101, ECF No. 10] regarding the October 3, 2018 hearing.

2.    Peter Friedman of O'Melveny & Myers LLP will appear in person in the New York courtroom and seeks to be heard in connection with the following:

(i)    The standing of the Official Committee of Unsecured Creditors to object to the Qualifying Modification for the Government Development Bank of Puerto Rico [Case No. 18-1561];

(ii)    *Official Committee of Unsecured Creditors' Motion for Order Granting Derivative Standing to Act on Behalf of Title III Debtors for Certain Limited Purposes and other Related Relief with Respect to Restructuring of Government Development Bank for Puerto Rico* [Case No. 17-3283, ECF No. 3881]; and

(iii)    *GDB and AAFAF's Motion to Dismiss Complaint for Lack of Standing* [Adv. Proc. 18-00101, ECF No. 8] and *Memorandum of Law in Support of GDB and AAFAF's Motion to Dismiss Complaint for Lack of Standing* [Adv. Proc. 18-00101, ECF No. 9].

3.      Suzzanne Uhland, Daniel L. Cantor, and Matthew P. Kremer of O'Melveny & Myers LLP will appear in person in the New York courtroom, request to be seated at counsel table, but do not seek to be heard.

4.      Luis C. Marini-Biaggi and Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC, will appear in the San Juan courtroom but do not seek to be heard.

5.      Giselle López and Pietrantoni Méndez & Alvarez (Oreste Ramos and María Trelles), will appear in the San Juan courtroom but do not seek to be heard.

Dated:  September 28, 2018
         San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ John J. Rapisardi* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Daniel L. Cantor | Carolina Velaz-Rivero |
| Peter Friedman | USDC No. 300913 |
| | **MARINI PIETRANTONI MUÑIZ LLC** |
| (Admitted *Pro Hac Vice*) | MCS Plaza, Suite 500 |
| **O'MELVENY & MYERS LLP** | 255 Ponce de León Ave. |
| 7 Times Square | San Juan, Puerto Rico 00917 |
| New York, NY 10036 | Tel:  (787) 705-2171 |
| Tel:  (212) 326-2000 | Fax:  (787) 936-7494 |
| Fax:  (212) 326-2061 | |

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Government Development Bank for Puerto Rico*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Government Development Bank for Puerto Rico*