UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

```
-------------------------------------------------------x
In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                            (Jointly Administered)
et al.,

                     Debtors.¹
-------------------------------------------------------x
In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of                               No. 17 BK 3567-LTS

PUERTO RICO HIGHWAYS AND                                    (Jointly Administered)
TRANSPORTATION AUTHORITY

                      Debtors.
-------------------------------------------------------x
```

<u>ORDER GRANTING SECOND URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES</u>

    The Court has received and reviewed the *Second Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 3984 in Case No. 17-3283 and Docket Entry No. 513

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

in Case No. 17-3567, the "Motion").  The Motion is granted to the extent provided herein.  Opposition papers to the *Lift Stay Notice* (Docket Entry No. 3851 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **October 4, 2018 at 5:00 p.m. (Atlantic Standard Time)**.  Reply papers must be filed by **October 11, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 3984 in Case No. 17-3283 and Docket Entry No. 513 in Case No. 17-3567.

SO ORDERED.

Dated: September 28, 2018

      /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge