IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,* Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rule 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170 *et seq.*, and sections 102(1) and 1109(b) of title 11 of the United States Code, made applicable to these proceedings by Section 301 of PROMESA, the undersigned attorney hereby joins Navarro-Cabrer Law Offices as local counsel to Bettina M. Whyte, the COFINA Agent (the "**COFINA Agent**") and enters her appearance in the above-captioned Title III case (the "**Title III Case**") as co-counsel to the COFINA Agent and requests to be served with all motions, pleadings, papers and processes in this matter.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: October 1, 2018
      San Juan, Puerto Rico

Respectfully submitted,

By: /s/ Ayleen Charles
Ayleen Charles
USDC – PR No. 210702
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 764-9595
Facsimile: (787) 765-7575
Email: acharles@navarrolawpr.com

*Local Counsel to the COFINA Agent*