# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 1, 2018

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 1, 2018, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3872 | Syncora Guarantee Inc.<br>Attn: James W. Lundy, Jr., General Counsel<br>135 W. 50th Street, 20th Floor<br>New York, NY 10020<br><br>Syncora Guarantee Inc.<br>Debevoise & Plimpton LLP<br>Attn: My Chi To<br>919 Third Avenue<br>New York, NY 10022 | Whitebox Multi-Strategy Partners, LP; Whitebox Asymmetric Partners, LP; Pandora Select Partners, LP; Whitebox GT Fund, LP; Whitebox Caja Balance Fund, LP<br>c/o Whitebox Advisors, LLC<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | September 27, 2018 |