# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 2:00 PM (AST)
Started: 2:21 PM (AST)
Ended: 2:27 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**  DATE: October 3, 2018
COURTROOM DEPUTY: Carmen Tacoronte / Lisa Ng
COURT REPORTER: Sonia Kitter / Steven Griffin

| | |
|---|---|
| In Re: <br><br>The Financial Oversight and Management Board for Puerto Rico <br><br>*as representative of* <br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS) <br>PROMESA Title III <br><br><br>(Jointly Administered) |
| In Re: Government Development Bank, et al. <br><br>Movants | 3:18-CV-1561 (LTS) <br><br>PROMESA Title VI |
| The Official Committee of Unsecured Creditors of the Debtors (other than COFINA) <br><br>Plaintiff, <br><br>v. <br><br>The Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, the Government Development Bank for Puerto Rico, and the Financial Oversight and Management Board for Puerto Rico, <br><br>Defendants. | Adv. Proc. No. 3:18-00101 (LTS) |

October 3, 2018 – Motion Hearing
3:17-BK-3283 (LTS) / 3:18-CV-1561 (LTS) / 3:18-AP-101 (LTS)

**Case called for Motion Hearing.**

      Attorney Friedman requested that the hearing be continued until October 5, 2018 at 10:00 AM (AST) to allow the parties to hold discussions. Granted. Hearing reset for October 5, 2018 at 10:00 AM (AST) in USDC-SDNY.

                                                            s/Carmen Tacoronte
                                                            Carmen Tacoronte
                                                            Courtroom Deputy