UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER,<br>AUTHORITY (PREPA) et al, | |
| Debtors. | |

------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>ORDER SCHEDULING BRIEFING OF MOTION OF PAN AMERICAN
GRAIN CO., INC. FOR RELIEF FROM STAY TO EXECUTE SET-OFF</u>

The Court has received and reviewed the *Motion for Relief from Stay to Execute Set-Off* (the "Motion") filed by Pan American Grain Co., Inc. (the "Movant"). (Docket Entry No. 4004 in Case No. 17-3283.)[2] Opposition papers to the Motion must be filed by **October 17, 2018**. Movant's reply papers must be filed by **October 24, 2018**. The Motion will be heard in connection with the omnibus hearing scheduled for **November 7, 2018 at 9:30 a.m (Atlantic Standard Time)**.

SO ORDERED.

Dated: October 4, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] The Motion was also filed at Docket Entry No. 974 in Case No. 17-4780.