IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | ) | |
| The Financial Oversight and Management | ) | |
| Board for Puerto Rico | ) | PROMESA |
| | ) | Title III |
| as representative of | ) | |
| | ) | Case No. 17-03283 LTS |
| The Commonwealth of Puerto Rico | ) | |
| Debtor(s) | ) | |

NOTICE OF APPEARANCE

Comes now *COOPERATIVA A/C VEGABAJEÑA (Cooperativa),* through its undersigned attorneys states and prays:

*Cooperativa* hereby renders notice that it has retained the services of undersigned counsels to represent it in the proceedings pending before this Court.

*WHEREFORE*, it is respectfully prayed of the Clerk of the Court to, pursuant to F.R.B.P. Rules 2,002 (g) and 9,010 (b), take notice of this appearance and notify counsels of all proceedings in this case, and further prays that their names be added to the master address list kept in the captioned case.

*I HEREBY CERTIFY,* that on this date I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

In San Juan, Puerto Rico, this 4th day of October, 2018.

CARLOS A. QUILICHINI PAZ
JESSICA M. QUILICHINI ORTIZ
Attorneys for Cooperativa
P.O. Box 9020895
San Juan, PR 00902-0895
Tel. 787-729-1720
Fax 787-724-6000
quilichinipazc@microjuris.com

/s/ Carlos A. Quilichini Paz
USDC-PR 120906