| Client | Claim # | Dated Filed | Amended | Secured Amount |
|---|---|---|---|---|
| Ada Lopez Santos | 66 | 5/25/18 | | $25,000.00 |
| Angela Rivera Soto | 67 | 5/25/18 | | $20,877.95 |
| Aracelis Cabrera Alicea* | 68 | 5/25/18 | 7/2/18 | $17,715.43 |
| Armando Guzman Villanueva | 69 | 5/25/18 | | $20,550.30 |
| Axel Muñiz Ruíz | 70 | 5/25/18 | | $19,500.00 |
| Carlos Torres Perez | 71 | 5/25/18 | | $11,933.24 |
| Carmen Rodriguez Fuentes* | 72 | 5/25/18 | 7/2/18 | $16,331.53 |
| Andres Tapia Sarante | 74 | 5/25/18 | | $17,452.80 |
| Carlos Marrero Narvaez* | 75 | 5/25/18 | 7/12/18 | $4,747.36 |
| Isander Carrasquillo Colon | 76 | 5/25/18 | | $14,016.60 |
| Laura Reynoso Esquilin | 77 | 5/25/18 | | $21,050.61 |
| Rafaela Santiago Fernadez | 79 | 5/25/18 | | $15,629.94 |
| Wanda Gonzalez Pacheco | 80 | 5/25/18 | | $10,513.77 |
| Yasil Pastrana Santiago* | 81 | 5/25/18 | 7/16/18 | $14,951.07 |
| Eddie Perez Gonzalez | 82 | 5/25/18 | 7/16/18 | $16,716.50 |
| Edwin Rivas Fernandez* | 83 | 6/27/18 | | $18,766.72 |
| Darmy Ayuso Torres | 84 | 5/25/18 | | $8,040.52 |
| Israel Sanchez Mulero | 85 | 5/25/18 | | $16,945.00 |
| Javier Piñero González* | 86 | 5/25/18 | 7/16/18 | $9,020.00 |
| Jose Torres Mora | 87 | 5/25/18 | | $17,901.21 |
| Luis Navarro Gonzalez* | 88 | 5/25/18 | 7/25/18 | $8,091.42 |
| Manuel Irizarry Rodriguez* | 89 | 5/25/18 | 7/2/18 | $15,699.98 |
| María Rodríguez Negrón | 90 | 5/25/18 | | $6,258.02 |
| Martin Tello Ramos | 91 | 5/25/18 | | $15,386.98 |
| Nilsa Rosario De Jesus | 92 | 5/25/18 | | $12,026.33 |
| Rafael Matos García | 93 | 5/25/18 | | $19,362.91 |
| Ricardo Centeno Aguila* | 94 | 5/25/18 | 7/2/18 | $6,906.00 |
| Samuel Aviles Rodriguez | 95 | 5/25/18 | | $12,136.99 |
| Victor Rivera Padila | 96 | 5/25/18 | | $17,706.07 |
| Wilfredo Rosario Hernandez | 97 | 5/25/18 | | $16,012.17 |
| Yanitza Vargas Ramos* | 98 | 5/25/18 | 7/12/18 | $10,150.00 |
| Radames Rivera Gonzalez | 407 | 6/20/18 | | $9,932.39 |
| Cristian Pagan Ortega | 408 | 6/20/18 | | $5,673.11 |
| Samuel Aviles Rodriguez | 409 | 6/20/18 | | $12,612.09 |
| Providencia Barrientos | 410 | 6/20/18 | | $14,782.04 |
| Maria E Encarnacion | 411 | 6/20/18 | | $9,599.62 |
| Vanessa Soto Correa | 412 | 6/20/18 | | $15,426.26 |
| | Total | | | $525,422.93 |

\* These claims were all originally filed on 5/25/2018 and later ammended