EXHIBIT
Proposed Order

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY FOR CAUSE TO ALLOW TITLE VII EMPLOYMENT CASE TO CONTINUE

Upon the motion for Relief from Stay filed by Movant Luz Pizarro-Correa, to continue her Title VII gender discrimination and hostile work environment claims and the Court having found it lacks subject matter jurisdiction over Title VII claims under PROMSA, and this Court is not the proper venue for gender/sex discrimination claims, and the Court having found that the relief from stay requested by Movant, will not severely prejudice the interest of debtors, and its creditors, or other parties of interest; and the Court having found Movant properly notified the Motion and has certified service to parties that receive notice and no further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for relief from the automatic stay, and that any objection to the relief from stay have been overruled; upon deliberation and finding cause for relief from stay,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Movant, Luz Pizarro-Correa, is granted relief from automatic stay to continue her Title VII claims in the Civil Case No. 3:16-cv-2598.

3. The Court shall retain exclusive jurisdiction over all matters to enforce, interpret and execute this Order.

Date: _____, 2018

                                                                        _____
                                                                         HONORABLE LAURA T. SWAIN
                                                                          UNITED STATES DISTRICT JUDGE