# EXHIBIT   9

# MONTHLY REPORT
## TO THE GOVERNING BOARD
### JUNE 2018

PUERTO RICO ELECTRIC POWER AUTHORITY

I. OPERATIONS HIGHLIGHTS

A. Production

| | | JUNE | | Increase (Decrease) |
|---|---|---|---|---|
| | | 2017-18 | 2016-17 | % |
| 1. | Generation (kWh in thousands) | | | |
| | Month: | | | |
| | PREPA - Steam and gas | 1,119,004 | 1,069,476 | 4.6 |
| | PREPA - Hydro | 2,575 | 5,207 | (50.5) |
| | Purchased power - gas | 285,679 | 284,950 | 0.3 |
| | Purchased power - coal | 152,046 | 326,647 | (53.5) |
| | Renewable Energy | 20,264 | 44,673 | (54.6) |
| | Total | 1,579,568 | 1,730,953 | (8.7) |
| | Fiscal year-to-date: | | | |
| | PREPA - Steam and gas | 10,348,836 | 12,944,664 | (20.1) |
| | PREPA - Hydro | 36,165 | 87,223 | (58.5) |
| | Purchased power - gas | 2,582,187 | 3,336,863 | (22.6) |
| | Purchased power - coal | 1,547,498 | 3,451,580 | (55.2) |
| | Renewable Energy | 142,307 | 379,555 | (62.5) |
| | Total | 14,656,993 | 20,199,885 | (27.4) |
| | Twelve months: | | | |
| | PREPA - Steam and gas | 10,348,836 | 12,944,664 | (20.1) |
| | PREPA - Hydro | 36,165 | 87,223 | (58.5) |
| | Purchased power - gas | 2,582,187 | 3,336,863 | (22.6) |
| | Purchased power - coal | 1,547,498 | 3,451,580 | (55.2) |
| | Renewable Energy | 142,307 | 379,555 | (62.5) |
| | Total | 14,656,993 | 20,199,885 | (27.4) |
| 2. | Maximum hourly peak load (in MW) | | | |
| | Month | n/a [1] | 3,087 | (100.0) |
| | Fiscal year-to-date | 3,087 | 3,087 | 0.0 |
| | Twelve months | 3,087 | 3,087 | 0.0 |
| 3. | Sales (kWh in thousands) | | | |
| | Month: | | | |
| | Billed | 1,279,693 | 1,485,486 | (13.9) |
| | Days billed | 30.0 | 30.0 | |
| | Fiscal year-to-date: | | | |
| | Billed | 12,711,747 | 17,075,787 | (25.6) |
| | Days billed | 365.0 | 365.0 | |
| | Twelve months: | | | |
| | Billed | 12,711,747 | 17,075,787 | (25.6) |
| | Days billed | 365.0 | 365.0 | 0.0 |
| 4. | System efficiency (%) | | | |
| | Month | 81.0 | 86.1 | (5.9) |
| | Fiscal year-to-date | 86.7 | 84.1 | 3.1 |
| | Twelve months | 86.7 | 84.1 | 3.1 |
| 5. | Average cost per barrel ($) | | | |
| | Month | 74.85 | 60.35 | 24.0 |
| | Fiscal year-to-date | 69.40 | 57.62 | 20.4 |
| | Twelve months | 69.40 | 57.62 | 20.4 |
| 6. | kWh/Barrel | | | |
| | Month | 636.52 | 615.35 | 3.4 |
| | Fiscal year-to-date | 598.51 | 614.39 | (2.6) |
| | Twelve months | 598.51 | 614.39 | (2.6) |
| 7. | Heat rate (BTU/kWh) | | | |
| | Month | 10,711 | 10,513 | 1.9 |
| | Fiscal year-to-date | 11,236 | 10,686 | 5.1 |
| | Twelve months | 11,236 | 10,686 | 5.1 |

[1] Report prepared by Generation Directorate, unavailable for month.

2

PUERTO RICO ELECTRIC POWER AUTHORITY

**JUNE**

8. Fuel consumption
(in thousands)

| | 2017-18 | | 2016-17 | | Increase (Decrease) % | |
|---|---|---|---|---|---|---|
| | BBL | Cost | BBL | Cost | BBL | Cost |
| **Month:** | | | | | | |
| Steam | 751 | 57,140 | 671 | 37,797 | 11.9 | 51.2 |
| Gas | 456 | 44,494 | 562 | 40,212 | (18.9) | 10.6 |
| Natural Gas | 551 | 29,950 | 505 | 26,907 | 9.1 | 11.3 |
| Total | 1,758 | 131,584 | 1,738 | 104,916 | 1.2 | 25.4 |
| **Fiscal year-to-date:** | | | | | | |
| Steam | 7,288 | 472,822 | 10,353 | 566,268 | (29.6) | (16.5) |
| Gas | 5,947 | 512,185 | 5,358 | 382,566 | 11.0 | 33.9 |
| Natural Gas | 4,056 | 214,953 | 5,358 | 265,059 | (24.3) | (18.9) |
| Total | 17,291 | 1,199,960 | 21,069 | 1,213,893 | (17.9) | (1.1) |
| **Twelve months:** | | | | | | |
| Steam | 7,288 | 472,822 | 10,353 | 566,268 | (29.6) | (16.5) |
| Gas | 5,947 | 512,185 | 5,358 | 382,566 | 11.0 | 33.9 |
| Natural Gas | 4,056 | 214,953 | 5,358 | 265,059 | (24.3) | (18.9) |
| Total | 17,291 | 1,199,960 | 21,069 | 1,213,893 | (17.9) | (1.1) |

**JUNE**

| | 2018 | 2017 | Increase (Decrease) % |
|---|---|---|---|
| **B.   Client Service [1]** | | | |
| 1.   Service complaints per thousand clients | n/a | 2.18 | [2] |
| 2.   Disconnections for nonpayment per thousand clients | n/a | 7.03 | [2] |
| **C.   Distribution System [3]** | | | |
| 1.   Interruption frequency index | | | |
| Total interruptions per thousand clients served | n/a | 0.484 | [2] |
| 2.   Interruption duration index | | | |
| Average interruption time per clients served (minutes) | n/a | 91.23 | [2] |
| 3.   Clients per interruption | n/a | 244 | [2] |
| 4.   Time per interruption (minutes) | n/a | 422 | [2] |

[1] Report provided by Customer Service Directorates, unavailable for month.
[2] 100% or Over.
[3] Report provided by Transmission & Distribution Directorate, unavailable for month.

