# EXHIBIT   20



# Puerto Rico Electric Power Authority
# Fiscal Plan

San Juan, Puerto Rico

April 28, 2017

Confidential - Subject to Further Revisions and Modifications

# Disclaimer

The information contained herein (the "Information") has been provided and prepared by the Puerto Rico Electric Power Authority ("PREPA" or the "Company") and is in draft form subject to further discussions and revisions. No representation or warranty, express or implied, is made by the Company, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") or their respective advisors as to the accuracy or completeness of the Information, which has not been independently verified. The Company, AAFAF or their respective advisors shall have no responsibility or liability for the accuracy or completeness of the Information, any errors, inaccuracies or omissions in the Information or the consequences of any reliance upon the Information. Without limitation of the foregoing, no representation or warranty, express or implied, is made by the Company, AAFAF or their respective advisors as to the accuracy or completeness of any forecasts or projections contained in the Information. Nothing contained in the Information may be relied upon as a promise or representation as to the future. The Information does not constitute an offer or solicitation to sell or purchase securities. Neither the Company, AAFAF or their respective advisors shall have any liability, whether direct or indirect, in contract or tort or otherwise, to any person in connection with the Information.

Projections are included in the Information. Such projections have not been examined by auditors. The projections and other material set forth herein contain certain statements that are "forward-looking statements". These statements are subject to a number of assumptions, risks, and uncertainties, many of which are and will be beyond the control of the Company including, among others, availability and timing of liquidity sources, availability of supplies and supplier financing, changes in general economic, political, governmental and business conditions globally and in Puerto Rico, the Company's ability to achieve cost savings, changes in interest rates, changes in inflation rates, changes in exchange rates, changes in fuel prices, changes in business strategy, demographics and various other factors. These statements speak as of the date indicated and are not guarantees of future performance. Actual results or developments may differ materially from the expectations expressed or implied in the forward-looking statements, and the Company undertakes no obligation to update any such statements whether as a result of new information, future events or otherwise. Certain projections/forecasts are based on data generated by the former restructuring advisor as of 12/31/2016, which projections/forecasts the Company, AAFAF or their respective advisors have not been able to validate or corroborate given certain limitations in the available records.

Recipients of the Information agree to keep the Information strictly confidential. The Information is highly confidential and contains proprietary and confidential information about the Company, its subsidiaries and its operations. This document material is being presented solely for your information and may not be copied, reproduced or redistributed to any other person in any manner. At the request of the Company, the recipient will promptly return all non-public material received from the Company (including this document) without retaining any copies thereof. For the avoidance of doubt, Information includes the nature, substance, status, and terms of any discussions related to the Information discussed herein.

The Information does not constitute an offer or invitation to purchase or subscribe for any shares or other securities of the Company and neither any part of this document nor any information or statement contained therein shall form the basis of or be relied upon in connection with any contract or commitment whatsoever. By receiving the Information, you agree to be bound by the foregoing limitations.



Confidential - Subject to Further Revisions and Modifications

# Table of contents

I.   Executive Summary

II.   Background

III.   Financial Projections – Assumptions

IV.   Financial Projections

V.   Restructuring Support Agreement ("RSA")

VI.   Adequate Liquidity

VII.   Detailed Investment Program

VIII.   New Rate Structure

IX.   Operational Performance Improvements

X.   Governance

XI.   Key Risks & Mitigation Strategies

XII.   Appendix



# I. Executive Summary



Confidential - Subject to Further Revisions and Modifications

# What PREPA's amended Fiscal Plan seeks to achieve

## Completing a Restructuring Process That Began 2014 - 2015

- The Puerto Rico Electric Power Authority ("PREPA") has stabilized its external financial situation through long-term forbearance agreements with a majority of creditors. PREPA implemented cash flow forecasting and other operational controls and efficiencies to stabilize the internal financial challenges. PREPA also negotiated a Restructuring Support Agreement, as amended to-date, with a substantial majority of its creditors – establishing the baseline for permanent debt restructuring.
- Since beginning the restructuring process, PREPA has achieved substantial one-time and recurring projected annual savings through operational performance improvements, including fuel supply contracts and inventory controls. Furthermore, Puerto Rico has enacted a series of laws to provide rate transparency, regulatory oversight, enhanced accountability and CILT reform, among others.
- PREPA also commissioned a safety assessment and has been implementing industry-leading safety recommendations addressing systems implementation and safety culture transformation – for the protection of its employees and PREPA's infrastructure.

## A Revised & Realistic Fiscal Plan

- At the direction of the Fiscal Oversight Management Board ("FOMB"), PREPA's new management has prepared this Fiscal Plan which supersedes prior submissions. From the date the new Administration took office, and following the appointment of PREPA's new Executive Director, PREPA, AAFAF and their respective advisors have worked ardently, in cooperation with the Board's advisors, to put forth a credible and reliable Fiscal Plan to guide the transformation and restructuring of Puerto Rico's principal utility - amidst a challenging macroeconomic landscape.
- Also at the request of the FOMB, PREPA has revised and updated its financial projections and Fiscal Plan to reflect consistency with the central government's certified Fiscal Plan and its macroeconomic assumptions – as well as account for revised externalities that conform to existing trends (local and world-wide).
- **The Fiscal Plan commits to fiscal responsibility and implements urgently needed infrastructure modernization, public-private partnerships, targeted expenditure reductions/efficiencies (operational and other) and specific revenue enhancements to return PREPA to (i) fiscal stability, (ii) efficient and competitive energy prices, (iii) compliance with environmental and health standards, and (iv) being an agent of economic growth.** In particular, the Fiscal Plan contemplates revised fuel prices, distributed generation trends, urgent infrastructure investments for needed efficiencies and environmental compliance, operational transformation to benefit its customers and Puerto Rico's economy.

## A New Vision – PREPA 2.0

- PREPA fully appreciates that, despite fiscal and economic uncertainties, now is the time to transform the electric utility for the 21st Century. This includes modernization of infrastructure through Public Private Partnerships (including the AOGP project), renewable energy, innovative technology to drive efficiencies and improve customer service, professional and independent Board of Directors, fair and efficient rate designs, strategic outsourcing, and a formal Project Management Office (PMO) to drive innovation, operational transformations and restructuring support.



Confidential - Subject to Further Revisions and Modifications

# Set of key criteria included in the Fiscal Plan

On February 21, 2017, PREPA submitted a draft Fiscal Plan to the FOMB premised on the concept of equitable burden sharing amongst PREPA's key stakeholders, including a Restructuring Support Agreement with creditors controlling over 70% of its financial liabilities. Based on the FOMB's request, PREPA hereby submits a revised Fiscal Plan that addresses the FOMB's criteria for Fiscal Plan certification

| | Area for Revision | Section Addressed |
|---|---|---|
| 1 | Ensure PREPA Fiscal Plan baseline forecasts align with central government macroeconomic assumptions | III. Financial Projections – Assumptions |
| 2 | Lower demand and volume baseline projections to align with historical trends of a decline in consumption | IV. Financial Projections |
| 3 | Incorporate latest terms of RSA, reflect debt service and determine uses of increased liquidity | V. Restructuring Support Agreement ("RSA") |
| 4 | Detailed investment program, including funding gap, total cost, major projects, and timeline | VII. Detailed Investment Program |
| 5 | Adopt Formula Rate Mechanism and ensure alignment between PREC and PREPA on path forward | VIII. New Rate Structure |
| 6 | Address CILT spending to municipalities | VIII. New Rate Structure |
| 7 | Broaden operational savings to include further labor, maintenance strategy, and T&D savings | IX. Operational Performance Improvements |
| 8 | Target additional fuel savings by driving generation efficiency | IX. Operational Performance Improvements |
| 9 | Demonstrate measures that enable corporate governance to improve compliance and viability of plan | X. Governance |



# II. Background



Confidential - Subject to Further Revisions and Modifications

# What is PREPA?

**PREPA is one of the largest public power utilities in the United States**

| As of June 30th, 2016 |
| --- |

- Total Revenues: $2.9bn

- Total Assets: $9.4bn

- Total Liabilities: $11.4bn

- Electric System:
  - *Generating Capacity: 5,839 MW*
  - *31 major generating units in 20 facilities*

- Transmission and Distribution:
  - *Transmission Lines: 2,416 miles*
  - *Distribution Lines: 30,675 miles*
  - *38 kV substations: 283*
  - *115 kV substations: 51*

- Reliance on oil 45% versus national average of 3.7%









Source: PREPA, as of June 30, 2016, based on unaudited results

Source: APPA. "U.S. Electric Utility Industry Statistics, 2014". 2016-2017 Annual Directory & Statistical Report

Confidential - Subject to Further Revisions and Modifications

# Key historical challenges

- Old, inefficient and unreliable T&D and Generation infrastructure

- High dependence on fuel oil and inability to diversify fuel mix

- Lack of strategic environmental compliance plan, including MATS (Mercury and Air Toxic Standards)

- Relatively high level of theft and non-technical losses

- Changing industry dynamics that required changes in PREPA business model

- Legal requirements to provide power to certain customers at subsidized rate

- Lack of institutionalized processes and procedures

- Outdated systems and information technology

- Disorganized and ineffective customer service infrastructure

- Above-market collective bargaining agreements with evergreen provisions and underfunded pension obligations

- Prolonged and ongoing recession has led to a significant drop in energy sales

> **These challenges have resulted in a difficult financial situation for PREPA**
> - **No access to bond market and bank financing as of 2014**
> - **Over $4bn dollars needed for an infrastructure investment program to stabilize and improve operational efficiency, safety, reliability, environmental compliance, and conversion to clean energy**



Confidential - Subject to Further Revisions and Modifications

# PREPA has operated far below industry standards

Chronic underinvestment and inconsistent management have led PREPA's facilities and business practices to fall significantly behind industry standards, which is aggravated by the fact that PREPA operates an isolated system, in challenging terrain and is subject to natural atmospheric events

## Aging Infrastructure

- PREPA's median plant age is 44 years, compared to an industry average of 18



- PREPA's facilities experience significant forced outages due to underinvestment



## Ineffective Collections and Monitoring

- PREPA historically did not effectively collect from municipalities, government agencies or other customers

- Poor customer service infrastructure

- PREPA regularly experiences significantly higher non-technical losses than other utilities due primarily to poor monitoring and metering standards



Source: PREPA Internal Figures

Confidential - Subject to Further Revisions and Modifications

# Safety system

> **PREPA's safety system effectiveness rating is less than Level 1 - Fundamentals**

- PREPA's safety system and record is dramatically below industry standards

- Upon field assessment, as of 2014, performance is near Fundamentals level – basic elements are not in place

- Approach to response and investigation of injuries is wrong / deficient

- Total Recordable Incident Rate (2012) is 5x greater than industry average

- Actual costs of injury statistics through July 2014 is unsustainably high (wage losses and annual insurance)

- PREPA safety system is *barely* reactive (vs. proactive)

---

**PREPA's Need for immediate actions**

➢ **Enforcement of safety rules / discipline**
➢ **Bridge between Management and Union leadership**
➢ **Deploy Risk Mitigation Teams**
➢ **Establish Operational Risk Management Systems**

---



Source:  Dupont, Workplace Safety Assessment Report: PREPA, November 29, 2014

Confidential - Subject to Further Revisions and Modifications
Case:17-03283-LTS   Doc#:4014-16   Filed:10/04/18   Entered:10/04/18 16:51:23   Desc:
Exhibit 20   Page 13 of 97

# Years of underinvestment have led to severe degradation of infrastructure

**Certain T&D and generation infrastructure is degraded, unsafe and unreliable. Critical investment for emergency maintenance and upgrading is key to ensure reliable and efficient generation and delivery of energy, including a modernized grid that can drive efficiencies**





Confidential - Subject to Further Revisions and Modifications

# The outage of September 2016 resulted in a government declared state of emergency

The most recent PREPA power outage impacted 50% of the island's residents without power for nearly a week







Confidential - Subject to Further Revisions and Modifications

# Historical outages

> PREPA has suffered from significant and above industry average outages. The September 21, 2016 PREPA switchyard fire/explosion incident is the most recent, which affected Puerto Rico's entire energy grid. Full recovery of the system did not occur until September 25, 2016

## Incident Report Conclusions

- Incident causes included a combination of technical-mechanical faults/damages in equipment as well as operational issues – together with limited available energy reserves at the time of the incident

- PREPA's financial challenges and staffing shortages affected the utility's ability to undertake sufficient preventive maintenance of its systems, especially in the area of conservation

- Inadequate equipment maintenance programs

## Recommendations

- PREPA needs a robust preventive maintenance program in the short term; T&D system needs to be priority

- Need more resources (human and financial) for operation and conservation programs

- Specialized human resources (technical) is a critical issue; recent trends showing PREPA's loss of key personnel is unsustainable

- Need to revise/update replacement equipment and specs

- Need to revise the safety/protection system for generating units to ensure that they adequately protect (as opposed to overprotect) the entire grid system

- Evaluate the use/application of available technologies, such as SPS/Special Protection Systems and Synchrophasors Measurements, that may provide additional guarantees as well as a reduced risk of total system collapse



Source: Report from the Comisión Especial de Energía, "Colegio de Ingenieros y Agrimensores de Puerto Rico", December 31, 2016.

14

Confidential - Subject to Further Revisions and Modifications

# PREPA's rates historically have not covered costs

- The current debt crisis was founded in years of rate deficits, during which operating expenses incurred were not recovered in rate revenues

- This situation was exacerbated by the practice of meeting operating revenue shortfalls with proceeds from debt issuance, instead of investing these proceeds on infrastructure maintenance or capital investment

- PREPA currently has, and will continue to need, years of catch-up spending and investment in its T&D system to become and remain a catalyst of growth for Puerto Rico's economy



***Per kWh***

| | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 EST |
|---|---|---|---|---|---|---|
| Historical all-in rate[1] | $.24 | $.28 | $.26 | $.26 | $.21 | $.19 |
| Est. rate required | $.29 | $.36 | $.30 | $.33 | $.28 | $.21 |
| **Est. historical gap** | **$.05** | **$.08** | **$.04** | **$.07** | **$.07** | **$.02** |



Confidential - Subject to Further Revisions and Modifications
Exhibit 20    Page 17 of 97

# PREPA incurred significant debt to cover costs

As demand has fallen, financial performance has declined and PREPA has borrowed to fund operating expenses. By 2014, PREPA was overburdened with debt and had no access to additional liquidity



1) Fiscal years 2010-2014 as reported in PREPA's audited financial statements. Current balance reflects PREPA's total bonds outstanding, fuel lines and GDB lines of credit
2) FY 2015 and FY 2016 are based on unaudited results. FY2016 free cash flow is due to nonpayment of debt service

16

Confidential - Subject to Further Revisions and Modifications

Case:17-03283-LTS   Doc#:4014-16   Filed:10/04/18   Entered:10/04/18 16:51:23   Desc:
Exhibit 20   Page 18 of 97

# Comparison of PREPA rate to other island utilities



| | US Virgin Islands | Bermuda Electric | Jamaica Public Service | Hawaii | PREPA |
|---|---|---|---|---|---|
| **Average Rate 2008 to 2014 [1] (cents / kWh)** | 41.3 | 39.0 | 32.3 | 28.0 | 24.7 |
| **MWh/ Customer** | 13.2 | 16.5 | 5.4 | 21.8 | 12.6 |
| **# of Customers (000s)** | ~55 | ~40 | ~590 | ~380 | ~1470 |

Approved 2017 PREPA Rate: 19.8

Note: Inclusion of this list should not be read to suggest that the relevant utility is a comparable utility or that the rates should be comparable.  Nor should it be read to suggest that it is appropriate to raise rates to the level indicated in the chart.
Rate is defined as operating revenue per kWh.

