# **EXHIBIT 28**



# Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)

### Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name:   **Puerto Rico Electric Power Authority (PREPA); Commonwealth of Puerto Rico**

Other Obligated Person's Name (if any):

Six-digit CUSIP number(s):   **PREPA: 745268 and 74526Q; Commonwealth of Puerto Rico: 745145 and 74514L**

**TYPE OF INFORMATION PROVIDED:**

A. ☐ Amendment to Continuing Disclosure Undertaking

B. ☐ Change in Obligated Person

C. ☐ Notice to Investor Pursuant to Bond Documents

D. ☐ Communication from the Internal Revenue Service

E. ☐ Bid for Auction Rate and Other Securities

F. ☐ Capital or Other Financing Plan

G. ☐ Litigation / Enforcement Action

H. ☐ Change of Tender Agent.  Remarketing Agent or Other On-going Party

I. ☐ Derivative or Other Similar Transaction

J. ☒ Other Event-Based Disclosures:   **PREPA Superpriority Post-Petition Revolving Credit Loan Agreement report provided to the Commonwealth of Puerto Rico on March 14, 2018**

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.


*/s/ Sebastián M. Torres Rodríguez*
Sebastián M. Torres Rodríguez
Puerto Rico Fiscal Agency and Financial Advisory Authority,
   as Fiscal Agent for the Commonwealth

Dated: March 19, 2018



PO Box42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525

# PUERTO RICO ELECTRIC POWER AUTHORITY

# NOTICE OF VOLUNTARY FILING

On February 22, 2018, the Puerto Rico Electric Power Authority (the "Borrower") and the Commonwealth of Puerto Rico (the "Lender") entered into that certain Superpriority Post-Petition Revolving Credit Loan Agreement (the "Loan Agreement"), whereby the Commonwealth agreed to provide the Borrower with revolving loans in an aggregate principal amount not to exceed $300 million.

Pursuant to section 5-6 of the Loan Agreement, the following reporting materials provided by the Borrower to the Lender on March 14, 2018, are attached to this Notice:

    (i)      13-week Cash Flow Update;

    (ii)     Cash Balances;

    (iii)    Grid Status Update;

    (iv)    Generation Status Report; and

    (v)     Emergency Spend and Reimbursement Flash Report.

PUERTO RICO ELECTRIC POWER AUTHORITY

Dated: March 19, 2018



**Puerto Rico Electric Power Authority**

# Puerto Rico Electric Power Authority

## 13-Week Cash Flow Update

March 14, 2018

# Disclaimer

The information contained herein (the "**Information**") has been provided and prepared by the Puerto Rico Power Authority ("PREPA" or the "**Company**") and is in draft form subject to further discussions and revisions. No representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of the Information, that has not been independently verified. The Company and its advisors shall have no responsibility or liability for the accuracy or completeness of the Information, any errors, inaccuracies or omissions in the Information or the consequences of any reliance upon the Information. Without limitation of the foregoing, no representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of any forecasts or projections contained in the Information. Nothing contained in the Information may be relied upon as a promise or representation as to the future. The Information does not constitute an offer or solicitation to sell or purchase securities. Neither the Company or its advisors shall have any liability, whether direct or indirect, in contract or tort or otherwise, to any person in connection with the Information.

Projections are included in the Information. Such projections have not been examined by auditors. The projections and other material set forth herein contain certain statements that are "forward- looking statements". These statements are subject to a number of assumptions, risks, and uncertainties, many of which are and will be beyond the control of the Company including, among others, availability and timing of liquidity sources, availability of supplies and supplier financing, changes in general economic, political, governmental and business conditions globally and in Puerto Rico, the Company's ability to achieve cost savings, changes in interest rates, changes in inflation rates, changes in exchange rates, changes in fuel prices, changes in business strategy and various other factors. These statements speak as of the date indicated and are not guarantees of future performance. Actual results or developments may differ materially from the expectations expressed or implied in the forward-looking statements, and the Company undertakes no obligation to update any such statements whether as a result of new information, future events or otherwise.

Recipients of the Information agree to keep the Information strictly confidential. The Information is highly confidential and contains proprietary and confidential information about the Company, its subsidiaries and its operations. This document material is being presented solely for your information and may not be copied, reproduced or redistributed to any other person in any manner. At the request of the Company, the recipient will promptly return all non-public material received from the Company (including this document) without retaining any copies thereof. For the avoidance of doubt, Information includes the nature, substance, status, and terms of any discussions related to the Information discussed herein.

The Information does not constitute an offer or invitation to purchase or subscribe for any shares or other securities of the Company and neither any part of this document nor any information or statement contained therein shall form the basis of or be relied upon in connection with any contract or commitment whatsoever. By receiving the Information, you agree to be bound by the foregoing limitations.



**Puerto Rico Electric Power Authority**

## Table of Contents

- General Overview

- February 2nd Budget Forecast updated for actuals through 3/9/18 "Current Forecast"

- February 2nd Budget Forecast

- Current Forecast vs February 2nd Budget Forecast Ending Cash Bridge



**Puerto Rico Electric Power Authority**

3

# General Overview

- The Current Forecast included in this report has been updated for actuals through 3/9/18; the forecast period is based on the February 2nd Budget Forecast

- The Current Forecast vs February 2nd Budget Forecast Ending Cash Bridge captures the cumulative variance from 2/2/18 through 3/9/18

- Any timing related variances from actual weeks have not been re-timed into future periods for purposes of this analysis (e.g., certain Fuel & Purchased Power variances)

- The transfer from the Segregated Account to the Operating Accounts during the week of 3/16 relates to Eligible Uses through 3/9 that have not yet been transferred



