# EXHIBIT 29




**Mi Cuenta**

Regístrate (https://micuenta.aeepr.com/epay/account/register.aspx)
Ingresar (https://micuenta.aeepr.com/m/)

 (https://www.facebook.com/aeepronline/)  (https://twitter.com/aeeonline?utm_source=aeepr&utm_medium=tweetlogo&utm_campaign=AeeprTweetL

(https://www.youtube.com/channel/UCMAVeij0wG10tuLIVwyaY5w?utm_source=Aeepr&utm_medium=AeeprYoutubeLogo&utm_campaign=Ae

**Mi Cuenta**

Regístrate (https://micuenta.aeepr.com/epay/account/register.aspx)
Ingresar (https://micuenta.aeepr.com/epay/)

 (https://www.facebook.com/aeep

 (https://twitter.com/aeeonline?utm_source=aeepr&utm_mediur

 (https://www.youtube.com/chan utm_source=Aeepr&utm_mediu

- Portada (../default.asp)Servicios
  - Residenciales (../Servicios/servicio_res.asp)
  - Comerciales (../Servicios/servicio_com.asp)
  - Industriales (../Servicios/servicio_ind.asp)
  -
  - Manuales y Reglamentos (../Servicios/manuales.asp)
  - Formularios (../Servicios/formularios.asp)
  - Servicios en Línea (../Servicios/servicios_online.asp)
  - Comunicados Técnicos (../Servicios/ComunicadosTecnicos.asp)
  - Suplidores (../Servicios/suministros.asp)
  - Hurto de Energía (../Hurto/hurto.asp)
  - Sectores sin Servicio (https://micuenta.aeepr.com/epay/account/login.aspx)
  - Preguntas Frecuentes (../../../Contactenos/contactenos_new.asp)
- Noticias
  - Comunicados de Prensa (noticias.asp)
  - Mantenimiento Programado (noticias_avisos.asp)
  - Qué Estamos Haciendo (../pluton/index.asp)
  - Avisos Públicos (avisos.asp)
  - Calendario (calendario.asp)
- Ahorra
  - Consejos de Ahorro (../Ahorra/ahorra_energia.asp)
- Quienes Somos
  - Historia (../Aeees/historia.asp)
  - Visión, Misión y Metas (../Aeees/mision_vision.asp)
  - Principios y Valores (../Aeees/principiosyvalores.asp)
  - Sistema Eléctrico (../Aeees/sistema_electrico.asp)
  -
  - Contratos (../Aeees/contratos.asp)
  - Portal Inversionistas (http://www.aeepr.com/INVESTORS/)
  - Portal Junta Gobierno (http://www.aeepr.com/jg/)
  - Documentos Relacionados a la Ley 57-2014 (../Aeees/ley57.asp)
  - Documentos Relacionados a la Ley 4-2016 (../Aeees/ley4.asp)
- Ambiente (../Ambiente/ambiente.asp)
  - Nuestro Ambiente (../Ambiente/ambiente.asp)
  - Proyecto de Energía Renovable (../Aeees/proyectosenergiarenovable.asp)
  - Temporada de Huracanes (https://www.aeepr.com/ambiente/huracanes.asp)
  - Siembra Correcta (../Ambiente/siembra.asp)
- Contáctenos
  - Confidencias (../Contactenos/confidencias.asp)
  - Correo Electrónico (../Contactenos/contactenos_new.asp)
  - Enlaces (../Servicios/enlaces.asp)

- Portada (../default.asp)
- Comunicados de Prensa (noticias.asp)
- Noticia

**Noticia**

**PREPA To Continue the Strategic Emergency Operations Plan**
*viernes, 23 de febrero 2018*

February 23, 2018

**PREPA To Continue the Strategic Emergency Operations Plan**

**Noticias Más Leídas**

**Contáctenos**

© 2016 AEE
Términos y Condiciones

SAN JUAN - Today the Puerto Rico Power Authority (PREPA) accepted an emergency loan of $300 million from the Puerto Rico Treasury. This loan provides PREPA the liquidity needs to continue to provide comprehensive power service to their customers and continue the restoration efforts in the near term. The loan comes in time to avert any power cuts to customers.

On Sunday, February 18, 2018, PREPA began a controlled shut down of operations of the Mayaguez Plant and some combustion turbine units at the Palo Seco Plant, as an initial step in its Strategic Emergency Operations Plan to preserve cash.

"The $300 million loan and cost-savings from PREPA's Strategic Emergency Operations Plan will give PREPA needed liquidity to mid-April. PREPA intends to continue implementing this Plan to preserve liquidity and conserve money," says Ernesto Sgroi, President of the governing body of the Electric Power Authority.

The implementation of the Strategic Emergency Operations Plan is not expected to impact the overall post-hurricane power grid restoration efforts.

PREPA is working to obtain additional funding needed in the next 60 days, including continuing to pursue the possibility of a Community Disaster Loan (CDL) program from the General Fund of the US Government.

Ernesto Sgroi, President of the governing body of the Electric Power Authority, released the following statement:

"With this loan, PREPA won't have to cut power to customers; it gives us the liquidity needed to continue the restoration. This is a short-term fix. While this loan does not solve our problems, it is good news for customers. There is still a lot of work to do and more tough choices to make in the near term."

