# **EXHIBIT 34**

January 14, 2018

**Mr. John Kelly**
Acting Inspector General
Federal Emergency Management Administration (FEMA)
Office of Inspector General/MAIL STOP 0305
Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528-0305

**Engineer Inspector General**
U.S. Army Corp of Engineers
The Chief's Line
ATTN: CEIG-A
Kingman Building
7701 Telegraph Road
Alexandria, VA
22315-3863

**Rosa E. Rodríguez Vélez**
U.S. Attorney for the District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

<u>**Re: Formal complaint of political discrimination and mismanagement of Hurricane María power restoration resources by PREPA and the Government of Puerto Rico against municipalities controlled by the opposition party**</u>

Dear Sirs & Madam,

I hope this missive finds you well. Attached herein is a formal, sworn complaint, detailing possible criminal mismanagement by the Government of Puerto Rico (the "Commonwealth") and the Puerto Rico Power Authority ("PREPA") of FEMA and Corp of Engineers Hurricane María recovery resources. According to news reports, PREPA power restoration priorities in the aftermath of Hurricane María have been guided by political considerations to favor cities and towns controlled by the ruling party.[1]

The Commonwealth has two layers of government. Every four years, Puerto Ricans elect a Governor and also elect legislators to a state House of Representatives and a State Senate. The second layer of local government is composed by elected mayors in 78 municipalities.

During the current term, the actual governing New Progressive Party ("NPP") controls the Governorship and has majorities in both houses of the state legislature. As such, the NPP has total control over PREPA, a public corporation wholly owned by the Commonwealth.

The opposition Popular Democratic Party ("PDP") controls the majority of towns, with 45 elected mayors, while the remaining 33 municipalities are controlled by New Progressive Party. Thus, around 60% of the total population live in municipalities with opposition mayors.

---

[1] "Alcaldes convocan a marcha por la reenergización" - Wapa TV, January 11, 2018. https://www.wapa.tv/noticias/locales/alcaldes-convocan-a-marcha-por-la-reenergizacion_20131122421105.html (in Spanish)

On January 11, PDP mayors decried that the Commonwealth and PREPA had been assigning power restoration crews and supplies to favor towns controlled by the ruling party. According to the public reports posted by PREPA, on that day there were 485 crews working in NPP cities and 174 in PDP cities. This distribution does not follow any logical guidelines and appears to be politically motivated.

As you well know, the current leadership of PREPA has proven ineptitude at handling the aftermath of Hurricane María, granting "sweetheart" deals to companies close to the administration. The distribution of power restoration crews fits the pattern of political mismanagement that has plagued PREPA for decades.

As a state representative, my district includes three municipalities with PDP mayors. I have personal knowledge of local PREPA employees and supervisors that can't fulfill their jobs in my district because the resources have been diverted; including equipment, material and private brigades, to NPP controlled towns. The details are contained in the attached document.

Hurricane María affected all Puerto Ricans. I know of your commitment to the recovery of our Island and respectfully request an investigation into politically motivated discrimination by the Commonwealth and PREPA using FEMA and Corp of Engineers resources.

Thank you for your consideration.

Cordially,

Rafael Hernández Montañéz
Minority Leader
Representative for Dorado - Vega Alta - Vega Baja

Affidavit : __639__

Sworn and subscribed before me by Rafael Hernández Montañéz, of the above mentioned circumstances, whom I identified by his driver's license number is 1861508, who voluntarily shown.

In Yauco, Puerto Rico, this 14 day of January of 2018.

Ariel Irrizary Velázquez
Notary Public 17,519
My commission never expires