# **EXHIBIT 45**

Case:17-03283-LTS    Doc#:4014-41    Filed:10/04/18    Entered:10/04/18 16:51:23    Desc:
Exhibit 45    Page 2 of 4

LOCALES

# Central San Juan y Palo Seco ya están generando carga tras el apagón

La AEE normaliza el sistema, luego que una excavadora impactará la línea 50700

Por ELNUEVODIA.COM

Las unidades 3 y 5 de la Central Palo Seco y de la Central San Juan, respectivamente, ya están generando carga para volver a normalizar el sistema, informó la **Autoridad de Energía Eléctrica** (AEE), horas después del apagón que afectó hoy, miércoles, a toda la isla tras reportarse una avería en la línea 50700.

En la cuenta de Twitter oficial de la AEE, la corporación pública ha documentado los esfuerzos realizados para restablecer el sistema. Entre los que destacaron, específicamente, que la luz llegó al estadio Hiram Bithorn de Hato Rey, donde hoy celebrarán el segundo y último juego de los Indios de Cleveland y los Twins de Minnesota en la isla.

Tras el incidente, el subdirector de las AEE, **Justo Gonzále**z, informó que el desperfecto fue causado **mientras una compañía privada estaba removiendo una torre colapsada y, con una excavadora, impactó la línea.**

Según González, la compañía responsable del apagón fue Dgrimm, empresa que está subcontratada por Cobra Energy. Esta compañía es **la misma que provocó también la semana pasada una avería que afectó al centro y norte de la isla.**

Cobra Energy es una de las empresas norteamericanas que tiene presencia en la isla tras el paso del huracán María para restablecer el sistema energético.

**"Esto es inaceptable", dijo el subdirector de la agencia.**

González afirmó en una conferencia de prensa que Cobra Energy **"va a desmovilizar en este preciso momento"** a la empresa.

La línea afectada discurre desde la Central Aguirre, en Salinas, hasta la planta AES en Guayama.

Según el funcionario, **el tiempo estimado de recuperación es de 24 a 36 horas.**

No obstante, la agencia aclaró que **"el restablecimiento del servicio eléctrico es gradual en la medida que vamos integrando unidades generatrices al sistema".**

Por su parte, William Ríos, director de Generación de la AEE, informó que dos unidades de gas ya están en operación en Palo Seco. El funcionario dijo que ya comenzaron las gestiones para prender otras unidades en varios puntos de la isla.

**Los municipios de Vieques y Culebra cuentan con servicio eléctrico**, así como las micro redes de Charco Hondo en Arecibo y Daguao, en Naguabo.

La agencia estableció que la prioridad para restablecer el servicio son los hospitales, el aeropuerto internacional Luis Muñoz Marín, los sistemas de bombeo de la Autoridad de Acueductos y Alcantarillados (AAA) y los centros bancarios.

"Luego siguen las industrias, comercios y residencias", indicó la corporación pública.

Entrada la tarde, se encuentran en servicio los siguientes hospitales: Centro Cardiovascular, Recinto de Ciencias Médicas, Hospital Pediátrico de Centro Médico, Hospital San Pablo y Hospital El Maestro.

Angel Figueroa Jaramillo, presidente de la Unión de Trabajadores de la Industria Eléctrica y Riego (Utier), indicó a través de su cuenta de Twitter **que todas las plantas de generación de energía de la isla están fuera de servicio.**

"Investigando causales", escribió.

En una conferencia de prensa Jaramillo explicó que **la Utier actualmente investiga "por qué el breaker de Aguirre no abrió y no operó".**

Según el líder sindical, este fue el mismo fenómeno que se desarrolló en el apagón general que se reportó en septiembre de 2016.

"Al no operar saca las unidades de Aguirre y Costa Sur. Al sacar esas dos unidades, que son casi mil megavatios, las unidades del norte no pueden suplir y se apagan", describió.

**Jaramillo dijo que durante este apagón el sistema tardará en reponerse lo mismo que tardó en el 2016.**

PUBLICIDAD

"En este evento vamos a tardar lo mismo que tardamos en el 2016 (más de 24 horas). Al tu tener todo el sistema apagado tú tienes que ir prendiendo poco a poco", describió.

Jaramillo subrayó que tras el huracán María **la línea 50700 fue reparada por la empresa norteamericana Cobra Energy.**

"No estamos adjudicando responsabilidad todavía", enfatizó el presidente de la Utier.

El Aeropuerto Internacional Luis Muñoz Marín **se encuentra operando con un generador eléctrico, y hasta el momento, no se han registrado atrasos ni cancelaciones de vuelos.**

La compañía que administra las facilidades, Aerostar Holdings, exhortó a los pasajeros que tengan vuelos programados para hoy a que se comuniquen con su aerolínea.

Por su parte, establecimientos comerciales como Plaza Las Américas y Plaza del Caribe cesaron operaciones tras el colapso eléctrico.

**Este es el segundo apagón que se reporta en el país en menos de una semana.** El jueves pasado un apagón afectó a más de 700,00 abonados de la AEE en el norte y centro del país.

Según el subidrector de la AEE, antes del apagón de hoy la isla estaba energizada en un 97.2%, a casi siete meses del huracán María.

**Pendiente a endi.com para la actualización de esta historia.**