# EXHIBIT 49

ROB BISHOP OF UTAH
*CHAIRMAN*

CODY STEWART
*STAFF DIRECTOR*

RAÚL GRIJALVA OF ARIZONA
*RANKING MEMBER*

DAVID WATKINS
*DEMOCRATIC STAFF DIRECTOR*

# U.S. House of Representatives
## Committee on Natural Resources
### Washington, DC 20515

July 19, 2018

The Honorable Ricardo Rosselló Nevares
Governor
La Fortaleza
San Juan, Puerto Rico

Dear Governor Rosselló:

     Our fellow Americans in Puerto Rico have shown tremendous resilience as they restore and rebuild their homes and communities following Hurricanes Irma and Maria. There is, however, great concern over the historic mismanagement of the Puerto Rico Electric Power Authority ("PREPA") and whether political influence over PREPA will continue to hinder the utility's transformation into a privatized and resilient electrical system. Despite your recognition of the politicization that has plagued PREPA and your commitment towards allowing for independence, the recent departure of PREPA's CEO after only four months of service and the resignation of a majority of PREPA's governing board are the most recent signs of the utility's continued dysfunction and a sign that "political forces . . . continue to control PREPA."[1]

     Undoubtedly, the recovery and revitalization of Puerto Rico in the near and long-term is unattainable without the depoliticization of PREPA. Essential services from energy-enabled critical infrastructure including water, telecommunications, and transportation must be reliably operational to support the safety and health of the people of Puerto Rico. And this reliability, and the future success of PREPA, "ultimately depends on the leadership and commitment of the Government of Puerto Rico."[2]

     With continued disfunction at PREPA and the third CEO being named within only a week's time, the Committee on Natural Resources is interested in hearing from your Administration on how you intend to provide for the depoliticization of PREPA and a credible plan for the utility's transformation that can garner the confidence of the island's residents, federal taxpayers and future private investors. Accordingly, the Committee on Natural Resources will hold an oversight hearing entitled *"Management Crisis at the Puerto Rico Electric Power Authority and Implications for Recovery"* on Wednesday, July 25, 2018 at 2:00 p.m. in room 1324 Longworth House Office Building. I cordially invite you, or a member of your administration who can provide context to the events of the past week, to testify at this hearing.

---

[1] July 12, 2018 Resignation Letter from PREPA's Governing Board to Gov. Ricardo Rosselló Nevares.
[2] U.S. Department of Energy, "Energy Resilience Solutions for the Puerto Rico Grid", at 9, June 2018, available at https://www.energy.gov/sites/prod/files/2018/06/f53/DOE%20Report_Energy%20Resilience%20Solutions%20for%20the%20PR%20Grid%20Final%20June%202018.pdf.

Enclosed with this letter are the parameters regarding written and oral testimony. Should you have any questions or need additional information, please contact Austin Hacker, Clerk, Committee on Natural Resources, at (202) 225-9297.

Sincerely,

Rob Bishop
Chairman
Committee on Natural Resources