# EXHIBIT   52

Exhibit 1 - Fiscal Plan (PREPA) (As of August 1 2018)



**Puerto Rico
Electric Power
Authority**

# Puerto Rico Electric Power Authority

Fiscal Plan - August 1, 2018

## PREPA Introduction (1/2)

- **Puerto Rico's future economic growth and vitality depends on affordable and reliable power.** For too long, electricity provided by PREPA has been expensive and unreliable. PREPA's problems were made incalculably larger by Hurricanes Irma and Maria, which leveled PREPA's infrastructure and knocked out all electricity across the Island and left thousands without power for several months. The New Fiscal Plan for PREPA provides a roadmap to shedding this history and emerging from these storms by creating a new power sector for Puerto Rico that will: provide electricity below 20 c/kWh; deliver low-cost, clean, and resilient power; rebuild and maintain a modern, reliable grid; implement operational efficiencies to lower cost and improve service; and establish a fiscally responsible entity.

- **PREPA must change drastically**. PREPA's power generation infrastructure is aging and inefficient. The transmission and distribution grid is fragile and severely storm-damaged. Operations are inefficient and unresponsive. Electricity is provided at a high cost and is unreliable. Debt proceeds were used to subsidize shortcomings instead of used to invest in modernization. Responses to Hurricanes Irma and Maria fell far short of what customers expected and deserved. Summed together, it is clear that Puerto Rico needs a comprehensive power sector transformation.

- **The New Fiscal Plan provides the framework for the myriad negotiations and processes that must occur for the successful transformation of PREPA.** The New Fiscal Plan includes a set of aspirational rate and reliability targets that set the parameters for funding and transformation processes that can no longer be delayed, including near term investments in restoration, generation and resiliency; the scope and focus of federal funding; and the funding and/or size of a transition charge available for restructuring debt and pension liabilities. The New Fiscal Plan also clarifies the roles and responsibilities of various stakeholder groups in driving forward the transformation of PREPA as well as the specific processes that are integral to such a transformation, such as the IRP, the Title III plan of adjustment, and the transaction.

# PREPA Introduction (2/2)

**Elements of a comprehensive power sector transformation**

- *Restructuring power generation:* The New Fiscal Plan outlines possible paths to make generation cheaper, cleaner, and more reliable by shifting to a least-cost generation model, expanding distributed energy resources, modernizing baseload generation facilities, moving more generation closer to load, and reducing exposure to commodity price volatility.

- *Rebuilding and modernizing the grid:* Puerto Rico needs an upgraded grid to increase reliability and resiliency, reduce cost, facilitate distributed generation and microgrids, and allow for better monitoring and control. While the Federal Government is working to repair and restore the grid after it was destroyed by Hurricanes Irma and Maria, it must not be rebuilt to its legacy state. Rather, the grid must be hardened and modernized.

- *Transforming operations:* PREPA must transform its operations to become cash flow positive by Q1FY19 and meet the rate and reliability targets set forth in the New Fiscal Plan. This means making improvements in billing, collections, fuel management, procurement, labor costs, and budgeting.

- *Capital investment:* The New Fiscal Plan provides for an approximately $12 billion capital investment program over the next five years to help achieve the goals of low-cost, reliable, and resilient power. Funding is proposed through a combination of federal funding, private investment, and rates. Historically, PREPA has not efficiently or effectively executed capital projects. To make the most of this funding, the transformation of PREPA also calls for new, private sector operators of the grid and generation assets.

- *A new industry structure:* Transforming the power sector requires overhauling the structure and management of PREPA. The New Fiscal Plan lays out one approach, which is attracting a private sector concessionaire to manage the grid while privatizing generation. The eventual details of the transaction to effect the transformation will be determined through a competitive auction process through which the market and public will be able to provide proposals and input. No matter the industry structure, the regulator must be robust, independent, well-funded, and expert.



Puerto Rico
Electric Power
Authority

# Disclaimer

- The Financial Oversight and Management Board for Puerto Rico (the "FOMB," or "Oversight Board") has formulated this New Fiscal Plan based on, among other things, information obtained from the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and the Puerto Rico Electric Power Authority ("PREPA" and together with AAFAF, the "Government").

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Oversight Board cannot express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- This New Fiscal Plan is directed to the Governor and Legislature of Puerto Rico based on underlying data obtained from the Government. No representations or warranties, express or implied, are made by the Oversight Board with respect to such information.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various legal, financial, social, economic, environmental, governmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government, the Oversight Board, and other third-party entities such as the government of the United States.

- Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by the Oversight Board, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient is deemed to have acknowledged the terms of these limitations. This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should refer questions to the Oversight Board at comments@oversightboard.pr.gov should clarification be required.

- This New Fiscal Plan is based on what the Oversight Board believes is the best information currently available to it. To the extent the Oversight Board becomes aware of additional information after it certifies this New Fiscal Plan that the Oversight Board determines warrants a revision of this New Fiscal Plan, the Oversight Board will so revise it.


Puerto Rico
Electric Power
Authority

## Table of contents

Executive Summary

I. Governance and Implementation

II. Historical Context and Current Challenges

III. Baseline Financial Projections and Debt Service Analysis

IV. Transformation Plan

V. Rate and Regulatory Structure and Reform

VI. Resiliency & Resource Planning

VII. Liquidity Management

VIII. Operational Initiatives & Performance Improvements

    I. Revenue

    II. Fuel & Purchased Power

    III. Labor Operating Expense

    IV. Non-Labor Operating/Maintenance Expense

IX. Post-Certification Reporting

Appendix



**Puerto Rico
Electric Power
Authority**

# PREPA Executive Summary

- The Fiscal Plan projections are subject to uncertainties. Those include, but are not limited to:
    - Lack of visibility regarding the availability and terms of federal funding for the restoration and rebuilding plan
    - The impact of the recent catastrophic hurricanes resulting in limited visibility as to expected recovery and revenue collections and the longer term repopulation of the island
    - Need for a new IRP to reassess needs under a new set of load scenarios to achieve long-term goals of system reliability, fuel diversification, and renewables integration
    - Uncertainty as to load forecast given continuously shifting views on macroeconomic indicators
    - Limited information regarding future macro resource planning
- PREPA's amended and restated Fiscal Plan is premised on a transformation of Puerto Rico's energy sector in a transaction that will take at least 18 months. The ultimate form of the transformation will be informed by many elements currently unknown and beyond PREPA's control including market appetite for the transaction and legislative action. PREPA, therefore, expects to amend and modify this Fiscal Plan to reflect the inputs received from the transformation process.
- Puerto Rico's ability to execute on the transformation of the energy sector and the ultimate structure of any such transformation may be impacted by the amount, structure, terms and conditions of the federal funding available to support the transformation.
- To meet the requirements of the FOMB, PREPA has also included a plan in which PREPA continues to operate during the Transformation period while driving cost-saving initiatives under the Fiscal Plan. In the event the transformation does not occur as planned, PREPA anticipates this Fiscal Plan would require additional amendment.
- PREPA subsidiaries and affiliates are included in the PREPA Fiscal Plan. These subsidiaries and affiliates include: PREPA holdings, LLC; Interamerican Energy Sources, LLC; Employees Retirement System; and PREPA Networks, LLC. PREPA Networks will be privatized as part of the Plan.
- Certain elements of the transformation of the energy sector in Puerto Rico such as the development and implementation of a new regulatory scheme will occur outside of PREPA. PREPA has addressed those elements in the Transformation Section of this Fiscal Plan but notes that these will also be part of an overall sector transformation contemplated in the Government Fiscal Plan.



Puerto Rico
Electric Power
Authority

# Summary of PREPA's Fiscal Plan development - a deliberate process leading to the transformation of the energy sector outside of PREPA

| | Fiscal Plan certified | FY18 budget certified | Title III filed | Fiscal Plan revisions and amendments | Transformation Plan | Exit from Title III (Plan of Adjustment) |
|---|---|---|---|---|---|---|
| **Timeline** | *April 28, 2017* | *June 30, 2017* | *July 2, 2017* | *May – Sep 2017* | *Aug – April 2018* | *TBD, 2018-2019* |
| **What** | ▪ Financial Oversight and Management Board for Puerto Rico (FOMB) certified PREPA Fiscal Plan for FY17-26 subject to amendments, including achieving a 21 cent per kWh target rate by 2023 | ▪ PREPA submitted its FY2018 budget, which the FOMB approved and certified, subject to reconciling and agreeing to their requirements for a revised Fiscal Plan with amendments | ▪ FOMB filed a voluntary petition under Title III of PROMESA in the United States District Court for the District of Puerto Rico | ▪ PREPA continued to revise its Fiscal Plan in close coordination with the FOMB<br>▪ Impact of hurricanes Irma and Maria affected fiscal plan assumptions and objectives | ▪ Working team established to develop operational and regulatory transformation plan<br>▪ The FOMB established revised deadlines (April 2018) to submit an amended Fiscal Plan based on certain principles set forth in letter on December 12th, 2017 and updated macro assumptions and other data | ▪ Determination of amount and terms of federal funds available to support transformation of energy sector<br>▪ Integration of results from operational and strategic improvement initiatives<br>▪ Plan of adjustment contemplating transfer of certain of PREPA's assets approved by the Federal District Court |

7

**Puerto Rico Electric Power Authority**

# I. Governance and Implementation



**Puerto Rico
Electric Power
Authority**

# Governance structure at PREPA until energy sector transformation



**Central Government** — Fiscal Agency and Financial Advisory Authority (AAFAF by its Spanish Acronym)

**PREPA Executive Management**
- PREPA Governing Board of Directors
- PREPA CEO / Executive Director — Chief Financial Advisor ("CFA")

**Project Management**
- PMO Director

**Office ("PMO") Leadership (Implementation)**
- Consulting / Legal / Regulatory / Compliance
- Special Advisors
- Reporting & Performance Metrics (KPIs)

**Working Groups**
- Workforce
- Customer Relations
- Fiscal
- Infrastructure: T&D
- Infrastructure: Generation
- Innovation
- Strategic Communications

1 On March 20th, 2018, the PREPA Board of Directors announced the replacement of the Executive Director with the appointment of a CEO



Puerto Rico Electric Power Authority

## Governing Board

### Board Composition

- The Governing Board consists of seven members and the Executive Director (ED) of AAFAF who has a board seat per Act 2-2017 on any covered government territorial instrumentality.

- BOD composition includes a mix of Governor appointees and at least three politically independent members

### Current Focuses Include:

- Power restoration and recovery
- Near-term liquidity challenges spawned by recent storms
- Improving PREPA's overall transparency and credibility
- Enhancing internal human capital capabilities and business processes
- Transformation Plan for Puerto Rico's Energy Sector

**Board elects one member to act as Chairman**

Independent Board Member

Independent Board Member

Independent Board Member

Governor Appointed Board Member

Governor Appointed Board Member

Governor Appointed Board Member

Customer Elected Board Member

AAFAF ED



**Puerto Rico
Electric Power
Authority**

# PREPA Governing Boards' vision for the future of power in Puerto Rico

**Development of a long-term transformation execution plan, with the goal of not just emerging from bankruptcy and restoration of power, but establishing a model for power generation and delivery that sets a global example for cost, resilience, sustainability, customer engagement and empowerment.**

**System is Customer-Centric**

- The system serves the customer with affordable, reliable power, with transparent metrics for quality of service and with equitable consideration across all customers. Quality/Reliability can be differentiated for customers in a manner that serves their total cost and risk objectives. Customers are engaged by innovative products and value added services that provide choice among rate plan and risk management options, and provide access to wholesale contracting options for large customers. Customers are empowered with behind-the-meter alternatives for energy efficiency, demand management, and distributed generation, with the ability to become prosumers if they so choose

**System Promotes Financial Viability**

- The system is premised on positive economics on both sides of the meter. Rates are reasonable and create value for the customer, while pricing is sufficient to cover costs. Rate and market design create incentives to purchase, consume or produce energy in a manner that benefits the entire system. Subsidies are minimized, and those that remain have a non-distortionary impact. Operational excellence and sound long term planning reduce the cost to serve. Rates are affordable within a model that allows the utility to earn a reasonable rate of return and service its debt. The business model is robust to changes such as outmigration and reduction in energy demand, and does not create disincentives for adoption of cheaper energy resources, either at the grid level or at the customer premises

**System is Reliable and Resilient**

- The grid is thoughtfully planned, well maintained and safely operated to achieve defined reliability and resiliency goals. There is visibility into the system at all levels, and control where appropriate. Standards for recoverability create a measure for resilience. The choice of architecture (distributed vs. regionalized vs. centralized) is intentionally made to balance reliability/resilience and cost objectives while also taking advantage of advancements in technology and innovation

**System is a Model of Sustainability**

- There is a progressive focus on diversifying energy resources and reducing the carbon intensity of the power sector, in both primary generation and backup generation. Power generation is efficient and minimizes emissions.
- Customers have incentives to use energy wisely and to generate their own clean energy. The grid and grid systems are designed to take maximum advantage of increasingly cost effective renewable power generation alternatives and to integrate emerging technologies

**System Serves as an Economic Growth Engine for Puerto Rico**

- The quality, reliability, and cost of power attracts new commercial and industrial development to Puerto Rico, and encourages existing commercial and industrial customers to expand their operations. Transformation and reinvestment in the power system creates new jobs. Innovation in the generation and delivery of power creates a local ecosystem of businesses that provide for evolving needs for equipment, technology and services in Puerto Rico and beyond

11



Puerto Rico
Electric Power
Authority

# Recent Actions by Governing Board to Assist Until Sector Transformation

| | |
|---|---|
| **CEO Appointment** | ▪ On July 18th, 2018, Gov. Ricardo Rosselló recommended José Ortiz as new CEO of PREPA, whom the new PREPA board confirmed. Ortiz previously served as executive director of PRASA & as chairman of PREPA's governing board<br>▪ The PREPA Chief Executive Officer ("CEO") role replaces the Executive Director, and is a permanent position. The CEO reports directly to the Governing Board and is the most senior officer managing the organization. PREPA directors and leaders of functional areas such as T&D and Generation report to and meet regularly with the CEO<br>▪ The CEO's responsibilities include managing the corporation's day-to-day operations, and implementing financial, operational and administrative restructuring efforts and initiatives that are consistent with the certified PREPA Fiscal Plan and Budget<br>▪ The CEO shall also be responsible for ensuring an effective and efficient interaction with FOMB and other stakeholders and shall be responsible for undertaking any and all necessary actions required to support the implementation of the PREPA Transformation Plan, as outlined in the certified PREPA Fiscal Plan, including the generation asset transaction and T&D concession, and collaborating with the working group established for the PREPA Transformation Plan |
| **Chief Financial Advisor ("CFA")** | ▪ On December 1, 2017, the Governing Board announced the retention of Todd W. Filsinger of Filsinger Energy Partners, as CFA. The CFA shall provide the CEO with general financial and managerial support on such areas as budgeting, financial management, cash management, and expense approval, etc., shall advise and support the CEO on the implementation of the fiscal and operational restructuring reforms and initiatives outlined in the certified Fiscal Plan and the implementation of the certified Budget, and shall provide assistance and support on any other matters as such may be requested by the CEO<br>▪ The CFA reports directly to the CEO |
| **Director for Strategic Transformation Initiatives ("PMO Director")** | ▪ Established by Governing Board Resolution in 2017 to lead the Project Management Office (PMO)<br>▪ Develop clear & specific policy rationales for project prioritization, implementation and timelines<br>▪ Manage and supervise working groups, internal staff, special advisors, external resources<br>▪ Develop and publish relevant transformation metrics and KPIs, and prepare reports with assistance from Special Advisors & Working Group Leads<br>▪ Oversee engagement with external stakeholders and promote internal (PREPA) stakeholder engagement and transparency to ensure PREPA meets transformation schedules.<br>▪ The PMO Director is Fernando Padilla |
| **Transformation Advisory Council (TAC)** | ▪ December 11, 2017: Governing Board named 11 utility industry leaders to serve as TAC members<br>▪ Recognizing that PREPA's expertise in the energy sector is valuable in planning for the sector transformation, the TAC was formed to provide the Governing Board and management with advice on developing a long-term vision and transformation execution plan for the island's power system |



**Puerto Rico Electric Power Authority**

# Recent Actions by Governor / AAFAF for Transparency & Sector Transformation

**Office of Contract Procurement and Compliance (OCPC)**

- Established through Executive Order 2017-66, November 2017 (See next slides)
- Mission is to ensure compliant and efficient PREPA procurement to support recovery, restoration of power and rebuilding of energy grid
- All qualifying PREPA procurements of over $500K are reviewed and approved by OCPC prior to final action
- Independent review with technical experts to confirm contracts and procurement are compliant with local and federal laws and regulations
- Implement procurement process controls and procedures to mitigate compliance risk, limit potential de-obligation risk and enhance accountability
- Implement process enhancements including automation and integration, monitoring and reporting to increase transparency, accountability and effectiveness

**Transformation & Privatization**

- Private-Public Partnership Act Amendment (filed Puerto Rico House / Senate on March 6, 2018)
- Regulatory structure modifications under development
- 18+ month transformation and privatization process: Preparation / Market Process / Approvals
- Working Group established between Governor, FOMB, and advisory teams to coordinate and lead transaction process
- On June 20th, 2018, Gov. Ricardo Rosselló signed Act 120-2018, which authorizes the sale of power generation assets and a concession for T&D.

13



**Puerto Rico Electric Power Authority**

# The Transformation Plan is Intended to Provide a Roadmap for a Transformed Energy Sector for Puerto Rico

 Provides Puerto Rico with a 21st century energy sector that serves as an engine of economic growth while protecting the environment

 Builds energy infrastructure that recognizes the need for a transformed and resilient system, while taking into account the projected decrease in demand

 Achieves low-cost and reliable energy

 Provides sustainable structural and financial models for energy on the Island

 Leverages available federal funding for disaster recovery

 Increases generation from renewable energy

 Provides platform for the implementation of innovative technology to drive efficiencies and improve customer service through operational excellence

 Provides, professional and independent governance

 Relies on a robust and transparent regulatory framework to regulate private and monopoly components of the new energy sector, promote private investment, and implement and manage efficient rate designs and effective incentives



Puerto Rico
Electric Power
Authority

# Critical Work Streams Identified for the Illustrative Transformation Period

**PREPA will undertake or complete the following tasks over the Transformation Period:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Restore power to its customer base** | **Ensure funding for continued operations, including billing all customers and securing external funding** | **Provide all necessary assistance for the undertaking of the Transformation process** | **Prepare Integrated Resource Plan** | **Update Pension Actuarial Report and redesign pension structure** | **Update projected maintenance expenditures** | **Continued improvement of Governance Structure** | **Complete Trans-formation Transactions** |

**Further implement cost controls and improve cash flow by executing the following initiatives:**

- Procurement process enhancements (i.e. OCPC)
- Cash distribution controls
- Collection of insurance proceeds
- Maximize federal funding available for disaster recovery
- Improved account maintenance and billing quality
- Improved fleet management
- Inventory management: warehouse consolidation and improved training on inventory management software

**Process**

- Identify, introduce, and integrate private energy sector participants, capital, and expertise into the Puerto Rico Energy sector over 18+ months
- Analyze and establish a productive industry structure and regulatory process to incentivize investment and innovation in energy technology

**Considerations**

- Amount and terms of federal funding available to support transformation of the electric sector will be a primary driver of the structure and desirability for approach to transformation and extent of private ownership or concession
- Any limitations to funding availability caused by structural or organizational options will be thoroughly scrutinized during the transformation identification and integration process



**Puerto Rico Electric Power Authority**

# Transformation Process – Illustrative Timeline

- T&D and Generation processes are expected to follow separate, but similar, transaction timelines
- The RFQ process will be open to any and all interested parties, who are encouraged to submit their feedback and qualifications

| Preparation | Phase I: Request for Qualifications ("RFQ") | Phase II: Request for Proposals ("RFP") | Closing |
|---|---|---|---|
| - Marketing materials / financial model<br>- Materials for investor diligence / data room<br>- Participant qualification requirements and transaction structure feedback questions ("RFQ Documentation") | - Public release of RFQ Documentation<br>- Preliminary diligence by participants based on publicly available information<br>- Submission and subsequent evaluation of RFQ responses<br>- Shortlisting of qualified parties to participate in Phase II | - Release of RFP documentation to shortlisted participants<br>- Detailed due diligence<br>- Evaluation of RFP submissions<br>- Negotiation of definitive transaction documentation with selected party<br>- Public announcement of RFP results | - Regulatory and governmental approvals<br>- Closing conditions met |

*The transformation timeline and structure may be adjusted at any time based on feedback from participating parties*

16


Puerto Rico
Electric Power
Authority

# Fiscal Plan Implementation

## Historical Challenges

▪ For reasons within and outside of its control, PREPA has historically been unable to implement a business plan that leads to the lowest possible energy rates for Puerto Rico's ratepayers or achieve compliance with environmental regulations, while ensuring reliability and power quality.

## Transformation

▪ On January 23rd, 2018 the Governor of Puerto Rico announced the plan to radically shift from the current energy sector model by enacting deep energy sector reform that fully leverages private market expertise, know-how and investment in order to promote the lowest possible rates & compliance with applicable environmental regulations**.**

## Recovery

▪ As part of the energy sector reform, safeguards and rate regulation will be put in place via a strong regulator to protect ratepayers and ensure the development of a world class energy system via the establishment of the appropriate regulatory framework (i.e., with clear and transparent KPIs, targets and milestones, including right-sizing operational costs for the new demand environment; delivering projects efficiently across asset planning, procurement, and construction; lowering long term maintenance costs while increasing reliability through predictive maintenance strategies; and lowering long-term fuel and purchased power costs).

