# **EXHIBIT 57**

**English Version**

martes, 2 de octubre de 2018



ENGLISH VERSION

## Jenniffer González drafts bill to depoliticize PREPA

In the next few weeks, Resident Commissioner González will consult the government and different sectors on the island

Friday, July 27, 2018 - 10:02 AM

By José A. Delgado Robles

   



Resident Commissioner in Washington DC, Jenniffer González. (André Kang)

**Washington -** The leadership of the House Committee on Natural Resources has entrusted Resident Commissioner in Washington DC, Jenniffer González with the complicated task of drafting a common-ground legislation that "depoliticizes" the Electric Power Authority (PREPA).

The task can place her in a difficult position at a time when the federal government tries to remove the authority of governor Ricardo Rosselló Nevares to appoint the members of PREPA´s Governing Board or those of the Energy Commission

Both the chairman of the Committee on Natural Resources, Republican Rob Bishop (Utah) - who always keeps an eye on the governor - and the Department of Energy Assistant Secretary, Bruce Walker, affirm that the federal government does not intend to take over the administration or the privatization process.

But Rosselló Nevares is not convinced and has questioned Bishop's intentions. He has also highlighted Walker´s contradiction in proposing to remove the power to appoint members of PREPA´s Governing Board, and at the same time, stating that he does not want to federalize PREPA.

The backdrop includes an old draft bill by Republican Don Young (Alaska) that sought to place the privatization of PREPA into the hands of the Treasury, and another proposal revealed by the publication DebtWire regarding the Department of

PUBLICIDAD

Energy taking the company.

On Wednesday, during the same hearing of Committee on Natural Resources, the private sector picked up those proposals that Bishop had ruled out hours before.

Energy companies interested in investing on the island have been in Congress.

Yesterday, in an interview with El Nuevo Día, Commissioner Gonzalez said that she wants to devote August to study alternatives to have a draft bill ready when the House resumes sessions on September 4.

But, although she considers this process as support to privatization plans and to the goals of reducing energy costs, González said that "there is a permanent government in PREPA that does not want changes".

How do you define the task Bishop entrusted you with?

-We will start receiving additional recommendations to those we already received (at the hearing). We are considering everything that can promote economic development within the framework of modernizing PREPA, taking into account the eight items the governor presented, such as promoting efficiency and transparency, the use of renewable energy and understanding what obstacles we must overcome -if any- in terms of federal legislation to make that happen. I am going to request information from José Ortiz and PREPA again, because until now, I have not received anything (from that public corporation), and I will be in Puerto Rico for a few days, holding meetings with different sectors.

**How can PREPA be depoliticized?**

-I do not think there is only one solution. I do not think there is a concrete measure right now. It has to be evaluated. This is not the first time this issue is being discussed. Everyone has their own recipe. I prefer to evaluate the proposals that are on the table, and build on that. I want to have the opinion of the governor and the people who know about this issue.

**Could federal appointments to PREPA´s Governing Board be an alternative?**

-That was one of the recommendations made (by Secretary Walker), but I would not exclude others. Everything is on the table. There are different study groups, companies and the academic sector making proposals. Everyone with a proposal, can present it.

**How can members be appointed to PREPA´s Governing Board, going over the governor, without mentioning a federal mandate or federalization?**

- That does not mean that this is the road we are going to take. There are different points of view. There are those who suggest giving more input to the Energy Commission.

RELACIONADOS:

Jenniffer González confecciona su fórmula para enderezar la AEE

**Considering Bishop´s questions Bishop and other comments, like those of Republican Garret Graves, do you think that they are more in favor of intervening with the regulatory system?**

-I will not assume or guess what they may be thinking. The important thing is that I already have an assignment to start working on a legislation. I will do it with all the alternatives and proposals we have.

**Would it be an alternative to give more power to the Board on PREPA, amending PROMESA? We have already seen the Board's attempt to appoint a trustee for PREPA.**

-I imagine that the Board will also submit its proposal. Deciding now what is going to be done, without a draft on the measure that is going to be promoted would be irresponsible. I'm going to have to work now on a draft bill.

**After ruling out the possibility of federalization, Secretary Walker said, among other things, that they did not want to burden US taxpayers again. (PREPA is bankrupt with a $ 9 billion debt).**

- In my opinion, Energy was not prepared, nor its function is to run an electrical industry.

**Will you have to study how to make appointments to governing boards and energy commissions in the US?**

-We have to research on this.

**The House began its summer legislative recess. Do you have to submit a proposal for the first week of September?**

- At least, a preliminary draft to work on that, and see (with the direction of the Committee) if we are on the same page, to refine a more concrete idea.

