UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in Case No. 17-BK-4780-LTS and Case No. 17-BK-3283-LTS. |

<u>Order Scheduling Briefing of Motion for Relief from Automatic Stay</u>

The Court has received and reviewed the *Motion of National Public Finance Guarantee Corporation, Assured Guarantee Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed* (Docket Entry No. 4009 in Case No. 17-3283 and Docket Entry No. 975 in Case No. 17-4780, the "Motion") filed by National Public Finance

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Guarantee Corporation, Assured Guarantee Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. ("Movants"). Opposition papers to the Motion must be filed by **December 4, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Movants' reply papers must be filed by **December 12, 2018 5:00 p.m. (Atlantic Standard Time)**.

Movants' request for a hearing date more than thirty days after the filing of the Motion is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Motion. The Motion is hereby referred to Magistrate Judge Dein for discovery related matters.

SO ORDERED.

Dated: October 4, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge