# **EXHIBIT 1**

**Invoices**



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_125 |
| **Date** | April 9, 2018 | |

## Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | | |
|---|---|---:|
| | February 2018 (Title III - Mainland) | $ 298,838.01 |
| | February 2018 (Title III - Puerto Rico) | $ 23,483.42 |
| | **Total** | **$ 322,321.43** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007 (Must be included) |
| Reference: | Financial Oversight Board<br>of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**  Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director
Tricia Kosnik, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_127 |
| **Date** | April 9, 2018 | |

## Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | | |
|---|---|---|
| March 2018 (Title III - Mainland) | $ | 457,776.78 |
| March 2018 (Title III - Puerto Rico) | $ | 35,973.22 |
| **Total** | **$** | **493,750.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc** (tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:** Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director
Tricia Kosnik, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #:  1028_137 |
| **Date** | June 26, 2018 | |

### Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | | |
|---|---|---:|
| | April 2018 (Title III - Mainland) | $ 457,776.78 |
| | April 2018 (Title III - Puerto Rico) | $   35,973.22 |
| | **Total** | **$ 493,750.00** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**  Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director
Tricia Kosnik, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #:  1028_138 |
| **Date** | June 26, 2018 | |

### Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | | |
|---|---|---:|
| | May2018 (Title III - Mainland) | $ 457,776.78 |
| | May 2018 (Title III - Puerto Rico) | $ 35,973.22 |
| | **Total** | **$ 493,750.00** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**  Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director
Tricia Kosnik, Director

Citigroup Global Markets Inc.