# **EXHIBIT 3**

**Expense Itemization**

**Citigroup Global Markets Inc. Expense Detail - February 2018**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Expenses** | | | $11,520.84 | | | |

| Matter Name | Date | Timekeeper who Incurred E | Expense Category | Total | Expense Description 1 | Expense Description 2 | Expense ID |
|---|---|---|---|---|---|---|---|
| 47PC1046 | 2/1/2018 | Green, Thomas H | AIRFARE | $261.65 | Delta Air Lines | PROMESA meetings | 47264796 |
| 47PC1046 | 2/2/2018 | Gavin, John C | AIRFARE | $533.56 | JETBLUE  27979158925012 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47438401 |
| 47PC1046 | 2/6/2018 | Castiglioni, James | AIRFARE | $261.10 | Delta Air Lines | PROMESA Assignment Planning Meetings | 47347880 |
| 47PC1046 | 2/6/2018 | Leffler, Edwin | AIRFARE | $261.10 | Delta Air Lines | Meeting with Proskauer in Puerto Rico. | 47254953 |
| 47PC1046 | 2/3/2018 | Castiglioni, James | AIRFARE | $195.42 | JETBLUE  27979158928210 | PROMESA Assignment Planning Meetings | 47347887 |
| 47PC1046 | 2/3/2018 | Leffler, Edwin | AIRFARE | $195.42 | JETBLUE  27979158928195 | Meeting with Proskauer in Puerto Rico. | 47254954 |
| 47PC1046 | 2/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $44.00 | NY Taxi | PROMESA  meetings | 47264927 |
| 47PC1046 | 2/2/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 27979158925011 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47438400 |
| 47PC1046 | 2/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | NY Taxi | PROMESA  meetings | 47264992 |
| 47PC1046 | 2/2/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00679158915681 | PROMESA  meetings | 47264794 |
| 47PC1046 | 2/3/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $55.00 | NY Taxi | PROMESA  meetings | 47265006 |
| 47PC1046 | 2/3/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $28.00 | Boston Cab | PROMESA  meetings | 47264911 |
| 47PC1046 | 2/3/2018 | Castiglioni, James | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27979158928211 | PROMESA Assignment Planning Meetings | 47347877 |
| 47PC1046 | 2/3/2018 | Leffler, Edwin | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27979158928191 | Meeting with Proskauer in Puerto Rico. | 47254946 |
| 47PC1046 | 2/3/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $12.00 | NY Taxi | PROMESA  meetings | 47264997 |
| 47PC1046 | 2/5/2018 | Leffler, Edwin | HOTEL/LODGING | $238.00 | THE RITZ-CARLTON SAN J | Meeting with Proskauer in Puerto Rico. | 47254949 |
| 47PC1046 | 2/5/2018 | Leffler, Edwin | HOTEL/LODGING | $37.04 | THE RITZ-CARLTON SAN J | Meeting with Proskauer in Puerto Rico. | 47254950 |
| 47PC1046 | 2/6/2018 | Castiglioni, James | HOTEL/LODGING | $238.00 | THE RITZ-CARLTON SAN J | PROMESA Assignment Planning Meetings | 47348041 |
| 47PC1046 | 2/6/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $156.00 | AMTRAK AGE0370946017271 | PROMESA MEETINGS | 47310536 |
| 47PC1046 | 2/6/2018 | Castiglioni, James | UBER - NORMAL FARE | $66.24 | UBER   US FEB06 KLGV5 | PROMESA Assignment Planning Meetings | 47348255 |
| 47PC1046 | 2/6/2018 | Castiglioni, James | LODGING TAX | $63.75 | THE RITZ-CARLTON SAN J | PROMESA Assignment Planning Meetings | 47348040 |
| 47PC1046 | 2/6/2018 | Leffler, Edwin | LODGING TAX | $26.71 | THE RITZ-CARLTON SAN J | Meeting with Proskauer in Puerto Rico. | 47254951 |
| 47PC1046 | 2/6/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $20.00 | SJU Taxi | Meeting with Proskauer in Puerto Rico. | 47260762 |
| 47PC1046 | 2/6/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $20.00 | SJU Taxi | Meeting with Proskauer in Puerto Rico. | 47260413 |
| 47PC1046 | 2/6/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $20.00 | Taxi in PR | Meeting with Proskauer in Puerto Rico. | 47261371 |
| 47PC1046 | 2/6/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $14.00 | I Love NY | PROMESA MEETINGS | 47310792 |
| 47PC1046 | 2/7/2018 | Gavin, John C | AIRFARE | $308.22 | JETBLUE  27979158940843 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47486347 |
| 47PC1046 | 2/7/2018 | Gavin, John C | HOTEL/LODGING | $295.00 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47439287 |
| 47PC1046 | 2/7/2018 | Gavin, John C | UBER - NORMAL FARE | $115.76 | UBER   US FEB07 AZZIV | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47479873 |
| 47PC1046 | 2/7/2018 | Leffler, Edwin | GROUND TRANSPORTATION - PARKING/TOLLS | $78.00 | Newark | Meeting with Proskauer in Puerto Rico. | 47260793 |
| 47PC1046 | 2/7/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $63.36 | NYC-TAXI | Meeting with Proskauer in Puerto Rico. | 47254952 |
| 47PC1046 | 2/7/2018 | Gavin, John C | LODGING TAX | $47.01 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47439286 |
| 47PC1046 | 2/7/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 27979158940841 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47486348 |
| 47PC1046 | 2/7/2018 | Castiglioni, James | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 00679158939061 | PROMESA Assignment Planning Meetings | 47347881 |
| 47PC1046 | 2/7/2018 | Leffler, Edwin | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 00679158939131 | Meeting with Proskauer in Puerto Rico. | 47254955 |
| 47PC1046 | 2/7/2018 | Leffler, Edwin | UBER - NORMAL FARE | $24.30 | | Meeting with Proskauer in Puerto Rico. | 47260373 |
| 47PC1046 | 2/7/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | I Love NY | PROMESA MEETINGS | 47310821 |
| 47PC1046 | 2/8/2018 | Gavin, John C | HOTEL/LODGING | $295.00 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47439290 |
| 47PC1046 | 2/8/2018 | Gavin, John C | AIRFARE | $261.10 | Delta Air Lines | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47438396 |
