UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

                    Debtors.

PROMESA
Title III

No. 17 BK 3567-LTS

(Jointly Administered)

------------------------------------------------------------x

<u>ORDER GRANTING THIRD URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES</u>

        The Court has received and reviewed the *Third Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 4015 in Case No. 17-3283 and Docket Entry No. 516

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

in Case No. 17-3567, the "Motion"). The Motion is granted to the extent provided herein. Opposition papers to the *Lift Stay Notice* (Docket Entry No. 3851 in Case No. 17-3283) must be filed by **October 10, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **October 17, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 4015 in Case No. 17-3283 and Docket Entry No. 516 in Case No. 17-3567.

SO ORDERED.

Dated: October 5, 2018

   /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge