UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA<br>TITLE III |
| THE FINANCIAL OVERSIGHT   MANAGEMENT<br>BOARD FOR PUERTO RICO, | |
| as  representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| DEBTORS | |
| IN RE: | PROMESA<br>TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT<br>BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK3567-LTS |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY ("HTA") | |
| DEBTOR | |

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES NOW creditor, Finca Matilde, Inc., represented by the undersigned attorney and very respectfully states and prays:

1.  On September 4, 2018, Finca Matilde, Inc. filed a motion for relief from stay (docket no. 3851).

2.  Finca Matilde, Inc. withdraws the motion for relief from stay at docket no. 3851.

WHEREFORE, the undersigned attorney respectfully requests the Court to take notice of its withdrawal.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 8th of October, 2018.

/s/María E. Vicéns Rivera
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
9140 MARINA ST., SUITE 801
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com