# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

                  Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

**This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS.**

-------------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDER GRANTING URGENT MOTION FOR
ENTRY OF ORDER ESTABLISHING HEARING DATES TO
(I) DETERMINE THE ADEQUACY OF INFORMATION IN THE
COFINA DISCLOSURE STATEMENT, (II) APPROVE THE RULE
9019 SETTLEMENT OF THE COMMONWEALTH-COFINA
DISPUTE IN THE COMMONWEALTH TITLE III CASE
AND (III) CONFIRM THE COFINA PLAN OF ADJUSTMENT**

Upon the *Urgent Motion for Entry of Order Establishing Hearing Dates to (I) Determine the Adequacy of Information in the COFINA Disclosure Statement, (II) Approve the Rule 9019 Settlement of the Commonwealth-COFINA Dispute in the Commonwealth Title III Case and (III) Confirm the COFINA Plan of Adjustment* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Debtors, their creditors, and other parties in interest, it is HEREBY ORDERED THAT:

1. The Urgent Motion is granted as set forth herein.

2. A hearing to determine the adequacy of information in the COFINA Disclosure Statement shall be held on **November 20, 2018, at 10:30 a.m. AST (9:30 a.m. ET)** at the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 17C** or at a courtroom to be later determined.

3. The hearing to (i) approve the Settlement Motion, and (ii) confirm the COFINA Plan shall be held on **January 16, 2019, at 9:30 a.m. AST (8:30 a.m. ET) in San Juan**, and continued, if necessary, on **January 17, 2019 at 9:30 a.m. AST (8:30 a.m. ET) in San Juan** at

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

the United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Avenue, San Juan, P.R. 00918** at a courtroom to be later determined.

4. The Debtors reserve the right to seek a rescheduling of the hearing dates established above subject to approval of this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6. This Order resolves Docket Entry No. 4019 in Case No. 17 BK 3283-LTS and Docket Entry No. 301 in Case No. 17 BK 3284-LTS.

    SO ORDERED.

Dated: October 9, 2018          /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge