UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING URGENT CONSENTED MOTION
FOR EXTENSION OF DEADLINES (DOCKET ENTRY NO. 4024)

The Court has received and reviewed the *Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 4024 in Case No. 17-3283, the "Motion"). The Motion is granted to the extent provided herein. Opposition papers to the *Motion for Application Requesting Administrative Rent Payment* (Docket Entry No. 3958 in Case No. 17-3283) must be filed by **October 22, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **October 29, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

[*Remainder of Page Intentionally Left Blank*]

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 4024 in Case No. 17-3283.

SO ORDERED.

Dated: October 9, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge