UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**In re:**

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
as representative of

**THE COMMONWEALTH OF PUERTO RICO, et al.,**
Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

___

**In re:**

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
as representative of

**THE PUERTO RICO ELECTRIC POWER AUTHORITY**
Debtor

PROMESA
TITLE III
Case No. 17-BK-4780 (LTS)

(Jointly Administered)

**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)**

___

**CERTIFICATE OF SERVICE**

The undersigned certifies The Motion for Relief from Stay filed by Pan American Grain Co.

Inc. was served via the CM/ECF system in these proceedings as allowed in Section II.I, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

as described in Section II.D of the Sixth Amended Notice Case Management and Administrative Procedures dated August 24, 2018 at docket entry 3804 to:

counsel for the Oversight Board, including as counsel for PREPA; counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority; counsel for the Creditors' Committee;

counsel for the Committee of Retirees;

to all parties that have filed a notice of appearance in the Commonwealth and PREPA Title III proceedings and are registered in the CM/ECF system;

by email to all parties in the October 8, 2018 Master Service List herein attached as Exhibit A;

and, by next day delivery to the Office of the US Trustee Region 21

Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on October 8, 2018.

/S/ **Mª Mercedes Figueroa y Morgade**
MªMERCEDES FIGUEROA Y MORGADE
USDC-PR 207108
3415 Alejandrino Ave.,
Apt. 703,
Guaynabo, PR 00969-4856
Tel: 787-234-3981
**figueroaymorgadelaw@yahoo.com**