# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 10:00 AM (AST)
Started: 10:20 AM (AST)
Ended: 10:36 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**  DATE: October 5, 2018
COURTROOM DEPUTY: Marian Ramirez / Lisa Ng
COURT REPORTER: Sonia Kitter

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*, Debtors. | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |
| The Government Development Bank for Puerto Rico<br><br>Applicant. | 3:18-CV-1561 (LTS)<br><br>PROMESA Title VI |
| The Official Committee of Unsecured Creditors of the Debtors (other than COFINA),<br><br>Plaintiff,<br><br>v.<br><br>The Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, the Government Development Bank for Puerto Rico, and the Financial Oversight and Management Board for Puerto Rico,<br><br>Defendants. | Adv. Proc. No. 3:18-00101 (LTS) |

October 5, 2018 – Motion Hearing
3:17-BK-3283 (LTS) / 3:18-CV-1561 (LTS) / 3:18-AP-101 (LTS)

**Case called for Motion Hearing.**

      Counsel for the Government Development Bank for Puerto Rico ("GDB") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") indicated that the parties had reached an agreement to resolve the objection of the Official Committee of Unsecured Creditors (other than COFINA) to the GDB restructuring.  The terms of the proposed stipulation were briefly discussed in open court.  Counsel for GDB and AAFAF requested that the Court so Order the proposed stipulation.  The matter was taken under submission.  Order to follow.

                                                                                        s/Marian Ramirez
                                                                                         Marian Ramirez
                                                                                         Deputy Clerk