# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | PROMESA |
|    as representative of | ) | Title III |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO | ) | |
|  *et al.*, | ) | Case No. 3:17-03283 |
|    Debtors[1] | ) | (LTS) |
| ---------------------------------------------------------------------) | | |
| In re: | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | Title III |
|    as representative of | ) | |
| | ) | Case No. 3:17-03566 |
| THE EMPLOYEES RETIREMENT SYSTEM OF | ) | (LTS) |
| THE GOVERNMENT OF THE | ) | |
| COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
|    Debtor | ) | |
| ---------------------------------------------------------------------) | | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

---

[1] The Debtors in this Title III case are: (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283-LTS); (ii) The Employees Retirement System of the Govt. of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566-LTS); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284-LTS); (iv) Puerto Rico Highways and Transportation Authority (Bankr.Case No. 17-bk-3567-LTS); and (v) Puerto Rico Electric Power Authority (Bankr. Case No. 17-bk-4780-LTS).

*Certificate of Service* 2

Comes Now, secured creditor ***Cooperativa de Ahorro y Crédito Vegabajeña ("Cooperativa"),*** represented by its undersigned attorneys and respectfully states, alleges and prays:

Appearing counsel hereby certifies that, pursuant to Section II.D and II.I of the *Sixth Amended Notice, Case Management and Administrative Procedures* (ECF 3804-1), the ***Motion for Lift of Stay*** filed by Cooperativa with the Clerk of the Court using the CM/ECF system, notification of such filing was sent to all CM/ECF participants who have filed a notice of appearance and are registered in the CM/ECF system: ***Hermann Bauer, Esq.,*** Hermann.Bauer@oneillborges.com; ***Ubaldo M. Fernandez Barrera, Esq.,*** ubaldo.fernandez@oneillborges.com; counsel to The Financial Oversight & Management Board For Puerto Rico; ***Diana M. Perez, Esq,*** dperez@omm.com; ***Luis C. Marini Biaggi, Esq.,*** lmarini@mpmlawpr.com; ***Carolina Veraz-Rivero, Esq.,*** cvelaz@mpmlawpr.com; counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority; and by USPS to the U.S. Trustee.

In San Juan, P.R, this 10th day October, 2018.

/s/ Carlos A. Quilichini Paz
USDCPR 120906
Jessica M. Quilichini Ortíz
USDCPR 223803
Attorneys for Cooperativa de
Ahorro y Crédito Vegabajeña
Post Office Box 9020895
San Juan, Puerto Rico 00902-0895
Telephone:   (787) 729-1720
Facsimile:   (787) 724-6000
Email: quilichinipazc@microjuris.com