# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE:  October 10, 2018**

BK Case: 17-3283 LTS

**APPEAL FEE PAID:**　　　　YES  _X_　　NO _____

**CASE CAPTION: In re: Commonwealth of Puerto Rico**

**IN FORMA PAUPERIS:**　　　YES _____　　NO  _X_

**MOTIONS PENDING:**　　　　YES _____　　NO  _X_

**NOTICE OF APPEAL FILED BY:**  Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA)

**APPEAL FROM:**　　　　Memorandum Order entered on 9/18/2018

**SPECIAL COMMENTS:**　　Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries　　3797, 3941, 3998**　　　　　　　　　　　　　　　　　　　　I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

　　　　　　　　　　　　　　　　　　　　　　　　FRANCES RIOS DE MORAN
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　　　S/ Marian B. Ramirez-Rivera
　　　　　　　　　　　　　　　　　　　　　　　　Marian B. Ramirez-Rivera
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Acknowledgment of Receipt:
Received By:　_____
USCCA #:　　_____　　s/c:  CM/ECF Parties, Appeals Clerk