UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

           Debtors.[1]

----------------------------------------------------------x

|  |  |
|---|---|
| PROMESA | |
| Title III | |

No. 17 BK 3283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

          Debtor.

----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3284-LTS

ORDER SCHEDULING BRIEFING OF URGENT MOTION OF PUERTO RICO SALES
TAX FINANCING CORPORATION FOR ORDER (I) SETTING DEADLINE FOR FILING
OBJECTIONS TO COFINA DISCLOSURE STATEMENT AND REPLIES
THERETO AND (II) SHORTENING NOTICE PERIOD FOR DISCLOSURE STATEMENT HEARING

        The Court has received and reviewed the *Urgent Motion of Puerto Rico Sales Tax
Financing Corporation for Order (I) Setting Deadline for Filing Objections to COFINA*

---

[1]       The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:
3808); (iv) Employees Retirement System of the Government of the Commonwealth of
Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of
Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Disclosure Statement and Replies Thereto and (II) Shortening Notice Period for Disclosure Statement Hearing* (the "Motion") filed by the Financial Oversight and Management Board for Puerto Rico (the "Movant"). (Docket Entry No. 4054 in Case No. 17-3283.[2]) Opposition papers to the Motion must be filed by **October 18, 2018 at 12:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **October 18, 2018 at 4:00 p.m. (Atlantic Standard Time)**.

       SO ORDERED.

Dated: October 17, 2018

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       United States District Judge

---

[2]      The Motion was also filed at Docket Entry No. 304 in Case No. 17-3284.