UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
------------------------------------------------------------------------- x

ORDER ESTABLISHING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION
OF OFFICIAL UNSECURED CREDITORS COMMITTEE IN ITS STATUTORY CAPACITY AND
AS COMMONWEALTH AGENT TO ENFORCE STIPULATION AND ORDER APPROVING
PROCEDURE TO RESOLVE COMMONWEALTH-COFINA
DISPUTE IN TITLE III CASE OF COMMONWEALTH OF PUERTO RICO

Upon the *Urgent Motion of Commonwealth Agent Requesting Entry of Order Establishing Hearing Date and Briefing Schedule for Motion of Official Unsecured Creditors' Committee in its Statutory Capacity and as Commonwealth Agent to Enforce Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute in Title III Case of*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Commonwealth of Puerto Rico* (Docket Entry No. 4057, the "Urgent Motion");[2] and the Court having found and determined that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is granted as set forth herein.

2. The hearing on the Motion to Enforce shall be held on **November 20, 2018, at 10:30 a.m. (Atlantic Standard Time)** at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 17C or at a courtroom to be later determined.

3. The deadline to file an the Motion to Enforce shall be the earlier of (a) **November 2, 2018 by 4:00 p.m. (Atlantic Standard Time)** and (b) **three (3) business days after the Oversight Board provides to the Commonwealth Agent the New Certified Commonwealth Fiscal Plan**.

4. Objections or responses, if any, to the Motion to Enforce shall be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (Atlantic Standard Time) on November 13, 2018**.

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Urgent Motion.

5. Replies to any objection or response to the Motion to Enforce shall be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (Atlantic Standard Time) on November 16, 2018**.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Commonwealth Agent is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this Order.

9. This Order resolves Docket Entry No. 4057 in Case No. 17-3283.

SO ORDERED.

Dated: October 18, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge