UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,

                 Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

------------------------------------------------------------x

ORDER EXTENDING DEADLINES REGARDING MOTION OF COOPERATIVA DE
AHORRO Y CRÉDITO VEGABAJEÑA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

        The Court has received and reviewed the *Urgent Consented Motion for Extension of Deadlines* filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority. (Docket

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Entry No. 4058 in Case No. 17-3283.[2]) Opposition papers to the *Motion for Lift of Stay Seeking the Modification of the Automatic Stay to Enforce Liens on Employee Withholding Funds Currently Held by the Employee Retirement System of the Government of the Commonwealth of Puerto Rico* (Docket Entry No. 4011 in Case No. 17-3283) must be filed by **October 25, 2018**. Reply papers must be filed by **November 1, 2018**.

This Order resolves Docket Entry No. 4058 in Case No. 17-3283 and Docket Entry No. 334 in Case No. 17-3566.

SO ORDERED.

Dated: October 18, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] The Extension Motion was also filed at Docket Entry No. 334 in Case No. 17-3566.