UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

ORDER GRANTING URGENT MOTION OF
PUERTO RICO SALES TAX FINANCING CORPORATION
FOR ORDER (I) SETTING DEADLINE FOR FILING OBJECTIONS
TO COFINA DISCLOSURE STATEMENT AND REPLIES THERETO AND
(II) SHORTENING NOTICE PERIOD FOR DISCLOSURE STATEMENT HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Motion of Puerto Rico Sales Tax Financing Corporation for Order (I) Setting Deadline for Filing Objections to COFINA Disclosure Statement and Replies Thereto and (II) Shortening Notice Period for Disclosure Statement Hearing* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Urgent Motion is in the best interests of COFINA, its creditors, and other parties in interest, it is HEREBY ORDERED THAT:

1.      The Urgent Motion is granted as set forth herein.

2.      The deadline to file objections to the adequacy of the COFINA Disclosure Statement and the relief requested in the Disclosure Statement Motion is **November 13, 2018 at 12:00 p.m. AST**.

3.      The deadline to file replies or responses to any objection to the COFINA Disclosure Statement or the relief requested in the Disclosure Statement Motion is **November 16, 2018 at 5:00 p.m. AST**.

4.      The Debtor will cause the Disclosure Statement Hearing Notice to be filed on the dockets maintained in the Commonwealth's and COFINA's Title III cases and mailed no later than October 19, 2018, which shall be deemed proper, adequate, and sufficient notice thereof and of all proceedings in connection therewith, to: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for COFINA's bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA or its property; (d) the statutory committees appointed in any of the Title III cases; (e) the Office of the

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

United States Attorney for the District of Puerto Rico; (f) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority; (g) the Puerto Rico Department of Justice; (h) the United States Securities and Exchange Commission; (i) all parties who have filed a proof of claim against COFINA; (j) all counterparties to COFINA's executory contracts and unexpired leases, as determined from a review of COFINA's books and records; (k) all parties who have requested notice pursuant to Bankruptcy Rule 2002; and (l) the Internal Revenue Service.

5.      The Court retains exclusive jurisdiction with respect to all mattes arising from or related to the implementation, interpretation, and enforcement of this Order.

6.      This Order resolves Docket Entry No. 4054 in Case No. 17-3283 and Docket Entry No. 304 in Case No. 17-3284.

         SO ORDERED.

Dated: October 18, 2018

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge