IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtor.[1] | |

---

## SITPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel pursuant to Local Civil Rule 1.4, that Curt C. Mechling and Sherry J. Millman of Stroock & Stroock & Lavan LLP shall be substituted in the place of and in the stead of Sharon Levine and Dipesh Patel of Saul Ewing Arnstein & Lehr LLP, as counsel of record for American Federation of State, County and Municipal Employees in the above-captioned action. Substitution of counsel will not delay the case, nor will it cause prejudice to the debtor or other plaintiffs or defendants.

Therefore, pursuant to Local Civil Rule 1.4, American Federation of State, County and Municipal Employees seek an order for substitution of counsel.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the addresses set forth below:

Curtis C. Mechling
cmechling@stroock.com
Sherry J. Millman
smillman@stroock.com
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Phone: 212-806-5400

| OUTGOING COUNSEL | INCOMING COUNSEL |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **STROOCK & STROOCK & LAVAN LLP** |
| By: */s/ Dipesh Patel* | By: */s/Curtis C. Mechling* |
| Sharon L. Levine *(pro hac vice)* | Curtis C. Mechling *(pro hac vice)* |
| Dipesh Patel *(pro hac vice)* | Sherry Millman *(pro hac vice)* |
| 1037 Raymond Blvd. | 180 Maiden Lane |
| Suite 1520 | New York, New York 10038-4982 |
| Newark, NJ 07102 | (212) 806-5400 (Telephone) |
| (973) 286-6718 (Telephone) | |
| (973) 286-6818 (Facsimile) | |
| sharon.levine@saul.com; | |
| dipesh.patel@saul.com | |

**SO ORDERED:**

_____
Hon. Laura Taylor Swain
United States District Judge