# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority, *et al.*<br><br>               Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780(LTS) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2018 a copy of the following motions was sent via email to each of the parties listed in Exhibit A attached hereto and via First Class U.S. Mail to each of the parties listed in Exhibit B attached hereto.

**Document served in case 17-4780:**

DKT. 991    OBJECTION OF U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE, TO PAN AMERICAN GRAIN CO., INC.'S MOTION FOR RELIEF FROM STAY TO EXECUTE SET-OFF

DKT. 992    DECLARATION OF JOHN T. DUFFEY IN SUPPORT OF OBJECTION OF U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE, TO PAN AMERICAN GRAIN CO., INC.'S MOTION FOR RELIEF FROM STAY TO EXECUTE SET-OFF

**Document served in case 17-3283**

DKT. 4053    OBJECTION OF U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE, TO PAN AMERICAN GRAIN CO., INC.'S MOTION FOR RELIEF FROM STAY TO EXECUTE SET-OFF

DKT 4055    DECLARATION OF JOHN T. DUFFEY IN SUPPORT OF OBJECTION OF U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE, TO PAN AMERICAN GRAIN CO., INC.'S MOTION FOR RELIEF FROM STAY TO EXECUTE SET-OFF

Respectfully Submitted,

This 19th day of October, 2018 in San Juan, Puerto Rico.

**RIVERA, TULLA AND FERRER, LLC**

*/s/ Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com

Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN
ITS CAPACITY AS TRUSTEE**