**EXHIBIT A**

| Attorney | Law Firm | Party | Email |
|---|---|---|---|
| HON. LAURA TAYLOR SWAIN | | | swaindprcorresp@nysd.uscourts.gov |
| GERARDO J. PORTELA FRANCO AND MOHAMMAD YASSIN | | AAFAF FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |
| John J. Raspisardi<br>Suzzanne Uhland<br>Peter Friedman<br>NANCY MITCHELL,<br>Maria J. DiConza | O'Melveny & Myers LLP | Counsel for AAFAF | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>mitchelln@omm.com<br>mdiconza@omm.com |
| Martin J. Bienenstock<br>Paul V. Possinger<br>Maja Zerjal | PROSKAUER ROSE LLP | Counsel for the OVERSIGHT BOARD | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>mzarjal@proskauer.com |
| HERMANN D. BAUER, ESQ | O'NEILL & BORGES LLC | Counsel for THE OVERSIGHT BOARD | HERMAN.BAUER@ONEILLBORGES.COM |
| Luc A. Despins,<br>James R. Bliss<br>James B. Worthington<br>G. Alexander Bongartz | PAUL HASTINGS LLP | Counsel for the Creditors Committee | lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>alexbongartz@paulhastings.com |
| Juan J. Casillas Ayala<br>Diana M Batlle-Barasorda<br>Alberto J. E. Añeses Negron<br>Erica C. Montull-Novoa | Casillas, Santiago & Torres LLC | Counsel for the Creditors Committee | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com |
| Robert Gordon<br>Richard Levin<br>Catherine Steege | Jenner & Block LLp | Counsel for Retiree Committee | rgordon@jenner.com<br>rlevin@jenner.com<br>csteege@jenner.com |
| A.J. Bennazar-Zequeira | Bennazar, Garcia & Milian CSP | Counsel for Retiree Committee | ajb@bennazar.org |