# EXHIBIT B

OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 21
EDIFICIO OCHOA, 500 TANCA STREET
SUITE 301
SAN JUAN, PUERTO RICO 00901-1922


US ATTORNEY FOR THE DISTRICT OF PUERTO RICO
ATTN: ROSA E. RODRIGUEZ-VELEZ, U.S. ATTORNEY
TORRE CHARDÓN, SUITE 1201
350 CARLOS CHARDÓN STREET
SAN JUAN PR 00918


SHINDLER ANDERSON & GOPLERUD, P.C.
ATTN: J. BARTON GOPLERUD & ANDREW HOWIE
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES IA 50265-5749


PUERTO RICO ELECTRIC POWER AUTHORITY
ATTENTION: OFFICE OF THE GENERAL COUNSEL
P.O. BOX 364267
SAN JUAN PR 00936-4267

APRUM
APARTADO POSTAL 2227
MAYAGUEZ PR 00681