**Hearing Date:** November 7, 2018 at 9:30 a.m. (Atlantic Standard Time)
**Objection Deadline**: October 27, 2018 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
                                                                        :
In re:                                                                  :
                                                                        :
THE FINANCIAL OVERSIGHT AND                                             : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                       : Title III
                                                                        :
    as representative of                             : Case No. 17-BK-3283 (LTS)
                                                                        :
                                                                        : **Re: ECF Nos. 3914, 3916,**
                                                                        : **3966, 4038, 4071**
THE COMMONWEALTH OF PUERTO RICO *et al.,*                               :
                                                                        : (Jointly Administered)
                                                                        :
    Debtors.[1]                                     :
------------------------------------------------------------------------ X

## NOTICE OF HEARING ON AMPR AND AMPR-LS REPLY TO OBJECTION OF THE COMMONWEALTH TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY AMPR AND AMPR-LS

**PLEASE TAKE NOTICE** that a hearing on the Motion for Relief from Automatic Stay (the "Motion") filed on September 10, 2018, by Asociación de Maestros de Puerto Rico ("AMPR"), and its Union, Asociación de Maestros de Puerto Rico-Local Sindical ("AMPR-LS"), both of which are affiliates of the American Federation of Teachers, AFL-CIO ("AFT"), for themselves and in representation of four hundred and twelve (412) of their members, will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, as part of the Omnibus Hearing currently scheduled to occur on **November 7, 2018 at 9:30 a.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses, objections, replies or sur-relies ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Puerto Rico, and the *Order Further Amending Case Management Procedures* (Case No. 17-03283-LTS; ECF No. 3804) (the "Case Management Order"); shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Civil Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CDROM, in text-searchable portable document format (PDF), to the extent applicable; and shall be served on counsel for (i) Asociación de Maestros de Puerto Rico and its Union, Asociación de Maestros de Puerto Rico-Local Sindical, 1801 McLeary Ave. Suite 303, San Juan Puerto Rico 00911 (Attn: José Luis Barrios-Ramos); (ii) Department of Justice of the Commonwealth, P.O.Box 9020192, San Juan, Puerto Rico 00902-0192 (Attn: Wanda Vázquez Burgos Garced & Wandymar Burgos Vargars & Claudia Juan García); (iii) Counsel for the Oversight Board, O'Neill & Borges, 250 Muñoz Rivera Ave. Suite 800, San Juan, Puerto Rico 00918-1813 (Attn: Herman Bauer & Ubaldo Fernández Barrera); (iv) Counsel for AAFAF, O'Melveny & Myers LLP, 7 Times Square, N.Y., N.Y. 10036 (Attn: Diana M. Pérez & Suzzanne Uhland); Marini Pietrantoni Muñiz, MCS Plaza, Suite 500, 255 Ave. Ponce de León Ave. San Juan, P.R. 00917.

**Hearing Date:** November 7, 2018 at 9:30 a.m. (Atlantic Standard Time)
**Objection Deadline**: October 27, 2018 at 4:00 p.m. (Atlantic Standard Time)

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Case Management Order.

Dated: October 19, 2018
San Juan, Puerto Rico

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 19th of October, 2018.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Jose Luis Barrios-Ramos*
Jose Luis Barrios-Ramos
USDC 223611
1801 McLeary Ave. Suite 303
San Juan, P.R. 00911
Telephone: (787) 593-6641
Facsimile: (787)764-4430
Email: barrios.jl@outlook.com

3