UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

<u>ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES</u>

Upon the *Notice of Presentment of Proposed Order Further Amending Case Management Procedures*, dated October 12, 2018 (Docket Entry No. 4045, the "Notice");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to Section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to Section 307 of PROMESA; and the Court having found that the relief requested in the Notice is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice under the circumstances and that no

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Notice.

other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The *Seventh Amended Notice, Case Management and Administrative Procedures* attached hereto as <u>Exhibit 1</u> is approved.

2. Paragraph III.Q is updated to incorporate corresponding changes to the parties receiving Lift Stay Notices related to PREPA, as reflected in the redline attached as <u>Exhibit C</u> to the Notice.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

4. This Order resolves Docket Entry No. 4045.

SO ORDERED.

Dated: October 22, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge