UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING SECOND URGENT MOTION
FOR EXTENSION OF DEADLINES (DOCKET ENTRY NO. 4081)

      The Court has received and reviewed the *Second Urgent Motion for Extension of Deadlines* (Docket Entry No. 4081 in Case No. 17-3283, the "Motion"). The Motion is granted to the extent provided herein. Opposition papers to the *Motion for Application Requesting Administrative Rent Payment* (Docket Entry No. 3958 in Case No. 17-3283) filed by Ponce Real Estate Corporation (the "Movant") must be filed by **October 29, 2018**. Movant's reply papers must be filed by **November 5, 2018**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 4081 in Case No. 17-3283.

SO ORDERED.

Dated: October 22, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge