# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>    Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTINA WHYTE,<br><br>    as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Defendant. | Adv. Proc. No. 17-00257 |

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

### URGENT MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO FOR EXPEDITED CONSIDERATION OF THE SETTLEMENT DEADLINE MOTION

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") respectfully files this urgent motion (the "**Urgent Motion**") to expedite consideration of the Retiree Committee's motion ("**Settlement Objection Deadline Motion**"), filed contemporaneously herewith, for entry of an order changing the deadline to file objections to the *Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation* (the "**Settlement Motion**") [Dkt No. 4067]:

#### BACKGROUND

1. As set forth in the Settlement Objection Deadline Motion, the Settlement Objection Deadline of November 16, 2018 at 4:00 p.m. (Atlantic Standard Time) does not provide parties in interest a sufficient and appropriate opportunity to respond to the Settlement Motion and does not comply with the Seventh Amended Case Management Procedures [Dkt. No. 4086].

2. The Retiree Committee files this Urgent Motion so that the Settlement Objection Deadline Motion may be considered in advance of the current Settlement Objection Deadline of November 16, 2018, and if the Court determines a hearing is required, at the November 7, 2018 omnibus hearing.

#### RELIEF REQUESTED

3. By this Urgent Motion, the Retiree Committee respectfully requests the Court expedite consideration of the Settlement Deadline Motion.

2

### CERTIFICATION PURSUANT TO LOCAL RULE 9013-1 AND SECTION I.H OF THE SEVENTH AMENDED CASE MANAGEMENT PROCEDURES

4. Pursuant to Local Rule 9013-1(a), the Retiree Committee certifies that it has carefully examined the matter and concluded that there is a true need for the Court to expedite consideration of the Settlement Objection Deadline Motion to provide a sufficient and appropriate opportunity for parties in interest to respond to the Settlement Motion.

5. The Retiree Committee further certifies that it has not created the urgency through lack of due diligence. The Settlement Motion and Settlement Notice were filed on October 19, 2018, and the Retiree Committee has worked in earnest with the Oversight Board to resolve this issue without motion practice or a hearing. The Retiree Committee consents to the Court's entry of an order granting the relief requested in the Settlement Objection Deadline Motion without the need for hearing, but if the Court determines a hearing is required to determine the Settlement Deadline Motion, the Retiree Committee requests to be heard at the November 7, 2018 omnibus hearing.

6. Pursuant to Section I.H. of the Seventh Amended Case Management Procedures, the Retiree Committee certifies that it has engaged in reasonable, good-faith communications with interested parties.

WHEREFORE, the Retiree Committee respectfully requests the Court expedite consideration of the Settlement Objection Deadline Motion.

| | |
|---|---|
| October 26, 2018 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: /s/ Robert Gordon | By: /s/ A.J. Bennazar-Zequeira |

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Edificio Union Plaza
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*