# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    as agent of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>        v.<br><br>BETTINA WHYTE,<br><br>    as agent of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Defendant. | Adversary Proceeding<br>Case No. 17-00257(LTS) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER

This matter is before the Court on the *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to Change the Objection deadline for COFINA Settlement Motion* (Dkt. No. 4100 in 17-BK-3283 and Dkt. No. 556 in 17-AP-257) (the "Motion"). This Court has also received the *Urgent Motion of the Official Committee of the Retired Employees of the Commonwealth of Puerto Rico for Expedited Consideration of the Settlement Deadline Motion* (Dkt. No. 4101 in 17-BK-3283 and Dkt. No. 557 in 17-AP-257) (the "Motion to Expedite"). Finding good cause, the court hereby ALLOWS the Motion to Expedite. The Court hereby sets the following briefing schedule on the Motion.

    1. Any opposition shall be filed by **4 p.m. (AST) on October 30, 2018**.

    2. Any reply shall be filed by **4 p.m. (AST) on October 31, 2018**.

    3. The Court will thereafter take the Motion under submission.

This resolves Dkt. No. 4101 in 17-BK-3283 and Dkt. No. 557 in 17-AP-257.

    SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: October 26, 2018