UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

**APPLICATION AND ORDER
FOR ADMISSION *PRO HAC VICE***

**TO THE HONORABLE COURT:**

COMES NOW, Michael L. Artz, applicant herein, and pursuant to L. Civ. R. 83A (f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at the American Federation of State, County & Municipal Employees, AFL-CIO (AFSCME), 1101 17th Street, NW Suite 900, Washington, DC 20036; telephone number (202) 775-5900.

2. Applicant will sign all pleadings with the name "Michael L. Artz".

3. Applicant will act as authorized agent for AFSCME to provide legal representation in connection with the above-styled matters pending before the United States District Court for the District of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

4. Since 2002, applicant has been and presently is a member in good standing of the bar of the Commonwealth of Virginia. Applicant's bar license number is 48054. Since 2007, applicant has been and presently is a member in good standing of the Bar of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is 468025

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| Virginia State Courts | October 28, 2002 |
| District of Columbia, non-federal courts | February 9, 2007 |
| United States District Court, for District of Maryland | October 1, 2007 |
| United States District Court, for the District of Columbia | July 2, 2007 |
| United States Bankruptcy Court, District of Columbia | July 2, 2007 |
| United States Court of Appeals, for the Sixth Circuit | December 5, 2013 |
| United States District Court, for the Eastern District of Michigan | November 18, 2013 |

6. Applicant is an active member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. As far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> Manuel A. Rodriguez-Banchs
> Rodriguez Banchs CSP
> PO Box 368006
> San Juan, PR 00936-8006
> Direct: 787-764-8896

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 30 , 2018

By: */s/ Michael L. Artz*
Michael L. Artz
**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES**
1101 17th Street NW, Suite 900
Washington, DC 20036
(202) 775-5900 (Telephone)

I hereby certify, pursuant to USDC Local Rule 83A(f), that I consent to the designation of local counsel for all purposes.

**IT IS HEREBY CERTIFIED** that a true copy of this document has been filed with the Clerk of the Court electronically using the CM/ECF system, which automatically serves notification of the filing to parties in interest.

Date: October 30, 2018

By: */s/ Manuel A. Rodriguez Banchs*
Manuel A. Rodriguez-Banchs
Rodriguez Banchs CSP
PO Box 368006
San Juan, PR 00936-8006
Direct: 787-764-8896

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this ____ day of _____, 2018.

_____
U.S. District Judge