**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------x
In re: :
:
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, : PROMESA
: Title III
as representative of :
: Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*, :
: (Jointly Administered)
Debtors.[1] :
---------------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF UNSECURED :
CREDITORS OF THE COMMONWEALTH OF :
PUERTO RICO, :
:
:
as agent of :
:
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO :
:
as representative of : Adv. Proc. No. 17-00257-LTS
:
THE COMMONWEALTH OF PUERTO RICO, :
:
Plaintiff, :
:
v. :
:
BETTINA WHYTE, :
:
as agent of :
:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING<br>CORPORATION,<br><br>Defendant.<br>------------------------------------------------------------------------x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINDER OF COFINA AGENT TO RESPONSE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
(THE "<u>OVERSIGHT BOARD</u>") TO MOTION OF OFFICIAL COMMITTEE OF
RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO TO
<u>CHANGE OBJECTION DEADLINE FOR COFINA SETTLEMENT MOTION</u>**

To The Honorable United States Magistrate Judge Judith Gail Dein:

The COFINA Agent hereby submits this joinder to the *Response of the Financial Oversight and Management Board to Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico to Change Objection Deadline for COFINA Settlement Motion* [Adv. Proc. No. 17-00257, Dkt. No. 561] (the "<u>Oversight Board's Response</u>").[2] On October 19, 2018, the Oversight Board filed the *Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation* [Adv. Proc. No. 17-00257, Dkt. No. 546] (the "<u>Settlement Motion</u>"). The Settlement Motion's current objection deadline both comports with the applicable Bankruptcy Rules and provides parties in interest with ample time to raise objections to the Settlement Motion. Accordingly, the COFINA Agent joins the Oversight Board in respectfully requesting that the *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to Change the Objection Deadline for COFINA Settlement Motion* [Adv. Proc.

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Stipulation and Order Approving Procedures to Resolve Commonwealth-COFINA Dispute* [Dkt. No. 996] (the "<u>Stipulation</u>"), or the Oversight Board's Response, as applicable.

No. 17-00257, Dkt No. 556] be denied, and, if additional time is warranted, the objection deadline be extended to no later than December 7, 2018 at 5:00 p.m. (AST).

[*Remainder of page intentionally left blank.*]

Dated: October 30, 2018
      New York, New York

Respectfully submitted,

By: /s/ Joseph G. Minias
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Antonio Yanez, Jr. (*pro hac vice*)
Paul V. Shalhoub (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Email:  mfeldman@willkie.com
        jminias@willkie.com
        ayanez@willkie.com
        pshalhoub@willkie.com

*Counsel to the COFINA Agent*

Kenneth N. Klee (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
Email:  kklee@ktbslaw.com
       dbussel@ktbslaw.com
       jweiss@ktbslaw.com

*Special Municipal Bankruptcy Counsel to the COFINA Agent*

/s/ Nilda M. Navarro-Cabrer
Nilda M. Navarro-Cabrer
(USDC – PR No. 201212)
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone:  (787) 764-9595
Facsimile:  (787) 765-7575
Email:  navarro@navarrolawpr.com

*Local Counsel to the COFINA Agent*

- 4 -