UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as agent of | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Plaintiff, | |
| -v- | Adv. Proc. No. 17-0257-LTS in 17 BK 3283-LTS. |
| BETTINA WHYTE | |
| as agent of | |
| THE PUERTO RICO SALES TAX FINANCING CORPORATION, | |
| Defendant. | |

---------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER DENYING MOTION OF THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO
TO CHANGE THE OBJECTION DEADLINE FOR COFINA SETTLEMENT MOTION

The Court has received and reviewed the *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to Change the Objection Deadline for COFINA Settlement Motion* (Docket Entry No. 4100 in Case No. 17-3283 and Docket Entry No. 556 in Case No. 17-0257, the "Motion"), filed by the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee"), the *Response of the Financial Oversight and Management Board to Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico to Change Objection Deadline for COFINA Settlement Motion* (Docket Entry No. 4116 in Case No. 17-3283 and Docket Entry No. 561 in Case No. 17-0257, the "Objection"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), and the *Amended Reply of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico in Support of Motion to Change the Objection Deadline for COFINA Settlement Motion* (Docket Entry No. 4125 in Case No. 17-3283).[2]

Because the Retiree Committee has not provided adequate justification for its requested extension of the deadline to object to the Settlement Motion by an additional fifty-seven days, and in order to ensure sufficient time for the Court to consider the Settlement Motion in advance of the submissions concerning the proposed COFINA plan of adjustment, the Motion is denied. The deadline to file objections to the Settlement Motion is **November 16, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Any reply submission must be filed by **December 7, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 4100 in Case No. 17-3283 and Docket Entry No. 556 in Case No. 17-0257.

SO ORDERED.

Dated: October 31, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] The Court has also received and reviewed the COFINA Agent's joinder to the Oversight Board's Objection (see Docket Entry No. 4117 in Case No. 17-3283 and Docket Entry No. 562 in Case No. 17-0257), and the Official Unsecured Creditors Committee's statement in support of the Retiree Committee's Motion (see Docket Entry No. 4118 in Case No. 17-3283 and Docket Entry No. 563 in Case No. 17-0257).