IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | PROMESA |
|    as representative of | ) | Title III |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO | ) | |
|  *et al.*, | ) | Case No. 3:17-03283 |
|     Debtors[1] | ) | (LTS) |
| ------------------------------------------------------ | ) | |
| In re: | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | Title III |
|    as representative of | ) | |
| | ) | Case No. 3:17-03566 |
| THE EMPLOYEES RETIREMENT SYSTEM OF | ) | (LTS) |
| THE GOVERNMENT OF THE | ) | |
| COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
|     Debtor | ) | |
| ------------------------------------------------------ | ) | |

**COOPERATIVA DE AHORRO Y CRÉDITO VEGABAJEÑA'S INFORMATIVE MOTION IN COMPLIANCE WITH THE ORDER REGARDING PROCEDURES FOR ATTENDANCE – NOVEMBER 7-8, 2018, OMNIBUS HEARING**

**TO THE HONORABLE COURT:**

---

[1] The Debtors in this Title III case are: (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283-LTS); (ii) The Employees Retirement System of the Govt. of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566-LTS); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284-LTS); (iv) Puerto Rico Highways and Transportation Authority (Bankr.Case No. 17-bk-3567-LTS); and (v) Puerto Rico Electric Power Authority (Bankr. Case No. 17-bk-4780-LTS).

*Cooperativa A/C Vegabajeña's Informative Motion, etc.* 2

Comes Now, secured creditor ***Cooperativa de Ahorro y Crédito Vegabajeña, ("Cooperativa"),*** represented by its undersigned attorneys and respectfully states, alleges and prays:

As commanded by the Court's Order (ECF-4103), it is hereby informed that undersigned counsel, Carlos A. Quilichini Paz, will appear at the Omnibus Hearing, in San Juan, P.R., to speak and be heard on behalf of *Cooperativa* regarding its Motion to Lift Stay (Case No. 17 BK 3283, ECF-4011) – (Case No. 17 BK 3566 – ECF–329).

## NOTICE OF SERVICE

I certify that on this date I filed a true and correct copy of the foregoing ***Cooperativa de Ahorro y Crédito Vegabajeña's Informative Motion, etc.,*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and by USPS to the U.S. Trustee.

In San Juan, P.R, this 31st day of October 2018.

/s/ Carlos A. Quilichini Paz
USDCPR 120906
Jessica M. Quilichini Ortíz
USDCPR 223803
Attorneys for Cooperativa de
Ahorro y Crédito Vegabajeña
Post Office Box 9020895
San Juan, Puerto Rico 00902-0895
Telephone:   (787) 729-1720
Facsimile:    (787) 724-6000
Email: quilichinipazc@microjuris.com