**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>**RE: ECF No. 744**<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS<br><br>**This motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and Case No. 17 BK 4780-LTS.** |

**INFORMATIVE MOTION REGARDING AMENDMENT TO NOTICE PARTIES OF SUPERPRIORITY POST-PETITION REVOLVING CREDIT LOAN AGREEMENT**

The Puerto Rico Fiscal Agency and Financial Authority ("AAFAF"), as the entity authorized to act on behalf of the Puerto Rico Electric Power Authority ("PREPA") under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, respectfully

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

submits this informative motion regarding an update to the notice parties detailed in the Superpriority Post-Petition Revolving Credit Loan Agreement (the "Credit Agreement") between the Commonwealth of Puerto Rico and PREPA.

1. On February 19, 2018, the Court entered the *Order (A) Authorizing Debtor Puerto Rico Electric Power Authority to Obtain Postpetition Financing, (B) Providing Superpriority Administrative Expense Claims, and (C) Granting Related Relief* [ECF No. 744] (the "Order"), authorizing PREPA to execute, perform, and incur the obligations arising under a loan facility in the amount of $300 million subject to terms of the Order and the Credit Agreement.

2. Under the Order, "[a]ny written amendment, consent, waiver, or modification to the Credit Agreement shall be publicly filed with the Court through an informative motion." Order at ¶ 15.

3. The "Notice Addresses" detailed in Article 10 of the Credit Agreement are hereby updated to (i) remove Raul Maldonado Gautier as the notice party for the Puerto Rico Department of the Treasury and substitute Teresita Fuentes, and (ii) remove Nancy A. Mitchell and Maria J. DiConza as the notice parties for Greenberg Traurig LLP and substitute David D. Cleary.

4. The Notice Addresses are now as follows:

If to the Lender:  
    Puerto Rico Department of the Treasury  
    P.O. Box 9024140  
    San Juan, PR 00902-4140  
    Attn: Teresita Fuentes, CPA,  
    Secretary of the Treasury  
    Email: Teresita.Fuentes@hacienda.pr.gov  
          Rodriguez.Omar@hacienda.pr.gov  
          Francisco.Pena@hacienda.pr.gov  
          Claudia.Perez@hacienda.pr.gov

With a copy to (which copy shall not constitute notice):

    O'Melveny & Myers LLP  
    Times Square Tower  
    7 Times Square  
    New York, NY 10036

              Attn: Suzzanne Uhland
              Email: suhland@omm.com

If to the Borrower:       Puerto Rico Electric Power Authority
              1110 Ponce de Leon Avenue
              San Juan, PR 00907
              Attn: Nelson Morales Rivera and Astrid I.
              Rodríguez Cruz
              Email: nelson.morales@prepa.com and
                astrid.rodriguez@prepa.com

With copies to (which copies shall not constitute notice):

              Greenberg Traurig LLP
              77 West Wacker Dr., Suite 3100
              Chicago, IL 60601
              Attn: David D. Cleary
              Email: clearyd@gtlaw.com

              Filsinger Energy Partners, Inc.
              290 Fillmore Street, Ste. 4
              Denver, CO 80206
              Attn: Todd W. Filsinger and Gary Gemeroth
              Email: todd@filsingerenergy.com and
                garyg@filsingerenergy.com

If to the Oversight Board:     The Financial Oversight and Management Board
              for Puerto Rico
              c/o Proskauer Rose LLP
              11 Times Square
              New York, NY 10036-8299
              Attn: Paul V. Possinger, Ehud Barak & Aaron
              Bielenberg
              Fax: (312) 962-3551; (212) 996-2900
              Email: ppossinger@proskauer.com;
              ebarak@proskauer.com;
              aaron_bielenberg@mckinsey.com

With copies to (which copies shall not constitute notice):

              Proskauer Rose LLP
              11 Times Square
              New York, NY 10036-8299
              Attn: Paul V. Possinger, Ehud Barak & Aaron
              Bielenberg
              Fax: (312) 962-3551; (212) 996-2900
              Email: ppossinger@proskauer.com;
                ebarak@proskauer.com;
                aaron_bielenberg@mckinsey.com

Dated: October 31, 2018
      San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Suzzanne Uhland* | */s/ Carolina Velaz-Rivero* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Daniel L. Cantor | Carolina Velaz-Rivero |
| Peter Friedman | USDC No. 300913 |
| (Admitted *Pro Hac Vice*) | **MARINI PIETRANTONI MUÑIZ LLC** |
| **O'MELVENY & MYERS LLP** | MCS Plaza, Suite 500 |
| 7 Times Square | 255 Ponce de León Ave. |
| New York, NY 10036 | San Juan, Puerto Rico 00917 |
| Tel: (212) 326-2000 | Tel: (787) 705-2171 |
| Fax: (212) 326-2061 | Fax: (787) 936-7494 |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |