# EXHIBIT A

## Additional Interested Parties as of September 20, 2018

**Litigation Parties**
Aponte-Dalmau, Javier
Bianchi-Angleró, Carlos A.
Cruz-Burgos, Ramón L
Cruz-Molina, Marcos
Delgado-Altieri, Carlos
Díaz-Collazo, José A.
García-Figueroa, Pedro J.
González-Damudt, Ángel
González-Otero, Jorge L.
Hernández-Montañez, Rafael
Hernández-Torres, Ramón A.
López-De Ararrás, Brenda
López-León, Rossana
Maldonado, Carmen
Márquez-Rodríguez, Jesús
Matos-García, Ángel
Méndez-Silva, Lydia
M.L. & R.E. Law Firm
Natal-Albelo, Manuel
Nazario-Fuentes, Julia M.
Negrón-Irizarry, Isidro
Ortiz-Lugo, Luis R.
Padilla, Jorge L.
Pereira-Castillo, Miguel A.
Popular Democratic Party House of Representatives Delegation
Ramírez-Kurtz, Roberto
Riveraruiz-De-Porras, Roberto
Rodríguez Rosa, Jesús M.
ROLSG LLC
Santa-Rodríguez, Jusús
Santiago, Oscar
Santiago-Rivera, José A.
Tirado-Rivera, Cirilo
Torres-Cruz, Luis Raúl
Torres-Torres, Sergio
Varela-Fernández, José
Vega-Ramos, Luis R.
Vélez-Vélez, Heriberto

**Parties Filing Lift Stay Motions**
Abreu, Ana Rivas
Alicea, Felícita Martínez
Alomar, Mayra Mercado
Benejam-Otero, Evangelina
Bonefont, Marta Rosado
Burgos, Naira D. Ríos
Burgos, Roxannie Casillas
Caballero, Miguel Aguayo
Cabán, Celines Maldonado
Cabán, Wandaly Irizarry
Carrión, Felix Flores
Casiano, Vanessa Torres
Charón, Mario Alejandro
Cortes-Rosado, Moisés
Cotto, Joel Vega
De Jesús, José García
Del Río, Agustín Rodríguez
Dimario, Dino
Echavarria, Janet Rivera
Febus, Raúl Rodríguez
Figueroa, Carlos Feliciano
Figueroa-Torres, José G.
Frau, Estate of Yesmin Galib
Fuentes, Carmen Ortiz
Fuentes-Benejam, Gabriel
Fuentes-Benejam, Jorge L.
Fuentes-Benejam, José Ricardo
Galib, Lucas
Galib, Maria Cristina Valdivieso
Galib, Maria Teresa
Galib, Yesmin Marie Valdivieso
García, Jeanette Vega
García-Cabeza, María
Generas, Natividad Vargas
Ginés, Yudelka
Gómez, Sandra L. Carmona
González, Karoline Maldonado
González, Linda González
González, Nilsa Aquino
González-Joy, Manuel
Gotay, María Del C. Bonano
Hernández-Rodríguez, Gabriel
Iglesias-Sepúlveda, Roger
Lebrón-De Jesús, Julio, and their minor special needs' son, ELG

2

López, Hilda Avila
López,Yoely Acevedo
Lorenzo, Vanessa Feliciano
Maisonet, Marisol Ocasio
Maldonado-Velez, Roberto
Marrero, Cynthia Bojito
Martami, Inc.
Martínez, Nathanael Arroyo
Martínez, Rolando E. Cruz
Matos, Edgardo Jusino
Meléndez, Michael
Méndez, Mayrelis Cerezo
Molina, Carlos Gonzalez
Molina, Daisy Maralet
Molinari, Grisselle Pereira
Monzón, Nieves
Morán-Loubriel, Ana
Morán-Loubriel, Rafael
Morán-Loubriel, Ramón
Moyet, Sylvia Serrano
Mudafort, Astir B. Rivera
Muñiz, Zaida Padilla
Navedo, Amnerie Santiago
Oliveras, Wilkins Rodríguez
Ortiz, Hiram Del Valle
Ortiz, Rosa Soto
Padilla, Milton M. Rodríguez
Padilla, Miriam Rivera
Pagán, Marisel Santos
Pagán-Ramírez, Orlando
Perdomo, Soribel Pérez
Pérez, Ann Soto
Perez, Luis A. Rivera
Pérez, Marangeli Cruz
Plaza Las Americas, Inc.
Ponce, Juana Maldonado
Ramos, Aileen Rodríguez
Ramos-García, Wilfredo
Redondo-Santana, Ángel
Reyes, Bárbara Alicea
Reyes, José Aponte
Reyes, Saharis Muñiz
Rivera, Ingrid Ortiz
Rivera, Luciano Caceres
Rivera, Myrta Aguirre
Rivera, Ramón Torres

Rodríguez, Fransico Rosario
Rodríguez, Idalys Concepción
Rodríguez, Jun Martínez
Rodríguez, Maria De Los A
Rodríguez, María Hernández and her minor son, A.L.H.
Rodríguez, Saraí González
Rodríguez, Yamiris Figueroa
Romero, Carmen Rivera
Ruíz, Jennifer Negrón
Ruiz, María Menay
Saldaña, Angel López
Salgado, Jarinette Morales
Santos, Denise González
Sastre-Fernández, Pablo
Sepúlveda, Jesus Rodríguez
Serrano, Gladys Pérez
Soler, Ismael L. Purcell
Steele, Cheryl
Stuart-Villanueva, Elizabeth
Torres, Evelyn Soto
Torres-De La Torre, Karen
Torruella, Lucas Perez Valdivieso
Valentín, Rosa V. Soto
Vargas, Joel González
Vázquez, Celimar Ramos
Vázquez, Gabriel Fuentes
Velázquez, Liznel Velázquez
Vélez, Alicia Soto
Vélez, Aracelis Castro
Velez, Idsa Figueroa
Vélez, Isda Figueroa
Vélez, Victoria Pérez

**Parties Filing Notice of Appearance**
Bank of America Merrill Lynch
Davidson Kempner Distressed Opportunities Fund LP
Davidson Kempner Distressed Opportunities International Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.
Davidson Kempner Partners
GMO Credit Opportunities Fund, L.P.
GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc
GMO Implementation Fund, a series of GMO Trust
Kobre & Kim, LLP
M.H. Davidson & Co.
Mangiaracina, Stephen T.

VR Global Partners, L.P.

**Professionals**
CST Law
Greenberg Traurig, LLP
Marini Pietrantoni Muiz LLC
Munger, Tolles & Olson LLP
Rothschild Inc.

**Other**
Abbott, Luis
Civil Rights Commission of Puerto Rico