**EXHIBIT B**

**Additional Interested Parties or Their Affiliates Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[6]**

| Additional Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Munger, Tolles & Olson LLP | Professionals | Current client. |
| Rothschild Inc. | Professionals | Current client.  Entities related to parent are also current clients. |
| Angelo, Gordon & Co., L.P.[7] | Parties Filing Notice of Appearance | Current client.  Related entities are also current clients. |
| Bank of America Merrill Lynch | Parties Filing Notice of Appearance | Current client.  Parent and related entities are also current clients. |
| Kobre & Kim, LLP | Parties Filing Notice of Appearance | Not a client.  Related entity is a former client. |

---

[6] In the Third Supplemental Declaration, Paul Hastings disclosed that certain individuals—Paul Konsig, Manley, Arthur Samodovitz, and Robert Stern—have each submitted correspondence to the Court in connection with their holdings of COFINA Bonds, and that while Paul Hastings does not believe it has any connections to these individuals, the email correspondence does not provide sufficient identifying information to allow Paul Hastings to definitively determine whether it has any connections to these individuals.  Since submitting the Third Supplemental Declaration, Paul Hastings has determined that an individual named Paul Konsig is the President and CEO of a current client, and that an individual named Robert Stern is the general counsel at a current client.  However, Paul Hastings has no basis to believe that these are the same individuals that submitted email correspondence to the Court.

[7] We have updated the description of Paul Hastings' connections with Angelo, Gordon & Co., L.P., which were previously disclosed on the First Supplemental Declaration, in light of new engagements since the filing of the Third Supplemental Declaration.