# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br>No. 17 BK 4780-LTS<br>**Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF U.S. BANK NATIONAL
ASSOCIATION AS PREPA BOND TRUSTEE REGARDING
APPEARANCE AT NOVEMBER 7-8 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this informative motion in response to the Court's Order entered on October 26, 2018 [Case No. 17-BK-4103, ECF No. 4103] regarding the attendance and participation at the November 7-8, 2018 Omnibus Hearing ("Hearing").

1. Clark T. Whitmore and John T. Duffey will appear on behalf of the Trustee in person at the Hearing in the San Juan courtroom.

2. Clark T. Whitmore will present argument on behalf of the Trustee, regarding the *Objection of U.S. Bank National Association in its Capacity as PREPA Bond Trustee, to Pan American Grain Co., Inc.'s Motion for Relief from Stay to Execute Set-Off* [Case No. 17-BK-4780, ECF No. 991, and Case No. 17-BK-3283 ECF No. 4053] and all related replies, and responsive pleadings.

Respectfully submitted in San Juan, Puerto Rico, on this 1st day of November, 2018.

We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System of the U.S. Bankruptcy Court for the District of Puerto Rico for Case No. 17-BK-4780 and Case No. 17-BK-3283, which will send notification of such filing to all counsel of record participating in the CM/ECF System.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| /s *Eric A. Tulla* | By: /s Clark T. Whitmore |
| Eric A. Tulla | Clark T. Whitmore (admitted *pro hac vice*) |
| USDC-DPR No. 118313 | John T. Duffey (admitted *pro hac vice*) |
| Email: etulla@ riveratulla.com | |
| | 90 South Seventh Street, Suite 3300 |
| /s *Iris J. Cabrera-Gómez* | Minneapolis, MN 55402 |
| Iris J. Cabrera-Gómez | Telephone: 612-672-8200 |
| USDC-DPR No. 221101 | Facsimile: 612-672-8397 |
| Email: icabrera@riveratulla.com | E-Mail: clark.whitmore@maslon.com |
| | john.duffy@maslon.com |
| Rivera Tulla & Ferrer Building | |
| 50 Quisqueya Street | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |
| San Juan, PR 00917-1212 | |
| Tel: (787)753-0438 | |
| Fax: (787)767-5784 (787)766-0409 | |

3