UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Ariel N. Lavinbuk hereby respectfully withdraws his appearance as counsel for Ad Hoc Group of General Obligation Bondholders, a party-in-interest in the above-captioned Title III cases, and requests removal from service of any further pleadings in connection with these matters. The appearances by other attorneys at Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP are unaffected by this request.

Dated: November 1, 2018

Respectfully Submitted,

*/s/ Ariel N. Lavinbuk*
Ariel N. Lavinbuk
ROBBINS, RUSSELL, ENGLERT, ORSECK,
   UNTEREINER & SAUBER LLP
2000 K Street, 4th Floor
Washington, D.C. 20006
Phone: 202-775-4515
Fax: 202-775-4510