UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        :   Title III
                                                                         :
         as representative of                                            :   Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO, et al.,                                 :   (Jointly Administered)
                                                                         :
         Debtors.¹                                                       :
------------------------------------------------------------------------ x
```

**INFORMATIVE MOTION REGARDING WITHDRAWAL, WITHOUT PREJUDICE,
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' URGENT MOTION,
PURSUANT TO BANKRUPTCY CODE SECTION 105(a), TO COMPEL DEBTORS TO
<u>COMPLY WITH INTERIM COMPENSATION ORDERS</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "<u>Committee</u>") hereby states as follows:

1. On July 18, 2018, the Committee filed its *(A) Urgent Motion, Pursuant To Bankruptcy Code Section 105(a), to Compel Debtors to Comply With Interim Compensation Orders and (B) Joinder in Motions of Retiree Committee and COFINA Agent to Compel*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

*Compliance with Same* [Docket No. 3604] (the "Motion to Compel")[2] and the related motion to expedite the hearing on the Motion to Compel [Docket No. 3605] (the "Motion to Expedite").

2. By order dated July 18, 2018 [Docket No. 3608], the Court granted the Motion to Expedite, setting the hearing on the Motion to Compel for the omnibus hearing scheduled on July 25, 2018.

3. On July 19, 2018, Paul Hastings received a partial payment on account of its outstanding fees and expenses. In order to allow the parties to seek a consensual resolution regarding payment of the remaining portion of Paul Hastings' outstanding fees and expenses, without the need to involve the court, the Committee adjourned (with the consent of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF")) the Motion to Compel, solely as it relates to its request to compel payment of Paul Hastings' outstanding fees and expenses, to the September 13, 2018 omnibus hearing.[3]

4. On July 23, 2018, the Committee withdrew the Motion to Compel, solely as it relates to the Committee's request to compel payment of Kroma's fees and expenses, without prejudice to renewing such request in the future.[4]

5. Subsequently, the Committee further adjourned (with the consent of AAFAF) the Motion to Compel, as it relates to its request to compel payment of Paul Hastings' outstanding fees and expenses, to the November 7, 2018 omnibus hearing.[5]

---

[2] Capitalized terms used but not defined in this informative motion have the meanings set forth in the Motion to Compel.

[3] *See Informative Motion Regarding Consensual Adjournment of Official Committee of Unsecured Creditors' Urgent Motion, Pursuant to Bankruptcy Code Section 105(a), to Compel Debtors to Comply with Interim Compensation Orders, Solely as it Relates to Request to Compel Payment of Paul Hastings' Fees and Expenses* [Docket No. 3652] (the "Notice of Adjournment").

[4] *See Informative Motion Regarding Withdrawal, Without Prejudice, of Official Committee of Unsecured Creditors' Urgent Motion, Pursuant to Bankruptcy Code Section 105(a), to Compel Debtors to Comply with Interim Compensation Orders, Solely as It Relates to Request to Compel Payment of Kroma's Fees and Expenses* [Docket No. 3668].

2

6. On October 31, 2018, Paul Hastings received payment on account of the remaining portion of its outstanding fees and expenses. Therefore, the Committee hereby withdraws the Motion to Compel, without prejudice to renewing such request in the future.

[*Remainder of page intentionally left blank.*]

---

[5] *See the Notice of Agenda of Matters Scheduled for the Hearing on September 13–14, 2018 at 9:30 a.m. (AST & EST)* [Docket No. 3909].

Dated: November 1, 2018 /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*