# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>      Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING NOVEMBER 7-8, 2018 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain and United States Magistrate Judge Judith Gail Dein:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this informative motion in compliance with the *Order Regarding Procedures for Attendance, Participation and Observation of November 7-8, 2018, Omnibus Hearing* (ECF No. 4103), and respectfully state as follows:

1. Ellen V. Holloman, William J. Natbony, and Thomas J. Curtin will appear on behalf of Assured at the November 7-8, 2018 Hearing by video teleconference in Courtroom

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

USActive 51715588.1

17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      2.    Ms. Holloman, Mr. Natbony and Mr. Curtin reserve the right to be heard on any matter raised by any party at the hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of Assured.

Dated: November 1, 2018
       New York, New York

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR No. 204,809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR No. 203,114 <br> Diana Pérez-Seda <br> USDC–PR No. 232,014 <br> E-mail: hburgos@cabprlaw.com <br>       rcasellas@cabprlaw.com <br>       dperez@cabprlaw.com <br><br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Tel.: (787) 756-1400 <br> Fax: (787) 756-1401 <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Ellen V. Holloman* <br> William J. Natbony* <br> Ellen M. Halstead* <br> Gillian G. Burns* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, New York 10281 <br> Tel.: (212) 504-6000 <br> Fax: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br>       mark.ellenberg@cwt.com <br>       ellen.holloman@cwt.com <br>       bill.natbony@cwt.com <br>       gillian.burns@cwt.com <br>       ellen.halstead@cwt.com <br>       thomas.curtin@cwt.com <br>       casey.servais@cwt.com <br><br> * admitted pro hac vice <br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

John J. Rapisardi, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Martin J. Bienenstock, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Nancy A. Mitchell, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

Luc A. Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Robert Gordon, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Mohammad Yassin
Puerto Rico Fiscal Agency and Financial
Advisory Authority (AAFAF)
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Luis C. Marini-Biaggi, Esq.
Marini Pietrantoni Muniz, LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Arturo Diaz-Angueira, Esq.
Cancio, Nadal, Rivera & Diaz, P.S.C.
403 Muñoz Rivera Ave.
San Juan (Hato Rey), PR 00918-3345

Juan. J. Casillas Ayala
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419

A.J. Bennazar-Zequeira
Bennazar, Garcia & Milian, C.S.P.
Edificio Union Plaza PH-A piso 18 Avenida
Ponce de Leon #416
Hato Rey, PR 00918

At New York, New York, 1st day of November, 2018.

By: /s/ *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr.*
    * Admitted pro hac vice