UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of | PROMESA TITLE III Case No. 17-BK-3283 (LTS) |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** Debtors[1] | (Jointly Administered) |
| | |
| **In re:** | PROMESA |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of | TITLE III Case No. 17-BK-4780 (LTS) |
| **THE PUERTO RICO ELECTRIC POWER AUTHORITY** Debtor | (Jointly Administered) |
| | **Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

**NOTICE IN COMPLIANCE WITH ORDER AT ECF NO. 4103**

**TO THE UNITED STATES DISTRICT COURT JUDGE**
**THE HONORABLE LAURA TAYLOR SWAIN:**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pan American Grain Co., Inc., files this Notice in compliance with the Order Regarding Procedures for Attendance, Participation and Observation of the November 7-8, 2018, Omnibus Hearing, ECF No. 4103 case 17 BK 3283, to be held at the United States District Court for the District of Puerto Rico in San Juan.

The undersigned attorney, Maria Mercedes Figueroa y Morgade will appear in person before the Honorable Court at the Omnibus Hearing scheduled for November 7-8, 2018, at 9:30 a.m. (AST), on behalf of Pan American Grain Co., Inc., Movant on the Motion for Relief from Stay to Execute Set-Off filed by Pan American Grain Co., Inc., No. 17-BK-3283, at ECF No. 4004.

**WHEREFORE**, it is respectfully requested the Honorable Court take notice of Pan American Grain Co., Inc.'s filing of this notice in compliance with ECF No. 4103.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on November 1, 2018.

/S/ Mª **Mercedes Figueroa y Morgade**
MªMERCEDES FIGUEROA Y MORGADE
USDC-PR 207108
3415 Alejandrino Ave.,
Apt. 703,
Guaynabo, PR 00969-4856
Tel: 787-234-3981
**figueroaymorgadelaw@yahoo.com**