# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO,<br><br>Applicant. | PROMESA<br><br>Title VI<br><br>Case No. 18-1561 (LTS)<br><br>**Re: ECF No. 209** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283 (LTS)<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF No. 4104** |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT THE NOVEMBER 6, 2018 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and the Government Development Bank for Puerto Rico ("GDB") through their undersigned counsel, hereby state and pray as follows.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The undersigned, appearing in these proceedings on behalf of AAFAF and GDB, hereby respectfully submit this informative motion in response to the Court's order entered on October 26, 2018 [Case No. 17-3283, ECF No. 4104; Case No. 18-01561, ECF No. 209] regarding the November 6, 2018 hearing.

2. Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC, on behalf of AAFAF, will appear in the San Juan courtroom and seeks to be heard in connection with the following:

   (i) *Siemens Transportation Partnership Puerto Rico, S.E.'s Supplemental Objection to Proposed Qualifying Modification* [Case No. 18-1561, ECF No. 192].

3. Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC, on behalf of AAFAF, will appear in the San Juan courtroom but does not seek to be heard.

4. Oreste R. Ramos and María D. Trelles Hernández of Pietrantoni Méndez & Alvarez and Giselle López Soler, on behalf of GDB, will appear in the San Juan courtroom and seek to be heard in connection with the following:

   (i) *Siemens Transportation Partnership Puerto Rico, S.E.'s Supplemental Objection to Proposed Qualifying Modification* [Case No. 18-1561, ECF No. 192].

5. María E. Martínez Casado of Pietrantoni Méndez & Alvarez, on behalf of GDB, will appear in person in the San Juan courtroom, but does not seek to be heard.

Dated: November 1, 2018
San Juan, Puerto Rico

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913

**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917

Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory*

*/s/ María D. Trelles Hernández*
María D. Trelles Hernández
USDC No. 225106

*/s/ Oreste R. Ramos*
Oreste R. Ramos
USDC No. 216801

*/s/ María E. Martínez Casado*
María E. Martínez Casado
USDC No. 305309

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center – 19th Floor
208 Ponce de León Avenue
San Juan, PR 00918
Tel. 787-274-1212
Fax. 787-274-1470

*Attorneys for the Government
Development Bank for Puerto Rico*

*/s/ Giselle López Soler*
Giselle López Soler
USDC No. 224010

Law Offices of Giselle López Soler
PMB 257
Rd. 19 1353
Guaynabo, Puerto Rico 00966
Tel. (787) 667-0941
Email: gls@lopezsolerlaw.com

*Attorney for the Government Development Bank
for Puerto Rico*