# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

The Ad Hoc Group Of General Obligation Bondholders, which is a party in interest in the above-captioned Title III case, hereby gives notice of a change of contact information for certain of its counsel, namely Lawrence S. Robbins, Gary A. Orseck, Mark T. Stancil, Kathryn S. Zecca, Donald Burke, Lanora C. Pettit, and Joshua S. Bolian. Effective October 22, 2018, Messrs. Robbins, Orseck, Stancil, Burke, and Bolian as well as Mmes. Zecca and Pettit may be contacted and served at the following new address:

    Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
    2000 K Street NW
    4th Floor
    Washington, DC 20006

Please use this new address on all pleadings, correspondence, and other documents.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Respectfully submitted,

s/ Mark T. Stancil
Lawrence S. Robbins (*pro hac vice*)
Gary A. Orseck (*pro hac vice*)
Mark T. Stancil (*pro hac vice*)
Kathryn S. Zecca (*pro hac vice*)
Donald Burke (*pro hac vice*)
Robbins, Russell, Englert,
Orseck, Untereiner & Sauber LLP
2000 K Street NW
4th Floor
Washington, DC 20006
(202) 775-4500
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
mstancil@robbinsrussell.com
kzecca@robbinsrussell.com
dburke@robbinsrussell.com

*Attorneys for Creditor Ad Hoc Group of General Obligation Bondholders*