**Exhibit D**

| Client | Claim # | Secured Amount | BKC # | Chapter | Notes | BKC Claim # |
|---|---|---|---|---|---|---|
| Ada Lopez Santos | 66 | $25,000.00 | - | - | | - |
| Angela Rivera Soto | 67 | $20,877.95 | 14-09785 | 13 | Agreement for Surrender of Collateral approved 4/1/2015 | 5-1 |
| Aracelis Cabrera Alicea | 68 | $17,715.43 | 15-08054 | 13 | Agreement for Surrender of Collateral approved 2/26/2018 | 19-2 |
| Armando Guzman Villanueva | 69 | $20,550.30 | 14-06485 | 13 | Agreement for Surrender of Collateral approved 1/16/2015 | 8-1 |
| Axel Muñiz Ruíz | 70 | $19,500.00 | 13-09422 | 13 | Agreement for Surrender of Collateral approved 4/8/2014 | 5-1 |
| Carlos Torres Perez | 71 | $11,933.24 | - | - | | - |
| Carmen Rodriguez Fuentes | 72 | $16,331.53 | 14-01011 | 13 | Surrender of colateral, confirmed plan 4/25/2014 | 6-1 |
| Andres Tapia Sarante | 74 | $17,452.80 | 16-04603 | 7 | Discharge, 9/8/2016 | 1-1 |
| Carlos Marrero Narvaez | 75 | $4,747.36 | - | - | | - |
| Isander Carrasquillo Colon | 76 | $14,016.60 | 16-01513 | 7 | Discharge, 6/13/2016 | 2-1 |
| Laura Reynoso Esquilin | 77 | $21,050.61 | 16-07095 | 13 | Agreement for Surrender of Collateral approved 5/11/2017 | 4-1 |
| Rafaela Santiago Fernadez | 79 | $15,629.94 | - | - | | - |
| Wanda Gonzalez Pacheco | 80 | $10,513.77 | 16-02203 | 7 | Discharge, 6/29/2016 | 3-1 |
| Yasil Pastrana Santiago | 81 | $14,951.07 | 17-04130 | 13 | Agreement for Surrender of Collateral approved 5/7/2018 | 5-1 |
| Eddie Perez Gonzalez | 82 | $16,716.50 | - | - | | - |
| Edwin Rivas Fernandez | 83 | $18,766.72 | 16-03747 | 7 | Discharge 9/1/2016 | |
| Darmy Ayuso Torres | 84 | $8,040.52 | - | - | | - |
| Israel Sanchez Mulero | 85 | $16,945.00 | - | - | | - |
| Javier Piñero González | 86 | $9,020.00 | 13-04076 | 7 | Discharge, 9/5/2013 | 2-1 |
| Jose Torres Mora | 87 | $17,901.21 | 13-10663 | 13 | Surrender of collateral, confirmed plan 4/9/2014 | 2-1 |
| Luis Navarro Gonzalez | 88 | $8,091.42 | 16-06128 | 13 | Dismissed 7/10/2017 | 10-1 |
| Manuel Irizarry Rodriguez | 89 | $15,699.98 | 14-04971 | 13 | Surrender of collateral, confirmed plan 2/11/2015 | 6-1 |
| María Rodríguez Negrón | 90 | $6,258.02 | 15-04539 | 7 | Discharge, 9/22/2015 | 2-1 |
| Martin Tello Ramos | 91 | $15,386.98 | 18-00922 | 7 | Discharge, 5/22/2018 | |
| Nilsa Rosario De Jesus | 92 | $12,026.33 | - | - | | - |
| Rafael Matos García | 93 | $19,362.91 | 14-02547 | 7 | Discharge, 7/8/2014 | 2-1 |
| Ricardo Centeno Aguila | 94 | $6,906.00 | 14-01559 | 13 | Surrender of collateral, confirmed plan 4/30/2014 | 9-1 |
| Samuel Aviles Rodriguez | 95 | $12,136.99 | - | - | | - |
| Victor Rivera Padila | 96 | $17,706.07 | - | - | | - |
| Wilfredo Rosario Hernandez | 97 | $16,012.17 | 15-00362 | 13 | Agreement for Surrender of Collateral approved 5/20/2015 | 6-1 |
| Yanitza Vargas Ramos | 98 | $10,150.00 | 16-01122 | 13 | Surrender of collateral, confirmed plan 6/30/2016 | 4-1 |