# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>　　as representative of<br><br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## FINANCIAL GUARANTY INSURANCE COMPANY'S INFORMATIVE MOTION REGARDING NOVEMBER 7-8, 2018 OMNIBUS HEARING

　　Financial Guaranty Insurance Company ("**FGIC**"), by its attorneys Rexach & Picó, CSP and Butler Snow, LLP, files this *Informative Motion to Order Regarding Procedures for Attendance, Participation and Observation of November 7-8, 2018, Omnibus Hearing* (the "Motion"). In support of the Motion, FGIC respectfully states as follows:

1. María E. Picó of Rexach & Picó, CSP will appear in person on behalf of FGIC at the November 7-8, 2018 omnibus hearing in Courtroom 17C of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico, 00918-1767.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

2. Mrs. Picó reserves the right to be heard on any matter raised by any party at the hearing related to the Title III cases or the interests of FGIC.

**WHEREFORE**, FGIC respectfully requests that the Court take notice of the foregoing.

Date: November 2, 2018
San Juan, Puerto Rico

### REXACH & PICÓ, CSP

By: /s/ *María E. Picó*
María E. Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com

### BUTLER SNOW LLP

Martin Sosland(*pro hac vice*)
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (646) 606-3996
Facsimile: (646) 606-3995
E-mail: stan.ladner@butlersnow.com

Stanford G. Ladner (*pro hac vice)*
Christopher R. Maddux (*pro hac vice*)
J. Mitchell Carrington (*pro hac vice*)
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 985-2200
Facsimile: (601) 985-4500
E-mail: chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading with the Clerk for the United States District Court for the District of Puerto Rico using the Court's CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: November 2, 2018

                                                Respectfully submitted,

By: /s/*María E. Picó*
     María E. Picó
     USDC-PR 123214
     802 Ave. Fernández Juncos
     San Juan PR 00907-4315
     Telephone: (787) 723-8520
     Facsimile: (787) 724-7844
     E-mail: mpico@rexachpico.com

*Attorney for Financial Guaranty Insurance Company*