# Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
:
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                                            : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                      : Title III
                                                                       :
     as representative of                                              : Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                              : (Jointly Administered)
                                                                       :
     Debtors.[1]                                                       :
---------------------------------------------------------------------- x

**ORDER EXTENDING DEADLINE FOR COMMONWEALTH AGENT TO FILE
MOTION ENFORCE STIPULATION AND ORDER APPROVING PROCEDURE TO
RESOLVE COMMONWEALTH-COFINA DISPUTE  IN TITLE III CASE OF
<u>COMMONWEALTH OF PUERTO RICO</u>**

Upon the *Urgent Consented Motion of Official Unsecured Creditors Committee in Its Statutory Capacity and as Commonwealth Agent Regarding Consensual Extension of Deadline to File Motion to Enforce Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute in Title III Case of Commonwealth of Puerto Rico* (the "<u>Urgent Motion</u>");[2] and the Court having found and determined that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of

---

[1]   The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2]   All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Urgent Motion.

PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is granted as set forth herein.

2. The deadline for the Commonwealth Agent to file the Motion to Enforce shall be extended to **November 5, 2018 at 9:00 a.m. (AST)**.

3. The other dates set forth in the Scheduling Order, including the deadlines to file objections and replies with respect to the Motion to Enforce as well as the date of the hearing on the Motion to Enforce shall remain unchanged.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this Order.

Dated: November ___, 2018

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE