IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\-----------------------------------------------------------------  X

In re

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtor.[1]

\-----------------------------------------------------------------  X

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel pursuant to Local Civil Rule 1.4, that Michael L. Artz, Office of the General Counsel, the American Federation of State, County & Municipal Employees (AFSCME) shall be substituted in the place of and in the stead of Matthew S. Blumin, as counsel of record for AFSCME in the above-captioned action. Substitution of counsel will not delay the case, nor will it cause prejudice to the debtor or other plaintiffs or defendants.

Therefore, pursuant to Local Civil Rule 1.4, American Federation of State, County and Municipal Employees seek an order for substitution of counsel.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the addresses set forth below:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Michael L. Artz
martz@afscme.org
*AFSCME, Office of General Counsel*
1101 17th Street NW, Suite 900
Washington, DC 20036
(202) 775-5900

<u>OUTGOING COUNSEL</u>             <u>INCOMING COUNSEL</u>

By:    */s/ Matthew S. Blumin*            By:    */s/ Michael L. Artz*
       Matthew S. Blumin *(pro hac vice)*           Michael L. Artz *(pro hac vice)*
       AFSCME                                                  AFSCME
       *Office of General Counsel*                  *Office of General Counsel*
       1101 17th Street NW, Suite 900        1101 17th Street NW, Suite 900
       Washington, DC 20036                   Washington, DC 20036
       (202) 775-5900                              (202) 775-5900

**SO ORDERED:**

_____
Hon. Laura Taylor Swain
United States District Judge