**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**URGENT INFORMATIVE MOTION OF LUSKIN, STERN & EISLER LLP
REGARDING NOVEMBER 7-8, 2018 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the *Order Regarding Procedures for Attendance, Participation, and Observation of November 7-8, 2018 Omnibus Hearing* [Docket No. 4103], Luskin, Stern & Eisler LLP ("LS&E"), as special counsel to the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors (the "Oversight Board") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully states the following:

Michael Luskin will appear on behalf of the Oversight Board at the hearing to be held by the Court on **November 7-8, 2018 at 9:30 a.m. (AST)** in Courtroom 17C of the United States

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

-2-

District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 in connection with the *Fee Examiner's Third Interim Report on Professional Fees and Expenses* [Docket No. 4126] (the "Third Interim Report"), which was filed on October 31, 2018. This motion is being filed after the November 1, 2018 deadline because the Oversight Board has just requested Mr. Luskin's appearance at the hearing in order to address one discrete matter raised in the Third Interim Report which should take no more than five minutes of hearing time.

-3-

| | |
|---|---|
| Dated: New York, New York<br>November 5, 2018 | Respectfully submitted,<br><br>/s/ Michael Luskin<br>Michael Luskin (admitted *pro hac vice*)<br>Lucia T. Chapman (admitted *pro hac vice*)<br>Stephan E. Hornung (admitted *pro hac vice*)<br><br>**LUSKIN, STERN & EISLER LLP**<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>Facsimile: (212) 974-3205<br><br>*Special Counsel to the Financial Oversight and Management Board for Puerto Rico*<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br><br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, Puerto Rico 00918-1813<br>New York, New York 10036<br>Telephone: (787) 764-8181<br>Facsimile: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico* |