# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now, Karol K. Denniston, applicant herein, and respectfully states:

1. Applicant is an attorney and a member of the law firm of Squire Patton Boggs (US) LLP, with offices at:

| Address | 275 Battery Street, 26th Floor |
|---|---|
|  | San Francisco, CA 94111 |
| Email | karol.denniston@squirepb.com |
| Telephone No. | 415-393-9803 |
| Fax No. | 415-393-9887 |

2. Applicant will sign all pleadings with the name Karol K. Denniston.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

010-8673-2719/1/AMERICAS

3. Applicant has been retained as a member of the above-named firm by Bank of America Merrill Lynch to provide legal representation in connection with the above-styled cases now pending before the United States District Court for the District of Puerto Rico.

4. Since 1988, applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is 141667. Since 1985, applicant has been and presently is a member of good standing of the highest court of the State of Texas, where applicant's bar license number is 17335000.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| California | 1988 |
| USDC Northern District of California | 1988 |
| USDC Eastern District of California | 1988 |
| USDC Southern District of California | 1988 |
| USDC Central District of California | 1988 |
| Texas | 1985 |
| USDC Northern District of Texas | 1985 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5 above.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for *pro hac vice* admission in the

2

United States District Court for the District of Puerto Rico, in the following matters: Case No. 18-01561-LTS (PROMESA Title VI Proceeding for the Government Development Bank for Puerto Rico).

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Félix J. Montañez-Miranda, Esq. |
| USDC-PR Bar No. | 123903 |
| Address | P.O. Box 364131 |
| | San Juan, Puerto Rico 00936-4131 |
| Email | fmontanezmiran@yahoo.com |
| Telephone No. | (787) 385-4870 |
| Fax No. | |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. The required $300 payment has been submitted with the application.

3

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: November 5, 2018

        Respectfully Submitted,

*/s/ Karol K. Denniston*
Karol K. Denniston
Karol.denniston@squirepb.com
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-9803
Facsimile: (415) 393-9887

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: November 5, 2018 .

Félix J. Montañez-Miranda, Esq.
Printed Name of Local Counsel

*/s/ Félix J. Montañez-Miranda, Esq.*
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

*/s/ Karol K. Denniston*
Signature of Applicant

ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

❑ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

❑ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


**HON. LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT JUDGE**