Court Name: District Court
Division: 1
Receipt Number: PRX10BD00166
Cashier ID: srodrigo
Transaction Date: 1/05/2016
Payer Name: MONTANEZ-MIRANDA, FELIX J

PRO HAC VICE
  For: MONTANEZ-MIRANDA, FELIX J
  Case/Party: D-PRX-1-17-HA-000003-002
  Amount:        $300.00

PAPER CHECK CONVERSION
  Remitter: SQUIRE PATTON BOGGS (US) LLP
  Check/Money Order Num: 3283
  Amt Tendered:  $300.00

Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF KAROL
K. DENNISTON

THRU: MONTANEZ-MIRANDA, FELIX J