# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 4051 |

## NOTICE OF FILING OF REVISED PROPOSED
## SIXTH OMNIBUS ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on October 16, 2018, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors"), as Title III debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Debtors' Sixth Omnibus Motion for Approval of Modifications to the Automatic Stay* [ECF No. 4051] (the "Motion"), requesting entry of an order retroactively approving the modifications to the automatic stay set forth in Bankruptcy Code sections 362(a) and 922(a) (the "Title III Stay"), (a) for the parties and actions set forth in Exhibit 1 to the proposed order attached to the Motion (the "Original Proposed Order"), *nunc pro tunc* to the dates specified therein, (b) for parties to certain forfeiture cases filed against the Commonwealth as set forth in Exhibit 2 to the Original Proposed Order, *nunc pro tunc* to the date of the Motion, and (c) for parties to certain administrative employment actions against debtor ERS as set forth in Exhibit 3 to the Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that on October 23, 2018, Cooperativa de Seguros Múltiples de Puerto Rico ("Cooperativa") filed the *Cooperativa de Seguros Multiples' Objection to Debtors' Sixth Omnibus Motion for Approval of Modifications to the Automatic Stay [ECF No. 4051]* [ECF No. 4092] (the "Objection"), objecting to the inclusion of certain actions set forth in Exhibit 2 to the Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that on October 23, 2018, the Court entered the *Order Scheduling Briefing of Debtors' Sixth Omnibus Motion for Approval of Modifications to the Automatic Stay* [ECF No. 4093], setting October 30, 2018 as the deadline to file opposition papers to the Motion, and November 6, 2018 as the deadline for the Debtors to file reply papers.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Cooperativa have reached a consensual resolution to the Objection by removing certain actions identified by Cooperativa from Exhibit 2 to the Original Proposed Order.[3]  Attached hereto as **Exhibit A** is the revised proposed

---

[3]    The *Memorandum Order Denying Motion of Cooperativa de Seguros Multiples' Motion for Clarification of the Automatic Stay and in the Alternative Relief from the Automatic Stay (Docket Entry No. 1276)* [ECF No. 1765], entered on November 13, 2017, shall continue to govern the cases identified in Exhibit A to the *Cooperativa de Seguros Multiples' Motion for Clarification of Automatic Stay and in the Alternative Relief from the Automatic Stay* [ECF No. 1276].

order incorporating such changes to the schedule of actions in Exhibit 2 (the "Revised Proposed

Order").  Attached hereto as **Exhibit B** is a redline of Exhibit 2 attached to the Original Proposed

Order against Exhibit 2 attached to the Revised Proposed Order.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Original Proposed

Order, the Revised Proposed Order, and all other documents filed in these Title III cases are

available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling

+1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the

procedures and fees set forth therein.


*Remainder of Page Intentionally Left Blank*

**PLEASE TAKE FURTHER NOTICE** that the Debtors respectfully request that the

Court consider and enter the attached Revised Proposed Order granting the relief requested therein.

Dated:  November 5, 2018
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Martin J. Bienenstock*

Martin J. Bienenstock (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Maja Zerjal (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight
and Management Board as Representative
for the Debtors*

/s/ *Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight
and Management Board as Representative
for the Debtors*