# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority, *et al.*<br><br>              Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780(LTS) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2018 a copy of the following motions was sent via email to each of the parties listed in Exhibit A attached hereto and via First Class U.S. Mail to each of the parties listed in Exhibit B attached hereto.

**Document served in case 17-4780:**

**Dkt. 1005** INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING APPEARANCE AT NOVEMBER 7-8 OMNIBUS HEARING

**Document served in case 17-3283**

**Dkt. 4136** INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING APPEARANCE AT NOVEMBER 7-8 OMNIBUS HEARING

Respectfully Submitted,

This 19th day of November 5, 2018 in San Juan, Puerto Rico.

**RIVERA, TULLA AND FERRER, LLC**

*/s/ Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com

Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE**