UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors. [1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

**SUPPLEMENTAL VERIFIED STATEMENT OF THE AD HOC
GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

The ad hoc group of certain unaffiliated funds, accounts, and/or managers of funds or accounts (collectively, the "Ad Hoc Group of Constitutional Debtholders") holding bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth," and the bonds issued or guaranteed by the Commonwealth, the "Constitutional Debt") hereby submits this verified statement (this "Supplemental Statement"), as contemplated by Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")[2] and the *Order Further Amending Case Management Procedures* [ECF No. 4086]. In support of this Supplemental Statement, the Ad Hoc Group of Constitutional Debtholders respectfully states as follows:

1.      In August 2018, the Ad Hoc Group of Constitutional Debtholders formed and, contemporaneously therewith, retained Morrison & Foerster LLP ("Morrison & Foerster") and

---

[1] The Debtors in these title III cases, along with the last four digits of each Debtor's federal tax identification number, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (No. 17-BK-3283-LTS) (3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (No. 17-BK-3566-LTS) (9686); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (No. 17-BK-3567-LTS) (3808); (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (No. 17-BK-3284-LTS) (8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (No. 17-BK-4780-LTS) (3747).

[2] Made applicable to these Title III cases by Section 310 of PROMESA. *See* 48 U.S.C. § 2170.

ny-1350201

G. Carlo-Altieri Law Offices, LLC ("G. Carlo-Altieri" and, together with Morrison & Foerster, "Counsel").

2. On August 27, 2018, Counsel submitted the *Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 3808]. Counsel submits this Supplemental Statement to update the membership in the Ad Hoc Group of Constitutional Debtholders and information regarding the disclosable economic interests currently held by members of the Ad Hoc Group of Constitutional Debtholders.

3. The members of the Ad Hoc Group of Constitutional Debtholders hold disclosable economic interests or act as investment managers or advisors (or are affiliates of entities which act as investment managers or advisors) to funds and/or accounts that hold disclosable economic interests in relation to the Commonwealth. Based upon information provided to Counsel by the members of the Ad Hoc Group of Constitutional Debtholders, attached hereto as Exhibit A is a list of the names, addresses, nature, and amount of disclosable economic interests of each member of the Ad Hoc Group of Constitutional Debtholders with respect to the Commonwealth as of November 1, 2018.

4. In addition to the Ad Hoc Group of Constitutional Debtholders, as of the date of this Supplemental Statement, Counsel has also represented the PBA Funds[3] in connection with the Title III Cases.[4]

---

[3] *See Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 3299].

[4] G. Carlo-Altieri has also been retained by: (a) a provider of utility services to the Commonwealth and/or its related instrumentalities and public corporations; (b) a corporation and its related entities holding potential litigation and trade claims against HTA and the Commonwealth and/or its related instrumentalities and public corporations; and (c) a corporation holding potential trade claims against PREPA. G. Carlo-Altieri has advised these clients with respect to the Commonwealth's restructuring generally, has prepared and filed proofs of claim, and has settled certain motions and contested matters on behalf of certain of these entities. *See, e.g.,* ECF Nos. 3423, 3940.

5. Nothing contained in this Supplemental Statement (or <u>Exhibit A</u> hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group of Constitutional Debtholders to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these cases.

6. Counsel reserves the right to amend this Supplemental Statement as necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

*[Signature page follows]*

ny-1350201 3

Dated: November 5, 2018

        By: *Gerardo A. Carlo*
        Gerardo A. Carlo
        USDC PR No. 112009
        Telephone: (787) 247-6680
        gacarlo@carlo-altierilaw.com

        By: *Kendra Loomis*
        Kendra Loomis
        USDC PR No. 227408
        Telephone: (787) 370-0255
        loomislegal@gmail.com

        **G. CARLO-ALTIERI LAW OFFICES, LLC**
        254 San Jose St., Third Floor
        San Juan, Puerto Rico 00901
        Telephone: (787) 247-6680
        Facsimile: (787) 919-0527

        -and-

        By: *Gary S. Lee*
        Gary S. Lee

        **MORRISON & FOERSTER LLP**
        Gary S. Lee (admitted *pro hac vice*)
        James M. Peck (admitted *pro hac vice*)
        250 West 55th Street
        New York, New York 10019
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900
        JPeck@mofo.com
        GLee@mofo.com

        *Counsel for the Ad Hoc Group of Constitutional Debtholders*

## Exhibit A

**Names, Addresses and Disclosable Economic Interests of the
Ad Hoc Group of Constitutional Debtholders [1]**

| Name of Creditor[2] | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Candlewood Investment Group, LP | 777 Third Avenue<br>Suite 19B<br>New York, NY 10017 | Constitutional Debt<br>$12,141,000 |
| Fir Tree Partners | 55 West 46th Street<br>29th Floor<br>New York, NY 10036 | Constitutional Debt<br>$535,287,000 |
| First Pacific Advisors, LLC | 11601 Wilshire Boulevard<br>Suite 1200<br>Los Angeles, CA 90025 | Constitutional Debt<br>$199,540,000 |
| GoldenTree Asset Management LP | 300 Park Avenue<br>New York, NY 10022 | Constitutional Debt<br>$227,100,000 |
| Inglesea Capital LLC | 7800 SW 57th Avenue<br>Unit 308<br>South Miami, FL 33143 | Constitutional Debt<br>$17,480,000 |
| Mason Capital Management, LLC | 110 East 59th Street<br>New York, NY 10022 | Constitutional Debt<br>$468,056,000 |
| Silver Point Capital, L.P. | Two Greenwich Plaza<br>Greenwich, CT 06830 | Constitutional Debt<br>$110,539,000 |
| Taconic Capital Advisors L.P. | 280 Park Ave<br>New York, NY 10017 | Constitutional Debt<br>$97,300,000 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of November 1, 2018. The amounts set forth herein include only outstanding principal and do not include any other amounts that may be due and owing under the applicable debt documents and laws, including but not limited to any overdue or compounded interest. Capital appreciation bonds are reported at their accreted value as of November 1, 2018.

[2] Each entity on this Exhibit A holds disclosable economic interests or acts as investment manager or advisor (or is an affiliate of entities which act as investment manager or advisors) to funds and/or accounts that hold disclosable economic interests in relation to the Debtors.

ny-1350201                                    5

| **Name of Creditor**[2] | **Address** | **Nature and Amount of Disclosable Economic Interest** |
|---|---|---|
| VR Global Partners, L.P. | 190 Elgin Avenue, George Town Grand Cayman, Cayman Islands, KYI-9005 | Constitutional Debt $433,267,000 |
| Whitebox Advisors LLC | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | Constitutional Debt $141,850,000 |