UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR THE HEARING ON NOVEMBER 7–8, 2018 AT 9:30 A.M. AST[3]

**Time and Date of Hearing:**  **Wednesday, November 7, 2018**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, November 8, 2018**, from 9:30 a.m. to 12:00 p.m., (Atlantic Standard Time)

**Location of Hearing:**  Honorable Laura Taylor Swain, United States District Court Judge
**Courtroom 3**
United States District Court for the District of Puerto Rico
**Clemente Ruiz Nazario United States Courthouse**
**150 Carlos Chardón Avenue**
San Juan, P.R. 00918-1767

**Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C**[4] of the United States District

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Items added or moved since the previous agenda have been marked with an asterisk ("*").

[3] Attendees should note that daylight savings time ends on November 4, 2018. As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is 8:30 a.m. Eastern Standard Time, on November 7–8, 2018.

Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:** Copies of all documents filed in these title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. STATUS REPORT

1. **Report from the Oversight Board**

   Description: General status report from professionals for the Oversight Board, including evaluation of recent disclosures of McKinsey security holdings and anticipated timetable for proposal of additional plans of adjustment.

   Estimated Time Required: 30 minutes.

## II. FEE APPLICATIONS:

1. **Report from the Fee Examiner regarding First, Second, and Third Interim Applications for Compensation.**

   Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the first, second, and third interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

|   | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 05/03/2017 – 09/30/2017 |
| 2. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756-1 | 10/01/2017 – 1/31/2018 |
| 3. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756-2 | 10/01/2017 – 1/31/2018 |
| 4. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756-3 | 10/01/2017 – 1/31/2018 |
| 5. | Andrew Wolfe (Independent Contractor to FOMB) | 2718 | 10/01/2017 – 1/31/2018 |
| 6. | Zolfo Cooper, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) | 2739 | 10/01/2017 – 1/31/2018 |

---

[4] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

|  | Applicant | Docket No. | Period |
|---|---|---|---|
| 7. | Andrew Wolfe (Independent Contractor to FOMB) | 3521 | 2/01/2018 – 5/31/2018 |
| 8. | Pension Trustee Advisors, Inc. (Pension Consultant to FOMB) | 3522 | 2/01/2018 – 5/31/2018 |
| 9. | Phoenix Management Services, LLC (Financial Advisor to the Mediation Team) | 3523 | 2/05/2018 – 6/03/2018 |
| 10. | Luskin, Stern & Eisler LLP (Special Counsel to the FOMB) | 3530 | 2/01/2018 – 5/31/2018 |
| 11. | Ernst & Young LLP (Financial Advisor to the FOMB) | 3532 | 2/01/2018 – 4/30/2018 |
| 12. | Jenner & Block LLP (Counsel to the Official Committee of Retired Employees) | 3535 | 2/01/2018 – 5/31/2018 |
| 13. | Marchand ICS Group (Information Agent to the Official Committee of Retired Employees) | 3536 | 2/01/2018 – 5/31/2018 |
| 14. | Segal Consulting (Actuaries and Consultants to the Official Committee of Retired Employees) | 3537 | 2/01/2018 – 5/31/2018 |
| 15. | FTI Consulting, Inc. (Financial Advisor to the Official Committee of Retired Employees) | 3543 | 2/01/2018 – 5/31/2018 |
| 16. | Members of Retirees Committee | 3547 | 2/01/2018 – 5/31/2018 |
| 17. | Greenberg Traurig LLP (Counsel for PREPA and AAFAF) | 3556 | 2/01/2018 – 5/31/2018 |
| 18. | Rothschild Inc. (Financial Advisor and Investment Banker for AAFAF) | 3561 | 4/01/2018 – 5/31/2018 |
| 19. | Casillas, Santiago & Torres LLC (Puerto Rico Counsel to Official Committee of Unsecured Creditors) | 3562 | 2/01/2018 – 5/31/2018 |
| 20. | Kroma Advertising Inc. (Communications Advisor to Official Committee of Unsecured Creditors) | 3566 | 2/15/2018 – 4/15/2018 |
| 21. | Drivetrain LLC and SEIU (Member of Official Committee of Unsecured Creditors) | 3567 | 1/01/2018 – 5/31/2018 |
| 22. | McKinsey & Company, Inc. (Counsel to AAFAF – COFINA) | 3580 | 2/01/2018 – 5/31/2018 |
| 23. | McKinsey & Company Inc. (Consulting Services Provider to Debtors – HTA) | 467 (17-3567) | 2/01/2018 – 5/31/2018 |
| 24. | McKinsey & Company Inc. (Consulting Services Provider to Debtors – PREPA) | 919 (17-04780) | 2/01/2018 – 5/31/2018 |
| 25. | Marini Pietrantoni Muniz, LLC (Puerto Rico Counsel to AAFAF – COFINA) | 3583 | 3/01/2018 – 5/31/2018 |
| 26. | Marini Pietrantoni Muniz, LLC (Puerto Rico Counsel to AAFAF – ERS) | 3584 | 3/01/2018 – 5/31/2018 |
| 27. | Marini Pietrantoni Muniz, LLC (Puerto Rico Counsel to AAFAF – HTA) | 3586 | 3/01/2018 – 5/31/2018 |
| 28. | Marini Pietrantoni Muniz, LLC (Puerto Rico Counsel to AAFAF – Commonwealth) | 3587 | 3/01/2018 – 5/31/2018 |

