# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:45 AM (AST)
Ended: 11:23 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: November 7, 2018

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.* Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |

**Omnibus Hearing held.**

I. **Status Reports**
   1. Status report from the Oversight Board heard.

II. **Fee Applications**
   1. Report from the Fee Examiner regarding First, Second, and Third Interim Applications for Compensation.[1]
      - Proposed order regarding the approval of certain interim applications to be submitted.

III. **Uncontested Matters**
   1. Debtors' Motion to Establish Omnibus Claims Objection Procedures. [Case No. 17-3283, ECF No. 4052]
      - Revised proposed order to be submitted.

IV. **Contested Matters**
   1. Pan American Grain Co., Inc.'s Motion for Relief from Stay. [Case No. 17-3283, ECF No. 4004]
      - Motion denied on the record.

---

[1] See the "Notice of Amended Agenda of Matters Scheduled for the Hearing on November 7-8, 2018 at 9:30 A.M. AST" (ECF No. 4180 in 3:17-BK-3283 (LTS)).

November 7, 2018 – Omnibus Hearing
3:17-BK-3283 (LTS) / 3:17-BK-3567 (LTS) / 3:17-BK-4780 (LTS)

2. Cooperativa de Ahorro y Crédito Vegabajeña's Motion for Relief from Stay. [Case No. 17-3283, ECF No. 4011 and Case No. 17-3566 ECF No. 329]
   - AAFAF to submit a Supplemental Affidavit by **November 15, 2018**.
   - AAFAF shall also submit an informative motion on whether or not there is an investigation pertaining to the segregation by **November 15, 2018**.
     - Response due on **November 26, 2018**.
   - Matter taken under abeyance.

V. **Adjourned Matters**

1. AMPR's Motion for Relief from Stay. [Case No. 17-3283, ECF No. 3914]
   - This matter has been adjourned by agreement between the Movant and Respondent until the December 19, 2018 omnibus hearing.
2. Certain interim fee applications have been adjournment and will be heard at the December 19, 2018 omnibus hearing.[2]

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy

---

[2] See the "Notice of Amended Agenda of Matters Scheduled for the Hearing on November 7-8, 2018 at 9:30 A.M. AST" (ECF No. 4180 in 3:17-BK-3283 (LTS).