

# GOBERNADOR DE PUERTO RICO

OFICINA DEL GOBERNADOR

**COMUNICADO DE PRENSA**

**Gobernador Rosselló Nevares anuncia inicio de proceso para pago de deuda salarial a los policías**

**(31 de octubre de 2018 – La Fortaleza, San Juan)** El gobernador Ricardo Rosselló Nevares anunció el comienzo de un proceso para emitir pagos bajo una asignación millonaria a fin de saldar con los policías una deuda salarial que data del año 2004, ajuste salarial que nunca recibieron.

Este año los policías recibirán $122 millones para el pago por concepto de nómina por ajuste salarial, los cuales son custodiados por la Oficina de Gerencia y Presupuesto (OGP).

"La disciplina fiscal y nuestro compromiso con las fuerzas de ley y orden nos han llevado a identificar los fondos necesarios que nos permiten hacer justicia a los miembros de la uniformada que han dedicado su tiempo y en muchas ocasiones arriesgado su vida por la seguridad de nuestra Isla. Les hicimos justicia con el aumento de $1,500 anuales y les haremos justicia al pagarles lo que otras administraciones les debían", expresó el primer ejecutivo.

La deuda acumulada por diferentes conceptos con el personal activo e inactivo del Sistema de Rango y Clasificado del Negociado de la Policía data del 2004. Sin embargo, no fue hasta el 2009 que el Gobierno de Puerto Rico reconoció la deuda en los estados financieros de ese año.

En tanto, el secretario del DSP, Héctor Pesquera, sostuvo que "esta acción hace que se cumpla lo acordado con los oficiales que asumieron la encomienda de laborar a diario por la seguridad y protección de la ciudadanía y combatir el crimen en todos los niveles".

Durante el año 2010, se comenzó a trabajar el cálculo de la deuda; no obstante, no se les pagó la deuda a los policías por su trabajo desde el año 2004.

El DSP, el Departamento de Hacienda y la OGP han realizado esfuerzos dirigidos a identificar el monto de la deuda con el propósito de liquidarla y, según se informó, se ha preparado un plan que detalla el proceso para comenzar a realizar los pagos a tiempo razonable.

A fin de lograr este objetivo, será necesario revisar y actualizar los expedientes de personal. Para ello, el Negociado cuenta con un programa que actualiza el historial de transacciones de los empleados.

El DSP y la OGP coordinarán, en conjunto con el Negociado, las actividades y el personal que se designará para ese fin, proceso que ya comenzó con el objetivo de empezar los pagos durante el mes de diciembre de 2018.

###

La Fortaleza, San Juan, PR 00901 ~ PO Box 9020082, San Juan, PR 00902-0082 ~ rjvega@fortaleza.pr.gov ~ 787 721 7000