

Concilio Policias <concilionacionaldepolicias@gmail.com>

# Fwd: Notificación Electrónica K AC2007-4170

2 mensajes

**Nydia Rodríguez Martínez** <nribot@hotmail.com>  5 de julio de 2017, 17:54
Para: CONAPOL <concilionacionaldepolicias@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** <NoReply@ramajudicial.pr>
> **Date:** July 5, 2017 at 10:17:43 AM AST
> **To:** <nribot@hotmail.com>
> **Subject: Notificación Electrónica K AC2007-4170**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN-SUPERIOR

| | | | |
|---|---|---|---|
| FRENTE UNIDO DE POLICIAS ORG DE PR (REP) | CASO NÚM. | | K AC2007-4170 |
| DEMANDANTE | SALON NÚM. | | 0508 |
| VS | SOBRE: | | SENTENCIA DECLARATORIA |
| ELA DE PR | | | |
| DEMANDADO | | | |

N O T I F I C A C I Ó N

A:  LIC. RODRIGUEZ MARTINEZ, NYDIA
    NRIBOT@HOTMAIL.COM
    LIC. AVILES LAMBERTY, JOSE F
    JFAVILESLAMBERTY@GMAIL.COM
    LIC. DIAZ LUGO, MANUEL
    MADIAZ@JUSTICIA.PR.GOV
    LIC. QUIÑONES CRUZ, CARLOS R
    CQUINONEZ@JUSTICIA.PR.GOV
    LIC. SANTIAGO ORTIZ, FERNANDO
    FEHR1023@YAHOO.COM
    OSCAR PAGAN RIVERA
    CALLE 8 J-29
    EXT. VILLA RICA
    BAYAMON, PR 00959
    POLICIA DE PUERTO RICO
    PO BOX 70166
    SAN JUAN PR 00936-8166

EL (LA) SECRETARIO(A) QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN AL (A LA): MOCIÓN AVISO DE PARALIZACION DE LOS PROCEDIMIENTOS POR VIRTUD DE LA... ESTE TRIBUNAL EMITIÓ UNA SENTENCIA EL 28 DE JUNIO DE 2017.
SE ANEJA COPIA O INCLUYE ENLACE:

Presione aquí para acceder al documento electrónico objeto de esta notificación. El documento estará disponible a través de este enlace durante 45 días desde que se archivó en autos la notificación.

FDO. ANGEL R. PAGAN OCASIO
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA SENTENCIA, USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 05 DE JULIO DE 2017, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN SAN JUAN, PUERTO RICO, A 05 DE JULIO DE 2017.
GRISELDA RODRIGUEZ COLLADO                          POR: F/ ELSA MAGALY CANDELARIO CABRERA

NOMBRE DEL (DE LA) SECRETARIO(A) REGIONAL       NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR
SALON DE SESIONES 508

| | |
|---|---|
| FRENTE UNIDOS DE POLICÍAS ORGANIZADOS DE PUERTO RICO<br>Demandantes | CIVIL NUMERO: K AC2007-4170<br>(TOMO 1 AL 4) |
| V. | SOBRE: |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET ALS.<br>DEMANDADOS | SENTENCIA DECLARATORIA |

# *SENTENCIA*

El 30 de junio de 2016 se aprobó la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico (PROMESA, por sus siglas en inglés), con el propósito de proveer un método para que el Estado Libre Asociado de Puerto Rico pueda logar responsabilidad fiscal y obtener acceso a los mercados de capitales. 48 USC sec. 2121.

Dicho estatuto contiene distintos métodos para que las entidades gubernamentales cubiertas por el mismo puedan entrar en un proceso para reestructurar su deuda, a saber: el Título VI, mediante acuerdos voluntarios y extrajudiciales con sus acreedores o el Título III, mediante un proceso similar al establecido en los capítulos 9 y 11 del Código de Quiebras, con el fin de ajustar las deudas de una manera ordenada y justa[1].

La paralización automática, también conocida como "automatic stay", es una Figuera del Código de Quiebras que fue adoptada por la Ley PROMESA y que tiene el propósito de proteger al quebrado. "[I]**mpide, **entre otras cosas, el comienzo **o la continuación de cualquier proceso judicial,** administrativo o de otra índole que fue o pudo haber sido interpuesto en contra del deudor, o para ejercitar cualquier acción cuyo

---

[1] Véase Título III, 48 USC secs. 2161 al 2177, y el Título VI, 48 USC secs. 2231 al 2232, de la Ley PROMESA, supra.

derecho nació antes de que se iniciara la quiebra". (Énfasis nuestro). **Peerless Oil v. Hermanos Pérez**, 196 DPR 236, 255 (2012), citando a **Marrero Rosado v. Marrero Rosado**, 178 DPR 476, 490 (2010).[2] **Surte efecto la paralización automática una vez se presenta la petición de quiebra, sin necesidad de notificación formal.** (Énfasis nuestro). **Peerless Oil v. Hermanos Pérez**, supra, pág. 255.

Considerando que la parte demandada se ha acogido a la protección que le brinda la Ley PROMESA antes descrita, el Tribunal reconoce la paralización estatutaria y ordena el archivo de este caso, para fines administrativos y sin que constituya una adjudicación de las controversias del mismo. El Tribunal habrá de retener jurisdicción para reabrir el caso, de proceder, durante un término no mayor de un año, a partir de la determinación final de la Corte de Distrito de los Estados Unidos en el proceso precedentemente descrito. Vencido dicho término quedará el caso archivado, sin perjuicio, y no será reabierto.

**Regístrese y Notifíquese.**

Dada en San Juan, Puerto Rico, a 28 de junio de 2017.

*ÁNGEL R. PAGÁN OCASIO*
*Juez Superior*

**Número Identificador**
**SEN2017**

---

[2] Véase, además: 11 USC sec. 362.