UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,
    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---

## CERTIFICATE OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On November 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the PREPA Notice Parties Service List attached hereto as **Exhibit A**:

- Joint Informative Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Authority Regarding Recently Issued Request for Qualifications [Docket No. 1011]

Dated: November 12, 2018

Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 12, 2018, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

# **Exhibit A**

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com | Email |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E. | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez<br>PO Box 70294<br>San Juan PR 00936-8294 | kstipec@amgprlaw.com<br>pjime@icepr.com<br>pjime@lawfirm-pr.com | Email |
| Aguirre Offshore Gasport, LLC | Aguirre Offshore Gasport, LLC | c/o Excelerate Energy Limited Partnership<br>Attn: Daniel Bustos, Chief Development Officer<br>2445 Technology Forest Blvd., Level 6<br>The Woodlands TX 77381 | daniel.bustos@excelerateenergy.com | Email |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 | American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org | Email |
| Counsel to Marathon Asset Management, LP, Solus Alternative Asset Management LP, SOLA Ltd, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Arc American, Inc. | Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen & Jose L. Ramirez-Coll<br>P.O. Box 13128<br>San Juan PR 00908 | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com | Email |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc. | Apartado Postal 2227<br>Mayagüez PR 00681 | | First Class Mail |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709<br>Ponce PR 00733-1709 | Marieli.Paradizo@ponce.pr.gov | First Class Mail |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco<br>Edificio Union Plaza, Piso 17, Oficina 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan PR 00918 | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, CSP | Attn: A.J. Bennazar-Zequeira<br>Apartado Postal 194000 #212<br>San Juan PR 00919-4000 | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org | Email |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com | Email |

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc., Plaintiff in Adversary Proceeding 17-00197 and Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091 | Bufete Emmanuelli, C.S.P. | Attn: Yasmin Colon Colon & Rolando Emmanuelli Jiménez<br>Urb. Constancia<br>2803 Calle San Francisco<br>Ponce PR 00717 | colonyasmin@hotmail.com<br>remmanuelli@me.com | Email |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. and Hermandad de Empleados del Fondo del Seguro del Estado, Inc, et al. Plaintiff in Adversary Proceeding 18-00091 | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq.<br>2803 Calle San Francisco<br>Ponce PR 00717 | jessica@bufete-emmanuelli.com | Email |
| Counsel to Hermandad de Empleados del Fondo del Seguro del Estado, Inc., known as Unión de Empleados de la Corporación del Fondo del Seguro del Estado, Asociación de Empleados Gerenciales del Fondo del Seguro del Estado Corp., and Unión de Médicos de la Corporación del Fondo del Seguro del Estado Corp. | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Yasmín Colón Colón, Jessica E. Méndez Colberg, Wilbert López Moreno<br>472 Ave. Tito Ca<br>Edificio Marvesa, Suite 1<br>Ponce PR 00732 | rolando@bufete-emmanuelli.com<br>yasmin@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., and Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp. | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Yasmín Colón Colón, Jessica E. Méndez Colberg, Wilbert López Moreno<br>PO Box 10779<br>Ponce PR 00732 | rolando@bufete-emmanuelli.com<br>yasmin@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com | Email |
| Counsel to Whitefish Energy Holdings, LLC | C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq.<br>San Jose Street #254, 5th Floor<br>San Juan PR 00901-1253 | condecarmen@condelaw.com<br>ls.valle@condelaw.com | Email |
| Counsel to Pattern Santa Isabel LLC | c/o Pattern Energy Group Inc. | Attn: General Counsel<br>Pier 1, Bay 3<br>San Francisco CA 94111 | daniel.elkort@patternenergy.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais & Nathan Bull<br>200 Liberty Street<br>New York NY 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br>NATHAN.BULL@CWT.COM | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia<br>P.O. Box 364966<br>403 Muoz Rivera Avenue<br>San Juan PR 00918-3345 | Adiaz@cnrd.com<br>Kbolanos@cnrd.com<br>avalencia@cnrd.com | Email |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC) | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez<br>PO Box 9023593<br>San Juan PR 00902-3593 | jf@cardonalaw.com | Email |
| Counsel to Cooperativa A/C Vegabajeña, Cooperativa A/C Roosevelt Roads, Quality Equipment, Inc., and Cooperativa A/C La Comerieña | Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | P.O. Box 9020895<br>San Juan PR 00902-0895 | quilichinipazc@microjuris.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 2 of 11

