October 3, 2018 <u>Sent via Email</u>

Hon. Laura Taylor Swain
U.S. District Court S.D.N.Y.
500 Pearl Street
New York, NY 10007

My name is Stephen T. Mangiaracina, Esq.  I am a COFINA junior bondholder.

In my October 1, 2018 letter to your attention, I failed to include a reference to an amicus curiae brief filed on June 29, 2018- U.S. Court of Appeals for the 1st Circuit.  It was filed on behalf of Rob Bishop, Chairman, Committee of Natural Resources, U.S. House of Representatives.  It was submitted on the appeal from your decision, Case No. 18-1214 AMBAC ASSURANCE CORPORATION v. COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD et al.

It is offered in further support of the relief requested in my October 1, 2018 letter.  I particularly refer the Court to page 10-16 of Chairman Bishop's brief.

My concerns that I have expressed to you have been copied to him.

Thank you.

Stephen T. Mangiaracina, Esq.
5 Salem Road
Hilton Head Island, SC 29928
(843) 785-5800 Phone
(843) 785-4100 Fax