**Stephen T. Mangiaracina, Esq.**
**5 Salem Road**
**Hilton Head Island, SC 29928**
**(843) 785-5800 Phone**
**(843) 785-4100 Fax**

October 11, 2018

Rob Bishop, Chairman
Committee of Natural Resources
U.S. House of Representatives
123 Cannon Building
Washington, DC 20515

       RE:  Puerto Rico Bankruptcy-Request for Referral to the Department of Justice

Dear Congressman Bishop:

  On October 3, 2018 I wrote to you regarding the above. I included letters to Judge Laura Taylor Swain dated October 3, 2018, October 1, 2018 and September 20, 2018.

  Please find enclosed a copy of my letter to Judge Swain, dated today.

  Again, I ask you to please help.

  Thank you.


Stephen T. Mangiaracina, Esq.
5 Salem Road
Hilton Head Island, SC 29928
(843) 785-5800 Phone
(843) 785-4100 Fax


Enclosure