UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### MOTION TO RESIGN LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney, and very respectfully states and prays as follows:

1. PLEASE TAKE NOTICE that Yasmín Colón Colón hereby respectfully withdraws her appearance as counsel for UTIER, a creditor and party-in-interest in the above-captioned Title III cases, and requests removal from service of any further pleadings in connection with these matters. Nor the appearances by other attorneys of Bufete Emmanuelli, C.S.P. or the firm's representation of such client are unaffected by this request.

2. The undersigned attorney is currently being notified of all motions, orders and other documents filed in cases no. 17-03283-LTS. For the foregoing reasons, it is respectfully

---

[1] The Debtors in the underlying Title III case, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

requested that the court allow the undersigned to withdraw as UTIER's counsel and cease its notifications in these cases to undersigned's e-mail addresses.

**WHEREFORE,** the undersigned attorney very respectfully requests that the court **GRANT** this motion, allow the undersigned to withdraw as counsel, and cease its notifications to the undersigned's e-mail addresses of all documents filed in cases no. 17-03283-LTS.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF which will send notification of such filing to all interested parties and CM/ECF participants.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. Paper copies have been mailed pursuant to Section II of the *Seventh Amended Notice, Case Management and Administrative Procedures*:

(i) Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to the chambers):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

In Ponce, Puerto Rico, this 13th day of November, 2018.

/s/Yasmín Colón Colón
YASMIN COLON COLON
USDC 230814
PO Box 10779
Ponce, PR 00732
Tel. (787) 848-0666  Fax (787) 841-1435
E-mail: yasmin@bufete-emmanuelli.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## {PROPOSED} ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY AND TO CEASE NOTIFICATIONS

This matter is before the court on attorney Yasmín Colón Colón Motion to Withdraw as Attorney and Requesting Order to Cease Notifications. Finding good cause for the requested relief, this Court **GRANTS** the Motion. Accordingly:

1. Attorney Yasmín Colón Colón is allowed to withdraw as counsel for Creditor/Party in interest UTIER in cases no. 17-3283 (LTS).

2. Attorney Yasmín Colón Colón will be removed from the list of persons to be notified of all documents electronically filed in this case.

3. The appearances by other attorneys of Bufete Emmanuelli, C.S.P. are unaffected by this request.

This Order resolves Dkt. No. _____.

Dated: November \_\_\_\_, 2018

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE