# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This filing relates to COFINA only<br><br>**CERTIFICATE OF SERVICE: OBJECTION OF THE BANK OF NEW YORK MELLON, AS TRUSTEE, TO THE DISCLOSURE STATEMENT FOR THE TITLE III PLAN OF ADJUSTMENT OF THE DEBTS OF PUERTO RICO SALES TAX FINANCING CORPORATION** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 13, 2018, OBJECTION OF THE BANK OF NEW YORK MELLON, AS TRUSTEE, TO THE DISCLOSURE STATEMENT FOR THE TITLE III PLAN OF ADJUSTMENT OF <u>THE DEBTS OF PUERTO RICO SALES TAX FINANCING CORPORATION</u> [ECF No. 4210 for Case No. 17 BK3283-]TS; and, ECF No. 324 for Case No. 17 BK 3284-LTS] (the "Objection") was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also hereby certifies that on that same date, two copies of the Objection were sent by U.S. mail to the Chambers of the Hon. Laura Taylor Swain at:

> **United States District Court**
> **Daniel Patrick Moynihan Courthouse**
> **500 Pearl St., Suite 3212**
> **New York, NY 10007-1312**

and one copy to the Hon. Judith Gail Dein at:

> **United States District Court District of Massachusetts**
> **John Joseph Moakley US Courthouse**
> **1 Courthouse Way Suite 6420**
> **Boston, MA 02210**

and one copy to the U.S. Trustee for the District of Puerto Rico at:

> **US Trustee for the District of Puerto Rico**
> **Edificio Ochoa**
> **500 Tanca Street, Suite 301**
> **San Juan, P.R. 00901-1922**

Dated: November 13, 2018

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret-Fuentes*
Elaine Maldonado-Matías
USDC-PR No. 217309
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
José Javier Santos Mimoso
USDC-PR Bar No. 208207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: emaldonado@smclawpr.com
Email: acouret@smclawpr.com
Email: jsantos@smclawpr.com