# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2018, a copy of the Motion for Relief from Stay at Docket No. 4211 (the "Motion") was served upon all current ECF participants in this case via the Court's CM/ECF System. The undersigned further certifies that on November 13, 2018, a copy of the Motion was sent via U.S. Mail to the Chambers of the Honorable Laura Taylor Swain at:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312

and one copy to the U.S. Trustee for Region 21 at:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Office of the United States Trustee for Region 21
Edificio Ochoa 500 Tanca Street, Suite 301
San Juan, P.R. 00901-1922

Respectfully submitted this November 13, 2018, by,

**ALDARONDO & LÓPEZ BRAS, P.S.C.**
ALB Plaza, Suite 400,
#16 Carr.199
Guaynabo, Puerto Rico 00969
Tel. 787-474-5447 / Fax. 787-474-5451

*s/ David Rodríguez-Burns*
DAVID RODRÍGUEZ-BURNS
USDCPR No. 212505
E-mail – drodriguez.alb@gmail.com