UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                      Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER TERMINATING URGENT MOTION
FOR RELIEF FROM STAY TO CONTINUE EMPLOYMENT DISCRIMINATION CASE

The Court received the *Urgent Motion for Relief from Stay to Continue Employment Discrimination Case* (Docket Entry No. 4012 in Case No. 17-3283, the "Motion") filed by Luz Pizarro-Correa (the "Movant") on October 4, 2018. Pursuant to 11 U.S.C. § 362(e)(1) and before any reply papers were filed, the statutory stay terminated on November 3, 2018. Because the stay has expired, the Motion is moot, and the Court makes no determination with respect to the merits of the Motion.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Clerk of Court is ordered to terminate the Motion without prejudice to the Debtor's ability to make an application to this Court seeking other appropriate relief. In any such application, the Debtor must address the fact that Movant seeks reinstatement in addition to monetary damages in its analysis balancing the harms to both parties. See <u>In re Fin. Oversight & Mgmt. Bd. for P.R.</u>, No. 17 BK 3283-LTS, 2017 WL 7156236 (D.P.R. Aug. 11, 2017).

SO ORDERED.

Dated: November 13, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge