# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.[1]

: PROMESA
: Title III
:
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)
:
:

------------------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

     Debtor.

: PROMESA
: Title III
:
:
: Case No. 17-BK-3284 (LTS)
:
:
:
:

------------------------------------------------------------------------- x

## AMENDED INFORMATIVE MOTION OF OFFICIAL UNSECURED CREDITORS COMMITTEE IN ITS STATUTORY CAPACITY AND AS COMMONWEALTH AGENT REGARDING NOVEMBER 20, 2018 HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all Title III Debtors (other than

COFINA) (the "Committee"), in its statutory capacity and as the Commonwealth Agent

(together with the Committee, the "Commonwealth Agent") with respect to the

"Commonwealth-COFINA Dispute," as defined in the *Stipulation and Order Approving*

*Procedure to Resolve Commonwealth-COFINA Dispute* [Docket No. 996 in Case No. 17-3283

(LTS)] (the "Stipulation"), hereby submits this informative motion in response to the Court's

*Order Regarding Procedures for Attendance, Participation and Observation of the November*

*20, 2018 Hearing,* dated November 14, 2018 [Case No. 17-3283, Docket No. 4224 and Case No.

17-3284, Docket No. 327] (the "Scheduling Order") and respectfully states as follows:

1.      Luc A. Despins of Paul Hastings LLP will appear in person on behalf of the

Commonwealth Agent at the Hearing (as defined in the Scheduling Order) in Courtroom 17C of

the United States District Court for the Southern District of New York, Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, NY, and address, as necessary, the following matters:

(a)     *Puerto Rico Sales Tax Financing Corporation's Motion for Order (I) Approving*

*Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving*

*Confirmation Hearing Notice, (IV) Approving Solicitation Packages and*

*Distribution Procedures, (V) Approving Forms of Ballots and Election Notices,*

*and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status,*

*(VII) Fixing Voting and Election Deadlines, and (VIII) Approving Vote*

*Tabulation Procedures* [Case No. 17-3283, Docket No. 4075; Case No. 17-3284,

Docket No. 307];

2

(b)     Any objections, responses, statements, joinders, or replies to any of the foregoing

pleadings; and

(c)     Any statements made by any party in connection with the title III cases or any

adversary proceeding pending therein.

2.     In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and

one of his co-counsel will also be attending, on behalf of the Commonwealth Agent, the Hearing

in San Juan, Puerto Rico.


[*Remainder of page intentionally left blank.*]

WHEREFORE, the Commonwealth Agent respectfully requests that the Court take

notice of the above.


Dated:  November 15, 2018          */s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com


*Counsel to the Commonwealth Agent and the Official
Committee of Unsecured Creditors*

- and -

*/s/ Juan J. Casillas*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Commonwealth Agent and the
Official Committee of Unsecured Creditors*

4