**EXHIBIT H**

# REQUEST FOR PROPOSAL 2018-001

## Defined Contribution Plan Implementation, Administration & Management

The Retirement Board of the Government of Puerto Rico (the "Retirement Board") is requesting proposals from qualified parties interested in undertaking the implementation, administration and management of a newly created Defined Contribution Plan for government employees pursuant to Act No. 106 of August 23, 2017. The Defined Contribution Plan will cover more than 110,000 active participants. The RFP process will include a General Information Session and a Site Visit for finalists.

**The estimated schedule for the RFP process is as follows:**

| ACTIVITY | DATE |
|---|---|
| Request for Proposal issued. | Friday, September 28, 2018 |
| Electronic copy of proposal due by 5:00 p.m. AST per the RFP submission procedures | Tuesday, October 31, 2018 |

For more information in regard to the RFP documents and timeline please visit the following webpages: www.retiro.pr.gov, www.srm.pr.gov and www.aafaf.pr.gov.



Luis M. Collazo Rodríguez, Esq.
Executive Director

**GOVERNMENT OF PUERTO RICO**
RETIREMENT BOARD OF THE GOVERNMENT OF PUERTO RICO



# AVISO DE SOLICITUD DE PROPUESTAS 2018-001

## Implementación, Administración y Manejo de Plan de Contribución Definida

La Junta de Retiro del Gobierno de Puerto Rico (la "Junta de Retiro"), solicita propuestas por partes cualificadas e interesadas para la implementación, administración y manejo de un Plan de Contribución Definida, el cual fue recientemente creado para los empleados del Gobierno de Puerto Rico, conforme a lo dispuesto en la Ley Núm. 106 del 23 de agosto de 2017. El Plan de Contribución Definida cubrirá más de 110,000 participantes activos. El proceso de Solicitud de Propuesta incluirá una sesión de información general y una visita a las instalaciones de los finalistas.

| Alguna de las fechas de vital importancia para esta Solicitud de Propuesta: | |
|---|---|
| **ACTIVIDAD**<br>Emisión de Solicitud de Propuestas | **FECHA**<br>Viernes, 28 de septiembre, 2018 |
| **ACTIVIDAD**<br>Copia electrónica de la Propuesta debe ser sometida en o antes de las 5:00 p.m. de la manera establecida en los Procedimientos de Envío de la Solicitud de Propuesta. | **FECHA**<br>Martes, 31 de octubre de 2018 |

**Para más información relacionada a la Solicitud de Propuestas y fechas de relevancia puede visitar las siguientes páginas electrónicas:** www.retiro.pr.gov, www.srm.pr.gov y www.aafaf.pr.gov.



**Lcdo. Luis M. Collazo Rodríguez**
Director Ejecutivo

GOBIERNO DE PUERTO RICO
JUNTA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

