## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br>Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3284-LTS |

**INFORMATIVE MOTION IN COMPLIANCE WITH COURT ORDER
AS PER DOCKET NO. 4224 AND
TO INFORM APPEARANCE ON HEARING FOR
CREDIT UNIONS WHO ARE CREDITORS IN THIS CASE**

To the Honorable United States District Court Judge Laura Taylor Swain

COME NOW, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano and Cooperativa de Ahorro y Crédito de Juana Díaz (hereafter referred to as ("Credit Unions"), by and through the undersigned counsel, who hereby files this informative motion in compliance with this Court's Order Regarding Procedures for Attendance, Participation and Observation of the November 20, 2018 Hearing ("Scheduling Order") [Docket 327 in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

Case no. 17-3284] respectfully state as follows:

1. The undersigned counselors inform that Wigberto Lugo Mender, Esq. or Alexis A. Betancourt Vincenty, Esq. will appear in person on behalf of the "Credits Unions" at the hearing scheduled for November 20, 2018 at 10:30 a.m. (Atlantic Standard Time) in the Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 regarding the *Disclosure Statement for the Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation* dated October 19, 2018 [Docket No. 307 in Case No. 17-3284] and the *Objection to the Disclosure Statement by Four Credit Unions Who Are Creditors in this Case* [Docket No. 328 in Case No. 17-3284].

2. The "Credits Unions" reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above captioned Title III case.

**WHEREFORE**, the Credit Unions respectfully request this Honorable Court take notice of its compliance with the Scheduling Order.

## CERTIFICATE OF SERVICE

WE hereby certify that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 16th day of November of 2018.

*Lugo Mender Group, LLC*
Attorney for Credit Unions
100 Carr. 165 Suite 501
Guaynabo, P.R. 00968-8052
Tel.: (787) 707-0404
Fax: (787) 707-0412

*S/ Wigberto Lugo Mender*
Wigberto Lugo Mender
USDC-PR 212304
wlugo@lugomender.com

*S/ Alexis A. Betancourt Vincenty*
Alexis A. Betancourt Vincenty
USDC-PR No. 301304
a_betancourt@lugomender.com

Dated: November 16, 2018
San Juan, Puerto Rico