# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Jointly Administered)

---------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION*,*

     Debtor.

PROMESA
Title III

Case No. 17-BK-3284 (LTS)

---------------------------------------------------------------- X

## INFORMATIVE MOTION OF BETTINA M. WHYTE, IN HER CAPACITY AS AGENT FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), REGARDING APPEARANCE AT THE NOVEMENBER 20, 2018 HEARING

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of the November 20, 2018 Hearing* [Docket No. 327, Case No. 17-03284], Bettina M.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Whyte, in her capacity as the Court-appointed representative ("COFINA Agent") for COFINA in the Commonwealth-COFINA Dispute, respectfully notifies the Court of her intent to attend the hearing on November 20, 2018.  Joseph G. Minias of Willkie Farr & Gallagher LLP intends to appear at the United States District Court for the Southern District of New York and will be available to the extent the Court has any questions for counsel to the COFINA Agent but does not anticipate appearing on any substantive matters.  In compliance with Local Civil Rule for the U.S. District Court for the District of Puerto Rico 83-A(f), local counsel for the COFINA Agent, Nilda M. Navarro-Cabrer or an associate, will attend the hearing at the United States District Court for the District of Puerto Rico.

Dated:  November 16, 2018
        New York, New York

Respectfully submitted,

By:  /s/ Nilda N. Navarro-Cabrer
    Nilda M. Navarro-Cabrer
    (USDC – PR No. 201212)
    **NAVARRO-CABRER LAW
    OFFICES**
    El Centro I, Suite 206
    500 Muñoz Rivera Avenue
    San Juan, Puerto Rico 00918
    Telephone:  (787) 764-9595
    Facsimile:  (787) 765-7575
    Email:  navarro@navarrolawpr.com

    *Local Counsel to the COFINA Agent*

Respectfully submitted,

By:  /s/ Joseph G. Minias
    Matthew A. Feldman (*pro hac vice*)
    Joseph G. Minias (*pro hac vice*)
    Antonio Yanez, Jr. (*pro hac vice*)
    Martin L. Seidel (*pro hac vice*)
    James C. Dugan (*pro hac vice*)
    Paul V. Shalhoub (*pro hac vice*)
    **WILLKIE FARR & GALLAGHER LLP**
    787 Seventh Avenue
    New York, New York 10019
    Telephone:  (212) 728-8000
    Facsimile:  (212) 728-8111
    Email:  mfeldman@willkie.com
        jminias@willkie.com
        ayanez@willkie.com
        mseidel@willkie.com
        jdugan@willkie.com
        pshalhoub@willkie.com

    *Counsel to the COFINA Agent*

Kenneth N. Klee (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
**KLEE, TUCHIN, BOGDANOFF &
STERN LLP**
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
Email:  kklee@ktbslaw.com
dbussel@ktbslaw.com
jweiss@ktbslaw.com

*Special Municipal Bankruptcy
Counsel to the COFINA Agent*