Hearing Date: **January 16, 2019 at 9:30 a.m. (AST)**
Objection Deadline: **November 16, 2018 at 5:00 p.m. (AST)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
-------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.,*

        Debtors.[1]

PROMESA
Title III

Case No. 17-BK-03283-LTS

(Jointly Administered)

_____

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF
PUERTO RICO, as agent of

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

        Plaintiff,

v.

BETTINA WHYTE, as agent of

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    as representative of

THE PUERTO RICO SALES TAX FINANCING
CORPORATION,

        Defendant.

Adv. Proc. No. 17-00257 (LTS)

-------------------------------------------------------------------------x

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

01018027.1

**JOINDER OF FEDERACIÓN CENTRAL DE TRABAJADORES, U.F.C.W., LOCAL 481 ("FCT") TO THE OBJECTION OF SEIU AND UAW TO COMMONWEALTH OF PUERTO RICO'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ORDER APPROVING SETTLEMENT
BETWEEN COMMONWEALTH OF PUERTO RICO AND PUERTO RICO SALES TAX FINANCING CORPORATION [DOCKET ENTRY 4067]**

Federación Central de Trabajadores, U.F.C.W., Local 481 ("FCT") hereby joins the November 15, 2018 Objection ("Objection") of Service Employees International Union ("SEIU") and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) ("UAW") [Docket No. 4233] to the October 19, 2018 *Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico's Sales Tax Financing Corporation* [Docket Entry No. 4067]. For the reasons stated in the Objection, Federación Central de Trabajadores, U.F.C.W., Local 481 ("FCT") requests that the Court deny the Commonwealth's motion for approval of the settlement.

Dated: November 16th, 2018

                            Respectfully submitted,

                            **/s/ ROSA M. SEGUÍ-CORDERO**

                            Attorney for Federación Central de Trabajadores, U.F.C.W., Local 481

By:    Rosa M. Seguí-Cordero
        USDC-PR-222013

        Rodríguez Banchs, CSP
        P.O. Box 368006
        San Juan, Puerto Rico 00936-8006
        (787) 764-8896 (Telephone)
        (787) 721-0975 (Facsimile)
        rosasegui@yahoo.com

2

**I HEREBY CERTIFY** that on this 16th day of November 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify all counsel of record and caused to be mailed or emailed a copy, as provided in the Court-approved Case Management Procedures in this case.

Dated: November 16, 2018 /s/ Rosa M. Seguí-Cordero

2