# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | Case No. 17-03283 (LTS) |
| as representative of | (Jointly Administered) |
| PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") | |
| Debtor[1] | |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT

The undersigned hereby certifies that I caused true and correct copies of the *Second Interim Fee Application of Filsinger Energy Partners for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred As Chief Financial Advisor to Puerto Rico Electric Power Authority ("PREPA") for the Period from February 1, 2018 through May 31, 2018* as Dkt. No. 3526 in Case No. 17-03283 (LTS) and as Dkt. No. 914 in Case No. 17-04780 (LTS) (the "Application"), to be served in the following manner on November 16, 2018:

1. Electronically through the Court's CM/ECF system in Case No. 17-03283 (LTS) and in Case No. 17-04780 (LTS);

2. By email to each of the parties listed in **Exhibit A** attached hereto;

3. By U.S. mail to each of the parties listed in **Exhibit B** attached hereto, and;

---

[1] The last four (4) digits of PREPA's federal tax identification number are 3747.

4. By FedEx overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of November, 2018.

SANCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. 787-522-6776
Fax 787-522-6777

/s/ *Gustavo Viviani-Meléndez*
Gustavo Viviani-Meléndez
USDC-PR 229513
gviviani@sanpir.com

/s/ *Janelle Reyes-Maisonet*
Janelle Reyes-Maisonet
USDC-PR 231102
jreyes@sanpir.com

*Counsel for Filsinger Energy Partners, Inc.*