# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br>Debtor[1] | PROMESA Title III<br><br>Case No. 17-BK-03283-LTS<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br>as agent of,<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of,<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>Plaintiff<br><br>v.<br><br>BETTINA WHYTE,<br>as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br>Defendant. | Adv. Proc. No. 17-00257 (LTS) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

COMES NOW, Federación de Maestros de Puerto Rico, creditor and party in interest, through its undersigned attorneys, and before this Honorable Court very respectfully states and prays:

1. The undersigned have been retained to represent the appearing party in the above captioned case.

2. The contact information of Federación de Maestros de Puerto Rico, the requesting party, is as follows:

   i) Physical Address:

   Federación de Maestros de Puerto Rico
   Urbanización El Caribe No. 1572,
   Ponce de León Avenue, San Juan, P.R. 00927

   ii) Postal Address and Email: legal.fmpr@gmail.com

   Federación de Maestros de Puerto Rico
   Urbanización El Caribe No. 1572,
   Ponce de León Avenue, San Juan, P.R. 00927.

   iii) Federación de Maestros de Puerto Rico counsels:

   Bufete Emmanuelli, C.S.P.
   P.O. Box 10779
   Ponce, Puerto Rico 00732
   Tel.: 787-848-0666
   Fax: 1-787-841-1435
   E-mail: rolando@bufete-emmanuelli.com
   jessica@bufete-emmanuelli.com
   notificaciones@bufete-emmanuelli.com

3. Hence, the undersigned request from this Honorable Court, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and the *Seventh Amended Notice, Case Management and Administrative Procedures* (In Re: Commonwealth of Puerto Rico (17-03283-LTS) Docket No. 4086, to accept this notice as a formal appearance in the captioned case and that he be notified with copy of all filings in the case.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of

the above for all relevant purposes.

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. Paper copies have been mailed pursuant to Section II of the *Seventh Amended Notice, Case Management and Administrative Procedures*:

(i) Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to the chambers):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

In Ponce, Puerto Rico, this 16th day of November 2018.

/s/Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica E. Méndez Colberg
USDC: 302108

Bufete Emmanuelli, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435
E-mail: rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com

3