UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION,

    Debtor.

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3284-LTS

---

**INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD REGARDING NOVEMBER 20, 2018
<u>COFINA DISCLOSURE STATEMENT APPROVAL MOTION HEARING</u>**

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's Order and Notice of Hearing [Case No. 17-3284, ECF No. 327], the Financial Oversight and Management Board for Puerto Rico (the "<u>FOMB</u>"), as the representative of the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), and the Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>"), by and through the FOMB, as the Debtors'

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

representative, pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), as codified at 48 U.S.C. §§ 2101-2241, respectfully states as follows:

1. The FOMB intends to present oral argument at the hearing in connection with the motion seeking the approval of COFINA Disclosure Statement to be held by the Court on **November 20, 2018 at 10:30 a.m. (AST)**

2. Counsel to present argument: Martin J. Bienenstock, Brian S. Rosen, and Timothy Q. Karcher

3. Counsel observing Hearing in New York: Chris Theodoridis

4. Counsel observing hearing in San Juan: Hermann D. Bauer

5. Party for which counsel will appear: The FOMB

Dated: November 16, 2018
New York, NY

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Steven L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico*

103965604v2