# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | Worked and Billed in 2017 (excluding Restructuring lawyers) | Billed in this Fee Application |
| **Partner** | | **$784** | **$994.04** |
| | Partner – Sr. (20+ years) | $868 | $1,118.42 |
| | Partner – Mid (13-19 years) | $750 | $887.03 |
| | Partner – Jr. (0-12 years) | $658 | $850 |
| **Associate** | | **$505** | **$689.31** |
| | Associate – Sr. (5+ years) | $559 | $845 |
| | Associate – Mid (4-5 years) | $553 | $684.48 |
| | Associate – Jr. (0-3 years) | $481 | $482.74 |
| **Paralegal** | N/A | $284 | $364.24 |
| **Project Assistant** | N/A | $203 | $220 |
| **Other** | N/A | $323 | $537.60 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $925.57 |
| **Blended Rate for all Attorneys with 15% discount** | | | $786.73 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $775.39 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $659.08 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Jenner & Block LLP
Date of Application: November 16, 2018
Interim or Final: Interim