# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2018) | Total Billed Hours (2018) | Total Fees Requested |
|---|---|---|---|---|---|---|
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,150 | 44.00 | $50,600.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,100 | 509.60 | $560,560.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $890 | 134.60 | $119,794.00 |
| KERI HOLLEB HOTALING | Partner | 2000 | Complex Commercial Litigation | $850 | 44.40 | $37,740.00 |
| CARTER H. KLEIN | Partner | 1972 | Corporate | $775 | 0.60 | $465.00 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring & Bankruptcy | $1,300 | 59.90 | $77,870.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $850 | 211.30 | $179,605.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $890 | 418.70 | $372,643.00 |
| MICHELE L. SLACHETKA | Partner | 2008 | Complex Commercial Litigation | $850 | 0.40 | $340.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,100 | 145.30 | $159,830.00 |
| WILLIAM K. DREHER | Associate | 2013 | Appellate & Supreme Court Practice | $725 | 85.90 | $62,277.50 |
| SAMUEL JAHANGIR | Associate | 2016 | Litigation | $545 | 14.20 | $7,739.00 |
| NATACHA Y. LAM | Associate | 2014 | Litigation | $605 | 43.80 | $26,499.00 |
| KATHERINE A. ROSOFF | Associate | 2017 | Litigation | $490 | 52.40 | $25,676.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $845 | 187.00 | $158,015.00 |
| WILLIAM A. WILLIAMS | Associate | 2018 | Restructuring & Bankruptcy | $465 | 71.30 | $33,154.50 |
| ALEXIS GABAY | Staff Attorney | N/A | Litigation | $435 | 127.80 | $55,593.00 |
| LAURA E. PELANEK | Staff Attorney | 2004 | Litigation | $475 | 402.70 | $191,282.50 |
| AMANDA E. FACTOR | Paralegal | N/A | Litigation | $340 | 16.10 | $5,474.00 |
| CASEY J. GIOIELLI | Paralegal | N/A | Litigation | $340 | 3.80 | $1,292.00 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $370 | 98.10 | $36,297.00 |
| MICHAELA E. NOVAKOVIC | Paralegal | N/A | Litigation | $310 | 3.00 | $930.00 |
| CHERYL L. OLSON | Paralegal | N/A | Litigation | $370 | 14.00 | $5,180.00 |
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $340 | 0.30 | $102.00 |
| MARY E. RUDDY | Library Services | N/A | Information Services | $340 | 2.30 | $782.00 |
| ASHLEIGH N. HONESTY | Project Assistant | N/A | Litigation | $210 | 1.50 | $315.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MARC A. PATTERSON | Project Assistant | N/A | Restructuring and Bankruptcy | $220 | 101.80 | $22,396.00 |
| NORA M. PERALTA | Project Assistant | N/A | Restructuring and Bankruptcy | $210 | 0.80 | 168.00 |
| ADAM H. WEIDMAN | Project Assistant | N/A | Litigation | $210 | 1.50 | 315.00 |
| ANNETTE M. YOUNG | Project Assistant | N/A | Litigation | $220 | 7.70 | 1,694.00 |
| ZULAIKHA MASTER | Associate Director of Litigation Support | N/A | Litigation Support | $370 | 3.00 | 1,110.00 |
| JAMES P. WALSH | Administrator | N/A | Information Services | $340 | 1.50 | 510.00 |
| **Sub-Total*** | | | | | **2809.30** | **2,196,248.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $301,502.89 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $93,115.00 |
| **Total** | | | | | | 1,801,630.61 |

3