# EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| Audiovisual | $3,100.74 |
| B&W Copy | $2,974.00 |
| Business Meals | $280.00 |
| Color Copy | $569.00 |
| Court Fees | $600.00 |
| In-City Transportation | $112.78 |
| Lexis Research | $804.64 |
| Other Professional Services - Transperfect Translations; Marketing Center | $48,665.30 |
| Pacer Charges | $125.40 |
| PDA/Wireless Charges | $53.85 |
| Postage Expense | $388.95 |
| Special Messenger Service | $20.37 |
| Special Search - Independence Legal Support, LLC | $50.00 |
| Telephone Expense | $477.92 |
| Transcripts - Court Appearance- Deposition | $1,708.44 |
| UPS | $235.65 |
| Westlaw Research | $7,130.24 |
| **Travel** | |
| Airfare | $14,078.28 |
| Ground Transportation | $1,530.36 |
| Hotel | $15,686.73 |
| Meals | $9,589.27 |
| Parking | $180.00 |
| Rail | $625.00 |
| **TOTAL** | **$ 108,986.92** |