# EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| ADV. PROC. 17-189 – ACP Master LTD. | 191.30 | $148,079.50 |
| ADV. PROC. 17-213 – ERS v. ALTAIR | 64.40 | $55,895.50 |
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 2.40 | $1,886.00 |
| ADV. PROC. 17-228, 17-229 - UTIER | 1.90 | $1,691.00 |
| ADV. PROC. 17-257 – UCC v. WHYTE | 131.90 | $144,520.50 |
| ADV. PROC. 17-151, 17-152 - PEAJE | 3.80 | $3,691.50 |
| ADV. PROC. 17-155, 17-156, 17-159 AMBAC; ASSURED | 2.20 | $1,063.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 254.40 | $162,846.50 |
| CHALLENGES TO PROMESA | 226.00 | $205,983.50 |
| CLAIMS ISSUES | 2.40 | $2,359.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 229.60 | $225,858.50 |
| COMMUNICATIONS WITH RETIREES | 12.80 | $12,085.00 |
| COURT HEARINGS | 46.20 | $45,996.50 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 1.40 | $1,540.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 64.60 | $48,699.50 |
| EMPLOYMENT OF PROFESSIONALS (OTHER PROFESSIONALS) | 141.40 | $105,758.00 |
| ERS BOND ISSUES | 67.70 | $52,272.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 229.90 | $209,578.00 |
| GO BONDS ISSUES | 2.30 | $2,024.50 |
| HEALTHCARE/OPEB ANALYSIS | 3.90 | $4,290.00 |
| MEDIATION | 17.50 | $19,315.00 |
| PENSION ANALYSIS | 36.60 | $39,131.50 |
| PREPA | 17.50 | $16,382.50 |
| RULE 2004 INVESTIGATION | 867.90 | $499,070.50 |
| NON-WORKING TRAVEL TIME | 189.30 | $186,230.00 |
| **Sub-Total*** | 2,809.3 | $2,196,248.50 |
| Less 15% Fee Discount on all matters except – Non Working travel | | $301,502.89 |
| Less 50% Discount on Non-Working Travel | | $93,115.00 |
| **Total** | | **$1,801,630.61** |