# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# JUNE 2018

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**     **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---|
| 3/05/18 | Transcripts - Deposition; VERITEXT; 03/05/2018; Transcript Fee - Deposition of Robert Attmore. | 1,585.14 |
| 5/27/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 05/27/2018; Spanish/ English Translation 5/23/18. | 375.00 |
| 6/04/18 | Color Copy | 9.00 |
| 6/04/18 | B&W Copy | 2.80 |
| 6/06/18 | Color Copy | 8.00 |
| 6/06/18 | B&W Copy | 6.40 |
| 6/06/18 | B&W Copy | 1.90 |
| 6/08/18 | Telephone Expense; Elan Corp Payments; 05/27/2018; Pripusich 5/18 Stmt; Telephonic Hearing; 05/21/2018 | 70.00 |
| 6/08/18 | Telephone Expense; Elan Corp Payments; 05/27/2018; Pripusich 5/18 Stmt; Telephonic Hearing; 05/09/2018 | 70.00 |
| 6/10/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 06/10/2018, spanish/english translation 6/6/18. | 375.00 |
| 6/11/18 | Color Copy | 25.25 |
| 6/11/18 | Transcripts - Court Appearance; AMY WALKER; 06/11/2018; 06/06/18 Hearing Transcript. | 123.30 |
| 6/12/18 | Color Copy | 15.50 |
| 6/12/18 | Color Copy | 7.00 |
| 6/12/18 | Color Copy | .75 |
| 6/12/18 | B&W Copy | 22.30 |
| 6/12/18 | B&W Copy | 4.10 |
| 6/12/18 | 06/12/2018 UPS Delivery Service 1Z05V0A3NW99660467 | 17.27 |
| 6/13/18 | Taxi expenses, LANDON S. RAIFORD | 100.80 |
| 6/13/18 | Dinner meeting expense, LANDON S. RAIFORD, Robert Gordon, Hector Mayol, Francisco del Castillo 06/13/2018 | 160.00 |
| 6/13/18 | Lodging expense, LANDON S. RAIFORD, 06/13/2018 | 589.85 |
| 6/13/18 | Airfare expense, LANDON S. RAIFORD, 06/13/2018 | 1,401.71 |
| 6/13/18 | Color Copy | .25 |
| 6/14/18 | In-City Transportation, ROBERT D. GORDON, 06/06/2018; taxi expense from JFK. | 63.36 |
| 6/14/18 | Court Fees; BENNAZAR, GARCIA & MILIAN, C.S.P.; 06/14/2018; Pro Hac Vice - Landon Raiford; Pro Hac Vice - Keri L. Holleb Hotaling. | 600.00 |
| 6/14/18 | Airfare expense, ROBERT D. GORDON, 06/05-06/2018; San Juan, Puerto Rico; Hearing. | 1,320.30 |
| 6/14/18 | Airfare expense, ROBERT D. GORDON, 06/19-20/2018; San Juan, Puerto Rico; Hearing. | 1,285.30 |
| 6/14/18 | Travel, LINDSAY C. HARRISON, 01/09-10/2018; New York, NY; Hearing. | 1,026.59 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---|
| 6/14/18 | Business Meals, ROBERT D. GORDON, 05/15/2018; Business dinner with local counsel from Puerto Rico, Robert Gordon, Hector Mayol, Francisco del Castillo, Sean Gumbs, Richard Levin, Liz Park, Dora Grunwald. | 280.00 |
| 6/14/18 | Color Copy | 22.50 |
| 6/15/18 | Color Copy | 22.00 |
| 6/15/18 | B&W Copy | 10.10 |
| 6/18/18 | Crown Car & Limousine 07/02/2018: Car Service for Kerri Hollebhotaling on 06/18/2018 from Chicago Ohare International Airport to Evanston IL | 75.00 |
| 6/18/18 | Crown Car & Limousine 07/02/2018: Car Service for Kerri Hollebhotaling on 06/18/2018 from Evanston IL to Chicago Ohare International Airport | 75.00 |
