## EXHIBIT B
### SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION
### FOR THE PERIOD JUNE 1, 2018 TO SEPTEMBER 30, 2018

| Professional | Position | Blended Billing Rate | Mainland Fees | | On-island Fees | | Total Fees | |
|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Total Hours | Total Fees |
| Gumbs, Sean | Senior Managing Director | 1,075 | 270.3 | 290,572.50 | 30.7 | 33,002.50 | 301.0 | 323,575.00 |
| Maddox, Brian | Senior Managing Director | 850 | 1.5 | 1,275.00 | - | - | 1.5 | 1,275.00 |
| Simms, Steven | Senior Managing Director | 1,075 | 13.4 | 14,405.00 | - | - | 13.4 | 14,405.00 |
| Fish, Mark | Managing Director | 675 | 2.7 | 1,822.50 | - | - | 2.7 | 1,822.50 |
| Grunwald Kadar, Andrea | Managing Director | 915 | 176.4 | 161,406.00 | - | - | 176.4 | 161,406.00 |
| Heeren, Ana | Managing Director | 700 | 38.8 | 27,160.00 | - | - | 38.8 | 27,160.00 |
| Park, Ji Yon | Managing Director | 855 | 265.3 | 226,831.50 | - | - | 265.3 | 226,831.50 |
| Lee, Calvin | Senior Director | 765 | 32.9 | 25,168.50 | - | - | 32.9 | 25,168.50 |
| Chu, Josephine | Senior Consultant | 455 | 39.8 | 18,109.00 | - | - | 39.8 | 18,109.00 |
| Emerton, Charlie | Senior Consultant | 490 | 77.7 | 38,073.00 | - | - | 77.7 | 38,073.00 |
| Garcia Pelaez, Andres | Senior Consultant | 400 | 21.9 | 8,760.00 | 4.2 | 1,680.00 | 26.1 | 10,440.00 |
| Mossop, Julian | Senior Consultant | 580 | 39.5 | 22,910.00 | - | - | 39.5 | 22,910.00 |
| Sombuntham, Natalie | Senior Consultant | 535 | 442.0 | 236,470.00 | - | - | 442.0 | 236,470.00 |
| Williams, Sian | Senior Consultant | 275 | 2.5 | 687.50 | - | - | 2.5 | 687.50 |
| Cherian, Ritika | Consultant | 315 | 47.7 | 15,025.50 | - | - | 47.7 | 15,025.50 |
| Elliott, Charles | Consultant | 315 | 49.5 | 15,592.50 | - | - | 49.5 | 15,592.50 |
| Gladding, Robert | Consultant | 280 | 44.5 | 12,460.00 | - | - | 44.5 | 12,460.00 |
| Maassen, Thomas | Consultant | 350 | 0.6 | 210.00 | - | - | 0.6 | 210.00 |
| Orenstein, Amanda | Consultant | 390 | 3.5 | 1,365.00 | - | - | 3.5 | 1,365.00 |
| Seeger, Kean | Consultant | 315 | 147.5 | 46,462.50 | - | - | 147.5 | 46,462.50 |
| Teixeira, Anabel | Consultant | 250 | 35.4 | 8,850.00 | - | - | 35.4 | 8,850.00 |
| Tirabassi, Kathryn | Consultant | 390 | 103.5 | 40,365.00 | - | - | 103.5 | 40,365.00 |
| Hellmund-Mora, Marili | Associate | 270 | 32.3 | 8,721.00 | - | - | 32.3 | 8,721.00 |
| **SUBTOTAL** | | | **1,889.2** | **$ 1,222,702.00** | **34.9** | **$ 34,682.50** | **1,924.1** | **$ 1,257,384.50** |
| Less: 50% discount for non-working travel time | | | | (21,500.00) | | - | | (21,500.00) |
| **TOTAL BEFORE WITHHOLDING** | | | **1,889.2** | **$ 1,201,202.00** | **34.9** | **$ 34,682.50** | **1,924.1** | **$ 1,235,884.50** |
| Less: 7% withholding on on-island fees | | | | - | | (2,427.78) | | (2,427.78) |
| **GRAND TOTAL** | | | **1,889.2** | **$ 1,201,202.00** | **34.9** | **$ 32,254.73** | **1,924.1** | **$ 1,233,456.73** |