**EXHIBIT C**
**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD JUNE 1, 2018 TO SEPTEMBER 30, 2018**

| Task Code | Task Description | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 1 | Current Operating Results & Events | 68.4 | $ 41,889.00 | - | $ - | 68.4 | $ 41,889.00 |
| 2 | Cash & Liquidity Analysis | 5.4 | 4,577.00 | - | - | 5.4 | 4,577.00 |
| 3 | Mediation | 187.9 | 145,203.00 | - | - | 187.9 | 145,203.00 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 193.4 | 124,450.50 | 2.6 | 2,795.00 | 196.0 | 127,245.50 |
| 6 | Analysis of the Fiscal Plan – Revenue Measures | 5.9 | 3,835.50 | - | - | 5.9 | 3,835.50 |
| 7 | Analysis of the Fiscal Plan – Expense Measures | 13.7 | 10,329.50 | - | - | 13.7 | 10,329.50 |
| 10 | Case Management | 41.8 | 32,089.00 | - | - | 41.8 | 32,089.00 |
| 11 | Prepare for and Attend Court Hearings | - | - | 5.7 | 6,127.50 | 5.7 | 6,127.50 |
| 13 | Analysis of Other Miscellaneous Motions | 25.8 | 20,317.00 | - | - | 25.8 | 20,317.00 |
| 14 | Analysis of Claims/Liab Subject to Compromise | 28.3 | 19,789.00 | - | - | 28.3 | 19,789.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 463.3 | 318,514.00 | 7.9 | 8,492.50 | 471.2 | 327,006.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 98.6 | 75,399.00 | 8.1 | 8,707.50 | 106.7 | 84,106.50 |
| 19 | General Mtgs with FOMB & FOMB's Professionals | 4.1 | 3,951.50 | 5.4 | 5,805.00 | 9.5 | 9,756.50 |
| 20 | General Mtgs with Commonwealth and Commonwealth Professionals | 4.7 | 3,890.50 | - | - | 4.7 | 3,890.50 |
| 24 | Preparation of Fee Application | 139.1 | 70,507.50 | - | - | 139.1 | 70,507.50 |
| 25 | Travel Time | 40.0 | 43,000.00 | - | - | 40.0 | 43,000.00 |
| 27 | Strategic Communications | 78.7 | 34,433.50 | 4.2 | 1,680.00 | 82.9 | 36,113.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 448.4 | 236,426.00 | 1.0 | 1,075.00 | 449.4 | 237,501.00 |
| 30 | PREPA Matters | 41.7 | 34,100.50 | - | - | 41.7 | 34,100.50 |
| | **SUBTOTAL** | **1,889.2** | **$ 1,222,702.00** | **34.9** | **$ 34,682.50** | **1,924.1** | **$ 1,257,384.50** |
| | Less: 50% discount for non-working travel time | | (21,500.00) | | - | | (21,500.00) |
| | **TOTAL BEFORE WITHHOLDING** | **1,889.2** | **$ 1,201,202.00** | **34.9** | **$ 34,682.50** | **1,924.1** | **$ 1,235,884.50** |
| | Less: 7% withholding on on-island fees | | - | | (2,427.78) | | (2,427.78) |
| | **GRAND TOTAL** | **1,889.2** | **$ 1,201,202.00** | **34.9** | **$ 32,254.73** | **1,924.1** | **$ 1,233,456.73** |