**EXHIBIT E**
**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON THE ISLAND**
**FOR THE PERIOD JUNE 1, 2018 TO SEPTEMBER 30, 2018**

Case:17-03283-LTS Doc#:4269-5 Filed:11/16/18 Entered:11/16/18 15:13:12 Desc:
Exhibit E Page 1 of 5

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 6/19/2018 | Gumbs, Sean | 2.4 | Prepare for ▮ |
| 17 | 6/20/2018 | Gumbs, Sean | 0.7 | Participate in ▮ |
| **17 Total** | | | **3.1** | |
| 18 | 6/20/2018 | Gumbs, Sean | 2.2 | Participate in the ▮ |
| 18 | 6/20/2018 | Gumbs, Sean | 2.3 | Participate in ▮ |
| **18 Total** | | | **4.5** | |
| 19 | 6/27/2018 | Gumbs, Sean | 2.2 | Prepare for ▮ |
| 19 | 6/28/2018 | Gumbs, Sean | 3.2 | Participate in ▮ |
| **19 Total** | | | **5.4** | |
| **On-island Total** | | | **13.0** | |

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD JULY 1, 2018 TO JULY 31, 2018

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 7/25/2018 | Gumbs, Sean | 3.3 | Attend morning session of omnibus hearing in San Juan. |
| 11 | 7/25/2018 | Gumbs, Sean | 2.4 | Attend afternoon session of omnibus hearing in San Juan. |
| **11 Total** | | | **5.7** | |
| 18 | 7/25/2018 | Gumbs, Sean | 0.4 | Review materials for upcoming meeting with the retiree committee. |
| **18 Total** | | | **0.4** | |
| 28 | 7/25/2018 | Gumbs, Sean | 0.4 | Read study ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |
| **28 Total** | | | **0.4** | |
| **On-island Total** | | | **6.5** | |

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD AUGUST 1, 2018 TO AUGUST 31, 2018

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 8/16/2018 | Garcia Pelaez, Andres | 1.2 | Review materials in preparation for attending retiree interviews. |
| 27 | 8/17/2018 | Garcia Pelaez, Andres | 3.0 | Attend retiree interviews. |
| **27 Total** | | | **4.2** | |
| **On-island Total** | | | **4.2** | |

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD SEPTEMBER 1, 2018 TO SEPTEMBER 30, 2018

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 9/12/2018 | Gumbs, Sean | 0.8 | Continue review of 9/7 Commonwealth fiscal plan. |
| 4 | 9/12/2018 | Gumbs, Sean | 0.6 | Commence review of 9/7 COFINA fiscal plan. |
| 4 | 9/27/2018 | Gumbs, Sean | 0.5 | Review 8/20 fiscal plan sustainability analysis. |
| 4 | 9/27/2018 | Gumbs, Sean | 0.7 | Review 9/7 fiscal plan debt sustainability analysis. |
| **4 Total** | | | **2.6** | |
| 17 | 9/27/2018 | Gumbs, Sean | 3.4 | Participate in a meeting ▓▓▓▓ |
| 17 | 9/27/2018 | Gumbs, Sean | 1.4 | Participate in debrief meeting ▓▓▓▓ |
| **17 Total** | | | **4.8** | |
| 18 | 9/12/2018 | Gumbs, Sean | 3.2 | Participate in the Retiree Committee meeting in person in San Juan. |
| **18 Total** | | | **3.2** | |
| 28 | 9/12/2018 | Gumbs, Sean | 0.6 | Review Congressional Budget Office forecasts used in 9/7 and 8/20 fiscal plans. |
| **28 Total** | | | **0.6** | |
| **On-island Total** | | | **11.2** | |