# EXHIBIT F

## SUMMARY OF FTI CONSULTING, INC. EXPENSES
## FOR THE PERIOD JUNE 1, 2018 TO SEPTEMBER 30, 2018

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $ 9,317.55 |
| Lodging | 3,269.74 |
| Transportation | 1,397.03 |
| Working Meals | 1,471.78 |
| Other | 11,473.75 |
| **Subtotal** | **$ 26,929.85** |
| Less: Voluntary Reductions[1] | (8,378.77) |
| **Grand Total** | **$ 18,551.08** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while train and airfares have been reduced to coach-equivalent or least expensive rates.