**EXHIBIT G**
**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.**
**FOR THE PERIOD JUNE 1, 2018 TO SEPTEMBER 30, 2018**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2018 TO JUNE 30, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 05/14/18 | Grunwald Kadar, Andrea | Airfare | Airfare roundtrip - LHR - JFK, 05/14/18 - 05/16/18. Travel to NYC to attend Puerto Rico case meeting. | $5,151.43 |
| 06/05/18 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent - JFK - SJU, 06/19/18 - 06/20/18. Travel to Puerto Rico to attend case meeting. | 430.40 |
| 06/05/18 | Gumbs, Sean | Airfare | Airfare - Coach - SJU - MCO, 06/22/18 - 06/22/18. Travel to Puerto Rico to attend case meetings. | 166.26 |
| 06/13/18 | Gumbs, Sean | Airfare | Airfare roundtrip JFK - SJU, 06/27/2018 - 06/28/2018. Airfare - Sean Gumbs. Roundtrip Airfare to client meeting. | 830.80 |
| | | **Airfare Total** | | **$ 6,578.89** |
| 05/16/18 | Grunwald Kadar, Andrea | Lodging | Hotel - 05/14/18 - 05/16/18. Travel to NY to attend Puerto Rico mediation meeting. | 1,421.08 |
| | | **Lodging Total** | | **$ 1,421.08** |
| 05/14/18 | Grunwald Kadar, Andrea | Transportation | Taxi from airport to hotel. Travel to attend Puerto Rico mediation meeting in NY. | 101.39 |
| 06/19/18 | Gumbs, Sean | Transportation | Taxi from home to airport. Travel to Puerto Rico to attend case meetings. | 95.49 |
| | | **Transportation Total** | | **$ 196.88** |
| 05/25/18 | Gumbs, Sean | Other | Translation for documents and work products related to the Puerto Rico case. | 1,944.25 |
| 05/31/18 | Yozzo, John | Other | Research - Moody's research for 2016, 2017, and 2018 on net tax supported debt and debt sustainability benchmarks for U.S. states. | 1,500.00 |
| 06/09/18 | Gumbs, Sean | Other | Translation for documents and work products related to the Puerto Rico case. | 1,204.50 |
| 06/20/18 | Gumbs, Sean | Other | Hotel - 06/19/18 - 06/20/18. Travel to Puerto Rico to attend case meetings. | 256.23 |
| 06/20/18 | Gumbs, Sean | Other | Shipment handling fee charged by the hotel to receive and hold the package of discussion materials to be presented to the Retiree Committee. | 5.58 |
| 06/21/18 | Gumbs, Sean | Other | Translation for documents and work products related to the Puerto Rico case. | 5,495.88 |
| | | **Other Total** | | **$ 10,406.44** |
| | | **Subtotal** | | **$ 18,603.29** |
| | | Less: Voluntary Reductions[1] | | (7,218.10) |
| | | **Grand Total** | | **$ 11,385.19** |

(1): Airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines. Travel expenses in connection with A. Grunwald's trip to NYC from London have been entirely reduced to treat her as if she is a professional based in NYC.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2018 TO JULY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/11/18 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent - JFK - SJU, 07/24/18 - 07/26/18. Roundtrip airfare to San Juan to attend meetings. | $ 692.44 |
| | | **Airfare Total** | | **$ 692.44** |
| 06/28/18 | Gumbs, Sean | Lodging | Hotel - 06/27/18 - 06/28/18. Travel to Puerto Rico to attend meetings. | 279.83 |
| | | **Lodging Total** | | **$ 279.83** |
| 04/26/18 | Grunwald Kadar, Andrea | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 12.56 |
| 05/14/18 | Grunwald Kadar, Andrea | Transportation | Taxi from hotel to meeting on the Puerto Rico case. | 23.12 |
| 05/15/18 | Gumbs, Sean | Transportation | Taxi from dinner with Retiree Committee professionals to home. | 23.46 |
| 05/15/18 | Grunwald Kadar, Andrea | Transportation | Taxi from Puerto Rico mediation meeting to hotel. | 25.60 |
| 05/16/18 | Grunwald Kadar, Andrea | Transportation | Taxi from hotel to airport. Travel to attend Puerto Rico meetings. | 130.19 |
| 05/17/18 | Grunwald Kadar, Andrea | Transportation | Taxi from station to home after trip to New York. | 13.50 |
| 06/07/18 | Park, Ji Yon | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 33.35 |
| 06/07/18 | Chu, Josephine | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 10.33 |
| 06/14/18 | Park, Ji Yon | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 36.35 |
| 06/19/18 | Gumbs, Sean | Transportation | Taxi from airport to hotel while traveling to Puerto Rico to attend case meetings. | 25.00 |
| 06/27/18 | Gumbs, Sean | Transportation | Taxi from hotel to airport while traveling to Puerto Rico to attend case meetings. | 25.00 |
| 06/27/18 | Gumbs, Sean | Transportation | Taxi from home to airport to attend case meetings in Puerto Rico. | 100.58 |
| 06/28/18 | Gumbs, Sean | Transportation | Taxi from Puerto Rico meeting to the airport. | 25.00 |
| 06/28/18 | Gumbs, Sean | Transportation | Tax from NY airport to home after traveling to Puerto Rico to attend case meetings. | 73.16 |
| | | **Transportation Total** | | **$ 557.20** |
| 05/03/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 30.06 |
