## EXHIBIT C

### COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| ADV. 17-155, 17-156, 17-159 – ASSURED; AMBAC | 3.00 | $1,125.00 |
| ADV. 17-213 – ERS v. ALTAIR | 34.10 | $10,695.00 |
| ADV. 17-228, 17-229 – UTIER | 11.50 | $2,805.00 |
| ADV. 17-257 – UCC v. WHYTE | 41.40 | $14,150.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 124.70 | $35,325.00 |
| CHALLENGES TO PROMESA | 85.50 | $26,330.00 |
| CLAIMS ISSUES | .60 | $225.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 182.00 | $55,155.00 |
| COMMUNICATIONS WITH RETIREES | 83.40 | $23,965.00 |
| COURT HEARINGS | 28.20 | $10,012.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 30.60 | $9,582.50 |
| ERS BONDS ISSUES | 10.30 | $3,130.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 121.80 | $42,612.50 |
| HEALTHCARE/OPEB ANALYSIS | 14.30 | $5,300.00 |
| CONTESTED MATTERS-GO/COFINA | 27.10 | $9,847.50 |
| MEDIATION | 11.60 | $3,325.00 |
| PENSION ANALYSIS | 115.70 | $32,937.50 |
| RULE 2004 INVESTIGATION | 5.50 | $2,062.50 |
| PREPA | 8.80 | $3,162.50 |
| NON-WORKING TRAVEL TIME (50% hourly rate) | 4.00 | $750.00 |
| TOTAL | 944.10 | $292,497.50 |