## EXHIBIT D

### SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, C.S.P. EXPENSES

| Expense Description | Amount |
|---|---:|
| Document Reproduction | $1,050.40 |
| Document Delivery Services | $10.00 |
| **TOTAL** | **$1,060.40** |