# **EXHIBIT F**

**DETAILED EXPENSES OF  BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

# JUNE 2018

<u>EXPENSES BGM</u>

| | | |
|---|---|---:|
| 06/07/18 | DOCUMENT REPRODUCTION | 4.80 |
| 06/18/18 | DOCUMENT REPRODUCTION | 40.00 |
| 06/20/18 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | 321.79 |
| 06/25/18 | DOCUMENT REPRODUCTION | 71.60 |
| | SUBTOTAL: | [    438.19 ] |
| | **TOTAL ADDITIONAL CHARGES** | **$438.19** |

# INVOICE

June 30, 2018

BENNAZAR, GARCIA & MILIAN, CSP
P O BOX 194000 PMB 212
SAN JUAN PR 00919-4000
787-754-9191
BGM.CSP@BENNAZAR.ORG

Bill To:
The Official Committee of Retired Employees of the COPR
San Juan PR

**Invoice: JUNE 2018**
**Office expenses**

| Date | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 6/7/2018 | Document reproduction | 48 | $0.10 | $4.80 |
| 6/18/2018 | Document reproduction | 400 | $0.10 | $40.00 |
| 6/20/2018 | Document reproduction: Sir Speedy | 15 | | $321.79 |
| 6/25/2018 | Document reproduction | 716 | $0.10 | $71.60 |
| Total | | 1179 | | $438.19 |

# Sir Speedy

Vázquez & Velázquez Enterprises, Inc.
416 Ponce de Leon Ave., Union Plaza Bldg
Suite 3, Hato Rey, P.R. 00918
Tel. 751-1555  Fax 751-1572

**Invoice No. 51980**

**Date** 6/19/18

**P.O. #**

**SOLD TO**
Maureen Quevedo
Bennazar, Garcia & Milián, C.S.P.
Penthouse A, Edif. Union Plaza
Ave. Ponce De Leon #416,
Hato Rey PR  00918

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 15 | Clr Copy "Comite Retirados", 8.5 x 11 White Bond | 288.60 |

50% deposit required for jobs without approved credit.
A $20.00 charge will be added for returned checks.
No returns will be accepted after five days of receipt of merchandise

| | |
|---|---|
| SUBTOTAL | 288.60 |
| TAX  State | 30.30 |
| SHIPPING  Municipal | 2.89 |
| TOTAL | 321.79 |
| AMOUNT DUE | 321.79 |

**Please pay from this invoice**

*Thank you for allowing us to serve you.*

q  Pick Up      q  Delivery
q  Cash         q  Charge        q  Check    # _____       Amount Received _____

_____          ____/____/____
Received by                                Date

BUFETE BENNAZAR, C.S.P.
CTAS A PAGAR - POSTED

# JULY 2018

**EXPENSES BGM**

| Date | Description | Amount |
|---|---|---|
| 07/24/18 | DOCUMENT REPRODUCTION | 16.00 |
|  | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | 260.91 |
| 07/26/18 | DOCUMENT REPRODUCTION | 14.40 |

SUBTOTAL: [ 291.31]

TOTAL ADDITIONAL CHARGES $291.31

# AUGUST 2018

<u>EXPENSES BGM</u>

| | |
|---|---:|
| 08/16/18 DOCUMENT REPRODUCTION: JULY FEE STATEMENT/SEPTEMBER BUDGETS | 6.60 |
| SUBTOTAL: | [ 6.60 ] |
| TOTAL ADDITIONAL CHARGES | $6.60 |

# INVOICE

August 31, 2018

BENNAZAR, GARCIA & MILIAN, CSP
P O BOX 194000 PMB 212
SAN JUAN PR 00919-4000
787-754-9191
BGM.CSP@BENNAZAR.ORG


Bill To:
The Official Committee of Retired Employees of the COPR
San Juan PR

Invoice: 180801 - August 2018
Monthly expenses

| Date | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 8/16/2018 | Document reproduction: | 66 | $0.10 | $6.60 |
|  | July Fee Statement/September budgets |  |  |  |
| Total |  | 66 |  | $6.60 |

THANK YOU FOR YOUR BUSINESS!

# SEPTEMBER 2018

OFFICIAL COMMITTEE OF RETIRED EMPLOYEES                                                                                                   Page     24

<u>EXPENSES BGM</u>

| | | |
|---|---|---:|
| 09/05/18 | DOCUMENT REPRODUCTION: PAYGO | 2.30 |
| | DOCUMENT REPRODUCTION: DRAFT MINUTES | 0.80 |

OFFICIAL COMMITTEE OF RETIRED EMPLOYEES Page 25

| Date | Description | Amount |
|---|---|---:|
| 09/06/18 | DOCUMENT REPRODUCTION: DRAFT MINUTES | 0.40 |
| 09/10/18 | DOCUMENT REPRODUCTION: FTI DECK SPANISH AND ENGLISH MEETING OF SEPTEMBER 12, 2018 | 4.00 |
| 09/11/18 | DOCUMENT REPRODUCTION: DRAFT LEGAL OPINION | 1.90 |
| | DOCUMENT REPRODUCTION: AGENDAS AND MINUTES MEETING OF SEPTEMBER 12, 2018 | 16.50 |
| | EXTERNAL DOCUMENT REPRODUCTION: FTI PRESENTATION SPANISH AND ENGLISH MEETING OF SEPTEMBER 12, 2018 | 267.60 |
| 09/12/18 | DOCUMENT REPRODUCTION: RESEARCH ARTICLES | 3.50 |
| 09/17/18 | DOCUMENT REPRODUCTION: INTERNAL MEETING AT THE OFFICE | 4.30 |
| 09/20/18 | DOCUMENT REPRODUCTION: COPY OF INVOICES | 8.50 |
| 09/22/18 | DOCUMENT REPRODUCTION: RESEARCH ARTICLES | 1.50 |
| 09/27/18 | DOCUMENT REPRODUCTION: COPY OF INVOICES | 3.00 |
| 09/28/18 | DOCUMENT DELIVERY SERVICES PROVIDED ON AUGUST 24, 2018 | 10.00 |

SUBTOTAL: [ 324.30 ]

TOTAL ADDITIONAL CHARGES $324.30