# **EXHIBIT D**

### **Summary of Marchand ICS Group Hours Worked and Fees Incurred**

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Ferdinand Díaz | Project Manager | $125.00 | 73.40 | $9,175.00 |
| Jorge Marchand | Principal | $175.00 | 152.60 | $26,705.00 |
| Male Noguera | Media Manager | $95.00 | 197.55 | $18,767.25 |
| Mari Carmen Schell | Business Editor | $110.00 | 122.00 | $13,420.00 |
| **Total** | | | **545.55** | **$68,067.25** |