# EXHIBIT E

### Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---:|
| Advertising for retiree outreach | $1,096.72 |
| Graphics creation, design, and support | $400.00 |
| **TOTAL** | $1,496.72 |