# EXHIBIT F

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 232.90 | $31,653.00 |
| Project Management | 175.20 | $23,193.50 |
| Website Development and Management | 137.45 | $13,220.75 |
| **Total** | **545.55** | **$68,067.25** |