# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From June 1 to June 30, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 6/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 6/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 181.16 |
| | | *Total:* | **281.16** |

## Marchand ICS Group
### Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
### Summary of Marchand ICS Group Expenses
### From July 1 to July 31, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 7/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 7/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 297.11 |
| | | *Total:* | 397.11 |

**Marchand ICS Group**
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From August 1 to August 31, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 8/2/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 1.19 |
| 8/2/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 157.38 |
| 8/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 7/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 202.27 |
| | | *Total:* | **460.84** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From September 1 to September 30, 2018**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 9/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 9/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 257.61 |
| | | *Total:* | 357.61 |