**EXHIBIT A**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Blanca Paniagua

**Period Covered:** From June to September, 2018

**Address:** ███████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2018 | San Juan | Committee Meeting | | 13 $6.95 | | | | | | |
| July 26, 2018 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| August 15, 2018 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| September 12, 2018 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| Totals | | | | $27.80 | | | | | | |

**Additional Information:**

**Total: $27.80**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Carmen Núñez                    **Period Covered:** From June to September, 2018

**Address:** ███████████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2018 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| July 26, 2018 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| August 15, 2018 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| September 12, 2018 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| **Totals** | | | | $25.68 | $4.40 | | | | | |

**Additional Information:**                                                                 **Total: $30.08**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Juan Ortiz                                                    **Period Covered:** From June to September, 2018

**Address:** ███████████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2018 | San Juan | Committee Meeting | | 78 miles $41.73 | $6.75 | | | | | |
| July 26, 2018 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| September 12, 2018 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| **Totals** | | | | $125.19 | $20.25 | | | | | |

**Additional Information:**                                                     **Total: $145.44**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Marcos López                                                                 **Period Covered:** From June to September, 2018

**Address:** ███████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2018 | San Juan | Committee Meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| July 26, 2018 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| August 15, 2018 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| September 12, 2018 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| **Totals** | | | | $35.72 | $9.20 | | | | | |

**Additional Information:**                                                                                                                **Total: $44.92**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Mr. Miguel Fabre          **Period Covered:** From June to Septemeber, 2018

**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2018 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| July 26, 2018 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| August 15, 2018 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| September 12, 2018 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| **Totals** | | | | **$21.40** | **$4.40** | | | | | |

**Additional Information:**                                   **Total: $25.80**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Milagros Acevedo　　　　　　　　　　　　　　　　**Period Covered:** From June to Septemeber, 2018

**Address:** ███████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2018 | San Juan | Committee Meeting | | 16 miles $8.56 | $1.10 | | | | | |
| July 26, 2018 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| September 12, 2018 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| **Totals** | | | | **$25.68** | **$3.30** | | | | | |

**Additional Information:**　　　　　　　　　　　　　　　　　　　　　　　　　　**Total: $28.98**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Rosario Pacheco  **Period Covered:** From June to September, 2018

**Address:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2018 | San Juan | Committee Meeting | | 5 miles $2.68 | | | | | | |
| September 12, 2018 | San Juan | Committee meeting | | 5 miles $2.68 | | | | | | |
| **Totals** | | | | **$5.36** | | | | | | |

**Additional Information:**  **Total: $5.36**

**Note: Attach all receipts**