## Exhibit A

**ATTORNEY CERTIFICATION**

EAST\162227084.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) ) | |
| as representative of | ) ) | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) ) ) | **Re: ECF No. 3269** |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF JOHN MERRIGAN PURSUANT TO
PUERTO RICO LOCAL BANKRUPTCY RULE 2016-1(a)(4)**

JOHN MERRIGAN, under penalty of perjury, certifies as follows:

1.  I am a partner with the law firm of DLA Piper LLP (US). I make this certification in compliance with Rule 2016-1(a)(4) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") regarding the contents of applications for compensation and payment of expenses of professionals.

2.  I submit this certification in connection with the *Third Interim Application of DLA Piper for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Treasury Department for the Period from June 1, 2018 through September 30, 2018* (the "Application").

3. I am familiar with the professional services provided by DLA Piper LLP (US) and DLA Piper (Puerto Rico), LLC (together, "DLA Piper") during the Compensation Period (as defined in the Application) on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and the Puerto Rico Treasury Department.

4. I have read the Application and I certify that the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

5. To the best of my knowledge, information, and belief, formed after reasonable inquiry, the compensation and reimbursement of expenses sought by DLA Piper in the Application are permissible under and conform with the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Interim Compensation Order as amended June 6, 2018, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, and the Local Rules, each to the extent applicable to the professional services provided by DLA Piper to AAFAF and the Puerto Rico Treasury Department during the Compensation Period.

6. I further certify that, consistent with the firm's policy with respect to its other clients, the compensation and reimbursement of expenses requested in the Application are billed at rates in accordance with practices customarily employed by DLA Piper and generally accepted by DLA Piper's clients.

EAST\162227084.1

Dated: November 16, 2018
    Washington, DC

Respectfully submitted,

/s/ John Merrigan

John Merrigan
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

EAST\162227084.1