**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0010 COFINA - General** | | | | | |
| 201 - | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | | | | |
| | Partner | Brian S. Rosen | 2.30 | $759.00 | $1,745.70 |
| | | Timothy W. Mungovan | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **2.40** | **$759.00** | **$1,821.60** |
| | Associate | Elliot Stevens | 0.30 | $759.00 | $227.70 |
| | **Associate Total** | | **0.30** | **$759.00** | **$227.70** |
| **201 Total** | | | **2.70** | | **$2,049.30** |
| 202 - | Legal Research | | | | |
| | Partner | James P. Gerkis | 1.80 | $759.00 | $1,366.20 |
| | **Partner Total** | | **1.80** | **$759.00** | **$1,366.20** |
| | Associate | Elliot Stevens | 6.40 | $759.00 | $4,857.60 |
| | **Associate Total** | | **6.40** | **$759.00** | **$4,857.60** |
| **202 Total** | | | **8.20** | | **$6,223.80** |
| 204 - | Communications with Claimholders | | | | |
| | Partner | Brian S. Rosen | 145.50 | $759.00 | $110,434.50 |
| | | Ehud Barak | 3.80 | $759.00 | $2,884.20 |
| | | James P. Gerkis | 0.20 | $759.00 | $151.80 |
| | | Jeffrey W. Levitan | 0.30 | $759.00 | $227.70 |
| | | Paul Possinger | 1.70 | $759.00 | $1,290.30 |
| | | Stephen L. Ratner | 0.80 | $759.00 | $607.20 |
| | **Partner Total** | | **152.30** | **$759.00** | **$115,595.70** |
| | Associate | Brandon C. Clark | 2.10 | $759.00 | $1,593.90 |
| | | David Simon | 42.30 | $759.00 | $32,105.70 |
| | | Elliot Stevens | 5.60 | $759.00 | $4,250.40 |
| | | Steve Ma | 11.50 | $759.00 | $8,728.50 |
| | | Yomarie Habenicht | 53.10 | $759.00 | $40,302.90 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Associate Total** | | **114.60** | **$759.00** | **$86,981.40** |
| | **Legal Assistant** | Christopher M. Tarrant | 9.80 | $260.00 | $2,548.00 |
| | **Legal Assistant Total** | | **9.80** | **$260.00** | **$2,548.00** |
| **204 Total** | | | **276.70** | | **$205,125.10** |
| **205 -** | **Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities** | | | | |
| | **Partner** | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **0.30** | **$759.00** | **$227.70** |
| **205 Total** | | | **0.30** | | **$227.70** |
| **206 -** | **Documents Filed on Behalf of the Board** | | | | |
| | **Partner** | Brian S. Rosen | 0.30 | $759.00 | $227.70 |
| | | Jeffrey W. Levitan | 4.40 | $759.00 | $3,339.60 |
| | **Partner Total** | | **4.70** | **$759.00** | **$3,567.30** |
| | **Associate** | Steve Ma | 20.90 | $759.00 | $15,863.10 |
| | **Associate Total** | | **20.90** | **$759.00** | **$15,863.10** |
| **206 Total** | | | **25.60** | | **$19,430.40** |
| **207 -** | **Non-Board Court Filings** | | | | |
| | **Partner** | Brian S. Rosen | 0.30 | $759.00 | $227.70 |
| | | Michael A. Firestein | 0.70 | $759.00 | $531.30 |
| | | Paul Possinger | 0.30 | $759.00 | $227.70 |
| | | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **1.60** | **$759.00** | **$1,214.40** |
| | **Associate** | Maja Zerjal | 0.20 | $759.00 | $151.80 |
| | **Associate Total** | | **0.20** | **$759.00** | **$151.80** |
| **207 Total** | | | **1.80** | | **$1,366.20** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 210 - | **Analysis and Strategy** | | | | |
