33260 FOMB                                                                    Invoice 170167944
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0061 COMMONWEALTH TITLE III - FISCAL                                       Page 10
    PLAN/BUDGET LITIGATION

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/19/18 | Matthew J. Morris | 207 | Rossello: Revise draft answer. | 1.80 | $1,366.20 |
| **Non-Board Court Filings** | | | | **4.30** | **$3,263.70** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/01/18 | Timothy W. Mungovan | 210 | Rossello: Communications with S. Ratner regarding draft to outstanding claims. | 0.10 | $75.90 |
| 09/03/18 | Timothy W. Mungovan | 210 | Rossello: Communications with McKinsey regarding remaining claims. | 0.30 | $227.70 |
| 09/04/18 | Stephen L. Ratner | 210 | Rossello: E-mail and conferences with T. Mungovan, G. Brenner, et al. regarding procedural matters (0.10); Review materials regarding procedural matters (0.20). | 0.30 | $227.70 |
| 09/04/18 | Guy Brenner | 210 | Rossello: Review correspondence from S. O'Rourke regarding fiscal plan issues. | 0.10 | $75.90 |
| 09/04/18 | Timothy W. Mungovan | 210 | Rossello: Communications with S. Ratner regarding draft proposed stipulation regarding remaining claims (0.20); Conference call with S. Ratner, M. Morris, and G. Brenner concerning draft proposed stipulation addressing remaining claims (0.30); Communications with G. Brenner, S. Ratner, and M. Morris regarding proposed draft stipulation (0.20). | 0.70 | $531.30 |
| 09/05/18 | Guy Brenner | 210 | Rossello: Call with T. Mungovan and S. Ratner regarding proposed stipulation addressing remaining claims (0.20); Analyze procedural issues regarding same (0.20). | 0.40 | $303.60 |
| 09/05/18 | Stephen L. Ratner | 210 | Rossello: Conferences and e-mail with G. Brenner, K. Rifkind, M. Morris, T. Mungovan, H. Bauer, M. Bienenstock regarding draft stipulation and procedural matters. | 0.50 | $379.50 |
| 09/05/18 | Timothy W. Mungovan | 210 | Rossello: Communications with M. Morris and G. Brenner regarding discussions with counsel for AAFAF and Governor on stipulation addressing remaining claims and extending time to respond to complaint. | 0.20 | $151.80 |
| 09/06/18 | Timothy W. Mungovan | 210 | Rossello: Communications with McKinsey, G. Brenner, K. Perra, M. Bienenstock, and S. Ratner regarding reviewing revised fiscal plan in connection with claims. | 0.40 | $303.60 |

33260 FOMB                                                                        Invoice 170167944
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0061 COMMONWEALTH TITLE III - FISCAL                                               Page 11
PLAN/BUDGET LITIGATION

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/07/18 | Timothy W. Mungovan | 210 | Rossello: Communications with McKinsey, K. Rifkind, G. Brenner, and M. Morris regarding proposed stipulation addressing remaining challenges to fiscal plan. | 0.30 | $227.70 |
| 09/07/18 | Lucy Wolf | 210 | Rossello: Research regarding deadlines for opposition to motion to dismiss and reply to opposition. | 0.40 | $303.60 |
| 09/08/18 | Kevin J. Perra | 210 | Rossello: E-mails with T. Mungovan, G. Brenner, M. Morris regarding strategy regarding remaining claims (0.20); Review drafts and documents for same (0.20). | 0.40 | $303.60 |
| 09/11/18 | Timothy W. Mungovan | 210 | Rossello: Communications with S. Ratner, G. Brenner, K. Perra, and M. Morris regarding Governor's motion to certify questions on appeal. | 0.40 | $303.60 |
| 09/12/18 | Timothy W. Mungovan | 210 | Rossello: Communications with S. Ratner and G. Brenner regarding Magistrate Judge Dein's order setting deadline to respond to motion to certify. | 0.10 | $75.90 |
| 09/14/18 | Stephen L. Ratner | 210 | Rossello: Conferences and e-mail with T. Mungovan, G. Brenner, K. Perra, M. Bienenstock regarding proposed stipulation and Governor's motion to certify immediate appeal. | 0.70 | $531.30 |
| 09/14/18 | Martin J. Bienenstock | 210 | E-mail to G. Brenner regarding revisions to same and position on interlocutory appeal. | 0.50 | $379.50 |
| 09/14/18 | Timothy W. Mungovan | 210 | Rossello: Communications with G. Brenner, K. Perra, and S. Ratner regarding Governor's revisions to draft stipulation and response to motion to certify issues for appeal (0.50); Conference call with G. Brenner, K. Perra, and S. Ratner regarding Governor's revisions to draft stipulation and response to motion to certify issues for an appeal (0.30); Revise draft e-mails to M. Bienenstock setting forth strategy for outstanding claims and responding to Governor's motion to certify issues for an appeal (0.40). | 1.20 | $910.80 |
| 09/16/18 | Kevin J. Perra | 210 | Rossello: E-mails with T. Mungovan, G. Brenner and M. Bienenstock regarding strategy for remaining claims. | 0.10 | $75.90 |
| 09/16/18 | Timothy W. Mungovan | 210 | Rossello: Communications with M. Morris, S. Ratner, G. Brenner and K. Perra regarding proposed draft stipulation Governor's motion to certify questions on appeal. | 0.20 | $151.80 |

