**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| 201 - | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | | | | |
| | Partner | Brian S. Rosen | 0.30 | $759.00 | $227.70 |
| | | Ehud Barak | 1.20 | $759.00 | $910.80 |
| | | Guy Brenner | 0.80 | $759.00 | $607.20 |
| | | Kevin J. Perra | 2.50 | $759.00 | $1,897.50 |
| | | Martin J. Bienenstock | 5.90 | $759.00 | $4,478.10 |
| | **Partner Total** | | **10.70** | **$759.00** | **$8,121.30** |
| **201 Total** | | | **10.70** | | **$8,121.30** |
| 202 - | Legal Research | | | | |
| | Partner | Michael A. Firestein | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **0.50** | **$759.00** | **$379.50** |
| | Associate | Joshua A. Esses | 3.40 | $759.00 | $2,580.60 |
| | | Steve Ma | 0.20 | $759.00 | $151.80 |
| | **Associate Total** | | **3.60** | **$759.00** | **$2,732.40** |
| | Law Clerk | Elisa Carino | 19.20 | $260.00 | $4,992.00 |
| | **Law Clerk Total** | | **19.20** | **$260.00** | **$4,992.00** |
| **202 Total** | | | **23.30** | | **$8,103.90** |
| 205 - | Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | | | | |
| | Partner | Ralph C. Ferrara | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **0.30** | **$759.00** | **$227.70** |
| **205 Total** | | | **0.30** | | **$227.70** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 206 - | **Documents Filed on Behalf of the Board** | | | | |
| | Associate | Maja Zerjal | 3.00 | $759.00 | $2,277.00 |
| | **Associate Total** | | **3.00** | **$759.00** | **$2,277.00** |
| **206 Total** | | | **3.00** | | **$2,277.00** |
| 210 - | **Analysis and Strategy** | | | | |
| | Partner | Guy Brenner | 4.40 | $759.00 | $3,339.60 |
| | | Kevin J. Perra | 9.30 | $759.00 | $7,058.70 |
| | | Lary Alan Rappaport | 2.40 | $759.00 | $1,821.60 |
| | | Michael A. Firestein | 1.90 | $759.00 | $1,442.10 |
| | | Paul Possinger | 5.50 | $759.00 | $4,174.50 |
| | | Ralph C. Ferrara | 2.70 | $759.00 | $2,049.30 |
| | | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **26.50** | **$759.00** | **$20,113.50** |
| | Associate | Alexandra K. Skellet | 0.50 | $759.00 | $379.50 |
| | | Brandon C. Clark | 0.90 | $759.00 | $683.10 |
| | | Daniel Desatnik | 29.70 | $759.00 | $22,542.30 |
| | | Jennifer L. Roche | 0.30 | $759.00 | $227.70 |
| | | Maja Zerjal | 1.00 | $759.00 | $759.00 |
| | | Steve Ma | 3.50 | $759.00 | $2,656.50 |
| | | Zachary Chalett | 1.80 | $759.00 | $1,366.20 |
| | **Associate Total** | | **37.70** | **$759.00** | **$28,614.30** |
| **210 Total** | | | **64.20** | | **$48,727.80** |
| 212 - | **General Administration** | | | | |
| | Law Clerk | Elisa Carino | 3.20 | $260.00 | $832.00 |
| | **Law Clerk Total** | | **3.20** | **$260.00** | **$832.00** |
| | Legal Assistant | Angelo Monforte | 0.20 | $260.00 | $52.00 |
| | **Legal Assistant Total** | | **0.20** | **$260.00** | **$52.00** |
| **212 Total** | | | **3.40** | | **$884.00** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 214 - | **Legal/ Regulatory Matters** | | | | |
| | Partner | Ralph C. Ferrara | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **214 Total** | | | **0.20** | | **$151.80** |
| 215 - | **Plan of Adjustment and Disclosure Statement** | | | | |
| | Partner | Brian S. Rosen | 0.60 | $759.00 | $455.40 |
