## Exhibit C

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| **201 -** | **Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants** | | | | |
| | Partner | | | | |
| | Partner | Ralph C. Ferrara | 3.90 | $759.00 | $2,960.10 |
| | | Richard M. Corn | 0.80 | $759.00 | $607.20 |
| | **Partner Total** | | **49.40** | **$759.00** | **$37,494.60** |
| **201 Total** | | | **61.40** | | **$46,602.60** |
| **202 -** | **Legal Research** | | | | |
| | Partner | Ehud Barak | 2.40 | $759.00 | $1,821.60 |
| | | Paul Possinger | 0.40 | $759.00 | $303.60 |
| | | Steven O. Weise | 3.80 | $759.00 | $2,884.20 |
| | **Partner Total** | | **6.60** | **$759.00** | **$5,009.40** |
| | **Associate** | Elliot Stevens | 15.00 | $759.00 | $11,385.00 |
| | **Associate Total** | | **15.00** | **$759.00** | **$11,385.00** |
| | **Law Clerk** | Carl Mazurek | 0.30 | $260.00 | $78.00 |
| | **Law Clerk Total** | | **0.30** | **$260.00** | **$78.00** |
| **202 Total** | | | **21.90** | | **$16,472.40** |
| **203 -** | **Hearings and other non-filed communications with the Court** | | | | |
| | **Associate** | Steve Ma | 0.20 | $759.00 | $151.80 |
| | **Associate Total** | | **0.20** | **$759.00** | **$151.80** |
| **203 Total** | | | **0.20** | | **$151.80** |
| **204 -** | **Communications with Claimholders** | | | | |
| | **Partner** | Ehud Barak | 85.20 | $759.00 | $64,666.80 |

1

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | Kristen V. Campana | 6.40 | $759.00 | $4,857.60 |
| | | Martin J. Bienenstock | 7.50 | $759.00 | $5,692.50 |
| | | Martin T. Hamilton | 0.90 | $759.00 | $683.10 |
| | | Paul Possinger | 52.10 | $759.00 | $39,543.90 |
| | | Ralph C. Ferrara | 0.20 | $759.00 | $151.80 |
| | | Timothy W. Mungovan | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **152.40** | **$759.00** | **$115,671.60** |
| | | | | | |
| | **Associate** | Chris Theodoridis | 2.30 | $759.00 | $1,745.70 |
| | | Daniel Desatnik | 21.70 | $759.00 | $16,470.30 |
| | | Elliot Stevens | 1.10 | $759.00 | $834.90 |
| | | Jeramy Webb | 0.10 | $759.00 | $75.90 |
| | | Maja Zerjal | 7.70 | $759.00 | $5,844.30 |
| | | Zachary R. Kurland | 1.10 | $759.00 | $834.90 |
| | **Associate Total** | | **34.00** | **$759.00** | **$25,806.00** |
| **204 Total** | | | **186.40** | | **$141,477.60** |

**205 -** **Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities**

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | **Partner** | Ehud Barak | 23.70 | $759.00 | $17,988.30 |
| | | Jeffrey W. Levitan | 1.60 | $759.00 | $1,214.40 |
| | | Paul Possinger | 12.40 | $759.00 | $9,411.60 |
| | | Ralph C. Ferrara | 3.50 | $759.00 | $2,656.50 |
| | | Steven O. Weise | 0.70 | $759.00 | $531.30 |
| | **Partner Total** | | **41.90** | **$759.00** | **$31,802.10** |
| | | | | | |
| | **Associate** | Daniel Desatnik | 4.00 | $759.00 | $3,036.00 |
| | | Elliot Stevens | 3.40 | $759.00 | $2,580.60 |
| | | Maja Zerjal | 1.20 | $759.00 | $910.80 |
| | | Steve Ma | 0.10 | $759.00 | $75.90 |
| | **Associate Total** | | **8.70** | **$759.00** | **$6,603.30** |
| **205 Total** | | | **50.60** | | **$38,405.40** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **206 -** | **Documents Filed on Behalf of the Board** | | | | |
| | Associate | Steve Ma | 0.40 | $759.00 | $303.60 |
| | **Associate Total** | | **0.40** | **$759.00** | **$303.60** |
| **206 Total** | | | **0.40** | | **$303.60** |
| **207** | **Partner** | Ehud Barak | 1.30 | $759.00 | $986.70 |
| | | Michael A. Firestein | 0.30 | $759.00 | $227.70 |
| | | Paul Possinger | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **1.90** | **$759.00** | **$1,442.10** |
| **207 Total** | | | **1.90** | | **$1,442.10** |
| **210 -** | **Analysis and Strategy** | | | | |
| | **Partner** | Ehud Barak | 41.30 | $759.00 | $31,346.70 |
| | | Jeffrey W. Levitan | 10.60 | $759.00 | $8,045.40 |
| | | Jonathan E. Richman | 0.20 | $759.00 | $151.80 |
| | | Kristen V. Campana | 0.30 | $759.00 | $227.70 |
| | | Martin J. Bienenstock | 3.80 | $759.00 | $2,884.20 |
| | | Martin T. Hamilton | 0.70 | $759.00 | $531.30 |
| | | Michael A. Firestein | 0.80 | $759.00 | $607.20 |
| | | Paul Possinger | 27.60 | $759.00 | $20,948.40 |
| | | Ralph C. Ferrara | 11.70 | $759.00 | $8,880.30 |
| | | Stephen L. Ratner | 0.10 | $759.00 | $75.90 |
