```
Court Name: District Court
Division: 1
Receipt Number: PRX100060439
Cashier ID: arodrigu
Transaction Date: 11/16/2018
Payer Name: RIOS-ROBLES, MORAIMA

PRO HOC VICE
 For: RIOS-ROBLES, MORAIMA
 Case/Party: D-PRX-1-97-HA-000063-002
 Amount:         $300.00

PAPER CHECK CONVERSION
 Remitter: ARROYO & RIOS LAW OFFICES
 Check/Money Order Num: 3139
 Amt Tendered:   $300.00

Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF GRANT
DUNCAN KUEHN

THRU: RIOS-ROBLES, MORAIMA
```