# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

  Debtors[1]

---

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## INFORMATIVE MOTION OF WHITEBOX ADVISORS LLC REGARDING ITS REQUEST TO BE HEARD AT THE NOVEMBER 20, 2018 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Whitebox Advisors LLC submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of November 20, 2018 Hearing* (Dkt. 327) (the "Order"), and respectfully states as follows:

1. Brant Duncan Kuehn of Wollmuth Maher & Deutsch, counsel to Whitebox Advisors, plans to appear at the November 20 Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. Moraima S. Ríos Robles, local counsel for Whitebox Advisors, will be present in the United States Court for the District of Puerto Rico, Federico Degetau Federal Bulding and Clemente Ruiz Nazario Courthouse, Room 150, San Juan, Puerto Rico 00918-1767.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

3. Whitebox Advisors LLC does not plan to present argument on any scheduled matter, but it reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts COFINA or the interests of Whitebox Advisors LLC.

DATED: November 16, 2018

Respectfully submitted.

| | |
|---|---|
| **ARROYO & RIOS LAW OFFICES, P.S.C.**<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, P.R. 00966<br>Tel.: (787) 522-8080<br>Fax: (787) 523-5696<br>E-mail: mrios@arroyorioslaw.com | WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110 |
| <u>*s/ Moraima S. Ríos Robles*</u><br>Moraima S. Ríos Robles<br>USDC-PR No. 224912 | **Brant Duncan Kuehn** (*pro hac vice*)<br>bkuehn@wmd-law.com |

*Co-Counsel to Whitebox Advisors LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order. *See* Docket No. 4086-1.

*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912