# Exhibit C

**Scheduled Amortizaiton and Certain Other Terms of COFINA Bonds**

## Coupons and Maturity Dates

| Current Interest Bond Terms | | | | Capital Appreciation Bond Terms | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (7/1) Year | | Par | Cpn/Yld | (7/1) Year | Yield | Initial Price | Initial Value | Accreted Value | Future Value |
| Total/Avg | | $9,119,420,000.00 | 4.792% | Total/Avg | 5.049% | 25.263 | $2,901,292,136.30 | $9,638,250,013.60 | $11,484,365,000.00 |
| 2034 | | 375,090,000.00 | 4.500% | 2027 | 4.000% | 70.247 | 422,356,575.15 | 550,215,360.85 | 601,245,000.00 |
| 2040** | | 2,996,115,000.00 | 4.550% | 2033 | 4.650% | 50.374 | 723,876,898.70 | 1,291,955,338.75 | 1,437,005,000.00 |
| 2053 | | 1,451,135,000.00 | 4.750% | 2049 | 5.460% | 18.911 | 1,510,823,428.75 | 6,378,612,143.10 | 7,989,125,000.00 |
| 2058 | | 4,297,080,000.00 | 5.000% | 2051 | 5.500% | 16.763 | 244,235,233.70 | 1,417,467,170.90 | 1,456,990,000.00 |

