# Exhibit G

**Schedule of Existing Securities Listed by CUSIP and Class,
as Determined Prior to Elections Made Pursuant to the Plan of Adjustment**

| Class | CUSIP |
|---|---|
| **Class 1 – Senior COFINA Bond Claims** | 74529JAA3 |
| | 74529JAB1 |
| | 74529JAC9 |
| | 74529JAD7 |
| | 74529JAE5 |
| | 74529JAQ8 |
| | 74529JAR6 |
| | 74529JAS4 |
| | 74529JBB0 |
| | 74529JBC8 |
| | 74529JBD6 |
| | 74529JBE4 |
| | 74529JBF1 |
| | 74529JBG9 |
| | 74529JBH7 |
| | 74529JBJ3 |
| | 74529JBK0 |
| | 74529JBL8 |
| | 74529JDY8 |
| | 74529JDZ5 |
| | 74529JEA9 |
| | 74529JEB7 |
| | 74529JEC5 |
| | 74529JED3 |
| | 74529JEE1 |
| | 74529JEF8 |
| | 74529JEG6 |
| | 74529JEH4 |
| | 74529JEJ0 |
| | 74529JEK7 |
| | 74529JEL5 |
| | 74529JEM3 |
| | 74529JEN1 |
| | 74529JEP6 |
| | 74529JEQ4 |
| | 74529JER2 |
| | 74529JES0 |
| | 74529JFF7 |
| | 74529JFG5 |
| | 74529JFH3 |
| | 74529JFJ9 |
| | 74529JFK6 |
| | 74529JFL4 |
| | 74529JFM2 |

|  | |
|---|---|
|  | 74529JFN0 |
|  | 74529JFP5 |
|  | 74529JFQ3 |
|  | 74529JFR1 |
|  | 74529JFS9 |
|  | 74529JFT7 |
|  | 74529JFU4 |
|  | 74529JFV2 |
|  | 74529JFW0 |
|  | 74529JHV0 |
|  | 74529JNM3 |
|  | 74529JNN1 |
|  | 74529JNP6 |
|  | 74529JNQ4 |
|  | 74529JNR2 |
|  | 74529JNS0 |
|  | 74529JNT8 |
|  | 74529JNU5 |
|  | 74529JNV3 |
|  | 74529JNW1 |
|  | 74529JNX9 |
|  | 74529JNY7 |
|  | 74529JNZ4 |
|  | 74529JPA7 |
|  | 74529JPB5 |
|  | 74529JPC3 |
|  | 74529JPD1 |
|  | 74529JPE9 |
|  | 74529JPF6 |
|  | 74529JPG4 |
|  | 74529JPH2 |
|  | 74529JPJ8 |
|  | 74529JPK5 |
|  | 74529JPL3 |
| **Class 2 – Senior COFINA Bond Claims (Ambac)** | 74529JAN5 |
|  | 74529JAP0 |
| **Class 3 – Senior COFINA Bond Claims (National)** | 74529JAF2 |
|  | 74529JAG0 |
|  | 74529JAH8 |
|  | 74529JAJ4 |
|  | 74529JAK1 |
|  | 74529JAL9 |
|  | 74529JAM7 |
| **Class 5 – Junior COFINA Bond Claims** | 74529JGP4 |
|  | 74529JGQ2 |
|  | 74529JGR0 |
|  | 74529JGU3 |

| | |
|---|---|
| | 74529JGW9 |
| | 74529JGY5 |
| | 74529JGZ2 |
| | 74529JHB4 |
| | 74529JHD0 |
| | 74529JHE8 |
| | 74529JHF5 |
| | 74529JHG3 |
| | 74529JHH1 |
| | 74529JHL2 |
| | 74529JHM0 |
| | 74529JHN8 |
| | 74529JHP3 |
| | 74529JHR9 |
| | 74529JHS7 |
| | 74529JHT5 |
| | 74529JHU2 |
| | 74529JHW8 |
| | 74529JHX6 |
| | 74529JHY4 |
| | 74529JJX4 |
| | 74529JJY2 |
| | 74529JJZ9 |
| | 74529JKA2 |
| | 74529JKB0 |
| | 74529JKC8 |
| | 74529JKD6 |
| | 74529JKE4 |
| | 74529JKF1 |
| | 74529JKG9 |
| | 74529JKH7 |
| | 74529JKJ3 |
| | 74529JKK0 |
| | 74529JKM6 |
| | 74529JKN4 |
| | 74529JKP9 |
| | 74529JKQ7 |
| | 74529JKR5 |
| | 74529JKS3 |
| | 74529JKT1 |
| | 74529JKU8 |
| | 74529JKV6 |
| | 74529JLD5 |
| | 74529JLE3 |
| | 74529JLF0 |
| | 74529JLG8 |
| | 74529JLH6 |

|  | 74529JLJ2 |
|---|---|
|  | 74529JLK9 |
|  | 74529JLL7 |
|  | 74529JLM5 |
|  | 74529JLP8 |
|  | 74529JLQ6 |
|  | 74529JLR4 |
|  | 74529JLX1 |
|  | 74529JLY9 |
|  | 74529JLZ6 |
|  | 74529JMA0 |
|  | 74529JMB8 |
|  | 74529JMC6 |
|  | 74529JMD4 |
|  | 74529JME2 |
|  | 74529JMF9 |
|  | 74529JMG7 |
|  | 74529JMH5 |
|  | 74529JMJ1 |
|  | 74529JMK8 |
|  | 74529JML6 |
|  | 74529JMM4 |
|  | 74529JMN2 |
|  | 74529JMP7 |
|  | 74529JND3 |
|  | 74529JNE1 |
|  | 74529JNF8 |
|  | 74529JNG6 |
|  | 74529JNH4 |
|  | 74529JNJ0 |
|  | 74529JNL5 |
| **Class 6 – Junior COFINA Bond Claims (Assured)** | 74529JKL8 |
|  | 74529JLN3 |