# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), | |
| Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO THIRTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF JUNE 1, 2018 THROUGH JUNE 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2018 through Jun 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,775.15 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $15.60 |
| Total amount for this invoice: | $2,790.75 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fourteenth monthly fee application in these cases.

00576830; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for June 2018.

```
/s/ Jaime A. El Koury
```
Jaime A. El Koury
**General Counsel to the Financial Oversight and
Management Board for Puerto Rico**

On August 9, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq, rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**COFINA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 0.80 | $ 232.00 |
| Carlos E. George | Member | Labor | $245.00 | 0.80 | $ 196.00 |
| Pedro R. Pierluisi | Member | Corporate | $395.00 | 1.10 | $ 434.50 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 1.40 | $ 497.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.40 | $ 84.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 8.20 | $ 1,640.00 |
| | | | | | |
| | **Totals** | | | **12.70** | **$ 3,083.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (308.35)** |
| | | | | | |
| | **SUMMARY OF LEGAL FEES** | | | | **$ 2,775.15** |

**COFINA TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| Duplicating | | $ | 15.60 |
| | | | |
| **Totals** | | $ | 15.60 |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | $ | 15.60 |

**COFINA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.20 | $ 40.00 |
| 207 | Non-Board Court Filings | 0.70 | $ 140.00 |
| 210 | Analysis and Strategy | 3.30 | $ 1,163.50 |
| 214 | Legal/Regulatory Matters | 0.80 | $ 196.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 7.30 | $ 1,460.00 |
| 224 | Fee Applications-O&B | 0.40 | $ 84.00 |
| | | | $3,083.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (308.35)** |
| | | | |
| | **TOTALS** | **12.70** | **$2,775.15** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,497.64, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $15.60) in the total amount of $2,513.24.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00576830; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE COFINA TITLE III

**RE:   GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018
FOMB IN RE COFINA TITLE III
Bill #:   328940
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2018:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,584.00 |
| Less Discount | $ -158.40 |
| Net Professional Services | $ 1,425.60 |
| Total Reimbursable Expenses | $ 15.60 |
| **TOTAL THIS INVOICE** | **$ 1,441.20** |

O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/18/18 | ETF | 215 | Review Section 2 of Art. VI of CW Constitution. (.40) Review conditions regarding future debt issuances of CW/COFINA agreement. (.60) Review FOMB's May 31 revenue forecast. (.30) Review COFINA issuance legal opinions. (.80) Review COFINA enabling act. (.40) Review COFINA bond resolution provisions regarding issuance of bonds. (.40) | 2.90 | 200.00 | 580.00 |
| 6/26/18 | ETF | 201 | Tel. conf. with Proskauer (P. Possinger, E. Barak) regarding meeting with COFINA agent and AAFAF. | .20 | 200.00 | 40.00 |
| 6/27/18 | ETF | 215 | Review COFINA Bond Counsel opinion. (.30) Review COFINA enabling act provision regarding issuance of bonds. (.30) | .60 | 200.00 | 120.00 |
| 6/28/18 | ETF | 215 | Review COFINA resolution provisions related to issuance of bonds and refunding bonds | 3.80 | 200.00 | 760.00 |
| 6/29/18 | UMF | 224 | Draft monthly fee application for COFINA. | .40 | 210.00 | 84.00 |

TOTAL PROFESSIONAL SERVICES                         $ 1,584.00

Less Discount                                       $ -158.40

NET PROFESSIONAL SERVICES:                          $ 1,425.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .40 | 210.00 | 84.00 |
| EMILIANO TRIGO FRITZ | 7.50 | 200.00 | 1,500.00 |
| **Total** | **7.90** | | **$ 1,584.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  328940                                                                July 3, 2018

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 6/29/18 | DUPLICATING -  AS OF 6/29/18 (156 Copies @ $.10) | 15.60 |

TOTAL REIMBURSABLE EXPENSES             $ 15.60

**TOTAL THIS INVOICE**                  **$ 1,441.20**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE COFINA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018
FOMB IN RE COFINA TITLE III
Bill #:  328941
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2018:

