## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO FOURTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF JUNE 1, 2018 THROUGH JUNE 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2018 through June 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,343.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $572.00 |
| Total amount for this invoice: | $12,915.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fourteenth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for June 2018.

/s/ Jaime A. El Koury
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 9, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting, Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 11.90 | $ 3,451.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 11.30 | $ 3,729.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.60 | $ 126.00 |
| Jorge A. Candelaria | Associate | Corporate | $170.00 | 12.10 | $ 2,057.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $170.00 | 0.60 | $ 102.00 |
| Gabriel Miranda | Associate | Litigation | $145.00 | 13.90 | $ 2,015.50 |
| Karla M. Morales | Associate | Corporate | $170.00 | 7.10 | $ 1,207.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 1.80 | $ 324.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 2.90 | $ 580.00 |
| Laura Jimenez Davis | Paralegal | Litigation | $140.00 | 0.40 | $ 56.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.50 | $ 67.50 |
| | **Totals** | | | 63.10 | $ 13,715.00 |
| | **Less: 10% Courtesy discount** | | | | $ (1,371.50) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 12,343.50 |

**HTA TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2018**

| Description - Expenses | Amounts |
|---|---|
| Airfare Expense to Boston on May 26, 2018 to Attend Hearing RE: 18-ap-0030-HDB | $ 496.80 |
| Duplicating | $ 36.40 |
| Duplicating-Color | $ 38.80 |
| **Totals** | $ 572.00 |
| **SUMMARY OF DISBURSEMENTS** | $ 572.00 |

**HTA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 1.30 | $    260.00 |
| 202 | Legal Research | 29.50 | $  6,383.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 1.50 | $    270.00 |
| 206 | Documents Filed on Behalf of the Board | 0.90 | $    156.00 |
| 208 | Stay Matters | 0.30 | $      87.00 |
| 209 | Adversary Proceeding | 17.70 | $  3,269.50 |
| 210 | Analysis and Strategy | 8.50 | $  2,465.00 |
| 211 | New-Budgeting | 0.40 | $      80.00 |
| 212 | General Administration | 1.90 | $    551.00 |
| 219 | Docketing | 0.50 | $      67.50 |
| 224 | Fee Applications-O&B | 0.60 | $    126.00 |
|  |  |  | **$13,715.00** |
|  |  |  |  |
|  | **Less: 10% Courtesy Discount** |  | **$ (1,371.50)** |
|  |  |  |  |
|  | **TOTALS** | **63.10** | **$12,343.50** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $11,109.15, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $572.00) in the total amount of $11,681.15.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE HTA TITLE III

Bill #: 328942
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2018:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 888.50 |
| Less Discount | $ -88.85 |
| Net Professional Services | $ 799.65 |
| Total Reimbursable Expenses | $ 75.20 |
| **TOTAL THIS INVOICE** | **$ 874.85** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/12/18 | MMB | 219 | Docket court notice received by email dated June 8, 2018, regarding order dkt 453 regarding transcript of June 6, 2018 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 6/13/18 | HDB | 212 | Tel. conf. with counsel for Movants in HTA Motion to Compel concerning Settlement Stipulation and Exhibit. (.20) Revise draft Stipulation. (.20) | .40 | 290.00 | 116.00 |
| 6/14/18 | CGB | 202 | Draft introduction on Puerto Rico law unfair trade practices statutory scheme for memo considering issues arising from Siemens potential refusal to deal with HTA. | .60 | 330.00 | 198.00 |
| 6/14/18 | HDB | 210 | Analyze proposed Exhibit A to Settlement Stipulation to Motions to Compel. | .30 | 290.00 | 87.00 |
| 6/18/18 | HDB | 210 | Respond to queries regarding implementation of toll increases. | .20 | 290.00 | 58.00 |
| 6/27/18 | HDB | 210 | Review issues regarding possible Mandamus against HTA. | .30 | 290.00 | 87.00 |
| 6/28/18 | HDB | 208 | Review Lift Stay Notice by Sucesion Mandry Mercado (.20) Draft e-mail regarding same. (.10) | .30 | 290.00 | 87.00 |
| 6/29/18 | HDB | 210 | Review memorandum regarding imposition of toll increases. | .40 | 290.00 | 116.00 |
| 6/29/18 | UMF | 224 | Draft monthly fee application for HTA. | .60 | 210.00 | 126.00 |

TOTAL PROFESSIONAL SERVICES      $ 888.50

Less Discount      $ -88.85

NET PROFESSIONAL SERVICES:      $ 799.65

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  328942                                                July 3, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | .60 | 330.00 | 198.00 |
| HERMANN BAUER | 1.90 | 290.00 | 551.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **3.20** | | **$ 888.50** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 6/27/18 | DUPLICATING -  AS OF 6/27/18 (9 Copies @ $.10) | .90 |
| 6/27/18 | DUPLICATING -  AS OF 6/27/18 (3 Copies @ $.10) | .30 |
| 6/27/18 | DUPLICATING -  AS OF 6/27/18 (23 Copies @ $.10) | 2.30 |
| 6/27/18 | DUPLICATING -  AS OF 6/27/18 (13 Copies @ $.10) | 1.30 |
| 6/27/18 | DUPLICATING -  AS OF 6/27/18 (13 Copies @ $.10) | 1.30 |
| 6/27/18 | DUPLICATING -  AS OF 6/27/18 (3 Copies @ $.10) | .30 |
| 6/27/18 | DUPLICATING-COLOR-  AS OF 6/27/18 (12 Copies @ $.40) | 4.80 |
| 6/27/18 | DUPLICATING-COLOR-  AS OF 6/27/18 (85 Copies @ $.40) | 34.00 |
| 6/29/18 | DUPLICATING -  AS OF 6/29/18 (300 Copies @ $.10) | 30.00 |

TOTAL REIMBURSABLE EXPENSES             $ 75.20

**TOTAL THIS INVOICE**                  **$ 874.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

July 3, 2018

FOMB IN RE HTA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

July 3, 2018
Bill #:   328943
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2018:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 4,395.00 |
| VOLUME DISCOUNT | $ -439.50 |
| Net Professional Services | $ 3,955.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,955.50** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/17/18 | ETF | 201 | Respond to K. Rifkind questions regarding processes for HTA to increase toll rates. | .30 | 200.00 | 60.00 |
| 6/18/18 | ETF | 201 | Review Act 3-2017 as it relates to Governor's authority with respect to toll rates. | .20 | 200.00 | 40.00 |
| 6/22/18 | ETF | 201 | Respond to Proskauer (E. Barak) inquiry regarding process for HTA to increase tolls. | .10 | 200.00 | 20.00 |
| 6/27/18 | CGB | 202 | Analyze query from D. Desatnik regarding legal remedy options available to compel compliance with the HTA fiscal plan. (.30) consider known cases where USDC-PR has issued orders compelling actions by the Puerto Rico Government. (.30) | .60 | 330.00 | 198.00 |
| 6/27/18 | CGB | 202 | Coordinate with legal team different avenues to research legal remedy options available to compel compliance with the HTA fiscal plan to ensure no repetitive research takes place. | .20 | 330.00 | 66.00 |
| 6/27/18 | JAC | 202 | Analyze potential legal issues regarding Puerto Rico Highways and Transportation Authority's power to modify toll road rates. | .60 | 170.00 | 102.00 |
| 6/27/18 | JAC | 202 | Conduct research regarding Puerto Rico Highways and Transportation Authority's power to modify toll road rates under its enabling act. | 3.90 | 170.00 | 663.00 |
| 6/27/18 | ETF | 211 | Tel. conf. with M. Tulla regarding HTA budget. (.20) Review HTA Governing Board Resolution approving FY 19 budget. (.10) | .30 | 200.00 | 60.00 |
| 6/27/18 | ETF | 211 | Respond to Proskauer question regarding HTA budget. | .10 | 200.00 | 20.00 |

O'Neill & Borges LLC

Bill #:  328943                                                                                   July 3, 2018

| Date | | | | | | |
|------|------|-----|-------------|------|--------|--------|
| 6/27/18 | ETF | 201 | Tel.conf. with McKinsey (T. Duvall, Z. Jamil and others) and Proskauer (P. Possinger and E. Barak) regarding HTA fiscal plan and measures in the plan. | .70 | 200.00 | 140.00 |
| 6/27/18 | KMM | 202 | Analyze email sent by D. Desatnik from Proskauer regarding whether the Fiscal Oversight Management Board can require the Puerto Rico Highway and Transportation Authority to comply with the fiscal plan. | .10 | 170.00 | 17.00 |
| 6/27/18 | KMM | 202 | Conduct legal research regarding alternate federal judicial options to require the Puerto Rico Highway and Transportation Authority to comply with the fiscal plan. | 4.90 | 170.00 | 833.00 |
| 6/28/18 | CGB | 202 | Revise Draft memorandum setting forth analysis of mandamus requirements under Puerto Rico law as option to compel compliance of the HTA fiscal plan. | .70 | 330.00 | 231.00 |
| 6/28/18 | JAC | 202 | Conduct legal research on Puerto Rico Highways and Transportation Authority's regulations and resolutions to assess previous toll road rates increases. | 1.60 | 170.00 | 272.00 |
| 6/28/18 | JAC | 202 | Draft memorandum regarding writ of mandamus under Puerto Rico law. | 3.20 | 170.00 | 544.00 |
| 6/28/18 | JAC | 202 | Revise memorandum on writ of mandamus under Puerto Rico law. | .90 | 170.00 | 153.00 |
| 6/28/18 | JAC | 202 | Analyze Puerto Rico case law on writ of mandamus. | 1.90 | 170.00 | 323.00 |
| 6/28/18 | ETF | 202 | Review memo regarding using a mandamus in connection with enforcing the HTA fiscal plan. | 1.20 | 200.00 | 240.00 |
| 6/28/18 | KMM | 202 | Draft legal memorandum regarding federal judicial mechanisms to may require the Puerto Rico Highway and Transportation Authority to comply with the fiscal plan. | 2.10 | 170.00 | 357.00 |
| 6/28/18 | LJD | 202 | As requested by attorney C. Garcia, perform a research related to 2005's tolls rate increase. | .40 | 140.00 | 56.00 |

TOTAL PROFESSIONAL SERVICES                      $ 4,395.00

VOLUME DISCOUNT                                          $ -439.50

NET PROFESSIONAL SERVICES:                       $ 3,955.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
2

O'Neill & Borges LLC

Bill #:  328943                                                                July 3, 2018

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.50 | 330.00 | 495.00 |
| JORGE A. CANDELARIA | 12.10 | 170.00 | 2,057.00 |
| EMILIANO TRIGO FRITZ | 2.90 | 200.00 | 580.00 |
| KARLA M. MORALES | 7.10 | 170.00 | 1,207.00 |
| LAURA JIMENEZ DAVIS | .40 | 140.00 | 56.00 |
| **Total** | **24.00** | | **$ 4,395.00** |

**TOTAL THIS INVOICE**                                   **$ 3,955.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MuÑoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

July 3, 2018
Bill #: 328944
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2018:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 126.00 |
| VOLUME DISCOUNT | $ -12.60 |
| Net Professional Services | $ 113.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 113.40** |

Electronic Invoice

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/27/18 | DJP | 203 | Respond to email from presiding judge's deputy clerk pertaining to removal of binders with exhibits used during hearing. | .20 | 180.00 | 36.00 |
| 6/27/18 | DJP | 203 | Coordinate pick up of binders with exhibits used during hearing to be sent to T. Mungovan, from Proskauer Rose LLP. | .30 | 180.00 | 54.00 |
| 6/29/18 | DJP | 203 | Contact judge's courtroom deputy clerk to follow up on matters related to the retrieval of binders of exhibits used during hearing. | .20 | 180.00 | 36.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 126.00 |
| VOLUME DISCOUNT | $ -12.60 |
| NET PROFESSIONAL SERVICES: | $ 113.40 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .70 | 180.00 | 126.00 |
| **Total** | **.70** | | **$ 126.00** |

**TOTAL THIS INVOICE**      **$ 113.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018
FOMB IN RE HTA TITLE III
Bill #: 328945
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2018:

**Client.Matter: P1703 - 803**

**RE: 17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

|  |  |
|---|---|
| Total Professional Services | $ 13.50 |
| VOLUME DISCOUNT | $ -1.35 |
| Net Professional Services | $ 12.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.15** |

Electronic Invoice

IN ACCOUNT WITH
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 803**
**RE:  17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/22/18 | MMB | 219 | Docket court notice received by email dated June 22, 2018, regarding filing of nine paper copies of appellant's brief - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 13.50 |
| VOLUME DISCOUNT | | $ -1.35 |
| NET PROFESSIONAL SERVICES: | | $ 12.15 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.10** | | **$ 13.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 12.15** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE HTA TITLE III

## RE:   18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

July 3, 2018
Bill #: 328946
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2018:

**Client.Matter: P1703 - 805**

**RE: 18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

| | |
|---|---|
| Total Professional Services | $ 8,292.00 |
| VOLUME DISCOUNT | $ -829.20 |
| Net Professional Services | $ 7,462.80 |
| Total Reimbursable Expenses | $ 496.80 |
| **TOTAL THIS INVOICE** | **$ 7,959.60** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 805**
**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/18 | HDB | 210 | Tel. conf. with M. Dale regarding status report for Omnibus hearing. (.20)  Tel. conf. with G. Lopez Soler. (.20) Review documents in preparation for conference call with GDB and Siemens regarding status report. (.20) Review emails outline structure of proposed resolution mechanism. (.20)  Tel. conf. with Proskauer, counsel for AAFAF and GDB to outline legal issues and proposals to Siemens regarding Joint Status Report in anticipation of Omnibus Hearing. (.40) Tel. conf. to meet and confer with counsel for Siemens regarding the same. (.70) | 1.90 | 290.00 | 551.00 |
| 6/01/18 | DJP | 206 | Contact Z. Chalett, from Proskauer Rose LLP, to discuss strategy and timing of the filing of an opposition to motion to remand. | .30 | 180.00 | 54.00 |
| 6/03/18 | HDB | 202 | Review query about nature of escrow agreements under Puerto Rico Law by Proskauer. (.10) Review and analyze Puerto Rico case law. (.90) Draft e-mail memorandum setting forth analysis. (.20) | 1.20 | 290.00 | 348.00 |
| 6/04/18 | CGB | 209 | Analyze Draft of proposed joint status report to be submitted in compliance with the Court's mandate. | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  328946                                                                                    July 3, 2018

| Date | Atty | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/04/18 | HDB | 210 | Revise draft GDB proposed language for Joint Status Report (.20). Revise GDB proposed revised Title VI Timeline (.20)  Revise and edit draft FOMB Status Report language (.20) Tel. conf. M. Dale regarding status report.  (.20).  Tel. conf. L. Marini regarding AAFAF's status report (.10) Tel. conf. with G. Lopez Soler regarding Status Report. (.30)  Revise draft status report (.30) Review e-mail to Siemens regarding status report (.10)  Review e-mail regarding Title VI deadlines (.20) Revise consolidated Status Report (.30) Revise and discuss issues regarding proposed amendments to draft joint status report. (.30) Revise edits to Title VI Informative Motion (.30) | 2.70 | 290.00 | 783.00 |
| 6/05/18 | CGB | 209 | Analyze Plaintiff's case management position statement at Docket No. 40. | .30 | 330.00 | 99.00 |
| 6/05/18 | HDB | 210 | Analyze statement of its position concerning case management by Siemens and proposed order. (.20) Draft e-mail regarding alternatives to potential response. (.20) | .40 | 290.00 | 116.00 |
| 6/06/18 | DJP | 203 | Contact personnel at the clerk's office in order to inquire on status of transcript for the hearing held on 5/29. | .30 | 180.00 | 54.00 |
| 6/07/18 | DJP | 203 | Review the transcripts from the hearing held on 5/29. | .50 | 180.00 | 90.00 |
| 6/08/18 | CGB | 209 | Review order at docket no. 43 to analyze court's decision denying without prejudice Plaintiff's request for an expedited briefing schedule. | .10 | 330.00 | 33.00 |
| 6/08/18 | HDB | 212 | Tel. conf. E. Barak concerning possible issue with supplies of materials by Siemens to HTA. (.20) Draft e-mail to Juan Maldonado. (.10) | .30 | 290.00 | 87.00 |
| 6/11/18 | CGB | 202 | Analyze T. Mungovan's query seeking guidance under Puerto Rico law regarding potential legal implications of Siemens' refusal to deal with HTA while a dispute is pending over the escrow. | .20 | 330.00 | 66.00 |
| 6/11/18 | HDB | 212 | Participate in conference call with counsel for Siemens, AAFAF and HTA. | .50 | 290.00 | 145.00 |
| 6/12/18 | CGB | 202 | Follow-up Conf. with G. Miranda to discuss initial findings and develop legal strategy for Draft memorandum discussing potential legal implications of Siemens' refusal to deal with HTA while a dispute is pending over the escrow under Puerto Rico law. | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  328946

July 3, 2018

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/12/18 | GM | 209 | Analyze (.40) and Shepardized (.10) leading case under PR's antitrust statute. | .50 | 145.00 | 72.50 |
| 6/12/18 | MMB | 219 | Docket court notice received by email dated June 8, 2018, regarding transcript of June 6, 2018 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 6/12/18 | MMB | 219 | Docket court notice received by email dated June 11, 2018, regarding transcript of May 29, 2018 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 6/13/18 | HDB | 212 | Revise Siemens' proposal for briefing order. | .20 | 290.00 | 58.00 |
| 6/13/18 | GM | 209 | Analyze nature and scope of PR antitrust act in order to ascertain proscribed conduct therein. | .20 | 145.00 | 29.00 |
| 6/13/18 | GM | 209 | Legal research regarding test employed by courts to determine whether a violation of antitrust laws has occurred. | .30 | 145.00 | 43.50 |
| 6/13/18 | GM | 209 | Legal research under state law to ascertain whether the State's treated,  differently, when participating in the commercial market. | .50 | 145.00 | 72.50 |
| 6/13/18 | GM | 209 | Legal research regarding contractual freedom under PR laws. | .40 | 145.00 | 58.00 |
| 6/13/18 | GM | 209 | Legal research regarding whether refusing to enter into an agreement or to provide services can be deemed a violation of the automatic stay under PROMESA. | .50 | 145.00 | 72.50 |
| 6/13/18 | GM | 209 | Analyze Dooyang, 147 F.3d 47 (1998), in order to verify analysis employed by the First Circuit to find leverage conduct an unfair practice. | .30 | 145.00 | 43.50 |
| 6/13/18 | GM | 209 | Started Draft legal memorandum regarding leverage and unfair or deceptive acts. | 1.50 | 145.00 | 217.50 |
| 6/13/18 | GM | 209 | Continued draft of legal memorandum regarding leverage and unfair or deceptive acts. | .80 | 145.00 | 116.00 |
| 6/14/18 | CGB | 202 | Revise Draft memorandum from G. Miranda regarding Puerto Rico unfair trade practices statutory scheme and potential applicability to Siemens' possible refusal to deal with HTA while a dispute is pending over the escrow under Puerto Rico law. | .20 | 330.00 | 66.00 |
| 6/14/18 | CGB | 202 | Review Puerto Rico law unfair trade practices statute and interpretative case law to consider impact upon Siemens potential refusal to deal with HTA. | .70 | 330.00 | 231.00 |

O'Neill & Borges LLC

Bill #:  328946                                                                                   July 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/15/18 | CGB | 202 | Edit Draft memo on potential claim of unfair trade practices impacting HTA to recommend additional avenues for investigation by G. Miranda. | 1.10 | 330.00 | 363.00 |
| 6/15/18 | HDB | 212 | Review proposed Title VI Timeline (.2) and analyze impact on scheduling issues for motion to dismiss (.1) | .30 | 290.00 | 87.00 |
| 6/15/18 | GM | 209 | Research for updated regulation of DOJ-PR regarding local delimitation of unfair trade practices. | .20 | 145.00 | 29.00 |
| 6/15/18 | GM | 209 | Plan and prepare with C. Garcia for legal memorandum regarding Siemens' refusal to deal under antitrust laws. | .50 | 145.00 | 72.50 |
| 6/18/18 | HDB | 212 | Revise issues regarding briefing schedule for pending Motion to Dismiss, | .20 | 290.00 | 58.00 |
| 6/19/18 | HDB | 210 | Analyze Siemens Transportation Partnership Puerto Rico, S.E.'s Omnibus Memorandum of Law in Response to Motions to Dismiss filed by Defendants | .70 | 290.00 | 203.00 |
| 6/19/18 | GM | 209 | Finalize legal memorandum regarding leverage under PR antitrust statute. | 3.80 | 145.00 | 551.00 |
| 6/20/18 | CGB | 202 | Review key Puerto Rico statutory provisions on unfair trade practices. (.80) Edit memorandum setting forth analysis of alternate remedies under such provisions as potentially applicable to Siemens leveraging conduct. (1.10) | 1.90 | 330.00 | 627.00 |
| 6/20/18 | HDB | 210 | Analyze memorandum of law regarding anti-trust claims for refusal to deal. (.40)  Review Outline of Reply to Motion to Dismiss. (.30) | .70 | 290.00 | 203.00 |
| 6/20/18 | GM | 209 | Edited memorandum analyzing leverazing conduct to added section violation of the automatic stay analysis. | 2.60 | 145.00 | 377.00 |
| 6/21/18 | CGB | 209 | Edit the first draft of the reply memorandum of law of the FOMB/HTA in support of motion to dismiss plaintiff's adversary complaint pursuant to Fed. R. Civ. P. 12(b)(6). | .60 | 330.00 | 198.00 |
| 6/21/18 | CGB | 202 | Final revisions to memorandum setting forth analysis of alternate remedies potentially applicable to Siemens leveraging conduct. (.90) Draft email to T. Mungovan forwarding same. (.20) | 1.10 | 330.00 | 363.00 |
| 6/21/18 | CGB | 209 | Review first draft of reply to Plaintiff's opposition to dismissal. (.60) Forward comments to same to A. Skellet. (.10) | .70 | 330.00 | 231.00 |

O'Neill & Borges LLC

Bill #:  328946

July 3, 2018

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/18 | HDB | 210 | Edit draft memorandum on refusal to deal and stay violation. | .30 | 290.00 | 87.00 |
| 6/21/18 | HDB | 210 | Analyze Siemens' objections to briefing proposal. (.20) Revise draft reply to opposition to motion to dismiss (.40) | .60 | 290.00 | 174.00 |
| 6/21/18 | GM | 209 | Edit legal memorandum regarding refusal to deal. Incorporate comments from H. Bauer and C. Garcia. | 1.80 | 145.00 | 261.00 |
| 6/22/18 | CGB | 209 | Analyze GDB's proposed Title VI schedule to evaluate potential impact upon current Siemens adversary proceeding. | .10 | 330.00 | 33.00 |
| 6/25/18 | CGB | 209 | Revise second Draft version of the Reply Memorandum Of Law in Support of Motion to Dismiss Plaintiff's Adversary Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) as to the FOMB and debtor HTA. | .80 | 330.00 | 264.00 |
| 6/25/18 | CGB | 209 | Review the GDB's draft Informative Motion and Requesting Leave To Tender  a Reply To Siemens Transportation Partnership, S.E.'s Omnibus Memorandum of Law In Response to the Motions to Dismiss Filed By Defendants. | .10 | 330.00 | 33.00 |
| 6/25/18 | CGB | 209 | Review AAFAF's draft Reply To Siemens Transportation Partnership, S.E.'s Omnibus Memorandum of Law In Response to the Motions to Dismiss Filed By Defendants. | .20 | 330.00 | 66.00 |
| 6/25/18 | CGB | 209 | Draft the FOMB/HTA motion seeking leave and tendering reply to Siemens Transportation Partnership, S.E.'s Omnibus Memorandum of Law In Response to the Motions to Dismiss Filed By Defendants. | .60 | 330.00 | 198.00 |
| 6/25/18 | CGB | 209 | Draft email to Presiding Judge forwarding courtesy copy of the Motion Seeking Leave to Submit a Reply in Support of the Motion to Dismiss Plaintiff's Adversary Complaint filed on behalf of the Oversight Board, as representative of the HTA and tendering such reply as Exhibit A of such motion. | .10 | 330.00 | 33.00 |
| 6/25/18 | PAG | 206 | File the Motion Seeking Leave to Submit a Reply in Support of the Motion to Dismiss Plaintiff's Adversary Complaint, with enclosures. | .30 | 170.00 | 51.00 |
| 6/28/18 | PAG | 206 | File the Reply to Siemens' Omnibus Memorandum of Law in Response to Motions to Dismiss. | .20 | 170.00 | 34.00 |

O'Neill & Borges LLC

Bill #:  328946                                                                July 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/28/18 | PAG | 206 | Draft e-mail to the Honorable Judge Swain and the Honorable Mag. Judge Dein including a courtesy copy of the Reply to Siemens' Omnibus Memorandum of Law in Response to Motions to Dismiss. | .10 | 170.00 | 17.00 |
| 6/28/18 | MMB | 219 | Docket court notice received by email dated June 28, 2018, regarding order dkt. 56 on dkt. 52 Informative motion and request for leave and dkt. 53 motion for leave to file case law in the Spanish language, certified translations - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES             $ 8,292.00

VOLUME DISCOUNT                         $ -829.20

NET PROFESSIONAL SERVICES:              $ 7,462.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 9.20 | 330.00 | 3,036.00 |
| HERMANN BAUER | 10.00 | 290.00 | 2,900.00 |
| DANIEL J. PEREZ REFOJOS | 1.10 | 180.00 | 198.00 |
| PAULA A. GONZALEZ MONTALVO | .60 | 170.00 | 102.00 |
| GABRIEL MIRANDA | 13.90 | 145.00 | 2,015.50 |
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **35.10** | | **$ 8,292.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 6/06/18 | AIRFARE EXPENSE TO BOSTON ON MAY 26,2018 TO ATTEND HEARING RE: 18-ap-0030-HDB | 496.80 |

TOTAL REIMBURSABLE EXPENSES             $ 496.80

**TOTAL THIS INVOICE**                  **$ 7,959.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FIFTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF JULY 1, 2018 THROUGH JULY 31, 2018

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2018 through July 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,049.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $6,049.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifteenth monthly fee application in these cases.

00582854; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2018.




   /s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 30, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 7.60 | $ 2,204.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 5.60 | $ 1,848.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 1.20 | $ 426.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.50 | $ 105.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $170.00 | 6.60 | $ 1,122.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 2.30 | $ 414.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 1.60 | $ 320.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.70 | $ 94.50 |
| Vanessa Sanchez | Paralegal | Litigation | $145.00 | 1.30 | $ 188.50 |
| | **Totals** | | | 27.40 | $ 6,722.00 |
| | **Less: 10% Courtesy discount** | | | | $ (672.20) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 6,049.80 |

**HTA TITLE III**

**Summary of Disbursements for the Period July 1 through July 31, 2018**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

| | **HTA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period July 1 through July 31, 2018** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 1.60 | $   320.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 0.20 | $     58.00 |
| 206 | Documents Filed on Behalf of the Board | 1.30 | $   317.00 |
| 208 | Stay Matters | 1.10 | $   319.00 |
| 209 | Adversary Proceeding | 11.70 | $2,885.00 |
| 210 | Analysis and Strategy | 3.70 | $1,151.00 |
| 212 | General Administration | 2.60 | $   754.00 |
| 218 | Employment and Fee Applications | 1.80 | $   278.50 |
| 219 | Docketing | 0.70 | $     94.50 |
| 223 | Assumption and Rejection of Leases | 0.40 | $   116.00 |
| 224 | Fee Applications-O&B | 0.50 | $   105.00 |
| 225 | Fee Applications-Proskauer | 1.80 | $   324.00 |
| | | | **$6,722.00** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$  (672.20)** |
| | | | |
| | **TOTALS** | **27.40** | **$6,049.80** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,444.82, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $5,444.82.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00582854; 1

# **Exhibit A**

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018
FOMB IN RE HTA TITLE III
Bill #: 330950
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 2,420.00 |
| Less Discount | $ -242.00 |
| | |
| Net Professional Services | $ 2,178.00 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 2,178.00** |

Electronic Invoice

IN ACCOUNT WITH
250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/18 | HDB | 208 | Review Stay Relief Notice for Puerto Rico Highways and Transportation Authority v. Finca Matilde, Inc., civil case no. KEF2004-00377. (.20)  Draft e-mails regarding same. (.10) | .30 | 290.00 | 87.00 |
| 7/02/18 | UMF | 224 | Draft twelfth (.30) and thirteenth monthly fee applications for the months of April and May in the HTA's Title III case. (.20) | .50 | 210.00 | 105.00 |
| 7/05/18 | HDB | 208 | Analyze Lucas Perez Valdivieso Torruellas' Notice of Intent to move to stay relief. (.20) Analyze Tallaboa Industrial Development's stay relief notice. (.20) Draft e-mails to Proskauer regarding same. (.10) | .50 | 290.00 | 145.00 |
| 7/06/18 | MMB | 219 | Docket court notice received by email dated July 6, 2018, regarding order dkt. 460 granting dkt. 459 urgent motion for extension of deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/06/18 | VS | 218 | As requested by U. Fernandez compile Exhibits for the April 2018 monthly  fee application for HTA Title III Case No. 17-3567. | .50 | 145.00 | 72.50 |
| 7/09/18 | VS | 218 | As requested by U. Fernandez Exhibits for the compile May 2018 monthly  fee application for HTA Title III Case No. 17-3567. | .50 | 145.00 | 72.50 |
| 7/10/18 | HDB | 223 | Draft e-mails to Proskauer regarding proposed Stipulation for the HTA Motions to Compel Assumption of Contracts. (.20) Review to Proskauer proposed edits from the Proskauer team. (.10) Draft e-mail regarding same. (.10) | .40 | 290.00 | 116.00 |
| 7/10/18 | ETF | 201 | Analyze questions by McKinsey regarding HTA best interest test. | .40 | 200.00 | 80.00 |

O'Neill & Borges LLC

Bill #:  330950                                                                August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/10/18 | ETF | 201 | Tel. conf. with Proskauer (E. Barak) and McKinsey regarding HTA best interest test issues. | .60 | 200.00 | 120.00 |
| 7/10/18 | MMB | 219 | Docket court notice received by email dated July 10, 2018 regarding order dkt. 461 granting 7-day time extension sought by motion dkt. 3461 in case 17-283 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/12/18 | HDB | 212 | Follow-up on status of Stipulation with counsel for HTA Movants. (.2) Draft e-mail to Proskauer regarding same. (.10)  Review comments from counsel for movants to Exhibit A. (.20)  Draft e-mail to Proskauer regarding the same. (.10) | .60 | 290.00 | 174.00 |
| 7/12/18 | VS | 218 | As requested by U. Fernandez, compile Exhibit B Part 3 for Third Interim Fee Application for P 1703 Case No. 17-3567. | .30 | 145.00 | 43.50 |
| 7/13/18 | HDB | 212 | Finalize filing of Stipulation to Resolve Motions to Compel. | .30 | 290.00 | 87.00 |
| 7/13/18 | MMB | 219 | Docket court notice received by email dated July 13, 2018, regarding order on motion dkt. 462 for extension of deadlines in connection with Autonomous Municipality of Ponce's MLS 3019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/16/18 | HDB | 212 | Revise draft notice of filing stipulation. (.20) Follow-up with AAFAF regarding approval of draft Stipulation. (.10)  Draft e-mail to Proskauer regarding status of Stipulation. (.10)  Finalize on Stipulation. (.30) | .70 | 290.00 | 203.00 |
| 7/16/18 | DJP | 225 | Finalize the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2018 Through May 31, 2018, in anticipation of its filing. | .40 | 180.00 | 72.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  330950                                                                 August 3, 2018

| 7/16/18 | DJP | 225 | Review all exhibits to be filed in support of Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2018 Through May 31, 2018, in anticipation of its filing. | .40 | 180.00 | 72.00 |
| 7/16/18 | DJP | 225 | Finalize the Notice of filing of Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2018 Through May 31, 2018, in anticipation of its filing. | .40 | 180.00 | 72.00 |
| 7/16/18 | DJP | 225 | File the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2018 Through May 31, 2018, and supporting exhibits, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 7/16/18 | DJP | 225 | File the Notice of filing of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2018 Through May 31, 2018, and supporting exhibits, through the court's electronic filing system. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  330950                                                                    August 3, 2018

| 7/16/18 | DJP | 225 | Draft email to Prime Clerk LLC requesting service of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, the Puerto Rico Highways & Transportation Authority, for the Period February 1, 2018 Through May 31, 2018, and corresponding notice. | .20 | 180.00 | 36.00 |
|---------|-----|-----|------|-----|--------|-------|
| 7/16/18 | DJP | 218 | Finalize the Third Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Puerto Rico Highway and Transportation Authority ("HTA"), for the Period from February 1, 2018 through May 31, 2018, in anticipation of its filing. | .30 | 180.00 | 54.00 |
| 7/16/18 | DJP | 218 | File the Third Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Puerto Rico Highway and Transportation Authority ("HTA"), for the Period from February 1, 2018 through May 31, 2018, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 7/18/18 | HDB | 208 | Review stay relief motion filed by Martami, Inc. (.2) Draft e-mails regarding same (.1) | .30 | 290.00 | 87.00 |
| 7/20/18 | JP | 210 | Analyze insurance agreements relating to HTA bond issuances at the request of Proskauer. | 1.20 | 355.00 | 426.00 |
| 7/20/18 | MMB | 219 | Docket court notice received by email dated July 20, 2018, regarding order dkt.  Granting time extension to respond to Autonomous Municipality of Ponce's MLS dkt. 3019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/26/18 | ETF | 201 | Verify insurance agreements of HTA bonds. (.40) Draft e-mail to Proskauer forwarding same. (.20) | .60 | 200.00 | 120.00 |
| 7/26/18 | MMB | 219 | Docket court notice received by email dated July 27, 2018, regarding transcript of July 25, 2018 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES                              $ 2,420.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   330950                                                                    August 3, 2018

Less Discount                                        $ -242.00

NET PROFESSIONAL SERVICES:                $ 2,178.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JULIO PIETRANTONI | 1.20 | 355.00 | 426.00 |
| HERMANN BAUER | 3.10 | 290.00 | 899.00 |
| UBALDO M. FERNANDEZ BARRERA | .50 | 210.00 | 105.00 |
| DANIEL J. PEREZ REFOJOS | 2.30 | 180.00 | 414.00 |
| EMILIANO TRIGO FRITZ | 1.60 | 200.00 | 320.00 |
| MILAGROS MARCANO BAEZ | .50 | 135.00 | 67.50 |
| VANESSA SANCHEZ | 1.30 | 145.00 | 188.50 |
| **Total** | **10.50** | | **$ 2,420.00** |

**TOTAL THIS INVOICE**                        $ 2,178.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

---

August 3, 2018
FOMB IN RE HTA TITLE III
Bill #:   330951
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2018:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 348.00 |
| VOLUME DISCOUNT | $ -34.80 |
| Net Professional Services | $ 313.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 313.20** |

Electronic Invoice

O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/09/18 | HDB | 210 | Analyze Appellee's Brief in appeal 17-2165/2166. | 1.20 | 290.00 | 348.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 348.00 |
| VOLUME DISCOUNT | $ -34.80 |
| NET PROFESSIONAL SERVICES: | $ 313.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.20 | 290.00 | 348.00 |
| **Total** | **1.20** | | **$ 348.00** |

**TOTAL THIS INVOICE**     **$ 313.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE HTA TITLE III

## RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018
FOMB IN RE HTA TITLE III
Bill #:   330952
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

| | |
|---|---|
| Total Professional Services | $ 3,954.00 |
| VOLUME DISCOUNT | $ -395.40 |
| Net Professional Services | $ 3,558.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,558.60** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 805**
**RE:   18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/03/18 | CGB | 209 | Analyze Plaintiff Siemens' urgent motion for leave to tender a sur-reply, (.10) with enclosed tendered sur-reply. (.30) | .40 | 330.00 | 132.00 |
| 7/03/18 | HDB | 210 | Analyze e-mails from Proskauer regarding issues raised by request for provisional remedies against GDB. (.20) Review Sur-Reply Brief. (.30) | .50 | 290.00 | 145.00 |
| 7/05/18 | CGB | 209 | Tel. conf. with J. Aponte, E. Barak, Ehud, M. Dale, A. Skellet, S. Ma and HTA's counsel J. Maldonado regarding Siemens' request for HTA to execute settlement between AIG/Chartis and its potential impact upon on-going adversary proceeding. | .50 | 330.00 | 165.00 |
| 7/05/18 | CGB | 209 | Analyze Confidential Agreement and Release between AIG, Siemens and HTA forwarded by Siemens for HTA consideration. (.40) Analyze judgment dismissing claim against the Commonwealth in civil action filed by AIG against Siemens and HTA in 2013. (.20) Draft email summarizing its contents for M. Dale and E. Barak. (.10) | .70 | 330.00 | 231.00 |
| 7/05/18 | CGB | 209 | Tel. conf. with  counsel for HTA J. Maldonado to request background documents on prior civil actions mentioned in the Draft Confidential Agreement and Release between AIG, Siemens and HTA. | .30 | 330.00 | 99.00 |
| 7/05/18 | CGB | 209 | Draft Follow-up email to HTA counsel J. Maldonado setting forth list of necessary legal documents for analysis of the proposed release between AIG, Siemens and HTA. | .30 | 330.00 | 99.00 |

O'Neill & Borges LLC

Bill #:  330952                                                                    August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/09/18 | CGB | 209 | Analyze Chartis/AIG 2009 complaint against Siemens and HTA, with its various enclosures, to ascertain potential impact of proposed release of Chartis claim upon on-going adversary proceeding. | .70 | 330.00 | 231.00 |
| 7/09/18 | CGB | 209 | Revise English summary of Exhibit 1 to the Chartis/AIG 2009 complaint against Siemens, the 2003 complaint filed by Siemens against HTA. | .40 | 330.00 | 132.00 |
| 7/09/18 | CGB | 209 | Draft email to M. Dale, E. Barak, S. Ma  and A. Skellet forwarding English summary of the 2003 complaint filed by Siemens against HTA and summarizing related documents. | .20 | 330.00 | 66.00 |
| 7/09/18 | PAG | 209 | Analyze Siemens' complaint against the PR Highways and Transportation Authority, et al., Civil. No. KAC03-8807, to ascertain the scope of the proposed release of the claims raised in the same. | 1.20 | 170.00 | 204.00 |
| 7/09/18 | PAG | 209 | Draft an English summary of Siemens' complaint against the PR Highways and Transportation Authority, et al., Civil. No. KAC03-8807, to ascertain the scope of the proposed release of the claims raised in the same. | 1.70 | 170.00 | 289.00 |
| 7/09/18 | PAG | 209 | Analyze Chartis' complaint against Siemens, et al., Civil. No. KAC09-1595, to ascertain the scope of the proposed release of the claims. | 1.80 | 170.00 | 306.00 |
| 7/09/18 | PAG | 209 | Draft an English summary of Chartis' complaint against Siemens, et al., Civil. No. KAC09-1595, to ascertain the scope of the proposed release of the claims. | 1.40 | 170.00 | 238.00 |
| 7/10/18 | CGB | 209 | Revise English summary of Chartis/AIG allegations in complaint against Siemens and HTA. (.20) Draft email forwarding same to Proskauer's E. Barak and M. Dale. (.10) Tel. conf. with E Barak, M. Dale and others to discuss potential implications of the allegations to the proposed release requested by AIG/Chartis as part of its settlement with Siemens. (.30) Brief tel. conf. with HTA's J. Maldonado to discuss agreed to strategy in view thereof. (10) | .70 | 330.00 | 231.00 |

O'Neill & Borges LLC

Bill #:  330952

August 3, 2018

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/11/18 | CGB | 209 | Draft proposed footnote to be incorporated to the proposed release requested by Chartis/AIG in order to ensure non of HTA's rights and defenses in adversary proceeding are waived. (.10) Analyze revised version forwarded by S. Ma. (.10) Draft email to J. Maldonado forwarding initial draft of footnote. (.10) Review final version of footnote forwarded by E. Barak. (.10) | .40 | 330.00 | 132.00 |
| 7/11/18 | HDB | 212 | Review proposal regarding relief as to GDB held funds. | .20 | 290.00 | 58.00 |
| 7/12/18 | HDB | 210 | Consider issues relative to Siemens' request to hear oral arguments on the Motion to Dismiss on the July 25 Omnibus. | .20 | 290.00 | 58.00 |
| 7/13/18 | HDB | 210 | Analyze request by counsel to include the Siemens' Motion to Dismiss in July Omnibus. (.10) Discuss potential responses with Proskauer. (.20) | .30 | 290.00 | 87.00 |
| 7/16/18 | HDB | 212 | Review e-mail by Siemens' counsel reiterating request for motions to be heard on July 25. (.10) Draft response thereto. (.10) Related Sign-off on Stipulation and notice. (.20) | .40 | 290.00 | 116.00 |
| 7/18/18 | HDB | 203 | Review Order directing the filing of a status report to be discussed at the Omnibus Hearing. | .20 | 290.00 | 58.00 |
| 7/18/18 | MMB | 219 | Docket court notice received by email dated July 18, 2018, regarding deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/19/18 | HDB | 212 | Participate in meet and confer on with Siemens counsel and counsel for other defendants Joint Status Report. | .40 | 290.00 | 116.00 |
| 7/23/18 | CGB | 209 | Draft email forwarding the draft of the Joint Status report on pending scheduling issues to HTA's representative J. Maldonado. (.20) Brief tel. conf. with J. Maldonado to confirm his acquiescence to the schedule proposed by GDB. (.10) | .30 | 330.00 | 99.00 |
| 7/23/18 | CGB | 209 | Exchange emails with GDB's M.D. Trelles and Proskauer's M. Dale to confirm HTA's acquiescence with the proposed schedule set forth in the Draft Joint Report. | .30 | 330.00 | 99.00 |
| 7/23/18 | CGB | 209 | Draft email to all counsel of record appearing in the Draft Joint Status Report setting forth edits required by the FOMB to join same. | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   330952                                                                    August 3, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/23/18 | CGB | 209 | Revise Joint Status Report filed by GDB counsel at Docket No. 066 to ensure it comports with the final version approved by FOMB counsel. | .20 | 330.00 | 66.00 |
| 7/23/18 | HDB | 206 | Review GDB's proposed Title VI schedule for purposes of status report. (.20) Review Siemens' proposed schedule. (.20) Exchange e-mails with Proskauer regarding same. (.20)  Sign-off on Joint Status Report. (.20) | .80 | 290.00 | 232.00 |
| 7/23/18 | PAG | 206 | Send e-mail to the Honorable Judge Swain and Honorable Mag. Judge Dein enclosing a courtesy copy of the joint status report. | .30 | 170.00 | 51.00 |
| 7/23/18 | PAG | 206 | Send e-mail to Prime Clerk LLC requesting service of the joint status report. | .20 | 170.00 | 34.00 |
| 7/24/18 | HDB | 210 | Review proposal regarding discovery pending Title VI proceeding. (.20) Draft e-mail regarding same. (.10) | .30 | 290.00 | 87.00 |
| 7/26/18 | MMB | 219 | Docket court notice received by email dated July 27, 2018, regarding transcript of July 25, 2018 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES                        $ 3,954.00

VOLUME DISCOUNT                                         $ -395.40

NET PROFESSIONAL SERVICES:                          $ 3,558.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 5.60 | 330.00 | 1,848.00 |
| HERMANN BAUER | 3.30 | 290.00 | 957.00 |
| PAULA A. GONZALEZ MONTALVO | 6.60 | 170.00 | 1,122.00 |
| MILAGROS MARCANO BAEZ | .20 | 135.00 | 27.00 |
| **Total** | **15.70** | | **$ 3,954.00** |

**TOTAL THIS INVOICE**                                **$ 3,558.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO SIXTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF AUGUST 1, 2018 THROUGH AUGUST 31, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2018 through August 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $4,972.05 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $4,972.05 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's sixteenth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for August 2018.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 22, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 8.90 | $ 2,581.00 |
| Jose R. Cacho | Member | Corporate | $340.00 | 1.20 | $ 408.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 6.10 | $ 2,013.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.60 | $ 126.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 0.90 | $ 162.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 1.20 | $ 162.00 |
| Vanessa Sanchez | Paralegal | Litigation | $145.00 | 0.50 | $ 72.50 |
| | **Totals** | | | **19.40** | **$ 5,524.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (552.45)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 4,972.05** |

**HTA TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2018**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | **Totals** | | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | | | **$** | **-** |

| | **HTA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period August 1 through August 31, 2018** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 2.50 | $ 634.00 |
| 208 | Stay Matters | 0.70 | $ 203.00 |
| 209 | Adversary Proceeding | 7.30 | $ 2,353.00 |
| 210 | Analysis and Strategy | 5.10 | $ 1,539.00 |
| 212 | General Administration and Governance | 1.50 | $ 435.00 |
| 218 | Employment and Fee Applications | 0.20 | $ 29.00 |
| 219 | Docketing | 1.20 | $ 162.00 |
| 224 | Fee Applications-O&B | 0.90 | $ 169.50 |
| | | | $ 5,524.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (552.45) |
| | | | |
| | **TOTALS** | **19.40** | $ **4,972.05** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $4,474.85, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $4,474.85.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

00597748; 1

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018
FOMB IN RE HTA TITLE III                                             Bill #:    333140
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,538.00 |
| Less Discount | $ -153.80 |
| | |
| Net Professional Services | $ 1,384.20 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,384.20** |

# O'Neill & Borges LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/02/18 | MMB | 219 | Docket court notice dkt  477 received by email dated August 2, 2018, regarding new briefing schedule on motion for relief from stay dkt. 3614 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/08/18 | UMF | 224 | Draft fourteenth monthly fee application for the Title III Case for HTA for the month June 2018. | .30 | 210.00 | 63.00 |
| 8/09/18 | VSN | 218 | As requested by U. Fernandez, compile June 2018 monthly fee application for HTA Title III Case No. 17-3567. | .20 | 145.00 | 29.00 |
| 8/10/18 | MMB | 219 | Docket court notice dkt. 481 received by email dated August 9, 2018, regarding deadline to file opposition papers, replies, in relation with motion for relief from stay dkt. 3614 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/10/18 | MMB | 219 | Docket court notice dkt. 482 received by email dated August 9, 2018 regarding deadline to file response to Autonomous Municipality of Ponce's motion for hearing and reply dkt. 3736 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/17/18 | HDB | 210 | Analyze Opinion and Order in 17-ap-213 (1.00) and analyze impact on potential challenge of HTA bonds. (.30) | 1.30 | 290.00 | 377.00 |
| 8/20/18 | HDB | 208 | Review Motion for Relief from the Automatic Stay filed by Jorge Lucas Perez Valdivieso. (.20) Review AAFAF's recommendation regarding the same. (.20) | .40 | 290.00 | 116.00 |
| 8/20/18 | HDB | 208 | Review Stay Relief Motion filed by Tallaboa Industrial Development, Inc. (.20)  Draft e-mails regarding the same. (.10) | .30 | 290.00 | 87.00 |

O'Neill & Borges LLC

Bill #:  333140                                                    September 5, 2018

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/21/18 | JRC | 210 | Review UCC-1s and UCC-3s filed for HTA 68 Resolution and 98 Resolution bonds. (.50) Analize impact of Judge Swain's decision on ERS lien on similar security interest issue for HTA bonds. (.70) | 1.20 | 340.00 | 408.00 |
| 8/21/18 | MMB | 219 | Update MLS chart as of 8/20/2018, to include motion for relief from stay filed by Jorge Lucas Pérez Valdivieso, dkt. 284. | .10 | 135.00 | 13.50 |
| 8/21/18 | MMB | 219 | Update MLS chart as of 8/21/2018, to include certificate of service 3788 and 316 in case 17-03566. | .10 | 135.00 | 13.50 |
| 8/21/18 | MMB | 219 | Docket court notice received by email dated August 21, 2018, regarding briefing schedule on dkt. 484, motion for relief from stay - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/21/18 | MMB | 219 | Update MLS chart as of 8/21/2018, to include order scheduling briefing on MLS dkt. 484 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/21/18 | MMB | 219 | Update MLS chart as of 8/21/2018, to include order scheduling briefing on MLS dkt. 486 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/22/18 | HDB | 210 | Review issues legal regarding sufficiency of financing statements in the context of the Court's ERS decision on perfection. | .70 | 290.00 | 203.00 |
| 8/28/18 | MMB | 219 | Update MLS chart as of August 28, 2018, regarding order dkt. 489 setting briefing schedule on motion for relief from stay 485. | .10 | 135.00 | 13.50 |
| 8/28/18 | MMB | 219 | Docket court notice received by email dated August 22, 2018, regarding order dkt. 489 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/28/18 | MMB | 219 | Docket court notice received by email dated August 27, 2018, regarding order dkt. 491 on second urgent motion for extension of deadlines dkt. 482 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/29/18 | UMF | 224 | Draft monthly fee application for July 2018 in the Title III Case of the HTA. | .30 | 210.00 | 63.00 |
| 8/29/18 | VSN | 224 | As requested by U. Fernandez, compile July 2018 monthly fee application for HTA Title III Case No. 17-3567. | .30 | 145.00 | 43.50 |

TOTAL PROFESSIONAL SERVICES                         $ 1,538.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333140                                                    September 5, 2018

Less Discount                               $ -153.80

NET PROFESSIONAL SERVICES:          $ 1,384.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE R. CACHO | 1.20 | 340.00 | 408.00 |
| HERMANN BAUER | 2.70 | 290.00 | 783.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| MILAGROS MARCANO BAEZ | 1.10 | 135.00 | 148.50 |
| VANESSA SANCHEZ | .50 | 145.00 | 72.50 |
| **Total** | **6.10** | | **$ 1,538.00** |

**TOTAL THIS INVOICE**                     **$ 1,384.20**

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH                                        250 Muñoz Rivera Suite 800
                                                       San Juan, PR 00918-1813
                                                       Tel. (787) 764-8181
O'NEILL & BORGES LLC                                   Fax (787) 753-8944

FOMB IN RE HTA TITLE III

September 5, 2018
Bill #: 333142
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 319.00 |
| VOLUME DISCOUNT | $ -31.90 |
| Net Professional Services | $ 287.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 287.10** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/08/18 | HDB | 210 | Analyze First Circuit Opinion and Order affirming Title III denial of Preliminary Injunction and stay relief. (.90) Draft e-mail outlining legal issues in this Opinion and Order. (.20) | 1.10 | 290.00 | 319.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 319.00 |
| VOLUME DISCOUNT | | $ -31.90 |
| NET PROFESSIONAL SERVICES: | | $ 287.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.10 | 290.00 | 319.00 |
| **Total** | **1.10** | | **$ 319.00** |

### TOTAL THIS INVOICE                              $ 287.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00156-LTS ASSURED GUARANTY V. COMM. OF P.R. ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018
FOMB IN RE HTA TITLE III
Bill #:   333143
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2018:

**Client.Matter: P1703 - 802**

**RE:  17-00156-LTS ASSURED GUARANTY V. COMM. OF P.R. ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 175.50 |
| VOLUME DISCOUNT | $ -17.55 |
| Net Professional Services | $ 157.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 157.95** |

Electronic Invoice

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 802**
**RE:  17-00156-LTS ASSURED GUARANTY V. COMM. OF P.R. ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/10/18 | MMB | 219 | Docket court notice received by email dated August 9, 2018, regarding deadline for appellants to file nine paper copies of reply brief in case 18-1165 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/20/18 | DJP | 206 | Draft notice of appearance to be filed on behalf of H. Bauer through the First Circuit's electronic filing platform. | .60 | 180.00 | 108.00 |
| 8/20/18 | DJP | 206 | File the notice of appearance on behalf of H. Bauer through the First Circuit's electronic filing platform. | .30 | 180.00 | 54.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 175.50 |
| VOLUME DISCOUNT | $ -17.55 |
| NET PROFESSIONAL SERVICES: | $ 157.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .90 | 180.00 | 162.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **1.00** | | **$ 175.50** |

**TOTAL THIS INVOICE**                          **$ 157.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 5, 2018
FOMB IN RE HTA TITLE III                                   Bill #:    333144
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1703 - 803**

**RE:  17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

| | | |
|---|---|---|
| Total Professional Services | $ 638.00 | |
| VOLUME DISCOUNT | $ -63.80 | |
| | | |
| Net Professional Services | $ 574.20 | |
| Total Reimbursable Expenses | $ .00 | |
| | | |
| **TOTAL THIS INVOICE** | **$ 574.20** | |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 803**
**RE:  17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/20/18 | HDB | 206 | Revise final draft of appellee's brief. (1.20) Review issues relative to filing of Notice of Appearance. (.20) | 1.40 | 290.00 | 406.00 |
| 8/22/18 | HDB | 210 | Review Creditor's Committee's Appelle Brief. | .80 | 290.00 | 232.00 |

TOTAL PROFESSIONAL SERVICES $ 638.00

VOLUME DISCOUNT $ -63.80

NET PROFESSIONAL SERVICES: $ 574.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.20 | 290.00 | 638.00 |
| **Total** | **2.20** | | **$ 638.00** |

TOTAL THIS INVOICE $ 574.20

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE HTA TITLE III

**RE: 18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE HTA TITLE III

September 5, 2018
Bill #:   333145
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

| | |
|---|---|
| Total Professional Services | $ 2,854.00 |
| VOLUME DISCOUNT | $ -285.40 |
| Net Professional Services | $ 2,568.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,568.60** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 805**
**RE:   18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/01/18 | HDB | 212 | Review proposed discovery schedule. (.20) Draft e-mail to Proskauer Team regarding same. (.10) | .30 | 290.00 | 87.00 |
| 8/09/18 | HDB | 212 | Review amended proposal for discovery timetable circulated by GDB. (.20)  Coordinate call with ATA's J. Maldonado. (.10) | .30 | 290.00 | 87.00 |
| 8/10/18 | HDB | 212 | Review updated proposal by Siemens regarding discovery and briefing schedule. | .30 | 290.00 | 87.00 |
| 8/15/18 | CGB | 209 | Analyze email exchanges between GDB's and Siemens' counsel regarding proposed discovery and briefing schedule. | .20 | 330.00 | 66.00 |
| 8/15/18 | CGB | 209 | Tel. conf. with HTA's J. Maldonado to coordinate discussion of the proposed discovery and briefing schedule. | .20 | 330.00 | 66.00 |
| 8/15/18 | CGB | 209 | Draft email to Proskauer's M. Dale and H. D. Bauer regarding coordination efforts with HTA's J. Maldonado to coordinate discussion of the proposed discovery and briefing schedule. | .20 | 330.00 | 66.00 |
| 8/15/18 | CGB | 206 | Tel. conf. with HTA's J. Maldonado to confirm viability of Siemens' proposed discovery deadlines as regards HTA. | .10 | 330.00 | 33.00 |
| 8/15/18 | HDB | 212 | Review Siemens' e -mail regarding discovery schedule (.10) and GDB's response as to the depositions. (.10) Coordinate with C. Garcia follow-up on HTA availability. (.10) | .30 | 290.00 | 87.00 |
| 8/16/18 | CGB | 209 | Tel. conf. with GDB counsel M. D. Trelles to corroborate current discovery schedule proposal as per Siemens's latest communication. | .10 | 330.00 | 33.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333145                                                      September 5, 2018

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 8/16/18 | CGB | 209 | Analyze Docket No. 39 to ascertain Siemens' proposed scope of discovery as to HTA. | .10 | 330.00 | 33.00 |
| 8/16/18 | CGB | 209 | Draft email to HTA's J. Maldonado setting forth expected scope of Siemens' discovery and proposed deadlines for the same. | .30 | 330.00 | 99.00 |
| 8/16/18 | CGB | 206 | Draft email to M. Dale and H. D. Bauer summarizing discussions with HTA's J. Maldonado regarding viability of Siemens' proposed discovery deadlines as regards HTA. | .10 | 330.00 | 33.00 |
| 8/16/18 | CGB | 209 | Draft email to GDB counsel setting forth HTA's position on proposed discovery schedule. | .10 | 330.00 | 33.00 |
| 8/16/18 | CGB | 209 | Monitor email exchanges between GDB counsel and Siemens counsel regarding proposed briefing and discovery schedule. | .30 | 330.00 | 99.00 |
| 8/16/18 | HDB | 212 | Review e-mails coordination of HTA discovery. (.20) Review GDB's draft response to scheduling proposal. (.10) | .30 | 290.00 | 87.00 |
| 8/17/18 | CGB | 209 | Brief overview of discovery request served by Siemens to HTA to verify its relationship with the on-going dispute. (.30) Draft email to HTA's J. Maldonado forwarding same. (.10) | .40 | 330.00 | 132.00 |
| 8/17/18 | HDB | 209 | Review Siemens' discovery served upon (i) HTA (.20) and the FOMB. (.20)  Review discovery served by GDB upon Siemens. (.30) | .70 | 290.00 | 203.00 |
| 8/20/18 | CGB | 209 | Tel. conf. with A. Skellet and M. Dale to discuss the scope of served discovery  and coordinate next steps to ensure necessary information is available from FOMB and HTA for a timely response to the same. | .50 | 330.00 | 165.00 |
| 8/20/18 | CGB | 209 | Brief overview of Siemens Notice of Intent to oppose GDB restructuring via Title IV in civil 18-1561 to ascertain potential legal impact upon on-going adversary proceeding (0.2); Draft email to M. Dale regarding same (0.1). | .30 | 330.00 | 99.00 |
| 8/20/18 | CGB | 209 | Review GDB production discussing the set-up of the account to fund last HTA settlement payment to Siemens in anticipation of the Draft response of the HTA response to Siemens discovery request. | .40 | 330.00 | 132.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333145                                                                    September 5, 2018

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/20/18 | CGB | 209 | Tel. conf. with HTA's J. Maldonado to discuss next steps in the process of identifying potentially responsive documents to the Siemens's discovery request. (.30) Draft  Follow-up  email to HTAs outside legal advisor J. Viggiano forwarding a copy of the discovery request. (.10) | .40 | 330.00 | 132.00 |
| 8/21/18 | CGB | 209 | Tel. Conf. with HTA's counsel J. Viggiano to coordinate logistics of potential document production in response to Siemens' discovery. | .50 | 330.00 | 165.00 |
| 8/21/18 | CGB | 209 | Draft Follow-up email to J. Viggiano forwarding background documents relating to the timing of various key events and confirming next steps. | .10 | 330.00 | 33.00 |
| 8/22/18 | CGB | 209 | Review transcript of deposition of GDB's Jose Santiago in anticipation of the draft discovery responses in coordination with HTA. | .50 | 330.00 | 165.00 |
| 8/22/18 | CGB | 209 | Analyze past email exchanges with Siemens counsel to corroborate up-coming discovery deadlines. (.20) Draft email to GDB's counsel regarding same. (.10) Review response thereto confirming schedule. (.20) | .50 | 330.00 | 165.00 |
| 8/22/18 | HDB | 209 | Tel. conf. with counsel for AAFAF regarding discovery objection deadline. (.20)  Review issues regarding the FOMB's position regarding cut-off deadline. (.10) | .30 | 290.00 | 87.00 |
| 8/24/18 | CGB | 209 | Brief overview of potentially responsive documents received from HTA's J. Viggiano. (.60) Draft email to Proskauer's  A. Skellet forwarding same. (.10) | .70 | 330.00 | 231.00 |
| 8/24/18 | HDB | 209 | Review initial set of documents produced by HTA. | .40 | 290.00 | 116.00 |
| 8/30/18 | CGB | 209 | Draft Follow-up email to HTA's counsel J. Viggiano to ascertain status of identification of documents potentially responsive to Siemens discovery request. | .10 | 330.00 | 33.00 |

TOTAL PROFESSIONAL SERVICES                            $ 2,854.00

VOLUME DISCOUNT                                        $ -285.40

NET PROFESSIONAL SERVICES:                             $ 2,568.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333145                                                          September 5, 2018

| | | | |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 6.10 | 330.00 | 2,013.00 |
| HERMANN BAUER | 2.90 | 290.00 | 841.00 |
| **Total** | **9.00** | | **$ 2,854.00** |

**TOTAL THIS INVOICE**                                    **$ 2,568.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

### COVER SHEET TO SEVENTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2018 through September 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $14,924.70 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $14,924.70 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's seventeenth monthly fee application in these cases.

00603051; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2018.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 8, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 7.50 | $ 2,175.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 40.60 | $ 13,398.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 0.40 | $ 142.00 |
| Jorge A. Candelaria | Associate | Corporate | $170.00 | 0.20 | $ 34.00 |
| Ricardo J. Casellas | Associate | Litigation | $180.00 | 2.50 | $ 450.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $170.00 | 0.20 | $ 34.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $175.00 | 0.20 | $ 35.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 0.20 | $ 33.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 0.70 | $ 140.00 |
| Frances Vallejo | Associate | Litigation | $170.00 | 0.20 | $ 34.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.80 | $ 108.00 |
| | | | | | |
| | **Totals** | | | 53.50 | $ 16,583.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (1,658.30) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 14,924.70 |

**HTA TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2018**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| | |
| **Totals** | $ - |
| | |
| **SUMMARY OF DISBURSEMENTS** | $ - |

| | | | | |
|---|---|---|---|---|
| | **HTA TITLE III** | | | |
| | **Summary of Legal Fees for the Period September 1 through September 30, 2018** | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 206 | Documents Filed on Behalf of the Board | 1.50 | $ | 411.00 |
| 207 | Non-Board Court Filings | 1.50 | $ | 372.00 |
| 208 | Stay Matters | 0.40 | $ | 116.00 |
| 209 | Adversary Proceeding | 48.30 | $ | 15,283.00 |
| 210 | Analysis and Strategy | 1.00 | $ | 293.00 |
| 219 | Docketing | 0.80 | $ | 108.00 |
| | | | $ | **16,583.00** |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | **(1,658.30)** |
| | | | | |
| | **TOTALS** | **53.50** | $ | **14,924.70** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $13,432.23, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $13,432.23.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE HTA TITLE III

Bill #: 334890
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 381.50 |
| Less Discount | $ -38.15 |
| Net Professional Services | $ 343.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 343.35** |

IN ACCOUNT WITH   250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/04/18 | HDB | 208 | Review Notice of Presentment of Stipulation Modifying the Automatic Stay Between the Puerto Rico Highways and Transportation Authority and Tallaboa Industrial Development, Inc. and Voluntary Dismissal of the Motion for Relief from Automatic Stay. | .20 | 290.00 | 58.00 |
| 9/04/18 | HDB | 208 | Revise Notice of Presentment of Stipulation Modifying the Automatic Stay Between the Puerto Rico Highways and Transportation Authority and Lucas Perez Valdivieso Torruella et als. and Voluntary Dismissal of the Motion for Relief from Automatic Stay. | .20 | 290.00 | 58.00 |
| 9/04/18 | MMB | 219 | Update MLS as of August 31, 2018, to include dkt. 493, notice of presentment of stipulation modifying automatic stay of Lucas Pérez Valdivieso (dkt. 484 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/06/18 | MMB | 219 | Docket court notice received by email dated September 4, 2018, regarding deadline to file opposition to Pérez Valdivieso's motion for relief from stay, movant's reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/08/18 | ETF | 207 | Study first circuit opinion on Peaje's appeal regarding whether it has a statutory lien. | .70 | 200.00 | 140.00 |
| 9/14/18 | MMB | 219 | Docket court notice received by email dated September 14, 2018, regarding order dkt. 508 setting deadline for the parties to meet and confer, and file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/20/18 | MMB | 219 | Docket court notice received by email dated September 19, 2018, regarding deadlines to respond, reply, to Finca Matilde's MLS - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334890                                                                October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/27/18 | MMB | 219 | Docket court notice received by email dated September 25, 2018, regarding order 511 further extending deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/30/18 | HDB | 210 | Review Governor Rossello's response declining to follow Section 205 Recommendations issued by the FOMB to HTA. | .20 | 290.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES                          $ 381.50

Less Discount                                                      $ -38.15

NET PROFESSIONAL SERVICES:                           $ 343.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .60 | 290.00 | 174.00 |
| EMILIANO TRIGO FRITZ | .70 | 200.00 | 140.00 |
| MILAGROS MARCANO BAEZ | .50 | 135.00 | 67.50 |
| **Total** | **1.80** | | **$ 381.50** |

**TOTAL THIS INVOICE**                                   **$ 343.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE HTA TITLE III
Bill #: 334891
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1703 - 803**

**RE: 17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 232.00 |
| VOLUME DISCOUNT | $ -23.20 |
| Net Professional Services | $ 208.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 208.80** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 803**
**RE:  17-00159-LTS AMBAC ASSURANCE CORP. V. COMM. OF P.R. ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/05/18 | HDB | 207 | Analyze Creditor's Committee Intervenor's brief in appeal. | .80 | 290.00 | 232.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 232.00 |
| VOLUME DISCOUNT | $ -23.20 |
| NET PROFESSIONAL SERVICES: | $ 208.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 290.00 | 232.00 |
| **Total** | **.80** | | **$ 232.00** |

**TOTAL THIS INVOICE**          **$ 208.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE HTA TITLE III

**RE: 18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 3, 2018
FOMB IN RE HTA TITLE III                                  Bill #:  334892
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

| | |
|---|---:|
| Total Professional Services | $ 15,969.50 |
| VOLUME DISCOUNT | $ -1,596.95 |
| Net Professional Services | $ 14,372.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 14,372.55** |

Electronic Invoice

IN ACCOUNT WITH   250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 805**
**RE:   18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/06/18 | HDB | 209 | Review issues concerning documents production and deposition discovery schedule. | .20 | 290.00 | 58.00 |
| 9/10/18 | CGB | 209 | Tel. Conf. with A. Skellet, M. Dale and H. D. Bauer to discuss current status of discovery responses by the FOMB and HTA to the discovery requests served by Siemens and coordinate next steps to complete same. | .50 | 330.00 | 165.00 |
| 9/10/18 | HDB | 209 | Review status of discovery. (.20) Tel. conf. with Proskauer and C. Garcia regarding discovery and other issues. (.50) | .70 | 290.00 | 203.00 |
| 9/11/18 | CGB | 209 | Review and analyze GDB's discovery requests addressed to Siemens to consider potential avenues of additional discovery by FOMB or the HTA. | .30 | 330.00 | 99.00 |
| 9/11/18 | CGB | 209 | Detailed analysis of FOMB's draft response to Siemens discovery request to ascertain potential distinctions in the response to be drafted on behalf of the HTA. | .80 | 330.00 | 264.00 |
| 9/11/18 | CGB | 209 | Tel. conf. with HTA's outside counsel J. Viggiano to ascertain status of HTA's document compilation and other additional information required to draft response to Siemens discovery request. | .50 | 330.00 | 165.00 |
| 9/11/18 | CGB | 209 | Initial revisions to the FOMB's draft response to discovery to adapt proposed objections and response for purposes of HTA's response. | 1.40 | 330.00 | 462.00 |
| 9/11/18 | CGB | 209 | Email to M. Dale setting forth key provisions of the GDB enabling act identified by J. Pietrantoni evidencing grounds to deny Siemens RFA number 3. | .30 | 330.00 | 99.00 |
| 9/11/18 | CGB | 209 | Identify GDB deposition section setting forth language impacting upon draft response to RFA 6. (.20) Draft email to M. dale regarding same. (.10) | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334892                                                                October 3, 2018

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/11/18 | JP | 210 | Analyze whether HTA was required to use GDB as depositary of escrow fund for Siemens settlement. | .40 | 355.00 | 142.00 |
| 9/11/18 | HDB | 209 | Review issues regarding discovery responses. (.40) Review issues regarding Title VI Standing. (.20) | .60 | 290.00 | 174.00 |
| 9/12/18 | CGB | 209 | Tel. conf. with J. El Koury and M. Dale to discuss key facts potentially responsive to the Siemens discovery request issued to the FOMB. | .60 | 330.00 | 198.00 |
| 9/12/18 | CGB | 209 | Continue edits of preliminary responses to Siemens discovery for HTA's consideration. | 1.60 | 330.00 | 528.00 |
| 9/12/18 | CGB | 209 | Draft list of pending information required from HTA to complete Draft response to interrogatories served by Siemens. | .70 | 330.00 | 231.00 |
| 9/13/18 | CGB | 209 | Review background documents to ascertain responsive information to Siemens interrogatories. | 2.60 | 330.00 | 858.00 |
| 9/13/18 | CGB | 209 | Analyze email from GDB counsel M. Trelles informing of Siemens request for analyze extension of time to serve deposition notices. | .20 | 330.00 | 66.00 |
| 9/13/18 | CGB | 209 | Continued Draft objections and responses to Siemens discovery request in view of information ascertained from documents. | 2.90 | 330.00 | 957.00 |
| 9/13/18 | HDB | 210 | Review issues concerning request to extend discovery deadlines. | .20 | 290.00 | 58.00 |
| 9/14/18 | CGB | 209 | Email exchanges with M. Dale and A. Skellet regarding status of HTA's responses to Siemens discovery to ensure consistency with FOMB responses. | .40 | 330.00 | 132.00 |
| 9/14/18 | CGB | 209 | Preliminary analysis of Siemens 30(b)(6) deposition topics for HTA representative. (.20) Draft email to HTA's representatives forwarding same. (.10) | .30 | 330.00 | 99.00 |
| 9/14/18 | CGB | 209 | Final edits to first draft of the HTA's response to Siemens discovery request in view of H. D. Bauer's comments to the FOM's responses. (.60) Tel. conf. with HTA's J. Viggiano regarding status of various open items including IT search at HTA .(.30) Draft email to J. Viggiano forwarding initial Draft response for review. (.20) | 1.10 | 330.00 | 363.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334892                                                                                     October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/14/18 | CGB | 209 | Follow-up tel. conf. with HTA's J. Viggiano to go over available facts to supplement basic responses and discuss updated status of IT search of HTA's e-files. (.50) Draft email to M. Dale and A. Skellet regarding same. (.10) | .60 | 330.00 | 198.00 |
| 9/14/18 | HDB | 209 | Revised draft FOMB responses to Siemens' discovery. (.40)  Draft e-mails with comments to draft responses. (.20) Review Notices of deposition. (.20) | .80 | 290.00 | 232.00 |
| 9/14/18 | MMB | 219 | Docket entries for C. Garcia, H. Bauer, U. Fernandez, D. Pérez, regarding depositions of GDB, AAFAF, FOMB, HTA, J. Menéndez, Siemens. | .30 | 135.00 | 40.50 |
| 9/17/18 | CGB | 209 | Review message from J. Viggiano forwarding names of former and current HTA Finance Directors. (.20) Revise draft response to ascertain interrogatories for which such information is response. (.30) Draft updated responses. (.30) | .80 | 330.00 | 264.00 |
| 9/17/18 | CGB | 209 | Detailed review of GDB's earlier productions to identify key HTA players and other potentially responsive information as it relates to HTA. | 1.80 | 330.00 | 594.00 |
| 9/17/18 | CGB | 209 | Further revisions to HTA's responses in view of additional details identified in GDB documents. (1.10) Draft email to J. Viggiano forwarding updated draft for review and consideration. (.30) Tel. conf. with J. Viggiano to seek additional information required to complete responses. (.50) | 1.90 | 330.00 | 627.00 |
| 9/17/18 | CGB | 209 | Tel. conf. with J. Viggiano to discuss E-search results and next steps in view same. (.30) Further revisions to HTA's responses to set forth likely future supplementation of certain production requests. (.60) | .90 | 330.00 | 297.00 |
| 9/17/18 | CGB | 209 | Email exchange with J. Viggiano, M. Dale and A. Skellet to coordinate Follow-up tel. conf. with IT and e-discovery personnel to coordinate next steps in the process of attempting to identify potentially responsive documents. | .30 | 330.00 | 99.00 |
| 9/17/18 | CGB | 209 | Tel. conf. with J. Viggiano to coordinate review and signature by HTA representative of the HTA responses. | .30 | 330.00 | 99.00 |
| 9/17/18 | CGB | 209 | Draft email to counsel for all parties forwarding copies of the FOMB's response to Siemens Omnibus Discovery request. | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334892                                                                                      October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/17/18 | CGB | 209 | Draft email to counsel for all parties forwarding copies of the HTA's response to Siemens Omnibus Discovery request. (.20) Draft Follow-up email seeking confirmation of receipt of the response in view of undeliverable response received from some counsel of record. (.10) | .30 | 330.00 | 99.00 |
| 9/17/18 | HDB | 206 | Review initial draft of HTA's responses to discovery served by Siemens. (.40)  Review comments by M. Dale. (.10) Tel. conf with Proskauer regarding discovery issues. (.50) Review e-mail concerning finalization of proposed responses. (.30) | 1.30 | 290.00 | 377.00 |
| 9/18/18 | CGB | 209 | Tel. conf. with Proskauer's A. Skellet to discuss logistics for future document review of culling of potentially responsive electronic documents. | .20 | 330.00 | 66.00 |
| 9/18/18 | CGB | 209 | Draft email to Proskauer's P. V. Giarrusso, M. A. Dale, A. Skellet and HTA's J. Viggiano, O. Acevedo and E. Hernandez summarizing main steps agreed to during Tel. Conf. to coordinate e-discovery issues. | .70 | 330.00 | 231.00 |
| 9/18/18 | CGB | 209 | Analyze GDB's response to Siemens omnibus discovery request. | .20 | 330.00 | 66.00 |
| 9/18/18 | HDB | 209 | Review GDB Responses to Siemens' Production Requests. (.30)  Review HTA's final response to Siemens' discovery request. (.20) | .50 | 290.00 | 145.00 |
| 9/19/18 | CGB | 209 | Analyze Siemens concerns relating to HTA's responses to discovery. (.40) Draft bullets summarizing basis for response to address such concerns. (.20) Email exchange with M. A. Dale and A. Skellet to coordinate date and time for meet-and-confer  with Siemens. (.20) Email to HTA's J. Viggiano seeking additional information requested by Siemens regarding former HTA employees. (.20) | 1.00 | 330.00 | 330.00 |
| 9/19/18 | CGB | 209 | Revise draft of proposed objections to Siemens 30(b)(6) deposition of a FOMB representative. | .60 | 330.00 | 198.00 |
| 9/19/18 | HDB | 209 | Review Siemen's objections to the FOMB responses to discovery. | .20 | 290.00 | 58.00 |
| 9/20/18 | CGB | 209 | Final Review of the FOMB's objections to the 30(b)(6) noticed of deposition served by Siemens. (.20) Email to Siemens counsel forwarding same and seeking to meet-and-confer to discuss such objections. (.20) | .40 | 330.00 | 132.00 |

O'Neill & Borges LLC

Bill #:  334892                                                                October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/20/18 | CGB | 209 | Review email from J. Viggiano setting forth update on status of compilation of potentially responsive e-documents for review. | .10 | 330.00 | 33.00 |
| 9/20/18 | CGB | 209 | Tel. conf. with M. Dale to coordinate strategy in anticipation to meet-and-confer with Siemens counsel. (.20) Tel. conf. with M. Dale, Siemens D. Baker and L. Cumpiano to met-and-confer to resolve pending issues raised by Siemens with respect to the FOMB's and HTA's responses to discovery. (1.20) | 1.40 | 330.00 | 462.00 |
| 9/20/18 | CGB | 209 | Draft email to D. Baker and L. Cumpiano supplementing certain HTA responses  and summarizing agreed next steps. (.40) Finalize email in view of comments from M. Dale. (.10) Draft email to HTA counsel J. Viggiano seeking additional information requested by Siemens. (.10) | .60 | 330.00 | 198.00 |
| 9/21/18 | CGB | 209 | Review email from HTA's J. Viggiano forwarding known addresses of former employees. (.10) Analyze GDB production to confirm Jesus Garcia was a GDB employee. (.20) Draft email to Siemens' D. Baker providing updated information regarding former HTA employee E. Rodriguez Perez. (.20) | .50 | 330.00 | 165.00 |
| 9/21/18 | CGB | 209 | Tel. conf. with M. Dale to coordinate next steps in view of Siemens pending discovery issues as pertains HTA. (.30) Tel. conf. with HTA's J. Viggiano to request follow-up confirmation regarding any communications between HTA in-house counsel and counsel for any of the other parties to the proceeding. (.20) | .50 | 330.00 | 165.00 |
| 9/21/18 | CGB | 209 | Tel. conf. with Siemen's L. Cumpiano to discuss pending notices of deposition issues to HTA's former employees and request for identification of HTA's designated representative for purposes of the 30(b)(6) deposition notice. (.20) Tel. conf. with HTA's J. Viggiano to ascertain name of corporate designee and coordinate conf. to meet with same. (.10) | .30 | 330.00 | 99.00 |
| 9/21/18 | CGB | 209 | Tel. conf. with GDB's counsel O. Ramos, M. D. Trelles and G. Soler to discuss current discovery schedule and likely objection to excessive depositions sought by Siemens. (.30) Analyze 14 deposition notices served by individual fact witnesses. (.30) Tel. conf. with M. Dale regarding same and other pending discovery issues. (.20) | .80 | 330.00 | 264.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334892                                                    October 3, 2018

| 9/21/18 | CGB | 209 | Follow-up conference to coordinate with J. Viggiano confirmation of nature of communication by HTA's J. Maldonado with the GDB. | .20 | 330.00 | 66.00 |
|---|---|---|---|---|---|---|
| 9/21/18 | CGB | 209 | Analyze proposed stipulation forwarded by Siemens' counsel D. Baker. (.20) Email to D. Baker acknowledging receipt of same. (.10) Email to M. Dale setting forth initial analysis of proposed stipulation of fact. (.10) | .40 | 330.00 | 132.00 |
| 9/21/18 | CGB | 209 | Analyze AAFAF's responses to Siemens omnibus discovery requests to confirm consistency with HTA"s responses. | .20 | 330.00 | 66.00 |
| 9/21/18 | HDB | 209 | Review FOMB's objection to the Notice of Deposition served by Siemens. | .30 | 290.00 | 87.00 |
| 9/24/18 | CGB | 209 | Review standards under Puerto Rico law for the deposition of counsel in anticipation of meet-and-confer with Siemens regarding proposed depositions, including that of former HTA in-house counsel. | .30 | 330.00 | 99.00 |
| 9/24/18 | CGB | 209 | Participate in meet-and-confer with Siemens counsel to discuss GDB's opposition to proposed depositions so as to raise the prospect of similar objections by the FOMB?HTA and determine Siemens initial reaction to the raised objections. | .70 | 330.00 | 231.00 |
| 9/24/18 | CGB | 209 | Tel. conf. with HTA's J. Viggiano to discuss recent subpoenas to former HTA representatives and options to communicate with the same. (.30) Email to J. Viggiano forwarding copy of the served Subpoena for former HTA General Counsel Rebeca Rojas. (.10) Tel. conf. with M. Dale to coordinate strategy in relation to additional depositions. (.30) Follow-up tel. conf. with HTA's J. Maldonado and HTA's J. Viggiano to corroborate nature of counsel-to-counsel communications between HTA and AAFAF/GDB as relates to the issues raised in Adversary Proceeding 18-00030. (.20) Review  Follow-up email from J. Maldonado regarding same. (.10) | 1.00 | 330.00 | 330.00 |
| 9/24/18 | CGB | 209 | Review (.10) and respond to message from J. Viggiano regarding contact information for former HTA general Counsel R. Rojas. (.10) | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334892                                                                    October 3, 2018

| 9/24/18 | CGB | 209 | Review message from HTA's IT team regarding scope of e-discovery search and forwarding link of the result of same. (.20) Email exchanges with Proskauer IT team and HTA's J. Viggiano regarding next steps in the e-discovery culling process to identify potentially responsive documents. (.30) | .50 | 330.00 | 165.00 |
| 9/24/18 | CGB | 209 | Analyze legal memorandum setting forth requirements for the applicability of the "common interest" privilege to consider its implications for potential objections tot he discovery sought by Siemens from HTA. | .40 | 330.00 | 132.00 |
| 9/24/18 | HDB | 209 | Review GDB's objection to deposition discovery. (.20) Review AAFAF's responses to discovery served by Siemens. (.30) | .50 | 290.00 | 145.00 |
| 9/25/18 | CGB | 209 | Analyze email from Siemens counsel seeking confirmation from the parties that certain individuals will not be called as witnesses in the proceeding. (.20) Draft preliminary response to same. (.10) Edit response to Siemens' query in light of additional input from M. Dale. (.10) Review (.20) and respond to Follow-up queries from Siemens counsel D. Baker (.20) regarding the same issue. | .80 | 330.00 | 264.00 |
| 9/25/18 | CGB | 209 | Tel. conf. with J. Viggiano to coordinate next steps in preparation for pending deposition issues. (.20) Tel. conf. with former HTA general counsel R. Rojas to ascertain the nature of her role as relates the Siemens settlement in the 2010-2012  time frame (.40) Draft Follow-up email to R. Rojas forwarding to her necessary contact information as regards next steps pertaining to her subpoena to appear as a deponent in this case. (.10) | .70 | 330.00 | 231.00 |
| 9/25/18 | CGB | 209 | Tel. conf. with GDB counsel M. D. Trelles and G. Soler to confirm postponement of GDB's depositions of Siemens representatives. (.20) Draft Follow-up email to M. Dale confirming depositions have been postponed. (.10) | .30 | 330.00 | 99.00 |
| 9/25/18 | CGB | 209 | Draft FOMB/HTA's objections to the proposed depositions of three HTA former employees. (.30) Draft email to M. Dale forwarding same. (.10) Final edits to email to Siemens counsel D. Baker setting forth objections to proposed depositions and seeking to meet and confer. (.20) | .60 | 330.00 | 198.00 |

O'Neill & Borges LLC

Bill #:  334892                                                                    October 3, 2018

| 9/25/18 | CGB | 209 | Analyze Siemens proposed topics for the 30(b)(6) deposition of HTA representative. (.3) Draft email to M. Dale setting forth proposed strategy in view of same. (.20) | .50 | 330.00 | 165.00 |
|---------|-----|-----|------|------|--------|--------|
| 9/25/18 | CGB | 209 | Monitor email exchanges between M. Dale and J. El Koury confirming the nature of FOMB documentation pertaining the issues raised in Adv. 18-00030. (.30) Analyze M. Dale email to Siemens' D. Baker confirming same. (.10) | .40 | 330.00 | 132.00 |
| 9/25/18 | HDB | 209 | Review issues regarding deposition discovery and trial witnesses. (.20) Coordinate deposition attendance. (.10) Revise proposed response to discovery objection by counsel for Siemens. (.10) | .40 | 290.00 | 116.00 |
| 9/26/18 | CGB | 209 | Analyze Siemens' counsel's email setting forth alleged justification for HTA's depositions in anticipation of meet-and-confer. (.20) Draft response thereto. (.10) Draft outline of topics to be discussed during meet-and-confer. (.20) Tel. conf. with M. Dale to discus topics and develop strategy for meet-and confer.(.40) | .90 | 330.00 | 297.00 |
| 9/26/18 | CGB | 209 | Tel. conf. with Siemens' counsel D. Baker and L. Cumpiano, legal and representatives of GDB, AAFAF to discuss current deposition schedule and the FOMB/HTA's objections to the deposition of 3 former HTA representatives. | 1.00 | 330.00 | 330.00 |
| 9/26/18 | CGB | 209 | Tel. conf. with former HTA counsel R. Rojas to ascertain her availability for analyze alternate deposition date. | .20 | 330.00 | 66.00 |
| 9/26/18 | CGB | 209 | Tel. conf. with former HTA counsel R. Rojas to ascertain her availability for analyze alternate deposition date. (.20) Draft email confirming same. (.10) | .30 | 330.00 | 99.00 |
| 9/26/18 | CGB | 209 | Draft email to M. Dale and A. Skellet providing names of known HTA counsel to facilitate the process of identifying privileged documents. (.10) Tel. conf. with J. Viggiano seeking list of other in-house counsel during the relevant time period (.10) | .20 | 330.00 | 66.00 |
| 9/26/18 | CGB | 209 | Draft email to D. Baker confirming topics discussed during meet-and-confer. (.20) Forward same to M. Dale for comments. (.10) | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334892                                                                October 3, 2018

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 9/26/18 | CGB | 209 | Monitor email exchange between M. Dale and D. Baker regarding the Siemens production of documents to the GDB. | .10 | 330.00 | 33.00 |
| 9/26/18 | HDB | 209 | Draft e-mail to M. Dale and C. García regarding potential testimony relative to the Second Amendment. | .20 | 290.00 | 58.00 |
| 9/27/18 | CGB | 209 | Finalize email to D. Baker confirming HTA witnesses availability for depositions on proposed alternate dates and confirming topics discussed during meet and confer. | .10 | 330.00 | 33.00 |
| 9/27/18 | CGB | 209 | Exchange emails with M. Dale to coordinate strategy for likely motion for protective order to quash deposition of former HTA counsel. (.20) Brief overview of outline of motion forwarded by A. Skellet. (.10) forward same and key background documents to R. Casellas. (.10) | .40 | 330.00 | 132.00 |
| 9/27/18 | HDB | 209 | Review e-mails from C. Garcia and L. Cumpiano regarding issues. | .20 | 290.00 | 58.00 |
| 9/27/18 | RJC | 209 | Review key documents and filings in preparation to draft motion to quash notice of deposition as to Rojas. | .40 | 180.00 | 72.00 |
| 9/28/18 | CGB | 209 | Attend kick-off meeting with document review team members P. Ramirez, F. Rosado, F. Vallejo, P. A. Gonzalez and J. Candelario ensure accurate instructions and protocol for document review of Spanish language documents potentially responsive to Siemens document request addressed to HTA. | .20 | 330.00 | 66.00 |
| 9/28/18 | CGB | 209 | Draft email to A. Skellet forwarding list of HTA's counsel for the relevant time-period to ensure potentially privileged documents are correctly identified. | .30 | 330.00 | 99.00 |
| 9/28/18 | CGB | 209 | Tel. conf. with Siemens 'D. Baker and L. Cumpiano, as well as counsel for AAFAF and GDB to coordinate additional details pertaining to current deposition schedule and other discovery issues. | .50 | 330.00 | 165.00 |
| 9/28/18 | PMR | 210 | Kick-off meeting with C. Garcia and other associates to discuss parameters to review production of documents as to Siemens' transportation claim. | .20 | 175.00 | 35.00 |
| 9/28/18 | JAC | 209 | Meet with C. Garcia, P. A. Gonzalez, F. Vallejo, F. Rosado and P.M. Ramirez Segarra regarding guidelines for potential document review and production. | .20 | 170.00 | 34.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334892

October 3, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/28/18 | PAG | 209 | Meet with C. Garcia, J. Candelaria, P. Ramirez, F. Vallejo, and F. Rosado to discuss parameters for future document review. | .20 | 170.00 | 34.00 |
| 9/28/18 | RJC | 209 | Review key documents and filings in preparation to draft motion to quash notice of deposition as to Rojas. | 2.10 | 180.00 | 378.00 |
| 9/28/18 | FVR | 206 | Kick off meeting with C. Garcia and other associates in order to discuss parameters for document review regarding production of documents for Siemens Transportation. | .20 | 170.00 | 34.00 |
| 9/28/18 | FER | 209 | Core meeting with C. Garcia, P. Ramirez, J. Candelaria, P. Gonzalez and F. Vallejo to discuss parameters of document review. | .20 | 165.00 | 33.00 |

TOTAL PROFESSIONAL SERVICES $ 15,969.50

VOLUME DISCOUNT $ -1,596.95

NET PROFESSIONAL SERVICES: $ 14,372.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 40.60 | 330.00 | 13,398.00 |
| JULIO PIETRANTONI | .40 | 355.00 | 142.00 |
| HERMANN BAUER | 6.10 | 290.00 | 1,769.00 |
| PRISCILA M. RAMIREZ SEGARRA | .20 | 175.00 | 35.00 |
| JORGE A. CANDELARIA | .20 | 170.00 | 34.00 |
| PAULA A. GONZALEZ MONTALVO | .20 | 170.00 | 34.00 |
| RICARDO J. CASELLAS | 2.50 | 180.00 | 450.00 |
| FRANCES VALLEJO | .20 | 170.00 | 34.00 |
| FILEX E. ROSADO | .20 | 165.00 | 33.00 |
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **50.90** | | **$ 15,969.50** |

**TOTAL THIS INVOICE** $ 14,372.55

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE