# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

         Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

----------------------------------------------------------------x

## COVER SHEET TO FOURTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF JUNE 1, 2018 THROUGH JUNE 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2018 through June 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $75.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $13.20 |
| Total amount for this invoice: | $88.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fourteenth monthly fee application in these cases.

00576849; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2018.

/s/ Jaime A. El Koury
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 9, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.40 | $    84.00 |
| | **Totals** | | | **0.40** | **$    84.00** |
| | **Less: 10% Courtesy discount** | | | | $    (8.40) |
| **SUMMARY OF LEGAL FEES** | | | | | $    75.60 |

**ERS TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| Duplicating | | $ | 13.20 |
| | **Totals** | $ | 13.20 |
| **SUMMARY OF DISBURSEMENTS** | | $ | 13.20 |

**ERS TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 224 | Fee Applications-O&B | 0.40 | $ 84.00 |
| | | | $ 84.00 |
| | Less: 10% Courtesy Discount | | $ (8.40) |
| | **TOTALS** | **0.40** | **$ 75.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $68.04, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $13.20) in the total amount of $81.24.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00576849; 1

## **Exhibit A**

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018

FOMB IN RE ERS TITLE III

## RE:  GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 3, 2018
FOMB IN RE ERS TITLE III
Bill #: 328947
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2018:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 84.00 |
| Less Discount | $ -8.40 |
| | |
| Net Professional Services | $ 75.60 |
| Total Reimbursable Expenses | $ 13.20 |
| | |
| **TOTAL THIS INVOICE** | **$ 88.80** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/29/18 | UMF | 224 | Draft monthly fee application for the ERS. | .40 | 210.00 | 84.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 84.00 |
| Less Discount | | $ -8.40 |
| NET PROFESSIONAL SERVICES: | | $ 75.60 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .40 | 210.00 | 84.00 |
| **Total** | **.40** | | **$ 84.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 6/29/18 | DUPLICATING - AS OF 6/29/18 (132 Copies @ $.10) | 13.20 |

| | |
|---|---|
| TOTAL REIMBURSABLE EXPENSES | $ 13.20 |
| **TOTAL THIS INVOICE** | **$ 88.80** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FIFTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF JULY 1, 2018 THROUGH JULY 31, 2018

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2018 through July 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $425.25 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $29.30 |
| Total amount for this invoice: | $454.55 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifteenth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2018.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 30, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 0.40 | $ 116.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $170.00 | 1.50 | $ 255.00 |
| Vanessa Sanchez | Paralegal | Litigation | $145.00 | 0.70 | $ 101.50 |
| | **Totals** | | | **2.60** | **$ 472.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (47.25)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 425.25** |

**ERS TITLE III**

**Summary of Disbursements for the Period July 1 through July 31, 2018**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 29.30 |
| **Totals** | **$ 29.30** |
| **SUMMARY OF DISBURSEMENTS** | **$ 29.30** |

00582856; 1

**ERS TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 0.60 | $ 102.00 |
| 210 | Analysis and Strategy | 0.40 | $ 116.00 |
| 224 | Fee Applications-O&B | 0.70 | $ 101.50 |
| 225 | Fee Applications-Proskauer | 0.90 | $ 153.00 |
| | | | $ 472.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (47.25) |
| | | | |
| | **TOTALS** | **2.60** | **$ 425.25** |

00582856; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $382.73, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $29.30) in the total amount of $412.03.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00582856; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE ERS TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018
FOMB IN RE ERS TITLE III
Bill #: 330953
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 472.50 |
| Less Discount | $ -47.25 |
| | |
| Net Professional Services | $ 425.25 |
| Total Reimbursable Expenses | $ 29.30 |
| | |
| **TOTAL THIS INVOICE** | **$ 454.55** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

Client.Matter: P1704 . 0
RE:  GENERAL

**PROFESSIONAL SERVICES**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/03/18 | HDB | 210 | Analyze Motion for Relief from Automatic Stay filed by ERS Bondholders. | .40 | 290.00 | 116.00 |
| 7/06/18 | VS | 224 | As requested by U. Fernandez Exhibits for compile April 2018 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .20 | 145.00 | 29.00 |
| 7/09/18 | VS | 224 | As requested by U. Fernandez Exhibits for compile May 2018 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .20 | 145.00 | 29.00 |
| 7/12/18 | VS | 224 | As requested by U. Fernandez, compile Exhibit B Part 4 for Third Interim Fee Application for Case No. 17-3566. | .30 | 145.00 | 43.50 |
| 7/16/18 | PAG | 225 | Review the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the period February 1, 2018 through May 31, 2018, in anticipation of its filing in the Lead Case No. 17 BK 3283-LTS and ERS's Title III Case No. 17 BK 3566-LTS. | .30 | 170.00 | 51.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  330953                                                                                    August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/18 | PAG | 225 | Review all exhibits to be filed in support of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the period February 1, 2018 through May 31, 2018, in anticipation of its filing in the Lead Case No. 17 BK 3283-LTS and ERS's Title III Case No. 17 BK 3566-LTS. | .30 | 170.00 | 51.00 |
| 7/16/18 | PAG | 225 | Review the Notice of filing of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the period February 1, 2018 through May 31, 2018, in anticipation of its filing in the Lead Case No. 17 BK 3283-LTS and ERS's Title III Case No. 17 BK 3566-LTS. | .30 | 170.00 | 51.00 |
| 7/16/18 | PAG | 206 | File the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the period February 1, 2018 through May 31, 2018, and supporting exhibits, in ERS's Title III Case No. 17-BK 3566-LTS. | .20 | 170.00 | 34.00 |
| 7/16/18 | PAG | 206 | File the Notice of filing of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the period February 1, 2018 through May 31, 2018, and supporting exhibits, in ERS's Title III Case No. 17-BK 3566-LTS. | .20 | 170.00 | 34.00 |

O'Neill & Borges LLC

Bill #:  330953                                                          August 3, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/16/18 | PAG | 206 | Send e-mail to Prime Clerk LLC requesting service of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the period February 1, 2018 through May 31, 2018, and corresponding Notice. | .20 | 170.00 | 34.00 |

TOTAL PROFESSIONAL SERVICES                      $ 472.50

Less Discount                                                 $ -47.25

NET PROFESSIONAL SERVICES:                       $ 425.25

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .40 | 290.00 | 116.00 |
| PAULA A. GONZALEZ MONTALVO | 1.50 | 170.00 | 255.00 |
| VANESSA SANCHEZ | .70 | 145.00 | 101.50 |
| **Total** | **2.60** | | **$ 472.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (46 Copies @ $.10) | 4.60 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (43 Copies @ $.10) | 4.30 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (20 Copies @ $.10) | 2.00 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (9 Copies @ $.10) | .90 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (57 Copies @ $.10) | 5.70 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (46 Copies @ $.10) | 4.60 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (1 Copies @ $.10) | .10 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (1 Copies @ $.10) | .10 |
| 7/26/18 | DUPLICATING -  AS OF 7/26/18 (70 Copies @ $.10) | 7.00 |

TOTAL REIMBURSABLE EXPENSES              $ 29.30

**TOTAL THIS INVOICE**                               **$ 454.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

          Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

----------------------------------------------------------------x

## COVER SHEET TO SIXTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF AUGUST 1, 2018 THROUGH AUGUST 31, 2018

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2018 through August 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $378.90 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $378.90 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's sixteenth monthly fee application in these cases.

## Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for August 2018.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 22, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 290.00 | 0.70 | $ 203.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 210.00 | 0.50 | $ 105.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 135.00 | 0.30 | $ 40.50 |
| Vanessa Sanchez | Paralegal | Litigation | $ 145.00 | 0.50 | $ 72.50 |
| | | | | | |
| | **Totals** | | | **2.00** | **$ 421.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (42.10)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 378.90** |

**ERS TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | $ | - |
| | | | |
| **Totals** | | **$** | **-** |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | **$** | **-** |

**ERS TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 208 | Stay Matters | 0.70 | $ 203.00 |
| 218 | Employment and Fee Applications | 0.10 | $ 14.50 |
| 219 | Docketing | 0.30 | $ 40.50 |
| 224 | Fee Applications-O&B | 0.90 | $ 163.00 |
| | | | $ 421.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (42.10) |
| | | | |
| | **TOTALS** | **2.00** | $ **378.90** |

00597752; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $341.01, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $341.01.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00597752; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 5, 2018
FOMB IN RE ERS TITLE III
Bill #:   333146
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 407.50 |
| Less Discount | $ -40.75 |
| Net Professional Services | $ 366.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 366.75** |

O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/06/18 | HDB | 208 | Research PR Case law regarding stay termination pursuant to 362(e)(1). | .30 | 290.00 | 87.00 |
| 8/07/18 | MMB | 219 | Docket court notice received by email dated August 6, 2018, regarding scheduling order dkt. 313 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/08/18 | UMF | 224 | Draft fourteenth monthly fee application for the Title III Case for ERS for the month June 2018. | .30 | 210.00 | 63.00 |
| 8/09/18 | VSN | 218 | As requested by U. Fernandez, compile June 2018 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .10 | 145.00 | 14.50 |
| 8/15/18 | HDB | 208 | Analyze Coop. A/C Vegabajeña's Lift of Stay Notice. (.30)  Draft e-mail regarding the same. (.10) | .40 | 290.00 | 116.00 |
| 8/21/18 | MMB | 219 | Update MLS chart as of 8/21/2018 to include order dkt. 318 on motion of certain secured creditors of the ERS of the Government of Comm. of PR for relief from stay. | .10 | 135.00 | 13.50 |
| 8/29/18 | UMF | 224 | Draft monthly fee application for July 2018 in the Title III Case of the ERS. | .20 | 210.00 | 42.00 |
| 8/29/18 | VSN | 224 | As requested by U. Fernandez, review and compile July 2018 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .40 | 145.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES                          $ 407.50

Less Discount                                        $ -40.75

NET PROFESSIONAL SERVICES:                           $ 366.75

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333146

September 5, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 290.00 | 203.00 |
| UBALDO M. FERNANDEZ BARRERA | .50 | 210.00 | 105.00 |
| MILAGROS MARCANO BAEZ | .20 | 135.00 | 27.00 |
| VANESSA SANCHEZ | .50 | 145.00 | 72.50 |
| **Total** | **1.90** | | **$ 407.50** |

**TOTAL THIS INVOICE**                     **$ 366.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE ERS TITLE III

**RE: 17-00213-LTS EMPLOYEES RETIREMENT SYSTEM V. ALTAIR GLOBAL CREDIT-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 5, 2018
FOMB IN RE ERS TITLE III
Bill #:   333147
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1704 - 801**

**RE: 17-00213-LTS EMPLOYEES RETIREMENT SYSTEM V. ALTAIR GLOBAL CREDIT-CGB**

| | |
|---|---|
| Total Professional Services | $ 13.50 |
| VOLUME DISCOUNT | $ -1.35 |
| Net Professional Services | $ 12.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.15** |

Electronic Invoice

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

Client.Matter: P1704 . 801
RE: 17-00213-LTS EMPLOYEES RETIREMENT SYSTEM V. ALTAIR GLOBAL CREDIT-CGB

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/21/18 | MMB | 219 | Docket court notice received by email dated August 17, 2018, regarding order to show cause on dismissal of remaining claims and counterclaims - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 13.50 |
| VOLUME DISCOUNT | | $ -1.35 |
| NET PROFESSIONAL SERVICES: | | $ 12.15 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.10** | | **$ 13.50** |

**TOTAL THIS INVOICE**      **$ 12.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

          Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO SEVENTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2018 through September 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $60.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $60.75 |

This is a:  X  monthly ___ interim ___ final application

This is O&B's seventeenth monthly fee application in these cases.

00603057; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2018.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 8, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Milagros Marcano Baez | Paralegal | Litigation | $ 135.00 | 0.50 | $      67.50 |
|  | **Totals** |  |  | **0.50** | **$      67.50** |
|  | **Less: 10% Courtesy discount** |  |  |  | **$       (6.75)** |
| **SUMMARY OF LEGAL FEES** |  |  |  |  | **$      60.75** |

**ERS TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
|  |  | $            - | |
| **Totals** |  | **$       -** | |
| **SUMMARY OF DISBURSEMENTS** |  | **$       -** | |

**ERS TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 219 | Docketing | 0.50 | $ 67.50 |
| | | | $ 67.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (6.75) |
| | | | |
| | **TOTALS** | **0.50** | **$ 60.75** |

00603057; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $54.68, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $54.68.

## **Professional Certification**

       I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00603057; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE ERS TITLE III
Bill #: 334893
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 27.00 |
| Less Discount | $ -2.70 |
| Net Professional Services | $ 24.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 24.30** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/11/18 | MMB | 219 | Docket court notice received by email dated September 7, 2018, regarding deadline to file docketing statement, transcript report/order form, and appearance form in COA case 18-1855 - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/25/18 | MMB | 219 | Docket court notice received by email dated September 21, 2018, regarding deadline for appellants PR AAA Portfolio Bond Fund II, et al to file nine paper copies of brief in COA case 18-1841 - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 27.00 |
| Less Discount | $ -2.70 |
| NET PROFESSIONAL SERVICES: | $ 24.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .20 | 135.00 | 27.00 |
| **Total** | **.20** | | **$ 27.00** |

**TOTAL THIS INVOICE**                    **$ 24.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE ERS TITLE III

**RE: 17-00220-LTS ALTAIR GLOBAL CREDIT V. COMM. OF P.R.-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

261 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE ERS TITLE III
Bill #: 334894
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1704 - 802**

**RE: 17-00220-LTS ALTAIR GLOBAL CREDIT V. COMM. OF P.R.-CGB**

| | |
|---|---|
| Total Professional Services | $ 40.50 |
| VOLUME DISCOUNT | $ -4.05 |
| | |
| Net Professional Services | $ 36.45 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 36.45** |

Electronic Invoice

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1704 . 802**
**RE: 17-00220-LTS ALTAIR GLOBAL CREDIT V. COMM. OF P.R.-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/11/18 | MMB | 219 | Docket court notice received by email dated September 7, 2018, regarding notice of appeal in case 18-1836, deadline to file docketing statement, transcript report/order form, appearance form - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/14/18 | MMB | 219 | Docket court notice received by email dated September 14, 2018, regarding briefing schedule - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/20/18 | MMB | 219 | Docket court notice received by email dated September 17, 2018, regarding deadline for appellants to file brief in COA case 18-1836 - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 40.50 |
| VOLUME DISCOUNT | $ -4.05 |
| NET PROFESSIONAL SERVICES: | $ 36.45 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **.30** | | **$ 40.50** |

**TOTAL THIS INVOICE**      **$ 36.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE