## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

| | |
|---|---|
| PROMESA Title III | |
| Case No. 17 BK 3283-LTS | |
| (Jointly Administered) | |

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

       Debtor.

| | |
|---|---|
| PROMESA Title III | |
| Case No. 17 BK 4780-LTS | |

-------------------------------------------------------------------x

## COVER SHEET TO TWELFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF JUNE 1, 2018 THROUGH JUNE 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2018 through June 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,103.15 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $8,103.15 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twelfth monthly fee application in these cases.

00576851; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2018.

/s/ Jaime A. El Koury
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 9, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

00576851; 1

**PREPA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 10.10 | $ 2,929.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 1.20 | $ 396.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 7.20 | $ 2,556.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.70 | $ 147.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $170.00 | 0.40 | $ 68.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 6.40 | $ 1,152.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 6.30 | $ 1,260.00 |
| Olga M. Alicea | Paralegal | Litigation | $145.00 | 2.30 | $ 333.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 1.20 | $ 162.00 |
| | | | | | |
| | **Totals** | | | **35.80** | **$ 9,003.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (900.35)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 8,103.15** |

**PREPA TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | $ | - |
| | | | |
| **Totals** | | $ | - |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | $ | - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.70 | $    248.50 |
| 203 | Hearings and Other Non-filed Communications with the Court | 0.40 | $     72.00 |
| 206 | Documents filed on behalf of the Board | 5.60 | $ 1,008.00 |
| 208 | Stay Matters | 0.70 | $    203.00 |
| 209 | Adversary Proceeding | 1.60 | $    464.00 |
| 210 | Analysis and Strategy | 12.90 | $ 4,054.50 |
| 211 | New-Budgeting | 6.30 | $ 1,260.00 |
| 212 | General Administration | 2.40 | $    696.00 |
| 214 | Legal/Regulatory Matters | 1.00 | $    355.00 |
| 219 | Docketing | 1.20 | $    162.00 |
| 220 | Translations | 2.30 | $    333.50 |
| 224 | Fee Applications-O&B | 0.70 | $    147.00 |
|  |  |  | **$ 9,003.50** |
|  |  |  |  |
|  | **Less: 10% Courtesy Discount** |  | **$  (900.35)** |
|  |  |  |  |
|  | **TOTALS** | **35.80** | **$ 8,103.15** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,292.84, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $7,292.84.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00576851; 1

# **Exhibit A**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

### *AMENDED* COVER SHEET TO THIRTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF JULY 1, 2018 THROUGH JULY 31, 2018

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00603067; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2018 through July 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $22,713.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $465.45 |
| Total amount for this invoice: | $23,179.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirteenth monthly fee application in these cases.

00603067; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for July 2018.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 8, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III - AMENDED**

**Summary of Legal Fees for the Period July 1 through July 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 13.80 | $ 4,002.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 1.80 | $ 594.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 4.00 | $ 1,420.00 |
| Jerry Lucas Marrero | Member | Corporate | $305.00 | 9.90 | $ 3,019.50 |
| Antonio L. Collazo | Jr. Member | Corporate | $210.00 | 38.20 | $ 8,022.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.60 | $ 126.00 |
| Jorge A. Candelaria | Associate | Corporate | $170.00 | 1.60 | $ 272.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $170.00 | 2.00 | $ 340.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 3.10 | $ 558.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 8.20 | $ 1,640.00 |
| Frances Vallejo | Associate | Litigation | $170.00 | 21.60 | $ 3,672.00 |
| Olga M. Alicea | Paralegal | Litigation | $145.00 | 7.40 | $ 1,073.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 2.30 | $ 310.50 |
| Vanessa Sanchez | Paralegal | Litigation | $145.00 | 1.30 | $ 188.50 |
| | | | | | |
| | **Totals** | | | 115.80 | $ 25,237.50 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (2,523.75) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 22,713.75 |

**PREPA TITLE III**

**Summary of Disbursements for the Period July 1 through July 31, 2018**

| Description - Expenses | Amounts |
|---|---|
| Copy Fee of Notice of Removal Filed-DJP/HDB | $ 0.50 |
| Duplicating | $ 223.10 |
| United Parcel Service, Inv.725102278, Timothy W. Mungovan, Proskauer Rose LLP-DJP/HDB | $ 241.85 |
| | |
| **Totals** | $ 465.45 |
| | |
| **SUMMARY OF DISBURSEMENTS** | $ 465.45 |

00603067; 1

| | **PREPA TITLE III - AMENDED** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period July 1 through July 31, 2018** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 8.50 | $  1,703.00 |
| 202 | Legal Research | 18.10 | $  3,077.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 0.40 | $      72.00 |
| 206 | Documents filed on behalf of the Board | 3.90 | $    829.00 |
| 207 | Non-Board Court Filings | 0.20 | $      58.00 |
| 208 | Stay Matters | 0.60 | $    174.00 |
| 209 | Adversary Proceeding | 1.80 | $    594.00 |
| 210 | Analysis and Strategy | 62.80 | $15,396.50 |
| 212 | General Administration | 2.40 | $    696.00 |
| 218 | Employment and Fee Applications | 0.50 | $      90.00 |
| 219 | Docketing | 5.80 | $    905.50 |
| 220 | Translations | 7.40 | $  1,073.00 |
| 224 | Fee Applications-O&B | 1.90 | $    314.50 |
| 225 | Fee Applications-Proskauer | 1.50 | $    255.00 |
| | | | **$25,237.50** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (2,523.75)** |
| | | | |
| | **TOTALS** | **115.80** | **$22,713.75** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $20,442.38, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $465.45) in the total amount of $20,907.83.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00603067; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 3, 2018
Bill #:   331363
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2018:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 3,384.50 |
| Less Discount | $ -338.45 |
| Net Professional Services | $ 3,046.05 |
| Total Reimbursable Expenses | $ 242.35 |
| **TOTAL THIS INVOICE** | **$ 3,288.40** |

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/18 | UMF | 224 | Draft tenth (.30) and (.30) eleventh monthly fee applications for the months of April and May in the PREPA's Title III case. | .60 | 210.00 | 126.00 |
| 7/03/18 | HDB | 212 | Exchange e-mails regarding conf. with counsel for Energy Commission. | .20 | 290.00 | 58.00 |
| 7/05/18 | HDB | 208 | Review Objection to Motion for Partial Relief from the Automatic Stay filed by the Municipality of Ponce (.20) and joinder by AAFAF. (.10) | .30 | 290.00 | 87.00 |
| 7/06/18 | HDB | 208 | Analyze Order denying M. Solar's Motion  for Relief from Stay. | .30 | 290.00 | 87.00 |
| 7/06/18 | MMB | 219 | Docket court notice received by email dated July 6, 2018, regarding order 900 granting extension of deadlines in the Autonomous Municipality of Ponce MLS - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/06/18 | MMB | 219 | Docket court notice received by email dated July 6, 2018, regarding order dkt. 901 granting dkt. 899 motion for extension of time to respond, reply, to Antonio Fuentes MLS - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/06/18 | VS | 224 | As requested by U. Fernandez, prepare exhibits for April 2018 monthly fee application for PREPA Title III Case No. 17-4780. | .60 | 145.00 | 87.00 |
| 7/09/18 | HDB | 210 | Review materials in anticipation of PREPA Subcommittee call. (.30) Participate in PREPA Subcommittee call. (1.10) | 1.40 | 290.00 | 406.00 |
| 7/09/18 | MMB | 219 | Docket court notice received by email dated July 9, 2018, regarding deadline to file response to Lord Electric's motion for allowance of administrative expense claims - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

O'Neill & Borges LLC

Bill #:  331363                                                                August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/09/18 | VS | 224 | As requested by U. Fernandez compile exhibits for May 2018 monthly fee application for PREPA Title III Case No. 17-4780. | .50 | 145.00 | 72.50 |
| 7/10/18 | MMB | 219 | Docket court notice received by email dated July 10, 2018 regarding order dkt. 906 granting 7-day time extension sought by motion dkt. 3461 in case 17-283 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/11/18 | HDB | 212 | Review Abengoa's proposed protocol to engage in settlement negotiations (.2)  Draft e-mail regarding same (.1) | .30 | 290.00 | 87.00 |
| 7/11/18 | ETF | 201 | Conf. with A. Collazo regarding use tax concept contemplated by McKinsey in the context of the best interest test. | .20 | 200.00 | 40.00 |
| 7/12/18 | ALC | 201 | Conf. with E. Trigo regarding power usage tax. | .30 | 210.00 | 63.00 |
| 7/12/18 | VS | 224 | As requested by U. Fernandez, compile Exhibit B Part 5 for Third Interim Fee Application for Case No. 17-4780. | .20 | 145.00 | 29.00 |
| 7/13/18 | HDB | 210 | Revise query by M. Bienenstock. (.10) Review PREPA Enabling Act. (.40) Respond to query by M. Bienenstock concerning legal analysis of PREPA Receivership Statute. (.20) | .70 | 290.00 | 203.00 |
| 7/13/18 | ETF | 201 | Conf. with A. Collazo regarding power usage tax. | .30 | 200.00 | 60.00 |
| 7/13/18 | MMB | 219 | Docket court notice received by email dated July 12, 2018, regarding time extension to file objection or response to Fuentes Benejam MLS dkt. 889, movant's reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/13/18 | MMB | 219 | Docket court notice received by email dated July 13, 2018, regarding order on joint motion dkt. 906 for extension of deadlines in connection with Autonomous Municipality of Ponce's MLS 3019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/16/18 | DJP | 218 | Finalize the Third Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Puerto Rico Electric Power Authority ("PREPA"), for the Period from February 1, 2018 through May 31, 2018, in anticipation of its filing. | .30 | 180.00 | 54.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  331363

August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/18 | DJP | 218 | File the Third Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Puerto Rico Electric Power Authority ("PREPA"),for the Period from February 1, 2018 through May 31, 2018, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 7/16/18 | PAG | 225 | Review the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority, for the period February 1, 2018 through May 31, 2018, in anticipation of its filing in the Lead Case No. 17 BK 3283-LTS and in PREPA's Title III Case No. 17 BK 4780-LTS. | .30 | 170.00 | 51.00 |
| 7/16/18 | PAG | 225 | Review all exhibits to be filed in support of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority, for the period February 1, 2018 through May 31, 2018, in anticipation of its filing in the Lead Case No. 17 BK 3283-LTS and PREPA's Title III Case No. 17 BK 4780-LTS. | .30 | 170.00 | 51.00 |
| 7/16/18 | PAG | 225 | Review the Notice of filing of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority, for the period February 1, 2018 through May 31, 2018, in anticipation of its filing in the Lead Case No. 17 BK 3283-LTS and PREPA's Title III Case No. 17 BK 4780-LTS. | .30 | 170.00 | 51.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  331363                                                                                                                    August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/18 | PAG | 225 | File the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority, for the period February 1, 2018 through May 31, 2018, and supporting exhibits, in PREPA's Title III Case No. 17 BK 4780-LTS. | .20 | 170.00 | 34.00 |
| 7/16/18 | PAG | 225 | File the Notice of filing of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority, for the period February 1, 2018 through May 31, 2018, and supporting exhibits, in PREPA's Title III Case No. 17 BK 4780-LTS. | .20 | 170.00 | 34.00 |
| 7/16/18 | PAG | 225 | Draft e-mail to Prime Clerk LLC requesting service of the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority, for the period February 1, 2018 through May 31, 2018, and corresponding Notice. | .20 | 170.00 | 34.00 |
| 7/18/18 | HDB | 210 | Tel. conf. with counsel for PREC. (.90)  Draft e-mail memorandum summarizing conversation with counsel. (.20) | 1.10 | 290.00 | 319.00 |
| 7/20/18 | MMB | 219 | Docket court notice received by email dated July 20, 2018, regarding order dkt. 923 granting time extension to respond to Autonomous Municipality of Ponce's MLS dkt. 3019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/24/18 | HDB | 210 | Analyze the Natural Resources Committee Memorandum on PREPA. | .30 | 290.00 | 87.00 |
| 7/25/18 | HDB | 206 | Review draft of proposed PREPA RSA. | .40 | 290.00 | 116.00 |
| 7/26/18 | ETF | 201 | Verify PREPA bonds insurance agreements. (.30) Draft email to Proskauer regarding same. (.10) | .40 | 200.00 | 80.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 331363 August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/27/18 | MMB | 219 | Docket court notice dkt. 932 received by mail dated July 26, 2018, regarding deadline for PREPA, FAFAA to object motion for relief from stay dkt. 3159, reply thereto - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/30/18 | ALC | 210 | Review questions by E. Barak regarding potential use of current Transition Charge legal structure to implement transition charge associated with the new preliminary RSA. (.60) Discuss with J. L. Marrero (.30) Work on preliminary analysis of current Transition Charge resolution issued by PREC to address related questions about the implementation of the Charge under the new RSA (1.40) | 2.30 | 210.00 | 483.00 |
| 7/31/18 | ALC | 210 | Review PREPA's motion to PREC's order regarding 2019 revenue requirement order as part of analysis of potential implementation of Transition Charge.(.80) Review and consider PREC's Resolution and Order Following Technical conference regarding the 2019 revenue requirement order to address questions related to the potential use of existing legislation (transition charge) to implement the transition charge associated with the new preliminary RSA.(.40) Started analysis of PREC's determinations within the 2016 Restructuring Order in connection with the same questions regarding the use of existing Transition Charge legal scheme (.90). | 2.10 | 210.00 | 441.00 |

TOTAL PROFESSIONAL SERVICES          $ 3,384.50

Less Discount                                          $ -338.45

NET PROFESSIONAL SERVICES:          $ 3,046.05

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 5.00 | 290.00 | 1,450.00 |
| ANTONIO L. COLLAZO | 4.70 | 210.00 | 987.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| DANIEL J. PEREZ REFOJOS | .50 | 180.00 | 90.00 |
| EMILIANO TRIGO FRITZ | .90 | 200.00 | 180.00 |
| PAULA A. GONZALEZ MONTALVO | 1.50 | 170.00 | 255.00 |
| MILAGROS MARCANO BAEZ | .80 | 135.00 | 108.00 |
| VANESSA SANCHEZ | 1.30 | 145.00 | 188.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  331363                                                                                            August 3, 2018

| **Total** | **15.30** | **$ 3,384.50** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 7/23/18 | COPY FEE OF NOTICE OF REMOVAL FILED-DJP/HDB | .50 |
| 7/30/18 | UNITED PARCEL SERVICE, INV.725102278, TIMOTHY W. MUNGOVAN, PROSKAUER ROSE LLP-DJP/HDB | 136.20 |
| 7/30/18 | UNITED PARCEL SERVICE, INV.725102278, TIMOTHY W. MUNGOVAN, PROSKAUER ROSE LLP-DJP/HDB | 105.65 |

TOTAL REIMBURSABLE EXPENSES              $ 242.35

**TOTAL THIS INVOICE**              **$ 3,288.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

IN ACCOUNT WITH

REVISED INVOICE
PLEASE DISREGARD
INVOICE NO. 331364

SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 3, 2018
Bill #: 334730
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 14,279.50 |
| VOLUME DISCOUNT | $ -1,427.95 |
| Net Professional Services | $ 12,851.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12,851.55** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

Client.Matter: P1705 . 3
RE:  FISCAL PLAN

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/18 | OMA | 220 | As requested by attorneys H. D. Bauer, J. Pietrantoni, J. L. Marrero, J. L. Notario, and E. Trigo, translate into English 27-page document - H. B. 1481 - Law to Transform the Puerto Rico Electric Power Authority - pages 1 to 10. | 3.20 | 145.00 | 464.00 |
| 7/03/18 | OMA | 220 | As requested by attorneys H. D. Bauer, J. Pietrantoni, J. L. Marrero, J. L. Notario, and E. Trigo, translate into English 27-page document - H. B. 1481 - Law to Transform the Puerto Rico Electric Power Authority - pages 11 to 20. | 2.80 | 145.00 | 406.00 |
| 7/05/18 | JLM | 210 | Review email and draft presentation received from J. Tony of McKinsey and inquiries posed. | .20 | 305.00 | 61.00 |
| 7/05/18 | JLM | 210 | Email to E. Trigo regarding inquiry posed by McKinsey regarding PREPA rates. | .10 | 305.00 | 30.50 |
| 7/05/18 | OMA | 220 | As requested by attorneys H. D. Bauer, J. Pietrantoni, J. L. Marrero, J. L. Notario, and E. Trigo, translate into English 27-page document - H. B. 1481 - Law to Transform the Puerto Rico Electric Power Authority - pages 21 to 27. | 1.40 | 145.00 | 203.00 |
| 7/09/18 | JLM | 210 | Review document received from McKinsey related to rates being considered for plan implementations. | .20 | 305.00 | 61.00 |
| 7/09/18 | JLM | 210 | Consider Acts, regulations and PREC order to evaluate. | .20 | 305.00 | 61.00 |
| 7/09/18 | JLM | 210 | Discuss with A. Collazo review of rates being proposed based on Act 57, Act 4, new statute adopted for PREPA transformation and prior PREC rate orders. | .30 | 305.00 | 91.50 |
| 7/09/18 | JLM | 210 | Review PREPA transformation and modernization enabling statute. | .50 | 305.00 | 152.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334730                                                                    August 3, 2018

| Date | Init | | Description | | | |
|------|------|-----|-------------|------|--------|----------|
| 7/09/18 | JLM | 210 | Review prior memos and responses to FOMB, Proskauer and McKinsey related to PREC existing and proposed restructure to use in analysis. | .40 | 305.00 | 122.00 |
| 7/09/18 | JLM | 210 | Review email exchange and communication related to PREC/Energy rate regulation process and implementation of PREC reform. | .10 | 305.00 | 30.50 |
| 7/09/18 | ALC | 210 | Review new PREPA fiscal plan in preparation to analysis of rate structures proposed by creditors and questions related therewith by T. Jin (McKinsey) related to best interest doctrine. (1.80) Analyze Act 4-2016 to provide response to questions about Transition Charge under current legal structure and potential implementation. (1.70) discuss with J. L. Marrero review of rate under Act. 57, Act 4 and statute adopted for transformation. (.30) Started draft of preliminary response about current legal structure, potentially required legislation and PREC's involvement in its approval. (1.10) | 4.90 | 210.00 | 1,029.00 |
| 7/09/18 | ALC | 210 | Review government reorganization plan No. 5 and No. 8 (consolidation of government agencies including Puerto Rico Energy Commission to identify substantive legislative changes between both plans (.90) Conf. with J. Candelaria (.30) in preparation to work on analysis of rate structures proposed by creditors and questions related therewith by T. Jin (McKinsey) related to best interest doctrine. | 1.20 | 210.00 | 252.00 |
| 7/10/18 | ALC | 210 | Analyze Government Reorganization Plan's implementation Law to identify substantive impacts or changes on rate structures, rate determinations and implementation if any to further work on analysis of rate structures proposed by creditors and questions related therewith by T. Jin (McKinsey) related to best interest analysis. (2.30) Further work on draft of preliminary response about current legal structure, potentially required legislation and PREC's involvement in its approval in connection with Transition Charges. (.80) Started analysis of rate structure proposed by creditors in connection with potential interconnect fees in light of existing legal structure under Act 54-2014, Act 83-41 and Act 4-2016 to recover costs of connecting to the grid. (1.70) | 4.80 | 210.00 | 1,008.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334730

August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/11/18 | JLM | 210 | Review PREPA transformation and modernization act in light of inquiries posed by J. Tony of McKinsey. | .90 | 305.00 | 274.50 |
| 7/11/18 | JLM | 210 | Review  PREC Reorganization Plan #8 and enabling act in light of inquiries posed by J. Tony of McKinsey. | .80 | 305.00 | 244.00 |
| 7/11/18 | JLM | 210 | Conferences with A. Collazo regarding inquiries posed by McKinsey, review of PREPA transformation act, PREC reorganization and response to inquiries. | .40 | 305.00 | 122.00 |
| 7/11/18 | JLM | 210 | Start review of Act 29-2009 as amended (P3 Act) in light of inquiries posed by J. Tony of McKinsey regarding structure of rate. | .50 | 305.00 | 152.50 |
| 7/11/18 | ALC | 210 | Finished draft of preliminary response to questions in connection with Transition Charge as a proposed rate structure. (.90) Continue work on analysis of rate structure proposed by creditors in connection with potential interconnect fees in light of existing legal structure under Act 54-2014, Act 83-41 and Act 4-2016 to recover costs of connecting to the grid. (.70) Finished draft of preliminary responses to questions related to potential interconnect fixed fees. (.60) Continue with J. L. Marrero regarding inquiries posed by McKinsey regarding structure of rate. (.40) | 2.60 | 210.00 | 546.00 |
| 7/11/18 | ALC | 210 | Review Act 120-2018 (PREPA's transformation Act) to identify substantive changes that may affect existing rate structures. (1.70) Incorporate to analysis of rate structures proposed by creditors as part of responses to questions by T. Jin (McKinsey) related to the best-interest analysis(.90). Analyze PREPA's First-Rate Case and PREC's resolution regarding the same to identify fixed-fee components of the approved rate design. (1.30) Started work on responses to questions by T. Jin (McKinsey) related to fixed-fee rate component proposed by creditors. (.40) | 4.30 | 210.00 | 903.00 |
| 7/11/18 | JAC | 210 | Conduct legal research on whether there is a disconnecting fee under PREPA's laws and regulations, as per A. L. Collazo's request. | 1.60 | 170.00 | 272.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334730                                                                 August 3, 2018

| 7/12/18 | ALC | 210 | Continue draft responses to questions by T. Jin (McKinsey) related to fixed-fee rate component proposed by creditors. (1.40) Review amended rate-case resolutions issued by PREC in connection with questions related to proposed fixed rate component for all customers to cover entirety of grid's fixed cost proposed by creditors. (2.20) Work on preliminary analysis of constitutional requirements related to the proposed Power - usage tax as a rate structure. (.90) Draft preliminary response to questions related to the proposed Power-usage tax. (.60) | 5.10 | 210.00 | 1,071.00 |
|---------|-----|-----|-------------------------------------------------------|------|--------|----------|
| 7/13/18 | JLM | 210 | Continue review and consideration of Act 29 to address request and inquiry from J. Tobin regarding rates. | .60 | 305.00 | 183.00 |
| 7/13/18 | JLM | 210 | Follow up status of response to inquiries posed by J. Tobin regarding rates and PREC involvement for establishing vapor types of rates and fees. | .20 | 305.00 | 61.00 |
| 7/13/18 | ALC | 210 | Finalized draft of preliminary response to questions related to the proposed Power-usage tax. (.60) Draft responses to questions on whether new legislation or other actions could be required in connection with establishing rate structures proposed by creditors. (1.90) | 2.50 | 210.00 | 525.00 |
| 7/16/18 | JLM | 210 | Edit draft response to T. Jin of McKinsey regarding PREPA rate structure proposal and whether they are legal or require further legislation. | .50 | 305.00 | 152.50 |
| 7/16/18 | JLM | 210 | Discuss comments and recommendation to draft response to inquiry on rate with A. Collazo. | .20 | 305.00 | 61.00 |
| 7/16/18 | ALC | 210 | Incorporate analysis of HB 1408 to responses to questions by T. Jin (McKinsey) related to rate structures proposed by creditors.(2.10) Finalized draft of table including all responses to questions. (.90) Discuss with J. L. Marrero. (.20) | 3.20 | 210.00 | 672.00 |
| 7/17/18 | JLM | 210 | Email exchange regarding response to inquiries posed related to rates being proposed and applicable legislation. | .20 | 305.00 | 61.00 |
| 7/18/18 | ETF | 201 | Respond to McKinsey question regarding legislation affecting power sector reform. | .40 | 200.00 | 80.00 |

O'Neill & Borges LLC

Bill #:  334730 — August 3, 2018

| 7/19/18 | ALC | 210 | Analysis of Puerto Rico Fiscal Plan's energy and power regulatory reform to identify compatibility with recently enacted energy legislation. ( 2.60) Compare with Energy Bureau created by Reorganization Plan No. 8. (1.70) Started draft of summary for new PREPA fiscal plan. (.60) | 4.90 | 210.00 | 1,029.00 |
|---|---|---|---|---|---|---|
| 7/19/18 | ETF | 201 | Review Act 120-2018 regarding summary requested by McKinsey. | .40 | 200.00 | 80.00 |
| 7/20/18 | JLM | 210 | Consider Act 57 and Act 4 to address inquiry from G. Sicardo of McKinsey regarding PREPA Board Corporation and reconsideration to include in presentation to offer regarding revised Fiscal Plan. | 1.60 | 305.00 | 488.00 |
| 7/20/18 | JLM | 210 | Review summary of Act implementing Plan #8 requested by McKinsey. | .30 | 305.00 | 91.50 |
| 7/20/18 | JLM | 210 | Email exchange with G. Brelenberg of McKinsey regarding PREPA Board Corporation and recommendations as to numbers of members and independence. | .30 | 305.00 | 91.50 |
| 7/20/18 | ETF | 201 | Review slide prepared by McKinsey regarding Act 57-2014. (.40) Review Act 57-2014 (.90);  Act 37-2017. (.60) Email exchanges with McKinsey (Aaron) and FOMB staff. (.30) | 2.20 | 200.00 | 440.00 |
| 7/20/18 | ETF | 201 | Review summary of HB 1408 regarding PREC reorganization. | .20 | 200.00 | 40.00 |
| 7/23/18 | ETF | 201 | Draft brief summary for McKinsey regarding Act 120-2018 (Puerto Rico Electrical System Transformation Act). | 2.90 | 200.00 | 580.00 |
| 7/23/18 | ETF | 201 | Email exchanges with FOMB staff (J. Garcia) regarding fiscal plan slide on Act 57. | .20 | 200.00 | 40.00 |
| 7/25/18 | JP | 210 | Review proposed PREPA RSA. | 1.40 | 355.00 | 497.00 |
| 7/25/18 | JP | 210 | Review PREPA enabling legislation to determine whether additional legislation is required to implement proposed RSA. | .80 | 355.00 | 284.00 |
| 7/27/18 | ETF | 201 | Tel. conf. with EY (B. Yano) regarding recertification of PREPA fiscal plan. (.10) Tel. conf. with EY (B. Yano), McKinsey and FOMB staff regarding timeline of NOV for PREPA/PRASA fiscal plans. (.50) Respond to McKinsey's proposed certification schedule. (.40) | 1.00 | 200.00 | 200.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  334730                                                                                    August 3, 2018

| 7/30/18 | JP | 210 | Review email from E. Barak relating to what legislation is required to implement proposed RSA and fiscal plan. | .60 | 355.00 | 213.00 |
| 7/30/18 | JP | 210 | analysis of key legislative to consider what additional legislation may be required to implement proposed RSA and fiscal plan. | 1.20 | 355.00 | 426.00 |
| 7/30/18 | JLM | 210 | Review email and inquiries posed by E. Barak regarding PREPA transition rates. | .20 | 305.00 | 61.00 |
| 7/30/18 | JLM | 210 | Conference with A. Collazo regarding inquiries posed by E. Barack regarding Act 4 and PREC Resolution to coordinate response efforts. | .30 | 305.00 | 91.50 |
| 7/31/18 | JLM | 210 | Start review of Act 4 and PREC Resolution regarding transition rate and debt legacy being address therein to respond to inquiries received from E. Barak. | .90 | 305.00 | 274.50 |

TOTAL PROFESSIONAL SERVICES                           $ 14,279.50

VOLUME DISCOUNT                                               $ -1,427.95

NET PROFESSIONAL SERVICES:                             $ 12,851.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JULIO PIETRANTONI | 4.00 | 355.00 | 1,420.00 |
| JERRY LUCAS MARRERO | 9.90 | 305.00 | 3,019.50 |
| ANTONIO L. COLLAZO | 33.50 | 210.00 | 7,035.00 |
| JORGE A. CANDELARIA | 1.60 | 170.00 | 272.00 |
| EMILIANO TRIGO FRITZ | 7.30 | 200.00 | 1,460.00 |
| OLGA M. ALICEA | 7.40 | 145.00 | 1,073.00 |
| **Total** | **63.70** | | **$ 14,279.50** |

**TOTAL THIS INVOICE**                                          **$ 12,851.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018
FOMB IN RE PREPA TITLE III
Bill #:   331365
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1705 - 801**

**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 2,861.50 |
| VOLUME DISCOUNT | $ -286.15 |
| Net Professional Services | $ 2,575.35 |
| Total Reimbursable Expenses | $ 113.50 |
| **TOTAL THIS INVOICE** | **$ 2,688.85** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 801**
**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/16/18 | HDB | 210 | Tel. conf. with counsel for PREPA, E. Corretjer, regarding mediation. (.20) Review issues with Proskauer regarding mediation. (.20)  Tel. conf. with Vitol's counsel. (.20) Draft e-mail regarding same. (.10) Draft e-mail to Proskauer regarding settlement issues. (.20)  Tel. conf. with E. Corretjer regarding mediation issues. (.20) | 1.10 | 290.00 | 319.00 |
| 7/19/18 | FVR | 202 | Review recent notice of removal for the two related Vitol local court cases. (.60) Review 2009 Complaint with corresponding exhibits. (1.10) Review Request for Extension of Time. (.10) Review Informative Motion and  in Compliance with Order. (.10) Review Answer to Complain. (.50) Review Vitol€s 2012 Complaint 2012 with corresponding exhibits. (.70) Review the reply to the opposition to removal. (.30) Review related Sworn Statements. (.40) Review the PREPA-Vitol Purchase Agreement. (.70) Review Motion in Compliance with Order and in Opposition to Request Stay of Proceedings. (.20) Requesting Stay of Proceedings. (.20) Review applicable sections of PROMESA impacting the removal issue. (.20) Review Motion in Opposition to Request the Stay of Proceedings. (.30); Review the 2009 Notice of Removal. (.30) Review the 2012 Notice of Removal. (.30) Analyze Act No. 258. (.40) | 6.40 | 170.00 | 1,088.00 |
| 7/19/18 | MMB | 219 | Conference with F. Vallejo, H. Bauer, regarding notice of removal. | .10 | 135.00 | 13.50 |
| 7/19/18 | MMB | 219 | Prepared binder with notice of removal, exhibits thereto, as requested by F. Vallejo. | .60 | 135.00 | 81.00 |

O'Neill & Borges LLC

Bill #:  331365                                                                August 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/20/18 | FVR | 219 | Continued review of the key docket documents, specifically: Motion in Compliance with Order in Opposition. (.60) Reply to Opposition. (.40) Court Minutes. (.20) and the 45-page motion to strike. (2.30) | 3.50 | 170.00 | 595.00 |
| 7/23/18 | FVR | 202 | Draft Summary of key grounds for Notice of Removal and pertinent procedural background. | 1.00 | 170.00 | 170.00 |
| 7/24/18 | FVR | 202 | Analyze the procedural background of the consolidated case adversary proceeding before the District Court of Puerto Rico. (1.40) Review PROMESA Act to ascertain potentially applicable legal provisions justifying current removal. (.90) Draft outline of initial conclusions. (1.20) | 3.50 | 170.00 | 595.00 |

TOTAL PROFESSIONAL SERVICES                $ 2,861.50

VOLUME DISCOUNT                                    $ -286.15

NET PROFESSIONAL SERVICES:                  $ 2,575.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.10 | 290.00 | 319.00 |
| FRANCES VALLEJO | 14.40 | 170.00 | 2,448.00 |
| MILAGROS MARCANO BAEZ | .70 | 135.00 | 94.50 |
| **Total** | **16.20** | | **$ 2,861.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 7/19/18 | DUPLICATING -  AS OF 7/19/18 (1135 Copies @ $.10) | 113.50 |

TOTAL REIMBURSABLE EXPENSES              $ 113.50

**TOTAL THIS INVOICE**                            **$ 2,688.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018
FOMB IN RE PREPA TITLE III
Bill #:    331366
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1705 - 802**

**RE:  17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

|  |  |
|---|---|
| Total Professional Services | $ 2,204.00 |
| VOLUME DISCOUNT | $ -220.40 |
| Net Professional Services | $ 1,983.60 |
| Total Reimbursable Expenses | $ 109.60 |
| **TOTAL THIS INVOICE** | **$ 2,093.20** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 802**
**RE: 17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/17/18 | HDB | 210 | Tel. conf. with J. Levitan in preparation for potential mediation. (.50) Draft e-mail to E. Corretjer. (.20) Review legal research regarding Department of Justice approval of PREPA Settlements. (.20) Draft e-mail regarding same. (.10) Review e-mails regarding postponement of mediation. (.10) Draft e-mails regarding same (.20) Review e-mails from E. Corretjer. (.20) | 1.50 | 290.00 | 435.00 |
| 7/17/18 | FVR | 202 | Legal research on need for approval by the P. R. Department of Justice on settlements involving a public corporation. | .40 | 170.00 | 68.00 |
| 7/18/18 | HDB | 212 | Coordinate alternate dates for mediation. (.20) Exchange e-mails regarding mediation dates. (.10) | .30 | 290.00 | 87.00 |
| 7/19/18 | HDB | 210 | Commence Review of materials in preparation for mediation. (.70) Outline research project for associate in anticipation of mediation. (.20) Draft notes outlining legal issues and background for mediation. (.30) Receive correspondence from mediator regarding mediation memoranda. (.10) | 1.30 | 290.00 | 377.00 |
| 7/19/18 | MMB | 219 | Prepared binder with notice of removal, exhibits thereto, as requested by F. Vallejo. | .60 | 135.00 | 81.00 |
| 7/20/18 | FVR | 202 | Revise all the docket filings and the exhibits. (1.60) Draft a summary analysis of proceeding including facts, scope and status of on the case. (1.20) | 2.80 | 170.00 | 476.00 |
| 7/21/18 | FVR | 202 | Draft analysis of the Notice of Removal. (.50) Summarize procedural background and facts in order to provide an overview of the case. (.40) | .90 | 170.00 | 153.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  331366                                                                August 3, 2018

| 7/24/18 | FVR | 202 | Analyze PROMESA statute to identify potentially applicable provisions to the allegations made in the case. (1.70) Draft summary of questions and controversies raised in the claim. (1.40) | 3.10 | 170.00 | 527.00 |

|  | TOTAL PROFESSIONAL SERVICES | $ 2,204.00 |
|  | VOLUME DISCOUNT | $ -220.40 |
|  | NET PROFESSIONAL SERVICES: | $ 1,983.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 3.10 | 290.00 | 899.00 |
| FRANCES VALLEJO | 7.20 | 170.00 | 1,224.00 |
| MILAGROS MARCANO BAEZ | .60 | 135.00 | 81.00 |
| **Total** | **10.90** | | **$ 2,204.00** |

### EXPENSES

| Date | Description | Amount |
|-----:|-------------|-------:|
| 7/19/18 | DUPLICATING -  AS OF 7/19/18 (1096 Copies @ $.10) | 109.60 |

|  | TOTAL REIMBURSABLE EXPENSES | $ 109.60 |
|  | **TOTAL THIS INVOICE** | **$ 2,093.20** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 3, 2018
Bill #: 331367
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1705 - 808**

**RE: 18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,262.50 |
| VOLUME DISCOUNT | $ -126.25 |
| Net Professional Services | $ 1,136.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,136.25** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 808**
**RE: 18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/18 | CGB | 209 | Analyze background of prior intents to communicate with PREC counsel set forth in the Draft motion for an extension of time to answer the complaint. (.30) Draft email to PREC counsel Y. Gonzalez seeking her position on various issues including a possible extension of time to respond to the Complaint. (.30) | .60 | 330.00 | 198.00 |
| 7/03/18 | CGB | 209 | Analyze message from PREC counsel Y. Gonzalez setting forth her comments to the proposed consent motion for extension of time for Defendants to respond to the Complaint. | .30 | 330.00 | 99.00 |
| 7/03/18 | CGB | 209 | Sign-off on the revised consent motion for extension of time for Defendants to respond to the Complaint. | .30 | 330.00 | 99.00 |
| 7/03/18 | PAG | 206 | File the Joint Urgent Unopposed Motion for Extension of Time to Respond to the Adversary Complaint of the Puerto Rico Energy Commission. | .20 | 170.00 | 34.00 |
| 7/03/18 | PAG | 206 | Draft e-mail to the Honorable Judge Swain and Hon. Mag. Judge Dein including courtesy copy of the Joint Urgent Unopposed Motion for Extension of Time to Respond to the Adversary Complaint. | .30 | 170.00 | 51.00 |
| 7/03/18 | MMB | 219 | Docket court notice received by email dated July 3, 2018, regarding deadline to answer complaint - H. Bauer, C. Garcia, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/13/18 | CGB | 209 | Analyze email exchange between Proskauer counsel L. Stafford and Plaintiff's counsel Y. Gonzales regarding meet-and-confer options as regards legal arguments for dismissal. | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  331367                                                                                   August 3, 2018

| 7/16/18 | HDB | 212 | Exchange e-mails with counsel for PREC. (.20) Draft e-mail to Proskauer regarding alternatives to dismissal with prejudice. (.10) Email Proskauer as to discussions with counsel for PREC. (.10) | .40 | 290.00 | 116.00 |
|---------|-----|-----|---|-----|--------|--------|
| 7/23/18 | HDB | 212 | Tel. conf. with Proskauer regarding scheduling and issues regarding motion to dismiss. | .30 | 290.00 | 87.00 |
| 7/24/18 | HDB | 212 | Coordinate 60 day stay with counsel for PREC. (.20) Tel. conf. with Proskauer regarding same. (.20) | .40 | 290.00 | 116.00 |
| 7/26/18 | HDB | 212 | Revise draft Motion to Stay. (.20) Draft e-mails regarding same. (.10) | .30 | 290.00 | 87.00 |
| 7/30/18 | HDB | 210 | Review e-mail from counsel for PREC regarding Motion to Stay. (.10) Review issues regarding filing of same. (.10) | .20 | 290.00 | 58.00 |
| 7/31/18 | HDB | 212 | Review e-mails from Proskauer team regarding Motion to Stay. (.10) Review Order granting the same. (.10) | .20 | 290.00 | 58.00 |
| 7/31/18 | DJP | 206 | Finalize the Joint Urgent Unopposed Motion of the Financial Oversight and Management Board for Puerto Rico, the Puerto Rico Electric Power Authority and Puerto Rico Fiscal Agency and Advisory Authority  for a 60-day Stay of Proceedings, in anticipation of its filing. | .40 | 180.00 | 72.00 |
| 7/31/18 | DJP | 206 | Finalize the proposed order to be filed together with the Joint Urgent Unopposed Motion of the Financial Oversight and Management Board for Puerto Rico, the Puerto Rico Electric Power Authority and Puerto Rico Fiscal Agency and Advisory Authority  for a 60-day Stay of Proceedings in 18-00024. | .20 | 180.00 | 36.00 |
| 7/31/18 | DJP | 206 | File the Joint Urgent Unopposed Motion of the Financial Oversight and Management Board for Puerto Rico, the Puerto Rico Electric Power Authority and Puerto Rico Fiscal Agency and Advisory Authority  for a 60-day Stay of Proceedings, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 7/31/18 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Joint Urgent Unopposed Motion of the Financial Oversight and Management Board for Puerto Rico, the Puerto Rico Electric Power Authority and Puerto Rico Fiscal Agency and Advisory Authority  for a 60-day Stay of Proceedings. | .20 | 180.00 | 36.00 |

O'Neill & Borges LLC

Bill #:  331367                                                          August 3, 2018

|   |   |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,262.50 |
| VOLUME DISCOUNT | $ -126.25 |
| NET PROFESSIONAL SERVICES: | $ 1,136.25 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | 1.40 | 330.00 | 462.00 |
| HERMANN BAUER | 1.80 | 290.00 | 522.00 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 180.00 | 180.00 |
| PAULA A. GONZALEZ MONTALVO | .50 | 170.00 | 85.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **4.80** | | **$ 1,262.50** |

**TOTAL THIS INVOICE**                                  $ 1,136.25

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 3, 2018

FOMB IN RE PREPA TITLE III

## RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 3, 2018
FOMB IN RE PREPA TITLE III                              Bill #: 331368
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2018:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,245.50 |
| VOLUME DISCOUNT | $ -124.55 |
| Net Professional Services | $ 1,120.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,120.95** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/18 | CGB | 209 | Analyze Plaintiffs' reply to memorandum of points and authorities in opposition to plaintiffs' motion for remand | .30 | 330.00 | 99.00 |
| 7/02/18 | HDB | 210 | Review Motion to Intervene by Sistemas de Retiros de Empleados de la Autoridad de Energia Electrica. (.30) and Reply Memorandum. (.40) Review Plaintiffs' Response to Intervention Motion. (.20) Review Reply to Opposition to Remand filed by Plaintiffs. (.30) | 1.20 | 290.00 | 348.00 |
| 7/03/18 | MMB | 219 | Docket court notice received by email dated July 3, 2018, regarding order dkt. 24 on PREPA's Employees Retirement System's motion dkt. 21 to intervene - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 7/06/18 | HDB | 210 | Draft e-mail with views on intervention by SREAEE. (.20) Review strategic considerations raised by Proskauer. (.40) | .60 | 290.00 | 174.00 |
| 7/06/18 | DJP | 206 | Finalize the notice of appearance and request to receive notifications to be filed on behalf of Lary Alan Rappaport. | .40 | 180.00 | 72.00 |
| 7/06/18 | DJP | 206 | File the notice of appearance and request to receive notifications on behalf of Lary Alan Rappaport, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 7/09/18 | DJP | 203 | Contact courtroom deputy clerk in order to discuss the termination of the FOMB as a party to this action and the consequences it will have in connection with the notifications of all filings made therein. | .40 | 180.00 | 72.00 |
| 7/12/18 | HDB | 206 | Revise draft response to Retirement System's Motion to Intervene. | .60 | 290.00 | 174.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  331368                                                                    August 3, 2018

| 7/12/18 | DJP | 206 | Analyze preliminary draft of the response to SREAEE's motion to intervene and limited joinder to motion for remand. | .40 | 180.00 | 72.00 |
| 7/13/18 | HDB | 206 | File response to Sistema de Retiro de Los Empleados de la Autoridad de Energía Eléctrica's Motion to Intervene and Limited Joinder to Motion for Remand and Reply to the Oversight Board's Opposition to Plaintiff's Motion for Remand with request for Hearing. | .20 | 290.00 | 58.00 |
| 7/13/18 | DJP | 206 | Draft email to presiding judge attaching stamped version of the recently-filed Response to Sistema de Retiro de Los Empleados de la Autoridad de Energia Electrica's Motion to Intervene and Limited Joinder to Motion for Remand and Reply to the Oversight Boards Opposition to Plaintiffs Motion for Remand with request for Hearing. | .20 | 180.00 | 36.00 |
| 7/20/18 | CGB | 209 | Review Intervenor, Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)'reply to the Board/Debtor's opposition to SREAEE's joinder to the opposition to remand. | .10 | 330.00 | 33.00 |
| 7/20/18 | HDB | 207 | Analyze SREAEE's Brief Reply to Debtors' Response to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica's Motion to Intervene and Limited Joinder to Motion for Remand and Reply to the Oversight Board's Opposition to Plaintiff's Motion for Remand; Request for Hearing | .20 | 290.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES              $ 1,245.50

VOLUME DISCOUNT                                  $ -124.55

NET PROFESSIONAL SERVICES:               $ 1,120.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .40 | 330.00 | 132.00 |
| HERMANN BAUER | 2.80 | 290.00 | 812.00 |
| DANIEL J. PEREZ REFOJOS | 1.60 | 180.00 | 288.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **4.90** | | **$ 1,245.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  331368 August 3, 2018

**TOTAL THIS INVOICE** **$ 1,120.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

           Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

## COVER SHEET TO FOURTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF AUGUST 1, 2018 THROUGH AUGUST 31, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2018 through August 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $25,806.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $25,806.60 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fourteenth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for August 2018.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 22, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 25.00 | $ 7,250.00 |
| Carlos E. George | Member | Labor | $245.00 | 4.80 | $ 1,176.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 17.00 | $ 6,035.00 |
| Rosa M. Lazaro | Member | Corporate | $340.00 | 3.20 | $ 1,088.00 |
| Jerry Lucas Marrero | Member | Corporate | $305.00 | 6.30 | $ 1,921.50 |
| Antonio L. Collazo | Jr. Member | Corporate | $210.00 | 24.60 | $ 5,166.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.80 | $ 168.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 1.50 | $ 270.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 13.60 | $ 2,720.00 |
| Frances Vallejo | Associate | Litigation | $170.00 | 16.20 | $ 2,754.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.50 | $ 67.50 |
| Vanessa Sanchez | Paralegal | Litigation | $145.00 | 0.40 | $ 58.00 |
| | | | | | |
| | **Totals** | | | 113.90 | $ 28,674.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (2,867.40) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 25,806.60 |

**PREPA TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | $ | - |
| | | | |
| **Totals** | | $ | - |
| **SUMMARY OF DISBURSEMENTS** | | $ | - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 11.90 | $ 2,023.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 1.10 | $ 319.00 |
| 204 | Communications with Claim Holders | 3.40 | $ 986.00 |
| 206 | Documents filed on behalf of the Board | 1.20 | $ 260.00 |
| 208 | Stay Matters | 1.30 | $ 377.00 |
| 209 | Adversary Proceeding | 2.80 | $ 812.00 |
| 210 | Analysis and Strategy | 69.00 | $18,259.50 |
| 211 | Non-Working Travel Time | 5.90 | $ 1,369.00 |
| 212 | General Administration | 6.50 | $ 1,885.00 |
| 213 | Labor, Pension Matters | 4.80 | $ 1,176.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 3.70 | $ 740.00 |
| 218 | Employment and Fee Applications | 0.20 | $ 29.00 |
| 219 | Docketing | 0.50 | $ 67.50 |
| 221 | Discovery/2004 Examinations | 0.60 | $ 174.00 |
| 224 | Fee Applications-O&B | 1.00 | $ 197.00 |
| | | | **$28,674.00** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (2,867.40)** |
| | | | |
| | **TOTALS** | **113.90** | **$25,806.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $23,225.94, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $23,225.94.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00597755; 1

# **Exhibit A**

00597755; 1

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

---

September 5, 2018

FOMB IN RE PREPA TITLE III

Bill #: 333584

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 17,556.50 |
| Less Discount | $ -1,755.65 |
| Net Professional Services | $ 15,800.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 15,800.85** |

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 1**
**RE:   GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/01/18 | JP | 210 | Analyze whether PREPA RSA can be implemented under existing legislation or whether new legislation will be required. | 2.20 | 355.00 | 781.00 |
| 8/01/18 | JLM | 210 | Email exchange regarding inquiries received from E. Barak concerning rate implementation. | .20 | 305.00 | 61.00 |
| 8/01/18 | JLM | 210 | Continue review of Act 4 and PREC rate resolution to address inquiries received from E. Barak. | .60 | 305.00 | 183.00 |
| 8/01/18 | JLM | 210 | Revise legal research findings by A. L. Collazo on transition charge issue. (.20) Develop response to E. Barak regarding rate adoptions and transition rate. (.10) | .30 | 305.00 | 91.50 |
| 8/01/18 | ALC | 210 | Continue work on analysis of PREC Restructuring Order for purposes of implementation of transition charge under the existing legal framework. (1.60) Analyze Act 120 (.80) and HB 1408 (.70) to identify effect over Act 4 and transition charge, if any. | 3.10 | 210.00 | 651.00 |
| 8/02/18 | RML | 210 | Review PREPA regulations on Retirement plan to address inquiries from Proskauer in connection with restructuring process. | .90 | 340.00 | 306.00 |
| 8/02/18 | RML | 210 | Internal conference  to discuss issues raised by Proskauer to understand what needs to be done under PR law to approve transition charge and to discuss open issues for transformation and restructuring of PREPA. | 1.90 | 340.00 | 646.00 |
| 8/02/18 | JP | 210 | Meet with H. Bauer, A. Collazo, R. Lazaro, E. Trigo, J. Marrero and C. George to integrate multidisciplinary analysis of whether PREPA RSA can be implemented under existing legislation. | 1.90 | 355.00 | 674.50 |
| 8/02/18 | JP | 210 | Study existing PREPA legislation to determine whether it is consistent with RSA. | 3.20 | 355.00 | 1,136.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

O'Neill & Borges LLC

Bill #:  333584                                                                September 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/02/18 | JLM | 210 | Attend meeting with J. Pietrantoni, A. Collazo, R. Lazaro and G. George and discuss Act 4 and PREC rate resolution requirements in light of transition charge being discussed with bondholders. | .40 | 305.00 | 122.00 |
| 8/02/18 | JLM | 210 | Consider PREC resolution and further research to address inquiry regarding transfer charge being discussed and its implementation. | .30 | 305.00 | 91.50 |
| 8/02/18 | JLM | 210 | Review Act 4 and process to have transition rate increased that may be applicable to the one being negotiated. | .60 | 305.00 | 183.00 |
| 8/02/18 | HDB | 210 | Analyze PREPA's counterproposal for settlement protocol with Abengoa. | .60 | 290.00 | 174.00 |
| 8/02/18 | HDB | 210 | Analyze  legal issues regarding implementation of RSA with PREPA ad hocs. | 2.70 | 290.00 | 783.00 |
| 8/02/18 | CEG | 213 | Consider several issues on PREPA RSA, implications under PR Law and effects on the CBAs and pension plans. | 2.20 | 245.00 | 539.00 |
| 8/02/18 | ALC | 210 | Complete analysis of PREC's 2016 Restructuring Order to address questions related to implementation of Transition Charge for new Preliminary RSA by application of existing legal structure under Act 4, 2016. (1.30) Review and consider Restructuring Resolution issued on 2016 by PREPA Revitalization Corporation as part of analysis of Transition Charge implementation within the legal structure of Act 4, 2016 (2.60). | 3.90 | 210.00 | 819.00 |
| 8/02/18 | ETF | 210 | Analyze questions from Proskauer regarding PREPA RSA and restructuring issues related to the transition change and validations proceedings. | 2.20 | 200.00 | 440.00 |
| 8/03/18 | RML | 210 | Respond to inquiries from internal O&B group on transition charge and issues related to restructuring raised by Proskauer. | .40 | 340.00 | 136.00 |
| 8/03/18 | JP | 210 | Analyze what changes would need to be made to PREPA legislation to implement RSA. | 3.60 | 355.00 | 1,278.00 |
| 8/03/18 | JP | 210 | Email exchange with E. Barak relating to implementation of PREPA RSA. | .40 | 355.00 | 142.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333584                                                                            September 5, 2018

| 8/03/18 | JLM | 210 | consider and analyze transition charge increase, mechanism in Act 4 for increases and potential issue with transition charge being discussed with bondholders. | .90 | 305.00 | 274.50 |
|---|---|---|---|---|---|---|
| 8/03/18 | HDB | 210 | Revise Act 4 regarding transition charge and review issues regarding potential amendments. | .60 | 290.00 | 174.00 |
| 8/03/18 | CEG | 213 | Evaluate Law 120-2018  and  impact on PREPA CBAs and pension plan restructuring. | 1.20 | 245.00 | 294.00 |
| 8/03/18 | ALC | 210 | Complete analysis of Restructuring Resolution issued on 2016 by PREPA Revitalization Corporation as part of analysis of Transition Charge implementation within the legal structure of Act 4, 2016. (.60) Review and consider the Preliminary Restructuring Support Agreement to incorporate analysis of potential implementation of Transition Charge under current legal framework. (1.30)  Work on evaluation of potential required amendments to the statute. (1.10) | 3.00 | 210.00 | 630.00 |
| 8/03/18 | ETF | 210 | Study securitization chapter of Act 4-2016 and possible amendments needed for new PREPA RSA. | 1.40 | 200.00 | 280.00 |
| 8/04/18 | JP | 210 | Telephone conference with E. Barak and P. Possinger relating to implementation of PREPA RSA and required changes to legislation. | .60 | 355.00 | 213.00 |
| 8/04/18 | HDB | 210 | Tel. conf. with E. Barak regarding legal issues on PREPA RSA. | .60 | 290.00 | 174.00 |
| 8/04/18 | ALC | 210 | Prepare for conference call schedule with Proskauer to discuss issues with transfer charge modification. (.20) Tel. conf. with E. Barak and P. Possinger to discuss potential issues related to implementation of transition charge for purposes of the new Preliminary RSA using the legal structure and framework of Act 4 2016. (40) | .60 | 210.00 | 126.00 |
| 8/04/18 | ETF | 210 | Review Act 4-2016 and possible amendments needed for new PREPA RSA. | 1.60 | 200.00 | 320.00 |
| 8/04/18 | ETF | 210 | Tel. Conf with Proskauer (E. Barak and P. Possinger) regarding PREPA RSA. | .60 | 200.00 | 120.00 |
| 8/06/18 | JP | 210 | Email to E. Barak and P. Possinger relating to Norton Rose position on implementation of PREPA RSA and required changes to legislation. | .40 | 355.00 | 142.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333584                                                      September 5, 2018

| 8/06/18 | JP | 210 | Telephone conference with L. Bauer from Norton Rose relating to implementation of PREPA RSA and required changes to legislation. | .70 | 355.00 | 248.50 |
|---------|----|----|----|----|----|----|
| 8/06/18 | HDB | 209 | Review legal issues framed in validation proceedings in connection with research related to RSA implementation. (1.10)  Tel. conf. with J. Pietrantoni and L. Bauer concerning Act 4 and L. Bauer. (.70) | 1.80 | 290.00 | 522.00 |
| 8/06/18 | ALC | 210 | Further work on analysis of potential required amendments to Act 4 2016 in connection with implementation and use of transition charge for purposes of the new Preliminary RSA. | .80 | 210.00 | 168.00 |
| 8/06/18 | ETF | 215 | Prepare chart of sections of Act 4-2016 that need to be amended in accordance with new PREPA RSA. | 3.70 | 200.00 | 740.00 |
| 8/07/18 | ALC | 210 | Research whether validation procedure for 2016 Restructuring Order issued by PREC was initiated. | 1.60 | 210.00 | 336.00 |
| 8/08/18 | HDB | 208 | Analyze First Circuit Opinion reversing the Title III Court's decision denying Motion to Lift Stay filed by PREPA Bondholders. (.80)  Draft e-mail outlining legal issues from Opinion and Order.(.20) | 1.00 | 290.00 | 290.00 |
| 8/08/18 | UMF | 224 | Draft twelfth monthly fee application for the Title III Case for the PREPA for the month of June 2018. | .40 | 210.00 | 84.00 |
| 8/08/18 | ALC | 210 | Review summary of First Circuit Court ruling denying Stay Relief Request in PREPA case for purposes of RSA analysis and transition charge-related issues. | .40 | 210.00 | 84.00 |
| 8/09/18 | VSN | 218 | As requested by U. Fernandez review and compile June 2018 monthly fee application for PREPA Title III Case No. 17-4780. | .20 | 145.00 | 29.00 |
| 8/10/18 | MMB | 219 | Docket court notice dkt. 937 received by email dated August 9, 2018 regarding deadline to file response to Autonomous Municipality of Ponce's motion for hearing and reply dkt. 3736 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/13/18 | ALC | 210 | Further work on bullets/summary of potential amendments to Act 4-2016 requested by Proskauer in connection with RSA implementation of PREPA transition charge. | .60 | 210.00 | 126.00 |
| 8/14/18 | HDB | 210 | Review table of potential amendments to Act 4 to implement new RSA. | .60 | 290.00 | 174.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333584                                                                  September 5, 2018

| 8/14/18 | ALC | 210 | Start work on analysis of PSRB enabling statute requested by P. Possinger in connection with impact on the regulation of power and PREPA .(.70).Finalized memo regarding potentially required amendments to Act 4 for implementation of RSA. (1.60) Email J. Pietrantoni regarding the same. (.10) | 2.40 | 210.00 | 504.00 |
|---|---|---|---|---|---|---|
| 8/15/18 | ALC | 210 | Analyze Act 211 as signed by the Governor on August 12, 2018 to provide input on the regulation of power and PREPA as requested by P. Possinger and E. Barak. (1.90) Draft summary of Act 211 in connection with requested advise. (1.10). Draft email to P. Possinger and Proskauer team regarding the same. (.10) | 3.10 | 210.00 | 651.00 |
| 8/16/18 | HDB | 212 | Outline research project regarding successor liability law in Puerto Rico. | .20 | 290.00 | 58.00 |
| 8/16/18 | ALC | 210 | Incorporate final edits to summary of Act 211 in connection with requested advise on impact of Act 211 on the regulation of power and PREPA. (.30) Email Proskauer team regarding the same.(.10) | .40 | 210.00 | 84.00 |
| 8/20/18 | HDB | 208 | Review stay relief notice for the Heirs of Pedro Matos. (.20)  Draft e-mails regarding same.  (.10) | .30 | 290.00 | 87.00 |
| 8/20/18 | ALC | 210 | Review and consider question by T. Jin from McKinsey regarding potential limitations related to raising PREPA rates. (.20) Draft outline of preliminary response. (.40) | .60 | 210.00 | 126.00 |
| 8/21/18 | ALC | 210 | Review questions from A. Fortmuller about changes in new version of the Commonwealth fiscal plan regarding energy and power regulatory reform and PREB compliance with Fiscal Plan.(.50)  Draft preliminary response. (1.00) | 1.50 | 210.00 | 315.00 |
| 8/22/18 | HDB | 210 | Review response to Alejandro Figueroa's queries regarding PREPA issues. | .20 | 290.00 | 58.00 |
| 8/22/18 | ALC | 210 | Analyze questions by McKinsey team regarding new PRSB funding issues and interplay with Commonwealth Fiscal Plan. (.10) Analyze PRSB law and applicable fiscal plan provisions about an independent regulatory body for energy regulations. (1.40) Further work on draft response. (.70) Revise draft response by E. Trigo Fritz  to Proskauer team in connection with Act 120. (.40) | 2.60 | 210.00 | 546.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333584                                                                                    September 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/28/18 | MMB | 219 | Docket court notice received by email dated August 27, 2018, regarding order dkt. 943 on motion for extension of time dkt. 942 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/29/18 | HDB | 221 | Review letter requesting Bankr. Rule 2004 Examination of PREPA. (.40)  Draft e-mail to Proskauer Team regarding same. (.20) | .60 | 290.00 | 174.00 |
| 8/29/18 | UMF | 224 | Draft monthly fee application for July 2018 in the Title III Case of PREPA. | .40 | 210.00 | 84.00 |
| 8/29/18 | MMB | 219 | Docket court notice received by email dated August 28, 2018, regarding order dkt. 948 granting dkt 944 joint motion in compliance with order in relation with Master Link's motion for relief from stay, joint status report due 9/7/2018 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/29/18 | MMB | 219 | Docket court notice received by email dated August 28, 2018, regarding order dkt. 949 granting dkt. 945 joint motion in compliance with order in relation with Wide Range's motion for relief from stay - joint status report due 9/7/2018 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 8/29/18 | VSN | 224 | As requested by U. Fernandez, review and compile July 2018 monthly fee application for PREPA Title III Case No. 17-4780. | .20 | 145.00 | 29.00 |

TOTAL PROFESSIONAL SERVICES                        $ 17,556.50

Less Discount                                                      $ -1,755.65

NET PROFESSIONAL SERVICES:                         $ 15,800.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 3.20 | 340.00 | 1,088.00 |
| JULIO PIETRANTONI | 13.00 | 355.00 | 4,615.00 |
| JERRY LUCAS MARRERO | 3.30 | 305.00 | 1,006.50 |
| HERMANN BAUER | 9.20 | 290.00 | 2,668.00 |
| CARLOS E. GEORGE | 3.40 | 245.00 | 833.00 |
| ANTONIO L. COLLAZO | 24.60 | 210.00 | 5,166.00 |
| UBALDO M. FERNANDEZ BARRERA | .80 | 210.00 | 168.00 |
| EMILIANO TRIGO FRITZ | 9.50 | 200.00 | 1,900.00 |
| MILAGROS MARCANO BAEZ | .40 | 135.00 | 54.00 |
| VANESSA SANCHEZ | .40 | 145.00 | 58.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333584                                                              September 5, 2018

| **Total** | **67.80** | **$ 17,556.50** |

**TOTAL THIS INVOICE**                              **$ 15,800.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE PREPA TITLE III

Bill #: 334745

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 3,498.00 |
| VOLUME DISCOUNT | $ -349.80 |
| Net Professional Services | $ 3,148.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,148.20** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/06/18 | JLM | 211 | Review revised PREPA Fiscal Plan. | 1.10 | 305.00 | 335.50 |
| 8/07/18 | JLM | 210 | Analyze Judge Swain decision as Title III case regarding power of FOMB versus the Commonwealth to consider impact upon PREPA plans. | .50 | 305.00 | 152.50 |
| 8/07/18 | CEG | 213 | Study modifications to PREPA's CBAs to conform them to the Fiscal Plan. | 1.40 | 245.00 | 343.00 |
| 8/07/18 | ETF | 211 | Review letter from PREPA to FOMB regarding FY 19 budget (1). Respond to questions from M. Tulla and A. Figueroa (0.2). | .30 | 200.00 | 60.00 |
| 8/08/18 | JLM | 210 | Review and consider Appellate Court decision on trial court decision denying relief to stay and appointment of PREPA receive. | .40 | 305.00 | 122.00 |
| 8/08/18 | JLM | 210 | Email exchange with O&B Energy Team related to decision and impact that may have on ongoing negotiations. | .30 | 305.00 | 91.50 |
| 8/10/18 | ETF | 211 | Tel. Conf with EY (C. Loh) regarding revisions to PREPA's budget. | .20 | 200.00 | 40.00 |
| 8/10/18 | ETF | 211 | Revise PREPA budgetary resolution provisions and send comments regarding same to EY. | .80 | 200.00 | 160.00 |
| 8/13/18 | JP | 210 | Analyze impact of Public Service Regulatory Commission legislation on feasibility of PREPA transformation. | .60 | 355.00 | 213.00 |
| 8/13/18 | JP | 210 | Evaluate amendments to Act 4 that would be necessary to issue PREPA restructuring bonds. | .40 | 355.00 | 142.00 |
| 8/14/18 | JP | 210 | Review memo relating to required changes to Act 4 in connection with issuance of PREPA restructuring bonds. | .60 | 355.00 | 213.00 |

O'Neill & Borges LLC

Bill #:  334745

September 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/14/18 | JP | 210 | Email exchanges with P. Possinger and M. Rodriguez (PMA) relating to status of PREPA RFQ. | .60 | 355.00 | 213.00 |
| 8/15/18 | JP | 210 | Revise memo relating to required changes to Act 4 in connection with issuance of PREPA restructuring bonds. | 1.40 | 355.00 | 497.00 |
| 8/16/18 | JP | 210 | Revise memo regarding Public Service Regulatory Commission legislation. | .40 | 355.00 | 142.00 |
| 8/20/18 | ETF | 211 | Revise PREPA budget resolution (1.7). Review August 1st PREPA fiscal plan (.4). | 2.10 | 200.00 | 420.00 |
| 8/21/18 | ETF | 211 | Tel. conf with J. Garcia and EY (Carmen Loh) regarding PREPA budget. | .70 | 200.00 | 140.00 |
| 8/22/18 | JLM | 211 | Review revised PREPA Fiscal Plan. | .70 | 305.00 | 213.50 |

TOTAL PROFESSIONAL SERVICES $ 3,498.00

VOLUME DISCOUNT $ -349.80

NET PROFESSIONAL SERVICES: $ 3,148.20

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 4.00 | 355.00 | 1,420.00 |
| JERRY LUCAS MARRERO | 3.00 | 305.00 | 915.00 |
| CARLOS E. GEORGE | 1.40 | 245.00 | 343.00 |
| EMILIANO TRIGO FRITZ | 4.10 | 200.00 | 820.00 |
| **Total** | **12.50** | | **$ 3,498.00** |

**TOTAL THIS INVOICE** **$ 3,148.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

September 5, 2018
Bill #: 333586
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1705 - 801**

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 6,118.00 |
| VOLUME DISCOUNT | $ -611.80 |
| Net Professional Services | $ 5,506.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,506.20** |

In account with

# O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 801**
**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/01/18 | FVR | 202 | Confirm accuracy of all citations and statutes cited in the draft Notice of Removal memorandum. | .20 | 170.00 | 34.00 |
| 8/06/18 | HDB | 210 | Revise draft memorandum of removal issues in anticipation of mediation. (.30)  Draft e-mail setting forth additional queries for discussion. Review memorandum on substantive claims and defenses in anticipation of mediation. Review legal issues with F. Vallejo. (.60) | .90 | 290.00 | 261.00 |
| 8/06/18 | FVR | 202 | Draft document setting forth an analysis of the substantive merits of the parties defenses and allegations. (2.20)  Legal research to analyze cases that discuss Article 3517 of the Civil Code regarding an illicit cause in contracts and its remedies. (1.70) Conf. with H. D. Bauer regarding review the case status and develop potential strategies in view of same. (.60 ) | 4.50 | 170.00 | 765.00 |
| 8/06/18 | FVR | 202 | Draft analysis of substantive merits of the parties defenses and allegations. (.80) Review the case file to ascertain potential next steps in civil action. (1.40) Legal research for cases that discuss section 3517 of the Civil Code, regarding an illicit cause in contracts and its remedies. (1.80) | 4.00 | 170.00 | 680.00 |
| 8/07/18 | FVR | 202 | Draft summary of key cases discussing Article 3517 of the Civil Code regarding illicit cause and causa torpe in a contract, as well as the legal effects of same. | 3.20 | 170.00 | 544.00 |
| 8/09/18 | HDB | 212 | Review (.10) and respond (.10) to Proskauer e-mail concerning Vitol Mediation issues.  Draft e-mail to counsel for PREPA. (.10) | .30 | 290.00 | 87.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333586                                                                September 5, 2018

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/13/18 | HDB | 210 | Tel. conf. E. Corretjer regarding mediation issues. (.50) Draft e-mail to Proskauer regarding same. (.20)  Review e-mails with Proskauer regarding settlement strategy. (.20) | .90 | 290.00 | 261.00 |
| 8/14/18 | HDB | 210 | Revise draft Mediation Memorandum. (.70)  Review memorandum on substantive issues to be addressed in memorandum. (.40)  Exchange e-mails with Proskauer regarding prior offers. (.30) | 1.40 | 290.00 | 406.00 |
| 8/14/18 | FVR | 210 | Review mediation memorandum. (2.80) Draft comments bases upon civil code analysis. (.20) | 3.00 | 170.00 | 510.00 |
| 8/14/18 | FVR | 210 | Review mediation memorandum from opposing counsel. (.70) Draft bullets of issues raised by same. (.60) | 1.30 | 170.00 | 221.00 |
| 8/22/18 | HDB | 209 | Edit draft mediation statement. | 1.00 | 290.00 | 290.00 |
| 8/23/18 | HDB | 212 | Revise draft Mediation Agreement. (.70)  Draft e-mail PREPA's counsel regarding same. (.10) Draft comments to proposed agreements. (.20) Further revisions to Mediation memorandum in view of comments from PREPA's counsel. (.60) | 1.60 | 290.00 | 464.00 |
| 8/24/18 | HDB | 210 | Exchange e-mails with PREPA's counsel regarding mediation memorandum (.30) and settlement parameters for mediation. (.10) | .40 | 290.00 | 116.00 |
| 8/27/18 | HDB | 212 | Follow-up on issues in preparation for Mediation. (.30) Exchange e-mails regarding settlement authorization. (.30)  Tel. conf. with A. Ashton and J. Levitan regarding mediation issues and strategy (.30)  Prepare for mediation. (.50) | 1.40 | 290.00 | 406.00 |
| 8/28/18 | HDB | 204 | Participate in mediation session with counsel for Vitol and PREPA. (3.20)  Review issues regarding mediation progress with Proskauer's J. Levitan. (.20) | 3.40 | 290.00 | 986.00 |
| 8/31/18 | HDB | 212 | Tel. conf. with Counsel for Vitol regarding potential settlement process. (.20)  Draft e-mail to J. Levitan regarding same. (.10) | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES                         $ 6,118.00

VOLUME DISCOUNT                                              $ -611.80

NET PROFESSIONAL SERVICES:                          $ 5,506.20

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333586                                                September 5, 2018

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 11.60 | 290.00 | 3,364.00 |
| FRANCES VALLEJO | 16.20 | 170.00 | 2,754.00 |
| **Total** | **27.80** | | **$ 6,118.00** |

**TOTAL THIS INVOICE**                                **$ 5,506.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

3

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018
FOMB IN RE PREPA TITLE III
Bill #: 333588
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1705 - 803**

**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,430.00 |
| VOLUME DISCOUNT | $ -143.00 |
| Net Professional Services | $ 1,287.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,287.00** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 803**
**RE:  17-00228-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/15/18 | HDB | 203 | Analyze Opinion and Order dismissing Adversary Complaint. (.70)  Draft e-mail regarding standing findings. (.20) | .90 | 290.00 | 261.00 |
| 8/15/18 | DJP | 210 | Analyze opinion and order granting motion to dismiss and correspondingly dismissing adversary complaint. | .70 | 180.00 | 126.00 |
| 8/16/18 | HDB | 212 | Tel. conf. regarding meet and confer with counsel for UTIER (.20) Draft e-mail to Proskauer regarding same. (.10)  Draft e-mail to counsel for UTIER (.10)  Review Notice of Appeal. (.20) | .60 | 290.00 | 174.00 |
| 8/20/18 | DJP | 206 | Finalize the motion submitting certified translations of exhibits to defendants' motion to dismiss. | .60 | 180.00 | 108.00 |
| 8/20/18 | DJP | 206 | Coordinate the filing of the motion submitting certified translations of exhibits to defendants' motion to dismiss, and supporting exhibits. | .20 | 180.00 | 36.00 |
| 8/21/18 | HDB | 212 | Review issues with C. Febus regarding next steps on Notice of Appeal. (.10)  Draft e-mail to counsel for Plaintiffs regarding same. (.10) | .20 | 290.00 | 58.00 |
| 8/22/18 | HDB | 212 | Review proposed briefing schedule by Appellant. (.10)  Draft e-mail regarding same. (.10) | .20 | 290.00 | 58.00 |
| 8/27/18 | HDB | 212 | Review e-mail regarding briefing schedule by counsel for Appellants. (.10)  Draft e-mail to Proskauer. (.10)  Draft e-mail to Emmanuelli regarding next steps in view of same. (.10) Review Motion to Expedite Appeal. (.50) | .80 | 290.00 | 232.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  333588                                                      September 5, 2018

| Date | | | | | | |
|------|------|-----|---|---|---|---|
| 8/28/18 | HDB | 212 | Tel. conf. with First Circuit regarding expedited briefing schedule. (.20)  Draft e-mail to Proskauer and MTO regarding same. (.10) Tel. conf. with R. Emmanuelli regarding scheduling issues. (.20) Draft e-mail to Proskauer and MTO regarding same. (.10)  Review response from MTO. (.10) | .70 | 290.00 | 203.00 |
| 8/29/18 | HDB | 212 | Review United States Motion to Intervene in Appeal. | .20 | 290.00 | 58.00 |
| 8/31/18 | HDB | 206 | Review Joint FOMB and USA response to Motion for Expedited Briefing Schedule. (.30)  Draft e-mail regarding same. (.10) | .40 | 290.00 | 116.00 |

TOTAL PROFESSIONAL SERVICES               $ 1,430.00

VOLUME DISCOUNT                                     $ -143.00

NET PROFESSIONAL SERVICES:                   $ 1,287.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.00 | 290.00 | 1,160.00 |
| DANIEL J. PEREZ REFOJOS | 1.50 | 180.00 | 270.00 |
| **Total** | **5.50** | | **$ 1,430.00** |

**TOTAL THIS INVOICE**                              **$ 1,287.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE PREPA TITLE III

**RE: 18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

September 5, 2018
FOMB IN RE PREPA TITLE III
Bill #: 333589
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1705 - 808**

**RE: 18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

| | |
|---|---|
| Total Professional Services | $ 13.50 |
| VOLUME DISCOUNT | $ -1.35 |
| Net Professional Services | $ 12.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.15** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 808**
**RE:   18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/01/18 | MMB | 219 | Docket court notice received by email dated July 31, 2018, regarding 60-day stay of proceedings - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 13.50 |
| VOLUME DISCOUNT | | $ -1.35 |
| NET PROFESSIONAL SERVICES: | | $ 12.15 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.10** | | **$ 13.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 12.15** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 5, 2018

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

---

September 5, 2018
FOMB IN RE PREPA TITLE III
Bill #: 333590
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2018:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 58.00 |
| VOLUME DISCOUNT | $ -5.80 |
| Net Professional Services | $ 52.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 52.20** |

Electronic Invoice

IN ACCOUNT WITH
250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:   18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/18 | HDB | 203 | Analyze Court Order on Intervention requests. | .20 | 290.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES                        $ 58.00

VOLUME DISCOUNT                                  $ -5.80

NET PROFESSIONAL SERVICES:                        $ 52.20

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| **Total** | **.20** | | **$ 58.00** |

**TOTAL THIS INVOICE**                             **$ 52.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------------x

## COVER SHEET TO FIFTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00603059; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2018 through September 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $11,932.65 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $11,932.65 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifteenth monthly fee application in these cases.

00603059; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for September 2018.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 8, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting,  Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 11.00 | $ 3,190.00 |
| Carlos E. George | Member | Labor | $245.00 | 6.30 | $ 1,543.50 |
| Rosa M. Lazaro | Member | Corporate | $340.00 | 3.20 | $ 1,088.00 |
| Jerry Lucas Marrero | Member | Corporate | $305.00 | 2.10 | $ 640.50 |
| Antonio L. Collazo | Jr. Member | Corporate | $210.00 | 14.50 | $ 3,045.00 |
| Jose L. Notario Toll | Jr. Member | Corporate | $215.00 | 0.10 | $ 21.50 |
| Maria C. de la Vega | Associate | Corporate | $170.00 | 4.80 | $ 816.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 6.70 | $ 1,206.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 8.00 | $ 1,600.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.80 | $ 108.00 |
| | | | | | |
| | **Totals** | | | 57.50 | $ 13,258.50 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (1,325.85) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 11,932.65 |

**PREPA TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2018**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | | | | |
| | **Totals** | | $ | - |
| | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | $ | - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 4.00 | $    800.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 0.80 | $    232.00 |
| 205 | Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 0.50 | $    145.00 |
| 206 | Documents filed on behalf of the Board | 2.60 | $    490.00 |
| 207 | Non-Board Court Filings | 2.30 | $    595.00 |
| 209 | Adversary Proceeding | 2.20 | $    606.50 |
| 210 | Analysis and Strategy | 20.70 | $  4,367.00 |
| 211 | New-Budgeting | 0.70 | $    140.00 |
| 212 | General Administration | 3.10 | $    899.00 |
| 213 | Labor, Pension Matters | 11.90 | $  3,197.00 |
| 214 | Legal/Regulatory Matters | 7.30 | $  1,505.00 |
| 219 | Docketing | 0.80 | $    108.00 |
| 221 | Discovery/2004 Examinations | 0.60 | $    174.00 |
| | | | **$13,258.50** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$ (1,325.85)** |
| | | | |
| | **TOTALS** | **57.50** | **$11,932.65** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $10,739.39, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $10,739.39.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00603059; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 3, 2018
FOMB IN RE PREPA TITLE III                                   Bill #:   335289
Billing Attorney:  HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 5,871.50 |
| Less Discount | $ -587.15 |
| Net Professional Services | $ 5,284.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,284.35** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/05/18 | JLM | 210 | Review FOMB letter to Senate regarding energy regulation framework being discussed and PREPA's debt objection and restructuring of the same. | .30 | 305.00 | 91.50 |
| 9/05/18 | JLM | 214 | Review and consider inquiry posed by W. Van Schalkwyk of McKinsey regarding electric Cooperatives bill at the PR Legislature. | .10 | 305.00 | 30.50 |
| 9/05/18 | JLM | 214 | Review electric Cooperatives bill (PS 984). | .30 | 305.00 | 91.50 |
| 9/05/18 | ALC | 210 | Consider question from McKinsey team regarding Senate Bill 984 Energy Cooperatives Act. (.10) Preliminary review of Bill 984 (.20) and discuss with J. L. Notario. (.10) | .40 | 210.00 | 84.00 |
| 9/05/18 | ETF | 214 | Review Citi memo regarding PS 984. (.20) Review PS 984. (.50) | .70 | 200.00 | 140.00 |
| 9/06/18 | HDB | 221 | Analyze draft response to Rule 2004 Letter request by UTIER (.20) Draft email to Proskauer team with views and comments on proposed response. (.10) | .30 | 290.00 | 87.00 |
| 9/07/18 | ETF | 201 | Telephone conference with McKinsey (W. Van Schalkwyk and A. Bielenberg) regarding electricity coops bill. | .30 | 200.00 | 60.00 |
| 9/08/18 | ETF | 207 | Study first circuit opinion regarding PREPA bondholders request to appoint a receiver and the scope of PROMESA sections 305 and 306. | .80 | 200.00 | 160.00 |
| 9/10/18 | HDB | 221 | Review e-mail from OMM regarding response to UTIER's Rule 2004 Examination Request. (.20) Sign-off on final draft of response. (.10) | .30 | 290.00 | 87.00 |
| 9/11/18 | JLM | 214 | Review PS984 in light of inquiry posed by McKinsey. | .40 | 305.00 | 122.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335289                                                                    October 3, 2018

| 9/11/18 | JLM | 214 | Follow up status of response to McKinsey inquiries regarding PS984. | .10 | 305.00 | 30.50 |
|---|---|---|---|---|---|---|
| 9/11/18 | ETF | 201 | Exchange with McKinsey (W. van Schalkwyk) regarding coops bill. | .10 | 200.00 | 20.00 |
| 9/13/18 | MCD | 214 | Monitor legislative bills and activity in order to identify any recently enacted or amended laws relating to energy matters. | .50 | 170.00 | 85.00 |
| 9/14/18 | JLM | 214 | Review article regarding PREPA negotiation of RSA and extension request. | .10 | 305.00 | 30.50 |
| 9/14/18 | MMB | 219 | Docket court notice received by email dated September 14, 2018, regarding order dkt. 962 setting deadline for the parties to meet and confer, and file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/17/18 | MCD | 214 | Monitor Legislative Bills and Activity regarding energy matters and Review weekly news letter containing legislative updates. | .50 | 170.00 | 85.00 |
| 9/18/18 | JLM | 214 | Review various news and articles regarding PREPA status and Southern States energy and rejection of Jones Act waiver. | .30 | 305.00 | 91.50 |
| 9/18/18 | ETF | 201 | Review letter from PREPA-ERS to FOMB regarding RSA. | .20 | 200.00 | 40.00 |
| 9/19/18 | HDB | 213 | Review letter by the PREPA Retirement System's counsel regarding PREPA RSA. | .40 | 290.00 | 116.00 |
| 9/20/18 | DJP | 206 | File PREPA's Unopposed Urgent Motion for 30-day Extension of Time to Reply to Vitol Inc. and Vitol S.A's Objection to PREPA's Motion to Strike First Notice of Removal and to Remand Adversary Proceedings on Equitable Grounds, through the court's electronic filing system for PREPA's main Tit. III Case (17-4780). | .20 | 180.00 | 36.00 |
| 9/20/18 | MCD | 214 | Monitor Legislative Bills and activity on PR Energy Bureau Website regarding resolutions and actions; Review and analyze identified resolutions to assess their relevance. | .70 | 170.00 | 119.00 |
| 9/21/18 | ALC | 210 | Review email from P. Garbaczewski to E. Trigo requesting information and documents related to process map for key steps/activities/decisions in the process of a rate increase. | .10 | 210.00 | 21.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335289                                                                October 3, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/21/18 | ALC | 210 | Revise summary requirements under Act 57 in connection with PREPA rates and rates increases to respond to email from P. Garbaczewski requesting information and documents related to process map for key steps/activities/decisions in the process of a rate increase. | .40 | 210.00 | 84.00 |
| 9/21/18 | ALC | 210 | Up-date summary of PREC's resolutions and orders in connection with PREPA rates and revenue requirements including 2019 special revenue requirement to respond to email from P. Garbaczewski requesting information and documents related to process map for key steps/activities/decisions in the process of a rate increase. | .30 | 210.00 | 63.00 |
| 9/21/18 | ALC | 210 | Email P. Garbaczewski to address his questions and requests related to process map for key steps/activities/decisions in the process of a rate increase. | .20 | 210.00 | 42.00 |
| 9/21/18 | ETF | 201 | Email exchange with E. Barak regarding P3 Act. | .20 | 200.00 | 40.00 |
| 9/21/18 | MCD | 214 | Review Resolution and Order regarding review of the Puerto Rico Electric Power Authority IRP. (.40) Draft Summary of Order. (1.90) | 2.30 | 170.00 | 391.00 |
| 9/24/18 | JLM | 214 | Review PREPA rate adoption or modification process prepared document as requested by P. Garbaezewski. | .20 | 305.00 | 61.00 |
| 9/24/18 | JLM | 214 | Review table comparing PREC 2017 and 2019 rate order sent to P. Garbaezewski. | .20 | 305.00 | 61.00 |
| 9/24/18 | JLM | 214 | Review PREPA reporting material news. | .10 | 305.00 | 30.50 |
| 9/24/18 | ALC | 210 | Prepare for Tel. conf. with Proskauer team to preliminary discuss Act 120 and interaction with provisions of P3 statute in connection with PREPA modernization. | .30 | 210.00 | 63.00 |
| 9/24/18 | ALC | 210 | Review email from M. Bienenstock requesting analysis of Key P3 statute requirements in connection with effort to accomplish PREPA transformation. | .10 | 210.00 | 21.00 |
| 9/24/18 | ALC | 210 | Work on analysis of key provisions of P3 statute and changes/ interaction with PREPA transformation (Act 120-2018) to prepare memorandum in support of FOMB implementation of PREPA transformation. | 4.80 | 210.00 | 1,008.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335289                                                                              October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/24/18 | ALC | 210 | Tel. conf. with Proskauer team to preliminary discuss Act 120 and interaction with provisions of P3 statute in connection with PREPA modernization. | .50 | 210.00 | 105.00 |
| 9/24/18 | ALC | 210 | Started work on summary / memorandum of key provisions of P3 statute and changes/ interaction with PREPA transformation statute (Act 120-2018) in support of FOMB implementation of PREPA transformation. | 1.10 | 210.00 | 231.00 |
| 9/24/18 | MCD | 214 | Monitor Legislative Bills and Activity to determine if there have been any recent developments. (.50) Review Summary of Resolution and Order regarding review of the Puerto Rico Electric Power Authority IRP. (.30) | .80 | 170.00 | 136.00 |
| 9/25/18 | HDB | 210 | Edit memorandum on PREPA ERS structure and impact of prior judgment on effectiveness of trust. | .30 | 290.00 | 87.00 |
| 9/25/18 | JLN | 210 | Analyze with A. L. Collazo language related to terms for presentation of P3 Agreements to the Legislative Assembly. | .10 | 215.00 | 21.50 |
| 9/25/18 | ALC | 210 | Discuss with J. L. Notario certain language related to terms for presentation of P3 Agreements to the Legislative Assembly pursuant Act 120-2018 in connection with analysis  of key P3 provisions in support of  PREPA transformation. | .10 | 210.00 | 21.00 |
| 9/25/18 | ALC | 210 | Finalized draft of memorandum/analysis  of key provisions of P3 statute and interaction with PREPA transformation statute (Act 120-2018) in support of FOMB implementation of PREPA transformation. | 6.20 | 210.00 | 1,302.00 |
| 9/25/18 | MMB | 219 | Docket court notice received by email dated September 21, 2018, regarding order dkt. 967 to amend order in relation with motion dkt. 965 to strike first notice of removal - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/26/18 | HDB | 213 | Analyze legal analysis of PREPA Retiree Claims prepared by Proskauer. | .40 | 290.00 | 116.00 |
| 9/27/18 | HDB | 213 | Receive briefing of meeting with PREPA Retirees' meeting from R. Lazaro. (.30)  Review issues regarding meeting with retiree committee with P. Possinger. (.20) | .50 | 290.00 | 145.00 |
| 9/27/18 | HDB | 210 | Review e-mail from K. Finger outlining Abengoa potential Settlement Protocols. | .30 | 290.00 | 87.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335289                                                                October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/27/18 | MMB | 219 | Docket court notice received by email dated September 25, 2018, regarding order 972 further extending deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/30/18 | HDB | 212 | Revise language in rectified PREPA Budget language concerning budgetary enforcement language regarding fuel and purchased power, labor and resiliency. | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES                    $ 5,871.50

Less Discount                                                  $ -587.15

NET PROFESSIONAL SERVICES:                     $ 5,284.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JERRY LUCAS MARRERO | 2.10 | 305.00 | 640.50 |
| HERMANN BAUER | 2.80 | 290.00 | 812.00 |
| JOSE L. NOTARIO TOLL | .10 | 215.00 | 21.50 |
| ANTONIO L. COLLAZO | 14.50 | 210.00 | 3,045.00 |
| DANIEL J. PEREZ REFOJOS | .20 | 180.00 | 36.00 |
| EMILIANO TRIGO FRITZ | 2.30 | 200.00 | 460.00 |
| MARIA C. DE LA VEGA | 4.80 | 170.00 | 816.00 |
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **27.10** | | **$ 5,871.50** |

**TOTAL THIS INVOICE**                              **$ 5,284.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH 250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 3, 2018
FOMB IN RE PREPA TITLE III                                Bill #:   335290
Billing Attorney:  HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

|                                   |            |
|-----------------------------------|-----------:|
| Total Professional Services       | $ 1,996.00 |
| VOLUME DISCOUNT                    | $ -199.60  |
| Net Professional Services         | $ 1,796.40 |
| Total Reimbursable Expenses       | $ .00      |
| **TOTAL THIS INVOICE**            | **$ 1,796.40** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|------:|-----:|-------:|
| 9/08/18 | CEG | 213 | Revise central government  CBAs with AFSCME and AFT. | 1.30 | 245.00 | 318.50 |
| 9/09/18 | CEG | 213 | Study potential modification to PREPA CBAs in accordance  with fiscal plan. | .80 | 245.00 | 196.00 |
| 9/11/18 | CEG | 213 | Review PREPA and UTIER CBA and consider proposed modifications. | 1.40 | 245.00 | 343.00 |
| 9/12/18 | ETF | 211 | Edit UWC regarding PREPA's revised budget for Fiscal Year 2019. | .70 | 200.00 | 140.00 |
| 9/18/18 | CEG | 213 | Review UTIER CBA and consider potential changes in accordance with Fiscal Plan. | 1.30 | 245.00 | 318.50 |
| 9/25/18 | RML | 213 | Provide information of PREPA ERS and review summary requested by D. Desatnik. | .60 | 340.00 | 204.00 |
| 9/26/18 | ETF | 213 | Review Judge Swain opinion regarding UTIER's challenge of the certified fiscal plans and budgets and certain fiscal emergency statutes. | 1.40 | 200.00 | 280.00 |
| 9/27/18 | CEG | 213 | Attend prep meeting with  PREPA pension plan board members and FOMB to consider strategy to follow. | .50 | 245.00 | 122.50 |
| 9/27/18 | CEG | 213 | Consider restriction under PREPA/UTIER CBA that may impact pension plan amendment and it's impact under a potential sale scenario. | .30 | 245.00 | 73.50 |

|  |  |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $ 1,996.00 |
| VOLUME DISCOUNT | $ -199.60 |
| NET PROFESSIONAL SERVICES: | $ 1,796.40 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335290                                                                    October 3, 2018

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | .60 | 340.00 | 204.00 |
| CARLOS E. GEORGE | 5.60 | 245.00 | 1,372.00 |
| EMILIANO TRIGO FRITZ | 2.10 | 200.00 | 420.00 |
| **Total** | **8.30** | | **$ 1,996.00** |

**TOTAL THIS INVOICE**                                    **$ 1,796.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 3, 2018
Bill #: 335291
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending September 30, 2018:

**Client.Matter: P1705 - 801**

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 229.00 |
| VOLUME DISCOUNT | $ -22.90 |
| Net Professional Services | $ 206.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 206.10** |

250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 801**
**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/20/18 | HDB | 206 | Revise and sign-off on PREPA's Unopposed Urgent Motion for 30-day Extension of Time to Reply to Vitol Inc. and Vitol S.A's Objection to PREPA's Motion to Strike First Notice of Removal and to Remand Adversary Proceedings on Equitable Grounds | .20 | 290.00 | 58.00 |
| 9/20/18 | DJP | 206 | Finalize PREPA's Unopposed Urgent Motion for 30-day Extension of Time to Reply to Vitol Inc. and Vitol S.A's Objection to PREPA's Motion to Strike First Notice of Removal and to Remand Adversary Proceedings on Equitable Grounds, in anticipation of its filing. | .20 | 180.00 | 36.00 |
| 9/20/18 | DJP | 206 | Finalize the proposed order to be attached to the PREPA's Unopposed Urgent Motion for 30-day Extension of Time to Reply to Vitol Inc. and Vitol S.A's Objection to PREPA's Motion to Strike First Notice of Removal and to Remand Adversary Proceedings on Equitable Grounds. | .20 | 180.00 | 36.00 |
| 9/20/18 | DJP | 206 | File PREPA's Unopposed Urgent Motion for 30-day Extension of Time to Reply to Vitol Inc. and Vitol S.A's Objection to PREPA's Motion to Strike First Notice of Removal and to Remand Adversary Proceedings on Equitable Grounds, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 9/20/18 | DJP | 206 | Email to presiding judge attaching filed version of the PREPA's Unopposed Urgent Motion for 30-day Extension of Time to Reply to Vitol Inc. and Vitol S.A's Objection to PREPA's Motion to Strike First Notice of Removal and to Remand Adversary Proceedings on Equitable Grounds. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335291

October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/21/18 | MMB | 219 | Docket court notice received by email dated September 21, 2018, regarding deadline to file reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/25/18 | MMB | 219 | Docket court notice received by email dated September 21, 2018, regarding order dkt. 25 to amend order on motion to strike first notice of removal - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES                          $ 229.00

VOLUME DISCOUNT                                               $ -22.90

NET PROFESSIONAL SERVICES:                           $ 206.10

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 180.00 | 144.00 |
| MILAGROS MARCANO BAEZ | .20 | 135.00 | 27.00 |
| **Total** | **1.20** | | **$ 229.00** |

**TOTAL THIS INVOICE**                          **$ 206.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

October 3, 2018
Bill #: 335292
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 802**

**RE: 17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 49.50 |
| VOLUME DISCOUNT | $ -4.95 |
| Net Professional Services | $ 44.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 44.55** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 802**
**RE: 17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/20/18 | DJP | 206 | File PREPA's Unopposed Urgent Motion for 30-day Extension of Time to Reply to Vitol Inc. and Vitol S.A's Objection to PREPA's Motion to Strike First Notice of Removal and to Remand Adversary Proceedings on Equitable Grounds, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 9/25/18 | MMB | 219 | Docket court notice received by email dated September 21, 2018, regarding order dkt. 25 to amend order on motion to strike first notice of removal - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 49.50 |
| VOLUME DISCOUNT | | $ -4.95 |
| NET PROFESSIONAL SERVICES: | | $ 44.55 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .20 | 180.00 | 36.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.30** | | **$ 49.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 44.55** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MuÑoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

## O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE PREPA TITLE III
Bill #: 335293
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 803**

**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 464.00 |
| VOLUME DISCOUNT | $ -46.40 |
| Net Professional Services | $ 417.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 417.60** |

Electronic Invoice

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

**Client.Matter: P1705 . 803**
**RE:  17-00228-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/04/18 | HDB | 212 | Review issues concerning consent to briefing schedule on behalf of individual Board Members. | .20 | 290.00 | 58.00 |
| 9/07/18 | HDB | 203 | Review Scheduling Orders on appeal. | .20 | 290.00 | 58.00 |
| 9/11/18 | HDB | 207 | Analyze appellant's brief filed by UTIER Appeal No. 18-1787. | 1.20 | 290.00 | 348.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 464.00 |
| VOLUME DISCOUNT | $ -46.40 |
| NET PROFESSIONAL SERVICES: | $ 417.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.60 | 290.00 | 464.00 |
| **Total** | **1.60** | | **$ 464.00** |

|  |  |
|--|--|
| **TOTAL THIS INVOICE** | **$ 417.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE PREPA TITLE III
Bill #: 335294
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 637.00 |
| VOLUME DISCOUNT | $ -63.70 |
| Net Professional Services | $ 573.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 573.30** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: P1705 . 804
RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/11/18 | MMB | 219 | Docket court notice received by email dated September 11, 2018, regarding deadline for appellant to file nine paper copies of brief in COA case 18-1787 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/26/18 | HDB | 203 | Commence analysis of Opinion and Order grating in part, denying in part, Motion to Dismiss 17-ap-229. (.50) Draft e-mail regarding same. (.10) | .60 | 290.00 | 174.00 |
| 9/26/18 | CEG | 209 | Study opinion and order on motion to dismiss. | .70 | 245.00 | 171.50 |
| 9/27/18 | HDB | 212 | Review e-mail from J. Richman. (.10) Coordinate extension of time to respond to surviving claims. (.20) Draft e-mail to J. Richman regarding conversation with Emmanuelli. (.10) | .40 | 290.00 | 116.00 |
| 9/27/18 | DJP | 210 | Analyze opinion and order granting in part and denying in part defendants' motion to dismiss adversary complaint under Fed.R.Civ.P. 12(b)(1) and (b)(6). | .90 | 180.00 | 162.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 637.00 |
| VOLUME DISCOUNT | $ -63.70 |
| NET PROFESSIONAL SERVICES: | $ 573.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.00 | 290.00 | 290.00 |
| CARLOS E. GEORGE | .70 | 245.00 | 171.50 |
| DANIEL J. PEREZ REFOJOS | .90 | 180.00 | 162.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335294                                                          October 3, 2018

| | | |
|---|---|---|
| **Total** | **2.70** | **$ 637.00** |

**TOTAL THIS INVOICE**                                    **$ 573.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE PREPA TITLE III
Bill #: 335295
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 808**

**RE: 18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

| | |
|---|---|
| Total Professional Services | $ 203.00 |
| VOLUME DISCOUNT | $ -20.30 |
| Net Professional Services | $ 182.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 182.70** |

IN ACCOUNT WITH
250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1705 . 808**
**RE:   18-00024-LTS PREPA V. PR ENERGY COMMISSION-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/17/18 | HDB | 209 | Review issues regarding expiration of litigation stay. (.20)  Draft e-mail to K. Rifkind. (.10) | .30 | 290.00 | 87.00 |
| 9/25/18 | HDB | 212 | Tel. conf. with Y. Gonzalez, counsel for PREB regarding extension of time on briefing schedule and Contract Order. (.20) Email to M. Dale and G. Mashberg regarding recommendations. (.20) | .40 | 290.00 | 116.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 203.00 |
| VOLUME DISCOUNT | $ -20.30 |
| NET PROFESSIONAL SERVICES: | $ 182.70 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 290.00 | 203.00 |
| **Total** | **.70** | | **$ 203.00** |

**TOTAL THIS INVOICE**                          **$ 182.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE PREPA TITLE III
Bill #: 335296
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,981.00 |
| VOLUME DISCOUNT | $ -198.10 |
| Net Professional Services | $ 1,782.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,782.90** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/05/18 | HDB | 212 | Review query from PREPA's in house counsel. (.10) E-mail to Proskauer. (.10)  Draft status report to PREPA's counsel. (.20) | .40 | 290.00 | 116.00 |
| 9/25/18 | ETF | 201 | Review letter from PREPA ERS. (.40) Review Rivera-Rivera motion to intervene. (1.10) Review limited joinder to motion for remand. (.40) Review reply to opposition to remand motion. (.60) Draft memo describing PREPA ERS requested by Proskauer / N. Jaresko. (.70) | 3.20 | 200.00 | 640.00 |
| 9/25/18 | ETF | 213 | Review Proskauer memo for PREPA-ERS meeting. | .40 | 200.00 | 80.00 |
| 9/27/18 | RML | 213 | Prepare for meeting with PREPA Retirement Bard and attend Preparatory meeting with N. Jaresko, P. Possinger and W. Fornia and FOMB team. | 1.20 | 340.00 | 408.00 |
| 9/27/18 | RML | 213 | Meeting with N. Jaresko, P. Possinger, N. Morales of PREPA, J. Rivera, President of PREPA Retirement Board and R. Emmanuelli and respective teams. | 1.40 | 340.00 | 476.00 |
| 9/27/18 | HDB | 207 | Analyze informative motion filed by PREPA - ERS (.20) Draft email to M. Dale of Proskauer regarding Motion and need to respond. (.10) | .30 | 290.00 | 87.00 |
| 9/28/18 | HDB | 212 | Tel. conf. with counsel for PREB. (.20)  Revise draft Urgent Motion on Briefing Schedule. (.20) Email to Proskauer (M. Dale) regarding same. (.10)  Sign-off on Motion for filing. (.10) | .60 | 290.00 | 174.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,981.00 |
| VOLUME DISCOUNT | $ -198.10 |
| NET PROFESSIONAL SERVICES: | $ 1,782.90 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335296

October 3, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 2.60 | 340.00 | 884.00 |
| HERMANN BAUER | 1.30 | 290.00 | 377.00 |
| EMILIANO TRIGO FRITZ | 3.60 | 200.00 | 720.00 |
| **Total** | **7.50** | | **$ 1,981.00** |

**TOTAL THIS INVOICE**                         **$ 1,782.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

October 3, 2018

FOMB IN RE PREPA TITLE III

**RE: 18-00063-LTS PBJL ENERGY CORP. V. PREPA-CBG**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 3, 2018
FOMB IN RE PREPA TITLE III
Bill #: 335297
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2018:

**Client.Matter: P1705 - 812**

**RE: 18-00063-LTS PBJL ENERGY CORP. V. PREPA-CBG**

| | |
|---|---|
| Total Professional Services | $ 1,827.50 |
| VOLUME DISCOUNT | $ -182.75 |
| Net Professional Services | $ 1,644.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,644.75** |

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 812**
**RE: 18-00063-LTS PBJL ENERGY CORP. V. PREPA-CBG**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/06/18 | DJP | 210 | Contact counsel for plaintiff in state court case related to adversary proceeding in order to request copy of the complaint filed in state court in the action captioned PBJL Energy Corporation v. Autoridad de Energía Eléctrica, et al, Civil Núm. K AC2015-0465 (906). | .30 | 180.00 | 54.00 |
| 9/06/18 | DJP | 210 | Email to M. Morris from Proskauer Rose LLP detailing the different statute of limitations under Puerto Rico law for contractual and non-contractual claims. | .30 | 180.00 | 54.00 |
| 9/07/18 | HDB | 210 | Tel. conf. with M. Dale regarding issues to be addressed as we prepare to respond to complaint. (.30) Email to PREPA. (.10) Commence review of Amended Complaint. (.50) | .90 | 290.00 | 261.00 |
| 9/10/18 | HDB | 209 | Follow-up with counsel for PREPA. (.10) Review issues regarding extension of time. (.10) Continue review of Amended Complaint. (.40) Exchange e-mails with PREPA in house counsel regarding state court proceeding. (.20) Exchange e-mails with Proskauer regarding state court proceedings. (.20) | 1.00 | 290.00 | 290.00 |
| 9/11/18 | HDB | 212 | Tel. conf. with counsel for Plaintiffs. (.20) Email to Proskauer regarding same. (.10) Edit draft motion for extension of time (.2) Email regarding the same. (.10) | .60 | 290.00 | 174.00 |
| 9/11/18 | DJP | 210 | Analyze adversary complaint in order to ascertain the nature of claims and the capacity in which the FOMB is listed. | .80 | 180.00 | 144.00 |
| 9/11/18 | DJP | 210 | Analyze order requiring plaintiff to show cause as to why complaint should not be dismissed for lack of prosecution. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335297                                                                                    October 3, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/11/18 | DJP | 210 | Analyze motion showing cause and informing PREPA's waiver of service, as well as the exhibits submitted in support thereof. | .40 | 180.00 | 72.00 |
| 9/11/18 | DJP | 210 | Draft unopposed urgent motion of the financial oversight and management board and PREPA for a 21-day extension to respond to the adversary complaint. | .70 | 180.00 | 126.00 |
| 9/11/18 | DJP | 210 | Draft proposed order in connection with unopposed urgent motion of the financial oversight and management board and PREPA for a 21-day extension to respond to the adversary complaint. | .30 | 180.00 | 54.00 |
| 9/11/18 | DJP | 210 | Discuss with H. Bauer, M. Dale, and G. Mashberg, legal strategy as to the capacity in which the FOMB would appear in adversary proceeding. | .40 | 180.00 | 72.00 |
| 9/12/18 | DJP | 206 | Incorporate additional changes to the unopposed urgent motion of the Financial Oversight and Management Board for a 21-day extension to respond to the adversary complaint. | .30 | 180.00 | 54.00 |
| 9/12/18 | DJP | 206 | Email to M. Dale and G. Mashberg attaching latest draft of the unopposed urgent motion of the Financial Oversight and Management Board for a 21-day extension to respond to the adversary complaint for their review and approval. | .20 | 180.00 | 36.00 |
| 9/13/18 | DJP | 206 | Finalize Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Electric Power Authority for a 21-Day Extension of Time to Respond to Plaintiff's Adversary Complaint, in anticipation of its filing. | .30 | 180.00 | 54.00 |
| 9/13/18 | DJP | 206 | File the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Electric Power Authority for a 21-Day Extension of Time to Respond to Plaintiff's Adversary Complaint through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 9/13/18 | DJP | 206 | Email to presiding judge attaching stamped version of the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Electric Power Authority for a 21-Day Extension of Time to Respond to Plaintiff's Adversary Complaint. | .20 | 180.00 | 36.00 |
| 9/14/18 | HDB | 212 | Correspond with local court counsel for PREPA and Proskauer regarding conference call. | .20 | 290.00 | 58.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  335297

October 3, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/14/18 | MMB | 219 | Docket court notice received by email dated September 13, 2018, regarding deadline for FOMB to answer adversary complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 9/19/18 | HDB | 205 | Tel. conf. with counsel for local court counsel for PREPA to discuss prior litigation, claims, defenses and other issues in anticipation of response to complaint. | .50 | 290.00 | 145.00 |
| 9/21/18 | HDB | 209 | Review document request from Proskauer to counsel for PREPA. | .20 | 290.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES             $ 1,827.50

VOLUME DISCOUNT                          $ -182.75

NET PROFESSIONAL SERVICES:              $ 1,644.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.40 | 290.00 | 986.00 |
| DANIEL J. PEREZ REFOJOS | 4.60 | 180.00 | 828.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **8.10** | | **$ 1,827.50** |

**TOTAL THIS INVOICE**                    **$ 1,644.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE