UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER APPROVING ENGLISH AND SPANISH VERSIONS OF THE FORM OF NOTICE FOR OMNIBUS OBJECTIONS**

**PLEASE TAKE NOTICE** that, on November 14, 2018, the Court entered the *Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(E)(6), (C) Granting Related Relief, and (D) Directing the Debtors to File on Presentment the Form of Notice* [ECF No. 4230] (the "Omnibus Objection Procedures Order") directing the Debtors to file on presentment and seek the Court's approval of the form of notice (both the English and Spanish versions) to be used in connection with filing omnibus objections to proofs of claim.

**PLEASE TAKE FURTHER NOTICE** that, in compliance with the Court's Omnibus Objection Procedures Order, the Debtors hereby file the proposed *Order Approving English and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). Collectively, these entities are referred to herein as the "Debtors."

*Spanish Versions of the Form of Notice for Omnibus Objection* (the "Proposed Order"), attached hereto as **Exhibit A**, along with the English and Spanish versions of the proposed form of notice for omnibus objections to proofs of claim, filed with this notice as Exhibit 1 to the Proposed Order (the "Form of Notice").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section III.H of the Court's *Order Further Amending Case Management Order* [ECF No. 2839], the presentment of a proposed order "must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before presentment date." Accordingly, unless a written objection to the Proposed Order is filed with the Court no later than **November 22, 2018 at 5:00 p.m. (AST)**, the relief requested shall be deemed unopposed, and the Court may enter the Proposed Order approving the Form of Notice without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these title III Cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: November 16, 2018<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Martin J. Bienenstock<br>Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |