UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER APPROVING ENGLISH AND SPANISH VERSIONS OF THE FORM OF NOTICE FOR OMNIBUS OBJECTIONS

Upon the *Notice of Presentment of Proposed Order Approving English and Spanish Versions of the Form of Notice for Omnibus Objections*, filed pursuant to the Court's *Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(E)(6), (C) Granting Related Relief, and (D) Directing the Debtors to File on Presentment the Form of Notice* [ECF No. 4230] (the "Omnibus Objection Procedures Order"); and this Court having jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having reviewed the *English and Spanish Versions of the Form of Notice for Omnibus Objections*, attached hereto as **Exhibit 1** (the "Form of Notice"), and determined that approval of the Form

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). Collectively, these entities are referred to herein as "Debtors."

of Notice is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that no further notice is required; and the Court having determined that there is just cause for the relief granted herein; and any objections to the relief requested herein having been resolved as set forth herein, or withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY

ORDERED THAT the Debtors' proposed Form of Notice, to be served in connection with any omnibus objections filed in accordance with the Court's Omnibus Objection Procedures Order, is approved; and it is further

ORDERED THAT this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2018

                                                        Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT 1**

**English and Spanish Versions of the Form of Notice for Omnibus Objections**