# Exhibit D

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee |
|---|---|
| Senior Vice President | $669 |
| VP & Actuary | $551 |
| Actuary | $397 |
| Consultant | $400 |
| Analyst | $304 |
| All Employees | $515 |

Case Name:             In re Commonwealth of Puerto Rico, et al.
Case Number:           17 BK 3283-LTS
Applicant's Name:      Segal Consulting
Date of Application:   November 16, 2018
Interim or Final:      Interim