# EXHIBIT E

**Summary of Segal Consulting Hours Worked and Fees Incurred**

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|------|-------|------------|---------------------|--------------------|--------------------|
| Bridges, Geoffrey W. | Actuary | Pension | 460.00 | 61.80 | 28,428.00 |
| Clark, Melanie C. | Sr Health Consultant | Health | 400.00 | 1.60 | 640.00 |
| Janus, Paul J | Actuary | Health | 430.00 | 9.30 | 3,999.00 |
| Kovach, Patricia L. | Analyst | Health | 260.00 | 12.90 | 3,354.00 |
| Libauskas, Jacob | Actuary | Pension | 380.00 | 249.20 | 94,696.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 680.00 | 259.80 | 176,664.00 |
| Nolan, Jacob | Analyst | Pension | 280.00 | 13.00 | 3,640.00 |
| Noonan, Mark J. | VP & Consulting Actuary | Health | 560.00 | 5.10 | 2,856.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 550.00 | 96.60 | 53,130.00 |
| Tabernacki, Patryk | Senior Analyst | Pension | 330.00 | 35.00 | 11,550.00 |
| Wohl, Stuart | SVP Regional Manager | Health | 610.00 | 48.10 | 29,341.00 |
| Sub-Total | | | | **792.40** | **408,298.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (23,925.00) |
| Total Fees for Interim Period | | | | | **384,373.00** |