# EXHIBIT F

**Summary of Segal Consulting Expenses**

| Service Description | Amount |
|---|---|
| Business Meals | $121.98 |
| Hotel | $1,998.12 |
| In-City Transportation | $603.87 |
| Other Professional Services | $0.00 |
| Parking | $44.00 |
| Mileage | $54.45 |
| Travel | $3,473.14 |
| **TOTAL** | **$6,295.56** |