# Exhibit G

**Summary of Segal Consulting Hours Worked and Fees Incurred**

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 263.60 | $ 119,786.00 |
| 002 Research | 36.50 | $ 20,231.00 |
| 003 Data Analysis | 28.10 | $ 9,583.00 |
| 004 Calls & Meetings with Other Professionals | 119.80 | $ 65,119.00 |
| 005 Preparation of Reports | 49.10 | $ 24,956.00 |
| 006 Retirement Committee Meetings | 57.60 | $ 31,259.00 |
| 018 Case Administration | 149.50 | $ 89,514.00 |
| Non-Working Travel Time | 88.20 | $ 47,850.00 |
| **Subtotal** | **792.40** | **$ 408,298.00** |
| Less 50% Discount on Non-working Travel Matter |  | $ (23,925.00) |
| Total |  | **$ 384,373.00** |

Case Name:                In re Commonwealth of Puerto Rico, et al.
Case Number:              17 BK 3283-LTS
Applicant's Name:         Segal Consulting
Date of Application:      November 16, 2018
Interim or Final:         Interim