# **EXHIBIT I**

**Detailed Expense Records for Segal Consulting**

# ✈ Segal Consulting

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| | |
|---|---:|
| 6/19/2018 Jake Libauskas airfare | $384.80 |
| 6/19/2018 Jake Libauskas additional airfare | $42.02 |
| 6/19/2018 Kim Nicholl airfare | $368.80 |
| 6/19/2018 Kim Nicholl additional airfare fees | $133.99 |
| 6/19/2018 Kim Nicholl additional airfare fees | $48.32 |
| 6/19/2018 Matt Strom airfare | $384.80 |
| 6/19/2018 Matt Strom additional airfare fees | $66.99 |
| 6/19/2018 Stu Wohl airfare | $432.80 |
| 6/27/2018 Kim Nicholl airfare | $813.80 |
| 6/27/2018 Jake Libauskas airfare | $754.80 |
| 6/27/2018 Jake Libauskas additional airfare | $42.02 |
| **TOTAL FOR: FLIGHTS** | **$3,473.14** |
| 6/19/2018 Matt Strom Breakfast | $10.22 |
| 6/19/2018 Matt Strom food at airport | $7.24 |
| 6/20/2018 Matt Strom food at airport | $12.95 |
| 6/19/2018 Kim Nicholl Breakfast | $13.94 |
| 6/19/2018 Jake Libauskas Breakfast | $3.00 |
| 6/19/2018 Kim Nicholl food at airport | $10.24 |
| 6/20/2018 Kim Nicholl food at airport | $29.13 |
| 6/27/2018 Jake Libauskas Breakfast | $7.97 |
| 6/27/2018 Kim Nicholl Breakfast | $13.94 |
| 6/27/2018 Kim Nicholl Lunch | $13.35 |
| **TOTAL FOR: MEALS** | **$121.98** |
| 6/19/2018 Jacob Libauskas UBER to airport | $43.52 |
| 6/19/2018 Matt Strom UBER to airport | $57.69 |
| 6/19/2018 Kim Nicholl Taxi to airport | $52.00 |
| 6/19/2018 Stu Wohl airport to hotel | $25.00 |
| 6/20/2018 Jacob Libauskas UBER to home | $44.88 |
| 6/20/2018 Kim Nicholl Taxi to home | $57.00 |
| 6/20/2018 Matt Strom UBER to home | $51.48 |
| 6/20/2018 Stu Wohl hotel to airport | $25.00 |
| 6/27/2018 Jacob Libauskas UBER to airport | $51.05 |
| 6/27/2018 Kim Nicholl Taxi to airport | $52.00 |
| 6/27/2018 Jacob Libauskas taxi to home | $87.25 |
| 6/27/2018 Kim Nicholl Taxi to home | $57.00 |
| **TOTAL FOR: TAXI** | **$603.87** |
| 6/19/2018 Stu Wohl miles driven to airport | $49.05 |
| 6/19/2018 Stu Wohl tolls | $5.40 |
| 6/19/2018 Stu Wohl Parking | $44.00 |
| **TOTAL FOR: TRAVEL TO AIRPORT** | **$98.45** |
| 6/19/2018 Jacob Libauskas hotel | $223.65 |
| 6/19/2018 Matt Strom hotel | $314.20 |
| 6/19/2018 Kim Nicholl hotel | $204.94 |
| 6/19/2018 Stu Wohl hotel | $288.97 |
| 2/6/2018 Jacob Libauskas hotel | $450.27 |
| 6/27/2018 Kim Nicholl hotel | $516.09 |
| **TOTAL FOR: HOTEL** | **$1,998.12** |

| | |
|---|---:|
| **Total Disbursements** | **$6,295.56** |