# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

### (attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period (April 16, 2018 through September 15, 2018)** | | | | | | |
| 8/24/18 | 4/16/18 - 5/15/18 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 8/24/18 | 5/16/18 - 6/15/18 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 8/24/18 | 6/16/18 - 7/15/18 | $27,000.00 | $4,210.16 | $27,000.00 | $4,210.16 | $3,000.00 |
| 9/24/18 | 7/16/18 - 8/15/18 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 11/8/18 | 8/16/18 - 9/15/18 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | **$135,000.00** | **$4,210.16** | **$108,000** | **$4210.16** | **$15,000.00** |




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 5/21/2018 | 2018-0304 |

P.O. No.

**Bill To:**
UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18114 |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>APRIL, 16 2018 to MAY, 15 2018<br><br>FEE MENSUAL: | 30,000.00 |

Website
Updates and Revisions
Maintenance

Public Relations
 - 1. Manage the crisis with the news from the COFINA and GO members
 - 2. Coordination with journalist from El Nuevo Día to explain and address the issue with the correct information
 - 3. Multiple calls with members of the UCC to next steps in related issue

Media Monitoring
 - Daily monitoring of local and US media
 - Article translations

Artworks:
 - Adapt flyers for efforts with El Nuevo Día in Ponce, Mayaguez and Arecibo

Media planning and buying
 - Contact and coordination with GFR Media for effort of flyers distribution

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 6/15/2018 | 2018-0389 |

P.O. No.

**Bill To:**

UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18114 |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>MAY, 16 2018 to JUNE, 15 2018<br><br>FEE MENSUAL: | 30,000.00 |

Website
 - 1. Updates and Revisions
 - 2. Maintenance

Public Relations
 - 1. Manage the crisis with the news from the COFINA and GO members
 - 2. Coordination with journalist from El Nuevo Día to explain and address the issue with the correct information
 - 3. Multiple calls with members of the UCC to next steps in related issue

Media Monitoring
 - Daily monitoring of local and US media
 - Article translations

Artworks:
 - Adapt flyers for efforts with El Nuevo Día in Ponce, Mayaguez and Arecibo

Media planning and buying
 - Contact and coordination with GFR Media for effort of flyers distribution

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.



PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 7/17/2018 | 2018-0462 |

P.O. No.

Bill To:

UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18006 |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE | |
| JUNE, 16 2018 to JULY, 15 2018 | |
| FEE MENSUAL: | 30,000.00 |

Website
1. Changes and Revisions
2. Addition of New Tab- Sut Procedures Motion
3. Maintenance

Facebook
1. Post update - General Bar Extended Date

Conference calls and meetings
1. Multiple conference calls to:

    a. Next steps for project

        ii. Puerto Rico

    b. Recommendations for more publicity

Public Relations
1. Contact of Editors and Journalists
2. Media Follow up for Story in El Nuevo Día

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 1



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 7/17/2018 | 2018-0462 |

P.O. No.

**Bill To:**

UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18006 |

| Description | Amount |
|---|---|

Advertising
1. Publish a Legal Notice: buy space on El Nuevo Día
2. Work on Artwork for Legal Notice, revise copy

Media Monitoring
1. Daily Monitoring of Local Media
2. Translations of Articles

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.



PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2





Date: 7/11/2018
Invoice #: 2018-0457

P.O. No.

**Bill To**
UCC
ALVIN VAZQUEZ

Additional Info:

**Project**
INSTITUCIONAL

Job #

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: INSTITUCIONAL<br>JOB: PAUTA END<br><br>FACTURA POR CONCEPTO DE<br><br>EXTERNAL WORK:<br><br>EL NUEVO DIA<br>PAUTA - BW - LEGAL NOTICE<br>POSICION ROP<br>PUBLICO: LUNES, 9 DE JULIO DE 2018 | 4,210.16 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $4,210.16 |
| Payments | $0.00 |
| Balance | $4,210.16 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 8/16/2018 | 2018-0592 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18006 |

| Description | Amount |
|---|---|
| CLIENT: UCC  PRODUCT: MONTHLY FEE | |
| JULY, 16 2018 to AUGUST, 15 2018 | |
| FEE MENSUAL: | 30,000.00 |
| Website  - Changes and revisions  - Elimination of new tab - Sut Procedures Motion  - Maintenance | |
| Conference calls and meetings  - 1. Multiple conference calls to:  a. Next steps for project  ii. Puerto Rico  b. Recommendations for more publicity | |
| Media Monitoring  - Daily monitoring of local media  - Translations of Articles | |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 9/27/2018 | 2018-0663 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18006 |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>AUGUST, 16 2018 to SEPTEMBER, 15 2018<br><br>FEE MENSUAL: | 30,000.00 |

Website
 - Changes and Revisions
 - Maintenance

Conference calls and meetings
 - 1. Multiple Conference Calls to:
     a. Next Steps for Project
          ii. Puerto Rico
     c. New Strategies for more Visibility

Media Monitoring
 - Daily Monitoring of Local Media
 - Translations of Articles

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209