# Exhibit A

## Summary of Fees Incurred By Professional

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Carol Flaton | Managing Director | $ 1,005 | 310.3 | $ 299,159.00 |
| Elizabeth S. Kardos | Counsel | 580 | 21.6 | 12,306.00 |
| Enrique R. Ubarri | Senior Advisor | 870 | 562.8 | 487,534.00 |
| Robert Bingham | Senior Director | 870 | 50.5 | 43,667.00 |
| Mark A. Cervi | Senior Director | 850 | 23.7 | 20,093.00 |
| Scott Martinez | Senior Director | 830 | 583.5 | 474,812.00 |
| Eric Deichmann | Director | 690 | 94.5 | 64,096.50 |
| Michael Westermann | Manager | 540 | 685.0 | 359,673.00 |
| Rahul Yenumula | Associate | 470 | 391.2 | 182,870.00 |
| Deborah Praga | Associate | 470 | 482.8 | 225,368.00 |
| Anthony Perrella | Analyst | 340 | 7.0 | 2,380.00 |
| Laura Verry | Paraprofessional | 310 | 14.4 | 4,403.00 |
| Lisa Bonito | Paraprofessional | 260 | 6.9 | 1,746.00 |
| **Grand Total** | | | 3,234.2 | $ 2,178,107.50 |