# Exhibit B

## Summary of Hours and Fees by Project Category

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | |
|---|---|---|---|
| **Matter Category** | **Description** | **Hours** | **100% Fees** |
| 1 | Planning & Coordination / Case Management | 25.1 | $ 20,902.50 |
| 2 | Meetings and Communications with Committee Members and/or Professionals | 433.1 | 327,463.50 |
| 3 | Communication with Interested Parties | 167.7 | 128,297.00 |
| 4 | Liquidity and Cash Management | 106.5 | 70,598.50 |
| 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 968.9 | 612,388.50 |
| 6 | Financial and Other Diligence | 371.2 | 299,840.50 |
| 7 | Sales of Assets | - | - |
| 8 | Due Diligence of Commonwealth Assets | - | - |
| 9 | Debt Capacity | 239.1 | 147,119.50 |
| 10 | Investments in Puerto Rico, Including Public-Private Partnerships | 2.5 | 2,175.00 |
| 11 | Plan of Adjustment Review and Negotiations | 253.9 | 161,031.50 |
| 12 | Litigation Support and Claims Analysis | 131.7 | 97,728.50 |
| 13 | Testimony / Court Appearance | 18.4 | 15,788.00 |
| 14 | Expert Reports | - | - |
| 15 | Pension Matters | 1.2 | 760.00 |
| 16 | Retention | 11.5 | 6,639.00 |
| 17 | Fee Statements and Fee Applications | 195.1 | 99,544.00 |
| 18 | Non-Working Travel Time | 42.0 | 16,305.00 |
| 19 | PREPA Title III | 235.3 | 152,410.00 |
| 20 | HTA Title III | 9.2 | 5,741.00 |
| 21 | ERS Title III | 21.8 | 13,375.50 |
| **Grand Total** | | **3,234.2** | **$ 2,178,107.50** |