# Exhibit D

## Summary of Expenses

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | | |
|---|---|---|
| **Category** | | **Total** |
| Travel & Lodging | $ | 2,690.60 |
| Meals | | 388.73 |
| Phone | | 313.15 |
| Copy Charges | | 0.20 |
| **Grand Total** | $ | **3,392.68** |