# Exhibit E

## Detail of Expenses by Expense Category

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| **Professional** | **Date** | **Category** | **Description** | **Amount** |
| Accounts Payable | 5/21/2018 | Travel & Lodging | Car from office to JFK | 100.00 |
| Scott R. Martinez | 7/17/2018 | Travel & Lodging | Roundtrip Coach JFK - SJU | 512.80 |
| Carol Flaton | 7/17/2018 | Travel & Lodging | Roundtrip Coach JFK - SJU | 512.80 |
| Michael Westermann | 7/17/2018 | Travel & Lodging | Roundtrip Coach JFK - SJU | 512.80 |
| Scott R. Martinez | 7/17/2018 | Travel & Lodging | Car SJU to Hotel | 25.00 |
| Scott R. Martinez | 7/17/2018 | Travel & Lodging | Lodging - PR | 255.41 |
| Carol Flaton | 7/17/2018 | Travel & Lodging | Lodging - PR | 255.41 |
| Michael Westermann | 7/17/2018 | Travel & Lodging | Lodging - PR | 255.41 |
| Scott R. Martinez | 7/18/2018 | Travel & Lodging | Cab hotel to SJU | 25.00 |
| Scott R. Martinez | 7/18/2018 | Travel & Lodging | Cab JFK to Home | 100.00 |
| Carol Flaton | 7/18/2018 | Travel & Lodging | Cab JFK to Home | 76.03 |
| Michael Westermann | 7/18/2018 | Travel & Lodging | Cab JFK to Home | 59.94 |
| **Total Travel & Lodging Expense** | | | **$** | **2,690.60** |

| **Professional** | **Date** | **Category** | **Description** | **Amount** |
|---|---|---|---|---|
| Scott R. Martinez | 7/17/2018 | Meals | 3 Business meal - Lunch (C. Flaton (ZC), M. Westermann (ZC)) | 83.29 |
| Scott R. Martinez | 7/17/2018 | Meals | 4 Business meal - Dinner (C. Flaton (ZC), M. Westermann (ZC), D. Mack (Drivetrain)) | 160.00 |
| Scott R. Martinez | 7/18/2018 | Meals | 5 Business meal - Dinner (C. Flaton (ZC), M. Westermann (ZC), D. Mack (Drivetrain), S. Millman (counsel to AFT)) | 110.31 |
| Michael Westermann | 8/15/2018 | Meals | 1 Business Meal - Dinner | 16.51 |
| Michael Westermann | 8/20/2018 | Meals | 1 Business Meal - Dinner | 18.62 |
| **Total Meal Expense** | | | **$** | **388.73** |

| **Professional** | **Date** | **Category** | **Description** | **Amount** |
|---|---|---|---|---|
| Elizabeth Kardos | 6/6/2018 | Phone | Court call | 70.00 |
| Payable Accounts | 6/26/2018 | Phone | Premier Global Inv.#26060304 | 70.69 |
| Payable Accounts | 7/26/2018 | Phone | PGI Conference Service Inv.#26229594 | 30.35 |
| Payable Accounts | 8/26/2018 | Phone | PGI Conference Service Inv. #26383391 | 83.25 |
| Payable Accounts | 9/26/2018 | Phone | PGI Conference Service Inv. #26538274 | 58.86 |
| **Total Phone Expense** | | | **$** | **313.15** |

| **Professional** | **Date** | **Category** | **Description** | | **Amount** |
|---|---|---|---|---|---|
| Payable Accounts | 6/30/2018 | Copy Charges | 2 Copies @ $ .10 | $ | 0.20 |
| **Total Copy Charges** | | | | **$** | **0.20** |
| **Total Expense** | | | | **$** | **3,392.68** |