**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION[1]**

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[2] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Bliss, James R. | Partner | Litigation | 1995 | $478,920.00 | 399.10 | $1,200 | $1,150 | 1 |
| Cooper, Samuel W. | Partner | Litigation | 1995 | $13,512.50 | 11.50 | $1,175 | $1,125 | 1 |
| Despins, Luc A. | Partner | Restructuring | 1986 | $571,671.00 | 409.80 | $1,395 | $1,300 | 1 |
| Despins, Luc A. | Partner | Restructuring | 1986 | $33,480.00 | 48.00 | $697.50 (non-working travel) | $650 (non-working travel) | |
| Hansson, Kurt W. | Partner | Litigation | 1986 | $1,912.50 | 1.50 | $1,275 | $1,200 | 1 |
| Kinnaird, Stephen B. | Partner | Appellate Practice | 1995 | $6,960.00 | 5.80 | $1,200 | $1,150 | 1 |
| Mollen, Neal | Partner | Appellate Practice | 1985 | $77,070.00 | 73.40 | $1,050 | $995 | 1 |
| Tenzer, Andrew V. | Partner | Restructuring | 1991 | $6,375.00 | 5.10 | $1,250 | $1,200 | 1 |
| Timofeyev, Igor V. | Partner | Litigation | 2010 | $34,400.00 | 32.00 | $1,075 | N/A | |
| Worthington, James B. | Partner | Litigation | 2004 | $83,742.50 | 77.90 | $1,075 | $1,050 | 1 |
| | | **Total Partner:** | | **$1,308,043.50** | **1,064.10** | | | |

---

[1] The fees set forth on this Exhibit B do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

[2] Effective February 1, 2018 and July 1, 2018, Paul Hastings adjusted its rate scale to reflect (i) the advancing seniority of its professionals and paraprofessionals, (ii) the current market for legal services, (iii) the rates charged for comparable non-bankruptcy services, and (iv) the firm's analysis of the hourly rates being charged by professionals in other law firms, consistent with the Retention Order [Docket No. 999], the Retention Application, and the supporting declaration of Mark Richard [Docket. No. 610].

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[2] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Bassett, Nicholas A. | Counsel | Corporate | 2008 | $340,987.50 | 303.10 | $1,125 | $1,125 | |
| Bongartz, Alex | Counsel | Restructuring | 2007 | $835,087.50 | 742.30 | $1,125 | $1,025 | 1 |
| Bongartz, Alex | Counsel | Restructuring | 2007 | $6,806.25 | 12.10 | $562.50 (non-working travel) | $512.50 (non-working travel) | |
| Comerford, Michael E. | Counsel | Restructuring | 2003 | $323,880.00 | 269.90 | $1,200 | $1,160 | 1 |
| Grogan, James T. | Counsel | Restructuring | 2000 | $419,640.00 | 349.70 | $1,200 | $1,160 | 1 |
| Kahn, Marguerite R. | Counsel | Municipal Finance | 1979 | $209,990.00 | 190.90 | $1,100 | $1,075 | 1 |
| Traxler, Katherine A. | Counsel | Corporate | 1990 | $34,980.00 | 44.00 | $795 | $770 | 1 |
| | | **Total Counsel:** | | **$2,171,371.25** | **1,912.0** | | | |
| Baker, Jessica | Associate | Litigation | N/A | $12,771.00 | 19.80 | $645 | $520 | 2 |
| Baker, Jessica | Associate | Litigation | N/A | $915.00 | 1.50 | $610 | $520 | |
| Barron, Douglass E. | Associate | Restructuring | 2012 | $397,740.00 | 473.50 | $840 | $715 | 2 |
| Barron, Douglass E. | Associate | Restructuring | 2012 | $126,117.00 | 155.70 | $810 | $715 | |
| Besnoff, Sarah G. | Associate | Employment | 2014 | $3,577.50 | 4.50 | $795 | $715 | 1 |
| Buscarino, Anthony F. | Associate | Litigation | 2017 | $131,989.00 | 185.90 | $710 | $585 | 2 |
| Buscarino, Anthony F. | Associate | Litigation | 2017 | $11,137.50 | 16.50 | $675 | $585 | |
| Gage, Brendan | Associate | Restructuring | 2011 | $22,200.00 | 24.00 | $925 | $825 | 2 |
| Goldstein, Irena M. | Associate | Corporate | N/A | $24,258.00 | 31.10 | $780 | $780 | |
| Gray, Bradley R. | Associate | Litigation | 2012 | $212,665.50 | 240.30 | $885 | $785 | 2 |
| Gray, Bradley R. | Associate | Litigation | 2012 | $87,720.00 | 103.20 | $850 | $785 | |
| Hegel, Peter | Associate | Corporate | 2017 | $4,773.00 | 7.40 | $645 | $520 | 2 |
| Hennigan, Andrew S. | Associate | Corporate | N/A | $45,924.00 | 71.20 | $645 | $520 | 2 |
| Hennigan, Andrew S. | Associate | Corporate | N/A | $28,548.00 | 46.80 | $610 | $520 | |
| Jacob, Reade | Associate | Litigation | 2014 | $2,940.00 | 3.50 | $840 | $840 | |

-2-

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[2] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Kilpatrick, Ryan N. | Associate | Litigation | 2017 | $122,262.00 | 172.20 | $710 | $585 | 2 |
| Kilpatrick, Ryan N. | Associate | Litigation | 2017 | $2,835.00 | 4.20 | $675 | $585 | |
| Maza, Shlomo | Associate | Restructuring | 2012 | $203,904.00 | 230.40 | $885 | $785 | 2 |
| Maza, Shlomo | Associate | Restructuring | 2012 | $99,705.00 | 117.30 | $850 | $785 | |
| Newman, Daniel F. | Associate | Restructuring | 2014 | $48,384.00 | 57.60 | $840 | $715 | 2 |
| Newman, Daniel F. | Associate | Restructuring | 2014 | $4,212.00 | 5.20 | $810 | $715 | |
| Rodriguez, Camila | Associate | Litigation | N/A | $20,382.00 | 31.60 | $645 | $520 | 2 |
| Rodriguez, Camila | Associate | Litigation | N/A | $4,880.00 | 8.00 | $610 | $520 | |
| Rookard, Katherine S. | Associate | Corporate | 2017 | $163,655.00 | 230.50 | $710 | $710 | |
| Vohra, Ravi | Associate | Restructuring | 2014 | $28,055.00 | 36.20 | $775 | $650 | 2 |
| Vohra, Ravi | Associate | Restructuring | 2014 | $22,570.00 | 30.50 | $740 | $650 | |
| Whalen, Michael C. | Associate | Litigation | 2015 | $35,107.50 | 45.30 | $775 | $650 | 2 |
| Whalen, Michael C. | Associate | Litigation | 2015 | | | $740 | $650 | |
| Zwillinger, Zachary S. | Associate | Litigation | 2013 | $189,090.00 | 198.00 | $955 | $865 | 2 |
| Zwillinger, Zachary S. | Associate | Litigation | 2013 | $57,009.00 | 61.30 | $930 | $865 | |
| | | **Total Associate:** | | **$2,115,326.00** | **2,613.20** | | | |
| Boyle, Terrence G. | Paralegal | | | $5,289.00 | 12.30 | $430 | $390 | 1 |
| Chang, Irene | Librarian | | | $973.50 | 3.30 | $295 | $255 | 2 |
| Checo, Miguel L. | Project Manager | | | $17,933.00 | 45.40 | $395 | $355 | 2 |
| Checo, Miguel L. | Project Manager | | | $2,442.00 | 6.60 | $370 | $355 | |
| Cooney, Jacqueline W. | Senior Privacy Advisor | | | $1,729.00 | 2.60 | $665 | N/A | 1 |
| Day, Priscilla | Librarian | | | $1,612.00 | 5.20 | $310 | $270 | 1 |

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[2] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Doherty, Allison | Paralegal | | | $608.00 | 1.90 | $320 | $280 | 2 |
| Elliott, Elizabeth | Librarian | | | $770.50 | 2.30 | $335 | $295 | 2 |
| Freed, Brenda S. | Paralegal | | | $136.00 | 0.40 | $340 | N/A | |
| Gutierrez, Jean Marie | Paralegal | | | $652.50 | 1.50 | $435 | N/A | |
| Hopkovitz, Yael | Librarian | | | $228.00 | 0.80 | $285 | $245 | 2 |
| Kromer, Rosetta S. | Paralegal | | | $6,825.00 | 15.00 | $455 | $415 | 2 |
| Kuo, Jocelyn | Paralegal | | | $96,492.00 | 224.40 | $430 | $390 | 2 |
| Kuo, Jocelyn | Paralegal | | | $15,228.00 | 37.60 | $405 | $390 | |
| Le Blanc, Wayne E. | Paralegal | | | $432.00 | 0.90 | $480 | N/A | |
| Mai, Sheng | Project Specialist | | | $687.50 | 2.50 | $275 | N/A | |
| Mariano, Andrea M. | Paralegal | | | $2,926.00 | 7.60 | $385 | $345 | 1 |
| O'Dea, Heather R. | Research Services | | | $3,325.00 | 17.50 | $190 | $160 | 2 |
| O'Dea, Heather R. | Research Services | | | $306.00 | 1.80 | $170 | $160 | |
| Paredes, Xavier | Project Specialist | | | $5,170.00 | 18.80 | $275 | $235 | 2 |
| Paredes, Xavier | Project Specialist | | | $3,600.00 | 14.40 | $250 | $235 | |
| Phinny, C. Wendy | Paralegal | | | $7,260.00 | 16.50 | $440 | N/A | |
| Rath, Niles | Senior Project Consultant | | | $867.00 | 1.70 | $510 | N/A | |
| Reid, Alex | Librarian | | | $275.00 | 1.00 | $275 | $235 | 2 |
| Sheldon, Samantha | Case Assistant | | | $682.50 | 3.90 | $175 | $145 | 1 |

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[2] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Suffern, Anne C. | Paralegal | | | $12,231.00 | 30.20 | $405 | $390 | 1 |
| Wijemanne, Manel | Paralegal | | | $11,849.00 | 28.90 | $410 | $370 | 2 |
| | | Total Paraprofessional: | | 200,529.50 | 505.00 | | | |
| | Total: | | | $5,795,270.25 | 6094.30 | | | |
| | Blended Rate: | | | | | | $950.94[3] | |
| | Blended Rate Excluding Paraprofessionals: | | | | | | $1,000.99[3] | |

Case Name: In re The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, *et al*.
Case Number: 17-BK-3283 (LTS)
Applicant's Name: Paul Hastings LLP
Date of Application: November 16, 2018
Interim or Final: Fourth Interim

---

[3] The blended rate reflects the voluntarily reduced fees divided by the total hours billed.