# EXHIBIT D

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

## EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2018 | July 2018 | August 2018 | September 2018 | Total | June 2018 | July 2018 | August 2018 | September 2018 | Total |
| B110 | Case Administration | 300 | 200 | 225 | 250 | **975** | 145.60 | 160.40 | 416.50 | 197.20 | **919.70** |
| B112 | General Creditor Inquiries | 10 | 10 | 10 | 10 | **40** | 11.40 | 6.30 | 0.00 | 0.50 | **18.20** |
| B113 | Pleadings Review | 50 | 50 | 50 | 75 | **225** | 34.00 | 53.40 | 51.90 | 25.20 | **164.50** |
| B120 | Asset Analysis and Recovery | 20 | 10 | 10 | 10 | **50** | 0.00 | 4.70 | 0.00 | 0.00 | **4.70** |
| B130 | Asset Disposition | 10 | 10 | 10 | 10 | **40** | 4.90 | 0.00 | 0.00 | 0.00 | **4.90** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 5 | 5 | 10 | **25** | 2.50 | 13.80 | 76.90 | 138.30 | **231.50** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 150 | 150 | 150 | 150 | **600** | 123.50 | 146.20 | 103.90 | 70.10 | **443.70** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 50 | 50 | 50 | 50 | **200** | 36.20 | 58.10 | 1.70 | 45.40 | **141.40** |
| B160 | Employment / Fee Applications (Paul Hastings) | 75 | 75 | 80 | 80 | **310** | 77.10 | 74.60 | 16.90 | 38.80 | **207.40** |
| B161 | Budgeting (Case) | 2 | 2 | 2 | 2 | **8** | 0.70 | 0.60 | 0.60 | 1.00 | **2.90** |
| B165 | Employment / Fee Applications (Other Professionals) | 10 | 15 | 15 | 15 | **55** | 4.40 | 31.90 | 1.60 | 1.00 | **38.90** |
| B170 | Fee and Employment Objections | 0 | 0 | 0 | 10 | **10** | 29.70 | 15.20 | 5.60 | 0.20 | **50.70** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2018 | July 2018 | August 2018 | September 2018 | Total | June 2018 | July 2018 | August 2018 | September 2018 | Total |
| B180 | Avoidance Action Analysis | 5 | 10 | 10 | 10 | **35** | 0.00 | 0.00 | 2.00 | 0.00 | **2.00** |
| B185 | Assumption / Rejection of Leases and Contracts | 5 | 5 | 5 | 5 | **20** | 1.60 | 1.80 | 0.00 | 0.00 | **3.40** |
| B190 | Other Contested Matters (including GDB restructuring) | 125 | 75 | 50 | 75 | **325** | 0.00 | 37.10 | 0.00 | 0.00 | **37.10** |
| B191 | General Litigation | 1,200 | 1,200 | 900 | 750 | **4,050** | 418.40 | 312.40 | 728.50 | 885.40 | **2344.70** |
| B195 | Non-Working Travel[1] | 30 | 30 | 20 | 20 | **100** | 11.70 | 31.00 | 0.00 | 17.40 | **60.10** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 15 | 20 | 20 | 10 | **65** | 0.60 | 2.40 | 1.20 | 0.70 | **4.90** |
| B220 | Employee Benefits / Pensions | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B230 | Financing / Cash Collections | 20 | 40 | 30 | 20 | **110** | 0.80 | 0.00 | 0.00 | 0.00 | **0.80** |
| B231 | Security Document Analysis | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 20 | 20 | 20 | 20 | **80** | 23.70 | 18.70 | 16.60 | 15.10 | **74.10** |
| B261 | Investigations | 25 | 150 | 150 | 100 | **425** | 153.00 | 115.50 | 116.30 | 181.00 | **565.80** |
| B310 | Claims Administration and Objections | 100 | 100 | 100 | 75 | **375** | 54.60 | 87.50 | 101.80 | 135.30 | **379.20** |
| B312 | Objections to Claims | 100 | 50 | 50 | 25 | **225** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B320 | Plan and Disclosure Statement | 10 | 10 | 10 | 30 | **60** | 6.60 | 0.00 | 0.00 | 0.00 | **6.60** |

---

[1]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2018 | July 2018 | August 2018 | September 2018 | Total | June 2018 | July 2018 | August 2018 | September 2018 | Total |
| B321   Business Plan | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 2.20 | 0.00 | **2.20** |
| B410   General Bankruptcy Advice/Opinions | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B420   Restructurings | 25 | 100 | 100 | 100 | **325** | 132.30 | 238.00 | 6.60 | 8.00 | **384.90** |
| **TOTAL HOURS** | 2,367 | 2,377 | 2,067 | 1,907 | **8,718** | 1273.30 | 1409.60 | 1650.80 | 1760.60 | **6094.30** |
| **TOTAL FEES** | $2,177,952.00[2] | $2,203,479.00 | $1,932,645.00 | $1,783,045.00 | **$8,097,121.00** | $1,228,820.25 | $1,327,289.50 | $1,611,082.50 | $1,628,078.00 | **$5,795,270.25** |
| *MINUS 20% REDUCTION[3]* | ($435,590.40) | ($440,695.80) | ($386,529.00) | ($356,609.00) | **($1,619,424.20)** | ($245,764.05) | ($265,457.90) | ($322,216.50) | ($325,615.60) | **($1,159,054.05)** |
| **TOTAL FEES (NET OF REDUCTION)** | $1,742,361.60 | $1,762,783.20 | $1,546,116.00 | $1,426,436.00 | **$6,477,696.80** | $983,056.20 | $1,061,831.60 | $1,288,866.00 | $1,302,462.40 | **$4,636,216.20** |

---

[2]   The Total Estimated Fees are calculated based on a blended hourly rate of $926, $927, $935, and $935 for the Paul Hastings attorneys who are expected to work on this matter in June, July, August, and September, respectively.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% discount, would be approximately $761.

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED
BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 452.40 | $373,976.00 |
| B113  Pleadings Review | 32.50 | $22,272.50 |
| B140  Relief from Stay / Adequate Protection Proceedings | 2.30 | $2,574.00 |
| B150  Meetings of and Communications with Creditors | 163.00 | $162,828.00 |
| B155  Court Hearings | 69.50 | $69,973.50 |
| B160  Employment / Fee Applications (Paul Hastings) | 207.40 | $184,237.50 |
| B161  Budgeting (Case) | 2.90 | $3,262.50 |
| B165  Employment / Fee Applications (Other Professionals) | 38.90 | $27,557.00 |
| B170  Fee/Employment Objections | 50.70 | $47,596.50 |
| B180  Avoidance Action Analysis | 2.00 | $1,770.00 |
| B190  Other Contested Matters (excl. assumption/rejections motions) | 37.10 | $34,521.50 |
| B195  Non-Working Travel | 47.10 | $31,218.75 |
| B210  Debtor's Financial Information and Operations/Fiscal Plan | 0.20 | $240.00 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 16.20 | $19,554.00 |
| B261  Investigations | 25.70 | $19,443.50 |
| B310  Claims Administration and Objections | 155.70 | $153,154.50 |
| B320  Plan and Disclosure Statement (including Business Plan) | 6.60 | $4,592.50 |
| B420  Restructurings | 4.80 | $5,760.00 |
| **TOTAL** | **1,315.00** | **$1,164,542.25** |

---

[1]  The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

*COFINA Dispute Analysis (Matter ID 00003)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 0.50 | $372.50 |
| B113   Pleadings Review | 1.70 | $1,189.50 |
| B191   General Litigation | 1.90 | $1,758.50 |
| **TOTAL** | **4.10** | **$3,320.50** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B112   General Creditor Inquiries | 18.20 | $16,116.00 |
| B150   Meetings of and Communications with Creditors | 41.70 | $35,521.00 |
| **TOTAL** | **59.90** | **$51,637.00** |

*Fiscal Plan Analysis (Matter ID 00005)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B113   Pleadings Review | 0.50 | $625.00 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 3.20 | $3,750.00 |
| **TOTAL** | **3.70** | **$4,375.00** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110   Case Administration | 12.60 | $13,812.50 |
| B113   Pleadings Review | 11.00 | $8,553.00 |
| B120   Asset Analysis and Recovery | 0.60 | $720.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 11.60 | $13,881.00 |
| B150   Meetings of and Communications with Creditors | 4.00 | $3,644.00 |
| B185   Assumption/Rejection of Leases and Contracts | 1.60 | $1,460.00 |
| B191   General Litigation | 8.80 | $8,485.50 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 1.50 | $1,800.00 |
| B230   Financing/Cash Collections | 0.80 | $960.00 |

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B260  Meetings of and Communications with Debtors/Oversight Board | 36.70 | $43,474.00 |
| B261  Investigations | 1.10 | $1,320.00 |
| B310  Claims Administration and Objections | 134.30 | $136,940.50 |
| B321  Business Plan | 2.20 | $2,640.00 |
| B420  Restructurings | 17.20 | $20,840.00 |
| **TOTAL** | **244.00** | **$248,530.50** |

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110  Case Administration | 7.80 | $3,320.00 |
| B113  Pleadings Review | 16.40 | $12,471.50 |
| B140  Relief from Stay/Adequate Protection Proceedings | 3.20 | $3,817.50 |
| B150  Meetings of and Communications with Creditors | 0.50 | $480.00 |
| B185  Assumption/Rejection of Leases and Contracts | 0.60 | $720.00 |
| B191  General Litigation | 272.20 | $273,310.00 |
| **TOTAL** | **300.70** | **$294,119.00** |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110  Case Administration | | |
| B113  Pleadings Review | 19.30 | $14,601.00 |
| B120  Asset Analysis and Recovery | 4.10 | $4,920.00 |
| B140  Relief from Stay/Adequate Protection Proceedings | 6.60 | $7,710.00 |
| B150  Meetings of and Communications with Creditors | 1.00 | $1,125.00 |
| B191  General Litigation | 1.80 | $1,191.00 |
| B261  Investigations | 2.30 | $2,162.00 |
| **TOTAL** | **35.10** | **$31,709.00** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 10.20 | $4,450.50 |
| B113   Pleadings Review | 54.00 | $41,019.00 |
| B150   Meetings of and Communications with Creditors | 3.80 | $3,640.00 |
| B191   General Litigation | 126.10 | $132,682.00 |
| **TOTAL** | **194.10** | **$181,791.50** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 8.70 | $3,632.00 |
| B113   Pleadings Review | 4.30 | $3,651.00 |
| B150   Meetings of and Communications with Creditors | 1.40 | $1,198.50 |
| B191   General Litigation | 570.80 | $625,746.00 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 6.90 | $8,950.50 |
| **TOTAL** | **592.10** | **$643,178.00** |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 0.60 | $837.00 |
| B310   Claims Administration and Objections | 70.00 | $68,424.00 |
| **TOTAL** | **70.60** | **$69,261.00** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 2.80 | $1,224.50 |
| B150   Meetings of and Communications with Creditors | 226.70 | $237,537.50 |
| B195   Non-Working Travel | 9.50 | $6,626.25 |
| **TOTAL** | **239.10** | **$245,388.25** |

*Rule 2004 Investigations (Matter ID 00013)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 101.30 | $37,058.50 |
| B113   Pleadings Review | 3.90 | $2,874.00 |
| B150   Meetings of and Communications with Creditors | 0.20 | $225.00 |
| B155   Court Hearings | 34.00 | $31,743.50 |
| B191   General Litigation | 0.40 | $443.50 |
| B195   Non-Working Travel | 3.50 | $2,441.25 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 4.30 | $4,689.50 |
| B261   Investigations | 529.90 | $450,561.50 |
| **TOTAL** | **677.50** | **$530,036.75** |

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 0.80 | $228.00 |
| B191   General Litigation | 84.80 | $87,725.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 0.10 | $105.00 |
| **TOTAL** | **85.70** | **$88,058.50** |

*Rule 2004 (White Fish) (Matter ID 00015)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B191   General Litigation | 13.50 | $9,922.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 0.60 | $618.00 |
| B261   Investigations | 6.80 | $4,976.00 |
| **TOTAL** | **20.90** | **$15,507.50** |

*PREPA Privatization (Matter ID 00016)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B130   Asset Disposition | 4.90 | $5,802.00 |

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| **TOTAL** | **4.90** | **$5,802.00** |

### PBA (Matter ID 00017)

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B185   Assumption/Rejection of Leases and Contracts | 1.20 | $1,402.50 |
| B191   General Litigation | 31.50 | $26,653.00 |
| B310   Claims Administration and Objections | 1.00 | $840.00 |
| **TOTAL** | **33.70** | **$28,895.50** |

### GDB (Matter ID 00018)

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 321.90 | $387,430.50 |
| B113   Pleadings Review | 20.90 | $18,235.00 |
| B140   Relief from Stay/Adequate Protection Proceedings | 207.80 | $178,282.50 |
| B150   Meetings of and Communications with Creditors | 1.40 | $1,590.00 |
| B155   Court Hearings | 37.90 | $36,778.50 |
| B191   General Litigation | 1,232.90 | $1,175,735.00 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 9.30 | $10,987.50 |
| B310   Claims Administration and Objections | 18.20 | $16,191.00 |
| B420   Restructurings | 362.90 | $363,888.00 |
| **TOTAL** | **2,213.20** | **$2,189,118.00** |

## **EXHIBIT D-2**

## **SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY**

| Category | Amount |
|---|---|
| Travel Expenses – Airfare | $6,343.31 |
| Travel Expenses – Lodging | $3,182.20 |
| Travel Expenses - Taxi / Ground Transportation | $4,029.66 |
| Travel Expenses - Internet | $1,079.18 |
| Meals (while working on Committee matters) | $311.66 |
| Courtcall | $280.00 |
| Messenger | $711.11 |
| Computer Search | $56,157.44 |
| Articles and Publications | $16,387.63 |
| Banquet Room Rental | $1,307.65 |
| Banquet Room Meals | $4,661.84 |
| Document Shredding Fee | $13.41 |
| Volunteer Training Class Supplies | $6,880.50 |
| In-house Black and White Reproduction Charges (20,981 copies at $0.08 per page) | $1,678.48 |
| In-house Color Reproduction Charges (1065 copies at $0.25 per page) | 266.25 |
| Outside Professional Services | $95,196.24 |
| Postage/Express Mail | $3,239.10 |
| **TOTAL** | **$201,725.65** |