**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**June 2018 Fee Statement**

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth | $1,082,546.25 | $866,037.00 | $44,355.11 | $910,392.11 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,054,281.25* | *$843,425.00* | *$39,727.62* | *$883,152.62* |
| *(b) Services Rendered in Puerto Rico* | *$28,265.00* | *$22,612.00* | *$4,627.49* | *$27,239.49* |
| Total for HTA (all outside of Puerto Rico) | $93,595.00 | $74,876.00 | $288.27 | $75,164.27 |
| Total for ERS (all outside of Puerto Rico) | $3,988.00 | $3,190.40 | $0.00 | $3,190.40 |
| Total for PREPA (all outside of Puerto Rico) | $48,691.00 | $38,952.80 | $675.72 | $49,366.72 |
| *(a) Services Rendered Outside of Puerto Rico* | *$48,691.00* | *$38,952.80* | *$675.72* | *$49,366.72* |
| *(b) Services Rendered in Puerto Rico* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |
| **Grand Total for all Debtors** | **$1,228,820.25** | **$983,056.20** | **$45,319.00** | **$1,028,375.30** |

**July 2018 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $1,146,778.00 | $917,422.40 | $77,308.85 | $990,263.25 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,092,625.00* | *$874,100.00* | *$76,975.12* | *$946,607.12* |
| *(b) Services Rendered in Puerto Rico* | *$54,153.00* | *$43,322.40* | *$333.73* | *$43,656.13* |
| Total for HTA (all outside of Puerto Rico) | $99,699.50 | $79,759.60 | $67.55 | $79,827.15 |
| *(a) Services Rendered Outside of Puerto Rico* | *$99,699.50* | *$79,759.60* | *$67.55* | *$79,827.15* |
| *(b) Services Rendered in Puerto Rico* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |
| Total for ERS (all outside of Puerto Rico) | $18,824.50 | $15,059.60 | $0.00 | $15,059.60 |
| Total for PREPA (all outside of Puerto Rico) | $61,987.50 | $49,590.00 | $0.00 | $49,590.00 |
| **Grand Total for all Debtors** | **$1,327,289.50** | **$1,061,831.60** | **$77,376.40** | **$1,139,208.00** |

## August 2018 Fee Statement

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth | $1,433,718.00 | $1,146,974.40 | $39,122.61 | $1,186,097.01 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,433,718.00* | *$1,146,974.40* | *$33,998.39* | *$1,180,972.79* |
| *(b) Services Rendered in Puerto Rico* | *$0.00* | *$0.00* | *$5,124.22* | *$5,124.22* |
| Total for HTA (all outside of Puerto Rico) | $95,229.00 | $76,183.20 | $441.39 | $76,624.59 |
| Total for ERS (all outside of Puerto Rico) | $4,701.50 | $3,761.20 | $0.00 | $3,761.20 |
| Total for PREPA (all outside of Puerto Rico) | $77,434.00 | $61,947.20 | $269.17 | $77,703.17 |
| **Grand Total for all Debtors** | **$1,611,082.50** | **$1,288,866.00** | **$39,833.17** | **$1,328,699.17** |

## September 2018 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $1,552,067.50 | $1,241,654.00 | $38,971.16 | $1,280,625.16 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,542,302.50* | *$1,233,842.00* | *$38,721.16* | *$1,272,563.16* |
| *(b) Services Rendered in Puerto Rico* | *$9,765.00* | *$7,812.00* | *$250.00* | *$8,062.00* |
| Total for HTA (all outside of Puerto Rico) | $5,595.50 | $4,476.40 | $3.96 | $4,480.36 |
| Total for ERS (all outside of Puerto Rico) | $4,195.00 | $3,356.00 | $221.86 | $3,577.86 |
| Total for PREPA (all outside of Puerto Rico) | $66,220.00 | $52,976.00 | $0.00 | $52,976.00 |
| **Grand Total for all Debtors** | **$1,628,078.00** | **$1,302,462.40** | **$39,196.98** | **$1,341,659.38** |