# SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Cooper, Samuel W. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Worthington, James R. | Partner | Appellate Practice |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Traxler, Katherine A. | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Baker, Jessica | Associate | Litigation |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Gage, Brendan | Associate | Restructuring |
| Gimpel, Nathan S. | Associate | Corporate |
| Gray, Bradley R. | Associate | Litigation |
| Hennigan, Andrew | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Rookard, Katherine S. | Associate | Corporate |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary | Associate | Litigation |
| Gutierrez, Jean M. | Paralegal | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Day, Pricilla | Librarian | -- |
| Elliott, Elizabeth | Librarian | -- |
| O'Dea, Heather | Research Services | -- |
| Chang, Irene | Librarian | -- |

| Name | Title or Position | |
|---|---|---|
| Rath, Niles | Senior Project Consultant, Data Science, Analysis & Investigation | -- |
| Suffern, Anne C. | Paralegal | -- |

*COFINA Dispute Analysis (Matter ID 00003)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Hansson, Kurt W. | Partner | Litigation |
| Worthington, James B. | Partner | Litigation |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Buscarino, Anthony F. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Paredes, Xavier | Project Specialist | -- |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Hegel, Peter | Associate | Corporate |
| Jacob, Reade | Associate | Litigation |
| Cooney, Jacqueline W. | Senior Privacy Advisor | -- |

*Fiscal Plan Analysis (Matter ID 00005)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Tenzer, Andrew V. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Tenzer , Andrew V. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Hennigan, Andrew | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |
| Paredes, Xavier | Project Specialist | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Suffern, Anne C. | Paralegal | -- |
| Wijemanne, Manel | Paralegal | -- |

*HTA (Matter ID 00007)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Hennigan, Andrew | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Rookard, Katherine S. | Associate | Corporate |

| Vohra, Ravi | Associate | Restructuring |
| --- | --- | --- |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |
| Mariano, Andrea M. | Paralegal | -- |
| O'Dea, Heather R. | Research Services | -- |
| Paredes, Xavier | Project Specialist | -- |
| Phinny, C. Wendy | Paralegal | -- |

*ERS (Matter ID 00008)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Hennigan, Andrew S. | Associate | Corporate |
| Vohra, Ravi | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |

*Other Adversary Proceedings (Matter ID 00009)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Kinnaird, Stephen B. | Partner | Appellate Practice |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |

| Hennigan, Andrew S. | Associate | Corporate |
| --- | --- | --- |
| Maza, Shlomo | Associate | Restructuring |
| Rookard, Katherine S. | Associate | Corporate |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Boyle, Terrence G. | Paralegal | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Phinny, C. Wendy | Paralegal | -- |

*Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Hansson, Kurt W. | Partner | Litigation |
| Tenzer, Andrew V. | Partner | Restructuring |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Gray, Bradley R. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |
| Suffern, Anne C. | Paralegal | -- |

*GO Bond Debt Issues (Matter ID 00011)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |

-5-

| Bongartz, Alex | Counsel | Restructuring |
|---|---|---|
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Gage, Brendan | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Rookard, Katherine S. | Associate | Corporate |

*Creditors' Committee Meetings (Matter ID 00012)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |

*Rule 2004 Investigations (Matter ID 00013)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Cooper, Samuel W. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Hansson, Kurt W. | Partner | Litigation |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Baker, Jessica | Associate | Litigation |
| Barron, Douglass E. | Associate | Restructuring |

-6-

| Buscarino, Anthony F. | Associate | Litigation |
| --- | --- | --- |
| Gray, Bradley R. | Associate | Litigation |
| Hennigan, Andrew S. | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Rodriguez, Camila | Associate | Litigation |
| Vohra, Ravi | Associate | Restructuring |
| Boyle, Terrence, G. | Paralegal | -- |
| Checo, Miguel L. | Project Manager | -- |
| Elliott, Elizabeth | Librarian | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Mai, Zhuo Sheng | Project Specialist | -- |
| O'Dea, Heather R. | Research Services | -- |
| Paredes, Xavier | Project Specialist | -- |
| Wijemanne, Manel | Paralegal | -- |

*Constitutional Issues (Matter ID 00014)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Kinnaird, Stephen B. | Partner | Appellate Practice |
| Mollen, Neal | Partner | Appellate Practice |
| Unger, Sean | Partner | Appellate Practice |
| Besnoff, Sarah G. | Associate | Employment |
| Doherty, Allison | Paralegal | -- |
| Hopkovitz, Yael | Librarian | -- |

*Rule 2004 (Whitefish) (Matter ID 00015)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Cooper, Samuel W. | Partner | Litigation |
| Gray, Bradley R. | Associate | Litigation |
| Rodriguez, Camila | Associate | Litigation |

### *PREPA Privatization (Matter ID 00016)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |

### *PBA (Matter ID 00017)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Rookard, Katherine S. | Associate | Corporate |

### *GDB (Matter ID 00018)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Hansson, Kurt W. | Partner | Litigation |
| Mollen, Neal D. | Partner | Appellate Practice |
| Tenzer, Andrew V. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Grogan, James T. | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Baker, Jessica | Associate | Litigation |

| | | |
|---|---|---|
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Gage, Brendan | Associate | Restructuring |
| Gray, Bradley R. | Associate | Litigation |
| Hennigan, Andrew | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Newman, Daniel F. | Associate | Restructuring |
| Rodriguez, Camila | Associate | Litigation |
| Rookard, Katherine S. | Associate | Corporate |
| Vohra, Ravi | Associate | Restructuring |
| Whalen, Michael C. | Associate | Litigation |
| Zwillinger, Zachary S. | Associate | Litigation |
| Chang, Irene | Librarian | -- |
| Doherty, Allison | Paralegal | -- |
| Freed, Brenda S. | Paralegal | -- |
| Kromer, Rosetta S. | Paralegal | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Le Blance, Wayne E. Jr. | Paralegal | -- |
| O'Dea, Heather R. | Research Services | -- |
| Phinny, C. Wendy | Paralegal | -- |
| Reid, Alex | Librarian | -- |
| Sheldon, Aimee S. | Case Assistant | -- |
| Wijemanne, Manel | Paralegal | -- |