**EXHIBIT B**
**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD**

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas Ayala | Partner | Labor and Litigation | 1997 | $104,301.00 | 386.30 | $270.00 | 0 |
| Juan J. Casillas Ayala | Partner | Labor and Litigation | 1997 | $229.50 | 1.70 | $135.00 | 0 |
| Luis L. Torres Marrero | Partner | Corporate and Taxes | 1997 | $4,131.00 | 15.30 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $35,451.00 | 131.30 | $270.00 | 0 |
| | | **Total Partner:** | | **$144,112.50** | **534.60** | | |
| Israel Fernández | Junior Partner | Labor and Litigation | 2006 | $6,240.00 | 26.00 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$6,240.00** | **26.00** | | |
| René Comas | Special Counsel | Labor and Litigation | 1997 | $336.00 | 1.40 | $240.00 | 0 |
| | | **Total Special Counsel:** | | **$336.00** | **1.40** | | |
| Diana M. Alcaraz | Senior Associate | Corporate and Taxes | 2005 | $880.00 | 4.40 | $200.00 | 0 |
| Ericka Montull | Senior Associate | Labor and Litigation | 2011 | $5,940.00 | 29.70 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$6,820.00** | **34.10** | | |
| Alberto J. E. Añeses | Associate | Corporate and Taxes | 2014 | $68,289.00 | 401.70 | $170.00 | 0 |
| Cristina Fernández | Associate | Labor and Litigation | 2015 | $14,008.00 | 82.40 | $170.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $9,656.00 | 56.80 | $170.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $170.00 | 2.00 | $85.00 | 0 |
| | | **Total Associate:** | | **$92,123.00** | **542.90** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $1,130.50 | 11.90 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$1,130.50** | **11.90** | | |
| | **Total:** | | | **$250,762.00** | **1,150.90** | | |
| | **Blended Rate:** | | | | | **$217.88** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$219.17** | |