**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2018 | July 2018 | August 2018 | September 2018 | Total | June 2018 | July 2018 | August 2018 | September 2018 | Total |
| B110 Case Administration | 40.00 | 10.00 | 10.00 | 10.00 | 70.00 | 8.10 | 4.40 | 3.40 | 3.20 | 19.10 |
| B112 General Creditor Inquiries | 5.00 | 45.00 | 30.00 | 2.50 | 82.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| B113 Pleadings Review | 40.00 | 45.00 | 60.00 | 50.00 | 195.00 | 33.50 | 86.90 | 60.90 | 40.60 | 221.90 |
| B120 Asset Analysis and Recovery | 5.00 | 2.50 | 2.50 | 2.50 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 5.00 | 2.50 | 2.50 | 2.50 | 12.50 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5.00 | 2.50 | 2.50 | 2.50 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 30.00 | 15.00 | 20.00 | 25.00 | 90.00 | 12.90 | 12.20 | 7.30 | 5.20 | 37.60 |
| B155 Court Hearings | 30.00 | 10.00 | 10.00 | 15.00 | 65.00 | 6.90 | 11.80 | 0.00 | 11.60 | 30.30 |
| B160 Employment / Fee Applications | 25.00 | 10.00 | 5.00 | 5.00 | 45.00 | 0.30 | 15.00 | 2.00 | 0.60 | 17.90 |
| B161 Budgeting (Case) | 2.00 | 2.50 | 2.50 | 2.50 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B165 Fee and Employment Applications of Other Professionals | 5.00 | 2.50 | 2.50 | 2.50 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action Analysis | 5.00 | 2.50 | 2.50 | 2.50 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 5.00 | 2.50 | 2.50 | 2.50 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 60.00 | 75.00 | 20.00 | 40.00 | 195.00 | 56.40 | 60.00 | 211.80 | 211.00 | 539.20 |
| B191 General Litigation | 200.00 | 250.00 | 250.00 | 200.00 | 900.00 | 15.00 | 46.70 | 123.90 | 86.90 | 272.50 |
| B195 Non-Working Travel | 20.00 | 20.00 | 25.00 | 15.00 | 80.00 | 0.60 | 0.70 | 1.30 | 1.10 | 3.70 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 10.00 | 5.00 | 10.00 | 5.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 10.00 | 2.50 | 10.00 | 5.00 | 27.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 5.00 | 2.50 | 2.50 | 2.50 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 15.00 | 2.50 | 7.50 | 7.50 | 32.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 15.00 | 50.00 | 50.00 | 25.00 | 140.00 | 0.00 | 3.60 | 0.00 | 0.00 | 3.60 |
| B310 Claims Administration and Objections | 50.00 | 5.00 | 50.00 | 20.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B312 Objections to Claims | 60.00 | 5.00 | 15.00 | 15.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 5.00 | 5.00 | 2.50 | 5.00 | 17.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B420 Restructurings | 10.00 | 5.00 | 40.00 | 20.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL HOURS** | **662.00** | **580.00** | **635.00** | **485.00** | **2,362.00** | **138.80** | **241.30** | **410.60** | **360.20** | **1,150.90** |
| **TOTAL FEES** | **$142,992.00** | **$125,280.00** | **$137,160.00** | **$104,760.00** | **$510,192.00** | **$31,792.00** | **$55,587.50** | **$86,807.00** | **$76,575.50** | **$250,762.00** |

2

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

**General (Matter ID:  396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 15.30 | $2,903.50 |
| B112   - General Creditor Inquiries | 5.00 | $1,350.00 |
| B113   - Pleadings Reviews | 150.20 | $36,924.00 |
| B150   - Meetings of and Communications with Creditors | 34.00 | $8,930.00 |
| B155   - Court Hearings | 26.50 | $6,637.50 |
| B160   - Fee/Employment Applications | 2.00 | $540.00 |
| B190   - Other Contested Matters (excluding assumptions/rejections) | 94.00 | $18,642.00 |
| B191   - General Litigation | 59.30 | $14,916.00 |
| B195   - Non-Working Travel | 2.40 | $289.00 |
| B261   - Investigations | 3.60 | $682.00 |
| **Total** | **392.30** | **$91,814.00** |

**COFINA Dispute Analysis (Matter ID:  396-00003)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113   - Pleadings Reviews | 5.80 | $1,486.00 |
| B150   - Meetings of and Communications with Creditors | 0.50 | $135.00 |
| B190   - Other Contested Matters (excluding assumptions/rejections) | 37.50 | $6,655.00 |
| B191   - General Litigation | 20.80 | $4,906.00 |
| **Total** | **64.60** | **$13,182.00** |

**Communications w/ Creditors/ Website (other than Committee Members) (Matter ID: 396-00004)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B150   - Meetings of and Communications with Creditors | 0.10 | $17.00 |
| B190   - Other Contested Matters (excluding assumptions/rejections) | 7.50 | $1,295.00 |
| B191   - General Litigation | 2.50 | $435.00 |
| **Total** | **10.10** | **$1,747.00** |

### Plan Fiscal Analysis (Matter ID:  396-00005)

| Task Code | Hours | Amount |
|---|---:|---:|
| B190   - Other Contested Matters (excluding assumptions/rejections) | 14.80 | $2,956.00 |
| B191   - General Litigation | 1.20 | $264.00 |
| **Total** | **16.00** | **$3,220.00** |

### PREPA (Matter ID:  396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113   - Pleadings Reviews | 6.00 | $1,530.00 |
| B130   - Asset Disposition | 0.10 | $17.00 |
| B191   - General Litigation | 3.60 | $962.00 |
| **Total** | **9.70** | **$2,509.00** |

### HTA (Matter ID:  396-00007)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113   - Pleadings Reviews | 8.60 | $2,312.00 |
| B191   - General Litigation | 1.70 | $459.00 |
| **Total** | **10.30** | **$2,771.00** |

### ERS (Matter ID:  396-00008)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113   - Pleadings Reviews | 5.50 | $1,465.00 |
| B190   - Other Contested Matters (excluding assumptions/rejections) | 10.10 | $2,527.00 |
| B191   - General Litigation | 3.80 | $1,026.00 |
| **Total** | **19.40** | **$5,018.00** |

### Other Adversary Proceedings (Matter ID:  396-00009)

| Task Code | Hours | Amount |
|---|---:|---:|
| B190   - Other Contested Matters (excluding assumptions/rejections) | 36.50 | $7,012.00 |
| **Total** | **36.50** | **$7,012.00** |

**Mediation (Matter ID: 396-00010)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B150   - Meetings of and Communications with Creditors | 1.60 | $352.00 |
| B190   - Other Contested Matters (excluding assumptions/rejections) | 4.50 | $925.00 |
| B191   - General Litigation | 1.90 | $513.00 |
| **Total** | **8.00** | **$1,790.00** |

**GDB (Matter ID: 396-00013)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 0.80 | $76.00 |
| B113   - Pleadings Reviews | 43.20 | $9,934.00 |
| B150   - Meetings of and Communications with Creditors | 1.40 | $378.00 |
| B155   - Court Hearings | 3.80 | $1,026.00 |
| B190   - Other Contested Matters (excluding assumptions/rejections) | 241.40 | $47,737.50 |
| B191   - General Litigation | 98.30 | $20,636.00 |
| B195   - Non-Working Travel | 1.30 | $110.50 |
| **Total** | **390.20** | **$79,898.00** |

**PBAPR (Matter ID: 396-00014)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B190   - Other Contested Matters (excluding assumptions/rejections) | 40.20 | $9,134.00 |
| **Total** | **40.20** | **$9,134.00** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 3.00 | $590.00 |
| B160   - Fee/Employment Applications | 15.30 | $2,836.00 |
| B190   - Other Contested Matters (excluding assumptions/rejections) | 2.50 | $515.00 |
| B191   - General Litigation | 1.00 | $270.00 |
| **Total** | **21.80** | **$4,211.00** |

**Analysis of Kobre & Kim's Puerto Rico Debts Reports (Matter ID: 396-00016)**

| Task Code | Hours | Amount |
|---|---|---|
| B113 - Pleadings Reviews | 2.60 | $623.00 |
| B160 - Fee/Employment Applications | 0.60 | $144.00 |
| B190 - Other Contested Matters (excluding assumptions/rejections) | 50.20 | $9,401.00 |
| B191 - General Litigation | 78.40 | $18,288.00 |
| **Total** | **131.80** | **$28,456.00** |

4

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Certification of Translation | $1,030.71 |
| Clerk of the US District Court - Filing Fee | $400.00 |
| Conference Call | $5.04 |
| Courier Expense | $2,600.46 |
| Delivery Expense | $226.20 |
| Deposition Attendance Fee and Mileage | $260.00 |
| Legal Stamps | $69.35 |
| Outsite Printing | $1,837.46 |
| Photocopies | $4,226.50 |
| Postage Expense | $81.50 |
| Pro Hac Vice | $1,200.00 |
| Service of Subpoena | $400.00 |
| Transcription | $131.40 |
| **Total** | **$12,468.62** |

1