# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### June 2018 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $27,863.00 | $25,076.70 | $983.12 | $26,059.82 |
| PREPA | $862.00 | $775.80 | $0.00 | $775.80 |
| HTA | $540.00 | $486.00 | $0.00 | $486.00 |
| ERS | $2,527.00 | $2,274.30 | $0.00 | $2,274.30 |
| **Total** | **$31,792.00** | **$28,612.80** | **$983.12** | **$29,595.92** |

### July 2018 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $51,385.50 | $46,246.95 | $6,831.08 | $53,078.03 |
| PREPA | $1,026.00 | $923.40 | $0.00 | $923.40 |
| HTA | $1,124.00 | $1,011.60 | $0.00 | $1,011.60 |
| ERS | $2,052.00 | $1,846.80 | $0.00 | $1,846.80 |
| **Total** | **$55,587.50** | **$50,028.75** | **$6,831.08** | **$56,859.83** |

**August and September 2018 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $161,215.50 | $145,093.95 | $4,654.42 | $149,748.37 |
| PREPA | $621.00 | $558.90 | $0.00 | $558.90 |
| HTA | $1,107.00 | $996.30 | $0.00 | $996.30 |
| ERS | $439.00 | $395.10 | $0.00 | $395.10 |
| **Total** | **$163,382.50** | **$147,044.25** | **$4,654.42** | **$151,698.67** |