**Estimated Hearing Date**: March 13, 2019 at 9:30 a.m. AST
**Objection Deadline**: December 7, 2018 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**SUMMARY COVER SHEET FOR FOURTH INTERIM APPLICATION OF
LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES,
FOR THE PERIOD FROM JUNE 1, 2018 THROUGH SEPTEMBER 30, 2018**

**ALL FEES AND SERVICES IN THIS INTERIM APPLICATION
WERE INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP ("LS&E") |
| Authorized to Provide Professional Services as: | Special Counsel to The Financial Oversight and Management Board for Puerto Rico |
| Name of Client: | The Financial Oversight and Management Board for Puerto Rico |
| Petition Date: | May 3, 2017[2] |
| Retention Date: | October 4, 2016 |
| Compensation Period: | June 1, 2018 to September 30, 2018 (the "Compensation Period") |
| Total Compensation Sought: | $74,708.00 |
| Expense Reimbursement Sought: | $313.63 |
| Total Compensation and Expense Reimbursement Sought: | $75,021.63 |
| Prior Applications Filed: | First Interim Application [Docket No. 2077]; |
| | Second Interim Application [Docket No. 2729]; |
| | Third Interim Application [Docket No. 3530] |

This is an: ___ monthly     X  interim     ___ final application

This is Luskin, Stern & Eisler LLP's fourth interim application in these cases (this "Application").

---

[2] The petition date for the Commonwealth under Title III was May 3, 2017.  The petition date for COFINA under Title III was May 5, 2017.  The petition date for ERS and HTA under Title III was May 21, 2017.  The petition date for PREPA under Title III was July 2, 2017.

Additional Information required pursuant to the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013:

| | |
|---|---|
| Total Compensation Approved by Interim Order to Date: | $520,342.74 |
| Total Expense Reimbursement Approved by Interim Order to Date: | $3,901.70 |
| Total Allowed Compensation Paid to Date: | $520,342.74 |
| Total Allowed Expense Reimbursement Paid to Date: | $3,901.70 |
| Total Compensation Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $67,237.20 |
| Total Expense Reimbursement Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $313.63 |
| Blended Hourly Rate in this Application for all Attorneys: | $767.70 |
| Blended Hourly Rate in this Application for all Timekeepers: | $587.79 |
| Number of Professionals in this Application: | 5 |
| Number of Professionals Billing Fewer than 15 hours in this Application: | 2 |
| Difference Between Fees Budgeted and Compensation Requested for this Period: | -25.29%[3] |
| Rate Increases Since Date of Retention: | 2 |
| Disclosure of Compensation Sought in this Application Using Rates Disclosed at Retention: | $74,011.50 |

---

[3] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month or Compensation Period can fluctuate substantially.  Accordingly, there may be significant variations in budgeted and actual fees billed.

**Summary of Prior Interim Fee Applications Filed**

| File Date/ Docket Number | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|---|
| 12/15/2017 [No. 2077] | May 3, 2017 to September 30, 2017 | $324,975.50 | $2,172.59 | $308,347.07 | $2,100.64 | $305,093.22 | $2,100.64 |
| 3/19/2018 [No. 2729] | October 1, 2017 to January 31, 2018 | $91,237.50 | $1,329.64 | $88,869.67 | $1,329.64 | $88,869.67 | $1,329.64 |
| 7/16/2018 [No. 3530] | February 1, 2018 to May 31, 208 | $125,126.00 | $471.42 | $123,126.00 | $471.42 | $123,126.00 | $471.42 |
| **TOTAL** | | **$541,339.00** | **$3,973.65** | **$520,342.74** | **$3,901.70** | **$520,342.74** | **$3,901.70** |

**Summary of Prior Monthly Fee Statements for the Compensation Period from June 1, 2018 through September 30, 2018[4]**

| Date | Period Covered | Total Fees | Fees Requested (90%) | Holdback (10%) | Expenses Requested | Fees Paid (90%) | Expenses Paid (100%) |
|---|---|---|---|---|---|---|---|
| 7/18/2018 | June 1, 2018 to June 30, 2018 | $15,241.50 | $13,717.35 | $1,524.15 | $23.50 | $13,717.35 | $23.50 |
| 8/21/2018 | July 1, 2018 to July 31, 2018 | $37,053.50 | $33,348.15 | $3,705.35 | $210.08 | $33,348.15 | $210.08 |
| 9/20/2018 | August 1, 2018 to August 31, 2018 | $12,507.00 | $11,256.30 | $1,250.70 | $80.05 | $11,256.30 | $80.05 |
| 10/18/2018 | September 1, 2018 to September 30, 2018 | $9,906.00 | $8,915.40 | $990.60 | $0.00 | $8,915.40 | $0.00 |
| **TOTAL** | | **$74,708.00** | **$67,237.20** | **$7,470.80** | **$313.63** | **$67,237.20** | **$313.63** |

---

[4] The fees requested in LS&E's monthly fee statements during this Compensation Period reflect voluntary reductions in the aggregate amount of $10,583.50.  Such reductions are reflected in the net amounts sought in this Application.

**Estimated Hearing Date**: March 13, 2019 at 9:30 a.m. AST
**Objection Deadline**: December 7, 2018 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## FOURTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2018 THROUGH SEPTEMBER 30, 2018

TO THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE:

Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority (collectively, the "Debtors") in the above-captioned title III cases (the "Title III Cases") pursuant

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*
("PROMESA"),[2] hereby submits this fourth interim fee application (the "Fourth Interim
Application" or "Application"),[3] pursuant to PROMESA sections 316 and 317, Rule 2016 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),[4] Rule 2016-1 of the Local
Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the
"Local Bankruptcy Rules"), Appendix B of the United States Trustee *Guidelines for Reviewing
Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by
Attorneys in Large Chapter 11 Cases* effective as of November 1, 2013 (the "U.S. Trustee
Guidelines," and together with the aforementioned statutes, rules and guidelines, the
"Guidelines"), and in accordance with the *Second Amended Order Setting Procedures for
Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on
June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), seeking entry of an order
granting (a) the allowance of interim compensation in the aggregate amount of $74,708.00 in
fees for reasonable and necessary professional services rendered and (b) reimbursement of actual
and necessary expenses in the aggregate amount of $313.63 incurred during the period
commencing June 1, 2018 through and including September 30, 2018 (the "Compensation
Period").  In support of this Application, LS&E respectfully states the following:

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] The Application solely pertains to fees and expenses incurred with respect to the Debtors' Title III Cases and does
not address fees or expenses incurred with respect to other services performed for the Oversight Board outside the
Title III process.

[4] The Bankruptcy Rules are made applicable to the Debtors' Title III Cases pursuant to PROMESA section 310.

**Jurisdiction and Venue**

1. The Court has subject matter jurisdiction to consider and determine this
Second Interim Application pursuant to PROMESA section 306(a).  Venue is proper before this
Court pursuant to PROMESA section 307(a).  The statutory predicates for the relief requested
herein are PROMESA sections 316 and 317, Bankruptcy Rule 2016 and Local Rule 2016-1.

2. This Application has been prepared in accordance with the Guidelines and
the Interim Compensation Order.  Attached hereto as **Exhibit A** is a certification regarding
compliance with the Local Guidelines.

**Background and Case Status**

**A.  The Debtors' Title III Cases**

3. On June 30, 2016, the Oversight Board was established under PROMESA
section 101(b).

4. On August 31, 2016, President Obama appointed the Oversight Board's
seven voting members.

5. Pursuant to PROMESA section 315, "[t]he Oversight Board in a case
under this title is the representative of the debtor[s]" and "may take any action necessary on
behalf of the debtor[s] to prosecute the case[s] of the debtor[s], including filing a petition under
section 304 of [PROMESA] . . . or otherwise generally submitting filings in relation to the
case[s] with the court."

6. On September 30, 2016, the Oversight Board designated the Debtors as
"covered entit[ies]" under PROMESA section 101(d).

7. On May 3, 2017, the Oversight Board issued a restructuring certification
pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the

Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

8.    On May 5, 2017, the Oversight Board filed a voluntary petition for relief for the Puerto Rico Sales Tax Financing Corporation ("COFINA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

9.    On May 21, 2017, the Oversight Board filed a voluntary petition for relief for each of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") and the Puerto Rico Highways and Transportation Authority ("HTA") pursuant to section 304(a) of PROMESA, commencing cases under title III thereof.

10.    On July 2, 2017, the Oversight Board filed a voluntary petition for the Puerto Rico Electric Power Authority ("PREPA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

11.    Through orders issued on June 1, June 29 and October 6, 2017, the Court ordered the joint administration of the Title III Cases for the Debtors, for procedural purposes only [Docket Nos. 242, 537 and 1417].

12.    Background information regarding the Commonwealth and its instrumentalities, and the commencement of the instant Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [Docket No. 1] attached to the Commonwealth's Title III petition.

### B.   Retention of LS&E

13.    LS&E is a law firm with its offices located in New York.  LS&E has significant experience representing parties in bankruptcy actions and litigations in many large, complex cases.  It has represented clients in numerous cases in the Southern District of New

York, the Eastern District of New York, and in the United States District Courts and Courts of

Appeals throughout the United States.

14.     As set forth in the engagement letter dated October 4, 2016

(the "Engagement Letter"),[5] LS&E was retained by and authorized to represent the Oversight

Board in connection with litigation in this Court seeking to lift the automatic stay imposed by

PROMESA, seven months before these Title III Cases were commenced.[6]  Since the

commencement of these Title III Cases, LS&E has continued to provide services to the

Oversight Board and assists Proskauer Rose LLP ("Proskauer"), as lead counsel for the

Oversight Board, in connection with the ongoing Title III actions given LS&E's institutional

knowledge of the pre-Title III litigation and its experience in bankruptcy litigation.

### C.  Interim Compensation and Fee Examiner Orders

15.     On August 23, 2017, the Court entered the *Order Setting Procedures for
Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150].

16.     On October 6, 2017, the Court appointed a Fee Examiner in these Title III

Cases (the "Fee Examiner") pursuant to the *Order Pursuant to PROMESA Sections 316 and 317
and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief*

[Docket No. 1416] (the "Fee Examiner Order").

---

[5] A copy of the Engagement Letter is available on the Oversight Board's website at
http://oversightboard.pr.gov/documents/.

[6] Unlike in cases commenced under the Bankruptcy Code, professionals retained by the Debtors and the Oversight
Board do not require court authorization for retention.  *See* PROMESA § 301(a) (omitting Bankruptcy Code sections
327 and 328 from incorporation into PROMESA).

17.     On October 31, 2017, the Fee Examiner filed the *Urgent Motion of the Fee Examiner to Amend the Interim Compensation Order, Including the Due Date and Hearing Date for Interim Compensation* [Docket No. 1594].

18.     On November 8, 2017, the Court entered the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715].

19.     On November 10, 2017, the Fee Examiner issued a memorandum, and on January 3, 2018, the Fee Examiner issued a supplemental memorandum (together, the "Fee Examiner Guidelines") to all retained professionals in these Title III Cases providing additional guidelines in connection with the Interim Compensation Order.

20.     On May 8, 2018, the Fee Examiner filed the *Motion of the Fee Examiner to Amend the Fee Examiner Order with Respect to the Scope of the Fee Examiner's Authority in the Interest of Administrative Efficiency* [Docket No. 3032] (the "Motion to Amend the Fee Examiner Order").

21.     On May 23, 2018, the Oversight Board and the Puerto Rico Fiscal Agency and Financial Authority (the "AAFAF") filed a *Joint Motion for Entry of an Order Further Amending the Interim Compensation Order* [Docket No. 3133].

22.     On June 6, 2018, the Court entered the Interim Compensation Order, and in accordance therewith, LS&E and other professionals retained in these Title III Cases were authorized to serve upon the parties identified therein (the "Notice Parties") monthly fee statements (the "Monthly Fee Statements").

23.     Pursuant to the Interim Compensation Order, the Notice Parties have ten days from the date of service of the Monthly Fee Statement to object to the amounts requested.

If no objection is filed prior to expiration of the objection period, the Commonwealth is authorized to pay the respective professionals 90% of the fees and 100% of the expenses sought in each Monthly Fee Statement.

24.    On June 20, 2018, the Court entered the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Docket No. 3324] (the "Amended Fee Examiner Order"). Pursuant to the Amended Fee Examiner Order, the Court directed the Fee Examiner, "in consultation with the relevant professionals and counsel for the Oversight Board, AAFAF, and the official committees, to develop and present a proposal to the Court to resolve the concerns the Fee Examiner has noted at paragraphs 9 through 22 of the Motion [to Amend the Fee Examiner Order], addressing the fee applications of McKinsey & Company, Andrew Wolfe, and other *de minimis* and flat fee professionals and reiterating and amending the provisions of the [Fee Examiner Order]."

25.    On August 20, 2018, the Fee Examiner filed the *Fee Examiner's Motion to Impose Presumptive Standards and Timeliness Requirements for Professional Fee Applications* [Docket No. 3790] (the "Presumptive Standards Motion"), articulating presumptive standards of reasonableness and necessity for specific categories of professional services and recommending timely application requirements.

26.    On September 13, 2018, the Court entered the *Order on Fee Examiner's Motion to Impose Presumptive Standards and Timeliness Requirements for Professional Fee Applications* [Docket No. 3932], granting the Presumptive Standards Motion.

### D. Applications for Interim Compensation

27.     In addition to the Monthly Fee Statements, the Interim Compensation
Order directed professionals to seek interim allowance and payment of compensation (including
the 10% held back from Monthly Fee Statements) and expense reimbursement at 120-day
intervals (each an "Interim Fee Period") by filing with the Court and serving on the Notice
Parties an application for approval and allowance of all compensation and reimbursement of
expenses relating to services rendered and expenses incurred during the preceding Interim Fee
Period (*see* Interim Compensation Order at ¶2(f)).

28.     On December 15, 2017, LS&E filed its *First Interim Application of
Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management
Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the
Period from May 3, 2017 through September 30, 2017* [Docket No. 2077], for interim
compensation for the period of May 3, 2017 through September 30, 2017 (the "First Interim
Application") in these Title III Cases seeking interim allowance of $324,975.50 in compensation
for professional services rendered and $2,172.59 in reimbursement for expenses incurred.

29.     On February 21, 2018, the Fee Examiner provided his confidential letter
report to LS&E with respect to the First Interim Application.  Based on multiple conversations
LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce
the amounts sought in the First Interim Application by $16,628.43 in fees and $71.95 in expenses
(together, the "First Interim Adjustments").

30.     On March 1, 2018, the Fee Examiner filed the *Fee Examiner's Initial
Report* [Docket No. 2645] with respect to LS&E's First Interim Application, recommending that
the Court approve the First Interim Application, net of the First Interim Adjustments.

31. On March 7, 2018, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First Interim Compensation Period from May 3 through September 30, 2017* [Docket No. 2685], approving the First Interim Application, net of the First Interim Adjustments.

32. On March 19, 2018, LS&E filed its *Second Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from October 1, 2017 through January 31, 2018* [Docket No. 2729], for interim compensation for the period of October 1, 2017 through January 31, 2018 (the "Second Interim Application") in these Title III Cases seeking interim allowance of $91,237.50 in compensation for professional services rendered and $1,329.64 in reimbursement for expenses incurred.

33. On May 30, 2018, the Fee Examiner filed the *Fee Examiner's Second Report on Professional Fees and Expenses* [Docket No. 3193], recommending that the Court adjourn LS&E's Second Interim Application for consideration at the July 25, 2018 omnibus hearing.

34. On July 16, 2018, LS&E filed its *Third Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period from February 1, 2018 through May 31, 2018* [Docket No. 3530] for interim compensation for the period from February 1, 2018 through May 31, 2018 (the "Third Interim Application") in these Title III Cases seeking interim allowance of $125,126.00 in compensation for professional services rendered and $471.42 in reimbursement of expenses incurred.

35.     On July 25, 2018, the Fee Examiner provided his confidential letter report to LS&E with respect to the Second Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the Second Interim Application by $2,367.83 in fees (the "Second Interim Adjustments").

36.     On September 6, 2018, the Court entered its *Second Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First and Second Interim Compensation Period from May 3 through September 30, 3017 and from October 1, 2017 through January 31, 2018* [Docket No. 3874], approving the Second Interim Application, net of the Second Interim Adjustments.

37.     On September 20, 2018, the Fee Examiner provided his confidential letter report to LS&E with respect to the Third Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the Third Interim Application by $2,000.00 in fees (the "Third Interim Adjustments").

38.     On October 31, 2018, the Fee Examiner filed the *Fee Examiner's Third Report on Professional Fees and Expenses* [Docket No. 4126] with respect to LS&E's Third Interim Application, recommending that the Court approve the Third Interim Application, net of the Third Interim Adjustments.

39.     On November 6, 2018, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Third Interim Compensation Period from February 1, 2018 through*

*May 31, 2018* [Docket No. 4200], approving the Third Interim Application, net of the Third

Interim Adjustments.

### **Relief Requested**

40.     By this Application, LS&E seeks an order authorizing (a) allowance of

interim compensation for the professional services rendered during the Compensation Period in

the aggregate amount of $74,708.00, (b) allowance of reimbursement of actual and necessary

expenses incurred by LS&E in the aggregate amount of $313.63, and (c) payment of the

outstanding fees and expense reimbursement in the aggregate amount of $75,021.63, inclusive of

any amounts previously held back.

41.     During the Compensation Period, LS&E attorneys and paraprofessionals

expended a total of 127.10 hours for which compensation is requested.  All services rendered and

expenses incurred for which compensation or reimbursement is requested were performed or

incurred for or on behalf of the Oversight Board.

42.     During the Compensation Period, LS&E submitted four Monthly Fee

Statements (the eleventh, twelfth, thirteenth and fourteenth such statements submitted by LS&E).

43.     On July 18, 2018, LS&E served its eleventh Monthly Fee Statement

covering the period from June 1, 2018 through June 30, 2018 (the "Eleventh Monthly Fee

Statement"), a copy of which is attached hereto as **Exhibit G-1**.[7]  LS&E received no objection to

the Eleventh Monthly Fee Statement.  On July 31, 2018, LS&E submitted a statement of no

objection to the AAFAF with respect to the Eleventh Monthly Fee Statement.  On

---

[7] The fees requested in LS&E's Eleventh Monthly Fee Statement reflect voluntary reductions in the amount of $3,016.50 which are reflected in the net amounts sought in this Application.

August 23, 2018, the Debtors paid $13,717.35 on account of fees requested and $23.50 on account of expense reimbursement requested.

44.     On August 21, 2018, LS&E served its twelfth Monthly Fee Statement covering the period from July 1, 2018 through July 31, 2018 (the "Twelfth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-2**. [8]  LS&E received no objection to the Twelfth Monthly Fee Statement.  On September 4, 2018, LS&E submitted a statement of no objection to the AAFAF with respect to the Twelfth Monthly Fee Statement.  On September 14, 2018, the Debtors paid $33,348.15 on account of fees requested and $210.08 on account of expense reimbursement requested.

45.     On September 20, 2018, LS&E served its thirteenth Monthly Fee Statement covering the period from August 1, 2018 through August 31, 2018 (the "Thirteenth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-3**.[9]  LS&E received no objection to the Thirteenth Monthly Fee Statement.  On October 5, 2018, LS&E submitted a statement of no objection to the AAFAF with respect to the Ninth Monthly Fee Statement.  On October 10, 2018, the Debtors paid $11,256.30 on account of fees requested and $80.05 on account of expense reimbursement requested.

46.     On October 18, 2018, LS&E served its fourteenth Monthly Fee Statement covering the period from September 1, 2018 through September 30, 2018 (the "Fourteenth

---

[8] The fees requested in LS&E's Twelfth Monthly Fee Statement reflect voluntary reductions in the amount of $2,082.00 which are reflected in the net amounts sought in this Application.

[9] The fees requested in LS&E's Thirteenth Monthly Fee Statement reflect voluntary reductions in the amount of $2,885.00 which are reflected in the net amounts sought in this Application.

Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-4**.[10]  LS&E received

no objection to the Fourteenth Monthly Fee Statement.  On November 5, 2018, LS&E submitted

a statement of no objection to the AAFAF with respect to the Fourteenth Monthly Fee Statement.

LS&E did not request any expense reimbursement in its Fourteenth Monthly Fee Statement.  On

November 5, 2018, the Debtors paid $6,658.42 on account of fees requested.[11]

47.     Other than those Monthly Fee Statements, no payments have been made to

LS&E, and LS&E has received no promises of payment from any source for services rendered or

to be rendered in any capacity whatsoever in connection with the matters covered during the

Compensation Period and addressed by this Fourth Interim Application.  There is no agreement

or understanding between LS&E and any other person, other than the members of LS&E, for the

sharing of compensation to be received for services rendered in these cases.

48.     The fees charged by LS&E in these cases are billed in accordance with

LS&E's existing billing rates and procedures in effect during the Compensation Period.  The

rates set forth in the Engagement Letter which LS&E charges for the services rendered by its

professionals and paraprofessionals in these Title III Cases are the same rates LS&E generally

charges for professionals and paraprofessional services rendered in comparable non-bankruptcy

related matters.  Such fees are reasonable based on the customary compensation charged by

comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national

legal market.

---

[10] The fees requested in LS&E's Fourteenth Monthly Fee Statement reflect voluntary reductions in the amount of $2,600.00 which are reflected in the net amounts sought in this Application.

[11] LS&E received payments of $2,256.98 in excess of the fee amounts allowed in connection with its Second Interim Application (the "Second Interim Overpayment").  LS&E asked the Debtors to credit such amount toward payment of the fees requested in its Fourteenth Monthly Fee Statement.  Accordingly, the Debtors paid 90% of the requested fees, net of the Second Interim Overpayment.

49.     LS&E maintains computerized records of all time spent by LS&E attorneys and paraprofessionals in connection with its representation of the Oversight Board. Applicant has provided itemized time records for professionals and paraprofessionals performing services during the Compensation Period to this Court, the Debtors, the Fee Examiner, all notice parties pursuant to the Interim Compensation Order and the U.S. Trustee.  All entries itemized in Applicant's time records comply with the requirements set forth in the Guidelines, including the use of separate matter numbers for different project types, as described in this Application. Applicant's itemized time records also detail expenses incurred during the Compensation Period. All entries itemized in Applicant's expense records comply with the requirements set forth in the Guidelines.

50.     Pursuant to, and consistent with, the relevant requirements of the Guidelines, as applicable, the following exhibits are attached hereto and incorporated herein by reference:

i.      **Exhibit A** contains a certification by Michael Luskin regarding LS&E's compliance with the Local Guidelines.

ii.     **Exhibit B** contains a summary of hours and fees billed by each LS&E attorney and paraprofessional in services rendered to the Oversight Board during the Compensation Period, including respective titles, hourly rates, year of bar admission for attorneys and any applicable rate increases.

iii.    **Exhibit C** contains a summary of compensation requested by matter during the Compensation Period.

iv.     **Exhibit D** contains a summary and comparison of the aggregate blended hourly rates.

v.      **Exhibit E** contains a summary of reimbursable expenses incurred during the Compensation Period.

vi.     **Exhibit F** contains available budget plans prepared and a comparative analysis of budgeted and actual fees during the Compensation Period.

vii.     **Exhibits G-1 through G-4** contain copies of LS&E's Monthly Fee Statements during the Compensation Period, which include detailed time records and out-of-pocket expenses.

### Summary of Services Performed by LS&E During the Compensation Period

51.     Set forth below is a description of significant professional services, broken down by project category, rendered by LS&E during the Compensation Period.  The following services described are not intended to be a comprehensive summary of the work performed by LS&E; a detailed description of all services rendered by LS&E can be found in the detailed time records reflecting the services performed by LS&E's professionals, the time expended by each professional, and the hourly rate of each professional, annexed to the Monthly Fee Statements attached hereto as **Exhibits G-1** through **G-4**, and such descriptions are incorporated herein by reference.

A.   Bankruptcy Litigation

Fees: $6,393.00; Hours: 8.40.

52.     During the Compensation Period, LS&E spent time under this project category keeping abreast of ongoing litigation and various administrative filings and reviewing various motions and opinions, including, without limitation, the Oversight Board's motion to dismiss the Title III cases by Aurelius Investment LLC, the First Circuit PREPA opinion, the District Court's opinion related to the Oversight Board's motion to dismiss the adversary proceeding filed by the Governor and AAFAF, the independent examiner's report and various filings in the ERS/ Altair appeals and the Government Development Bank Title III case. LS&E's work in this matter involved reviewing particular filings that raise and substantively discuss the issues that are central to the particular litigations on which LS&E actively works, and not all filings in these Title III Cases.

B. Fee Applications

Fees: $19,937.00; Hours: 56.30.

53.     During the Compensation Period, LS&E spent time under this project
category on the following: (a) review of the docket and filings in these Title III Cases in
connection with fee and compensation matters, (b) preparation for and telephonic appearance at
the June 6, 2018 omnibus hearing in connection with LS&E's Second Interim Application, the
Interim Compensation Order and the Amended Fee Examiner Order, (c) preparation of
retroactive and principal certifications pursuant to the Interim Compensation Order, (d) review of
the Guidelines and Fee Examiner Guidelines in connection with LS&E's Third Interim
Application, (e) preparation of its Third Interim Application, and (f) review and coordination
with the Oversight Board's professionals in connection with the foregoing.

54.     LS&E also spent time in this project category on compliance, fee
collection and tax withholding issues, including the following: (a) review of memoranda and
communications from the Puerto Rico Department of Treasury, (b) preparation of declarations
and tax forms, and (c) review and coordination with the Oversight Board's professionals in
connection with the foregoing.

55.     LS&E has voluntarily written off 38.60 hours in time expended and
$10,583.50 of fees incurred under this project category in connection with the following:
(a) preparation of its Monthly Fee Statements during this Compensation Period, (b) reviewing,
revising and redacting invoices in connection with its Monthly Fee Statements during this
Compensation Period, (c) preparation of principal certifications with respect to its Monthly Fee
Statements during this Compensation Period, (d) preparation and submission of no objection
statements with respect to its Monthly Fee Statements during this Compensation Period, (d)

preparation of responses to and requested information for the Fee Examiner, and (e) analysis of
its fees and payments with respect to compliance with Puerto Rico law and the foregoing.

### C. Peaje vs. PRHTA

Fees: $1,702.00; Hours: 2.40.

56.      LS&E's time in this project category is attributable to work done in
connection with *Peaje Investments LLC v. Puerto Rico Highways and Transportation Authority,
et al.*, Case No. 17-2165 (1st Cir.).  During the Compensation Period, the bulk of the time under
this project category was spent assisting Proskauer with Peaje's appeal to the First Circuit of the
Court's decision denying Peaje's motion for a preliminary injunction.  LS&E's work included
review of oral arguments and the opinion issued in the First Circuit as well as consulting with
Proskauer on appeal issues and strategy.

### D. AMBAC v. PRHTA

Fees: $26,266.00; Hours: 33.40.

57.      LS&E's time in this project category is attributable to work done in
connection with *Ambac Assurance Corporation v. Puerto Rico Highways and Transportation
Authority*, Case No. 18-1214 (1st Cir.).  During the Compensation Period, the bulk of the time
under this project category was spent assisting Proskauer with AMBAC's appeal to the First
Circuit of the Court's decision granting the Oversight Board's motion to dismiss the complaint.
LS&E's work included reviewing and revising outlines and draft briefs as well as helping the
Proskauer team prepare for oral arguments, including moot appellate arguments.

E.  Assured v. PRHTA

Fees: $20,410.00; Hours: 26.60.

58.     LS&E's time in this project category is attributable to work done in connection with *Assured Guaranty Corporation v. Puerto Rico Highways and Transportation Authority*, Case Nos. 18-1165 and 18-1166 (1st Cir.).  During the Compensation Period, the bulk of the time under this project category was spent assisting Proskauer with Assured's appeal to the First Circuit of the Court's decision granting the Oversight Board's motion to dismiss. LS&E's work included reviewing and revising outlines and draft briefs as well as helping the Proskauer team prepare for oral arguments, including moot appellate arguments.

**Actual and Necessary Disbursements**

59.     As set forth in the Summary Cover Sheet filed contemporaneously with this Application, LS&E disbursed $313.63 as expenses incurred in providing professional services during the Compensation Period.  LS&E passes through all out-of-pocket expenses at actual cost.  Other reimbursable expenses (whether the service is performed by LS&E in-house or through a third-party vendor) include, but are not limited to, deliveries, court costs, transcript fees, travel, teleconferencing, and clerk fees, and are passed through at cost.  LS&E does not bill for fax and phone charges (other than fees for conference calls), secretarial overtime or other administrative costs.

60.     LS&E submits that the actual expenses incurred for which reimbursement is sought in this Application were necessary, reasonable, and justified under the circumstances to serve the needs of the Oversight Board at the time such expenses were incurred.

**Voluntary Reductions and Adjustments**

61.     In the exercise of billing discretion, LS&E voluntarily wrote off $10,583.50 in fees during the Compensation Period in connection with time billed to the Fee

Application project category and in accordance with the Fee Examiner Guidelines. Such

reductions are reflected in the amounts requested in LS&E's Monthly Fee Statements during the

Compensation Period and the net amounts sought in this Application.

## **The Application Should be Granted**

62.     Section 317 of PROMESA provides for interim compensation of

professionals and incorporates the substantive standards of Section 316 of PROMESA to govern

the Court's award of such compensation. 48 U.S.C. § 2177. Section 316 provides that a court

may award a professional employed under section 1103 of title 11 of the United States Code

"reasonable compensation for actual, necessary services rendered . . . and reimbursement for

actual, necessary expenses." *Id*. § 2176(a)(1) and (2). Section 316(c) sets forth criteria for the

award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to a
> professional person, the court shall consider the nature, the extent, and the value
> of such services, taking into account all relevant factors, including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward the
> completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount of time
> commensurate with the complexity, importance, and nature of the
> problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is board
> certified or otherwise has demonstrated skill and experience in the
> restructuring field; and
>
> (6) whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases other
> than cases under this title or title 11, United States Code.

*Id*. § 2176(c).

63.     LS&E respectfully submits that the services for which it seeks

compensation and the expenditures for which it seeks reimbursement in this Fourth Interim

Application were necessary and beneficial to the Oversight Board.  In light of the nature, extent

and value of such services, LS&E submits that the compensation requested herein is reasonable.

64.     The compensation for LS&E's services as requested is commensurate with

the complexity, importance and nature of the problems, issues or tasks involved.  The

professional services were performed with expedition and in an efficient manner.  All work was

closely coordinated and conducted with Proskauer so as to ensure that there was no duplication

of effort.  In addition, the assignments given to LS&E by the Oversight Board and Proskauer

required the attention of senior-level attorneys (one partner and two senior associates); there was

no time expended by junior associates during the Compensation Period.

65.     In sum, the services rendered by LS&E were necessary and beneficial to

the Oversight Board, were reasonable in light of the value of such services to the Oversight

Board and were performed with skill and expertise.  Accordingly, LS&E submits that approval

of the compensation for professional services and reimbursement of expenses requested in this

Fourth Interim Fee Application is warranted.

## **Location of Services Provided**

66.     All fees and services during this Compensation Period were rendered and

incurred outside of Puerto Rico.

## **Statements Pursuant to Appendix B of the U.S. Trustee Guidelines**

67.     The following statements address information pursuant to Section C.5 of

the U.S. Trustee Guidelines:

    a.  <u>Question</u>:  Did you agree to any variations from, or alternatives to, your
       standard or customary billing rates, fees or terms for services pertaining to this

engagement that were provided during the application period?  If so, please explain.

    <u>Answer</u>:  No.

b.  <u>Question</u>:  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

    <u>Answer</u>:  The actual fees sought in this Application are lower than the budgeted fees for the Compensation Period by 25.29%.  Given that LS&E's services were and continue to be performed on an *ad hoc* basis, there can be significant variations in budgeted and actual fees billed in this and future interim applications.

c.  <u>Question</u>:  Have any of the professionals included in this fee application varied their hourly rate based on geographic location of the bankruptcy case?

    <u>Answer</u>:  No.

d.  <u>Question</u>:  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

    <u>Answer</u>:  No.  LS&E voluntarily reduced its time and fees billed in this Application relating to reviewing and revising time records or preparing, reviewing or revising invoices.  These amounts were not separately calculated but are included in the voluntary reductions made in this Fourth Interim Application, which are not reflected in the amounts sought therein.

e.  <u>Question</u>:  Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

    <u>Answer</u>:  No.  Any such time and fees related to reviewing and revising invoices to protect privileged or confidential information are included in the voluntary reductions referenced in the response to the question in paragraph 67(d) and are not separately calculated.

f.  <u>Question</u>:  If the fee application includes any rate increases in retention: (i) Did your client review and approve those rate increases in advance? and (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

<u>Answer</u>: The Fourth Interim Application includes a regular rate increase for one senior associate during the fourth interim Compensation Period. Such a rate increase was approved by the client pursuant to the terms of the Engagement Letter and the client was notified at the time of the rate increase.

## **Notice**

68.     Notice of this Application has been provided to: (a) the United States Trustee for the District of Puerto Rico, (b) the Oversight Board and its counsel, (c) counsel to the AAFAF, (d) counsel to the Fee Examiner, (e) counsel to the Official Committee of Unsecured Creditors, (f) counsel to the Official Committee of Retirees, and (g) the Puerto Rico Department of Treasury.  LS&E respectfully submits that no further notice of this Application should be required.

## **No Prior Request**

69.     No prior interim fee application for the relief requested herein has been made to this or any other Court.

## **Conclusion**

WHEREFORE, LS&E respectfully requests that the Court enter an order;

(a) approving the interim allowance of $74,708.00 for compensation for professional services rendered during the Compensation Period, (b) approving the reimbursement of LS&E's out-of-pocket expenses incurred in connection with the rendering of such services during the Compensation Period in the amount of $313.63, (c) authorizing payment of the outstanding fees and expense reimbursement in the aggregate amount of $75,021.63, and (d) granting such other and further relief as the Court deems just and proper.

Dated: November 16, 2018
      New York, New York

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

## **<u>EXHIBIT A</u>**

Certification of Michael Luskin in Support of the Application

**Estimated Hearing Date**: March 13, 2019 at 9:30 a.m. AST
**Objection Deadline**: December 7, 2018 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FOURTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2018 THROUGH SEPTEMBER 30, 2018

I, Michael Luskin, hereby certify that:

1.        I am an attorney admitted to practice before the United States District Court for the Southern District of New York and am admitted *pro hac vice* before this Court. I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E" or "Applicant"), with offices located at Eleven Times Square, New York, New York 10036.  Applicant is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>").[2]

I have personal knowledge of all of the facts set forth in this certification except as expressly

stated herein.

2.       In accordance with (a) Local Bankruptcy Rule 2016-1 (the "<u>Local</u>

<u>Guidelines</u>"), (b) Appendix B of the United States Trustee *Guidelines for Reviewing*

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,*

effective as of November 1, 2013 (the "<u>U.S. Trustee Guidelines</u>"), and (c) the *Second Amended*

*Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of*

*Professionals* entered June 6, 2018 (the "<u>Interim Compensation Order</u>"), this certification is

made with respect to the Fourth Interim Application of LS&E, as special counsel to the

Oversight Board, dated November 16, 2018 (the "<u>Application</u>"),[3] for interim compensation and

reimbursement of expenses for the period of June 1, 2018 through and including

September 30, 2018 (the "<u>Compensation Period</u>").

3.       With respect to section (a)(4) of the Local Guidelines, I certify that:

a)       I have read the Application;

b)       to the best of my knowledge, information, and belief, formed after
reasonable inquiry, the compensation and reimbursement of
expenses sought conforms with the Bankruptcy Code, the Federal
Rules of Bankruptcy Procedure, the U.S. Trustee Guidelines and
these Local Guidelines;

c)       except to the extent that fees or disbursements are prohibited by
the Local Guidelines, the compensation and reimbursement of
expenses requested are billed at rates no less favorable to the
Debtors than those customarily employed by LS&E and generally
accepted by LS&E's clients (with the exception of a small number

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

of high-volume clients who have negotiated reduced-fee agreements, *see* Application at Exhibit D); and

d)  in providing a reimbursable service, LS&E does not make a profit on that service, whether the service is performed by LS&E in-house or through a third party.

Dated: November 16, 2018
   New York, New York

          Respectfully submitted,


          */s/ Michael Luskin*
          Michael Luskin (admitted *pro hac vice*)

          **LUSKIN, STERN & EISLER LLP**
          Eleven Times Square
          New York, New York 10036
          Telephone:  (212) 597-8200
          Facsimile:  (212) 974-3205
          luskin@lsellp.com

## **EXHIBIT B**

Summary of Hours Billed by Professionals and Paraprofessionals
for the Period from June 1, 2018 through September 30, 2018 [1]

| Timekeeper | Position and Year Admitted to Practice | | This Interim Fee Application | | | First Interim Application Hourly Billing Rate | Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| | | | Total Fees Billed | Total Hours Billed | Hourly Billing Rate | | |
| Michael Luskin | Senior Partner | 1978 | $48,000.00 | 60.00 | $800.00 | $800.00 | 0 |
| Lucia T. Chapman | Senior Associate | 1984 | $3,780.00 | 5.40 | $700.00 | $700.00 | 0 |
| Stephan E. Hornung | Senior Associate | 2008 | $11,205.00 | 16.60 | $675.00 | $635.00 $675.00 | 2 [2] |
| | | | $350.00 | 0.50 | $700.00 | | |
| Catherine D. Trieu | Paralegal | N/A | $11,220.00 | 44.00 | $255.00 | $255.00 | 0 |
| Kathleen Feeney | Paralegal | N/A | $153.00 | 0.60 | $255.00 | $255.00 | 0 |
| **TOTAL** | | | **$74,708.00** | **127.10** | | | |

---

[1] These amounts were adjusted to reflect 38.60 hours and $10,583.50 in fees which LS&E has voluntarily reduced.

[2] LS&E adjusted its hourly rate for this associate to (i) $675.00 effective as of August 1, 2017 and (ii) $700.00 effective as of August 1, 2018.  Such increases were regular step increases and not a "rate increase" as defined in the U.S. Trustee Guidelines.  Pursuant to the U.S. Trustee Guidelines, "rate increases" "exclude annual 'step increases' historically awarded by the firm in the ordinary course to attorneys throughout the firm due to advancing seniority and promotion."  U.S. Trustee Guidelines ¶ B.2.d, n.2.

## EXHIBIT C

Summary of Compensation by Matter for the Period
from June 1, 2018 through September 30, 2018[1]

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 8.40 | $6,393.00 |
| Fee Applications | 56.30 | $19,937.00 |
| Peaje v. PRHTA[2] | 2.40 | $1,702.00 |
| AMBAC v. PRHTA[3] | 33.40 | $26,266.00 |
| Assured v. PRHTA[4] | 26.60 | $20,410.00 |
| **TOTAL** | **127.10** | **$74,708.00** |

---

[1] These amounts were adjusted to reflect 38.60 hours and $10,583.50 in fees which LS&E has voluntarily reduced.

[2] *Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority*, Case Nos. 17-151, 17-152 (D.P.R.), Case No. 17-2165 (1st Cir.)

[3] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 17-159 (D.P.R.), Case No. 18-1214 (1st Cir.)

[4] *Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 17-155 (D.P.R.), Case Nos. 18-1165, 18-1166 (1st Cir.)

**EXHIBIT D**

Summary of Blended Hourly Rates and Comparable Hourly Rates[1]

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed in this Fee Application | Billed for 2017 (excluding bankruptcy) | Billed for 2017 (excluding bankruptcy and legacy client) |
| Senior Partners | $800.00 | $761.20 | $776.12 |
| Senior Associates | $681.56 | $562.53 | $620.94 |
| **Attorney Total** | **$767.70** | **$698.77** | **$740.90** |
| Paralegals | $255.00 | $227.17 | $232.95 |
| **All Timekeepers** | **$587.79** | **$587.01** | **$617.11** |

---

[1] The difference in rates charged in this case versus other non-bankruptcy cases is attributable to three factors.  First, LS&E has long-standing rate schedule agreements with a small number of clients that have negotiated fixed "legacy" rates based on the significant volume of services LS&E provides to such clients which are below its customary rates.  The non-bankruptcy time billed by Stephan Hornung, the firm's only full-time senior associate, was primarily for one of those clients.  We have included a third column, which reflects the firm's blended hourly rates without including the hours worked for that client.  Second, as disclosed in Exhibit C, that senior associate's billing rate increased in August, 2017, and a majority of his time in these Title III Cases was billed subsequent to that rate increase.  Finally, LS&E is a small firm consisting of eight attorneys (four partners, two senior associates, one mid-level associate and one junior associate).  Staffing allocations can have a disproportionate and misleading impact on LS&E's blended hourly rates across a small sample size.

## <u>EXHIBIT E</u>

Summary of Reimbursable Expenses Incurred
for the Period June 1, 2018 through September 30, 2018

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Copying Charges – In House | $54.50 |
| Court Document Retrieval | $38.10 |
| Federal Express | $170.62 |
| Online Research | $50.41 |
| **TOTAL** | **$313.63** |

**EXHIBIT F**

Budget Plan and Comparative Analysis[1]

| Fee Period | Project Category | Budget Estimate | | Actual Billed | | Percentage Difference in Fees |
|---|---|---|---|---|---|---|
| | | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought | |
| June 1, 2018 to June 30, 2018 | 2 | N/A | N/A | 0.40 | $320.00 | N/A |
| | 3 | N/A | N/A | 20.70 | $7,504.50 | N/A |
| | 5 | N/A | N/A | 1.80 | $1,222.00 | N/A |
| | 6 | N/A | N/A | 1.20 | $832.50 | N/A |
| | 7 | N/A | N/A | 7.30 | $5,362.500 | N/A |
| | **Total** | **N/A** | **$25,000.00** | **31.40** | **$15,241.50** | -39.03% |
| July 1, 2018 to July 31, 2018 | 2 | N/A | N/A | 1.00 | $691.00 | N/A |
| | 3 | N/A | N/A | 30.10 | $10,362.50 | N/A |
| | 5 | N/A | N/A | 0.00 | $0.00 | N/A |
| | 6 | N/A | N/A | 16.80 | $13,352.50 | N/A |
| | 7 | N/A | N/A | 16.30 | $12,647.50 | N/A |
| | **Total** | **N/A** | **$25,000.00** | **64.20** | **$37,053.50** | 48.21% |
| August 1, 2018 to August 31, 2018 | 2 | N/A | N/A | 1.20 | $851.00 | N/A |
| | 3 | N/A | N/A | 4.70 | $1,866.00 | N/A |
| | 5 | N/A | N/A | 0.60 | $480.00 | N/A |
| | 6 | N/A | N/A | 10.30 | $8,110.00 | N/A |
| | 7 | N/A | N/A | 1.50 | $1,200.00 | N/A |
| | **Total** | **N/A** | **$25,000.00** | **18.30** | **$12,507.00** | -49.97% |
| September 1, 2018 to September 30, 2018 | 2 | N/A | N/A | 5.80 | $4,531.00 | N/A |
| | 3 | N/A | N/A | 0.80 | $204.00 | N/A |
| | 5 | N/A | N/A | 0.00 | $0.00 | N/A |
| | 6 | N/A | N/A | 5.10 | $3,971.00 | N/A |
| | 7 | N/A | N/A | 1.50 | $1,200.00 | N/A |
| | **Total** | **N/A** | **$25,000.00** | **13.20** | **$9,906.00** | -60.38% |
| **TOTAL** | | **N/A** | **$100,000.00** | **127.10** | **$74,708.00** | **-25.29%** |

---

[1] Because LS&E performs work for the Oversight Board on an as needed basis, the amount of time it bills in any given month or Compensation Period can fluctuate substantially.  Accordingly, there may be significant variations in budgeted and actual fees billed and the amount of time billed to the "Fee Applications" matter may constitute a larger percentage of LS&E's total fees billed during the Compensation Period than during other compensation periods.  Additionally, because LS&E's estimated monthly budget is only $25,000, any unexpected additional work can have a significant impact on the percentage difference between budgeted and actual fees.

## **EXHIBIT G-1**

Eleventh Monthly Fee Statement
(June 2018)

**Objection Deadline: July 30, 2018 at 4:00 p.m. (AST)**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**COVER SHEET TO ELEVENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM JUNE 1, 2018 THROUGH JUNE 30, 2018**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for June 2018.


Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**<u>Summary Sheet</u>**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | June 1, 2018 to June 30, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $15,241.50 |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $13,717.35 |
| 10% Holdback: | $1,524.15 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $23.50 |

This is a: <u> X </u> monthly      ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's eleventh monthly fee statement in these cases.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period June 1, 2018 through June 30, 2018[1]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 5.10 | $4,080.00 |
| Lucia T. Chapman | Associate | 1984 | $700.00 | 1.80 | $1,260.00 |
| Stephan E. Hornung | Associate | 2008 | $675.00 | 8.70 | $5,872.50 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 15.80 | $4,029.00 |
| **TOTAL** | | | | **31.40** | **$15,241.50** |

**Summary of Legal Fees
for the Period June 1, 2018 through June 30, 2018[2]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 0.40 | $320.00 |
| Fee Applications | 20.70 | $7,504.50 |
| Peaje vs. PRHTA[3] | 1.80 | $1,222.00 |
| AMBAC v. PRHTA[4] | 1.20 | $832.50 |
| Assured v. PRHTA[5] | 7.30 | $5,362.50 |
| **TOTAL** | **31.40** | **$15,241.50** |

**Summary of Reimbursable Expenses
for the Period June 1, 2018 through June 30, 2018**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court Document Retrieval | $23.50 |
| **TOTAL** | **$23.50** |

---

[1] These amounts reflect a total of 11.50 hours of time and $3,016.50 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[2] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[3] *Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority*, Case Nos. 17-151, 17-152 (D.P.R.), Case No. 17-2165 (1st Cir.)

[4] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 18-1214 (1st Cir.)

[5] *Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority*, Case Nos. 18-1165, 18-1166 (1st Cir.)

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Eleventh Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from June 1, 2018, through June 30, 2018 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1.        LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.        LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.        LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $15,241.50 |
| Total Expenses | $23.50 |
| Total | $15,265.00 |

4.        A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $13,740.85 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

**Notice and Objection Procedures**

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than July 30, 2018 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
   July 18, 2018

         Respectfully submitted,

         */s/ Michael Luskin*
         Michael Luskin (admitted *pro hac vice*)
         Lucia T. Chapman (admitted *pro hac vice*)
         Stephan E. Hornung (admitted *pro hac vice*)

         Luskin, Stern & Eisler LLP
         Eleven Times Square
         New York, New York 10036
         Telephone:  (212) 597-8200
         Facsimile:  (212) 974-3205
         luskin@lsellp.com
         chapman@lsellp.com
         hornung@lsellp.com

         *Special Counsel to the Financial Oversight and*
         *Management Board for Puerto Rico*

## **EXHIBIT A**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: July 30, 2018 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE ELEVENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2018 THROUGH JUNE 30, 2018

I, Michael Luskin, hereby certify that:

1.     I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"),

with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special

counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board") as representative of the Debtors in the above-captioned title III cases pursuant to section

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Eleventh Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated July 18, 2018 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of June 1, 2018 through and including June 30, 2018 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated: New York, New York
      July 18, 2018

                                          Respectfully submitted,

                                          */s/ Michael Luskin*
                                          Michael Luskin (admitted *pro hac vice*)

                                          **LUSKIN, STERN & EISLER LLP**
                                          Eleven Times Square
                                          New York, New York 10036
                                          Telephone:  (212) 597-8200
                                          Facsimile:  (212) 974-3205
                                          luskin@lsellp.com

**<u>EXHIBIT B</u>**
Time and Expense Records

June 30, 2018
Bill #   5703    ML
Client/Matter # 0675-0002
Billed through   June 30, 2018

Financial Oversight and Management Board                              Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 06/06/18  ML | L120      A104      Analysis/Strategy | | | 0.40  hrs |
| | review litigation summaries and discovery stipulations re: potential follow-up | | | |
| | Luskin, Michael | 0.40  hrs | 800.00  /hr | $320.00 |
| | | | | --------------- |
| | Total fees for this matter | 0.40  hrs | | $320.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| CDR      Court Document Retrieval | | $23.50 |
| TOTAL DISBURSEMENTS FOR THIS MATTER | | $23.50 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Analysis/Strategy | 0.40  hrs | $320.00 |
| | | --------------- |
| Total | 0.40  hrs | $320.00 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $320.00 |
| DISBURSEMENTS | $23.50 |
| | --------------- |
| TOTAL CHARGES | $343.50 |
| | --------------- |
| TOTAL BALANCE DUE | $343.50 |

June 30, 2018

Bill #   5704   ML

Client/Matter #  0675-0003

Billed through   June 30, 2018

Financial Oversight and Management Board     Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 06/01/18 | SEH | B160 | A104 | Fee/Employment Applications | 0.50  hrs |
| | | telephone call with Title III Fee Examiner (0.1); review of pleadings re: Interim Compensation (0.4) | | | | |
| 06/05/18 | CDT | B160 | A101 | Fee/Employment Applications | 0.30  hrs |
| | | schedule telephonic appearance for 6/6/18 hearing re: Second Interim Fee Applications | | | | |
| 06/06/18 | SEH | B160 | A109 | Fee/Employment Applications | 4.00  hrs |
| | | attend telephonic omnibus hearing re: Interim Fee Applications, revised Interim Compensation Order and revised Fee Examiner Order | | | | |
| 06/08/18 | CDT | B160 | A104 | Fee/Employment Applications | 1.20  hrs |
| | | [NOT BILLED] review, revise and reconcile May bills re: Tenth Monthly Fee Statement | | | | |
| 06/11/18 | SEH | B160 | A106 | Fee/Employment Applications | 0.20  hrs |
| | | review revised Interim Fee Compensation Order and emails with J. Spina at OMM re: tax withholding issues | | | | |
| 06/13/18 | CDT | B160 | A104 | Fee/Employment Applications | 2.10  hrs |
| | | review case docket and compile fee-related filings re: Omnibus Order Allowing Second Interim Fee Applications, Second Amended Interim Compensation Order and objection, and Fee Examiner's Second Interim Report (0.3); review filings re: same (1.7); review status of amended Fee Examiner Order (0.1) | | | | |
| 06/13/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.30  hrs |
| | | [NOT BILLED] draft initial statement re: Tenth Monthly Fee Statement | | | | |
| 06/15/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.60  hrs |
| | | [NOT BILLED] review and further revise May bills re: Tenth Monthly Fee Statement (0.3); office conference with J. Gunnerson re: same (0.1); work on draft statement re: same (0.2) | | | | |

Financial Oversight and Mngmt                                    Bill number        5704
PROMESA Fee Applications                                              Page      2

06/15/18  CDT    B160    A104    Fee/Employment Applications                    0.30  hrs
review docket re: fee-related filings and status of amended Fee
Examiner Order (0.1); office conference with S. Hornung re: same
and 6/6 fee hearing (0.2)

06/18/18  CDT    B160    A103    Fee/Employment Applications                    4.40  hrs
[NOT BILLED] review revised May bills re: Tenth Monthly Fee
Statement (0.3); revise and update fee reconciliation spreadsheet re:
same (0.6) compile summary fee charts re: same (0.4); work on draft
statement re: same (1.3); draft certifications pursuant to Second
Amended Interim Compensation Order re: same (1.7);
correspondence with S. Hornung re: same (0.1)

06/18/18  CDT    B160    A104    Fee/Employment Applications                    1.50  hrs
review Second Amended Interim Compensation Order (0.6); review
case docket re: fee-related filings and status of First Amended Fee
Examiner Order (0.2); review filings re: proposed First Amended
Fee Examiner Order (0.3); review FOMB website and PR law re:
certifications and compliance with PR Law (0.4)

06/19/18  CDT    B160    A105    Fee/Employment Applications                    0.80  hrs
[NOT BILLED] office conference with S. Hornung re: protocol for
certification of monthly fee statements (0.2); review S. Hornung
comments and revise draft re: Tenth Monthly Fee Statement (0.4);
office conferences with J. Gunnerson re: FOMB audit request for
invoices (0.2)

06/19/18  SEH    B160    A103    Fee/Employment Applications                    0.20  hrs
[NOT BILLED] revise Tenth Monthly Fee Statement and emails re:
same

06/20/18  CDT    B160    A103    Fee/Employment Applications                    1.30  hrs
review Amended Fee Examiner Order and Second Amended
Interim Compensation Order (0.4); draft email to PR Dept. of
Treasury re: LS&E Engagement Letter pursuant to Second
Amended Interim Compensation Order (0.3); review FOMB website
re: same (0.1); review correspondence with J. El Koury re: Principal
Certification (0.1); revise certification re: same (0.2) office
conferences and correspondence with S. Hornung re: same (0.2)

06/20/18  CDT    B160    A103    Fee/Employment Applications                    1.40  hrs
[NOT BILLED] review, revise and compile statement for M. Luskin
approval re: Tenth Monthly Fee Statement (0.2); correspondence
with M. Luskin and S. Hornung re: same and Principal Certification
(0.2);  further revise statement re: same (0.2); compile and review
executed Principal Certification and final statement re: same (0.4);
prepare and serve statement on revised notice parties re: same (0.4)

06/20/18  SEH    B160    A106    Fee/Employment Applications                    0.50  hrs
emails with J. El Koury and Proskauer re: requirements of fee
certifications (0.3); emails with Treasury re: same (0.1); prepare
declaration re: PR-Source income (0.1)

06/21/18  CDT    B160    A107    Fee/Employment Applications                    0.90  hrs
[NOT BILLED] prepare and send electronic billing data to Fee

Financial Oversight and Mngmt                                    Bill number      5704
PROMESA Fee Applications                                               Page       3

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | Examiner's counsel re: Tenth Monthly Fee Statement (0.1); draft no objection statement re: same (0.2); begin analysis and reconciliation of fees, voluntary reductions and payments re: Third Interim Fee Application (0.6) | | | | | |
| 06/21/18 CDT | B160 | A103 | Fee/Employment Applications | | 3.90 | hrs |
| | begin draft re: Third Interim Fee Application (2.7); review fee-related filings (Second Interim Compensation Order, Amended Fee Examiner Order, Orders Allowing Interim Compensation) re: same (0.8); review Guidelines, Fee Examiner memos, monthly fee statements and no objection statements re: same (0.4) | | | | | |
| 06/22/18 CDT | B160 | A104 | Fee/Employment Applications | | 1.70 | hrs |
| | [NOT BILLED] fee analysis and reconciliation re: Third Interim Fee Application | | | | | |
| 06/25/18 CDT | B160 | A103 | Fee/Employment Applications | | 2.10 | hrs |
| | draft LS&E Retroactive Principal Certification to PR Dept. of Treasury re: Second Amended Interim Compensation Order (0.8); continue work on draft re: Third Interim Fee Application (1.3) | | | | | |
| 06/25/18 SEH | B160 | A108 | Fee/Employment Applications | | 0.10 | hrs |
| | telephone call with Proskauer re: retroactive fee approvals | | | | | |
| 06/26/18 CDT | B160 | A103 | Fee/Employment Applications | | 1.70 | hrs |
| | continue draft re: Third Interim Fee Application | | | | | |
| 06/27/18 CDT | B160 | A103 | Fee/Employment Applications | | 2.20 | hrs |
| | draft and compile summary charts and exhibits re: Third Interim Fee Application | | | | | |

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 11.30 hrs | 0.00 /hr | | $0.00 |
| Trieu, Catherine D. | 15.40 hrs | 255.00 /hr | | $3,927.00 |
| Hornung, Stephan E. | 0.20 hrs | 0.00 /hr | | $0.00 |
| Hornung, Stephan E. | 5.30 hrs | 675.00 /hr | | $3,577.50 |
| | | | | --------------- |
| Total fees for this matter | 32.20 hrs | | | $7,504.50 |

Financial Oversight and Mngmt                                    Bill number      5704
PROMESA Fee Applications                                                 Page      4


SUBMATTER FEE RECAP

| | Fee/Employment Applications | 32.20  hrs | $7,504.50 |
|---|---|---|---|
| | | | --------------- |
| | Total | 32.20  hrs | $7,504.50 |

BILLING SUMMARY

| | FEES | | $7,504.50 |
|---|---|---|---|
| | | | --------------- |
| | TOTAL CHARGES | | $7,504.50 |
| | | | --------------- |
| | TOTAL BALANCE DUE | | $7,504.50 |

June 30, 2018

Bill #   5705   ML

Client/Matter #  0675-0005

Billed through   June 30, 2018

Financial Oversight and Management Board    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Peaje v. PRHTA

PROFESSIONAL SERVICES RENDERED

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/01/18 | ML | L530 | A104 | Oral Argument | | 0.30 | hrs |
| | | review litigation summaries and filings and emails re: appellate arguments | | | | | |
| 06/05/18 | CDT | L530 | A104 | Oral Argument | | 0.40 | hrs |
| | | review and compile First Circuit docket and audio transcripts of oral arguments (0.3); correspondence with M. Luskin and S. Hornung re: same (0.1) | | | | | |
| 06/05/18 | ML | L530 | A104 | Oral Argument | | 0.80 | hrs |
| | | review oral argument and emails re: same | | | | | |
| 06/11/18 | ML | L530 | A107 | Oral Argument | | 0.30 | hrs |
| | | telephone call with M. Fierstein re: appellate argument | | | | | |

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 0.40 hrs | 255.00 /hr | $102.00 |
| Luskin, Michael | 1.40 hrs | 800.00 /hr | $1,120.00 |
| | | | --------------- |
| Total fees for this matter | 1.80 hrs | | $1,222.00 |

Financial Oversight and Mngmt                              Bill number     5705
Peaje v. PRHTA                                                    Page     2


SUBMATTER FEE RECAP

     Oral Argument                    1.80  hrs              $1,222.00
                                                  ---------------
     Total                            1.80  hrs              $1,222.00

BILLING SUMMARY

     FEES                                                    $1,222.00

                                                  ---------------
     TOTAL CHARGES                                           $1,222.00

                                                  ---------------
     TOTAL BALANCE DUE                                       $1,222.00

June 30, 2018

Bill #   5706   ML

Client/Matter # 0675-0006

Billed through   June 30, 2018

Financial Oversight and Management Board          Tax ID 13-3524567

Attn: Ms. Vizcarrondo

P.O. Box 195556

San Juan, PR  00919-5556

Re: AMBAC v. PRHTA

PROFESSIONAL SERVICES RENDERED

| Date | Atty | | | | | Hours |
|------|------|------|------|------|------|------|
| 06/20/18 | SEH | L520 | A104 | Appellate Briefs | | 0.30  hrs |
| | | review Ambac brief | | | | |
| 06/24/18 | LTC | L520 | A104 | Appellate Briefs | | 0.90  hrs |
| | | review appellate brief | | | | |

|  | Hours | Rate | Amount |
|---|---|---|---|
| Chapman, Lucia T. | 0.90  hrs | 700.00  /hr | $630.00 |
| Hornung, Stephan E. | 0.30  hrs | 675.00  /hr | $202.50 |
| | | | --------------- |
| Total fees for this matter | 1.20  hrs | | $832.50 |

SUBMATTER FEE RECAP

| | Hours | Amount |
|---|---|---|
| Appellate Briefs | 1.20  hrs | $832.50 |
| | | --------------- |
| Total | 1.20  hrs | $832.50 |

BILLING SUMMARY

| | | Amount |
|---|---|---|
| FEES | | $832.50 |
| | | --------------- |
| TOTAL CHARGES | | $832.50 |
| | | --------------- |
| TOTAL BALANCE DUE | | $832.50 |

June 30, 2018

Bill #   5707   ML

Client/Matter #  0675-0007

Billed through   June 30, 2018

Financial Oversight and Management Board          Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Assured v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 06/22/18 | ML | L520 | A104 | Appellate Briefs | 2.00 hrs |
| | | block out revisions to outline for Appellee brief | | | |
| 06/22/18 | SEH | L520 | A103 | Appellate Briefs | 0.50 hrs |
| | | review Assured brief and outline re: Appellee response | | | |
| 06/24/18 | LTC | L520 | A104 | Appellate Briefs | 0.90 hrs |
| | | review appellate brief (0.6); review outline of reply to same (0.2); emails with M. Luskin and S. Hornung re: same (0.1) | | | |
| 06/25/18 | ML | L520 | A104 | Appellate Briefs | 1.30 hrs |
| | | revise notes re: Appellee brief in Assured | | | |
| 06/25/18 | SEH | L520 | A103 | Appellate Briefs | 2.60 hrs |
| | | review Assured brief and prepare notes re: outline for Appellee brief | | | |

| | | | |
|---|---|---|---|
| Chapman, Lucia T. | 0.90 hrs | 700.00 /hr | $630.00 |
| Luskin, Michael | 3.30 hrs | 800.00 /hr | $2,640.00 |
| Hornung, Stephan E. | 3.10 hrs | 675.00 /hr | $2,092.50 |
| | | | --------------- |
| Total fees for this matter | 7.30 hrs | | $5,362.50 |

Financial Oversight and Mngmt      Bill number    5707
Assured v. PRHTA      Page    2

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Appellate Briefs | 7.30  hrs | $5,362.50 |
| | | --------------- |
| Total | 7.30  hrs | $5,362.50 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $5,362.50 |
| | --------------- |
| TOTAL CHARGES | $5,362.50 |
| | --------------- |
| TOTAL BALANCE DUE | $5,362.50 |

# **EXHIBIT G-2**

Twelfth Monthly Fee Statement
(July 2018)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## COVER SHEET TO TWELFTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM JULY 1, 2018 THROUGH JULY 31, 2018

### ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for July 2018.


_____

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**<u>Summary Sheet</u>**

Name of Applicant:                                           Luskin, Stern & Eisler LLP

Authorized to Provide Professional                 The Financial Oversight and Management
Services to:                                                        Board for Puerto Rico

Period for Which Compensation and               July 1, 2018 to July 31, 2018
Reimbursement are Sought

Amount of Compensation Sought as Actual,    $37,053.50
Reasonable and Necessary:

90% of Compensation Sought as Actual,          $33,348.15
Reasonable and Necessary:

10% Holdback:                                                 $3,705.35

Amount of Expense Reimbursement Sought     $210.08
as Actual, Reasonable and Necessary:

This is a: <u> X </u> monthly         ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's twelfth monthly fee statement in these cases.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period July 1, 2018 through July 31, 2018[1]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 30.80 | $24,640.00 |
| Lucia T. Chapman | Associate | 1984 | $700.00 | 1.30 | $910.00 |
| Stephan E. Hornung | Associate | 2008 | $675.00 | 8.70 | $5,332.50 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 24.00 | $6,120.00 |
| Kathleen Feeney | Paralegal | N/S | $255.00 | 0.20 | $51.00 |
| **TOTAL** | | | | **64.20** | **$37,053.50** |

**Summary of Legal Fees
for the Period July 1, 2018 through July 31, 2018[2]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 1.00 | $691.00 |
| Fee Applications | 30.10 | $10,362.50 |
| AMBAC v. PRHTA[3] | 16.80 | $13,352.50 |
| Assured v. PRHTA[4] | 16.30 | $12,647.50 |
| **TOTAL** | **64.20** | **$37,053.50** |

**Summary of Reimbursable Expenses
for the Period July 1, 2018 through July 31, 2018**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Copying Charges | $54.50 |
| Court Document Retrieval | $11.90 |
| Federal Express | $143.68 |
| **TOTAL** | **$210.08** |

---

[1] These amounts reflect a total of 8.00 hours of time and $2,082.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[2] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[3] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 18-1214 (1st Cir.)

[4] *Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority*, Case Nos. 18-1165, 18-1166 (1st Cir.)

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Twelfth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from July 1, 2018, through July 31, 2018 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

## Relief Requested

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $37,053.50 |
| Total Expenses | $210.08 |
| Total | $37,263.58 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.        Pursuant to the Interim Compensation Order, LS&E seeks payment of $33,558.23 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

### Notice and Objection Procedures

6.        In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.        Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than August 31, 2018 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.        If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.        To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
     August 21, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

## **<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: August 31, 2018 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE TWELFTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2018 THROUGH JULY 31, 2018

I, Michael Luskin, hereby certify that:

1.     I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"),

with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special

counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board") as representative of the Debtors in the above-captioned title III cases pursuant to section

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.     In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Twelfth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated August 20, 2018 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of July 1, 2018 through and including July 31, 2018 (the "Statement Period").

3.     With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated:  New York, New York
        August 21, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

**EXHIBIT B**
Time and Expense Records

July 31, 2018

Bill #   5785    ML

Client/Matter #  0675-0002

Billed through   July 31, 2018

Financial Oversight and Management Board
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Tax ID 13-3524567

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 07/13/18  ML | L120 | A104 | Analysis/Strategy | 0.50 | hrs |
| | review opinion on Aurelius motion to dismiss | | | | |
| 07/16/18  KF | B110 | A104 | Case Administration | 0.20 | hrs |
| | review court filings re: order setting briefing schedule (Comm. Retired Employees' Motion to Compel), update case folder and docket calendar | | | | |
| 07/23/18  ML | L120 | A104 | Analysis/Strategy | 0.30 | hrs |
| | review informative motions regarding Altair complaint and related litigation issues | | | | |

| | | | | |
|---|---|---|---|---|
| Feeney, Kathleen | 0.20  hrs | 255.00  /hr | $51.00 |
| Luskin, Michael | 0.80  hrs | 800.00  /hr | $640.00 |
| | | | --------------- |
| Total fees for this matter | 1.00  hrs | | $691.00 |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| | FED | FedEx; Invoice # 128187731; Federal Express - Messenger and Delivery Expense 675-2 | $75.70 |
| | FED | FedEx; Invoice # 128187731; Federal Express - Messenger and Delivery Expense 675-2 | $67.98 |
| | CC | Copying Charges - In House | $54.50 |
| | CDR | Court Document Retrieval | $11.90 |
| | | TOTAL DISBURSEMENTS FOR THIS MATTER | $210.08 |

Financial Oversight and Mngmt                                    Bill number      5785
PROMESA                                                                    Page      2

SUBMATTER FEE RECAP

      Case Administration              0.20  hrs                    $51.00

      Analysis/Strategy               0.80  hrs                   $640.00
                                                                  ---------------
      Total                           1.00  hrs                   $691.00

BILLING SUMMARY

      FEES                                                       $691.00

      DISBURSEMENTS                                              $210.08
                                                                  ---------------
      TOTAL CHARGES                                              $901.08

                                                                  ---------------
      TOTAL BALANCE DUE                                          $901.08

July 31, 2018

Bill #   5786     ML

Client/Matter #  0675-0003

Billed through   July 31, 2018

Financial Oversight and Management Board                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 07/06/18 | CDT | B160 | A104 | Fee/Employment Applications<br>continue drafting Third Interim Fee Application and exhibits re:<br>Third Interim Fee Application (1.4); review and reconcile budget<br>and blended rate exhibits re: same (0.6); review UST guidelines re:<br>same (0.3) | 2.30  hrs |
| 07/09/18 | CDT | B160 | A104 | Fee/Employment Applications<br>review and reconcile fee charts and exhibits re: Third Interim Fee<br>Application | 0.70  hrs |
| 07/09/18 | CDT | B160 | A103 | Fee/Employment Applications<br>complete initial draft re: Third Interim Fee Application (1.1); review<br>and revise draft and exhibits re: same (2.8); check docket cites and<br>internal references re: same (0.5); related review of Interim<br>Compensation, US Trustee and Fee Examiner guidelines re: same<br>(0.3) | 4.70  hrs |
| 07/10/18 | CDT | B160 | A104 | Fee/Employment Applications<br>review and revise draft re: Third Interim Fee Application (0.7);<br>compile draft, exhibits and supporting materials for S. Hornung<br>review re: Third Interim Fee Application (0.2); email to S. Hornung<br>re: same (0.2); review, revise and finalize draft Retroactive Principal<br>Certification letter (0.3) | 1.40  hrs |
| 07/10/18 | CDT | B160 | A103 | Fee/Employment Applications<br>[NOT BILLED] review, revise and finalize Tenth Monthly No<br>Objection Statement and related correspondence with S. Hornung<br>(0.2); draft and compile distribution email re: same (0.1); review and<br>revise fee analysis and reconciliation spreadsheet re: Third Interim<br>Fee Application (0.3) | 0.60  hrs |
| 07/10/18 | SEH | B160 | A108 | Fee/Employment Applications<br>[NOT BILLED] emails with C. Trieu re: payment of Tenth Monthly<br>Fee Statement | 0.10  hrs |

Financial Oversight and Mngmt                                    Bill number     5786
PROMESA Fee Applications                                              Page      2

| 07/10/18 | SEH | B160 | A103 | Fee/Employment Applications | 2.30 | hrs |

review Third Interim Fee Application and principal certification and
provide comments to C. Trieu

| 07/11/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.90 | hrs |

review S. Hornung comments re: Third Interim Fee Application
(0.2); revise draft re: same (0.7); draft email to S. Hornung of
responses to comments re: same (0.3); office conference and
correspondence with S. Hornung re: same (0.2); review UST, Interim
Compensation, Fee Examiner and local guidelines re: same (0.5)

| 07/12/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.50 | hrs |

[NOT BILLED] draft initial Eleventh Monthly Fee Statement (0.3);
review June bills re: same (0.2)

| 07/12/18 | CDT | B160 | A103 | Fee/Employment Applications | 2.20 | hrs |

review additional S. Hornung comments re: Third Interim Fee
Application (0.2); office conferences with S. Hornung re: same (0.1);
review, revise and reference check draft re: same (0.8); review
Fourth Amended CMO and Interim Comp. Order re: same (0.2);
draft notice of filing and certificate of service re: same (0.5); compile
exhibits, prepare and send draft to M. Luskin for review re: same
(0.4)

| 07/12/18 | SEH | B160 | A103 | Fee/Employment Applications | 0.70 | hrs |

review and revise current draft of Third Interim Fee Application
(0.6); office conference with C. Trieu re: same (0.1)

| 07/13/18 | CDT | B160 | A104 | Fee/Employment Applications | 1.50 | hrs |

review M. Luskin comments re: Third Interim Fee Application (0.2);
correspondence and office conferences with S. Hornung re: same
(0.2); review Guidelines and Interim Compensation Order for
updated certification requirements re: same (0.2); further review
and revise draft and certification re: same (0.9)

| 07/13/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.90 | hrs |

[NOT BILLED] review and revise June bills re: Eleventh Monthly
Fee Statement (0.6); correspondence with J. Gunnerson re: expense
support and Third Interim Fee Application (0.1); review, reconcile
and draft payment and tax withholding summary chart and email
to S. Hornung re: same (0.9); review revised June Bills and update
fee analysis spreadsheet re: Eleventh Monthly Fee Statement (0.3)

| 07/13/18 | ML | B160 | A104 | Fee/Employment Applications | 0.20 | hrs |

review and revise draft Third Interim Fee Application

| 07/13/18 | SEH | B160 | A103 | Fee/Employment Applications | 0.70 | hrs |

review and revise draft re: Third Interim Fee Application (0.5);
office conference with C. Trieu re: same (0.2)

| 07/16/18 | CDT | B160 | A104 | Fee/Employment Applications | 2.80 | hrs |

correspondence with S. Hornung and M. Luskin re: Third Interim
Fee Application (0.1); further revise draft re: same (0.4); review,
compile and finalize application, exhibits and certification re: same
(0.9); review and finalize Notice of Filing re: same (0.2); submit

Financial Oversight and Mngmt                                                    Bill number      5786
PROMESA Fee Applications                                                              Page        3

application and notice to PR counsel for filing and related
correspondence re: same (0.2); compile and review filed application
and serve via email re: same (0.3); draft, prepare and send cover
letters and courtesy copies to US Trustee and chambers re: same
(0.5); review and revise draft Certificate of Service re: same (0.2)

| 07/16/18 CDT | B160 | A103 | Fee/Employment Applications | 1.80 hrs |

[NOT BILLED] review revised June bills re: Eleventh Monthly Fee
Statement (0.5); compile summary fee charts re: same (0.6); revise
and update fee analysis spreadsheet re: same (0.3); review and
revise draft re: same (0.4)

| 07/16/18 SEH | B160 | A104 | Fee/Employment Applications | 0.80 hrs |

review, revise, and finalize Third Interim Fee Application (0.7) and
related emails with M. Luskin and C. Trieu (0.1)

| 07/17/18 CDT | B160 | A103 | Fee/Employment Applications | 0.80 hrs |

review docket and order re: July 25-26 Omnibus Hearing
Procedures (0.3); review Case Management Procedures (0.1); draft
informative motion and email to S. Hornung re: same (0.3); finalize
and submit Certificate of Service to PR counsel for filing re: Third
Interim Fee Application (0.1)

| 07/17/18 CDT | B160 | A103 | Fee/Employment Applications | 1.00 hrs |

[NOT BILLED] review and revise initial draft re: Eleventh Monthly
Fee Statement (0.5); compile, prepare and send draft and exhibits to
M. Luskin and S. Hornung for review and related correspondence
re: same (0.2); review payment and update fee reconciliation
spreadsheet (0.3)

| 07/18/18 CDT | B160 | A104 | Fee/Employment Applications | 1.20 hrs |

review PR Treasury email, memorandum and forms re: tax
withholding recovery (0.8); begin draft declaration re: same (June
fee statement) (0.4)

| 07/18/18 CDT | B160 | A104 | Fee/Employment Applications | 0.70 hrs |

[NOT BILLED] correspondence with S. Hornung re: Eleventh
Monthly Fee Statement (0.1); finalize, compile and submit statement
re: same (0.3); prepare and send electronic billing data and support
to Fee Examiner re: same (0.1); draft no objection statement re: same
(0.2)

| 07/19/18 CDT | B160 | A104 | Fee/Employment Applications | 1.90 hrs |

review PR Treasury email, memorandum and forms re: tax
withholding recovery (0.3); work on draft declaration and tax form
and re: same (1.1); review Fee Examiner Supplemental Status Report
and related correspondence re: adjournment of 7/25 hearing on LSE
Second Interim Fee Application (0.5)

| 07/19/18 CDT | B160 | A104 | Fee/Employment Applications | 0.80 hrs |

[NOT BILLED] payment and tax withholding analysis and
reconciliation re: tax withholding recovery and tax forms

| 07/19/18 SEH | B160 | A104 | Fee/Employment Applications | 0.20 hrs |

review supplemental Fee Examiner report and emails with M.

Financial Oversight and Mngmt                                    Bill number      5786
PROMESA Fee Applications                                              Page      4

|  |  |  |  | |  |
|---|---|---|---|---|---|

Luskin, C. Trieu and L. Chapman re: same (0.1); office conference with C. Trieu re: same (0.1)

| 07/20/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.70 hrs |

review Fee Examiner Supp. Status Report re: Second Interim Fee Applications and PR Dept. of Treasury memo and forms (0.3); review taxes withheld and work on draft form and declaration re: same (0.4)

| 07/25/18 | CDT | B170 | A104 | Fee/Employment Objections | 0.90 hrs |

review Fee Examiner letter report and exhibits re: Second Interim Fee Application (0.7); correspondence with M. Luskin and S. Hornung re: same and response (0.2)

| 07/25/18 | ML | B170 | A104 | Fee/Employment Objections | 0.30 hrs |

review Fee Examiner's report re: fee application #2; email with S. Hornung and L. Chapman re: same

| 07/25/18 | SEH | B170 | A104 | Fee/Employment Objections | 0.20 hrs |

review Fee Examiner's report

| 07/30/18 | ML | B170 | A108 | Fee/Employment Objections | 0.30 hrs |

telephone call with M. Firestein and office conference with S. Hornung re: Fee Examiner's questions (0.2); telephone call with S. Ratner re: fees and scope of work (0.1)

| 07/31/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.60 hrs |

[NOT BILLED] correspondence with M. Luskin S. Hornung re: Eleventh Monthly No Objection Statement and Sworn Statement (0.1); revise, prepare and finalize statement and Title III declaration/sworn statement re: same (0.3); draft and compile distribution email and materials re: same (0.2)

| 07/31/18 | CDT | B160 | A104 | Fee/Employment Applications | 1.00 hrs |

review PR Dept. of Treasury memorandum and Interim Compensation Order re: Title III Declaration/Sworn Statement and Retroactive Principal Certification (0.2); office conference and correspondence with S. Hornung re: same (0.1); draft distribution email re: Retroactive Principal Certification (0.1); review, finalize and submit Retroactive Principal Certification re: same (0.5); correspondence with J. El Koury re: same (0.1)

| 07/31/18 | ML | B160 | A104 | Fee/Employment Applications | 0.20 hrs |

review contract certifications and emails re: same

| 07/31/18 | SEH | B160 | A108 | Fee/Employment Applications | 0.20 hrs |

revise contract certification for FOMB (0.1); emails with O'Melveny regarding payment of monthly fee statement and related preparation of declaration re: non-PR source income (0.1)

| | | | | | |
|---|---|---|---|---|---|
| Trieu, Catherine D. | 7.90 hrs | 0.00 /hr | $0.00 |
| Trieu, Catherine D. | 24.00 hrs | 255.00 /hr | $6,120.00 |
| Luskin, Michael | 1.00 hrs | 800.00 /hr | $800.00 |
| Hornung, Stephan E. | 0.10 hrs | 0.00 /hr | $0.00 |

Financial Oversight and Mngmt                                     Bill number      5786
PROMESA Fee Applications                                                    Page      5

|  | | | |
|---|---|---|---|
| Hornung, Stephan E. | 5.10  hrs | 675.00  /hr | $3,442.50 |
| | | | --------------- |
| Total fees for this matter | 38.10  hrs | | $10,362.50 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Fee/Employment Applications | 36.40  hrs | $9,518.00 |
| Fee/Employment Objections | 1.70  hrs | $844.50 |
| | | --------------- |
| Total | 38.10  hrs | $10,362.50 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $10,362.50 |
| | --------------- |
| TOTAL CHARGES | $10,362.50 |
| | --------------- |
| TOTAL BALANCE DUE | $10,362.50 |

July 31, 2018

Bill #   5787   ML

Client/Matter #  0675-0006

Billed through   July 31, 2018

Financial Oversight and Management Board                         Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: AMBAC v. PRHTA

PROFESSIONAL SERVICES RENDERED

| 07/03/18 | ML | L520 | A103 | Appellate Briefs | 2.10 | hrs |
|---|---|---|---|---|---|---|
| | | review amicus briefs in appeal (1.6); email with Proskauer re: motion and brief (0.5) | | | | |
| 07/24/18 | ML | L520 | A104 | Appellate Briefs | 2.80 | hrs |
| | | conference with S. Ratner re: litigation issues (0.5); email and telephone call with M. Firestein re: appeal issues (0.4); review outline re: appellate brief (1.9) | | | | |
| 07/25/18 | ML | L520 | A104 | Appellate Briefs | 4.20 | hrs |
| | | review and revise appeal outline; review court filings (amicus briefs) re: same | | | | |
| 07/26/18 | ML | L520 | A104 | Appellate Briefs | 3.20 | hrs |
| | | draft memo to Proskauer re: appeal outline and related issues (1.3); review Assured amicus brief and cases (1.9) | | | | |
| 07/27/18 | ML | L520 | A104 | Appellate Briefs | 3.50 | hrs |
| | | review cases for appellate brief (0.7); draft and revise memo to Proskauer re: appellate arguments (2.8) | | | | |
| 07/27/18 | SEH | L520 | A104 | Appellate Briefs | 0.70 | hrs |
| | | review outline regarding Ambac appeal and prepare notes re same | | | | |
| 07/30/18 | ML | L520 | A107 | Appellate Briefs | 0.30 | hrs |
| | | telephone call with M. Firestein re: appeal brief memo (0.2) and telephone call with S. Ratner re: same (0.1) | | | | |

| | | | | |
|---|---|---|---|---|
| Luskin, Michael | 16.10 hrs | 800.00 /hr | $12,880.00 |
| Hornung, Stephan E. | 0.70 hrs | 675.00 /hr | $472.50 |
| | | | --------------- |
| Total fees for this matter | 16.80 hrs | | $13,352.50 |

Financial Oversight and Mngmt                                    Bill number      5787
AMBAC v. PRHTA                                                          Page      2

SUBMATTER FEE RECAP

     Appellate Briefs                    16.80  hrs                    $13,352.50
                                                 ---------------
     Total                               16.80  hrs                    $13,352.50

BILLING SUMMARY

     FEES                                                               $13,352.50

                                                 ---------------
     TOTAL CHARGES                                                      $13,352.50

                                                 ---------------
     TOTAL BALANCE DUE                                                  $13,352.50

July 31, 2018

Bill #   5788   ML

Client/Matter #  0675-0007

Billed through   July 31, 2018

Financial Oversight and Management Board                                Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Assured v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/02/18 | ML | L520 | A103 | Appellate Briefs | 3.40 | hrs |
| | | draft notes re: Assured appellate brief | | | | |
| 07/03/18 | ML | L520 | A103 | Appellate Briefs | 2.90 | hrs |
| | | draft and revise memo re: appellate brief | | | | |
| 07/05/18 | LTC | L520 | A103 | Appellate Briefs | 1.30 | hrs |
| | | review and revise draft appellate brief in Assured (1.2) and email to M. Luskin and S. Hornung re: same (0.1) | | | | |
| 07/05/18 | ML | L520 | A103 | Appellate Briefs | 3.70 | hrs |
| | | legal research re: draft answering brief (statutory lien) (3.6) and emails with S. Hornung and L. Chapman  re: same (0.1) | | | | |
| 07/05/18 | SEH | L520 | A103 | Appellate Briefs | 1.40 | hrs |
| | | review and revise appellate brief (1.3) and emails with M. Luskin and L. Chapman re: same (0.1) | | | | |
| 07/06/18 | ML | L520 | A103 | Appellate Briefs | 0.80 | hrs |
| | | review blackline of LS&E combined comments to appellate brief (0.6) and email with L. Rappaport, M. Firestein, and T. Mungovan re: appellate brief (0.2) | | | | |
| 07/06/18 | SEH | L520 | A103 | Appellate Briefs | 0.70 | hrs |
| | | review and revise appellate brief and incorporate comments from LS&E team | | | | |
| 07/07/18 | ML | L520 | A104 | Appellate Briefs | 0.40 | hrs |
| | | emails with M. Firestein, L. Rappaport, and T. Mungovan re: revisions to appellate brief | | | | |
| 07/10/18 | ML | L520 | A104 | Appellate Briefs | 0.50 | hrs |
| | | review opposition to motion for stay | | | | |
| 07/11/18 | ML | L520 | A104 | Appellate Briefs | 1.20 | hrs |
| | | review UCC brief (0.9) and emails re: same (0.3) | | | | |

Chapman, Lucia T.                        1.30  hrs        700.00  /hr              $910.00

Financial Oversight and Mngmt                                     Bill number      5788
Assured v. PRHTA                                                              Page      2

| | | | |
|---|---|---|---|
| Luskin, Michael | 12.90 hrs | 800.00 /hr | $10,320.00 |
| Hornung, Stephan E. | 2.10 hrs | 675.00 /hr | $1,417.50 |
| | | | --------------- |
| Total fees for this matter | 16.30 hrs | | $12,647.50 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Appellate Briefs | 16.30 hrs | $12,647.50 |
| | | --------------- |
| Total | 16.30 hrs | $12,647.50 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $12,647.50 |
| | --------------- |
| TOTAL CHARGES | $12,647.50 |
| | --------------- |
| TOTAL BALANCE DUE | $12,647.50 |

**EXHIBIT G-3**

Thirteenth Monthly Fee Statement
(August 2018)

**Objection Deadline: October 4, 2018 at 4:00 p.m. (AST)**

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

### COVER SHEET TO THIRTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018

### ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for August 2018.


Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

## **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | August 1, 2018 to August 31, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $12,507.00 |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $11,256.30 |
| 10% Holdback: | $1,250.70 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $80.05 |

This is a: _X_ monthly     ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's thirteenth monthly fee statement in these cases.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period August 1, 2018 through August 31, 2018[1]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 12.10 | $9,680.00 |
| Lucia T. Chapman | Associate | 1984 | $700.00 | 2.30 | $1,610.00 |
| Stephan E. Hornung | Associate | 2008 | $700.00[2] | 0.50 | $350.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 3.20 | $816.00 |
| Kathleen Feeney | Paralegal | N/S | $255.00 | 0.20 | $51.00 |
| **TOTAL** | | | | **18.30** | **$12,507.00** |

**Summary of Legal Fees
for the Period August 1, 2018 through August 31, 2018[3]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 1.20 | $851.00 |
| Fee Applications | 4.70 | $1,866.00 |
| Peaje vs. PRHTA[4] | 0.60 | $480.00 |
| AMBAC v. PRHTA[5] | 10.30 | $8,110.00 |
| Assured v. PRHTA[6] | 1.50 | $1,200.00 |
| **TOTAL** | **18.30** | **$12,507.00** |

---

[1] These amounts reflect a total of 10.3 hours of time and $2,885.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[2] LS&E adjusted its rates for this associate effective as of August 1, 2018. This was a regular step increase and not a "rate increase" as defined in the U.S. Trustee Guidelines. Pursuant to the U.S. Trustee Guidelines, "rate increases" "exclude annual 'step increases' historically awarded by the firm in the ordinary course to attorneys throughout the firm due to advancing seniority and promotion." U.S. Trustee Guidelines ¶ B.2.d, n.2.

[3] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[4] *Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority*, Case Nos. 17-151, 17-152 (D.P.R.), Case No. 17-2165 (1st Cir.)

[5] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 18-1214 (1st Cir.)

[6] *Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority*, Case Nos. 18-1165, 18-1166 (1st Cir.)

**Summary of Reimbursable Expenses**
**for the Period August 1, 2018 through August 31, 2018**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court Document Retrieval | $2.70 |
| Federal Express | $26.94 |
| Online Research | $50.41 |
| **TOTAL** | **$80.05** |

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Thirteenth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from August 1, 2018, through August 31, 2018 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

## Relief Requested

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $12,507.00 |
|---|---|
| Total Expenses | $80.05 |
| Total | $12,587.05 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

4

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $11,336.35 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than October 4, 2018 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      September 20, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

## **EXHIBIT A**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: October 4, 2018 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE THIRTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018**

I, Michael Luskin, hereby certify that:

1.     I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036. LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.    In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Thirteenth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated September 18, 2018 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of August 1, 2018 through and including August 31, 2018 (the "Statement Period").

3.    With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated: New York, New York
      September 20, 2018

                                  Respectfully submitted,

                                  */s/ Michael Luskin*
                                  Michael Luskin (admitted *pro hac vice*)

                                  **LUSKIN, STERN & EISLER LLP**
                                  Eleven Times Square
                                  New York, New York 10036
                                  Telephone:  (212) 597-8200
                                  Facsimile:  (212) 974-3205
                                  luskin@lsellp.com

**EXHIBIT B**

Time and Expense Records

August 31, 2018

Bill #   5849   ML

Client/Matter #  0675-0002

Billed through   August 31, 2018

Financial Oversight and Management Board                                      Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| 08/08/18 | KF | L120 | A104 | Analysis/Strategy review, compile and distribute court filings re: PREPA First Circuit Opinion and Judgment, and Commonwealth v. Board decision (Adv. Proc. 18-080) | | | 0.20 | hrs |
| 08/09/18 | ML | L120 | A104 | Analysis/Strategy review PREPA First Circuit Opinion and Judgment (0.3) and Commonwealth v. Board Opinion and Order re: Motion to Dismiss (Adv. Proc. 18-080) (0.7) | | | 1.00 | hrs |
| | | Feeney, Kathleen | | 0.20 hrs | 255.00 /hr | | $51.00 | |
| | | Luskin, Michael | | 1.00 hrs | 800.00 /hr | | $800.00 | |
| | | | | | | | --------------- | |
| | | Total fees for this matter | | 1.20 hrs | | | $851.00 | |

DISBURSEMENTS

| | FED | FedEx; Invoice # 626567201; Federal Express - Messenger and Delivery Expense | $26.94 |
| | CDR | Court Document Retrieval | $0.60 |
| | CDR | Court Document Retrieval | $2.10 |
| | OR | RELX Inc. DBA LexisNexis; Invoice # 3091642651; Online Research | $50.41 |
| | | | --------------- |
| | TOTAL DISBURSEMENTS FOR THIS MATTER | | $80.05 |

Financial Oversight and Mngmt                                         Bill number      5849
PROMESA                                                                    Page      2

SUBMATTER FEE RECAP

     Analysis/Strategy                    1.20   hrs                    $851.00
                                                          ---------------
     Total                                1.20   hrs                    $851.00

BILLING SUMMARY

     FEES                                                                $851.00

     DISBURSEMENTS                                                        $80.05
                                                                      ---------------
     TOTAL CHARGES                                                       $931.05

                                                                      ---------------
     TOTAL BALANCE DUE                                                   $931.05

August 31, 2018

Bill # 5850 ML

Client/Matter # 0675-0003

Billed through August 31, 2018

Financial Oversight and Management Board                              Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR 00919-5556

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 08/08/18 | SEH | B170 | A105 | Fee/Employment Objections | 0.20 hrs |

[NOT BILLED] emails with L. Chapman re: Fee Examiner memo

| | | | | | |
|---|---|---|---|---|---|
| 08/10/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.60 hrs |

[NOT BILLED] review, revise and reconcile July invoices

| | | | | | |
|---|---|---|---|---|---|
| 08/10/18 | CDT | B160 | A104 | Fee/Employment Applications | 1.10 hrs |

review and analysis of involuntary tax withholding and payment amounts re: Title III Declaration and PR Tax Form SC 2698 (0.6); compile Title III Declaration charts re: same (0.5)

| | | | | | |
|---|---|---|---|---|---|
| 08/16/18 | CDT | B160 | A104 | Fee/Employment Applications | 1.10 hrs |

[NOT BILLED] review and revise July bills re: Twelfth Monthly Fee Statement (0.7); draft initial statement re: same (0.3); draft Title III declaration re: same (0.1)

| | | | | | |
|---|---|---|---|---|---|
| 08/17/18 | CDT | B160 | A103 | Fee/Employment Applications | 2.00 hrs |

[NOT BILLED] review and further revise July bills re: Twelfth Monthly Fee Statement (0.4); review expense support re: same (0.1); conduct fee analysis, revise and update fee reconciliation spreadsheet re: same (0.6); draft and compile fee charts re: same (0.4); revise and compile draft statement re: same (0.3); revise draft Title III declaration re: same (0.1); email to S. Hornung re: same (0.1)

| | | | | | |
|---|---|---|---|---|---|
| 08/17/18 | CDT | B170 | A104 | Fee/Employment Objections | 0.50 hrs |

review correspondence, Fee Examiner report on Second Interim Fee Application and informative motions re: response to Fee Examiner report (0.4); correspondence with L. Chapman re: same (0.1)

| | | | | | |
|---|---|---|---|---|---|
| 08/17/18 | LTC | B170 | A104 | Fee/Employment Objections | 0.60 hrs |

review Fee Examiner report on Second Interim Fee Application (0.4); emails with L. Schmidt, M. Luskin, S. Hornung and C. Trieu re: same (0.2)

| | | | | | |
|---|---|---|---|---|---|
| 08/17/18 | LTC | B170 | A103 | Fee/Employment Objections | 1.00 hrs |

[NOT BILLED] prepare responses to Fee Examiner Report re:

Financial Oversight and Mngmt                                           Bill number      5850
PROMESA Fee Applications                                                        Page      2

|            |     | Second Interim Fee Application (1.0) | | | |
|------------|-----|-----|-----|-----------------------------|------|
| 08/20/18 | LTC | B170 | A104 | Fee/Employment Objections<br>[NOT BILLED] telephone call with L. Schmidt (0.5); prepare for same (0.2); emails with M. Luskin and S. Hornung re: same (0.2); telephone call with S. Hornung re: same (0.2) | 1.10  hrs |
| 08/20/18 | SEH | B170 | A105 | Fee/Employment Objections<br>[NOT BILLED] telephone call with L. Chapman re: response to Fee Examiner report | 0.20  hrs |
| 08/20/18 | SEH | B160 | A104 | Fee/Employment Applications<br>[NOT BILLED] review monthly fee statement re: July | 0.10  hrs |
| 08/21/18 | CDT | B160 | A104 | Fee/Employment Applications<br>[NOT BILLED] email to J. El Koury, M. Luskin and S. Hornung re: Twelfth Monthly Fee Statement (0.1); review, redact and compile expense support re: same (0.2); draft distribution emails re: same (0.1); review, finalize and submit statement and expense support re: same (0.3); draft statement of no objection re: same (0.1) | 0.80  hrs |
| 08/21/18 | LTC | B170 | A104 | Fee/Employment Objections<br>[NOT BILLED] further draft, revise, and finalize response to Fee Examiner re: Second Interim Fee Application (1.8); emails with M. Luskin, S. Hornung re: same (0.1) | 1.90  hrs |
| 08/21/18 | LTC | B170 | A104 | Fee/Employment Objections<br>review motion by Fee Examiner (0.3); emails with M. Luskin, S. Hornung re: same (0.1) | 0.40  hrs |
| 08/21/18 | SEH | B170 | A103 | Fee/Employment Objections<br>[NOT BILLED] revise response letter to Fee Examiner re: Second Interim Fee Application | 0.80  hrs |
| 08/22/18 | SEH | B160 | A104 | Fee/Employment Applications<br>review draft re: involuntary tax withholding form and declaration (0.2), and conference with C. Trieu (0.1); finalize and submit re: same (0.2) | 0.50  hrs |
| 08/22/18 | CDT | B160 | A103 | Fee/Employment Applications<br>review Dept. of Treasury memorandum re: involuntary tax withholding (0.3); review and revise Form SC-2698 (0.3) and Title III Declaration (0.6) re: same; office conference with S. Hornung re: same (0.1); draft distribution email re: same (0.1); compile and finalize form and declaration re: same (0.2) | 1.60  hrs |
| 08/29/18 | CDT | B160 | A104 | Fee/Employment Applications<br>[NOT BILLED] review wire receipt, related analysis and update fee reconciliation spreadsheet re: involuntary tax withholding; correspondence with S. Hornung and J. Gunnerson re: same and invoices | 0.50  hrs |

|              | Trieu, Catherine D. | 5.00  hrs | 0.00  /hr   | $0.00   |
|--------------|---------------------|-----------|-------------|---------|
|              | Trieu, Catherine D. | 3.20  hrs | 255.00  /hr | $816.00 |
|              | Chapman, Lucia T.   | 4.00  hrs | 0.00  /hr   | $0.00   |

Financial Oversight and Mngmt                                    Bill number      5850
PROMESA Fee Applications                                                  Page      3

| | | | | |
|---|---|---|---|---|
| Chapman, Lucia T. | 1.00 hrs | 700.00 /hr | | $700.00 |
| Hornung, Stephan E. | 1.30 hrs | 0.00 /hr | | $0.00 |
| Hornung, Stephan E. | 0.50 hrs | 700.00 /hr | | $350.00 |

|  |  |  |
|---|---|---|
| Total fees for this matter | 15.00 hrs | $1,866.00 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Fee/Employment Applications | 8.30 hrs | $1,038.50 |
| Fee/Employment Objections | 6.70 hrs | $827.50 |
| Total | 15.00 hrs | $1,866.00 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $1,866.00 |
| TOTAL CHARGES | $1,866.00 |
| TOTAL BALANCE DUE | $1,866.00 |

August 31, 2018

Bill #   5851    ML

Client/Matter #  0675-0005

Billed through    August 31, 2018

Financial Oversight and Management Board          Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Peaje v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 08/08/18  ML | L120 | A104 | Analysis/Strategy | 0.40 | hrs |
| | review opinion issued by First Circuit Court of Appeals | | | | |
| 08/09/18  ML | L500 | A104 | Appeal | 0.20 | hrs |
| | telephone call with S. Ratner re: appeal issues | | | | |

| | | | | |
|---|---|---|---|---|
| Luskin, Michael | 0.60  hrs | 800.00  /hr | $480.00 |
| | | | --------------- |
| Total fees for this matter | 0.60  hrs | | $480.00 |

SUBMATTER FEE RECAP

| | | | |
|---|---|---|---|
| Analysis/Strategy | 0.40  hrs | $320.00 |
| Appeal | 0.20  hrs | $160.00 |
| | | --------------- |
| Total | 0.60  hrs | $480.00 |

BILLING SUMMARY

| | | |
|---|---|---|
| FEES | | $480.00 |
| | | --------------- |
| TOTAL CHARGES | | $480.00 |
| | | --------------- |
| TOTAL BALANCE DUE | | $480.00 |

August 31, 2018

Bill #   5852     ML

Client/Matter #  0675-0006

Billed through   August 31, 2018

Financial Oversight and Management Board                           Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: AMBAC v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 08/13/18 | ML | L520 | A104 | Appellate Briefs | 1.30  hrs |
| | | review bankruptcy court decision re: Senate/Legislature challenge and annotate for opposition appellate brief | | | |
| 08/15/18 | ML | L520 | A104 | Appellate Briefs | 2.80  hrs |
| | | revise opposition brief | | | |
| 08/16/18 | LTC | L520 | A104 | Appellate Briefs | 1.30  hrs |
| | | review and revise First Circuit opposition brief (1.2); emails with M. Luskin re: same (0.1) | | | |
| 08/16/18 | ML | L520 | A104 | Appellate Briefs | 1.80  hrs |
| | | revise First Circuit opposition brief (1.7) and emails with L. Chapman re: same (0.1) | | | |
| 08/17/18 | ML | L520 | A104 | Appellate Briefs | 0.80  hrs |
| | | telephone call with L. Rappaport re: opposition brief and review of new draft (0.5); email to L. Rappaport re: additional comments to opposition brief (0.3) | | | |
| 08/20/18 | ML | L520 | A104 | Appellate Briefs | 1.00  hrs |
| | | review decision re: UCC and lien perfection for opposition brief | | | |
| 08/22/18 | ML | L520 | A104 | Appellate Briefs | 0.80  hrs |
| | | review brief and related documents | | | |
| 08/23/18 | ML | L520 | A104 | Appellate Briefs | 0.50  hrs |
| | | review committee Amicus brief | | | |

| | | | | |
|---|---|---|---|---|
| Chapman, Lucia T. | 1.30  hrs | 700.00  /hr | | $910.00 |
| Luskin, Michael | 9.00  hrs | 800.00  /hr | | $7,200.00 |
| | | | | --------------- |
| Total fees for this matter | 10.30  hrs | | | $8,110.00 |

Financial Oversight and Mngmt                                          Bill number      5852
AMBAC v. PRHTA                                                              Page     2

SUBMATTER FEE RECAP

    Appellate Briefs                    10.30  hrs                    $8,110.00
                                                                    ---------------
    Total                               10.30  hrs                    $8,110.00

BILLING SUMMARY

    FEES                                                             $8,110.00

                                                                    ---------------
    TOTAL CHARGES                                                    $8,110.00

                                                                    ---------------
    TOTAL BALANCE DUE                                                $8,110.00

August 31, 2018

Bill #   5853    ML

Client/Matter #  0675-0007

Billed through   August 31, 2018

Financial Oversight and Management Board                                   Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Assured v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 08/09/18  ML | L210 | A104 | Pleadings | | 0.70  hrs |
| | review reply brief | | | | |
| 08/10/18  ML | L210 | A104 | Pleadings | | 0.80  hrs |
| | review reply brief | | | | |
| | Luskin, Michael | | 1.50  hrs | 800.00  /hr | $1,200.00 |
| | | | | | --------------- |
| | Total fees for this matter | | 1.50  hrs | | $1,200.00 |

SUBMATTER FEE RECAP

| | | | |
|---|---|---|---|
| Pleadings | | 1.50  hrs | $1,200.00 |
| | | | --------------- |
| Total | | 1.50  hrs | $1,200.00 |

BILLING SUMMARY

| | | |
|---|---|---|
| FEES | | $1,200.00 |
| | | --------------- |
| TOTAL CHARGES | | $1,200.00 |
| | | --------------- |
| TOTAL BALANCE DUE | | $1,200.00 |

## **EXHIBIT G-4**

Fourteenth Monthly Fee Statement
(September 2018)

Objection Deadline: November 1, 2018 at 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**COVER SHEET TO FOURTEENTH MONTHLY FEE STATEMENT OF
LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES
RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, FOR THE PERIOD FROM
SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE
INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for September 2018.


_____

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

### Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | September 1, 2018 to September 30, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $9,906.00 |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $8,915.40 |
| 10% Holdback: | $990.60 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: _X_ monthly     ___ interim     ___ final statement.

This is Luskin, Stern & Eisler LLP's fourteenth monthly fee statement in these cases.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period September 1, 2018 through September 30, 2018[1]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 12.00 | $9,600.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 1.00 | $255.00 |
| Kathleen Feeney | Paralegal | N/A | $255.00 | 0.20 | $51.00 |
| **TOTAL** | | | | **13.20** | **$9,906.00** |

**Summary of Legal Fees
for the Period September 1, 2018 through September 30, 2018[2]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 5.80 | $4,531.00 |
| Fee Applications | 0.80 | $204.00 |
| AMBAC v. PRHTA[3] | 5.10 | $3,971.00 |
| Assured v. PRHTA[4] | 1.50 | $1,200.00 |
| **TOTAL** | **13.20** | **$9,906.00** |

---

[1] These amounts reflect a total of 8.80 hours of time and $2,600.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[2] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[3] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 18-1214 (1st Cir.)

[4] *Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority*, Case Nos. 18-1165, 18-1166 (1st Cir.)

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Fourteenth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from September 1, 2018, through September 30, 2018 (the "Statement Period"). In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1. LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order. All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2. LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3. LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $9,906.00 |
| Total Expenses | $0.00 |
| Total | $9,906.00 |

4. A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $8,915.40 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than November 1, 2018 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
     October 18, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: November 1, 2018 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE FOURTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036. LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Fourteenth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated October 18, 2018 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of September 1, 2018 through and including September 30, 2018 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated:  New York, New York
         October 18, 2018

                                    Respectfully submitted,

                                    */s/ Michael Luskin*
                                    Michael Luskin (admitted *pro hac vice*)

                                    **LUSKIN, STERN & EISLER LLP**
                                    Eleven Times Square
                                    New York, New York 10036
                                    Telephone:  (212) 597-8200
                                    Facsimile:  (212) 974-3205
                                    luskin@lsellp.com

# EXHIBIT B

Time and Expense Records

September 30, 2018

Bill #   5922   ML

Client/Matter #  0675-0002

Billed through   September 30, 2018

Financial Oversight and Management Board                                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/07/18 | ML | L120 | A104 | Analysis/Strategy | 3.00 | hrs |

review independent examiner report (2.5); review UCC brief re: standing (0.5)

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/13/18 | KF | L120 | A101 | Analysis/Strategy | 0.20 | hrs |

review court filings, amend court folder and docket dates on court calendar

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/14/18 | ML | L500 | A104 | Appeal | 0.50 | hrs |

review court filings re: ERS/Altair appeals

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/17/18 | ML | L500 | A104 | Appeal | 1.00 | hrs |

review CA1 briefs in ERS/Altair re: issues on appeal

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/18/18 | ML | L120 | A104 | Analysis/Strategy | 0.20 | hrs |

review decision re: UCC motion to lift stay in GDB

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/26/18 | ML | L500 | A104 | Appeal | 0.40 | hrs |

review Altair brief on appeal re: UCC perfection issues (relevant to Assured and Ambac appeals)

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/29/18 | ML | L500 | A104 | Appeal | 0.50 | hrs |

review UCC reply brief re: GDB, for plan issues relevant to Assured and Ambac appeals

| | | | | |
|---|---|---|---|---|
| Feeney, Kathleen | 0.20 hrs | 255.00 /hr | | $51.00 |
| Luskin, Michael | 5.60 hrs | 800.00 /hr | | $4,480.00 |
| | | | | --------------- |
| Total fees for this matter | 5.80 hrs | | | $4,531.00 |

Financial Oversight and Mngmt                                                    Bill number    5922
PROMESA                                                                                    Page    2

SUBMATTER FEE RECAP

      Analysis/Strategy                    3.40   hrs                      $2,611.00

      Appeal                               2.40   hrs                      $1,920.00
                                                                              ---------------
      Total                                5.80   hrs                      $4,531.00

BILLING SUMMARY

      FEES                                                                 $4,531.00
                                                                              ---------------
      TOTAL CHARGES                                                        $4,531.00
                                                                              ---------------
      TOTAL BALANCE DUE                                                    $4,531.00

September 30, 2018

Bill #   5923   ML

Client/Matter #  0675-0003

Billed through   September 30, 2018

Financial Oversight and Management Board                         Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 08/28/18 | LTC | B170 | A107 | Fee/Employment Objections | 0.10  hrs |
| | | | | [NOT BILLED] emails with L. Schmidt re: fee examiner objections | |
| 08/29/18 | LTC | B170 | A108 | Fee/Employment Objections | 0.40  hrs |
| | | | | [NOT BILLED] telephone call, emails with L. Schmidt re: fee examiner objections (0.2) and emails to M. Luskin and S. Hornung re: same (0.2) | |
| 09/04/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.30  hrs |
| | | | | [NOT BILLED] review, finalize and prepare no objection statement and sworn statement for submission re: Twelfth Monthly Fee Statement | |
| 09/06/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.50  hrs |
| | | | | review Fee Examiner Second Supp. Report on Interim Fee Applications (0.3); schedule appearance for 9/13/18 hearing re: same (0.2) | |
| 09/06/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.00  hrs |
| | | | | [NOT BILLED] draft initial statement re: Thirteenth Monthly Fee Statement (0.3); review, revise and reconcile August bills re: same (0.7) | |
| 09/10/18 | CDT | B170 | A104 | Fee/Employment Objections | 0.20  hrs |
| | | | | [NOT BILLED] review order approving second interim fees and cancel appearance re: 9/15 hearing | |
| 09/10/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.90  hrs |
| | | | | [NOT BILLED] further review and revise bills re: Thirteenth Monthly Fee Statement (0.3); update fee reconciliation spreadsheet re: same (0.3); review and redact expense support re: same (0.3) | |
| 09/13/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.10  hrs |
| | | | | [NOT BILLED] review revised invoices and review and revise fee analysis spreadsheet re: Thirteenth Monthly Fee Statement (0.5); draft fee charts and revise fee statement re: same (0.6) | |

Financial Oversight and Mngmt           Bill number    5923
PROMESA Fee Applications                Page     2

| Date | | | | | | Hours |
|---|---|---|---|---|---|---|
| 09/14/18 | CDT | B160 | A104 | Fee/Employment Applications | | 0.20  hrs |
| | | | | [NOT BILLED] revise, compile and send S. Hornung draft re: Thirteenth Monthly Fee Statement | | |
| 09/17/18 | CDT | B160 | A104 | Fee/Employment Applications | | 1.10  hrs |
| | | | | [NOT BILLED] fee analysis and reconciliation re: Third Interim Fee allowance (0.7); review S. Hornung comments and further revise invoices re: Thirteenth Monthly Fee statement (0.4) | | |
| 09/18/18 | CDT | B160 | A103 | Fee/Employment Applications | | 0.80  hrs |
| | | | | [NOT BILLED] review further revised August invoices re: Thirteenth Monthly Fee statement (0.2); review, revise and compile draft re: same (0.3); revise and update fee analysis spreadsheet re: same (0.3) | | |
| 09/20/18 | CDT | B160 | A103 | Fee/Employment Applications | | 0.70  hrs |
| | | | | [NOT BILLED] revise and finalize bills re: Thirteenth Monthly Fee Statement (0.2); office conference and correspondence with S. Hornung re: same (0.1); revise, compile and review statement and exhibits re: same (0.2); submit and distribute statement re: same (0.1); revise Title III declaration re: same (0.1) | | |
| 09/21/18 | CDT | B160 | A104 | Fee/Employment Applications | | 0.30  hrs |
| | | | | review case docket, Fee Examiner Presumptive Standards Motion and order granting Fee Examiner Motion | | |
| 09/21/18 | CDT | B160 | A103 | Fee/Employment Applications | | 0.40  hrs |
| | | | | [NOT BILLED] review, compile and distribute electronic billing data, expense support and fee statement to Fee Examiner and US Trustee re: Thirteenth Monthly Fee Statement (0.2); draft and compile no objection statement re: same (0.2) | | |
| 09/21/18 | CDT | B170 | A104 | Fee/Employment Objections | | 1.00  hrs |
| | | | | [NOT BILLED] review Fee Examiner letter report re: Third Interim Fee Application (0.4); review and reconcile expense support and invoices re: same (flagged items) (0.4); draft summary email to L. Chapman and S. Hornung re: same (0.2) | | |
| 09/24/18 | LTC | B170 | A104 | Fee/Employment Objections | | 0.30  hrs |
| | | | | [NOT BILLED] review fee examiner's report (0.2) and emails to S. Hornung re: same (0.1) | | |
| 09/28/18 | CDT | B160 | A104 | Fee/Employment Applications | | 0.30  hrs |
| | | | | [NOT BILLED] review, finalize and compile Title III Declaration, no objection statement and draft distribution email re: Thirteenth Monthly Fee Statement | | |

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 8.00  hrs | 0.00  /hr | $0.00 |
| Trieu, Catherine D. | 0.80  hrs | 255.00  /hr | $204.00 |
| Chapman, Lucia T. | 0.80  hrs | 0.00  /hr | $0.00 |
| | | | --------------- |
| Total fees for this matter | 9.60  hrs | | $204.00 |

Financial Oversight and Mngmt                                    Bill number     5923
PROMESA Fee Applications                                              Page     3


SUBMATTER FEE RECAP

     Fee/Employment Applications          7.60  hrs              $204.00

                                         ---------------
     Total                                9.60  hrs              $204.00

BILLING SUMMARY

     FEES                                                          $204.00

                                         ---------------
     TOTAL CHARGES                                                 $204.00

                                         ---------------
     TOTAL BALANCE DUE                                             $204.00

September 30, 2018

Bill #   5924    ML

Client/Matter #  0675-0006

Billed through   September 30, 2018

Financial Oversight and Management Board                                     Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: AMBAC v. PRHTA

PROFESSIONAL SERVICES RENDERED

| Date | | | | | | | | |
|------|---|---|---|---|---|---|---|---|
| 09/20/18 | CDT | L520 | A104 | Appellate Briefs | | | | 0.20  hrs |
| | | compile and review First Circuit docket and appellant reply brief filed on 9/19/18 | | | | | | |
| 09/20/18 | ML | L120 | A104 | Analysis/Strategy | | | | 1.20  hrs |
| | | review reply brief (0.7) and draft moot court questions for 1st Circuit argument (0.4) | | | | | | |
| 09/21/18 | ML | L520 | A104 | Appellate Briefs | | | | 3.20  hrs |
| | | review reply brief on appeal for moot court issues for 1st Circuit argument | | | | | | |
| 09/27/18 | ML | L520 | A104 | Appellate Briefs | | | | 0.50  hrs |
| | | review Assured reply brief on stay motion re: issues relevant to Ambac appeal | | | | | | |

|  |  |  |  |
|---|---|---|---|
| Trieu, Catherine D. | 0.20  hrs | 255.00  /hr | $51.00 |
| Luskin, Michael | 4.90  hrs | 800.00  /hr | $3,920.00 |
| | | | --------------- |
| Total fees for this matter | 5.10  hrs | | $3,971.00 |

Financial Oversight and Mngmt                                    Bill number      5924
AMBAC v. PRHTA                                                              Page      2


SUBMATTER FEE RECAP

|  | | |
|---|---|---|
| Analysis/Strategy | 1.20  hrs | $960.00 |
| Appellate Briefs | 3.90  hrs | $3,011.00 |
|  |  | --------------- |
| Total | 5.10  hrs | $3,971.00 |

BILLING SUMMARY

|  | |
|---|---|
| FEES | $3,971.00 |
|  | --------------- |
| TOTAL CHARGES | $3,971.00 |
|  | --------------- |
| TOTAL BALANCE DUE | $3,971.00 |

September 30, 2018
Bill #   5925   ML
Client/Matter #  0675-0007
Billed through   September 30, 2018

Financial Oversight and Management Board
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Tax ID 13-3524567

Re: Assured v. PRHTA

PROFESSIONAL SERVICES RENDERED

| 09/04/18 | ML | L500 | A104 | Appeal | | | 1.50  hrs |
|---|---|---|---|---|---|---|---|
| | | | | telephone call with M. Firestein re: reply brief, moot court preparation and other appeal-related issues (0.3); review reply brief (1.2) | | | |
| | | | Luskin, Michael | 1.50  hrs | 800.00  /hr | | $1,200.00 |
| | | | | | | | --------------- |
| | | | Total fees for this matter | 1.50  hrs | | | $1,200.00 |

SUBMATTER FEE RECAP

| Appeal | 1.50  hrs | $1,200.00 |
|---|---|---|
| | | --------------- |
| Total | 1.50  hrs | $1,200.00 |

BILLING SUMMARY

| FEES | $1,200.00 |
|---|---|
| | --------------- |
| TOTAL CHARGES | $1,200.00 |
| | --------------- |
| TOTAL BALANCE DUE | $1,200.00 |