**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores. | PROMESA,<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**NOTIFICACIÓN DE LA [PRIMERA] OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE COFINA CONTRA LAS RECLAMACIONES [POSTERIORMENTE ENMENDADAS]**

**QUEDA INFORMADO de que**, [el FECHA], la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), por intermedio de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), en carácter de representante de COFINA conforme a la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad de Puerto Rico* ("PROMESA"),[1] presentó la [*Primera* ] *Objeción Colectiva (no sustantiva) de COFINA a las Reclamaciones* [*Posteriormente Enmendadas*] (la "Objeción Colectiva") ante el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2] **Según la Objeción Colectiva, COFINA solicita que se desestime(n) su(s) reclamación(es)** (cada una de ellas, una "Reclamación" y en conjunto "las Reclamaciones"), aduciendo que su(s) Reclamación(es) es/están [enmendadas subsiguientemente], tal como se explica en la Objeción Colectiva, de la cual se adjunta una copia a esta notificación.

LA OBJECIÓN COLECTIVA PRETENDE MODIFICAR SUS DERECHOS. CUALQUIER RECLAMACIÓN QUE SEA DESESTIMADA SE CONSIDERARÁ COMO SI NUNCA SE HUBIESE PRESENTADO. USTED DEBE LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN COLECTIVA Y ANALIZARLA CON SU ABOGADO. SI NO TIENE UN ABOGADO, SE LE RECOMIENDA CONSULTAR UNO.

**SI USTED OMITE RESPONDER DE CONFORMIDAD CON ESTA NOTIFICACIÓN, EL TRIBUNAL PODRÁ OTORGAR LA REPARACIÓN SOLICITADA EN LA OBJECIÓN COLECTIVA, SIN PREVIA NOTIFICACIÓN O AUDIENCIA ADICIONAL.**

> **Esta Objeción Colectiva solo se aplica a la(s) Reclamación(es) enumeradas en el Anexo A a la Objeción Colectiva. Si su reclamación no está incluida en el Anexo A a la Objeción Colectiva, no es necesario llevar a cabo ninguna acción. Las copias de la Objeción Colectiva, las Reclamaciones citadas en ellas y todos los demás escritos presentados en los Casos al amparo del Título III, están disponibles en línea sin cargo en https://cases.primeclerk.com/puertorico. Comuníquese con la línea directa de Prime Clerk al (844) 822-9231 si tiene alguna pregunta sobre la Objeción Colectiva.**

---

[1] PROMESA está codificada en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

[2] Los términos en mayúscula empleados pero no definidos en el presente tendrán el significado que se indica en la Objeción Colectiva.

**NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1**

Dentro del plazo de treinta (30) días posterior a la notificación, según conste en la certificación, y otros tres (3) días adicionales conforme a la Norma Federal de Procedimiento de Quiebras 9006(f), si usted fue notificado por correo, cualquier parte que hubiere sido notificada de esta Objeción Colectiva, o cualquier otra parte interviniente que se opusiere a lo solicitado en el presente, deberá notificar y presentar una Respuesta a este escrito en la oficina del secretario del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. Si no se presenta ninguna Respuesta dentro del plazo contemplado en el presente, se considerará que la Objeción Colectiva no ha tenido oposición y se le podrá hacer lugar, a menos que: (1) la reparación solicitada estuviere prohibida por ley; (2) la reparación solicitada fuere contraria a la política pública, o (3) a juicio del Tribunal, se debiere actuar de otra forma en aras de la justicia. Si usted presenta una Respuesta en tiempo y forma, el tribunal podrá programar una audiencia.

## Información crítica para demandantes que deciden presentar una Respuesta

**Quién debe presentar una respuesta**. Cualquier parte que se oponga a la Objeción Colectiva debe presentar una Respuesta con arreglo a los procedimientos que aquí se indican. Si una parte cuya Reclamación es objeto de esta Objeción Colectiva omite presentar y notificar una Respuesta con arreglo a los procedimientos aquí previstos, el Tribunal podrá hacer lugar a la Objeción Colectiva en relación con dicha Reclamación sin necesidad de notificación adicional al demandante.

**Quien NO está obligado a presentar una Respuesta.** Si usted no se opone a que su(s) Reclamación(es) sea(n) declaradas inadmisible(s), no está obligado entonces a presentar una Respuesta a la Objeción Colectiva por escrito y no necesita comparecer a la audiencia en la que se tratará la Objeción Colectiva (como se explica más abajo). Asimismo, la Objeción Colectiva solo se aplica a las Reclamaciones incluidas en el Anexo A a la Objeción Colectiva, una copia de la cual está disponible en línea sin cargo en https://cases.primeclerk.com/puertorico. Si su reclamación no está incluida en el Anexo A a la Objeción Colectiva, no está obligado a presentar una Respuesta.

**Fecha límite para presentar una Respuesta**. Se considerará que su Respuesta se efectúo en tiempo y forma **únicamente** si es presentada ante el Tribunal **y** notificada antes de las **4:00 pm (Hora del Atlántico)** en el día en que hubieren transcurrido **30 días calendario** desde la fecha en que se notificó la Objeción Colectiva (o en un plazo de tres (3) días adicionales de conformidad con la Norma Federal de Federal de Procedimiento de Quiebras P. 9006(f) si la notificación se cursó por correo), a menos que COFINA prorrogue el plazo por escrito.

**La fecha límite para presentar y notificar una Respuesta es a las 4:00 pm (Hora del Atlántico) del [Date].**

**Audiencia sobre la Objeción Colectiva**. Si se presentare y notificare correctamente una Respuesta de conformidad con esta notificación, se llevará a cabo una audiencia para tratar la Objeción Colectiva y la Respuesta el [FECHA], a las [HORA] (Hora del Atlántico), ante la Honorable Jueza Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, situado en la calle Carlos Chardón 150, Edificio Federal, San Juan, Puerto Rico 00918-1767. Si usted presenta una Respuesta a la Objeción Colectiva, deberá comparecer a la audiencia que trate la Objeción Colectiva. COFINA, no obstante, se reserva el derecho, previa notificación con una antelación de tres (3) días hábiles, de aplazar la audiencia con respecto a la Objeción Colectiva y a la Respuesta.

**EL TRIBUNAL CONSIDERARÁ SU RESPUESTA ÚNICAMENTE SI ESTA PRESENTADA Y NOTIFICADA ANTES O EN LA FECHA LÍMITE PARA PRESENTAR LA RESPUESTA, DE CONFORMIDAD CON LAS INSTRUCCIONES QUE SE INDICAN EN LA PRESENTE.**

Los Deudores podrán presentar una contestación a su Respuesta o contestar en un argumento oral en la audiencia. En tal caso, los Deudores están autorizados a presentar su contestación a más tardar siete (7) días calendario antes de la audiencia que tratará la Objeción Colectiva y la Respuesta.

### Qué presentar con la Respuesta

Su Respuesta a la Objeción Colectiva debe incluir la siguiente información.

(i) **Información de contacto**. La Respuesta debe incluir un **nombre**, **dirección**, **número de teléfono**, y **dirección de correo electrónico** del (1) demandante que presenta una respuesta; (2) el abogado del demandante o un representante designado a quien el abogado de COFINA deberá notificar una réplica a la Respuesta, si la hubiere; o (3) la parte con facultades para conciliar, liquidar o de otro modo resolver la Objeción Colectiva en representación del demandante.

(ii) **Leyenda**. La Respuesta debe incluir una leyenda que indique el nombre del Tribunal, los nombres de los Deudores, el número de caso, el título de la Objeción Colectiva a la cual está dirigida la Respuesta y, de corresponder, el(los) número(s) de la Evidencia de reclamaciones relacionada proporcionado(s) por Prime Clerk (que se incluyen en el Anexo A a la Objeción Colectiva y está(n) disponible(s) en línea sin cargo en https://cases.primeclerk.com/puertorico).

(iii) **Razón(es) para oponerse a la Objeción Colectiva**. La Respuesta debe contener una breve declaración que indique las razones por las cuales el Tribunal no debería hacer lugar a la Objeción Colectiva con respecto a su Reclamación, incluidos los fundamentos fácticos y jurídicos en los cuales se basará el demandante para oponerse a la Objeción Colectiva.

(iv) **Documentación de respaldo**. En la medida en que no se haya incluido ya en la evidencia de la reclamación, una copia de cualquier otra documentación o evidencia, siempre y cuando no se hubiere presentado ya junto con la Evidencia, en la cual el demandante vaya a fundamentar su oposición a la Objeción Colectiva; con la salvedad de que el demandante no estará obligado a revelar en la Respuesta información confidencial, propia o protegida; y con la salvedad, además, de que el demandante deberá revelarle a COFINA toda la información y proporcionarle copias de todos los documentos que el demandante considere confidenciales, propios o protegidos por cualquier otra razón, y en los cuales este tenga intención de basarse para fundamentar su reclamación, con sujeción a las limitaciones de confidencialidad que sean pertinentes.

### Dónde y cómo presentar y notificar una Respuesta

Cada Respuesta debe presentarse de manera electrónica ante el Tribunal en el expediente *Estado Libre Asociado de Puerto Rico*, Caso No. 17 BK 3283-LTS, por usuarios registrados del sistema de archivo de casos del Tribunal en un formato de documentación portátil con capacidad de búsqueda.

Su Respuesta debe ser notificada a la Junta de Supervisión y al Comité de Acreedores en la forma y como se indica en la *Resolución de Enmienda Adicional de los Procedimientos de Tramitación de Casos* [Caso N° 17-3283, ECF N° 3804]) (la "Resolución de Tramitación de Casos"), que se encuentra disponible en línea sin cargo en https://cases.primeclerk.com/puertorico. Con arreglo a la Resolución de Tramitación de Casos, es posible notificar a ambas partes mediante la presentación de un documento a través del sistema de archivo de casos del Tribunal. Se deberá incluir un certificado de notificación junto con la Respuesta explicando cómo se realizó el procedimiento de notificación.

Si tiene alguna pregunta sobre la presentación y notificación de una Respuesta, incluidas las preguntas sobre el sistema de archivo de casos del Tribunal, comuníquese con la línea directa de **Prime Clerk** en **(844) 822-9231**.

**Reserva de derechos**. NINGUNA PARTE DE ESTA OBJECIÓN COLECTIVA O NOTIFICACIÓN DE OBJECIÓN HA DE INTERPRETARSE COMO UNA RENUNCIA A NINGUNO DE LOS DERECHOS DEL DEUDOR, O DE CUALQUIER OTRA PARTE INTERESADA EN ESTOS CASOS, DE DISPUTAR CUALESQUIER RECLAMACIONES, FORMULAR RECONVENCIONES, RECLAMAR DERECHOS DE COMPENSACIÓN O REEMBOLSO, PRESENTAR DEFENSAS, OBJETAR RECLAMACIONES (U OTRAS RECLAMACIONES O CUESTIONES DE FONDO DE UN DEMANDANTE) CON CUALQUIER FUNDAMENTO NO EXPUESTO PREVIAMENTE EN UNA OBJECIÓN, A MENOS QUE EL TRIBUNAL HAYA DESESTIMADO LA RECLAMACIÓN O RESUELTO DE OTRA FORMA, O A SOLICITAR LA ESTIMACIÓN DE CUALQUIER RECLAMACIÓN EN UNA FECHA POSTERIOR. LAS PARTES AFECTADAS SERÁN DEBIDAMENTE NOTIFICADAS DE ELLO EN ESE MOMENTO.

---

**Recursos adicionales y a quién contactar si tiene preguntas**

Todos los documentos presentados en los Casos al amparo del Título III, incluidas las copias de reclamos presentados con CM/ECF, disponible en línea sin cargo en https://cases.primeclerk.com/puertorico. Este sitio web es mantenido por Prime Clerk e incluye una base de datos de búsqueda para ayudarlo a localizar los documentos.

Si requiere información adicional sobre la Objeción Colectiva, el estado de su Respuesta, su reclamación, o esta notificación, comuníquese con la línea directa de Prime Clerk en **(844) 822-9231** (línea gratuita para EE. UU. y Puerto Rico) o **(646) 486-7944** (para llamadas desde el extranjero), disponible de 10:00 a.m. a 7:00 p.m. (Hora del Atlántico) (Puede solicitar hablar en español). También puede enviar sus consultas por correo electrónico a puertoricoinfo@primeclerk.com.