**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**NOTICE OF FILING EXHIBITS RELATED TO THE
DISCLOSURE STATEMENT FOR THE AMENDED TITLE III PLAN OF
ADJUSTMENT OF THE DEBTS OF PUERTO RICO SALES TAX FINANCING
CORPORATION AND THE AMENDED TITLE III PLAN OF ADJUSTMENT
OF THE DEBTS OF PUERTO RICO SALES TAX FINANCING CORPORATION**

---

**PLEASE TAKE NOTICE** that, on October 19, 2018, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[1] filed the *Disclosure Statement for the Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation* (the

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

"Disclosure Statement"), which had attached as Exhibit A thereto the *Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation* (the "Plan of Adjustment"). [Case No. 17-3284, ECF No. 310].

**PLEASE TAKE FURTHER NOTICE** that, on November 16, 2018, the Oversight Board filed the *Disclosure Statement for the Amended Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation* (the "Revised Disclosure Statement"), which had attached as Exhibit A thereto the *Amended Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation* (the "Amended Plan of Adjustment"). [Case No. 17-3284, ECF No. 353].

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the Revised Disclosure Statement against the Disclosure Statement is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the Amended Plan of Adjustment against the Plan of Adjustment is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these title III Cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

<table>
<tr><td>Dated: November 19, 2018<br>San Juan, Puerto Rico</td><td>Respectfully submitted,<br><br>/s/ Martin J. Bienenstock<br>Martin J. Bienenstock<br>Brian S. Rosen<br>Jeffrey W. Levitan<br>Chris Theodoridis<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*</td></tr>
</table>

3