# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On November 16, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**; and via Overnight Mail and Email on the Agenda Respondents Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for the Hearing on November 20, 2018 at 10:30 a.m. (AST) [Docket No. 359]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: November 19, 2018

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 19, 2018, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2020

SRF 29024

## **Exhibit A**

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com | Email |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo PR 00966 | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco<br>Edificio Union Plaza, Piso 17, Oficina 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan PR 00918 | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, CSP | Attn: A.J. Bennazar-Zequeira<br>Apartado Postal 194000 #212<br>San Juan PR 00919-4000 | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org | Email |
| Counsel to Prosol-Utier | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg<br>P.O. Box 10779<br>Ponce PR 00732 | rolando@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington<br>1020 Highland Colony Parkway<br>Suite 1400<br>Ridgeland MS 39157 | chris.maddux@butlersnow.com<br>mitch.carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Jason W. Callen<br>150 3rd Avenue, South<br>Suite 1600<br>Nashville TN 37201 | jason.callen@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Martin Sosland, Esq.<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 | martin.sosland@butlersnow.com<br>Chris.Maddux@butlersnow.com<br>Mitch.Carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Stanford G. Ladner<br>1700 Broadway, 41st Floor<br>New York NY 10019 | stan.ladner@butlersnow.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais & Nathan Bull<br>200 Liberty Street<br>New York NY 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br>NATHAN.BULL@CWT.COM | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia<br>P.O. Box 364966<br>403 Muoz Rivera Avenue<br>San Juan PR 00918-3345 | Adiaz@cnrd.com<br>Kbolanos@cnrd.com<br>avalencia@cnrd.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu<br>PO Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br>mmier@cabprlaw.com | Email |

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors, Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres & Alberto J. E. Añeses-Negrón, Esq. El Caribe Office Building 53 Palmeras Street, Ste. 1601 San Juan PR 00901-2419 | jcasillas@cstlawpr.com dbatlle@cstlawpr.com aaneses@cstlawpr.com emontull@cstlawpr.com ltorres@cstlawpr.com AAneses@cstlawpr.com | Email |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse United States District Court 500 Pearl St., Suite 3212 New York NY 10007-1312 | | Overnight Mail |
| Counsel to Pedro L. Casasnovas Balado, Olga I. Trinidad Nieves, Raúl E. Casasnovas Balado, Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociade | Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández 356 Fortaleza Street Second Floor San Juan PR 00901 | ccuprill@cuprill.com | Email |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig PO Box 9478 San Juan PR 00908-9478 | eduardo@cobianroig.com | Email |
| Counsel to PFZ Properties, Inc. | David Carrion Baralt | PO Box 364463 San Juan PR 00936-4463 | davidcarrionb@aol.com | Email |
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón 221 Ponce de León Avenue 5th Floor San Juan PR 00917 | rcamara@ferraiuoli.com scolon@ferraiuoli.com | Email |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis, & Fernando O. Zambrana Aviles, Esq. 254 San Jose St., Third Floor San Juan PR 00901 | gacarlo@carlo-altierilaw.com loomislegal@gmail.com fernando@cszlawpr.com | Email |
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | Garay Massey Law Office | Attn: Juan Carlos Garay Massey PMB 347 #5900 Isla Verde Ave. L-2 Carolina PR 00979-4901 | juans@prtc.net | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes 200 Park Avenue New York NY 10016 | Mitchelln@gtlaw.com Clearyd@gtlaw.com Huttonj@gtlaw.com Haynesn@gtlaw.com fingerk@gtlaw.com haynesn@gtlaw.com | Email |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila 207 del Parque Street 3rd Floor San Juan PR 00912 | claudia.quinones@indianowilliams.com david.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com | Email |
| Integrand Assurance Company | Integrand Assurance Company | PO Box 70128 San Juan PR 00936-8128 | | Overnight Mail |
| Counsel to PFZ Properties, Inc. | Jack Katz | ESJ Towers 6165 Isla Verde Ave Carolina PR 00979-5729 | | Overnight Mail |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege 353 N. Clark Street Chicago IL 60654 | mroot@jenner.com csteege@jenner.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff 919 Third Ave New York NY 10022-3908 | rgordon@jenner.com rlevin@jenner.com cwedoff@jenner.com | Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com<br>apico@jgl.com | Email |
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, and Fideicomiso Del Valle Martinez II | Jorge R. Quintana-Lajara | 400 Calle Calaf<br>PMB 165<br>San Juan PR 00918-1314 | jorgequintanalajara@gmail.com | Email |
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | Juan A. Hernández Rivera, Esq. | PMB #108<br>HC 72 Box 3766<br>Naranjito PR 00719 | juan@jahrlaw.com | Email |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | Email |
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley, Gregory A. Horowitz, Natan Hamerman & Alice J. Byowitz<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com | Email |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr.<br>El Centro II, Suite 260<br>#500 Muñoz Rivera Avenue<br>San Juan PR 00918 | pola@frankpolajr.com | Email |
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, and Fideicomiso Del Valle Martinez II | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall<br>PO Box 362634<br>San Juan PR 00936-2634 | craigmcc@me.com | Email |
| Interested Party | Legal Partners, PSC | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com | Email |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn: Thomas Hommel, Abhishek Kalra & Pamela Simons<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | thomas.hommel@lehmanholdings.com<br>pamela.simons@lehmanholdings.com<br>abhishek.kalra@lehmanholdings.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com | Email |
| Counsel to Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP) | Luis Fred Salgado, Esq. | PMB 15<br>267 Sierra Morena St.<br>San Juan PR 00926-5583 | luisfredsalgado@hotmail.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Marini Pietrantoni Muñiz, LLC | Attn: Carolina Velaz-Rivero, Esq., Luis C. Marini-Biaggi, Esq., María Teresa Álvarez Santos, Esq.<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan PR 00917 | cvelaz@mpmlawpr.com<br>lmarini@mpmlawpr.com<br>malvarez@mpmlawpr.com | Email |
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com | Email |

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com | Email |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com | Email |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee<br>250 West 55th Street<br>New York NY 10019 | JPeck@mofo.com<br>GLee@mofo.com | Email |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez<br>American International Plaza<br>250 Munoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813 | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach CA 92660 | emckeen@omm.com<br>apavel@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., & William J. Sushon<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer<br>400 South Hope Street<br>18th Floor<br>Los Angeles CA 90071 | roppenheimer@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Madhu Pocha<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles CA 90067-6035 | mpocha@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Peter Friedman<br>1625 Eye Street, NW<br>Washington DC 20006 | pfriedman@omm.com | Email |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | P.O. Box 2319<br>Toa Baja PR 00951-2319 | | Overnight Mail |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq.<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Nicholas Bassett<br>875 15th Street, N.W.<br>Washington DC 20005 | nicholasbassett@paulhastings.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com | Email |

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Gregg M. Mashberg, Margaret A. Dale, Gregg M. Mashberg, Mark Harris<br>Eleven Times Square<br>New York NY 10036 | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen<br>One International Place<br>Boston MA 02110 | wdalsen@proskauer.com<br>MHackett@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Steven O. Weise<br>2049 Century Park East<br>32nd Floor<br>Los Angeles CA 90067-3206 | sweise@proskauer.com | Email |
| Prosol-Utier | Prosol-Utier | 612 Calle Cerra<br>San Juan PR 00907-3619 | | Overnight Mail |
| Prosol-Utier | Prosol-Utier | P.O. Box 9063<br>San Juan PR 00908 | | Overnight Mail |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Mohammad.Yassin@aafaf.pr.gov | Email |
| Counsel to the COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Darren M. Goldman<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>darrengoldman@quinnemanuel.com | Email |
| Counsel to Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista and Silvia Batista Castresana | Ramon Torres Rodriguez, Esq. | P.O. Box 361163<br>San Juan PR 00936-1163 | rtorres@torresrodlaw.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker<br>599 Lexington Avenue<br>New York NY 10022 | cgray@reedsmith.com<br>dschlecker@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Eric A. Schaffer & Luke A. Sizemore<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | Email |

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Zarel J. Soto Acaba, and Gustavo A. Pabón Rico<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com<br>zsoto@reichardescalera.com | Email |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó<br>Ave. Fernández Juncos 802<br>San Juan PR 00907 | mpico@rexachpico.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Donald Burke, Lanora C. Pettit & Joshua S. Bolian<br>1801 K Street, NW<br>Washington DC 20006 | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com | Email |
| Counsel to Fideicomiso Hernandez Castrodad | Rosendo E. Miranda López, Esq. | P.O. Box 192096<br>San Juan PR 00919-2096 | r.miranda@rmirandalex.net | Email |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com | Email |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, PSC | Attn: José Javier Santos Mimoso, Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | jsantos@smlawpr.com<br>anunez@smlawpr.com<br>emaldonado@smlawpr.com<br>acouret@smlawpr.com<br>adeliz@smlawpr.com | Overnight Mail |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Stroock & Stroock & Lavan LLP | Attn: Daniel A. Fliman, Esq.<br>180 Maiden Lane<br>New York NY 10038-4982 | dfliman@stroock.com | Email |
| Counsel to Mutual Fund Group and Oppenheimer Funds, the Ad Hoc Group of PREPA Bondholders, and Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Daniel M. McDermott<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, & Gregory Silbert<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com | Email |
| Counsel to Doral Financial Corporation and UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq.<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | gkurtz@whitecase.com<br>jcunningham@whitecase.com<br>brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Jason N. Zakia & Cheryl Tedeschi Sloane<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jzakia@whitecase.com<br>csloane@whitecase.com | Email |

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq.<br>USDCPR 201106<br>PO Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |

## **Exhibit B**

Exhibit B

Agenda Respondents Service List

Served Overnight Mail and Email

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Luisa S. Valle Castro | 254 San Jose Street, Suite 5 | San Juan | PR | 00901-1523 | condecarmen@condelaw.com; ls.valle@condelaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Walter Benzija, Alan D. Halperin, Debra J. Cohen | 40 Wall Street | New York | NY | 10005 | ahalperin@halperinlaw.net; benzija@halperinlaw.net; dcohen@halperinlaw.net |
| Lawrence B. Dvores | | 28 Sherbrooke Parkway | Livingston | NJ | 07039 | Ldvores@yahoo.com |
| Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Alexis A. Betancourt Vincenty | 100 Carr. 165 Suite 501 | Guaynabo | PR | 00968-8052 | wlugo@lugomender.com; a_betancourt@lugomender.com |
| Sepulvado, Maldonado & Couret | Attn: Elaine Maldonado-Matías, Albéniz Couret-Fuentes, José Javier Santos Mimoso | 304 Ponce de León Ave. – Suite 990 | San Juan | PR | 00918 | emaldonado@smclawpr.com; acouret@smclawpr.com; jsantos@smclawpr.com |
| Stephen T. Mangiaracina, Esq | | 5 Salem Road | Hilton Head Island | SC | 29928 | STMangiaracina@aol.com |