UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

                       Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION REQUESTING EXTENSION OF TIME
TO FILE REPLY TO OBJECTION TO LIFT OF STAY (DOCKET ENTRY NO. 4334)

       The Court has received and reviewed the *Motion Requesting Extension of Time to File Reply to Objection to Lift of Stay* (Docket Entry No. 4334 in Case No. 17-3283, the "Motion") filed by Michael E. Danuz Reyes (the "Movant"). The Motion is granted to the extent provided herein. Movant's reply papers must be filed by **November 29, 2018**. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the *Motion Requesting Lift of Stay* (Docket Entry No. 4111 in Case No. 17-3283).

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 4334 in Case No. 17-3283.

SO ORDERED.

Dated: November 19, 2018

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge