# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Jocelyn C. Kuo, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that on November 16, 2018, I caused to be served the following documents by sending a true and correct copy by e-mail on the parties listed on <u>Exhibit A</u> and on November 19, 2018 by overnight mail on the Office of the United States Trustee for the District of Puerto Rico as listed on <u>Exhibit B</u>.

- Second Interim Fee Application of Kroma Advertising, Inc., as Communications Advisor to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses for Period From April 16, 2018 Through September 15, 2018 [Dkt. No. 4321]

- Fourth Interim Application of Zolfo Cooper, LLC, Financial Advisor to the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From June 1, 2018 Through September 30, 2018 [Dkt. No. 4323]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Fourth Interim Fee Application of Paul Hastings LLP, as Counsel to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses for Period From June 1, 2018 Through September 30, 2018 [Dkt. No. 4325]

Dated November 20, 2018

*/s/ Jocelyn C. Kuo*
Jocelyn C. Kuo

# **EXHIBIT A**
Via E-mail

<u>Oversight Board</u>
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.
(mbienenstock@proskauer.com)
Ehud Barak, Esq.
(ebarak@proskauer.com)

Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn: Paul V. Possinger, Esq.
(ppossinger@proskauer.com)

<u>Oversight Board</u>
O'Neill & Borges LLC
250 Muñoz RiveraAve., Suite 800
San Juan, PR 00918
Attn:Hermann D. Bauer, Esq.
(hermann.bauer@oneillborges.com)

<u>Puerto Rico Fiscal Agency and Financial Advisory Authority</u>
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
(jrapisardi@omm.com)
Suzzanne Uhland, Esq.
(suhland@omm.com)
Diana M. Perez, Esq.
(dperez@omm.com)

<u>Puerto Rico Fiscal Agency and Financial Advisory Authority</u>
Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
(lmarini@mpmlawpr.com)
Carolina Velaz-Rivero Esq.
(cvelaz@mpmlawpr.com)

-2-

Official Committee of Unsecured Creditors
Paul Hastings LLP
200 Park Ave.
New York, NY 10166
Attn: Luc. A Despins, Esq.
(lucdespins@paulhastings.com)

Official Committee of Unsecured Creditors
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901
Attn: Juan J. Casillas Ayala, Esq.
(jcasillas@cstlawpr.com)
Alberto J.E. Añeses Negrón, Esq.
(aaneses@cstlawpr.com)

Official Committee of Retired Employees
Jenner & Block LLP
919 Third Ave.
New York, NY 10022
Attn: Robert Gordon, Esq.
(rgordon@jenner.com) and
Richard Levin, Esq.
(rlevin@jenner.com)

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq.
(csteege@jenner.com)
Melissa Root, Esq.
(mroot@jenner.com)

Official Committee of Retired Employees
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq.
(ajb@bennazar.org)

-3-

Puerto Rico Department of Treasury
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting
(Reylam.Guerra@hacienda.pr.gov)
Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting
(Rodriguez.Omar@hacienda.pr.gov)
Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy
(angel.pantoja@hacienda.pr.gov)
Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy
(francisco.pares@hacienda.pr.gov)
Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury
(Francisco.Pena@hacienda.pr.gov)

Fee Examiner
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler
(KStadler@gklaw.com)
Brady Williamson
(Bwilliam@gklaw.com)
Andrew Dalton
(adalton@gklaw.com)

-1-

**<u>Exhibit B</u>**
Via Overnight Mail

<u>Office of the United States Trustee for the District of Puerto Rico</u>
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901