# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 10:30 AM (AST)
Started: 10:54 AM (AST)
Ended: 12:35 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**       DATE: November 20, 2018

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Karen Gorlaski

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Sales Tax Financing Corporation (COFINA),<br>Debtor | 3:17-BK-3284 (LTS)<br><br>PROMESA Title III |

**Hearing on the COFINA Disclosure Statement held.**

I. **Status Report**
   1. Status report from the Oversight Board heard.
II. **Contested Matter**

November 20, 2018 – Hearing on the COFINA Disclosure Statement
3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS)

1. COFINA Disclosure Statement Adequacy Motion [Case No. 17-3283, ECF No. 4075 and Case No. 17-3284, ECF No. 307]
   - Objections, letters, and petition considered.
     - Withdrawn: Objection of The Bank of New York Mellon, as Trustee, to the Disclosure Statement [Case No. 17-3283, ECF No. 4210 and Case No. 17-3284, ECF No. 324]
     - Withdrawn: Objection to Disclosure Statement by Four Credit Unions who are Creditors in this Case [Case No. 17-3283, ECF No. 4225 and Case No. 17-3284, ECF No. 328]
     - Withdrawn: Objection of Lehman Brothers Holdings, Inc. as Plan Administrator for Lehman Brothers Special Financing, Inc. to the Disclosure Statement [Case No. 17-3283, ECF No. 4213 and Case No. 17-3284, ECF No. 323]
   - Motion granted and remaining objections overruled.
     - Movant shall file:
       - Further revised proposed order and,
       - Exemplars of the objection cover sheet form.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy