# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,

    as agent of

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

               Plaintiff,

v.

BETTINA WHYTE,

    as agent of

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

    as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

               Defendant.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Adv. Proc. No. 17-00257 (LTS)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

00923035.2

## AFFIDAVIT OF SERVICE

I, George T. Kramer, being duly sworn, depose and say:

1. On November 15, 2018 I caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as Exhibit A; and via First Class Mail on the individuals listed on the Seventh Case Management Order attached hereto as Exhibit B:

- *Objection of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation [Docket Entry 4067]* [Docket No. 4233].

_____
George T. Kramer

Sworn to before me this
20th day of November, 2018

_____
Notary Public

ALTHEA DORSETT
Notary Public, State of New York
No. 01DO6057445
Qualified in Bronx County
Commission Expires April 16, 2019

2

00296017.1

**EXHIBIT A**

aaa@mcvpr.com
aaneses@cstlawpr.com
abhishek.kalra@lehmanholdings.com
abyowitz@kramerlevin.com
acasellas@amgprlaw.com
acaton@kramerlevin.com
acevedovila1@gmail.com
acordova@juris.inter.edu
acouret@smlawpr.com
adeliz@smlawpr.com
Adiaz@cnrd.com
adtoro@pico-blanco.com
afernandez@delgadofernandez.com
agestrella@estrellallc.com
agraitfe@agraitlawpr.com
ahowie@sagwlaw.net
ajb@bennazar.org
AKHerring@wlrk.com
alavergne@lsplawpr.com
alexandra.bigas@gmail.com
alexbongartz@paulhastings.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
amiller@milbank.com
Ana.chilingarishvili@maslon.com
anabelle.centeno@pridco.pr.gov
andres@awllaw.com
andreslopecordova@gmail.com
andrewtenzer@paulhastings.com
Angelica.Toro@popular.com
anthonybuscarino@paulhastings.com
antoniofuentesgonzalez@yahoo.com
anunez@smlawpr.com
apavel@omm.com
aperez@kpmg.com
apico@jgl.com
arizmendis@reichardescalera.com
arosenberg@paulweiss.com
Arwolf@wlrk.com
asantiago@amgprlaw.com
asociacióngerencialescfse@gmail.com
auetz@foley.com
avalencia@cnrd.com
avb@sbgblaw.com
avb@sbgblaw.com
ayanez@willkie.com

bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
bbennett@jonesday.com
bbobroff@proskauer.com
Bbolin@wlrk.com
belkgrovas@gmail.com
beth@hbsslaw.com
bfriedman@stblaw.com
bgm.csp@bennazar.org
bheifetz@jonesday.com
bkfilings@fortuno-law.com
bmd@bmdcounselors.com
bos-bankruptcy@hklaw.com
Brian.klein@maslon.com
brian.pfeiffer@whitecase.com
BRosen@proskauer.com
brosenblum@jonesday.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
cabruens@debevoise.com
calsina@prquiebra.com
Carla.garcia@oneillborges.com
carla.rodriguezbernier@yahoo.com
carlos.lugo@saldanalaw.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
casey.servais@cwt.com
castilloricardo977@gmail.com
cbg@bobonislaw.com
ccuprill@cuprill.com
cdipompeo@jonesday.com
Cesar.a.lopez-morales@usdoj.gov
cfebus@proskauer.com
cgray@reedsmith.com
chris.maddux@butlersnow.com
Chris.Maddux@butlersnow.com
christopher.connolly@usdoj.gov
clarisasola@hotmail.com
Clark.whitmore@maslon.com
claudia.quinones@indianowilliams.com
Clearyd@gtlaw.com
cmechling@stroock.com
colonyasmin@hotmail.com
condecarmen@condelaw.com
corraldieg@gmail.com

3

craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
cvelaz@mpmlawpr.com
cwedoff@jenner.com
daniel.bustos@excelerateenergy.com
daniel.connolly@bracewell.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
darrengoldman@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
david.powlen@btlaw.com
davidcarrionb@aol.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dbussel@ktbslaw.com
dcantor@omm.com
ddunne@milbank.com
delapena.sylvia@gmail.com
dfliman@stroock.com
dg@g-glawpr.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
Douglas.Hallward-Driemeier@ropesgray.com
dperez@cabprlaw.com
dperez@omm.com
drodriguez.alb@gmail.com
drodriguez@alblegal.net
dschlecker@reedsmith.com
dvelawoffices@gmail.com
Eakleinhaus@wlrk.com
ealdarondo@alblegal.net
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
edward.linden@stblaw.com
efl@bobonislaw.com
elian.escalante@gmail.com

ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emil@mlrelaw.com
emontull@cstlawpr.com
emunozPSC@gmail.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
estudiolegalrivera2@gmail.com
etejeda@splawpr.com
etulla@riveratulla.com
eworenklein@debevoise.com
ezm@mcvpr.com
fernando@cszlawpr.com
ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
fingerk@gtlaw.com
fmontanezmiran@yahoo.com
fpabon@lvvlaw.com
francisco.delcastillo@bennazar.org
fserra@sampr.com
fsilva@claropr.com
FSosnick@Shearman.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gar@crlawpr.com
gbrenner@proskauer.com
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
GLee@mofo.com
glenncarljameslawoffices@gmail.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gramlui@yahoo.com
gregory.silbert@weil.com
gspadoro@csglaw.com
gstewart@jonesday.com

4

gviviani@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
Hiram M. Arnaud <Harnaud@cwsny.com>
howard.hawkins@cwt.com
hreynolds@delvallegroup.net
Huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
icastro@alblegal.net
ileanaortix@outlook.com
ioliver@ccsllp.com
irg@roldanlawpr.com
irm@roldanlawpr.com
ivandialo2001@yahoo.com
ivonnegm@prw.net
jaimeenriquecruzalvarez@gmail.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.callen@butlersnow.com
Jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
Jay.goffman@skadden.com
jbgoplerud@sagwlaw.net
jblanco@fpglaw.com
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
Jean.lin@usdoj.gov
jemudd@yahoo.com
jerichman@proskauer.com
jessica@bufete-emmanuelli.com

jessica@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jf@cardonalaw.com
jfeldesman@FTLF.com
jfigueroa@arroyorioslaw.com
jgross@jonesday.com
jkapp@mwe.com
jkorn@willkie.com
JLawlor@wmd-law.com
jlcumbastorres@yahoo.com
JLevitan@proskauer.com
jlgere@gmail.com
jlopez@constructorasantiago.com
jminias@willkie.com
jmoralesb@microjuris.com
Jnieves@gonzalezmunozlaw.com
jonathan.polkes@weil.com
jorge@mlrelaw.com
jorgequintanalajara@gmail.com
jose.enrico.valenzuela1@gmail.com
jose.sosa@dlapiper.com
jpatton@ycst.com
JPeck@mofo.com
JPGLaw@outlook.com
jpsala_pr@yahoo.com
Jramirez@amrclaw.com
jrapisardi@omm.com
jreyes@sanpir.com
jrivlin@afscme.org
jsalichs@splawpr.com
jsanabria@sbgblaw.com
jsanchez@lsplawpr.com
jsanchez@scvrlaw.com
jsantos@smlawpr.com
jsoto@jbsblaw.com
juan@jahrlaw.com
juan@riverafont.com
juans@prtc.net
julian.fernandez@metropistas.com
jvankirk@tcmrslaw.com
jvannah@santandersecurities.com
jvv@wbmvlaw.com
jwc@jwcartagena.com
jweiss@ktbslaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com

5

| | |
|---|---|
| KBGoldberg@wlrk.com | margaritalmercado@gmail.com |
| Kbolanos@cnrd.com | MARIAE.HERNANDEZ@prepa.com |
| kdm@romclaw.com | Marieli.Paradizo@ponce.pr.gov |
| Keith.Wofford@ropesgray.com | marielopad@gmail.com |
| kelly.diblasi@weil.com | marivera@riveratulla.com |
| Kelly.McDonald@Shearman.com | mark.ellenberg@cwt.com |
| Kellyrivero@hotmail.com | mark.gallagher@usdoj.gov |
| kevin.collins@btlaw.com | mark.mcdermott@skadden.com |
| kgwynne@reedsmith.com | martin.sosland@butlersnow.com |
| khansen@stroock.com | maxtruj@gmail.com |
| kklee@ktbslaw.com | mbienenstock@proskauer.com |
| kperra@proskauer.com | mblumin@afscme.org |
| ksheehan@mwe.com | mcaruso@csglaw.com |
| kstipec@amgprlaw.com | mcrm100@msn.com |
| kurt.mayr@bracewell.com | mcto@debevoise.com |
| kzecca@robbinsrussell.com | mevicens@yahoo.com |
| l.ortizsegura@ploolaw.com | Mfb@tcmrslaw.com |
| larroyo@amgprlaw.com | mfeldman@willkie.com |
| Laura.A.Hunt@usdoj.gov | mfirestein@proskauer.com |
| lawlugo1@gmail.com | mfvelezquiebras@gmail.com |
| lawrog@gmail.com | MHackett@proskauer.com |
| lcdo.carlos.e.riverajustiniano@gmail.com | mhernandez@scvrlaw.com |
| lcumpiano@yahoo.com | michael.doluisio@dechert.com |
| ldelacruz@oeg.pr.gov | michaelcomerford@paulhastings.com |
| lemuel.law@gmail.com | michele.meises@whitecase.com |
| leslieplaskon@paulhastings.com | migade19@hotmail.com |
| leticia.casalduc@indianowilliams.com | Mimi.M.Wong@irscounsel.treas.gov |
| Lft@tcmrslaw.com | Mimi.M.Wong@irscounsel.treas.gov |
| lmarini@mpmlawpr.com | mitch.carrington@butlersnow.com |
| Lnegron@kpmg.com | Mitch.Carrington@butlersnow.com |
| loliver@amgprlaw.com | Mitchelln@gtlaw.com |
| loomislegal@gmail.com | mkelso@susmangodfrey.com |
| lpabonroca@microjuris.com | mlepelstat@csglaw.com |
| lpabonroca@microjuris.com | mmcgill@gibsondunn.com |
| lpettit@robbinsrussell.com | mmercado@mercado-echegaray-law.com |
| lrappaport@proskauer.com | mmier@cabprlaw.com |
| lrobbins@robbinsrussell.com | Mohammad.Yassin@aafaf.pr.gov |
| ls.valle@condelaw.com | mpico@rexachpico.com |
| lshelfer@gibsondunn.com | mpocha@omm.com |
| lsizemore@reedsmith.com | mrios@arroyorioslaw.com |
| ltorres@cstlawpr.com | mrm@rmlawpr.com |
| lucdespins@paulhastings.com | mroot@jenner.com |
| luis.vazquez@peerlessoil.com | mseidel@willkie.com |
| luisfredsalgado@hotmail.com | msimonet@msglawpr.com |
| malvarez@mpmlawpr.com | mstancil@robbinsrussell.com |
| man@nblawpr.com | mthibert-ind@mwe.com |
| manuel@rodriguezbanchs.com | mtrelles@pmalaw.com |
| marcia.goldstein@weil.com | mvazquez@lsplawpr.com |

mvega@senado.pr.gov
mzerjal@proskauer.com
n.tactuk@ferrovial.com
NATHAN.BULL@CWT.COM
navarro@navarrolawpr.com
nbaker@stblaw.com
nhamerman@kramerlevin.com
nicholasbassett@paulhastings.com
nmanne@susmangodfrey.com
notificaciones@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
nperez@tcmrslaw.com
nrickenbach@rickenbachpr.com
nrivera@oeg.pr.gov
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
Otero_and_assoc@hotmail.com
pabong@reichardescalera.com
pamela.simons@lehmanholdings.com
pbentley@kramerlevin.com
peajeinfo@dechert.com
penagaricanobrownusdc@gmail.com
pdechiara@cwsny.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
phammer@estrellallc.com
pjime@icepr.com
pjime@lawfirm-pr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prwolverine@gmail.com
pshalhoub@willkie.com
puertoricoteam@primeclerk.com
pwm@wbmvlaw.com
quiebras@elbufetedelpueblo.com
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
rachel.albanese@dlapiper.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com

rbonilla@bspr.com
rbrady@ycst.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rco@crlawpr.com
remmanuelli@me.com
rgf@mcvpr.com
Rgmason@wlrk.com
rgordon@jenner.com
rgv@g-glawpr.com
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rnies@csglaw.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
rolando@bufete-emmanuelli.com
rolando@bufete-emmanuelli.com
romn1960@gmail.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rschell@msglawpr.com
rtorres@torresrodlaw.com
salalawyers@yahoo.com
santilawoffice@yahoo.com
Saultoledo22@yahoo.com
sawbacal@aol.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
serviceqa@primeclerk.com
smillman@stroock.com
squsba@stblaw.com
sramirez@sarlaw.com
sratner@proskauer.com
ssooknanan@jonesday.com

stan.ladner@butlersnow.com
stansoffice@aol.com
steve@hbsslaw.com
storres@alblegal.net
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com
susheelkirpalani@quinnemanuel.com
swb@wbmvlaw.com
sweise@proskauer.com
thomas.curtin@cwt.com
Thomas.g.ward@usdoj.gov
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
toledo.bankruptcy@gmail.com
tolson@gibsondunn.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
tuttieguerrero@yahoo.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com

USTP.Region21@usdoj.gov
vbantnerpeo@buchalter.com
vdorfman@jonesday.com
velez.hector@epa.gov
vero@ferraiuoli.pr
victor.quinones@mbcdlaw.com
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com
yasmin@bufete-emmanuelli.com
ygc@rclopr.com
ygc1@prtc.net
zdavila@almeidadavila.com
zsoto@reichardescalera.com

8

**EXHIBIT B**

US Trustee for the District of Puerto Rico
Attn: M. Arribas, M. Giannirakis, & D. McDermott
Edificio Ochoa
500 Tanca Street Suite 301
San Juan, PR 00901-1922

Puerto Rico Fiscal Agency & Financial Advisory Authority
Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, PR 00907

O'Melveny & Myers, LLP
Attn: John J. Rapisardi, Suzzanne Uhland, Peter Friedman, Nancy A. Mitchell, Maria J. DiConza
7 Times Square
New York, NY 10036

Marini Pietrantoni Muñiz LLC
Attn: Luis C. Marini-Biaggi
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917

Proskauer Rose, LLP
Attn: Martin J. Bienenstock
Eleven Times Square
New York, NY 10036
w

O'Neill & Borges, LLC
Attn: Hermann Bauer, Esq., et al.
American International Plaza
250 Munoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Paul Hastings, LLP
Attn: Luc A. Despins, Esq.
200 Park Avenue
New York, NY 10166

Casillas, Santiago & Torres LLC
Attn: Juan J. Casillas Ayala
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419

Jenner & Block LLP
Attn: Robert Gordon
919 Third Avenue
New York, NY 10022

Bennazar, García & Milián, C.S.P.
Attn: A.J. Bennazar-Zequeira
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918

9