*Exh. Appendix 9*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

**EXHIBIT "A" ENMENDADO DICIEMBRE 2015**
**KEF 2011-0244 (1003)**

Relación de la descripción de las propiedades a expropiarse, de la justa compensación a
consignarse y de las entidades y/o personas con interés en este procedimiento.

**PARCELA NÚM. 020-01  NUM. CODIFICACION: 388-000-004-15-000 (Parcial)**
**(Pleno Dominio)**

**Rústica:**     Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de
Ponce, Puerto Rico, con una cabida superficial de veintitrés mil ochocientos cuarenta y seis
punto ocho seis cero tres **(23,846.8603) metros cuadrados**, equivalentes a seis punto
cero seis siete tres **(6.0673) cuerdas**, según mensura realizada por la Autoridad de
Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición.  En
lindes por el **Norte**, Parte de la finca principal dedicada a Servidumbre de AEE identificada
como parcela 020-03 a ser adquirida; por el **Sur**, Carretera Estatal PR-132I; por el **Este**,
Finca Principal; y por el **Oeste**, Finca Principal.

La pre descrita parcela se segrega de la Finca **5,064** que consta inscrita en el Registro de
la Propiedad al Folio 157 del Tomo 1,106 de Ponce, del Registro de la Propiedad de Ponce.

**PARCELA NÚM. 020-02  NUM. CODIFICACION: 388-000-004-15-000 (Parcial)**
**(Pleno Dominio)**

**Rústica:**     Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de
Ponce, Puerto Rico, con una cabida superficial de cincuenta y siete mil trescientos cuarenta
y cinco punto quince cinco dos **(57,345.1552) metros cuadrados**, equivalentes a
catorce punto cincuenta y nueve cero **(14.590) cuerdas**, según mensura realizada por la
Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de
adquisición.  En lindes por el **Norte**, Con la parcela 021-01 y con la finca principal; por el
**Sur**, Con parte de la finca principal dedicada a Servidumbre de AEE identificada como
parcela 020-03 a ser adquirida; por el **Este**, finca principal; y por el **Oeste**, Con la finca
principal.

La pre descrita parcela se segrega de la Finca **5,064** que consta inscrita en el Registro de
la Propiedad al Folio 157 del Tomo 1,106 de Ponce, del Registro de la Propiedad de Ponce.

**PARCELA NÚM. 020-03  NUM. CODIFICACION: 388-000-004-15-000 (Parcial)**
**(Servidumbre Perpetua para AEE)**

**Rústica:**     Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de
Ponce, Puerto Rico, con una cabida superficial de cuatro mil ochocientos sesenta y cinco
punto treinta y nueve ocho cinco **(4,865.3985) metros cuadrados**, equivalentes a uno
punto veintitrés siete nueve **(1.2379) cuerdas**, según mensura realizada por la Autoridad
de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición.  En
lindes por el **Norte**, Parcela Proyecto ACT-000911, 020-02; por el **Sur**, Parcela Proyecto
ACT-00911, 020-01; por el **Este**, Finca Principal;y por el **Oeste**, Finca Principal.

La pre descrita parcela forma parte de la Finca **5,064** que consta inscrita en el Registro de
la Propiedad al Folio 157 del Tomo 1,106 de Ponce, del Registro de la Propiedad de Ponce.

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

Se describe geométricamente en el plano de la Autoridad de Carreteras y Transportación de Puerto Rico, preparado por la firma CMA Architects & Engineers, LLP, de la manera siguiente:

| Course | Distance | Bearing | PT | COORDINATES | |
|---|---|---|---|---|---|
| | | | | (Y) | (X) |
| - | - | - | 248 | 220330.2183 | 177270.5197 |
| 248-249 | 30.52 | S 25° 37' 30" W | 249 | 220302.6983 | 177257.3186 |
| 248-576 | 159.65 | S 67° 27' 40" E | 576 | 220241.5028 | 177404.7701 |
| 576-575 | 30.52 | N 25° 33' 09" E | 575 | 220269.0397 | 177417.9356 |
| 575-248 | 159.61 | N 67° 27' 40" W | 248 | 220330.2183 | 177270.5197 |

La servidumbre antes descrita se constituye sobre la Finca 5,064 que consta inscrita en el Registro de la Propiedad al Folio 157 del Tomo 1,106 de Ponce, del Registro de la Propiedad de Ponce.

**PARCELA NÚM. 020-04  NUM. CODIFICACION: 388-000-004-15-000 (Parcial) (Pleno Dominio)**

**Rústica:**   Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de seis mil trescientos ochenta punto treinta y uno con noventa **(6,380.3190) metros cuadrados**, equivalentes a uno punto sesenta y dos con treinta y tres **(1.6233) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición. En lindes por el **Norte**, Remanente Finca Principal; por el **Sur**, Remanente Finca Principal; por el **Este**, Remanente Finca Principal; y por el **Oeste**, Parcela 021-04 a ser adquirida.

La pre descrita parcela se segrega de la Finca **5,064** que consta inscrita en el Registro de la Propiedad al Folio 157 del Tomo 1,106 de Ponce, del Registro de la Propiedad de Ponce.

**PARCELA NÚM. 020-05  NUM. CODIFICACION: 364-000-008-04-901 (Parcial) (Pleno Dominio)**

**Rústica:**   Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de nueve mil doscientos diecinueve punto noventaycuatro sesenta y cinco **(9,219.9465) metros cuadrados**, equivalentes a dos punto treinta y cuatro cincuenta y nueve **(2.3459) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición.   En lindes por el **Norte**, Con parte de la finca principal dedicada a Servidumbre de AEE identificada como parcela 020-09 a ser adquirida, Natalio Encarnación, Raíl Matos, Eleuterio Montalvo, Felipe Pérez Cortés, la Urbanización Las Delicias y la Finca Principal; por el **Sur**, Con parte de la finca principal dedicada a Servidumbre de AEE identificada como parcela 028-08 y con terrenos adquiridos a la Sucn. Mario Mercado Riera identificados como la parcela 003-01 (ACT 000910); por el **Este**, Con terrenos adquiridos a la Sucn. Mario Mercado Riera identificados como la parcela 003-01 (ACT 000910); y por el **Oeste**, Finca Principal, y parte de la finca principal dedicada a Servidumbre de AEE identificada como parcelas 020-08 y 020-09 a ser adquiridas.

La pre descrita parcela se segrega de la Finca **11,402** que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635 del Registro de la Propiedad de Ponce.

**PARCELA NÚM. 020-06  NUM. CODIFICACION: 364-000-008-04-901 (Parcial) (Pleno Dominio)**

**Rústica:**   Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de Seis mil setecientos cincuenta y cinco

2

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

**(6,755.8685) metros cuadrados**, equivalentes a uno punto setenta y uno ochenta y ocho **(1.7188) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición. En lindes por el **Norte**, Con terrenos adquiridos a la Sucn. Mario Mercado Riera identificados como la parcela 003-01 (ACT 000910), Urbanización Las Delicias y con parte de la finca principal dedicada a Servidumbre de AEE identificada como parcela 020-07 a ser adquirida; por el **Sur**, Finca Principal y con parcela 022-04 a ser adquirida; por el **Este**, Finca Principal y terrenos de la Urbanización Las Delicias; y por el **Oeste**, Con terrenos adquiridos a la Sucn. Mario Mercado Riera identificados como la parcela 003-01 (ACT 000910).

La pre descrita parcela se segrega de la Finca **11,402** que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635 del Registro de la Propiedad de Ponce.

**PARCELA NÚM. 020-07  NUM. CODIFICACION: 364-000-008-04-901 (Parcial)
(Servidumbre Perpetua para AEE)**

**Rústica:**    Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de Doscientos treinta y dos punto treinta y cinco ocho cero **(232.3580) metros cuadrados**, equivalentes a cero punto cero cincuenta y nueve **(0.0591) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición. En lindes por el **Norte**, Con terrenos adquiridos a la Sucn. Mario Mercado Riera identificados como la parcela 003-01 (ACT 000910) y terrenos de la Urbanización Las Delicias; por el **Sur**, Con parte de la finca principal dedicada a Servidumbre de AEE identificada como parcela 020-08 a ser adquirida; por el **Este**, Con parte de la finca principal dedicada a Servidumbre de AEE identificada como parcela 020-08 a ser adquirida y con terrenos de la Urbanización Las Delicias; y por el **Oeste**, Con terrenos adquiridos a la Sucn. Mario Mercado Riera identificados como la parcela 003-01 (ACT 000910).

La pre descrita parcela forma parte de la Finca **11,402** que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635 del Registro de la Propiedad de Ponce.

Se describe geométricamente en el plano de la Autoridad de Carreteras y Transportación de Puerto Rico, preparado por la firma CMA Architects & Engineers, LLP, de la manera siguiente:

| Course | Distance | Bearing | PT | COORDINATES | |
| --- | --- | --- | --- | --- | --- |
| | | | | (Y) | (X) |
| | | | 277D | 221595.2077 | 177937.2919 |
| 277D-174C | 37.1459 | N 31 58' 56" E | 174C | 221626.7154 | 177956.9664 |
| 174C-277C | 19.1404 | S 8 49' 59" E | 277C | 221607.8020 | 177959.9055 |
| 277C-277D | 25.8842 | S 60 53' 6" W | 277D | 221595.2077 | 177937.2919 |

La servidumbre antes descrita se constituye sobre la 11,402 que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635, del Registro de la Propiedad de Ponce.

**PARCELA NÚM. 020-08  NUM. CODIFICACION: 364-000-008-04-901 (Parcial)
(Servidumbre Perpetua para AEE)**

**Rústica:**    Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de Doscientos diez punto veintitrés uno seis **(210.2316) metros cuadrados**, equivalentes a cero punto cero cincuenta y tres cuatro **(0.0534) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición. En lindes por el **Norte**, Remanente Finca Principal; por el **Sur**, Parcela Proyecto ACT-000911, 022-06; por el **Este**, Parcela Proyecto ACT-000911, 020-05; y por el **Oeste**, Remanente Finca Principal.

3

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

La pre descrita parcela forma parte de la Finca **11,402** que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635 del Registro de la Propiedad de Ponce.

Se describe geométricamente en el plano de la Autoridad de Carreteras y Transportación de Puerto Rico, preparado por la firma CMA Architects & Engineers, LLP, de la manera siguiente:

| Course | Distance | Bearing | PT | COORDINATES | |
|---|---|---|---|---|---|
| | | | | (Y) | (X) |
| - | - | - | 203 | 221388.7801 | 177683.8383 |
| 203-203A | 21.4946 | S 33 56' 13" W | 203A | 221370.9471 | 177671.8383 |
| 203A-203B | 20.1985 | S 41 38' 02" E | 203B | 221355.8506 | 177685.2676 |
| 203B-203 | 32.9601 | N 2 28' 4" W | 203 | 221388.7801 | 177683.8383 |

La servidumbre antes descrita se constituye sobre la 11,402 que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635, del Registro de la Propiedad de Ponce.

## PARCELA NÚM. 020-09  NUM. CODIFICACION: 364-000-008-04-901 (Parcial) (Servidumbre Perpetua para AEE)

**Rústica:**  Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de Mil cuarenta y siete punto doce dos seis **(1,047.1226) metros cuadrados**, equivalentes a cero punto veintiséis sesenta y cuatro **(0.2664) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición.  En lindes por el **Norte**, Remanente Finca Principal la parcela 020-05 a ser adquirida; por el **Sur**, Parcela Proyecto ACT-000911, 020-05; por el **Este**, Con terrenos adquiridos a la Sucn. Mario Mercado Riera identificados como la parcela 003-01 (ACT 000910); y por el **Oeste**, Remanente Finca Principal.

La pre descrita parcela forma parte de la Finca **11,402** que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635 del Registro de la Propiedad de Ponce.

Se describe geométricamente en el plano de la Autoridad de Carreteras y Transportación de Puerto Rico, preparado por la firma CMA Architects & Engineers, LLP, de la manera siguiente:

| Course | Distance | Bearing | PT | COORDINATES | |
|---|---|---|---|---|---|
| | | | | (Y) | (X) |
| - | - | - | 204 | 221539.0608 | 177791.2714 |
| 204-204A | 48.5683 | S 40 7' 23" W | 204A | 221501.9224 | 177759.9726 |
| 204A-204B | 64.1415 | S 62 14' 40" E | 204B | 221531.7932 | 177816.7341 |
| 204B-204C | 36.1824 | N 31 53' 41" E | 204C | 221562.5128 | 177835.8514 |
| 204C-204 | 50.3723 | S 62 15' 40" W | 204 | 221539.0608 | 177791.2714 |

La servidumbre antes descrita se constituye sobre la 11,402 que consta inscrita en el Registro de la Propiedad al Folio 271 del Tomo 635, del Registro de la Propiedad de Ponce.

## PARCELA NÚM. 025-02  NUM. CODIFICACION: 388-000-004-13-000 (Parcial) (Pleno Dominio)

**Rústica:**  Parcela de terreno localizada en el Barrio Pastillo del Municipio de Ponce, Puerto Rico, con una cabida superficial de ciento treinta y nueve punto ochenta y uno noventa y cinco **(139.8195) metros cuadrados**, equivalentes a cero punto cero tres cincuenta y seis **(0.0356) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición.  En lindes por el **Norte**, Con Carretera Estatal PR-132; por el **Sur**, Río Pastillo; por el **Este**, Con Parcela 025-01 a ser adquirida; y por el **Oeste**, Con parcela 026-01 a ser adquirida.

La pre descrita **no consta** inscrita en el Registro de la Propiedad.

4

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

**PARCELA NÚM. 028-01 NUM. CODIFICACION: 388-000-004-15-000 (Parcial) (Pleno Dominio)**

**Rústica:** Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de Seis mil novecientos cuarenta y siete con setenta y un **(6947.71) metros cuadrados**, equivalentes a uno punto setenta y seis setenta y siete **(1.7677) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición. En lindes por el **Norte**, Con terrenos de la Sucn. de Mario Mercado Riera, terrenos de los Hermanos Mandry Nones y con la Finca Principal; por el **Sur**, Con la carretera estatal PR-132; por el **Este**, Con las parcelas 021-07, 021-06, 021-03. 022-05, 028-08 y terrenos de los Hermanos Mandry Nones y por el **Oeste**, con terrenos de la Sucn. Mario MercadoRiera, Parcelas Proyecto ACT-000911, 020-02, 021-01, 021-02, 028-02, 022-07, terrenos de los Hermanos Mandry Nones y la Finca Principal.

La pre descrita parcela se segrega de la Finca **5,065 (Finca Camino)** que consta inscrita en el Registro de la Propiedad al Folio 201 del Tomo 635 de Ponce, del Registro de la Propiedad de Ponce. Se refiere a la porción conocida como Finca Camino.

**PARCELA NÚM. 028-02 NUM. CODIFICACION: 388-000-004-15-000 (Parcial) (Servidumbre Perpetua para AEE)**

**Rústica:** Parcela de terreno localizada en el Barrio Canas y Magueyes del Municipio de Ponce, Puerto Rico, con una cabida superficial de Doscientos cincuenta y cuatro punto cincuenta y ocho cero cinco **(254.5805) metros cuadrados**, equivalentes a cero punto cero sesenta y cuatro siete **(0.0647) cuerdas**, según mensura realizada por la Autoridad de Carreteras y Transportación de Puerto Rico, evidenciada en el plano de adquisición. En lindes por el **Norte**, Parcela 028-01(EL Camino) y la Finca Principal; por el **Sur**, Parcela Proyecto ACT-000911, 028-01(El Camino); por el **Este**, Parcela 022-08 y terrenos de los Hermanos Mandry Nones; y por el **Oeste**, Parcelas Proyecto ACT-000911, 022-07 y terrenos de los Hermanos Mandry Nones.

La pre descrita parcela forma parte de la Finca **5,065 (Finca Camino)** que consta inscrita en el Registro de la Propiedad al Folio 201 del Tomo 635 de Ponce, del Registro de la Propiedad de Ponce. Se refiere a la porción conocida como Finca Camino.

Se describe geométricamente en el plano de la Autoridad de Carreteras y Transportación de Puerto Rico, preparado por la firma CMA Architects & Engineers, LLP, de la manera siguiente:

| Course | Distance | Bearing | PT | COORDINATES | |
|---|---|---|---|---|---|
| | | | | (Y) | (X) |
| | | | 248 | 220330.2183 | 177270.5197 |
| 248-249 | 30.52 | S 25 37' 30" W | 249 | 220302.6963 | 177257.3186 |
| 248-576 | 159.65 | S 67 27' 40" E | 576 | 220241.5028 | 177404.7701 |
| 576-575 | 30.52 | N 25 33' 09" E | 575 | 220269.0397 | 177417.9356 |
| 575-248 | 159.61 | N 67 27' 40" W | 248 | 220330.2183 | 177270.5197 |

La servidumbre antes descrita se constituye sobre la Finca 5,065 que consta inscrita en el Registro de la Propiedad al Folio 201 del Tomo 635 de Ponce, del Registro de la Propiedad de Ponce.

En ninguna de las parcelas descritas en este Exhibit A Enmendado (2014), enclavan estructuras.

5

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

## PERSONA O ENTIDADES CON INTERES

**A.      Parcelas 020-01, 02, 03 y 04 (finca 5,064)**

FINCA PERSEVERANCIA, INC., Dueño
(Presidenta y representante, Eileen María Coffey Mercado)

**Dirección Física:**
PR-132 hacia PR-123 Barrio Magueyes Urbano, Ponce

**Dirección Postal:**
Calle Comerío 75, Apto. 103 Ponce, PR 00730

Representada por el Lcdo. Cesar A. Hernández Colón
PO Box 331041, Ponce, P.R. 00733-1041
Tel. 787-840-8787 / 787-840-8750

**B.      Parcelas 020-05, 06, 07, 08 y 09 (finca 11,402)**

FINCA PERSEVERANCIA, INC., Dueño
(Presidenta y representante, Eileen María Coffey Mercado)

**Dirección Física:**
PR-132 hacia PR-123 Barrio Magueyes Urbano, Ponce

**Dirección Postal:**
Calle Comerío 75, Apto. 103 Ponce, PR 00730

Representada por el Lcdo. Cesar A. Hernández Colón
PO Box 331041, Ponce, P.R. 00733-1041
Tel. 787-840-8787 / 787-840-8750

**C.      Parcela 025-02 (finca no inscrita)**

1. Sucesión Adela Torres Montalvo
compuesta por:

A) Sucn. de Antonio Marti Torres, compuesta por:

1) Monserrate Castillo Rivera (cuota viudal usufructuaria)

Bo. Angola  #17
Carretera PR-132            (787) 844-7537
Ponce, PR  00728

2) José Antonio Marti Castillo

Bo. Angola  #17
Carretera PR-132            (787) 844-7537
Ponce, PR  00728

3) Zulma Marti Castillo

Bo. Angola  #17
Carretera PR-132            (787) 844-7537
Ponce, PR  00728

4) Gladys Marti Castillo

6

T/C por Gladys Escalera

1645 Wakefield Dr.
Brandom, Fl. 33511                    (813) 662-0964

5) Carmen Marti Castillo

Bo. Angola  #17
Carretera PR-132                     (787) 844-7537
Ponce, PR  00728

7) Zoraida Marti Castillo

Bo. Angola  #17
Carretera PR-132                     (787) 844-7537
Ponce, PR  00728

8) Rigoberto Marti Castillo

Bo. Angola. #17
Carretera PR-132                     (787) 844-7537
Ponce, PR  00728

9) Nelson Marti Batista

Bo. Angola  #17
Carretera PR-132                     (787) 844-7537
Ponce, PR  00728

B) Aida Marti Torres

Urb. Flamboyán
Calle LILA # 1608                    (787) 842-3376
Ponce, PR  00728

C) Felícita Marti Torres
Quintas del Sur
Calle 9  J-19
Ponce, PR                            (787) 222-9810

**Dirección Postal**
Paseo Atocha
P O  BOX  6787
Ponce, PR  00733

D) Sucn. de Cristino Marti Torres, compuesta por:

    1) Cristino Marti Matos

        Bo. Magueyes Parcelas Nuevas
        Calle Clara Lugo # 370        Cel. (787) 594-1720
        Ponce, PR  00728

    2) Antonio Marti Matos

        Bo. Tallaboa 4
        Sector La Moca Parcela #376
        Peñuelas, P.R.

        Dirección Postal:            Cel.(787) 910-1611

7

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

HC-01  BOX 9517
Peñuelas, PR  00624

3) Josefa Marti Matos        (787) 219-2941

Dirección Física:
Calle Riyal K-31
Punta Diamante, El Tuque
Ponce, P.R.

Dirección Postal:
Parcelas Pastillo de Canas
Calle Librado Net  #732
Ponce, PR  00728-3618

4) Gladys Marti Matos

Parcelas Pastillo de Canas
Calle Librado Net  #732
Ponce, PR  00728-3618     (787) 812-5731

5) Adela Marti Matos T/C por Adelita Marti Matos

Parcelas Pastillo de Canas    (787) 234-6335
Calle Librado Net  #732
Ponce, PR  00728-3618

6) Carmen M. Marti Matos     (787) 812-2530

Parcelas Pastillo de Canas
Calle Librado Net  #732
Ponce, PR  00728-3618

7) Jose Luis Marti Matos      (787) 376-0787

Parcelas Pastillo de Canas
Calle Librado Net  #732
Ponce, PR  00728-3618

8) Gladys O. Matos Rodríguez, vda.    (787) 812-5731

En la cuota viudal usufructuaria
Parcelas Pastillo de Canas
Calle Librado Net  #732
Ponce, PR  00728-3618

E) Sucn de Úrsula Marti Torres, compuesta por:

1. Pedro Torres Marti      (570)-766-1526

409 Pittston  Apt 1 South
Scranton, PA  18505

2. Irma G. Torres Marti

Urb.  Glenview Garden    (787) 624-9727 cel.
Calle  N-16  Casa T-31
Ponce, PR  00730     (787)  984-1246 casa

3. Nancy Torres Marti

8

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

HC-01 BOX 9517
Peñuelas, PR 00624

3) Josefa Marti Matos                              (787) 219-2941

Dirección Física:
Calle Riyal K-31
Punta Diamante, El Tuque
Ponce, P.R.

Dirección Postal:
Parcelas Pastillo de Canas
Calle Librado Net #732
Ponce, PR 00728-3618

4) Gladys Marti Matos

Parcelas Pastillo de Canas
Calle Librado Net #732
Ponce, PR 00728-3618                              (787) 812-5731

5) Adela Marti Matos T/C por Adelita Marti Matos

Parcelas Pastillo de Canas                        (787) 234-6335
Calle Librado Net #732
Ponce, PR 00728-3618

6) Carmen M. Marti Matos                           (787) 812-2530

Parcelas Pastillo de Canas
Calle Librado Net #732
Ponce, PR 00728-3618

7) Jose Luis Marti Matos                           (787) 376-0787

Parcelas Pastillo de Canas
Calle Librado Net #732
Ponce, PR 00728-3618

8) Gladys O. Matos Rodríguez, vda.                (787) 812-5731

En la cuota viudal usufructuaria
Parcelas Pastillo de Canas
Calle Librado Net #732
Ponce, PR 00728-3618

E) Sucn de Úrsula Marti Torres, compuesta por:

1. Pedro Torres Marti                              (570)-766-1526

409 Pittston Apt 1 South
Scranton, PA 18505

2. Irma G. Torres Marti

Urb. Glenview Garden                              (787) 624-9727 cel.
Calle N-16 Casa T-31
Ponce, PR 00730                                    (787) 984-1246 casa

3. Nancy Torres Marti

8

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

(787) 458-0722

Reparto Valle Alegre
# 4516 calle Bartolomei
Ponce, PR  00728

2. Marta I. Soto Márquez

Reparto Valle Alegre
# 4516 calle Bartolomei
Ponce, PR  00728          (787) 458-0722

**D.   Parcelas 028-01 y 028-02 En participaciones alícuotas (finca 5,065 Camino)**

1. FINCA PERSEVERANCIA, INC., **Dueño del 57.50%**
(Presidenta y representante, Eileen María Coffey Mercado)

**Dirección Física:**
PR-132 hacia PR-123 Barrio Magueyes Urbano, Ponce

**Dirección Postal:**
Calle Comerío 75, Apto. 103 Ponce, PR 00730

Representada por el Lcdo. Cesar A. Hernández Colón
PO Box 331041, Ponce, P.R. 00733-1041
Tel. 787-840-8787 / 787-840-8750

2. Sucn. de Adrían Mercado Riera, **Dueños del 21.25%**

Praderas del Río Inc. Representada por Adrián Mercado Vizcarrondo, Dueño del 2.6562% de la finca, por compra a Luis Alberto Mercado Jiménez, a la cual le corresponde $6,019.48 de la suma consignada.

Lcdo. Samuel Torres Cortés
P.O. Box 335072
Ponce, P.R. 00733-5072
Tel. 787-844-5220 / 787-844-4065

b) Adrián Mercado Jiménez y su esposa Teresa Vizcarrondo Toro, Dueños en carácter ganancial del 2.6562% de la finca por compra a Luis Alberto Mercado Jiménez, a los cuales le corresponde $6,019.48 de la suma consignada.

c) Adrián Mercado Jiménez, Dueño privativo de 5.31% de la finca al cual le corresponden $12,038.96 de la suma consignada.

Representados por el Lcdo. Juan Jesús Ramírez
PO Box 720
Mayaguez, PR 00977-2500

d) Sucn. de Mario Mercado Jiménez, dueña del 5.3125% de la finca al cual le corresponden $12,038.96 de la suma consignada, compuesta por por:

Mario Mercado Quiñónez

Representado por el Lcdo. Modesto Bigas Méndez
PO Box 7462
Ponce, P.R. 00732-7462
Tel. 787-844-1444 / Fax 787-842-4090
modestobigas@yahoo.com

10

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

e)  Sucn. de José R. Mercado Jiménez, dueña del 5.3125% de la finca en la cual le corresponden $12,038.96 de la suma consignada que se divide de la siguiente forma:

   Adrián Mercado Vizcarrondo y su esposa Mariangelie Berlingieri Marín, Dueños del 1.77% por compra a Silvia Mercado Méndez su participación en esta finca, a quienes le corresponden $4,011.17 de la suma consignada. La viuda de José R. Mercado Jiménez, Ena Moure De Lis, recibió su parte de la cuota viudal de esta porción. Silvia Mercado Méndez, hija de José R. Mercado Jiménez, ya no tiene participación en la finca Camino (5,065).

   Lcdo. Samuel Torres Cortés
   P.O. Box 335072
   Ponce, P.R. 00733-5072
   Tel. 787-844-5220 / 787-844-4065

   José Antonio Mercado Méndez, Dueño de 1.77% de la finca, al cual corresponden $4,011.17 de la suma consignada.

   P. O. Box 70005, Ste., 134
   Fajardo, P.R. 00738

   Luquillo Animal Hospital
   calle Fernández García #26
   Luquillo Plaza
   Fajardo, P.R. 00773

   Representado por la Lcda. Isis N. Ramírez Salcedo
   P.O Box 364033
   San Juan, P.R. 00936
   Tel. 787-758-0220

   Sucn. Carlos Alfredo Mercado Méndez, compuesta por su madre, Sylvia Teresa Méndez Alvarez., Dueño de 1.77% de la finca, al cual le corresponde $4,011.17 de la suma consignada.

   2033 Cypress Bluff Court
   Fleming Island, Fl. 32003

   Representado por la Lcda. Isis N. Ramírez Salcedo
   P O Box 364033
   San Juan, P.R. 00936
   Tel. 787-758-0220

   Ena Moure De Lis en la cuota viudal que surge de las participaciones de sus hijastros José Antonio Mercado Méndez y Carlos Alfredo Mercado Méndez, conmutada le corresponde $493.78 por cada uno para un total de $987.56, según han afirmado los licenciados Rodolfo Gluck e Isis Ramírez, en sus escritos al Tribunal.

   Representada por el Lcdo. Rodolfo Gluck Figueroa
   PO Box 70250, Ste. 243
   San Juan, P.R. 00936-0250
   Tel. 787-764-2694

3.  SUCN. MANDRY, **Dueños del 21.25%**, compuesta por:

   Rosa Estela Mercado Guzmán, viuda de Mandry - 6.9667%

11

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

Calle José de Diego 2411
La Alhambra, Ponce, P.R. 00731
Tels. 787-848-8011 / 939-640-7450

🔲 Yvelisse Helena Fingerhut Mandry – 6.80%

1591 Eastlake Way
Weston, Florida 33326
Tels. 954-323-2030
787-431-6973
E-mail: yfingerhut@hotmail.com

🔲 Victor Robert Fingerhut Mandry – 6.80%

609 Ave. Tito Castro, Suite 102
PMB 317, Ponce P.R. 00716
Tel. 787-458-0122
E-mail: vrfingerhut@gmail.com

🔲 Margaret Ann Fingerhut Mandry - 6.80%

Urb. Haciendas del Monte 4010
Paseo La Catalana,
Coto Laurel P.R. 00780
Tels. 787-848-3301
787-233-3778
E-mail: marpeg@prtc.net

🔲 Eduardo José Mandry Mercado – 6.4550%

**Dir Física:**
Urb. Terra Señorial, calle 6 #7
Ponce, P.R. 00717

**Dir. Postal:**
PO Box 560400
Guayanilla, P.R. 00656
Tels. 787-835-6481
787-315-4863
E-mail: emandry01@aol.com

🔲 Salvador Rafael Mandry Mercado – 6.4550%

2905 Ave. Emilio Fagot
Tel. 303-517-0372
E-mail: sal301001@yahoo.com

🔲 Margarita Rosa Mandry Mercado – 6.4550%

24 Wookland Way,
Greenbelt, MD. 20770
Tel. 301-474-3072
E-mail: mrmandry@gmail.com

h) Javier Enrique Mandry Mercado – 4.4933%

1326 Calle Salud, Apto. 1101
Condominio El Señorial
Ponce, P.R. 00717
E-mail: mandryj@yahoo.com

12

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

**Unico miembro de esta sucesión que no es representado por el Lcdo César A. Hernández Colón.**

🔲 Adrián Roberto Mandry Mercado – 6.4550%

24 Wookland Way,
Greenbelt, MD. 20770
Tel. 301-254-6562
E-mail: amandry@gpo.gov

🔲 Oscar Adolfo Mandry Aparicio – 7.85%

Urb. La Alhambra 2620 De Diego
Lindaraja, Ponce P.R. 00716
Tels. 787-847-3393
787-349-6336
E-mail: racso@yahoo.com

🔲 Estrella María Aparicio Vázquez – 14.80%

Urb. La Alhambra 2620 De Diego
Lindaraja, Ponce P.R. 00716
Tel. 787-842-1008

🔲 María del Carmen Amalia Mandry Llombart – 3.70%

307 Shelby Brook Drive
Plant City, Fl. 33563
Tel. 813-679-8063
E-mail: mcm11012003@yahoo.com

🔲 Selma Verónica Mandry Llombart – 3.70%

307 Shelby Brook Drive
Plant City, Fl. 33563
Tel. 813-340-6336
E-mail: svmandry8787@yahoo.com

🔲 Juan Carlos Esteva Fingerhut – 2.04%

1688 Dolores Street
San Francisco, California 94110
Tel. 415-596-3120
E-mail: drjesteva@gmail.com

🔲 Pedro Miguel Esteva Fingerhut – 2.05%

16451 Blatt Blvd. #106
Weston, Fl. 33326
Tels. 954-822-6522
787-529-7263
E-mail: mre0696@yahoo.com

🔲 Michelle Elaine Fingerhut Cochran – 2.05%
T/c por Michelle E. Tucker

606 Ronnie Erwin Lane
Lavergne, TN. 37086
Tel. 615-481-0748

13

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

E-mail: m.tucker97@yahoo.com

Victor Michael Fingerhut Cochran (Co administrador de la Sucn.) – 2.04%

609 Ave. Tito Castro Suite 102
PMB 317 Ponce, P.R. 00716
Tel. 407-592-6205
E-mail: Vmf0001@gmail.com

Mariano Javier MC Connie Fingerhut – 2.05%

Condominio Suchville Park Apto. G-101
Calle Buen Samaritano #100
Guaynabo, P.R. 00966
Tel. 787-247-3518
Email: mmcconnie@onelinkpr.net
mmcconnie@mapfrepr.com

Janice Javier MC Connie Fingerhut – 2.04%

Urb. Jardines de Ponce, calle Nardos I-16
Ponce, P.R. 00731
Tel. 787-238-1144
E-mail: janice_mcconnie@yahoo.com
Janice.mcconnie@integrandpr.com

Representados por el Lcdo. Cesar A. Hernández Colón
PO Box 331041, Ponce, P.R. 00733-1041
Tel. 787-840-8787 / 787-840-8750

**Con excepción de Javier E. Mandry Mercado, quien se representa por derecho propio.**

## DESGLOSE DE LA COMPENSACIÓN:

| Parcela | Cabida | Finca de la que se segrega y titular | Título Adquirido | Valor |
|---------|--------|--------------------------------------|------------------|-------|
| 020-01 | 6.0673 | **5,064** Finca Perseverancia Inc. P-1 Escarpada | **Pleno Dominio** | 17,200.00 |
| 020-02 | 14.590 | **5,064** Finca Perseverancia Inc. P-1 Escarpada | **Pleno Dominio** | 41,400.00 |
| 020-03 | 1.2379 | **5,064** Finca Perseverancia Inc. P-1 Escarpada | **Servidumbre** | 1,800.00 |
| 020-04 | 1.623 | **5,064** Finca Perseverancia Inc. P-1 Escarpada | **Pleno Dominio** | 4,600 |
| | | | | =65,000.00 |
| 020-05 | 2.3459 | **11,402** Finca Perseverancia Inc. P-4 Escarpada | **Pleno Dominio** | 6,670.00 |
| 020-06 | 1.7188 | **11,402** Finca Perseverancia Inc. P-4 Escarpada | **Pleno Dominio** | 293,300.00 |
| 020-07 | 0.0591 | **11,402** Finca Perseverancia Inc. P-4 Escarpada | **Servidumbre** | 4,900.00 |

14

Exhibit A Enmendado Diciembre 2015
KEF-2011-0244

| 020-08 | 0.0534 | **11,402**<br>Finca Perseverancia Inc.<br>P-4 Escarpada | **Servidumbre** | 80.00 |
|---|---|---|---|---|
| 020-09 | 0.2664 | **11,402**<br>Finca Perseverancia Inc.<br>P-4 Escarpada | **Servidumbre** | 380.00 |
| | | | | =305,330.00 |
| 025-02 | 0.356 | **No inscrita**<br>Sucn. Adela Torres<br>Montalvo | **Pleno Dominio** | 9,100.00 |
| | | | | =9,100.00 |
| 028-01 | 1.7677 | **5,065 (Camino)**<br>Finca Perseverancia<br>Inc., Sucn. Adrián<br>Mercado Riera y Sucn.<br>Ivelisse Mandri Nones | **Pleno Dominio** | 222.550.00 |
| 028-02 | 0.06477 | **5,065 (Camino)**<br>Finca Perseverancia<br>Inc., Sucn. Adrián<br>Mercado Riera y Sucn.<br>Ivelisse Mandri Nones | **Servidumbre** | 4,070.00 |
| | | | | =226,620.00 |
| **Valor Total** | | | | **$606,050.00** |

## Cargas y Gravámenes

1. El Estado Libre Asociado de Puerto Rico por concepto de las contribuciones territoriales que se adeuden.

2. POR SU PROCEDECIA: Servidumbre a favor del Estado Libre Asociado de Puerto Rico traspasada a favor de la Autoridad de Fuentes Fluviales, hoy Autoridad de Energía Eléctrica, otra servidumbre a favor del Estado Libre Asociado de Puerto Rico. POR SI: Se halla afecta a: Servidumbre a favor del Estado Libre Asociado de Puerto Rico para el Proyecto Mejoras al Sistema de Acueductos a la Zona Oeeste (Fase C), en Ponce, PR, según la inscripción 2".

3. Sujeta al pago de legados de la testamentaria de Mario Mercado Riera, que se indica en la finca #46,398 al folio 181 del tomo 1512, que es la finca principal de donde salió la finca #46,399 de la cual la finca de este número fue segregada.

## FINALIDAD DE LA EXPROPIACIÓN
**Proyecto:   ACT-000911 HIGHWAY PR-9 132– TO PR-123, PUERTO RICO FEDERAL #LP-9 (6)**

15

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN-SUPERIOR

AUT DE CARRETERAS Y TRANSP
DEMANDANTE

CASO NÚM. K EF2011-0244
SALÓN NÚM.1002

VS.

SOBRE:

FINCA PERSEVERANCIA INC.
DEMANDADO                    EXPROPIACION FORZOSA

A:   MANDRY MERCADO, JAVIER
     1326 CALLE SALUD
     APT 1101
     PONCE PR 00717

N O T I F I C A C I Ó N

LIC. MERCADO ADRIAN
amercado@mercadosotolaw.com avmj72@gmail.com

LIC. HERNANDEZ COLON CESAR
cesarhc@hcv-law.com chernandezcolon@mac.com

LIC. GLUCK FIGUEROA RODOLFO
lcdogluck@gmail.com

LIC. TORRES CORTES SAMUEL
torres.acosta@hotmail.com

LIC. BIGAS MÉNDEZ MODESTO
modestobigas@yahoo.com modestobigas@yahoo.com

LIC. RAMIREZ SALCEDO ISIS N
isisramirezlaw@gmail.com

LIC. PASCUAL VILLARONGA RICARDO
ripascual36@gmail.com ripascual36@gmail.com

LIC. CORTES CENTENO ANITA
lcda.anitacortescenteno@gmail.com

LIC. RIVERA PEREZ EDWIN
fresvera@gmail.com ed-rivera-djur@prepa.com

LIC. HERNÁNDEZ MONAGAS MARIEL
mhernandez@hcv-law.com mhermonagas@gmail.com

GONZALEZ TORRES, LUIS
BDA CLAUSELLS
CALLE 5 #36 SANTANDER
PONCE PR 00730

GONZALEZ TORRES, VIVIAN
COND. LA CEIBA
#100 APTO 1108
PONCE PR 00717-1807

LUGO TORRES, JOSE ALBERTO
PO BOX 102
ALLENTOWN PA 18105-0102

LUGO TORRES, YESENIA
URB MORRELLS CAMPO
CALLE FIGARO #14
PONCE PR 00730-2764

MARTI MATOS, ADELITA
PARCELAS PASTILLOS CANES
732 LIBRADO NET
PONCE PR 00728-3618

MARTI MATOS, ANTONIO
HC BOX 019517
PEÑUELAS PR 00624

MARTI MATOS, CARMEN MARIA
PARCELA PASTILLO CANAS
CALLE LIBRADO NET  732
PONCE PR 00728-3018

MARTI MATOS, CRISTINO
PARCELAS NUEVAS MAYAGUEZ
370 C/CLARA LUGO DE CENDRA
PONCE PR 00728-1203

MARTI MATOS, GLADYS
PASTILLO CANOS 732
CALLE LIBRADO NET
PONCE PR 00728-3618

MARTI MATOS, JOSE LUIS
PARCELAS PASTILLO CANAS
732 LIBRADO NET
PONCE PR 00728-3618

MARTI MATOS, JOSEFA
CALLE LIBRADO NET #732
QUEBRADA LIMON
PONCE PR 00728-3618

MATOS RODRIGUEZ, GLADYS REP. CARMEN M
PARCELA PASTILLO CANAS
CALLE LIBRADO NET 732
PONCE PR 00728-3618

MERCADO JIMENEZ, ADRIAN
REP LCDO JUAN JESÚS RAMIREZ
PO BOX 720
MAYAGUEZ PR 00977-2500

MERCADO MENDEZ, CARLOS
7800 COLLINS AVE
APT 309
MAIMI FL 33141

TORRES MARTI, ADELA
URB MOREL CAMPOS
#14 CALLE FIGARO
PONCE PR 00730-2764

TORRES MARTI, IRMA GABRIELA
URB GLENVIEW GARDEN
T-31 CALLE N-16
PONCE PR 00730

TORRES MARTI, NANCY
URB. REMANSO DE CABO ROJO
1047 C/COBANA NEGRA
CABO ROJO PR 00623

TORRES MARTI, PEDRO
409 PITTSTON APT 1 SOUTH
SCRANTON  PA 18505

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN
MOCIÓN: SOLICITANDO NOTIFICACION DE MINUTA
ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 18 DE SEPTIEMBRE DE 2017.

SE TRANSCRIBE LA DETERMINACIÓN A CONTINUACIÓN:

COMO SE PIDE.

FDO.MABEL RAMON MILIAN
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A
ESTA        ORDEN           , USTED PUEDE  PRESENTAR UN RECURSO DE APELACIÓN,
REVISIÓN O  CERTIORARI, DE  CONFORMIDAD  CON EL  PROCEDIMIENTO Y  EN EL TÉRMINO
ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA
Y ARCHIVADA HOY 18 DE SEPTIEMBRE DE 2017 ,Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN
A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME
A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA
NOTIFICACIÓN.

EN SAN JUAN, PUERTO RICO, A 18 DE SEPTIEMBRE DE 2017.

GRISELDA RODRIGUEZ COLLADO              Por:f/AMMI E. MORALES DE JESUS
----------------------------------------   ----------------------------------------
        NOMBRE DEL (DE LA)                      NOMBRE Y FIRMA DEL (DE LA)
      SECRETARIO(A) REGIONAL               SECRETARIO(A) AUXILIAR DEL TRIBUNAL


OAT1812-Formulario Único de Notificación-Sentencias,Resoluciones,Órdenes y Minutas
(Noviembre 2016)

COPY   *Appendix 3*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO | CIVIL NÚM. K EF2011-0244 (1002) |
| Demandante | |
| Vs. | SOBRE |
| ADQUISICIÓN DE 112,237.6711 Metros cuadrados, equivalentes a 28.55637 cuerdas, radicados en el Barrio Canas y Magueyes, del término municipal de Ponce, Y FINCA PERSEVERANCIA, INC. | |
| PARTE CON INTERÉS | EXPROPIACIÓN FORZOSA |

**MOCIÓN SOLICITANDO EL RETIRO DE LOS FONDOS CONSIGNADOS**

**AL HONORABLE TRIBUNAL:**

Comparecen Estrella María Aparicio Vázquez, Oscar Adolfo Mandry Aparicio, Víctor Robert Fingerhut Mandry, Yvelisse Helena Fingerhut Mandry, Margaret Ann Fingerhut Mandry, María del C. Amalia Mandry Llombart, Selma Verónica Mandry Llombart, Juan Carlos Esteva Fingerhut, Pedro Miguel Esteva Fingerhut, Mariano J. McConnie Fingerhut, Janice Marie McConnie Fingerhut, Víctor Michael Fingerhut Cochran, Michelle Elaine Fingerhut Cochran y la Sucesión de Salvador Eduardo Mandry Nones, excepto Javier Enrique Mandry Mercado, representados por sus abogados que suscriben y respetuosamente **EXPONE** y **SOLICITA**:

1.   Los comparecientes han sido notificados con copia de la petición de expropiación presentada en el caso de epígrafe e interesan someterse voluntariamente a la jurisdicción de este Honorable Tribunal.

2.   Los nombres y direcciones de los aquí comparecientes son los siguientes:

a. Estrella M. Aparicio, 2620 De Diego Lindaraja, Urb. La Alhambra, Ponce, Puerto Rico  00716.

2

b. Oscar A. Mandry Aparicio, 2620 De Diego Lindaraja, Urb. La Alhambra, Ponce, Puerto Rico 00716; teléfono número (787) 349-6336.

c. Víctor R. Fingerhut Mandry, 609 Ave. Tito Castro, Suite 102 PMB 317, Ponce, Puerto Rico 00716; teléfonos número (787) 843-4746 y (787) 458-0122.

d. Lcda. Yvelisse Fingerhut Mandry, 1591 Eastlake Way, Weston, Florida 33326; teléfonos número (954) 323-2030 y (787) 431-6973.

e. Margaret A. Fingerhut Mandry, 4010 Paseo La Catalana, Haciendas del Monte, Coto Laurel, Puerto Rico 00731; teléfono número (787) 848-3301.

f. Salvador R. Mandry Mercado, 9949 Shore Rd, Brooklyn, NY 11209; teléfono número 1 (303) 517-0372.

g. Adrian R. Mandry Mercado, 24 Wookland Way, Greenbelt, MD 20770; teléfono número (301) 254-6562.

h. Eduardo Mandry Mercado, PO Box 560400, Guayanilla, Puerto Rico 00656; teléfonos número (787) 835-6481 y (787) 315-4863.

i. Margarita Mandry Mercado, 24 Wookland Way, Greenbelt, MD 20770; teléfono número (301) 474-3072.

j. María del Carmen Mandry Llombart, 307 Shelby Brook Drive, Plant City, FL 33563; teléfono número (813) 679-8063.

k. Selma V. Mandry Llombart, 307 Shelby Brook Drive, Plant City, FL 33563; teléfono número (813) 340-6336.

l. Juan Carlos Esteva Fingerhut, 1688 Dolores Street, San Francisco, CA 94110; teléfono número (415) 596-3120.

m. Pedro Miguel Esteva Fingerhut, 16451 Blatt Blvd. #106, Weston, Florida 33326; teléfono número (787) 529-7263.

n. Mariano J. McConnie Fingerhut, Cond. Suchville Park, Apartamento G-101, 100 Calle Buen Samaritano, Guayabo Puerto Rico 00966; teléfono número (787) 247-3518.

o. Janice M. McConnie Fingerhut, Cond. La Coruña Apt. 2503, Guaynabo Puerto Rico 00969; teléfono número (787) 238-1144.

p. Víctor M. Fingerhut Cochran, 609 Ave. Tito Castro, Suite 102 PMB 317, Ponce, Puerto Rico 00716; teléfono número (407) 592-6205.

q. Michelle E. Fingerhut Cochran, (Michelle Elaine Tucker), 606 Ronnie Erwin Lane, Lavergne TN 37086; teléfono número (615) 481-0748.

r. Rosa Estela Mercado Guzmán, 2411 José de Diego, Urb. La Alhambra, Ponce, Puerto Rico 00716-3833; teléfonos número (787) 848-8011.

3. Los comparecientes y el Sr. Javier Enrique Mandry Mercado —a quien los abogados que suscriben no representan— son dueños en común pro indiviso de de una participación de un 21.25% en la finca denominada Camino de la cual la peticionaria está expropiando las parcelas denominadas 028-01 y 028-02 para el proyecto de la Autoridad de Carreteras y Transportación —en adelante ACT— de continuación de la PR-9, todas las parcelas se expropian de la finca cuyo número de catastro es el 388-000-004-11-000.

4. Conforme a la documentación que han recibido los comparecientes, la ACT depositó en el Tribunal suma de $226,620.00 como justa compensación por la adquisición de las parcelas números 028-01 y 028-02 según se indica en el Exhibit A, Enmienda Cuatro.

5. Los comparecientes se encuentran en el proceso de dividir la comunidad de bienes que existe entre ellos sobre la finca objeto de expropiación y otros terrenos de su propiedad. Se ha sometido al Tribunal de Primera Instancia, Sala de Ponce un cuaderno particional preparado por el contador partidor designado, CPA Luis Antonio Feliciano, del que surgen que las participaciones porcentuales de los aquí comparecientes son las siguientes:

| Nombre | Porcentaje Participación |
|---|---|
| Sucn. Salvador Eduardo Mandry Nones | 20.90 |
| Estrella María Aparicio Vázquez | 14.80 |
| Oscar Adolfo Mandry Aparicio | 7.85 |
| Víctor Robert Fingerhut Mandry | 6.80 |
| Yvelisse Helena Fingerhut Mandry | 6.80 |
| Margaret Ann Fingerhut Mandry | 6.80 |
| Javier Enrique Mandry Mercado | 3.100 |
| Salvador Rafael Mandry Mercado | 3.320 |
| Adrián Roberto Mandry Mercado | 3.320 |
| Eduardo José Mandry Mercado | 3.320 |
| Margarita Rosa Mandry Mercado | 3.320 |
| María del C. Amalia Mandry Llombart | 3.70 |
| Selma Verónica Mandry Llombart | 3.70 |
| Juan Carlos Esteva Fingerhut | 2.04 |
| Pedro Miguel Esteva Fingerhut | 2.05 |
| Mariano J. McConnie Fingerhut | 2.05 |

| Nombre | Porcentaje Participación |
|--------|--------------------------|
| Janice Marie McConnie Fingerhut | 2.04 |
| Víctor Michael Fingerhut Cochran | 2.04 |
| Michelle Elaine Fingerhut Cochran | 2.05 |

6. Se aclara que Don Salvador Mandry Nones falleció el 17 de febrero de 2011 habiendo otorgado testamento abierto mediante la escritura número 1 otorgada en Ponce, Puerto Rico el 6 de junio de 2008 ante la notaria Yadyra Manfredy Ramos, donde instituyó herederos por partes iguales a sus cinco hijos, Salvador Eduardo, Adrián Roberto, Eduardo José, Margarita Rosa y Javier Enrique, de apellidos Mandry Mercado. Instituyó como herederos en el tercio de mejora a sus tres hijos, Salvador Eduardo, Adrián Roberto y Margarita Rosa y legó el tercio de libre disposición a su esposa, doña Rosa Estela Mercado Guzmán.

7. Los abogados que suscriben han sido autorizados a comparecer como representantes legales de la Sucesión de Salvador Eduardo Mandry Nones por su albacea testamentario Lcdo. Conrado Manfredy, pero los abogados que suscriben hacen claro no representan a Javier Enrique Mandry Mercado.

8. Los comparecientes interesan retirar la porción que les corresponde en los fondos depositados por la peticionaria y se allanan a que la participación que a ellos les corresponde en el 21.25% de representa la justa compensación por los terrenos expropiados pero sin perjuicio de reclamar los daños que dicha expropiación le ocasiona al remanente de la finca particularmente en cuanto a la pérdida de acceso adecuado a dicho remanente.

9. Que el 21.25% de la suma de $226,620.00 consignada como justa compensación por las parcelas denominadas 028-01 y 028-02 es igual a $48,156.75. Las sumas que corresponden a cada uno de los comparecientes en dicha suma son las siguientes:

| Nombre | Porcentaje Participación | Suma a recibir |
|---|---|---|
| Sucn. Salvador Eduardo Mandry Nones | 20.90 | $48,156.75 x .2090 = $10,064.77 |
| Estrella María Aparicio Vázquez | 14.80 | $48,156.75 x .1480 = $7,127.20 |
| Oscar Adolfo Mandry Aparicio | 7.85 | $48,156.75 x .0785 = $3,780.31 |
| Víctor Robert Fingerhut Mandry | 6.80 | $48,156.75 x .0680 = $3,274.66 |
| Yvelisse Helena Fingerhut Mandry | 6.80 | $48,156.75 x .0680 = $3,274.66 |
| Margaret Ann Fingerhut Mandry | 6.80 | $48,156.75 x .0680 = $3,274.66 |
| Salvador Rafael Mandry Mercado | 3.320 | $48,156.75 x .0332 = $1,598.80 |
| Adrián Roberto Mandry Mercado | 3.320 | $48,156.75 x .0332 = $1,598.80 |
| Eduardo José Mandry Mercado | 3.320 | $48,156.75 x .0332 = $1,598.80 |
| Margarita Rosa Mandry Mercado | 3.320 | $48,156.75 x .0332 = $1,598.80 |
| María del C. Amalia Mandry Llombart | 3.70 | $48,156.75 x .0370 = $1,781.80 |
| Selma Verónica Mandry Llombart | 3.70 | $48,156.75 x .0370 = $1,781.80 |
| Juan Carlos Esteva Fingerhut | 2.04 | $48,156.75 x .0204 = $982.40 |
| Pedro Miguel Esteva Fingerhut | 2.05 | $48,156.75 x .0205 = $987.22 |
| Mariano J. McConnie Fingerhut | 2.05 | $48,156.75 x .0205 = $987.22 |
| Janice Marie McConnie Fingerhut | 2.04 | $48,156.75 x .0204 = $982.40 |
| Víctor Michael Fingerhut Cochran | 2.04 | $48,156.75 x .0204 = $982.40 |

| Nombre | Porcentaje Participación | Suma a recibir |
|---|---|---|
| Michelle Elaine Fingerhut Cochran | 2.05 | $48,156.75 x .0205 = $987.21 |
| TOTALES | 96.90 | $46,663.89 |

10. Los cómputos anteriores excluyen el valor correspondiente a la participación de 3.100% que pertenece al Sr. Javier Enrique Mandry Mercado, respecto de cuya suma no se solicita el retiro de fondos en la presente moción.

11. Se acompaña una certificación de deuda del Centro de Recaudación de Ingresos Municipales de la cual surge que los comparecientes no adeudan contribuciones territoriales sobre dicha finca.

POR TODO LO CUAL, del Honorable Tribunal se solicita que tenga a los comparecientes por sometidos a la jurisdicción de este Honorable Tribunal y ordene la expedición de cheques a favor de cada uno de los comparecientes incluyendo a la Sucesión de Salvador Eduardo Mandry Nones.

CERTIFICO: Que en el día de hoy envié copia del escrito que precede a la abogada de la parte peticionaria, Lcda. Anita Cortés Centeno, Apartado 42007, San Juan, Puerto Rico 00940-2007, al Sr. Javier E. Mandry Mercado a su dirección postal, 1326 Calle Salud, Apto. 1101, Condominio El Señorial, Ponce, Puerto Rico 00717 y a los miembros de la Sucesión de Adrián Mercado Riera, a través de sus respectivas representaciones legales: Luis Alberto Mercado Jiménez, Adrián Mercado Jiménez, Teresa Vizcarrondo Toro y Mario Mercado Quiñónez, a través de su abogado Lcdo. Juan Jesús Ramírez Rivera, P.O. Box 720, Mayagüez, Puerto Rico 00681; Pradería del Río, Inc., a través del Lcdo. Samuel Torres Cortés, P.O. 335072, Ponce, Puerto Rico 00733-5072; José Antonio Mercado Méndez, a través de la Lcda. Isis N. Ramírez Salcedo, P.O. Box 364033, San Juan, Puerto Rico 00936-4033; Carlos Alfredo Mercado Méndez, a 7800 Collings Ave., Apt.

309, Miami, FL, EEUU 33141; Ena Moure De Lis, a través del Lcdo.

Rodolfo Gluck Figueroa, P.O. Box 70250, Ste. 243, San Juan,

Puerto Rico 00936-0250.

En Ponce, Puerto Rico a 19 de enero de 2016.

**HERNÁNDEZ COLÓN & VIDAL, S. R. L.**
Abogados Parte Compareciente
1 Calle Sol — Ponce, PR 00730
PO Box 331041 — Ponce, PR  00733-1041
PO Box 331151 — Ponce, PR  00733-1151
Tel. (787) 840-8787/8750
Fax. (787) 840-8741

Por: _____
CÉSAR A. HERNÁNDEZ COLÓN
Colegiado Núm. 4205, RUA Núm. 2889
E-mail:  cesarhc@hcv-law.com

**JURAMENTO**

Yo, Víctor Robert Fingerhut Mandry, mayor de edad, casado, propietario y vecino de Ponce, Puerto Rico, bajo juramento hago constar:

1. Que soy del nombre y circunstancias personales antes expresadas.

2. Que soy el administrador de la comunidad de bienes de la Sucesión Mandry y por la presente certifico que he revisado el legajo de expropiación y que el mismo refleja adecuadamente todas las personas que, según mi conocimiento, tienen un derecho sobre el 21.25% de las parcelas denominadas dicha propiedad, incluyendo: los dueños(as), ocupantes, arrendatarios(as), usufructuarios(as) y acreedores(as) hipotecarios(as), con la excepción de la información que se suministra en este escrito respecto del fallecimiento de Salvador Mandry Nones y sobre los componentes de su Sucesión.

**Y PARA QUE ASÍ CONSTE**, juro y suscribo la presente en Ponce, Puerto Rico a 19 de enero de 2016.

_____
VÍCTOR ROBERT FINGERHUT MANDRY

Afidávit Núm. 1219

Jurado y suscrito ante mí por don VÍCTOR ROBERT FINGERHUT MANDRY de las circunstancias personales antes expresadas y a quien DOY FE de haber identificado mediante licencia de conducir Núm. 371196 con foto y firma.

En Ponce, Puerto Rico hoy 19 de enero de 2016.

_____
Notario Público

GOBIERNO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES
**ESTADO DE CUENTA /STATEMENT OF ACCOUNT**

Fecha Impresion: 14/06/2012
Hora Impresion:   1:31:49PM

Fecha de Intereses/Descuento
Int/Disc Date 14/06/2012

Certificate # 5884739

| Número de Catastro (Pin Number) | Número de Prestamo (Loan Number) | HIP MTG ID | Municipio (Municipality) 63 | | | | |
|---|---|---|---|---|---|---|---|
| 388-000-004-11-000 | | | | | | | |
| Tipo Notif/ Bill Type | Fecha Notif/ Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Cantidad Adeudada Amount Due |
| **Grand Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Total Adeudado Al CRIM | 0.00 |
|---|---|

Esta certificación no sera oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es valida para gestiones de cobro.

Esta Certification no incluye deudas por mejoras que estuvieran sin tasar.

La deuda marcada con @ no esta vencida.

**Direccion Postal / Postal Address**
**PASTOR MANDRY MERCADO ETAL**

PO BOX 10692
PONCE PR 00732

**Localización de la Propledad / (Property Location)**

BO CANAS
PONCE



*Appendix 4A*

POLITICA

# La unicameralidad: condenada al limbo

"¿Por qué hay que cambiar un sistema que ha funcionado a través de los años?", preguntó la senadora Margarita Nolasco. <strong>Vea nuestra edición multimedia.</strong>

lunes, 26 de mayo de 2008 - 12:00 AM
Por ELNUEVODIA.COM

La mayor parte de los votantes puertorriqueños que acudieron a las urnas en el referéndum del 10 de junio de 2005 votó a favor de que el poder legislativo del País se reduzca a una sola cámara. Tres años han pasado desde esa petición de unicameralidad y la propuesta "está en el limbo".

Eso aseguró un grupo, tanto de legisladores como de la sociedad civil, que respalda el cambio al sistema unicameral que eligió el pueblo en el referéndum.

Otros legisladores y abogados que opinan que el sistema actual de dos cámaras debe quedarse, aseguró no tener problemas en evaluar las últimas propuestas para dar un segundo paso a ese reclamo, pero las mismas se encuentran ante la Comisión de Gobierno.

Empero, la presidenta de esa Comisión, la representante Jenniffer A. González, aclaró que será el caucus quien decida si serán atendidas las resoluciones concurrentes 113 y 122. Eso así, aclaro que en estos momentos hay otros asuntos con más prioridad.

Luis R. Rentas, asesor de la Comisión de Calendarios y Reglas Especiales de Debate de la Cámara, y ex comisionado electoral en pro de la bicameralidad, también coincidió en que atender dichas resoluciones "no es prioridad en estos momentos. No tiene nada que ver con el contenido de la legislación en sí, es que sencillamente la Cámara de Representante tiene un volumen de trabajo muy grande".

El autor principal de esas medidas, el representante popular Luis Raúl Torres, asoció la falta de acción con sus proyectos a que la mayoría de los legisladores novoprogresistas "no cree en la unicameralidad".

La senadora novoprogresista Margarita Nolasco, señalada como posible presidenta de ese cuerpo si el Partido Nuevo Progresista (PNP) gana las elecciones en noviembre, rechazó que no aprobar la unicameralidad sea decisión de su partido y dijo que "es posible" volver a consultar al pueblo sobre el tema.

"¿Por qué hay que cambiar un sistema que ha funcionado a través de los años?", preguntó retóricamente Nolasco en una mesa redonda que celebró El Nuevo Día con la participación de los diversos sectores en esta controversia.

"En estos momentos, en los cuerpos legislativos no hay ni voluntad ni idea sobre el asunto. Ya hubo la elección, pero requiere un segundo paso que no se ha tomado ni veo que se vaya a tomar", subrayó por su parte el senador Eudaldo Báez Galib. "Presumo que le va a corresponder a la sociedad civil presionar", abundó el legislador del Partido Popular Democrático (PPD).

El abogado Julio Fontanet, portavoz del grupo "Unidos por una sola Cámara", explicó que la asamblea legislativa es la única que tiene "en el limbo" el proyecto de

unicameralidad porque el resto del País está militante y eso incluye la campaña que le harán en contra a los políticos que respaldan la bicameralidad.

Fontanet resaltó que tanto el PPD, como el Partido Independentista Puertorriqueño (PIP) y el Partido Puertorriqueños por Puerto Rico (PPR) están comprometidos con el sistema unicameral.

El portavoz de la campaña "El voto se respeta", Adolfo Krans, pidió cautela con políticos que dicen respaldar la unicameralidad porque detrás pudiera estar el querer distanciarse "del rechazo que tiene la ciudadanía" hacia la Legislatura.

El también analista político emplazó a Luis Fortuño, presidente del PNP, a que exprese si apoya o no la unicameralidad y de no apoyarla que presente sus alternativas al reclamo que dio el pueblo en un referéndum que costó al erario poco más de $1.5 millones. Fortuño no contestó las llamadas que le hizo El Nuevo Día. Nolasco dijo que no será hasta julio que el PNP presente el programa de gobierno y su posición respeto al tema.

PUBLICIDAD

El abogado Gerardo A. Flores, subdirector de la oficina de asesoría del presidente de la Cámara, dijo que "la medida que le da el mandato a la asamblea legislativa (del sistema unicameral) es defectuosa" porque no establece "qué era lo que la legislatura siguiente tenía que legislar".

Fontanet interrumpió para pedirle a los que apoyan la bicameralidad que den paso a las resoluciones 113 y 122, y que le hagan todas las enmiendas que deseen. "Los legisladores saben que si someten al pueblo cualquier propuesta de unicameralidad, tenga defectos o no, el pueblo la va apoyar, por eso es que se cruzan de brazo", dijo.

"El pueblo decidió que tenemos que tener una legislatura unicameral y eso es un mandato", insistió Krans. "Si (los legisladores) tienen voluntad política pueden llamar a vistas (públicas)", insistió.

"¿Qué sería lo mejor para una cosa tan compleja como está?", preguntó Báez Galib

"Hacer una convención constitucional y allí todos los legisladores votan y establecen todas esas enmiendas", aconsejó.

*Appendix 4B*

Subject: Fw: How and when did the farmer's market program initiated, and is it codified in a...
[Incident: ^_180813^_-^_000023^_]

From: mandryj@yahoo.com

To: cesar.casul@familia.pr.gov; javymon@gmail.com

Cc: grsantiago@justicia.pr.gov; jayfonsecapr@gmail.com

Date: Thursday, August 23, 2018, 9:48:01 AM AST

Estimado Sr. Casul:

Para cumplir con las reglas de evidencia, le remito nuevamente la comunicación del 20 de agosto, pero copiándome a mi otra cuenta de correo electrónico, para probar que la misma fue entregada a su destinatario. Por este medio, le informo que estaré utilizando la misma en un mandamus, ante el First Circuit Federal Appellate Court, bajo el caso de Promesa. Estaré utilizando la información como parte de una conspiración interna del Departamento de la Familia y el ELA de usurpar dineros de los beneficiados proveniente de fondos de SNAP, y para usarlos y sus intereses para sufragar gastos del gobierno. Además, estaré informando formalmente a la Secretario de Justicia de una demanda que pretendo llevar a cabo en el foro federal.

Si pretende hacer una alegación responsiva, exhorto la haga de forma inmediata. Es mi entender que lo que están haciendo es una atrocidad. Será parte del caso lo que hacen con los intereses de esos fondos federales que han apunado. De no recibir nada de usted, la proxima comunicacion sera un subpoena federal para comparecer a una deposición y/o jurado.

Sin otro particular, quedo,

Javier Mandry

CC: Secretario de Justicia, Jay Fonseca

----- Forwarded Message -----
**From:** Javier <mandryj@yahoo.com>
**To:** cesar.casul@familia.pr.gov <cesar.casul@familia.pr.gov>
**Sent:** Monday, August 20, 2018, 10:13:06 AM GMT-4
**Subject:** Fw: How and when did the farmer's market program initiated, and is it codified in a... [Incident: 180813-000023]

Estimado Sr. Casul:

Me dirijo a usted muy respetuosamente para remitirle una información relacionada al programa de mercado familiar, del cual yo soy beneficiario. Entiendo que siempre es adecuado informar sobre un agravio.

Como bien sabe, el programa de asistencia nutricional proviene de fondos federales. Previo al Huracán Maria, el programa se llevaba a cabo de manera quasi-regular en Ponce; Sin embargo, desde que el Huracán azotó la isla, el programa ha sido prácticamente descontinuado. Ante mi incomodidad a contestaciones ambiguas, embarque en un estudio sobre el tema y los recursos legales relacionados.

Por lo que he podido apreciar de las definiciones y de las personas con las cuales he hablado, el dinero es una ayuda para comida y para usarse en establecimientos aprobados, entre los cuales se encuentran los farmers' markets.

Aunque la buena fe se presume, mi entender es que lo hicieron con mala fe como forma de utilizar fondos públicos federales, que le pertenecen al pueblo, para sufragar la deuda publica. Por lo visto, todo se hace de mala fe hasta que se pruebe que fue un error. Agradecería que tome constancia de las definiciones. Pretendo hacerlo público en los próximos días. Si desea, puede comunicarse conmigo por este medio. El Congreso de los Estados Unidos ya ha sido informado. Ver  eCFR — Code of Federal Regulations  para las definiciones.

Muy Cordialmente,

Javier Mandry

Links in the message (1)

**eCFR — Code of Federal Regulations**

----- Forwarded Message -----
**From:** ASK USDA <askusda@mailva.custhelp.com>
**To:** "mandryj@yahoo.com" <mandryj@yahoo.com>
**Sent:** Thursday, August 16, 2018, 1:29:21 PM GMT-4
**Subject:** How and when did the farmer's market program initiated, and is it codified in a... [Incident: 180813-000023]

Recently you requested personal assistance from our on-line support center. Below is a summary of your request and our response.

If this issue is not resolved to your satisfaction, you may reopen it within the next 7 days.

Thank you for allowing us to be of service to you.

**Subject**

**How and when did the farmer's market program initiated, and is it codified in a...**

**Discussion Thread**

Response By Email (SNAP-HQ) (08/16/2018 01:29 PM)

Thank you for your follow up inquiry.

It appears that you are asking about using SNAP benefits at farmers markets. In 7 CFR 271.2, the definition of retail food store includes "farmers' market." 7 CFR 278 goes on to describe the approval of retail food store in order to participate as a SNAP authorized retailer, which includes farmers markets.

We hope this information is helpful to you.

Sincerely,
RPMDHQ Webmaster

Customer By CSS Email () (08/14/2018 01:43 PM)

The program that allows to use federal nutrition assistance funds in farmers' markets.

Sent from Mail for Windows 10



COMERCIO CASH/CARRY 3
URB SANTA TERESITA 3251 C/GENOVEVA
PONCE

| DATE | TIME | HOST |
|------|------|------|
| SEP 16.18 | 15:04:28 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| P00087 | 71418554 | 7141570403005 |

**EBT FOODSTAMP SALE**

ACCT.

EBT    ************2013

AUTH. CODE: 001318    INVOICE: 010200

TRACE :010334

TOTAL :    $       68.48

APPROVED

| FOOD STAMP BAL: | $ | 287.69 |
| CASH BAL : | $ | 47.63 |
| FARMER BAL : | $ | 86.00 |

NO SIGNATURE REQUIRED

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patro...

Subject:  **URGENT REQUEST 17BK3567-LTS.**

From:  mandryj@yahoo.com

To:  swaindprcorresp@nysd.uscourts.gov; mevicens@yahoo.com; lcda.anitacortescenteno@gmail.com

Date:  Monday, August 27, 2018, 2:52:23 PM GMT-4

Dear Hon. Taylor Swain,

I understand that communicating directly is not the proper manner. However, there is an issue that is suggested to deserve urgency. Because of my pro se status, it takes a long period from the time it takes me to prepare the motion, mail it, and then wait until it is scanned and filed. Attached is the email dated August 24, 2018 from the state attorney, Cesar Hernandez-Colon, informing for the first time the Ms. Vicens to prevent that I be heard in Court. I insist that it is their doing, not mine, that is making a mockery out of your courtroom, not me. I am defending my rights, to which the Courts should not allow. If the allegations are moot, it is the determination of this Court, not of the attorneys who are parties to the process.

Once again, Ms. Vicens, Esq. filed a motion for relief of automatic stay, without notifying me. Last time, docket 305 case 17 BK 3283, and now 17BK3567-LTS. I do wish to file an adversary proceeding. Please invalidate the relief and grant sua sponte a period of time to file the adversary complaint, which will include Maria Vicens Esq. and Cesar Hernandez-Colon as co-conspirators against my constitutional rights. It will include a preliminary injunction to retain the case in light that all the defendants are also involved. It is too indignating to bear that legal professionals engage in unethical conduct, especially when it involves a stipulation and Ms. Vicens does not represent me, but attempts to do so by force. I also have a claim against the PR Highway Authority for their part in placing a forced condemnation on automatic stay, for purposes of benefiting of the cash flow, in violation of the Takings Clause. This has been the stance of the Commonwealth of PR, per my observation. I will explain in detail in a hearing why I claim this.

At this time, I have not studied all the documents in detail, but I can assure that there is no such legal entity per PR law that would allow her to represent the 'Sucesion Pastor Mandry' in the manner that she purports. There is also no estate as they attempt to persuade. The issue must be resolved by interpretation of law and fact, not by coercion. Again, please revoke summarily the referenced relief from automatic stay. Thank you for your time.


Javier Mandry Mercado

CC: Ms. Vicens, PR Highway Authority

----- Forwarded Message -----
**From:** Tamara Delgado <tdelgado@hcv-law.com>
**To:** lcda.anitacortescenteno@gmail.com <lcda.anitacortescenteno@gmail.com>
**Cc:** "ancortes@dpto.gov.pr" <ancortes@dpto.gov.pr>; Javier Mandry Mercado <mandryj@yahoo.com>
**Sent:** Friday, August 24, 2018, 1:56:16 PM GMT-4
**Subject:** RE: AUTORIDAD DE CARRETERAS VS. FINCA PERSEVERANCIA - CIVIL NUM.: K EF2011-0244

Saludos:

Por instrucciones del Lcdo. César A. Hernández Colón se acompaña "Moción solicitando se ordene la expedición de cheque" en relación al caso de referencia.
Favor de confirmar el recibo de la misma, gracias.

Que tenga buenas tardes.

*Tamara D. Delgado López de Victoria*
Asistente Administrativo
tdelgado@hcv-law.com
notificacioneshcv@gmail.com

**Hernández Colón & Vidal, S.R.L.**
**Abogados – Notarios**

Calle Sol – Núm. 1
P.O. Box 331041
Ponce, P.R. 00733-1041
Tel. (787) 840-8787
www.hcv-law.com

 MOCION SOLICITANDO SE ORDENE LA EXPEDICION DE CHEQUES.pdf
271.2kB