Javier MANDRY
3092 Ave. Emilio Fagot
Ponce, PR. 00716

United States District Court
150 Carlos Chardon street Room 150
San Juan, PR. 00918-1767