**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>                             Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**NOTICE OF PRESENTMENT OF REVISED PROPOSED ORDER
(I) APPROVING DISCLOSURE STATEMENT, (II) FIXING VOTING
RECORD DATE, (III) APPROVING CONFIRMATION HEARING NOTICE,
(IV) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION
PROCEDURES, (V) APPROVING FORMS OF BALLOTS AND ELECTION
NOTICES, AND VOTING AND ELECTION PROCEDURES, (VI) APPROVING
NOTICE OF NON-VOTING STATUS, (VII) FIXING VOTING AND ELECTION
DEADLINES, AND (VIII) APPROVING VOTE TABULATION PROCEDURES**

**PLEASE TAKE NOTICE** that, on October 19, 2018, the Puerto Rico Sales Tax

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Financing Corporation ("COFINA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the debtor under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of COFINA, is hereinafter referred to as the "Debtor"), filed the *Puerto Rico Sales Tax Financing Corporation's Motion for Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting and Election Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 4075] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on November 16, 2018, the Debtor filed the *Omnibus Reply of Puerto Rico Sales Tax Financing Corporation to Objections to Motion for Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting and Election Deadlines, an d(VIII) Approving Vote Tabulation Procedures* [ECF No. 4301] (the "Reply") attaching as Exhibit B to the Reply a revised proposed order for the relief requested in the Motion (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A**, is a further revised Proposed Order (the "Revised Proposed Order") incorporating the Court's comments at

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

the November 20, 2018 hearing (the "Hearing"). Attached hereto as **Exhibit B** is a redline comparison of the Revised Proposed Order against the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that, upon the Debtor's motion at the Hearing for authority to file the Revised Proposed Order on shortened notice, the Court authorized the Debtor to file the Revised Proposed Order on presentment on forty-eight (48) hours' notice. Accordingly, unless a written objection to the Revised Proposed Order is filed with the Court no later than **November 28, 2018 at 8:00 p.m. (AST)**, the relief requested shall be deemed unopposed, and the Court may enter the Revised Proposed Order without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this Title III case is available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: November 26, 2018  
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)  
Brian S. Rosen (*pro hac vice*)  
Jeffrey W. Levitan (*pro hac vice*)  
Chris Theodoridis (*pro hac vice*)  
**PROSKAUER ROSE LLP**  
Eleven Times Square  
New York, NY 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

*/s/ Hermann D. Bauer*

Hermann D. Bauer  
USDC No. 215205

3

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*