# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF PRESENTMENT OF PROPOSED ORDER APPROVING ENGLISH AND SPANISH VERSIONS OF THE FORM OF NOTICE FOR OMNIBUS OBJECTIONS

**PLEASE TAKE NOTICE** that, on November 14, 2018, the Court entered the *Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(E)(6), (C) Granting Related Relief, and (D) Directing the Debtors to File on Presentment the Form of Notice* [ECF No. 4230] (the "Omnibus Objection Procedures Order") directing the Debtors to file on presentment and seek the Court's approval of the form of notice (both the English and Spanish versions) to be used in connection with filing omnibus objections to proofs of claim.

**PLEASE TAKE FURTHER NOTICE** that, on November 16, 2018, in compliance with the Court's Omnibus Objection Procedures Order, the Debtors filed a *Notice of Presentment of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). Collectively, these entities are referred to herein as the "Debtors."

*Proposed Order Approving English and Spanish Versions of the Form of Notice for Omnibus Objections* [ECF No. 4319] (the "Initial Notice of Presentment"), along with a proposed *Order Approving English and Spanish Versions of the Form of Notice for Omnibus Objection* [ECF No. 4319-1]. On November 16 and 19, 2018, the Debtors filed English and Spanish versions of the proposed form of notice for omnibus objections to proofs of claims [ECF Nos. 4319-2, 4340-1] (the "Initial Proposed Notices").

**PLEASE TAKE FURTHER NOTICE** that, at the hearing before the Court on November 20, 2018 (the "Hearing"), the Court provided the Debtors with comments to the Initial Proposed Notices, terminated the Initial Notice of Presentment, and ordered the Debtors to file revised versions of the English and Spanish versions of the form of notice for omnibus objections to proofs of claims.

**PLEASE TAKE FURTHER NOTICE** that, at the hearing before the Court on November 20, 2018 (the "Hearing"), the Court provided the Debtors with comments to the Proposed Notices.

**PLEASE TAKE FURTHER NOTICE** that, in compliance with the Court's Omnibus Objection Procedures Order and instructions at the Hearing, the Debtors hereby file the revised proposed *Order Approving English and Spanish Versions of the Form of Notice for Omnibus Objection* (the "Proposed Order"), attached hereto as **Exhibit A**, along with the revised English and Spanish versions of the proposed form of notice for the eleven omnibus objections to proofs of claim proposed to be filed by the Puerto Rico Sales Tax Financing Corporation, filed with this notice as Exhibits 1 through 11 to the Proposed Order (collectively, the "Forms of Notice").

**PLEASE TAKE FURTHER NOTICE** that, upon the Debtors' motion at the Hearing for authority to file the Proposed Order and Forms of Notice on shortened notice, the Court authorized the Debtors to file the Proposed Order and Forms of Notice on presentment on forty-eight (48)

hours' notice. Accordingly, unless a written objection to the Proposed Order is filed with the Court no later than **November 29, 2018 at 2:00 a.m. (AST)**, the relief requested shall be deemed unopposed, and the Court may enter the Proposed Order approving the Forms of Notice without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III Cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: November 26, 2018
      San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock
Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*