UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>)<br>**THE FINANCIAL OVERSIGHT AND** ) No. 17 BK 3283-LTS<br>**MANAGEMENT BOARD FOR PUERTO RICO,** )<br>) **(Jointly Administered)**<br>as representative of )<br>)<br>**THE COMMONWEALTH OF PUERTO RICO** ) **Objection deadline:** December 4, 2018 at<br>*et al.*, ) 4:00 p.m. (Atlantic Standard Time) or such other<br>) deadline as ordered by the Court<br>**Debtors.**¹ )<br>) **Hearing date:** December 19, 2018 at 9:30 a.m.<br>) (Atlantic Standard Time) or such other hearing<br>) date as ordered by the Court<br>) |

## NOTICE OF HEARING ON FEE EXAMINER'S MOTION TO IMPOSE ADDITIONAL PRESUMPTIVE STANDARDS: RATE INCREASES AND THE RETENTION OF EXPERT WITNESSES OR OTHER SUB-RETAINED PROFESSIONALS

**PLEASE TAKE NOTICE** that on November 27, 2018, the *Fee Examiner's Motion to Impose Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or other sub-retained professionals* (the "**Motion**") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be (a) in writing, (b) conform with the Case Management Procedures, and (c) be filed with

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Court and served on the entities below, so as to be received on or before **December 4, 2018 at 4:00 p.m. (Atlantic Standard Time)** (the "Objection Deadline"):

    (a) <u>Chambers of the Honorable Laura Taylor Swain</u>
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 1007-1312

    (b) <u>Office of the United States Trustee for Region 21</u>
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

    (c) <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:    Mohammad Yassin-Mahmud
           Lalisse Guillen Marty
           Jeira Belen Ortiz
E-Mail:  Mohammad.Yassin@aafaf.pr.gov
           Lalisse.Guillen@aafaf.pr.gov
           Jeira.Belen@aafaf.pr.gov

    (d) <u>Counsel for AAFAF:</u>

| | |
|---|---|
| O'Melveny & Myers LLP | Marini Pietrantoni Muñiz, LLC |
| 7 Times Square | MCS Plaza, Ste 500 |
| New York, New York 10036 | 255 Ponce de León Ave. |
| Attn: John J. Rapisardi, Esq. | San Juan, PR 00917 |
|      Suzzane Uhland, Esq. | Attn: Luis C. Marini-Biaggi, Esq. |
|      Peter Friedman, Esq. |      Carolina Velaz-Rivero Esq. |
|      Nancy A. Mitchell, Esq. |      María T. Álvarez-Santos Esq. |
|      Maria J. DiConza, Esq. | E-Mail: lmarini@mpmlawpr.com |
| E-Mail: jrapisardi@omm.com |      cvelaz@mpmlawpr.com |
|      suhland@omm.com |      malvarez@mpmlawpr.com |
|      pfriedman@omm.com | |
|      mitchelln@omm.com | |
|      midconza@omm.com | |

    (e) <u>Counsel for the Oversight Board:</u>

| | |
|---|---|
| Proskauer Rose LLP | O'Neill & Borges LLC |
| Eleven Times Square | 250 Muñoz Rivera Ave., Ste 800 |
| New York, NY 10036-8299 | San Juan, PR 00918-1813 |

    Attn: Martin J. Bienenstock      Attn: Hermann D. Bauer, Esq.
           Paul V. Possinger      E-Mail: hermann.bauer@oneillborges.com
           Ehud Barak
           Maja Zerjal
    E-Mail: mbienenstock@proskauer.com
           pposinger@proskauer.com
           ebarak@proskauer.com
           mzerjal@proskauer.com

    (f)    Counsel for the Creditors' Committee:

Paul Hastings LLP      Casillas, Santiago & Torres LLC
200 Park Avenue      El Caribe Office Building
New York, New York 10166      53 Palmeras Street, Ste. 1601
Attn: Luc A. Despins      San Juan, PR 00901-2419
       James Bliss      Attn: Juan J. Casillas Ayala
       James Worthington         Diana M. Batlle-Barasorda
       G. Alexander Bongartz         Alberto J. E. Añese Negrón
E-Mail: lucdespins@paulhastings.com         Erica C. Montull-Novoa
       james bliss@paulhastings.com    E-Mail: jcasillas@cstlawpr.com
       jamesworthington@paulhastings.com      aaneses@cstlawpr.com
       alexbongartz@paulhastings.com      emontull@cstlawpr.com

    (g)    Counsel for the Retiree Committee:

Jenner & Block LLP      Bennazar, García & Milián, CSP
919 Third Avenue      Edificio Union Plaza PH-A piso 18
New York, New York 10022      Avenida Ponce de León #416
Attn: Robert Gordon      Hato Rey, San Juan, PR 00918
                                           Attn: A.J. Bennazar-Zequeira
       Catherine Steege      E-Mail: ajb@bennazar.org
E-Mail: rgordon@jenner.com
       csteege@jenner.com

(h) The entities listed on the List of Creditors Holding the 29 Largest Unsecured Claims in COFINA's Title III Case.

(i) Counsel to any other statutory committee appointed in these Title III Cases.

(j) The Fee Examiner, Brady C. Williamson, Esq., Godfrey & Kahn S.C., One East Main Street, Suite 500, Madison, WI 53703.

**PLEASE TAKE FURTHER NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is **December 19, 2018 at 9:30 a.m. (Atlantic Standard Time) or at such other time as ordered by the Court** and will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court

3

for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

**PLEASE TAKE FURTHER NOTICE** that the requested relief may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY**: that on this date, we electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated: November 27, 2018.

        EDGE Legal Strategies, PSC

        *s/Eyck O. Lugo*
        Eyck O. Lugo
        252 Ponce de León Avenue
        Citibank Tower, 12th Floor
        San Juan, PR 00918
        Telephone: (787) 522-2000
        Facsimile: (787) 522-2010

        *Puerto Rico Counsel*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

19827156.1