**<u>Exhibit A</u>**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.[1]

      PROMESA

      Title III

      Case No. 17-BK-3283 (LTS)

      (Jointly Administered)

-------------------------------------------------------------------- x

## ORDER GRANTING MOTION OF OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS FOR ORDER, UNDER BANKRUPTCY RULE 2004,
## AUTHORIZING DISCOVERY OF TITLE III DEBTORS, OTHER THAN COFINA,
## CONCERNING POTENTIAL AVOIDANCE ACTIONS

Upon consideration of the *Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery With Respect to Potential Avoidance Actions* (the "Motion"),[2] and the exhibits attached thereto, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 310 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of this Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Motion, the Court finds that examination

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

under Rule 2004 of the Federal Rules of Bankruptcy Procedure is appropriate, including but not

limited to examination of the documents sought in the Document Request identified as Exhibit B

to the Motion (the "Document Request").  Accordingly, it is hereby ORDERED THAT:

1.      The Committee is authorized to issue the Document Request attached as

Exhibit B to the Motion.

2.      The Committee and recipients of the Document Request are directed to meet and

confer concerning the timing of production in response to the Document Request.  This Order

does not address any objections as to discovery timing, all of which are reserved.

3.      The terms of and conditions of this Order shall be immediately effective and

enforceable upon its entry.

Dated: December _____, 2018

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE