UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

NOTICE OF WITHDRAWAL OF
CLAIM NOS. 26586, 27437, 27889, 28129 AND 28392

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Bankr. P. 3006, Wilmington Trust, National Association, as Successor Indenture Trustee for Government Development Bank for Puerto Rico Senior Notes ("Claimant"), through its undersigned counsel, hereby withdraws the following proofs of claim (collectively, the "Claims"), which it filed in the above-captioned cases on May 29, 2018, and requests that the claims register maintained by Prime Clerk LLC be updated accordingly:

- Proof of Claim #26586 filed against Title III Debtor, The Commonwealth of Puerto Rico;

- Proof of Claim #27437 filed against Title III Debtor, Puerto Rico Electric Power Authority;

- Proof of Claim #27889 filed against Title III Debtor, Puerto Rico Sales Tax Financing Corporation;

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

95969233.2

- Proof of Claim #28129 filed against Title III Debtor, Puerto Rico Highways and Transportation Authority; and

- Proof of Claim #28392 filed against Title III Debtor, Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

Claimant warrants that it has not sold, assigned, factored or otherwise transferred any interest in any of the Claims.

Dated: November 29, 2018

**KENDRA K. LOOMIS,**
**ATTORNEY AT LAW**

By: /s/ Kendra K. Loomis
Kendra K. Loomis
USDC-PR Bar No. 227408

P.O. Box 79078
Carolina, Puerto Rico 00984-9078
Tel: (787) 370-0255
Fax: (212) 248-3141
loomislegal@gmail.com

*Attorney for Wilmington Trust,*
*National Association, as Successor*
*Indenture Trustee*

It is hereby certified that on this same date, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for the United States Bankruptcy Court for the District of Puerto Rico, which caused notification of such filing to be sent to all attorneys of record.

**KENDRA K. LOOMIS, ATTORNEY AT LAW**
P.O. Box 79078
Carolina, Puerto Rico 00984-9078
Tel: (787) 370-0255; Fax: (212) 248-3141

By: /s/ Kendra K. Loomis
Kendra K. Loomis
USDC-PR Bar No. 227408
loomislegal@gmail.com

2

95969233.2