UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER APPROVING ENGLISH AND SPANISH VERSIONS OF THE FORM OF
NOTICE FOR OMNIBUS OBJECTIONS**

Upon the *Notice of Presentment of Proposed Order Approving English and Spanish Versions of the Form of Notice for Omnibus Objections*, filed pursuant to the Court's *Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(E)(6), (C) Granting Related Relief, and (D) Directing the Debtors to File on Presentment the Form of Notice* [ECF No. 4230] (the "Omnibus Objection Procedures Order") and the Court's instructions at the hearing before the Court on November 20, 2018; and this Court having jurisdiction over this matter pursuant to PROMESA section 306(a); and it

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). Collectively, these entities are referred to herein as "Debtors."

appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having reviewed the English and Spanish versions of the form of notice for omnibus objections for the eleven omnibus objections to proofs of claim proposed to be filed by the Puerto Rico Sales Tax Financing Corporation, attached hereto as **Exhibits 1 through 11** (the "Forms of Notice"); and the Court having determined that approval of the Forms of Notice is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that no further notice is required; and the Court having determined that there is just cause for the relief granted herein; and any objections to the relief requested herein having been resolved as set forth herein, or withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY

ORDERED THAT the Debtors' proposed Forms of Notice, to be served in connection with any omnibus objections to be filed in accordance with the Court's Omnibus Objection Procedures Order, is approved; and it is further

ORDERED THAT this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

This Order resolves Docket Entry No. 4367 in Case No. 17-3283.

SO ORDERED.

Dated: November 29, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge