**EXHIBIT 2**

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 for contracted on a Monthly Retainer for Half-time Work (in June 20 days at 4 hours a day is 80 hours). No separate payment for Title VI work, of which none was performed.**  $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Project Category | Fees | | Debtor on behalf service rendered | Service Loacation | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| June-18 | Title III | 6/1/2018 | Andrew Wolfe | Advisor to Board | $500 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,500.00 | Commonwealth | Maine | Meeting at DevTec on modeling |
| June-18 | Title III | 6/1/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with Board advisors on best interest analysis for the Commonwealth |
| June-18 | Title III | 6/1/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with Board and government advisors on long-termfiscal projections |
| June-18 | Title III | 6/3/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 2,000.00 | Commonwealth | Maine | Modeling work on best interest case of the Commonwealth |
| June-18 | Title III | 6/4/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with Board advisors on best interest analysis for the Commonwealth |
| June-18 | Title III | 6/4/2018 | Andrew Wolfe | Advisor to Board | $500 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 250.00 | Commonwealth | Maine | Weekly advisors call |
| June-18 | Title III | 6/5/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Other economic analysis as required by the FOMB | $ | 500.00 | Commonwealth | Maine | Meeting with Anne Krueger |
| June-18 | Title III | 6/5/2018 | Andrew Wolfe | Advisor to Board | $500 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,500.00 | Commonwealth | Maine | Modeling work on best interest case of the Commonwealth |
| June-18 | Title III | 6/6/2018 | Andrew Wolfe | Advisor to Board | $500 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,000.00 | Commonwealth | Maine | Advisory calls with McKinsey |
| June-18 | Title III | 6/7/2018 | Andrew Wolfe | Advisor to Board | $500 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 250.00 | Commonwealth | Maine | Advisory calls with McKinsey |
| June-18 | Title III | 6/7/2018 | Andrew Wolfe | Advisor to Board | $500 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,500.00 | Commonwealth | Maine | Modeling work on best interest case |
| June-18 | Title III | 6/7/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Other economic analysis as required by the FOMB | $ | 500.00 | Commonwealth | Maine | Call with Rand Corp. |
| June-18 | Title III | 6/7/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 750.00 | Commonwealth | Maine | Call with FOMB |
| June-18 | Title III | 6/10/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call wih Citi adviosrs on debt |
| June-18 | Title III | 6/11/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with McKinsey advisors on Best Interest Analysis of the Commonwealth (BITc) |
| June-18 | Title III | 6/12/2018 | Andrew Wolfe | Advisor to Board | $500 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,000.00 | Commonwealth | Maine | Call with McKinsey advisors on Best Interest Analysis of the Commonwealth (BITc) |
| June-18 | Title III | 6/12/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with McKiinsey advisors on labor reform |
| June-18 | Title III | 6/13/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with McKinsey advisors on Best Interest Analysis of the Commonwealth (BITc) |
| June-18 | Title III | 6/13/2018 | Andrew Wolfe | Advisor to Board | $500 | 0.50 | Work with legal teams on Prepa fiscal plan | $ | 250.00 | Prepa | Maine | Call with Proskauer on declarartion |
| June-18 | Title III | 6/13/2018 | Andrew Wolfe | Advisor to Board | $500 | 5.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 2,500.00 | Commonwealth | Maine | Modeling work on BITc |
| June-18 | Title III | 6/14/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with McKinsey advisors on Best Interest Analysis of the Commonwealth (BITc) |
| June-18 | Title III | 6/14/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 2,000.00 | Commonwealth | Maine | Modeling work on BITc |
| June-18 | Title III | 6/15/2018 | Andrew Wolfe | Advisor to Board | $500 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 250.00 | Commonwealth | Maine | Call with McKinsey advisors on Best Interest Analysis of the Commonwealth (BITc) |
| June-18 | Title III | 6/15/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 2,000.00 | Commonwealth | Maine | Modeling work on BITc |
| June-18 | Title III | 6/15/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | Work with legal teams on Commonwealth debt | $ | 2,000.00 | Commonwealth | Maine | Preparation of declaration |
| June-18 | Title III | 6/15/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 750.00 | Commonwealth | Maine | Call with FOMB board |
| June-18 | Title III | 6/16/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | review of model explanations from creditors. |
| June-18 | Title III | 6/18/2018 | Andrew Wolfe | Advisor to Board | $500 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 250.00 | Commonwealth | Maine | Weekly advisors call |
| June-18 | Title III | 6/18/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with McKinsey advisers on BITc. |
| June-18 | Title III | 6/18/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with Board and government adviosrs on healthcare projections |
| June-18 | Title III | 6/19/2018 | Andrew Wolfe | Advisor to Board | $500 | 6.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 3,000.00 | Commonwealth | Maine | Modeling of best interest work |
| June-18 | Title III | 6/20/2018 | Andrew Wolfe | Advisor to Board | $500 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,500.00 | Commonwealth | Maine | Modeling of best interest work |
| June-18 | Title III | 6/20/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Maine | Call with McKinsey advisors and lawyers on Best Interest Analysis of the Commonwealth (BITc) |
| June-18 | Title III | 6/21/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 2,000.00 | Commonwealth | Maine | Modeling of best interest work |
| June-18 | Title III | 6/22/2018 | Andrew Wolfe | Advisor to Board | $500 | 8.00 | Work with legal teams on Commonwealth debt | $ | 4,000.00 | Commonwealth | Maine | File and email organization for lawyers |
| June-18 | Title III | 6/25/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Wash DC | Weekly advisors call |
| June-18 | Title III | 6/26/2018 | Andrew Wolfe | Advisor to Board | $500 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 500.00 | Commonwealth | Wash DC | Call on labor law with McKinsey |
| June-18 | Title III | 6/27/2018 | Andrew Wolfe | Advisor to Board | $500 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,000.00 | Commonwealth | Wash DC | Call with McKinsey on budget and fiscal plan |
| June-18 | Title III | 6/28/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | | $ | 2,000.00 | | | |
| June-18 | Title III | 6/29/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | | $ | 2,000.00 | | | |
| June-18 | Title III | 6/30/2018 | Andrew Wolfe | Advisor to Board | $500 | 4.00 | | $ | 2,000.00 | | | |
| | | | | | | 90.50 | | $ | 45,250.00 | | | |

| | | | | |
|---|---|---|---|---|
| **Days in Puerto Rico** | | 0.00 | | $0.00 |
| Share of the work on Prepa | | 0.01 | | $138.12 |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 for contracted on a Monthly Retainer for Half-time Work (in July 21 days at 4 hours a day is 84 hours).** $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly R | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Loacation | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| July-18 | Title III | 7/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 7.00 | Business operations--Fiscal plan development for the Commonwealth | $ 2,100.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Call with McKinsey on macro |
| July-18 | Title III | 7/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Call with McKinsey on macro |
| July-18 | Title III | 7/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ 900.00 | Commonwealth | Maine | Spreadsheet modeling work on FP3.0. |
| July-18 | Title III | 7/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan monitoring for Prepa | $ 600.00 | Prepa | Costa Rica | Prepa prep for sub-committee meeting |
| July-18 | Title III | 7/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for Prepa | $ 300.00 | Prepa | Costa Rica | Call with McKinsey on best interest case |
| July-18 | Title III | 7/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Costa Rica | Macro check in call with McKinsey |
| July-18 | Title III | 7/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ 900.00 | Commonwealth | Costa Rica | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Costa Rica | Weekly advisors call. |
| July-18 | Title III | 7/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | Costa Rica | CW implementaion check-in call prep. |
| July-18 | Title III | 7/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ 900.00 | Commonwealth | Costa Rica | CW implementaion check-in. |
| July-18 | Title III | 7/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with advisors on Commonwealth debt | $ 300.00 | Commonwealth | Costa Rica | Call on lawsuit update |
| July-18 | Title III | 7/11/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for Prepa | $ 300.00 | Prepa | Costa Rica | Review of lieterature on electricity prces and growth |
| July-18 | Title III | 7/12/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for Prepa | $ 300.00 | Prepa | Costa Rica | Review of lieterature on electricity prces and growth |
| July-18 | Title III | 7/13/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for Prepa | $ 300.00 | Prepa | Costa Rica | Review of lieterature on electricity prces and growth |
| July-18 | Title III | 7/16/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan monitoring for Prepa | $ 600.00 | Prepa | Maine | Review of lieterature on electricity prces and growth |
| July-18 | Title III | 7/16/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Prepa | Maine | Spreadsheet modeling work on FP3.0. |
| July-18 | Title III | 7/17/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Revenue restimation in fiscal plan |
| July-18 | Title III | 7/18/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/19/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/20/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/20/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Call with EY on revenue projections |
| July-18 | Title III | 7/20/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | Maine | Board call |
| July-18 | Title III | 7/23/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/23/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ 900.00 | Commonwealth | Maine | Call with McKinsey on FP3.0 revision |
| July-18 | Title III | 7/23/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | Maine | Weekly advisors call. |
| July-18 | Title III | 7/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Conference call on fiscal plan |
| July-18 | Title III | 7/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | weekly check in with Natalie jaresko |
| July-18 | Title III | 7/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Phone call with FEMA. |
| July-18 | Title III | 7/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,800.00 | Commonwealth | Maine | Review of literature on disaster relief and growth |
| July-18 | Title III | 7/27/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Board call |
| July-18 | Title III | 7/27/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Review of Fema programs and local spend |
| July-18 | Title III | 7/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Weekly advisors call. |
| July-18 | Title III | 7/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Call with McKinsey and demographer |
| July-18 | Title III | 7/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,800.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| July-18 | Title III | 7/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Weekly check in with CEO Jaresko |
| July-18 | Title III | 7/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Weekly macro check in with McKinsey |
| July-18 | Title III | 7/31/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Call with McKinsey on aid. |
| July-18 | Title III | 7/31/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| | | | | | | 88.50 | | $ 26,550.00 | | | |

| | | |
|---|---|---|
| **days in Puerto Rico** | 0.00 | $0.00 |
| Share of the work on Prepa | 0.09 | $2,259.89 |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 for contracted on a Monthly Retainer for Half-time Work (in Aug 23 days at 4 hours a day is 92 hours).**                                                                 $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| August-18 | Title III | 8/1/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Macro Modeling discussions with McKinsey on longe term impact of FEMA assistance. |
| August-18 | Title III | 8/2/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,800.00 | Commonwealth | Maine | Spreadsheet and modeling work for FP3.0 model of McKinsey |
| August-18 | Title III | 8/2/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Call with hacienda and McKinsey on revenue |
| August-18 | Title III | 8/3/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Work with McKinsey on UI and construction law changes |
| August-18 | Title III | 8/3/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | Maine | Weekly Executive Board call |
| August-18 | Title III | 8/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Business operations--Fiscal plan development for the Commonwealth | $ 2,400.00 | Commonwealth | Maine | Spreadsheet modeling work on McKinsey FP3.0. |
| August-18 | Title III | 8/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | Maine | Sub-committee meeting on revenue projection |
| August-18 | Title III | 8/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | Maine | Call with McKinsey on macro forecast |
| August-18 | Title III | 8/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | Maine | Weekly check in call with advisors |
| August-18 | Title III | 8/7/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ 900.00 | Commonwealth | Maine | Spreadsheet work to confirm FP3.0 model of McKinsey |
| August-18 | Title III | 8/7/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Call with McKinsey and CEO on FP updates. |
| August-18 | Title III | 8/8/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,800.00 | Commonwealth | Maine | Work with McKinsey on labor reform impact on model and revenue outturn from 2018 |
| August-18 | Title III | 8/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Continuation of work with McKinsey on revised macro projections for FP3.0 and FEMA impact on LT growth. |
| August-18 | Title III | 8/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for Prepa | $ 600.00 | Commonwealth | Maine | Work with McKinsey on growth projections from a test Prepa parameters. |
| August-18 | Title III | 8/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | CW implementation weekly check-in with CEO an McKinsey. |
| August-18 | Title III | 8/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Spreadsheet and modeling work for FP3.0 model of McKinsey |
| August-18 | Title III | 8/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Spreadsheet and modeling work for FP3.0 model of McKinsey |
| August-18 | Title III | 8/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for Prepa | $ 600.00 | Commonwealth | Maine | Work on Prepa pricing and GNP seasoanlity |
| August-18 | Title III | 8/11/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Work on multiplier and pasthrough with DevTec |
| August-18 | Title III | 8/12/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Business operations--Fiscal plan development for the Commonwealth | $ 2,400.00 | Commonwealth | Maine | Rebuild of base model. |
| August-18 | Title III | 8/13/2018 | Andrew Wolfe | Advisor to Board | $300 | 5.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,500.00 | Commonwealth | Maine | Work with McKinsey on FP changes in model |
| August-18 | Title III | 8/13/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Call with CEO on model changes |
| August-18 | Title III | 8/14/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Business operations--Fiscal plan development for the Commonwealth | $ 2,400.00 | Commonwealth | Maine | Prep work for presentation at strategy session |
| August-18 | Title III | 8/15/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Business operations--Fiscal plan development for the Commonwealth | $ 2,400.00 | Commonwealth | New York City | Board strategy meeting |
| August-18 | Title III | 8/16/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Business operations--Fiscal plan development for the Commonwealth | $ 2,400.00 | Commonwealth | Maine | Revenue reestimation in fiscal plan and modeling work on macro forecast |
| August-18 | Title III | 8/17/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Revenue reestimation in fiscal plan and modeling work on macro forecast with DevTec |
| August-18 | Title III | 8/18/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Work with DevTec on FP3.0 |
| August-18 | Title III | 8/19/2018 | Andrew Wolfe | Advisor to Board | $300 |  | Business operations--Fiscal plan development for the Commonwealth | $ - | Commonwealth | Maine |  |
| August-18 | Title III | 8/20/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Webinar with Lyman Stone on demographics |
| August-18 | Title III | 8/20/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | Maine | Weekly advisors call |
| August-18 | Title III | 8/21/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Work with McKinsey on review of macroframework |
| August-18 | Title III | 8/22/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Houston | Call with Board member on macro model |
| August-18 | Title III | 8/22/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Houston | Research on literature on long run impact of job training |
| August-18 | Title III | 8/22/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Houston | Analysis of inflation path in macro model |
| August-18 | Title III | 8/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | Call with pension subcommittee |
| August-18 | Title III | 8/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ 1,200.00 | Commonwealth | Maine | Work on human capital growth forecast |
| August-18 | Title III | 8/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | Maine | Executive Board weekly call. |
| August-18 | Title III | 8/25/2018 | Andrew Wolfe | Advisor to Board | $300 |  | Business operations--Fiscal plan development for the Commonwealth | $ - | Commonwealth | Maine |  |
| August-18 | Title III | 8/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine |  |
| August-18 | Title III | 8/27/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | Spreadsheet work on forecast model |
| August-18 | Title III | 8/27/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | Maine | Weekly advisors call |
| August-18 | Title III | 8/28/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | Maine | call with EY on forecast model |
| August-18 | Title III | 8/28/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | Maine | work with McKinsey on FP3.0 violations |
| August-18 | Title III | 8/31/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | Maine | Weekly Board call |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | 127.00 | | $8,100.00 | | |
| Share of the work on Prepa | | | | | | 3% | | $787.40 | | |
| Share of the work on the Commonwealth | | | | | | 97% | | $24,212.60 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| days in Puerto Rico | | | | | | 0.00 | | $0.00 | |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 for contracted on a Monthly Retainer for Half-time Work (in Sep 19 days at 4 hours a day is 76 hours).** $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly R | Hours | Project Category | Fees | | Debtor on behalf service rendered | Service Loacation | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| September-18 | Title III | 9/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Review of FEMA documents |
| September-18 | Title III | 9/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | MD | Discussion with Planning Board on damage estimates |
| September-18 | Title III | 9/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | MD | Weekly advisor call with CEO |
| September-18 | Title III | 9/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 450.00 | Commonwealth | MD | Weekly macro update call with CEO and McKinsey |
| September-18 | Title III | 9/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with McKinsey on the passthrough |
| September-18 | Title III | 9/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with FEMA |
| September-18 | Title III | 9/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with Conway on reevnue in 2018 |
| September-18 | Title III | 9/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with McKinsey on macro model |
| September-18 | Title III | 9/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,800.00 | Commonwealth | MD/TX | Macro model revision work, rearming of spreadsheet model fo |
| September-18 | Title III | 9/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with McKinsey on macro model |
| September-18 | Title III | 9/7/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Macro model revision work, review of McKinsey model |
| September-18 | Title III | 9/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 5.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,500.00 | Commonwealth | DC | Meeting with McKinsey to finalize model |
| September-18 | Title III | 9/11/2018 | Andrew Wolfe | Advisor to Board | $300 | 5.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,500.00 | Commonwealth | MD | Macro model revision work, FEMA, multiplier, structural reform |
| September-18 | Title III | 9/11/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 600.00 | Commonwealth | MD | Call with McKinsey on macro model |
| September-18 | Title III | 9/12/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with McKinsey on structural reforms |
| September-18 | Title III | 9/13/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,200.00 | Commonwealth | MD | Macro model revision work, FEMA, multiplier, structural reform |
| September-18 | Title III | 9/14/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,200.00 | Commonwealth | MD | Macro model revision work, FEMA, multiplier, structural reform |
| September-18 | Title III | 9/15/2018 | Andrew Wolfe | Advisor to Board | $300 | | Business operations--Fiscal plan development for the Commonwealth | $ | - | Commonwealth | | |
| September-18 | Title III | 9/16/2018 | Andrew Wolfe | Advisor to Board | $300 | | Business operations--Fiscal plan development for the Commonwealth | $ | - | Commonwealth | | |
| September-18 | Title III | 9/17/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Review of FP3.0 structural reform projections |
| September-18 | Title III | 9/18/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Review of model multiplier and FP 3.0 model |
| September-18 | Title III | 9/19/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,800.00 | Commonwealth | MD/TX | Prep work for fiscal discussion with Board |
| September-18 | Title III | 9/19/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 600.00 | Commonwealth | TX | Board call on fiscal plan 3.0 |
| September-18 | Title III | 9/20/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Work on McKinsey model consistency |
| September-18 | Title III | 9/21/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Work with devTec on macro model |
| September-18 | Title III | 9/21/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 450.00 | Commonwealth | MD | Executive Board call |
| September-18 | Title III | 9/22/2018 | Andrew Wolfe | Advisor to Board | $300 | | Business operations--Fiscal plan development for the Commonwealth | $ | - | Commonwealth | | |
| September-18 | Title III | 9/23/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for Prepa | $ | 300.00 | Commonwealth | MD | Work with Lawyers on Prepa debt negotiation. |
| September-18 | Title III | 9/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | MD | Weekly call with advisors |
| September-18 | Title III | 9/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with McKinsey on revenue projections |
| September-18 | Title III | 9/24/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Follow up research on questions raised on model |
| September-18 | Title III | 9/25/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with EY on pension issues raised by pensioners |
| September-18 | Title III | 9/25/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with McKinsey on revenue projections |
| September-18 | Title III | 9/25/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | MD | Fine-tuning of macro model multiplier and FEMA outlook. |
| September-18 | Title III | 9/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 600.00 | Commonwealth | MD | Meeting with DevTec on macro forecast methodology |
| September-18 | Title III | 9/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Call with CEO and advisors |
| September-18 | Title III | 9/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with EY and CEO on pensions |
| September-18 | Title III | 9/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 600.00 | Commonwealth | MD | Work with McKInsey on their fiscal analysis and macroforecast |
| September-18 | Title III | 9/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with bankruptcy court lawyers |
| September-18 | Title III | 9/27/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 600.00 | Commonwealth | MD | Calls with pension committee. |
| September-18 | Title III | 9/27/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 900.00 | Commonwealth | MD | Prepatory review of key issues for Friday call, growth forecast a |
| September-18 | Title III | 9/28/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 1,350.00 | Commonwealth | MD | Executive Board meeting in PR--call in |
| September-18 | Title III | 9/29/2018 | Andrew Wolfe | Advisor to Board | $300 | | Business operations--Fiscal plan development for the Commonwealth | $ | - | Commonwealth | MD | |
| September-18 | Title III | 9/30/2018 | Andrew Wolfe | Advisor to Board | $300 | | Business operations--Fiscal plan development for the Commonwealth | $ | - | Commonwealth | MD | |

| | | | | |
|---|---|---|---|---|
| Total | | 87.50 | $ 26,250.00 | |
| Share of the work on Prepa | | 1% | $285.71 | |
| Share of the work on the Commonwealth | | 99% | $24,714.29 | |

| | | | |
|---|---|---|---|
| **days in Puerto Rico** | 0.00 | $0.00 | |