# **EXHIBIT 3**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| June-18 | Title III | 6/13/2018 | Andrew Wolfe | Legal fees for filing | $ 315.00 | 1 | $315.00 | Legal fees for April-May fee appli |
| June-18 | Title III | 6/27/2018 | Andrew Wolfe | Parking | $ 10.00 | 1 | $10.00 | Parking for meeting at DevTec |
| | | | | | | | **$325.00** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost |
|---|---|---|---|---|---|
| July-18 | Title III | 7/13/2018 | Andrew Wolfe | Legal fees for filing | $ 765.00 |

TOTAL IN JULY

| No. of Units | Total | Expense Description |
|---|---|---|
| 1 | $765.00 | Legal fees for April-May fee application |
|  | **$765.00** |  |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| August-18 | Title III | 8/10/2018 | Andrew Wolfe | Legal fees for filing | $ 1,395.00 | 1 | $1,395.00 | Legal fees for June-July fee applic |

| TOTAL IN AUG | | | | | | | **$1,395.00** | |
|---|---|---|---|---|---|---|---|---|

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| September-18 | Title III | 9/20/2018 | Andrew Wolfe | Legal fees for filing | $ 630.00 | 1 | $630.00 | Legal filing fees for August paid in |
| September-18 | Title III | 9/10/2018 | Andrew Wolfe | Travel | $ 21.00 | 1 | $21.00 | Parking fee for McKinsey meeting |
| TOTAL IN SEP | | | | | | | $651.00 | |