# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE:** December 3, 2018

BK Case: 17-3283 LTS

**APPEAL FEE PAID:**        YES  _X_    NO  _____

**CASE CAPTION: In re: Commonwealth of Puerto Rico**

**IN FORMA PAUPERIS:**      YES  _____    NO  _X_

**MOTIONS PENDING:**        YES  _____    NO  _X_

**NOTICE OF APPEAL FILED BY:**  AUTONOMOUS MUNICIPALITY OF PONCE (AMP)

**APPEAL FROM:**       Memorandum Order entered on 11/02/2018

**SPECIAL COMMENTS:**     Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries    4387, 4157, 3019**                                             I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By:  _____
USCCA #:      _____    s/c:  CM/ECF Parties, Appeals Clerk