IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**APPLICABLE OBJECTION DEADLINE:** January 15th, 2019
**APPLICABLE HEARING DATE:** January 30th, 2019

| | |
|---|---|
| In re:<br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>    Debtor.<br>_____<br><br>**ASOCIACIÓN PUERTORRIQUEÑA DE LA JUDICATURA, INC.,**<br><br>    Movant,<br><br>v.<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>    Respondent. | **BANKRUPTCY NO. 17-3283**<br>(CIVIL NO. 17-1578)<br><br><br>RE:<br>Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), Tittle III Petition for Adjustment of Debts |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Asociación Puertorriqueña de la Judicatura, Inc. ("APJ") filed a *Motion for Relief from Stay* on December 4th, 2018.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in the United States

1

District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 (the "Court"), on **January 30th, 2019 at 9:30 a.m. (Atlantic Standard Time)**, or as soon thereafter as counsel may be heard, to consider the relief sought by the Debtors in the Motion.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the *Seventh Amended Notice, Case Management and Administrative Procedures* (DN 4086-1) and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CDROM, in text-searchable portable document format (PDF), and served in accordance with the Court's directive within the *Seventh Amended Notice, Case Management and Administrative Procedures* (DN 4086-1) to all parties listed therein and to the undersigned counsel so as to be received no later than **January 15th, 2019 at 4:00 p.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed, served, and received in accordance with the aforementioned Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion including all exhibits, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Respectfully submitted,

Dated December 4th, 2018
San Juan, Puerto Rico

*Counsel for Asociación Puertorriqueña de la Judicatura*

**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
david.indiano@indianowilliams.com
jeffrey.williams@indianowilliams.com

by: *s/ David C. Indiano*
    DAVID C. INDIANO
    USDC-PR NO. 200601

by:  *s/ Jeffrey M. Williams*
     JEFFREY M. WILLIAMS
     USDC-PR No. 202414