UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING SUPPLEMENTAL BRIEFING WITH RESPECT TO PONCE REAL ESTATE CORPORATION'S MOTION FOR APPLICATION REQUESTING ADMINISTRATIVE RENT PAYMENT

       The Court has received and reviewed the *Motion for Application Requesting Administrative Rent Payment* (Docket Entry No. 3958, the "Motion"), filed by Ponce Real Estate Corporation ("Movant"), and the associated briefing with respect to the Motion.

       The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with Movant, the "Parties") is directed to file a certified translation of the lease agreement that is the subject of the Motion (the "Lease") by **December 20, 2018 at 4:00 p.m.** (Atlantic Standard Time).

       The Parties are further directed to file supplemental memoranda of not more than ten pages and declarations or stipulations by **December 20, 2018 at 4:00 p.m.** (Atlantic Standard Time) addressing the following issues: (1) analysis of the dollar amount of obligations under the Lease that arose (but remain unpaid) from and after the commencement of the Title III case; (2) any actions the Movant took to enforce its rights under the Lease prior to filing the Motion; and (3) any prejudice to the Commonwealth of Puerto Rico and its creditors that would result from immediate payment of any obligations owed by the Commonwealth of Puerto Rico under the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Lease, and any hardship to the Movant that would result from delayed payment of any obligations under the Lease.

The Parties must file supplemental reply briefs of not more than ten pages by **January 11, 2019 at 4:00 p.m.** (Atlantic Standard Time).

SO ORDERED.

Dated: December 4, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge