IN THE UNITED STATES BANKRUPTCY ~~COURT~~ DISTRICT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>Debtor | CASE NO. 17-03283 LTS<br><br><br><br>CHAPTER 9 |

### MOTION TO INFORM TRANSFER OF CLAIM

TO THE HONORABLE COURT:

**NOW COMES** creditor herein, *Carlos A. Rodriguez Herrera, pro se*, and very respectfully ALLEGES AND PRAYS:

1. On June 29th, 2018, creditor Bard Shannon Limited filed its proof of claim. (POC No. 91,823).
2. On August 30th, 2018, appearing creditor acquired the claim. See evidence attached.
3. Creditor requests that the Honorable Court takes notice of the transfer of claim number 91,823.

**WHEREFORE** creditor requests that the Honorable Court takes notice of the transfer of claim and grant all other remedies which are proper and just.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: US Trustee; debtor's attorney, and all parties in interest.

In San Juan, Puerto Rico this 13th day of November, 2018.

CARLOS A. RODRIGUEZ HERRERA
Creditor
Urb. San Francisco
1704 Diamela St
San Juan, PR 00927
Tel. 787-405-6897
crh@divisin16pr.com