B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re The Financial Oversight and Management Board for Puerto Rico _____, Case No. 17-bk-03283

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Carlos A. Rodriguez Herrera
Name of Transferee

Bard Shannon Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
Carlos A. Rodríguez Herrera
Urb San Francisco
1704 Diamela St.
San Juan, PR 00927
Phone: (787) 405-6897
Last Four Digits of Acct #: 5006

Court Claim # (if known): N/A
Amount of Claim: $500,169
Date Claim Filed: 06/29/18

Phone: (787) 656-2455
Last Four Digits of Acct. #: 3199

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____ Date: October 29, 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[Reset]   [Save As...]   [Print]