UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO<br>Debtor | PROMESA<br>Title III<br><br>No. 17-bk-03283 |

### ADDEDUM TO PARTIAL TRANSFER OF CLAIM NOTICE

To the Honorable United States District Court Judge Laura Taylor Swain:

1. Bard Shannon Limited ("Bard") is a entitled to credit for investment in Research and Development pursuant to Section 5(c) of Act No. 73 of May 28, 2008, as amended, also known as the Puerto Rico Economic Incentives Act of 2008 ("Act 73") for eligible investments made during the taxable year 2016 in the total amount of $2,440,169.00 (the "Research and Development Tax Credits").

2. On June 29, 2018, Bard filed a Proof of Claim in Case No. 17-bk-03283 with the United States District Court of Puerto Rico, including the portion of the Research and Development Tax Credits that have not been used or sold as of such date in the total amount of $500,169.00 (the "Available Research and Development Tax Credits") as a potential claim against the Commonwealth of Puerto Rico, in connection with the procedures established under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

3. On August 30, 2018, Bard sold a portion of the Available Research and Development Tax Credits in the amount of $200,000.00 to Carlos A. Rodríguez Herrera, Inc. pursuant to a Transfer of Research and Development Tax Credit Agreement signed by both parties on this date.

Respectfully submitted,

00575126; 1