UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 4203<br><br>Hearing date: December 19, 2018 at 9:30 a.m. (Atlantic Standard Time) |

## CERTIFICATION OF COUNSEL REGARDING FEE EXAMINER'S SECOND INTERIM AND CONSOLIDATED SEMIANNUAL FEE APPLICATION

I, Eyck O. Lugo, counsel to the Fee Examiner in the above-captioned cases, hereby certify as follows:

1. On November 9, 2018, the Fee Examiner filed the *Second Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*of Expenses for the Period from April 1, 2018 Through September 30, 2018* [Dkt. No. 4203] (the "**Second Fee Application**").

2. Also on November 9, 2018, the Fee Examiner served notice of the Second Fee Application, pursuant to Fed. R. Bankr. P. 2016, Local Rule 2016-1, and the *Seventh Amended Notice, Case Management and Procedures Order* [Dkt. No. 4086] (the "**Case Management Procedures**"). The notice informed interested parties of the objection deadline pursuant to Fed. R. Bankr. P. 2002(a)(6) and of the December 19, 2018 hearing date. The notice also informed parties in interest that, if no objection were timely filed and served, the relief requested in the Second Fee Application may be granted without a hearing.

3. The objection deadline pursuant to Fed. R. Bankr. P. 2002(a)(6) expired on November 30, 2018, and no objection to the Second Fee Application has been filed or served.

**WHEREFORE,** the Fee Examiner respectfully requests that the Court enter the proposed order submitted with the Second Fee Application [Dkt. No. 4203-1] and attached to this certification as **Exhibit A** at its earliest convenience.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 4th day of December, 2018.

                         EDGE Legal Strategies, PSC

                         *s/Eyck O. Lugo*
                         Eyck O. Lugo
                         252 Ponce de León Avenue
                         Citibank Tower, 12th Floor
                         San Juan, PR 00918
                         Telephone: (787) 522-2000
                         Facsimile: (787) 522-2010

                         *Puerto Rico Counsel for Fee Examiner*

                         GODFREY & KAHN, S.C.
                         One East Main Street, Suite 500
                         Madison, WI 53703
                         Telephone: (608) 257-3911
                         Facsimile: (608) 257-0609

                         Katherine Stadler (*Pro Hac Vice* Approved)

                         *Counsel for the Fee Examiner*

19855576.1

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>) |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS<br>)<br>) **(Jointly Administered)** |
| As a representative of | )<br>) |
| THE COMMONWEALTH OF PUERTO RICO<br>*et al.*, | ) Re: Dkt. No. 4203<br>)<br>) |
| **Debtors.**[1] | )<br>) |

### ORDER ALLOWING SECOND INTERIM AND CONSOLIDATED SEMIANNUAL APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C.

This matter coming before the Court on the *Second Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From April 1, 2018 Through September 30, 2018* [Dkt. No. 4203] (the "**Application**"), pursuant to section 316 of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees and expenses, including all holdbacks,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

incurred by the applicants for the specific period of time set forth in the Application (the "**Compensation Period**"), filed in accordance with the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 3269] (the "**Interim Compensation Order**"), the Seventh Amended Notice, Case Management and Procedures Order [Dkt. No. 4086] (the "**Case Management Procedures**"), the First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief [Dkt. No. 3324] (the "**Fee Examiner Order**"), and the Order Authorizing the Employment of Godfrey & Kahn, S.C. as Counsel to the Fee Examiner [Dkt. No. 1993], and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Application and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED on an interim basis.

2. The applicants are allowed (a) $992,443.00 in interim compensation for services rendered during the Compensation Period and (b) $15,639.15 in interim reimbursement for actual and necessary expenses incurred during the Compensation Period, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay the applicants—within 15 days of the entry of this order—100 percent of the fees for services rendered and 100 percent of the expenses incurred during the Compensation Period.

Dated: December \_\_\_\_, 2018.

                                               _____
                                               THE HONORABLE LAURA TAYLOR SWAIN
                                               UNITED STATES DISTRICT COURT JUDGE

19699850.2

3