# **EXHIBIT A**

# First Omnibus Objection
## Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | NIXON PEABODY LLP<br>ATTN: VIRGINIA WONG<br>TOWER 46<br>55 W 46TH STREET<br>NEW YORK, NY 10036 | 05/15/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 15082 | $ 295,275.43 | NIXON PEABODY LLP<br>ATTN: VIRGINIA WONG<br>TOWER 46<br>55 W. 46TH STREET<br>NEW YORK, NY 10036 | 05/24/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 19791 | $ 295,283.04* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | THE BANK OF NEW YORK MELLON, AS TRUSTEE<br>C/O REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | 05/24/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 16284 | $ 14,913,013,464.72* | THE BANK OF NEW YORK MELLON, AS TRUSTEE<br>REED SMITH LLP<br>ATTN:  ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE SUITE 1200<br>PITTSBURGH, PA 15222 | 05/25/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 31920 | $ 14,913,013,464.72* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | THE BANK OF NEW YORK MELLON, AS TRUSTEE<br>C/O REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | 05/24/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 16760 | $ 21,468,560,688.25* | THE BANK OF NEW YORK MELLON, AS TRUSTEE<br>C/O REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | 05/25/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 33139 | $ 21,468,560,688.25* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | THE HARGEN TRUST, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 06/12/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 43847 | $ 100,000.00* | HARGEN RODRIGUEZ, PAUL T.<br>PO BOX 250483<br>AGUADILLA, PR 00604-0483 | 11/27/18 | 17 BK 03284-LTS<br>Puerto Rico Sales Tax<br>Financing Corporation<br>(COFINA) | 167982 | $ 100,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts