**ANEXO A**

Primera Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | NIXON PEABODY LLP ATTN: VIRGINIA WONG TOWER 46 55 W 46TH STREET NEW YORK, NY 10036 | 05/15/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 15082 | $ 295,275.43 | NIXON PEABODY LLP ATTN: VIRGINIA WONG TOWER 46 55 W. 46TH STREET NEW YORK, NY 10036 | 05/24/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 19791 | $ 295,283.04* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 2 | THE BANK OF NEW YORK MELLON, AS TRUSTEE C/O REED SMITH LLP ATTN: ERIC A. SCHAFFER, ESQ. 225 FIFTH AVENUE, SUITE 1200 PITTSBURGH, PA 15222 | 05/24/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 16284 | $ 14,913,013,464.72* | THE BANK OF NEW YORK MELLON, AS TRUSTEE REED SMITH LLP ATTN: ERIC A. SCHAFFER, ESQ. 225 FIFTH AVENUE SUITE 1200 PITTSBURGH, PA 15222 | 05/25/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 31920 | $ 14,913,013,464.72* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 3 | THE BANK OF NEW YORK MELLON, AS TRUSTEE C/O REED SMITH LLP ATTN: ERIC A. SCHAFFER, ESQ. 225 FIFTH AVENUE, SUITE 1200 PITTSBURGH, PA 15222 | 05/24/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 16760 | $ 21,468,560,688.25* | THE BANK OF NEW YORK MELLON, AS TRUSTEE C/O REED SMITH LLP ATTN: ERIC A. SCHAFFER, ESQ. 225 FIFTH AVENUE, SUITE 1200 PITTSBURGH, PA 15222 | 05/25/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 33139 | $ 21,468,560,688.25* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 4 | THE HARGEN TRUST, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO JAVIER GONZÁLEZ 250 MUÑOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 06/12/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 43847 | $ 100,000.00* | HARGEN RODRIGUEZ, PAUL T. PO BOX 250483 AGUADILLA, PR 00604-0483 | 11/27/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 167982 | $ 100,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados