# **ANEXO A**

Segunda Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ANDALUZ BAEZ, CARMEN D<br>RR 11 BOX 5959 GG<br>BAYAMON, PR 00956 | 06/05/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 151419 | $ 150,000.00 | ANDALUZ BAEZ, CARMEN D.<br>RR-11 BOX 5959 GG<br>BAYAMON, PR 00956 | 07/05/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 163785 | $ 150,000.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 | BERMUDEZ CAPPACCETTI, GERALDO<br>JARDINES DEL CARIBE CALLE 54<br>#2 A 56<br>PONCE, PR 00728 | 06/27/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 103524 | Indeterminado* | BERMUDES CAPPACCETTI, GERALDO<br>JARDINES DEL CARIBE 54<br>#2 A56<br>PONCE, PR 00728 | 06/27/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 105543 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 | CONSTRUCTORA FORTIS CORP<br>PO BOX 2125<br>OROCOVIS, PR 00720-2125 | 05/18/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 14536 | $ 4,542,856.00 | CONSTRUCTORA FORTIS INC.<br>PO BOX 2125<br>OROCOVIS, PR 00720-2125 | 05/18/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 16846 | $ 4,542,856.00* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 4 | CORREA LOPEZ, IRAIDA<br>4552 CALLE DOLFIN<br>PORCELAS AMALLIO MAR<br>PONCE, PR 00716 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 114618 | Indeterminado* | CORREA LOPEZ, IRAID<br>PARCALES AMELIA NEVIA<br>4552 CALLE DOLFIN<br>PONCE, PR 00716 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 115305 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 5 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY # 18<br>ADJUNTAS, PR 00601 | 06/27/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 47516 | Indeterminado* | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 156984 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Segunda Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINSTRATOR FOR LEHMAN BROTHERS SPECIAL FINANCING INC. ATTN: ABHISHEK KALRA 277 PARK AVENUE, 46TH FLOOR NEW YORK, NY 10172 | 05/25/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 42396 | Indeterminado* | LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINSTRATOR FOR LEHMAN BROTHERS SPECIAL FINANCING INC. ATTN: ABHISHEK KALRA 277 PARK AVENUE, 46TH FLOOR NEW YORK, NY 10172 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 42158 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | LEHMAN BROTHERS SPECIAL FINANCING INC. C/O KRISTINE DICKSON, LEHMAN BROTHERS HOLDING INC 227 PARK AVENUE, 46TH FLOOR NEW YORK, NY 10172 | 05/25/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 46175 | Indeterminado* | LEHMAN BROTHERS SPECIAL FINANCING INC. ATTN: ABHISHEK KALRA 277 PARK AVENUE, 46TH FLOOR NEW YORK, NY 10172 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 34857 | $ 39,265,178.38* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

Segunda Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8 | LEHMAN BROTHERS SPECIALS FINANCING, INC. LEHMAN BROTHERS HOLDINGS INC. ATTN: ABHISHEK KALRA 277 PARK AVE, 46TH FLOOR NEW YORK, NY 10172 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 35889 | Indeterminado* | LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINSTRATOR FOR LEHMAN BROTHERS SPECIAL FINANCING INC. ATTN: ABHISHEK KALRA 277 PARK AVENUE, 46TH FLOOR NEW YORK, NY 10172 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 42158 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 9 | MONTANEZ REYES, LUIS S COND LOS ALTOS DEL ESCORIAL 515 BLVD MEDIA LUNA APT 1501 CAROLINA, PR 00987-5063 | 03/06/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 1072 | Indeterminado* | MONTANEZ REYES, LUIS S COND LOS ALTOS DEL ESCORIAL 515 BLVD MEDIA LUNA APT 1501 CAROLINA, PR 00987-5063 | 03/19/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 3624 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 10 | MORALES MORALES, ILDEFONSO PO BOX 63 CASTANER, PR 00631 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 80263 | Indeterminado* | MORALES MORALES, ILDEFONSO PO BOX 63 CASTANER, PR 00631 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 142016 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 11 | MORALES PEREZ, WANDA I. PO BOX 63 CASTAÑER, PR 00631 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 77391 | Indeterminado* | MORALES PEREZ, WANDA I. PO BOX 63 CASTANER, PR 00631 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 134642 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

Segunda Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | OQUENDO OQUENDO, CANDIDA R. HC-02 BOX 6968 ADJUNTAS, PR 00601 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 60744 | Indeterminado* | OQUENDO OQUENDO, CANDIDA R. HC-02 BOX 6968 ADJUNTAS, PR 00601 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 60931 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | RIVERA FONSECA, CARLOS F BO CACAS ALTO HC 63 BZN 3207 PATILLAS, PR 00723 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 147461 | Indeterminado* | RIVERA FONSECA, CARLOS F. BO CACAO ALTO HC 63 BZN 3207 PATILLAS, PR 00723 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 163493 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ROCHE CONDE, JULIO A. E-8 CALLE-5 SANTA ISABEL, PR 00757 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 167179 | Indeterminado* | ROCHE CONDE, JULIO A. E-8 CALLE 5 SANTA ISABEL, PR 00757 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 167190 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | SOTO GONZALEZ, CARLOS OMAR P.O. BOX 63 CASTANER, PR 00631 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 81807 | Indeterminado* | SOTO GONZALEZ, CARLOS OMAR PO BOX 63 CASTANER, PR 00631 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 132261 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | TORRES RODRIGUEZ , MARIA M. HC 02 BOXX 4414 VILLALBA, PR 00766 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 114748 | Indeterminado* | TORRES RODRIGUEZ, MARIA M. HC02 BOX 4414 VILLALBA, PR 00766 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 152359 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.