## **EXHIBIT A**

## Third Omnibus Objection
### Exhibit A - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CONSTRUCTORA FORTIS INC. PO BOX 2125 OROCOVIS, PR 00720-2125 | 05/18/18 | 17 BK 03284-LTS Puerto Rico Sales Tax Financing Corporation (COFINA) | 16846 | $ 4,542,856.00* | CONSTRUCTORA FORTIS INC PO BOX 2125 OROCOVIS, PR 00720 | 05/18/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 16510 | $ 4,542,856.00 |

Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DIAZ TORRES, AMARILIS PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | 17 BK 03284-LTS Puerto Rico Sales Tax Financing Corporation (COFINA) | 29697 | Undetermined* | DIAZ TORRES, AMARILIS PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 33486 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | LOPEZ DIAZ, ANGEL R 274 URUGUAY ST. PH 1 SAN JUAN, PR 00917 | 06/07/18 | 17 BK 03284-LTS Puerto Rico Sales Tax Financing Corporation (COFINA) | 37163 | Undetermined* | LOPEZ DIAZ, ANGEL R 274 URUGUAY PH 1 SAN JUAN, PR 00917 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 33469 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | LOPEZ SANTIAGO, RAFAEL PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | 17 BK 03284-LTS Puerto Rico Sales Tax Financing Corporation (COFINA) | 33467 | Undetermined* | LOPEZ SANTIAGO, RAFAEL PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 25694 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE, SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | 17 BK 03284-LTS Puerto Rico Sales Tax Financing Corporation (COFINA) | 22482 | $ 334,021.00 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE,SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 28252 | $ 334,021.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts