# **ANEXO A**

Tercera Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Entre Deudores

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | CONSTRUCTORA FORTIS INC. PO BOX 2125 OROCOVIS, PR 00720-2125 | 05/18/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 16846 | $ 4,542,856.00* | CONSTRUCTORA FORTIS INC PO BOX 2125 OROCOVIS, PR 00720 | 05/18/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 16510 | $ 4,542,856.00 |

Base para: Responsabilidad duplicada presentada en contra del Deudor, la Autoridad de Carreteras y Transportación de Puerto Rico. Todas las responsabilidades alegadas, si las hubiere, serían en contra del Demandante y de la Autoridad de Carreteras y Transportación de Puerto Rico.

| 2 | DIAZ TORRES, AMARILIS PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 29697 | Indeterminado* | DIAZ TORRES, AMARILIS PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 33486 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, El Estado Libre Asociado de Puerto Rico. Todas las responsabilidades alegadas, si las hubiere, serían en contra del Demandante y del Estado Libre Asociado de Puerto Rico.

| 3 | LOPEZ DIAZ, ANGEL R 274 URUGUAY ST. PH 1 SAN JUAN, PR 00917 | 06/07/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 37163 | Indeterminado* | LOPEZ DIAZ, ANGEL R 274 URUGUAY PH 1 SAN JUAN, PR 00917 | 06/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 33469 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, El Estado Libre Asociado de Puerto Rico. Todas las responsabilidades alegadas, si las hubiere, serían en contra del Demandante y del Estado Libre Asociado de Puerto Rico.

| 4 | LOPEZ SANTIAGO, RAFAEL PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 33467 | Indeterminado* | LOPEZ SANTIAGO, RAFAEL PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 25694 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, El Estado Libre Asociado de Puerto Rico. Todas las responsabilidades alegadas, si las hubiere, serían en contra del Demandante y del Estado Libre Asociado de Puerto Rico.

| 5 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE, SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 22482 | $ 334,021.00 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE,SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 28252 | $ 334,021.00 |

Base para: Responsabilidad duplicada presentada en contra del Deudor, El Estado Libre Asociado de Puerto Rico. Todas las responsabilidades alegadas, si las hubiere, serían en contra del Demandante y del Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                                                                                              Página 1 de 1