# **EXHIBIT A**

## Fourth Omnibus Objection
### Exhibit A - No Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BARRETO ROJAS, BEATRIZ<br>PO BOX 50669 LEVITTOWN<br>TOA BAJA, PR 00950 | 6/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 114492 | $ 150,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguero del Estado, which is not part of the Title III proceedings. | | | | | |
| 2 | BOB & MARIAN EARNEST TTEE BOB & MARIAN EARNEST REVOCABLE LIVING TRUST<br>11100 NW REEVES STREET<br>PORTLAND, OR 97229 | 4/13/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 167722 | $ 25,000.00 |
| | Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA. | | | | | |
| 3 | BRUNET OCASIO, EDNA I<br>PO BOX 50669 LEVITTOWN<br>TOA BAJA, PR 00950 | 6/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 114527 | $ 150,000.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguero del Estado, which is not part of the Title III proceedings. | | | | | |
| 4 | BURGOS MORALES, BRENDA LIZ<br>EL ECANTO<br>J 16-1016 CALLE GIRASOL<br>JUNCOS, PR 00777 | 5/22/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 18702 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Corporacion Fondo del Seguro del Estado, which is not part of the Title III proceedings. | | | | | |
| 5 | CARDONA MORALES, EUCLIDES<br>REPTO DURAN<br>6021 CALLE CIPRES<br>ISABELA, PR 00662-3240 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 97533 | $ 30,000.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings. | | | | | |
| 6 | CHEVERE FUENTES, MAYDA L.<br>CLYUNQUESITO FF-13<br>MANSITO FF-13 URB. MANSI DE CARDIN<br>CAROLINA, PR 00987 | 6/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 114701 | $ 80,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Corporacion Fondo del Seguero del Estado, which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Fourth Omnibus Objection
## Exhibit A - No Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>ATTN: GRACIELA VAZQUEZ<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 28268 | $ 23,298.80 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguero del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CRUZ RODRIGUEZ, JUAN<br>PO BOX 7126<br>PONCE, PR 00732 | 5/18/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 20186 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguero del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | DE LA HABA, TERESA ANGELICA<br>1 TAFT<br>SAN JUAN, PR 00911 | 5/14/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 14814 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DIEGO SOTO & ASSOCIATES<br>PO BOX 996<br>MAYAGUEZ, PR 00681 | 5/14/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 15065 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Banco Gubernamental de Fomento, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | FLYNN FUERTES, MARGARET M<br>COND CORAL BEACH 1<br>5869 AVE ISLA VERDE APT 1120<br>CAROLINA, PR 00979-5716 | 5/21/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 43451 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguero del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | GARRATE RODRIGUEZ, ELIZABETH<br>PO BOX 167<br>PATILLAS, PR 00723 | 6/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 89026 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | JORGE OQUENDO, MIRIAM<br>PO BOX 224<br>MERCEDITA, PR 00715 | 6/26/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 110734 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Fourth Omnibus Objection
## Exhibit A - No Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | JUSINO VALAZQUEZ, BRENDA L.<br>HC 10 BOX 8227<br>SABANA GRANDE, PR 00637 | 7/6/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 129655 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | KURT D & JOYCE A. WESTLUND TRUST<br>2127 23RD STREET<br>PO BOX 303<br>BETTENDORF, IA 52722 | 5/21/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 17327 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MARQUEZ RODRIGUEZ, MARIA DE LOURDES<br>URB.LAS VIRTUDES<br>742 CALLE CARIDAD<br>SAN JUAN, PR 00924-1239 | 6/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 113858 | $ 80,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguero del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | MAYSACH ORTIZ, SONIA E.<br>HACIENDA GUANMANI 71 GRANADILLO<br>GUAYAMA, PR 00784 | 6/27/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 105270 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | MC 21 CORPORATION<br>CALL BOX 4908<br>CAGUAS, PR 00726-4908 | 4/11/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 7114 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | MENDOZA ORSINI, SUSANA ESTHER<br>BOX 1616<br>ANASCO, PR 00610 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 136098 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | NIXON PEABODY LLP<br>ATTN: VIRGINIA WONG<br>TOWER 46<br>55 W. 46TH STREET<br>NEW YORK, NY 10036 | 5/24/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 19791 | $ 295,283.04* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Government Development Bank of Puerto Rico, which is not part of the Title III proceedings.

## Fourth Omnibus Objection
### Exhibit A - No Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 25903 | $ 0.00 |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA, only states "I Have No Claim" as the basis for the Proof of Claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | PEREZ RAMOS, ADA I<br>HC 05 BOX 23806<br>LAJAS, PR 00667 | 7/6/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 114212 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ SANTOS, ANA T.<br>P.O. BOX 904<br>TOA ALTA, PR 00954 | 6/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 114456 | $ 80,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguero del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | ROMAN ALAMO, JUAN<br>SALINAS ELDERLY<br>APARTAMENTO 611<br>SALINAS, PR 00751 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 134232 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Corporacion Fondo del Seguro del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | SANCHES, JOSE AVILES<br>URB MIRADERO GDNS<br>570 CALLE PITIRRE<br>MAYAGUEZ, PR 00682 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 144473 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | SANTANA VERA, LOYDA R.<br>2615 CIDRA<br>PONCE, PR 00716-2727 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 140769 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Corporacion Fondo del Seguro del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | VEGA FELICIANO MD, EDWIN<br>PO BOX 20930<br>SAN JUAN, PR 00928 | 7/3/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 153926 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against COFINA.

## Fourth Omnibus Objection
### Exhibit A - No Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | VIDAL MORALES, GLENDA I<br>URB. TOA ALTA HEIGHTS S-6 CALLE 22<br>TOA ALTA, PR 00953 | 6/27/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 56533 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against COFINA. Proof of Claim and supporting documentation only show liability between Claimant and Corporacion Fondo del Seguro del Estado, which is not part of the Title III proceedings.

| | | | | | TOTAL | $ 913,581.84* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts