# **EXHIBIT B**

**Declaration of Jay Herriman**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF PUERTO RICO SALES TAX FINANCING CORPORATION'S FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

       I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

       1.     I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2.      In my capacity as Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA.  The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for COFINA.

3.      I submit this declaration in support of *Puerto Rico Sales Tax Financing Corporation's Fifth Omnibus (Non-Substantive) Objection to Claims Asserted Against the Incorrect Debtor* (the "Fifth Omnibus Objection").  I have personally reviewed the Fifth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.  In preparation for filing the Fifth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Fifth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel.

4.      To the best of my knowledge, information, and belief, the claims identified in the column titled "Asserted" in Exhibit A to the Fifth Omnibus Objection (collectively, the "Incorrect Debtor Claims") identify as obligor COFINA, when such claims are properly asserted, if at all, against another debtor.  Some of the proofs of claim or supporting documentation for the Incorrect Debtor Claims stated that the claimant intended to assert a claim against another of the Debtors, not COFINA.  Additionally, A&M employees, including myself, met with government officials and reviewed the Debtors' records to determine whether the asserted liability for each of the Incorrect Debtor Claims would appropriately lie, if at all, with another of the Debtors.  The government further informed A&M that the official books and records of the Human Resources Department reflected that the individuals filing the Incorrect Debtor Claims were never in any employment relationship with COFINA.  Accordingly, COFINA seeks to reclassify the Incorrect

2

Debtor Claims to be asserted against the Title III debtor(s) identified in the column titled "Corrected" in <u>Exhibit A</u> to the Fifth Omnibus Objection.

5. Based on the foregoing, and to the best of my knowledge, information, and belief, the information contained in the Fifth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of COFINA and its creditors.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 4, 2018

By: <u>/s/ Jay Herriman</u>
Jay Herriman

3

# ANEXO B

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En la caso:<br><br>LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE DE PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>                                    Deudores.¹ | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA QUINTA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE DE PUERTO RICO CONTRA LAS RECLAMACIONES PRESENTADAS CONTRA EL DEUDOR INCORRECTO**

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.), § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

1.   Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los Deudores iniciados de conformidad con la *Ley de Supervisión, Administración y Estabilidad*

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el " Estado Libre Asociado ")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

*Económica de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de COFINA.

3. Presento esta Declaración en apoyo a la *Quinta Objeción Colectiva (no sustantiva) de la Corporación del Fondo de Interés Apremiante de Puerto Rico contra las Reclamaciones Presentadas contra el Deudor Incorrecto* (la "Quinta Objeción Colectiva"). He revisado personalmente la Quinta Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye. Como preparación para la presentación de la Quinta Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Quinta Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida.

4. A mi leal saber y entender, las reclamaciones que figuran en la columna "Formuladas" en el Anexo A a la Quinta Objeción Colectiva (en conjunto, las "Reclamaciones contra el Deudor Incorrecto") identifican a COFINA como deudor, cuando corresponde presentar tales reclamaciones adecuadamente, en todo caso, contra otro deudor. En relación con las Reclamaciones contra el Deudor Incorrecto, algunas de las evidencias de reclamaciones y los

---

[2] PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

2

documentos que las respaldan expresan que el demandante pretende probar una reclamación contra otro de los Deudores, no COFINA. Asimismo, junto con los empleados de A&M nos hemos reunido con los funcionarios del gobierno y examinado los registros de los Deudores para determinar si la responsabilidad alegada por cada una de las Reclamaciones contra el Deudor Incorrecto correspondería, en todo caso, a otro de los Deudores. El gobierno también informó a A&M que los libros y registros oficiales del Departamento de Recursos Humanos reflejaron que los individuos que presentaron las Reclamaciones contra el Deudor Incorrecto nunca tuvieron una relación de empleo con COFINA. En consecuencia, COFINA pretende que se reclasifiquen las Reclamaciones contra el Deudor Incorrecto de modo que se presenten contra el(los) Deudor(es) del Título III que figuran en la columna "Corregido" en el Anexo A a la Quinta Objeción Colectiva

5. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Quinta Objeción Colectiva y los anexos a la misma es verdadera y correcta, y el remedio allí solicitado es beneficioso para COFINA y sus acreedores.

6. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo antedicho es verdadero y correcto según mi leal saber y entender

Fecha: 4 de diciembre de 2018

                                                    Por: [*Firma en la versión en inglés*]
                                                             Jay Herriman