# **EXHIBIT C**

**Notice**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS**

**IF YOUR CLAIM IS LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION, IT IS LISTED BECAUSE YOU HAVE FILED A PROOF OF CLAIM THAT FAILED TO COMPLY WITH THE APPLICABLE RULES FOR FILING A PROOF OF CLAIM AND/OR YOU PROVIDED NO BASIS TO SUPPORT YOUR CLAIM**.

**PLEASE TAKE NOTICE THAT**, on December 4, 2018, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as COFINA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed *Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court"),[2] a copy of which is attached to this notice.

**OVERVIEW**

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION.**

- **If your claim(s) is/are NOT listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.**

- If your claim(s) is/are listed on **Exhibit A** to the Omnibus Objection, COFINA is seeking to disallow your claim(s) listed on Exhibit A because, as explained in the accompanying Omnibus Objection, you failed to comply with the applicable rules

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

> for filing a proof of claim with respect to your claim(s) and/or you provided no basis to support your claim(s).
>
> - THE OMNIBUS OBJECTION SEEKS TO ALTER YOUR RIGHTS. ANY CLAIM THAT IS DISALLOWED WILL BE TREATED AS THOUGH IT WERE NEVER FILED.
>
> - YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.
>
> - Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.
>
> - **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Additional Pages Follow*]

**IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1**

Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 pm (Atlantic Standard Time)** on **February 1, 2019**, unless otherwise extended, in writing, by COFINA. If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

## Critical Information for Claimants Choosing to File a Response

**Who is Required to File a Response**. Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein. If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Response.** If you do not oppose the disallowance of your claim(s) that are listed on Exhibit A to the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below). Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico. No response is required if your claim is not listed on Exhibit A to the Omnibus Objection.

**Deadline for Filing a Response**. Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 pm (Atlantic Standard Time)** on **February 1, 2019**, unless otherwise extended, in writing, by COFINA or upon written request to the Court and order of the Court extending the deadline.

**The deadline for filing and serving a response is
4:00 pm (Atlantic Standard Time) on February 1, 2019.**

**Hearing on the Omnibus Objection**. If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Standard Time) on March 13, 2019**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection. COFINA, however, reserves the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

3

The Debtors may file a reply to your response or reply in oral argument at the hearing. The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

**THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED AND SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**What to File with a Response**. Your response to the Omnibus Objection must contain the following information.

(i) **Contact Information**. The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for COFINA should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii) **Caption**. The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on Exhibit A to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii) **Reason(s) for Opposing the Omnibus Objection**. The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv) **Supporting Documentation**. To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; provided, however, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and provided, further, that the claimant shall disclose to COFINA all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to File and Serve a Response**. Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online**. Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail**. If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

4

>Clerk's Office
>United States District Court
>Room 150 Federal Building
>San Juan, Puerto Rico 00918-1767
>
>Counsel for the Oversight Board
>Proskauer Rose LLP
>Eleven Times Square
>New York, New York 10036-8299
>Attn: Martin J. Bienenstock
>Paul V. Possinger
>Ehud Barak
>Maja Zerjal
>
>Counsel for the Creditors' Committee
>Paul Hastings LLP
>200 Park Avenue
>New York, New York 10166
>Attn: Luc. A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz

>YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 pm (Atlantic Standard Time)** on **February 1, 2019**, unless otherwise extended by COFINA, in writing, or upon a written request to the Court and order of the Court extending the deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 pm (Atlantic Standard Time)** on **February 1, 2019**, unless otherwise extended by COFINA, in writing, or upon a written request to the Court and order of the Court extending the deadline:

>Clerk's Office
>United States District Court
>#150 Chardon Avenue
>Federal Building
>San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF COFINA OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

# **ANEXO C**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                      Deudores. | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados conjuntamente) |

**NOTIFICACIÓN DE LA SEXTA OBJECIÓN COLECTIVA
(NO SUSTANTIVA) DE CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE
DE PUERTO RICO CONTRA LAS RECLAMACIONES DEFICIENTES**

**SI SU RECLAMACIÓN APARECE EN LA LISTA DEL ANEXO A A LA OBJECIÓN COLECTIVA, APARECE PORQUE USTED HA PRESENTADO UNA RECLAMACIÓN EN LA CUAL NO HA CUMPLIDA CON LAS REGLAS APLICABLES PARA EL PRESENTAMIENTO DE RECLAMACIONES Y/O NO HA INDICADO UNA BASE PARA SUSTENTAR SU RECLAMACIÓN.**

      **QUEDA NOTIFICADO que**, el 4 de diciembre de 2018, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), por conducto de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), en carácter de representante de COFINA conforme a la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] presentó *la Sexta Objeción Colectiva (No Sustantiva) de Corporación del Fondo de Interés Apremiante de Puerto Rico contra las Reclamaciones Deficientes* (la "Objeción Colectiva") ante del Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"),[2] una copia de la cual se encuentra adjunta a esta notificación.

                              [*Siguen Páginas Adicionales*]

---

[1] PROMESA está codificada en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

[2] Los términos en mayúscula utilizados pero no definidos en el presente escrito tendrán el significado que se indica en la Objeción Colectiva.

> **DESCRIPCIÓN GENERAL**
>
> - **VERIFIQUE SI SU(S) RECLAMACIÓN(ES) FIGURA(N) EN LA LISTA DEL <u>ANEXO A</u> A LA OBJECIÓN COLECTIVA.**
>
> - **Si su(s) reclamación(es) <u>NO</u> figura(n) en la lista del <u>Anexo A</u>, esta(s) no se verá(n) afectada(s) por la Objeción Colectiva, y usted <u>NO</u> tiene que hacer nada.**
>
> - Si su(s) reclamación(es) figura(n) en la lista del <u>Anexo A</u> a la Objeción Colectiva, COFINA está solicitando que su(s) reclamación(es) en la lista del <u>Anexo A</u> sean desestimadas porque, como se le explicó en la Objeción Colectiva adjunta, usted no cumplió con las reglas aplicables para la presentación de evidencia de reclamaciones en relación con su(s) reclamación(es) y/o omitió presentar fundamentos para su(s) reclamación(es).
>
> - LA OBJECIÓN COLECTIVA PRETENDE ALTERAR SUS DERECHOS. CUALQUIER RECLAMACIÓN RECHAZADA SERÁ TRATADA COMO SI NUNCA SE HUBIESE RECIBIDO.
>
> - POR LO TANTO, USTED DEBE LEER DETENIDAMENTE ESTA NOTIFICACIÓN (INCLUIDA LA OBJECIÓN COLECTIVA) Y ANALIZARLA CON SU ABOGADO. SI NO TIENE UN ABOGADO, SE LE RECOMIENDA CONSULTAR UNO.
>
> - Las copias de la Objeción Colectiva y de todos los demás escritos presentados en los Casos al amparo del Título III, están disponibles en línea sin cargo en https://cases.primeclerk.com/puertorico.
>
> - **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (número de llamada gratuita en EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora del Atlántico) (Puede solicitar hablar en español).**

SI USTED OMITE RESPONDER DE CONFORMIDAD CON ESTA NOTIFICACIÓN, EL TRIBUNAL PODRÁ DECLARAR HA LUGAR LO SOLICITADO EN LA OBJECIÓN COLECTIVA SIN PREVIA NOTIFICACIÓN O AUDIENCIA ADICIONAL.

[*Siguen páginas adicionales*]

2

**NOTIFICACIÓN IMPORTANTE CONFORME LA REGLA LOCAL 3007-1**

Cualquier parte que hubiere sido notificada de este documento, o cualquier otra parte interviniente que se opusiere a lo solicitado en la presente, deberá notificar y presentar una respuesta a la Objeción Colectiva por escrito en la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **4:00 pm (Hora del Atlántico)** del **1 de febrero de 2019**, a menos que COFINA haya presentado una extensión por escrito. Si no se presenta una respuesta dentro del plazo previsto para ello en la presente, se considerará que la Objeción Colectiva no ha tenido oposición y se le podrá declarar ha lugar, a menos que: (1) el remedio solicitada estuviere prohibido por ley; (2) el remedio solicitada fuere contrario a la política pública, o (3) a juicio del Tribunal, se debiere actuar de otra forma en aras de la justicia. Si usted presenta una respuesta a tiempo, el tribunal podrá programar una audiencia.

## Información crítica para reclamantes que decidan presentar una respuesta

**Quién debe presentar una respuesta**. Toda parte que se oponga a la Objeción Colectiva debe presentar una respuesta con arreglo a los procedimientos que aquí se indican. Si una parte cuya reclamación es objeto de esta Objeción Colectiva omite presentar y notificar una respuesta con arreglo a los procedimientos aquí previstos, el Tribunal podrá declarar ha lugar la Objeción Colectiva en relación con dicha reclamación sin necesidad de notificación adicional al reclamante. Como fue explicado anteriormente, aunque usted no responda, la última reclamación presentada por usted será preservada para una determinación más adelante y usted recibirá notificaciones del proceso a seguir.

**Quien NO está obligado a presentar una respuesta.** Si usted no se opone a que su(s) reclamación(es) que aparecen en el Anexo A a la Objeción Colectiva sea(n) declaradas impermisible(s), no está obligado entonces a presentar una respuesta a la Objeción Colectiva por escrito y no necesita comparecer a la audiencia en la que se tratará la Objeción Colectiva (como se explica más abajo). Asimismo, la Objeción Colectiva solo se aplica a las reclamaciones incluidas en el Anexo A a la Objeción Colectiva, una copia de la cual está disponible en línea sin cargo en https://cases.primeclerk.com/puertorico. Si su reclamación no está incluida en el Anexo A a la Objeción Colectiva, no está obligado a presentar una respuesta.

**Fecha límite para presentar una respuesta**. Se considerará que su respuesta se efectuó a tiempo **únicamente si** es presentada ante del Tribunal **y** notificada antes de las **4:00 pm (Hora del Atlántico)** el **1 de febrero de 2019** a menos que COFINA prorrogue el plazo por escrito o por medio de una petición por escrito al Tribunal y una orden del Tribunal extendiendo la fecha límite.

**La fecha límite para presentar y notificar una respuesta es
4:00 pm (Hora del Atlántico) del 1 de febrero de 2019.**

**Audiencia para atender de la Objeción Colectiva**. Si se presentare y notificare correctamente una respuesta de conformidad con la presente, se llevará a cabo una audiencia para

3

atender la Objeción Colectiva y la respuesta a las **9:30 a.m. (Hora del Atlántico) del 13 de marzo de 2019**, ante la Honorable jueza Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, situado en la calle Carlos Chardón 150, Edificio Federal, San Juan, Puerto Rico 00918-1767. Si usted presenta una respuesta a la Objeción Colectiva, deberá comparecer a la Audiencia en que se atienda la Objeción Colectiva. COFINA, no obstante, se reserva el derecho, previa notificación con una antelación de tres (3) días hábiles, de aplazar la audiencia con respecto a la Objeción Colectiva y a la respuesta.

Los Deudores pueden presentar una réplica a su respuesta o responder mediante argumentaciones orales en la audiencia. Se permite que los Deudores presenten su respuesta a más tardar siete (7) días calendario antes de la audiencia en la que se trate la Objeción Colectiva y la respuesta.

**EL TRIBUNAL CONSIDERARÁ SU RESPUESTA ÚNICAMENTE SI ESTA PRESENTADA Y NOTIFICADA ANTES O EN LA FECHA LÍMITE PARA PRESENTAR UNA RESPUESTA, DE CONFORMIDAD CON LAS INSTRUCCIONES QUE SE INDICAN EN ESTA NOTIFICACIÓN.**

**Qué presentar con una respuesta.** Su respuesta a la Objeción Colectiva debe incluir la siguiente información.

(i) **Información de contacto**. La respuesta debe incluir un **nombre**, **dirección**, **número de teléfono**, y **dirección de correo electrónico** del (1) reclamante que presenta una respuesta; (2) el abogado del reclamante o un representante designado a quien el abogado de COFINA deberá notificar una réplica a la respuesta, si la hubiere; o (3) la parte con facultades para transigir, liquidar o de otro modo resolver la Objeción Colectiva en representación del reclamante.

(ii) **Leyenda**. La respuesta debe incluir una leyenda que indique el nombre del Tribunal, los nombres de los Deudores, el número de caso, el título de la Objeción Colectiva a la cual está dirigida la respuesta y, de corresponder, el(los) número(s) de la evidencia de reclamaciones relacionada proporcionado(s) por Prime Clerk (que se incluyen en el Anexo A a la Objeción Colectiva y está(n) disponible(s) en línea sin cargo en https://cases.primeclerk.com/puertorico).

(iii) **Fundamentos(s) para oponerse a la Objeción Colectiva**. La respuesta debe incluir una breve declaración que indique las razones por las cuales el Tribunal no debería declaran con lugar la Objeción Colectiva con respecto a la reclamación, incluidos los fundamentos fácticos y jurídicos en los cuales se basará el reclamante para oponerse a la Objeción Colectiva.

(iv) **Documentación de respaldo**. En la medida en que no se haya incluido ya en la evidencia de la reclamación, la respuesta debe incluir una copia de cualquier otra documentación o evidencia, con base en la cual el reclamante habrá de fundamentar su oposición a la Objeción Colectiva; disponiéndose que el reclamante no estará obligado a revelar en la respuesta información confidencial, propia o protegida; y disponiéndose, además, que el reclamante deberá revelarle a COFINA toda la información y proporcionarle copias de todos los documentos que el reclamante considere confidenciales, propios o protegidos por cualquier otra razón, y en los

4

cuales este tenga intención de basarse para fundamentar su reclamación, con sujeción a las limitaciones de confidencialidad que sean pertinentes.

**Dónde y cómo presentar y notificar una respuesta**. Cada respuesta debe presentarse de manera electrónica anteel Tribunal en *el expediente Estado Libre Asociado de Puerto Rico*, Caso No. 17 BK 3283-LTS. Existen dos maneras en las que usted puede presentar su respuesta:

1. En línea. Los usuarios ya registrados en el sistema de archivo del Tribunal deben presentar sus repuestas electrónicamente en un formato de documento portátil.

2. Por correo regular. Si usted no es un abogado ya registrado con el sistema de archivo del Tribunal, usted puede notificar y presentar su respuesta por correo a la Secretaría del Tribunal, la Junta de Supervisión y al Comité de Acreedores a la siguiente dirección:

    Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan, Puerto Rico 00918-1767

    Counsel for the Oversight Board
    Proskauer Rose LLP
    Eleven Times Square
    New York, New York 10036-8299
    Attn: Martin J. Bienenstock
    Paul V. Possinger
    Ehud Barak
    Maja Zerjal

    Counsel for the Creditors' Committee
    Paul Hastings LLP
    200 Park Avenue
    New York, New York 10166
    Attn: Luc. A. Despins
    James Bliss
    James Worthington
    G. Alexander Bongartz

    SU RESPUESTA debe ser enviada para que se reciba en la Secretaría del Tribunal, la Junta de Supervisión y el Comité de Acreedores antes de las **4:00 pm (Hora del Atlántico)** el **1 de febrero de 2019**, a menos que sea extendida por COFINA, por escrito, o mediante una petición por escrito al Tribunal y una orden del Tribunal efectuando dicha extensión de la fecha límite.

En caso de que usted no pueda notificar y presentar una respuesta en línea o por correo como se especifica anteriormente, usted debe presentar una respuesta en persona en la siguiente dirección antes de las **4:00 pm (Hora del Atlántico)** el **1 de febrero de 2019**, a menos que sea extendida por COFINA, por escrito, o mediante una petición por escrito al Tribunal y una orden del Tribunal efectuando dicha extensión de la fecha límite.

5

>Clerk's Office
>United States District Court
>#150 Chardon Avenue
>Federal Building
>San Juan, Puerto Rico 00918

Una certificación de emplazamiento debe ser incluida con su respuesta explicando cómo se diligenció el emplazamiento.

Si tiene alguna pregunta sobre la presentación y notificación de una respuesta, incluidas las preguntas sobre el sistema de archivo de casos del Tribunal, comuníquese con la **línea directa de Prime Clerk** en **(844) 822-9231**.

**Reserva de derechos**. NINGUNA PARTE DE ESTA OBJECIÓN COLECTIVA O NOTIFICACIÓN DE OBJECIÓN HA DE INTERPRETARSE COMO UNA RENUNCIA A ALGUNO DE LOS DERECHOS DEL DEUDOR, O DE CUALQUIER OTRA PARTE INTERESADA EN ESTOS CASOS, DE DISPUTAR CUALESQUIER RECLAMACIÓN, FORMULAR RECONVENCIONES, RECLAMAR DERECHOS DE COMPENSACIÓN O REEMBOLSO, PRESENTAR DEFENSAS, OBJETAR RECLAMACIONES (U OTRAS RECLAMACIONES O CUESTIONES DE FONDO DE UN RECLAMANTE) CON CUALQUIER FUNDAMENTO NO EXPUESTO PREVIAMENTE EN UNA OBJECIÓN, A MENOS QUE EL TRIBUNAL HAYA DESESTIMADO LA RECLAMACIÓN O RESUELTO DE OTRA FORMA, O A SOLICITAR LA ESTIMACIÓN DE CUALQUIER RECLAMACIÓN EN UNA FECHA POSTERIOR. LAS PARTES AFECTADAS SERÁN DEBIDAMENTE NOTIFICADAS DE ELLO EN ESE MOMENTO.

---

**Recursos adicionales y a quién contactar si tiene preguntas**

Todos los documentos presentados en los Casos al amparo del Título III, incluidas las copias de reclamos presentados con CM/ECF, están disponibles en línea sin cargos en https://cases.primeclerk.com/puertorico. Este sitio web es mantenido por Prime Clerk e incluye una base de datos de búsqueda para ayudarlo a localizar los documentos.

Si requiere información adicional sobre la Objeción Colectiva, el estado de su respuesta, su reclamación, o esta notificación, comuníquese con la línea directa de Prime Clerk al **(844) 822-9231** (línea gratuita para EE. UU. y Puerto Rico) o **(646) 486-7944** (para llamadas desde el extranjero), disponible de 10:00 a.m. a 7:00 p.m. (Hora del Atlántico) (Puede solicitar hablar en español). También puede enviar sus consultas por correo electrónico a puertoricoinfo@primeclerk.com.

---