# EXHIBIT A

## Eighth Omnibus Objection
### Exhibit A - Duplicate bond claims + Deficient bond claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ABBOTT VANDERHORST, LUIS R<br>PO BOX 1192<br>MAYAGUEZ, PR 00681 | 3/6/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 826 | $ 837,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ABBOTT VANDERHORST, LUIS R<br>PO BOX 1192<br>MAYAGUEZ, PR 00681 | 3/6/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 1014 | $ 837,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | ABBOTT, LUIS R<br>P O BOX 1192<br>MAYAGUEZ, PR 00681 | 3/12/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 2012 | $ 837,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | CAUCIO BELLO, EMILIO<br>1702 SAN MATEO<br>SAUTURCE, PR 00912 | 5/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 33159 | $ 163,256.51 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | COLOME R & SUAREZ INC<br>BOX 11351<br>CAPARRA HEIGHTS STATION<br>SAN JUAN, PR 00922-1351 | 5/9/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 12471 | $ 9,097,134.68 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

Eighth Omnibus Objection
Exhibit A - Duplicate bond claims + Deficient bond claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | DOUGLAS A ARON FAMILY TRUST<br>DOUGLAS A ARON, TRUSTEE<br>855 WORCESTER RD<br>FRAMINGHAM, MA 01701 | 5/4/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 10736 | $ 14,544,369.09 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | GARCIA, JUAN M.<br>PO BOX 191728<br>SAN JUAN, PR 00919-1728 | 5/12/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 11565 | $ 200,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | GONZALEZ QUESADA, ALDO J.<br>URB EL REMANSO<br>E2 CALLE CAUCE<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 112440 | $ 614,235.45 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | GREGORY S. BERKE AND LAUREL A. GOLDSTEIN JOINT TENANTS<br>305 REMINGTON LOOP<br>DANVILLE, CA 94526 | 5/23/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 19526 | $ 160,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | GUZMAN DE AMADOR, IRMITA<br>CONDOMINIO PLAZA DELPRADO #5<br>CALLE 833 APT. 1203B<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 81718 | $ 404,540.32* |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

Eighth Omnibus Objection
Exhibit A - Duplicate bond claims + Deficient bond claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | MARIN RULLAN, MIMOSA<br>CALLE JARDÍN N-1<br>GARDEN HILLS<br>GUAYNABO, PR 00966 | 6/23/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 38811 | $ 100,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | PAULA LIEBERMAN IRREVOCABLE TRUST<br>1760 SW 68 AVENUE<br>PLANTATION, FL 33317 | 5/4/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 9191 | $ 40,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | PUFFER, NATHAN DALE<br>5590 NORWICH PKWY APT 108<br>STILLWATER, MN 55082 | 3/19/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 3267 | $ 450,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | REXACH FELICIANO, ANOTNIO<br>#12 PARQUE LAS RAMBLAS<br>URBANIZACION PASEO DEL PARQUE<br>SAN JUAN, PR 00926 | 5/17/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 16852 | $ 1,400,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RIVERA LOPEZ DE VICTORIA, LIZZETTE<br>#12 PARQUE LAS RAMBLAS<br>URBANIZACION PASEO DEL PARQUE<br>SAN JUAN, PR 00926 | 5/17/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 22313 | $ 612,786.41 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

Eighth Omnibus Objection
Exhibit A - Duplicate bond claims + Deficient bond claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | TEISSONNIERE, CARLOS A. PESQUERA<br>PO BOX 190591<br>SAN JUAN, PR 00919 | 5/24/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 27835 | $ 1,690,000,000.00 |

Reason: Claimant asserts, in part, liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | TOTAL | $ 1,720,297,322.46* |