# **ANEXO A**

Octava Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas + Reclamaciones de Bonos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ABBOTT VANDERHORST, LUIS R<br>PO BOX 1192<br>MAYAGUEZ, PR 00681 | 3/6/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 826 | $ 837,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 2 | ABBOTT VANDERHORST, LUIS R<br>PO BOX 1192<br>MAYAGUEZ, PR 00681 | 3/6/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 1014 | $ 837,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 3 | ABBOTT, LUIS R<br>P O BOX 1192<br>MAYAGUEZ, PR 00681 | 3/12/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 2012 | $ 837,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 4 | CAUCIO BELLO, EMILIO<br>1702 SAN MATEO<br>SAUTURCE, PR 00912 | 5/25/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 33159 | $ 163,256.51 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |

## Octava Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas + Reclamaciones de Bonos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | COLOME R & SUAREZ INC<br>BOX 11351<br>CAPARRA HEIGHTS STATION<br>SAN JUAN, PR 00922-1351 | 5/9/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 12471 | $ 9,097,134.68 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 6 | DOUGLAS A ARON FAMILY TRUST<br>DOUGLAS A ARON, TRUSTEE<br>855 WORCESTER RD<br>FRAMINGHAM, MA 01701 | 5/4/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 10736 | $ 14,544,369.09 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 7 | GARCIA, JUAN M.<br>PO BOX 191728<br>SAN JUAN, PR 00919-1728 | 5/12/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 11565 | $ 200,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 8 | GONZALEZ QUESADA, ALDO J.<br>URB EL REMANSO<br>E2 CALLE CAUCE<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 112440 | $ 614,235.45 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 9 | GREGORY S. BERKE AND LAUREL A. GOLDSTEIN JOINT TENANTS<br>305 REMINGTON LOOP<br>DANVILLE, CA 94526 | 5/23/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 19526 | $ 160,000.00 |

## Octava Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas + Reclamaciones de Bonos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 10 | GUZMAN DE AMADOR, IRMITA<br>CONDOMINIO PLAZA DELPRADO #5<br>CALLE 833 APT. 1203B<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 81718 | $ 404,540.32* |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 11 | MARIN RULLAN, MIMOSA<br>CALLE JARDÍN N-1<br>GARDEN HILLS<br>GUAYNABO, PR 00966 | 6/23/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 38811 | $ 100,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 12 | PAULA LIEBERMAN IRREVOCABLE TRUST<br>1760 SW 68 AVENUE<br>PLANTATION, FL 33317 | 5/4/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 9191 | $ 40,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 13 | PUFFER, NATHAN DALE<br>5590 NORWICH PKWY APT 108<br>STILLWATER, MN 55082 | 3/19/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 3267 | $ 450,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |

## Octava Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas + Reclamaciones de Bonos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | REXACH FELICIANO, ANOTNIO<br>#12 PARQUE LAS RAMBLAS<br>URBANIZACION PASEO DEL PARQUE<br>SAN JUAN, PR 00926 | 5/17/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 16852 | $ 1,400,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 15 | RIVERA LOPEZ DE VICTORIA, LIZZETTE<br>#12 PARQUE LAS RAMBLAS<br>URBANIZACION PASEO DEL PARQUE<br>SAN JUAN, PR 00926 | 5/17/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 22313 | $ 612,786.41 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 16 | TEISSONNIERE, CARLOS A. PESQUERA<br>PO BOX 190591<br>SAN JUAN, PR 00919 | 5/24/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 27835 | $ 1,690,000,000.00 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 1,720,297,322.46* |