**EXHIBIT A**

## Ninth Omnibus Objection
### Exhibit A - Duplicate Bond Claims + Incorrect Debtor Bond Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALBRIGHT, JEANETTE R<br>ENHANCED MUNICIPAL MANAGERS<br>ATTN: ROBERT D ALBRIGHT JR.<br>601 CARLSON PARKWAY<br>SUITE 1125<br>MINNETONKA, MN 55305 | 14474 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Secured | $239,658.06 | Commonwealth of Puerto Rico | Secured | $163,678.89 |

Reason: Claimant asserts liabilities of $75,979.17 associated with municipal bond(s) issued by Puerto Rico Sales Tax Financing Corporation (COFINA), which are duplicative of the master proof of claim filed by the trustee of these bond(s). In addition, proof of claim purports to asserts liabilities of $163,678.89 against COFINA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ANTONIO M. TOCA LORENZO AND CARMELINA CRUZ GARCIA<br>CALLE PASEO HERRADURA<br>109 PARQUE DEL RIO<br>TRUJILLO ALTO, PR 00976 | 5614 | Puerto Rico Sales Tax Financing Corporation (COFINA) | 503(b)(9) | Undetermined* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |
| | | | Puerto Rico Sales Tax Financing Corporation (COFINA) | Secured | $175,000.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $125,000.00* |
| | | | | Sub Total | $175,000.00* | | Sub Total | $125,000.00* |

Reason: Claimant asserts liabilities of $50,000 associated with municipal bond(s) issued by Puerto Rico Sales Tax Financing Corporation (COFINA), which are duplicative of the master proof of claim filed by the trustee of these bond(s). In addition, proof of claim purports to asserts liabilities of $125,000 against COFINA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BUSQUETS LLORENS, SALVADOR<br>ATOCHA 106 APT 3<br>PONCE, PR 00730-3704 | 20438 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Secured | $320,000.00 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $295,000.00 |

Reason: Claimant asserts liabilities of $25,000 associated with municipal bond(s) issued by Puerto Rico Sales Tax Financing Corporation (COFINA), which are duplicative of the master proof of claim filed by the trustee of these bond(s). In addition, proof of claim purports to asserts liabilities of $295,000 against COFINA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | COTO RAMOS, LAZARO<br>P.O. BOX 362442<br>SAN JUAN, PR 00936 | 125045 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $306,407.80 | Commonwealth of Puerto Rico | Unsecured | $85,431.31 |

Reason: Claimant asserts liabilities of $220,976.49 associated with municipal bond(s) issued by Puerto Rico Sales Tax Financing Corporation (COFINA), which are duplicative of the master proof of claim filed by the trustee of these bond(s). In addition, proof of claim purports to asserts liabilities of $85,431.31 against COFINA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico.

**Ninth Omnibus Objection**
**Exhibit A - Duplicate Bond Claims + Incorrect Debtor Bond Claims**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | JUAN A BARNES VELEZ TERESA ZAMORA TAIDE 3380 CALLE DONA JUANA / URB VISTA POINT PONCE, PR 00716 | 4617 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $210,000.00 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $50,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $50,000.00 |
| | | | | | | | Sub Total | $100,000.00 |

Reason: Claimant asserts liabilities of $110,000 associated with municipal bond(s) issued by Puerto Rico Sales Tax Financing Corporation (COFINA), which are duplicative of the master proof of claim filed by the trustee of these bond(s). In addition, proof of claim purports to asserts liabilities of $100,000 against COFINA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority ($50,000) and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ($50,000).

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | SALDANA NUNEZ, JORGE E 154 MARTINETE MONTEHIEDRA SAN JUAN, PR 00926 | 99374 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Secured | $235,000.00 | Puerto Rico Electric Power Authority | Secured | $25,000.00 |

Reason: Claimant asserts liabilities of $210,000 associated with municipal bond(s) issued by Puerto Rico Sales Tax Financing Corporation (COFINA), which are duplicative of the master proof of claim filed by the trustee of these bond(s). In addition, proof of claim purports to asserts liabilities of $25,000 against COFINA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts