**ANEXO A**

**Novena Objeción Colectiva**
**Anexo A – Reclamaciones de Bonos Duplicadas + Reclamaciones de Bonos contra el Deudor Incorrecto**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALBRIGHT, JEANETTE R ENHANCED MUNICIPAL MANAGERS ATTN: ROBERT D ALBRIGHT JR. 601 CARLSON PARKWAY SUITE 1125 MINNETONKA, MN 55305 | 14474 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Garantizada | $239,658.06 | El Estado Libre Asociado de Puerto Rico | Garantizada | $163,678.89 |

Base para: El demandante reclama una obligación de $75,979.17 vinculada a uno o más bonos municipales emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), que es un duplicado de la evidencia de reclamación principal presentada por el fiduciario de estos bonos. Además, la evidencia de la reclamación pretende plantear una obligación de $163,678.89 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | ANTONIO M. TOCA LORENZO AND CARMELINA CRUZ GARCIA CALLE PASEO HERRADURA 109 PARQUE DEL RIO TRUJILLO ALTO, PR 00976 | 5614 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 503(b)(9) | Indeterminado* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* |
| | | | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Garantizada | $175,000.00* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $125,000.00* |
| | | | | Sub Total | $175,000.00* | | | |
| | | | | | | | Sub Total | $125,000.00* |

Base para: El demandante reclama una obligación de $50,000 asociada a uno o más bonos municipales emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), que es un duplicado de la evidencia de reclamación principal presentada por el fiduciario de estos bonos. Asimismo, la evidencia de reclamación pretende reclamar una obligación de $125,000 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | BUSQUETS LLORENS, SALVADOR ATOCHA 106 APT 3 PONCE, PR 00730-3704 | 20438 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Garantizada | $320,000.00 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $295,000.00 |

Base para: El demandante reclama una obligación de $25,000 asociada a uno o más bonos municipales emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), que es un duplicado de la evidencia de reclamación principal presentada por el fiduciario de estos bonos. Además, la evidencia de reclamación pretende reclamar una obligación de $295,000 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | COTO RAMOS, LAZARO P.O. BOX 362442 SAN JUAN, PR 00936 | 125045 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | No Garantizada | $306,407.80 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,431.31 |

Base para: El demandante reclama una obligación de $220,976.49 asociada al/a los bono(s) emitido(s) por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), que es un duplicado de la evidencia de reclamación principal presentada por el fiduciario de este/estos bono(s). Asimismo, la evidencia de la reclamación pretende reclamar una obligación de $85,431.31 en contra de COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico.

**Novena Objeción Colectiva**
**Anexo A – Reclamaciones de Bonos Duplicadas + Reclamaciones de Bonos contra el Deudor Incorrecto**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | JUAN A BARNES VELEZ TERESA ZAMORA TAIDE 3380 CALLE DONA JUANA / URB VISTA POINT PONCE, PR 00716 | 4617 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | No Garantizada | $210,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $50,000.00 |
| | | | | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |
| | | | | | | | Sub Total | $100,000.00 |

Base para: El demandante reclama una obligación de $110,000 vinculada a uno o más bonos municipales emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), que es un duplicado de la evidencia de reclamación principal presentada por el fiduciario de este o estos bonos. Por otra parte, la evidencia de la reclamación pretende reclamar obligaciones por $100,000 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico ($50,000) y el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ($50,000).

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | SALDANA NUNEZ, JORGE E 154 MARTINETE MONTEHIEDRA SAN JUAN, PR 00926 | 99374 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Garantizada | $235,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $25,000.00 |

Base para: El demandante reclama una obligación de $210,000 asociada al/a los bono(s) municipal(es) emitido(s) por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de este/estos bono(s). Además, la evidencia de la reclamación pretende reclamar una obligación por $25,000 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.