# **EXHIBIT A**

**Tenth Omnibus Objection**

**Exhibit A - Duplicate Bond Claims + Incorrect Debtor Bond Claims + Deficient Bond Claims**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | GRIFFETH, DOYLE W<br>801 IDEAL PLACE<br>WINDER, GA 30680 | 5612 | Puerto Rico Sales Tax Financing Corporation (COFINA) | 503(b)(9) | $360,000.00 | Puerto Rico Highways and Transportation Authority | 503(b)(9) | $44,954.37 |

Reason: Claimant asserts, in part, liabilities associated of $13,122.53 with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors. In addition, claimant purports to assert, in part, liabilities of $44,954.37 against COFINA, but the proof of claim, supporting documentation, and/or the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would reside, if at all, under Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | GT FIXED INCOME FUND LP<br>MANAGED ACCOUNT MANAGERS<br>ATTN: ROLAND A JACOBUS<br>601 CARLSON PARKWAY<br>SUITE 1125<br>MINNETONKA, MN 55305 | 11503 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Secured | $106,345.76 | Puerto Rico Highways and Transportation Authority | Secured | $10,206.67 |

Reason: Claimant asserts, in part, liabilities associated of $91,070.55 with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors. In addition, claimant purports to assert, in part, liabilities of $10,206.67 against COFINA, but the proof of claim, supporting documentation, and/or the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would reside, if at all, under Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | GT FIXED INCOME FUND LP<br>ASA MANAGED ACCOUNT MANAGERS<br>ATTN: ROLAND A JACOBUS<br>601 CARLSON PARKWAY<br>SUITE 1125<br>MINNETONKA, MN 55305 | 18393 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Secured | $106,345.76 | Puerto Rico Highways and Transportation Authority | Secured | $10,206.67 |

Reason: Claimant asserts, in part, liabilities associated of $91,070.55 with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine for this portion of the claim whether claimant has a valid claim against COFINA or any of the other Title III debtors. In addition, claimant purports to assert, in part, liabilities of $10,206.67 against COFINA, but the proof of claim, supporting documentation, and/or the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would reside, if at all, under Puerto Rico Highways and Transportation Authority.