# **ANEXO A**

**Décima Objeción Colectiva**

**Anexo A – Reclamaciones de Bonos Duplicadas + Reclamaciones de Bonos contra el Deudor Incorrecto + Reclamaciones de Bonos Deficientes**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | GRIFFETH, DOYLE W<br>801 IDEAL PLACE<br>WINDER, GA 30680 | 5612 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 503(b)(9) | $360,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | 503(b)(9) | $44,954.37 |

Base para: El demandante reclama, en parte, una obligación de $13,122.53 asociada a uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. Asimismo, el demandante pretende reclamar, en parte, una obligación de $44,954.37 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | GT FIXED INCOME FUND LP<br>MANAGED ACCOUNT MANAGERS<br>ATTN: ROLAND A JACOBUS<br>601 CARLSON PARKWAY<br>SUITE 1125<br>MINNETONKA, MN 55305 | 11503 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Garantizada | $106,345.76 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $10,206.67 |

Base para: El demandante reclama, en parte, una obligación de $91,070.55 con uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. Adicionalmente, el demandante pretende reclamar, en parte, una obligación de $10,206.67 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | GT FIXED INCOME FUND LP<br>ASA MANAGED ACCOUNT MANAGERS<br>ATTN: ROLAND A JACOBUS<br>601 CARLSON PARKWAY<br>SUITE 1125<br>MINNETONKA, MN 55305 | 18393 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Garantizada | $106,345.76 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $10,206.67 |

Base para: El demandante reclama, en parte, una obligación de $91,070.55 con uno o más bonos municipales emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar fundamentos o documentación de respaldo para plantear una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar para esta parte de la reclamación si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III. Adicionalmente, el demandante pretende reclamar, en parte, una obligación de $10,206.67 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico.