# **EXHIBIT B**

**Declaration of Jay Herriman**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF PUERTO RICO SALES TAX FINANCING CORPORATION'S TENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DUPLICATE, DEFICIENT, AND INCORRECT DEBTOR BOND CLAIMS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.    I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]   Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2. In my capacity as Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for COFINA.

3. I submit this declaration in support of *Puerto Rico Sales Tax Financing Corporation's Tenth Omnibus (Non-Substantive) Objection to Duplicate, Deficient, and Incorrect Debtor Bond Claims* (the "Tenth Omnibus Objection"). I have personally reviewed the Tenth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Tenth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Tenth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be partially disallowed and partially reclassified, as identified in the column titled "Asserted" in Exhibit A to the Tenth Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims identified in the column titled "Asserted" in Exhibit A to the Tenth Omnibus Objection (the "Duplicate, Deficient, and Incorrect Debtor Bond Claims") each include a portion asserting liability associated with municipal bond(s) issued by COFINA. To the extent the Duplicate, Deficient, and Incorrect Debtor Bond Claims assert liabilities associated with municipal bonds issue by COFINA, these claims are duplicative of one or more of the master proofs of claim filed in COFINA's Title III Case by the trustee for such bonds pursuant to the Bar Date Orders, and thus COFINA requests

2

that this portion of the Duplicate, Deficient, and Incorrect Debtor Bond Claims be disallowed to prevent multiple recoveries by the claimants.

6. To the best of my knowledge, information, and belief, in the same proof of claim, another portion of each of the Duplicate, Deficient, and Incorrect Debtor Bond Claims purports to assert liability associated with municipal bond(s) not issued by COFINA or any of the other Debtors, and/or purports to assert liability associated with mutual funds, yet failed to provide a basis for asserting a claim against COFINA (or any of the Debtors) based on these bonds or funds. Accordingly, COFINA is unable to determine the validity of this portion of the Duplicate, Deficient, and Incorrect Debtor Bond Claims, due to this failure to provide a basis, and requests that this portion of the claim be disallowed as well.

7. To the best of my knowledge, information, and belief, in the same proof of claim, yet another portion of each of the Duplicate, Deficient, and Incorrect Debtor Bond Claims asserts liability associated with municipal bond(s) issued by another of the other Debtors, not COFINA. With regard to these portions of the Duplicate, Deficient, and Incorrect Debtor Bond Claims, the claimant failed to provide a valid justification for asserting this portion of the claim against COFINA, and a review of the proofs of claim, supporting documentation provided by the claimant, and/or the CUSIP information has determined that any liability for the bonds at issue would appropriately lie, if at all, with the Title III debtor(s) identified in the column titled "Corrected" in Exhibit A to the Tenth Omnibus Objection.

8. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Tenth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of COFINA and its creditors.

3

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 4, 2018

By: <u>/s/ Jay Herriman</u>
Jay Herriman

4

## **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>                                                             Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA DÉCIMA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE DE PUERTO RICO CONTRA RECLAMACIONES DE BONOS DUPLICADAS, DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO**

    Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.), § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

    1.    Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los Deudores iniciados de conformidad con la *Ley de Supervisión, Administración y Estabilidad*

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

*Económica de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de COFINA.

3. Presento esta Declaración en respaldo de la *Décima Objeción Colectiva (no sustantiva) de la Corporación del Fondo de Interés Apremiante de Puerto Rico contra las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto* (la "Décima Objeción Colectiva"). He revisado personalmente la Décima Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4. Como preparación para la presentación de la Décima Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Décima Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida. Estos esfuerzos permitieron identificar las reclamaciones para ser parcialmente desestimadas y parcialmente reclasificadas, tal como se las consigna en la columna titulada "Formuladas" en el Anexo A a la Décima Objeción Colectiva.

5. A mi leal saber y entender, las reclamaciones identificadas en la columna titulada "Formuladas" del Anexo A a la Décima Objeción Colectiva (las "Reclamaciones de Bonos

---

[2] PROMESA está codificada en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

2

Duplicadas, Deficientes y contra el Deudor Incorrecto") incluyen, cada una, una parte que reclama una obligación asociada a uno o más bonos municipales emitidos por COFINA. En la medida en que las Reclamaciones de Bonos Duplicadas, Deficientes y contra el Deudor Incorrecto reclamen obligaciones asociadas a bonos municipales emitidos por COFINA, tales reclamaciones son duplicados de una o más evidencias de reclamaciones maestras presentadas en el Caso COFINA al amparo del Título III por el fiduciario de dichos bonos, en virtud de las Resoluciones que establecen Fechas Límite; por lo tanto, COFINA solicita que esta parte de las Reclamaciones de Bonos Duplicadas, Deficientes y contra el Deudor Incorrecto sea desestimada a fin de evitar múltiples indemnizaciones a los demandantes.

6. A mi leal saber y entender, en la misma evidencia de reclamación, otra parte de cada una de las Reclamaciones de Bonos Duplicadas, Deficientes y contra el Deudor Incorrecto pretende plantear una obligación asociada a uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros Deudores, y/o pretende reclamar una obligación vinculada a fondos de inversión; sin embargo, omite proporcionar un fundamento para formular una reclamación contra COFINA (o cualquiera de los Deudores) fundada en estos bonos o fondos. En consecuencia, COFINA no puede determinar la validez de esta parte de las Reclamaciones de Bonos Duplicadas, Deficientes y contra el Deudor Incorrecto debido a la omisión de proporcionar un fundamento, y solicita que esta parte de la reclamación también sea desestimada.

7. A mi leal saber y entender, en la misma evidencia de reclamación existe todavía otra parte de cada Reclamación de Bonos Duplicada, Deficiente y contra el Deudor Incorrecto que reclama una obligación asociada a uno o más bonos municipales emitidos por otro Deudor que no es COFINA. Con respecto a estas partes de las Reclamaciones de Bonos Duplicadas, Deficientes o contra el Deudor Incorrecto, el demandante omitió proporcionar una justificación válida para

3

formular esta parte de la reclamación contra COFINA, y la revisión de las evidencias de reclamaciones, la documentación de respaldo aportada por el demandante y/o la información del CUSIP ha determinado que cualquier obligación relativa a los bonos en disputa recaería apropiadamente, si así fuere, sobre el o los deudores del caso al amparo del Título III identificados en la columna titulada "Corregido", en el Anexo A a la Décima Objeción Colectiva.

8. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Décima Objeción Colectiva y en los anexos a la misma es verdadera y correcta, y el remedio allí solicitado es beneficioso para COFINA y sus acreedores.

9. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo antedicho es verdadero y correcto según mi leal saber y entender

Fecha: 4 de diciembre de 2018

Por: [*Firma en la versión en inglés*]
Jay Herriman

4