**Eleventh Omnibus Objection**
**Exhibit A - Incorrect Debtor Bond Claims + Deficient Bond Claims**

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | RHODES, DAVID<br>214 EAST 21ST STREET<br>NEW YORK, NY 10010 | 7784 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $450,000.00* | Puerto Rico Electric Power Authority | Unsecured | $100,000.00* |

Reason: Claimant purports to assert liabilities of $100,000.00 against COFINA, but the proof of claim, supporting documentation, and/or the CUSIP information for the bonds at issue show that any liability for this portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4139 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $300,000.00 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $131,640.23 |

Reason: Claimant purports to assert liabilities of $131,640.23 against COFINA, but the proof of claim, supporting documentation, and/or the CUSIP information for the bonds at issue show that any liability for this portion of the claim would reside, if at all, under Employees Retirement System of the Government of the Commonwealth of Puerto Rico. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | VICENTE GONZALES, HAROLD D<br>526 TINTIOLLO HILLS RD<br>GUAYNABO, PR 00966 | 29823 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Secured | Undetermined* | Puerto Rico Electric Power Authority | Secured | Undetermined* |

Reason: Claimant purports to assert liabilities of an undetermined against COFINA, but the proof of claim, supporting documentation, and/or the CUSIP information for the bonds at issue show that any liability for this portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or municipal bond(s) not issued by COFINA or any of the other Title III debtors, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

\* Indicates claim contains unliquidated and/or undetermined amounts