**ANEXO A**

**Décima Primera Objeción Colectiva**

**Anexo A – Reclamaciones de Bonos contra el Deudor Incorrecto + Reclamaciones de Bonos Deficientes**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | RHODES, DAVID 214 EAST 21ST STREET NEW YORK, NY 10010 | 7784 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | No Garantizada | $450,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00* |

Base para: El demandante pretende reclamar una obligación de $100,000.00 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la información del CUSIP de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar ningún fundamento o documentación de respaldo para formular una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | SIFONTES, TOMÁS C M1 CALLE 9 URB. PRADO ALTO GUAYNABO, PR 00966 | 4139 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | No Garantizada | $300,000.00 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $131,640.23 |

Base para: El demandante pretende reclamar una obligación de $131,640.23 contra COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la información del CUSIP de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar ningún fundamento o documentación de respaldo para formular una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | VICENTE GONZALES, HAROLD D 526 TINTIOLLO HILLS RD GUAYNABO, PR 00966 | 29823 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | Indeterminado* |

Base para: El demandante pretende reclamar una obligación por un monto indeterminado en contra de COFINA, pero la evidencia de la reclamación, la documentación de respaldo y/o la información del CUSIP de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos de inversión y/o uno o más bonos municipales no emitidos por COFINA ni por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar ningún fundamento o documentación de respaldo para formular una reclamación contra COFINA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra COFINA o cualquiera de los otros deudores al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados