## **EXHIBIT D**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING PUERTO RICO SALES TAX FINANCING CORPORATION'S ELEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT AND INCORRECT DEBTOR BOND CLAIMS**

Upon the *Eleventh Omnibus Objection (Non-Substantive) to Duplicate and Incorrect Debtor Bond Claims* ("Eleventh Omnibus Objection")[2] filed by the Puerto Rico Sales Tax Financing Corporation ("COFINA"), dated December 4, 2018, for entry of an order disallowing in their entirety certain claims filed against COFINA, as more fully set forth in the Eleventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Eleventh Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3];

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Eleventh Omnibus Objection.

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Eleventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Eleventh Omnibus Objection (collectively, the "Deficient and Incorrect Debtor Bond Claims") having both (a) failed to comply with the applicable rules and the Bar Date Orders by not providing a basis for a portion of the claim, and (b) improperly identifying COFINA as obligor, when a portion of the claim is properly asserted, if at all, against another of the Debtors, as identified in the column titled "Corrected" in Exhibit A; and the Court having determined that the relief sought in the Eleventh Omnibus Objection is in the best interest of COFINA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Eleventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Eleventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that, to the extent the Deficient and Incorrect Debtor Bond Claims assert liability associated with municipal bond(s) issued by one or more of the Debtors other than COFINA, that portion of the claim, as identified in the column titled "Correct" in Exhibit A to the Tenth Omnibus Objection, is hereby reclassified to be a claim asserted against the Title III debtor(s) indicated in the column titled "Correct" in Exhibit A to the Tenth Omnibus Objection; and it is further

ORDERED that any remaining portion of the Deficient and Incorrect Debtor Bond Claims is hereby disallowed; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the portions of the Deficient and Incorrect Debtor Bond Claims identified in the column titled "Corrected" in <u>Exhibit A</u> to the Eleventh Omnibus Objection from COFINA's Title III Case (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474) to the Title III case for the debtor(s) identified in the column titled "Corrected" in <u>Exhibit A</u> to the Eleventh Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                      Honorable Judge Laura Taylor Swain
                                      United States District Judge

# **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br>                                            Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**UNA RESOLUCIÓN QUE DECLARA CON LUGAR A LA UNDÉCIMA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE DE PUERTO RICO CONTRA LAS RECLAMACIONES DE BONOS DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO**

En virtud de *la Undécima Objeción Colectiva (no sustantiva) a las Reclamaciones de Bonos Deficientes y contra el Deudor Incorrecto* ("Undécima Objeción Colectiva")[2] presentada por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), de fecha 4 de diciembre de 2018, para que se dicte una resolución que desestime por completo determinadas reclamaciones presentadas en contra de COFINA, como se explica con mayor detalle en la Undécima Objeción Colectiva y los anexos que la respaldan; y que el Tribunal posee jurisdicción

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

[2] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Undécima Objeción Colectiva.

para considerar la Undécima Objeción Colectiva y conceder el remedio allí solicitado, de conformidad con la Sección 306(a) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[3]; y la jurisdicción es la adecuada de conformidad con la Sección 307(a) de PROMESA; y considerando que se ha dado notificación debida y adecuada de la Undécima Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en la columna titulada "Formuladas" en el Anexo A a la Undécima Objeción Colectiva (en conjunto, las "Reclamaciones de Bonos Deficientes y contra el Deudor Incorrecto") ha (a) omitido cumplir con las reglas aplicables y las Resoluciones que establecen Fechas Límite al no proporcionar un fundamento para una parte de la reclamación, e (b) identificó inadecuadamente a COFINA como deudor, cuando una parte de la reclamación se encuentra correctamente planteada, en su caso, contra otro de los Deudores, como se identifica en la columna "Corregido" en el Anexo A; y habiendo determinado el Tribunal que el remedio solicitado en la Undécima Objeción Colectiva es beneficioso para COFINA, sus acreedores y todas las partes interesadas; y habiendo determinado el Tribunal que los fundamentos jurídicos y fácticos expuestos en la Undécima Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

DECLARA HA LUGAR a la Undécima Objeción Colectiva tal como está formulada en el presente; y además se

DISPONE que, en la medida en que las Reclamaciones de Bonos Deficientes y contra el Deudor Incorrecto reclamen una obligación asociada a uno o más bonos municipales emitidos por

---

[3] PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

2

uno o más de los Deudores que no sean COFINA, dicha parte de la reclamación, como se la identifica en la columna "Corregido" en el Anexo A a la Undécima Objeción Colectiva, quede reclasificada como una reclamación esgrimida contra el o los deudores del caso iniciado al amparo del Título III, indicada en la columna "Corregido" en el Anexo A a la Décima Objeción Colectiva; y asimismo se

DISPONE que cualquier parte remanente de las Reclamaciones de Bonos Deficientes y contra el Deudor Incorrecto quede por este medio desestimada; y además se

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas, y asimismo se

DISPONE que Prime Clerk está autorizado y se le ordena que, en el registro oficial de reclamaciones en los casos iniciados al amparo de la ley PROMESA, mueva las partes de las Reclamaciones de Bonos Deficientes y contra el Deudor Incorrecto identificadas en la columna "Corregido" en el Anexo A a la Undécima Objeción Colectiva en el proceso de COFINA al amparo del Título III (Caso de quiebra No. 17 BK 3284-LTS) (Últimos cuatro dígitos del ID del Impuesto Federal: 8474) al proceso iniciado al amparo del Título III correspondiente al/a los deudor(es) identificado(s) en la Columna "Corregido" en el Anexo A a la Undécima Objeción Colectiva; y asimismo se

DISPONE que este Tribunal mantendrá la jurisdicción para entender y dirimir todas las cuestiones que surjan o estén relacionadas con la aplicación, interpretación o ejecución de esta Resolución.

Fecha: _____

                                         Honorable Jueza Laura Taylor Swain
                                         Jueza de Distrito de los Estados Unidos

3