## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>           as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                      Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### POPULAR, INC., POPULAR SECURITIES LLC, AND BANCO POPULAR DE PUERTO RICO'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD (A. TORO-LAVERGNE) AND <u>SUBSTITUTION OF LOCAL COUNSEL</u>

Popular, Inc. ("<u>Popular</u>"), Popular Securities LLC ("<u>Popular Securities</u>"), and Banco Popular de Puerto Rico ("<u>Banco Popular</u>," and collectively with Popular and Popular Securities, the "<u>Popular Entities</u>") respectfully state and request as follows:

1. The Popular Entities have appeared for limited purposes in the captioned proceedings through Young Conaway Stargatt & Taylor, LLP (*pro hac vice*) and through local counsel Angélica Toro-Lavergne.

2. Ms. Toro-Lavergne respectfully requests that the Court grant her leave to withdraw as counsel of record for the Popular Entities in this and related PROMESA proceedings.

3. At the same time, Ms. Donna A. Maldonado-Rivera requests that the Court take notice of her appearance as counsel on behalf of the Popular Entities and allow her to substitute Ms. Toro Lavergne as such.

4. Young Conaway Stargatt & Taylor, LLP will continue representing the Popular Entities in this proceeding. For purposes of Local Rule 83(f) of the District of Puerto Rico, from this point forward Young Conaway Stargatt & Taylor, LLP will continue working with Ms. Maldonado-Rivera as local counsel, who shall participate as such in all proceedings, unless excused by the Court.

Dated: December 5, 2018

Respectfully submitted,

*/s/ Angélica Toro-Lavergne*
USDC-PR Bar No. 214804

Popular Center-9th Floor
209 Muñoz Rivera Ave.
San Juan, P.R. 00918
Telephone: 787-753-1017
Facsimile: 787-754-4984
E-mail: Angélica.Toro@popular.com

*/s/ Donna A. Maldonado-Rivera*
USDC-PR Bar No. 219008

Popular Center-9th Floor
209 Muñoz Rivera Ave.
San Juan, P.R. 00918
Telephone: 787-753-1017
Facsimile: 787-754-4984
E-mail: Donna.Maldonado@popular.com

-and-

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ John T. Dorsey*
James L. Patton (*admitted pro hac vice*)
Robert S. Brady (*admitted pro hac vice*)
John T. Dorsey (*admitted pro hac vice*)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

2

E-mail: jdorsey@ycst.com

*Counsel to Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico*