# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>    Debtor.<br>_____<br><br>**ASOCIACIÓN PUERTORRIQUEÑA DE LA JUDICATURA, INC.,**<br><br>    Movant,<br><br>v.<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>    Respondent. | **BANKRUPTCY NO. 17-3283**<br>(CIVIL NO. 17-1578)<br><br><br>RE:<br>Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), Tittle III Petition for Adjustment of Debts |

## CERTIFICATE OF SERVICE

I, Ileana C. Cardona Fernández, certify that I am over the age of eighteen years old and employed by Indiano & Williams, P.S.C. and that on December 3rd, 2018 I caused the *Motion for Relief from Stay* (DN 4398) to be served upon the following parties by sending a true and correct copy by email on the parties listed on <u>Exhibit A</u> and by sending a true and correct copy by overnight mail to the Office of the United States Trustee for the District of Puerto Rico as listed on <u>Exhibit B</u>.

Dated: December 10th, 2018

*s/ Ileana C. Cardona Fernández*
Ileana C. Cardona Fernández

**EXHIBIT A**
Via E-mail

<u>Oversight Board</u>
Proskauer Rose LLP
Eleven Times Square New York, NY 10036
Attn: Martin J. Bienenstock, Esq.
(mbienenstock@proskauer.com)
Ehud Barak, Esq.
(ebarak@proskauer.com)

Proskauer Rose LLP
70 West Madison Street Chicago, IL 60602
Attn: Paul V. Possinger, Esq.
(ppossinger@proskauer.com)

<u>Oversight Board</u>
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.
(hermann.bauer@oneillborges.com)

<u>Puerto Rico Fiscal Agency and Financial Advisory Authority</u> O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
 (jrapisardi@omm.com)
Suzzanne Uhland, Esq.
(suhland@omm.com)
Diana M. Perez, Esq.
(dperez@omm.com)

<u>Puerto Rico Fiscal Agency and Financial Advisory Authority</u> Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
 (lmarini@mpmlawpr.com)
Carolina Velaz-Rivero Esq.
(cvelaz@mpmlawpr.com)

<u>Official Committee of Unsecured Creditors</u>
Paul Hastings LLP
200 Park Ave.

New York, NY 10166
Attn: Luc. A Despins, Esq.
(lucdespins@paulhastings.com)

Official Committee of Unsecured Creditors
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901
Attn: Juan J. Casillas Ayala, Esq.
(jcasillas@cstlawpr.com)
Alberto J.E. Añeses Negrón, Esq.
(aaneses@cstlawpr.com)

Official Committee of Retired Employees
Jenner & Block LLP
919 Third Ave.
New York, NY 10022
Attn: Robert Gordon, Esq.
(rgordon@jenner.com)
Richard Levin, Esq.
(rlevin@jenner.com)

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq.
(csteege@jenner.com)
Melissa Root, Esq.
(mroot@jenner.com)

Official Committee of Retired Employees
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A 416
Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq.
(ajb@bennazar.org)

Brady Williamson
(Bwilliam@gklaw.com)
Andrew Dalton
(adalton@gklaw.com)

**EXHIBIT B**

Via Overnight Mail

<u>Office of the United States Trustee for the District of Puerto Rico</u>
 Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901