# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,[1] *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

## CERTIFICATE OF SERVICE

I, Walter Benzija, certify that I am over the age of 18 years old, reside in the State of New Jersey and am a partner with firm of Halperin Battaglia Benzija, LLP, counsel to Lehman Brothers Holdings, Inc., as Plan Administrator for Lehman Brothers Special Financing, Inc. ("Lehman"). On December 6, 2018, I certify that I personally caused the *Response and Reservation of Rights*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

{00283804.1 / 1230-001 }

*of Lehman Brothers Holdings Inc., as Plan Administrator for Lehman Brothers Special Financing Inc. to the Motion of Puerto Rico Sales Tax Financing Corporation Pursuant to Bankruptcy Code Section 365(a), for Entry of an Order Authorizing Rejection of the Debt Service Deposit Agreement with Lehman Brothers Special Financing Inc.* [Docket No. 381 in Case No. 17-3284] (the "Response"), to be served on the parties identified in Exhibit A by means of electronic mail.

/s/ Walter Benzija
Walter Benzija

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of December 2018.

**I HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the US Trustee and to all those parties registered to receive notice within the electronic notification service.

| **HALPERIN BATTAGLIA BENZIJA, LLP** | **C. CONDE & ASSOC.** |
|---|---|
| By: /s/Walter Benzija | By:/s/ Carmen D. Conde Torres<br>Carmen D. Conde Torres<br>USDC No.: 207312 |
| Walter Benzija (*admitted pro hac vice*)<br>Alan D. Halperin ( admitted *pro hac vice*)<br>Debra J. Cohen (admitted *pro hac vice*) | /s/ Luisa S. Valle Castro<br>Luisa S. Valle Castro<br>USDC No.: 215611 |
| 40 Wall Street<br>New York, New York 10005<br>Telephone: (212) 765-9100<br>Facsimile: (212) 765-0964<br>ahalperin@halperinlaw.net<br>wbenzija@ halperinlaw.net<br>dcohen@halperinlaw.net | 254 San José Street<br>Suite 5<br>San Juan, PR 000901-1523<br>Telephone: 787-729-2900<br>Facsimile:787-729-2203<br><br>Email:condecarmen@condelaw.com<br>Email: ls.valle@condelaw.com |

{00283804.1 / 1230-001 }

**In re: The Commonwealth of Puerto Rico, et al.**
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Oversight Board | Proskauer Rose, LLP O'Neill & Borges, LLC | Attn: Martin J. Bienenstock, Esq., Brian S. Rosen, Esq. Jeffrey W. Levitan, Esq. and Chris Theodoridis, Esq. | mbienenstock@proskauer.com JLevitan@proskauer.com BRosen@proskauer.com hermann.bauer@oneillborges.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP Marini Pietrantoni Muniz, LLC | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Luis C. marini-Biaggi, Esq. | jrapisardi@omm.com suhland@omm.com pfriedman@omm.com lmarini@mpmlawpr.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E. | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez | kstipec@amgprlaw.com pjime@icepr.com pjime@lawfirm-pr.com |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Daniel M. McDermott | USTP.Region21@usdoj.gov |

Blumberg No. 5117