UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION (COFINA), | |
| Debtor. | |

-------------------------------------------------------------x

NOTICE REGARDING THE PROPER METHOD FOR SUBMISSION OF
OBJECTIONS TO THE PROPOSED COFINA PLAN OF ADJUSTMENT

The Court has learned that a financial advisor has disseminated incorrect information regarding the submission of objections to the proposed plan of adjustment for the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Puerto Rico Sales Tax Financing Corporation ("COFINA"). Parties who wish to lodge objections to the proposed plan of adjustment should refer to the Court's order approving, among other things, the proper procedures for the submission of such objections (the "Order," Docket Entry No. 375 in Case No. 17-3284). Only objections that have been filed and served in accordance with those procedures will be recognized in connection with the motion for confirmation of the proposed plan of adjustment. Communications sent to the Court by email or made through any other method that does not comply with the procedures established in the Order will not be recognized as objections to the confirmation motion.

Although the Court reviews all materials submitted to its correspondence inbox, as well as all physical letters received by chambers, such materials do not constitute formal submissions in the proceedings that are before the Court. As such, such email correspondence and letters concerning the proposed plan of adjustment for COFINA will not be considered or included in the Court's analysis of the legal issues associated with the motion for confirmation of the proposed plan. The Court will only consider legal submissions that are properly filed on the docket and served on other parties in interest, as required by the Order.

SO ORDERED.

Dated: December 10, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge