Estado Libre Asociado De Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
Sala Superior De San Juan

| | |
|---|---|
| FRENTE UNIDO DE POLICIAS ORGANIZADOS DE PR (FUPO) Y/O<br>Demandante<br><br>Vs.<br>ELA DE PR, POLICIA DE PR Y/O<br>Demandado | Civil Núm. K AC2007-4170<br><br>Sobre:<br><br>SENTENCIA DECLARATORIA |

## - MINUTA -

A la Conferencia sobre el Estado del caso señalada para hoy, compareció el Lcdo. José F. Avilés Lamberty en representación de la parte demandante; el Lcdo. Edgardo Hernández Vélez y la Lcda. Nydia Rodríguez Martínez en representación del Concilio Nacional de Policías; el Lcdo. Manuel Díaz Lugo en representación del ELA de P. R. y la licenciada Aida De la Rosa en representación de la Policía de P. R.

Los abogados se reunieron en cámara con el Magistrado. El licenciado Díaz informa que están en proceso evaluación y proceso de ajuste para obtener la documentación requerida. Explica que las personas que hicieron la metodología es una compañía que hizo los trabajos, pero esa compañía acabó y ya no tiene contrato con la Agencia. Informa que se hizo con el Superintendente actual una solicitud a OGP para que se aprueben unos fondos y el Superintendente recomendó una cantidad para comenzar a pagar esa deuda. También una partida para pasos por años y hay una partida adicional según la escala (salarial) nueva. Notifica que están buscando fondos para comenzar a pagar.

La licenciada Rodríguez indica que en la vista anterior se le autorizaron al licenciado 45 días para que se entregara la metodología y luego de una prórroga solicitada entregaron la misma, pero la recibió el lunes y no ha tenido la oportunidad de revisarla. Informa que hay otro grupo de Policías a quienes tampoco se les ha pagado, alrededor de unos mil, que son los retirados. La licenciada explica que se ordenó le proveyeran la hoja de trabajo porque necesita saber qué se le pagó a cada caso. La licenciada entiende necesaria una reunión para saber lo que está ocurriendo concretamente, ya que se está informando para la

CONTINUACIÓN...
K PE2007-4170 (508)

prensa unos planteamientos relacionados con el caso, y solicita se ordene una reunión entre las partes, porque entiende es la única forma de traer un acuerdo ante el Tribunal. El licenciado Hernández también expone que es necesario conseguir una alternativa resolutoria, ya que el Gobernador está informando unas cosas al gremio, pero no a los representantes en este caso. El Magistrado apercibe a las partes que el caso no puede llevarse de acuerdo a lo que se exponga en la prensa.

El licenciado Avilés entiende importante se provea la hoja de trabajo para poder poner en posición al Tribunal y entender qué se hizo por la Policía, porque cada caso tiene sus distintas particularidades y hay órdenes expresadas del Tribunal para que se provea ese documento.

El Magistrado entiende que la reunión no se puede efectuar si no se tiene ese documento u hoja de trabajo.

El licenciado Avilés exponea que el caso está ante el Tribunal y entiende que se ha reconocido por el Gobernador y el Superintendente que se tiene que pagar. El licenciado Hernández informa que si el Departamento de Justicia le provee la hoja y corrobora que está correcta, está dispuesto en alcanzar un acuerdo, pero la Policía y Justicia entiende no han cumplido expresamente. El Tribunal advierte que se ordenó fluyera la información de los funcionarios con los Jefes de Agencia. El licenciado solicita se les de un término para que provean la documentación.

La licenciada De la Rosa explica que en la conversación entre abogados les indicó que en la vista anterior la orden obtenida era para entregar la metodología y las Agencias decir si iban a avalar la misma. Solicita que la minuta se les notifique a la Agencia, ya que en la misma se establece todo lo que ellos habían solicitado se les concediera, por lo que la hoja de retribución se le había concedido. El Tribunal informa a la licenciada que puede obtener copia de la misma en Secretaría.

El Magistrado aclara que se le había ordenado al licenciado Díaz procurar una reunión entre el Secretario de Justicia y el Superintendente de la Policía. También había explicado a los abogados que con el cambio de administración, entiende que de este asunto tienen que tener conocimiento el Secretario de Justicia y el Superintendente de la Policía. Indica que no se está cumpliendo con las órdenes del Tribunal y las mismas no se pueden dejar en el aire. Confía en que los abogados harán las gestiones pertinentes.

El licenciado Díaz solicita un término de 60 días **para proveer la información** relacionada con las hojas de trabajo o metodología, porque

2

CONTINUACIÓN...
K PE2007-4170 (508)

tiene que investigar dónde se encuentra la información y de tenerla la compañía, ir a dicha compañía. El Tribunal **concede el término de 60 días solicitado** y sugiere se ponga a la disposición de los abogados para que lo examinen y determinen lo que va a hacerse.

El licenciado Hernández reitera su solicitud de que se ordene realizar una reunión con el Superintendente para establecer cómo se va a llevar a cabo ese proceso. El Magistrado entiende que se debe dejar pendiente lo relacionado a la reunión hasta que se haya recibido la información que falta y se haya podido **examinar la prueba que tienen, luego efectuarse dicha reunión coordinada entre las partes, o de lo contrario, se ordenará.**

La licenciada De la Rosa solicita que se ponga a disposición la prueba para ir a la Agencia a examinarla. El licenciado Díaz entiende que se debe hacer un "squedule" o programa para entregar los documentos y que vayan examinando la documentación.

La licenciada Rodríguez solicita se cumpla con todo en esos sesenta días y los abogados están de acuerdo. El Tribunal ordena que **una vez se culminen los sesenta (60) días, se coordine la reunión.**

**Se señala un Status Conference para el 10 de octubre de 2013 a las 9:00 A. M.**

El licenciado Díaz notifica que hay un cierre administrativo del Departamento de Justicia en los meses de julio, en noviembre y en diciembre.

Carlos E. Carrasquillo Soto
Nombre Juez

M. I. Ríos
Nombre Secretario (a) Servicios a Sala o Secretario (a) Auxiliar del Tribunal (Operador de Sistema de Grabación)
Número de Salón: Sala 508

Fecha Vista: 16 de mayo de 2013

Jesús Marrero
Nombre Alguacil

Certifico: Lcda. Rebecca Rivera Torres
           Secretaria Regional
Por:       María I. Ríos
           Secretaria Servicios a Sala

Fecha Transcripción: 21 de mayo de 2013

3

Estado Libre Asociado De Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
Sala Superior De San Juan

| | |
|---|---|
| FRENTE UNIDO DE POLICIAS (FUPO) y/o<br>Demandante<br><br>Vs.<br>ELA DE PR<br>Demandado | Civil Núm. K AC2007-4170<br><br>Sobre:<br><br>SENTENCIA DECLARATORIA |

## - M I N U T A -

*Llamado el caso de epígrafe para la Conferencia sobre el Estado del caso señalada para hoy, comparecieron los licenciados Nydia E. Rodríguez Martínez en representación de la parte co-demandante, el Concilio Nacional de Policías; los licenciados José F. Avilés Lamberty, Fernando Santiago Ortiz y Edgar Lebrón Landrau en representación de la parte co-demandante, Frente Unido de Policías Organizados de P. R. (FUPO) y los licenciados Manuel Díaz Lugo y Carlos Quiñónez Cruz en representación de la parte demandada, E. L. A. de P. R.*

*La licenciada Rodríguez excusa al Lcdo. Edgardo Hernández, quien no podrá comparecer por tener una situación familiar.*

*La Magistrado pregunta a los abogados en cuanto a los esfuerzos transaccionales anunciados en mayo y sobre la reunión que estaban gestionando con el Superintendente de la Policía.*

*La licenciada Rodríguez procede a informar. Notifica que durante los meses de agosto y septiembre estaba pendiente la revisión de los expedientes de la Policía de P. R., de la evaluación que hizo la Policía de P.R., quien para ello contrató una compañía privada, para analizar la realidad de dichos expedientes. Esta compañía hizo la evaluación en los meses mencionados, en la que la Policía y los abogados, el licenciado Díaz y licenciada Rodríguez, examinaron una muestra de varios expedientes para ver el análisis que se había realizado y entiende que la metodología utilizada por la Policía de P. R. era la adecuada. Informa la licenciada haber enviado al licenciado Díaz Lugo un documento con unas posibles alternativas para llegar a unas estipulaciones para adelantar. Entiende que ya la Policía reconoció que hay que hacer una retribución y que a la Policía se le debe dinero, pero le preocupa se continúe posponiendo los pagos. Explica sobre los inactivos o pensionados a quienes también hay que hacerle ajuste salarial y tendría*

CONTINUACIÓN...
K AC2007-4170 (508)

que ver en qué etapa se encuentra ese particular, porque la evaluación realizada fue hasta el 30 de junio de 2011 y todavía quedarían alrededor de dos años pendientes en atraso, para ser evaluados. Indica que no se tiene la certeza de cuánto se le adeuda a cada Policía, pero sí sabe preliminarmente que hay una deuda efectiva al 30 de junio de 2011, la cual interesan se comience a pagar.

La licenciada Rodríguez informa que la Policía de P. R. le informó y los compañeros que se encuentran presentes le han mostrado un documento, sometido ante el Senado de P. R., la Legislatura, donde se solicita un dinero para comenzar a pagar ese retroactivo que había efectivo al 2011. La información provista es que no se le aprobó nada por la Legislatura. Entiende que están en la etapa de saber cuándo la Policía evaluará y finalizará todo, para determinar cuándo comenzarán a pagar a los Policías. Propone la licenciada se haga una nómina especial con una cantidad específica para que se comience a pagar el período que se ha reconocido.

A preguntas del Magistrado, la licenciada Rodríguez expone que se ha reunido con el licenciado Díaz Lugo y este reconoce que hay una deuda parcial. El Tribunal entiende que se tiene que determinar cuál es la cuantía y cómo va a efectuar el pago. La licenciada Rodríguez notifica que la Policía ha reconocido que hay una cuantía preliminar en relación a los Policías activos por $194,427,500.00 y esta suma no incluye a los Policías retirados, los que no están trabajando no están incluidos en este particular.

El Tribunal decreta un receso para que, antes de que el licenciado Díaz Lugo exponga su posición, se reúnan las partes a dialogar y presenten propuestas para resolver la controversia, cuando se llame el caso nuevamente. Indica a las partes que de no existir la posibilidad de llegar a un acuerdo aceptable para las partes, se señalará el caso para Conferencia con Antelación al juicio, para que sea el Juez quien tome la determinación.

La licenciada Rodríguez informa que ya se habían propuesto unas estipulaciones de hechos y entiende que falta por determinar cuánto es la deuda final de los Policías activos, cuánto la de los inactivos y cuándo van a pagar. El licenciado Avilés expone que aún no tienen una respuesta de pago para las personas que ya se retiraron y entiende se tiene que fijar responsabilidades, asignándose unos fondos por el Estado para ello. A preguntas de la Magistrado, los abogados informan que no

2

CONTINUACIÓN...
K AC2007-4170 (508)

se llegó a efectuar la reunión anunciada con el Superintendente de la Policía.

### Se decreta un receso para que los abogados dialoguen.

Al reanudarse la sesión, el Tribunal certifica que se encuentran los mismos abogados identificados antes y la licenciada Rodríguez procede a informar los resultados de las conversaciones. Informa que han llegado a unas **estipulaciones** las cuales interesa vertir para record:

1) Que la parte demandada reconoce el derecho de los demandantes a una retribución.

2) Que la parte demandada reconoce que existe una deuda indeterminada por concepto del pago de retribución.

3) Que el Superintendente de la Policía solicitó en el presupuesto del año 2013 -2014 la cantidad de aproximadamente $223 millones para el pago de la retribución adeudada a los Policías activos.

4) Que la metodología utilizada para el análisis de la retribución, tanto los demandantes como los demandados reconocen es correcta.

5) Están de acuerdo en que la deuda por la retribución es una parcial, ya que los casos fueron evaluados hasta el 30 de junio de 2011.

6) Que la parte demandada culminó la evaluación de los casos de los Policías retirados e inactivos, con derecho al pago de retribución con deuda aun indeterminada.

7) Que se reconoce que se ha evaluado los casos al presente y que el impacto de la deuda desde 1ero. de julio de 2011 al presente aún no se ha determinado.

8) También estipulan que la Policía ha pagado $57 millones por ajustes de sueldo, pero la deuda que existe por $223 millones y a la que no se pudo llegar a un acuerdo, los demandantes solicitan lo siguiente:

   a) Se requiere se realicen unos pagos rápidos a la deuda.

   b) Que de no poder pagarse en su totalidad, se realicen unos pagos razonables para saldar la deuda y se efectúe un primer pago de $50 millones efectivo al 30 de diciembre de 2013, como abono a la deuda.

   c) Que se paguen $50 millones efectivo al 30 de junio de 2014.

   d) Que el remanente se pague al 30 de diciembre de 2014.

3

CONTINUACIÓN...
K AC2007-4170 (508)

La licenciada Rodríguez informa que además le propuso al licenciado Díaz coordinar una reunión con el Superintendente de la Policía y con el Secretario de Justicia en un término de treinta (30) días a partir de hoy, y se convoque a dicha reunión. Solicita que en la reunión también se encuentren los abogados con esos dos representantes oficiales de esas agencias de Gobierno. También se le requiera provea el informe de las evaluaciones que ha realizado la Policía de los inactivos y también de los retirados en un término determinado.

El licenciado Díaz acepta las estipulaciones propuestas. Explica que la Policía siempre está haciendo gestiones para identificar fondos y aclara que el Estado no se puede comprometer a un plan de pago, porque no depende en cierto modo de la Policía de P. R., esa agenda la tiene la OGP o la Legislatura. El Tribunal le concede un término de treinta días a partir de hoy, para efectuar esa reunión con los funcionarios y se establezca una fecha para ello. El licenciado Díaz explica que esa agenda no depende de él. El Tribunal concede **sesenta días para convocar a dicha reunión y en la misma se expondrán esas propuestas de acuerdo.**

El licenciado Díaz notifica que también han acordado que en la eventualidad de que no estén disponibles el Secretario o el Superintendente de la Policía, que la persona o funcionario que asista a la reunión, sea una persona con la autoridad para llegar a un acuerdo. El Tribunal entiende es importante que tan pronto se realice o transcurra la reunión entre los abogados y los funcionarios, **dentro de los treinta días siguientes esos funcionarios den una respuesta en cuanto a lo propuesto para determinar lo que se va a hacer.**

En cuanto a la solicitud de que se rinda un informe en cuanto a los activos y los retirados, el licenciado Díaz explica a preguntas del Magistrado que el análisis por Recursos Humanos se realizó y esa información se pasó a Nómina para que allí se certifique cuál es la cuantía específica, bajo la fecha específica que se va a realizar y eso aún no se tiene. Las partes entonces hicieron una reunión donde se tomó la muestra para que se agilice y tuvieran una idea de cómo son las deudas, pero tienen una situación con los funcionarios de Recursos Humanos, quienes se encuentran haciendo diligencias de la Ley 3 y tienen que hacer unos reembolsos, los cuales tienen que finalizar o suministrar para octubre de 2013. Esos funcionarios son alrededor de res personas y se citaron por el licenciado Díaz, pero no ha comparecido el de Nómina.

4

CONTINUACIÓN...
K AC2007-4170 (508)

El licenciado Avilés solicita que se identifiquen los recursos humanos que no tienen y los asignen. El Tribunal concede un receso para que efectúe las llamadas correspondientes el licenciado Díaz Lugo y los abogados están de acuerdo.

Se reanuda la sesión y el Tribunal certifica que están los mismos abogados identificados en la mañana. El licenciado Díaz notifica que conversó con la parte demandante y están de acuerdo en la solicitud, son tres meses desde el 1ero. de enero de 2014 y con una reserva de ser necesario, de tres meses más, o sea hasta el 30 de junio de 2014 sería el término razonable.

**Se señala un Status Conference para el 16 de diciembre de 2013 a las 9:00 A. M.**

El Tribunal hace mención a una última moción que presentó el licenciado Díaz, la cual ha examinado, y exhorta a los abogados a que orienten a las partes envueltas en el caso para que no realicen comentarios en otros medios que puedan dañar los diálogos alcanzados y limitar los planteamientos a la Sala y ante el Juez. Evitar cualquier comentario fuera del Tribunal que pueda lacerar cualquier posibilidad de transacción. Aclara que no va a emitir una orden de mordaza, pero exhorta y reitera a las partes que se realicen los planteamientos aquí en el Tribunal, para no lacerar los esfuerzos de buena fe para alcanzar un acuerdo razonable.

_[firma]_
**Wanda Cruz Ayala**
Nombre Juez

_María Salcedo Cora_
Nombre Secretario (a) Servicios a Sala o Secretario (a) Auxiliar del Tribunal (Operador de Sistema de Grabación)
Número de Salón: _Sala 508_

Fecha Vista: _10 de octubre de 2013_

**Jesús Marrero**
Nombre Alguacil

Certifica: **Lcda. Rebecca Rivera Torres**
Secretaria Regional
Por: **María I. Ríos**
Secretaria Servicios a Sala

Fecha Transcripción: _15, 16 y 17 de octubre de 2013_

5

Estado Libre Asociado De Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
Sala Superior De San Juan

| | |
|---|---|
| FRENTE UNIDO DE POLICIAS ORGANIZADOS DE PR (FUPO), ETC. Demandante<br><br>Vs.<br>ELA DE PR, POLICIA DE PR, ET ALS Demandado | Civil Núm. K AC2007-4170<br><br>Sobre:<br><br>SENTENCIA DECLARATORIA |

## - MINUTA -

A la Conferencia sobre el Estado del caso señalada para hoy, compareció la Lcda. Nydia Rodríguez Martínez y el Lcdo. Edgardo Hernández Vélez en representación de la parte demandante (CONAPOL); el Lcdo. José F. Avilés Lamberty y el Lcdo. Edgar Lebrón Landrau en representación del Frente Unido de Policías Organizados (FUPO) y el Lcdo. Manuel Díaz Lugo en representación del ELA de P. R.

Los abogados se reúnen en cámara con el Magistrado. El licenciado Díaz notifica que la reunión pendiente de realizase, se efectuó el jueves pasado e informa quienes estuvieron presentes. Explica que el Secretario de Justicia no estuvo presente, pero delegó en el Sr. Carlos Quiñónez Cruz. También estuvo la Directora de la División legal, el licenciado Hernández por CONAPOL, el licenciado Lamberty por la FUPO, el licenciado Lebrón, el señor Rivera y el Superintendente. Informa además que se llegaron a unos acuerdos y el Superintendente de la Policía expuso que iba a realizar unos esfuerzos exhaustivos en conseguir los fondos necesarios. También se comprometió en conseguir el personal o recurso humano que pueda ayudar a realizar los trabajos para depurar la lista de los demandantes, concretar quiénes ya no están trabajando y a quienes se les ha pagado.

Se realizarán ajustes en cuanto al período del 1ero. de julio al primero de diciembre, ya que del período anterior, del 1ero. de enero, ya están cobrando los Policías. El licenciado Díaz continúa informando que en la reunión el Superintendente indicó que iba a remitir comunicaciones escritas a los demandantes de este caso, informándoles cuál es la deuda e informará también los esfuerzos realizados para efectuar los pagos.

La licenciada Rodríguez expone su posición al respecto y sugiere se establezca una fecha de pago. Entiende que se debe conseguir una

partida para comenzar a pagar a los Policías, aunque sea un primer pago, ya que se iba a tratar de efectuar un primer pago en diciembre y no se pudo hacer.

El licenciado Avilés expresa su posición, entiende que el Superintendente tiene un ánimo positivo en resolver la controversia, pero si el señor Gobernador va a comparecer a la Legislatura y no se asigna una partida para esta controversia, de nada sirve el esfuerzo. Indica que se le solicitó al Superintendente se asigne una partida para resolver este caso y entiende se tiene que hacer un esfuerzo genuino para que así sea. Está de acuerdo en que el Departamento de Justicia está haciendo lo propio. Explica además que hay personas que ya no forman parte del caso y contra esos se puede dictar sentencia parcial, una vez se determine quiénes son. Es por ello que se van a depurar las listas de los demandantes con las cantidades que realmente se le adeudan, ya que no son realmente las que se desprenden del caso. Entiende también que se deben establecer unos términos.

El Magistrado expone a los abogados que aunque el Secretario de Justicia delegó en alguien, se debe reconocer lo que conlleva este caso y entiende él es el abogado del Gobierno. El licenciado Díaz indica que en todas las agencias se está trabajando el próximo año fiscal y reitera que el Superintendente se comprometió en atender unos asuntos. Entiende que se asignará una partida para este caso, entre la asignación de fondos.

El licenciado Lebrón aunque reconoce que todos están haciendo un esfuerzo por lograr que la controversia se resuelva, entiende también que se debe fijar unos términos por el Tribunal, dentro de su discreción, si se quiere lograr resolver el caso. El Magistrado sugiere al licenciado Avilés prepare un proyecto de orden donde se recojan esos términos, para examinarlo una vez esté completado y firmarlo.

El licenciado Lebrón expone que el Departamento de Justifica tiene que hacer unos esfuerzos, aunque el Superintendente ordenó asignar el recurso humano para realizar unos trabajos. La licenciada Rodríguez sugiere realizar el proyecto de orden en forma conjunta los abogados, dentro de un término razonable, y presentarlo al Tribunal. El Tribunal aclara que el interés es que se realice entre los abogados, dentro de los términos de razonabilidad, lo examinen y se pongan de acuerdo, para someterlo a la consideración del Tribunal una vez esté finalizado.

El licenciado Díaz informa que el Superintendente Auxiliar de la Administración es el señor Miguel Rivera.

2

CONTINUACIÓN...
K AC2007-4170 (508)

Los abogados escogen reunirse el 7 de abril de 2014 a las 2:30 P. M. en CONAPOL para preparar el proyecto de orden y presentarlo al Tribunal. El licenciado Avilés entiende vital para este caso primero poner al día los documentos de la Policía para poder determinar qué cantidad realmente se adeuda a los Policías, porque entiende va a disminuir lo reclamado. Sugiere que para la fecha escogida ya el licenciado Díaz tenga esas cifras para poder incluirla en la orden. La licenciado Rodríguez indica que para aproximadamente el 9 de mayo se estaría sometiendo el proyecto de orden.

**Se señala un Status Conference para el 29 de septiembre de 2014 a las 8:50 A. M., el Tribunal concede un turno preferente para ese día.**



Carlos E. Carrasquillo Soto
Nombre Juez

M. I. Ríos
Nombre Secretario (a) Servicios a Sala o Secretario (a) Auxiliar del Tribunal (Operador de Sistema de Grabación)
Número de Salón: Sala 508

Fecha Vista: 24 de marzo de 2014

Jesús M. Marero Oyola
Nombre Alguacil

Certifico: Lcda. Rebecca Rivera Torres
Secretaria Regional
Por: María I. Ríos
Secretaria Servicios a Sala

Fecha Transcripción: 25 de marzo de 2014

3