[CERTIFIED TRANSLATION]

ATTACHMENT III

[seal and coat of arms]

GOVERNOR OF PUERTO RICO

**GOVERNOR OF PUERTO RICO**
OFFICE OF THE GOVERNOR

PRESS RELEASE

## Governor Rosselló Nevares announces commencement of process to pay salary debt to police officers

**(October 31, 2018 – La Fortaleza, San Juan)** Governor Ricardo Rosselló Nevares announced the commencement of a process to issue payments under an allocation in the millions of dollars to pay off a salary debt to police officers dating back to 2004—a salary adjustment that they never received.

This year, police officers will receive $122 million dollars in payments for a payroll salary adjustment, which are in the custody of the Office of Management and Budget (OMB).

"Fiscal discipline and our commitment to law enforcement have led us to identify the necessary funds to allow us to do justice for the members of the police force who have dedicated their time and, often risked their lives, for the safety of our Island. We did them justice by granting them a $1,500.00 annual increase and will do them justice again by paying to them what other administrations owed them," the Governor stated.

The debt accumulated for different reasons with the active and inactive personnel of the Rank Classification System of the Police Bureau dates back to 2004. Yet, it was not until 2009 that the Government of Puerto Rico acknowledged this debt in the financial statements of that year.

Thus, the Secretary of the Department of Public Safety ("DPS"), Héctor Pesquera, stated that "this action is being taken in compliance with what was agreed with these officers who, every day, take on the assignment of working to ensure the safety and protection of our citizens and fight crime at every level."

In 2010, the debt started to be calculated. However, since 2004, this debt has not been paid to the police officers for their work.

The DPS, the Department of the Treasury, and the OMB have made efforts to identify the total sum of the debt, in order to settle it and, according to the information provided, a plan detailing the process to begin making the payments within reasonable time has been prepared.

In order to fulfill this objective, it will be necessary to review and update personnel files. For this, the Bureau has a program that updates the history of employee transactions.

The DPS and the OMB will coordinate along with the Bureau the activities and the personnel to be designated for this purpose, a process that has already begun in order to begin making payments in the month of December 2018.

###

CERTIFICATION OF TRANSLATION

I, Carol G. Terry, a US-Court-Certified-Interpreter, Certificate No. 03-001, and translator with an MA in Translation from the University of Puerto Rico, do hereby certify that, to the best of my knowledge and abilities, the foregoing is a true and correct translation of the original document in Spanish.

Carol G. Terry

La Fortaleza, San Juan, PR 00901 – PO Box 9020082, San Juan, PR 00902-0082 – rjvega@fortaleza.pr.gov – (787) 721-7000