[CERTIFIED TRANSLATION]

| 7/6/2017 | Gmail – Fwd: Electronic Notification K AC2007-4170 | 4 |

**Gmail**   Police Officers Council <concilionacionaldepolicias@gmail.com>

### Fwd: Electronic Notification K AC2007-4170
2 messages

**Nydia Rodríguez Martínez** <nribot@hotmail.com>   July 5, 2017, 17:54
To: CONAPOL <concilionacionaldepolicias@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** <NoReply@ramajudicial.pr>
**Date:** July 5, 2017 at 10:17:43 AM AST
**To:** <nribot@hotmail.com>
**Subject: Electronic Notification K AC2007-4170**

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
SUPERIOR COURT, SAN JUAN PART

| UNITED FRONT OF ORG POLICE OFFICERS OF PR (REP) PLAINTIFF | CASE NO: | K AC2007-4170 |
|---|---|---|
| | COURTROOM NO.: | 0508 |
| VS. | RE: | DECLARATORY JUDGMENT |
| COMMONWEALTH OF PR DEFENDANT | | |

N O T I F I C A T I O N

TO:   ATTY. RODRIGUEZ MARTINEZ, NYDIA
      NRIBOT@HOTMAIL.COM
      ATTY. AVILES LAMBERTY, JOSE F
      JFAVILESLAMBERTY@GMAIL.COM
      ATTY. DIAZ LUGO, MANUEL
      MADIAZ@JUSTICIA.PR.GOV
      ATTY. QUIÑONES CRUZ, CARLOS R
      CQUINONEZ@JUSTICIA.PR.GOV
      ATTY. SANTIAGO ORTIZ, FERNANDO
      FEHR1023@YAHOO.COM
      OSCAR PAGAN RIVERA
      STREET 8 J-29
      EXT. VILLA RICA
      BAYAMON, PR 00959
      PUERTO RICO POLICE DEPT.
      PO BOX 70166
      SAN JUAN PR 00936-8166

[CERTIFIED TRANSLATION]

THE UNDERSIGNED CLERK HEREBY CERTIFIES, AND INFORMS YOU, THAT IN RELATION TO THE: MOTION NOTICE OF STAY OF PROCEEDINGS BY VIRTUE OF…
THIS COURT ENTERED JUDGMENT ON JUNE 28, 2017.
COPY IS ATTACHED OR LINK IS INCLUDED:

Click here to access the electronic document that is the object of this notification. The document will be available through this link for 45 days after the notification is filed in the records of this case.

            SIGNED ANGEL R. PAGAN OCASIO
                 JUDGE

YOU ARE HEREBY ADVISED THAT YOU BEING A PARTY OR A PARTY'S LEGAL COUNSEL IN THE MATTER SUBJECT TO THIS JUDGMENT, YOU CAN FILE FOR AN APPEAL, REVIEW, OR WRIT OF CERTIORARI, IN ACCORDANCE WITH THE PROCEDURE, AND WITHIN THE TERM ESTABLISHED BY LAW, RULE OR REGULATION.

I DO HEREBY CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY REGISTERED AND FILED TODAY, JULY 5, 2017, AND THAT A COPY HEREOF WAS SENT TO THE AFOREMENTIONED PERSONS AT THEIR ADDRESSES OF RECORD IN THE MATTER, IN ACCORDANCE WITH APPLICABLE RULES. A COPY OF THIS NOTIFICATION WAS ALSO FILED IN THE RECORDS OF THIS CASE TODAY.

IN SAN JUAN, PUERTO RICO, ON JULY 05, 2017.

 GRISELDA RODRIGUEZ COLLADO  BY: S/ ELSA MAGALY CANDELARIO CABRERA
   NAME OF REGIONAL CLERK   NAME AND SIGNATURE OF DEPUTY COURT CLERK

[CERTIFIED TRANSLATION]

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
JUDICIAL CENTER OF SAN JUAN
SUPERIOR COURT
COURTROOM 508

| | |
|---|---|
| UNITED FRONT OF ORGANIZED POLICE OFFICERS OF PUERTO RICO<br>Plaintiffs<br><br>V.<br><br>COMMONWEALTH OF PUERTO RICO, ET AL.<br>DEFENDANTS | CIVIL NUMBER: K AC2007-4170<br>(TOME 1 TO 4)<br><br>RE:<br><br>DECLARATORY JUDGMENT |

**JUDGMENT**

On June 30, 2016, the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA) was passed, in order to provide a method for the Commonwealth of Puerto Rico to achieve fiscal responsibility and gain access to capital markets. 48 USC Section 2121.

[hw: *A.R.P.O.*]

This Act contains various methods for the government entities that it covers to enter into a debt restructuring process, namely: Title VI, through voluntary and extrajudicial agreements with their creditors, or Title III, through a process similar to the one established in Chapters 9 and 11 of the Bankruptcy Code, in order to adjust the debts in an orderly and just manner.[1]

Automatic stay is a concept of the Bankruptcy Code that was adopted by PROMESA and that is intended to protect the debtor. **"[I]t prevents**, among other things, the commencement **or continuation of any judicial,** administrative, or other action or proceeding against the debtor that was or could have been commenced, or to recover a

---

[1] See Title III, 48 USC Sections 2161 to 2177, and Title VI, 48 USC Sections 2231 to 2232 of the PROMESA Act, supra.

[CERTIFIED TRANSLATION]

claim against the debtor that arose before the commencement of the bankruptcy." (Emphasis added). **Peerless Oil v. Hermanos Pérez**, 196 DPR 236, 255 (2012), citing **Marrero Rosado v. Marrero Rosado**, 178 DPR 476, 490 (2010).[2] **The automatic stay takes effect once the bankruptcy petition is filed, without the need for formal notice.** (Emphasis added). **Peerless Oil v. Hermanos Pérez**, supra, page 255.

In view of the fact that the defendant has filed for the protection provided by the PROMESA Act described above, the Court acknowledges the statutory stay and orders this case to be shelved for administrative purposes and without this constituting an adjudication of the disputes therein. The Court shall retain jurisdiction to reopen the case, if applicable, for a period no greater than one year, starting on the date of the final decision of the United States District Court in the proceeding described above. Once such period has passed, the case will be shelved without prejudice, and shall not be reopened.

**Register and Notify.**

Issued in San Juan, Puerto Rico, on June 28, 2017.

[illegible signature]
**ANGEL R. PAGÁN OCASIO**
**Superior Court Judge**

---

CERTIFICATION OF TRANSLATION

I, Carol G. Terry, a US-Court-Certified-Interpreter, Certificate No. 03-001, and translator with an MA in Translation from the University of Puerto Rico, do hereby certify that, to the best of my knowledge and abilities, the foregoing FOUR (4) PAGES are a true and correct translation of the original document in Spanish.

_____
Carol G. Terry

---

**Identification Number**
**SEN2017_____**

---

[2] See also: 11 USC Section 362.