[CERTIFIED TRANSLATION]

CERTIFICATION OF TRANSLATION

I, Carol G. Terry, a US-Court-Certified-Interpreter, Certificate No. 03-001, and translator with an MA in Translation from the University of Puerto Rico, do hereby certify that, to the best of my knowledge and abilities, the foregoing is a true and correct translation of the original document in Spanish.

*Carol Terry*

Carol G. Terry

ATTACHMENT V

# Certified Fiscal Plan Data
Resources for the People of Puerto Rico

**The Certified Fiscal Plan provides more, not less, resources for the People of Puerto Rico in many areas.**

**01** — **An Earned Income Tax Credit (EITC) for those who earn less than $42,000** depending on children and marital status - a cash incentive for those who work, **which is estimated will put about $200 million dollars a year in the hands of these workers** (p. 48).

**02** — A **$5,000 salary increase for school principals** starting this fiscal year (p. 80).

**03** — A **$1,500 salary increase for teachers** starting this fiscal year (p. 80).

**04** — **From $21-24 million dollars per year to buy new textbooks** for public school students (p. 80).

**05** — **$122 million dollars to pay this year police officers who are owed a total of $366 million dollars** for past promotions in accordance with salary scales **and have not been paid for the past 10 years** (Budget of the General Fund, p. 7).

**06** — **Deployment of an additional 653 officers in response to the decree of consent of the Police Bureau** with the U.S. Department of Justice (p. 88).

**07** — **Salary raises amounting to a total of more than $18 million dollars for more than 12,500 sworn-in officers** (these salaries **had not been increased for over ten years**) (p. 88).

**08** — **$14 million dollars** for employer contributions **to the Social Security tax of police officers** (possible **once the Government completes the establishment of the Defined Contribution pension plan** (p. 129).

**Financial Oversight and Management Board for Puerto Rico**

