**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

**PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT THE DECEMBER 19-20, 2018 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), a party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's December 10 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 4439]) (the "Order") concerning attendance at the December 19-20 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Dora L. Monserrate Peñagarícano and/or Richard J. Schell of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom and reserve the right to present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests. In addition, Allan S. Brilliant and/or G. Eric Brunstad, Jr.

25186268

and/or Stuart T. Steinberg of Dechert LLP reserve the right to attend the Hearing in the New York courtroom and present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests.

**RESPECTFULLY SUBMITTED**, this 12th day of December, 2018.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| | _/s/ Allan S. Brilliant_ |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| 101 San Patricio Avenue | 1095 Avenue of the Americas |
| Maramar Plaza, Suite 1120 | New York, New York 10036 |
| Guaynabo, Puerto Rico 00968 | |
| Phone: (787) 620-5300 | |
| Fax: (787) 620-5305 | |

*Attorneys for Peaje Investments LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: December 12, 2018

                                                    */s/ Brett Stone*
                                                   By: Brett Stone
                                                   Title: Paralegal, Dechert LLP