UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

    Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

------------------------------------------------------------x

SCHEDULING ORDER REGARDING URGENT CONSENSUAL MOTION FOR ENTRY OF ORDER
ESTABLISHING PROCEDURES REGARDING SECTION 19.5 OF THE COFINA PLAN OF ADJUSTMENT

    The Court has received and reviewed the *Urgent Consensual Motion for Entry of Order Establishing Procedures Regarding Section 19.5 of the COFINA Plan of Adjustment* (Docket Entry No. 4457 in Case No. 17-3283, the "Motion"[2]). Opposition papers to the Motion

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] The Motion was also filed at Docket Entry No. 388 in Case No. 17-3284.

must be filed by **December 17, 2018 at 4:00 p.m. (Atlantic Standard Time)**.  The Motion will be heard in connection with the omnibus hearing scheduled for **December 19, 2018 at 9:30 a.m. (Atlantic Standard Time)**.

       SO ORDERED.

Dated: December 13, 2018

                                                       /s/ Laura Taylor Swain  
                                                  LAURA TAYLOR SWAIN  
                                                  United States District Judge