UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :
MANAGEMENT BOARD FOR PUERTO RICO,                                    :    PROMESA
                                                                     :    Title III
      as representative of                                        :
                                                                     :    Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al*.,                            :
                                                                     :    (Jointly Administered)
      Debtors.[1]                                                 :
---------------------------------------------------------------------x

### NOTICE OF FILING OF REVISED AGREED PROPOSED ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY OF TITLE III DEBTORS, OTHER THAN COFINA, CONCERNING POTENTIAL AVOIDANCE ACTIONS

**PLEASE TAKE NOTICE** that on November 27, 2018 the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee") filed the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery of Title III Debtors, Other Than COFINA, Concerning Potential Avoidance Actions* (the "Motion") [Docket No. 4373]. Attached as Exhibit A to the Motion is the Committee's initial proposed order in connection therewith (the "Initial Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby files a revised proposed order, in the form attached hereto as Exhibit A (the "Revised Proposed Order"). A

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

redline of the Revised Proposed Order marked to show changes against the Initial Proposed Order is attached hereto as <u>Exhibit B</u>. The Revised Proposed Order reflects comments from, and has been agreed by, the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Financial Oversight and Management Board, on behalf of the recipients of the requested discovery, and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico. The Motion is currently scheduled to be heard on December 19, 2018 at 9:30 a.m. (prevailing Atlantic Time) before the Honorable Magistrate Judge Judith Dein, United States Magistrate Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

*[Remainder of page intentionally left blank]*

Dated: December 13, 2018  /s/ Luc A. Despins

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*