# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br>                Debtor | PROMESA<br>Title III<br><br><br><br>No. 17 BK 4780-LTS |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**TO THE HONORABLE COURT:**

      PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b), which applies to this proceeding pursuant to Section 301(a) of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, which applies to this proceeding pursuant to Section 310 of PROMESA, Crystal N. Acevedo Jimenez, of Rivera, Tulla & Ferrer, LLC, hereby appears as counsel for U.S. Bank National Association as Indenture Trustee (solely in such capacity, the "Trustee"), for the power revenue bonds and refunding bonds issued pursuant to the Puerto Rico Electric Power Authority Trust Agreement of January 1, 1974, as amended.

      U.S. Bank requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon him to the following email and address:

        Crystal N. Acevedo-Jimenez
        USDC-DPR No. 306204
        Email: cacevedo@riveratulla.com

        **RIVERA TULLA & FERRER, LLC**
        Rivera Tulla & Ferrer Building
        50 Quisqueya Street
        San Juan, PR 00917-1212

  **PLEASE TAKE FURTHER NOTICE** that this notice constitutes not only a request for service of notices and papers, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned case (the "**Debtors**") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

  **PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of U.S. Bank (1) to trial by jury in any case, proceeding, matter, or

controversy so triable; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which U.S. Bank is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 4780, which will send notification of such filing to all counsel of record participating in the CM/ECF system.

Respectfully submitted, in San Juan, Puerto Rico, this 13th day of December, 2018.

**RIVERA, TULLA AND FERRER, LLC**
By: s/Crystal N. Acevedo-Jimenez
Crystal N. Acevedo-Jimenez
USDC-DPR No. 306204
Email: cacevedo@ riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784