**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),<br><br>  Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**THE BANK OF NEW YORK MELLON'S INFORMATIVE**
**MOTION REGARDING DECEMBER 19-20, 2018, OMNIBUS HEARING**

The Bank of New York Mellon ("BNYM"), through its undersigned counsel,

hereby submits this informative motion, pursuant to the Court's *Order Regarding Procedures for*

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the  Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Attendance, Participation and Observation of December 19-20, 2018, Omnibus Hearing* [ECF

No. 4439], and respectfully represents as follows:

      1.      Albéniz Couret-Fuentes of Sepulvado, Maldonado & Couret will appear in

person on behalf of BNYM at the December 19-20, 2018, omnibus hearing in Courtroom 3 of

the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street,

Federal Building, San Juan, Puerto Rico 00918-1767.

      2.      C. Neil Gray and Luke A. Sizemore of Reed Smith LLP will appear by

video teleconference on behalf of BNYM at the December 19-20, 2018, omnibus hearing in

Courtroom 17C of the United States District Court for the Southern District of New York, Daniel

Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      3.      Mr. Couret-Fuentes, Mr. Gray, and Mr. Sizemore may seek to be heard, if

necessary, in connection with:  (i) the *Urgent Consensual Motion for Entry of Order*

*Establishing Procedures Regarding Section 19.5 of the COFINA Plan of Adjustment* [ECF No.

4457]; (ii) the *Motion of Puerto Rico Sales Tax Financing Corporation Pursuant to Bankruptcy*

*Code Section 365(a), for Entry of an Order Authorizing Rejection of the Debt Service Deposit*

*Agreement with Lehman Brothers Special Financing Inc.* [ECF No. 4374]; and (iii) any other

matters raised by the Court or in response to any statements made by any party in connection

with the above-captioned Title III proceedings.

      WHEREFORE, BNYM respectfully requests that the Court permit BNYM to

appear and be heard at the December 19-20, 2018, omnibus hearing.


*[Remainder of page intentionally left blank.]*


2

Dated: December 13, 2018
      San Juan, Puerto Rico

Respectfully submitted,

SEPULVADO, MALDONADO &
COURET

By:   */s/ Albéniz Couret-Fuentes*
Elaine Maldonado-Matías
USDC-PR No. 217309
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
José Javier Santos Mimoso
USDC-PR Bar No. 208207
304 Ponce de León Ave.—Suite 990
San Juan, P.R. 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: emaldonado@smclawpr.com
Email: acouret@smclawpr.com
Email: jsantos@smclawpr.com

REED SMITH LLP
Eric A. Schaffer (*pro hac vice*)
Luke A. Sizemore (*pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

REED SMITH LLP
C. Neil Gray (*pro hac vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 231-2652
Facsimile: (212) 521-5450
Email: cgray@reedsmith.com

*Counsel for The Bank of New York Mellon,
as trustee*

Case:17-03283-LTS   Doc#:4467   Filed:12/13/18   Entered:12/13/18 15:10:28   Desc: Main
Document    Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Albéniz Couret-Fuentes*_____
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
SEPULVADO, MALDONADO &
COURET
304 Ponce de León Ave.—Suite 990
San Juan, P.R. 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com