PUERTO RICO ELECTRIC POWER AUTHORITY

3

D.   Personnel

| | | JUNE | | Increase |
|---|---|---|---|---|
| | | 2018 | 2017 | (Decrease) |
| Management Conf. / Carr. | Reg. | 1,670 | 1,786 | (116) |
| | Temp. | 6 | 26 | (20) |
| U.T.I.E.R. | Reg. | 3,257 | 3,501 | (244) |
| | Temp. | 13 | 13 | 0 |
| | Emerg. | 258 | | 258 |
| U.I.T.I.C.E. | Reg. | 574 | 603 | (29) |
| | Temp. | | | |
| U.E.P.I. | Reg. | 263 | 301 | (38) |
| | Temp. | | | |
| U.P.A.E.E. | Reg. | 5 | 4 | 1 |
| | Temp. | 0 | 1 | (1) |
| Total | | 6,046 | 6,235 | (189) |

4

PUERTO RICO ELECTRIC POWER AUTHORITY

II. FINANCIAL HIGHLIGHTS

A. Revenue data

1. Sales of electric energy per classes
   (including unbilled adjustment)
   (in thousands)

| | JUNE | | | | | |
|---|---|---|---|---|---|---|
| | Month | | | Fiscal Year-to-Date | | |
| | 2018 | 2017 | Increase (Decrease) % | 2017-18 | 2016-17 | Increase (Decrease) % |
| **kWh sales:** | | | | | | |
| Residential | 502,707 | 593,015 | (15.2) | 4,764,445 | 6,392,324 | (25.5) |
| Commercial | 571,025 | 680,505 | (16.1) | 6,427,569 | 8,036,683 | (20.0) |
| Industrial | 208,432 | 184,901 | 12.7 | 1,745,714 | 2,187,519 | (20.2) |
| Others | 20,344 | 32,662 | (37.7) | 363,885 | 379,312 | (4.1) |
| Total | 1,302,508 | 1,491,083 | (12.6) | 13,301,613 | 16,995,838 | (21.7) |
| **Basic revenues:** | | | | | | |
| Residential | 26,983 | 32,650 | (17.4) | 261,968 | 354,455 | (26.1) |
| Commercial | 36,555 | 45,903 | (20.4) | 480,804 | 537,196 | (10.5) |
| Industrial | 10,457 | 8,810 | 18.7 | 91,628 | 102,157 | (10.3) |
| Others | 4,346 | 5,344 | (18.7) | 62,811 | 62,216 | 1.0 |
| Total | 78,341 | 92,707 | (15.5) | 897,211 | 1,056,024 | (15.0) |
| **Provisional rate:** | | | | | | |
| Residential | 5,989 | 7,176 | (16.5) | 55,569 | 72,510 | (23.4) |
| Commercial | 7,471 | 8,929 | (16.3) | 80,221 | 95,806 | (16.3) |
| Industrial | 2,558 | 2,463 | 3.9 | 21,883 | 25,960 | (15.7) |
| Others | 315 | 415 | (24.1) | 4,667 | 4,524 | 3.2 |
| Total | 16,333 | 18,983 | (14.0) | 162,340 | 198,800 | (18.3) |
| **Fuel adjustment:** | | | | | | |
| Residential | 51,995 | 47,464 | 9.5 | 511,927 | 521,008 | (1.7) |
| Commercial | 57,084 | 53,909 | 5.9 | 621,718 | 652,407 | (4.7) |
| Industrial | 18,835 | 13,556 | 38.9 | 163,476 | 163,651 | (0.1) |
| Others | 2,124 | 2,666 | (20.3) | 37,815 | 31,737 | 19.2 |
| Total | 130,038 | 117,595 | 10.6 | 1,334,936 | 1,368,803 | (2.5) |
| **Purchased power:** | | | | | | |
| Residential | 21,681 | 29,051 | (25.4) | 242,210 | 307,349 | (21.2) |
| Commercial | 24,160 | 32,497 | (25.7) | 292,317 | 386,483 | (24.4) |
| Industrial | 8,240 | 8,296 | (0.7) | 74,682 | 97,258 | (23.2) |
| Others | 803 | 1,402 | (42.7) | 17,450 | 19,113 | (8.7) |
| Total | 54,884 | 71,246 | (23.0) | 626,659 | 810,203 | (22.7) |
| **Total revenues:** | | | | | | |
| Residential | 106,648 | 116,341 | (8.3) | 1,071,674 | 1,255,322 | (14.6) |
| Commercial | 125,270 | 141,238 | (11.3) | 1,475,060 | 1,671,892 | (11.8) |
| Industrial | 40,090 | 33,125 | 21.0 | 351,669 | 389,026 | (9.6) |
| Others | 7,588 | 9,827 | (22.8) | 122,743 | 117,590 | 4.4 |
| Total | $ 279,596 | $ 300,531 | (7.0) | $ 3,021,146 | $ 3,433,830 | (12.0) |

PUERTO RICO ELECTRIC POWER AUTHORITY                    5

| | | JUNE | | | | |
|---|---|---|---|---|---|---|
| | Month | | | Fiscal Year-to-Date | | |
| | 2018 | 2017 | Increase (Decrease) % | 2017-18 | 2016-17 | Increase (Decrease) % |
| **2. Cents per kWh** | | | | | | |
| Basic revenues: | | | | | | |
| Residential | 5.37 | 5.51 | (2.5) | 5.50 | 5.55 | (0.9) |
| Commercial | 6.40 | 6.75 | (5.2) | 7.48 | 6.68 | 12.0 |
| Industrial | 5.02 | 4.76 | 5.5 | 5.25 | 4.67 | 12.4 |
| Others | 21.36 | 16.36 | 30.6 | 17.26 | 16.40 | 5.2 |
| Total | 6.01 | 6.22 | (3.4) | 6.75 | 6.21 | 8.7 |
| Provisional rate: | | | | | | |
| Residential | 1.19 | 1.21 | (1.7) | 1.17 | 1.13 | 3.5 |
| Commercial | 1.31 | 1.31 | 0.0 | 1.25 | 1.19 | 5.0 |
| Industrial | 1.23 | 1.33 | (7.5) | 1.25 | 1.19 | 5.0 |
| Others | 1.55 | 1.27 | 22.0 | 1.28 | 1.19 | 7.6 |
| Total | 1.25 | 1.27 | (1.6) | 1.22 | 1.17 | 4.3 |
| Fuel adjustment: | | | | | | |
| Residential | 10.34 | 8.00 | 29.3 | 10.74 | 8.15 | 31.8 |
| Commercial | 10.00 | 7.91 | 26.4 | 9.67 | 8.12 | 19.1 |
| Industrial | 9.03 | 7.33 | 23.2 | 9.36 | 7.47 | 25.3 |
| Others | 10.44 | 8.17 | 27.8 | 10.39 | 8.37 | 24.1 |
| Total | 9.98 | 7.89 | 26.5 | 10.02 | 8.05 | 24.5 |
| Purchased power: | | | | | | |
| Residential | 4.31 | 4.90 | (12.0) | 5.08 | 4.81 | 5.6 |
| Commercial | 4.23 | 4.78 | (11.5) | 4.55 | 4.81 | (5.4) |
| Industrial | 3.95 | 4.49 | (12.0) | 4.28 | 4.45 | (3.8) |
| Others | 3.95 | 4.29 | (7.9) | 4.80 | 5.04 | (4.8) |
| Total | 4.21 | 4.78 | (11.9) | 4.71 | 4.77 | (1.3) |
| Total revenues: | | | | | | |
| Residential | 21.21 | 19.62 | 8.1 | 22.49 | 19.64 | 14.5 |
| Commercial | 21.94 | 20.75 | 5.7 | 22.95 | 20.80 | 10.3 |
| Industrial | 19.23 | 17.91 | 7.4 | 20.14 | 17.78 | 13.3 |
| Others | 37.30 | 30.09 | 24.0 | 33.73 | 31.00 | 8.8 |
| Total | 21.46 | 20.16 | 6.4 | 22.71 | 20.20 | 12.4 |
| **3. Clients:** | | | | | | |
| Residential | 1,339,841 | 1,339,358 | 0.0 | 1,338,682 | 1,335,643 | 0.2 |
| Commercial | 122,691 | 123,769 | (0.9) | 123,300 | 123,816 | (0.4) |
| Industrial | 610 | 615 | (0.8) | 612 | 624 | (1.9) |
| Others | 3,315 | 3,349 | (1.0) | 3,342 | 3,360 | (0.5) |
| Total | 1,466,457 | 1,467,091 | (0.0) | 1,465,936 | 1,463,443 | 0.2 |
| **4. Average kWh per client:** | | | | | | |
| Residential | 375 | 443 | (15.3) | 3,559 | 4,786 | (25.6) |
| Commercial | 4,654 | 5,498 | (15.4) | 52,130 | 64,908 | (19.7) |
| Industrial | 341,692 | 300,652 | 13.7 | 2,852,474 | 3,505,639 | (18.6) |
| Others | 6,137 | 9,753 | (37.1) | 108,882 | 112,890 | (3.6) |
| Total | 888 | 1,016 | (12.6) | 9,074 | 11,614 | (21.9) |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

6

PUERTO RICO ELECTRIC POWER AUTHORITY

II. FINANCIAL HIGHLIGHTS

A. Revenue data

1. Sales of electric energy per government classes
(in thousands)

| | JUNE | | | | | |
|---|---|---|---|---|---|---|
| | Month | | Increase (Decrease) % | Fiscal Year-to-Date | | Increase (Decrease) % |
| | 2018 | 2017 | | 2017-18 | 2016-17 | |
| **kWh sales:** | | | | | | |
| Residential | 12 | 12 | 0.0 | 111 | 136 | (18.4) |
| Commercial | 127,549 | 206,731 | (38.3) | 1,970,706 | 2,463,146 | (20.0) |
| Industrial | | | | | | |
| Others | 22,235 | 29,557 | (24.8) | 342,421 | 351,824 | (2.7) |
| Total | 149,796 | 236,300 | (36.6) | 2,313,238 | 2,815,106 | (17.8) |
| **Basic revenues:** | | | | | | |
| Residential | 1 | 1 | | 6 | 7 | (14.3) |
| Commercial | 8,275 | 14,570 | (43.2) | 153,421 | 160,377 | (4.3) |
| Industrial | | | | | | |
| Others | 4,779 | 5,079 | (5.9) | 60,780 | 60,206 | 1.0 |
| Total | 13,055 | 19,650 | (33.6) | 214,207 | 220,590 | (2.9) |
| **Provisional rate:** | | | | | | |
| Residential | - | 0 | | 1 | 2 | (50.0) |
| Commercial | 1,655 | 2,679 | (38.2) | 25,571 | 29,414 | (13.1) |
| Industrial | | | | | | |
| Others | 289 | 384 | (24.7) | 4,450 | 4,155 | 7.1 |
| Total | 1,944 | 3,063 | (36.5) | 30,022 | 33,571 | (10.6) |
| **Fuel adjustment:** | | | | | | |
| Residential | 1 | 1 | | 11 | 12 | (8.3) |
| Commercial | 12,454 | 17,078 | (27.1) | 185,568 | 195,190 | (4.9) |
| Industrial | | | | | | |
| Others | 2,273 | 2,562 | (11.3) | 34,112 | 29,464 | 15.8 |
| Total | 14,728 | 19,641 | (25.0) | 219,691 | 224,666 | (2.2) |
| **Purchased power:** | | | | | | |
| Residential | 1 | 1 | [1] | 5 | 7 | (20.3) |
| Commercial | 5,842 | 10,784 | (45.8) | 90,729 | 113,831 | |
| Industrial | | | | | | |
| Others | 1,065 | 1,612 | (33.9) | 16,575 | 17,188 | (3.6) |
| Total | 6,908 | 12,397 | (44.3) | 107,309 | 131,026 | (18.1) |
| **Total revenues:** | | | | | | |
| Residential | 3 | 3 | 0.0 | 23 | 28 | (17.9) |
| Commercial | 28,226 | 45,111 | (37.4) | 455,289 | 498,812 | (8.7) |
| Industrial | | | | | | |
| Others | 8,406 | 9,637 | (12.8) | 115,917 | 111,013 | 4.4 |
| Total | 36,635 | 54,751 | (33.1) | 571,229 | 609,853 | (6.3) |
| **2. Service Agreements:** | | | | | | |
| Residential | 14 | 14 | 0.0 | 14 | 15 | (6.7) |
| Commercial | 20,784 | 21,386 | (2.8) | 19,215 | 23,438 | (18.0) |
| Industrial | | | | | | |
| Others | 2,844 | 2,916 | (2.5) | 2,631 | 3,151 | (16.5) |
| Total | 23,642 | 24,316 | (2.8) | 21,860 | 26,604 | (17.8) |

Statistical and financial data from the Government sector is segregated from the original sales reports
(CC&B) prepared by the Client Service Directorate.

[1] 100% or over

PUERTO RICO ELECTRIC POWER AUTHORITY

This page intentionally left in blank.

8

PUERTO RICO ELECTRIC POWER AUTHORITY

B.  Result of operations-budget comparison
    (in million dollars)

| | JUNE 2018 | | | | | |
| | Month | | | Fiscal Year-to-Date | | |
| | Budget | Actual | Increase (Decrease) % | Budget | Actual | Increase (Decrease) % |
|---|---|---|---|---|---|---|
| Basic charges | 101.5 | 78.3 | (22.9) | 1,157.9 | 897.2 | (22.5) [1] |
| Fuel adjustment | 91.8 | 130.0 | 41.6 [2] | 1,106.5 | 1,334.9 | 20.6 [2] |
| Purchased power | 69.0 | 54.9 | (20.4) | 847.0 | 626.7 | (26.0) [1] |
| CILT | 0.0 | 0.0 | | 0.0 | 0.0 | |
| Subsidies | 0.0 | 0.0 | | 0.0 | 0.0 | |
| Provisional rate | 22.1 | 16.3 | (26.2) | 246.3 | 162.3 | (34.1) [1] |
| Revenues from sales | 284.4 | 279.5 | (1.7) | 3,357.7 | 3,021.1 | (10.0) |
| Other | 2.6 | 1.2 | | 24.4 | (6.3) | 8 |
| Total revenues | 287.0 | 280.7 | (2.2) | 3,382.1 | 3,014.8 | (10.9) |
| Fuel | 91.7 | 131.6 | 43.5 [2] | 1,068.6 | 1,199.9 | 12.3 |
| Purchased power | 69.4 | 49.8 | (28.2) [3] | 820.3 | 533.5 | (35.0) [3] |
| Other expenses | 62.8 | 13.5 | (78.5) [4] | 748.7 | 620.5 | (17.1) [4] |
| Total current expenses | 223.9 | 194.9 | (13.0) | 2,637.6 | 2,353.9 | (10.8) |
| 1974 - sinking fund appropriations | 0.0 | 63.5 | 7  5 | 0.0 | 762.3 | 8  5 |
| Reserve Account | | | | | | |
| Rate Stabilization Fund | | | | | | |
| Interest on notes | 11.0 | 7.9 | (28.2) [6] | 126.4 | 56.4 | (55.4) [6] |
| Internal funds | 30.0 | 1.5 | (95.0) [7] | 360.2 | 12.8 | (96.4) [7] |
| Contribution to municipalities | 6.3 | (0.7) | 9  8 | 72.5 | (315.6) | 9  8 |
| Other appropriations | 15.8 | 13.6 | (13.9) | 185.4 | 145.1 | (21.7) |
| Total | 287.0 | 280.7 | (2.2) | 3,382.1 | 3,014.8 | (10.9) |

EXPLANATION OF MAJOR VARIATIONS

[1] Decreases in revenues for fiscal year-to-date, was due to the disruption on energy production caused by Hurricanes Irma and Maria.

[2] Fuel adjustment expenses and revenues increased, as actual barrel price of $69.40 is 20 percent above amount budgeted price of $57.74.

[3] Purchased power generation for the fiscal year is 10.8 percent below projected production.

[4] Change due to reclassification of emergency expenses for year end accounting purposes.

[5] The 1974 Sinking Fund appropriation have been accrued but not paid nor transferred.

[6] Interest on notes budgeted was projected assuming a debt restructuring process.

[7] Internal funds have been accrued but not paid nor transferred to the Construction Fund. Actual amounts are maintained as part of the General Fund, to provide a reserve for current expenses.

[8] Changes in contribution to municipalities due to the results of the revenue disposition process.

[9] 100% or Over.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY

9

C.   Result of operations-as compared to last year
(in million dollars)

| | JUNE 2018 | | | | | |
|---|---|---|---|---|---|---|
| | Month | | | Fiscal Year-to-Date | | |
| | 2018 | 2017 | Increase (Decrease) % | 2017-18 | 2016-17 | Increase (Decrease) % |
| Basic charges | 78.3 | 92.7 | (15.5) | 897.2 | 1,056.0 | (15.0) [1] |
| Fuel adjustment | 130.0 | 117.6 | 10.5 [2] | 1,334.9 | 1,368.8 | (2.5) [2] |
| Purchased power | 54.9 | 71.2 | (22.9) | 626.7 | 810.2 | (22.6) [1] |
| CILT | 0.0 | 0.0 | | 0.0 | 0.0 | |
| Subsidies | 0.0 | 0.0 | | 0.0 | 0.0 | |
| Provisional rate | 16.3 | 19.0 | (14.2) | 162.3 | 198.8 | (18.4) [1] |
| Revenues from sales | 279.5 | 300.5 | (7.0) | 3,021.1 | 3,433.8 | (12.0) |
| Other | 1.2 | (3.0) | | (6.3) | (30.7) | (79.5) |
| Total revenues | 280.7 | 297.5 | (5.6) | 3,014.8 | 3,403.1 | (11.4) |
| Fuel | 131.6 | 104.9 | 25.5 [2] | 1,199.9 | 1,213.9 | (1.2) |
| Purchased power | 49.8 | 66.1 | (4.8) [3] | 533.5 | 727.4 | (16.4) [3] |
| Other expenses | 13.5 | 52.3 | (74.2) [4] | 620.5 | 637.9 | (2.7) [4] |
| Total current expenses | 194.9 | 223.3 | (12.7) | 2,353.9 | 2,579.2 | (8.7) |
| 1974 - sinking fund appropriations | 63.5 | 55.7 | 14.0 [5] | 762.3 | 652.9 | 16.8 [5] |
| Reserve Account | | 0.0 | | | 0.0 | |
| Rate Stabilization Fund | | 0.0 | | | 0.0 | |
| Interest on notes | 7.9 | 4.3 | [6] | 56.4 | 52.7 | [6] |
| Internal funds | 1.5 | 0.0 | [9] [7] | 12.8 | 1.3 | [7] |
| Contribution to municipalities | (0.7) | 3.2 | [9] [8] | (315.6) | (20.3) | [9] [8] |
| Other appropriations | 13.6 | 11.0 | 23.6 | 145.0 | 137.3 | 5.6 |
| Total | 280.7 | 297.5 | (5.6) | 3,014.8 | 3,403.1 | (11.4) |

EXPLANATION OF MAJOR VARIATIONS

1 Decreases in revenues for fiscal year-to-date, was due to the disruption on energy production caused by Hurricanes Irma and María.
2 Fuel adjustment expenses and revenues increased, as actual barrel price of $69.40 is 20 percent above amount budgeted price of $57.74.
3 Purchased power generation for the fiscal year is 10.8 percent below projected production.
4 Change due to reclassification of emergency expenses for year end accounting purposes.
5 The 1974 Sinking Fund appropriation have been accrued but not paid nor transferred.
6 Interest on notes budgeted was projected assuming a debt restructuring process.
7 Internal funds have been accrued but not paid nor transferred to the Construction Fund. Actual amounts are maintained as part of the General Fund, to provide a reserve for current expenses.
8 Changes in contribution to municipalities due to the results of the revenue disposition process.
9 100% or Over.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

10

PUERTO RICO ELECTRIC POWER AUTHORITY

D.  Notes Payable
    (in thousand dollars)

JUNE

### Construction Financing

| | 2018 | 2017 |
|---|---|---|
| **1. Rehabilitation Isabela Dam (GDB):** | | |
| Line of credit | 25,354 | 25,354 |
| Amount received | 713 | 713 |
| Available balance | 24,641 | 24,641 |
| | | |
| Debt outstanding balance | 713 | 713 |
| | | |
| Maturity Date | June 30, 2018 | |
| | | |
| **2. State Revolving Fund Program Aguirre** | | |
| **& San Juan Plant (AFICA):** | | |
| Line of credit | 27,023 | 27,023 |
| Amount received | 5,750 | 4,939 |
| Available balance | 21,273 | 31,962 |
| | | |
| Debt outstanding balance | 7,168 | 4,939 |
| | | |
| Maturity Date | June 30, 2033 | |

### Operational Financing

| | 2018 | 2017 |
|---|---|---|
| **1. Municipalities Settlement Agreement:** | | |
| Line of credit | 64,208 | 64,208 |
| Amount received | 64,208 | 64,208 |
| Available balance | 0 | 0 |
| | | |
| Debt outstanding balance | 0 | 0 |
| | | |
| Maturity Date | June 30, 2014 | |
| | | |
| **2. Fuel Financing (Scotiabank):** | | |
| Line of credit | 550,000 | 550,000 |
| Amount received | 549,950 | 549,950 |
| Available balance | 50 | 50 |
| | | |
| Debt outstanding balance | 549,950 | 549,950 |
| | | |
| Maturity Date | August 14, 2014 | |
| | | |
| **3. Fuel Financing (Citibank):** | | |
| Line of credit | 150,000 | 150,000 |
| Amount received | 146,042 | 146,042 |
| Available amount | 3,958 | 3,958 |
| | | |
| Debt outstanding balance | 146,042 | 146,042 |
| | | |
| Maturity Date | January 10, 2014 | |
| | | |
| **4. Collateral SWAP – (GDB):** | | |
| Line of credit | 100,000 | 100,000 |
| Amount received | 35,133 | 35,133 |
| Available balance | 64,867 | 64,867 |
| | | |
| Debt outstanding balance | 35,133 | 35,133 |
| | | |
| Maturity Date | December 31, 2014 | |

PUERTO RICO ELECTRIC POWER AUTHORITY

11

E.   Necessary Maintenance Expenses [1]
(in thousand dollars)

| | JUNE 2018 | | | | | |
|---|---|---|---|---|---|---|
| | Month [2] | | | Fiscal Year-to-Date [3] | | |
| | Budget | Actual | Increase (Decrease) % | | Budget | Actual | Increase (Decrease) % |
| Production | 15,909 | 17,020 | 7.0 | | 190,908 | 37,169 | (80.5) |
| Transmission | 10,505 | (1,052) | (110.0) | | 126,060 | 25,166 | (80.0) |
| Distribution | 7,260 | (93) | (101.3) | | 87,120 | 47,396 | (45.6) |
| Other | 3,977 | (8,977) | (325.7) | | 47,724 | 13,085 | (72.6) |
| Total | 37,651 | 6,898 | (81.7) | | 451,812 | 122,816 | (72.8) |
| | | | | | | | |
| Internal Funds | 30,020 | 1,490 | (95.0) | | 360,240 | 12,789 | (96.4) |

| | | |
|---|---|---|
| Percentage of Internal Funds to Investment in Capital Improvements Programs** | 80% | 22% |
| | | |
| Contribution AID for Construction | | 0 |

Fiscal Year-to-Date: 488 (for Contribution AID for Construction)

| | 2018 | 2017 |
|---|---|---|
| F.   Highest debt coverage as of June 30 | 0.85 | 0.84 |

G.   REA Projects

| | Month | Fiscal Year-to-Date |
|---|---|---|
| Total investment | $0 | $13,091 |
| Families served | 0 | 2 |

[1] Capital Improvement Program was suspended after filing of Title III of PROMESA. Only the necessary maintenance expenses will be presented.
[2] Monthly figures may vary significantly due to fluctuations in the availability of funds.  For more accurate results, please refer to fiscal year-to-date figures.
[3] Includes monthly overhead allocation.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

12

## PUERTO RICO ELECTRIC POWER AUTHORITY

### STATISTICS OF ACCOUNTS RECEIVABLE FROM SALES OF ELECTRIC ENERGY [1]
(in thousand dollars)

| | JUNE | | Increase (Decrease) % |
|---|---|---|---|
| | 2018 | 2017 | |
| General clients | 1,101,040 | 871,212 | 26.4 |
| Government (State and federal agencies and public corporations) | 269,314 [2] | 215,795 [2] | 24.8 |
| Total Accounts Receivable | 1,370,354 | 1,087,007 | 26.1 |
| Uncollectibles Reserve | (1,606,572) | (1,591,039) | 1.0 |
| Accounts Receivable after Reserve | (236,218) [3] | (504,032) [3] | (53.1) |
| Sales of electric energy (12 months) | | | |
| Revenues from sales | 2,817,768 | 3,237,235 | (13.0) |
| Indicators: | | | |
| A/R to Sales | -8.4% | -15.6% | (46.2) |
| Sales Days in A/R | (31) | (57) | (46.2) |
| Ratio of collections to sales: | | | |
| General clients: | | | |
| Sales | 2,440,860 | 2,826,595 | (13.6) |
| Collections | 1,993,771 [4] | 2,745,580 [4] | (27.4) [3] |
| %Collection to Sales | 81.7 | 97.1 | (15.9) |
| Government: | | | |
| Sales net of municipalities, public lightning and exclusions | 376,908 | 410,640 | (8.2) |
| Collections | 317,640 [4] | 465,400 [4] | (31.7) |
| % Collection to Sales | 84.3 | 113.3 | (25.6) |
| Total: | | | |
| Sales net of municipalities, public lightning and exclusions | 2,817,768 | 3,237,235 | (13.0) |
| Collections | 2,311,411 [4] | 3,210,980 [4] | (28.0) [3] |
| %Collection to Sales | 82.0 | 99.2 | (17.3) |

[1] Source of Information: Customer Service Department
[2] Includes carried over effect from a $891.0 allowance adjustment required for the FY 2016 audit.
[3] Government accounts receivable do not include municipalities accounts. Total government accounts are $2,194,010,946.38 as of June 2017 and $2,596,640,104 as of June 2018.
[3] Includes carried over effect from a $891.0 allowance adjustment required for the FY 2016 audit.
[4] Decrease of collections from September 2017 to June 2018 due to disruptions caused by Hurricanes Irma and María. Total collections for months mentioned were $1,735.9 million, compared to $2,661.9 million from September 2016 to June 2017.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

13

PUERTO RICO ELECTRIC POWER AUTHORITY

This page intentionally left in blank.

14

PUERTO RICO ELECTRIC POWER AUTHORITY

STATEMENT OF NET POSITION
ASSETS AND DEFERRED OUTFLOWS
(in thousands)

| | June 30, 2018 | June 30, 2017 |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | | |
| General fund | $ 60,558 | $ 57,191 |
| Reserve for current expenses | 261,574 | 462,367 |
| Revenue fund | 13 | 13 |
| Working funds | 1,575 | 1,437 |
| Total cash and cash equivalents | 323,720 | 521,008 |
| Accounts receivable (Exhibit A) | 2,490,995 | 1,665,968 |
| Fuel oil inventory | 169,852 | 101,634 |
| Materials and supplies inventory | 143,108 | 140,240 |
| Prepayments and other (Exhibit B) | 383,025 | 16,279 |
| Total current assets | 3,510,700 | 2,445,129 |
| Non current receivables (Exhibit A) | 931,909 | 931,909 |
| **Restricted Assets** | | |
| Cash held by trustees | 1,910 | 1,910 |
| Investments held by trustees | | |
| Sinking funds - Interest | (1,878) | (1,878) |
| Non current restricted deposits held by trustees | 5,980 | 5,973 |
| Total investment held by trustees | 4,102 | 4,095 |
| Construction fund and other | | |
| Construction fund | 57,056 | 23,088 |
| Investment held by REA | 1,124 | 1,111 |
| Reserve maintenance fund | 16,364 | 16,150 |
| Other restricted fund | 5,174 | 5,129 |
| Total construction fund and other | 79,718 | 45,478 |
| Total restricted assets | 85,730 | 51,483 |
| **Utility Plant** | | |
| Electric plant in service | 13,034,655 | 12,995,949 |
| Less: accumulated depreciation | 7,817,563 | 7,456,663 |
| Net electric plant in service | 5,217,092 | 5,539,286 |
| Construction work in progress, including preliminary surveys of 17,133 and 17,133 | 796,384 | 709,969 |
| Total utility plant | 6,013,476 | 6,249,255 |
| **Deferred debits:** | | |
| Unamortized debt expense | (6,627) | (2,548) |
| Other | 1,596,859 | 1,592,371 |
| Total deferred debits | 1,590,232 | 1,589,823 |
| Total assets | 12,132,047 | 11,267,599 |
| Deferred outflows of resources | 117,191 | 109,761 |
| **Total Assets and Deferred Outflows** | $ 12,249,238 | $ 11,377,360 |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY          15

STATEMENT OF NET POSITION
LIABILITIES AND NET POSITION
(in thousands)

| | June 30 2018 | June 30 2017 |
|---|---|---|
| Liabilities and net position | | |
| **Current Liabilities** | | |
| Notes payable to banks | $        739,006 | $        737,587 |
| Accounts payable and accrued liabilities (Exhibit C) | 4,020,118 | 3,569,669 |
| Customer deposits, including accrued interest | 51,836 | 29,216 |
| Total current liabilities | 4,810,960 | 4,336,472 |
| | | |
| **Current liabilities payable from restricted assets** | | |
| Current portion of long-term debt | 493,292 | 478,433 |
| Notes payable from restricted assets | 300,000 | - |
| Accrued interest payable on bonds and notes | 694,364 | 220,222 |
| Other current liabilities (Exhibit C) | 44,448 | 37,639 |
| Total current liabilities from restricted assets | 1,532,104 | 736,294 |
| | | |
| **Non current liabilities** | | |
| Power revenue bonds, net of unamortized debt discount of      (36,271) and      (53,810) | 7,937,346 | 7,947,456 |
| Net pension liability | 3,558,872 | 3,558,872 |
| Non current portion, accounts payable and accrued sick leave | 88,281 | 88,281 |
| Accrued unfunded OPEB | 119,658 | 119,658 |
| Customer deposits - noncurrent | 181,579 | 176,906 |
| Total noncurrent liabilities | 11,885,736 | 11,891,173 |
| Total liabilities | 18,228,800 | 16,963,939 |
| | | |
| Deferred inflows of resources: | | |
| Deferred gain on pension valuation | 57,703 | 57,703 |
| | | |
| Total net position (Deficit) | (6,037,265) | (5,644,282) |
| | | |
| Total Liabilities and Net Position | $    12,249,238 | $    11,377,360 |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY

PREPAYMENTS AND OTHER
(in thousands)

| Exhibit B | June 2018 | June 2017 |
|---|---|---|
| Claims Outstanding Related to Property Damages | $ 357,829 | $ 353 |
| Prepayments and other | 25,196 | 15,926 |
| Total | $ 383,025 | $ 16,279 |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

16

PUERTO RICO ELECTRIC POWER AUTHORITY

STATEMENTS OF REVENUES, EXPENSES
AND CHANGES IN NET POSITION
(in thousands)

| | MONTH | | |
| --- | --- | --- | --- |
| | Budget June 2018 | Actual June 2018 | Actual June 2017 |
| Operating revenues: | | | |
| Sales of electric energy | $ 284,482 | $ 279,596 | $ 300,531 |
| Total operating revenues | 284,482 | 279,596 | 300,531 |
| Other income | 2,577 | 1,125 | (3,120) |
| Total revenues | 287,059 | 280,721 | 297,411 |
| Expenses: | | | |
| Fuel cost | 91,721 | 131,583 | 104,915 |
| Purchased power | 69,383 | 49,822 | 66,069 |
| Other production | 4,805 | 2,848 | 3,908 |
| Transmission and distribution | 12,625 | (10,381) | 10,864 |
| Maintenance | 16,442 | (10,083) | 11,362 |
| Customer accounting and collection | 8,974 | 1,282 | 7,798 |
| Administrative and general | 20,000 | 29,799 | 18,392 |
| Subtotal expenses by function | 223,950 | 194,870 | 223,308 |
| Depreciation | 30,728 | 30,084 | 30,478 |
| Interest on bonds, capital improvement notes, general obligation notes, less allowance for funds used during construction | 10,970 | 42,675 | 40,194 |
| Contribution to municipalities | 6,308 | 5,402 | 7,823 |
| Other appropriations | 15,764 | 13,581 | 10,974 |
| Bond discount and defeasance amortization | - | 117 | 136 |
| Total expenses | 287,720 | 286,729 | 312,913 |
| Contributed capital | 708 | 111 | 77 |
| Changes in net position | $ 47 | $ (5,897) | $ (15,425) |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY                    17

STATEMENTS OF REVENUES, EXPENSES
AND CHANGES IN NET POSITION
(in thousands)

| | FISCAL YEAR | | |
|---|---|---|---|
| | Budget June 2018 | Actual June 2018 | Actual June 2017 |
| Operating revenues: | | | |
| Sales of electric energy | $ 3,357,633 | $ 3,021,146 | $ 3,433,830 |
| Total operating revenues | 3,357,633 | 3,021,146 | 3,433,830 |
| Other income | 25,034 | (6,050) | (30,260) |
| Total revenues | 3,382,667 | 3,015,096 | 3,403,570 |
| Expenses: | | | |
| Fuel cost | 1,068,641 | 1,199,944 | 1,213,893 |
| Purchased power | 820,324 | 533,525 | 726,381 |
| Other production | 57,658 | 51,742 | 54,745 |
| Transmission and distribution | 151,495 | 132,243 | 143,575 |
| Maintenance | 197,310 | 160,915 | 152,447 |
| Customer accounting and collection | 107,690 | 92,097 | 93,241 |
| Administrative and general | 234,501 | 183,475 | 165,934 |
| Subtotal expenses by function | 2,637,619 | 2,353,941 | 2,550,216 |
| Depreciation | 368,736 | 363,477 | 367,822 |
| Interest on bonds, capital improvement notes, general obligation notes, less allowance for funds used during construction | 126,351 | 474,142 | 483,386 |
| Contribution to municipalities | 72,474 | 71,230 | 74,037 |
| Other appropriations | 185,420 | 145,069 | 134,397 |
| Bond discount and defeasance amortization | - | 1,399 | 1,176 |
| Total expenses | 3,390,600 | 3,409,258 | 3,611,034 |
| Contributed capital | 8,500 | 1,179 | 7,317 |
| Changes in net position | $ 567 | $ (392,983) | $ (200,147) |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

18

PUERTO RICO ELECTRIC POWER AUTHORITY

STATEMENTS OF REVENUES AND EXPENSES FOR REVENUE FUND
PURPOSES PER TRUST AGREEMENT
(in thousands)

|  | Budget June 2018 | Actual June 2018 | Actual June 2017 |
|---|---|---|---|
| **Revenues:** | | | |
| Sales of electric energy (Exhibit D) | $ 284,482 | $ 279,596 | $ 300,531 |
| Total operating revenues | 284,482 | 279,596 | 300,531 |
| Other income | 2,577 | 1,125 | (3,120) |
| Total revenues | 287,059 | 280,721 | 297,411 |
| Less: 1974 construction fund investment income and gain on sale of properties | 47 | 50 | (51) |
| Revenues - net | 287,012 | 280,671 | 297,462 |
| **Current expenses:** | | | |
| Fuel cost | 91,721 | 131,583 | 104,915 |
| Purchased power | 69,383 | 49,822 | 66,069 |
| Other production | 4,805 | 2,848 | 3,908 |
| Transmission and distribution | 12,625 | (10,381) | 10,864 |
| Maintenance | 16,442 | (10,083) | 11,362 |
| Customer accounting and collection | 8,974 | 1,282 | 7,798 |
| Administrative and general | 20,000 | 29,799 | 18,392 |
| Total current expenses | 223,950 | 194,870 | 223,308 |
| **Net revenues (as defined)** | 63,062 | 85,801 | 74,154 |
| **Contractual obligations:** | | | |
| Sinking fund appropriations - | | | |
| Interest on power revenue bonds (1) | - | 34,815 | 35,888 |
| Bond redemption accoun (1) | - | 28,711 | 19,780 |
| Interest on notes | 10,970 | 7,860 | 4,306 |
| Capital Improvements fund | 30,020 | 1,490 | - |
| Total contractual obligations | 40,990 | 72,876 | 59,974 |
| **Balance** | 22,072 | 12,925 | 14,180 |
| Provision for Contribution in Lieu of Taxes and other appropriations | | | |
| Contribution to municipalities | 6,308 | (656) | 3,206 |
| Other | 15,764 | 13,581 | 10,974 |
| Total provision for contribution and other | 22,072 | 12,925 | 14,180 |
| **Remainder** | $ - | $ - | $ - |

Footnotes:

(1) The 1974 Sinking Fund appropriation have been accrued but not transferred.

(2) Internal funds have been accrued but not paid, nor transferred to Construction Fund.   Actual amounts are maintained as part of General Fund, to provide a Reserve for Current Expenses.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY

19

STATEMENTS OF REVENUES AND EXPENSES FOR REVENUE FUND
PURPOSES PER TRUST AGREEMENT
(in thousands)

| | FISCAL YEAR - TO DATE | | | TWELVE MONTHS ENDED | | |
|---|---|---|---|---|---|---|
| | Budget June 2018 | Actual June 2018 | Actual June 2017 | Budget June 2018 | Actual May 2018 | Actual May 2017 |
| Revenues: | | | | | | |
| Sales of electric energy (Exhibit D) | $ 3,357,633 | $ 3,021,146 | $ 3,433,830 | | | |
| Total operating revenues | 3,357,633 | 3,021,146 | 3,433,830 | | | |
| Other income | 25,034 | (6,050) | (30,260) | | | |
| Total revenues | 3,382,667 | 3,015,096 | 3,403,570 | | | |
| Less: 1974 construction fund investment income and gain on sale of properties | 567 | 253 | 453 | | | |
| Revenues - net | 3,382,100 | 3,014,843 | 3,403,117 | | | |
| Current expenses: | | | | | | |
| Fuel cost | 1,068,641 | 1,199,944 | 1,213,893 | | | |
| Purchased power | 820,324 | 533,525 | 726,381 | | | |
| Other production | 57,658 | 51,742 | 54,745 | SAME AS FISCAL YEAR | | |
| Transmission and distribution | 151,495 | 132,243 | 143,575 | | | |
| Maintenance | 197,310 | 160,915 | 152,447 | | | |
| Customer accounting and collection | 107,690 | 92,097 | 93,241 | | | |
| Administrative and general | 234,501 | 183,475 | 165,934 | | | |
| Total current expenses | 2,637,619 | 2,353,941 | 2,550,216 | | | |
| Net revenues (as defined) | 744,481 | 660,902 | 852,901 | | | |
| Contractual obligations: | | | | | | |
| Sinking fund appropriations - | | | | | | |
| Interest on power revenue bonds (1) | - | 417,782 | 430,652 | | | |
| Bond redemption account (1) | - | 344,535 | 222,274 | | | |
| Interest on notes | 126,351 | 56,360 | 52,733 | | | |
| Capital Improvements fund | 360,236 | 12,789 | 1,330 | | | |
| Total contractual obligations | 486,587 | 831,466 | 706,989 | | | |
| Balance | 257,894 | (170,564) | 145,912 | | | |
| Provision for Contribution in Lieu of Taxes and other appropriations | | | | | | |
| Contribution to municipalities | 72,474 | (315,633) | (20,370) | | | |
| Other | 185,420 | 145,069 | 134,397 | | | |
| Total provision for contribution and other | 257,894 | (170,564) | 114,027 | | | |
| Remainder | $ - | $ - | $ 31,885 | | | |

Footnotes:

(1) The 1974 Sinking Fund Appropriation have been accrued but not transferred.

(2) Internal funds have been accrued but not paid, nor transferred to Construction Fund. Actual amounts are maintained as part of General Fund, to provide a Reserve for Current Expenses.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

20

PUERTO RICO ELECTRIC POWER AUTHORITY

NET POSITION
(in thousands)

| | June 2018 | June 2017 |
|---|---|---|
| Net Position | | |
| Invested in utility plant, net related debt | $ (2,493,426) | $ (1,948,819) |
| Restricted for capital activity and debt service | (1,077,152) | (630,448) |
| Unrestricted | (2,466,687) | (3,065,015) |
| Total net position | $ (6,037,265) | $ (5,644,282) |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

21

# PUERTO RICO ELECTRIC POWER AUTHORITY

## ACCOUNTS RECEIVABLE
### (in thousands)

Exhibit A

|  | June 2018 | June 2017 |
|---|---|---|
| **Electric and related services:** |  |  |
| General clients | $ 1,101,040 | $ 871,211 |
| Recoveries under fuel adjustment and purchase power clause under or (over) billed | 77,265 | 4,480 |
| Unbilled services | 298,170 | 159,299 |
| Allowance for uncollectible accounts- General Client | (688,627) | (673,094) |
| Total General Clients | 787,848 | 361,896 |
| Government, including current and non current | 3,528,545 [1] | 3,125,921 |
| Allowance for uncollectible acounts- Govement | (917,945) | (917,945) |
| Total Government | 2,610,600 | 2,207,976 |
| Claims Receivable from Insurance Companies & Other | 581 | 15,581 |
| Advances to Irrigation Systems - net | 11,771 | 6,823 |
| Accrued interest | 2,071 | 2,083 |
| Other | 10,033 | 3,518 |
| Total Accounts Receivable | 3,422,904 | 2,597,877 |
| Less: Government Account Receivable, non current portion | 931,909 | 931,909 |
| Total Accounts Receivable, current portion | $ 2,490,995 | $ 1,665,968 |

(1) Excludes CILT set aside during fiscal year 2017-2018 and 2016-2017.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY                    23

## ACCOUNTS PAYABLE AND ACCRUED LIABILITIES
### (in thousands)

| | June 2018 | June 2017 |
|---|---|---|
| Exhibit C | | |
| Accounts payable - fuel oil and other | $        668,238 | $        560,296 |
| Accrued annual leave | 43,093 | 46,012 |
| Accrued sick leave | 20,507 | 23,581 |
| Accrued salaries and fringe benefits | 4,300 | 3,842 |
| Accrued Contribution in Lieu of Taxes | 3,210,953 ' | 2,882,099 |
| Accrued Actuarial Retirement | 2,193 | 2,193 |
| Reserve for injuries and damages | 22,900 | 17,175 |
| Accrued Contributions Federal Social Security | 2,541 | 2,363 |
| Income tax withheld at source | 1,149 | 1,126 |
| Health plan | - | 9,946 |
| Pension & Benefits Deferred Employer Contribution | 9,342 | 9,342 |
| Other | 34,902 | 11,694 |
| Sub total current liabilities | 4,020,118 | 3,569,669 |
| | | |
| Other current payables from restricted assets | | |
| Retention on Contract Work | 2,831 | 1,360 |
| Vouchered A/P construction | 6,437 | 2,191 |
| Contribution aid to construction | 35,180 | 34,088 |
| Total other current payables from restricted assets | 44,448 | 37,639 |
| | | |
| Total current Liabilities | 4,064,566 | 3,607,308 |
| | | |
| **NON-CURRENT LIABILITIES** | | |
| | | |
| Net Pension Liability | 3,558,872 | 3,558,872 |
| Accrued sick leave | 88,281 | 88,281 |
| Accrued Unfunded OPEB | 119,658 | 119,658 |
| Total non current liabilities | 3,766,811 | 3,766,811 |
| | | |
| Total accounts payables and non current liabilities | $     7,831,377 | $     7,374,119 |

(1) Excludes CILT set aside during fiscal year 2017-2018 and 2016-2017.

24

PUERTO RICO ELECTRIC POWER AUTHORITY

SALES OF ELECTRIC ENERGY

JUNE 2018

Exhibit D

| | CLIENTS | | KWHRS (in thousands) | | | | |
|---|---|---|---|---|---|---|---|
| | | | MONTHLY | | | | |
| Class of Service | Billed | Total | Billed | Unbilled | Adjustment* | | Total |
| Residential | 1,339,841 | 1,339,841 | 482,618 | 243,217 | (223,128) | | 502,707 |
| Commercial | 122,691 | 122,691 | 575,864 | 308,627 | (313,466) | | 571,025 |
| Industrial | 610 | 610 | 196,988 | 97,046 | (85,602) | | 208,432 |
| Public lighting | 2,135 | 2,135 | 19,230 | 4,645 | (8,705) | | 15,170 |
| Other public authorities | 2 | 2 | 3,108 | 1,072 | (986) | | 3,194 |
| Agricultural | 1,178 | 1,178 | 1,884 | 701 | (605) | | 1,980 |
| Subtotal | 1,466,457 | 1,466,457 | 1,279,692 | 655,308 | (632,492) | | 1,302,508 |
| Fuel oil adjustment | | | | | | | |
| Purchased power | | | | | | | |
| Subtotal | 1,466,457 | 1,466,457 | 1,279,692 | 655,308 | (632,492) | | 1,302,508 |
| Unrecovered fuel oil cost-net | | | | | | | |
| Unrecovered purchased power cost-net | | | | | | | |
| Total | 1,466,457 | 1,466,457 | 1,279,692 | 655,308 | (632,492) | | 1,302,508 |

| | | FISCAL YEAR-TO-DATE | | | |
|---|---|---|---|---|---|
| Class of Service | Average Clients | Kwhrs. (thousands) | Revenue (thousand $) | Kwhrs. per Client | Cents per Kwhr. Sold |
| Residential | 1,338,682 | 4,764,445 | 317,537 | 3,559 | 6.67 |
| Commercial | 123,300 | 6,427,569 | 561,025 | 52,130 | 8.73 |
| Industrial | 612 | 1,745,714 | 113,511 | 2,852,474 | 6.50 |
| Public lighting | 2,150 | 313,447 | 64,123 | 145,789 | 20.46 |
| Other public authorities | 2 | 35,230 | 2,036 | 17,615,000 | 5.78 |
| Agricultural | 1,190 | 15,208 | 1,319 | 12,780 | 8.67 |
| Subtotal | 1,465,936 | 13,301,613 | 1,059,551 | 9,074 | 7.97 |
| Fuel oil adjustment | | | 1,317,346 | | 10.03 |
| Purchased Power | | | 633,905 | | 4.71 |
| Subtotal | 1,465,936 | 13,301,613 | 3,010,702 | 9,074 | 22.63 |
| Unrecovered fuel oil cost-net | | | 17,690 | | |
| Unrecovered purchased Power cost-net | | | (7,246) | | |
| Total | 1,465,936 | 13,301,613 | 3,021,146 | 9,074 | 22.71 |

PUERTO RICO ELECTRIC POWER AUTHORITY

SALES OF ELECTRIC ENERGY

JUNE 2018

25

Exhibit D

| Class of Service | MONTHLY | | | Total | Kwhr. per Client | Cents per Kwhr. Sold |
|---|---|---|---|---|---|---|
| | Billed | Unbilled | Adjustment* | | | |
| Residential | 32,043 | 9,966 | (9,038) | 32,971 | 375 | 6.56 |
| Commercial | 45,280 | 22,145 | (23,399) | 44,026 | 4,654 | 7.71 |
| Industrial | 12,476 | 4,592 | (4,053) | 13,015 | 341,692 | 6.25 |
| Public lighting | 4,913 | 785 | (1,395) | 4,303 | 7,105 | 28.37 |
| Other public authorities | 175 | 47 | (44) | 178 | 1,597,000 | 5.57 |
| Agricultural | 176 | 38 | (33) | 181 | 1,681 | 9.14 |
| Subtotal | 95,063 | 37,573 | (37,962) | 94,674 | 888 | 7.26 |
| Fuel oil adjustment | 125,441 | 56,134 | (54,836) | 126,739 | | 9.98 |
| Purchased power | 58,943 | 29,224 | (28,256) | 59,910 | | 4.21 |
| Subtotal | 279,447 | 122,931 | (121,054) | 281,323 | 888 | 21.46 |
| Unrecovered fuel oil cost-net | | | | 3,299 | | |
| Unrecovered purchased power cost-net | | | | (5,026) | | |
| Total | 279,447 | 122,931 | 0 (121,054) | 279,596 | 888 | 21.46 |

REVENUES
(In thousand $)