Source: PREPA data, self-published annual utility financial reports
1)   Calendar Year Basis Average 2008 to 2014



Confidential - Subject to Further Revisions and Modifications

# Pension system underfunding

- PREPA's Employee Retirement System ("PREPA ERS") is designed to meet the defined-benefit pension and other post-employment benefits ("OPEB") obligations of PREPA's active and retired employees (including beneficiaries)

- The PREPA ERS is significantly underfunded - as much as ~$2.2bn (based on a 6.75% rate of return) - with annual funding requirements of approximately $164m. PREPA is in the process of reviewing and updating these numbers and projections[1]

- PREPA has an outstanding debt of $62m with the PREPA ERS resulting from a contribution shortfall in previous fiscal years

- OPEB ($384m accrued) is entirely unfunded as reported in PREPA's 2012 "Report of Actuary on the Other Post-Employment Benefit REVISED Valuation", revised as of October 2015

- The following chart depicts the funding ratio of the ERS plan under various rates of return:

|  | PREPA 2014 Actuary Report ($bn) | Estimated 12/12/2016 | |
|---|---|---|---|
| Discount Rate | 8.50% | 6.75% | 5.00% |
| Total Pension Liability ("TPL") | 3.1 | 3.7 | 4.4 |
| Fiduciary Net Position (PREPA ERS Assets ) ("FNP") | 1.4 | 1.4 | 1.4 |
| Net Pension Liability ("NPL") | 1.7 | 2.3 | 3.0 |
| Funded Ratio | 45% | 38% | 32% |



1)   Milliman will be performing a new evaluation to update actuarial deficit

Confidential - Subject to Further Revisions and Modifications

# PREPA is facing an environmental / health compliance cliff

- PREPA faces imminent and significant environmental compliance challenges under revised federal Clean Air Act ("CAA") emission standards
  - NAAQS – New National Ambient Air Quality Standards for Sulfur Dioxides (SO2)
  - MATS – Mercury and Air Toxic Standards

- Potential impacts on include:

| | |
|---|---|
| **Liquidity/Working Capital** | Federal fines and penalties (accrued and continuing) are substantial/imminent |
| **Working Capital** | Required improvements to comply (emission controls, conversion, etc.) are significant |
| **Operations** | Operational limitations and constraints would arise under federal law |
| **Rates** | Fines, penalties, compliance expenses would increase costs and carry threat of additional regulatory action |
| **Public Health** | Public health concerns may exacerbate demographic challenges and quality of life for residents; risk of lawsuits from 3rd parties under CAA, common law and other applicable statutes |
| **Economy** | Increased rates, healthcare costs, operational expenses, will negatively impact the economy |
| **Environment** | Increased environmental impact is negative all around |



Confidential - Subject to Further Revisions and Modifications

# Current debt structure totaling $9 billion is not sustainable

**PREPA had $9.0bn in funded debt obligations as of December 31, 2016, with debt service obligations of $4.5bn over the next five years:**

| Obligation ($ in millions) | Principal outstanding | Weighted average interest rate | Maturities |
|---|---|---|---|
| Build America Bonds | $676 | 6.10% | 7/1/30 - 7/1/40 |
| Uninsured power revenue bonds | 4,958 | 5.27% | 7/1/17 - 7/1/43 |
| **Total uninsured legacy bonds** | **$5,634** | **5.37%** | |
| | | | |
| Insured power revenue bonds | $2,250 | 4.73% | 7/1/17 - 7/1/37 |
| **Total legacy bonds** | **$7,884** | **5.19%** | |
| | | | |
| Series 2016 (Relending Bonds) | $375 | 8.29% | 1/1/18 - 7/1/22 |
| **Total bonds outstanding** | **$8,259** | **5.33%** | |
| | | | |
| Scotiabank Credit Agreement | $550 | 7.25% | 8/14/2014 |
| Citi Credit Agreement | 146 | 7.25% | 1/10/2014 |
| **Fuel Line Loans** [1], [2] | **$696** | **7.25%** | |
| | | | |
| **Total bond and fuel line obligations** | **$8,955** | **5.48%** | |
| | | | |
| JP Morgan LIBOR Fixed / Floating | $34 | 4.08% | 7/2/2029 |
| US LIBOR Fixed / Floating | 17 | 4.08% | 7/2/2029 |
| **Total swap claims** | **$51** | **4.08%** | |
| | | | |
| GDB Loan | 35 | 6.00% | 12/31/2014 |
| Isabela Dam Loan | 1 | 7.00% | 6/30/2018 |
| **GDB Loans** [2] | **$36** | **6.03%** | |
| **Total financial obligations** | **$9,042** | | |

1) Interest rates reflect default interest rates
2) Past due maturities are currently under forbearance

Confidential - Subject to Further Revisions and Modifications

# PREPA has been working on a consensual restructuring process based on the principle of an equitable burden-sharing by all stakeholders

- By 2014, PREPA faced a serious liquidity and financial crisis
  - Fuel line maturity of over $700m in summer 2014
  - Lack of liquidity, including inability to pay ongoing fuel suppliers in a timely manner
  - High oil prices leading to elevated electricity costs

- Stabilized its *external* financial situation in August 2014 by signing long-term forbearance agreements with creditors representing more than 60% of PREPA's debt

- Retained Chief Restructuring Officer, and implemented cash flow forecasting, other operational controls and efficiencies to stabilize the *internal* financial situation

- Began process of negotiating a Restructuring Support Agreement ("RSA") with creditors representing more than 70% of PREPA's debt, including fuel line
  - Initial RSA signed in December 2015
  - RSA provided basis for permanent debt restructuring
  - Recent (2017) negotiations with creditors resulted in an agreement in principle on further RSA modifications and benefits for PREPA and ultimately for consumers

- Obtained more than $400m in short term "relending" financings in 2016 from supporting creditors



21

Confidential - Subject to Further Revisions and Modifications

# PREPA has achieved significant progress in its ongoing transformation

- Enactment of PREPA Revitalization Act (Act 4-2016)

- Energy Commission approval of:

  - Transition Charge (June 2016)

  - PREPA's provisional rate adjustment of 1.3 cents per kWh was implemented August 2016

  - PREPA's final authorized rate adjustment of 0.988 cents per kWh was approved January 10, 2017, to be implemented with reconciliation for provisional rate July 1, 2017

  - Final projected increase of $170m in revenues

  - RSA contemplates agreement on modifications to the rate structure to better facilitate PREPA's transformation without impacting repayment of restructured debt.

  - Modified Integrated Resources Plan (September 2016). Motion for reconsideration of certain elements of IRP is pending, including approval by PREC for AOGP

- **Achieved $271m in one-time cash savings and identified $254m in projected recurring annual savings (approximately <u>1.4 cents/kWh</u> based on present load) through operational improvements[1]**

- Implemented recommendations of industry-leading safety consultant (DuPont)

- Freepoint Amendment

  - Contract was amended and extended, enhancing the terms for PREPA and ensuring the supply of No. 6 fuel



1) New management team is in the process of validating the annual savings identified by PREPA's prior restructuring advisor

Confidential - Subject to Further Revisions and Modifications

# Goal of PREPA's transformation is to share the burden equitably and to transform PREPA into a world class utility that provides for a safe, reliable and resilient electric system

## A Transformed Utility Company

**Measure**

| New Rate Structure | Internal Cost Savings & Efficiencies | Legal Reform & Enhanced Oversight | Adequate Infrastructure Plan | Sustainable Capital Structure | Employee Benefits & Pension Funding |
|---|---|---|---|---|---|

- Implementation of revised, more transparent rate structure that covers PREPA's real and reasonable costs
- Cost based and pro-growth rate design
- Additional enhancements contemplated in RSA

---

- Comprehensive review and assessment of PREPA's operations
- Implementation of initiatives that will result in one-time and recurring improvements
- Make PREPA a 21st century utility by implementing a series of technological initiatives

---

- PREPA Transformation Act (Act 57-2014)
- PREPA Revitalization Act (Act 4-2014)
- PROMESA & FOMB

---

- Combination of self-funding with P3s
- $4.66bn 10-year Infrastructure Program
  - $470m AOGP project and Gas Conversion [1]
  - Actionable plan to achieve MATS compliance
  - Unit upgrades for plan efficiencies via P3s
  - Fully fund maintenance capex on pay-go basis

---

- Deleveraging and cash flow relief
- Execution of securitization transaction
- Extension of debt maturities
- Facilitation of rate stability that provides lower interest costs
- RSA terms will result in $850m debt burden reduction and ~$2.2bn in debt service relief over first 5 years, following deal execution

---

- Review of and potential modifications to CBAs and pension plans
- Act 66-2014 & Act 3-2017
- Annual payroll savings

---



1)   Subject to obtaining external funding

23

# III. Financial Projections –Assumptions



Confidential - Subject to Further Revisions and Modifications

# Updated financial projection assumptions

> Per the FOMB's request, PREPA updated its financial projections and macroeconomic assumptions to be consistent with the Government of Puerto Rico's certified Fiscal Plan

| | Revised Assumptions |
|---|---|
| **Energy Sales** | ▪ Revised econometric model forecasts that energy sales will drop 23% over the 10-year Fiscal Plan Period, compared to the less conservative outlook assumed in the previously submitted Fiscal Plan (the "Original Fiscal Plan")<br><br>▪ This significant decrease in projected energy sales, compared to the Original Fiscal Plan, is driven by:<br>    • Updated fuel forecasts that reflect materially higher fuel prices over Fiscal Plan period;<br>    • Revised results that reflect continued and accelerated deployment of **distributed generation** (240 MW in pipeline per PREPA's records as of January 2017[1]);<br>    • Pipeline of co-generation units planned by large industrial/commercial clients (42.6 MW) subtracts from overall sales[2] |
| **Oil Prices** | ▪ Updated oil prices forecast provided by the U.S. DOE incorporated in latest model |





1) Implicit in PREPA regression analysis
2) Co-generation could be higher as PREPA has identified other industrial and commercial clients that are seeking to install co-generation units

Confidential - Subject to Further Revisions and Modifications

# Updated fuel curves show an average increase 64% in fuel costs during the forecast period versus 33% in the February Fiscal Plan





Source: EOD Data

Confidential - Subject to Further Revisions and Modifications

# Change in consumer behavior and significant drop in costs of solar panels is accelerating distributed generation, impacting PREPA's load and creating a business model challenge

## Integration of Distributed Energy Resources with PREPA's Electric System



Distributed generation penetration is implicit in PREPA's regression forecast



Source: PREPA Planning Department

Confidential - Subject to Further Revisions and Modifications

# PREPA energy sales / load forecast decreases by 23% over forecast period

- PREPA revised load forecast is consistent with the FOMB GNP and GDP economic projections for the Puerto Rico economy under the certified Fiscal Plan for the Government of Puerto Rico

- PREPA has also incorporated recent[1] trends in large commercial and industrial cogeneration facilities

  - The resulting adjusted load forecast would put the corporation on a precarious path

  - This path is based on the negative feedback loop created by falling demand, that necessitates higher rates, that further incentivize decreased demand







1)   As per 2016 records

Confidential - Subject to Further Revisions and Modifications

# PREPA energy sales / load forecast

- PREPA's load forecast is developed by regression analysis for each major customer class, Residential, Commercial, and Industrial, using independent variables for economic activity (GDP;GNP), class specific price, and historic class specific load

- Graphs illustrating the customer class load history and projections are provided below:





1) Using PREPA's rates records from 1983-2016
2) Using PREPA's rates records from 2000-2016

Confidential - Subject to Further Revisions and Modifications

# Key assumptions

| | Comments |
|---|---|
| **Puerto Rico General Economic Outlook** | ▪ The economic assumptions driving the load forecast are consistent with the assumptions in the Government of Puerto Rico's certified fiscal plan. To the extent that the Government of Puerto Rico's assumptions change materially, PREPA may need to review or revise its own assumptions |
| **Sales** | ▪ Projections are based on the load forecast developed using assumptions in the Government of Puerto Rico's certified fiscal plan<br>▪ Total sales (including CILT) are expected to decline at an average annual rate of approximately 2.9% between FY2017 and FY2026.  FY2017 sales are forecast to be 17,050,700 MWh, and FY2026 sales are forecast to be 13,141,262 MWh |
| **Fuel Prices** | ▪ Fuel price assumptions are assumed to increase from approximately $10/MMBtu in FY2014 to $17.6/MMBtu by FY2026 versus $14/MMBtu in draft Fiscal Plan submitted on February 21, 2017<br>▪ Fuel and purchase power costs are pass-through expenses, so to the extent fuel prices vary from these assumptions, actual costs and rates will vary |
| **Capital Investments** | ▪ Capital investments projections assume accelerated generation project investment through Public-Private-Partnerships (P3)<br>▪ It does not consider the Energy Commission's modified IRP order issued in September 2016 as that order is currently being reconsidered at the request of PREPA |
| **Securitization Timing** | ▪ Projections assume that PREPA executes its restructuring transaction in August 2017 and that PREPA will remain responsible for its legacy debt until that time<br>▪ See Section VI for more detail on the terms of the restructuring transaction |
| **Aguirre Offshore Gas Project ("AOGP")** | ▪ **Financing for the 80% debt funded portion of the project has not been arranged** – <u>it is assumed to be obtained in FY2018</u><br>▪ Assumes PREPA funds approximately $56m of pre-construction costs with revenues in FY2017<br>▪ Illustrative financing terms:  6.0% interest rate, 30-year, mortgage style loan |
| **Formula Rate Mechanism ("FRM")** | ▪ Forecast bases its key rate assumptions on the January 10, 2017 ruling by the Energy Commission<br>▪ Key assumptions include:<br>   • The permanent rate adjustment to be decided by the Energy Commission in the previous fiscal year will remain in effect through the first six months of the next fiscal year and the new requirement will go into effect on January 1<br>   • Base rate adjustments will be based on previous year budget to actual variances and known and measurable changes to the forward looking year forecast<br>   • Fuel pass-through costs will be revised on a quarterly basis beginning July 1, 2017<br>   • CILT will become a pass-through cost beginning on July 1, 2017 |



Confidential - Subject to Further Revisions and Modifications

# Key assumptions

| | Comments |
|---|---|
| **FY2017 Rates / Revenues** | ▪ Assumes PREPA's rate structure is not materially changed in FY2017 per the Energy Commission<br>▪ PREPA implemented the provisional base rate increase of approximately 1.29 cents/kWh in August 2016<br>▪ Revenues assumes that the final authorized rate (1.0 cent/kWh) has been in effect for full year<br>▪ Reconciliation of provisional and final authorized rates will be cash position neutral |
| **Rate Structure** | ▪ Beginning in FY2018, it is assumed that PREPA adopts the changes to the rate structure prescribed in the January 10 PREC Order<br>▪ The fuel and purchased power expense will be passed through to customers at cost<br>▪ CILT and subsidies will also be recovered (passed through) at cost |
| **Salaries** | ▪ Salaries are forecasted based on projected number of employees and annual wages<br>▪ Headcount is assumed to remain flat through the forecast period at 6,042 employees<br>▪ Assumes no growth in salaries |
| **Pension & Benefits** | ▪ Pension & Benefits expenses have averaged approximately $150m/year for the past 3 years<br>▪ Going forward these costs are expected to fluctuate relative to headcount and revised actuarial numbers |
| **Non-Labor O&M Costs** | ▪ Based on historical costs for non-labor/fuel O&M expenses in PREPA's accounting records and reports, which average $220m / year for FY 2012 to 2016 |
| **CILT and other appropriations** | ▪ The cost of CILT throughout the forecast period considers the CILT caps stipulated by Act 4-2016 and assumes municipalities will pay for usage above those caps<br>▪ Also assumes that municipalities will pay for electricity consumed by its for-profit entities |
| **Working Capital** | ▪ A/R: Based on estimated revenues and historical days sales outstanding<br>▪ A/P: Based on current and anticipated contract terms<br>▪ Inventory: Fuel oil and materials inventory held flat for modelling purposes, additional analysis to be performed on cash impact of changes in non-cash working capital |



Confidential - Subject to Further Revisions and Modifications

# Income statement assumptions

| | Comments |
|---|---|
| **Revenue** | • Projection based on assumption that base rates are adjusted annually to reflect forecast test year revenue requirement and prior year revenue deficiency or surplus<br>• Pass-through riders are implemented and adjust to recover revenue for pass-through expenses<br>• Other income remains flat (comprised of interest on cash, disconnection fees, late fees, and income from subsidiaries)<br>• SPV income is net of bad debt expense and the true-up for collections lag[1] |
| **Fuel & Purchased Power Expense** | • Projected expenditures on fuel are consistent with PREPA's IRP, such that PREPA moves its generation mix to be less dependent on fuel oil and towards P3 generation<br>• Assumes certain investments are made, which enable a shift to greater natural gas generation: see section VII for Detailed Investment Program |
| **Labor Expenses[2]** | • Projected based on historical data by union/management group and directorate<br>• Includes retirement system (including annual additional employer contribution totaling $60m), health plan, social security, Christmas bonus and worker's compensation insurance<br>• All overtime and overtime benefits are projected separately from full-time and temporary employees |
| **Unclassified Division Expenses** | • Comprised of materials, per diem, property & casualty insurance premiums, restructuring fees, retiree medical benefits, security expenses, banking services, maintenance, utilities, and miscellaneous expenses<br>• Restructuring fees are assumed to be $28m in FY2017 and $40m in FY2018 |
| **Bad Debt Expense** | • Bad debt is assumed to be 2.4% of total revenue requirement net of projected collections improvements |
| **Energy Administration Assessment** | • Is legislatively mandated to be $5.8m per year to cover PREC operating costs |
| **CILT & Special Customer Subsidies** | • Assumed to be collected through a rate rider pass-through mechanism similar to fuel and purchased power |
| **Depreciation** | • Depreciation is projected to be 2.6% of gross fixed assets for each fiscal year |
| **Interest/Financing** | • Projections were based on PREPA and PREPARC debt schedules and include illustration for potential AOGP financing |
| **Cancellation of Debt Income** | • Includes 15% principal haircut on exchange bonds in PREPA → PREPARC transaction |



1) True-up collection lag has an average annual impact of $26m/year
2) Subject to additional reductions to be achieved following the approval of HB938, which is currently pending approval by the Puerto Rico legislature

FINANCIAL PROJECTIONS — SUBJECT TO MATERIAL REVISION

Confidential - Subject to Further Revisions and Modifications

Case:17-03283-LTS   Doc#:4014-16   Filed:10/04/18   Entered:10/04/18 16:51:23   Desc:
Exhibit 20   Page 34 of 97

# Balance sheet assumptions

| | Comments |
|---|---|
| **Cash and equivalents** | ▪ Starting FY2018, includes general fund, revenue funds and working funds; $146.7m of cash at GDB is not included, consistent with GDB's fiscal plan |
| **Accounts receivable** | ▪ Accounts receivable follows working capital trends based on projected revenues<br>▪ Accrued CILT increases as expenses higher than revenues until permanent rate when revenues will match expenses |
| **Inventories** | ▪ Fuel oil inventory decreases beginning in January 2018 with the conversion of Aguirre and San Juan in January 2021 |
| **Prepayments and non-current receivables** | ▪ Prepayments includes escrow, insurance and payroll related funds – accounts held constant due to minor variation<br>▪ Non-current receivables are held constant as PREPA does not make material adjustments to this account |
| **Construction fund and other** | ▪ Includes construction fund, reserve maintenance fund, PREPA client fund and other restricted fund – held constant as fluctuations occur within cash and cash equivalents and transfers are made out of general fund |
| **Utility plant, net** | ▪ Developed from investment & maintenance OPEX needed / depreciation schedule and additions and retirements included in IRP<br>▪ Projections to change in net plant are based on PREPA's expedited investment plan, retirements, and estimated depreciation |
| **Deferred outflow of resources, debits, net** | ▪ Includes all PREPA deferred debits – held constant with little variation. One adjustment is removal of deferred financial restructuring expenses which occurs on SPV close date |
| **Notes payable to banks** | ▪ Assumes a portion of fuel line debt remains the responsibility of PREPA, and a majority is tendered to the exchange transaction |
| **Accounts payable and Accrued liabilities** | ▪ Accounts payable projection based on contract terms with fuel and purchased power suppliers and projected expenses for each fuel and purchased power type<br>▪ Accrued CILT liability increases with projected accrued CILT assets |
| **Customer deposits** | ▪ Customer deposits vary throughout the year along with accrued interest so held constant |
| **Other liabilities** | ▪ Includes other current liabilities, accrued sick leaved, accrued OPEB and noncurrent customer deposits – all held constant as accruals not increasing and current liabilities have no variation |
| **Long-term debt** | ▪ Principal balances and adjustments in-line with deal scenario; assumes interest rate swaps and net unamortized debt discount are removed in SPV transaction, and refinancing of SPV principal from 2023 to 2027 |
| **Illustrative bank loan - AOGP** | ▪ Includes, for illustration purposes, principle balance for AOGP financing in FY2018 onwards; 30-year, mortgage style bank loan at 6% interest |
| **Net pension liability** | ▪ Balance sheet does not reflect net pension liability |



Confidential - Subject to Further Revisions and Modifications

# Restructuring transaction assumptions

| | | **Comments** [1] |
|---|---|---|
| **Monolines** | Exchange | ▪ Legacy Bonds defeased by Mirror Bonds at same economic terms; $300m of principal deferral over years 1 – 6 years<br>▪ Syncora 2025 – 2027 Long Bonds to be defeased with mirror bonds, with $14m of debt forgivingness |
| **Fuel Line Lenders / GDB LOC** | Principal | ▪ $496m DK / Marathon / Solus debt exchanged into SPV bonds at par<br>▪ $236m Scotia & GDB debt termed out with amortization over 8 years |
| | Interest | ▪ DK / Marathon / Solus debt exchanged into SPV bonds with 4.75% rate. (DK / Marathon / Solus have the option to exchange into CCABs)<br>▪ Scotia & GDB debt remain obligations of PREPA with 5.25% rate |
| **Ad Hoc Group (AHG) + Uninsured Bonds** | Participation | ▪ Implementation under PROMESA will provide PREPA with 100% participation from non-forbearing uninsured bondholders |
| | Principal & Interest | ▪ Interest-only for 5 years and principal paid over subsequent term with final maturity in 2047<br>▪ CIBs interest of 4.75%<br>▪ Convertible Capital Appreciation Bonds (CCABS) accrete interest at 5.5% for first 5 years then pay cash interest |
| | Backstop | ▪ Projections assume Creditors to provide a backstop for the New Money component although no agreement is in place for them to provide the New Money |
| **Relendings** | 2017 Relending | ▪ AHG and Assured relending of July 2017 debt service into CIBs at par with 9.75% rate<br>▪ National and Syncora relending of debt service with no amortization years 1 – 5, straight line for next 5 years. National rate of 7.00%, Syncora rate of 6.75% |
| | Existing Relending | ▪ Maturity extension of 5 years. Interest only for next 5 years. Remain at current rates |
| **DSRF/Surety** | DSRF/Surety | ▪ 4% Surety to cover agreed to uninsured Securitization Bonds, 2.5% to cover Mirror Bond securitization<br>▪ PREPA/SPV 1% DSRF commitment unchanged<br>▪ PREPA pays fees only years 1-7; straight-line paydown years 8-14 |
| **Timing** | Timing | ▪ Projections assume that PREPA executes its restructuring transaction in Q3 2017 and that PREPA will remain responsible for its legacy debt until that time |



1)   All terms are subject to revision as the status of the RSA discussions are still on going

# IV. Financial Projections



Confidential - Subject to Further Revisions and Modifications

# Income statement

| Income Statement | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | |
| Fuel & Purchased Power | $ 2,053,396 | $ 1,894,521 | $ 1,992,914 | $ 2,017,160 | $ 2,097,517 | $ 2,066,872 | $ 1,988,613 | $ 1,993,497 | $ 1,975,989 | $ 2,069,205 |
| Base Rate (Non-CILT & Subsidy) | 1,289,098 | 1,153,020 | 1,172,346 | 1,190,841 | 1,158,951 | 1,119,097 | 1,100,694 | 1,050,873 | 1,017,852 | 994,167 |
| Other Income | 38,925 | 38,925 | 38,925 | 38,925 | 38,925 | 38,925 | 38,925 | 38,925 | 38,925 | 38,925 |
| **Total Revenues** | **3,381,419** | **3,086,465** | **3,204,184** | **3,246,925** | **3,295,394** | **3,224,894** | **3,128,232** | **3,083,295** | **3,032,765** | **3,102,297** |
| *YoY Growth* | *15%* | *-9%* | *4%* | *1%* | *1%* | *-2%* | *-3%* | *-1%* | *-2%* | *2%* |
| **Operating Expenses** | | | | | | | | | | |
| Fuel | $ (1,225,002) | $ (1,074,197) | $ (1,082,634) | $ (1,081,328) | $ (1,170,317) | $ (1,128,817) | $ (994,547) | $ (984,479) | $ (640,293) | $ (269,074) |
| Purchased Power | (828,395) | (820,324) | (910,280) | (935,831) | (927,200) | (938,055) | (947,193) | (962,144) | (1,250,711) | (1,638,926) |
| P3 Fixed Cost Recovery | - | - | - | - | - | - | (46,874) | (46,874) | (84,984) | (161,206) |
| **Total Fuel & Purchased Power Expense** | **(2,053,396)** | **(1,894,521)** | **(1,992,914)** | **(2,017,160)** | **(2,097,517)** | **(2,066,872)** | **(1,988,613)** | **(1,993,497)** | **(1,975,989)** | **(2,069,205)** |
| Labor Operating Expense | (429,589) | (463,494) | (463,494) | (463,494) | (463,494) | (463,494) | (463,494) | (463,494) | (463,494) | (463,494) |
| Non-Labor / Other Operating Expense | (252,751) | (250,418) | (224,387) | (226,376) | (228,385) | (230,413) | (232,462) | (234,531) | (236,621) | (238,732) |
| Bad Debt Expense | (97,384) | (70,923) | (73,658) | (74,650) | (75,776) | (74,139) | (71,893) | (70,850) | (69,676) | (71,291) |
| **Total Non-Fuel Operating Expense** | **(779,724)** | **(784,835)** | **(761,539)** | **(764,521)** | **(767,655)** | **(768,046)** | **(767,849)** | **(768,875)** | **(769,791)** | **(773,517)** |
| Non-Fuel/PP/CILT&Subsidy Expenses | (779,724) | (784,835) | (761,539) | (764,521) | (767,655) | (768,046) | (767,849) | (768,875) | (769,791) | (773,517) |
| Total Flow Through Expenses (Fuel/PP/CILT&Subsidy) | (2,053,396) | (1,894,521) | (1,992,914) | (2,017,160) | (2,097,517) | (2,066,872) | (1,988,613) | (1,993,497) | (1,975,989) | (2,069,205) |
| **Total Expenses** | **(2,833,120)** | **(2,679,356)** | **(2,754,452)** | **(2,781,680)** | **(2,865,172)** | **(2,834,918)** | **(2,756,462)** | **(2,762,372)** | **(2,745,780)** | **(2,842,722)** |
| **EBITDA** | **548,299** | **407,109** | **449,732** | **465,245** | **430,221** | **389,976** | **371,769** | **320,923** | **286,985** | **259,574** |
| *DSCR ex-Securitization\** | *1.3* | *6.8* | *7.3* | *7.6* | *7.1* | *6.5* | *3.5* | *3.1* | *2.9* | *6.8* |
| Depreciation Expense | (356,153) | (369,045) | (382,402) | (390,672) | (398,556) | (405,455) | (411,940) | (418,091) | (423,385) | (428,066) |
| Interest Expense | (350,245) | (40,129) | (41,072) | (39,920) | (38,736) | (37,518) | (35,335) | (31,565) | (27,755) | (25,064) |
| **Net Income excluding Securitization** | **(158,099)** | **(2,064)** | **26,259** | **34,653** | **(7,070)** | **(52,997)** | **(75,506)** | **(128,734)** | **(164,155)** | **(193,556)** |
| **Consolidated Income including Securitization** | | | | | | | | | | |
| **SPV Pass Through Income for Securitization** | **-** | **346,874** | **452,333** | **441,750** | **451,963** | **447,764** | **428,676** | **511,804** | **510,462** | **557,682** |
| Securitized / Refinanced Debt Interest & Fees | - | (387,764) | (443,748) | (446,270) | (448,124) | (428,315) | (378,671) | (442,227) | (441,267) | (446,997) |
| **Net Income including Securitization** | **(158,099)** | **(42,954)** | **34,844** | **30,132** | **(3,231)** | **(33,548)** | **(25,501)** | **(59,157)** | **(94,959)** | **(82,872)** |
| *DSCR* | *1.3* | *1.9* | *1.8* | *1.8* | *1.7* | *1.7* | *1.5* | *1.4* | *1.3* | *1.4* |



FY 2017 reflects PREC approved operating and capital expenditures, with updates to debt service
Source: PREPA Internal Estimates

Confidential - Subject to Further Revisions and Modifications

# Balance sheet

| Balance Sheet (FY Ending) | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | |
| Cash and Equivalents [1] | 216,015 | 307,685 | 380,764 | 453,843 | 526,921 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 |
| Accounts receivable | 1,871,365 | 1,871,365 | 1,871,365 | 1,871,365 | 1,871,365 | 1,871,365 | 1,871,365 | 1,871,365 | 1,871,365 | 1,871,365 |
| Inventories and Other | 270,210 | 270,210 | 270,210 | 270,210 | 270,210 | 270,210 | 270,210 | 270,210 | 270,210 | 270,210 |
| **Total Current Assets** | 2,357,590 | 2,449,260 | 2,522,339 | 2,595,418 | 2,668,496 | 2,741,575 | 2,741,575 | 2,741,575 | 2,741,575 | 2,741,575 |
| **Total Non-Current and Restricted Assets** | 260,492 | 260,492 | 260,492 | 260,492 | 260,492 | 260,492 | 260,492 | 260,492 | 260,492 | 260,492 |
| Utility plant, net | 6,365,098 | 6,705,948 | 6,638,453 | 6,578,821 | 6,476,900 | 6,328,454 | 6,182,744 | 5,983,134 | 5,747,390 | 5,540,490 |
| Deferred debits, net | 149,008 | 149,008 | 149,008 | 149,008 | 149,008 | 149,008 | 149,008 | 149,008 | 149,008 | 149,008 |
| **Total Assets** | 9,132,188 | 9,564,709 | 9,570,293 | 9,583,738 | 9,554,896 | 9,479,529 | 9,333,819 | 9,134,209 | 8,898,465 | 8,691,565 |
| **Liabilities** | | | | | | | | | | |
| Notes Payable to Banks | 731,838 | 224,200 | 212,400 | 200,600 | 188,800 | 177,000 | 118,000 | 59,000 | - | - |
| Accounts payable and accrued liabilities | 1,747,918 | 1,747,918 | 1,747,918 | 1,747,918 | 1,747,918 | 1,747,918 | 1,747,918 | 1,747,918 | 1,747,918 | 1,747,918 |
| Customer deposits, including accrued interest | 34,371 | 34,371 | 34,371 | 34,371 | 34,371 | 34,371 | 34,371 | 34,371 | 34,371 | 34,371 |
| **Total Current Liabilities** | 2,514,127 | 2,006,489 | 1,994,689 | 1,982,889 | 1,971,089 | 1,959,289 | 1,900,289 | 1,841,289 | 1,782,289 | 1,782,289 |
| **Total Current Liabilities from Restricted Assets** | 289,278 | 56,084 | 56,084 | 56,084 | 56,084 | 56,084 | 56,084 | 56,084 | 56,084 | 56,084 |
| Power revenue bonds, net of unamortized debt discount | 7,952,264 | - | - | - | - | - | - | - | - | - |
| New Issue Capex Financing | - | 450,978 | 442,103 | 432,696 | 422,724 | 412,154 | 400,950 | 389,073 | 376,484 | 363,140 |
| Securitized Debt (PREPARC) | - | 8,388,900 | 8,380,315 | 8,384,836 | 8,380,997 | 8,361,548 | 8,311,543 | 8,241,966 | 8,172,771 | 8,062,087 |
| Other Long Term Liabilities | 582,806 | 467,094 | 467,094 | 467,094 | 467,094 | 467,094 | 467,094 | 467,094 | 467,094 | 467,094 |
| **Total Long-Term Liabilities** | 8,535,069 | 9,306,972 | 9,289,512 | 9,284,625 | 9,270,814 | 9,240,796 | 9,179,587 | 9,098,133 | 9,016,349 | 8,892,320 |
| **Total Liabilities** | 11,338,474 | 11,369,545 | 11,340,285 | 11,323,598 | 11,297,987 | 11,256,168 | 11,135,959 | 10,995,506 | 10,854,722 | 10,730,693 |
| **Total Equity** | (2,206,286) | (1,804,836) | (1,769,992) | (1,739,860) | (1,743,091) | (1,776,639) | (1,802,140) | (1,861,297) | (1,956,257) | (2,039,128) |
| | -24% | -19% | -18% | -18% | -18% | -19% | -19% | -20% | -22% | -23% |



Source: PREPA Internal Estimates

1) Cash and Equivalents does not include $148m of cash held at GDB

Confidential - Subject to Further Revisions and Modifications

# Statement of cash flows

| Cash Flow | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operating** | | | | | | | | | | |
| Net Income | (158,099) | (2,064) | 26,259 | 34,653 | (7,070) | (52,997) | (75,506) | (128,734) | (164,155) | (193,556) |
| SPV Net Income (Securitization Only) | - | (40,890) | 8,585 | (4,521) | 3,839 | 19,449 | 50,005 | 69,577 | 69,195 | 110,684 |
| Accrued Interest on Capital Appreciation Bonds | - | 52,825 | 66,507 | 70,216 | 74,131 | 78,264 | - | - | - | - |
| Depreciation and amortization | 356,153 | 369,045 | 382,402 | 390,672 | 398,556 | 405,455 | 411,940 | 418,091 | 423,385 | 428,066 |
| **CFO** | **198,054** | **378,916** | **483,753** | **491,020** | **469,455** | **450,170** | **386,439** | **358,934** | **328,425** | **345,195** |
| **Investing** | | | | | | | | | | |
| Maintenance Capex | $ (216,066) | $ (176,248) | $ (190,903) | $ (190,161) | $ (201,744) | $ (180,100) | $ (158,780) | $ (135,205) | $ (137,851) | $ (127,722) |
| Investment Capex | $ (63,152) | $ (533,646) | $ (124,004) | $ (129,478) | $ (83,491) | $ (64,009) | $ (94,700) | $ (83,276) | $ (49,790) | $ (43,844) |
| Removal Costs | $ - | $ - | $ - | $ (11,400) | $ (11,400) | $ (12,900) | $ (12,750) | $ - | $ - | $ (49,600) |
| **CFI** | **$ (279,218)** | **$ (709,894)** | **$ (314,907)** | **$ (331,039)** | **$ (296,635)** | **$ (257,009)** | **$ (266,230)** | **$ (218,481)** | **$ (187,641)** | **$ (221,166)** |
| **Financing** | | | | | | | | | | |
| Principal payments on Fuel and GDB Lines of Credit | - | (11,800) | (11,800) | (11,800) | (11,800) | (11,800) | (59,000) | (59,000) | (59,000) | - |
| Principal payments on legacy debt and capex financing | (8,372) | (8,875) | (9,407) | (9,972) | (10,570) | (11,204) | (11,876) | (12,589) | (13,344) | - |
| Capex Financing Costs | (4,594) | - | - | - | - | - | - | - | - | - |
| Debt restructuring, securitization / proceeds from new debt | (7,726,108) | - | - | - | - | - | - | - | - | - |
| Principal payments on securitized debt | (11,935) | (75,093) | (65,695) | (77,970) | (97,713) | (50,005) | (69,577) | (69,195) | (110,684) | - |
| Principal write-down on securitized debt exchange / Refunding | (162,552) | - | - | - | - | - | - | - | - | - |
| Proceeds from issuance of debt / securitization | 8,348,011 | - | - | - | - | - | - | - | - | - |
| **CFF** | **422,649** | **(95,767)** | **(86,902)** | **(99,742)** | **(120,083)** | **(120,209)** | **(140,453)** | **(140,784)** | **(124,029)** | **-** |
| Net change in Cash before Short Term Loan | $ 91,671 | $ 73,079 | $ 73,079 | $ 73,079 | $ 73,079 | $ (0) | $ (0) | $ - | $ 0 | $ - |
| Cash Requirement (ST Loan Trigger) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Short Term Loan / Revolver Drawdown | - | - | - | - | - | - | - | - | - | - |
| Short Term Loan Repayment | - | - | - | - | - | - | - | - | - | - |
| Short Term Loan Balance | - | - | - | - | - | - | - | - | - | - |
| **Net change in Cash** | **$ 91,671** | **$ 73,079** | **$ 73,079** | **$ 73,079** | **$ 73,079** | **$ (0)** | **$ (0)** | **$ -** | **$ 0** | **$ -** |
| Cash and Equivalents (Closing)[1] | 307,685 | 380,764 | 453,843 | 526,921 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | - |



Source: PREPA Internal Estimates
1) Cash and Equivalents does not include $148m of cash held at GDB

Confidential - Subject to Further Revisions and Modifications

# Debt Sustainability Analysis

The Fiscal Plan, post measures, indicate that the Status Quo debt structure is not sustainable:

| Cash flow available for debt service – Status Quo ($ in millions) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2018 - 2022** | **Total** |
| Gross revenues | $3,433.3 | $3,656.5 | $3,688.7 | $3,747.4 | $3,672.7 | $3,556.9 | $3,595.1 | $3,543.2 | $3,660.0 | $18,198.5 | $32,553.8 |
| Less: expenses | (2,679.4) | (2,754.5) | (2,781.7) | (2,865.2) | (2,834.9) | (2,756.5) | (2,762.4) | (2,745.8) | (2,842.7) | (13,915.6) | (25,022.9) |
| **EBITDA** | **$754.0** | **$902.1** | **$907.0** | **$882.2** | **$837.7** | **$800.4** | **$832.7** | **$797.4** | **$817.3** | **$4,283.0** | **$7,530.8** |
| Less: capital expenditure | (709.9) | (314.9) | (331.0) | (296.6) | (257.0) | (266.2) | (218.5) | (187.6) | (221.2) | (1,909.5) | (2,803.0) |
| **Cash flow avaiable before debt service** | **$44.1** | **$587.2** | **$576.0** | **$585.5** | **$580.7** | **$534.2** | **$614.2** | **$609.8** | **$596.1** | **$2,373.5** | **$4,727.8** |
| Plus: capex financing [1] | $418.8 | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | $275.1 | $131.4 |
| Less: status quo debt service [2] | (952.2) | (950.6) | (886.8) | (864.5) | (796.7) | (640.4) | (640.5) | (640.6) | (640.7) | (4,450.7) | (7,012.9) |
| **Surplus / (shortfall)** | **($489.3)** | **($399.3)** | **($346.7)** | **($314.9)** | **($251.9)** | **($142.1)** | **($62.2)** | **($66.7)** | **($80.5)** | **($1,802.2)** | **($2,153.7)** |

**PREPA has reached a consensual agreement (the "RSA") with its creditors that addresses the impending shortfall, reducing the debt service cost meaningfully over the Fiscal Plan Period**

| Cash flow available for debt service – under proposed RSA and assuming access to capital markets ($ in millions)[3] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2018 - 2022** | **Total** |
| Gross revenues | $3,433.3 | $3,656.5 | $3,688.7 | $3,747.4 | $3,672.7 | $3,556.9 | $3,595.1 | $3,543.2 | $3,660.0 | $18,198.5 | $32,553.8 |
| Less: transition charge | (346.9) | (452.3) | (441.7) | (452.0) | (447.8) | (428.7) | (511.8) | (510.5) | (557.7) | (2,140.7) | (4,149.3) |
| Less: expenses | (2,679.4) | (2,754.5) | (2,781.7) | (2,865.2) | (2,834.9) | (2,756.5) | (2,762.4) | (2,745.8) | (2,842.7) | (13,915.6) | (25,022.9) |
| Less: capital expenditure | (709.9) | (314.9) | (331.0) | (296.6) | (257.0) | (266.2) | (218.5) | (187.6) | (221.2) | (1,909.5) | (2,803.0) |
| **Cash flow avaiable before debt service** | **($302.8)** | **$134.8** | **$134.2** | **$133.6** | **$133.0** | **$105.5** | **$102.4** | **$99.3** | **$38.4** | **$232.8** | **$578.5** |
| Plus: capex financing [1] | $418.8 | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | ($35.9) | $275.1 | $131.4 |
| Less: debt service remaining at PREPA | (24.4) | (25.8) | (25.2) | (24.6) | (24.0) | (69.6) | (66.5) | (63.4) | (2.5) | (123.9) | (325.9) |
| **Surplus / (shortfall)** | **$91.7** | **$73.1** | **$73.1** | **$73.1** | **$73.1** | **($0.0)** | **–** | **–** | **–** | **$384.0** | **$384.0** |



1) Illustrative capital expenditure financing assumption based on AOGP
2) Status Quo includes prior relendings, assumes seven-year-term-out of Fuel Lines at 12%
3) Assumes PREPA's access to the capital markets in years 2023 and thereafter. Provides ~$1.0bn benefit. Assuming no access to capital markets, transition charge will be higher to offset additional funding need

# V. Restructuring Support Agreement ("RSA")



RSA – OVERVIEW

Confidential - Subject to Further Revisions and Modifications

Case:17-03283-LTS   Doc#:4014-16   Filed:10/04/18   Entered:10/04/18 16:51:23   Desc:
Exhibit 20   Page 42 of 97

# New administration achieved substantial 5-year liquidity relief over original RSA

- AAFAF and PREPA have recently engaged in negotiations with the Supporting Creditors to the RSA regarding modifications to the RSA that would benefit PREPA, as well as its client base and the economy:
  - $2.2bn in debt service savings from 2018 to 2022 as compared to contractual terms of debt
  - Individual rate payer debt service charge savings of 36% for five years over the original RSA
  - Allows PREPA to take steps to upgrade base maintenance, modernize the utility, and attract capital
- Agreement in principle reached regarding modifications to the RSA
  - Restructuring of the debt through Title VI of PROMESA
  - RSA is intended to accommodate a potential restructuring under Title III of PROMESA for the non-financial obligations
- Revisions to the RSA are currently being negotiated with the goal of being in a position to complete solicitation of Title VI process by July 1, 2017

| Anticipated Process | |
|---|---|
| ✓ Complete the revisions to the RSA | ✓ Prepare for Title VI process |
| ✓ Execute 19th Amendment to Trust Agreement to raise threshold for remedies exercise to assure no receivership action is viable during the RSA Support Period | ✓ Agree on form of documentation for all of the underlying modifications to the RSA |
| ✓ Present the RSA as modified to the FOMB | ✓ Commence solicitation of Qualifying Modifications |



Confidential - Subject to Further Revisions and Modifications

Case:17-03283-LTS    Doc#:4014-16    Filed:10/04/18    Entered:10/04/18 16:51:23    Desc:
Exhibit 20    Page 43 of 97

# Savings from modified RSA

| **Bondholders** | ▪ ~$1.4bn debt service relief in **first five years**<br>▪ ~$837m debt reduction<br>▪ ~$90m Relending Commitment |

**Debt service relief**

**+$2,200m**

| **National / Assured** | ▪ ~$240m debt service relief in **first five years**<br>▪ $145m Relending Commitment<br>▪ Surety policy to establish Securitization Debt Service Reserve Fund (DSRF) |

**Debt reduction**

**+~$850m**

| **Fuel Lines Lenders** | ▪ ~$600m debt service relief in **first five years** |

**Relending**

**+~$280m**

| **Syncora** | ▪ ~$50m debt service relief in **first five years**<br>▪ ~$14m debt reduction<br>▪ $42m Relending Commitment |



# After closing of the RSA transaction, PREPA's current debt balance is reduced by ~$850m[1]

> The ending balances below show changes that occur prior to and at the exchange date of the SPV transaction. The PREPARC debt balances are projected to transfer from PREPA to PREPARC on closing date[2]

| | 12/31/2016 Balance at PREPA | Pre transaction | Pro forma |
|---|---|---|---|
| Assured | $840 | $837 | $837 |
| National | 1,246 | 1,151 | 1,151 |
| Syncora | 164 | 126 | 112 |
| **Insured Bonds** | **$2,250** | **$2,115** | **$2,101** |
| | | | |
| AHG and other | $5,634 | $5,582 | 4,745 |
| Relending bonds | 375 | 657 | 657 |
| New money SPV capital | – | – | 350 |
| **Total Bonds** | **$6,009** | **$6,239** | **$5,751** |
| | | | |
| DK / Solus / Marathon | $496 | $496 | 496 |
| Scotia | 200 | 200 | 200 |
| GDB | 36 | 36 | 36 |
| **Total Fuel Lines + GDB** | **$732** | **$732** | **$732** |
| | | | |
| **Total outstanding** | **$8,991** | **$9,085** | **$8,584** |
| | | | |
| **Bridge** | | | |
| Assured | | ($3) | – |
| National | | (95) | – |
| Syncora | | (38) | (14) |
| AHG and other | | (52) | (837) |
| Relending bonds | | 282 | – |
| New money SPV capital | | – | 350 |
| DK / Solus / Marathon | | – | – |
| **PREPARC ending balance** | | **$95** | **($501)** |
| | | | |
| Scotia | | – | – |
| GDB | | – | – |
| **PREPA balance** | | **–** | **–** |

## DESCRIPTION OF PRINCIPAL CHANGES

**Insured Bonds:** Pre-transaction balance includes July 2017 maturities. Syncora pro forma balance reflects discount on exchange on 2025 – 2027 bonds

**AHG and other Bonds:** Pre-transaction balance reflects July 2017 maturities and accrued interest through closing date.[2] Pro forma balance reflects 15% haircut on exchange bonds

**Relending Bonds:** Pre-transaction balance includes assumed July relending from forbearing lenders and accrued interest through closing date[2]



1) Excluding the impact of new SPV capital
2) Q3 calendar year 2017 closing date

Confidential - Subject to Further Revisions and Modifications

# RSA scenario assumes PREPA regains access to the capital markets

The Fiscal Plan assumes that after a period of stabilization post the RSA, PREPA reestablishes its access to the capital markets by the end of 2022 by achieving investment grade status on bonds within the SPV

- Increased cash reserves
- Allows for the refinancing of existing SPV bonds subject to a 5-year no call period in year 6 with investment grade equivalent interest rates
- Allows for additional debt issuances to offset some of scheduled amortization in years 6 through 10 into similar investment grade rated securities

Capital market access is dependent on PREPA and PREPARC achieving an investment grade rating, which in turn is dependent on a series of factors that include, but are not limited to, the following:

- Successful implementation of the operational enhancements included in Fiscal Plan over the next five years
- Stabilization of Puerto Rico's economy
- Execution of the RSA and additional restructuring
- Establish market confidence in the securitization vehicle
- Allow for cash reserves to build to $600m

## Projected cash balance ($ in millions)



Confidential - Subject to Further Revisions and Modifications

# RSA-implied rate projections

Rates fluctuate over time primarily due to variations in the assumed levels of investment and debt service as well as the assumed price of fuel.  Variations in non-fuel O&M also have a minor impact in the rate fluctuations over time



Source: PREPA Internal Estimates

Notes:
1) Rates assume an August 2017 transaction
2) FY 2017 rate assumes PREC approved revenue requirement excluding PREPARC revenue, and including corrections and updates discussed with EC Staff
3) Assumes the bond exchange is executed in August 2017, PREPARC is established and begins billing the Transition Charge on September 1, 2017, the Transition Charge includes both a fixed and volumetric component

45

Confidential - Subject to Further Revisions and Modifications

# Pro forma capital structure per modified RSA

This chart shows original PREPA debt service versus RSA terms and return to capital market access in 2023



| 5 Year Cumulative (2018 – 2022) | |
|---|---|
| PREPA status quo | $4,451 |
| RSA terms | 2,265 |
| **Savings** | **$2,186** |

| Cumulative debt service (2018 – 2026) | |
|---|---|
| PREPA status quo | $7,013 |
| RSA terms (incl. refinance) | 4,475 |
| RSA terms (excl. refinance) | 5,508 |
| **Savings (incld. refinance)** | **$2,538** |
| **Savings (excld. refinance)** | **1,505** |

*($ in millions)*

Legend: RSA terms (excl. refinance)   PREPA status quo   - - - RSA terms (incl. refinance)

Confidential - Subject to Further Revisions and Modifications

# VI. Adequate Liquidity



Confidential - Subject to Further Revisions and Modifications

# Operating cash projections

> Based on current projections the Creditors to the RSA will provide new capital in an amount based on the adequate liquidity as projected by the fiscal plan

## Operating cash by period



## Operating cash flow forecast assuming July relendings by Forbearing Lenders

| | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 |
|---|---|---|---|---|---|---|---|---|---|
| PREPA cash flow (before Debt Service & restructuring) | $23 | $8 | ($14) | $22 | $13 | $49 | $15 | $14 | $29 |
| Professional fees | (7) | (4) | (4) | (4) | (4) | (1) | (1) | (1) | (1) |
| Fuel line interest | (4) | (4) | (4) | (4) | (4) | – | – | – | – |
| Bond interest | (11) | – | (88) | – | – | – | – | – | – |
| Bond maturities | – | – | (86) | – | – | – | – | – | – |
| **Net cash flow** | **$1** | **$1** | **($195)** | **$14** | **$5** | **$48** | **$14** | **$13** | **$28** |
| Beginning operating cash balance | $412 | $412 | $413 | $217 | $232 | $236 | $285 | $299 | $312 |
| Change in cash | 1 | 1 | (195) | 14 | 5 | 48 | 14 | 13 | 28 |
| **Ending operating cash balance** | **$412** | **$413** | **$217** | **$232** | **$236** | **$285** | **$299** | **$312** | **$340** |

Source: 13-week cash flow as of 4/18/17 and 2017 projections

Confidential - Subject to Further Revisions and Modifications

# RSA cash sources and uses – Adequate Liquidity

The table to the right presents the illustrative cash sources and uses as of a calendar year Q3 2017 transaction date

- Estimated operating cash at transaction date of $285m (excludes ~$147m in GDB deposits)

- Assumes minimum cash on the balance sheet of ~$400m which represents ~15% of average operating expenses for 2018 and 2019

- Assumed infrastructure and operational need funding of ~$170m

- Excludes any amounts relating to pension catch up payments / under funding

### Illustrative cash sources and uses [1]

**Sources**

| | |
|---|---|
| Balance sheet cash at transaction [2] | $285 |
| New Money SPV capital | 350 |
| New Undrawn revolver | 165 |
| AOGP project financing | 500 |
| **Total sources** | **$1,300** |

**Uses**

| | |
|---|---|
| AOGP project financing | 500 |
|    Cash on balance sheet | $235 |
|    Undrawn revolver | 165 |
| **Minimum liquidity** [3] | **$400** |
| SIF top up [4] | 100 |
| Securitization DSRF deposit | 83 |
| Transaction costs | 47 |
| Infras. & operational funding need | 170 |
| **Total uses** | **$1,300** |

**Notes:**
1) New Money SPV capital, Revolver and AOGP funding is not committed and thus must be available for PREPA to have Adequate Liquidity
2) Projected as of September 2017
3) Minimum liquidity represents ~15% of 2018 and 2019 opex spending
4) SIF top-up to $100m limited to $50m from New Money SPV capital



Confidential - Subject to Further Revisions and Modifications

# 13-week cash flow as of 4/18/2017

| ($ in millions) Week ending | 03/31 | 04/07 | 1 04/14 | 2 04/21 | 3 04/28 | 4 05/05 | 5 05/12 | 6 05/19 | 7 05/26 | 8 06/02 | 9 06/09 | 10 06/16 | 11 06/23 | 12 06/30 | 13 07/07 | Cumulative 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1 Receipts** | | | | | | | | | | | | | | | | |
| 2 Customer collections | $ 50.6 | $ 60.4 | $ 64.1 | $ 76.8 | $ 76.8 | $ 65.4 | $ 59.9 | $ 59.9 | $ 59.9 | $ 50.2 | $ 63.3 | $ 60.0 | $ 60.0 | $ 60.0 | $ 70.1 | $ 826.1 |
| 3 Receipts from Bond Issuance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 Reimbursement from construction fund | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5 Other income | - | 0.1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 **Total Receipts** | $ 50.6 | $ 60.4 | $ 64.1 | $ 76.8 | $ 76.8 | $ 65.4 | $ 59.9 | $ 59.9 | $ 59.9 | $ 50.2 | $ 63.3 | $ 60.0 | $ 60.0 | $ 60.0 | $ 70.1 | $ 826.1 |
| **7 Disbursements** | | | | | | | | | | | | | | | | |
| **8 Employee Disbursements** | | | | | | | | | | | | | | | | |
| 9 Payroll | $ - | $ 8.2 | $ - | $ 9.0 | $ - | $ 9.0 | $ - | $ 9.0 | $ - | $ 9.0 | $ - | $ 9.0 | $ - | $ 9.0 | $ - | $ 54.0 |
| 10 Social security | - | 1.9 | - | 2.2 | - | 2.2 | - | 2.2 | - | 2.2 | - | 2.2 | - | 2.2 | - | 13.2 |
| 11 Payroll taxes | - | 0.9 | - | 1.2 | - | 1.2 | - | 1.2 | - | 1.2 | - | 1.2 | - | 1.2 | - | 7.2 |
| 12 Contributions to employee benefit programs | 6.8 | 2.3 | - | 9.2 | - | 2.5 | - | 2.5 | - | 6.6 | 2.5 | - | 2.5 | 7.0 | 2.5 | 35.5 |
| 13 Medical benefit costs | - | - | - | - | 7.5 | - | - | - | - | 7.5 | - | - | - | - | 7.5 | 22.5 |
| 14 Workers compensation / disability funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 15 **Subtotal Employee Disbursements** | $ 6.8 | $ 15.0 | $ - | $ 12.4 | $ 9.2 | $ 19.9 | $ - | $ 2.5 | $ 12.4 | $ 2.5 | $ 19.0 | $ 10.0 | $ 12.4 | $ 2.5 | $ 19.4 | $ 10.0 | $ 132.4 |
| **16 Energy Purchases** | | | | | | | | | | | | | | | | |
| 17 Purchases of power from AES | $ - | $ 8.6 | $ 8.6 | $ 8.6 | $ - | $ 8.5 | $ 6.4 | $ 6.4 | $ - | $ - | $ 11.8 | $ 8.8 | $ 8.8 | $ 10.8 | $ - | $ 78.6 |
| 18 Purchases of power from ECO | - | 7.2 | 7.5 | 7.5 | 7.5 | 7.1 | 7.1 | 7.1 | 7.1 | - | 7.5 | 7.5 | 7.5 | 7.5 | 8.6 | 89.6 |
| 19 Purchase of power from renewable sources | 0.1 | - | - | 10.1 | - | - | - | 9.8 | - | - | - | 9.4 | - | - | - | 29.3 |
| 20 Fuel purchases - fleet and storage | - | 0.4 | - | 1.5 | - | - | - | 1.5 | - | - | - | 1.5 | - | - | - | 4.5 |
| 21 Fuel purchases - Petrobras / Freepoint | 19.2 | 8.4 | 15.3 | 23.0 | 8.0 | 15.0 | 15.8 | 7.4 | 19.0 | 11.1 | 8.0 | 4.2 | 8.3 | 19.4 | 6.1 | 160.8 |
| 22 Fuel purchases - Puma | 4.7 | 7.0 | 1.1 | 4.8 | 9.2 | 3.5 | 3.5 | 5.4 | 3.9 | 4.2 | 7.0 | 4.8 | 7.1 | 9.2 | 3.5 | 67.0 |
| 23 LNG purchases | 6.0 | 6.0 | 6.0 | 4.7 | 4.7 | 4.7 | 4.7 | 5.8 | 5.8 | 5.8 | 5.8 | 4.7 | 4.7 | 4.7 | 4.7 | 66.7 |
| 24 **Subtotal Energy Purchases** | $ 30.0 | $ 37.7 | $ 38.4 | $ 60.1 | $ 29.4 | $ 38.8 | $ 37.4 | $ 43.3 | $ 35.8 | $ 21.1 | $ 40.1 | $ 41.0 | $ 36.5 | $ 51.7 | $ 22.9 | $ 496.4 |
| **25 Other Disbursements** | | | | | | | | | | | | | | | | |
| 26 Interest on bonds | $ - | $ 11.1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.2 | $ 2.2 |
| 27 Interest payments on lines of credit | - | 4.3 | - | - | - | 4.2 | - | - | - | - | 4.2 | - | - | - | 4.2 | 12.6 |
| 28 Insurance premiums | - | - | - | - | - | - | - | - | - | - | - | 5.0 | - | - | - | 5.0 |
| 29 Internally Generated Funds Contributed to CIP | - | - | - | 35.0 | 25.0 | - | - | - | - | - | - | - | - | - | - | 60.0 |
| 30 Employee expense reimbursements (per diem) | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 10.4 |
| 31 Additional accounts payable | 4.2 | 2.1 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 45.5 |
| 32 Funds transferred for debt payments | - | - | - | - | - | - | - | - | - | - | - | - | - | 174.0 | - | 174.0 |
| 33 **Subtotal Other Disbursements** | $ 5.1 | $ 18.2 | $ 4.3 | $ 39.3 | $ 29.3 | $ 8.5 | $ 4.3 | $ 4.3 | $ 4.3 | $ 4.3 | $ 8.5 | $ 9.3 | $ 4.3 | $ 178.3 | $ 10.7 | $ 309.7 |
| **34 Restructuring Expenses** | | | | | | | | | | | | | | | | |
| 35 Professional Fees | $ 0.0 | $ 0.2 | $ - | $ 6.6 | $ 0.1 | $ - | $ - | $ - | $ 3.7 | $ - | $ - | $ - | $ - | $ 3.7 | $ - | $ 14.1 |
| 36 **Subtotal Restructuring Expenses** | $ 0.0 | $ 0.2 | $ - | $ 6.6 | $ 0.1 | $ - | $ - | $ - | $ 3.7 | $ - | $ - | $ - | $ - | $ 3.7 | $ - | $ 14.1 |
| 37 **Total Disbursements** | $ 42.0 | $ 71.1 | $ 42.7 | $ 118.4 | $ 68.0 | $ 67.2 | $ 44.3 | $ 60.0 | $ 46.4 | $ 48.6 | $ 54.4 | $ 62.7 | $ 43.3 | $ 253.1 | $ 43.6 | $ 952.6 |
| 38 **Net Cash Flow** | $ 8.6 | $ (10.7) | $ 21.4 | $ (41.6) | $ 8.8 | $ (1.8) | $ 15.6 | $ (0.2) | $ 13.5 | $ 1.5 | $ 8.9 | $ (2.7) | $ 16.6 | $ (193.1) | $ 26.5 | $ (126.5) |
| **39 Opening Balance** | $ 494.6 | $ 503.2 | $ 492.5 | $ 513.9 | $ 472.3 | $ 481.1 | $ 479.3 | $ 494.9 | $ 494.7 | $ 508.2 | $ 509.7 | $ 518.6 | $ 515.9 | $ 532.6 | $ 339.5 | $ 492.5 |
| 40 Net Cash Flows | 8.6 | (10.7) | 21.4 | (41.6) | 8.8 | (1.8) | 15.6 | (0.2) | 13.5 | 1.5 | 8.9 | (2.7) | 16.6 | (193.1) | 26.5 | (126.5) |
| 41 Construction Fund Borrowings | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 42 Construction Fund Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 43 **Ending Balance** | $ 503.2 | $ 492.5 | $ 513.9 | $ 472.3 | $ 481.1 | $ 479.3 | $ 494.9 | $ 494.7 | $ 508.2 | $ 509.7 | $ 518.6 | $ 515.9 | $ 532.6 | $ 339.5 | $ 366.0 | $ 366.0 |
| **44 CIP Balances** | | | | | | | | | | | | | | | | |
| **45 Beginning Balance** | $ 62.0 | $ 56.7 | $ 54.3 | $ 47.6 | $ 76.0 | $ 79.3 | $ 72.7 | $ 66.1 | $ 59.4 | $ 52.8 | $ 47.5 | $ 42.1 | $ 36.8 | $ 31.5 | $ 26.2 | $ 54.3 |
| 46 Funds Received from General Fund | - | - | - | 35.0 | 25.0 | - | - | - | - | - | - | - | - | - | - | 60.0 |
| 47 Transfers to General Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 48 Receipts from Bond Issuance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 49 CIP Disbursements | (5.4) | (2.4) | (6.6) | (6.6) | (21.6) | (6.6) | (6.6) | (6.6) | (6.6) | (5.3) | (5.3) | (5.3) | (5.3) | (5.3) | (6.6) | (94.7) |
| 50 **Ending CIP Balance** | $ 56.7 | $ 54.3 | $ 47.6 | $ 76.0 | $ 79.3 | $ 72.7 | $ 66.1 | $ 59.4 | $ 52.8 | $ 47.5 | $ 42.1 | $ 36.8 | $ 31.5 | $ 26.2 | $ 19.6 | $ 19.6 |
| **51 Construction and General Fund Cash Balance** | $ 559.9 | $ 546.8 | $ 561.5 | $ 548.3 | $ 560.5 | $ 552.0 | $ 561.0 | $ 554.1 | $ 561.0 | $ 557.2 | $ 560.7 | $ 552.7 | $ 564.1 | $ 365.7 | $ 385.5 | |
| **52 Amounts Borrowed from CIP for General Fund** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Memo: | | | | | | | | | | | | | | | | |
| Construction and General Fund Cash Balance | $ 559.9 | $ 546.8 | $ 561.5 | $ 548.3 | $ 560.5 | $ 552.0 | $ 561.0 | $ 554.1 | $ 561.0 | $ 557.2 | $ 560.7 | $ 552.7 | $ 564.1 | $ 365.7 | $ 385.5 | |
| Less: deposits at GDB | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | (148.3) | |
| Ending balance excl deposits at GDB | $ 411.6 | $ 398.5 | $ 413.3 | $ 400.0 | $ 412.2 | $ 403.8 | $ 412.7 | $ 405.9 | $ 412.7 | $ 408.9 | $ 412.5 | $ 404.5 | $ 415.8 | $ 217.4 | $ 237.3 | |

Source: PREPA Internal Estimates

# VII. Detailed Investment Program



Confidential - Subject to Further Revisions and Modifications

# 10-year capital investment program totaling $4.66 billion

- PREPA's 10-year capital investment program currently has planned for $2.5bn of PREPA capital outlays (pay-go) for T&D complimented with public-private partnerships investing $1.68bn in new generation, and ~$400m in external financing for AOGP (TBD)

- The T&D maintenance and investment program is intended to transform Puerto Rico's system into a modern grid capable of handling variable load and generation from renewables and DG while maintaining high level of safety and reliability



- AOGP remains a key milestone investment in Puerto Rico's shift to clean, low-cost, and rapid response natural gas generation, and is a key component of PREPA's MATS compliance strategy

- The P3 Generation investment initiative is designed to create competitive bidding opportunities for private developers with deep experience in owning and operating power generation facilities



Confidential - Subject to Further Revisions and Modifications

# Public-Private Partnerships enabling a utility of the future

- As part of its transition to a sustainable utility of the future, the revised investment schedule envisioned in the long term financial projections begins PREPA's pivot from a generation owner and operator to a Distribution System Operator (DSO) model

- The primary driver is enabling private investment in generation through competitive procurement

- Retirement of less efficient units, repowering of existing assets, and Public-Private Partnership investment will reduce PREPA's overall fuel expense, system heat rate, exposure to volatile fuel prices and provide system flexibility to better integrate renewables, in compliance with health and environmental requirements





Source:  PREPA Planning Department. April 8, 2017.

Confidential - Subject to Further Revisions and Modifications

# Energy infrastructure upgrade – highest priority under Title V

- PREPA's needed infrastructure upgrades and new projects generally qualify as "Critical Projects" under PROMESA's Title V, Section 501(2) – as **projects intimately related to addressing an emergency** whose approvals, considerations, permitting and implementation must be expedited and streamlined

- They also meet the statutory definition of "Emergency", Section 501(5) – which includes any event or **grave problem of deterioration in the physical infrastructure for the rendering of essential services to the people**, or that endangers the life, public health or safety of the population or of a sensitive ecosystem – under Act 76-2000 – **including problems in the physical infrastructure for energy**, water, sewer and solid waste infrastructure

- Projects anticipated by PREPA comply soundly with Section 503's required criteria for "Critical Projects", including:

    - The impact of the infrastructure project on an emergency condition

    - The resulting environmental and economic benefits

    - Reduction in reliance on oil for electric generation in Puerto Rico

    - Improvements in performance of energy infrastructure and overall energy efficiency

    - Expediting diversification and conversion of fuel sources for electric generation from oil to natural gas and renewables in Puerto Rico

    - Promoting the development and use of energy sources found in Puerto Rico

    - Contributing to transitioning to privatized generation capacities



Confidential - Subject to Further Revisions and Modifications

# Energy infrastructure upgrade – priority criteria / delivery model

- PREPA's priority for identified infrastructure projects include analysis of:

    - How the project addresses the infrastructure gap/emergency need

    - Cost-benefit ratio

    - Long term economic growth

    - Time to realization / Shovel ready

    - Public/private funds requirements

    - Alignment with Government's policy goals, FOMB certified Fiscal Plan and Budgets

- PREPA's proposed fiscal plan anticipates a PMO structure to improve delivery efficiency by:

    - Improving investment delivery efficiency through centralization of delivery and expedited permitting

    - Applying alternative delivery models (e.g., DBF, DBFOM)

    - Coordinating PROMESA and central government support – Revitalization Coordinator, Fortaleza, AAFAF and the Puerto Rico P3 Authority

> **PREPA's energy infrastructure projects are of the highest priority to ensure updated, safe, compliant, reliable and efficient energy services to the people of Puerto Rico and its business community**



Confidential - Subject to Further Revisions and Modifications

# Pivoting Puerto Rico's generation mix

- PREPA's long-term investment program requires upgrades for plant efficiencies, <u>pivoting the generation mix to natural gas and renewables</u>, and full MATS compliance. PREPA will seek to implement this program by leveraging P3s

- In accordance with the current consent decree with the EPA, PREPA is to bring its power plants into compliance with environmental requirements

- The generation portfolio cost requirements are $1.68bn during 2018-2026 timeframe

- Total new P3 generation in 2026 will be approximately 30% of total system generation



1) Load Forecast assumption consistent with revised economic projections from FOMB and updated investment plan

Source: PREPA Internal Estimates



# VIII. New Rate Structure



Confidential - Subject to Further Revisions and Modifications

# PREPA's new rate structure: Seeking FRM

> **PREPA's RSA contemplates a Formula Rate Mechanism ("FRM") to annually update and reconcile PREPA's rates**

| Costs | Liquidity | Sales |
|---|---|---|
| ▪ This mechanism would allow PREPA to recover from customers only its real and necessary costs | ▪ It helps PREPA address current challenges resulting from having no access to capital markets, limited reserves, essential investment needs, needed environmental compliance investments and avoid/minimize historic undue political influences | ▪ Annual reconciliations address changes in sales/demand, protects customers from forecast errors and remove disincentives from reaching efficiency gains and renewable energy deployment |

> **Annual Rate Update Process and Challenges with the PREC:** PREC rejected the PREPA proposal, adopting instead a proposal that effectively puts PREC in the position of controlling PREPA's budgets and priorities, in addition to reviewing its rates

| Key Challenges |
|---|
| ▪ PREC has allegedly assumed extensive operating control over PREPA, including areas where PREPA is implementing government policy or the approved government Fiscal Plan |
| ▪ There is no robust reconciliation process to address ongoing changes; rather, adjustments for changes require extraordinary action or PREC permission prolonging processes and timelines |
| ▪ The PREC exercises jurisdiction over PREPA budgets even when approved by the FOMB and unduly impacts relevant timelines |
| ▪ PREC has denied PREPA's requests to reconsider its Order regarding some aspects of the annual rate update mechanism, including budgeting and rate adjustment timelines |
| ▪ PREPA has appealed such denial to the P.R. Appeals Court and is in the process of developing a further regulatory strategy to address certain of these challenges |

Confidential - Subject to Further Revisions and Modifications

# PREPA rate design challenges & opportunities: Embracing new technology

> Revitalizing PREPA requires addressing challenges related to providing safe and reliable service, at the least cost possible and through the most efficient and environmentally sound approach available:

| | Proposed Initiatives |
|---|---|
| **Embrace new technologies** | ▪ Distributed generation, cogeneration, and renewable generation are rapidly expanding<br>▪ PREPA must plan for and accommodate that expansion and also prepare for other advanced technologies such as storage and microgrids |
| **Transform and revitalize PREPA's systems and structure** | ▪ Remaking PREPA requires forward-looking investment<br>▪ Private and third-party capital is key, but PREPA also needs adequate revenues and liquidity in order to support a reliable, resilient, and capable grid which is the foundation of a world-class utility<br>▪ All these new technologies have significant costs, and may not provide direct revenue back to PREPA to pay for these costs |
| **Manage declining load and potential revenue loss** | ▪ PREPA has lost load and faces further loss of significant load due to economic conditions and, in some cases, new technologies. For example, customer generation can significantly reduce PREPA's revenues and cost base and threaten to "strand" investments and costs<br>▪ Without adequate revenues and liquidity, PREPA's ability to invest in its transformation will be limited |

> In addition to continuing to lower cost and improved reliability and efficiency, utilities facing such circumstances can use established regulatory tools to:

▪ Support and promote new technologies, and protect essential revenues
▪ Provide customers with rational, economic price signals that discourage uneconomic bypass and avoid cost shifts and subsidies that harm customers and the economy as a whole



Confidential - Subject to Further Revisions and Modifications

# Rate design challenges and opportunities: Stranded costs recovery

> There are well-understood ratemaking and regulatory responses used by utilities faced with serious threats of uneconomic bypass and stranded costs:

- **Adopt economically efficient rate designs.** Uneconomic incentives to bypass utility supply or delivery can be avoided:
  - Properly reflect fixed and volumetric costs in rates, and properly assign costs to classes.
  - Move more costs to fixed values, than to volumetric costs to reduce volatility and discourage inefficient bypass.
  - Consider unbundling delivery and supply rates and costs. This can help protect essential grid cost recovery and preserve funding for gird improvement and "future utility" goals.
  - Rates that discount delivery prices without reducing grid costs must be carefully designed to promote the desired social goal (e.g., promoting renewable energy) without stranding grid costs or creating cross subsidies that hurt customers least able to respond, who are often low income or low use.

- **Use targeted rate tools.** Customer or group-specific rate tools such as economic development rates, load retention rates, and special customer class (e.g., very high voltage, interruptible) rates can reduce the risk of uneconomic load loss and attract new load to areas where capacity (T&D or generation) is available at little marginal cost. This helps the utility and the economy.

- **Explicit stranded cost charges.** Impose non-bypassable charges on customers designed to recover identified categories of stranded costs. The Transition Charge can be thought of as such a charge, and PREC was sympathetic to that rationale since otherwise remaining customers pay. In extreme cases, stranded cost can even be recovered from customers who go entirely off grid or who depart. In some cases, a non-bypassable charge can reduce the incentive to depart as a means of avoiding responsibility for stranded costs.



Confidential - Subject to Further Revisions and Modifications

# CILT reform

As established in Act 57-2014 and Act 4-2016, there are significant changes in the treatment of the Municipal Contribution in Lieu of Taxes (CILT)

## *These changes involve…*

- Moving of all the municipal public lighting to the subsidies rider in the customer bill
- Removal of all municipal for profit entities from receiving an electric service credit from the CILT
- Establishing a total consumption (kWh) cap on the municipal CILT, which will be reduced by 15% (in three fiscal years, 5% each)
- The municipality will pay for any excess, plus the for profit ventures
- The CILT adjustment process itself has not begun in full due to PREC regulations and implementation obstacles, in addition to issues presented by municipalities disputing the validity of the for profit claim

Beyond this, PREPA has no authority to further reduce the CILT values.  PREPA, under the new rate structure, will recover the cost of CILT via the CILT rider in customer bills.  Any additional reductions or amendments would require legislation



# IX. Operational Performance Improvements



Confidential - Subject to Further Revisions and Modifications

# Management is committed to continuing on the operational restructuring path

- PREPA management is committed to continuing the path towards operating efficiently and implementing "best in class" operational and organizational measures, while leveraging the private sector and available technological solutions

- In the past years, PREPA has implemented initiatives and internal controls that have generated both one-time and projected recurring improvements

  - PREPA has taken action in areas such as fuel procurement & controls, reduction of non-technical losses, improved collections, procurement and inventory control, potentially generating projected annual savings of approximately $254m[1]

  - One-time incremental cash generation initiatives implemented to date of approximately $271m

| | Situation Encountered | Actions Taken |
|---|---|---|
| **Fuel and Generation** | Limited forecasting, inventory controls and dispatch coordination, unsuitable terms related to fuel sourcing and unusually high spinning reserve levels | Fuel savings driven by renegotiation of natural gas contract for Costa Sur (~$33m), reduction of forced outages (~$29m), normalizing spinning reserves (~$25m), roll-out of S&OP process (~$23m), and enhanced forecast tool and inventory reduction (~$4m) |
| **Customer Service** | Deficient government and general customer collection practices, losses related to theft and non-technical issues, and a disappointing customer experience | Run-rate annual customer service savings of ~$77m driven by roll-out of strict collections program, improved training of employees and use of external call center for additional support |
| **Indirect Procurement** | Absence of efficient procurement processes and inventory management, and underutilized fleet and lack of real estate strategy | Run-rate annual procurement savings of ~$23m driven by improved inventory management and control process, fleet upgrade program and development of real estate strategy with aid from external experts |
| **Employee Related** | Loss of productivity regimented by strict work rules, unenforced safety protocols and costly medical benefits for employees | Annual employee related savings driven by flexible work shifts, assessment by 3rd party expert on improvement opportunities and improvements to health plan utilization controls and service metrics |
| **Organization Related** | Unsustainable employee management practices driven by faulty succession planning and failure to reshape the employee hierarchy and alleviate understaffed teams | Reduction of succession risk by establishing alternative strategies for critical role replacement and new governance related to operational and staffing priorities |
| **Information Technology** | Inadequate information security controls, outdated technical infrastructure and an unreliable reporting process | Implementation of increased security measures to protect network and critical applications, development of new documentation standards and automated KPI reporting dashboard |



1) New management is in the process of validating the annual projected savings identified by its prior restructuring advisor

Confidential - Subject to Further Revisions and Modifications

# Operational improvements will drive projected annual savings[1]

**PREPA management is in the process of identifying and implementing additional savings and efficiencies**

| Activity | Rationale | Initial Investment | Annual Savings |
|---|---|---|---|
| Utility of the future – smart grid (IOT) | Increased productivity, lower time to restore service, efficient management of demand, better theft management | TBD | TBD |
| Reduction in technical regions from 7 to 5 | Optimize number of customers considering topography and revenues configuring for future end state | TBD | TBD |
| Business processes reengineering | Capitalize on lower cost and efficiency; better service | TBD | TBD |
| Mobile work force management | Reduce maintenance backlog; improve technical productivity, standardize workflow access districts | $3.75m | $9m |



1)   New management is in the process of validating the annual projected savings identified by its prior restructuring advisor

Confidential - Subject to Further Revisions and Modifications

# PREPA's operating expense profile and recent attrition constrains savings opportunities

> **Approximately 28% of PREPA's total operating expenses are <u>actionable</u>**

- Headcount has been reduced by 30%, or 2,584 employees since 2012

- However, there still exists room for operational savings as highlighted by the actionable $729m total annual expenses across labor, O&M and bad debt

- Business process reengineering will help PREPA achieve savings in non-productional areas; such as administration and customer service



Total Headcount by Year



| 10 Year Average | | |
|---|---|---|
| **Annual Expense** | **$ (in millions)** | **%** |
| Fuel & Purchased Power | 1,854 | 71.7 |
| Total Labor Expense | 450 | 17.9 |
| O&M Expenses (ex. Labor) | 214 | 8.3 |
| Bad Debt Expense | 65 | 2.5 |
| Total Operating Expense | 2,583 | 100.0 |



Source: Headcount and other figures provided by PREPA Human Resources Department

# X. Governance



Confidential - Subject to Further Revisions and Modifications

Case:17-03283-LTS   Doc#:4014-16   Filed:10/04/18   Entered:10/04/18 16:51:23   Desc:
Exhibit 20   Page 68 of 97

# Management mission statement

> Management is committed to executing the transformation of PREPA into a utility of the future, enabled by a rigorous corporate governance framework including a PMO implementation structure with ambitious and measurable transformational objectives

Regional transmission and distribution companies with full accountability and enclosed by technology platform (smartgrid)

Leverage innovative technology to drive efficiencies and improve customer service

Puerto Rico's generation needs provided via public-private partnerships and renewable energy

Preserve Board of Directors independence and professionalism and implement KPI program

Infrastructure investments that lead to full compliance with environmental law (e.g. MATS)

Rate Design that adequately distributes costs based on cost of service

Business process reengineering



Confidential - Subject to Further Revisions and Modifications

# Governance & Accountability

- Cultural change to drive increased transparency and accountability

- In consultation with its external advisors, PREPA has developed KPI's to ensure measurement of meaningful performance metrics to reinforce accountability across the organization

- Further modifications to the KPI program will be made as initiatives included in the Fiscal Plan are finalized

| Key Performance Indicator | Unit | Three Month Prior KPI | Two Month Prior KPI | One Month Prior KPI | Target | Variance | Trend |
|---|---|---|---|---|---|---|---|
| | | Aug-16 | Sep-16 | Oct-16 | | | |
| **Overall** | | | | | | | |
| Safety - recordables (% incidents per 100 employees) | (%) | 13.1 | 12.8 | 14.4 | 11.0 | 3.45 | ◆ |
| Absenteism (%) | (%) | 14.0% | 23.0% | 0.0% | 2.0% | -2.0% | ● |
| CAIDI (Min) | (Min) | 185.3 | 179.4 | 206.1 | 146.0 | 60.1 | ● |
| Operational Expenses vs. Budget (excluding fuel) (%) | (%) | 105.1% | 105.4% | 0.0% | 2.5% | -2.5% | ● |
| Capital Expenses vs. Budget (%) | (%) | 33.5% | 28.2% | 0.0% | 7.0% | -7.0% | ● |
| **T&D** | | | | | | | |
| SAIDI - Average interruption duration | (Mins) | 79.9 | 78.4 | 81.4 | 48.0 | 33.42 | ◆ |
| SAIFI - Average interuption frequency | (%) | 0.431% | 0.437% | 0.395% | 0.328% | 0.067% | ▲ |
| Monthly Net Work Order Balance | (+, -) | -6,314.0 | -720.0 | 0.0 | 1,500.0 | 1,500.0 | ◆ |
| **IT** | | | | | | | |
| On time project delivery | (%) | 0.0% | 50.0% | 75.0% | 75.0% | 0.0% | ▲ |
| System up -time (Zabbix) | (%) | 99.0% | 97.0% | 97.4% | 98.0% | -0.6% | ◆ |
| Incident mgmt - problem resolution | Days | 1.78 | 1.72 | 1.56 | 7.00 | 5.44 | ◆ |
| % unresolved tickets after 30 days | (%) | 5.4% | 6.0% | 3.8% | 20.0% | -16.2% | ● |
| **HR** | | | | | | | |
| % of jobs with current job description (%) | (%) | 5.0% | 13.5% | 0.0% | 70.0% | -70.0% | ◆ |
| Average time to fill vacancies | (Days) | 17.6 | 15.7 | 0.0 | 45.0 | -45.0 | ● |
| **Customer Service** | | | | | | | |
| **Increase Cash Collection** | | | | | | | |
| DSO (Days sales outstanding) Gov Customers (ratio) | Days | 0.0 | 0.0 | 0.0 | 60.0 | -60.0 | ● |
| DSO General Customers (ratio) | Days | 0.0 | 0.0 | 0.0 | 45.0 | -45.0 | ● |
| Cash recovered on theft ($millions) | ($ mm) | $1.9 | $2.0 | $0.0 | $2.0 | ($2.0) | ◆ |
| NTL reduction as % of net generation (12 month rolling avg) | (%) | 5.7% | 4.9% | 0.0% | 4.5% | -4.5% | ● |
| Average speed to answer | (Hr:Min:Sec) | 0:17:44 | 0:13:20 | 0:00:00 | 0:05:00 | 0:05:00 | ● |
| Wait time in commercial offices | (Hr:Min:Sec) | 0:18:18 | 0:16:40 | 0:00:00 | 0:15:00 | 0:15:00 | ● |
| **Planning, Environmental** | | | | | | | |
| Timeliness of response to regulatory requests (% on time) | (%) | 100% | 100% | 100% | 95% | 5% | ▲ |
| Timliness of permit renewals (% on time) | (%) | 100% | 100% | 100% | 95% | 5% | ▲ |



Source: PREPA Internal Planning Department

Case:17-03283-LTS Doc#:4014-16 Filed:10/04/18 Entered:10/04/18 16:51:23 Desc:
Exhibit 20 Page 70 of 97

# Proposed PREPA PMO structure

**A PMO structure will be set up as a support system to manage execution of critical initiatives**



# XI. Key Risks & Mitigation Strategies



Confidential - Subject to Further Revisions and Modifications

# Key risks with details on mitigation

| Potential Risks | Mitigation Strategies |
|---|---|
| • Impaired ability to adjust rates as forecasted and recover planned and approved costs | • Seek and obtain approval for FRM |
| • Under-delivery of investment program | • Organizational structure with rigorous PMO approach and ongoing reporting and KPI's, as well as support from the Puerto Rico Fiscal Agency and Financial Advisory Authority and the P3 Authority |
| • Under-delivery of OPEX, fuel cost savings | • Organizational structure with rigorous PMO approach and ongoing reporting and KPI's |
| • Limited ability to renegotiate labor agreements or achieve payroll savings | • PREPA is still evaluating whether additional payroll savings are possible |
| • Under-staffing in key operational roles due to potential labor shortage, concerns over pensions | • Contract specialized labor directly or via 3rd parties |
| • Limited ability to access capital markets and liquidity | • Fiscal Plan assumes PAYGO for T&D maintenance and currently uncommitted financing or investment for AOGP and execution of public-private partnerships for development of new generation |
| • Lack of political will to drive changes | • Independence component in the Board of Directors<br>• PREC as regulator provides a forum fact driven rate design, cost recovery and long term capital planning and execution<br>• Implementation of PMO<br>• FOMB oversight |



Confidential - Subject to Further Revisions and Modifications

Case:17-03283-LTS    Doc#:4014-16    Filed:10/04/18    Entered:10/04/18 16:51:23    Desc:
Exhibit 20    Page 73 of 97

# Certain key risk factors on remaining transformation

> PREPA's transformation, as included within this Fiscal Plan, is still contingent on a number of assumptions, risks and uncertainties, some of which are and will be beyond the unilateral control of PREPA including, but not limited to:

- Implementation of new rate structure program, including collections from governmental and non-governmental customers

- Successful completion of all Validation Proceedings (see Appendix) related to the securitization authorized by the PREPA Revitalization Act (Act 4-2016)

- Potential for additional deterioration in macroeconomic conditions which may materially impact revenues and collections as a result of decreased economic activity, increased migration, and/or affordability constraints

- Ability to execute capital improvement program via public-private partnership delivery and financing model

- Ability to fund or obtain financing for the construction of AOGP

- Inability to obtain financing for the construction of AOGP. Options available to finance AOGP are limited given RSA's restrictions regarding new SPV bond issuances (e.g. clear market period)

- Divergence from short and long term financial projection assumptions as detailed in the 'Financial Projections' section of this plan

- Achieving operational results and/or executing operational / capital improvements, given permitting and financial constraints

- Resolution of environmental issues and achieving MATS compliance

- Ability to obtain adequate liquidity available to close RSA transaction and implement business plan

- Achieving budget targets/revenue requirements and targets to fund necessary operating costs

- Potential for significant additional loss of load than projected in the Fiscal Plan due to potential acceleration in the installation of distributed generation, and/or development of co-generation capacity (above the projected 42.6MW assumed in the projections)

- Consummation of debt restructuring consistent with RSA through Title VI of PROMESA or other mutually agreeable mechanism



Confidential - Subject to Further Revisions and Modifications

# XII. Appendix



Confidential - Subject to Further Revisions and Modifications

# Generation sites

### Cambalache

| | |
|---|---|
| Capacity | (MW) 248 |
| Location | Arecibo |
| Construction Year | 2007 |
| Fuel Type | Fuel Oil #2 |

### Palo Seco

| | |
|---|---|
| Capacity | (MW) 602 |
| Location | Cataño |
| Construction Year | 1960-1970 |
| Fuel Type | Fuel Oil #6 |

### San Juan Combined Cycle

| | |
|---|---|
| Capacity | (MW) 440 |
| Location | San Juan |
| Construction Year | 2008-2009 |
| Fuel Type | Fuel Oil #2 |

### Aguirre Combined Cycle Plant

| | |
|---|---|
| Capacity | (MW) 592 |
| Location | Salinas |
| Construction Year | 1977 |
| Fuel Type | Fuel Oil #2 |

### Costa Sur

| | |
|---|---|
| Capacity | (MW) 990 |
| Location | Guayanilla |
| Construction Year | 1962-1973 |
| Fuel Type | Fuel Oil #6 |

### Eco Eléctrica

| | |
|---|---|
| Capacity | (MW) 540 |
| Location | Peñuelas |
| Construction Year | 2000 |
| Fuel Type | Fuel LNG |

### Aguirre Thermo Electric

| | |
|---|---|
| Capacity | (MW) 900 |
| Location | Salina |
| Construction Year | 1975 |
| Fuel Type | Fuel Oil #6 |

### AES

| | |
|---|---|
| Capacity | (MW) 454 |
| Location | Salinas |
| Construction Year | 1994 |
| Fuel Type | Fuel Coal |



Confidential - Subject to Further Revisions and Modifications

# Energy Sources: How does Puerto Rico compare?

- Puerto Rico fully depends on imported petroleum in order to satisfy its energy needs

- The cost of imported petroleum has driven Puerto Rican power prices to more than twice the average power price in the states



**Energy Source Mix**



Source: P3 Summit Puerto Rico. "Energy Projects"



Confidential - Subject to Further Revisions and Modifications

# **Restructuring Support Agreement ("RSA")**



Confidential - Subject to Further Revisions and Modifications

# Securitization structure: True up mechanism designed to adjust quarterly to cover debt service by operation of law (Act 4 – 2016)



**Collections**

- Customer collections will be remitted daily to a Central Collection Account ("CCA") managed by the Depository Agent
- On a daily basis, funds in the CCA will be split between PREPA and the SPV Indenture Trustee
- PREPA will work with the Calculation Agent to update its remittance assumptions regularly based on changes in billing and collection performance

Confidential - Subject to Further Revisions and Modifications

# Monolines will retain legacy bonds while obtaining securitization mirror bonds

- Mirror Bonds are securitization bonds that provide credit support for the Insured PREPA Legacy Bonds, enabling the Insured PREPA Legacy Bonds to receive the benefits of the securitization structure

    - Mirror Bonds would have the same economic terms (i.e., principal, interest and maturity date[1]) as the Insured PREPA Legacy Bonds, but would not be insured

    - Mirror bonds would be held by an escrow agent and would not be tradeable instruments; in contrast, Insured PREPA Legacy Bonds would remain insured and tradable

    - **Exit consents will modify the Legacy Bonds to remove obligations from PREPA that could interfere with operations or otherwise negatively impact PREPA (ex. asset sales, privatization)**

    - Transition Charge and the automatic quarterly adjustment mechanism would provide cash for payment of debt service on the Mirror Bonds (and ultimately the Insured PREPA Legacy Bonds, thereby discharging, dollar-for-dollar, PREPA's payment obligation on the corresponding Insured PREPA Legacy Bonds)



| Current Structure | | Mirror Bond Structure | |
|---|---|---|---|
| **Customers** | - Customers pay fixed and pass through rates to PREPA to cover costs, including debt service | **Customers** | - Customers pay Transition Charge in amounts sufficient to pay debt service on securitization bonds, including Mirror Bonds |
| | | **Depository Agent** | - PREPA, in its capacity as servicer and on behalf of the SPV, collects Transition Charges from customers each month and delivers the funds to the SPV Bond Trustee |
| **PREPA** | - As part of its collections, each month, PREPA collects 1/6 of next interest and 1/12 of next principal payment from customers | **SPV Bond Trustee** | - The SPV Bond Trustee pays, semi-annually, Mirror Bond debt service to the Mirror Bond Escrow Agent |
| | | **Mirror Bond Escrow Agent** | - Mirror Bond Escrow Agent sends Mirror Bond debt service to PREPA Legacy Bond Indenture Trustee for payment of Insured PREPA Legacy Bonds |
| **Insured Bondholders** | - Bondholders receive principal & interest payments from PREPA | **Insured Bondholders** | - Holders of Insured PREPA Legacy Bonds receive principal & interest payments |

1) Under current RSA, scheduled maturity date with respect to a Mirror Bond would be same as maturity date on the corresponding Insured PREPA Legacy Bond; but, the final (contractual) maturity date of a Mirror Bond will be up to 2 years later to permit any delay in receipt of Transition Charges to be made up without resulting in a default on said Mirror Bond

Confidential - Subject to Further Revisions and Modifications

# PREPA and SPV debt service schedules

> The debt service schedule below presents all interest expense and principal payments for the power revenue bonds (SPV Debt Service) and bank debt (PREPA Debt Service) included in the fiscal plan. This excludes any AOGP funding

| | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| **PREPA debt service** | | | | | | | | | | |
| Principal | $85.5 | $11.8 | $11.8 | $11.8 | $11.8 | $11.8 | $59.0 | $59.0 | $59.0 | – |
| Interest | 369.5 | 12.6 | 14.0 | 13.4 | 12.8 | 12.2 | 10.6 | 7.5 | 4.4 | 2.5 |
| **Total** | **$455.0** | **$24.4** | **$25.8** | **$25.2** | **$24.6** | **$24.0** | **$69.6** | **$66.5** | **$63.4** | **$2.5** |
| | | | | | | | | | | |
| **SPV debt service (assuming refinancing)** | | | | | | | | | | |
| Principal | | $11.9 | $75.1 | $65.7 | $78.0 | $97.7 | $50.2 | $69.8 | $69.4 | $111.0 |
| Interest | | 319.0 | 364.5 | 363.2 | 361.4 | 358.7 | 365.9 | 412.9 | 408.7 | 405.7 |
| Surety fees & replacement | | 16.0 | 12.7 | 12.9 | 12.6 | 11.9 | 5.5 | 28.9 | 39.7 | 42.1 |
| **Total** | **–** | **$346.9** | **$452.3** | **$441.7** | **$452.0** | **$468.3** | **$421.6** | **$511.7** | **$517.8** | **$558.7** |
| | | | | | | | | | | |
| *Memo:* | | | | | | | | | | |
| *Debt service assuming no access to capital markets* | – | *$346.9* | *$452.3* | *$441.7* | *$452.0* | *$468.3* | *$697.6* | *$759.1* | *$770.2* | *$814.8* |
| *Benefit from access to capital markets* | – | – | – | – | – | – | 276.0 | 247.5 | 252.4 | 256.0 |
| | | | | | | | | | | |
| *CCAB accretion* | – | *52.8* | *66.5* | *70.2* | *74.1* | *78.3* | – | – | – | – |



Notes:
1)  Excludes AOGP debt service
2)  CCAB accretion refers to accrued interest on capital appreciation bonds
3)  Q3 calendar year 2017 closing date

Confidential - Subject to Further Revisions and Modifications

# Key Risk Factors on Remaining Transformation



Confidential - Subject to Further Revisions and Modifications

# Certain key risk factors on remaining transformation

- To obtain the legal rulings required for bond counsel's opinion for the issuance of securitization bonds, the Revitalization Act established a "validation process" for parties to challenge the Revitalization Act and the SPV Bond Resolution (the "Validation Proceedings")

- Seven lawsuits were filed before seven separate judges at Court of First Instance in San Juan; Two lawsuits remaining (One Phase One Challenge, *UTIER*, and one consolidated Phase 2 Challenge)

| Revitalization Act Challenges | Bond Resolution Challenges |
|---|---|
| - UTIER. A favorable decision regarding the validity of the Revitalization Act and the Restructuring Order is currently under appeal at the Puerto Rico Supreme Court; has been briefed and is pending before Supreme Court for a ruling; UTIER filed a motion seeking further briefing, which PREPA opposed<br><br>- Jubilados I. Dismissed by the plaintiffs with prejudice<br><br>- Jubilados II. Dismissed with prejudice<br><br>- Cuadrado. Dismissed without prejudice | - All three Phase Two Challenges were consolidated into the PV Properties case; administrative law standard of review determined to apply<br><br>- Petitioner briefs due by April 21, and PREPA, SPV and PREC response due May 12 |

- Issues raised in the Validation Proceedings need to be resolved favorably in order to consummate the RSA transaction, though the risk of delay has been mitigated by the favorable *UTIER* decision and other case dismissals

- Given these recent developments, PREPA is no longer seeking the FOMB's intervention in the Validation Proceedings, which was previously suggested as a vehicle to consolidate and expedite the pace of the Validation Proceedings



Confidential - Subject to Further Revisions and Modifications

# Certain key risk factors on remaining transformation

| Revitalization Act Challenges | Restructuring Bond Challenges |
|---|---|
| ▪ *Validity*. Validity of Revitalization Act<br><br>▪ *No Impairment*. No provision of the Act breaches or impairs any contract or constitutes a taking<br><br>▪ *Revenue Attribution*. Transition Charges are revenues and income solely of the SPV and are not revenues or resources of PREPA, the Government of Puerto Rico or any other Person<br><br>▪ *Not a Tax*. Transition Charges are not a tax and the SPV's right to collect them is irrevocable<br><br>▪ *No Encumbrance*. Transition Charges are not subject to any other lien or levy<br><br>▪ *Constitutional Matters*. Any matters relating to the foregoing, under Puerto Rico or US constitution | ▪ *Validity*. Validity of: (i) Energy Commission's Restructuring Order; (ii) issuance of Restructuring Bonds by the Corporation; (iii) PREPA's outstanding debt (iv) SPV's property rights with respect to the Transition Charges; and (v) Transition Charge formulae<br><br>▪ *Applicability*. Validity and applicability of: (i) Transition Charges; (ii) Adjustment Mechanism; and (iii) revocability of right of the Corporation to impose and collect Transition Charges<br><br>▪ *No Breach or Taking*. Neither the issuance of the Restructuring Bonds nor the amount of the Transition Charge results in: (i) the breach of any contract or agreement between the Government of Puerto Rico or PREPA and its creditors; (ii) any fraudulent conveyance; or (ii) any taking of property without just compensation<br><br>▪ *Constitutional Matters*. Any or all other matters relating to the foregoing, under Puerto Rico or US constitution |

> **To date, plaintiffs have filed complaints including all of the above allegations, except for challenges regarding (i) validity of PREPA's legacy bonds, and (ii) fraudulent conveyance issues**



# Operational Savings



Confidential - Subject to Further Revisions and Modifications

# Operational improvements – Fuel & generation

Fuel related improvements have generated annual run-rate savings of ~$144m as well as one time liquidity improvements of ~$101m to date

| | Situation Encountered | Actions Taken |
|---|---|---|
| **Forecasting and Inventory Controls** | ▪ Limited information sharing led to unnecessary build-up of fuel inventory<br>▪ Fuel Inventory controls not in line with industry standards | ▪ Implementation of fuel forecast tool and closer coordination have reduced inventory levels by ~$36m and generated ongoing annual savings of $3-4m<br>▪ Implemented industry standard fuel inventory controls |
| **Generation Dispatch** | ▪ Limited coordination prevented PREPA from capitalizing on opportunities to optimize dispatch | ▪ Roll-out of revised S&OP process is generating annual dispatch savings of ~$23m |
| **Fuel Sourcing & Supply Chain** | ▪ PREPA's fuel procurement processes did not provide sufficient opportunity to secure best terms | ▪ Competitive RFP processes have generated annual reduction in fuel oil adders of ~$31m and a one time $65m cash flow saving<br>▪ Renegotiation of natural gas contract for Costa Sur have generated annual fuel savings of ~$33m |
| **Spinning Reserve** | ▪ Spinning reserve levels maintained at higher than required levels<br>▪ High frequency and duration of forced outage events | ▪ Implementing action plans and business case to reduce the number and severity of forced outages will result in an estimated saving of ~$29m<br>▪ With the stabilization generation units, optimize the spinning reserves to deliver fuel savings estimated at ~$25m |



Confidential - Subject to Further Revisions and Modifications

# Operational improvements – Customer service

> Customer service improvements have generated annual run rate savings of ~$77m as well as one-time liquidity improvements of ~$135m to date

| | Situation Encountered | Actions Taken |
|---|---|---|
| **Government Collections** | • Ineffective collections practices and acceptance of non-payment resulting in Gov. past dues in excess of $255m<br>• Deficient billing practices and customer communication leading to high balances in dispute spanning multiple years | • Implemented rigorous collections program with Public Corporations and Agencies, using service suspensions to drive collections and sign payment plans<br>• Collected 120% of amounts invoiced to Gov. customers over the last 12 months, Past due balances have improved by $70m |
| **General Customer Collections** | • Delays in execution of service suspensions with residential and wholesale customers<br>• Deficient billing practices leading to high number of estimated (and disputed) invoices<br>• Accumulation of Act 33-driven balances<br>• No collections effort on severely past due accounts | • Streamlined and enforced service suspension program, rolled-out performance KPI's, organized Act 33 work, special programs (i.e. residential housing, Top-20 by Region), increasing cash collections by ~$65m<br>• Engaged 3rd party collections firm to focus on severely past due accounts. $3.5m net collected<br>• Developing new processes for centralized collections, deposit and bond management, Act 57 objections |
| **Theft / Non-Technical loss** | • Pervasive culture of accepting higher than industry standard non-technical loss rates<br>• Disorganized theft reduction effort and lack of meaningful deterrents leading to low probability reducing theft rates<br>• Deficient meter maintenance practices, increasing numbers of meters with reading issues (end-of-life) | • Reorganization of ICEE, new leader engaged, streamlined administrative process, implemented and rolled-out new Theft Analytics system and training<br>• $60m annual reduction in non-technical loss<br>• Meter renovation and verification projects launched for secondary and primary customers (smart meters, meter recycling, meter equipment field verification) |
| **Customer Experience** | • Long wait times in the Call Center, in excess of 20 min.<br>• Long lead time to address customer service issues, 8+ weeks on average<br>• Long wait times in commercial offices above 30 min.<br>• Customers visiting offices for routine transactions that can be done electronically (payments) | • Improved training and use of 3rd party call center<br>• Reduced backlog of open orders by 40% through combination of office and field work<br>• Centralizing all billing back-office functions to focus commercial offices on customer care<br>• Launching program to increase use of electronic transactions |

Confidential - Subject to Further Revisions and Modifications

# Operational improvements – Indirect procurement

> Addressing inadequate processes has generated annual savings of ~$23m as well as one-time improvements of ~$32m to date

| | Situation Encountered | Actions Taken |
|---|---|---|
| **Procurement** | ▪ Overly complex procurement processes and lack of specialized expertise leading to lead times of 3-5 months<br>▪ Limited use of contracts is preventing PREPA from leveraging scale with suppliers | ▪ Legislate change allows PREPA to use RFPs to reduce prices and obtain optimal terms<br>▪ Organizational structure changes improved efficiency and enabled strategic planning<br>▪ Launched EDE/MRO RFP which will lead to significant procurement cost savings in FY2017 |
| **Inventory** | ▪ Lack of coordination and a culture of 'more is better' have led to ~$70m of obsolete inventory and another $50-100m of off-book inventory | ▪ Restructured inventory management and control process, trained personnel, developed and tracked KPIs resulting in savings of $32m to date (additional ~$15m expected in FY2017) |
| **Fleet** | ▪ Large and under utilized fleet with 3,500 vehicles/equipment<br>▪ Underinvestment in fleet and maintenance has created an unsafe fleet | ▪ Have implemented a fleet rejuvenation program with the goal of eliminating 1,000 vehicles/equipment<br>▪ In the process of negotiating contract terms with a fleet maintenance outsourcing provider.  Implementation expected in early FY2017 |
| **Real estate** | ▪ No cohesive real estate strategy in place to manage large portfolio in excess of 1,000 properties | ▪ Conducted RFP to hire 3rd party professional real estate firm to develop strategy and dispose of excess properties |



Confidential - Subject to Further Revisions and Modifications

# Operational improvements – Employee related

| | Situation Encountered | Actions Taken |
|---|---|---|
| **Productivity** | <ul><li>Inflexible work rules and high absenteeism</li><li>Paid leave of 80 days (twice industry norm)</li><li>Act 66 has generated improvements of $40m, but strong resistance is limiting its full potential</li></ul> | <ul><li>PREPA is implementing changes to work rules and benefits required to improve costs and productivity:<ul><li>Changes to work shifts in Call Center, along with use of 3rd party services</li><li>Changes to "cartas de deberes" for ICEE field investigators (energy theft)</li><li>Centralization of account maintenance activities (moving employee locations)</li></ul></li></ul> |
| **Safety** | <ul><li>Unacceptable safety record, in excess of 14,000 accidents and 15 fatalities over 10-year period</li><li>Culture of focusing on legislative compliance instead of promoting active safety culture</li></ul> | <ul><li>Hired industry leading firm to assess current situation and develop program to improve</li><li>Development of standard HSE dashboard to track implementation of improvement program</li></ul> |
| **Medical Benefits** | <ul><li>Medical benefits costs set to increase for both active and retired employees</li><li>PREPA's medical benefits design way above comparable Public Corporations</li><li>Retirement system projected to be insolvent by 2024</li></ul> | <ul><li>Transitioned to new supplier (MMM) for Retired Employees Health Plan for $4m annual savings. MMM is exceeding service level expectations after 12 months</li><li>Concluded FY 2013-2014 audit of active employees health plan for ~$3m cash reimbursement</li><li>Implemented changes to Active Employees Health Plan for $6m annual savings and improved utilization controls. Introduced service level metrics and performance reporting</li><li>No significant union issues relative to the Health Benefits changes</li><li>On-going analysis of Pension Plan options</li></ul> |



Confidential - Subject to Further Revisions and Modifications

# Operational improvements – organization Related

| | Situation Encountered | Actions Taken |
|---|---|---|
| **Succession Planning** | ▪ No succession plans<br>▪ Over 1000 currently staff eligible for retirement; many in critical positions<br>▪ 350 retirements per year; 1000 in 2014 associated with changes to the retirement plan<br>▪ Retirement system vulnerable and retirement levels sensitive to any changes | ▪ Identified most critical retention risks in T&D, Generation and CS (covers approx 80% of the workforce)<br>▪ Developed risk reduction plan via identified successors for 50% of the critical roles and alternative strategies for 40% of the critical roles (these are yet to be implemented) |
| **KPI - Meritocracy & Performance Mgmt** | ▪ Large Confianza job class drives significant instability, low accountability and lack of leadership from top management<br>▪ Leaders and managers are placed in positions based on political affiliation vs. job qualifications<br>▪ Outdated job descriptions and limited use of performance KPI's<br>▪ No formal performance management process | ▪ Identified KPIs (PREPA-wide and individual Directorates)<br>▪ Commenced KPI data gathering and built report template<br>▪ Piloted performance management with Senior Staff Defined PREPA-wide competencies and collected senior staff self-evaluations<br>▪ Built online performance evaluation tool to capture evaluations and support a broader roll-out (scope includes competency evaluations only at this stage) |
| **Organization Blueprint** | ▪ Highly silo'd, highly traditional bureaucracy<br>▪ Overly staffed with non-value added administrative personnel<br>▪ Over sized executive directorate and executive team<br>▪ Shortages in a limited number of specific technical skill areas | ▪ Defined key organizational/operational roles; Redesigned current directorate structure<br>▪ Establish staffing levels to support operational priorities<br>▪ Design new/streamlined  governance and decision processes |



Confidential - Subject to Further Revisions and Modifications

Case:17-03283-LTS   Doc#:4014-16   Filed:10/04/18   Entered:10/04/18 16:51:23   Desc:
Exhibit 20   Page 90 of 97

# Operational improvements – Information technology

| | Situation Encountered | Actions Taken |
|---|---|---|
| **Information Security** | ▪ Lack of adequate protections for PREPA's mission critical data network<br>▪ PREPA's customer data (personal identifiable data, i.e. SSN, credit card numbers) not safe<br>▪ Lack of IT security basic policies, processes and specialist resources | ▪ Implemented critical network protection components: firewall, proxy servers, network monitoring<br>▪ Developed plan to address every instance where customer data are not hidden, encrypted or protected<br>▪ Implemented strong password policy across entire company and started training program<br>▪ Currently conducting penetration test with specialist firm to define IT Security Phase II action plan |
| **Technical Infrastructure** | ▪ Santurce main data center at high risk of outages, due to deterioration of physical facilities and environmentals (HVAC, power supply, cabling)<br>▪ Non-operational disaster recovery plan<br>▪ Lack of effective monitoring of infrastructure problems and service levels | ▪ Implementing plan to migrate critical applications to a co-location facility (PREPA.Net) and 3rd party cloud (Microsoft)<br>▪ Cloud migration already 70% complete. Target to migrate applications to PREPA.Net by end of Q4 2017<br>▪ Disaster Recovery site in Aguirre is operational<br>▪ Implemented new Network Operations Center, monitoring software and IT help desk |
| **Customer Care & Billing System** | ▪ Lack of adequate testing and software release process , resulting in poor software quality<br>▪ Deficient reporting environment, data unreliable, reports take long time to produce<br>▪ Functional gaps, leading to manual processes (i.e. field operations)<br>▪ Application running an obsolete version, has not been updated since implementation in 2013<br>▪ Application outages and slow response time to users, exacerbated at month end | ▪ Implemented new provisional rate in 30 days from notification date to live release, worth $18m in additional cash. Currently implementing permanent rate<br>▪ Implemented new documentation standards for design, configuration of software changes<br>▪ Completing implementation of new testing environment (hardware and software), process and testing tool<br>▪ Implemented automated KPI reporting dashboard, updated weekly, using existing tools<br>▪ Developed software upgrade plan, to be executed after rate implementation |



# Energy Infrastructure/P3



Confidential - Subject to Further Revisions and Modifications

# Revitalization Act and upcoming RFPs

- PREPA Revitalization Act authorizes PREPA to create and foster investment in **public-private partnerships (P3)** related to needs of generation, transmission and distribution of energy

- P3 Law available to pursue P3 projects; evaluating committee to be composed of 5 members, including 2 PREPA representatives, and representatives from GDB, Public Energy Policy Office, and PPP Authority

- In the event PREPA does not complete competitive processes by dates established in Energy RELIEF Action Plan or IRP, the Energy Commission may begin and carry out these competitive processes

- PREPA and the Energy Commission developed a joint regulation for an RFP process, that was approved by the Governor during September of 2016

- PREPA will determine its new generation modernization priorities, taking into account operational performance of existing units, IRP outcome, market appetite (referencing REOI and other proposals received) and planned renewable additions as well as other relevant considerations.

- As part of its Modified Integrated Resource Plan, PREPA is expanding its use of renewable energy and is scheduled to begin a competitive bidding process for a **public-private partnership** for new generation capacity in the north of the island by **June 2017**



Confidential - Subject to Further Revisions and Modifications

# Energy infrastructure/P3 – critical projects

- Project sequencing will be designed to effectively progress the advancement of all needed energy Critical Projects and avoid major obstacles in the shortest timeline possible

- Will promote and improve funding models to leverage the use of private funds, where/as relevant and maximize access to, or use of, unused federal funds available

- PREPA is in dire need of an ambitious Infrastructure / P3 program for generation and T&D assets by the end of 2019, as well as other critical infrastructure projects beyond 2019

- Attracting external capital in PREPA's current fiscal situation must address investors concerns regarding governance, financing and execution of proposed infrastructure/Fiscal Plan program:

- PREPA will incorporate global best practices and industry standards in:

  - **Governance**: political independence, trusted board, and professional management of P3 delivery entity; and

  - **Financing and execution**: market terms on exclusivity and re-negotiation provisions of commercial agreement, subordination of any government-provided capital, clarity on ultimate counter-party and credit enhancement support

- A comprehensive and self-reinforcing P3 program will be designed to include:

| | | |
|---|---|---|
| ✓ Seeding and ring-fencing a P3 delivery entity with unencumbered assets and potential revenue flows | ✓ Leveraging asset base to enhance counter-party surety, improve project financing terms, and potentially raise third party financing for the P3 program or delivery entity | ✓ Establishing an independently-governed (or specifically dedicated PREPA PMO office), professionally managed P3 structure (e.g., via the P.R. P3 Authority) to select the right projects using objective criteria, deliver using optimal procurement strategy and commercial terms |

> **PREPA's structure should be responsible for end-to-end delivery of P3 projects, protection of core energy infrastructure assets, and re-investment into well-defined critical energy infrastructure needs**



Confidential - Subject to Further Revisions and Modifications

# Implementation: comprehensive P3 program design, delivery resources & approach to attract capital – in tandem with support from the P3 Authority and applicable regulators

| | **Description** | **Current State & Need** |
|---|---|---|
| **Create the Project Concept** | ▪ Develop energy project concepts alongside public and private partners<br>▪ Establish priorities, timelines and align key policy objectives (e.g., environmental and health compliance)<br>▪ Build basic profile of various critical projects | ▪ Concerns regarding PREC role in infrastructure procurement<br>▪ PREPA will lead effort under certified fiscal plan and budget – and FOMB<br>▪ Gain support of Governor's Infrastructure Taskforce/P3 Authority |
| **Prepare the P3 Project For Tender** | ▪ Prepare cost estimates and project feasibility<br>▪ Design P3 procurement model<br>▪ Issue P3 RFPs<br>▪ Facilitate legal due diligence to identify potential risks or legislative requirements | ▪ PREPA implemented market sounding effort (REOI in 2016)<br>▪ There are numerous interested private sector parties for energy infrastructure projects<br>▪ Expedited permitting under Title V, Act 76-2000, are key |
| **Tender & Deliver the P3 Project** | ▪ Attract private investors to provide debt and equity providers for construction and permanent financing<br>▪ Ensure the financing terms and commensurate service levels meet PREPA requirements | ▪ PREPA will design a comprehensive P3 energy infrastructure program<br>▪ Government procurement process viewed as inefficient and uncertain<br>▪ PREPA has limited capital budget to provide cash equity<br>▪ Government, PREPA going through restructuring – attracting long-term debt remains a challenge |





Confidential - Subject to Further Revisions and Modifications

# PREPA's infrastructure program success will hinge on addressing fundamental governance, execution, and financing questions

**Governance**

- PREPA will create a PMO for centralized project consideration, including efforts between Taskforce and P3 Authority & coordination with relevant agencies
- PREPA is enhancing governance provisions under the supplement to the RSA

**Execution & Financing**

- PREPA's Fiscal Plan contemplates ensuring necessary capital to launch infrastructure/P3 critical projects as necessary operating expenses to ensure environmental, health and safety compliance, among others
- PREPA, through its Fiscal Plan, will ensure having sufficient internal and external resources to execute
- Environmental review, siting, permitting (including federal) for critical energy projects will be managed via Title V (Revitalization Coordinator), Act 76-2000, Executive Order No. 3-2017 and related regulations
- Supplemental RSA terms and conditions will be leveraged
- PREPA is reviewing how to best leverage existing assets to maximize P3 critical project opportunities
- Will there be regulation/ legislation that will protect private capital? (e.g. exclusivity, limited protection from competition)



{...}

Confidential - Subject to Further Revisions and Modifications

# Governance enablers for P3 program success include political independence, trusted board, and professional management of P3 delivery entity & implementation

| Success factor | Rationale | Key implementation concerns addressed |
|---|---|---|
| **Political Independence** | ▪ Political independence of decisions to determine optimal delivery and procurement models, to assure long-term investors and developers that:<br>  • Critical projects have merit and address clear needs – under PREPA certified fiscal plan<br>  • Procurement is to be completed without political veto or interference per fiscal plan | ▪ Priority critical projects are identified as is criteria to support projects<br>▪ Permitting form local agencies as well as federal must be efficient and supportive – under PROMESA |
| **Trusted Board of Directors** | ▪ High-level representation across key public sector stakeholders and functional areas of expertise drawn from prominent private and public sector individuals – to provide credibility and assure broad buy-in to overall energy P3 projects | ▪ PREPA BoD will remain professional and highly supportive of the certified Fiscal Plan |
| **Professional Management - Implementation** | ▪ Sufficient coverage from in-house PREPA professionals and external experts across key functional areas (technical, commercial, legal, etc.) will be organized to assure appropriate diligence, procurement approach, commercial structure and implementation for each critical project | ▪ PREPA is designing, as part of its new organizational structure, PMO offices to manage and implement operational, financial and infrastructure projects under the Fiscal Plan |



Confidential - Subject to Further Revisions and Modifications

# Legislation has been enacted to address the challenges faced by Puerto Rico's energy sector

| Legislation | |
|---|---|
| **Puerto Rico Energy Transformation and RELIEF Act (Act No. 57-2014)** | ▪ Creation of Energy Commission<br>  • Regulatory oversight for PREPA, including assessment of service quality and review of proposed rates<br>  • Ongoing rate case with respect to proposed 1.025 cent/kWh provisional rate increase<br>  • New transparent rate structure<br>  • Provides for better monitoring of PREPA's efficiency<br>  • Covers PREPA's costs and eliminates structural deficits |
| **PREPA Revitalization Act** | ▪ Enhanced Accountability<br>  • Consumer Advocacy position: the Independent Consumer Protection Office (ICPO)<br>  • Limits on electricity provided to municipal entities as Contributions in Lieu of Taxes (CILT) |
| **The Puerto Rico Oversight, Management and Economic Stability Act (PROMESA)** | ▪ Creates a federal restructuring regime for the Government of Puerto Rico and its instrumentalities<br>▪ Establishes the FOMB to oversee the development of budgets and fiscal plans for Puerto Rico's instrumentalities and government |