**Puerto Rico Electric Power Authority**

4

# Current Forecast

| ($ in millions) Week ending | Actual 12/22 | Actual 12/29 | Actual 01/05 | Actual 01/12 | Actual 01/19 | Actual 01/26 | Actual 02/02 | Actual 02/09 | Actual 02/16 | Actual 02/23 | Actual 03/02 | Actual 03/09 | 1 03/16 | 2 03/23 | 3 03/30 | 4 04/06 | 5 04/13 | 6 04/20 | 7 04/27 | 8 05/04 | 9 05/11 | 10 05/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | |
| Customer collections | $35.9 | $14.3 | $16.5 | $24.6 | $23.5 | $28.5 | $112.5 | $38.6 | $35.3 | $48.1 | $35.8 | $55.8 | $20.2 | $20.1 | $20.8 | $20.8 | $20.9 | $28.0 | $28.0 | $31.2 | $41.4 | $48.0 |
| FEMA Reimbursements | - | - | 63.2 | 9.7 | 27.0 | 23.2 | 22.0 | 25.5 | 23.4 | 4.9 | - | 1.0 | 45.0 | 57.3 | 40.1 | 31.9 | 289.8 | 47.6 | 112.5 | 39.7 | 31.4 | 32.0 |
| Transfer from PREPA Insurance Account | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12.5 | 12.5 | 12.5 | 12.5 | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | $35.9 | $14.3 | $79.6 | $34.4 | $50.4 | $51.7 | $134.5 | $64.1 | $58.7 | $53.0 | $35.8 | $56.8 | $65.2 | $77.3 | $60.9 | $52.7 | $323.2 | $88.0 | $153.0 | $83.6 | $72.8 | $80.1 |
| **INELIGIBLE USES** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Gross Overtime | - | (5.6) | - | (4.8) | - | (3.0) | - | (3.8) | - | (3.5) | - | (4.6) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) |
| Contract Labor - Title III | - | - | (2.0) | - | (0.3) | - | - | - | (1.4) | (1.7) | (1.6) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | |
| Emergency Spend | - | - | (15.4) | (9.7) | (50.3) | - | (40.0) | (20.8) | (15.9) | (4.9) | - | (1.0) | (45.0) | (57.3) | (40.1) | (31.9) | (292.8) | (50.6) | (144.5) | (43.9) | (34.6) | (35.4) |
| Substation Repairs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (12.5) | (12.5) | (12.5) | (12.5) | - | - |
| Other Ineligible Uses | - | - | - | - | - | - | - | - | - | - | (5.7) | (5.6) | - | - | - | - | - | - | - | - | - | - |
| Cash Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ineligible Uses** | $- | $(5.6) | $(15.4) | $(16.5) | $(50.3) | $(3.3) | $(40.0) | $(24.6) | $(15.9) | $(9.8) | $(7.5) | $(12.9) | $(46.9) | $(62.7) | $(42.0) | $(37.3) | $(307.2) | $(68.5) | $(158.9) | $(61.8) | $(36.5) | $(40.8) |
| **Receipts Excess (Shortfall)** | $- | $- | $- | $- | $- | $- | $- | $- | $- | $43.2 | $28.3 | $44.0 | $18.3 | $14.7 | $18.9 | $15.4 | $16.0 | $19.6 | $(5.9) | $21.8 | $36.3 | $39.3 |
| **OPERATING RESERVE FUND / OPERATING ACCOUNT** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $219.9 | $216.6 | $273.4 | $300.0 | $300.0 | $300.0 | $283.5 | $247.8 | $229.0 | $190.5 | $135.3 | $125.6 |
| Operating Account Balance | - | - | - | - | - | - | - | - | - | 215.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| Receipts | - | - | - | - | - | - | - | - | - | 53.0 | 35.8 | 56.8 | 65.2 | 77.3 | 60.9 | 52.7 | 323.2 | 88.0 | 153.0 | 83.6 | 72.8 | 80.1 |
| Ineligible Uses | - | - | - | - | - | - | - | - | - | (9.8) | (7.5) | (12.9) | (46.9) | (62.7) | (42.0) | (37.3) | (307.2) | (68.5) | (158.9) | (61.8) | (36.5) | (40.8) |
| Eligible Use (Shortfall) | - | - | - | - | - | - | - | - | - | (38.4) | (31.6) | (76.4) | - | - | - | (32.0) | (51.6) | (38.3) | (32.6) | (77.1) | (46.0) | (59.5) |
| Transfer from Segregated Account | - | - | - | - | - | - | - | - | - | - | - | 89.3 | 18.7 | - | - | - | - | - | - | - | - | - |
| Loan Repayments | - | - | - | - | - | - | - | - | - | - | - | - | (10.4) | (14.7) | (18.9) | - | - | - | - | - | - | - |
| **Ending Balance** | $- | $- | $- | $- | $- | $- | $- | $- | $- | $219.9 | $216.6 | $273.4 | $300.0 | $300.0 | $300.0 | $283.5 | $247.8 | $229.0 | $190.5 | $135.3 | $125.6 | $105.4 |
| **OPERATING ACCOUNT (PRE-CLOSING)** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $275.1 | $242.2 | $208.1 | $259.9 | $219.9 | $187.0 | $187.5 | $233.2 | $194.7 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| Pre-Closing | | | | | | | | | | | | | | | | | | | | | | |
| Receipts | 35.9 | 14.3 | 79.6 | 34.4 | 50.4 | 51.7 | 134.5 | 64.1 | 58.7 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ineligible Uses | - | (5.6) | (15.4) | (16.5) | (50.3) | (3.3) | (40.0) | (24.6) | (15.9) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Eligible Uses (see below) | (68.9) | (42.8) | (18.2) | (62.8) | (33.1) | (47.8) | (38.1) | (78.0) | (22.4) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds Transferred to Restricted Accounts | - | - | 5.8 | 5.0 | - | - | (10.8) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-Closing | | | | | | | | | | | | | | | | | | | | | | |
| Residual Cash Flow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | $242.2 | $208.1 | $259.9 | $219.9 | $187.0 | $187.5 | $233.2 | $194.7 | $215.1 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| **OPERATING ACCOUNT + OPERATING RESERVE FUND** | $242.2 | $208.1 | $259.9 | $219.9 | $187.0 | $187.5 | $233.2 | $194.7 | $215.1 | $219.9 | $216.6 | $273.4 | $300.0 | $300.0 | $300.0 | $283.5 | $247.8 | $229.0 | $190.5 | $135.3 | $125.6 | $105.4 |
| **ELIGIBLE USES** | | | | | | | | | | | | | | | | | | | | | | |
| Power purchase - AES | $- | $(13.7) | $- | $- | $- | $(13.7) | $- | $(13.9) | $- | $- | $- | $(22.3) | $(12.5) | $- | $- | $(4.8) | $(3.6) | $(3.6) | $- | $(7.6) | $(5.7) | $(5.7) |
| Power purchase - EcoElectrica | (31.0) | - | - | - | - | - | - | (24.1) | - | - | - | (26.5) | - | (28.8) | - | (7.2) | (7.2) | (7.2) | (7.2) | (6.2) | (6.2) | (6.2) |
| Power purchase - Renewable sources | - | - | - | - | - | - | - | - | (3.2) | (0.4) | - | (1.4) | - | - | - | - | - | - | - | - | - | - |
| Fuel purchase - Fleet and storage | (0.5) | - | - | (0.4) | (0.1) | - | - | - | (0.5) | - | - | (1.2) | - | - | - | (1.5) | - | - | - | (1.5) | - | - |
| Fuel purchase - Freepoint | - | - | (4.6) | (9.2) | (4.4) | (9.0) | (4.4) | (9.0) | (4.4) | (9.2) | (9.4) | (4.8) | (10.0) | (23.1) | (9.6) | (4.9) | (22.7) | (29.0) | (9.7) | (16.4) | (12.0) | (10.3) |
| Fuel purchase - Puma | (15.9) | (9.6) | (5.6) | (12.0) | (9.8) | (15.9) | (10.8) | (6.0) | (14.3) | (5.5) | - | (2.3) | (9.1) | (6.9) | (9.2) | (7.3) | (4.8) | (2.3) | (2.3) | (10.9) | (6.8) | (6.8) |
| LNG purchase - Fenosa | (11.1) | - | - | (13.9) | - | - | - | (16.0) | - | - | (11.1) | - | (15.1) | (4.6) | (4.6) | (4.6) | (4.6) | (6.3) | (6.3) | (6.3) | (6.3) | (6.3) |
| Estimated Payroll | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (5.7) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) |
| Social security | - | (2.8) | - | (2.5) | - | (2.4) | - | (2.6) | - | (2.5) | - | (2.3) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) |
| Payroll taxes | - | (0.6) | - | (0.6) | - | (1.8) | - | (2.2) | - | (2.0) | - | (1.7) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) |
| Contributions to employee benefit programs | - | (5.0) | - | (5.3) | - | (5.3) | - | (5.3) | - | (5.3) | - | (5.2) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) |
| Medical benefit costs | - | (1.0) | (3.8) | (9.0) | - | - | (1.8) | - | - | - | (4.6) | - | - | - | - | (5.8) | - | - | - | (5.8) | - | - |
| Workers compensation / disability funding | - | - | - | (3.4) | - | - | - | - | - | (6.0) | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract Labor - Other | - | - | - | (0.0) | - | - | (0.0) | (0.0) | (0.1) | - | (0.1) | (0.4) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) |
| Insurance premiums | - | - | - | (0.9) | - | - | - | - | - | - | - | - | (1.5) | - | - | - | - | - | - | - | - | (0.3) |
| Maintenance Disbursements | - | - | - | (0.6) | (1.0) | (1.5) | - | (5.0) | - | - | (2.0) | - | (4.5) | (4.5) | (4.5) | (3.9) | (3.9) | (3.9) | (3.9) | (4.2) | (4.2) | (4.2) |
| Employee expense reimbursements | (0.5) | (0.3) | (0.4) | (0.2) | (0.4) | (0.5) | (0.8) | (1.0) | (0.6) | - | - | - | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) |
| Additional accounts payable | (2.4) | - | - | (2.6) | (2.5) | (5.1) | (3.0) | (1.0) | (6.7) | (0.5) | (0.7) | (2.5) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) |
| Other | (7.6) | (2.0) | (3.8) | 5.6 | 1.5 | (0.7) | (3.0) | 1.9 | 7.5 | 0.7 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Eligible Uses** | $(68.9) | $(42.8) | $(18.2) | $(62.8) | $(33.1) | $(47.8) | $(38.1) | $(78.0) | $(22.4) | $(38.4) | $(31.6) | $(76.4) | $(57.5) | $(87.7) | $(31.2) | $(58.3) | $(51.6) | $(71.9) | $(32.6) | $(77.1) | $(46.0) | $(59.5) |
| **SEGREGATED ACCOUNT** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $300.0 | $300.1 | $210.9 | $134.7 | $57.5 | $26.3 | $- | $- | $- | $- | $- | $- |
| Borrowings | - | - | - | - | - | - | - | - | - | 300.0 | - | - | - | 10.4 | - | - | - | 33.6 | - | - | - | - |
| Interest Income | - | - | - | - | - | - | - | - | - | - | 0.1 | 0.1 | - | - | - | - | - | - | - | - | - | - |
| Transfer to Operating Accounts | - | - | - | - | - | - | - | - | - | - | - | (89.3) | (18.7) | - | - | - | - | - | - | - | - | - |
| Eligible Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | (57.5) | (87.7) | (31.2) | (58.3) | (51.6) | (71.9) | (32.6) | (77.1) | (46.0) | (59.5) |
| **Ending Balance** | $- | $- | $- | $- | $- | $- | $- | $- | $- | $300.0 | $300.1 | $210.9 | $134.7 | $57.5 | $26.3 | $- | $- | $- | $- | $- | $- | $- |
| Eligible Use (Shortfall) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $(32.0) | $(51.6) | $(38.3) | $(32.6) | $(77.1) | $(46.0) | $(59.5) |
| **LOANS OUTSTANDING** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $300.0 | $300.0 | $300.0 | $289.6 | $285.3 | $266.4 | $266.4 | $266.4 | $300.0 | $300.0 | $300.0 | $300.0 |
| Initial Draw | - | - | - | - | - | - | - | - | - | 300.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Periodic Loan 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | 10.4 | - | - | - | - | - | - | - | - |
| Periodic Loan 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 33.6 | - | - | - | - |
| Repayments | - | - | - | - | - | - | - | - | - | - | - | - | (10.4) | (14.7) | (18.9) | - | - | - | - | - | - | - |
| **Ending Balance** | $- | $- | $- | $- | $- | $- | $- | $- | $- | $300.0 | $300.0 | $300.0 | $289.6 | $285.3 | $266.4 | $266.4 | $266.4 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| **Residual Cash Flow** | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| **LOAN DRAW ASSUMPTIONS** | | | | | | | | | | | | | | | | | | | | | | |
| Eligible Uses Subsequent Consecutive Four Weeks | | | | | | | | | | $267.6 Budget | | | | $228.7 | | | | $227.7 | | | | |
| Eligible Use Variance % | | | | | | | | | | 15% | | | | 15% | | | | 15% | | | | |
| Allowed Draw Amount | | | | | | | | | | $307.7 | | | | $263.0 | | | | $261.8 | | | | |
| Less: Segregated Account Unrestricted and Uncommitted Cash | | | | | | | | | | - | | | | (134.7) | | | | - | | | | |
| Draw Amount | | | | | | | | | | $307.7 | | | | $128.3 | | | | $261.8 | | | | |
| Commitment | | | | | | | | | | $300.0 | | | | $300.0 | | | | $300.0 | | | | |

5

Puerto Rico Electric Power Authority

# February 2nd Budget Forecast

($ in millions)

| | Actual 12/22 | Actual 12/29 | Actual 01/05 | Actual 01/12 | Actual 01/19 | Actual 01/26 | Actual 02/02 | 1 02/09 | 2 02/16 | 3 02/23 | 4 03/02 | 5 03/09 | 6 03/16 | 7 03/23 | 8 03/30 | 9 04/06 | 10 04/13 | 11 04/20 | 12 04/27 | 13 05/04 | 14 05/11 | 15 05/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | |
| Customer collections | $ 35.9 | $ 14.3 | $ 16.5 | $ 24.6 | $ 23.5 | $ 28.5 | $ 112.5 | $ 25.0 | $ 19.4 | $ 19.7 | $ 20.3 | $ 20.1 | $ 20.2 | $ 20.1 | $ 20.8 | $ 20.8 | $ 20.9 | $ 28.0 | $ 28.0 | $ 31.2 | $ 41.4 | $ 48.0 |
| FEMA Reimbursements | - | - | 63.2 | 9.7 | 27.0 | 23.2 | 22.0 | 33.0 | 22.0 | 67.7 | 38.4 | 68.3 | 45.0 | 57.3 | 40.1 | 31.9 | 289.8 | 47.6 | 112.5 | 39.9 | 31.4 | 32.0 |
| Transfer from PREPA Insurance Account | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12.5 | 12.5 | 12.5 | 12.5 | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | $ 35.9 | $ 14.3 | $ 79.6 | $ 34.4 | $ 50.4 | $ 51.7 | $ 134.5 | $ 57.9 | $ 41.4 | $ 87.5 | $ 58.7 | $ 88.4 | $ 65.2 | $ 77.3 | $ 60.9 | $ 52.7 | $ 323.2 | $ 88.0 | $ 153.0 | $ 83.6 | $ 72.8 | $ 80.1 |
| **INELIGIBLE USES** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Gross Overtime | - | (5.6) | - | (4.8) | - | (3.0) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) |
| Contract Labor - Title III | - | - | - | (2.0) | - | (0.3) | - | - | (3.0) | (3.0) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) |
| Emergency Spend | - | - | (15.4) | (9.7) | (50.3) | - | (40.0) | (20.8) | (22.0) | (67.7) | (38.4) | (68.3) | (45.0) | (57.3) | (40.1) | (31.9) | (292.8) | (50.6) | (144.5) | (43.9) | (34.6) | (35.4) |
| Substation Repairs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (12.5) | (12.5) | (12.5) | (12.5) | - | - |
| Cash Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ineligible Uses** | $ - | $ (5.6) | $ (15.4) | $ (16.5) | $ (50.3) | $ (3.3) | $ (40.0) | $ (24.3) | $ (25.0) | $ (74.2) | $ (40.3) | $ (73.7) | $ (46.9) | $ (62.7) | $ (42.0) | $ (37.3) | $ (307.2) | $ (68.5) | $ (158.9) | $ (61.8) | $ (36.5) | $ (40.8) |
| **Receipts Excess (Shortfall)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13.2 | $ 18.4 | $ 14.7 | $ 18.3 | $ 14.7 | $ 18.9 | $ 15.4 | $ 16.0 | $ 19.6 | $ (5.9) | $ 21.8 | $ 36.3 | $ 39.3 |
| **OPERATING RESERVE FUND / OPERATING ACCOUNT** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | 158.0 | 176.4 | 191.1 | 209.4 | 168.8 | 156.6 | 113.7 | 78.1 | 25.7 | (12.8) | (68.0) | (77.8) |
| Operating Account Balance | - | - | - | - | - | - | - | - | - | 144.8 | - | - | - | - | - | - | - | - | - | - | - | - |
| Receipts | - | - | - | - | - | - | - | - | - | 87.5 | 58.7 | 88.4 | 65.2 | 77.3 | 60.9 | 52.7 | 323.2 | 88.0 | 153.0 | 83.6 | 72.8 | 80.1 |
| Ineligible Uses | - | - | - | - | - | - | - | - | - | (74.2) | (40.3) | (73.7) | (46.9) | (62.7) | (42.0) | (37.3) | (307.2) | (68.5) | (158.9) | (61.8) | (36.5) | (40.8) |
| Eligible Use (Shortfall) | - | - | - | - | - | - | - | - | - | - | - | - | - | (55.3) | (31.2) | (58.3) | (51.6) | (71.9) | (32.6) | (77.1) | (46.0) | (59.5) |
| Loan Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 158.0 | 176.4 | 191.1 | 209.4 | 168.8 | 156.6 | 113.7 | 78.1 | 25.7 | (12.8) | (68.0) | (77.8) | (98.0) |
| **OPERATING ACCOUNT (PRE-CLOSING)** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ 275.1 | $ 242.2 | $ 208.1 | $ 259.9 | $ 219.9 | $ 187.0 | $ 187.5 | $ 233.2 | $ 190.4 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Pre-Closing* | | | | | | | | | | | | | | | | | | | | | | |
| Receipts | 35.9 | 14.3 | 79.6 | 34.4 | 50.4 | 51.7 | 134.5 | 57.9 | 41.4 | | | | | | | | | | | | | |
| Ineligible Uses | - | (5.6) | (15.4) | (16.5) | (50.3) | (3.3) | (40.0) | (24.3) | (25.0) | | | | | | | | | | | | | |
| Eligible Uses (see below) | (68.9) | (42.8) | (18.2) | (62.8) | (33.1) | (47.8) | (38.1) | (76.5) | (62.0) | | | | | | | | | | | | | |
| Proceeds Transferred to Restricted Accounts | - | - | - | - | - | - | - | - | (10.8) | | | | | | | | | | | | | |
| *Post-Closing* | | | | | | | | | | | | | | | | | | | | | | |
| Residual Cash Flow | - | - | 5.8 | 5.0 | - | - | - | - | - | | | | | | | | | | | | | |
| **Ending Balance** | $ 242.2 | $ 208.1 | $ 259.9 | $ 219.9 | $ 187.0 | $ 187.5 | $ 233.2 | $ 190.4 | $ 144.8 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **OPERATING ACCOUNT + OPERATING RESERVE FUND** | $ 242.2 | $ 208.1 | $ 259.9 | $ 219.9 | $ 187.0 | $ 187.5 | $ 233.2 | $ 190.4 | $ 144.8 | 158.0 | 176.4 | 191.1 | 209.4 | 168.8 | 156.6 | 113.7 | 78.1 | 25.7 | (12.8) | (68.0) | (77.8) | (98.0) |
| **ELIGIBLE USES** | | | | | | | | | | | | | | | | | | | | | | |
| Power purchase - AES | $ - | $ (13.7) | $ - | $ - | $ (13.7) | $ - | $ (13.9) | $ - | $ (22.6) | (12.5) | (12.5) | - | (12.5) | - | - | (4.8) | (3.6) | (3.6) | - | (7.6) | (5.7) | (5.7) |
| Power purchase - EcoElectrica | (31.0) | - | - | - | - | - | - | (24.1) | - | (26.5) | - | (28.4) | - | (28.8) | - | (7.2) | (7.2) | (7.2) | (7.2) | (6.2) | (6.2) | (6.2) |
| Power purchase - Renewable sources | - | - | - | - | - | - | - | - | (11.4) | | | | | | | | | | | | | |
| Fuel purchase - Fleet and storage | (0.5) | - | - | (0.4) | (0.1) | - | - | - | (3.2) | (1.5) | - | - | (1.5) | - | - | - | (1.5) | - | - | - | (1.5) | - |
| Fuel purchase - Freepoint | - | - | (4.6) | (9.2) | (4.4) | (9.0) | (4.4) | (9.0) | (4.4) | (9.2) | (4.6) | (9.6) | (10.0) | (23.1) | (9.6) | (4.9) | (22.7) | (29.0) | (9.7) | (16.4) | (12.0) | (10.3) |
| Fuel purchase - Puma | (15.9) | (9.6) | (5.6) | (12.0) | (9.8) | (15.9) | (10.8) | (7.3) | (9.8) | (6.4) | (11.2) | (4.5) | (9.1) | (6.9) | (9.2) | (7.3) | (4.8) | (2.3) | (2.3) | (10.9) | (6.8) | (6.8) |
| LNG purchase - Fenosa | (11.1) | - | - | (13.9) | - | - | - | (16.0) | - | - | (11.1) | - | (15.1) | (4.6) | (4.6) | (4.6) | (4.6) | (6.3) | (6.3) | (6.3) | (6.3) | (6.3) |
| Estimated Payroll | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) |
| Social security | - | (2.8) | - | (2.5) | - | (2.4) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) |
| Payroll taxes | - | (0.6) | - | (0.6) | - | (1.8) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) |
| Contributions to employee benefit programs | - | (5.0) | - | (5.3) | - | (5.3) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) |
| Medical benefit costs | - | (1.0) | (3.8) | (9.0) | - | - | (1.8) | - | (3.6) | (1.8) | (3.6) | (5.8) | - | (5.8) | - | - | (5.8) | - | - | (5.8) | - | - |
| Workers compensation / disability funding | - | - | - | (3.4) | - | - | - | - | - | (6.0) | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract Labor - Other | - | - | - | (0.0) | - | - | - | - | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) |
| Insurance premiums | - | - | - | (0.9) | - | - | - | - | (0.4) | - | - | - | (1.5) | - | - | - | - | - | - | - | - | (0.3) |
| Maintenance Disbursements | - | - | (0.6) | (1.0) | (1.5) | - | - | - | (3.2) | (3.2) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (3.9) | (3.9) | (3.9) | (3.9) | (4.2) | (4.2) | (4.2) |
| Employee expense reimbursements | - | - | - | - | - | - | - | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) |
| Additional accounts payable | (2.4) | - | - | (2.6) | (5.1) | (3.0) | (4.0) | (3.3) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) |
| Other | (8.1) | (2.3) | (4.2) | 5.3 | 1.1 | (1.2) | (3.2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Eligible Uses** | $ (68.9) | $ (42.8) | $ (18.2) | $ (62.8) | $ (33.1) | $ (47.8) | $ (38.1) | $ (76.5) | $ (62.0) | $ (86.8) | $ (50.8) | $ (72.5) | $ (57.5) | $ (87.7) | $ (31.2) | $ (58.3) | $ (51.6) | $ (71.9) | $ (32.6) | $ (77.1) | $ (46.0) | $ (59.5) |
| **SEGREGATED ACCOUNT** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | 213.2 | 162.4 | 89.9 | 32.4 | - | - | - | - | - | - | - | - |
| Borrowings | - | - | - | - | - | - | - | - | - | 300.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Eligible Disbursements | - | - | - | - | - | - | - | - | - | (86.8) | (50.8) | (72.5) | (57.5) | (87.7) | (31.2) | (58.3) | (51.6) | (71.9) | (32.6) | (77.1) | (46.0) | (59.5) |
| **Ending Balance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 213.2 | 162.4 | 89.9 | 32.4 | - | - | - | - | - | - | - | - | - |
| **Eligible Use (Shortfall)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | - | - | - | (55.3) | (31.2) | (58.3) | (51.6) | (71.9) | (32.6) | (77.1) | (46.0) | (59.5) |
| **LOANS OUTSTANDING** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 |
| Initial Draw | - | - | - | - | - | - | - | - | - | 300.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Periodic Loan 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Periodic Loan 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 |
| **Residual Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**LOAN DRAW ASSUMPTIONS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Eligible Uses Subsequent Consecutive Four Weeks | | $ 267.6 | | | $ 228.7 | | $ 227.7 |
| Eligible Use Variance % | | 15% | | | 15% | | 15% |
| Allowed Draw Amount | | $ 307.7 | | | $ 263.0 | | $ 261.8 |
| Less: Segregated Account Unrestricted and Uncommitted Cash | | (32.4) | | | - | | - |
| **Draw Amount** | | $ 307.7 | | | $ 230.6 | | $ 261.8 |
| **Commitment** | | $ 300.0 | | | $ 300.0 | | $ 300.0 |

6

Puerto Rico Electric Power Authority

## Current Forecast vs February 2nd Budget Forecast
## Ending Cash Bridge as of March 9, 2018



- Ending cash balances includes Operating Accounts, Operating Reserve Fund and the Segregated Account
- "Customer collections" variance due to recent positive experiences in cash collections, which is partially due to successful collection activities by PREPA
- "Eligible Uses – Energy Purchases" variance primarily due to timing of AES, EcoElectrica, Renewable and Fleet & Storage payments
- "Eligible Uses – Employee Disbursements" variance primarily due to timing of medical benefit cost payments
- "Eligible Uses – Other" variance primarily due to lower Maintenance, Other A/P and transfer of $10M to Other Ineligible Uses

7



Puerto Rico Electric Power Authority

**PUERTO RICO ELECTRIC POWER AUTHORITY**
Cash in bank and time deposit accounts

Date: 03/09/18

| Name | Account Number | Description | Notes | 03/09/18 |
|---|---|---|---|---|
| Banco Popular | ▇▇▇ | Revenue Deposit Account | ZBA to Popular▇ | - |
| Banco Popular | ▇▇▇ | Revenue Deposit Account (Credit Cards) | ZBA to Popular▇ | - |
| Banco Popular | ▇▇▇ | Concentration Account | Active Concentration Account | 130,101,394.18 |
| Banco Popular | ▇▇▇ | Disbursement Account | Per Diem & Small Local Vendors | 35,307.13 |
| Banco Popular | ▇▇▇ | Revenue Deposit Account (Corp. Clients) | ZBA to Popular▇ | - |
| Banco Popular | ▇▇▇ | Revenue Deposit Account (Gov't Clients) | ZBA to Popular▇ | - |
| Banco Popular | ▇▇▇ | Concentration Account | Old Concentration Account | 162,119.41 |
| Banco Popular | ▇▇▇ | Revenue Deposit Account | ZBA to Popular▇ | - |
| Banco Popular | ▇▇▇ | Project Guavate (related to mitigation work performed in Guavate; construction of underground lines) | Old FEMA Reimbursement Account | 2,490,266.00 |
| Oriental | ▇▇▇ | Concentration Account | Active Concentration Account | 17,446,118.74 |
| Oriental | ▇▇▇ | Deposit/Collateral Account | $2M required by Oriental per bank agreement (Restricted) | 2,000,000.00 |
| Oriental | ▇▇▇ | Revenue Deposit Account | ZBA to Oriental | - |
| Oriental | ▇▇▇ | Revenue Deposit Account - Lockbox | ZBA to Oriental | - |
| Banco Santander | ▇▇▇ | Revenue Deposit Account | Revenue Deposit Account and used for certain payments | 5,882,580.00 |
| Scotiabank | ▇▇▇ | Revenue Deposit Account | Manual Transfer to Popular or Citi | 8,836,392.23 |
| Firstbank | ▇▇▇ | Revenue Deposit Account | Manual Transfer to Popular or Citi | 455,856.25 |
| GDB | ▇▇▇ | PREPA Deposit Account at GDB | No longer used | - |
| GDB | ▇▇▇ | PREPA Deposit Account at GDB | No longer used | - |
| Citibank | ▇▇▇ | Disbursement Fuel Oil & Power Purchase | No longer used | - |
| Citibank | ▇▇▇ | Concentration Account | Active Concentration Account | 105,418,959.88 |
| Citibank | ▇▇▇ | Revenue Deposit Account | ZBA to Citi▇ | - |
| Citibank | ▇▇▇ | CWL Segregated Account | CWL Segregated Account | 210,869,751.95 |
| | | **Total General Fund and CWL Segregated Accounts** | | **$ 483,698,745.77** |
| Banco Popular | ▇▇▇ | Payroll Account | Disbursement account to pay PREPA payroll | 589,076.65 |
| | | **Total Working Funds** | | **$ 589,076.65** |
| Citibank | ▇▇▇ | Disbursement | Debt Service Related | 13,114.62 |
| | | **Total Revenue Fund Account** | | **$ 13,114.62** |
| Banco Popular | ▇▇▇ | FEMA▇ EM PR Irma | FEMA Irma | 2,024,827.91 |
| Banco Popular | ▇▇▇ | FEMA▇ DR PR Irma | FEMA Irma | - |
| Banco Popular | ▇▇▇ | FEMA▇ DR PR Maria | FEMA Maria | 2,364,476.99 |
| | | **Total Emergency Fund Accounts** | | **$ 4,389,304.90** |
| | | **TOTAL CASH AND CASH EQUIVALENT** | | **$ 488,690,241.94** |

**General Fund Accounts By Deposity Institution**

| | | |
|---|---|---|
| Banco Popular de Puerto Rico | $ | 137,767,468.27 |
| Citibank N.A. | | 316,301,826.45 |
| Oriental Bank | | 19,446,118.74 |
| First Bank | | 455,856.25 |
| Banco Santander | | 5,882,580.00 |
| Scotia Bank | | 8,836,392.23 |
| Government Development Bank for Puerto Rico (GDB) | | - |
| | **$** | **488,690,241.94** |

| Name | Account Number | Description | Notes | 03/09/18 |
|---|---|---|---|---|
| Oriental | ▇▇▇ | Related to Via-Verde Project (connection of gas pipe, which is no longer being worked on) | Construction Fund Accounts | 895,945.46 |
| Citibank | ▇▇▇ | Remaining funds related 2013 Series Bond Issuance | Construction Fund Accounts | 393,077.34 |
| Banco Popular | ▇▇▇ | Funds used for project to rehabilitate San Juan generating unit | Construction Fund Accounts | 2,108,729.46 |
| GDB | ▇▇▇ | PREPA Deposit Account at GDB | Construction Fund Accounts | - |
| Citibank | ▇▇▇ | Special federal assignments to fund sponsored projects by the Environmental Quality Board ("JCA" in Spanish) | Construction Fund Accounts | 6,116,527.71 |
| Banco Popular | ▇▇▇ | Legacy accounts (consider for closure) | Construction Fund Accounts | 0.01 |
| Banco Popular | ▇▇▇ | 2016 A Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | 252,977.88 |
| Citibank | ▇▇▇ | 2016 A Bond - Potential to be closed given there are no funds in account | Construction Fund Accounts | - |
| Citibank | ▇▇▇ | 2016 D Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | 2,053,257.13 |
| Citibank | ▇▇▇ | PREPA Insurance | Insurance proceeds account related specifically to Hurricane Maria substation repair | 50,046,111.61 |
| | | **Total Construction Fund Accounts** | | **$ 61,866,626.60** |
| Citibank | ▇▇▇ | Funds received from federal contributions or bond issuances used to finance the construction of infrastructure to provide electricity to rural areas in Puerto Rico | Investment Held By REA | 1,120,462.53 |
| | | **Total Investment Held By REA** | | **$ 1,120,462.53** |
| Citibank | ▇▇▇ | Funds used to cover the cost of unusual or extraordinary maintenance or repairs, including major items of equipment as stipulated in the Trust Agreement | Reserve Maintenance Fund | 16,304,680.18 |
| | | **Total Reserve Maintenance Fund** | | **$ 16,304,680.18** |
| Banco Popular | ▇▇▇ | Land Acquisition Project | Other Restricted Fund | 1,936,965.50 |
| | | **Total Other Restricted Fund** | | **$ 1,936,965.50** |
| Citibank | ▇▇▇ | One-time transaction | Invested funds regarding EcoElectrica transaction | 3,222,049.28 |
| | | **Total PREPA Client Fund** | | **$ 3,222,049.28** |
| | | **TOTAL CONSTRUCTION FUND AND OTHER** | | **$ 84,450,784.09** |



**Puerto Rico Electric Power Authority**

# Puerto Rico Electric Power Authority

## Grid Status Update

March 14, 2018

# Transmission Restoration Progress Report – As of March 14, 2018

- Overall progress on transmission line restoration is 74%, calculated as completed line segments divided by total line segments
- Progress on structure and component repair is 70%



| | STRUCTURES (Towers/Poles) | | DAMAGES (Conductors/Insulators) | | Overall Repairs/Restoration % |
|---|---|---|---|---|---|
| (kV) | DOWN | REPAIRED | DEFICIENCY | REPAIRED | |
| 230 | 107 | 103 | 404 | 317 | 82% |
| 115 | 648 | 409 | 834 | 574 | 66% |
| Totals | 755 | 512 | 1238 | 891 | 70% |

**74%** OVERALL PROGRESS (As per completedTasks)

### TOTALS BY kV

| (kV) | LINE SEGMENT | COMPLETED |
|---|---|---|
| 230 | 17 | 14 |
| 115 | 86 | 62 |
| Totals | 103 | 76 |

### TOTALS BY RESOURCE

| | LINE SEGMENT | COMPLETED |
|---|---|---|
| PREPA | 58 | 54 |
| WHITEFISH | 5 | 5 |
| COBRA | 11 | 4 |
| NYPA | 4 | 3 |
| Fluor/PIKE | 8 | 6 |
| Fluor/ARC | 1 | 1 |
| Fluor/MasTec | 0 | 0 |
| Fluor/SEC | 1 | 1 |
| USACE/PowerSecure | 3 | 2 |
| Pending | 12 | 0 |
| Totals | 103 | 76 |



Puerto Rico Electric Power Authority

2

# Distribution Restoration Progress Report – As of March 14, 2018

- PREPA continues to make progress on re-electrifying affected homes and businesses
- ~94% of the island's 342 substations are energized
- Current estimate of distribution customers who have been energized is approximately 91.8%
  - This estimate assumes that weatherheads (which are owned by and are the responsibility of the customer) on residences are fully repaired and that the customer is still using the residence—which is not the case for all properties
  - Approximately 79% of the linkages between substation Communication Remote Units (CRUs) and the central customer billing system have been restored







3

**PREPA**
**Fossil Generation Status Report**
**14-Mar-18**

| | | | |
|---|---|---|---|
| **Average Daily Peak Demand Over Prior 7 Days (MW)** | | **2,029** | |

| Plant Name | Unit # | Summer Rating (MW) | Fuel | |
|---|---|---|---|---|
| ***Available Units*** | | | | |
| Eco Electrica | | 507 | NG | |
| AES | | 454 | Coal | |
| Aguirre | 2 | 450 | FO6 | |
| Costa Sur | 4 | 85 | FO6 | |
| Costa Sur | 5 | 410 | NG/FO6 | |
| Palo Seco | 1 | 85 | FO6 | |
| Palo Seco | 3 | 216 | FO6 | |
| San Juan | 5 | 220 | FO2 | |
| San Juan | 7 | 100 | FO6 | |
| Mayaguez | GT1A | 28 | FO2 | |
| Mayaguez | GT1B | 28 | FO2 | |
| Mayaguez | GT3A | 28 | FO2 | |
| Mayaguez | GT4A | 28 | FO2 | |
| **Total Available Units** | | **2,637** | | |
| | | | | |
| ***Suspended Operations due to Funding*** | | | | |
| Aguirre | CC1 | 296 | FO2 | GTs only |
| Aguirre | CC2 | 296 | FO2 | GTs only: 2 of 4 |
| Cambalache | 2 | 83 | FO2 | |
| Cambalache | 3 | 83 | FO2 | |
| **Total Suspended Units** | | **757** | | |
| | | | | |
| ***Units Constrained by Transmission*** | | | | |
| Aguirre | 1 | 450 | FO6 | |
| **Total Units with Transmission Constraints** | | **450** | | |
| | | | | |
| ***Units Out of Service*** | | | | |
| Costa Sur | 3 | 85 | FO6 | |
| Costa Sur | 6 | 410 | NG/FO6 | Scheduled Outage |
| Palo Seco | 2 | 85 | FO6 | |
| Palo Seco | 4 | 216 | FO6 | |
| San Juan | 6 | 220 | FO2 | Scheduled Outage |
| San Juan | 8 | 100 | FO6 | Expected to return March 15 |
| San Juan | 9 | 100 | FO6 | |
| San Juan | 10 | 100 | FO6 | |
| Cambalache | 1 | 83 | FO2 | |
| Mayaguez | GT2A | 28 | FO2 | |
| Mayaguez | GT2B | 28 | FO2 | |
| Mayaguez | GT3B | 28 | FO2 | |
| Mayaguez | GT4B | 28 | FO2 | |
| **Total Units Out of Service** | | **1,509** | | |

Page 1 of 1

**PREPA**
**Emergency Spend and Reimbursement Flash Report as of 3/12/18**
**$ In millions**

Printed:  3/12/2018 8:16

### Emergency Spend To Date

| Description | Paid | Unpaid (a) | Total | |
|---|---:|---:|---:|---|
| Whitefish | $ 36.9 | $ 123.5 | $ 160.4 | (b) |
| Cobra | 199.9 | 135.4 | 335.3 | (c) |
| XGL | 26.3 | | 26.3 | |
| PREPA Overtime | 78.2 | | 78.2 | (d) |
| Local Contractors (Labor) | | 26.0 | 26.0 | |
| POs for Emergency Materials | | 54.4 | 54.4 | (e) |
| Other Outstanding Payables | TBD | TBD | TBD | |
| **Total** | **$ 341.2** | **$ 339.3** | **$ 680.5** | |

Notes:
(a) Estimated and subject to change.
(b) Based on invoice values provided by Whitefish as of 1/29/18.
(c) Based on invoice values provided by Cobra as of 3/10/18.
(d) Includes amounts from payroll for overtime for the period 9/10/17 thru 2/24/18.
(e) Represents value of purchase orders issued for emergency materials issued between 9/19/17 and 12/18/17.

### Submitted Project Worksheets Summary

| Description | Amount | Obligated/ Advanced to GAR | In PREPA Emergency Account | Taken to PREPA Operating Account (a) |
|---|---:|---:|---:|---:|
| PREPA Force Account (Maria) | $ 45.0 | $ 45.0 | $ 2.2 | $ 42.8 |
| PREPA Force Account (Irma) | 7.2 | 7.2 | 2.0 | 5.2 |
| Cobra Original Contract | 200.0 | 200.0 | 0.1 | 199.9 |
| Cobra Amendments (#4, #5) (b) | 745.0 | - | - | - |
| Insured Assets (c) | 25.0 | - | - | - |
| Equipment | 13.6 | - | - | - |
| XGL (d) | 11.7 | - | - | - |
| Mutual Aid Parties (e) | 334.0 | - | - | - |
| **Total** | **$ 1,381.4** | **$ 252.2** | **$ 4.3** | **$ 247.9** |

Notes:
(a) Transfers to PREPA Operating Account cumulative through 3/9/18.
(b) FEMA has informed PREPA that the $745M has been approved and $100M is expected to be transferred to the GAR during the week of 3/16/18.
(c) Amount represents insurance deductible.
(d) Amount paid to XGL less invoices referencing Whitefish.
(e) Total of 30 PWs for an amount of $334M submitted to FEMA for review.

### In Process Project Worksheets Summary

| Description | Count | Amount | Comments |
|---|---:|---:|---|
| Local Contractors | 2 | $ 26.0 | Preliminary estimate |
| PREPA Distribution | 26 | TBD | |
| PREPA Transmission | 47 | TBD | |
| Fuel / Peaking Generators | 1 | TBD | |
| Whitefish | 1 | 160.4 | Represents total invoiced amount |
| Direct Administrative Costs | 1 | TBD | |
| Microgrid Management | 1 | TBD | |
| Circuit Breakers | 1 | TBD | |
| De Valle Contract (Guajataca Dam Project) | 1 | 9.8 | |
| **Total** | **81** | **$ 196.2** | |