"PREPA is looking to the future while still dealing with multiple challenges. After careful consideration, we decided to continue with our emergency operation plan. While it puts more stress on our infrastructure, it is the best move to conserve resources and demonstrate our commitment to a more efficient operation."

"PREPA will continue with our mission and continue restoration work within the constraints presented to it."

PREPA's Long-Term Transformation Plan

PREPA's governing board, following extensive consultations with the utility industry leaders serving on PREPA's Transformation Advisory Council, recently voted to approve the development of a long-term transformation plan. This will not only enable PREPA to emerge from bankruptcy but will ensure a restoration of power while creating a model for power generation and delivery in Puerto Rico that sets a new standard for cost, resilience, sustainability, and customer engagement.

PREPA's Vision for the Energy Future of Puerto Rico is guided by five key objectives:

The system will be customer-centric: Power will be distributed in an affordable and reliable way. Customers will be empowered with transparent metrics to better understand behind-the-meter alternatives for energy efficiency and distributed generation. The system will be customized to engage consumers in innovative products and value-added services depending on individual and wholesale contracting needs.

The system will promote financial viability: Vital reforms will be implemented to guarantee that consumers understand rates are reasonable and how they create value. Most importantly, subsidies will be minimized so as not to have a distortionary impact. Sound long-term planning is essential in laying the groundwork to reduce operational costs.

The system will be reliable and resilient: The grid will be maintained and safely-operated to achieve measurable reliability and resiliency metrics. Whether the network is distributed, centralized, or regionalized going forward, it will be designed in a way that balances reliability and resiliency with cost objectives while utilizing new advancements in technology and innovation.

The system will be a model of sustainability: Part of ensuring the system is reliable and resilient counts on a progressive use of diversified energy resources over the carbon intensity of the power sector in primary and backup generation. Therefore, it is essential that the grid be designed to take maximum advantage of renewable power generation alternatives, many of which can be easily incorporated into emerging technologies.

The system will serve as an economic growth engine for Puerto Rico: Revitalizing PREPA is a long-term mission, but it is one that is poised to pay dividends for years to come. Transformation and reinvestment in the power sector will create new jobs while sending the clear message that Puerto Rico is open for commercial and industrial development. Reshaping the generation and delivery of power will also create new opportunities for local businesses across the supply chain.

###

- Facebook (https://www.facebook.com/aeepronline/)
- Twitter (https://twitter.com/aeeonline?utm_source=aeepr&utm_medium=tweetlogo&utm_car
- Correo Electrónico (../Contactenos/contactenos_new.asp)

(http://twitter.com/aeeonline)

NotiUno 630
@NotiUno

La @AEEONLINE informó que brigadas del Distrito Técnico de Guaynabo inician la energización de los clientes afectados por los postes caídos en la avenida Martínez Nadal. Se espera que para las 8:30 PM culmine el proceso. CC6

**Enlaces**

- New Fiscal Plan for PREPA (../Docs/Fiscal Plan - PREPA - CERTIFIED.pdf)
- Portal Junta Gobierno (http://www.aeepr.com/jg/)
- Crédito Energético (../Servicios/empleoahora.asp)
- Compra de Combustible y Energía (../Aeees/combustible.asp)
- Interconexión de GD y Medición Neta (http://www.aeepr.com/medicionneta)
- Third Supplement to the Amended and Restated Restructuring Support Agreement (http://www.aeepr.com/docs/THIRDSUPPLEMENT.pc

- Información sobre la petición de la Autoridad de Energía Eléctrica para acogerse al Título III de la Ley PROMESA (http://aeepr.com/hitbannerTitleIII_save.asp?r=new)
- Invitation Letter (../Docs/Invitation letter.pdf) / Request for Proposals-Integrated Resource Plan (IRP) (../Docs/IRP RFP 20180310 .pdf)
- PREPA IRP Stakeholder Engagement (../Docs/PREPA IRP Stakeholder Meeting June 4-6v2.pdf)

10/2/2018 Case:17-03283-LTS Doc#:4014-25 Filed:10/04/18 Entered:10/04/18 16:51:23 Desc: PREPA To Continue the Strategic Emergency Operations Plan
Exhibit 29 Page 4 of 4

- Propuesta de Nueva Estructura Tarifaria (../Aeees/ley4.asp)
- Portal de Inversionistas (http://www.aeepr.com/INVESTORS/)
- Preguntas Frecuentes (https://micuenta.aeepr.com/epay/general/faq.aspx)
- Certificación en Línea (../Servicios/certificaciones.asp)
- PR.GOV. (http://www2.pr.gov/Pages/default.aspx)

(../terminos.asp)

PO Box 364267, San Juan, PR 00936-4267
(787) 521-3434 Fax: (787) 521-4120
Isla: 1-800-981-2434 Audio Impedidos: (787)521-3050

GODADDY
VERIFIED & SECURED
VERIFY SECURITY

https://www.aeepr.com/Noticias/noticiasread.asp?r=MVTSJUOPCM 3/3