## Market Participation

▪ The base case for the transformation of the electric sector in Puerto Rico is anticipated to involve a sale of existing generation assets, development of new generation and a concession by the public entity of the T&D System. PREPA expects this structure to be tested against the market.
▪ Puerto Rico's ability to execute on the transformation of the energy sector and the ultimate structure of any such transformation may be impacted by the amount, structure and terms of the federal funding available to support the transformation, and may be adjusted according to market feedback.



**Puerto Rico
Electric Power
Authority**

II. Historical Context and Current Challenges



**Puerto Rico
Electric Power
Authority**

# PREPA is Vertically Integrated and the Sole Provider of Energy in Puerto Rico

## Key statistics on PREPA



- **PREPA serves ~1.5M** customers and has **~6,000** employees



- For FY2017, PREPA had total revenues of **$3.4B,** total assets of **$9.4B,** and total liabilities of **$11.4B**



- Overview of generation system:
  - Generating Capacity: **6,085 MW (PREPA 4,892 MW; IPP 1,193 MW)**
  - **45%** of generation is from oil, compared with national average of **4%**
  - **31** major generating units in **20** facilities; older than national average
  - **4%** of generation capacity from renewables, vs. national average of 15%
  - Plants average **~40 years** old[1]



- Overview of transmission and distribution system
  - Transmission Lines: **2,416 miles (230 kV / 115 kV)**
  - Distribution Lines: **30,675 miles (38 kV, 13 kV, 8 kV, 4kV)**
  - 38 kV substations: **283**
  - 115 kV substations: **51**

1 PREPA-owned plants excluding renewables

SOURCE: PREPA and Puerto Rico Energy Resiliency Working Group report



Puerto Rico
Electric Power
Authority

# PREPA's Historic Challenges in Operating and Maintaining the Electric System are now Exacerbated by the Catastrophic Damage Caused by Hurricanes Irma and Maria (1/2)

Case:17-03283-LTS Doc#:4024-48 Filed:10/04/18 Entered:10/04/18 18:51:23 Desc: Exhibit 52 - Page 21 of 131

| | |
|---|---|
| **Generation** | ▪ **Frequent power plant outages** (12 times more often than mainland US average) |
| | ▪ High dependence on **fuel oil and inability to diversify fuel mix** (<4% from renewables and 45% oil, relative to industry average of 4% oil) |
| | ▪ Principal generation located far from demand centers with a **poorly maintained** T&D infrastructure |
| **Transmission and distribution** | ▪ **T&D infrastructure that has not been adequately maintained,** further contributing to outages, losses, poor quality |
| | ▪ The **$2.5 billion** estimated expenditure need identified by PREPA in the 4-28-2017 Certified Fiscal Plan (pre-Maria) for **repair and maintenance** prior to the hurricanes is no longer sufficient and does not address necessary **resiliency and hardening;** post-hurricane T&D expenditure could exceed $13B |
| | ▪ **Highly vulnerable** to catastrophic events impacting delivery of electric service |
| **Collections and customer service** | ▪ Relatively high level of **technical losses and theft** (17.3% of energy lost in FY 2016 was higher than industry average; source: PREPA Planning and Research Directorate) |
| | ▪ Disorganized and ineffective **customer service infrastructure** |
| | ▪ **Inconsistent and unreliable** IT system for remote, reliable, and timely collections, and service |
| | ▪ **High vulnerability** to damage from disasters immediately impacting collections, revenue, and service |

20



**Puerto Rico Electric Power Authority**

# PREPA's Historic Challenges in Operating and Maintaining the Electric System are now Exacerbated by the Catastrophic Damage Caused by Hurricanes Irma and Maria (2/2)

Case:17-03283-LTS Doc#:4024-48 Filed:10/04/18 Entered:10/04/18 18:51:23 Desc:
Exhibit 52 - Page 22 of 131

| **Organizational** | <ul><li>Lack of **institutionalized processes and procedures**</li><li>**Outdated systems** and information technology</li><li>Above-market benefits in **collective bargaining agreements** with evergreen provisions</li><li>**Underfunded pension obligations** (over $3.6B)</li><li>Significant losses of experienced personnel</li></ul> |
| --- | --- |
| **Environmental and Safety Compliance** | <ul><li>**Safety system and record dramatically below industry standards**</li><li>**History of environmental non-compliance**</li><li>Inability to execute PREPA's **strategic environmental compliance plan**, including timely compliance with MATS (Mercury and Air Toxic Standards) EPA emission limits</li></ul> |
| **Operating Environment** | <ul><li>**PREPA's static business model** has not adopted changes in a rapidly changing and innovative industry</li><li>Legal requirements to provide power to certain customers at **subsidized rates**</li><li>**Poor quality** of electric service has impacted business and investment climate</li><li>The prolonged and ongoing recession has led to a significant **drop in energy sales**</li><li>Poor credit rating leading **to lack of market access** and the inability to invest in needed capital expenditure projects</li></ul> |
| **Post-Irma and Maria Challenges** | <ul><li>**Accelerated migration** of population</li><li>**Accelerated demand reductions**</li><li>**Greater possibility** of distributed generation and inside fence generation</li><li>**Dramatic economic contraction and job losses**</li><li>**Deeper distrust** in state-monopoly as sole provider of electricity</li></ul> |



Puerto Rico
Electric Power
Authority

# PREPA is One of the Largest Public Power Utilities in the US by Customers Served, but has Relatively Low Generation and Sales on a Per Customer Basis



SOURCE: PREPA, as of June 30, 2016, based on unaudited results APPA. "U.S. Electric Utility Industry Statistics, 2014". 2016-2017 Annual Directory & Statistical Report



**Puerto Rico Electric Power Authority**



# Poor Macroeconomic Trends have further challenged PREPA's Operations

**As the economy deteriorated, population declined, and disruptive technologies emerged, demand dropped 18% from 2007 to 2017**





**13% loss in demand in the residential sector since 2005 peak**

**10% loss in demand in the commercial sector since 2007 peak**

**48% loss in demand in the key industrial sector since 2006 peak**

**Residential[1]**



**Commercial**



**Industrial**



NOTE: here and elsewhere in the document, Fiscal Year begins in July of the previous calendar year

SOURCE: PREPA's rate records from 2000-2017

23



Puerto Rico
Electric Power
Authority

# Pre-Storm Reliability Metrics were Dismal Relative to Industry and Trending Worse

| | FY17 | 2016 Utility Peer Group | | | Comparison of PREPA reliability to median North American Utility Peer Group reliability[1] |
|---|---|---|---|---|---|
| | PREPA[1] | Lower Quartile | Median[3] | Upper Quartile | |
| SAIDI | 14.35 | 2.77 | 1.92 | 1.35 | On average, PREPA customers do not have power for 14.4 hours |
| SAIFI | 4.83 | 1.32 | 1.04 | 0.86 | On average, PREPA customers lose power almost 5 times a year |
| CAIDI | 2.97 | 2.10 | 1.84 | 1.57 | On average, when PREPA customers lose power it takes 3 hours to restore |

**System Average Interruption Duration Index ("SAIDI")**



**System Average Interruption Frequency Index ("SAIFI")**



**Customer Average Interruption Duration Index ("CAIDI")**



1 PREPA data LTM as of July 2017, SAIDI/CAIDI are measured in hours and SAIFI is measured in # of occurrences
2 FY 2017 data projected based on prior year performance for August through December to exclude the impact of the hurricanes
3 Source of SAIFI, SAIDI and CAIDI North American utility data is the IEEE Benchmark report

24



Puerto Rico
Electric Power
Authority

# Key Operational Areas – Headcount decline

**The loss of almost 30% of its workforce since 2012 has constrained PREPA's ability to respond to challenges**

**Annual employee headcount**



- 6,080 as of May 2018
- PREPA's headcount declined by 2,411 from FY 2012 to Dec 2017 – mostly due to retirement

**Employee retirements from 2012-2017**



- Transmission & Distribution
- Generation
- Customer Service

- Of the 2,343 employees that retired between 2012 and 2017, 2,023 (86%) were from operations and 320 from administration

1 PREPA has 600 employees who are awaiting approval from the Employees Retirement System of PREPA

SOURCE: PREPA Human Resources Directorate



Puerto Rico
Electric Power
Authority

# Fuel/Purchased Power Expense Increased Dramatically over the Past Three Decades

■ Operating Expense ── Cost per kWh

Fuel and Purchased Power is the predominant cost and most volatile rate component for PREPA. Reducing dependence on refined fuel oil for power generation has long been a top priority for PREPA and though progress has been made, oil remains the main source of energy.



## Breakdown of Fuel and PP by Generation Type



## Operating Expense Breakdown





SOURCE: PREPA Planning & Finance



Puerto Rico
Electric Power
Authority

# PREPA's Current Debt Structure is Not Sustainable

- As demand has fallen, financial performance has declined and PREPA has borrowed to fund operating expenses. By 2014, PREPA was overburdened with debt and had no access to additional liquidity

- PREPA had $9.25B outstanding debt as of 5/3/2017, with debt service obligations of $4.5bn over the next five years

- The estimated annual debt service obligation based on term out of all long-term financial liabilities at a 5% interest rate over 25 years was approximately $657 million per year



**Debt Balance,** USD M[1]

| 2010 | 11 | 12 | 13 | 14 | 15 | 2016 |
|------|------|------|------|------|------|------|
| 7,587 | 8,089 | 9,043 | 8,988 | 9,413 | 9,232 | 9,042 |

**Status Quo Debt Service**



Legend: ■ Legacy Debt   ■ Relending Bonds   ■ Fuel Lines

USD M — FY 19, FY 20, FY 21, FY 22, FY 23, FY 24, FY 25, FY 26, FY 27, FY 28, FY 29, FY 30



Puerto Rico Electric Power Authority

# Pension: Underfunding Poses Another Significant Challenge for PREPA

- PREPA's Employee Retirement System ("PREPA ERS") is designed to meet the defined-benefit pension and other post-employment benefits ("OPEB") obligations of PREPA's active and retired employees (including beneficiaries)

- The PREPA ERS is significantly underfunded with an estimated Net Pension Liability of ~$3.6B (based on 2014 data with a single equivalent interest rate of 4.27%, which is a blended rate based on 8.25% rate of return for plan assets and 3.66% municipal bond index rate, taking into account the date pension assets are expected to be depleted).
  - PREPA is in the process of reviewing and updating these numbers and projections. PREPA expects that the unfunded liability will be significantly higher particularly when considering recent trends in PREPA employees and a more realistic lower rate of return.

- OPEB ($384m accrued) is entirely unfunded as reported in PREPA's 2012 "Report of Actuary on the Other Post- Employment Benefit REVISED Valuation", revised as of October 2015

| PREPA 2014 Actuary Report (USD B) | |
|---|---|
| Long-Term Expected Rate of Return | 8.25% |
| Municipal Bond Index Rate | 3.66% |
| Projected Asset Depletion[1] (Fiscal Year) | 2027 |
| **Single Equivalent Interest Rate** | 4.27% |
| **Total Pension Liability ("TPL")** | 5.0 |
| **Fiduciary Net Position (PREPA ERS Assets, "FNP")** | 1.4 |
| **Net Pension Liability ("NPL")** | 3.6 |
| **Funded Ratio** | 28% |

> **In February 2018, PREPA received a revised actuarial report from the Retirement System based on 2014 data. The Net Pension Liability more than doubled from $1.7B to $3.6B compared to the initial report**

1 Fiscal year in which Plan's Fiduciary net position is projected to be depleted from future benefit payments for current members



Puerto Rico
Electric Power
Authority

III. Baseline Financial Projections And Debt Service Analysis



**Puerto Rico
Electric Power
Authority**

# Fiscal Plan Status, Key Assumptions and Metrics

The Financial Projections in this section assume PREPA continues to exist "steady state" as a public corporation. The impact of aspirational operational initiatives is included where some certainty on implementation exists

| Input | Assumptions |
|---|---|
| **Macroeconomic** | Revised forecasts due to the combined effects of austerity, population decline, natural disasters, and increased deployment of Distributed Generation / Energy Efficiency ("DG/EE") |
| **Current Rates** | Continuing operating under ~**7.5 cent** (base + provisional) rate that went into effect in August 2016 Review rate regulation alternatives such as **Formula Rate Making (FRM)** and **Multi-year rate filings** |
| **Fuel & Purchased Power** | Price of Residual Oil (#6) is approximately **40%** higher than the forecast used in the Certified Fiscal Plan (EIA Annual Energy Outlook 2017); proportionally higher than expected diesel burn due to system instability |
| **Ongoing Maintenance** | Expenditure requirements and schedule has **changed significantly.** Currently, there is low visibility on revised aggregate levels and timing due to restoration activities and need for updated IRP. PREPA is expected to require additional funds above the annual average anticipated for Transmission IRP maintenance. |
| **MATS Compliance / Renewables** | Projects to enable MATS compliance alternatives, including AOGP, will be reviewed in the updated IRP. RFP for 300 - 600MW of renewable capacity will be developed. |
| **Liquidity and Operations** | Assumes receipt of external funding to cover expected deficit estimated for lost revenue but does not include repayment or terms associated with potential credit facilities<br>FY2020 and beyond require rate adjustments or external funding for necessary operating and maintenance expenses<br>Interest payments from loan incorporated into cash flows, but not cost of service |
| **Restoration Funding** | Timing of expenditure and disbursement still uncertain and are not included in the financial projections. Currently, the central government has initial disbursement of $2 billion approved with 100% FEMA cost share. Puerto Rico is requesting a cost-share adjustment for future FEMA's program amounts under the Stafford Act, but potentially requires 10% cost-share match from PREPA. Puerto Rico seeks Community Development Block Grant-Disaster Recovery (CDBG-DR) funding to cover the cost-share match requirements of Stafford Acts programs. Historically, either FEMA or Congress has authorized a 100% federal cost-share for large and catastrophic disasters such as Hurricane Andrew in Florida and Hurricane Katrina in Louisiana and Mississippi. PREPA assumes this cost share will be paid for through the current maintenance line item. |



**Puerto Rico Electric Power Authority**

# Macro Assumptions and Drivers



**Population decline**

The central government population forecast projects accelerated population decline due the combined effects of austerity, economic depression, and natural disaster impacts

**Economic decline**

Economic decline for forecast period is driven by the hurricane impact, lost capital, and lack of labor reform. This is somewhat mitigated by federal funding for restoration, which creates short-term employment opportunities but does not stop the net migration from the island

**Energy efficiency distributed generation**

Distributed generation, both net metering and grid defection, and energy efficiency solutions deployment are assumed to accelerate during restoration, which drives down load and energy sales an additional 11% by FY2023

**Fuel price inflation**

Short term fuel price budget projections were adjusted for recent changes in residual oil and diesel prices. Long-term prices are expected to rise and increase per unit fuel costs

31

Puerto Rico Electric Power Authority

# Load Forecast Scenarios and Fiscal Plan Base Case



**Reduced sales / consump-tion**

-30%   +24%   -10%   -22%

FY 18   FY 19   FY 20   FY 21   FY 22   FY 23

**LOAD FORECAST SCENARIOS**

GWh Sales

| | FY 17 | FY 18 | FY 19 | FY 20 | FY 21 | FY 22 | FY 23 |
|---|---|---|---|---|---|---|---|
| April 19 Fiscal Plan | 16,996 | 11,910 | 14.940 | 14,587 | 14,178 | 13,778 | 13,433 |
| Upper Bound | 16,996 | 11,910 | 15,538 | 15,391 | 15,201 | 15,040 | 14,900 |
| Base Case | 16,996 | 11,910 | 14,746 | 14,391 | 13,996 | 13,635 | 13,290 |
| Lower Bound | 16,996 | 11,910 | 13,873 | 13,319 | 12,734 | 12,178 | 11,642 |

- Storm damage and restoration has complicated short and long term load forecasts due to uncertain impacts from secular trends in DG & EE. Scenarios were developed to test a range of possible outcomes



| FY2017 Load | 16,996 |
|---|---|
| Population decline | 1,161 |
| Other economic | 634 |
| Energy efficiency | 1,184 |
| Distributed gen | 727 |
| FY2023 Load | 13,290 |

| Scenario | Distributed Generation (DG) | Energy Efficiency (EE) |
|---|---|---|
| High | Long run 170MW capacity penetration | Assumes historical trend stays constant, no acceleration |
| Base | Incremental 25% of industrial load shed relative to High | 30% of commercial / residential load achieves 30% more EE |
| Low | Incremental 50% of industrial load shed relative to High | 40% of commercial / residential load achieves 30% more EE |



Puerto Rico
Electric Power
Authority

# In Addition to the Base Rate, PREPA's Overall Fuel & Purchased Power Spend is Projected to Stay Relatively Flat

**PREPA's Fiscal Plan Baseline assumes continuing to operate as a public entity and implementing the capital plan laid out in the 2015 Integrated Resource Plan, with modifications on timing and capacity due to updated load forecasts**



Financial projections are in preliminary form and subject to change. More detail to be provided
1 The Fiscal Plan assumes incremental performance improvements of $170m in F&PP in FY2022 as well as new natural gas supply coming online. The spike back up in FY2023 is due to continuing increases in fuel prices and repowering one of the combined cycle plants, per the certified IRP.

**Puerto Rico Electric Power Authority**

# Historical & Projected Operating Expense

| | Comments |
|---|---|
| **Salaries** | Current headcount of 5,299 operating employees (5,968[3] total) is held flat through the forecast period (PREPA and advisors are analyzing labor benchmarks to determine potential rightsizing adjustments to headcount)<br>Assumes no growth in salaries consistent with the payroll freeze in effect |
| **Pension & Benefits** | Pension & Benefits expenses are projected using historic spending levels plus input from the FY2018 budget<br>Going forward these costs are assumed to fluctuate relative to headcount and revised actuarial numbers, with pension reform savings estimated from switching to a defined contribution system and reducing benefits by roughly 10%<br>Includes retirement system (including annual additional employer contribution totaling $60M beginning in FY2020),<br>social security, and worker's compensation insurance. Medical benefit reform, pension benefit reform, and Christmas bonus elimination are included in the labor reform measures<br>All overtime and overtime benefits are included in this line item |
| **Non-labor O&M** | Comprised of materials, per diem, property & casualty insurance premiums, restructuring fees, retiree medical benefits, security expenses, banking services, maintenance, utilities, and miscellaneous expenses<br>FY2018 is based on budget itemized requests for non-labor/non-fuel O&M expenses from PREPA's directorates<br>FY2019 and beyond is projected using historic spending levels plus input from the FY2018 budget |



1 Additional Employer Contribution and pension benefits included for illustrative purposes and will be updated once update Actuarial valuation is completed.
2 Increase in FY19 total operating costs driven by costs such as Title III Restructuring and FOMB advisor costs allocated to PREPA
3 As of time of publishing PREPA had 35 unfilled positions for a total desired headcount of 5,968



Puerto Rico
Electric Power
Authority

# Historical and Projected Maintenance Expense

**Since FY2013, PREPA has underspent on budget maintenance, directly impacting the reliability of the system**



**USD M**

Budget — Actual maintenance expense

Current Base Case Projections maintain pre-Maria view on future maintenance & IRP spend until better visibility is gained

FY2017 actual maintenance spend $166 million below budget

Budget FY2018, actual maintenance expenditure expected to be significantly below budget due to impact of hurricanes and shortage in skilled labor

Maintenance Projects

MATS Compliance Projects

Transmission Rehabilitation

Financial projections are in preliminary form and subject to change. More detail to be provided after the completion of the on-going IRP process.
1 MATS Compliance Projects and Transmission Rehabilitation investment dictated by the PREC certified IRP are being revisited post-hurricanes Irma and Maria.

SOURCE: PREPA Planning & Finance



**Puerto Rico Electric Power Authority**

# Indicative Revenue Requirement Under Steady State Assumptions

**PREPA steady-state 5-year revenue requirement**
USD M, kWh, $/kWh

|  | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|
| **Sales kWh** | 11,909,977,894 | 14,745,605,261 | 14,390,792,303 | 13,998,416,886 | 13,634,573,734 | 13,290,047,065 |
| **Overall Rate $/kWh** | $ 0.245 | $ 0.221 | $ 0.248 | $ 0.247 | $ 0.226 | $ 0.238 |
| **Total Revenues** | $ 2,921 | $ 3,259 | $ 3,566 | $ 3,456 | $ 3,075 | $ 3,160 |
| **Operating Expenses** |  |  |  |  |  |  |
| **Total Fuel & Purchased Power Expense** | $ 1,497 | $ 1,977 | $ 2,004 | $ 1,940 | $ 1,662 | $ 1,799 |
| CILT and subsidies | 255 | 273 | 305 | 298 | 279 | 289 |
| Total Labor Expense | 396 | 330 | 281 | 281 | 281 | 281 |
| Total Other Operating Expenses | 411 | 475 | 485 | 416 | 409 | 410 |
| **Total Non-Fuel Operating Expense** | 1,062 | 1,078 | 1,070 | 994 | 969 | 980 |
| **Total Operating Expenses** | $ 2,559 | $ 3,055 | $ 3,074 | $ 2,934 | $ 2,631 | $ 2,779 |
|  | - | - | - | - | - | - |
| Adjustment for other income | (33) | (17) | (10) | (10) | (10) | (10) |
| Adjustment for revenue recovery | - | - | - | - | - | - |
| **EBIT** | $ 395 | $ 222 | $ 502 | $ 532 | $ 454 | $ 391 |
| **Operating margin** | 13.52% | 6.80% | 14.08% | 15.40% | 14.77% | 12.36% |
| **Maintenance expense** | $ 395 | $ 222 | $ 502 | $ 532 | $ 454 | $ 391 |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - |

- Required revenue leads to rates of 23.8 c/kWh by FY23, excluding debt service and legacy pension obligations
- Assumes PREPA maintains its tax-exempt status, operational initiatives are implemented, and the planned 2015 IRP initiatives are completed with some delays



Puerto Rico
Electric Power
Authority

# Projected Base Revenue, Funding Gap, and Initiatives

**To achieve neutral funding balance under the status quo, without considering legacy debt, PREPA will need to raise rates, underspend, or finance maintenance. Access to capital requires successful Title III conclusion.**



USD B

| | FY 19 | FY 20 | FY 21 | FY 22 | FY 23 | |
|---|---|---|---|---|---|---|
| **Base Revenues** | 1.1 | 1.1 | 1.1 | 1.1 | 1.0 | Base revenue decline with load over the forecast period |
| **O&M Expense Pre-Initiatives** | -1.1 | -1.4 | -1.3 | -1.2 | -1.2 | O&M expenses fluctuate near term but also decline with load |
| **Pre-Initiatives Change in Net Funds** | -0.1 | -0.4 | -0.4 | -0.5 | -0.4 | Before impact of initiatives, PREPA has negative cash flow |
| **Operating / Revenue Enhancements** | 0.2 | 0.2 | 0.2 | 0.4 | 0.4 | Initiatives identified and executed in FY18 and 19 lead to run rate cash flow improvements |
| **Post-Initiative Change in Net Funds** | 0.1 | -0.2 | -0.1 | -0.1 | 0 | Initiatives leads to progress towards a sustainable position |

*Financial projections and cost estimates are in preliminary form and subject to change.



Puerto Rico
Electric Power
Authority

# Even With Operational Improvements, PREPA Status Quo Full Cost of Service Rates are Projected to Reach 30 Cents per kWh



**Reducing rates Requires Restructuring of PREPA Obligations and Implementation of Transformation Plan**

Projected cost of service[1] rate including debt service and cost reduction initiatives identified for the 18-month period

Legend: Debt service[2]   MATS Compliance   Maintenance[3]   Non F&PP operating   CILT & Subsidy   Fuel & PP

FY 2019 (0.27): Debt service 0.05, 0.02, 0 (MATS), CILT & Subsidy 0.02, Non F&PP operating 0.05, Fuel & PP 0.13

FY 2020 (0.30): Debt service 0.05, 0.01 (MATS), Maintenance 0.03, Non F&PP operating 0.05, CILT & Subsidy 0.02, Fuel & PP 0.14

FY 2021 (0.29): Debt service 0.05, 0.01 (MATS), Maintenance 0.03, Non F&PP operating 0.05, CILT & Subsidy 0.02, Fuel & PP 0.14

FY 2022 (0.27): Debt service 0.05, 0.01 (MATS), Maintenance 0.02, Non F&PP operating 0.05, CILT & Subsidy 0.02, Fuel & PP 0.12[4]

FY 2023 (0.29): Debt service 0.05, 0.01 (MATS), 0.02, Non F&PP operating 0.05, CILT & Subsidy 0.02, Fuel & PP 0.14

1 Cost of Service includes investments for MATS to replace non-compliant residual oil generation with diesel or natural gas
2 Debt Service Obligation estimated based on term out of all long-term financial liabilities at a 5% rate over 25 years; includes interest payments on Commonwealth loan
3 Maintenance expense necessary Transmission IRP project expenditures, which are expected to be revised and updated during the IRP process.
4 Decrease in rates in 2022 due to assumed new gas supply coming online; increase of rates in 2023 due to increased fuel prices and repowering of one of PREPAs combined cycle plants



**Puerto Rico Electric Power Authority**

# Increased Fuel Prices Result in Higher Fuel and Purchased Power Costs

**Since April 2018, fuel oil #6 prices have increased by an average of 34%**

Projected cost of service[1] rate including debt service and cost reduction initiatives identified for the 18-month period



1 Cost of Service includes investments for MATS to replace non-compliant residual oil generation with diesel or natural gas
2 Debt Service Obligation estimated based on term out of all long-term financial liabilities at a 5% rate over 25 years; includes interest payments on Commonwealth loan
3 Maintenance expense necessary Transmission IRP project expenditures, which are expected to be revised and updated during the IRP process.
4 Decrease in rates in 2022 due to assumed new gas supply coming online; increase of rates in 2023 due to increased fuel prices and repowering of one of PREPAs combined cycle plants



Puerto Rico
Electric Power
Authority

# Debt Sustainability

**PREPA has had insufficient cash flows to service its debt and entered Title III in July 2017, with over $9B in debt to creditors**

- The following matrix illustrates, for varying coupon levels and pre-debt service revenue requirement excess, or net revenue, the amount of restructured PREPA debt that could be supported

- The matrix assumes a 30-year, level debt service payment structure and only one-time coverage of net revenues to debt service

| Illustrative Cash Flow Available | | Sensitivity Analysis: Implied Debt Capacity at 1.0x Coverage | | | |
|---|---|---|---|---|---|
| | | $150 | $250 | $350 | $450 |
| **Sensitivity Analysis: PV Rate %** | **4.0%** | $2,594 | $4,323 | $6,052 | $7,781 |
| | **5.0%** | 2,306 | 3,843 | 5,380 | 6,918 |
| | **6.0%** | 2,065 | 3,441 | 4,818 | 6,194 |

*Values in ($millions)

*Values in ($millions); Assumes 30 year level debt service at 1.0x coverage to illustrative cash flow available.

- Across the coupon rate and debt capacity sensitivities above, PREPA could cover $2.1B to $7.8B in strategic projects and/or debt service (present value) over the Fiscal Plan Period



Puerto Rico
Electric Power
Authority

IV. Targets and Goals of the Transformation



**Puerto Rico Electric Power Authority**

# A PREPA Transformation Should Achieve a Set of Ambitious Targets on Rates, Reliability, and Resiliency

- **Rate target:** By 2023, achieve an all-in rate target of under 20 c/kWh with rates decreasing year over year, including:
  - Fuel and purchased power cost reduction target of >5c compared with steady state 2023 projections
  - Operational initiatives to reduce costs by 1-1.5c
    - Operational plan that includes cost reductions in labor, addressable costs (e.g., theft, inventory management) and utilization of new technology, phased in through FY2025
  - CILT and subsidy reform which discourages overconsumption and considers new operating environment

- **Reliability target:** By 2023, achieve reliability performance in line with mainland US utility median performance, measured via industry-standard SAIFI (average number of outages per customer) and SAIDI (average length of outage per customer) metrics[1]

- **Resiliency target:** By 2023, achieve a set of recognized resiliency targets – 1 or fewer outage days per customer, 0 critical services without power for over 48 hours

- To achieve these targets, a grid modernization plan will need to be implemented that leverages federal funding and concessionaire rate-based spending to lower rates and support goals across costs, reliability and resiliency

1 SAIFI – total # of annual customer interruptions / total # of customers served; US median of 1.04SAIDI – sum of all customer interruptions duration in hours per year / total # of customers served; US median of 1.92



**Puerto Rico
Electric Power
Authority**

# Rates under 20c by 2023 Could be Achieved Through a Complete Power Sector Transformation



**Average customer rates by year,** c/kWh

Legend: CILT and subsidies[1] · Labor and operations[2] · Cost of non-gen capex[3] · Purchased power[4]

| Category | FY2018 | 19 | 20 | 21 | 22 | FY2023 |
|---|---|---|---|---|---|---|
| CILT and subsidies[1] | 2 | 2 | 2 | 2 | 1 | 2 |
| Labor and operations[2] | 6 | 5 | 4 | 4 | 4 | 4 |
| Cost of non-gen capex[3] | 2[5] | 1[5] | 0 | 1 | 1 | 1 |
| Purchased power[4] | 13 | 13 | 13 | 11 | 10 | 10 |
| Total | 22 | 21 | 19 | 18 | 17 | 17 |

(reference line at 20)

- **Major drivers of transformation** case include accelerated large scale renewable and storage procurement to eliminate need for large generation capex and shifting T&D to capital recovery model[6]
- **Rate projections are not final**, **and are subject to optimal generation mix analysis as defined by IRP, federal funding decisions, and finalized market terms**

1 Includes $5.8M current and $20M beginning FY20 in annual funding for regulator, that will be 100% ratepayer funded, in line with assumptions regarding increased funding for electric utility regulator
2 Includes concessionaire incentive
3 Includes return on equity and cost of debt for new capital investments, with a 50/50 debt to equity split for funding
4 Requires a ~2.9B capital investment in new generation
5 Capex is assumed to be passed through to rates in FY18 and FY19 (prior to the concession), and rate based in FY20 (after the concession)
6 Capital recovery serves to both incentivize concessionaire and reduce annual volatility in capex expense incurred by customers
NOTE: Concessionaire incentive assumed at .1c/kWh based on operational gains; excludes debt, pension service, and interest from Commonwealth loan
COSTS EXCLUDE LEGACY DEBT AND PENSION OBLIGATIONS



Puerto Rico
Electric Power
Authority

43

# An Aspirational Least-cost Generation Plan That Shifts Fuel Mix to Lower Cost Power Sources Can Lower System Operating Costs



**Illustrative generation mix,** TWh

13.5 (FY2018[2]): Co-fired 1.8, Fuel oil 4.4, Gas 3.0, Coal 3.5

14.9 (FY2023): Solar 3.0, Wind 1.7, Other 0.1, Gas 6.1, Coal 3.5

Legend: Storage, Solar, Wind, Other[1], Co-fired, Diesel, Fuel oil, Gas, Coal

FY2018[2]: **6%** | FY2023: **32%** — **Share of solar and wind**

FY2018[2]: **22%** | FY2023: **41%** — **Share of gas[3]**

**Resulting estimated fuel and variable O&M costs,** USD M

FY2018: 831 | FY2023: 626

**Required capital expenditures,** USD M

Legend: Conventional, Renewable, Storage

| | FY2018 | 19 | 20 | 21 | 22 | FY2023 |
|---|---|---|---|---|---|---|
| Total | 336 | 518 | 67 | 1,376 | 433 | 277 |
| Conventional | | | | 501 | | |
| Renewable | 234 | 344 | | 685 | 433 | 277 |
| Storage | | 107 | | 190 | | |

- A generation plan that builds renewables and additional gas can **cut fuel oil costs and reduce price volatility**

- ~2.9B of capital will be required to **build a renewables-oriented generation fleet and repower existing facilities to run on gas,** to be funded through private investment

- **A rebuild and modernization of the grid will also be required in the same timeframe**

**1** Other includes waste-to-energy, hydro    **2** 2018 year-end numbers based on model results; operational numbers may differ due to impact of hurricane
**3** Excluding Costa Sur co-fired



Puerto Rico Electric Power Authority

# The Aspirational Generation Plan Includes High Level Reliability Planning Considerations Including a Large Reserve Margin, Diesel Capacity for Contingencies, and Storage



**Capacity,** MW

- Generation scenario projects a **reserve margin of 72% by 2023, conservative** compared with other large islands such as Hawaii (reserve margin of 30-45%)

- **Diesel plants** in the North are kept online **primarily for contingency and to backup flexibility** provided by batteries for renewable integration as needed

- Additional **battery storage (300 MW / 1200MWh) by 2023** is built to integrate renewables and **support system reliability and flexibility**

- Renewables sited across the island will reduce reliance on cross-island transmission lines and increase resiliency to future storms

- **Limited renewables build before FY21** (550MW)[3] ensures time to build supporting infrastructure (e.g., storage) before additional large-scale build begins

- **An IRP will provide full consideration of the capacity and flexible generation needed for reliability planning considerations**

1 Other includes biomass, hydro and waste-to-energy (biomass)
2 Reserve margin based on firm capacity, which is calculated as nameplate capacity multiplied by a derating factor to reflect probability the technology is available at time of peak
3 Per 2014 consulting engineer report. Results were based on peak demand of 3,300 which has since fallen. Report noted that in planned 2015 configuration, grid could accept up to 580 MW of renewables



Puerto Rico
Electric Power
Authority

# Oil Price Increases Result in Higher Fuel and Purchased Power Costs

■ CILT and subsidies[1]   ■ Labor and operations[2]   ■ Cost of non-gen capex[3]   ■ Purchased power[4]

**Transformational Scenario: Average customer rates by year,** c/kWh



- ▪ **Residual Fuel Oil #6 prices have increased ~34% on average for PREPA since April 2018**
- ▪ **Marginal generation capacity replaces peaker oil generation with gas and renewables**

1 Includes $5.8M current and $20M beginning FY20 in annual funding for regulator, that will be 100% ratepayer funded, in line with assumptions regarding increased funding for electric utility regulator
2 Includes concessionaire incentive
3 Includes return on equity and cost of debt for new capital investments, with a 50/50 debt to equity split for funding
4 Requires a ~2.9B capital investment in new generation
5 Capex is assumed to be passed through to rates in FY18 and FY19 (prior to the concession), and rate based in FY20 (after the concession)
6 Capital recovery serves to both incentivize concessionaire and reduce annual volatility in capex expense incurred by customers
NOTE: Concessionaire incentive assumed at .1c/kWh based on operational gains; excludes debt, pension service, and interest from Commonwealth loan
  COSTS EXCLUDE LEGACY DEBT AND PENSION OBLIGATIONS



Puerto Rico
Electric Power
Authority

# Recent Renewables Pricing Indicates That Low-cost Power is Achievable as Generation from Renewables Grows



- Auction results, mainland USA
- Auction results, other countries
- Puerto Rico PPA[2]



**Levelized cost of electricity (LCOE) for solar by year[1]**
$/MWh, nominal

~13% capacity factor

~26% capacity factor

**Levelized cost of electricity for wind by year[1]**
$/MWh, nominal

~22% capacity factor

~42% capacity factor

- While Puerto Rico's previous renewables PPA pricing was broadly consistent with global averages in 2011-12, cost of electricity generated by wind and solar going forward is expected to be substantially below prices quoted in 2015 PREPA IRP, consistent with global markets for solar and wind
- Compared across global markets, Puerto Rico is well-situated for renewables generation, with high capacity factors for solar and wind (~20-24% & ~25-34%) – meaning Puerto Rico can produce more power per unit installed, and can thus potentially realize favorable pricing

**1** Based on announced auction results (not exhaustive). Assumes commissioning date of three years after auction announcement;   **2** Based on prices listed in 2015 IRP
Note: On the rare occasion when multiple auctions occurred within the same month, the average price of those auctions is shown. In case of ambiguity regarding the auction's date, the date when the winning bids were selected and announced was taken as the main reference.

SOURCE: IRENA, BNEF, CleanTechnica



**Puerto Rico Electric Power Authority**

# Transformational Rate Projections Assume Total Capex Required to Optimize Rates and Improve Reliability is in the Range of $12B

**Potential sources of funding:** ■ Private generation  ■ Federal  ■ Concessionaire /PREPA



**Capex spend, 2018-2023[1], USD B**

**Considerations**

**Generation** — 3
- Used to build out renewable generation to create fuel cost savings shown in aspirational generation scenario
- Final generation mix and spend to be determined by upcoming IRP

**T&D rebuild and resilience spending[2]** — 8
- Full rebuild of current grid and resilience build out; including extensive hardening of T&D infrastructure, selective undergrounding, and relocation of limited facilities (e.g., substations) where necessary

**Maintenance capex and system ops** — 2
- Majority of pre-hurricane forecasted maintenance capex (T&D and other)
- System operations upgrades

**Total requirement** — 12
- Total requirement assumes significant federal funding, enabling widespread build of T&D to support both resilience goals and grid which supports large-scale renewables deployment

**Illustrative funding split** — 23% | 58% | 20%
- Federal funding for rebuild of current grid and T&D resilience build out[3]
- Concessionaire investment for forecast maintenance, operations, and some hardening (e.g., for critical infrastructure)
- Generation privately funded

- Plan assumes over **50% of required capex is spent by FY20, primarily to rebuild grid**
- Concessionaire funding is expected to generate a return that **balances affordability and attractiveness to investors[4]**
- The amount of **federal funding received will likely dictate concessionaire funding**
- **Less federal funding will necessitate higher rates or lower levels of grid resiliency**

1 Preliminary views on generation and rebuilding & resilience costs provide context for the probable magnitude of investments
2 Includes majority of T&D and other maintenance line items from previously forecast PREPA plan as this figure constituted all forecasted capex noted in PREPA model
3 Excluding system operations and some outstanding resiliency investments (e.g., critical infrastructure hardening); figure represents "floor" on funding necessary to support suggested resilience build while maintaining long-term rates which meet target criteria;     4 Return on new T&D capex is expected to cost ~2c/kWh in 2023

48



**Puerto Rico Electric Power Authority**

# Federal Funding and Impact on PREPA

## Stafford Act Emergency Funding

- Emergency Work through the initial 180 days following the Incident Period for DR-4339 (Maria) is 100% Federally funded
- The cost to restore and repair the damaged infrastructure not covered by insurance proceeds is expected to be covered by FEMA Public Assistance funds (Federal cost share of 90%)
- Puerto Rico is requesting a cost-share adjustment for FEMA's programs under the Stafford Act to 100% federal. Puerto Rico seeks Community Development Block Grant-Disaster Recovery (CDBG-DR) funding to cover the cost-share match requirements of Stafford Acts programs. Historically, either FEMA or Congress have authorized a 100% federal cost-share for large and catastrophic disasters such as Hurricane Andrew in Florida and Hurricane Katrina in Louisiana and Mississippi
- Does not cover any liquidity funding except to the extent reimbursements are received for costs previously funded by PREPA
- Reimbursement of individual expenses is subject to compliance with FEMA requirements
- Timing and amount of reimbursements are unclear but emergency funding will likely not impact transformation as it will go to PREPA to address emergency needs prior to transformation

## Community Disaster Loans

- Loan to carry on existing local government functions of a municipal operation that have incurred a significant loss in revenue, due to a major disaster, that has or will adversely affect their ability to provide essential municipal services
- PREPA expects that a Community Disaster Loan (CDL) either directly or through the Government of PR will be necessary for PREPA to maintain the necessary liquidity to operate for the 18-month period of continued operations required by the fiscal plan
- Timing and terms of potential CDL for PREPA are unclear
    - CDL would likely require senior position in the capital structure
    - CDL might be payable upon a sale of PREPA's assets or confirmation of a plan of adjustment unless Federal government agrees to the contrary
    - CDL can (but is not required to) be forgiven by the Federal government
    - Tenor and term still subject to input from United States Treasury

## Permanent Funding Under the Stafford Act

- Permanent work to mitigate the damage to the power sector will likely be through alternative procedures provided under Section 428 of Stafford Act
- Timing and amount of funding is unclear
    - Initial damage assessment likely to take twelve months
    - Negotiation of fixed payment to Government of PR to address damage to power sector
- May be used to fund rebuild of current system or for an alternative use depending on agreement
- Timing, amount and terms will determine how the Federal funding will be integrated into plans for PREPA and the energy sector transformation generally



Puerto Rico
Electric Power
Authority

# A Long-term Operational Plan Under an Expert Concessionaire Might Realize Labor Cost Savings Beyond Identified Operational Improvements

 Full savings potential (savings ramp over time)



**Current fully loaded labor spend,** USD M

**Potential savings by 2023[1],** USD M

| Category | Current spend | Savings (ramp) | Full savings |
|---|---|---|---|
| Transmission | 77 | 6 | 21 |
| Distribution | 77 | 8 | 27 |
| Customer service | 62 | | 1 |
| G&A | 84 | 37 | |
| Sub-total | 300 | 53-85[1] | |
| Generation[2] | 96 | 0 | |
| Total Labor | 396 | 53-85[1] | |

- Benchmarking using costs for vertically integrated, similarly-sized utilities in the mainland US indicate a $50-80M savings opportunity by increasing PREPA's labor cost efficiencies to median utility performance[3], incremental to non-labor operational improvements identified in steady state financial projections

- Largest savings opportunity is in administrative function – T&D savings are assumed to phase in more slowly after full repair and rebuild of power grid is complete

- Top decile savings relative to coastal peer utilities exceed $100M for categories identified

- Savings could be realized through multiple initiatives, including performance management, reduction of non-core spending, process automation), other initiatives identified through WP180 – potential also exists for private operator to enable additional savings through shared services

1 Run rate from achieving median performance of similarly-sized utilities, from FERC benchmarking of a set of vertically integrated, coastal and / or rural mainland utilities; full savings not achieved until FY2025; pensions not included in savings build-up above 2 Generation not included in benchmarking due to the differences between PREPA and other U.S. utilities in fuel mix and transportation costs  3 Utility peer set chosen from PREPA benchmarking study submitted to PREC as part of 2016 rate case  Note: benchmark savings replace savings PREPA has identified in steady state projections (e.g., figures include overtime savings)

SOURCE: PREPA FTE and salary data, FERC 2016 data, PREPA financial statements and projections, Section 4.2 of LIPA-PSEG OPERATIONS SERVICES AGREEMENT

 **Puerto Rico Electric Power Authority**

## Local Market Concerns and Objectives (e.g., Rates; Reliability; Transparency)

In the post-Hurricane Irma and Maria era, local market concerns, challenges, and objectives have amplified

| Traditional Concerns |
| --- |
| Cost of energy |
| Quality (voltage and frequency) |
| Frequency and duration of interruptions/outages |
| Environmental |

| New Post Hurricane Concerns |
| --- |
| Overall resiliency and redundancy |
| Increased recovery times |
| Operational continuity |
| Generation redundancy and distribution |
| Transmission and Distribution capacity and resiliency |

**These concerns must be addressed when transforming the Island's energy sector so as to:**

- Minimize manufacturing losses and/or backlogs
- Increase productivity
- Avoid/minimize need for backup/redundant systems
- Avoid/minimize equipment damages
- Retain/attract manufacturing, commercial, and business operations
- Maximize capital investment, economic growth and job creation
- Avoid creating new or additional stranded and inefficiently shifted costs



**Puerto Rico Electric Power Authority**

# Beyond Improving Rates, a Transformation Should Target Measurable Improvements in System Reliability and Resilience

PREPA 5-year target



## Potential metrics

| | PREPA (FY17)[1] | Low Quartile | Median | Upper Quartile |
|---|---|---|---|---|
| **SAIFI** (total # of annual customer interruptions/total # of customers served) | 4.83 | 1.32 | 1.04 | 0.86 |
| **SAIDI** (sum of all customer interruptions duration in hours per year/total # of customers served) | 14.35 | 2.77 | 1.92 | 1.35 |
| **CAIDI** (SAIDI/SAIFI) | 2.97 | 2.10 | 1.84 | 1.57 |

**Reliability**

## Actions

- **Maintenance:** Maintain adequate level of maintenance capex given new grid in order to reduce both O&M costs and interruptions

- **System operations:** Upgrades including monitoring and automation technology to identify issues requiring action and enable automated responses during interruptions

- **Other** (O&M): Institute predictive maintenance programs

**Resilience**

## Description

- Grid resiliency equal to mainland US hurricane-prone utilities: (e.g., resilience targets suggested by Sandia National Labs after Superstorm Sandy)
- Economic analysis of additional resiliency built into critical parts of system sufficient to deliver power during large storms and capital investment consistent with mainland US utilities

## Targets

**1 or fewer outage-days per customer**

**0 critical services without power more than 48 hours**

**$4-5B in targeted resilience investments**

- **T&D upgrades:** Harden existing infrastructure assets, relocate or underground subset of assets

- **Microgrids:** Develop microgrid capabilities for critical infrastructure

- **Other** (generation): Build out distributed generation fleet less reliant on N-S transmission loops

1 Based on PREPA figures reported in 2017 compared to 2016 North American utility peer group (per IEEE benchmark report)

SOURCE: PREPA, North American utility data is the IEEE benchmark report

52



Puerto Rico Electric Power Authority

# Base Case Illustrative End State Structures for Transformation

## T&D Concession

- Delivery and retail utility functions provided by single private concessionaire using publicly-owned wires and retail service assets subject to conditions and rate and performance regulation
- Concession awarded via competitive process
- Concessionaire must make and fund necessary investments not otherwise publicly funded; title to all assets remains public
- Concessionaire receives retail rate revenues set generally under established rate standards
  - Rates recover prudent operating and supply costs
  - Rates include return of/on cost of new investments
  - Potential return on value of other assets and recovery of unrecovered investment costs at end of concession term linked to investment obligation
  - Performance on metrics and incentives can also affect rates and revenues
- IRP and Renewable Portfolio Standard (RPS)
- CPCNs for major investments not authorized by statute, franchise, investment plan, or IRP

## Generation sale

- New franchises created for one or more privately owned generation companies
- Generation franchises create right to operate utility scale generation and sell to delivery utility
- Franchisees can acquire useful generation assets now owned by PREPA under Title III process
- CPCNs for major new investments not authorized by statute, franchise, investment plan, or IRP including new competitive utility-scale generation
- Energy sales can occur through negotiated contracts (PPOAs) subject to market power test and backup regulation
- Migration to other market structures (e.g., periodic auctions) possible if and as future market develops
- IRP, objective performance standards, reserve requirements, and Renewable Portfolio Standard regulations apply
- Regulation of subsequent purchases / sales / reorganizations under traditional standards

**Industry end structure may take various other forms (e.g., vertically-integrated utility) based on industry participant feedback during market sounding**



Puerto Rico
Electric Power
Authority

53

V. Rate and Regulatory Structure



**Puerto Rico
Electric Power
Authority**

# Current Rate Structure Overview



Provisional Rate 6%

Base Rate 30%

Fuel & Purchased Power 64%

Fuel Adjustment 41%

Purchased Power 23%

PREPA's current rate structure is composed of four primary components – Base Rate, Provisional Rate, Fuel Adjustment and Purchased Power

The 3 primary categories of customers make up 96% of revenue - Commercial (47%), Residential (37%) and Industrial (12%)

PREC approved a permanent rate structure that has yet to be implemented that would eliminate the 11% surcharge construct and instead include direct pass through line items in customer's bills to cover CILT and subsidies

| Figures in c/kWh | Residential | Commercial | Industrial | Overall | Comments |
|---|---|---|---|---|---|
| Base Rate Revenue | 5.6 | 6.7 | 4.7 | 6.2 | Intended to cover PREPA's O&M, not increased since 1989. Includes fixed charge ($3) for clients on secondary distribution, and demand charges for clients served by primary distribution & transmission. |
| Provisional Rate Revenue | 1.1 | 1.2 | 1.2 | 1.2 | Authorized by PREC to cover PREPA's O&M deficit ($222M as of August 2016) during the pendency of the permanent rate case. |
| Base + Provisional Rate | **6.7** | **7.9** | **5.9** | **7.4** | Total rate revenue per unit sales to cover PREPA O&M |
| Fuel Adjustment Revenue | 8.2 | 8.1 | 7.5 | 8.1 | Fuel commodity, shipping, and other fuel related costs plus 11% surcharge intended to cover CILT + subsidies authorized by law |
| Purchased Power | 4.8 | 4.8 | 4.5 | 4.8 | Cost of purchased power based on contracts plus 11% surcharge intended to cover CILT + subsidies authorized by law |
| **Total Revenue** | **19.7** | **20.8** | **17.9** | **20.3** | |
| Avg. Client Bill per Month | $87.50 | $1,202 | $60,105 | $193.67 | |
| Share of Revenues per customer class (%) | 37% | 47% | 12% | | |

SOURCE: June 2017 Monthly Operating Report



Puerto Rico
Electric Power
Authority

# Rate Design for Public Utilities Should Follow a Clear Set of Principles

## Principles for all public utility rates

- Simplicity and public acceptability
- Freedom from controversy
- Revenue sufficiency
- Revenue stability
- Stability of rates
- Fairness in apportionment of total costs
- Avoidance of undue rate discrimination
- Encouragement of efficiency

## Specific priorities for the Puerto Rico power sector

1. **Provide low-cost power** to all customer classes, without any sudden or unexpected changes

2. **Support reliability for all customers** by providing a sustainable source of revenue for a utility to operate and maintain a modern grid

3. **Enable new energy technologies** while accounting for the need to maintain the grid as a backbone of the system

4. **Incentivize distributed generation in specific locations** where it provides benefits to the system

5. **Attract capital** by providing a clear and stable path for a new utility investor to collect the revenue requirement

6. **Promote economic growth** through rate designs that encourage investment in industry on the island

**A bridge rate case** that sets rates until a concession is finalized and incorporates some rate design tools should be developed by PREPA; **a full rate case should be developed and approved by the regulator thereafter with a full public comment process**



**Puerto Rico Electric Power Authority**

56

# PREPA and Future Private Participants Will Require a Reasonable Regulatory Process

**The annually updated and reconciled Formula Rate Mechanism ("FRM") proposed by PREPA bases rates on Fiscal Plan budgets, and most effectively implements the plan while preserving review and oversight**

| Costs | Liquidity | Sales |
|---|---|---|
| - FRM bases rates only on real and necessary costs<br><br>- Rates would be updated based directly on Fiscal Plan budgets<br><br>- Rates will automatically adjust for other sources of emergency funds<br><br>- Actual costs reviewed and reconciled after the fact | - Helps address the ongoing challenges of having no access to capital markets and few reserves, while needing to make essential investments in recovery, environmental compliance<br><br>- Avoid/minimize historical undue political influences | - Annual reconciliations address changes in sales/demand, protects customers from forecast errors and remove disincentives from reaching efficiency gains and renewable energy deployment |



Puerto Rico
Electric Power
Authority

# Rate Design Challenges & Opportunities – Stranded Costs Recovery

**In the event that the Transformation Plan is not successfully executed, there are well-understood ratemaking and regulatory responses used by utilities faced with serious threats of uneconomic bypass and stranded costs.**

**Potential Options that could be considered as part of rate design:**

- **Adopt economically efficient rate designs.** Uneconomic incentives to bypass utility supply or delivery can be avoided or minimized:
  - Properly reflect fixed and volumetric costs in rates, and properly assign costs to classes
  - Move more costs, especially fixed network costs that do not change with customers' use, to fixed values than to volumetric costs to reduce volatility and discourage inefficient bypass
  - Consider unbundling delivery and supply rates and costs. This can help protect essential grid cost recovery and preserve funding for grid improvement and "future utility" goals. Rate unbundling also facilitates private generation investment
  - Rates that discount delivery prices without reducing grid costs must be carefully designed to promote the desired social goal (e.g., promoting renewable energy) without stranding grid costs or creating cross subsidies that hurt customers least able to respond, who are often low income or low use

- **Use targeted rate tools.** Customer or group-specific rate tools such as economic development rates, load retention rates, and special customer class (e.g., very high voltage, interruptible) rates can reduce the risk of uneconomic load loss and attract new load to areas where capacity (T&D and Generation) is available at little marginal cost. This helps the utility and the economy

- **Explicit stranded cost charges.** Impose non-bypassable charges on customers designed to recover identified categories of stranded costs. In some cases, a non-bypassable charge can reduce the incentive to depart as a means of avoiding responsibility for stranded costs



Puerto Rico
Electric Power
Authority

# Summary of End State Regulatory Structure Detailed in Commonwealth Fiscal Plan

**An independent regulatory framework with transparency and oversight must support the desired transformation, create investor confidence, and implement stable and accepted modes of regulation and economically efficient rates.**

| Challenges | |
|---|---|
| | - Current regulator is understaffed and unable to secure government approvals to hire new personnel and expert consultants |
| | - Regulatory climate not sufficiently stable and predictable to attract private participation or support private investment |

| End state | |
|---|---|
| | - Independent regulators with relevant expertise, supported by staff with utility expertise |
| | - Advisory and advocacy staff and functions strictly separated |
| | - Sufficient, dedicated funding enabled through charter, through a combination of pass-through charges and fees |
| | - Mandate to improve cost and reliability performance, including a broad range of ratemaking and approval tools outlined in Commonwealth Fiscal Plan |
| | - Post-Title III, the regulator will approve new rate case and assume all regulatory responsibilities including approval rights for issuance of new debt |
| | - FOMB maintains limited rights while PREPA continues to remain a covered entity under PROMESA |
| | - The regulator will need an annual budget of $20-$30 million dollars[1], which is roughly equivalent to a surcharge of $0.0015 per kWh |

| Transition | |
|---|---|
| | - Transition to new regulatory structure immediately, so that structure and funding are established before bids are solicited for the transaction |
| | - The Puerto Rico Energy Commission's authority and funding will have a transition period to account for FOMB authorities pre-transformation |
| | - FOMB approves a capital plan, budget, and revenue requirements, the issuance of new debt and the structuring of existing debt through the plan of adjustment, and contract amendments and terminations |
| | - Regulator authorizes bridge rate in line with certified budget to maintain PREPA during transition |
| | - The regulator will approve the FOMB-guided IRP, but any budget / debt service implied by the current rate case will be superseded by the FOMB-approved budget |
| | - The regulator will be able to hear cases pertaining to microgrids and distributed generation development during the transition period |

1 Estimate in line with other jurisdictions; the Hawaii Public Utilities Commission had revenues of $19M in FY2017 to serve a population of 1.4 million. The New Fiscal Plan for PREPA assumes $20 million annual funding through rates beginning in 2020 for the future state energy regulator

59



Puerto Rico
Electric Power
Authority

# Rate and Incentive Tools

Proven regulatory tools can incentivize and promote investment, efficiency, and high performance in Puerto Rico in the context of well-understood established regulatory models. These tools can be included in the franchise / concession structure and thereafter by the regulator. Particular tools can be chosen and refined as investor discovery proceeds and as other policy, market structure, and future investment needs solidify.

**Performance and Investment Metrics**
- Direct adjustment of revenues and returns has been successfully used to incentivize performance and support development of selected assets and/or projects. Operational performance metrics can include both rewards and penalties, especially where the metric is strongly under the utility's control.
- Examples include FERC incentive rates for certain transmission projects, ROE/ROR incentives for achieving designated operational and economic KPIs (*e.g.*, IL) and/or "output" incentives (*e.g.*, UK).

**Multi-Year Rate and Investment Plans**
- Formal mechanisms that set or cap rates or revenues over time taking into account attrition and inflation to target innovation and efficiency gains. Less formal versions include rate steps or freezes. They aim to offer greater regulatory certainty to customers and utilities while increasing incentives to control costs, make specific investments, and innovate.
- The UK, Ontario, and more than fifteen US states (*e.g.*, GA, CO, CA, NY, IA) have used versions of multi-year rate plans with positive effects on efficiency and cost containment.

**Decoupling/ Revenue Adjustments**
- Mechanisms to offset or mitigate the impact on utility revenues and cost of attrition caused by, *e.g.*, economic turmoil, energy efficiency and demand response efforts, or DER penetration, especially where there are no parallel reductions in utility costs.
- Various forms of decoupling have been widely adopted across mainland jurisdictions, especially in jurisdictions with strong commitments to energy efficiency and demand management (*e.g.*, NY, CA, MD, OH, IL) and decoupling forms a part of the UK regulatory scheme.

**Trackers and Formula Rate Mechanisms**
- Mechanisms to periodically adjust rates or allowed revenues in response to changes in costs and/or sales, especially where those changes are significant and unpredictable. May be symmetric and coupled with performance incentives and prudence review. Can also be used to retroactively reconcile rates and revenues to account for unexpected changes or emergencies.
- Variations include full formula rates (*e.g.*, FERC, IL) and targeted capital and expense trackers used in numerous states and provinces and in Puerto Rico in the existing CILT, subsidy, and F&PP riders.


Puerto Rico Electric Power Authority

# VI. Resiliency & Resource Planning



Puerto Rico
Electric Power
Authority

# The Puerto Rico Energy Resiliency Working Group (ERWG), led by NYPA, Prepared a Grid Resiliency Rebuild Assessment

- Immediately following Hurricane Maria, PREPA set out to review and assess damage to the system and began emergency restoration
- Damage assessment and emergency restoration efforts were supported by NYPA, ConEd, and USACE. Further damage assessment and resiliency rebuild estimates were developed by The Puerto Rico Energy Resiliency Working Group, comprised of the following members:
  - New York Power Authority, Puerto Rico Electric Power Authority, Puerto Rico Energy Commission, Consolidated Edison NY, Edison International, Electric Power Research Institute, Long Island Power Authority, Smart Electric Power Alliance, U.S. Department of Energy, Brookhaven National Laboratory, and the Public Service Enterprise Group
- The Puerto Rico Resiliency Working Group estimate for the cost to rebuild with minimum resiliency to withstand extreme Category 4 storms and sufficient design margin to ensure high survivability for Category 5 events are summarized below
- Absent substantial federal funding for the rebuilding effort, the Energy Resiliency Working Group recommendations cannot be implemented

- The ERWG Grid Resiliency Report was part of the Government's formal request for supplemental Federal assistance

- Although Puerto Rico anticipates significantly more Federal Disaster Relief Assistance, out of the $17.6B for Federal Disaster Relief for the Rebuild of the Electric Grid, the Puerto Rico Government currently estimates that $13.7B of federal assistance would be available for repairs and improvements of the electric system.

- As of March 2018, FEMA has allocated $1.953 billion to USACE to execute the Mission Assignment for power grid restoration

| Rebuild Recommendations[1] | Total (millions) |
|---|---|
| Overhead Distribution (includes 38kV) | $5,268 |
| Underground Distribution | $35 |
| Transmission - Overhead | $4,299 |
| Transmission - Underground | $601 |
| Substations - 38kV | $856 |
| Substations - 115kv & 230kV | $812 |
| System Operations | $482 |
| Distributed Energy Resources | $1,455 |
| Generation | $3,115 |
| Fuel Infrastructure | $683 |
| Total Estimated Cost | $17,606 |

1 Note: Each line item includes a 30% scope confidence escalator. Final cost estimates require multiple engineering studies and an updated IRP.

SOURCE: Puerto Rico Energy Resiliency Working Group report, November 2017, USACE



Puerto Rico
Electric Power
Authority

# Although Puerto Rico anticipates significantly more Federal Disaster Relief Assistance, it included $13.7B in assistance for Electric Power Infrastructure

▪ The preliminary estimate of $13.7B included in the Central Government Fiscal Plan is based on the following breakdown, which PREPA is in the process of evaluating and comparing to other third party estimates

| Category | Amount (M) |
|---|---|
| Distribution System Rehabilitation and Improvements | $8,374 |
| Transmission System Improvements | $3,222 |
| Hydro Plants Rehabilitation | $235 |
| Replacement of Peaking Units | $1,173 |
| Guajataca Dam Repairs | $258 |
| Impacts to Commercial Buildings and Irrigation Channels | $117 |
| Debris Removal and Emergency Staff Expenses | $95 |



■ Distribution System Rehabilitation and Improvements
■ Transmission System Improvements
■ Hydro Plants Rehabilitation
■ Replacement of Peaking Units
■ Guajataca Dam Repairs
■ Impacts to Commercial Buildings and Irrigation Channels
■ Debris Removal and Emergency Staff Expenses



Puerto Rico
Electric Power
Authority

63

# Grid Resiliency – Potential Grid Improvements

**The ERWG made recommendations for improvements and replacements that cannot be achieved by PREPA absent substantial federal funding.**

| | |
|---|---|
| **Hardening & Resiliency Executive Summary** | ▪ **Generation:** Relocate smaller coastal or river-located facilities, use of load frequency control, build back renewable energy sources, and integrate DER<br>▪ **Transmission:** New monopole towers, high strength insulators<br>▪ **Substations:** Defense-in-depth (multilayered) flood protection<br>▪ **Distribution:** Use of concrete and galvanized steel poles, new backup control center<br>▪ **System Ops:** Use of microprocessor-based devices and proven control system technologies |
| **Generation Related Improvements** | ▪ **Aguirre Plant :** Test and inspection; base repairs; spares replacement; storm hardening; install H-class machine at Aguirre to address MATS compliance, system stability, and fuel diversification issues<br>▪ **Palo Seco Plant:** Installation of dual fired F-class machine to address MATS compliance, system stability, and fuel diversification issues; storm hardening<br>▪ **Other Plants:** Test and inspection; base repairs; spares replacement; storm hardening |
| **Transmission Related Improvements** | ▪ Relocate 230 KV Transmission lines to existing highways (see image)<br>Replace poles for higher wind rating; move high risk lines underground<br>Straighten and grout existing poles or replace with deeper subgrade and/or engineered foundations<br>▪ Improve insulators, particularly in salt contamination areas  |
| **Distribution Related Improvements** | ▪ Replace poles for higher wind loading, install breakaway service connections, install fully insulated wire, relocate distribution away from transmission, selectively underground distribution<br>▪ Replace poles with deeper subgrade support, selectively underground in areas with water-driven debris<br>▪ Relocate lines to accessible street level, selectively replace overhead with underground<br>▪ Add automated switches with FDIR capability<br>▪ Improve insulators, particularly in salt contamination areas |

SOURCE: Puerto Rico Energy Resiliency Working Group report, November 2017



**Puerto Rico Electric Power Authority**

# Timeline of Recommended System Improvements by the ERWG is Conditioned Upon Receipt of Necessary Federal Funding

**The ERWG laid out a timeline for implementation and funding of recommended system improvements over time. The timeline ignores any constraints on funding, and provides guidance on estimated sequencing and duration of activities.**



**Activities underway or expected to begin in early Q1 2018:**

- Rebuild and repair of salvageable substation equipment, fences, communications equipment, and restoration of physical security.

- FEMA audit (A-133 or single audits) preparation required for any entity that expends $750,000 or more of federal assistance. Filings for 2017 expenditures must be completed by September 30

- Transmission studies, engineering assessments, DER site studies, and other planning studies

SOURCE: Puerto Rico Energy Resiliency Working Group report, December 11, 2017



**Puerto Rico Electric Power Authority**

## Resiliency and Contingency Planning

**Resiliency requires contingency planning for funding, assistance, and insurance**

- PREPA should seek to obtain **external funding** for any amounts related to restoration services. The principal source of funding that PREPA should pursue for cost-share matching amounts required under the Stafford Act is from a Community Development Block Grant (specifically CDBG-DR-2018) from the U.S. Department of Housing and Urban Development (HUD).
  - Should CDBG funding of approx. $200m not be available for FY19 cost-share, PREPA may have no option but to reallocate the majority of its FY19 maintenance budget of $227m and **forego maintenance of generation and T&D assets**, and/or pursue modifications or expansions to the existing loan with the Central Government, and/or attempt to secure DIP financing from private parties, which may require changes in the PREPA rate structure to provide an agreeable security package and/or adequate debt service coverage

- PREPA should seek to **enter into mutual aid agreements** with mainland utilities and leverage their existing relationship with the Southern State Energy Board (SSEB) and the New York Power Authority (NYPA) prior to the calendar year 2018 hurricane season

- PREPA should assess the status of its available **insurance** programs and ensure that all assets are **adequately protected at cost-effective rates**



Puerto Rico
Electric Power
Authority

# Signing Mutual Aid Agreements Could Accelerate Future Recovery Timelines

**MOUs provide mutual aid between PREPA and another utility in times of need**

**PREPA will sign memoranda of understanding (MOUs) to document goodwill with other utilities as non-binding agreements for mutual aid**

**PREPA**



**Partner utility (e.g., NYPA)**

- PREPA can prepare for future natural disasters with MOUs **that trigger during times of greatest need**, such in the case of a future hurricane

- **PREPA could receive loan** of personnel, equipment, and other resources from other parties within agreement

- Conditions and payment for aid varies depending on agreement:
  - Can defer payment under assumption mutual aid will be reciprocated
  - Can agree on terms of payment prior to being provided

- Puerto Rico is currently a **member of the Emergency Management Assistance Compact** (EMAC), a national interstate mutual aid agreement
  - Puerto Rico requested and received emergency management personnel from CA, LA, and MA during the aftermath of Maria

- **PREPA can explore MOUs** with other utilities (e.g., NYPA) to:
  - Request utility-specific aid such as equipment or restoration personnel in the event of another hurricane
  - Craft temporary solutions to current concerns (e.g., limited # of staff in PREC)
  - Share expertise and best practices with mainland utilities





# Revised Integrated Resource Plan ("IRP") Overview and Timeline

## Background

- PREPA was required, under Puerto Rico Act 57 of 2014, to prepare an IRP that analyzes and identifies its preferred strategy for satisfying system requirements over the planning horizon
- Main factors addressed in the existing IRP as approved by PREC are reliability, stability, environmental compliance, and future renewable generation levels under market, regulatory and economic constraints
- The best performing portfolio is recommended taking into account cost, reliability, and environmental considerations based on the results of system and production cost modeling in PROMOD and PSSE

## PREPA will analyze system requirements and market trends to develop a new capital plan

- A re-examination of PREPA's system and capital plan is needed in light of factors like the impacts of Hurricanes Irma and Maria, lower demand forecasts, increased estimates for distributed generation, and rapidly declining costs for renewables, in order to ensure that planned investments are still necessary and cost-efficient
- The need to re-build the system due to the damages caused by Hurricanes Irma and Maria represents a unique opportunity to leverage locally available renewable energy sources and battery storage capacity, and lower dependence on external fuel sources
- PREPA issued a Request for Expressions of Interest at the end of 2017 to garner interest from qualified consultants. PREPA is currently working towards completing the IRP by September of 2018 pursuant to the following timeline
- **The IRP process will be open and transparent to the public. Specifically, the assumptions, approach, and methodology driving the IRP model should be made public so that third parties can understand inputs to each scenario, methodology and be able to participate and attend hearings to understand tradeoffs and decisions driving approval of the final capital plan and revenue requirement.**

| IRP Process | Required Actions / Approvals | Date |
|---|---|---|
| RFP to Governing Board | Sent – Complete | 2/27/2018 |
| RFP to OCPC and OMB | Sent – Complete | 2/28/2018 |
| RFP Out to Bidders | Sent – Complete | 3/10/2018 |
| RFP Responses Due | Responses Received – Complete | 3/24/2018 |
| Contract Approved and Signed | Contract Approved and Signed – Complete | 6/14/2018 |
| IRP Stakeholder Engagement Sessions 1-3 | July Stakeholder Engagement Session - Complete | Jul, Aug, Sep 2018 |
| PREC IRP Prefiling Conference | | 8/14/2018 |
| IRP Complete | | 9/28/2018 |



Puerto Rico
Electric Power
Authority

# Targets/Goals for the IRP

**A NEW IRP – Focus, Goals and Targets**
- PREPA will undertake an updated integrated resource plan (IRP) commencing in Spring 2018 for completion in September 2018. The purpose of this guidance outline is to understand the objective function(s) that the IRP will be optimized against.
- These guidelines will help articulate the IRP objective function(s), the relationship between the IRP and the fiscal plan, and how the regulatory process intermediates between the two.

*Overview of the Process:*
- The integrated resource plan provides choices between options that are articulated as constellations of generation, transmission and distribution asset deployments over time to meet the desired objective functions and the tradeoffs between these options. PREPA will recommend asset deployment options that represent the most economically efficient, on a risk adjusted basis, approach to meeting the desired objective functions with the least amount of undesired outcomes.
- The regulatory compact, defined as the set of regulator rules that define rates, asset ownership, business model, utility services and their market structure arbitrate the translation of the integrated resource plan into both the expected rates, what costs the utility can recover, what services it can offer, and therefore, its expected financial condition. **Given the uncertainty on the future regulatory compact, therefore, it is untimely to use rates as a metric for an IRP at this juncture.**

*IRP Customer Centric Approach:*
PREPA's vision sets forth a customer centric approach as one of the core vision for the future elements, along with reliability. At the most fundamental level, there are clearly distinct customer segments that place dramatically different values on power quality, power reliability and resilience. All customers demand the same levels of reliability and resiliency but different levels of power quality, depending on the end use equipment. In other words, service levels are directly dependent on the end use for the customer. As for all IRPs, the customer requirements for power reliability, quality and resilience set some of the most critical criteria for the IRP's objective function.

PREPA has generally outlined the following regarding customer requirements, and the objective function for these IRP elements:

- **Large commercial and industrial (C&I) customers**: particularly those in manufacturing (i.e. pharmaceutical sector) and hospitality experience significant business costs if power supplies are interrupted or are not of sufficient power quality. Therefore, the objective functions for these customers may be a N-1-1 design for the power delivery where one contingency does not lend to a total loss of service or the ability to meet peak demand
- **Rural areas**: the long duration of power outages is unacceptable. The objective function for these customers may be a maximum of 3 days without power for a catastrophic event, and under normal condition have N-1 reliability design criteria.
- **Critical Facilities**: identified in the recent DOE (Build Back Better) report, the objective function is zero critical facility days without power when faced with a total power failure, with N-1-1 reliability under normal operating conditions. Critical facilities include Police, Fire, EMS & Medical facilities with the ability to quickly connect mobile diesel generator when faced with total power loss conditions to make them operational under catastrophic failure conditions.
- **All remaining customers**: the objective function is a maximum of 3 days without power for a catastrophic event, and under normal condition have N-1 reliability design criteria.



Puerto Rico
Electric Power
Authority

# Targets/Goals for the IRP

**Focus on Meeting Customer Objectives while Minimizing Total System Costs**

- PREPA's vision includes Financial Viability and Economic Engine. The IRP objective function of minimizing total system costs directly impacts these vision elements.
- The appropriate economic objective function is the total system costs, which measures all the utility and customer resources necessary to achieve the reliability, resilience and power quality objective function of the different customer segments. Total system costs include both capital, operating expenses and fuel, and given the volatility of fossil fuel, is presented on a risk adjusted basis.
- Under PREPA's cost structure, most costs (85%) recovered in rates are for fuel or purchased power. Thus, the focus of the IRP on addressing this element of the cost structure.
- There are several premises regarding the ability to reduce the fuel and purchased power total system cost significantly over the next 10 years. PREPA's view is that an IRP **objective function target would be a 30% reduction in fuel and purchased power costs vs. the business as usual case, with an additional reduction of 20% in the volatility of these costs.** Four major opportunities underlie this perspective:

1. Reduction in required reserve margin to 50% would allow PREPA to mothball its least efficient units with the concomitant reduction in fuel costs
2. Energy efficiency and demand response when compared with other island rural and metropolitan areas is largely untapped and reduce demand for power at typically 3 to 5 ¢/kwh, as the cost of saved energy, as well as provide dynamic load response as increased renewables enter the system or in response to system perturbations.
3. New renewables, both intermittent and with storage, under competitive bidding process should have total delivered costs that is below the cost of oil based electric production. Solar plus storage utility and distributed scale power can be on line within two to three years—faster than most conventional generation.
4. LNG and modernization of generation plants was shown in the 2015 IRP to be a lower cost alternative than continued reliance on oil fired steam plants. Recent market experience in comparable jurisdictions shows that major oil companies and LNG suppliers are willing to offer 10-year fixed price (hedged) contracts at prices that would deliver power at the rate of 10¢/kwh. In addition PREPA has to comply with the MATS regulatory mandate. Siting of these facilities and its impact must be studied in detail in addition to the cost savings.

- Each of these major opportunities reduces fuel costs and volatility. **That said, caution is warranted as these targets are subject to be proven or disproven by the IRP.**
- Capital requirements for generation, transmission and distribution infrastructure may increase from the business as usual case due to the need for additional physical assets to meet customer reliability, resilience and power quality needs. Since these assets could be on either the utility or the customer side of the meter, it is not yet possible to provide a credible estimate of what that increase would be.
- It is possible to recognize that the increase in capital cost is offset by the reduction in business interruption cost. Based on the aftermath of Hurricane Maria, PREPA will draw upon this experience to estimate the cost of interruption so that the capital costs can be compared against the improvement in system resilience.
- Therefore, the IRP should measure the reduction in cost of interruption at system wide level. Given the weakened state of the entire PREPA system and its vulnerability to another hurricane disruption, PREPA assumes the cost of interruption is reduced by 60% from business as usual case, particularly if the customer resilience criteria are met.

Puerto Rico
Electric Power
Authority

# Targets/Goals for the IRP

## Ensuring Sustainability and Protection of the Environment

- PREPA's vision sets forth PREPA being a model for sustainability as one of the core visions for the future elements. Many IRPs explicitly set the sustainability goal as a regulatory Renewable Portfolio Standard target, and make this an explicit objective function that the IRP must meet as it determines the optimal portfolio mix. This is because the RPS is a regulatory mandate. Accordingly, the IRP should set a minimum of 20% by 2030 objective function, measured as renewable generation/total generation, with distributed renewables treated as a reduction in load, unless the excess power is fed back to the grid for a small incremental cost.
- PREPA must also meet environmental compliance standards, particularly MATS, as an objective function that is a matter of compliance. In the near term, this tends to drive toward fuel switching, which depending on the fuel, can either create a savings or additional costs.

## Creating Customer Value

- Holistically, the PREPA IRP is focused on creating customer value, for each of the customer segments. This is an important paradigm shift from previous IRPs which focused on minimizing total system costs, as a proxy for revenue requirements.
- Priority for customers is their total bills and the uninterrupted availability of power (resilience) along with reliability and power quality. The electricity rate is of secondary importance. (If residential customer bills go down, but their rate goes up, the customers are better off. This could happen due to a combination of energy efficiency, fuel cost savings, and increased grid upgrades to improve reliability, resilience and power quality).
- Finally, the rate PREPA charges depends entirely on the regulatory compact that exists.

## Regulatory Compact Implications to Customers and PREPA Fiscal Plan

- The current regulatory compact is not viable since PREPA can not recover its operating cost, much less earn a return on capital. Since PREPA does not set the regulatory approach, the fiscal plan will take the selected option from the IRP and show the implications of alternative regulatory approaches to both the customer and PREPA's overall financial viability. Successful mainland regulatory models should be used to redefine what an efficient regulatory compact should be to enhance the environmental, efficiency and safety regulations and to define the optimum energy cost for PREPA's customers. In other words, the current set of regulatory rules and operations must be re-vamped.
- These approaches include, but are not limited to:
  - Full Cost recovery in rates of both operating cost and return on rate base capital;
  - Differentiated rates based on service level (e.g., power quality, reliability and resilience) so that the customers desiring higher service levels pay for those services and there is no cross subsidy;
  - Allowing the utility to invest and/or operate in partnership with the customer on the customer side of the meter;
  - Allowing the customer to provide power and ancillary services to the grid from grid tied microgrids, mini grids, or aggregated distributed resources; and
  - Performance based rate incentives for operational improvements.

## Integration with PREPA Fiscal Plan

- **Given the complexities of the IRP process and its range of regulatory approaches, it is not possible, nor credible at this juncture to quantitatively modify the current PREPA Fiscal Plan with the IRP objective function targets.**
- Once the IRP is done, and if any of the regulatory compact issues are clarified by that time, PREPA will be able to determine the fiscal impacts of aligning to the selected IRP preferred option and whether it has the balance sheet strength to do so (whether privatized or not), or whether other partnerships with third party capital will be required.
- **The IRP should test both the generation plans outlined in the macro resource planning and the transformation sections of the Fiscal Plan as scenarios in the IRP model, to ensure that a range of potential technological options and futures are tested.**


**Puerto Rico
Electric Power
Authority**

# Even Before IRP Completion, Small Scale Procurement of Near-Term Generation is In Line with All Generation Scenarios and Carries Resiliency Benefits



**April 2018** **October 2018** **March 2019**

**Fiscal Plan certification**

**IRP development** following targets defined in Fiscal Plan

**Initial RFP**

**Initial RFP-driven deployments** within one year

**Title 5**

## Considerations

- Conducting a utility-led RFP for privately funded new low-cost generation will provide a tangible first step towards lowering the cost of power and realizing near-term savings
- Projects should be deployable in the near-term without large-scale grid investment or other infrastructure build-out (e.g. solar + storage, modular LNG systems) and should be consistent with any potential long-term generation solution resulting from the IRP (e.g. relatively small scale of procurement, potentially ~200MW
- RFP process will be transparent and open to all interested parties
- PREPA can engage with both parties holding shelved contracts and those who have submitted reasonable Title V projects for near-term consideration
- PREPA has taken initial steps towards near-term targets through issuing RFP for electrical power solutions for Vieques and Culebra



**Puerto Rico Electric Power Authority**

# PREPA/P3 Authority have issued several RFPs ahead of the IRP that are aligned with the goal of creating a modern grid and new generation mix

- **PREPA and the P3 authority have issued two RFPs since April 2018 while two older RFPs are still active**
- **Outstanding RFPs were issued to move towards the goal of supporting a modern grid and a new generation mix**

| RFP | Type | Issuer | Issued | Deadline | Latest update |
|---|---|---|---|---|---|
| New generation for Culebra & Vieques | Generation | PREPA | April 2018 | EOY 2018 | ▪ 15MW system for 4 years while submarine cable is restored<br>▪ Brings generation closer to load |
| Utility scale energy storage | Storage | P3 Authority | RFQ: June 2018 | End of Q2 FY19 | ▪ Explore energy storage to reduce use of expensive peaking units<br>▪ Specifies storage capacity of 10-40MW and estimated annual $1.75M savings |
| Hydroelectric program upgrade | Generation | P3 Authority | TBD | TBD | ▪ P3 is currently conducting a desirability and convenience study<br>▪ Transfer of operations and maintenance of plants to PRASA |
| Replace PREPA's peaking units | Generation | PREPA & P3 Authority | Pre-2015[4] | - | ▪ Stalled since Hurricane Maria<br>▪ Calls for replacing diesel and fuel assets and reducing reserve margins |

**RFPs have been issued away from PREPA that should be assessed as part of the IRP and PREPA planning processes:**
- Two RFPs for development of microgrids, one at the Roosevelt Roads Naval Station[1] and five at PRIDCO industrial sites[2]
- One RFP proposes a 160-240 MW liquefied propane gas (LPG) private generation facility in San Juan, closer to demand [3]

1 Issued by the Commonwealth of Puerto Rico through the Local Redevelopment Authority for Naval Station Roosevelt Roads
2 Issued by the Commonwealth of Puerto Rico through the Puerto Rico Industrial Development Company (PRIDCO)
3 The project was accepted by the P3 Authority and is still under consideration and should be assessed as part of the IRP
4 The RFP was issued pre-2015 and is not currently in effect

73



**Puerto Rico Electric Power Authority**

# Investments in Non-Traditional Grid Assets Can Enable Advanced Grid Functionalities to Drive Operational and Financial Benefits

| Trends | Description of operational benefits | Description of financial benefits | Potential investments |
|---|---|---|---|
|  **Non-wire solutions** | ▪ **Increases reliability** through reducing dependence on fault-prone assets<br>▪ **Potentially decreases costs** where non-wires solutions are a cheaper alternative than new power lines | ▪ **Reduces CapEx** by reducing transmission build<br>▪ **Reduces OpEx** by avoiding maintenance costs associated with hard-to reach assets | ▪ **Grid-edge or centralized storage systems** to reduce peak loads<br>▪ **Micro-grid** equipment |
|  **Renewables integration** | ▪ **Facilitates renewables deployment** by enabling two way power flows, providing storage for intermittent resources, and managing voltage fluctuations | ▪ **Defers CapEx** by offsetting load increases, eliminating the need for line expansion CapEx | ▪ Residential **roof-top solar**<br>▪ **Two-way metering** to track flows |
|  **Advanced monitoring and automation** | ▪ **Reduces impact** (i.e., # customers) **and duration**  (i.e., # minutes) **of outages** by automating feeder switching and fault location and isolation services<br>▪ **Improves power quality** by automating optimization of line voltage levels and load balancing<br>▪ **Reduces impact and duration of outages** by providing real-time, actionable data for crew dispatch<br>▪ **Prevents outages** by enabling predictive maintenance | ▪ **Reduces OpEx** by reducing truck rolls and associated labor expenses<br>▪ **Reduces OpEx** by maintaining the minimum voltage level required, reducing load and purchased power<br>▪ **Defers CapEx** by offsetting load, mitigating need for line expansion CapEx<br>▪ **Defers CapEx** by enabling operators to maximize useful lives of aging assets (e.g. only replace equipment when required) | ▪ **Automated metering** to reduce billing costs<br>▪ **Automated distribution fault detection** to rapidly address downtime<br>▪ **Voltage-Var optimization** to increase efficiency of system<br>▪ **Automated protection and control equipment in substations** |
|  **Weather hardening** | ▪ **Prevents outages** due to extreme weather | ▪ **Reduces cost** associated with rebuilding and power loss following weather events | ▪ Elevating equipment, fortifying poles<br>▪ **Micro-grid** deployment |



Puerto Rico Electric Power Authority

# Microgrids Can Play a Role in Increasing System Resiliency

## Microgrid overview

- Plan includes estimates for renewables and storage, assumed to be built closer to load, forming the basis for microgrid potential
  - IRP and on-the-ground analysis required to appropriately size and site microgrids

- Microgrids do not imply independent operation all the time; these are largely components of a centralized grid infrastructure[1]

- Microgrids provide localized generation, providing a variety of system benefits:
  - Reduce daily strain on transmission
  - Reduce "domino effect" witnessed during system through islanding capabilities
  - Enable limited generation during grid outages through independent operation

## Illustrative view on hypothetical islanding considerations based on population and location of critical infrastructure



Population Map source at:
https://anneeo51.files.wordpress.com/2010/10/puerto-rico-map-2000-population-density.jpg

**Legend**
- H Hospital
- Emergency Shelter
- Wastewater Treatment Facility
- Drinking Water Treatment Facility
- Fire Station
- Police Station

- Key locations for microgrids include hospitals, police and fire stations, shelters, remote communities, water treatment facilities, ports, and other infrastructure deemed critical

- Can be sized to support the direct facility and/or supply surrounding area

- Local generation (e.g., nearby assets, industrial-sited assets) can also provide basis for microgrids with necessary components (e.g., controls, lines)

---

1 In some remote areas, fully disconnected grids may be feasible, but will require increased investment and government support

SOURCE: NYPA Build Back Better Plan



**Puerto Rico Electric Power Authority**

# The success of processes meant to secure Federal funding will be critical role in achieving PREPA's goals and unlocking support from other sectors

- Federal funding will be crucial in not only supporting the transformation required for PREPA to achieve the goals outlined within the Fiscal Plan, but also in unlocking inflow of private capital to the island, as such:
  - Infrastructure spend on **grid modernization and storage integration** will be essential in establishing a safe, reliable, resilient and cost-effective power system with standardized, modern equipment
  - **Trade financing and credit support** - for example the utilization of CDBG funds as a credit backstop to support fuel procurement negotiations, enable hedging programs, and reduce PREPA's credit risk - can support PREPA's pursuit of operational efficiency
  - Federal technical assistance[1] and input to the Blue Ribbon Task Force to aid in developing and shaping the **regulatory framework** can create confidence in the regulatory environment for the long-term
- Post-emergency federal funding should be consistent with the PREPA Fiscal Plan and PREPA identified budget needs
- Post-emergency Federal support should be clearly **prioritized and sequenced** to maximize its efficiency and impact, address the most urgent and most dependent projects first, and accelerate the transformation of Puerto Rico's power sector, and to support fiscal sustainability at PREPA

| Recovery Plan | Governor's request to Congress | Final determination of funding / support |
|---|---|---|
| FEMA has contracted RAND to write a holistic **Recovery Plan for Puerto Rico to serve as a framework and roadmap for the enabling requirements and investment needed to recover** from the Hurricanes and set PR on a path for a financially sustainable future | A primary purpose for the Plan will be to **serve as an input for the Governor's request to the United States Congress for Federal funding and support** to achieve the goals outlined in this Fiscal Plan and supported by the Recovery Plan | The **Recovery Plan and supporting analyses will play a critical role in making a proactive case for Federal funding** to enabling the transformation of the power sector outlined in the Fiscal Plan and unlock crucial funding from the private sector |

1 Could include grant funding to the DOE Labs / others for White Papers submissions



**Puerto Rico Electric Power Authority**

# A Grid Modernization Plan Can Supplement the Results of the IRP to Help PREPA Invest Cost-Effectively in the Power System to Enhance Reliability and Resiliency

**PREPA's Grid Modernization Plan is to be completed by Q2 FY19 and should provide an overview of the major investment categories and projects PREPA is considering to deliver reliable, resilient power**

▪ The Grid Modernization Plan should outline plans for:



| Transmission & distribution line maintenance investment | Non-wires investments (e.g. storage, microgrids) | Monitoring & automation investments (e.g. automated metering, automated fault detection) |
| Redundancy investments | Renewables integration investments (e.g. two-way metering) | Weather hardening investments (e.g. burying wires, fortifying poles) |

▪ Each potential investment in the plan should be described by overall investment need, time horizon, financial savings expected (including savings from deferred/eliminated need for generating capacity expansion) and reliability improvements expected, as quantitatively as possible. Where relevant, qualitative benefits and tradeoffs should also be described.

▪ This plan is to be revised and reported annually

▪ The first iteration of this plan, due by Q2 FY19, should not presuppose any outcome of the IRP but rather present investments that would positively contribute to increased reliability and resiliency across a spectrum of generation designs

▪ Future versions of this plan should be grounded in the results of the certified IRP



**Puerto Rico Electric Power Authority**

VII. Liquidity Management



**Puerto Rico
Electric Power
Authority**

# Cash Management Controls & Liquidity Improvement

**PREPA has implemented several specific initiatives that have produced meaningful improvements to its current liquidity situation and positioned PREPA to continue to drive further progress. Current PREPA expectation is that the Company will return to cash flow neutrality (customer collections equal / exceed operating cash outflows) in the 1st quarter of FY 2019**

**Fiscal Governance**
- Hiring of a Chief Executive Officer
- Appointment of the Chief Financial Advisor ("CFA") reporting directly to the CEO
- Creation of the Office for Contract and Procurement Compliance ("OCPC")

**Accountability**
- Applying more rigor into the evaluation of potential projects and cash expenditures
- More robust weekly reporting requirements
- Enhancing the planning models and tools used to evaluate PREPA activities

**Cash Management Controls**
- Monitoring of liquidity, cash receipts and disbursements; weekly forecast to actual variance analysis
- Cash distribution controls; CFA approval required for all disbursements greater than $2 million and for the classification of all Eligible Uses pursuant to the Government loan
- Efforts to maximize federal funding available for disaster recovery

**Increasing Collections**
- Reestablishment of communications linkages from customer meters to PREPA billing systems
- On-going discussions with public corporations to validate / determine potential collections of past due amounts
- Agreement reached with PRASA on the collection of current and undisputed past amounts
- Testing market appetite for potential prepayment plans with industrial clients

**Managing Fuel & Purchased Power**
- Managing generation fleet resources with a view to optimizing economics when the transmission grid allows
- Operating the power grid with a lower level of spinning reserves, improving dispatch
- Negotiations with multiple vendors over potential future savings

**Other Initiatives**
- Managing the FEMA reimbursement process; delay in payment to largest restoration vendors until PREPA collects the reimbursement funds from FEMA
- Establishing the actual validated claims for storm related insurance matters, and eventual collection of these funds
- On-going effort to evaluate options and execution tactics related to material changes in staffing levels and capabilities



Puerto Rico
Electric Power
Authority

# PREPA Bank Balances – Operating and Segregated Accounts

***PREPA's cash flow has stabilized in 2Q 2018 as cash receipts have generally met operating cash expenditures***

- After the significant decline in the cash balances of PREPA's Operating accounts through January 31, 2018, PREPA received a $300M emergency loan from the Puerto Rico Treasury Department ("Commonwealth Loan") to provide short-term liquidity relief and enable it to continue operations
  - Pursuant to the terms of the Commonwealth Loan, PREPA's Operating accounts cannot be greater than $300 million
    - Any Operating funds in excess of $300 million result in loan repayments on the Commonwealth Loan
  - As of June 30, 2018, the Commonwealth Loan converted from a revolving facility to a term facility
  - As of July 20, 2018, the Commonwealth Loan balance was $174 million
- PREPA's combined Operating and Segregated account bank balance at 6/29/18 was approximately $341M



**Notes:**
- Operating Accounts include General Fund, Working Fund and Revenue Fund accounts
- Operating Accounts exclude PREPA deposits held at GDB and funds held in FEMA emergency accounts
- 6/29 bank balances are not final and are based on bank account online read on that date



# VIII. Operational Initiatives and Performance Improvements



# Overview of measure impact



**Revenue**  **F&PP**  **Labor Opex**  **Non-Labor/Other Opex**  **Maintenance Expense**

**Value at stake from PREPA Fiscal Plan Measures**
$M

| Year | Total | F&PP | Labor Opex |
|------|-------|------|------------|
| 2019 | 163 | 85 | 78 |
| 20 | 248 | 112 | 136 |
| 21 | 272 | 136 | 136 |
| 22 | 442 | 306 | 136 |
| 2023 | 411 | 275 | 136 |

**Sizing of Revenue, Non-Labor/Other Opex and Maintenance Expense measure values to be completed by Q2FY19 and reported to FOMB as part of ongoing implementation reporting**



Puerto Rico
Electric Power
Authority

# Revenue measures – Overview

## ① Revenue

| Measure | Description | Value at stake, $ million | |
| --- | --- | --- | --- |
| | | FY2019 | FY2019-2023 |
| CILT excess consumption collection | Collecting from municipalities consuming in excess of cap; collecting from non-paying entities and municipalities | TBD | TBD |
| Current accounts receivable collection | Collecting on current accounts receivable in a timely fashion such that no aging occurs | TBD | TBD |
| Aged accounts receivable reduction and collection | Obtaining one-time payment on aged accounts receivable a year old or less; reducing aged accounts receivable accrual by disconnecting non-paying accounts and correcting mis-budgeting where relevant | TBD | TBD |
| Non-technical loss reduction | Sizing, monitoring, and reducing the amount of non-technical losses, including theft, in the PREPA power system | TBD | TBD |

**Sizing of measure values to be completed by Aug 31, 2018 and reported to FOMB as part of ongoing implementation reporting**



Puerto Rico Electric Power Authority

# Background – Contribution In Lieu of Taxes (CILT)

■ CILT

■ Public Lighting    ■ Special Customer Subsidies

- Currently, CILT and public lighting are recovered through an inexact and inefficient rate adjustment mechanism that changes based on Fuel and Purchased Power Expenses. This approach suffers from the following shortcomings:
  - Unless Fuel and Purchased Power expenses are sufficiently high, the compensation provided to PREPA is less than the cost of the CILT and public lighting, creating a cumulative cash deficit
  - An imprecise relationship existed between the revenue and expense streams
  - The costs of these programs were opaque and customers were not aware they were funding these programs
- As part of the PREPA Revitalization Act (Act 4-2016), the Legislature approved the full recovery of CILT, public lighting and subsidies
- The municipalities' for-profit facilities are excluded from the CILT, so municipalities must pay for this consumption.
- Estimated cost of for-profit municipal facility consumption that was previously included in CILT is $21m per year
- Municipal CILT and Public Lighting are projected to be within the industry average range of 2 – 6% of revenues. Subsidies for special customers (e.g., low income, hotels) are required by law.





SOURCE: PREPA Planning Dept.


Puerto Rico
Electric Power
Authority

## Significant Reforms Have Removed Inefficiencies From CILT Program

**The Government of Puerto Rico has made significant changes in the treatment of the Contribution in Lieu of Taxes (CILT) by enacting Act 57-2014 and Act 4-2016**

- Moving of all the municipal public lighting to the subsidies rider in the customer bill

- Removal of all municipal for-profit entities from receiving an electric service credit from the CILT

- Establishing a total consumption (kWh) cap on the municipal CILT, which will also be reduced by 15% (in three fiscal years, 5% each)

- Providing that the municipality will pay for any excess, plus the for-profit ventures

- Establishing a mechanism that promotes energy efficiency and additional savings above the mandated total consumption cap imposed on Municipalities by Act-57-2014 (i.e. 5% yearly reduction in the maximum consumption amount for a total 15% reduction over three years). Municipalities would receive a payment from PREPA for the value of the difference between the mandatory total consumption cap and actual consumption, which would only be payable if all municipalities, in the aggregate, comply with their respective consumption caps



Under the new rate structure, which will be implemented at the beginning of FY2019 (delayed until Jan 2019), PREPA will recover the cost of CILT via the CILT and subsidies rider on customer bills. Customers will have greater transparency and there will be greater accountability. Any additional reductions or amendments would require legislation

**Payments from municipalities on their consumption in excess of their consumption caps, as well as collection of outstanding receivables for consumption in excess of municipal caps, is a potential source of additional revenues for PREPA**

See Appendix for comparable programs and supporting data



**Puerto Rico
Electric Power
Authority**

# F&PP measures– Overview

**②** **F&PP**

**Value at stake,** $ million

| Measure | Description | FY2019 | FY2019-2023 |
|---|---|---|---|
| Economic Dispatch | Optimizing conventional plant dispatch to reduce fuel burn and deliver savings | 44.3 | 220 |
| Increased LNG Utilization | Repowering oil-fired plants at Costa Sur and San Juan to run on 100% LNG | 40.5 | 224.5 |
| Purchased Power – Renewable - Price Improvement | Renegotiating renewable purchased power contracts for cost savings | 0 | 161.7 |
| Purchased Power – Conventional - Price Improvement | Renegotiating conventional purchased power contracts (PPOAs) for cost savings | 0 | 220 |
| Fuel Procurement Contracts - Price Improvement | Renegotiating fuel supply contracts through best-practice procurement strategy to deliver savings | TBD | TBD |
| Commercial Loss Reduction[1] | Reducing generation need by reducing technical and non-technical losses by 1% | 0 | 87.2 |

**Sizing of Fuel Procurement measure value to be completed by Q2FY19 and reported to FOMB as part of Fuel Procurement Strategy reporting**

1 Estimates include technical and non-technical loss reduction. These effects are to be disaggregated in future implementation reporting.



**Puerto Rico Electric Power Authority**

## Updated Generation Baseline Considers Both Improving Grid Reliability and Achieving Lower Cost Power as a Goal

**PREPA is in the process of developing realistic scenarios and forecasts for Post-Transformation and for analysis in the 2018 IRP process, and has developed initial views on cost potential**

Power generation capacity projections that include significant low cost renewable power generation must include necessary upgrades to generation and T&D to meet acceptable reliability criteria

| FY 2023 | Goals/Target[1] | Comment / Constraint |
|---------|-----------------|----------------------|
| Resource Expansion Focus | Reliability & Resiliency | PREPA IRP principles seek to achieve lowest rate in compliance with reliability and environmental criteria |
| Fuel & Purchased Power Cost Reduction | 20-25% | Driven by aggressive declines in capital cost projections |
| Renewable Generation | 20-25% | Major upgrades to generation + T&D system required to support 25%; increasing reliability issues at >25% |
| Clean Low Cost Fuel Supply | 20-30 TBtu / Yr | New and existing options to be analyzed and compared |
| Reciprocating Engines | 500 MW | Flexible fast response generation for system stability |
| Battery Storage | 100–600 MWh | For voltage support / frequency regulation and load shifting |
| Generating Unit Retirements | TBD | Reliability and black start issues must be considered |
| Investment (Generation, Fuel Supply) | $3.3 Billion | Significant dependency on federal funding for T&D and private investment in overall system |

1 These aspirational targets can be potentially achieved, but only after securing substantial resources for T&D and Generation improvements before and after FY23 Preliminary scenario still under development, and will be thoroughly analyzed through the IRP process running between March and September 2018

87



Puerto Rico
Electric Power
Authority

# Levers to Decrease Fuel and Purchased Power, PREPA's Largest Cost Component



**Levers to Achieve Illustrative Transformed FY 2023 Fuel & Purchased Power Mix**

Legend: ■ PREPA Fuel  ■ Conventional PPA  ■ Renewable PPA

**Generation Efficiency / Flexibility Investment**
- Lower heat rates
- Lower cost fuel

**Dispatch Optimization**
- Reduce diesel burn
- Increase baseload plant utilization

**Preventative Maintenance**
- Reduce forced outage

**Improve fuel mix**

Natural Gas

Diesel

EcoElectrica

AES Coal

Solar

Wind

**Contract Renegotiation**

**New Generation Resource Procurement**
- Low cost solar and wind
- Energy storage
- Flexible efficient combustion engines

- Reducing exposure to historically high and volatile fuel prices requires significant capital investment in high efficiency and stable / predictable cost generation assets
- Opportunities exist to improve costs today through operational initiatives and Title III, but the greatest opportunity lies in longer term (beyond 2023) reconfiguration of Puerto Rico generation assets through Transformation Plan

88



Puerto Rico
Electric Power
Authority

# The Updated Baseline Scenario Improves on the Status Quo

**The updated baseline generation capital spending plan envisions achievement of 20-25% lower fuel and purchased power costs through efficient, flexible generation and diverse, energy fuel sources**

- Preliminarily, a 20-25% reduction ($400 - 500 million) in fuel and purchased power cost from the $2 billion per year currently spent under normal operating conditions (pre-storm or post restoration) is an aggressive but potentially realistic target for FY2023 (~12 cents)
- Reductions in these costs beyond 25%, up to 50% may be possible within a 10-year time horizon, with adequate Generation and T&D investments[1]
- Increasing renewable generation beyond targeted levels of total generation may also be possible within a 10 year time horizon, again, with sufficient upgrades to the overall system that require substantial near term capital investment



**Transformed Baseline Fuel & Purchased Power**, USD M

New high efficiency P3 power generation, low cost fuel supply comes online coupled with low cost renewable power generation and storage

1 Necessary investment and external funding  availability will determine achievability of long-  term goals



Puerto Rico
Electric Power
Authority

# Updated Baseline: Capital Needs

**PREPA is analyzing technologies and concepts to achieve the lowest cost rate that meets minimum reliability and environmental compliance criteria**

- Technologies currently under review and analysis include:
  - Reciprocating engines – fast-response, moderate efficiency, multiple fuel input capability > reliability / flexibility
  - Solar PV – low cost, no variable fuel component, can reduce fuel burn if planned properly > cost / environmental
  - Wind, & Other Renewables – low cost, no or low variable fuel component > cost / environmental
  - Battery Storage – reliability in case of power plant outages, load shifting for low cost generation > reliability
  - Combined Cycle Gas Turbines (CCGT) – high efficiency > baseload / cost

- System design improvement concepts being studied now and in the IRP, including, but not limited to:
  - Reducing the size of PREPA's largest unit to reduce the requirement for spinning reserves and decrease heat rates across the generation fleet
  - Adding flexible generation and battery storage to limit the need for spinning reserves at low efficiency plants
  - Conversion of Northern plants to natural gas and pursuing a low / alternative fuel supply strategy
  - Southern plant repowering and gas supply expansion at Costa Sur, Aguirre Offshore Gas Port (AOGP), and other natural gas supply opportunities
  - Solar plus storage peaking unit additions and substitution for existing fossil generation
  - Demand response and distributed generation dispatch control resource development and procurement





# Updated Baseline: Generation Capital Sequencing

**PREPA is preparing to reassess its capital spending plan to ensure MATS compliance and reliable, efficient generation.**

**Long term power system goals include[1]:**

- Retirement of old and inefficient units, and repowering and replacement of generation assets through privatization to reduce fuel expense, system heat rate, and exposure to volatile fuel prices, and to improve system flexibility to integrate renewable resources

- Construction of Clean Fuel Supply Infrastructure such as the Aguirre Offshore Gas Port ("AOGP") and other options for MATS compliance and generation system efficiency

- T&D system hardening to ensure that the electric grid is reliable and resilient against future atmospheric events, and capable of handling variable customer load and generation from renewables and distributed resources



**Efficient generation comes online**

### Illustrative Capacity Expansion Plan – TO BE REVISED POST IRP



Legend:
- **Development, Permitting, Financing**
- **Engineering, Procurement, Construction**
- Online Date

1 All of the above is subject to the new IRP process. The findings from the IRP will serve as a baseline to analyze bids for Energy Sector Modernization through privatization or concession structures



**Puerto Rico Electric Power Authority**

# Cost Reductions – Fuel Procurement

**A comprehensive fuel procurement strategy should be developed by the end of Q1 FY2019 to deliver further savings for PREPA starting in FY19**

- PREPA consumes approx. 8 MMBOE of Fuel Oil #6, 3 MMBOE of Fuel Oil #2, and 7 MMBOE of LNG annually[1], which are **procured under defined contracts**

- **Under Title III status** a systematic review of contracts to reduce costs, increase service level, and overall assess savings opportunities will be conducted

- Procurement of all fuel types should be guided by a **comprehensive fuel procurement strategy,** which should include:
  - **Measures to further develop procurement capabilities and performance incentive structures** to improve the process and outcomes of fuel procurement, including incentives tied to specific cost reduction targets for each fuel type
  - **Development of procurement processes** with specific savings targets measured against clear baselines, actionable steps set against reasonable deadlines, and the entire process showing measurable impact within the contracting cycle that it is implemented no later than the end of FY19
  - **Assessment of payment terms** to determine whether long payment terms with working capital loans or fuel purchase in mix of spot and term contracts with prompt payment is more cost-effective
  - **Assessment of delivery terms** to determine whether arranging own shipping (FOB) or relying on the shipper for transportation and insurance with payment on delivery (CIF) is more cost-effective
  - **Administrative and structural reforms of Fuel Procurement Office** to promote market competition, increase transparency, implement quality control, and ensure that the irregularities identified in official government reports and audits are not repeated
  - Clear **governance structure providing oversight independent of PREPA management** to ensure a fair and unbiased RFP process without introducing significant delay
  - **Proactive analysis and solicitation of new potential suppliers** to ensure truly competitive RFP processes with multiple bidders for each fuel type with predetermined bidding templates
  - **Commodity risk management processes and strategies** to reduce exposure to volatile and expensive fuels, such as deploying credit enhancement tools (e.g. through Federal and/or Commonwealth credit backing) to lower credit risk and enable fuel hedging programs, developing an organization that assesses all commodity risks for PREPA centrally and changing the generation mix toward more renewables
  - Regular **performance review processes** to assess contractor's performance against contract service terms

1 Estimates exclude purchased power fuel consumption which is covered by the PPOAs for those contracts



**Puerto Rico Electric Power Authority**

# Cost Reductions – Renewable PPOAs

**PREPA has identified potential areas of opportunity for revised contract price assumptions**

- Future renewable PPOA contract price assumptions are preliminarily assessed as above potential competitive procurement prices
- Achieving the potential cost reductions could be negotiated or assisted by Title III process, and are included for illustrative purpose



Note: Price improvement potential is based on PREPA analysis of comparable contracts and modelling of current market capacity and PPOA pricing; assumes that all projects in pipeline are built

SOURCE: PREPA Planning, Bloomberg New Energy Finance, Restructuring Advisor Analysis

**Puerto Rico Electric Power Authority**

# Cost Reductions – Non-Technical Losses

**PREPA can reduce costs by continuing to improve its theft reduction program. Reducing commercial losses to approximately 3% will further reduce fuel and purchased power costs.**



**System losses**

Legend:
- Non-Technical (Commercial)
- Technical



Legend:
- 1% Commercial loss cost reduction
- Cost of commercial losses



Puerto Rico
Electric Power
Authority

# Cost Reductions – Public Lighting Outsourcing/P3

**Benefits of converting public light fixtures with LED bulbs**

- Switching to LED street technology can save between 50% and 80% in energy costs, in addition to reduced maintenance costs due to longer bulb lifespan (average 20-year expected)
- A portion of the total cost savings is allocated for return on upfront investment made through a public private partnership
- Societal benefits: A study conducted by US Department of Transportation found that the improved lighting conditions provided by LED technology can decrease traffic accidents by 3.1%
- Approximately 10% of light emitted by current public lighting fixtures causes glare and only 40% of the light produced illuminates its intended target
- **Savings not assumed in steady state financial projections**

**Potential cost savings assumed from energy efficient LED investment in public lighting (40%),** USD M

Legend:
- Potential Cost Reduction through LED
- Cost of Public Lighting with LED

$

| Fiscal Year | Total | Potential Cost Reduction through LED | Cost of Public Lighting with LED |
|---|---|---|---|
| FY18 | 95 | | 95 |
| FY19 | 111 | | 111 |
| FY20 | 117 | 47 | 70 |
| FY21 | 114 | 45 | 68 |
| FY22 | 107 | 43 | 64 |
| FY23 | 105 | 42 | 63 |

SOURCE: Cost-Benefit Study for the Proposal to Modernize Street Lighting in Puerto Rico by Estudios Tecnicos Inc. as of January 15, 2015.



**Puerto Rico
Electric Power
Authority**

# Labor operating expense measures– Overview

**② Labor operating expense**

| Measure | Description | Value at stake, $ million | |
| --- | --- | --- | --- |
| | | **FY2019** | **FY2019-2023** |
| Medical Benefit Reform | Putting medical benefit plan out to RFP in order to lower premiums | 44.4 | 221.8 |
| Pension Benefits Reform | Moving to a defined contribution system and reducing benefits by 10% | 0 | 232 |
| Overtime Benefit Reform | Optimizing use of overtime hours in order to deliver savings in line with expected reduction from overtime rates | 10 | 50 |
| Headcount Reduction (Retirements) | Enabling employees eligible and desiring to retire to do so in a timely manner | 21.2 | 106.2 |
| Christmas Bonus Removal | Removing the Christmas bonus in line with government requirements of all government entities and public corporations | 3.4 | 17 |
| Rightsizing | Determine optimal staffing and salary levels and implement | TBD | TBD |

> **Sizing of Rightsizing measure value to be completed by Q2 FY19 and reported to FOMB as part of Labor Capacity Assessment reporting; benefits and overtime measures value may also be impacted by results of Labor Capacity Assessment**



Puerto Rico
Electric Power
Authority

Medical Benefit Reform
Overtime Benefit Reform
Pension Benefits Reform[2]
Christmas Bonus Reform

# Cost Reduction - Employee Benefits Reform

**As a result of Commonwealth Government austerity measures, including Act 26-2017, PREPA has the following opportunities to reduce its employee costs[1]:**

- Overtime – labor overtime rates have been reduced from 2x to 1.5x (for target of 25% cost reduction from $40 to $30 million per year). As necessary, budget reapportionment will be sought to deal with emergency requirements.

- Health – PREPA currently self-funds all medical expenses, and spends approximately $53.3m per year (~$8,900 per employee per year), significantly above the contribution levels at other government agencies[1]. Act 26-2017 sets forth guidelines to align government agency health plan contributions. The government policy indicates uniform coverage of $125 per employee per month. These cost reductions for PREPA are included in the Fiscal Plan, as per the Commonwealth's policy.

- Pension reform[2] – PREPA currently estimates savings from pension benefits reform, including both from switching to a defined contribution system and reducing benefits by roughly 10%

- Christmas Bonus Reform - In line with Commonwealth Government policy, Christmas bonuses will be eliminated starting in FY19



1 Based on discussion with AAFAF. PREPA continues to analyze the impact of Act 26-2017, including a potential mandate to further reduce medical benefits, as may be required by the Fiscal Plan Compliance Committee that was created under the same statute

2 Pension savings from switching to a defined contribution system are approximated at $30M per year. Pension savings from a benefits reduction are estimated at $28M per year, using the assumption that the unfunded liability would require a $147M per year payment without a benefits reduction. Like other debt, the payment of the unfunded liability is not included in the financial projections. Additionally, there is considerable uncertainty around the size of the unfunded liability and payment. Conflicting and incomplete information from PREPA RS has yielded estimates from $60-$147M per year



Puerto Rico
Electric Power
Authority

# Cost Reduction - Labor Capacity Assessment

**A comprehensive labor capacity assessment could result in adjustments to these figures and should be conducted during FY19 with findings from the diagnostic phase, to be concluded by end of Q1 FY19, to be integrated into FY19 budget during quarterly review and revisions**

- **A comprehensive labor assessment should include:**
  - An assessment of which functions are critical to on-going and future operations of PREPA and how these functions should be staffed and salaried compared to current staffing and salary levels
  - A resourcing plan that controls and reduces the amount of overtime labor cost and pension & benefit costs
    - Sets targets for workforce productivity
    - Outlines next steps for optimizing crew scheduling and work planning
    - Develops strategy to normalize benefits relative to other Government entities & mainland utility benchmarks
  - An outsourcing strategy that develops core technical expertise within PREPA and efficiently works with contractors to perform specialized tasks as necessary
  - A talent development strategy that ensures positions in critical functions continue to be filled with adequate talent and that considers retirement plans of a large part of PREPA's labor force
    - Given challenges in hiring employees with the sufficient skills and training, the development and/or revitalization of an internal skilling program may be required to achieve proper staffing
- Results of the comprehensive labor assessment will support PREPA in staffing more optimally, supporting the achievement of labor measures and cost savings, such as the headcount reduction measure, overtime benefit reform, and medical benefit reform

**Target total operating labor expense[1]**

$ million



1 Includes costs of salaries, wages, pension, benefits as well as savings from labor reform initiatives such as medical benefit reform, overtime benefit reform, pension benefit reform, and headcount reductions



Puerto Rico
Electric Power
Authority

## Cost Reduction - Medical Benefits

**As per Commonwealth government policy, all public corporations (incl. PREPA) are to be brought into a uniform health plan**

- The Commonwealth's uniform health plan will reduce employer contribution for all entities to $125 per employee per month.

- PREPA currently self-funds employee medical benefits and spends ~$8,900 per employee per year, or ~$740 per employee per month, and is targeting to bring per employee medical benefit spend down

- Reducing the monthly benefit to the Commonwealth's uniform health plan will **create savings of up to $44.3m per year** for PREPA, or ~$615 per employee per month, starting in FY19

- Comprehensive medical benefit benchmarking should be conducted for PREPA as part of the Labor Capacity Assessment to be completed by Q2 FY19



Puerto Rico
Electric Power
Authority

# Cost Reductions - Retirements

**Approximately 10% of PREPA's work force has submitted paperwork to retire with the Retirement System. If all ~600 employees retire and are not replaced, PREPA will realize employee cost savings of ~$45M. As part of PREPA's headcount reduction measure, PREPA will track retirements and will make retirement process improvements.**

**PREPA Employee Costs: Portion of Required Rate**



- Employee Costs contribute ~14% of PREPA's total cost structure for FY19



**Rate Impact from Illustrative 10% Employee Cost Reduction**



- A 10% reduction in headcount causes a ~1.4% reduction to the Total Rate in FY19





Puerto Rico
Electric Power
Authority

# Background on Labor and Pensions

**Improvements to the Collective Bargaining Agreement are necessary to operate PREPA in an efficient manner. PREPA will engage actively with the Unions to address such improvements**

## Labor

- PREPA's work force is over 70% unionized and belongs to 4 different Unions[1]:
  - UTIER – 3,555 Employees
  - UEPI – 284 Employees
  - UITICE – 592 Employees
  - UPAE – 5 Employees
- All union contracts are arguably in effect continuing under a questionable evergreen clause; PREPA Management believes work rules and CBA articles hinder efficiency
- The union contracts include narrow work rules that, among other things, prevent PREPA management from efficiently deploying and supplementing human resources in an efficient manner
- PREPA is understaffed in certain high skilled functions, partially due to a wave of retirements in 2017 (which is spilling over into 2018)

## Pension

- PREPA's pension is underfunded by $3.6B[2] based on estimates from February 2018 using the 2014 Actuarial Report data
- PREPA's retirement system has differing benefits dependent on start date
- Employees who started with PREPA on or before Dec 31, 1992:
  - Paid 75% of average of highest three years of service annually
- Employees who started with PREPA after Dec 31, 1992:
  - Require 30 years of service and being older than 55 to retire with full pension benefits; Paid 75% of average of highest three years of service annually (capped at $50k)

1 Source: PREPA Personal Directorate, as of February 7, 2018
2 Analysis ongoing; values may be updated



**Puerto Rico Electric Power Authority**

# Labor: Right Sizing Plan Needs to Consider Critical Needs in Operational Areas

- Prior to the hurricanes, PREPA already faced a shortage in skilled workers, particularly in Generation, T&D, Customer Service and IT
- The emergency and stabilization headcounts in the chart below represent needs identified by Directorate heads for emergency and stabilization purposes unrelated to the hurricane and as of mid-August 2017
- The staffing ramp-up will be dependent on a variety of factors:
  - Constraints related to outsourcing contracts imposed by applicable law (e.g., Act 3-2017) and CBAs
  - Identifying candidates with the right skill sets
  - Impact of announcement of sector transformation
  - Unpredictable retirement patterns
    - 585 PREPA employees had filed paperwork to retire as of February 2018, per the Retirement System records
    - Employees can elect to halt the retirement process after submitting paperwork
- Headcount excluding hurricane relief workers is down to 6,107 as of mid December 2017

| Directorate | Jun-17 | Emergency | Stabilization | Total E&S | Ending Headcount |
|---|---|---|---|---|---|
| Generation | 1,411 | 386 | 0 | 386 | **1,797** |
| Transmission and Distribution | 2,512 | 230 | 106 | 336 | **2,848** |
| Customer Service | 1,239 | 86 | 143 | 229 | **1,468** |
| Operations Support[1] | 420 | 65 | 1 | 66 | **486** |
| Executive and General Administration[2] | 251 | 0 | 0 | 0 | **251** |
| Human Resources | 144 | 0 | 0 | 0 | **144** |
| Finance | 118 | 0 | 0 | 0 | **118** |
| Planning and Environmental Protection | 64 | 0 | 0 | 0 | **64** |
| Legal | 54 | 0 | 0 | 0 | **54** |
| Governance Board | 3 | 0 | 0 | 0 | **3** |
| **Total** | **6,216** | **767** | **250** | **1,017** | **7,233** |

Targeted areas for re-engineering and business process outsourcing

1 June 2017 headcount by sub-division: Ground Transportation (178), Supplies (171), Ops & Infrastructure (52) and Operational Safety (19)
2 June 2017 headcount by sub-division: Corporate Strategy (104), General Services (75), Retirement System (39), Executive (33)

SOURCE: PREPA HR Directorate


Puerto Rico Electric Power Authority

AS OF 4.19 FISCAL PLAN

# Addressing Labor Reform

| Task / Phase | Description | Target Dates |
|---|---|---|
| Development of Efficiency Optimization Plan | Prepare a framework for discussion with the Unions regarding the impact on labor of an the efficiency optimization plan | June 15th |
| Discussions with Union | Participate in discussions/negotiations with the Unions around how to accommodate the efficiency optimization plan and the needs of labor going forward | July 15th |
| Implement Efficiency Optimization Plan | If an agreement is reached, then implement negotiated terms | TBD |
| Implement Tittle III Restructuring Option | If unable to reach an agreement, then develop a restructuring plan under Tittle III and begin process to implement plan | TBD |



**Headcount by Union Status and Directorate**  ■ UTIER  ■ Non-Union  ■ UITICE  ■ UEPI  ■ PILOTO

Note: The above proposed timeline is subject to change based upon the ability to reach an agreement with the Unions



**Puerto Rico Electric Power Authority**

## Addressing Pension Reform

- PREPA's Employee Retirement System ("PREPA ERS") is designed to meet the defined-benefit pension and other post-employment benefits ("OPEB") obligations of PREPA's active and retired employees (including beneficiaries)
- The PREPA ERS is significantly underfunded and PREPA is in the process of requesting from the ERS information to update these assumptions and projections
- OPEB ($384m accrued) is entirely unfunded as reported in PREPA's 2012 "Report of Actuary on the Other Post-Employment Benefit REVISED Valuation", revised as of October 2015
- A pension consultant was retained by PREPA and began a formal Actuarial Review process in January, 2018 to update the actuarial report, which will include: Current state of pension plan funding, and assessment of liabilities, expenses and cash flows

**Develop Fact Base**  **Define Strategy and Execute**

- Using the pension consultant's work as a fact base, PREPA will seek to work with the PREPA ERS to define and pursue a strategy to address retirement system reform
- Pension reform needs to be addressed as part of the overall transformation of the energy sector. There are a variety of ways under which legacy pension obligations can be addressed in a sustainable manner as part of energy sector transformation efforts.
- Until additional detail can be provided, PREPA estimates pension reform savings yearly beginning in FY2020 from switching from a defined benefit to a defined contribution plan and reducing benefits by roughly 10%[1]

> **PREPA is working closely with its Financial Advisors and Counsel to obtain information needed for the Actuarial Review. As of July 2018, PREPA had received detailed census-level data from the Retirement System and has begun initial analysis of the total underfunded pension liabilities.**

1 Analysis ongoing; values may be updated



**Puerto Rico Electric Power Authority**

# Pension Consultant Proposed Project Plan

| Task / Phase | Description | Target Dates | Status |
|---|---|---|---|
| Receive data | Receives all requested data from actuary and PREPA | May 31st | **Completed** |
| Assumption Review | Review experience studies, demographic and economic assumptions in comparison to public peers. Evaluate impact of plan freeze or reductions in benefits on assumptions. | July 5th | **Completed** |
| Assumption Review and Plan Design Kick-off Meeting | In-person meeting to present assumption review, discuss status of replication and begin plan design/funding discussions. | July 19th | **Completed** |
| Initial Set-up | Collect reconciled data from prior valuation. Program valuation system to replicate Pension and OPEB results. Correspond with actuary to resolve discrepancies. | July 31st | **Completed** |
| Preliminary baseline results | Reconciliation of unfunded liability and contribution requirements from 6/30/2016 matched results to 6/30/2018, including impacts of assumption changes. | August 8h | Ongoing |
| Sensitivity analysis | Provide sensitivity on liabilities and contribution requirements due to changes in: discount rate, salary scale, retirement, and termination. | August 22nd | |
| Baseline projection, Sensitivity analysis and Plan Design Meeting | In-person meeting to present baseline projection, sensitivity analysis and continue plan design discussions. | September 3rd – September 7th | |
| Plan Design and Scenario analysis | Determine long-term impact of some or all of the following options: reducing benefits for active employees, reducing benefits for retirees, increasing contributions, increasing investment return. | October 9th | |
| Plan Design Meeting | In-person meeting to present plan design options including impact on participants. | October 15th – October 19th | |


Puerto Rico
Electric Power
Authority

# Non-Labor/Other Operating Expense and Maintenance measures – Overview

**④ Non-Labor/Other Operating Expense**

| | | Value at stake, $ million | |
|---|---|---|---|
| **Measure** | **Description** | **FY2019** | **FY2019-2023** |
| Initiatives to be defined by PREPA | | TBD | TBD |

**⑤ Maintenance**

| | | Value at stake, $ million | |
|---|---|---|---|
| **Measure** | **Description** | **FY2019** | **FY2019-2023** |
| Initiatives to be defined by PREPA | | TBD | TBD |

**Sizing of measure values to be completed by Q2FY19 and reported to FOMB as part of ongoing implementation reporting**



Puerto Rico
Electric Power
Authority

## Performance Improvement Activities (WP – 180)

PREPA along with its Financial Advisors has initiated a team based Performance Improvement Initiative, known as WP-180, focused on evaluating operational and contractual business practices of the organization with the goal of identifying opportunities to increase operating efficiency and reduce costs. Teams of employees and advisors have been actively reviewing the operations of PREPA's directorates (i.e. Transmission/ Distribution, Generation, Administrative, Customer Relations, HR, etc.) as well its principal cost centers (e.g. Fuel and Power Purchasing). Initiatives identified by each team are evaluated, scoped, and prioritized with detailed execution plans developed that ensure implementation and monitor performance. It is anticipated that all existing and future performance improvement efforts will be analyzed and validated through the Work Plan 180 process.

| Work Plan 180 Performance Improvement Goals |
|---|
| Substantially improve employee safety to levels defined as top decile performance as recognized by OSHA standards |
| Improve environmental compliance and achieve zero notices of violation |
| Maximize efficiency of labor efforts and eliminate unproductive processes or work rules |
| Improve cost competitiveness of the organization |
| Develop formal corporate processes that analyze spend and define the most effective utilization of available funds |
| Improve reliability performance of the corporate assets |
| Sell off non-core assets (PREPA Net) to be reviewed by its holding company board (i.e. PREPA Holdings) |

See Appendix for Work Plan 180 background and timeline



Puerto Rico
Electric Power
Authority

# PREPA Identified Operational Improvement Initiatives

Certain performance improvements have begun and will continue during the 18-month period, but full potential of opportunities identified will require or be optimized by privatization. **All initiative sizing is to be completed by Q2 FY19 with a full report on sizing and implementation plan to realize savings to be presented to the FOMB in writing by Q2 FY19 with appropriate categorization.** Operational savings from WP 180 will inform budget revisions and future fiscal plans.

| Category | Opportunity Type | Initiative | Stage | 18 Month*[7] | Initiative Sizing |
|---|---|---|---|---|---|
| Non-Labor Opex | Productivity Improvement | Optimize Procurement and Logistics | Review / Analysis | Yes | TBD |
| Non-Labor Opex | Productivity Improvement | Inventory Management | Review / Analysis | Yes | TBD |
| Labor Opex | Productivity Improvement | CBA Work Rules | Review / Analysis | Yes | TBD |
| Non-Labor Opex | Productivity Improvement | Vegetation Management | Underway | Yes | N/A |
| Maintenance | Productivity Improvement | T&D Maintenance Execution | Underway | Yes | N/A |
| Revenue | Current Cash Expense | Collections - Credit Card Fee Cap | Review / Analysis | Yes | $2 |
| Non-Labor Opex | Current Cash Expense | Business Processing Outsourcing | Review / Analysis | Yes | $5 - 10 |
| Labor Opex | Current Cash Expense | Staffing Evaluation / Right Sizing | Underway | Yes | $15 - 20 |
| Revenue | Current Cash Expense | Non-Technical Losses | Underway | Yes | $15 - 20 |
| Revenue | Current Cash Expense | Account Maintenance and Billing Quality | Underway | Yes | $3 |
| Labor Opex | Current Cash Expense | Employee Benefits Expense Optimization | Underway | Yes | $10 - 15[5] |
| Revenue | Current Cash Expense | Behind the Meter | Underway | Yes | TBD |
| | | **Total Non-F&PP Current Cash Expense** | | | **$75-95** |
| F&PP | Current Cash Expense | Fuel Sourcing | Underway | Yes | $5 - 10 |
| F&PP | Current Cash Expense | Dispatch Improvements | Underway | Yes | $25 - 30 |
| F&PP | Current Cash Expense | Increased LNG Usage | Underway | Yes | $20 - 25 |
| F&PP | Current Cash Expense | Public Lighting Outsourcing/P3 | Review / Analysis | | $25 - 40 |
| F&PP | Current Cash Expense | Conventional PPOA Price Renegotiation | Review / Analysis | | $100 - 130 |
| | | **Total F&PP Current Cash Expense** | | | **$175 - 235** |
| Non-Labor Opex | Future Cost Increases | Fleet Management Reorganization | Review / Analysis | Yes | TBD |
| Labor Opex | Future Cost Increases | Pension Obligation Reform | Review / Analysis | Yes | TBD |
| Non-Labor Opex | Future Cost Increases | Smart/Micro Grids, Automated Systems | Underway | | TBD |
| F&PP | Future Cost Increases | Renewable PPOA Price Renegotiation | Underway | Yes | $45 - 55 |
| F&PP | Future Cost Increases | Reduce Forced Outages, System Heat Rate | Underway | | $90 - 120 |
| F&PP | Future Cost Increases | New LNG Supply Permits and Funding | Underway | Yes | $200 - 300 |
| | | **Total Avoided Future Cost Increases** | | **Total** | **585-805** |

> Revenue recovery opportunities from behind the meter generation exist but require changes to rate structure

*Achievement possible within 18-month transformation period, all other initiatives are likely to require privatization
1 Subject to further diligence. Sizing of potential impact is preliminary and provided solely for illustrative purposes (as discussed with FOMB advisors).   2 Subject to material change and revisions. The initiatives are subject to varying levels of execution risks due to a series of affecting factors, including but not limited to required actions and results that are outside of PREPA's control.   3 Financial impact is subject to material change. Activities flagged as "TBD" are in the process of being sized.   4 A number of the initiatives included would impact the fuel/purchased power cost items and thus do not directly impact free cash flow.   5 Savings from moving to the Commonwealth's uniform health plan are estimated separately on prior pages   6 WP180 initiatives will be categorized as part of Revenue, F&PP, Labor Opex, Non-Labor Opex, and maintenance expense measures and sized and reported on as part of implementation reporting requirements



Puerto Rico Electric Power Authority

# PREPA is Approaching 1.5 cents / kWh Savings

- Up to $130 million of improvement opportunities were identified in non-fuel & purchased power operating expense areas (i.e. 1 cent / kWh in FY 2023) through a bottoms-up analysis of the organization and work force
- PREPA has commenced "Work Plan 180" to discover and qualify additional improvements, further validate already identified opportunities, and develop initial execution plans for implementation
- Since FY 2012, PREPA has reduced its Labor O&M expenditure by over $200 million annually, and anticipates realizing an additional reduction of $40 million annually beginning FY 2019 due to pending retirements
- Emphasis is being placed on employee productivity, customer service quality, and long-term power system infrastructure improvements through status quo operational initiatives and energy sector transformation

## Recent Updates: Near-Term Operational Improvements identified through WP-180

- PREPA has identified and executed on certain performance improvement initiatives, and commenced the Work Plan 180 initiative discovery and implementation process on February 23, 2018, to enhance efforts to reach the 1.5 cent / kWh target.

**Operations:** On January 23, 2018, PREPA shut down Aguirre's combined cycle unit and Cambalache's peaking units for fuel saving purposes

- Preliminary fuel savings estimate is $28M annually based on more efficient utilization and dispatching lower cost generation plants

**Fuel Mix:** As of the week ending February 24, 2018, PREPA increased LNG consumption at the Costa Sur plant to lower overall fuel costs

- Preliminary fuel savings estimate is $24M annually based on lower priced fuel source

See Appendix for Work Plan 180 background and timeline



Puerto Rico
Electric Power
Authority

# IX. Post-Certification Reporting



**Puerto Rico Electric Power Authority**

# Post-certification Reporting Requirements

| Reporting cadence: | Reporting to FOMB: |
|---|---|
| Weekly | Every Wednesday |
| Bi-Weekly | On the 13th or 27th of each month; if not a business day, then the following business day |
| Every 4 weeks | Every 4th Friday starting March 9th, 2018 |
| Monthly | 15th of every month; if not a business day, then the following business day |
| Quarterly | 1st day of every fiscal quarter |
| Annually | Starting November 14, 2018 and subsequently at the beginning of each fiscal year |

*All reporting to the FOMB done in writing, on an NDA basis*



**Puerto Rico Electric Power Authority**

# Post-certification – PREPA Reporting Requirements

## Requirements end upon exit from Title III

| | Report type | Detail | Target date |
|---|---|---|---|
| Resiliency & Resource Planning | **Integrated Resource Plan** | Begin and complete new IRP in calendar year 2018 | ▪ New process by end of June 2018; complete IRP and filing with PREC by Oct 2018 |
| | **New generation plan** | Overview of generation to be added, with detailed information for each generation facility including type of generation, capacity, geography, cost to develop, rationale for new investment over upgrading the grid | ▪ To be complete by Q2 FY19 |
| | **Near-term generation RFP** | Launch near-term RFP for new generation by end of June 2018 | ▪ June launch; projects operational by Q4 FY2019 |
| | **Grid modernization plan** | Grid modernization plan should provide an overview of the major investment categories and projects PREPA is considering to deliver reliable, resilient power | ▪ To be complete by Q2 FY19 |
| | **Mutual Aid MOUs** | PREPA must sign memoranda of understanding (MOUs) to document goodwill with other utilities as non-binding agreements for mutual aid | ▪ MOUs to be in place by Q2 2018 |
| Financial & Operational | **Work Plan 180 tracking** | In addition to WP180 initiatives specified on prior pages, provide a summary of Work Plan 180 findings. This report is to size annual savings targets for FY19-23 and should include milestones as well as any investment required towards implementation and capture of savings. | ▪ Monthly status reporting on all initiatives |
| | **Contract evaluation** | Evaluate all fuel contracts, PPOAs, restoration, consulting, and other existing and new contracts to determine long-term strategic corporate benefit, or potential options for renegotiation or rejection under Title III | ▪ Regular status reporting<br>▪ Final determination on all contracts by Q3 FY19 |

*All reporting to the FOMB done in writing, on an NDA basis*

# Post-certification – PREPA Reporting Requirements

## Requirements end upon exit from Title III

| | Reports | Detail | FOMB reporting cadence | Public reporting deadlines |
|---|---|---|---|---|
| **Financial & Operational** | **Liquidity tracking** | 13-week cash flow report including all receipts and disbursements, accounts receivable, accounts payable, and restoration report as outlined in Commonwealth loan agreement | ▪ Weekly until restructuring<br>▪ Bi-weekly thereafter | Monthly upon FP certification |
| | **Budget to actuals** | Tracking of budgeted to actual cash flow per budget certification agreements with FOMB package to:<br>▪ Include explanation for material variances (>10% and $30 million)<br>▪ Include I/S in the reporting package<br>▪ Provide monthly reports required pursuant to the Loan Agreement[1]<br>▪ Provide quarterly budget reporting | ▪ Every 4 weeks starting after budget certification<br>▪ Quarterly written budget variance reporting within 45 days of quarter close | Monthly: headline I/S numbers consistent with prior public reporting on website; Annually: B/S reported; Begin upon budget cert. |
| | **Operational Metrics Reporting** | Reporting on operational performance metrics, including:<br>▪ Average actual incurred rates by customer type broken down into cost driver components, e.g. F&PP, Base Rate, CILT<br>▪ Monthly SAIDI, SAIDI, and CAIDI by customer type<br>▪ Summary of all critical services (e.g. major industrial, commercial customer locations) without power for >48 hours<br>▪ OHSA events | ▪ Monthly | Monthly posted to PREPA website |

*All reporting to the FOMB done in writing, on an NDA basis*



Puerto Rico
Electric Power
Authority

113

# Revenue measures – reporting and milestone requirements



| Measure | Forecasted impact, $ million | | | | | Reporting | Milestone and dates |
|---|---|---|---|---|---|---|---|
| | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 | | |
| **① Revenue** | | | | | | | |
| CILT excess consumption collection | | | | | | **Monthly:** total collections and accounts receivable by customer type (including municipalities) by age, progress on collections; # of accounts disconnected; accounts receivable in current, 30, 60, 90, and 120+ day timeframes | ▪ Identify non-paying entities by 8/31/18<br>▪ Report on collections to FOMB by 10/31/18 |
| Current accounts receivables collection | Pending sizing assessment | | | | | | ▪ No net increase in AAR[1] month-to-month starting FY19 |
| Aged accounts receivables collection | | | | | | | ▪ Reduce aged AR that is aged by one year or less to zero by Q1 FY20 |
| Non-technical loss reduction | | | | | | ▪ Initiative, savings schedule and milestones to be developed by Q2 FY19 | ▪ - |
| **Total,** $ million | TBD | TBD | TBD | TBD | TBD | | |

| Additional Reporting Requirements | Detail | FOMB reporting cadence / reporting deadline |
|---|---|---|
| **Opportunity sizing assessment** | Written report across CILT collection, current A/R and aged A/R collection. Report is to size annual savings and recovery targets for FY19-23. | ▪ By Q2 FY19 |

*All reporting to the FOMB done in writing, on an NDA basis*



Puerto Rico Electric Power Authority

# F&PP measures – reporting and milestone requirements



**Forecasted impact,** $ million

| Measure | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 | PREPA Implementation reporting to FOMB | Milestones and dates |
|---|---|---|---|---|---|---|---|
| **② Fuel & Purchased Power** | | | | | | | |
| Economic Dispatch | 44.3 | 17.8 | 24.4 | 79.4 | 54.0 | • **Weekly:** Generation (MWh by asset); Fuel burn (BOE) & fuel cost ($) by generating asset by fuel type | • $44.3M savings realized by end of FY19 |
| Increased LNG Utilization | 40.5 | 32.9 | 49.2 | 54.8 | 47.1 | • **Weekly:** LNG plants downtime<br>• **Monthly:** operational progress on plant conversion | • 100% LNG generation of San Juan 5 and 6 by April 2019 |
| Purchased Power - Renewable - Price Improvement | | 39.4 | 40.2 | 40.9 | 41.2 | • **Monthly:** Confidential reporting to FOMB | • $40M annual savings realized during FY20 |
| Purchased Power - Conventional - Price Improvement | | | | 110.0 | 110.0 | • **Monthly:** Confidential reporting to FOMB | • $110M annual savings realized during FY21 |
| Fuel Procurement Contracts - Price Improvement | | | **Pending sizing assessment** | | | • **Monthly:** Confidential reporting to FOMB<br>• **One-time:** Fuel Procurement Strategy | • Savings targets to be set via Fuel Procurement Strategy due by Q2 FY19 |
| Commercial Loss Reduction[1] | | 21.9 | 22.0 | 21.0 | 22.3 | • **Monthly:** Energized to billed gap, non-technical loss | • 1% reduction in commercial loss cost by FY20<br>• Energized to billed gap consistently under 15% since March 2018 |

**Total,** $ million    84.8    112    135.8    306.1    274.6

1 Estimates include technical and non-technical loss reduction. These effects are to be disaggregated in future implementation reporting.
*All reporting to the FOMB done in writing, on an NDA basis*



**Puerto Rico Electric Power Authority**

# Labor operating expense measures – reporting and milestone requirements



| Measure | Forecasted impact, $ million | | | | | PREPA Implementation reporting to FOMB | Milestones and dates |
|---|---|---|---|---|---|---|---|
| | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 | | |
| **③ Labor Opex** | | | | | | | |
| Medical Benefit Reform | 44.4 | 44.4 | 44.4 | 44.4 | 44.4 | ▪ **Monthly:** progress on implementation of CW uniform health plan | ▪ Complete implementation in FY19 |
| Pension Benefits Reform | | 58.0 | 58.0 | 58.0 | 58.0 | ▪ **Monthly:** progress on pension liability sizing | ▪ Initial pension liability sizing to be complete by Aug 2018 and finalized by Oct 2018 |
| Overtime Benefit Reform | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | ▪ **Monthly:** number of overtime hours utilized and average per hour overtime payrate | ▪ Capacity assessment to be launched in August 2018 and be completed by Q2 FY19 |
| Headcount Reduction | 21.2 | 21.2 | 21.2 | 21.2 | 21.2 | ▪ **Monthly:** # of temporary and permanent employees[1]; retirement backlog by time since request | ▪ Technology solution to be deployed by July 15 2018; significant backlog reduction by Oct 2018 |
| Christmas Bonus Removal | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 | ▪ **N/A** | ▪ No bonus to be paid starting FY19 |
| Rightsizing | **Pending capacity assessment** | | | | | ▪ Future reporting to be set in Q2 FY19 based on findings of capacity assessment; revised target dates for Union negotiations by Q2 FY19 | ▪ Capacity assessment to be launched in August 2018 and be completed by Q2 FY19 |
| **Total,** $ million | 77.9 | 135.9 | 135.9 | 135.9 | 135.9 | | |

*All reporting to the FOMB done in writing, on an NDA basis*

1 By directorate and rank, including written explanation of ending monthly variance



Puerto Rico Electric Power Authority

# Non-Labor/Other Operating Expense measures – reporting and milestone requirements

| Measure | Forecasted impact, $ million | | | | | Reporting | Milestone and dates |
|---|---|---|---|---|---|---|---|
| | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 | | |
| **④ Non-Labor/Other Operating Expenses** | | | | | | | |
| Initiatives to be defined by PREPA | | | Pending sizing assessment | | | ▪ Initiatives, savings schedule and milestones to be developed by Q2FY19 | ▪  - |
| **Total,** $ million | XX | XX | XX | XX | XX | | |





| Additional Reporting Requirements | Detail | FOMB reporting cadence / reporting deadline |
|---|---|---|
| **Opportunity sizing assessment** | Written report to assess identify and size savings initiatives. Report is to size annual savings targets for FY19-23 and should include milestones towards implementation and capture of savings. | ▪ By Q2 FY19 |

*All reporting to the FOMB done in writing, on an NDA basis*



**Puerto Rico Electric Power Authority**

# Maintenance measures – reporting and milestone requirements



| Measure | Forecasted impact, $ million | | | | | Reporting | Milestone and dates |
|---|---|---|---|---|---|---|---|
| | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 | | |
| ⑤ **Maintenance Expenses** | | | | | | | |
| Initiatives to be defined by PREPA | \multicolumn{5}{c}{Pending sizing assessment} | | ▪ Initiatives, savings schedule and milestones to be developed by Q2FY19 | ▪ - |
| **Total,** $ million | XX | XX | XX | XX | XX | | |

| Additional Reporting Requirements | Detail | | FOMB reporting cadence / reporting deadline |
|---|---|---|---|
| **Opportunity sizing assessment** | Written report to assess identify and size savings initiatives. Report is to size annual savings targets for FY19-23 and should include milestones towards implementation and capture of savings. | | ▪ By Q2 FY19 |

*All reporting to the FOMB done in writing, on an NDA basis*



Puerto Rico
Electric Power
Authority

Appendix



**Puerto Rico Electric Power Authority**

# CILT is a Common Construct for Mainland Public Power Utilities

**According to an American Public Power Association study of 176 public power utilities, in 2014, public power utilities contributed 5.6% of electric operating revenues back to the communities they serve**

88% of U.S. public power utilities with over 50,000 customers make PILT (payment in lieu of taxes) or similar payments to government entities

| Methods Used to Calculate Payments in Lieu of Taxes | Percentage of Utilities | Number of Utilities |
|---|---|---|
| % of Gross Electric Operating Revenue | 22% | 29 |
| Assessment of Electric Utility and City Budget | 18% | 23 |
| Property Tax Equivalent | 15% | 19 |
| Flat Amount Paid Annually | 12% | 16 |
| Charge per Kilowatt-hour Sold | 9% | 11 |
| % of Net Utility Plant in Service | 4% | 5 |
| % of Income (Net, Operating, or Total) | 2% | 3 |
| Other/Did not Indicate | 18% | 23 |

| Categories of Payments and Contributions to State and Local Governments | Percentage of Total |
|---|---|
| Other Taxes and Fees | 43.1% |
| Payments in Lieu of Taxes | 35.6% |
| Gross Receipts Tax | 16.1% |
| Free or Reduced Cost Electric Services | 4.1% |
| Other, including Equipment and Materials | 0.6% |
| Use of Employees | 0.5% |
| Total | 100.0% |

SOURCE: 2016 APPA Study – Public Power Pays Back: Payments and Contributions by Public Power Utilities to State and Local Governments in 2014



Puerto Rico
Electric Power
Authority

# Comparison of U.S. Public Power Utilities – CILT

PREPA FINANCIALS FROM FY16

| | PREPA[1] | Average | | |
| --- | --- | --- | --- | --- |
| | | <$1bn | $1-2bn | >$2bn |
| **Annual Revenue** | $3.23bn | **$645.27m** | **$1.29bn** | **$3.16bn** |
| **Payments in Lieu of Taxes (or other payments / services to government)** | $76.06m | **$44.37m** | **$62.51m** | **$342.1m** |
| **Payments to Government as % of Revenue** | 2.36% | **7.52%** | **5.15%** | **11.07%** |
| **Sample Size** | - | **5** | **6** | **3** |

1 FY2016 figures

SOURCE: BAML Research



**Puerto Rico Electric Power Authority**

# Work Plan 180 – Further Explained

**Objective**

- Initiate a detailed company-wide operational efficiency initiative to evaluate all aspects of the business to determine cultural, organizational, and process conditions that inhibit efficiency and success.
- Once the evaluation process is completed, a comprehensive plan of improvement initiatives will be developed, analyzed, and valued with the intention of forming an organizational playbook (Business Plan) utilized by the management team for execution and monitoring of business performance.

**Directorate Level Approach**

- A Steering Team will be formed and led by Strategic Advisors with participation of senior PREPA management that will be responsible for guiding the re-engineering of the organization and managing specific project teams in their efforts to evaluate and improve performance in major operational divisions.
- Four Project Teams will be formed to address the following areas of the organization:
  - Generation, T&D, Customer Service & Corporate, and Fuel & Power Purchasing

**Project Teams**

- Each Project Team will consist of Strategic Advisors and PREPA staff members who possess in-depth knowledge of the specific organization and a strong desire to improve performance and drive the organization to higher standards of performance. Generally, the teams will consist of six to eight individuals with one specific individual assigned to provide financial analysis support.

**Responsibilities**

- Evaluate existing division work processes and develop initiatives to address inefficiencies.
- Determine areas of the organizational structure where changes to work assignments, rules, and practices will improve efficiency.
- Evaluate financial planning process changes that will improve asset performance.
- Analyze external agreements/contracts for a determination of economic market competitiveness.
- Determine if improvements in Technology utilized will improve efficiency and provide recommendations for implementation.

Puerto Rico Electric Power Authority

## Work Plan 180 – Timeline

**Weeks 1-2**
- Provide details of initiative to executive management and receive approval to proceed
- Select Steering Team members and conduct first meeting to educate and seek input from committee
- Steering Team will define each Project Team and solicit leadership to participate in the effort
- Conduct initial meeting of all Project Teams to educate and seek feedback from group on initiative process, timelines, expectations, and deliverables
- Steering Team meeting to discuss feedback from Project Teams and determine if modification to the Initiative Plan is required

**Weeks 3-5**
- Project Team Workshops
  (Execute efforts to address the Project charge and responsibilities)
- Executive management is provided an update on Initiative progress and status
- Project Teams provide initial status update on progress to Steering Team (initial identification of opportunities, financial impacts, execution plan, and process implementation for each initiative)
- Steering Team provides feedback and direction to each team along with expectations for final project plan

**Weeks 6-7**
- Project Teams incorporate feedback into their recommendations and finalize Business Plan
- Project Team recommendations are incorporated into a Corporate Initiative Business Plan
- Steering Team reviews Business Plans and submits to executive management for approval
  Executive management approves Business Plans and provides authorization for implementation

**Weeks 8+**
- Business Plan initiatives are initiated
- Steering Team and Project Teams continue to meet to monitor performance improvement initiatives Modifications to Business Plan initiatives will be based on changes to the performance of the organization



**Puerto Rico
Electric Power
Authority**

123

# Roadmap for Recovery and System Resilience

**PREPA has developed a roadmap to protect critical loads and enhance overall system reliability through enhancement of system interconnectivity, improvements to infrastructure design and construction criteria, and establishment of electric system islands (a.k.a. micro-grids).**

- Projects must meet at least three fundamental planning, design, and operational criteria:
  - Enhance system stability and power service continuity during a major atmospheric event
  - Contribute to black-start capability of the electrical system
  - Improve power system restoration process and capability

- Infrastructure projects were identified to increase the resilience of the electrical grid
  - Key underground 115 kV and 38 kV transmission circuits, connecting critical loads (e.g. Metro Zone)
  - Gas Insulated Substations (GIS) to replace old, unreliable oil insulated substations
  - Existing transmission line inspections, maintenance, and reconstruction
  - Electrical system islands that isolate critical loads and / or have key infrastructure in place
    - Requires black start capability
    - Sufficient conventional generation, renewable generation, or both, along with adequate controls to operate reliably and independently until normal operation conditions return
    - Existing generation, such as existing 20 MW turbines, hydroelectric plants, private generation, or new generation can be used to power these islands



Puerto Rico
Electric Power
Authority

# Performance Metrics – Function & Criteria

| Reliability | Resiliency | Affordability | Safety | Service |
| --- | --- | --- | --- | --- |

## Objectively Measurable

**Metric should:**

- Have a clear definition
- Be capable of reliable and consistent measurement
- Be verifiable and not be subject to manipulation or litigation

## Controllable by the Utility

- Reflect the actions and performance of the utility measured
- Be indicative of performance and performance improvement
- Adjust or be normalized for exogenous factors where practical

## Promote Policy Goals

- Indicate achievement of one or more of the overall goals of the transformation or the public policy of the Government of Puerto Rico
- Be material
- Not be duplicative



**Puerto Rico Electric Power Authority**

# Potential Performance Metrics

### Delivery System Reliability

- System and district interruption statistics – SAIFI, SAIDI, CAIFI, CAIDI
- Customers experiencing more interruptions than targets
- Frequency of transmission outages / contingencies affecting customers or dispatch

### Generation Reliability & Efficiency

- Unit availability (by franchise holder and unit)
- Forced outage rate (by franchise holder and unit)
- Environmental compliance

### Resiliency

- Critical infrastructure protection / hardening (plan compliance)
- Preventive maintenance backlog
- Critical customer support (monitoring, redundancy, hardening)
- Emergency recovery plan compliance

### Safety

- OSHA recordable events
- OSHA citations / violations
- Customer injury rates



**Puerto Rico Electric Power Authority**

# Potential Performance Metrics

## Affordability

- Delivered price (normalized; metrics will vary for different types of utilities)
- Dispatch efficiency
- Uncollectible balances
- Days of sales outstanding, by class and private / government
- Non-technical losses / UFE
- Theft / tampering recoveries
- Rate of successful completion of payment plans

## Customer service functions

- Timely metering reading and billing rate
- Actual vs estimated reading rate (AMI and manual)
- Customers on AMI/AMR
- Call center time to answer / physical office wait times
- Time to respond to service requests (by class / district as appropriate)
- Time to respond to billing / service inquiries

## Regulatory Compliance / Performance

- Compliance with franchise conditions (completion and cost)
- Compliance with approved investment plans (completion and cost)
- Time to process interconnection requests (excluding delays attributable to customer)



Puerto Rico
Electric Power
Authority

# Electric System Islands Identified



**Sample Schematic**

SOURCE: PREPA Recovery and System Resiliency Roadmap



**Puerto Rico
Electric Power
Authority**

# Simplified Electric System Island Schematic Sample



SOURCE: PREPA Recovery and System Resiliency Roadmap

**Puerto Rico
Electric Power
Authority**

# Select Identified Microgrids

| Area | Hospitals | Water Supply | Government | Industrial | Commercial | Piers | Avg. MVA Demand |
|---|---|---|---|---|---|---|---|
| Metropolitan Zone (San Juan, Guaynabo, Cataño, Trujillo Alto) | X | X | X | X | X | X | 114.8 |
| Metropolitan Zone (Bayamón, Toa Baja) | X | | | X | X | | 25.5 |
| Metropolitan Zone (Carolina) | X | | | X | X | | 35.3 |
| Caguas | X | | | | X | | 20.8 |
| Juncos / Las Piedras | | | | | X | | 49.7 |
| Humacao | X | | | X | X | | 28.7 |
| Mayagüez | X | | | X | X | | 23.1 |
| Maricao | | | | X | X | | 5.6 |
| San Sebastián / Lares | | | | X | X | | 29.7 |
| San Germán / Cabo Rojo / Lajas | X | | | X | X | | 8.6 |
| Aguadilla | | | | X | X | | 10.1 |
| Quebradillas / Isabela / Camuy / Hatillo | X | | | | X | | 7.1 |
| Vega Alta / Vega Baja / Manatí | X | | | X | X | | 45.4 |
| Barceloneta | | | | X | | | 25.2 |
| Fajardo / Luquillo / Río Grande | X | | | X | X | | 16.3 |
| Naguabo / Ceiba | X | X | X | | X | X | 18.0 |
| Yabucoa / Maunabo | X | | | X | X | | 21.6 |
| Barranquitas / Naranjito / Comerío | X | | | | X | | 27.6 |
| Cayey / Cidra | | X | | X | | | 26.0 |
| Cayey / Aibonito | X | | | X | X | | 8.9 |
| Ponce / Peñuelas | X | | | X | X | | 56.6 |
| Salinas / Santa Isabel / Coamo | X | | | | X | | 10.9 |
| Patillas / Arroyo | X | | | | X | | 17.9 |
| **TOTAL** | | | | | | | **633.4** |

SOURCE: PREPA Recovery and System Resiliency Roadmap



Puerto Rico Electric Power Authority