**Bishop says he wants to consult with the government of Puerto Rico. He has had discussions with the governor. How can the struggle between Bishop and the governor be resolved?**

-At the end of the day, we are talkingabout smart people. The governor wants the best for Puerto Rico, and the president of the commission wants the best for Puerto Rico, and I am looking for the best for Puerto Rico. Taking control of PREPA has not been the intention.

**You want PREPA executive director to meet with the Committee on Natural Resources. How fast should it occur?**

"I called him on Tuesday, asking him for information and to come and meet with Bishop and the Committee. Walter Higgins (PREPA former director) did so several times, when he was appointed, and he established good communication. Ortiz knows about the issue; about infrastructure, and handling ARRA funds (from the federal Recovery and Reinvestment Act). That invitation is still open, but (yesterday) the House went into recess, and here there will be nobody (high ranking) until September.

**Did the governor make a mistake by not appearing before the Committee on Natural Resources?**

-I'm not going to say it was the governor´s mistake. Someone from PREPA or the fiscal entity, or the Board should have come.

**Should any government representative have appeared?**

-Yes. That's my opinion.

**Even if minority Senator Eduardo Bhatia would not have been explaining the steps taken by the government.**

-I think that any Puerto Rican government official could have explained what the public policy is. Now the public hearing is over. Now we have to see how that public policy and the tools we are seeking are granted. There was a lot of interest and participation (about half of the 43 members). I have been in hearings with only two or three participating.

**Against the legislative clock – due to November midterm elections and the session ends in December - will we have to go now to the Senate to warn of the plans in the Committee?**

-That's Bishop responsibility. That responsibility was not assigned to me.

**Why so much interest in only one public energy company (which is bankrupt)?**

-I've been doing my work in my committee. We have regular meetings where I talk about the subject. The chairman of the committee has been in Puerto Rico. It is not a distant issue for the committee. Many members have signed my letters requesting action from federal agencies.

There seems to be a Democratic interest in looking for alternatives to depoliticize PREPA, according to what legislators have said, such as the minority spokeman, Raúl Grijalva, and Puerto Rican Nydia Velázquez. (Democrats indicate that, many lives were lost among the inefficiency of Donald Trump's government and the collapse of the power grid after Hurricane María).

- Without fear of making mistakes, I think that there is willingness to work on a bipartisan project. Everyone wants to help. Grijalva said it with Bishop, and Nydia herself through her questions. We're on the same page. That is rarely seen. We have to take advantage of these opportunities to be on the map.

Case:17-03283-LTS   Doc#:4014-53   Filed:10/04/18   Entered:10/04/18 16:51:23   Desc: Exhibit 57   Page 5 of 7

💬 See 0 comments

| Iniciar sesión |

🧑 Escribir un comentario

**2 comentarios**                                                                 Suscribirse | RSS

 **El Jayuyano**                                                  Hace 65 días
Donde están los penepos, que pasa no saben ingles, jeje

Me gusta  Responder  Compartir                                                                    0

**robegrau**                                                                      Hace 67 días
Jeni has a map to follow. A map that will take her to challenge for the governorship.

Me gusta  Responder  Compartir                                                                    0

**TAGS:**

🏷 **Autoridad de Energía Eléctrica**   🏷 **Jenniffer González**

   

## Te recomendamos


**ENGLISH**
Jenniffer Gonzalez says she will beat Trump


**ENGLISH**
A wise bipartisan effort to attract investment


**ENGLISH**
Editorial: Good progress on the route of alternative energy


**ENGLISH**
The oversight authority must be transparent


**ENGLISH**
Julia Keleher named to NAGB


**NOTICIAS**
Jenniffer González y Darren Soto son los novatos del Congreso con más medidas presentadas


**ENGLISH**
Rosselló grades federal authorities

**ENGLISH**
Opportunity for innovation

**Contenido Patrocinado**


HOME SECURITY | SPONSORED LISTINGS
Search for burglar alarm system.


NERDWALLET
How to Pay Off $10,000 Fast


YAHOO! SEARCH
What is psoriatic arthritis? Look for symptoms, causes &...


PURPLE
[Video] The New Purple® Mattress Is Engineered For Every...


Dual Language Gourmet Cuisine with Chef Piñeiro


Jesus "Chuy" Garcia: "I am an activist for social justice"


HARP BENEFITS
New York Will Pay Off Your Home If You Live Near New...


NOCARTRIDGE
[Pics] Firefighters Saved A Litter Of Puppies, But Then...


THE MORTGAGE SAVERS
Government Pays To Renovate Your Home If You Live...


CNN UNDERSCORED
Five Innovative Online Prescription Glasses Brands...


Real Legacy: Loíza claims $ 8.5 million


Florida vs. Puerto Rico: contrasts in patient treatment





  

¿Quiénes somos?
FAQ
Contáctanos
Tarifario
Términos y Condiciones
Política de Privacidad

© Derechos Reservados 2018