| 47PC1046 | 2/8/2018 | Gavin, John C | LODGING TAX | $47.01 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47439289 |
| 47PC1046 | 2/8/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $26.15 | NYCTAXI4A13 | Meeting with Proskauer in Puerto Rico. | 47261621 |
| 47PC1046 | 2/8/2018 | Brownstein, David M. | GROUND TRANSPORTATION - TAXI | $21.36 | NYC-TAXI | Business Meetings - PROMESA meetings - Dec 2016 | 47317673 |
| 47PC1046 | 2/8/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $21.00 | I LOVE NY | PROMESA MEETINGS | 47310916 |
| 47PC1046 | 2/8/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00679158948891 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47438398 |

| Code | Date | Name | Category | Amount | Vendor | Description | Ref |
|---|---|---|---|---|---|---|---|
| 47PC1046 | 2/8/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $14.00 | I LOVE NY | PROMESA MEETINGS | 47310952 |
| 47PC1046 | 2/8/2018 | Gavin, John C | AIRFARE | -$261.10 | Delta Air Lines | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47438399 |
| 47PC1046 | 2/9/2018 | Gavin, John C | AIRFARE | $1,523.10 | Delta Air Lines | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47480815 |
| 47PC1046 | 2/9/2018 | Gavin, John C | HOTEL/LODGING | $270.00 | TRUMP HOTEL SOHO NY | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47479708 |
| 47PC1046 | 2/9/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $117.00 | AMTRAK AGE0400946080886 | PROMESA MEETINGS | 47310537 |
| 47PC1046 | 2/9/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $47.58 | CARLSON W 00679158953891 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47480814 |
| 47PC1046 | 2/9/2018 | Gavin, John C | LODGING TAX | $41.12 | TRUMP HOTEL SOHO NY | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47479707 |
| 47PC1046 | 2/9/2018 | Gavin, John C | UBER - NORMAL FARE | $41.03 | UBER   US FEB09 Z27W3 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47479894 |
| 47PC1046 | 2/9/2018 | Gavin, John C | UBER - NORMAL FARE | $18.15 | UBER   US FEB09 4I2CW | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47480051 |
| 47PC1046 | 2/9/2018 | Gavin, John C | UBER - NORMAL FARE | $16.22 | UBER   US FEB09 CKOET | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47480089 |
| 47PC1046 | 2/9/2018 | Gavin, John C | CAR MILEAGE | $13.80 | | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47480283 |
| 47PC1046 | 2/9/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $12.00 | I Love NY | PROMESA MEETINGS | 47311059 |
| 47PC1046 | 2/10/2018 | Gavin, John C | AIRFARE | $277.39 | American Airlines | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47486332 |
| 47PC1046 | 2/10/2018 | Gavin, John C | UBER - NORMAL FARE | $107.74 | UBER   US FEB10 CF73B | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47480201 |
| 47PC1046 | 2/10/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $80.75 | SJU AIRPORT PARKING | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47438471 |
| 47PC1046 | 2/10/2018 | Gavin, John C | UBER - NORMAL FARE | $35.72 | UBER   US FEB10 SW4XJ | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNEMTS | 47480150 |
| 47PC1046 | 2/10/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $24.36 | NYC-TAXI | Meeting with Proskauer in Puerto Rico. | 47261614 |
| 47PC1046 | 2/10/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $17.00 | NY TAxi | PROMESA MEETINGS | 47311121 |
| 47PC1046 | 2/10/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00179158958921 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47486333 |
| 47PC1046 | 2/10/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $10.00 | I LOVE NY | PROMESA MEETINGS | 47311086 |
| 47PC1046 | 2/10/2018 | Gavin, John C | AIRFARE | -$277.39 | American Airlines | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47486331 |
| 47PC1046 | 2/11/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $18.00 | NY Taxi | PROMESA MEETINGS | 47311131 |
| 47PC1046 | 2/13/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $269.00 | AMTRAK AGE0440946002365 | PROMESA meetings | 47509655 |
| 47PC1046 | 2/13/2018 | Gavin, John C | AIRFARE | $247.12 | JETBLUE   27979158965564 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47482046 |
| 47PC1046 | 2/13/2018 | Gavin, John C | HOTEL/LODGING | $235.00 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47525766 |
| 47PC1046 | 2/13/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $117.00 | AMTRAK AGE0440946002233 | PROMESA meetings | 47509651 |
| 47PC1046 | 2/13/2018 | Gavin, John C | UBER - NORMAL FARE | $104.83 | UBER   US FEB13 JG77Z | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47484246 |
| 47PC1046 | 2/13/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $47.58 | CARLSON W 27979158965561 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47482047 |
| 47PC1046 | 2/13/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $47.58 | CARLSON W 00679158965591 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47482048 |
| 47PC1046 | 2/13/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $43.00 | AMTRAK AGE0440946002555 | PROMESA meetings | 47509654 |
| 47PC1046 | 2/13/2018 | Gavin, John C | LODGING TAX | $38.17 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47525765 |
| 47PC1046 | 2/13/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $13.00 | I love NY | PROMESA meetings | 47516842 |
| 47PC1046 | 2/14/2018 | Gavin, John C | HOTEL/LODGING | $255.00 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47525768 |
| 47PC1046 | 2/14/2018 | Castiglioni, James | GROUND TRANSPORTATION - TRAIN | $147.00 | AMTRAK AGE0450946097091 | PROMESA Assignment - Planning Meetings - Philadelphia | 47432052 |
| 47PC1046 | 2/14/2018 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | $144.00 | AMTRAK TEL0452545011184 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47482304 |
| 47PC1046 | 2/14/2018 | Gavin, John C | LODGING TAX | $41.11 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47525767 |
| 47PC1046 | 2/14/2018 | Gavin, John C | UBER - NORMAL FARE | $39.60 | UBER   US FEB14 6VTQW | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47484271 |
| 47PC1046 | 2/14/2018 | Gavin, John C | GROUND TRANSPORTATION - TRANSACTION FEES | $30.20 | CARLSON W 55425450111841 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47482306 |
| 47PC1046 | 2/14/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $23.00 | I Love NY | PROMESA meetings | 47516882 |
| 47PC1046 | 2/14/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $17.30 | I Love NY | PROMESA meetings | 47516870 |
| 47PC1046 | 2/15/2018 | Gavin, John C | HOTEL/LODGING | $255.00 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47525770 |
| 47PC1046 | 2/15/2018 | Gavin, John C | UBER - NORMAL FARE | $44.35 | UBER   US FEB15 WTLPA | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47485273 |
| 47PC1046 | 2/15/2018 | Gavin, John C | LODGING TAX | $41.11 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47525769 |
| 47PC1046 | 2/15/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $18.30 | I LOVE NEW YORK | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47485342 |
| 47PC1046 | 2/15/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | I Love NY | PROMESA meetings | 47516947 |
| 47PC1046 | 2/15/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $10.00 | Philly Taxi | PROMESA meetings | 47516965 |
| 47PC1046 | 2/16/2018 | Leffler, Edwin | HOTEL/LODGING | $140.00 | PALOMAR PHILADELPHIA | Meeting with Puerto Rico | 47483404 |
| 47PC1046 | 2/16/2018 | Castiglioni, James | HOTEL/LODGING | $140.00 | PALOMAR PHILADELPHIA | PROMESA Assignment - Planning Meetings - Philadelphia | 47432087 |

| Code | Date | Name | Category | Amount | Vendor | Description | Ref |
|---|---|---|---|---|---|---|---|
| 47PC1046 | 2/16/2018 | Gavin, John C | HOTEL/LODGING | $137.00 | PALOMAR PHILADELPHIA | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47487006 |
| 47PC1046 | 2/16/2018 | Green, Thomas H | HOTEL/LODGING | $133.00 | PALOMAR PHILADELPHIA | PROMESA meetings | 47516504 |
| 47PC1046 | 2/16/2018 | Leffler, Edwin | GROUND TRANSPORTATION - PARKING/TOLLS | $50.00 | PALOMAR PHILADELPHIA | Meeting with Puerto Rico | 47483405 |
| 47PC1046 | 2/16/2018 | Leffler, Edwin | LODGING TAX | $21.70 | PALOMAR PHILADELPHIA | Meeting with Puerto Rico | 47483403 |
| 47PC1046 | 2/16/2018 | Castiglioni, James | LODGING TAX | $21.70 | PALOMAR PHILADELPHIA | PROMESA Assignment - Planning Meetings - Philadelphia | 47432086 |
| 47PC1046 | 2/16/2018 | Gavin, John C | LODGING TAX | $21.24 | PALOMAR PHILADELPHIA | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47487005 |
| 47PC1046 | 2/16/2018 | Green, Thomas H | LODGING TAX | $20.62 | PALOMAR PHILADELPHIA | PROMESA meetings | 47516503 |
| 47PC1046 | 2/16/2018 | Leffler, Edwin | TELECOMMUNICATIONS - INTERNET ACCESS | $12.99 | PALOMAR PHILADELPHIA | Meeting with Puerto Rico | 47483406 |
| 47PC1046 | 2/16/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $11.30 | NEW YORK TAXI | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 47485378 |
| 47PC1046 | 2/16/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $11.00 | I Love NY | PROMESA meetings | 47516995 |
| 47PC1046 | 2/16/2018 | Leffler, Edwin | UBER - NORMAL FARE | $9.42 | UBER US FEB16 3FRPD | Meeting with Puerto Rico | 47482339 |
| 47PC1046 | 2/17/2018 | Gavin, John C | AIRFARE | $174.07 | American Airlines | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47482104 |
| 47PC1046 | 2/17/2018 | Gavin, John C | UBER - NORMAL FARE | $75.10 | UBER US FEB17 GZVSP | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47487035 |
| 47PC1046 | 2/17/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $34.86 | VTS PHILADELPHIA TAXI | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47482305 |
| 47PC1046 | 2/17/2018 | Leffler, Edwin | UBER - NORMAL FARE | $17.50 | UBER US FEB16 NVJRE HE | Meeting with Puerto Rico | 47483350 |
| 47PC1046 | 2/17/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00179168776381 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47482108 |
| 47PC1046 | 2/17/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $10.00 | Philly Taxi | PROMESA meetings | 47516920 |
| 47PC1046 | 2/17/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $6.47 | Phl Taxi | Meeting with Puerto Rico | 47483489 |
| 47PC1046 | 2/20/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $148.50 | SJU AIRPORT PARKING | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47482106 |
| 47PC1046 | 2/20/2018 | Gavin, John C | CAR MILEAGE | $13.80 | | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MEETINGS WITH THE BOARD OF DIRECTORS FOR PROMESA | 47487146 |
| 47PC1046 | 2/21/2018 | Gavin, John C | AIRFARE | $729.20 | Delta Air Lines | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MTG WITH BOARD OF DIRECTORS | 47544517 |
| 47PC1046 | 2/21/2018 | Gavin, John C | HOTEL/LODGING | $255.00 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MTG WITH BOARD OF DIRECTORS | 47545235 |
| 47PC1046 | 2/21/2018 | Gavin, John C | LODGING TAX | $41.11 | Omni Hotels | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MTG WITH BOARD OF DIRECTORS | 47545234 |
| 47PC1046 | 2/21/2018 | Gavin, John C | AIRFARE | $14.39 | CARLSON W 00679168785901 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MTG WITH BOARD OF DIRECTORS | 47544515 |
| 47PC1046 | 2/21/2018 | Gavin, John C | CAR MILEAGE | $13.80 | | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MTG WITH BOARD OF DIRECTORS | 47547311 |
| 47PC1046 | 2/22/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $135.00 | AMTRAK AGE0530946099211 | PROMESA meetings | 47512680 |
| 47PC1046 | 2/22/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $44.75 | SJU AIRPORT PARKING | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS & MTG WITH BOARD OF DIRECTORS | 47602892 |
| 47PC1046 | 2/23/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | I Love NY | PROMESA meetings | 47517120 |
| MSD307438 | 2/28/2018 | N/A | LEGAL | $80.40 | Title III Legal Fees | Storch Amini PC - Fees and Expenses Rendered February 2018 | |

**Citigroup Global Markets Inc. Expense Detail - March 2018**

| **Total Expenses** | | | | $7,908.54 | | | |
|---|---|---|---|---|---|---|---|
| **Matter Name** | **Date** | **Timekeeper who Incurred E** | **Expense Category** | **Total** | **Expense Description 1** | **Expense Description 2** | **Expense ID** |
| 47PC1046 | 3/21/2018 | Leffler, Edwin | AIRFARE | $406.40 | Delta Air Lines | PROMESA Assignment - Puerto Rico Strategic Planning | 55941007 |
| 47PC1046 | 3/12/2018 | Gavin, John C | AIRFARE | $282.20 | JetBlue | PROMESA BUSINESS MEETINGS | 55748938 |
| 47PC1046 | 3/12/2018 | Gavin, John C | AIRFARE | $289.40 | American Airlines | PROMESA BUSINESS MEETINGS | 55748928 |
| 47PC1046 | 3/20/2018 | Leffler, Edwin | AIRFARE | $207.00 | JetBlue | PROMESA Assignment - Puerto Rico Strategic Planning | 55940999 |
| 47PC1046 | 3/25/2018 | Leffler, Edwin | AIRFARE | $451.90 | JetBlue | PROMESA Assignment - Puerto Rico Strategic Planning | 55941004 |
| 47PC1046 | 3/28/2018 | Gavin, John C | AIRFARE | $784.80 | JetBlue | PROMESA MEETINGS WITH ANKORA CONSULTING | 56052286 |
| 47PC1046 | 3/20/2018 | Castiglioni, James | AIRFARE | $594.80 | Delta Air Lines | PROMESA Assignment - Puerto Rico Strategic Planning | 55945411 |
| 47PC1046 | 3/25/2018 | Castiglioni, James | AIRFARE | $513.00 | JetBlue | PROMESA Assignment - Puerto Rico Strategic Planning | 55945409 |
| 47PC1046 | 3/15/2018 | Gavin, John C | AIRFARE | $103.00 | JETBLUE  27970135938964 | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55887233 |
| 47PC1046 | 3/20/2018 | Brownstein, David M. | AIRFARE - TRAVEL TRANSACTION FEES | $50.90 | CARLSON W 01670135958161 | PROMESA Assignment - Puerto Rico - Strategic Planning | 55984827 |
| 47PC1046 | 3/25/2018 | Leffler, Edwin | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 27970135975331 | PROMESA Assignment - Puerto Rico Strategic Planning | 55940994 |
| 47PC1046 | 3/12/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00170135925871 | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748926 |
| 47PC1046 | 3/23/2018 | Leffler, Edwin | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 00670135963821 | non-refundable | 55941006 |
| 47PC1046 | 3/25/2018 | Castiglioni, James | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 27970135975291 | PROMESA Assignment - Puerto Rico Strategic Planning | 55945410 |
| 47PC1046 | 3/20/2018 | Leffler, Edwin | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 27970135960371 | PROMESA Assignment - Puerto Rico Strategic Planning | 55941003 |
| 47PC1046 | 3/12/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27970135925931 | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748933 |
| 47PC1046 | 3/15/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $50.90 | JetBlue | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748940 |
| 47PC1046 | 3/20/2018 | Castiglioni, James | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00670135957431 | PROMESA Assignment - Puerto Rico Strategic Planning | 55945412 |
| 47PC1046 | 3/28/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $47.58 | CARLSON W 27970135988161 | PROMESA MEETINGS WITH ANKORA CONSULTING | 56052287 |
| 47PC1046 | 3/14/2018 | Gavin, John C | CAR MILEAGE | $10.70 | | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55750937 |
| 47PC1046 | 3/2/2018 | Green, Thomas H | CAR MILEAGE | $227.91 | | | 55538583 |
| 47PC1046 | 3/28/2018 | Gavin, John C | CAR MILEAGE | $10.70 | | PROMESA MEETINGS WITH ANKORA CONSULTING | 56052530 |
| 47PC1046 | 3/25/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $20.00 | Taxi | PROMESA Assignment - Puerto Rico Strategic Planning | 55943130 |
| 47PC1046 | 3/10/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $138.00 | AMTRAK AGE0680946646972 | Promesa meetings | 55988085 |
| 47PC1046 | 3/15/2018 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | $159.00 | AMTRAK  AG0740942511818 | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748937 |
| 47PC1046 | 3/16/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $10.00 | I LOVE NY TAXI | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55750860 |
| 47PC1046 | 3/22/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $25.00 | VALET PARKING | PUERTO RICO EPA RESTRUCTURING MEETINGS | 56272939 |
| 47PC1046 | 3/6/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $11.00 | I Love NY | Promesa meetings | 55538339 |
| 47PC1046 | 3/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $14.00 | I Love NY | Promesa meetings | 55538360 |
| 47PC1046 | 3/14/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $26.00 | WHITETOPCAB | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55750650 |
| 47PC1046 | 3/14/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $10.00 | WHITETOPCAB | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55750071 |
| 47PC1046 | 3/16/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $20.76 | NYC Taxi | PROMESA Assignment - Puerto Rico Strategic Planning | 55943147 |
| 47PC1046 | 3/13/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | I Love NY | Promesa meetings | 55994414 |
| 47PC1046 | 3/26/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $70.27 | TAXI SVC NEW YORK | PROMESA Assignment - Puerto Rico Strategic Planning | 55987804 |
| 47PC1046 | 3/16/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $66.00 | NYCTAXI7H99 | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748934 |
| 47PC1046 | 3/28/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $47.40 | BOS TAXI 1282 | PROMESA MEETINGS WITH ANKORA CONSULTING | 56052284 |
| 47PC1046 | 3/7/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $33.00 | 39th and 8th parking | Promesa meetings | 55534322 |
| 47PC1046 | 3/15/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $12.21 | SQ      SQ UVC | PROMESA Assignment - Puerto Rico Strategic Planning | 55772935 |
| 47PC1046 | 3/8/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $32.00 | 39th and 8th parking | Promesa meetings | 55534307 |
| 47PC1046 | 3/15/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $11.00 | DC TAXI | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55750689 |
| 47PC1046 | 3/15/2018 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | $57.00 | AMTRAK  0747001547104 | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748929 |
| 47PC1046 | 3/24/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $23.00 | Taxi | PROMESA Assignment - Puerto Rico Strategic Planning | 55945527 |
| 47PC1046 | 3/26/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $66.35 | NYCTAXI2L78 | PROMESA Assignment - Puerto Rico Strategic Planning | 55945406 |
| 47PC1046 | 3/15/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $10.82 | SQ     SQ FAROOQ AWA | PROMESA Assignment - Puerto Rico Strategic Planning | 55772931 |
| 47PC1046 | 3/15/2018 | Gavin, John C | GROUND TRANSPORTATION - TRANSACTION FEES | $30.20 | CARLSON W 55471803151651 | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748936 |

| Code | Date | Name | Category | Amount | Vendor | Description | Ref |
|---|---|---|---|---|---|---|---|
| 47PC1046 | 3/16/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $62.75 | SJU AIRPORT PARKING | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55748930 |
| 47PC1046 | 3/25/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $25.00 | CONDADO VANDERBILT H | PRE-PUERTO RICO EPA RESTRUCTURING MEETINGS | 56053233 |
| 47PC1046 | 3/26/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $20.00 | Taxi | PROMESA Assignment - Puerto Rico Strategic Planning | 55943138 |
| 47PC1046 | 3/5/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $33.00 | 39th and 8th parking | Promesa meetings | 55534315 |
| 47PC1046 | 3/15/2018 | Leffler, Edwin | GROUND TRANSPORTATION - PARKING/TOLLS | $5.00 | NEXUS PARKING SYSTEMS | Parking-PROMESA Assignment - Puerto Rico Strategic Planning | 55772932 |
| 47PC1046 | 3/16/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $12.00 | I LOVE NYC TAXI | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55750894 |
| 47PC1046 | 3/6/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $33.00 | 39th and 8th parking | Promesa meetings | 55534340 |
| 47PC1046 | 3/11/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | NY Taxi | Promesa meetings | 55534381 |
| 47PC1046 | 3/16/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TAXI | $20.76 | TAXI SVC 41-25 36TH ST | PROMESA Assignment - Puerto Rico Strategic Planning | 55772933 |
| 47PC1046 | 3/10/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | I love NY | Promesa meetings | 55994351 |
| 47PC1046 | 3/13/2018 | Leffler, Edwin | GROUND TRANSPORTATION - TRAIN | $351.00 | AMTRAK AGE0720946541730 | PROMESA Assignment - Puerto Rico Strategic Planning | 55772934 |
| 47PC1046 | 3/14/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $12.00 | DC TAXI | PROMESA BUSINESS MEETINGS; DISCUSS FINANCING | 55750609 |
| 47PC1046 | 3/25/2018 | Brownstein, David M. | LODGING TAX | $96.11 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 56054128 |
| 47PC1046 | 3/24/2018 | Castiglioni, James | HOTEL/LODGING | $145.00 | Courtyards | PROMESA Assignment - Puerto Rico Strategic Planning | 55945503 |
| 47PC1046 | 3/14/2018 | Gavin, John C | HOTEL/LODGING | $241.00 | Four Seasons | PROMESA BUSINESS MEETINGS | 55749748 |
| 47PC1046 | 3/25/2018 | Brownstein, David M. | HOTEL/LODGING | $145.00 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 56054129 |
| 47PC1046 | 3/25/2018 | Leffler, Edwin | HOTEL/LODGING | $199.00 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico Strategic Planning | 55942892 |
| 47PC1046 | 3/25/2018 | Castiglioni, James | LODGING TAX | $57.95 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico Strategic Planning | 55945509 |
| 47PC1046 | 3/15/2018 | Gavin, John C | HOTEL/LODGING | $339.00 | Omni Hotels | PROMESA BUSINESS MEETINGS | 55749974 |
| 47PC1046 | 3/24/2018 | Brownstein, David M. | HOTEL/LODGING | $145.00 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 56054127 |
| 47PC1046 | 3/14/2018 | Gavin, John C | LODGING TAX | $35.67 | Four Seasons | PROMESA BUSINESS MEETINGS | 55749747 |
| 47PC1046 | 3/15/2018 | Gavin, John C | LODGING TAX | $55.51 | Omni Hotels | PROMESA BUSINESS MEETINGS | 55749973 |
| 47PC1046 | 3/24/2018 | Brownstein, David M. | LODGING TAX | $96.11 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 56054126 |
| 47PC1046 | 3/25/2018 | Leffler, Edwin | LODGING TAX | $57.95 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico Strategic Planning | 55942891 |
| 47PC1046 | 3/25/2018 | Castiglioni, James | HOTEL/LODGING | $199.00 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico Strategic Planning | 55945510 |
| MSD307438 | 3/31/2018 | N/A | LEGAL | $80.40 | Title III Legal Fees | Storch Amini PC - Fees and Expenses Rendered March 2018 | |
| 47PC1046 | 3/24/2018 | Castiglioni, James | LODGING TAX | $29.10 | Courtyards | PROMESA Assignment - Puerto Rico Strategic Planning | 55945502 |
| 47PC1046 | 3/25/2018 | Castiglioni, James | UBER - NORMAL FARE | $50.69 | UBER   TRIP OWOU7 | PROMESA Assignment - Puerto Rico Strategic Planning | 55945533 |
| 47PC1046 | 3/24/2018 | Brownstein, David M. | UBER - NORMAL FARE | $62.16 | | PROMESA Assignment - Puerto Rico - Strategic Planning | 56015499 |
| 47PC1046 | 3/25/2018 | Leffler, Edwin | UBER - NORMAL FARE | $160.41 | UBER   TF5MT | PROMESA Assignment - Puerto Rico Strategic Planning | 55942981 |

**Citigroup Global Markets Inc. Expense Detail - April 2018**

| Total Expenses | | | | $10,176.68 | | | |
|---|---|---|---|---|---|---|---|
| **Matter Name** | **Date** | **Timekeeper who Incurred E** | **Expense Category** | **Total** | **Expense Description 1** | **Expense Description 2** | **Expense ID** |
| 47PC1046 | 4/26/2018 | Gavin, John C | AIRFARE | $310.40 | JetBlue | PROMESA MEETINGS; DISCUSS VARIOUS ISSUES RELATED TO FINANCING | 56786767 |
| 47PC1046 | 4/17/2018 | Castiglioni, James | AIRFARE | $406.80 | Delta Air Lines | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592394 |
| 47PC1046 | 4/26/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27971858913631 | PROMESA MEETINGS; DISCUSS VARIOUS ISSUES RELATED TO FINANCING | 56786768 |
| 47PC1046 | 4/25/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27971858909961 | PROMESA meetings | 56863857 |
| 47PC1046 | 4/12/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27970151806081 | PROMESA Bond meetings | 56429209 |
| 47PC1046 | 4/25/2018 | Green, Thomas H | AIRFARE | $390.50 | JETBLUE  27971858909960 | | 56863858 |
| 47PC1046 | 4/12/2018 | Green, Thomas H | AIRFARE | $357.60 | JETBLUE  27970151806085 | PROMESA Bond meetings | 56429207 |
| 47PC1046 | 4/17/2018 | Castiglioni, James | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 00671854583101 | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592399 |
| 47PC1046 | 4/20/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27971858889591 | PROMESA MEETINGS; DISCUSS VARIOUS ISSUES RELATED TO FINANCING | 56589128 |
| 47PC1046 | 4/20/2018 | Gavin, John C | AIRFARE | $357.40 | JetBlue | PROMESA MEETINGS; DISCUSS VARIOUS ISSUES RELATED TO FINANCING | 56589129 |
| 47PC1046 | 4/23/2018 | Gavin, John C | CAR MILEAGE | $12.84 | | PROMESA MEETINGS; DISCUSS VARIOUS ISSUES RELATED TO FINANCING | 56891549 |
| 47PC1046 | 4/17/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $13.00 | I Love NY | PROMESA Bond meetings | 56430266 |
| 47PC1046 | 4/19/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $19.00 | Puerto Rico Taxi | PROMESA Bond meetings | 56430418 |
| 47PC1046 | 4/20/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $70.00 | I Love NY | PROMESA Bond meetings | 56430398 |
| 47PC1046 | 4/30/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $70.00 | I Love NY | PROMESA meetings | 56864257 |
| 47PC1046 | 4/2/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $116.75 | SJU AIRPORT PARKING | PROMESA MEETINGS WITH ANKORA CONSULTING | 56216956 |
| 47PC1046 | 4/30/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $119.00 | AMTRAK AGE1200946519837 | PROMESA meetings | 56863856 |
| 47PC1046 | 4/18/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $23.00 | Taxi Turistico | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592800 |
| 47PC1046 | 4/20/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $70.26 | NYCTAXI7H72 | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592396 |
| 47PC1046 | 4/18/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $70.26 | NYCTAXI7D20 | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592397 |
| 47PC1046 | 4/20/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $22.00 | Turistico | PROMESA Bond meetings | 56451972 |
| 47PC1046 | 4/18/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $20.00 | ILove NY | PROMESA Bond meetings | 56430353 |
| 47PC1046 | 4/18/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $12.00 | I Love NY | PROMESA Bond meetings | 56430359 |
| 47PC1046 | 4/28/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $98.75 | SJU AIRPORT PARKING | PROMESA MEETINGS; DISCUSS VARIOUS ISSUES RELATED TO FINANCING | 56786769 |
| 47PC1046 | 4/30/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $17.00 | I Love NY | PROMESA meetings | 56864244 |
| 47PC1046 | 4/19/2018 | Castiglioni, James | HOTEL/LODGING | $296.65 | Sheraton | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592670 |
| 47PC1046 | 4/18/2018 | Castiglioni, James | HOTEL/LODGING | $296.65 | Sheraton | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592668 |
| 47PC1046 | 4/19/2018 | Green, Thomas H | HOTEL/LODGING | $149.00 | INTERCONT SAN JUAN RES | PROMESA Bond meetings | 56740381 |
| MSD307438 | 4/31/2018 | N/A | LEGAL | $6,556.10 | Title III Legal Fees | Storch Amini PC - Fees and Expenses Rendered April 2018 | |
| 47PC1046 | 4/19/2018 | Castiglioni, James | LODGING TAX | $85.31 | Sheraton | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592669 |
| 47PC1046 | 4/19/2018 | Green, Thomas H | LODGING TAX | $42.64 | INTERCONT SAN JUAN RES | PROMESA Bond meetings | 56740380 |
| 47PC1046 | 4/18/2018 | Castiglioni, James | LODGING TAX | $85.31 | Sheraton | PROMESA Assignment - Financial Oversight & Management Board for Puerto Rico | 56592667 |

**Citigroup Global Markets Inc. Expense Detail - May 2018**

| Total Expenses | | | | $11,306.92 | | | |
|---|---|---|---|---|---|---|---|
| **Matter Name** | **Date** | **Timekeeper who Incurred E** | **Expense Category** | **Total** | **Expense Description 1** | **Expense Description 2** | **Expense ID** |
| 47PC1046 | 5/3/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 27971858947201 | PROMESA meetings | 56865020 |
| 47PC1046 | 5/9/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27971872415081 | PROMESA MEETINGS | 57255725 |
| 47PC1046 | 5/17/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $50.90 | CARLSON W 00171872450661 | PRASA credit meetings | 57640758 |
| 47PC1046 | 5/29/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00671880052651 | PROMESA MEETINGS | 57420386 |
| 47PC1046 | 5/7/2018 | Gavin, John C | AIRFARE | $235.20 | JetBlue | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56892878 |
| 47PC1046 | 5/26/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27971880050551 | PROMESA MEETINGS | 57419919 |
| 47PC1046 | 5/14/2018 | Green, Thomas H | AIRFARE | $184.07 | American Airlines | PRASA credit meetings | 57640754 |
| 47PC1046 | 5/9/2018 | Gavin, John C | AIRFARE | $310.40 | Jet Blue | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56893217 |
| 47PC1046 | 5/26/2018 | Gavin, John C | AIRFARE | $587.20 | JetBlue | PROMESA MEETINGS | 57419920 |
| 47PC1046 | 5/3/2018 | Green, Thomas H | AIRFARE | $310.40 | JETBLUE  27971858947200 | PROMESA meetings | 56865022 |
| 47PC1046 | 5/9/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 27971872415171 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56892875 |
| 47PC1046 | 5/9/2018 | Gavin, John C | AIRFARE | $235.20 | JetBlue | PROMESA MEETINGS | 57255723 |
| 47PC1046 | 5/7/2018 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | $30.90 | CARLSON W 27971872401321 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56892881 |
| 47PC1046 | 5/29/2018 | Gavin, John C | AIRFARE | $188.40 | Delta Air Lines | PROMESA MEETINGS | 57420385 |
| 47PC1046 | 5/15/2018 | Green, Thomas H | AIRFARE | $531.80 | American Airlines | PRASA credit meetings | 57640748 |
| 47PC1046 | 5/14/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00171872435461 | PRASA credit meetings | 57640751 |
| 47PC1046 | 5/11/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00171872424451 | PRASA credit meetings | 57640752 |
| 47PC1046 | 5/15/2018 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | $14.39 | CARLSON W 00171872437201 | PRASA credit meetings | 57640755 |
| 47PC1046 | 5/7/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $29.00 | I Love NY | PROMESA meetings | 56868064 |
| 47PC1046 | 5/9/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $10.00 | I LOVE NYC | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56898333 |
| 47PC1046 | 5/31/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $23.00 | NY Parking | PROMESA meetings | 57682267 |
| 47PC1046 | 5/21/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $119.00 | AMTRAK AGE1410946500402 | Rothschild meeting regarding PROMESA | 57680940 |
| 47PC1046 | 5/21/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | I Love NY | Rothschild meeting regarding PROMESA | 57681161 |
| 47PC1046 | 5/7/2018 | Gavin, John C | CAR MILEAGE | $12.84 | | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56898317 |
| 47PC1046 | 5/1/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $14.00 | I Love NY | PROMESA meetings | 56864270 |
| 47PC1046 | 5/3/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $25.00 | CONDADO VANDERBILT H | PROMESA meetings | 56864618 |
| 47PC1046 | 5/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | San Juan Taxi | PROMESA meetings | 56864182 |
| 47PC1046 | 5/28/2018 | Green, Thomas H | CAR MILEAGE | $227.38 | | PROMESA meetings | 57683112 |
| 47PC1046 | 5/31/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $23.00 | Boston Cab | PROMESA meetings | 57682213 |
| 47PC1046 | 5/17/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $184.00 | AMTRAK AGE1370946632003 | PRASA credit meetings | 57640750 |
| 47PC1046 | 5/29/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $25.00 | I Love NY | PROMESA meetings | 57682135 |
| 47PC1046 | 5/31/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $130.00 | Patriot Parking | PROMESA meetings | 57682315 |
| 47PC1046 | 5/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $20.00 | San juan Metro | PROMESA meetings | 56864160 |
| 47PC1046 | 5/4/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $20.00 | San Juan Taxi | PROMESA meetings | 56864236 |
| 47PC1046 | 5/31/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $21.00 | NYC TAXI | PROMESA MEETINGS | 57421421 |
| 47PC1046 | 5/8/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $23.00 | Westside parking | PROMESA meetings | 56868146 |
| 47PC1046 | 5/9/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $6.00 | NYC TAXI | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56897056 |
| 47PC1046 | 5/31/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $19.56 | TAXI SVC NEW YORK | PROMESA MEETINGS | 57419496 |
| 47PC1046 | 5/16/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $11.00 | NYC TAXI | PROMESA MEETINGS | 57417450 |
| 47PC1046 | 5/16/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $38.00 | I Love NY | PRASA credit meetings | 57647486 |
| 47PC1046 | 5/9/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | I Love NY | PROMESA meetings | 56868136 |
| 47PC1046 | 5/31/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $65.00 | University Parking | PROMESA meetings | 57682374 |
| 47PC1046 | 5/17/2018 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | $179.00 | AMTRAK AGE1370946568603 | PROMESA MEETINGS | 57255721 |
| 47PC1046 | 5/14/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $18.96 | TAXI SVC LONG ISLAND C | Taxis - PROMESA - Puerto Rico - Assignment | 57673143 |
| 47PC1046 | 5/29/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $19.12 | TAXI SVC BROOKLYN | PROMESA MEETINGS | 57420774 |

| Code | Date | Name | Category | Amount | Vendor | Description | Ref |
|---|---|---|---|---|---|---|---|
| 47PC1046 | 5/7/2018 | Green, Thomas H | CAR MILEAGE | $227.38 | | PROMESA meetings | 56868052 |
| 47PC1046 | 5/9/2018 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | $179.00 | AMTRAK AGE1290946553662 | EXPENSES OMITTED FROM PREVIOUS REPORT; CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 57061981 |
| 47PC1046 | 5/31/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $25.00 | I Love NY | PROMESA meetings | 57682351 |
| 47PC1046 | 5/30/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $25.00 | I Love NY | PROMESA meetings | 57682164 |
| 47PC1046 | 5/10/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $67.75 | SJU AIRPORT PARKING | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56951441 |
| 47PC1046 | 5/4/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $30.00 | Boston Cab | PROMESA meetings | 56864152 |
| 47PC1046 | 5/28/2018 | Gavin, John C | CAR MILEAGE | $12.84 | | PROMESA MEETINGS | 57421896 |
| 47PC1046 | 5/14/2018 | Gavin, John C | CAR MILEAGE | $12.84 | | PROMESA MEETINGS | 57416945 |
| 47PC1046 | 5/30/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $18.00 | I Love NY | PROMESA meetings | 57682179 |
| 47PC1046 | 5/17/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $11.00 | NY CITY TAXI | EXPENSES OMITTED FROM PREVIOUS REPORTS; REGULATORY MEETINGS FOR PUERTO RICO-PROMESA; PROMESA MEETINGS | 58136258 |
| 47PC1046 | 5/15/2018 | Gavin, John C | HOTEL/LODGING | $679.99 | LEXINGTON HOTEL NYC FD | PROMESA MEETINGS | 57417152 |
| 47PC1046 | 5/7/2018 | Gavin, John C | HOTEL/LODGING | $282.15 | IC NY TIMES SQUARE | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56896927 |
| 47PC1046 | 5/29/2018 | Gavin, John C | HOTEL/LODGING | $366.78 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438626 |
| 47PC1046 | 5/15/2018 | Gavin, John C | LODGING TAX | $132.49 | LEXINGTON HOTEL NYC FD | PROMESA MEETINGS | 57417151 |
| 47PC1046 | 5/7/2018 | Gavin, John C | LODGING TAX | $45.12 | IC NY TIMES SQUARE | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56896926 |
| 47PC1046 | 5/3/2018 | Green, Thomas H | LODGING TAX | $102.44 | CONDADO VANDERBILT H | PROMESA meetings | 56864616 |
| 47PC1046 | 5/16/2018 | Gavin, John C | HOTEL/LODGING | $559.99 | LEXINGTON HOTEL NYC FD | PROMESA MEETINGS | 57417154 |
| 47PC1046 | 5/31/2018 | Gavin, John C | HOTEL/LODGING | $366.78 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438632 |
| 47PC1046 | 5/3/2018 | Green, Thomas H | HOTEL/LODGING | $330.65 | CONDADO VANDERBILT H | PROMESA meetings | 56864617 |
| 47PC1046 | 5/17/2018 | Green, Thomas H | HOTEL/LODGING | $331.00 | MANDARIN ORIENTL WASH | PRASA credit meetings | 57646248 |
| 47PC1046 | 5/8/2018 | Gavin, John C | HOTEL/LODGING | $310.00 | THE WARWICK HOTEL | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56896807 |
| 47PC1046 | 5/2/2018 | Green, Thomas H | LODGING TAX | $86.64 | CONDADO VANDERBILT H | PROMESA meetings | 56864612 |
| 47PC1046 | 5/28/2018 | Gavin, John C | LODGING TAX | $57.60 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438622 |
| 47PC1046 | 5/28/2018 | Gavin, John C | HOTEL/LODGING | $366.78 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438623 |
| 47PC1046 | 5/30/2018 | Gavin, John C | LODGING TAX | $57.60 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438628 |
| 47PC1046 | 5/31/2018 | Gavin, John C | LODGING TAX | $57.60 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438631 |
| 47PC1046 | 5/14/2018 | Gavin, John C | HOTEL/LODGING | $479.99 | LEXINGTON HOTEL NYC FD | PROMESA MEETINGS | 57417150 |
| 47PC1046 | 5/16/2018 | Gavin, John C | LODGING TAX | $114.79 | LEXINGTON HOTEL NYC FD | PROMESA MEETINGS | 57417153 |
| 47PC1046 | 5/30/2018 | Gavin, John C | HOTEL/LODGING | $366.78 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438629 |
| 47PC1046 | 5/17/2018 | Green, Thomas H | LODGING TAX | $48.99 | MANDARIN ORIENTL WASH | PRASA credit meetings | 57646247 |
| 47PC1046 | 5/8/2018 | Gavin, John C | LODGING TAX | $51.22 | THE WARWICK HOTEL | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56896806 |
| 47PC1046 | 5/2/2018 | Green, Thomas H | HOTEL/LODGING | $279.65 | CONDADO VANDERBILT H | PROMESA meetings | 56864613 |
| MSD307438 | 5/31/2018 | N/A | LEGAL | $643.20 | Title III Legal Fees | Storch Amini PC - Fees and Expenses Rendered May 2018 | |
| 47PC1046 | 5/29/2018 | Gavin, John C | LODGING TAX | $57.60 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438625 |
| 47PC1046 | 5/14/2018 | Gavin, John C | LODGING TAX | $102.99 | LEXINGTON HOTEL NYC FD | PROMESA MEETINGS | 57417149 |
| 47PC1046 | 5/29/2018 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | $19.95 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438627 |
| 47PC1046 | 5/30/2018 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | $19.95 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438630 |
| 47PC1046 | 5/28/2018 | Gavin, John C | UBER - NORMAL FARE | $68.29 | | PROMESA MEETINGS | 57440705 |
| 47PC1046 | 5/30/2018 | Brownstein, David M. | UBER - NORMAL FARE | $27.40 | | PROMESA Assignment - Puerto Rico Strategic Planning | 57569590 |
| 47PC1046 | 5/15/2018 | Gavin, John C | UBER - NORMAL FARE | $69.90 | UBER  NT2DW | PROMESA MEETINGS | 57417059 |
| 47PC1046 | 5/8/2018 | Gavin, John C | UBER - NORMAL FARE | $68.94 | UBER   TRIP R6I45 | CLIENT MEETINGS; DISCUSS PROMESA ASSIGNMENTS | 56898545 |
| 47PC1046 | 5/31/2018 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | $19.95 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438633 |
| 47PC1046 | 5/28/2018 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | $19.95 | Westin Hotels and Resorts | HOTEL ONLY - PROMESA MEETINGS | 57438624 |

**Total Expenses February 1 - May 31, 2018**         **$40,912.98**