3

Presentation of recommendations regarding the second and third interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals has been adjourned until the December 19, 2018 omnibus hearing:

|  | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors Commonwealth) | 2868 | 10/01/2017 – 01/31/2018 |
| 2. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors COFINA) | 2870 | 10/01/2017 – 01/31/2018 |
| 3. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors ERS) | 2872 | 10/01/2017 – 01/31/2018 |
| 4. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors PREPA) | 2876 | 10/01/2017 – 01/31/2018 |
| 5. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors HTA) | 2874 | 10/01/2017 – 01/31/2018 |
| 6. | Ankura Consulting Group, LLC (Financial Advisors to the Puerto Rico Fiscal Agency and Financial Advisory Authority) | 2751 | 10/01/2017 – 1/31/2018 |
| 7. | Ankura Consulting Group, LLC (Financial Advisors to PREPA) | 2755 | 10/01/2017 – 1/31/2018 |
| 8. | Citigroup Global Markets Inc. (Investment Banker and Financial Advisor to FOMB) | 2944 | 1/27/2017 – 1/31/2018 |
| 9. | Munger Tolles & Olson (Counsel for Oversight Board) | 3519 | 8/1/2017 – 5/31/2018 |
| 10. | Filsinger Energy Partners (Chief Financial Advisor – PREPA) | 3526 | 2/01/2018 – 05/31/2018 |
| 11. | Bennazar, Garcia & Milan (Puerto Rico Counsel for Retirees Committee) | 3539 | 2/01/2018 – 5/31/2018 |
| 12. | Bettina M. Whyte (COFINA Agent) | 3540 | 2/01/2018 – 5/31/2018 |
| 13. | Willkie Farr & Gallagher LLP (Counsel for COFINA Agent) | 3541 | 2/01/2018 – 5/31/2018 |
| 14. | Klee, Tuchin, Bogdanoff & Stern LLP (Special Municipal Bankruptcy Counsel for COFINA Agent) | 3542 | 2/01/2018 – 5/31/2018 |
| 15. | Nilda Navarro–Cabrer (Puerto Rico Counsel for COFINA Agent) | 3545 | 2/01/2018 - 5/31/2018 |
| 16. | O'Neill & Borges LLC (Puerto Rico Counsel to Oversight Board) | 3559 | 2/01/2018 – 5/31/2018 |
| 17. | Cancio, Nadal, Rivera & Diaz, PSC (Puerto Rico Counsel to PREPA | 3560 | 2/01/2018 – 5/31/2018 |
| 18. | Ankura Consulting Group LLC (Financial Advisors to Commonwealth) | 3564 | 2/01/2018 – 5/31/2018 |
| 19. | Ankura Consulting Group LLC (Financial Advisors to PREPA) | 918 (17-4780) | 2/01/2018 – 5/31/2018 |
| 20. | Zolfo Cooper, LLC (Financial Advisors to PREPA) | 3565 | 2/01/2018 – 5/31/2018 |

| | Applicant | Docket No. | Period |
|---|---|---|---|
| 21. | Paul Hastings LLP (Counsel to Official Committee of Unsecured Creditors) | 3568 | 2/01/2018 – 5/31/2018 |
| 22. | DLA Piper (Counsel to AAFAF) | 3569 | 2/01/2018 – 5/31/2018 |
| 23. | Proskauer Rose (Counsel for Debtors COFINA) | 3571 | 2/01/2018 – 5/31/2018 |
| 24. | Proskauer Rose (Counsel for Debtors ERS) | 3590 | 2/01/2018 – 5/31/2018 |
| 25. | Proskauer Rose (Counsel for Debtors HTA) | 3576 | 2/01/2018 – 5/31/2018 |
| 26. | Proskauer Rose (Counsel for Debtors PREPA) | 3582 | 2/01/2018 – 5/31/2018 |
| 27. | Proskauer Rose (Counsel for Debtors Commonwealth) | 3588 | 2/01/2018 – 5/31/2018 |
| 28. | O'Melveny & Myers (Counsel to AAFAF – COFINA) | 3575 | 2/01/2018 – 5/31/2018 |
| 29. | O'Melveny & Myers (Counsel to AAFAF – ERS) | 3578 | 2/01/2018 – 5/31/2018 |
| 30. | O'Melveny & Myers (Counsel to AAFAF – HTA) | 3579 | 2/01/2018 – 5/31/2018 |
| 31. | O'Melveny & Myers (Counsel to AAFAF – Commonwealth) | 3581 | 2/01/2018 – 5/31/2018 |
| 32. | Deloitte Financial Advisory Services LLP (Debtor's Financial Advisor) | 3831 | 2/01/2018 – 5/31/2018 |
| 33. | Citigroup Global Markets Inc. (Investment Banker and Financial Advisor to FOMB) | 4020 | 2/01/2018 – 5/31/2018 |

Related Documents:
    A. Fee Examiner's Third Interim Report on Professional Fees and Expenses (February 1, 2018–May 31, 2018), Summary of Uncontested Fee Applications for the Third Interim and Prior Compensation Periods, Notice of Deferral of Specific Second and Third Interim Applications for Consideration at the December 19 Omnibus Hearing or at a Later Date, and Informative Motion Regarding Attendance and Participation at November 7, 2018 Hearing **[Case No. 17-3283, ECF No. 4126]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

### III. UNCONTESTED MATTER

1. **Debtors' Motion to Establish Omnibus Claims Objection Procedures.** Motion for Entry of an Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the

5

Requirement of Bankruptcy Rule 3007(e)(6), and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 4052]**

Description: The Oversight Board, on behalf of the Commonwealth, COFINA, ERS, HTA, and PREPA, seeks entry of an order approving certain omnibus objection procedures.

Objection Deadline: October 23, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. None.

Reply, Joinder & Statement Deadlines: October 30, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and October 31, 2018 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. Notice of Filing of Revised Proposed Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e)(6), and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 4122]**
  B. Amended Notice of Filing of Revised Proposed Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(E)(6), and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 4131]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

## IV. **CONTESTED MATTERS:**

1. **Pan American Grain Co., Inc.'s Motion for Relief from Stay.** Motion for Relief from Stay to Execute Set-Off **[Case No. 17-3283, ECF No. 4004]**

   Description: Pan American Grain Co., Inc. seeks relief from the automatic stay to execute set-off.

   Objection Deadline: October 17, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
     A. Objection of U.S. Bank National Association, in its Capacity as PREPA Bond Trustee, to Pan American Grain Co., Inc.'s Motion for Relief from Stay to Execute Set-Off **[Case No. 17-3283, ECF No. 4053]**

B. Puerto Rico Electric Power Authority's Objection to Pan American Grain Co., Inc.'s Motion for Relief from Stay to Execute Setoff **[Case No. 17-3283, ECF No. 4059]**

Reply, Joinder & Statement Deadlines: October 24, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Reply to Objections to Pan American Grain Co., Inc.'s Motion for Relief from Stay to Execute Set-Off Filed by PREPA Bond Trustee And PREPA **[Case No. 17-3283, ECF No. 4095]**

Related Documents:
A. Order Scheduling Briefing of Motion of Pan American Grain Co., Inc. for Relief from Stay to Execute Set-Off **[Case No. 17-3283, ECF No. 4005]**

B. Declaration of John T. Duffey in Support of Objection of U.S. Bank National Association, in its Capacity as PREPA Bond Trustee, to Pan American Grain Co., Inc.'s Motion for Relief from Stay to Execute Set-Off **[Case No. 17-3283, ECF No. 4055]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

2. **Cooperativa de Ahorro y Crédito Vegabajeña's Motion for Relief from Stay.** Motion for Lift of Stay Seeking the Modification of the Automatic Stay to Enforce Liens on Employee Withholding Funds Currently Held by the Employee Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 4011]**

Description: Cooperativa de Ahorro y Crédito Vegabajeña seeks modification of the automatic stay to enforce liens on employee withholding funds currently held by the Employee Retirement System of the Government of the Commonwealth of Puerto Rico.

Objection Deadline: October 25, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Objection of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico to Motion for Lift of Stay Filed by the Cooperativa de Ahorro y Crédito Vegabajeña **[Case No. 17-3283, ECF No. 4098]**

Reply, Joinder & Statement Deadlines: November 1, 2018.

Replies, Joinders & Statements:
A. Cooperativa de Ahorro y Crédito Vegabajeña's Reply to Objection of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico to Motion for Lift of Stay **[Case No. 17-3283, ECF No. 4156]**

Related Documents:
   A. Order Scheduling Briefing of Motion for Relief from Automatic Stay of Cooperativa De Ahorro y Crédito Vegabajeña **[Case No. 17-3283, ECF No. 4016]**

   B. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 4058]**

   C. Order Extending Deadlines Regarding Motion of Cooperativa De Ahorro y Crédito Vegabajeña's Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 4061]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

V. **ADJOURNED MATTERS:**

1. ***AMPR's Motion for Relief from Stay.** Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

   Description: Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay.

   Objection Deadline: October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

   Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
      A. Movants' Reply to Objection of the Commonwealth to Motion for Relief From Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

   Related Documents:
      A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**

      B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**

      C. Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

8

D. Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**

Status: *This matter has been adjourned by agreement between the Movant and Respondent until the December 19, 2018 omnibus hearing.

Estimated Time Required: 30 minutes.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: November 6, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/   Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/   Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*