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu<br>PO Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br>mmier@cabprlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors, Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres & Alberto J. E. Añeses-Negrón, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan PR 00901-2419 | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com<br>ltorres@cstlawpr.com<br>AAneses@cstlawpr.com | Email |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse<br>United States District Court<br>500 Pearl St., Suite 3212<br>New York NY 10007-1312 | | Overnight Mail |
| Counsel to Arc American, Inc. | Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso<br>One Boland Drive<br>West Orange NJ 07052 | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com | Email |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Debevoise & Plimpton, LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com | Email |
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón<br>221 Ponce de León Avenue<br>5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com | Email |
| Counsel to Municipio de San Juan | Ferrari Law, PSC | Attn: Carla Ferrari-Lugo<br>PO Box 988<br>Aguadilla PR 00605-0988 | ferraric@ferrarilawpr.com | Email |
| Counsel to Pan American Grain Co., Inc. | Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq.<br>3415 Alejandrino Ave., Apt 703<br>Guaynabo PR 00969-4956 | figueroaymorgadelaw@yahoo.com | Email |
| Counsel to Whitefish Energy Holdings, LLC | Foley & Lardner LLP | Attn: Ann Marie Uetz Esq.<br>500 Woodward Ave., Suite 2700<br>Detroit MI 48226 | auetz@foley.com | Email |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales<br>Post Office Box 70364<br>San Juan PR 00936-8364 | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com | Email |

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ms. Marcia Gil Caraballo | Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez<br>P.O. Box 9024055<br>San Juan PR 00902-4055 | Jnieves@gonzalezmunozlaw.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes<br>200 Park Avenue<br>New York NY 10016 | Mitchelln@gtlaw.com<br>Clearyd@gtlaw.com<br>Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com | Email |
| Counsel to José Ramón Rivera Rivera, Ralphie Dominicci Rivera, Ángel R. Figueroa Jaramillo and Erasto Zayas López, Plaintiffs in Adversary Proceeding 18-00047 | Guillermo Ramos Luiña | P. O. Box 22763, UPR Station<br>San Juan PR 00931-2763 | gramlui@yahoo.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Hagens Berman Sobol Shapiro LLP | Attn: Elizabeth A. Fegan & Mark T. Vazquez<br>455 N. Cityfront Plaza Dr., Suite 2410<br>Chicago IL 60611 | beth@hbsslaw.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle WA 98101 | steve@hbsslaw.com | Email |
| Counsel to the Puerto Rico Energy Commission | HALS, PSC | Attn: Yarymar González Carrasquillo<br>P.O. Box 365061<br>San Juan PR 00936-5061 | ygc@rclopr.com<br>ygc1@prtc.net | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Ismael Marrero Rolon | Attn: Jane Becker Whitaker<br>PO Box 9023914<br>San Juan PR 00902 | janebeckerwhitaker@gmail.com | Email |
| Jaime Rodríguez Avilés, Interested Party | Jaime Rodríguez Avilés | P.O. Box 347<br>Yauco PR 00698 | | First Class Mail |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege<br>353 N. Clark Street<br>Chicago IL 60654 | mroot@jenner.com<br>csteege@jenner.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff<br>919 Third Ave<br>New York NY 10022-3908 | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com | Email |

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | JRJ Consultants & Legal Advisors, LLLC | Attn: Javier Rua-Jovet, Esq.<br>Centro De Seguros Bldg.<br>701 Ponce De Leon Ave., Ste 414<br>San Juan PR 00907 | javrua@gmail.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Karon LLC | Attn: Daniel R. Karon<br>700 W. St. Clair Ave., Suite 200<br>Cleveland OH 44113 | dkaron@karonllc.com | Email |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | Email |
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley, Gregory A. Horowitz, Natan Hamerman & Alice J. Byowitz<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com | Email |
| Counsel to Instituto De Competitividad Y Sostenibilidad Economica De Puerto Rico (ICSE) | Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait<br>701 Avenida Ponce De Leon<br>Edificio Centro De Seguros, Oficina 414<br>San Juan PR 00907 | agraitfe@agraitlawpr.com | Email |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian, the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | Law Offices of John E. Mudd | Attn: John E. Mudd<br>PO Box 194134<br>San Juan PR 00919 | jemudd@yahoo.com | Email |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | thomas.hommel@lehmanholdings.com<br>pamela.simons@lehmanholdings.com<br>abhishek.kalra@lehmanholdings.com | Email |
| Counsel to Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP) | Luis Fred Salgado, Esq. | PMB 15<br>267 Sierra Morena St.<br>San Juan PR 00926-5583 | luisfredsalgado@hotmail.com | Email |
| Counsel to Centro Del Sur Mall, LLC and 65 Infanteria Shopping Center, LLC | María Fernanda Vélez Pastrana | P.O. Box 195582<br>San Juan PR 00919-5582 | mfvelezquiebras@gmail.com | Email |

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Marini Pietrantoni Muñiz, LLC | Attn: Carolina Velaz-Rivero, Esq., Luis C. Marini-Biaggi, Esq., María Teresa Álvarez Santos, Esq.<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan PR 00917 | cvelaz@mpmlawpr.com<br>lmarini@mpmlawpr.com<br>malvarez@mpmlawpr.com | Email |
| Counsel to US Bank National Association as Indenture Trustee | Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq.<br>90 South Seventh Street, Suite 3300<br>Minneapolis MN 55402 | Clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach<br>270 Muñoz Rivera Avenue<br>Suite 7<br>Hato Rey PR 00918 | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach<br>PO Box 364225<br>San Juan PR 00936-4225 | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com | Email |
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com | Email |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com | Email |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez<br>Plaza 273 Suite 700<br>273 Ponce de León Ave.<br>Hato Rey PR 00917-1934 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com | Email |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com | Email |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez<br>American International Plaza<br>250 Munoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813 | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach CA 92660 | emckeen@omm.com<br>apavel@omm.com | Email |

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., & William J. Sushon<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer<br>400 South Hope Street<br>18th Floor<br>Los Angeles CA 90071 | roppenheimer@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Madhu Pocha<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles CA 90067-6035 | mpocha@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Peter Friedman<br>1625 Eye Street, NW<br>Washington DC 20006 | pfriedman@omm.com | Email |
| Counsel to Ismael Rivera Grau, Lourdes Morales Reyes, La Sociedad Legal de Gananciales Compuesta Por Ambos, Maria Elena Garcia Caballero T/C/C Maria E. Garcia, Elena Garcia Caballero, Luls Enrique Pacheco Núñez T/C/C Luls Pacheco Núñez, Hector Cesario Santiago Rivera, Virginia Diaz Delagdo, Félix Omar Colón Bernard, José Vázquez Feliciano, Marta Vázquez Torres, Neftaly Méndez Vázquez, Joseph Negrón Vázquez, and the Succession of Armando Negrón Vázquez Comprised by his heirs, Raymond Armando Negrón López and Alondra Janisse Negrón Santana, Rey Reyes Reyes, Ruth Rosado Berrios by herself and respresentation of her Son Janzel Daniel Quintana Rosado, Jetstream Federal Credit Union, Carmen Lydia Ríos Arroyo, Pablo Juan Ríos Arroyo, Elena Marie Marrero Ríos By Herself and in representation of her sons, Deborah Marie Santana Marrero and Erick Joel Santana Marrero, Lorna Lee Marrero Ríos by herself and in representation of her daughter Dariana Liz Marrero Marrero and Elena Arroyo Vázquez | Osvaldo Toledo Martinez, Esq. | PO Box 190938<br>San Juan PR 00919-0938 | toledo.bankruptcy@gmail.com | Email |
| Counsel to Samuel Rodriguez Claudio | Otero and Associates | Attn: George Otero Calero<br>P.O. Box 732<br>Bayamon PR 00960 | Otero_and_assoc@hotmail.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq.<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Nicholas Bassett<br>875 15th Street, N.W.<br>Washington DC 20005 | nicholasbassett@paulhastings.com | Email |

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Gregg M. Mashberg, Margaret A. Dale, Gregg M. Mashberg, Mark Harris<br>Eleven Times Square<br>New York NY 10036 | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen<br>One International Place<br>Boston MA 02110 | wdalsen@proskauer.com<br>MHackett@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Steven O. Weise<br>2049 Century Park East<br>32nd Floor<br>Los Angeles CA 90067-3206 | sweise@proskauer.com | Email |
| Debtors | Puerto Rico Electric Power Authority | Attention: Office Of The General Counsel<br>P.O. Box 364267<br>San Juan PR 00936-4267 | | First Class Mail |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Mohammad.Yassin@aafaf.pr.gov | Email |
| Counsel to Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista and Silvia Batista Castresana | Ramon Torres Rodriguez, Esq. | P.O. Box 361163<br>San Juan PR 00936-1163 | rtorres@torresrodlaw.com | Email |
| Counsel to Lord Electric Company of Puerto Rico | Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach<br>400 Juan Calaf PMB 232<br>San Juan PR 00918 | nrickenbach@rickenbachpr.com | Email |
| Counsel to US Bank, National Association and US Bank Trust, National Association, Each as Trustee for Various Bond Issues, Attorneys for U.S. Bank National Association, in its Capacity as Trustee | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan PR 00917-1212 | etulla@riveratulla.com<br>icabrera@riveratulla.com<br>marivera@riveratulla.com | Email |

Document Page 12 of 14

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to American Federation of State, County and Municipal Employees and Federación Central de Trabajadores, U.F.C.W., Local 481 | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero<br>PO Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com | Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier<br>2099 Pennsylvania Avenue, NW<br>Washington DC 20006-6807 | Douglas.Hallward-Driemeier@ropesgray.com | Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Keith.Wofford@ropesgray.com<br>Daniel.Egan@ropesgray.com | Email |
| Counsel for Filsinger Energy Partners, Inc. | Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet<br>270 Muñoz Rivera Avenue<br>San Juan PR 00918 | gviviani@sanpir.com<br>jreyes@sanpir.com | Email |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque<br>Garden Hills Sur<br>Guaynabo PR 00969 | Roy.purcell@scotiabank.com | Email |
| Scotiabank De Puerto Rico | Scotiabank De Puerto Rico | Scotiabank Plaza<br>290 Jesus T. Pinero Avenue<br>8th Floor<br>San Juan PR 00918 | Rgf@mcvpr.com | Email |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Shindler Anderson & Goplerud, P.C. | Attn: J. Barton Goplerud & Andrew Howie<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines IA 50265-5749 | jbgoplerud@sagwlaw.net<br>ahowie@sagwlaw.net | First Class Mail |
| Counsel to Sola Ltd, Solus Opportunities Fund 5 LP, and Ultra Master Ltd. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden<br>425 Lexington Avenue<br>New York NY 10017-3954 | squsba@stblaw.com<br>bfriedman@stblaw.com<br>nbaker@stblaw.com<br>edward.linden@stblaw.com | First Class Mail and Email |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978<br>San Juan PR 00908-3978 | MARIAE.HERNANDEZ@prepa.com | Email |

Case No. 17-03283 (LTS)

Page 9 of 11

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Vitol Inc. and Vitol S.A. | Skadden, Arps, Slate, Meagher & Floam LLP | Attn: Jay M. Goffman, Mark A. McDermott<br>Four Times Square<br>New York NY 10036-6522 | Jay.goffman@skadden.com<br>mark.mcdermott@skadden.com | Email |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | SREAEE | Edif. Juan Ruiz Vélez<br>Ave. Ponce de León 1110<br>Santurce PR 00907 | | First Class Mail |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervener in Adversary Proceeding 17-00250 | Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling & Sherry J. Millman<br>180 Maiden Lane<br>New York NY 10038 | cmechling@stroock.com<br>smillman@stroock.com | Email |
| Counsel to Vitol Inc. | Susman Godfrey LLP | Attn: Neal S. Manne, Michael C. Kelso<br>1000 Louisiana Street, Suite 5100<br>Houston TX 77002 | nmanne@susmangodfrey.com<br>mkelso@susmangodfrey.com | Email |
| TEC General Contractors, Corp. | TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias<br>Ave. Miramar, Bldg. 5, Suite 801<br>Paseo Caribe<br>San Juan PR 00901 | Saultoledo22@yahoo.com | Email |
| Counsel to Mutual Fund Group and Oppenheimer Funds, the Ad Hoc Group of PREPA Bondholders, and Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Cesar A. Lopez-Morales, Jean Lin & Laura Hunt<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington DC 20530 | Cesar.a.lopez-morales@usdoj.gov<br>Jean.lin@usdoj.gov<br>Laura.A.Hunt@usdoj.gov | Email |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward<br>950 Pennsylvania Ave., NW<br>Rm 3131<br>Washington DC 20530 | Thomas.g.ward@usdoj.gov | Email |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First Class Mail |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Daniel M. McDermott<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |

Exhibit A
PREPA Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Scotiabank De Puerto Rico | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Brian Bolin, Esq., Kim B. Goldberg, Esq., Angela K. Herring, Esq.<br>51 West 52nd Street<br>New York NY 10019 | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>Bbolin@wlrk.com<br>KBGoldberg@wlrk.com<br>AKHerring@wlrk.com | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, & Gregory Silbert<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com | Email |
| Counsel to Elias Sánchez-Sifonte, Attorneys for Defendants State Insurance Fund Corporation and Jesús M. Rodríguez Rosa. | Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba<br>González-Padín Building - Penthouse<br>154 Rafael Cordero Street, Plaza de Armas<br>Old San Juan PR 00901 | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com | Email |
| Counsel to KDC Solar, LLC | Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq.<br>200 Madison Ave<br>Morristown NJ 07960 | JLawlor@wmd-law.com | Email |