| 6/18/18 | Color Copy | 80.00 |
| 6/18/18 | PDA/Wireless Charges, ROBERT D. GORDON, 06/18/2018, San Juan Puerto Rico, 6/5-6/6/18, hearing | 4.95 |
| 6/18/18 | B&W Copy | 10.40 |
| 6/20/18 | Travel; Elan Corp Payments; 05/27/2018; Ultramar 5/18 Stmt; Cathy Steege; Lodging; Sheraton; 04/17/2018-04/18/2018; Puerto Rico; Lodging | 4,719.02 |
| 6/20/18 | In-City Transportation; Elan Corp Payments; 5/27/2018 Curreri 5/18 Stmt; Uber trip for Katherine Rosoff fromNew York NY toNew York NY on 04/18/2018 | 21.67 |
| 6/20/18 | B&W Copy | 3.30 |
| 6/21/18 | Color Copy | 15.25 |
| 6/21/18 | B&W Copy | 4.90 |
| 6/22/18 | Travel, CATHERINE L. STEEGE, 06/22/2018, San Juan Puerto Rico, 6/19-6/20/18, attend committee meetings | 734.15 |
| 6/22/18 | Taxi expense, LANDON S. RAIFORD, 06/22/2018, Boston MA, 6/17-6/19/18, attended court hearing | 156.55 |
| 6/22/18 | Lodging expense, LANDON S. RAIFORD, 06/22/2018, Boston MA, 6/17-6/19/18, attended court hearing | 1,018.62 |
| 6/22/18 | Airfare expense, LANDON S. RAIFORD, 06/22/2018, Boston MA, 6/17-6/19/18, attended court hearing | 795.99 |
| 6/22/18 | Color Copy | 13.00 |
| 6/22/18 | PDA/Wireless Charges, ROBERT D. GORDON, 06/22/2018, Chicago IL, 5/9-5/10/18, meeting | 17.00 |
| 6/22/18 | B&W Copy | 10.10 |
| 6/23/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 06/23/2018; Spanish/ English Translation 6/20/18. | 2,490.00 |
| 6/25/18 | Lodging expense, ROBERT D. GORDON, 06/25/2018, San Juan Puerto Rico, 6/5-6/6/18, attend hearing | 319.81 |
| 6/25/18 | Taxi expense, MELISSA M. ROOT, 06/25/2018, San Juan Puerto Rico, 6/19-6/20/18, hearing | 127.46 |
| 6/25/18 | Meal expense, MELISSA M. ROOT, 06/25/2018, San Juan Puerto Rico, 6/19-6/20/18, hearing | 25.75 |
| 6/25/18 | Airfare expense, MELISSA M. ROOT, 06/25/2018, San Juan Puerto Rico, 6/19-6/20/18, hearing | 413.24 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 6/25/18 | B&W Copy | .50 |
| 6/25/18 | B&W Copy | 10.10 |
| 6/26/18 | Soundpath Teleconferencing 05/25/2018 | 89.74 |
| 6/26/18 | Soundpath Teleconferencing 05/28/2018 | 21.54 |
| 6/26/18 | Soundpath Teleconferencing 05/22/2018 | 35.86 |
| 6/26/18 | Soundpath Teleconferencing 06/01/2018 | 11.93 |
| 6/26/18 | Color Copy | 21.50 |
| 6/26/18 | B&W Copy | 22.00 |
| 6/28/18 | B&W Copy | 1.80 |
| 6/28/18 | B&W Copy | 6.60 |
| 6/29/18 | Color Copy | 40.75 |
| 6/29/18 | B&W Copy | 6.60 |
| 6/29/18 | B&W Copy | 5.20 |
| 6/29/18 | B&W Copy | 4.40 |
| 6/29/18 | B&W Copy | 5.20 |
| 6/30/18 | Lexis Research | 67.63 |
| 6/30/18 | Lexis Research | 223.21 |
| 6/30/18 | Westlaw Research | 989.35 |
| 6/30/18 | Westlaw Research | 145.67 |
| 6/30/18 | Westlaw Research | 436.25 |
| 6/30/18 | Westlaw Research | 32.53 |
| 6/30/18 | Westlaw Research | 369.68 |
| 6/30/18 | Westlaw Research | 32.53 |
| 6/30/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 06/30/2018;Spanish/ English Translation 6/28/18. | 3,112.50 |
| | TOTAL DISBURSEMENTS | $ 26,425.70 |

MATTER 10113 TOTAL                               $ 26,425.70

# JULY 2018

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 7/02/18 | Travel, ROBERT D. GORDON, 07/02/2018, San Juan Puerto Rico, 6/19-6/20/18, hearing. Business dinner with H. Mayol, AJ Bennazar, K. Nicholl, J. Libaukas, M. Storm, S. Gumbs, C. Steege, M. Root, Robert Gordon. | 433.27 |
| 7/02/18 | Travel, ROBERT D. GORDON, 07/02/2018, San Juan Puerto Rico, 6/27-6/28/18, hearing. Airfare | 1,285.30 |
| 7/02/18 | Color Copy | 20.00 |
| 7/02/18 | PDA/Wireless Charges, ROBERT D. GORDON, 07/02/2018 | 15.95 |
| 7/02/18 | B&W Copy | 4.00 |
| 7/02/18 | B&W Copy | 18.80 |
| 7/02/18 | B&W Copy | 41.40 |
| 7/02/18 | B&W Copy | 4.70 |
| 7/03/18 | Telephone Expense; Elan Corp Payments; 06/27/2018; Pripusich 6/18 Stmt;  Telephonic Hearing; 06/06/2018 | 70.00 |
| 7/03/18 | Travel, ROBERT D. GORDON, 07/03/2018, Chicago IL, 5/9-5/10/18, meeting. | 21.07 |
| 7/03/18 | Travel, KERI L. HOLLEB HOTALING, 07/03/2018 Boston MA, 6/18/18, court hearing. | 350.48 |
| 7/03/18 | Travel, MELISSA M. ROOT, 07/03/2018, San Juan Puerto Rico, 6/27-6/28/18, hearing. Package handling | 120.75 |
| 7/03/18 | Travel, MELISSA M. ROOT, 07/03/2018, San Juan Puerto Rico, 6/27-6/28/18, hearing. Meals | 58.72 |
| 7/03/18 | Travel, MELISSA M. ROOT, 07/03/2018, San Juan Puerto Rico, 6/27-6/28/18, hearing. Lodging | 285.90 |
| 7/03/18 | Travel, MELISSA M. ROOT, 07/03/2018, San Juan Puerto Rico, 6/27-6/28/18, hearing. Airfare | 650.40 |
| 7/03/18 | 07/03/2018 UPS Delivery Service 1Z613438NT90323382 | 9.35 |
| 7/03/18 | 07/03/2018 UPS Delivery Service 1Z613438NT90323382 | 7.75 |
| 7/05/18 | Color Copy | 31.50 |
| 7/05/18 | B&W Copy | 8.30 |
| 7/05/18 | B&W Copy | 9.40 |
| 7/06/18 | Color Copy | 11.50 |
| 7/06/18 | B&W Copy | 9.90 |
| 7/09/18 | Travel, CATHERINE L. STEEGE, 07/09/2018, San Juan Puerto Rico, 6/27-6/28/18, attend hearing. | 364.53 |
| 7/09/18 | B&W Copy | 25.70 |
| 7/10/18 | Other Professional Services; SOUTHERN DISTRICT REPORTERS, P.C.; 07/10/2018; rush transcript request 12/20/17 case no: 17BK03283. | 64.80 |
| 7/10/18 | Color Copy | 3.00 |
| 7/10/18 | B&W Copy | 11.20 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 7/11/18 | In-City Transportation, MELISSA M. ROOT, 07/11/2018, San Juan Puerto Rico, hearing. | 18.00 |
| 7/11/18 | B&W Copy | 8.00 |
| 7/11/18 | B&W Copy | 42.30 |
| 7/11/18 | 07/11/2018 UPS Delivery Service 1Z22124E0192652751 | 13.93 |
| 7/12/18 | In-City Transportation, ROBERT D. GORDON, 06/07/2018; taxi to office after attending meeting at Proskauer. | 9.75 |
| 7/12/18 | Travel, ROBERT D. GORDON, 06/27-28/2018; San Juan PR; attend meeting. | 72.30 |
| 7/12/18 | PDA/Wireless Charges, ROBERT D. GORDON, 07/12/2018 | 15.95 |
| 7/12/18 | B&W Copy | 9.10 |
| 7/12/18 | 07/12/2018 UPS Delivery Service 1Z6134380196865335 | 18.35 |
| 7/12/18 | 07/12/2018 UPS Delivery Service 1Z6134380199216129 | 7.41 |
| 7/13/18 | Travel, ROBERT D. GORDON, 06/19-20/2018; San Juan, Puerto Rico; attend meeting. | 59.23 |
| 7/13/18 | Travel, ROBERT D. GORDON, 07/24-26/2018; San Juan Puerto Rico; attend meeting. Airfare | 1,404.80 |
| 7/13/18 | B&W Copy | 44.70 |
| 7/13/18 | 07/13/2018 UPS Delivery Service 1Z6134380196671197 | 7.41 |
| 7/13/18 | 07/13/2018 UPS Delivery Service 1Z6134380199666607 | 18.35 |
| 7/14/18 | Color Copy | .50 |
| 7/14/18 | B&W Copy | 154.20 |
| 7/17/18 | Travel, ROBERT D. GORDON, 07/17/2018, San Juan Puerto Rico, 6/27-6/28/17, attend meeting. | 276.83 |
| 7/17/18 | Travel, ROBERT D. GORDON, 07/17/2018, San Juan Puerto Rico, 6/27-6/28/18, attend meeting. | 58.66 |
| 7/17/18 | B&W Copy | 1,725.20 |
| 7/17/18 | 07/17/2018 UPS Delivery Service 1Z6134380190135698 | 32.23 |
| 7/17/18 | 07/17/2018 UPS Delivery Service 1Z6134380194404701 | 44.17 |
| 7/18/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 07/18/2018; Spanish/ English Translation 7/11/18. | 375.00 |
| 7/19/18 | Other Professional Services; MARKETING CENTER; 07/19/2018 | 13,520.00 |
| 7/19/18 | B&W Copy | 13.50 |
| 7/19/18 | 07/19/2018 UPS Delivery Service 1Z6134380198693366 | 7.41 |
| 7/19/18 | 07/19/2018 UPS Delivery Service 1Z05V0A3NW98865042 | 17.33 |
| 7/19/18 | 07/19/2018 UPS Delivery Service 1Z6134380196320977 | 18.35 |
| 7/23/18 | Color Copy | 4.00 |
| 7/23/18 | B&W Copy | 85.70 |
| 7/24/18 | Color Copy | 9.75 |
| 7/29/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 07/29/2018; Spanish/English translation 7/26/18. | 2,490.00 |
| 7/30/18 | Travel, MELISSA M. ROOT, 07/24-26/2018; San Juan, Puerto Rico; hearings. Car service | 137.40 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, LLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 7/30/18 | Travel, MELISSA M. ROOT, 07/24-26/2018; San Juan, Puerto Rico; hearings. Meals | 149.60 |
| 7/30/18 | Travel, MELISSA M. ROOT, 07/24-26/2018; San Juan, Puerto Rico; hearings. Internet connectivity. | 5.00 |
| 7/30/18 | Travel, MELISSA M. ROOT, 07/24-26/2018; San Juan, Puerto Rico; hearings. Airfare | 577.88 |
| 7/31/18 | Lexis Research | 469.78 |
| 7/31/18 | Westlaw Research | 2,136.51 |
| 7/31/18 | Westlaw Research | 128.60 |
| 7/31/18 | Westlaw Research | 376.93 |
| 7/31/18 | Westlaw Research | 43.88 |
| 7/31/18 | Westlaw Research | 647.54 |
| | TOTAL DISBURSEMENTS | $ 29,193.20 |

MATTER 10113 TOTAL   $ 29,193.20

# AUGUST 2018

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                        **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 7/05/18 | Pacer Charges - 6/31/2018 Quarterly Pacer Charges. | 125.40 |
| 7/11/18 | Travel, MELISSA M. ROOT, 07/11/2018 | 276.83 |
| 7/16/18 | Postage Expense | 70.09 |
| 7/17/18 | Postage Expense | 275.65 |
| 7/19/18 | Postage Expense | 43.21 |
| 7/25/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 07/25/2018; English into Spanish phone interpreter. | 375.00 |
| 7/30/18 | Color Copy | 12.00 |
| 8/01/18 | Travel; Elan Corp Payments; 6/27/2018; Ultramar 6/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; 06/19/2018 to 06/21/2018; Audio Visual | 561.84 |
| 8/01/18 | Travel; Elan Corp Payments; 6/27/2018; Ultramar 6/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; 06/19/2018 to 06/21/2018; Parking | 108.00 |
| 8/01/18 | Travel; Elan Corp Payments; 6/27/2018; Ultramar 6/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; 06/19/2018 to 06/21/2018; Catering | 3,606.16 |
| 8/01/18 | B&W Copy | 10.30 |
| 8/02/18 | Travel, LANDON S. RAIFORD, 08/02/2018, San Juan Puerto Rico, 7/24-7/26/18, attend hearing. Taxis | 103.99 |
| 8/02/18 | Travel, LANDON S. RAIFORD, 08/02/2018, San Juan Puerto Rico, 7/24-7/26/18, attend hearing. Airfare | 493.90 |
| 8/02/18 | Travel, LANDON S. RAIFORD, 08/02/2018, San Juan Puerto Rico, 7/24-7/26/18, attend hearing. Airfare | 734.49 |
| 8/06/18 | Telephone Expense; Elan Corp Payments; 7/27/18; Pripusich 7/18 Stmt; Telephonic Hearing; 07/25/2018 | 70.00 |
| 8/06/18 | Color Copy | .50 |
| 8/08/18 | 07/24/2018 SDS Global Logistics | 13.50 |
| 8/08/18 | Color Copy | 3.00 |
| 8/10/18 | Color Copy | 7.25 |
| 8/15/18 | Travel, ROBERT D. GORDON, 08/15/2018, San Juan Puerto Rico, 7/24-7/26/18, attend hearings. | 687.88 |
| 8/19/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 08/19/2018; English into Spanish. | 995.00 |
| 8/20/18 | Travel; Elan Corp Payments; 7/27/2018; Ultramar 7/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; from 07/24/2018 to 07/26/2018; Audiovisual | 336.24 |
| 8/20/18 | Travel; Elan Corp Payments; 7/27/2018; Ultramar 7/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; from 07/24/2018 to 07/26/2018; Parking | 72.00 |
| 8/20/18 | Travel; Elan Corp Payments; 7/27/2018; Ultramar 7/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; from 07/24/2018 to 07/26/2018; Catering | 3,997.91 |
| 8/20/18 | Travel; Elan Corp Payments; 7/27/2018; Ultramar 7/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; from 06/19/2018 to 06/20/2018; Audiovisual | 2,197.66 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 8/20/18 | Travel; Elan Corp Payments; 7/27/2018; Ultramar 7/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; from 06/19/2018 to 06/20/2018; Lodging Travel; Elan Corp Payments; 6/27/2018; Ultramar 6/18 Stmt; Cathy Steege; Sheraton; Puerto Rico; 06/19/2018 to 06/21/2018; Lodging | 1,937.00 |
| 8/21/18 | Special Messenger Service, US MESSENGER & LOGISTICS, INC., 07/28/2018 | 6.87 |
| 8/21/18 | Color Copy | 16.00 |
| 8/21/18 | B&W Copy | 307.70 |
| 8/23/18 | Color Copy | 44.25 |
| 8/27/18 | 07/26/2018 Soundpath Teleconferencing | 1.14 |
| 8/30/18 | B&W Copy | 13.10 |
| 8/31/18 | Lexis Research | 44.02 |
| 8/31/18 | Westlaw Research | 519.16 |
| 8/31/18 | Westlaw Research - Correction 2 lines charged to 57347-10091 $315.27 and 57347-10156 $315.27. Both moved to 57347-10113 for posting. | 630.54 |
| | TOTAL DISBURSEMENTS | $ 18,697.58 |

MATTER 10113 TOTAL                                                                  $ 18,697.58

# SEPTEMBER 2018

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                              **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 7/31/18 | Travel Elan Corp Payments; 8/27/18; Ultramar 8/18 Stmt; Invoice 9068 Cathy Steege room catering & audio visual charges 7/24/18 - 7/26/18 | 5,273.16 |
| 9/05/18 | Color Copy | 41.25 |
| 9/06/18 | 09/06/2018 UPS Delivery Service 1Z05V0A3NW93583963 | 16.34 |
| 9/10/18 | Color Copy | 12.25 |
| 9/10/18 | B&W Copy | 92.20 |
| 9/11/18 | Color Copy | 27.50 |
| 9/11/18 | B&W Copy | 14.80 |
| 9/11/18 | B&W Copy | .30 |
| 9/13/18 | Color Copy | 33.00 |
| 9/13/18 | B&W Copy | 54.60 |
| 9/17/18 | Meals, CATHERINE L. STEEGE, 09/17/2018, San Juan Puerto Rico, 9/11-9/12/18, attend committe meeting. | 174.73 |
| 9/17/18 | Taxis, CATHERINE L. STEEGE, 09/17/2018, San Juan Puerto Rico, 9/11-9/12/18, attend committe meeting. | 80.00 |
| 9/17/18 | Lodging, CATHERINE L. STEEGE, 09/17/2018, San Juan Puerto Rico, 9/11-9/12/18, attend committe meeting. | 230.48 |
| 9/17/18 | Airfare, CATHERINE L. STEEGE, 09/17/2018, San Juan Puerto Rico, 9/11-9/12/18, attend committe meeting. | 588.80 |
| 9/19/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 09/19/2018; Spanish/English translation 9/7/18. | 1,723.00 |
| 9/19/18 | Meals, MELISSA M. ROOT, 09/11-12/2018; San Juan, PR; Hearing. | 199.30 |
| 9/19/18 | Taxis, MELISSA M. ROOT, 09/11-12/2018; San Juan, PR; Hearing. | 124.23 |
| 9/19/18 | Airfare, MELISSA M. ROOT, 09/11-12/2018; San Juan, PR; Hearing. | 588.80 |
| 9/24/18 | Color Copy | 10.50 |
| 9/25/18 | Color Copy | .50 |
| 9/25/18 | B&W Copy | 90.50 |
| 9/25/18 | B&W Copy | 5.10 |
| 9/25/18 | B&W Copy | 30.60 |
| 9/26/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 09/26/2018; Spanish/English translation 9/12/18. | 2,490.00 |
| 9/27/18 | Airfare, ROBERT D. GORDON, 09/27/2018, San Juan PR, 9/11-9/13/18, attend retiree committee meeting. | 1,183.80 |
| 9/27/18 | Hotel accomadations, ROBERT D. GORDON, 09/27/2018, San Juan Puerto Rico, 9/11-9/13/18, attend Retiree Committee meeting. | 468.16 |
| 9/27/18 | Taxi expenses, ROBERT D. GORDON, 09/27/2018, San Juan Puerto Rico 9/11-9/13/18, meeting. | 107.76 |
| 9/28/18 | 08/23/2018 Soundpath Teleconferencing | 11.83 |

Page 22

**LAW OFFICES**
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 9/28/18 | 08/17/2018 Soundpath Teleconferencing | 25.88 |
| 9/28/18 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 09/28/2018; ILL: The Constitution in Congress (2001); ILL: The Constitutoin of Empire (2004). | 50.00 |
| 9/30/18 | Westlaw Research | 30.10 |
| 9/30/18 | Westlaw Research | 385.24 |
| 9/30/18 | Westlaw Research | 225.73 |
| | TOTAL DISBURSEMENTS | $ 34,670.44 |

MATTER 10113 TOTAL $ 34,670.44