| 05/04/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 17.74 |
| 05/07/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.40 |
| 05/08/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 33.37 |
| 05/11/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 20.30 |
| 05/18/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 29.38 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2018 TO JULY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 05/23/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 28.74 |
| 06/01/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.75 |
| 06/04/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.69 |
| 06/05/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.76 |
| 06/06/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 32.01 |
| 06/07/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 28.48 |
| 06/08/18 | Park, Ji Yon | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 31.21 |
| 06/12/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 29.91 |
| 06/14/18 | Park, Ji Yon | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.23 |
| 06/14/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.23 |
| 06/15/18 | Park, Ji Yon | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 26.08 |
| 06/15/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 29.82 |
| 06/19/18 | Gumbs, Sean | Working Meals | Lunch for self and F. Del Castillo while traveling to Puerto Rico to attend case meeting. | 6.58 |
| 06/20/18 | Gumbs, Sean | Working Meals | Lunch for self while traveling to Puerto Rico to attend case meeting. | 14.00 |
| 06/26/18 | Mossop, Julian | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 18.36 |
| 06/26/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 20.83 |
| 06/27/18 | Gumbs, Sean | Working Meals | Dinner for self while traveling to Puerto Rico to attend case meeting. | 29.95 |
| 06/27/18 | Gumbs, Sean | Working Meals | Breakfast for self while traveling to Puerto Rico to attend case meetings. | 11.44 |
| 06/27/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 24.26 |
| 06/28/18 | Gumbs, Sean | Working Meals | Breakfast meeting for self and H. Mayol, F. Del Castillo, M. Root, B. Gordon, K. Nichols, and J. Labauskis. | 205.00 |
| 06/28/18 | Gumbs, Sean | Working Meals | Dinner for self and F. Del Castillo while traveling to Puerto Rico to attend case meeting. | 35.83 |
| 07/09/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 24.26 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2018 TO JULY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/10/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.69 |
| 07/11/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 26.03 |
| 07/16/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 34.17 |
| 07/17/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 28.78 |
| 07/18/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office in the Puerto Rico case. | 23.11 |
| | | **Working Meals Total** | | **$ 1,004.45** |
| 06/18/18 | Simms, Steven | Other | Delivery / Courier - Express shipping of discussion materials from NYC to Puerto Rico for the on-island case meeting. | 100.48 |
| 06/26/18 | Sombuntham, Natalie | Other | Delivery / Courier - Overnight express shipping of discussion materials from NYC to Puerto Rico for the on-island case meeting. | 189.88 |
| 06/29/18 | Park, Ji Yon | Other | Internet on flight to California to work on the Puerto Rico case. | 39.95 |
| | | **Other Total** | | **$ 330.31** |
| | | **Subtotal** | | 2,864.23 |
| | | Less: Voluntary Reductions[1] | | (508.38) |
| | | **Grand Total** | | **$ 2,355.85** |

(1): Airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines. Travel expenses in connection with A. Grunwald's trip to NYC from London have been entirely reduced to treat her as if she is a professional based in NYC. In-office and out-of-office meals have been reduced to $20.00 and $40.00 (per person) respectively to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2018 TO AUGUST 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/13/18 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent - JFK - SJU, 09/11/18 - 09/13/18. Roundtrip airfare to San Juan to attend meetings. | $ 562.80 |
| 08/16/18 | Garcia Pelaez, Andres | Airfare | Airfare - Roundtrip - Coach - DCA - SIG, 08/16/18 - 08/17/18. Roundtrip airfare to Puerto Rico to attend meetings. | 677.30 |
| | | **Airfare Total** | | **$ 1,240.10** |
| 07/26/18 | Gumbs, Sean | Lodging | Hotel - 07/24/18 - 07/26/18. Travel to Puerto Rico to attend case meetings. | 553.66 |
| 08/16/18 | Garcia Pelaez, Andres | Lodging | Hotel - 08/16/18 - 08/17/18. Travel to Puerto Rico to attend meetings. | 294.00 |
| | | **Lodging Total** | | **$ 847.66** |
| 07/24/18 | Gumbs, Sean | Transportation | Taxi from home to airport to attend case meetings in Puerto Rico. | 94.59 |
| 07/26/18 | Gumbs, Sean | Transportation | Taxi from NY airport to home after traveling to Puerto Rico to attend case meetings. | 73.20 |
| 07/26/18 | Gumbs, Sean | Transportation | Taxi from hotel to airport. Travel to attend Puerto Rico meetings. | 11.90 |
| 08/16/18 | Garcia Pelaez, Andres | Transportation | Taxi from airport to hotel to travel to Puerto Rico for meetings. | 24.00 |
| 08/16/18 | Garcia Pelaez, Andres | Transportation | Taxi from home to airport to travel to Puerto Rico for meetings. | 18.87 |
| | | **Transportation Total** | | **$ 222.56** |
| 07/24/18 | Gumbs, Sean | Working Meals | Snack for self while traveling to Puerto Rico to attend case meetings. | 15.50 |
| 07/24/18 | Gumbs, Sean | Working Meals | Dinner for self, L. Raiford, R. Gordon (Jenner), and M. Root (Jenner) while traveling to Puerto Rico to attend case meetings. | 160.00 |
| 07/25/18 | Gumbs, Sean | Working Meals | Snack for self while traveling to Puerto Rico to attend case meetings. | 10.00 |
| 07/25/18 | Gumbs, Sean | Working Meals | Breakfast for self while traveling to Puerto Rico to attend case meetings. | 11.48 |
| 07/26/18 | Gumbs, Sean | Working Meals | Snack for self while traveling to Puerto Rico to attend case meetings. | 3.96 |
| 08/16/18 | Garcia Pelaez, Andres | Working Meals | Breakfast for self while traveling to Puerto Rico to attend meetings. | 14.57 |
| 08/17/18 | Garcia Pelaez, Andres | Working Meals | Breakfast for self while traveling to Puerto Rico to attend meetings. | 19.03 |
| | | **Working Meals Total** | | **$ 234.54** |
| | | **Subtotal** | | **2,544.86** |
| | | Less: Voluntary Reductions[1] | | (191.80) |
| | | **Grand Total** | | **$ 2,353.06** |

(1): Airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2018 TO SEPTEMBER 30, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/21/18 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent - Roundtrip - JFK - SJU, 09/27/18 - 09/28/18 (includes travel agent fees). Tavel to Puerto Rico to attend case meetings. | $ 806.12 |
| | | **Airfare Total** | | **$ 806.12** |
| 09/12/18 | Gumbs, Sean | Lodging | Hotel - 09/11/18 - 09/13/18. Travel to Puerto Rico to attend case meetings. | 486.72 |
| 09/28/18 | Gumbs, Sean | Lodging | Hotel - 09/27/18 - 09/28/18. Travel to Puerto Rico to attend case meetings. | 234.45 |
| | | **Lodging Total** | | **$ 721.17** |
| 09/11/18 | Gumbs, Sean | Transportation | Taxi from home to JFK airport. Travel to Puerto Rico to attend case meetings. | 94.27 |
| 09/11/18 | Gumbs, Sean | Transportation | Taxi from SJU airport to hotel. Travel to Puerto Rico to attend case meetings. | 25.00 |
| 09/13/18 | Gumbs, Sean | Transportation | Taxi from hotel to SJU airport. Travel to Puerto Rico to attend case meetings. | 25.00 |
| 09/13/18 | Gumbs, Sean | Transportation | Taxi from JFK airport to home. Travel to Puerto Rico to attend case meetings. | 73.16 |
| 09/27/18 | Gumbs, Sean | Transportation | Taxi from SJU airport to hotel. Travel to Puerto Rico to attend case meetings. | 25.00 |
| 09/27/18 | Gumbs, Sean | Transportation | Taxi from home to JFK airport. Travel to Puerto Rico to attend case meetings. | 83.76 |
| 09/28/18 | Gumbs, Sean | Transportation | Taxi from JFK airport to home. Travel to Puerto Rico to attend case meetings. | 73.20 |
| 09/28/18 | Gumbs, Sean | Transportation | Taxi from hotel to SJU airport. Travel to Puerto Rico to attend case meetings. | 21.00 |
| | | **Transportation Total** | | **$ 420.39** |
| 08/09/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 26.02 |
| 08/14/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 23.69 |
| 08/22/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 10.50 |
| 08/23/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 22.32 |
| 08/23/18 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 22.34 |
| 09/13/18 | Gumbs, Sean | Working Meals | Coffee purchase while traveling to Puerto Rico to attend case meetings. | 3.96 |
| 09/27/18 | Gumbs, Sean | Working Meals | Dinner for self, H. Mayol (Bennazar) and R. Gordon (Jenner) while traveling to Puerto Rico to attend case meetings. | 120.00 |
| 09/28/18 | Gumbs, Sean | Working Meals | Coffee purchase while traveling to Puerto Rico to attend case meetings. | 3.96 |
| | | **Working Meals Total** | | **$ 232.79** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2018 TO SEPTEMBER 30, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/26/18 | Gumbs, Sean | Other | TransPerfect Translations International - translation services for discussion materials for case meetings. | 737.00 |
| | | **Other Total** | | **$ 737.00** |
| | | **Subtotal** | | **$ 2,917.47** |
| | | Less: Voluntary Reductions[1] | | (460.49) |
| | | **Grand Total** | | **$ 2,456.98** |

(1): Airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines. In-office meals have been reduced to $20.00 (per person) to comply with the Fee Examiner Guidelines.