| | Partner | Brian S. Rosen | 0.80 | $759.00 | $607.20 |
| | | James P. Gerkis | 2.10 | $759.00 | $1,593.90 |
| | | Jeffrey W. Levitan | 0.80 | $759.00 | $607.20 |
| | | Jonathan E. Richman | 0.20 | $759.00 | $151.80 |
| | | Paul Possinger | 2.70 | $759.00 | $2,049.30 |
| | | Ralph C. Ferrara | 4.70 | $759.00 | $3,567.30 |
| | | Timothy W. Mungovan | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **11.40** | **$759.00** | **$8,652.60** |
| | Associate | David Simon | 5.50 | $759.00 | $4,174.50 |
| | | Maja Zerjal | 1.30 | $759.00 | $986.70 |
| | | Steve Ma | 0.30 | $759.00 | $227.70 |
| | | Yomarie Habenicht | 1.00 | $759.00 | $759.00 |
| | **Associate Total** | | **8.10** | **$759.00** | **$6,147.90** |
| **210 Total** | | | **19.50** | | **$14,800.50** |
| 211 - | **Non-Working Travel** | | | | |
| | Partner | Paul Possinger | 2.00 | $759.00 | $1,518.00 |
| | **Partner Total** | | **2.00** | **$759.00** | **$1,518.00** |
| | Associate | Steve Ma | 8.20 | $759.00 | $6,223.80 |
| | **Associate Total** | | **8.20** | **$759.00** | **$6,223.80** |
| **211 Total** | | | **10.20** | | **$7,741.80** |
| 212 - | **General Administration** | | | | |
| | Legal Assistant | Laura M. Geary | 1.40 | $260.00 | $364.00 |
| | | Tiffany Miller | 0.40 | $260.00 | $104.00 |
| | **Legal Assistant Total** | | **1.80** | **$260.00** | **$468.00** |
| **212 Total** | | | **1.80** | | **$468.00** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 215 - | **Plan of Adjustment and Disclosure Statement** | | | | |
| | Partner | Brian S. Rosen | 332.20 | $759.00 | $252,139.80 |
| | | James P. Gerkis | 72.00 | $759.00 | $54,648.00 |
| | | Jeffrey W. Levitan | 75.70 | $759.00 | $57,456.30 |
| | | Martin J. Bienenstock | 1.20 | $759.00 | $910.80 |
| | | Martin T. Hamilton | 16.10 | $759.00 | $12,219.90 |
| | | Michael A. Firestein | 0.50 | $759.00 | $379.50 |
| | | Paul Possinger | 0.60 | $759.00 | $455.40 |
| | | Ralph C. Ferrara | 0.80 | $759.00 | $607.20 |
| | | Stephen L. Ratner | 1.60 | $759.00 | $1,214.40 |
| | | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **500.90** | **$759.00** | **$380,183.10** |
| | **Senior Counsel** | Daniel L. Forman | 38.40 | $759.00 | $29,145.60 |
| | **Senior Counsel Total** | | **38.40** | **$759.00** | **$29,145.60** |
| | Associate | Chris Theodoridis | 43.60 | $759.00 | $33,092.40 |
| | | Christopher M. Hayes | 6.20 | $759.00 | $4,705.80 |
| | | Daniel Desatnik | 1.90 | $759.00 | $1,442.10 |
| | | Daniel Pollick | 6.00 | $759.00 | $4,554.00 |
| | | David Simon | 35.20 | $759.00 | $26,716.80 |
| | | Elliot Stevens | 20.70 | $759.00 | $15,711.30 |
| | | Maja Zerjal | 10.70 | $759.00 | $8,121.30 |
| | | Mee R. Kim | 5.80 | $759.00 | $4,402.20 |
| | | Nicholas Pellegrino | 37.10 | $759.00 | $28,158.90 |
| | | Steve Ma | 169.30 | $759.00 | $128,498.70 |
| | | Yomarie Habenicht | 23.70 | $759.00 | $17,988.30 |
| | **Associate Total** | | **360.20** | **$759.00** | **$273,391.80** |
| | **Legal Assistant** | Christopher M. Tarrant | 2.80 | $260.00 | $728.00 |
| | | Natasha Petrov | 8.20 | $260.00 | $2,132.00 |
| | **Legal Assistant Total** | | **11.00** | **$260.00** | **$2,860.00** |
| **215 Total** | | | **910.50** | | **$685,580.50** |
| 216 - | **Confirmation** | | | | |
| | Associate | Steve Ma | 10.20 | $759.00 | $7,741.80 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Associate Total** | | **10.20** | **$759.00** | **$7,741.80** |
| **216 Total** | | | **10.20** | | **$7,741.80** |
| **217 -** | **Tax** | | | | |
| | Partner | James P. Gerkis | 1.50 | $759.00 | $1,138.50 |
| | | Jeffrey W. Levitan | 0.80 | $759.00 | $607.20 |
| | | Martin T. Hamilton | 46.90 | $759.00 | $35,597.10 |
| | | Richard M. Corn | 50.80 | $759.00 | $38,557.20 |
| | **Partner Total** | | **100.00** | **$759.00** | **$75,900.00** |
| | Associate | Sejin Park | 69.50 | $759.00 | $52,750.50 |
| | | Steve Ma | 0.90 | $759.00 | $683.10 |
| | | Yomarie Habenicht | 79.90 | $759.00 | $60,644.10 |
| | **Associate Total** | | **150.30** | **$759.00** | **$114,077.70** |
| **217 Total** | | | **250.30** | | **$189,977.70** |
| **218 -** | **Employment and Fee Applications** | | | | |
| | Associate | Elliot Stevens | 0.70 | $759.00 | $531.30 |
| | | Jeramy Webb | 0.80 | $759.00 | $607.20 |
| | | Mee R. Kim | 5.30 | $759.00 | $4,022.70 |
| | **Associate Total** | | **6.80** | **$759.00** | **$5,161.20** |
| | Legal Assistant | Christopher M. Tarrant | 6.60 | $260.00 | $1,716.00 |
| | | Magali Giddens | 3.80 | $260.00 | $988.00 |
| | | Natasha Petrov | 20.60 | $260.00 | $5,356.00 |
| | **Legal Assistant Total** | | **31.00** | **$260.00** | **$8,060.00** |
| **218 Total** | | | **37.80** | | **$13,221.20** |
| **GRAND TOTAL** | | | **1,555.60** | | **$1,153,954.00** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0010 COFINA – General (Puerto Rico)** | | | | | |
| 201 | Partner | Brian S. Rosen | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **201 Total** | | | **0.20** | | **$151.80** |
| 204 | Partner | Brian S. Rosen | 0.60 | $759.00 | $455.40 |
| | **Partner Total** | | **0.60** | **$759.00** | **$455.40** |
| **204 Total** | | | **0.60** | | **$455.40** |
| 205 | Partner | Brian S. Rosen | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **205 Total** | | | **0.20** | | **$151.80** |
| 210 | Partner | Brian S. Rosen | 2.20 | $759.00 | $1,669.80 |
| | **Partner Total** | | **2.20** | **$759.00** | **$1,669.80** |
| **210 Total** | | | **2.20** | | **$1,669.80** |
| 215 | Partner | Brian S. Rosen | 24.40 | $759.00 | $18,519.60 |
| | **Partner Total** | | **24.40** | **$759.00** | **$18,519.60** |
| **215 Total** | | | **24.40** | | **$18,519.60** |
| **GRAND TOTAL** | | | **27.60** | | **$20,948.40** |

6

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0042 COFINA - BNYM** | | | | | |
| **207** | **Partner** | Ehud Barak | 2.20 | $759.00 | $1,669.80 |
| | **Partner Total** | | **2.20** | **$759.00** | **$1,669.80** |
| | Associate | Daniel Desatnik | 1.10 | $759.00 | $834.90 |
| | **Associate Total** | | **1.10** | **$759.00** | **$834.90** |
| **207 Total** | | | **3.30** | | **$2,504.70** |
| **GRAND TOTAL** | | | **3.30** | | **$2,504.70** |