33260 FOMB                                                                        Invoice 170167944
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0061 COMMONWEALTH TITLE III - FISCAL                                              Page 12
PLAN/BUDGET LITIGATION

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/17/18 | Guy Brenner | 210 | Rossello: Call with T. Mungovan, K. Perra, S. Ratner and M. Morris regarding motion for interlocutory appeal. | 0.30 | $227.70 |
| 09/17/18 | Kevin J. Perra | 210 | Rossello: Call with T. Mungovan, G. Brenner regarding strategy for remaining claims. | 0.30 | $227.70 |
| 09/17/18 | Timothy W. Mungovan | 210 | Rossello: Communications with K. Perra M. Morris, S. Ratner, and G. Brenner regarding Governor's motion to certify questions on appeal (0.30); Communications with S. Ratner, G. Brenner, K. Perra, and M. Morris regarding further revisions to draft stipulation to address outstanding claims (0.40). | 0.70 | $531.30 |
| 09/18/18 | Stephen L. Ratner | 210 | Rossello: Review materials regarding Act 204. | 0.10 | $75.90 |
| 09/18/18 | Guy Brenner | 210 | Rossello: Review options and strategy regarding stipulation. | 0.20 | $151.80 |
| 09/18/18 | Michael A. Firestein | 210 | Rossello: Teleconference with T. Mungovan on strategy for Rosello proceeding. | 0.20 | $151.80 |
| 09/18/18 | Timothy W. Mungovan | 210 | Rossello: Communications with G. Brenner, S. Ratner, K. Perra, and M. Morris regarding Board's September 13, 2018 letter to Governor in connection with impact on case. | 0.40 | $303.60 |
| 09/19/18 | Timothy W. Mungovan | 210 | Rossello: Communications with M. Morris regarding Act 204. | 0.30 | $227.70 |
| 09/19/18 | Kevin J. Perra | 210 | Rossello: Review analysis of remaining claim (0.30); Review documents for same (0.50); E-mails with T. Mungovan and M. Morris regarding issues (0.20). | 1.00 | $759.00 |
| 09/19/18 | Matthew J. Morris | 210 | Rossello: Discuss next steps with T. Mungovan. | 0.30 | $227.70 |
| 09/20/18 | Ralph C. Ferrara | 210 | Rossello: Review summary regarding Governor's motion for interlocutory appeal. | 0.20 | $151.80 |
| 09/20/18 | Guy Brenner | 210 | Rossello: Review background material on ACT 204. | 0.40 | $303.60 |
| 09/20/18 | Timothy W. Mungovan | 210 | Rossello: Call with G. Brenner regarding Governor's complaint and Act 204. | 0.30 | $227.70 |
| 09/20/18 | Stephen L. Ratner | 210 | Rossello: E-mail with T. Mungovan, G. Brenner, M. Morris, et al. regarding opposition to certify appeal and scheduling. | 0.20 | $151.80 |
| 09/21/18 | Guy Brenner | 210 | Rossello: Analyze next steps regarding Act 204. | 0.10 | $75.90 |
| 09/21/18 | Timothy W. Mungovan | 210 | Rossello: Communications with G. Brenner regarding Act 204 and remaining outstanding claims. | 0.30 | $227.70 |

33260 FOMB                                                                          Invoice 170167944
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0061 COMMONWEALTH TITLE III - FISCAL                                                 Page 13
PLAN/BUDGET LITIGATION

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/21/18 | Stephen L. Ratner | 210 | Rossello: E-mail with T. Mungovan, G. Brenner, M. Morris, et al. regarding Act 204, procedural matters and opposition to certification motion. | 0.30 | $227.70 |
| 09/22/18 | Stephen L. Ratner | 210 | Rossello: Conference, e-mail with T. Mungovan regarding Act 204 (0.30); Review Act 204 and related materials (0.30). | 0.60 | $455.40 |
| 09/22/18 | Timothy W. Mungovan | 210 | Rossello: Communications with S. Ratner regarding discussions with AAFAF regarding Act 204. | 0.30 | $227.70 |
| 09/24/18 | Stephen L. Ratner | 210 | Rossello: E-mail with G. Brenner, K. Rifkin, J. El Koury, et al. regarding resolving outstanding claims. | 0.10 | $75.90 |
| 09/26/18 | Stephen L. Ratner | 210 | Rossello: Conferences and e-mail with M. Morris, T. Mungovan, G. Brenner, M. Bienenstock regarding Act 204, answer, and remaining claims. | 0.40 | $303.60 |
| 09/26/18 | Guy Brenner | 210 | Rossello: Review materials regarding stipulation addressing remaining claims and Act 204 matters (0.30); Draft summary of current status for M. Bienenstock (0.20); Analyze issues relating to Act 204 (0.10). | 0.60 | $455.40 |
| 09/26/18 | Timothy W. Mungovan | 210 | Rossello: Communications with S. Ratner, G. Brenner, and M. Bienenstock regarding Act 204 and Board's communications with AAFAF regarding Act 204. | 0.50 | $379.50 |
| 09/26/18 | Kevin J. Perra | 210 | Rossello: E-mails with G. Brenner regarding Act 204 (0.10); Review documents and correspondence regarding same (0.40). | 0.50 | $379.50 |
| 09/27/18 | Stephen L. Ratner | 210 | Rossello: Conferences and e-mail with G. Brenner, M. Morris, T. Mungovan, M. Bienenstock regarding Act 204, draft answer, and treatment of remaining claims (0.50); Review Act 204 and related materials (0.60). | 1.10 | $834.90 |
| 09/27/18 | Guy Brenner | 210 | Rossello: Participate in strategy call regarding Act 204 with T. Mungovan, S. Ratner and M. Morris. | 0.50 | $379.50 |
| 09/27/18 | Timothy W. Mungovan | 210 | Rossello: Communications with S. Ratner, G. Brenner, M. Morris and K. Perra regarding Law 204 (0.50); Analyze Law 204 in context of PROMESA and Board's September 13, 2018 letter to Governor and Legislature (0.80). | 1.30 | $986.70 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0061 COMMONWEALTH TITLE III - FISCAL PLAN/BUDGET LITIGATION

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/28/18 | Ralph C. Ferrara | 210 | Rossello: Review summary regarding Governor and AAFAF reply in support of motion requesting immediate appeal of ruling on motion to dismiss adversary proceeding. | 0.20 | $151.80 |
| **Analysis and Strategy** | | | | **19.00** | **$14,421.00** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/07/18 | Magali Giddens | 212 | Rossello: Review adversary docket and First Circuit dockets regarding filing date of notice of appeal (0.10); Follow-up e-mail with L. Wolf regarding same (0.10). | 0.20 | $52.00 |
| **General Administration** | | | | **0.20** | **$52.00** |

**Appeal -- 219**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/04/18 | Kevin J. Perra | 219 | Legislative: Review appeals from Legislative complaint dismissal order (0.20); E-mails with T. Mungovan regarding same (0.10); Review draft stipulation addressing remaining issues on appeal (0.30); E-mails with G. Brenner, M. Morris and T. Mungovan regarding same (0.20). | 0.80 | $607.20 |
| 09/04/18 | Timothy W. Mungovan | 219 | Legislative: Communications with K. Perra, M. Harris, and G. Brenner regarding appeal by Legislature to First Circuit (0.20). | 0.20 | $151.80 |
| 09/04/18 | Timothy W. Mungovan | 219 | Rossello: Communications with K. Rifkind, K. Perra, M. Morris, S. Ratner and G. Brenner regarding timing for Governor to file interlocutory appeal (0.30). | 0.30 | $227.70 |
| 09/04/18 | Stephen L. Ratner | 219 | Legislative: E-mail with T. Mungovan K. Perra, et al. regarding procedural matters. | 0.10 | $75.90 |
| 09/08/18 | Stephen L. Ratner | 219 | Rossello: Conferences and e-mail with T. Mungovan, G. Brenner, M. Bienenstock, M. Morris, K. Perra regarding draft stipulation and potential appeal (0.20); Review materials regarding same (0.40). | 0.60 | $455.40 |
| 09/08/18 | Guy Brenner | 219 | Analyze options regarding request to consent to interlocutory appeal (0.20); Draft response to same (0.10). | 0.30 | $227.70 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170167944

0061 COMMONWEALTH TITLE III - FISCAL
PLAN/BUDGET LITIGATION

Page 15

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/08/18 | Timothy W. Mungovan | 219 | Rossello: Communications with S. Ratner, G. Brenner, M. Morris, K. Perra, and M. Bienenstock regarding strategy for responding to Governor's intention to pursue interlocutory appeal (0.60); Review communication from counsel to Governor concerning intent to pursue interlocutory appeal (0.10). | 0.70 | $531.30 |
| 09/10/18 | Jonathan E. Richman | 219 | Rossello: Review correspondence regarding Governor's intent to file interlocutory appeal. | 0.30 | $227.70 |
| 09/10/18 | Timothy W. Mungovan | 219 | Rossello: Communications with counsel for AAFAF regarding intention to file interlocutory appeal. | 0.20 | $151.80 |
| 09/11/18 | Guy Brenner | 219 | Rossello: Review motion for certification of issues for appeal (0.80); Review edits to proposed stipulation addressing remaining claims (0.20). | 1.00 | $759.00 |
| 09/19/18 | Elisa Carino | 219 | Rossello: Research issues pertaining to Fed. R. Civ. Pro 15(a) in First Circuit. | 2.20 | $572.00 |
| 09/27/18 | Kevin J. Perra | 219 | Rossello: Review and analyze reply regarding motion to certify decision for appeal. | 0.40 | $303.60 |
| **Appeal** | | | | **7.10** | **$4,291.10** |

**Total for Professional Services**          **$78,725.10**

33260 FOMB                                                                                      Invoice 170167944
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0061 COMMONWEALTH TITLE III - FISCAL                                            Page 16
    PLAN/BUDGET LITIGATION

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| GUY BRENNER | PARTNER | 15.20 | 759.00 | $11,536.80 |
| JONATHAN E. RICHMAN | PARTNER | 0.30 | 759.00 | $227.70 |
| KEVIN J. PERRA | PARTNER | 14.90 | 759.00 | $11,309.10 |
| MARTIN J. BIENENSTOCK | PARTNER | 6.80 | 759.00 | $5,161.20 |
| MICHAEL A. FIRESTEIN | PARTNER | 0.80 | 759.00 | $607.20 |
| RALPH C. FERRARA | PARTNER | 0.60 | 759.00 | $455.40 |
| STEPHEN L. RATNER | PARTNER | 11.20 | 759.00 | $8,500.80 |
| TIMOTHY W. MUNGOVAN | PARTNER | 21.30 | 759.00 | $16,166.70 |
| **Total for PARTNER** | | **71.10** | | **$53,964.90** |
| | | | | |
| LUCY WOLF | ASSOCIATE | 0.40 | 759.00 | $303.60 |
| MATTHEW J. MORRIS | ASSOCIATE | 31.40 | 759.00 | $23,832.60 |
| **Total for ASSOCIATE** | | **31.80** | | **$24,136.20** |
| | | | | |
| MAGALI GIDDENS | LEGAL ASSISTANT | 0.20 | 260.00 | $52.00 |
| **Total for LEGAL ASSISTANT** | | **0.20** | | **$52.00** |
| | | | | |
| ELISA CARINO | LAW CLERK | 2.20 | 260.00 | $572.00 |
| **Total for LAW CLERK** | | **2.20** | | **$572.00** |
| | | | | |
| | **Total** | **105.30** | | **$78,725.10** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 09/04/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $2.50 |
| 09/04/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $7.70 |
| 09/04/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $9.60 |
| 09/04/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $3.30 |
| 09/05/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $1.30 |
| 09/05/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $1.00 |
| 09/11/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $2.70 |
| 09/11/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $2.50 |
| 09/11/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $2.20 |
| 09/11/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $1.70 |
| 09/12/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $13.20 |
| 09/17/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $1.10 |
| 09/18/2018 | Christine D. Anelli | REPRODUCTION | REPRODUCTION | $2.20 |
| 09/18/2018 | Christine D. Anelli | REPRODUCTION | REPRODUCTION | $0.10 |
| 09/18/2018 | Christine D. Anelli | REPRODUCTION | REPRODUCTION | $1.00 |
| 09/19/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $0.30 |
| 09/19/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $1.50 |
| 09/20/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $0.60 |
| 09/20/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $4.20 |
| 09/20/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $2.60 |
| 09/24/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $3.50 |
| 09/25/2018 | Christine D. Anelli | REPRODUCTION | REPRODUCTION | $0.10 |
| 09/25/2018 | Christine D. Anelli | REPRODUCTION | REPRODUCTION | $3.90 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170167944

0061 COMMONWEALTH TITLE III - FISCAL PLAN/BUDGET LITIGATION

Page 17

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 09/25/2018 | Christine D. Anelli | REPRODUCTION | REPRODUCTION | $0.20 |
| 09/25/2018 | Christine D. Anelli | REPRODUCTION | REPRODUCTION | $2.60 |
| 09/27/2018 | Matthew J. Morris | REPRODUCTION | REPRODUCTION | $2.10 |
| | | | **Total for REPRODUCTION** | **$73.70** |

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 09/19/2018 | Elisa Carino | WESTLAW | WESTLAW Connect and Comm Time - 000000:00:00 WestChk and Other Trans -  0000000010 Lines | $629.00 |
| | | | **Total for WESTLAW** | **$629.00** |

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 07/25/2018 | Ralph C. Ferrara | FILING AND COURT COSTS | FILING AND COURT COSTS Applications Fee - Ralph Ferrara to telephonically attend omnibus hearing before Judge Swain. | $70.00 |
| | | | **Total for FILING AND COURT COSTS** | **$70.00** |

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 07/25/2018 | Timothy W. Mungovan | LODGING | LODGING Hotel - Lodging - Timothy Mungovan Hotel cancellation fee. - 2 day hearing ended on first day and hotel night was not needed | $299.94 |
| | | | **Total for LODGING** | **$299.94** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| REPRODUCTION | 73.70 |
| WESTLAW | 629.00 |
| FILING AND COURT COSTS | 70.00 |
| LODGING | 299.94 |
| **Total Expenses** | **$1,072.64** |
| **Total Amount for this Matter** | **$79,797.74** |

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)


**COVER SHEET TO SEVENTEENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED IN
PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO
RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO
RICO FOR THE PERIOD SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018**


**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE
INCURRED INSIDE PUERTO RICO**


| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services in Puerto Rico is sought: | September 1, 2018 through September 30, 2018 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of compensation sought
as actual, reasonable and necessary:      **$74,457.90**

Amount of expense reimbursement sought
as actual, reasonable and necessary:      **$0.00**

Total Amount for this Invoice:      **$74,457.90**

This is a: _X_  monthly __ interim __ final application.

This is Proskauer's seventeenth monthly fee application in these cases and is for fees and services rendered in Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2018.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 4, 2018 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
       FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
       Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
       Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
      Suzzanne Uhland, Esq.
      Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
      Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
      Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
      Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
      Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
      Secretary of the Treasury

**Summary of Legal Fees for the Period September 1, 2018 through September 30, 2018**

| | Commonwealth – General in Puerto Rico | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 17.00 | $12,903.00 |
| 203 | Hearings and Other Non-Filed Communications with the Court | 1.40 | $1,062.60 |
| 204 | Communications with Claimholders | 8.40 | $6,375.60 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 2.00 | $1,518.00 |
| 206 | Documents Filed on Behalf of the Board | 1.20 | $910.80 |
| 207 | Non-Board Court Filings | 1.10 | $834.90 |
| 211 | Non-Working Travel Time | 32.40 | $24,591.60 |
| 213 | Labor, Pension Matters | 6.00 | $4,554.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 6.70 | $5,085.30 |
| | **Total** | **76.20** | **$57,835.80** |

| | Commonwealth – Cooperativas in Puerto Rico | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 1.20 | $910.80 |
| | **Total** | **1.20** | **$910.80** |

**Summary of Legal Fees for the Period September 1, 2018 through September 30, 2018**

| Commonwealth – Miscellaneous in Puerto Rico | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 203 | Hearings and Other Non-Filed Communications with the Court | 2.90 | $2,201.10 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.80 | $607.20 |
| 206 | Documents Filed on Behalf of the Board | 5.90 | $4,478.10 |
| 207 | Non-Board Court Filings | 0.80 | $607.20 |
| 208 | Stay Matters | 9.80 | $7,438.20 |
| 210 | Analysis and Strategy | 0.50 | $379.50 |
| | **Total** | **20.70** | **$15,711.30** |

6

Summary of Legal Fees for the Period September 1, 2018 through September 30, 2018

## ACROSS ALL COMMONWEALTH-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $759.00 | 22.50 | $17,077.50 |
| Ehud Barak | Partner | BSGR & B | $759.00 | 18.30 | $13,889.70 |
| Martin J. Bienenstock | Partner | BSGR & B | $759.00 | 31.20 | $23,680.80 |
| Paul Possinger | Partner | BSGR & B | $759.00 | 17.90 | $13,586.10 |
| Brandon C. Clark | Associate | Litigation | $759.00 | 8.20 | $6,223.80 |
| | | | **Total** | **98.10** | **$74,457.90** |

| SUMMARY OF LEGAL FEES | Hours 98.10 | Fees $74,457.90 |
|---|---|---|

7

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $67,012.11, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $67,012.11.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

# **Exhibit A**

33260 FOMB                                                                                              Invoice 170167931
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0024 PROMESA TITLE III: COMMONWEALTH (PUERTO                                     Page 1
    RICO TIME/EXPENSES)

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 17.00 | $12,903.00 |
| 203 | Hearings and other non-filed communications with the Court | 1.40 | $1,062.60 |
| 204 | Communications with Claimholders | 8.40 | $6,375.60 |
| 205 | Communications with the Commonwealth and its Representatives | 2.00 | $1,518.00 |
| 206 | Documents Filed on Behalf of the Board | 1.20 | $910.80 |
| 207 | Non-Board Court Filings | 1.10 | $834.90 |
| 211 | Non-Working Travel Time | 32.40 | $24,591.60 |
| 213 | Labor, Pension Matters | 6.00 | $4,554.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 6.70 | $5,085.30 |
| | **Total** | **76.20** | **$57,835.80** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170167931

0024 PROMESA TITLE III: COMMONWEALTH (PUERTO RICO TIME/EXPENSES)

Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/18 | Martin J. Bienenstock | 201 | Pre-meeting with Ernst & Young, N. Jaresko, Board members regarding meeting with Retirees Committee (2.20); Conference with J. El Koury, B. Rosen, and K. Rifkind regarding general status of cases (0.70). | 2.90 | $2,201.10 |
| 09/28/18 | Paul Possinger | 201 | Attend Board strategy meeting. | 4.70 | $3,567.30 |
| 09/28/18 | Ehud Barak | 201 | Participate in Board status meeting. | 4.70 | $3,567.30 |
| 09/28/18 | Brian S. Rosen | 201 | Participate in strategic meeting with Board. | 4.70 | $3,567.30 |
| **Tasks relating to the Board and Associated Members** | | | | **17.00** | **$12,903.00** |

**Hearings and other non-filed communications with the Court -- 203**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/06/18 | Brian S. Rosen | 203 | Memorandum to M. Zerjal regarding agenda and hearing. | 0.10 | $75.90 |
| 09/12/18 | Martin J. Bienenstock | 203 | Outline status report for omnibus hearing. | 1.30 | $986.70 |
| **Hearings and other non-filed communications with the Court** | | | | **1.40** | **$1,062.60** |

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/05/18 | Brian S. Rosen | 204 | Memorandum to O. Rodriguez regarding claims meeting. | 0.20 | $151.80 |
| 09/06/18 | Brian S. Rosen | 204 | Participate in meeting with H. Bauer, J. Hertzberg, et al regarding AAFAF meeting on claims process (1.20); Meeting with AFFAF, A&M, et al regarding claims update (2.80); Meeting with B. Clark and H. Bauer regarding same (1.40). | 5.40 | $4,098.60 |
| 09/06/18 | Brandon C. Clark | 204 | Participate in meeting with internal legal team and consultants regarding status and strategy regarding claims objection procedures (0.90); Meeting with client, consultants, and Commonwealth regarding status and strategy of claims objection (1.60); Correspondence with J. Hertzberg and J. Herriman regarding to-date analysis of Prime Clerk claims (0.30). | 2.80 | $2,125.20 |
| **Communications with Claimholders** | | | | **8.40** | **$6,375.60** |

33260 FOMB                                                                    Invoice 170167931
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0024 PROMESA TITLE III: COMMONWEALTH (PUERTO                              Page 3
    RICO TIME/EXPENSES)

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/12/18 | Martin J. Bienenstock | 205 | Meeting with P. Friedman and S. Uhland to prepare for status reports and stay hearing at omnibus hearing. | 2.00 | $1,518.00 |
| **Communications with the Commonwealth and its Representatives** | | | | **2.00** | **$1,518.00** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/06/18 | Brandon C. Clark | 206 | Conference with B. Rosen regarding omnibus objection procedure motion (0.30); Correspondence with E. Stevens and E. Barak regarding same (0.20); Draft omnibus claim objection procedure motion (0.70). | 1.20 | $910.80 |
| **Documents Filed on Behalf of the Board** | | | | **1.20** | **$910.80** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/06/18 | Brian S. Rosen | 207 | Review Reorg Research articles and recent pleadings. | 0.50 | $379.50 |
| 09/27/18 | Brian S. Rosen | 207 | Review Reorg articles and recent pleadings. | 0.40 | $303.60 |
| 09/28/18 | Brian S. Rosen | 207 | Review recent pleadings and Reorg Research articles. | 0.20 | $151.80 |
| **Non-Board Court Filings** | | | | **1.10** | **$834.90** |

**Non-Working Travel Time -- 211**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/05/18 | Brandon C. Clark | 211 | Travel from Chicago to Puerto Rico for claims reconciliation meeting with client, consultants and Commonwealth (Total travel time is 3.70 hours). | 1.80 | $1,366.20 |
| 09/05/18 | Brian S. Rosen | 211 | Travel from New York to San Juan for meeting regarding claims reconciliation (Total travel time is 2.90 hours). | 1.40 | $1,062.60 |
| 09/06/18 | Brian S. Rosen | 211 | Travel from San Juan to New York following meeting on claims process (Total travel time is 2.10 hours). | 1.00 | $759.00 |
| 09/06/18 | Brandon C. Clark | 211 | Travel from Puerto Rico to Chicago following claims reconciliation meeting (Total travel time is 4.90 hours). | 2.40 | $1,821.60 |

33260 FOMB

Invoice 170167931

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0024 PROMESA TITLE III: COMMONWEALTH (PUERTO RICO TIME/EXPENSES)

Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/12/18 | Martin J. Bienenstock | 211 | Travel from New York to San Juan to attend omnibus hearing (Total travel time is 4.10 hours). | 2.00 | $1,518.00 |
| 09/13/18 | Martin J. Bienenstock | 211 | Travel from San Juan to New York following omnibus hearing (Total travel time is 6.10 hours). | 3.00 | $2,277.00 |
| 09/26/18 | Ehud Barak | 211 | Travel from New York to Puerto Rico for Board meeting (Total travel time is 6.80 hours). | 3.40 | $2,580.60 |
| 09/26/18 | Paul Possinger | 211 | Travel from Chicago to Puerto Rico to attend Board and Retiree Committee meeting (Total travel time is 6.50 hours). | 3.20 | $2,428.80 |
| 09/27/18 | Martin J. Bienenstock | 211 | Travel from New York to San Juan for meetings with Board, Retiree Committee (Total travel time is 4.10 hours). | 2.00 | $1,518.00 |
| 09/27/18 | Brian S. Rosen | 211 | Travel to San Juan from New York for Board meeting (Total travel time is 1.60 hours). | 0.80 | $607.20 |
| 09/28/18 | Brian S. Rosen | 211 | Travel to New York from San Juan following Board meeting (Total travel time is 2.30 hours). | 1.60 | $1,214.40 |
| 09/28/18 | Ehud Barak | 211 | Travel to New York from Puerto Rico following Board meeting (Total travel time is 7.30 hours). | 3.60 | $2,732.40 |
| 09/28/18 | Paul Possinger | 211 | Travel from Puerto Rico to Chicago (Total travel time is 6.60 hours). | 3.20 | $2,428.80 |
| 09/28/18 | Martin J. Bienenstock | 211 | Return travel from San Juan to New York after Board meeting (Total travel time is 6.10 hours). | 3.00 | $2,277.00 |
| **Non-Working Travel Time** | | | | **32.40** | **$24,591.60** |

**Labor, Pension Matters -- 213**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/05/18 | Brian S. Rosen | 213 | Memorandum to A. Chepenik regarding Retiree Committee meeting. | 0.10 | $75.90 |
| 09/26/18 | Paul Possinger | 213 | Review presentations from Retiree Committee and from Ernst & Young regarding pension reform. | 1.10 | $834.90 |
| 09/27/18 | Brian S. Rosen | 213 | Review materials for Retiree Committee meeting (1.40); Meeting with N. Jaresko, et al. regarding preparation for Retiree Committee meeting (1.30); Meeting with Retiree Committee, et al., (2.10). | 4.80 | $3,643.20 |
| **Labor, Pension Matters** | | | | **6.00** | **$4,554.00** |

33260 FOMB                                                                    Invoice 170167931
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0024 PROMESA TITLE III: COMMONWEALTH (PUERTO                Page 5
   RICO TIME/EXPENSES)

**Plan of Adjustment and Disclosure Statement -- 215**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/18 | Martin J. Bienenstock | 215 | Review presentation for meeting with Retirees Committee in connection with plan of adjustment issues (0.90); Meet with Retiree Committee regarding plan of adjustment treatment (2.00). | 2.90 | $2,201.10 |
| 09/27/18 | Paul Possinger | 215 | Discuss plan of adjustment issues with Ernst & Young in advance of Retiree Committee meeting (0.30); Prepare for same (1.20); Attend meeting (2.00); Follow-up discussion with Board members regarding same (0.30). | 3.80 | $2,884.20 |
| **Plan of Adjustment and Disclosure Statement** | | | | **6.70** | **$5,085.30** |

**Total for Professional Services**                                          **$57,835.80**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170167931

0024 PROMESA TITLE III: COMMONWEALTH (PUERTO RICO TIME/EXPENSES)

Page 6

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 21.20 | 759.00 | $16,090.80 |
| EHUD BARAK | PARTNER | 11.70 | 759.00 | $8,880.30 |
| MARTIN J. BIENENSTOCK | PARTNER | 19.10 | 759.00 | $14,496.90 |
| PAUL POSSINGER | PARTNER | 16.00 | 759.00 | $12,144.00 |
| **Total for PARTNER** | | **68.00** | | **$51,612.00** |
| | | | | |
| BRANDON C. CLARK | ASSOCIATE | 8.20 | 759.00 | $6,223.80 |
| **Total for ASSOCIATE** | | **8.20** | | **$6,223.80** |
| | **Total** | **76.20** | | **$57,835.80** |
| | **Total Amount for this Matter** | | | **$57,835.80** |

33260 FOMB                                                                   Invoice 170167949
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0940 COMMONWEALTH TITLE III - COOPERATIVAS                               Page 1
    PUERTO RICO

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 205 | Communications with the Commonwealth and its Representatives | 1.20 | $910.80 |
| | **Total** | **1.20** | **$910.80** |

33260 FOMB                                                                    Invoice 170167949
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
      0940 COMMONWEALTH TITLE III - COOPERATIVAS                               Page 2
      PUERTO RICO

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/18 | Ehud Barak | 205 | Review GDB's draft motion to dismiss brief. | 1.20 | $910.80 |
| **Communications with the Commonwealth and its Representatives** | | | | **1.20** | **$910.80** |

**Total for Professional Services**                                           **$910.80**

33260 FOMB                                                                                    Invoice 170167949
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0940 COMMONWEALTH TITLE III - COOPERATIVAS                                                Page 3
    PUERTO RICO

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| EHUD BARAK | PARTNER | 1.20 | 759.00 | $910.80 |
| **Total for PARTNER** | | **1.20** | | **$910.80** |
| | **Total** | **1.20** | | **$910.80** |
| | **Total Amount for this Matter** | | | **$910.80** |

33260 FOMB                                                                  Invoice 170167950
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0941 COMMONWEALTH TITLE III - MISCELLANEOUS                                      Page 1
    PUERTO RICO

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 203 | Hearings and other non-filed communications with the Court | 2.90 | $2,201.10 |
| 205 | Communications with the Commonwealth and its Representatives | 0.80 | $607.20 |
| 206 | Documents Filed on Behalf of the Board | 5.90 | $4,478.10 |
| 207 | Non-Board Court Filings | 0.80 | $607.20 |
| 208 | Stay Matters | 9.80 | $7,438.20 |
| 210 | Analysis and Strategy | 0.50 | $379.50 |
| | **Total** | **20.70** | **$15,711.30** |

33260 FOMB                                                                    Invoice 170167950
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0941 COMMONWEALTH TITLE III - MISCELLANEOUS                                       Page 2
    PUERTO RICO

**Hearings and other non-filed communications with the Court -- 203**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/13/18 | Martin J. Bienenstock | 203 | UCC Enforce Stay: Participate in portion of omnibus hearing addressing opposition to UCC stay enforcement motion. | 2.90 | $2,201.10 |
| **Hearings and other non-filed communications with the Court** | | | | **2.90** | **$2,201.10** |

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/18 | Martin J. Bienenstock | 205 | UCC GDB Complaint: Conference call with O'Melveny regarding Oct. 3 hearing on UCC standing and motion to dismiss. | 0.80 | $607.20 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.80** | **$607.20** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/18 | Paul Possinger | 206 | UCC GDB Complaint: Review and revise response regarding UCC Committee standing to oppose GDB RSA. | 1.20 | $910.80 |
| 09/27/18 | Ehud Barak | 206 | UCC GDB Complaint: Review and revise reply in support of motion to dismiss. | 3.20 | $2,428.80 |
| 09/28/18 | Paul Possinger | 206 | UCC GDB Complaint: E-mails with M. Dale regrading reply brief in UCC adversary. | 0.20 | $151.80 |
| 09/28/18 | Brian S. Rosen | 206 | PBA: Revise draft PBA complaint. | 1.30 | $986.70 |
| **Documents Filed on Behalf of the Board** | | | | **5.90** | **$4,478.10** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/27/18 | Martin J. Bienenstock | 207 | UCC GDB Complaint: Review O'Melveny brief addressing UCC standing. | 0.80 | $607.20 |
| **Non-Board Court Filings** | | | | **0.80** | **$607.20** |

33260 FOMB

Invoice 170167950

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0941 COMMONWEALTH TITLE III - MISCELLANEOUS PUERTO RICO

Page 3

**Stay Matters -- 208**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/12/18 | Martin J. Bienenstock | 208 | UCC Enforce Stay: Review decisions cited by UCC in stay enforcement motion (5.30); Review arguments for hearing on UCC stay enforcement motion (2.30). | 7.60 | $5,768.40 |
| 09/27/18 | Ehud Barak | 208 | Lift Stay: Review and revise lift-stay pleadings for Demetrio Amador, Finca Matilde Purcell Soler (1.80); Discuss same internally (0.40). | 2.20 | $1,669.80 |
| **Stay Matters** | | | | **9.80** | **$7,438.20** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/28/18 | Paul Possinger | 210 | Lift Stay: Call with E. Barak and M. Zerjal regarding lift-stay matters (0.30); Review summary of eminent domain issue (0.20). | 0.50 | $379.50 |
| **Analysis and Strategy** | | | | **0.50** | **$379.50** |

**Total for Professional Services**                                                                 **$15,711.30**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
   0941 COMMONWEALTH TITLE III - MISCELLANEOUS
   PUERTO RICO

Invoice 170167950

Page 4

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 1.30 | 759.00 | $986.70 |
| EHUD BARAK | PARTNER | 5.40 | 759.00 | $4,098.60 |
| MARTIN J. BIENENSTOCK | PARTNER | 12.10 | 759.00 | $9,183.90 |
| PAUL POSSINGER | PARTNER | 1.90 | 759.00 | $1,442.10 |
| **Total for PARTNER** | | **20.70** | | **$15,711.30** |
| | **Total** | **20.70** | | **$15,711.30** |
| | **Total Amount for this Matter** | | | **$15,711.30** |