| | | Ehud Barak | 0.60 | $759.00 | $455.40 |
| | | Jeffrey W. Levitan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **1.50** | **$759.00** | **$1,138.50** |
| | Associate | Daniel Desatnik | 0.30 | $759.00 | $227.70 |
| | | Elliot Stevens | 0.10 | $759.00 | $75.90 |
| | | Joshua A. Esses | 9.50 | $759.00 | $7,210.50 |
| | | Maja Zerjal | 1.90 | $759.00 | $1,442.10 |
| | | Steve Ma | 1.60 | $759.00 | $1,214.40 |
| | **Associate Total** | | **13.40** | **$759.00** | **$10,170.60** |
| **215 Total** | | | **14.90** | | **$11,309.10** |
| 218 - | **Employment and Fee Applications** | | | | |
| | Associate | Elliot Stevens | 1.10 | $759.00 | $834.90 |
| | | Mee R. Kim | 15.30 | $759.00 | $11,612.70 |
| | **Associate Total** | | **16.40** | **$759.00** | **$12,447.60** |
| | Legal Assistant | Christopher M. Tarrant | 14.60 | $260.00 | $3,796.00 |
| | | Magali Giddens | 5.60 | $260.00 | $1,456.00 |
| | | Natasha Petrov | 23.90 | $260.00 | $6,214.00 |
| | **Legal Assistant Total** | | **44.10** | **$260.00** | **$11,466.00** |
| **218 Total** | | | **60.50** | | **$23,913.60** |
| **GRAND TOTAL** | | | **180.50** | | **$103,716.20** |

3

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0049  HTA – Ambac** | | | | | |
| **202** | **Partner** | Michael A. Firestein | 0.70 | $759.00 | $531.30 |
|  | **Partner Total** |  | **0.70** | **$759.00** | **$531.30** |
| **202 Total** |  |  | **0.70** |  | **$531.30** |
| **205** | **Partner** | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
|  | **Partner Total** |  | **0.20** | **$759.00** | **$151.80** |
| **205 Total** |  |  | **0.20** |  | **$151.80** |
| **207** | **Partner** | Ralph C. Ferrara | 1.20 | $759.00 | $910.80 |
|  | **Partner Total** |  | **1.20** | **$759.00** | **$910.80** |
| **207 Total** |  |  | **1.20** |  | **$910.80** |
| **210** | **Partner** | Lary Alan Rappaport | 0.20 | $759.00 | $151.80 |
|  |  | Michael A. Firestein | 0.30 | $759.00 | $227.70 |
|  |  | Ralph C. Ferrara | 0.60 | $759.00 | $455.40 |
|  | **Partner Total** |  | **1.10** | **$759.00** | **$834.90** |
|  | **Associate** | Daniel Desatnik | 0.20 | $759.00 | $151.80 |
|  | **Associate Total** |  | **0.20** | **$759.00** | **$151.80** |
| **210 Total** |  |  | **1.30** |  | **$986.70** |
| **212** | **Legal Assistant** | Eamon Wizner | 0.60 | $260.00 | $156.00 |
|  |  | Lawrence T. Silvestro | 1.10 | $260.00 | $286.00 |
|  |  | Tiffany Miller | 2.10 | $260.00 | $546.00 |
|  | **Legal Assistant Total** |  | **3.80** | **$260.00** | **$988.00** |
| **212 Total** |  |  | **3.80** |  | **$988.00** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **219** | **Partner** | Jeffrey W. Levitan | 29.50 | $759.00 | $22,390.50 |
| | | Jonathan E. Richman | 0.20 | $759.00 | $151.80 |
| | | Lary Alan Rappaport | 72.60 | $759.00 | $55,103.40 |
| | | Mark Harris | 0.80 | $759.00 | $607.20 |
| | | Martin J. Bienenstock | 51.10 | $759.00 | $38,784.90 |
| | | Michael A. Firestein | 109.90 | $759.00 | $83,414.10 |
| | | Ralph C. Ferrara | 0.50 | $759.00 | $379.50 |
| | | Stephen L. Ratner | 15.20 | $759.00 | $11,536.80 |
| | | Steven O. Weise | 23.30 | $759.00 | $17,684.70 |
| | | Timothy W. Mungovan | 30.50 | $759.00 | $23,149.50 |
| | **Partner Total** | | **333.60** | **$759.00** | **$253,202.40** |
| | **Associate** | Alexandra K. Skellet | 2.20 | $759.00 | $1,669.80 |
| | | Jennifer L. Roche | 5.00 | $759.00 | $3,795.00 |
| | | John E. Roberts | 192.20 | $759.00 | $145,879.80 |
| | | Lucy Wolf | 1.00 | $759.00 | $759.00 |
| | | Zachary Chalett | 73.80 | $759.00 | $56,014.20 |
| | **Associate Total** | | **274.20** | **$759.00** | **$208,117.80** |
| | **Law Clerk** | Carl Mazurek | 87.40 | $260.00 | $22,724.00 |
| | **Law Clerk Total** | | **87.40** | **$260.00** | **$22,724.00** |
| | **Legal Assistant** | Angelo Monforte | 14.90 | $260.00 | $3,874.00 |
| | | Christopher M. Tarrant | 1.50 | $260.00 | $390.00 |
| | | Eamon Wizner | 4.40 | $260.00 | $1,144.00 |
| | | Laura M. Geary | 1.30 | $260.00 | $338.00 |
| | | Lawrence T. Silvestro | 6.40 | $260.00 | $1,664.00 |
| | | Magali Giddens | 0.80 | $260.00 | $208.00 |
| | | Natasha Petrov | 4.60 | $260.00 | $1,196.00 |
| | **Legal Assistant Total** | | **33.90** | **$260.00** | **$8,814.00** |
| | **Litigation Support** | Laurie A. Henderson | 0.40 | $260.00 | $104.00 |
| | **Litigation Support Total** | | **0.40** | **$260.00** | **$104.00** |
| **219 Total** | | | **729.50** | | **$492,962.20** |
| **GRAND TOTAL** | | | **736.70** | | **$496,530.80** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0949  HTA – Ambac (Puerto Rico)** | | | | | |
| **219** | **Partner** | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **0.30** | **$759.00** | **$227.70** |
| **219 Total** | | | **0.30** | | **$227.70** |
| **GRAND TOTAL** | | | **0.30** | | **$227.70** |

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0050 HTA – Assured** | | | | | |
| 207 | Partner | Michael A. Firestein | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **207 Total** | | | **0.20** | | **$151.80** |
| 210 | Partner | Steven O. Weise | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **210 Total** | | | **0.20** | | **$151.80** |
| 212 | Associate | Matthew J. Morris | 0.70 | $759.00 | $531.30 |
| | **Associate Total** | | **0.70** | **$759.00** | **$531.30** |
| | Legal Assistant | Angelo Monforte | 0.40 | $260.00 | $104.00 |
| | | Laura M. Geary | 0.10 | $260.00 | $26.00 |
| | **Legal Assistant Total** | | **0.50** | **$260.00** | **$130.00** |
| **212 Total** | | | **1.20** | | **$661.30** |
| 219 | Partner | Jeffrey W. Levitan | 27.50 | $759.00 | $20,872.50 |
| | | Lary Alan Rappaport | 73.70 | $759.00 | $55,938.30 |
| | | Mark Harris | 1.40 | $759.00 | $1,062.60 |
| | | Martin J. Bienenstock | 5.80 | $759.00 | $4,402.20 |
| | | Michael A. Firestein | 77.50 | $759.00 | $58,822.50 |
| | | Paul Possinger | 1.50 | $759.00 | $1,138.50 |
| | | Ralph C. Ferrara | 0.30 | $759.00 | $227.70 |
| | | Stephen L. Ratner | 10.10 | $759.00 | $7,665.90 |
| | | Steven O. Weise | 61.40 | $759.00 | $46,602.60 |
| | | Timothy W. Mungovan | 19.40 | $759.00 | $14,724.60 |
| | **Partner Total** | | **278.60** | **$759.00** | **$211,457.40** |
| | Associate | Alexandra K. Skellet | 0.40 | $759.00 | $303.60 |
| | | Jennifer L. Roche | 43.40 | $759.00 | $32,940.60 |
| | | John E. Roberts | 0.90 | $759.00 | $683.10 |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Lucy Wolf | 0.40 | $759.00 | $303.60 |
| | | Matthew J. Morris | 65.80 | $759.00 | $49,942.20 |
| | | Zachary Chalett | 0.70 | $759.00 | $531.30 |
| | **Associate Total** | | **111.60** | **$759.00** | **$84,704.40** |
| | Legal Assistant | Angelo Monforte | 6.00 | $260.00 | $1,560.00 |
| | | Christopher M. Tarrant | 4.80 | $260.00 | $1,248.00 |
| | | Eamon Wizner | 0.80 | $260.00 | $208.00 |
| | | Laura M. Geary | 0.60 | $260.00 | $156.00 |
| | | Lawrence T. Silvestro | 2.60 | $260.00 | $676.00 |
| | | Magali Giddens | 3.40 | $260.00 | $884.00 |
| | | Olga A. Golinder | 0.40 | $260.00 | $104.00 |
| | **Legal Assistant Total** | | **18.60** | **$260.00** | **$4,836.00** |
| | Litigation Support | Laurie A. Henderson | 0.90 | $260.00 | $234.00 |
| | **Litigation Support Total** | | **0.90** | **$260.00** | **$234.00** |
| **219 Total** | | | **409.70** | | **$301,231.80** |
| **GRAND TOTAL** | | | **411.30** | | **$302,196.70** |

8

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0950 HTA – Assured (Puerto Rico)** | | | | | |
| **219** | **Partner** | Paul Possinger | 1.80 | $759.00 | $1,366.20 |
| | **Partner Total** | | **1.80** | **$759.00** | **$1,366.20** |
| **219 Total** | | | **1.80** | | **$1,366.20** |
| **GRAND TOTAL** | | | **1.80** | | **$1,366.20** |

9

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA – Peaje** | | | | | |
| 202 | Partner | Michael A. Firestein | 2.30 | $759.00 | $1,745.70 |
| | **Partner Total** | | **2.30** | **$759.00** | **$1,745.70** |
| **202 Total** | | | **2.30** | | **$1,745.70** |
| 206 | Partner | Lary Alan Rappaport | 0.20 | $759.00 | $151.80 |
| | | Matthew Triggs | 56.40 | $759.00 | $42,807.60 |
| | | Michael A. Firestein | 1.20 | $759.00 | $910.80 |
| | **Partner Total** | | **57.80** | **$759.00** | **$43,870.20** |
| **206 Total** | | | **57.80** | | **$43,870.20** |
| 207 | Partner | Lary Alan Rappaport | 1.70 | $759.00 | $1,290.30 |
| | | Matthew Triggs | 4.20 | $759.00 | $3,187.80 |
| | | Michael A. Firestein | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **6.10** | **$759.00** | **$4,629.90** |
| **207 Total** | | | **6.10** | | **$4,629.90** |
| 210 | Partner | Chantel L. Febus | 0.30 | $759.00 | $227.70 |
| | | Lary Alan Rappaport | 3.10 | $759.00 | $2,352.90 |
| | | Matthew Triggs | 19.30 | $759.00 | $14,648.70 |
| | | Michael A. Firestein | 3.70 | $759.00 | $2,808.30 |
| | | Ralph C. Ferrara | 0.40 | $759.00 | $303.60 |
| | | Steven O. Weise | 3.10 | $759.00 | $2,352.90 |
| | | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **30.20** | **$759.00** | **$22,921.80** |
| **210 Total** | | | **30.20** | | **$22,921.80** |
| 211 | Partner | Jeffrey W. Levitan | 2.80 | $759.00 | $2,125.20 |
| | **Partner Total** | | **2.80** | **$759.00** | **$2,125.20** |
| **211 Total** | | | **2.80** | | **$2,125.20** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **212** | **Legal Assistant** | Angelo Monforte | 0.60 | $260.00 | $156.00 |
| | **Legal Assistant Total** | | **0.60** | **$260.00** | **$156.00** |
| **212 Total** | | | **0.60** | | **$156.00** |
| **219** | **Partner** | Jeffrey W. Levitan | 24.80 | $759.00 | $18,823.20 |
| | | Lary Alan Rappaport | 3.50 | $759.00 | $2,656.50 |
| | | Matthew Triggs | 1.20 | $759.00 | $910.80 |
| | | Michael A. Firestein | 4.80 | $759.00 | $3,643.20 |
| | | Ralph C. Ferrara | 1.20 | $759.00 | $910.80 |
| | | Stephen L. Ratner | 1.50 | $759.00 | $1,138.50 |
| | | Timothy W. Mungovan | 1.80 | $759.00 | $1,366.20 |
| | **Partner Total** | | **38.80** | **$759.00** | **$29,449.20** |
| | **Associate** | Alexandra K. Skellet | 0.60 | $759.00 | $455.40 |
| | | Christopher M. Hayes | 4.00 | $759.00 | $3,036.00 |
| | | Daniel Desatnik | 0.60 | $759.00 | $455.40 |
| | | Elliot Stevens | 0.20 | $759.00 | $151.80 |
| | | John E. Roberts | 2.60 | $759.00 | $1,973.40 |
| | | Lucy Wolf | 2.40 | $759.00 | $1,821.60 |
| | **Associate Total** | | **10.40** | **$759.00** | **$7,893.60** |
| | **Legal Assistant** | Lawrence T. Silvestro | 1.10 | $260.00 | $286.00 |
| | | Tayler M. Sherman | 0.90 | $260.00 | $234.00 |
| | **Legal Assistant Total** | | **2.00** | **$260.00** | **$520.00** |
| **219 Total** | | | **51.20** | | **$37,862.80** |
| **GRAND TOTAL** | | | **151.00** | | **$113,311.60** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0951  HTA –   Peaje (Puerto Rico)** | | | | | |
| **203** | **Partner** | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **0.30** | **$759.00** | **$227.70** |
| **203 Total** | | | **0.30** | | **$227.70** |
| **GRAND TOTAL** | | | **0.30** | | **$227.70** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA – Miscellaneous** | | | | | |
| 201 | Partner | Ehud Barak | 0.40 | $759.00 | $303.60 |
| | | Margaret A. Dale | 5.40 | $759.00 | $4,098.60 |
| | | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **6.00** | **$759.00** | **$4,554.00** |
| | Associate | Alexandra K. Skellet | 2.10 | $759.00 | $1,593.90 |
| | | Jennifer L. Roche | 0.10 | $759.00 | $75.90 |
| | | Steve Ma | 0.20 | $759.00 | $151.80 |
| | **Associate Total** | | **2.40** | **$759.00** | **$1,821.60** |
| **201 Total** | | | **8.40** | | **$6,375.60** |
| 202 | Partner | Michael A. Firestein | 1.60 | $759.00 | $1,214.40 |
| | | Peter J. Young | 0.40 | $759.00 | $303.60 |
| | **Partner Total** | | **2.00** | **$759.00** | **$1,518.00** |
| | Legal Assistant | Natasha Petrov | 0.70 | $260.00 | $182.00 |
| | **Legal Assistant Total** | | **0.70** | **$260.00** | **$182.00** |
| **202 Total** | | | **2.70** | | **$1,700.00** |
| 203 | Partner | Jeffrey W. Levitan | 0.30 | $759.00 | $227.70 |
| | | Margaret A. Dale | 0.40 | $759.00 | $303.60 |
| | **Partner Total** | | **0.70** | **$759.00** | **$531.30** |
| | Associate | Alexandra K. Skellet | 2.60 | $759.00 | $1,973.40 |
| | **Associate Total** | | **2.60** | **$759.00** | **$1,973.40** |
| **203 Total** | | | **3.30** | | **$2,504.70** |
| 204 | Partner | Ehud Barak | 0.60 | $759.00 | $455.40 |
| | | Margaret A. Dale | 13.10 | $759.00 | $9,942.90 |
| | | Michael A. Firestein | 0.30 | $759.00 | $227.70 |
| | | Ralph C. Ferrara | 0.30 | $759.00 | $227.70 |
| | | Stephen L. Ratner | 2.80 | $759.00 | $2,125.20 |

13

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Timothy W. Mungovan | 3.10 | $759.00 | $2,352.90 |
| | **Partner Total** | | **20.20** | **$759.00** | **$15,331.80** |
| 204 | Associate | Jennifer L. Roche | 3.30 | $759.00 | $2,504.70 |
| | **Associate Total** | | **3.30** | **$759.00** | **$2,504.70** |
| **204 Total** | | | **23.50** | | **$17,836.50** |
| 205 | Partner | Brian S. Rosen | 0.40 | $759.00 | $303.60 |
| | | Carlos E. Martinez | 0.70 | $759.00 | $531.30 |
| | | Ehud Barak | 0.50 | $759.00 | $379.50 |
| | | Margaret A. Dale | 4.70 | $759.00 | $3,567.30 |
| | | Paul Possinger | 0.30 | $759.00 | $227.70 |
| | | Stephen L. Ratner | 0.30 | $759.00 | $227.70 |
| | | Timothy W. Mungovan | 1.30 | $759.00 | $986.70 |
| | **Partner Total** | | **8.20** | **$759.00** | **$6,223.80** |
| | Associate | Alexandra K. Skellet | 2.00 | $759.00 | $1,518.00 |
| | | Jennifer L. Roche | 1.20 | $759.00 | $910.80 |
| | | Maja Zerjal | 0.40 | $759.00 | $303.60 |
| | | Steve Ma | 0.80 | $759.00 | $607.20 |
| | **Associate Total** | | **4.40** | **$759.00** | **$3,339.60** |
| **205 Total** | | | **12.60** | | **$9,563.40** |
| 206 | Partner | Brian S. Rosen | 2.40 | $759.00 | $1,821.60 |
| | | Ehud Barak | 2.50 | $759.00 | $1,897.50 |
| | | Margaret A. Dale | 26.10 | $759.00 | $19,809.90 |
| | | Michael A. Firestein | 6.00 | $759.00 | $4,554.00 |
| | | Paul Possinger | 2.00 | $759.00 | $1,518.00 |
| | | Stephen L. Ratner | 0.80 | $759.00 | $607.20 |
| | | Steven O. Weise | 9.60 | $759.00 | $7,286.40 |
| | | Timothy W. Mungovan | 4.40 | $759.00 | $3,339.60 |
| | **Partner Total** | | **53.80** | **$759.00** | **$40,834.20** |
| | Associate | Alexandra K. Skellet | 88.30 | $759.00 | $67,019.70 |
| | | Brandon C. Clark | 14.80 | $759.00 | $11,233.20 |

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Jennifer L. Roche | 39.70 | $759.00 | $30,132.30 |
| | | Jeramy Webb | 0.50 | $759.00 | $379.50 |
| | | Maja Zerjal | 0.50 | $759.00 | $379.50 |
| | | Shiloh Rainwater | 2.30 | $759.00 | $1,745.70 |
| | | Steve Ma | 0.50 | $759.00 | $379.50 |
| | **Associate Total** | | **146.60** | **$759.00** | **$111,269.40** |
| **206 Total** | | | **200.40** | | **$152,103.60** |
| 207 | Partner | Brian S. Rosen | 1.10 | $759.00 | $834.90 |
| | | Margaret A. Dale | 4.90 | $759.00 | $3,719.10 |
| | | Michael A. Firestein | 2.20 | $759.00 | $1,669.80 |
| | | Stephen L. Ratner | 1.60 | $759.00 | $1,214.40 |
| | | Steven O. Weise | 0.90 | $759.00 | $683.10 |
| | | Timothy W. Mungovan | 1.50 | $759.00 | $1,138.50 |
| | **Partner Total** | | **12.20** | **$759.00** | **$9,259.80** |
| | Associate | Alexandra K. Skellet | 4.00 | $759.00 | $3,036.00 |
| | | Jennifer L. Roche | 6.10 | $759.00 | $4,629.90 |
| | | Lucy Wolf | 0.60 | $759.00 | $455.40 |
| | | Maja Zerjal | 0.50 | $759.00 | $379.50 |
| | | Steve Ma | 1.20 | $759.00 | $910.80 |
| | **Associate Total** | | **12.40** | **$759.00** | **$9,411.60** |
| **207 Total** | | | **24.60** | | **$18,671.40** |
| 208 | Partner | Lary Alan Rappaport | 0.70 | $759.00 | $531.30 |
| | | Michael A. Firestein | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **1.20** | **$759.00** | **$910.80** |
| | Associate | Steve Ma | 17.70 | $759.00 | $13,434.30 |
| | **Associate Total** | | **17.70** | **$759.00** | **$13,434.30** |
| **208 Total** | | | **18.90** | | **$14,345.10** |

15

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **209** | **Associate** | Alexandra K. Skellet | 0.60 | $759.00 | $455.40 |
| | **Associate Total** | | **0.60** | **$759.00** | **$455.40** |
| **209 Total** | | | **0.60** | | **$455.40** |
| **210** | **Partner** | Antonio N. Piccirillo | 1.20 | $759.00 | $910.80 |
| | | Brian S. Rosen | 1.00 | $759.00 | $759.00 |
| | | Carlos E. Martinez | 2.20 | $759.00 | $1,669.80 |
| | | Ehud Barak | 6.20 | $759.00 | $4,705.80 |
| | | Jeffrey W. Levitan | 0.20 | $759.00 | $151.80 |
| | | Lary Alan Rappaport | 0.30 | $759.00 | $227.70 |
| | | Margaret A. Dale | 17.40 | $759.00 | $13,206.60 |
| | | Michael A. Firestein | 4.70 | $759.00 | $3,567.30 |
| | | Paul Possinger | 1.80 | $759.00 | $1,366.20 |
| | | Peter J. Young | 0.20 | $759.00 | $151.80 |
| | | Ralph C. Ferrara | 1.10 | $759.00 | $834.90 |
| | | Stephen L. Ratner | 3.40 | $759.00 | $2,580.60 |
| | | Steven O. Weise | 6.70 | $759.00 | $5,085.30 |
| | | Timothy W. Mungovan | 5.90 | $759.00 | $4,478.10 |
| | **Partner Total** | | **52.30** | **$759.00** | **$39,695.70** |
| | **Associate** | Alexandra K. Skellet | 47.10 | $759.00 | $35,748.90 |
| | | Alexandra V. Bargoot | 0.20 | $759.00 | $151.80 |
| | | Brandon C. Clark | 2.10 | $759.00 | $1,593.90 |
| | | Jennifer L. Roche | 15.50 | $759.00 | $11,764.50 |
| | | Maja Zerjal | 0.40 | $759.00 | $303.60 |
| | | Steve Ma | 3.60 | $759.00 | $2,732.40 |
| | | Zachary Chalett | 0.30 | $759.00 | $227.70 |
| | **Associate Total** | | **69.20** | **$759.00** | **$52,522.80** |
| | **Practice Support** | Paul V. Giarrusso | 1.70 | $260.00 | $442.00 |
| | **Practice Support Total** | | **1.70** | **$260.00** | **$442.00** |
| **210 Total** | | | **123.20** | | **$92,660.50** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **212** | **Legal Assistant** | Angelo Monforte | 4.00 | $260.00 | $1,040.00 |
| | | Christopher M. Tarrant | 3.00 | $260.00 | $780.00 |
| | | David C. Cooper | 0.30 | $260.00 | $78.00 |
| | | Eamon Wizner | 2.10 | $260.00 | $546.00 |
| | | Laura M. Geary | 3.60 | $260.00 | $936.00 |
| | | Lawrence T. Silvestro | 3.10 | $260.00 | $806.00 |
| | | Tiffany Miller | 2.00 | $260.00 | $520.00 |
| | **Legal Assistant Total** | | **18.10** | **$260.00** | **$4,706.00** |
| | Practice Support | Eric R. Chernus | 0.40 | $260.00 | $104.00 |
| | | Yvonne O. Ike | 7.40 | $260.00 | $1,924.00 |
| | **Practice Support Total** | | **7.80** | **$260.00** | **$2,028.00** |
| **212 Total** | | | **25.90** | | **$6,734.00** |
| **GRAND TOTAL** | | | **444.10** | | **$322,950.20** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0953  HTA –   Miscellaneous (Puerto Rico)** | | | | | |
| 203 | Partner | Margaret A. Dale | 2.80 | $759.00 | $2,125.20 |
|  |  | Timothy W. Mungovan | 4.50 | $759.00 | $3,415.50 |
|  | **Partner Total** |  | **7.30** | **$759.00** | **$5,540.70** |
| **203 Total** |  |  | **7.30** |  | **$5,540.70** |
| 206 | Partner | Brian S. Rosen | 0.10 | $759.00 | $75.90 |
|  | **Partner Total** |  | **0.10** | **$759.00** | **$75.90** |
| **206 Total** |  |  | **0.10** |  | **$75.90** |
| 210 | Partner | Timothy W. Mungovan | 1.00 | $759.00 | $759.00 |
|  | **Partner Total** |  | **1.00** | **$759.00** | **$759.00** |
| **210 Total** |  |  | **1.00** |  | **$759.00** |
| 211 | Partner | Timothy W. Mungovan | 3.00 | $759.00 | $2,277.00 |
|  | **Partner Total** |  | **3.00** | **$759.00** | **$2,277.00** |
| **211 Total** |  |  | **3.00** |  | **$2,277.00** |
| **GRAND TOTAL** |  |  | **11.40** |  | **$8,652.60** |