| | | Steven O. Weise | 67.40 | $759.00 | $51,156.60 |
| | | Timothy W. Mungovan | 0.80 | $759.00 | $607.20 |
| | **Partner Total** | | **165.30** | **$759.00** | **$125,462.70** |
| | **Associate** | Daniel Desatnik | 19.80 | $759.00 | $15,028.20 |
| | | Elliot Stevens | 29.10 | $759.00 | $22,086.90 |
| | | Jeramy Webb | 0.10 | $759.00 | $75.90 |
| | | Maja Zerjal | 11.90 | $759.00 | $9,032.10 |
| | | Steve Ma | 0.20 | $759.00 | $151.80 |
| | | Zachary Chalett | 0.30 | $759.00 | $227.70 |
| | **Associate Total** | | **61.40** | **$759.00** | **$46,602.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | **Legal Assistant** | Christopher M. Tarrant | 0.60 | $260.00 | $156.00 |
| | **Legal Assistant Total** | | **0.60** | **$260.00** | **$156.00** |
| **210 Total** | | | **227.30** | | **$172,221.30** |
| **211 -** | **Non-Working Travel Time** | | | | |
| | **Partner** | Paul Possinger | 7.10 | $759.00 | $5,388.90 |
| | **Partner Total** | | **7.10** | **$759.00** | **$5,388.90** |
| **211 Total** | | | **7.10** | | **$5,388.90** |
| **212 -** | **General Administration** | | | | |
| | **Legal Assistant** | Magali Giddens | 1.30 | $260.00 | $338.00 |
| | **Legal Assistant Total** | | **1.30** | **$260.00** | **$338.00** |
| **212 Total** | | | **1.30** | | **$338.00** |
| **213 -** | **Labor, Pension Matters** | | | | |
| | **Partner** | Ehud Barak | 3.60 | $759.00 | $2,732.40 |
| | | Paul M. Hamburger | 0.30 | $759.00 | $227.70 |
| | | Paul Possinger | 5.40 | $759.00 | $4,098.60 |
| | | Scott A. Faust | 2.80 | $759.00 | $2,125.20 |
| | **Associate** | Daniel Desatnik | 5.30 | $759.00 | $4,022.70 |
| | | Elliot Stevens | 0.20 | $759.00 | $151.80 |
| | | Joshua A. Esses | 0.40 | $759.00 | $303.60 |
| | **Associate Total** | | **5.90** | **$759.00** | **$4,478.10** |
| **213 Total** | | | **18.00** | | **$13,662.00** |
| **214** | **Partner** | Jonathan E. Richman | 0.30 | $759.00 | $227.70 |
| | | Martin J. Bienenstock | 0.40 | $759.00 | $303.60 |
| | | Michael A. Firestein | 0.20 | $759.00 | $151.80 |
| | | Ralph C. Ferrara | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **1.40** | **$759.00** | **$1,062.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **214 Total** | | | **1.40** | | **$1,062.60** |
| **215 -** | **Plan of Adjustment and Disclosure Statement** | | | | |
| | **Partner** | Ehud Barak | 99.20 | $759.00 | $75,292.80 |
| | | Kristen V. Campana | 20.20 | $759.00 | $15,331.80 |
| | | Martin J. Bienenstock | 4.30 | $759.00 | $3,263.70 |
| | | Paul Possinger | 61.40 | $759.00 | $46,602.60 |
| | **Partner Total** | | **185.10** | **$759.00** | **$140,490.90** |
| | **Associate** | Chris Theodoridis | 6.30 | $759.00 | $4,781.70 |
| | | Daniel Desatnik | 52.20 | $759.00 | $39,619.80 |
| | | David Simon | 0.90 | $759.00 | $683.10 |
| | | Elliot Stevens | 51.30 | $759.00 | $38,936.70 |
| | | Jeramy Webb | 0.90 | $759.00 | $683.10 |
| | | Zachary R. Kurland | 23.50 | $759.00 | $17,836.50 |
| | **Associate Total** | | **135.10** | **$759.00** | **$102,540.90** |
| | **Legal Assistant** | Christopher M. Tarrant | 8.00 | $260.00 | $2,080.00 |
| | **Legal Assistant Total** | | **8.00** | **$260.00** | **$2,080.00** |
| **215 Total** | | | **328.20** | | **$245,111.80** |
| **216 -** | **Confirmation** | | | | |
| | **Partner** | Paul Possinger | 0.60 | $759.00 | $455.40 |
| | **Partner Total** | | **0.60** | **$759.00** | **$455.40** |
| | **Associate** | Elliot Stevens | 3.70 | $759.00 | $2,808.30 |
| | **Associate Total** | | **3.70** | **$759.00** | **$2,808.30** |
| **216 Total** | | | **4.30** | | **$3,263.70** |
| **217 -** | **Tax** | | | | |
| | **Partner** | Paul Possinger | 0.90 | $759.00 | $683.10 |
| | | Richard M. Corn | 8.10 | $759.00 | $6,147.90 |
| | **Partner Total** | | **9.00** | **$759.00** | **$6,831.00** |
| | **Associate** | Xiaoyang Ma | 3.70 | $759.00 | $2,808.30 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | **Associate Total** | | **3.70** | **$759.00** | **$2,808.30** |
| **217 Total** | | | **12.70** | | **$9,639.30** |
| 218 - | **Employment and Fee Applications** | | | | |
| | **Associate** | Elliot Stevens | 2.00 | $759.00 | $1,518.00 |
| | | Mee R. Kim | 33.50 | $759.00 | $25,426.50 |
| | **Associate Total** | | **35.50** | **$759.00** | **$26,944.50** |
| | **Legal Assistant** | Christopher M. Tarrant | 13.60 | $260.00 | $3,536.00 |
| | | Magali Giddens | 10.20 | $260.00 | $2,652.00 |
| | | Natasha Petrov | 19.40 | $260.00 | $5,044.00 |
| | **Legal Assistant Total** | | **43.20** | **$260.00** | **$11,232.00** |
| **218 Total** | | | **78.70** | | **$38,176.50** |
| 219 - | **Appeal** | | | | |
| | **Partner** | Ehud Barak | 2.00 | $759.00 | $1,518.00 |
| | **Partner Total** | | **2.00** | **$759.00** | **$1,518.00** |
| **219 Total** | | | **2.00** | | **$1,518.00** |
| **GRAND TOTAL** | | | **1,003.80** | | **$735,237.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | **MATTER 33260.0030  PREPA - General (Puerto Rico)** | | | |
| **201** | **Partner** | Ehud Barak | 4.50 | $759.00 | $3,415.50 |
| | | Martin J. Bienenstock | 5.80 | $759.00 | $4,402.20 |
| | | Paul Possinger | 1.10 | $759.00 | $834.90 |
| | **Partner Total** | | **11.40** | **$759.00** | **$8,652.60** |
| **201 Total** | | | **11.40** | | **$8,652.60** |
| **203** | **Partner** | Paul Possinger | 2.40 | $759.00 | $1,821.60 |
| | **Partner Total** | | **2.40** | **$759.00** | **$1,821.60** |
| **203 Total** | | | **2.40** | | **$1,821.60** |
| **204** | **Partner** | Ehud Barak | 6.90 | $759.00 | $5,237.10 |
| | | Paul Possinger | 7.40 | $759.00 | $5,616.60 |
| | **Partner Total** | | **14.30** | **$759.00** | **$10,853.70** |
| **204 Total** | | | **14.30** | | **$10,853.70** |
| **205** | **Partner** | Paul Possinger | 1.70 | $759.00 | $1,290.30 |
| | **Partner Total** | | **1.70** | **$759.00** | **$1,290.30** |
| **205 Total** | | | **1.70** | | **$1,290.30** |
| **207** | **Partner** | Paul Possinger | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **0.30** | **$759.00** | **$227.70** |
| **207 Total** | | | **0.30** | | **$227.70** |
| **210** | **Partner** | Ehud Barak | 2.90 | $759.00 | $2,201.10 |
| | | Paul Possinger | 2.60 | $759.00 | $1,973.40 |
| | **Partner Total** | | **5.50** | **$759.00** | **$4,174.50** |
| **210 Total** | | | **5.50** | | **$4,174.50** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **213** | **Partner** | Ehud Barak | 2.40 | $759.00 | $1,821.60 |
| | | Paul Possinger | 2.30 | $759.00 | $1,745.70 |
| | **Partner Total** | | **4.70** | **$759.00** | **$3,567.30** |
| **213 Total** | | | **4.70** | | **$3,567.30** |
| **GRAND TOTAL** | | | **40.30** | | **$30,587.70** |

8

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | | | | |
| **MATTER 33260.0031 PREPA – Appointments Clause** | | | | | |
| | | | | | |
| 205 | Partner | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **0.30** | **$759.00** | **$227.70** |
| | | | | | |
| **205 Total** | | | **0.30** | | **$227.70** |
| | | | | | |
| 207 | Partner | Chantel L. Febus | 0.30 | $759.00 | $227.70 |
| | | Jeffrey W. Levitan | 0.20 | $759.00 | $151.80 |
| | | Jonathan E. Richman | 0.50 | $759.00 | $379.50 |
| | | Mark Harris | 1.30 | $759.00 | $986.70 |
| | | Michael A. Firestein | 0.30 | $759.00 | $227.70 |
| | | Stephen L. Ratner | 0.30 | $759.00 | $227.70 |
| | | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **3.10** | **$759.00** | **$2,352.90** |
| | | | | | |
| | Associate | Lucy Wolf | 0.10 | $759.00 | $75.90 |
| | | Matthew J. Morris | 0.80 | $759.00 | $607.20 |
| | | Zachary Chalett | 0.30 | $759.00 | $227.70 |
| | **Associate Total** | | **1.20** | **$759.00** | **$910.80** |
| | | | | | |
| **207 Total** | | | **4.30** | | **$3,263.70** |
| | | | | | |
| 210 | Partner | Mark Harris | 0.50 | $759.00 | $379.50 |
| | | Ralph C. Ferrara | 1.30 | $759.00 | $986.70 |
| | **Partner Total** | | **1.80** | **$759.00** | **$1,366.20** |
| | | | | | |
| **210 Total** | | | **1.80** | | **$1,366.20** |
| | | | | | |
| 212 | Associate | Lucy Wolf | 0.40 | $759.00 | $303.60 |
| | **Associate Total** | | **0.40** | **$759.00** | **$303.60** |
| | | | | | |
| | Legal Assistant | Laura M. Geary | 0.60 | $260.00 | $156.00 |
| | **Legal Assistant Total** | | **0.60** | **$260.00** | **$156.00** |
| | | | | | |
| **212 Total** | | | **1.00** | | **$459.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **219** | **Partner** | Chantel L. Febus | 3.30 | $759.00 | $2,504.70 |
| | | Jeffrey W. Levitan | 0.40 | $759.00 | $303.60 |
| | | Mark Harris | 0.30 | $759.00 | $227.70 |
| | | Michael A. Firestein | 0.70 | $759.00 | $531.30 |
| | | Ralph C. Ferrara | 0.80 | $759.00 | $607.20 |
| | | Stephen L. Ratner | 0.40 | $759.00 | $303.60 |
| | | Timothy W. Mungovan | 1.90 | $759.00 | $1,442.10 |
| | **Partner Total** | | **7.80** | **$759.00** | **$5,920.20** |
| | **Associate** | Alexandra K. Skellet | 1.00 | $759.00 | $759.00 |
| | | Alexandra V. Bargoot | 3.70 | $759.00 | $2,808.30 |
| | | John E. Roberts | 0.30 | $759.00 | $227.70 |
| | | Lucy Wolf | 0.40 | $759.00 | $303.60 |
| | | Zachary Chalett | 0.30 | $759.00 | $227.70 |
| | **Associate Total** | | **5.70** | **$759.00** | **$4,326.30** |
| | **Legal Assistant** | Angelo Monforte | 1.80 | $260.00 | $468.00 |
| | **Legal Assistant Total** | | **1.80** | **$260.00** | **$468.00** |
| | **Litigation Support** | Laurie A. Henderson | 0.40 | $260.00 | $104.00 |
| | **Litigation Support Total** | | **0.40** | **$260.00** | **$104.00** |
| **219 Total** | | | **15.70** | | **$10,818.50** |
| **GRAND TOTAL** | | | **23.10** | | **$16,135.70** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | **MATTER 33260.0032 PREPA – Financing Motion** | | | |
| **205** | **Partner** | Ehud Barak | 1.30 | $759.00 | $986.70 |
| | | Michael A. Firestein | 3.80 | $759.00 | $2,884.20 |
| | | Paul Possinger | 1.40 | $759.00 | $1,062.60 |
| | | Ralph C. Ferrara | 1.00 | $759.00 | $759.00 |
| | **Partner Total** | | **7.50** | **$759.00** | **$5,692.50** |
| **205 Total** | | | **7.50** | | **$5,692.50** |
| **210** | **Partner** | Kristen V. Campana | 1.00 | $759.00 | $759.00 |
| | | Michael A. Firestein | 2.00 | $759.00 | $1,518.00 |
| | | Paul Possinger | 2.80 | $759.00 | $2,125.20 |
| | | Ralph C. Ferrara | 2.00 | $759.00 | $1,518.00 |
| | **Partner Total** | | **7.80** | **$759.00** | **$5,920.20** |
| | **Associate** | Daniel Desatnik | 1.40 | $759.00 | $1,062.60 |
| | | Elliot Stevens | 0.10 | $759.00 | $75.90 |
| | | Zachary R. Kurland | 3.30 | $759.00 | $2,504.70 |
| | **Associate Total** | | **4.80** | **$759.00** | **$3,643.20** |
| **210 Total** | | | **12.60** | | **$9,563.40** |
| **GRAND TOTAL** | | | **20.10** | | **$15,255.90** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | | | | |
| **MATTER 33260.0932 PREPA – Financing Motion (Puerto Rico)** | | | | | |
| **205** | **Partner** | Paul Possinger | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **205 Total** | | | **0.20** | | **$151.80** |
| **210** | **Partner** | Paul Possinger | 0.40 | $759.00 | $303.60 |
| | **Partner Total** | | **0.40** | **$759.00** | **$303.60** |
| **210 Total** | | | **0.40** | | **$303.60** |
| **GRAND TOTAL** | | | **0.60** | | **$455.40** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | | | | |
| **MATTER 33260.0054  PREPA – PREC** | | | | | |
| | | | | | |
| **201** | **Partner** | Gregg M. Mashberg | 1.20 | $759.00 | $910.80 |
| | | Margaret A. Dale | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **1.40** | **$759.00** | **$1,062.60** |
| **201 Total** | | | **1.40** | | **$1,062.60** |
| | | | | | |
| **202** | **Associate** | Laura Stafford | 1.60 | $759.00 | $1,214.40 |
| | | Shiloh Rainwater | 4.50 | $759.00 | $3,415.50 |
| | **Associate Total** | | **6.10** | **$759.00** | **$4,629.90** |
| **202 Total** | | | **6.10** | | **$4,629.90** |
| | | | | | |
| **204** | **Partner** | Gregg M. Mashberg | 0.30 | $759.00 | $227.70 |
| | | Margaret A. Dale | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **0.40** | **$759.00** | **$303.60** |
| | **Associate** | Steve Ma | 0.30 | $759.00 | $227.70 |
| | **Associate Total** | | **0.30** | **$759.00** | **$227.70** |
| **204 Total** | | | **0.70** | | **$531.30** |
| | | | | | |
| **205** | **Partner** | Gregg M. Mashberg | 0.40 | $759.00 | $303.60 |
| | | Jeffrey W. Levitan | 0.10 | $759.00 | $75.90 |
| | | Margaret A. Dale | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **1.00** | **$759.00** | **$759.00** |
| **205 Total** | | | **1.00** | | **$759.00** |
| | | | | | |
| **206** | **Partner** | Gregg M. Mashberg | 1.30 | $759.00 | $986.70 |
| | | Jeffrey W. Levitan | 0.40 | $759.00 | $303.60 |
| | | Margaret A. Dale | 0.70 | $759.00 | $531.30 |
| | **Partner Total** | | **2.40** | **$759.00** | **$1,821.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | Associate | Elliot Stevens | 0.30 | $759.00 | $227.70 |
| | | Laura Stafford | 7.10 | $759.00 | $5,388.90 |
| | | Steve Ma | 1.90 | $759.00 | $1,442.10 |
| | **Associate Total** | | **9.30** | **$759.00** | **$7,058.70** |
| **206 Total** | | | **11.70** | | **$8,880.30** |
| 207 | Partner | Gregg M. Mashberg | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **207 Total** | | | **0.20** | | **$151.80** |
| 208 | Partner | Gregg M. Mashberg | 0.70 | $759.00 | $531.30 |
| | | Margaret A. Dale | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **1.00** | **$759.00** | **$759.00** |
| | Associate | Laura Stafford | 2.10 | $759.00 | $1,593.90 |
| | **Associate Total** | | **2.10** | **$759.00** | **$1,593.90** |
| **208 Total** | | | **3.10** | | **$2,352.90** |
| 210 | Partner | Gregg M. Mashberg | 1.20 | $759.00 | $910.80 |
| | | Margaret A. Dale | 0.40 | $759.00 | $303.60 |
| | | Stephen L. Ratner | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 0.60 | $759.00 | $455.40 |
| | **Partner Total** | | **2.30** | **$759.00** | **$1,745.70** |
| | Associate | Steve Ma | 0.60 | $759.00 | $455.40 |
| | **Associate Total** | | **0.60** | **$759.00** | **$455.40** |
| **210 Total** | | | **2.90** | | **$2,201.10** |
| **GRAND TOTAL** | | | **27.10** | | **$20,568.90** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | | | | |
| **MATTER 33260.0954  PREPA – PREC (Puerto Rico)** | | | | | |
| | | | | | |
| **201** | **Partner** | Margaret A. Dale | 0.40 | $759.00 | $303.60 |
| | | Paul Possinger | 0.40 | $759.00 | $303.60 |
| | **Partner Total** | | **0.80** | **$759.00** | **$607.20** |
| | | | | | |
| **201 Total** | | | **0.80** | | **$607.20** |
| | | | | | |
| **205** | **Partner** | Ehud Barak | 1.40 | $759.00 | $1,062.60 |
| | **Partner Total** | | **1.40** | **$759.00** | **$1,062.60** |
| | | | | | |
| **205 Total** | | | **1.40** | | **$1,062.60** |
| | | | | | |
| **210** | **Partner** | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| | | | | | |
| **210 Total** | | | **0.20** | | **$151.80** |
| | | | | | |
| **GRAND TOTAL** | | | **2.40** | | **$1,821.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | | | | |
| **MATTER 33260.0055  PREPA – Vitol** | | | | | |
| | | | | | |
| 201 | Partner | Lary Alan Rappaport | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| | | | | | |
| **201 Total** | | | **0.20** | | **$151.80** |
| | | | | | |
| 203 | Associate | Chris Theodoridis | 0.60 | $759.00 | $455.40 |
| | **Associate Total** | | **0.60** | **$759.00** | **$455.40** |
| | | | | | |
| **203 Total** | | | **0.60** | | **$455.40** |
| | | | | | |
| 204 | Partner | Ann M. Ashton | 1.80 | $759.00 | $1,366.20 |
| | | Jeffrey W. Levitan | 14.10 | $759.00 | $10,701.90 |
| | | Stephen L. Ratner | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **16.40** | **$759.00** | **$12,447.60** |
| | | | | | |
| **204 Total** | | | **16.40** | | **$12,447.60** |
| | | | | | |
| 206 | Partner | Jeffrey W. Levitan | 3.20 | $759.00 | $2,428.80 |
| | | Lary Alan Rappaport | 5.80 | $759.00 | $4,402.20 |
| | | Michael A. Firestein | 0.30 | $759.00 | $227.70 |
| | | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **9.50** | **$759.00** | **$7,210.50** |
| | | | | | |
| | Associate | Chris Theodoridis | 20.00 | $759.00 | $15,180.00 |
| | **Associate Total** | | **20.00** | **$759.00** | **$15,180.00** |
| | | | | | |
| **206 Total** | | | **29.50** | | **$22,390.50** |
| | | | | | |
| 207 | Partner | Jeffrey W. Levitan | 2.10 | $759.00 | $1,593.90 |
| | | Lary Alan Rappaport | 0.40 | $759.00 | $303.60 |
| | | Michael A. Firestein | 0.80 | $759.00 | $607.20 |
| | | Stephen L. Ratner | 0.90 | $759.00 | $683.10 |
| | | Timothy W. Mungovan | 0.30 | $759.00 | $227.70 |
| | **Partner Total** | | **4.50** | **$759.00** | **$3,415.50** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | **Associate** | Brandon C. Clark | 2.00 | $759.00 | $1,518.00 |
| | | Chris Theodoridis | 4.60 | $759.00 | $3,491.40 |
| | **Associate Total** | | **6.60** | **$759.00** | **$5,009.40** |
| **207 Total** | | | **11.10** | | **$8,424.90** |
| **210** | **Partner** | Jeffrey W. Levitan | 1.00 | $759.00 | $759.00 |
| | | Lary Alan Rappaport | 1.10 | $759.00 | $834.90 |
| | | Michael A. Firestein | 1.30 | $759.00 | $986.70 |
| | | Stephen L. Ratner | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 1.80 | $759.00 | $1,366.20 |
| | **Partner Total** | | **5.30** | **$759.00** | **$4,022.70** |
| **210 Total** | | | **5.30** | | **$4,022.70** |
| **219** | **Partner** | Jeffrey W. Levitan | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **219 Total** | | | **0.20** | | **$151.80** |
| **GRAND TOTAL** | | | **63.30** | | **$48,044.70** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **MATTER 33260.0056  PREPA – UTIER CBA** | | | | | |
| 201 | Partner | Jonathan E. Richman | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **0.20** | **$759.00** | **$151.80** |
| **201 Total** | | | **0.20** | | **$151.80** |
| 206 | Partner | Jonathan E. Richman | 0.90 | $759.00 | $683.10 |
| | | Lary Alan Rappaport | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **1.10** | **$759.00** | **$834.90** |
| | Law Clerk | Elisa Carino | 3.40 | $260.00 | $884.00 |
| | **Law Clerk Total** | | **3.40** | **$260.00** | **$884.00** |
| **206 Total** | | | **4.50** | | **$1,718.90** |
| 207 | Partner | Guy Brenner | 0.80 | $759.00 | $607.20 |
| | | Jonathan E. Richman | 0.70 | $759.00 | $531.30 |
| | | Michael A. Firestein | 0.20 | $759.00 | $151.80 |
| | | Ralph C. Ferrara | 0.40 | $759.00 | $303.60 |
| | | Stephen L. Ratner | 0.80 | $759.00 | $607.20 |
| | | Timothy W. Mungovan | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **3.40** | **$759.00** | **$2,580.60** |
| | Associate | Elliot Stevens | 0.20 | 759.00 | 151.80 |
| | | Matthew J. Morris | 0.60 | 759.00 | 455.40 |
| | **Associate Total** | | **0.80** | **$759.00** | **$607.20** |
| **207 Total** | | | **4.20** | | **$3,187.80** |
| 210 | Partner | Jonathan E. Richman | 0.10 | $759.00 | $75.90 |
| | | Michael A. Firestein | 0.20 | $759.00 | $151.80 |
| | | Stephen L. Ratner | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 0.40 | $759.00 | $303.60 |
| | **Partner Total** | | **0.80** | **$759.00** | **$607.20** |
| **210 Total** | | | **0.80** | | **$607.20** |
| **GRAND TOTAL** | | | **9.70** | | **$5,665.70** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | | | | |
| **MATTER 33260.0956  PREPA – UTIER CBA (Puerto Rico)** | | | | | |
| | | | | | |
| **207** | **Partner** | Paul Possinger | 1.00 | $759.00 | $759.00 |
| | **Partner Total** | | **1.00** | **$759.00** | **$759.00** |
| | | | | | |
| **207 Total** | | | **1.00** | | **$759.00** |
| | | | | | |
| **GRAND TOTAL** | | | **1.00** | | **$759.00** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **MATTER 33260.0057  PREPA – Rule 2004** | | | | | |
| 201 | **Partner** | Margaret A. Dale | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **0.50** | **$759.00** | **$379.50** |
| **201 Total** | | | **0.50** | | **$379.50** |
| 204 | **Partner** | Gregg M. Mashberg | 0.10 | $759.00 | $75.90 |
| | | Margaret A. Dale | 0.90 | $759.00 | $683.10 |
| | | Stephen L. Ratner | 0.40 | $759.00 | $303.60 |
| | | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **1.60** | **$759.00** | **$1,214.40** |
| | **Senior Counsel** | Jonathan Galler | 0.60 | $759.00 | $455.40 |
| | **Senior Counsel Total** | | **0.60** | **$759.00** | **$455.40** |
| | **Associate** | Mee R. Kim | 0.70 | $759.00 | $531.30 |
| | **Associate Total** | | **0.70** | **$759.00** | **$531.30** |
| **204 Total** | | | **2.90** | | **$2,201.10** |
| 205 | **Partner** | Margaret A. Dale | 0.20 | $759.00 | $151.80 |
| | | Paul Possinger | 0.60 | $759.00 | $455.40 |
| | **Partner Total** | | **0.80** | **$759.00** | **$607.20** |
| **205 Total** | | | **0.80** | | **$607.20** |
| 210 | **Partner** | Gregg M. Mashberg | 0.20 | $759.00 | $151.80 |
| | | Margaret A. Dale | 0.20 | $759.00 | $151.80 |
| | | Timothy W. Mungovan | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **0.50** | **$759.00** | **$379.50** |
| | **Associate** | Alexandra V. Bargoot | 1.80 | $759.00 | $1,366.20 |
| | | Laura Stafford | 0.20 | $759.00 | $151.80 |
| | | Mee R. Kim | 0.20 | $759.00 | $151.80 |
| | **Associate Total** | | **2.20** | **$759.00** | **$1,669.80** |
| **210 Total** | | | **2.70** | | **$2,049.30** |
| **GRAND TOTAL** | | | **6.90** | | **$5,237.10** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **MATTER 33260.0058  PREPA – Receiver Motions** | | | | | |
| 207 | Partner | Chantel L. Febus | 0.40 | $759.00 | $303.60 |
| | **Partner Total** | | **0.40** | **$759.00** | **$303.60** |
| | Associate | Lucy Wolf | 0.10 | $759.00 | $75.90 |
| | **Associate Total** | | **0.10** | **$759.00** | **$75.90** |
| **207 Total** | | | **0.50** | | **$379.50** |
| 210 | Partner | Ralph C. Ferrara | 0.60 | $759.00 | $455.40 |
| | **Partner Total** | | **0.60** | **$759.00** | **$455.40** |
| **210 Total** | | | **0.60** | | **$455.40** |
| 211 | Partner | Martin J. Bienenstock | 2.40 | $759.00 | $1,821.60 |
| | **Partner Total** | | **2.40** | **$759.00** | **$1,821.60** |
| **211 Total** | | | **2.40** | | **$1,821.60** |
| 212 | Legal Assistant | Emma Dillon | 5.10 | $260.00 | $1,326.00 |
| | **Legal Assistant Total** | | **5.10** | **$260.00** | **$1,326.00** |
| **212 Total** | | | **5.10** | | **$1,326.00** |
| 219 | Partner | Ann M. Ashton | 0.70 | $759.00 | $531.30 |
| | | Jeffrey W. Levitan | 2.60 | $759.00 | $1,973.40 |
| | | Mark Harris | 0.30 | $759.00 | $227.70 |
| | | Martin J. Bienenstock | 19.60 | $759.00 | $14,876.40 |
| | | Michael A. Firestein | 1.70 | $759.00 | $1,290.30 |
| | | Paul Possinger | 1.10 | $759.00 | $834.90 |
| | | Ralph C. Ferrara | 2.60 | $759.00 | $1,973.40 |
| | | Stephen L. Ratner | 1.00 | $759.00 | $759.00 |
| | | Timothy W. Mungovan | 2.50 | $759.00 | $1,897.50 |
| | **Partner Total** | | **32.10** | **$759.00** | **$24,363.90** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | **Associate** | Alexandra K. Skellet | 0.50 | $759.00 | $379.50 |
| | | Daniel Desatnik | 0.60 | $759.00 | $455.40 |
| | | Elliot Stevens | 0.20 | $759.00 | $151.80 |
| | | Jared Zajac | 0.30 | $759.00 | $227.70 |
| | | John E. Roberts | 3.00 | $759.00 | $2,277.00 |
| | | Lucy Wolf | 2.10 | $759.00 | $1,593.90 |
| | | Zachary Chalett | 2.90 | $759.00 | $2,201.10 |
| | **Associate Total** | | **9.60** | **$759.00** | **$7,286.40** |
| | **Legal Assistant** | Angelo Monforte | 0.40 | $260.00 | $104.00 |
| | | Lawrence T. Silvestro | 1.10 | $260.00 | $286.00 |
| | | Tayler M. Sherman | 0.50 | $260.00 | $130.00 |
| | **Legal Assistant Total** | | **2.00** | **$260.00** | **$520.00** |
| | **Litigation Support** | Laurie A. Henderson | 0.20 | $260.00 | $52.00 |
| | **Litigation Support Total** | | **0.20** | **$260.00** | **$52.00** |
| **219 Total** | | | **43.90** | | **$32,222.30** |
| **GRAND TOTAL** | | | **52.50** | | **$36,204.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **MATTER 33260.0059  PREPA – Miscellaneous** | | | | | |
| 201 | Partner | Gregg M. Mashberg | 0.50 | $759.00 | $379.50 |
| | | Margaret A. Dale | 0.50 | $759.00 | $379.50 |
| | | Timothy W. Mungovan | 0.10 | $759.00 | $75.90 |
| | **Partner Total** | | **1.10** | **$759.00** | **$834.90** |
| | Associate | Laura Stafford | 0.60 | $759.00 | $455.40 |
| | | Zachary Chalett | 0.20 | $759.00 | $151.80 |
| | **Associate Total** | | **0.80** | **$759.00** | **$607.20** |
| **201 Total** | | | **1.90** | | **$1,442.10** |
| 202 | Associate | Laura Stafford | 2.10 | $759.00 | $1,593.90 |
| | **Associate Total** | | **2.10** | **$759.00** | **$1,593.90** |
| **202 Total** | | | **2.10** | | **$1,593.90** |
| 204 | Partner | Margaret A. Dale | 1.10 | $759.00 | $834.90 |
| | **Partner Total** | | **1.10** | **$759.00** | **$834.90** |
| | Associate | Steve Ma | 0.40 | $759.00 | $303.60 |
| | **Associate Total** | | **0.40** | **$759.00** | **$303.60** |
| **204 Total** | | | **1.50** | | **$1,138.50** |
| 205 | Partner | Gregg M. Mashberg | 0.10 | $759.00 | $75.90 |
| | | Margaret A. Dale | 0.50 | $759.00 | $379.50 |
| | | Paul Possinger | 0.30 | $759.00 | $227.70 |
| | | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **1.10** | **$759.00** | **$834.90** |
| | Associate | Laura Stafford | 0.20 | $759.00 | $151.80 |
| | | Steve Ma | 0.90 | $759.00 | $683.10 |
| | **Associate Total** | | **1.10** | **$759.00** | **$834.90** |
| **205 Total** | | | **2.20** | | **$1,669.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **206** | **Partner** | Gregg M. Mashberg | 1.10 | $759.00 | $834.90 |
| | | Lary Alan Rappaport | 14.90 | $759.00 | $11,309.10 |
| | | Margaret A. Dale | 2.40 | $759.00 | $1,821.60 |
| | | Michael A. Firestein | 1.00 | $759.00 | $759.00 |
| | | Paul Possinger | 2.70 | $759.00 | $2,049.30 |
| | | Stephen L. Ratner | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 2.00 | $759.00 | $1,518.00 |
| | **Partner Total** | | **24.20** | **$759.00** | **$18,367.80** |
| | **Associate** | Courtney M. Bowman | 13.80 | $759.00 | $10,474.20 |
| | | Daniel Desatnik | 33.20 | $759.00 | $25,198.80 |
| | | Elliot Stevens | 1.70 | $759.00 | $1,290.30 |
| | | Laura Stafford | 15.60 | $759.00 | $11,840.40 |
| | | Matthew J. Morris | 39.00 | $759.00 | $29,601.00 |
| | | Steve Ma | 2.80 | $759.00 | $2,125.20 |
| | | Zachary Chalett | 3.30 | $759.00 | $2,504.70 |
| | **Associate Total** | | **109.40** | **$759.00** | **$83,034.60** |
| | **Legal Assistant** | Christopher M. Tarrant | 1.10 | $260.00 | $286.00 |
| | **Legal Assistant Total** | | **1.10** | **$260.00** | **$286.00** |
| **206 Total** | | | **134.70** | | **$101,688.40** |
| **207** | **Partner** | Ehud Barak | 0.80 | $759.00 | $607.20 |
| | | Gregg M. Mashberg | 0.80 | $759.00 | $607.20 |
| | | Lary Alan Rappaport | 2.70 | $759.00 | $2,049.30 |
| | | Margaret A. Dale | 2.50 | $759.00 | $1,897.50 |
| | | Michael A. Firestein | 0.70 | $759.00 | $531.30 |
| | | Paul Possinger | 0.80 | $759.00 | $607.20 |
| | | Stephen L. Ratner | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 1.70 | $759.00 | $1,290.30 |
| | **Partner Total** | | **10.10** | **$759.00** | **$7,665.90** |
| | **Associate** | Alexandra V. Bargoot | 0.90 | $759.00 | $683.10 |
| | | Courtney M. Bowman | 0.90 | $759.00 | $683.10 |
| | | Daniel Desatnik | 1.10 | $759.00 | $834.90 |
| | | Lucy Wolf | 1.00 | $759.00 | $759.00 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| | | Steve Ma | 1.40 | $759.00 | $1,062.60 |
| | **Associate Total** | | **5.30** | **$759.00** | **$4,022.70** |
| **207 Total** | | | **15.40** | | **$11,688.60** |
| 208 | Partner | Paul Possinger | 4.40 | $759.00 | $3,339.60 |
| | | Timothy W. Mungovan | 0.20 | $759.00 | $151.80 |
| | **Partner Total** | | **4.60** | **$759.00** | **$3,491.40** |
| | Associate | Maja Zerjal | 1.40 | $759.00 | $1,062.60 |
| | | Steve Ma | 35.20 | $759.00 | $26,716.80 |
| | **Associate Total** | | **36.60** | **$759.00** | **$27,779.40** |
| **208 Total** | | | **41.20** | | **$31,270.80** |
| 209 | Associate | Matthew J. Morris | 0.90 | $759.00 | $683.10 |
| | **Associate Total** | | **0.90** | **$759.00** | **$683.10** |
| **209 Total** | | | **0.90** | | **$683.10** |
| 210 | Partner | Gregg M. Mashberg | 0.70 | $759.00 | $531.30 |
| | | Lary Alan Rappaport | 1.90 | $759.00 | $1,442.10 |
| | | Margaret A. Dale | 1.60 | $759.00 | $1,214.40 |
| | | Michael A. Firestein | 0.70 | $759.00 | $531.30 |
| | | Paul Possinger | 1.40 | $759.00 | $1,062.60 |
| | | Ralph C. Ferrara | 0.60 | $759.00 | $455.40 |
| | | Stephen L. Ratner | 0.10 | $759.00 | $75.90 |
| | | Timothy W. Mungovan | 1.40 | $759.00 | $1,062.60 |
| | **Partner Total** | | **8.40** | **$759.00** | **$6,375.60** |
| | | Michael A. Firestein | 0.70 | $759.00 | $531.30 |
| | | Courtney M. Bowman | 2.10 | $759.00 | $1,593.90 |
| | | Steve Ma | 0.70 | $759.00 | $531.30 |
| | **Associate Total** | | **3.00** | **$759.00** | **$2,277.00** |
| **210 Total** | | | **11.40** | | **$8,652.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **212** | **Legal Assistant** | Angelo Monforte | 1.60 | $260.00 | $416.00 |
| | | Christopher M. Tarrant | 4.40 | $260.00 | $1,144.00 |
| | | Magali Giddens | 0.50 | $260.00 | $130.00 |
| | **Legal Assistant Total** | | **6.50** | **$260.00** | **$1,690.00** |
| **212 Total** | | | **6.50** | | **$1,690.00** |
| **GRAND TOTAL** | | | **217.80** | | **$161,517.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Hours | Rate | Amount |
|------|-------|------|-------|------|--------|
| **MATTER 33260.0959  PREPA – Miscellaneous (Puerto Rico)** | | | | | |
| **201** | **Partner** | Paul Possinger | 0.50 | $759.00 | $379.50 |
| | **Partner Total** | | **0.50** | **$759.00** | **$379.50** |
| **201 Total** | | | **0.50** | | **$379.50** |
| **204** | **Partner** | Ehud Barak | 2.40 | $759.00 | $1,821.60 |
| | | Paul Possinger | 2.30 | $759.00 | $1,745.70 |
| | **Partner Total** | | **4.70** | **$759.00** | **$3,567.30** |
| **204 Total** | | | **4.70** | | **$3,567.30** |
| **GRAND TOTAL** | | | **5.20** | | **$3,946.80** |