| Current Interest Bond Sinking Fund Schedule | | | | | Capital Appreciation Bond Sinking Fund Schedule | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (7/1) Year | Yr# | CPN | Par | Term Par | (7/1) Year | Yr# | Yld. | Initial Price | Initial Value | Accreted Value | Future Value Redemption |
| Total | | | $9,119,420,000.00 | $9,119,420,000.00 | - | | | | $2,901,292,136.30 | $9,638,250,013.60 | $11,484,365,000.00 |
| 2019 | 1 | - | - | - | 2019 | 1 | 4.000% | 70.247 | $18,910,492.40 | $19,609,604.80 | 26,920,000.00 |
| 2020 | 2 | - | - | - | 2020 | 2 | | | - | - | - |
| 2021 | 3 | - | - | - | 2021 | 3 | 4.000% | 70.247 | 15,570,247.55 | 17,476,880.85 | 22,165,000.00 |
| 2022 | 4 | - | - | - | 2022 | 4 | 4.000% | 70.247 | 30,536,370.90 | 35,660,179.80 | 43,470,000.00 |
| 2023 | 5 | - | - | - | 2023 | 5 | 4.000% | 70.247 | 44,908,907.10 | 54,563,615.70 | 63,930,000.00 |
| 2024 | 6 | - | - | - | 2024 | 6 | 4.000% | 70.247 | 58,719,467.30 | 74,225,412.30 | 83,590,000.00 |
| 2025 | 7 | - | - | - | 2025 | 7 | 4.000% | 70.247 | 71,992,637.95 | 94,679,742.40 | 102,485,000.00 |
| 2026 | 8 | - | - | - | 2026 | 8 | 4.000% | 70.247 | 84,735,443.75 | 115,939,925.00 | 120,625,000.00 |
| 2027 | 9 | - | - | - | 2027 | 9 | 4.000% | 70.247 | 96,983,008.20 | 138,060,000.00 | 138,060,000.00 |
| 2028 | 10 | - | - | - | 2028 | 10 | 4.650% | 50.374 | 102,098,023.20 | 161,061,688.80 | 202,680,000.00 |
| 2029 | 11 | - | - | - | 2029 | 11 | 4.650% | 50.374 | 111,993,995.50 | 184,983,293.00 | 222,325,000.00 |
| 2030 | 12 | - | - | - | 2030 | 12 | 4.650% | 50.374 | 121,350,966.00 | 209,867,262.00 | 240,900,000.00 |
| 2031 | 13 | - | - | - | 2031 | 13 | 4.650% | 50.374 | 130,184,046.90 | 235,734,069.60 | 258,435,000.00 |
| 2032 | 14 | - | - | - | 2032 | 14 | 4.650% | 50.374 | 138,531,018.70 | 262,649,025.35 | 275,005,000.00 |
| 2033 | 15 | 4.500% | 52,970,000.00 | - | 2033 | 15 | 4.650% | 50.374 | 119,718,848.40 | 237,660,000.00 | 237,660,000.00 |
| 2034 | 16 | 4.500% | 322,120,000.00 | 375,090,000.00 | 2034 | 16 | | | - | - | - |
| 2035 | 17 | 4.550% | 366,885,000.00 | - | 2035 | 17 | | | - | - | - |
| 2036 | 18 | 4.550% | 415,060,000.00 | - | 2036 | 18 | | | - | - | - |
| 2037 | 19 | 4.550% | 466,685,000.00 | - | 2037 | 19 | | | - | - | - |
| 2038 | 20 | 4.550% | 521,965,000.00 | - | 2038 | 20 | | | - | - | - |
| 2039 | 21 | 4.550% | 581,125,000.00 | - | 2039 | 21 | | | - | - | - |
| 2040 | 22 | 4.550% | 644,395,000.00 | 2,996,115,000.00 | 2040 | 22 | | | - | - | - |
| 2041 | 23 | - | - | - | 2041 | 23 | 5.460% | 18.911 | 206,232,964.95 | 708,734,290.05 | 1,090,545,000.00 |
| 2042 | 24 | - | - | - | 2042 | 24 | 5.460% | 18.911 | 195,417,764.05 | 708,736,860.30 | 1,033,355,000.00 |
| 2043 | 25 | - | - | - | 2043 | 25 | 5.460% | 18.911 | 185,168,002.05 | 708,731,972.10 | 979,155,000.00 |
| 2044 | 26 | - | - | - | 2044 | 26 | 5.460% | 18.911 | 175,458,149.10 | 708,735,502.80 | 927,810,000.00 |
| 2045 | 27 | - | - | - | 2045 | 27 | 5.460% | 18.911 | 166,256,056.50 | 708,735,564.00 | 879,150,000.00 |
| 2046 | 28 | - | - | - | 2046 | 28 | 5.460% | 18.911 | 157,538,085.50 | 708,733,948.50 | 833,050,000.00 |
| 2047 | 29 | - | - | - | 2047 | 29 | 5.460% | 18.911 | 149,275,869.60 | 708,734,769.60 | 789,360,000.00 |
| 2048 | 30 | - | - | - | 2048 | 30 | 5.460% | 18.911 | 141,447,661.15 | 708,734,235.75 | 747,965,000.00 |
| 2049 | 31 | - | - | - | 2049 | 31 | 5.460% | 18.911 | 134,028,875.85 | 708,735,000.00 | 708,735,000.00 |
| 2050 | 32 | - | - | - | 2050 | 32 | 5.500% | 16.763 | 125,429,985.65 | 708,732,170.90 | 748,255,000.00 |
| 2051 | 33 | - | - | - | 2051 | 33 | 5.500% | 16.763 | 118,805,248.05 | 708,735,000.00 | 708,735,000.00 |
| 2052 | 34 | 4.750% | 708,735,000.00 | - | 2052 | 34 | | | - | - | - |
| 2053 | 35 | 4.750% | 742,400,000.00 | 1,451,135,000.00 | 2053 | 35 | | | - | - | - |
| 2054 | 36 | 5.000% | 777,665,000.00 | - | 2054 | 36 | | | - | - | - |
| 2055 | 37 | 5.000% | 816,545,000.00 | - | 2055 | 37 | | | - | - | - |
| 2056 | 38 | 5.000% | 857,375,000.00 | - | 2056 | 38 | | | - | - | - |
| 2057 | 39 | 5.000% | 900,240,000.00 | - | 2057 | 39 | | | - | - | - |
| 2058 | 40 | 5.000% | 945,255,000.00 | 4,297,080,000.00 | 2058 | 40 | | | - | - | - |

*Due to rounding of bonds into $5,000 denominations, debt service on Bonds will be slightly below the 53.65% PSTBA.
**Current Interest Bonds may include both Tax-Exempt and Taxable Bonds.