**Client.Matter: P1702 - 2**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,499.50 |
| VOLUME DISCOUNT | $ -149.95 |
| | |
| Net Professional Services | $ 1,349.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,349.55** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 2**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/05/18 | PRP | 210 | Review Urgent Joint Motion regarding proposed settlement of CW-COFINA dispute. | .20 | 395.00 | 79.00 |
| 6/06/18 | PRP | 210 | Review confidential memo regarding proposed COFINA-CW settlement. | .70 | 395.00 | 276.50 |
| 6/06/18 | HDB | 210 | Analyze COFINA/GO Termsheet. | .40 | 290.00 | 116.00 |
| 6/06/18 | CEG | 214 | Consider several issues on Christmas bonus in the event that government fail to pass required legislation. | .80 | 245.00 | 196.00 |
| 6/07/18 | HDB | 210 | Further analysis of Commonwealth/COFINA Term Sheet. | .40 | 290.00 | 116.00 |
| 6/08/18 | PRP | 210 | Email to H. Bauer, J. Pietrantoni, J. Cacho and E. Trigo regarding legal issues raised by proposed COFINA-CW settlement. | .20 | 395.00 | 79.00 |
| 6/08/18 | JP | 210 | Analyze Commonwealth - COFINA preliminary settlement agreement. | 1.40 | 355.00 | 497.00 |
| 6/08/18 | ETF | 207 | Study economic terms of the proposed settlement to resolve the CW/COFINA dispute. | .40 | 200.00 | 80.00 |
| 6/12/18 | ETF | 207 | Review response by GOs to CW/COFINA against joint urgent motion that the Court hold decision on motions for summary judgment. | .30 | 200.00 | 60.00 |

TOTAL PROFESSIONAL SERVICES                      $ 1,499.50

VOLUME DISCOUNT                                  $ -149.95

NET PROFESSIONAL SERVICES:                       $ 1,349.55

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  328941                                                                July 3, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| PEDRO R. PIERLUISI | 1.10 | 395.00 | 434.50 |
| JULIO PIETRANTONI | 1.40 | 355.00 | 497.00 |
| HERMANN BAUER | .80 | 290.00 | 232.00 |
| CARLOS E. GEORGE | .80 | 245.00 | 196.00 |
| EMILIANO TRIGO FRITZ | .70 | 200.00 | 140.00 |
| **Total** | **4.80** | | **$ 1,499.50** |

**TOTAL THIS INVOICE**                                              **$ 1,349.55**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), | |
| Debtor. | |

-----------------------------------------------------------------x

## COVER SHEET TO FIFTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF JULY 1, 2018 THROUGH JULY 31, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2018 through July 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,879.15 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $6,879.15 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifteenth monthly fee application in these cases.

00582836; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for July 2018.

  /s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 30, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

### COFINA TITLE III

#### Summary of Legal Fees for the Period July 1 through July 31, 2018

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 0.30 | $ 87.00 |
| Jose R. Cacho | Member | Corporate | $340.00 | 0.30 | $ 102.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 4.40 | $ 1,562.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.30 | $ 63.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 1.60 | $ 288.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 27.20 | $ 5,440.00 |
| Vanessa Sanchez | Paralegal | Litigation | $145.00 | 0.70 | $ 101.50 |
| | | | | | |
| | **Totals** | | | **34.80** | **$ 7,643.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (764.35) |
| | | | | | |
| | **SUMMARY OF LEGAL FEES** | | | | **$ 6,879.15** |

### COFINA TITLE III

#### Summary of Disbursements for the Period July 1 through July 31, 2018

| Description - Expenses | Amounts | |
|---|---|---|
| | $ | - |
| | | |
| **Totals** | $ | - |
| **SUMMARY OF DISBURSEMENTS** | $ | - |

| | **COFINA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period July 1 through July 31, 2018** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 6.80 | $1,402.00 |
| 202 | Legal Research | 9.30 | $2,247.50 |
| 210 | Analysis and Strategy | 2.20 | $   761.50 |
| 212 | General Administration | 2.60 | $   520.00 |
| 214 | Legal/Regulatory Matters | 11.30 | $2,260.00 |
| 224 | Fee Applications-O&B | 1.00 | $   164.50 |
| 225 | Fee Applications-Proskauer | 1.60 | $   288.00 |
| | | | $7,643.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $  (764.35) |
| | | | |
| | **TOTALS** | **34.80** | **$6,879.15** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $6,191.24, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $6,191.24.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00582836; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE COFINA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

250 MUÑOZ RIVERA AVENUE, SUITE 800
IN ACCOUNT WITH                                                    SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE COFINA TITLE III

Bill #:   330948

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 7,643.50 |
| Less Discount | $ -764.35 |
| Net Professional Services | $ 6,879.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,879.15** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/18 | UMF | 224 | Draft twelfth (.20) and (.10) thirteenth monthly fee applications for the months of April and May in the ERS Title III case. | .30 | 210.00 | 63.00 |
| 7/06/18 | VS | 224 | As requested by U. Fernandez compile the exhibits to the April 2018 monthly fee application for COFINA Title III Case No. 17-3284. | .20 | 145.00 | 29.00 |
| 7/09/18 | ETF | 212 | Draft summary of authorizations required for the issuance of COFINA bonds. | 2.60 | 200.00 | 520.00 |
| 7/09/18 | VS | 224 | As requested by U. Fernandez compile the exhibits to the May 2018 monthly fee application for COFINA Title III Case No. 17-3284. | .20 | 145.00 | 29.00 |
| 7/11/18 | ETF | 202 | Draft memo regarding legal requirements to issue COFINA refunding bonds. | 3.40 | 200.00 | 680.00 |
| 7/12/18 | ETF | 201 | Review fiscal agent function under GDB's enabling act. | 2.70 | 200.00 | 540.00 |
| 7/12/18 | VS | 224 | As requested by U. Fernandez, compile exhibit B Part 2 for the Third Interim Fee Application for No. 17-3284. | .30 | 145.00 | 43.50 |
| 7/16/18 | DJP | 225 | Finalize the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Sales Tax Financing Corporation, for the Period February 1, 2018 Through May 31, 2018, in anticipation of its filing. | .40 | 180.00 | 72.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  330948                                                                August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/18 | DJP | 225 | Review all exhibits to be filed in support of Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Sales Tax Financing Corporation, for the Period February 1, 2018 Through May 31, 2018, in anticipation of its filing. | .30 | 180.00 | 54.00 |
| 7/16/18 | DJP | 225 | Finalize the Notice of filing of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Sales Tax Financing Corporation, for the Period February 1, 2018 Through May 31, 2018, in anticipation of its filing. | .30 | 180.00 | 54.00 |
| 7/16/18 | DJP | 225 | File the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Sales Tax Financing Corporation, for the Period February 1, 2018 Through May 31, 2018, and supporting exhibits, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 7/16/18 | DJP | 225 | File the Notice of filing of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Sales Tax Financing Corporation, for the Period February 1, 2018 Through May 31, 2018, and supporting exhibits, through the court's electronic filing system. | .20 | 180.00 | 36.00 |

O'Neill & Borges LLC

Bill #:  330948                                                                                          August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/18 | DJP | 225 | Draft email to Prime Clerk LLC requesting service of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Sales Tax Financing Corporation, for the Period February 1, 2018 Through May 31, 2018, and corresponding notice. | .20 | 180.00 | 36.00 |
| 7/19/18 | JRC | 201 | Review COFINA statute regarding issue of refunding bonds. | .30 | 340.00 | 102.00 |
| 7/19/18 | JP | 210 | Review memo regarding PR legal requirements to implementation of adjustment plan. | .70 | 355.00 | 248.50 |
| 7/19/18 | JP | 210 | Review applicable law and precedents regarding PR legal requirements to implementation of adjustment plan. | 1.20 | 355.00 | 426.00 |
| 7/19/18 | ETF | 201 | Draft memo regarding legal issues impacting upon the validity of any issuance of COFINA refunding bonds. | 3.70 | 200.00 | 740.00 |
| 7/20/18 | ETF | 201 | Email exchange with Proskauer (M. Zerjal) regarding COFINA insurance agreement. | .10 | 200.00 | 20.00 |
| 7/23/18 | ETF | 214 | Draft memo regarding executive approvals necessary under PR law to issue bonds. | 2.70 | 200.00 | 540.00 |
| 7/24/18 | ETF | 214 | Review Treasury regulations 1.150-1 and 1.1001-3. (1.20) Review IRS Notices regarding reissuance of bonds. (1.10) Edit memo regarding approvals necessary to issue COFINA restructured bonds in light of same. (6.30) | 8.60 | 200.00 | 1,720.00 |
| 7/25/18 | JP | 202 | Analyze Puerto Rico law requirements for issuance of COFINA restructured bonds. | 1.30 | 355.00 | 461.50 |
| 7/25/18 | ETF | 202 | Review Childrens Trust Statute. (1.80) Draft section in COFINA memo regarding pledge language used in the Children's Trust Enabling Act. (1.10) Analyze IRS Publication 4079. (.60) | 3.40 | 200.00 | 680.00 |
| 7/26/18 | JP | 202 | Revise memo regarding Puerto Rico law requirements for issuance of COFINA restructured bonds. | 1.20 | 355.00 | 426.00 |
| 7/27/18 | HDB | 210 | Review memorandum regarding approvals required by PR Law for restructuring COFINA Bonds. | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES                                    $ 7,643.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

3

O'Neill & Borges LLC

Bill #:   330948                                                                    August 3, 2018

Less Discount                                          $ -764.35

NET PROFESSIONAL SERVICES:                   $ 6,879.15

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JOSE R. CACHO | .30 | 340.00 | 102.00 |
| JULIO PIETRANTONI | 4.40 | 355.00 | 1,562.00 |
| HERMANN BAUER | .30 | 290.00 | 87.00 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 210.00 | 63.00 |
| DANIEL J. PEREZ REFOJOS | 1.60 | 180.00 | 288.00 |
| EMILIANO TRIGO FRITZ | 27.20 | 200.00 | 5,440.00 |
| VANESSA SANCHEZ | .70 | 145.00 | 101.50 |
| **Total** | **34.80** | | **$ 7,643.50** |

**TOTAL THIS INVOICE**                          **$ 6,879.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

          Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

-------------------------------------------------------------------x

## COVER SHEET TO SIXTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF AUGUST 1, 2018 THROUGH AUGUST 31, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2018 through August 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,796.85 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,796.85 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's sixteenth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for August 2018.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 22, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**COFINA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 3.20 | $ 928.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 2.00 | $ 710.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.60 | $ 126.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 0.80 | $ 160.00 |
| Vanessa Sanchez | Paralegal | Litigation | $145.00 | 0.50 | $ 72.50 |
| | | | | | |
| | **Totals** | | | **7.10** | **$ 1,996.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (199.65)** |
| | | | | | |
| | **SUMMARY OF LEGAL FEES** | | | | **$ 1,796.85** |

**COFINA TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2018**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| | |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**COFINA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 1.60 | $ 444.00 |
| 210 | Analysis and Strategy | 4.40 | $ 1,354.00 |
| 218 | Employment and Fee Applications | 0.20 | $ 29.00 |
| 224 | Fee Applications-O&B | 0.90 | $ 169.50 |
| | | | **$1,996.50** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (199.65)** |
| | | | |
| | **TOTALS** | **7.10** | **$1,796.85** |

00598161; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,617.17, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,617.17.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00598161; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MuÑoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE COFINA TITLE III

**RE:   GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 5, 2018
FOMB IN RE COFINA TITLE III
Bill #:   333138
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 749.50 |
| Less Discount | $ -74.95 |
| Net Professional Services | $ 674.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 674.55** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/08/18 | UMF | 224 | Draft fourteenth monthly fee application for the Title III Case for COFINA for the month June 2018. | .30 | 210.00 | 63.00 |
| 8/09/18 | HDB | 210 | Analyze COFINA Plan of Adjustment Term sheet (.80) consider issues regarding implementation. (.60) | 1.40 | 290.00 | 406.00 |
| 8/09/18 | VSN | 218 | As requested by U. Fernandez compile June 2018 monthly fee application for COFINA Title III Case No. 17-3284. | .20 | 145.00 | 29.00 |
| 8/29/18 | UMF | 224 | Draft monthly fee application for July 2018 in the Title III Case of the COFINA. | .30 | 210.00 | 63.00 |
| 8/29/18 | VSN | 224 | As requested by U. Fernandez, review and compile July 2018 monthly fee application for COFINA Title III Case No. 17-3284. | .30 | 145.00 | 43.50 |
| 8/30/18 | HDB | 210 | Analyze COFINA Plan Support Agreement. | .50 | 290.00 | 145.00 |

TOTAL PROFESSIONAL SERVICES $ 749.50

Less Discount $ -74.95

NET PROFESSIONAL SERVICES: $ 674.55

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.90 | 290.00 | 551.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| VANESSA SANCHEZ | .50 | 145.00 | 72.50 |
| **Total** | **3.00** | | **$ 749.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333138

September 5, 2018

**TOTAL THIS INVOICE**                                                   **$ 674.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE COFINA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 5, 2018

FOMB IN RE COFINA TITLE III

Bill #:    333139

Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1702 - 2**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,247.00 |
| VOLUME DISCOUNT | $ -124.70 |
| Net Professional Services | $ 1,122.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,122.30** |

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1702 . 2**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/06/18 | JP | 201 | Telephone conference with Board members, N. Jaresko and E&Y relating to revisions to COFINA fiscal plan. | .80 | 355.00 | 284.00 |
| 8/07/18 | JP | 210 | Analyze court decisions relating to Governor's and Legislature's challenge to FOMB authority with respect to budget. | 1.20 | 355.00 | 426.00 |
| 8/28/18 | ETF | 201 | Review draft COFINA Fiscal Plan. | .80 | 200.00 | 160.00 |
| 8/29/18 | HDB | 210 | Revise draft COFINA Fiscal Plan. | 1.30 | 290.00 | 377.00 |

TOTAL PROFESSIONAL SERVICES $ 1,247.00

VOLUME DISCOUNT $ -124.70

NET PROFESSIONAL SERVICES: $ 1,122.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JULIO PIETRANTONI | 2.00 | 355.00 | 710.00 |
| HERMANN BAUER | 1.30 | 290.00 | 377.00 |
| EMILIANO TRIGO FRITZ | .80 | 200.00 | 160.00 |
| **Total** | **4.10** | | **$ 1,247.00** |

**TOTAL THIS INVOICE** $ 1,122.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

          Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

------------------------------------------------------------------x

## COVER SHEET TO SEVENTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2018 through September 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $22,792.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $22,792.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's seventeenth monthly fee application in these cases.

00603032; 1

### Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for September 2018.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 8, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**COFINA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 1.40 | $ 406.00 |
| Jose R. Cacho | Member | Corporate | $340.00 | 0.30 | $ 102.00 |
| Cristina Morazzani Jove | Member | Corporate | $260.00 | 7.80 | $ 2,028.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 2.10 | $ 745.50 |
| Ismael Vincenty Medina | Member | Corporate | $315.00 | 54.80 | $ 17,262.00 |
| Jose L. Notario Toll | Jr. Member | Corporate | $215.00 | 0.10 | $ 21.50 |
| Denisse Ortiz Torres | Associate | Corporate | $200.00 | 14.00 | $ 2,800.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 9.80 | $ 1,960.00 |
| | | | | | |
| | **Totals** | | | **90.30** | **$ 25,325.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (2,532.50)** |
| | | | | | |
| | **SUMMARY OF LEGAL FEES** | | | | **$ 22,792.50** |

**COFINA TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | $ | - |
| | | | |
| **Totals** | | **$** | **-** |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | **$** | **-** |

| | **COFINA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period September 1 through September 30, 2018** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 210 | Analysis and Strategy | 3.20 | $  1,064.50 |
| 211 | New-Budgeting | 0.20 | $       41.50 |
| 214 | Legal/Regulatory Matters | 3.60 | $     720.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 64.10 | $17,880.00 |
| 217 | Tax | 19.20 | $  5,619.00 |
| | | | **$25,325.00** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (2,532.50)** |
| | | | |
| | **TOTALS** | **90.30** | **$22,792.50** |

00603032; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $20,513.25, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $20,513.25.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00603032; 1

# **Exhibit A**

00603032; 1

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 3, 2018

FOMB IN RE COFINA TITLE III

RE:  GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE COFINA TITLE III

Bill #:   334888

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 25,225.50 |
| Less Discount | $ -2,522.55 |
| Net Professional Services | $ 22,702.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 22,702.95** |

IN ACCOUNT WITH
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/12/18 | ETF | 215 | Telephone conference with Proskauer (Y. Habenicht) regarding COFINA disclosure statement. | .20 | 200.00 | 40.00 |
| 9/20/18 | JRC | 215 | Email exchanges with Proskauer, E. Trigo and I. Vincenty regarding tax section of Disclosure Schedule for Plan of Adjustment (COFINA). | .30 | 340.00 | 102.00 |
| 9/20/18 | IVM | 217 | Conf. call with Proskauer regarding tax disclosure for COFINA exchange. (.90) Email to E. Trigo regarding same. (.20) Review documents related to plan for exchange of notes. (2.10) Identify PR tax issues in connection to the proposed exchange. (1.90) | 5.10 | 315.00 | 1,606.50 |
| 9/20/18 | ETF | 215 | Email exchange with Proskauer regarding COFINA disclosure. (.10) Exchanges with I. Vincenty regarding same. (.20) | .30 | 200.00 | 60.00 |
| 9/20/18 | ETF | 215 | Draft summary of COFINA's enabling act for legislative initiatives section. | 1.60 | 200.00 | 320.00 |
| 9/21/18 | IVM | 217 | Analyze PR tax treatment of exchange for PR and non-PR residents. (1.90) Review rules applicable to recapitalizations and source of gains. (1.30) Review characterization of consent fees. (.80) Review classification of debt for PR tax purposes. (.70) Review rules applicable OID and worthless debt. (1.60) | 6.30 | 315.00 | 1,984.50 |
| 9/21/18 | ETF | 215 | Review amended and restated COFINA term sheet. | 2.40 | 200.00 | 480.00 |
| 9/24/18 | IVM | 215 | Review and analyze restructuring proposal and plan support agreement. (2.80). Analyze P.R. tax rules that may be applied to distributions under the Plan of Adjustment. (4.30) | 7.10 | 315.00 | 2,236.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334888                                                                                    October 3, 2018

| 9/25/18 | IVM | 215 | Review proposed distributions to different classes under restructuring proposal (1.10) and analyze their characterization for PR taxes under PR tax laws and rules. (4.20) | 5.30 | 315.00 | 1,669.50 |
|---|---|---|---|---|---|---|
| 9/26/18 | IVM | 215 | Analyze PR tax consequences of proposed exchanges of bonds and payments of various cash considerations. (2.10) Review restructuring proposal. (1.30) Review of PR and US tax code provisions, regulations and US cases relevant to the exchanges. (3.90) | 7.30 | 315.00 | 2,299.50 |
| 9/26/18 | DOT | 215 | Research regarding exemption of income generated by COFINA bonds. (1.40) and discussion with E. Trigo regarding COFINA enabling act. (.20) | 1.60 | 200.00 | 320.00 |
| 9/26/18 | DOT | 215 | Analyze Restructuring Proposal in connection with the PR tax treatment of the restructuring of the COFINA bonds. | 2.80 | 200.00 | 560.00 |
| 9/26/18 | DOT | 215 | Research regarding tax treatment of accrued interest under PR tax law in connection with Restructuring Proposal. | .90 | 200.00 | 180.00 |
| 9/26/18 | ETF | 215 | Discussion with D. Ortiz Torres regarding COFINA enabling act. | .20 | 200.00 | 40.00 |
| 9/27/18 | IVM | 215 | Review and analyze U.S. tax disclosure and federal income tax rules applicable to exchange of bonds. (3.10) Continue analysis of tax treatment of proposed exchanges of bonds and other consideration under the Plan of Adjustment, including analysis of tax treatment for insurance payments and accrued interests. (4.80) | 7.90 | 315.00 | 2,488.50 |
| 9/27/18 | HDB | 210 | Review draft of enabling legislation to implement COFINA RSA. | .40 | 290.00 | 116.00 |
| 9/27/18 | DOT | 215 | Analyze Restructuring Proposal in connection with the PR tax treatment of the restructuring of the COFINA bonds. | 2.40 | 200.00 | 480.00 |
| 9/27/18 | ETF | 215 | Review draft of Amended and Restated COFINA enabling act. | 1.40 | 200.00 | 280.00 |
| 9/28/18 | JP | 210 | Comment on COFINA legislation submitted by AFAAF. | 2.10 | 355.00 | 745.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334888                                                                October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/28/18 | IVM | 215 | Conf. call with Y. Habenicht from Proskauer regarding tax disclosure. (.20) Review of US tax disclosure assumptions. (.60) Analyze tax treatment of consummation costs and taxable election. (2.70) Draft of PR tax disclosure. (2.60) Discuss with C. Morazzani tax disclosure and PR tax issues. (.80) | 6.90 | 315.00 | 2,173.50 |
| 9/28/18 | CMJ | 217 | Review the Amended and Restated Plan Support Agreement. (1.00) the Restructuring Proposal (1.00) and the Material Tax Considerations to be able to review and make changes to the draft of the PR tax disclosure. (3.00) | 5.00 | 260.00 | 1,300.00 |
| 9/28/18 | CMJ | 217 | Legal research regarding Puerto Rico tax issues to prepare the document on the Puerto Rico tax considerations of the Amended and Restated Plan Support Agreement. | 2.00 | 260.00 | 520.00 |
| 9/28/18 | CMJ | 217 | Discuss with I. Vincenty regarding Puerto Rico tax issues to prepare the document on the Puerto Rico tax considerations of the Amended and Restated Plan Support Agreement. | .80 | 260.00 | 208.00 |
| 9/28/18 | DOT | 215 | Research regarding Puerto Rico income tax considerations in connection with a recapitalization and its application to governmental bonds. | 1.60 | 200.00 | 320.00 |
| 9/28/18 | DOT | 215 | Research and analyze Puerto Rico income tax considerations in connection with a taxable exchange of bonds. | 4.70 | 200.00 | 940.00 |
| 9/28/18 | ETF | 214 | Review revised draft of amendments to COFINA enabling act. (.90) Review term sheet conditions that require amendments to the enabling act. (2.70) | 3.60 | 200.00 | 720.00 |
| 9/29/18 | IVM | 215 | Analyze application of tax recapitalization provisions to COFINA. (1.80) Prepare and draft PR tax disclosure. (3.30) | 5.10 | 315.00 | 1,606.50 |
| 9/30/18 | IVM | 215 | Continue preparation of PR tax disclosure. (2.20) Analize tax issue in connection to holders of GS derivative Claims and holders of unsecured Claims. (1.60) | 3.80 | 315.00 | 1,197.00 |
| 9/30/18 | HDB | 215 | Review e-mail from M. Rodriguez regarding follow-up comments to draft COFINA Legislation. (.10) Review proposed comments to COFINA Legislation. (.20) | .30 | 290.00 | 87.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334888

October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/30/18 | HDB | 210 | Review e-mail from J. Hertzberg setting forth path to COFINA Claims reconciliation. (.20) Review analysis of claims breakdown prepared by A&M. (.30) | .50 | 290.00 | 145.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 25,225.50 |
| Less Discount | $ -2,522.55 |
| NET PROFESSIONAL SERVICES: | $ 22,702.95 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | .30 | 340.00 | 102.00 |
| JULIO PIETRANTONI | 2.10 | 355.00 | 745.50 |
| ISMAEL VICENTY MEDINA | 54.80 | 315.00 | 17,262.00 |
| HERMANN BAUER | 1.20 | 290.00 | 348.00 |
| CRISTINA MORAZZANI JOVE | 7.80 | 260.00 | 2,028.00 |
| DENISSE ORTIZ TORRES | 14.00 | 200.00 | 2,800.00 |
| EMILIANO TRIGO FRITZ | 9.70 | 200.00 | 1,940.00 |
| **Total** | **89.90** | | **$ 25,225.50** |

**TOTAL THIS INVOICE**                    **$ 22,702.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

4

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE COFINA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE COFINA TITLE III

Bill #: 334889

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1702 - 2**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 99.50 |
| VOLUME DISCOUNT | $ -9.95 |
| Net Professional Services | $ 89.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 89.55** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1702 . 2**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/10/18 | HDB | 210 | Analyze response to Response to Notice of Violation to COFINA's fiscal plan. | .20 | 290.00 | 58.00 |
| 9/12/18 | JLN | 211 | Discussion with E. Trigo regarding legislative action. | .10 | 215.00 | 21.50 |
| 9/12/18 | ETF | 211 | Discussion with J. Notario regarding reasonable timeline for legislature to approve a revised budget. | .10 | 200.00 | 20.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 99.50 |
| VOLUME DISCOUNT | | $ -9.95 |
| NET PROFESSIONAL SERVICES: | | $ 89.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| JOSE L. NOTARIO TOLL | .10 | 215.00 | 21.50 |
| EMILIANO TRIGO FRITZ | .10 | 200.00 | 20.00 |
| **Total** | **.40** | | **$ 99.50** |

**TOTAL THIS INVOICE**　　　　　　　　**$ 89.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE