# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE PLAINTIFFS
IN RIVERA-CARRASQUILLO, ET. AL. V. EDUARDO BHATIA-GAUTIER,
ET. AL., AND TORRES-TORRES, ET. AL. V. PERELLÓ-BORRÁS, ET. AL.
REGARDING THE OMNIBUS HEARING OF DECEMBER 19-20, 2018**

To the Honorable United States District Court Judge Laura Taylor Swain and United States Magistrate Judge Judith Gail Dein:

The 109 plaintiffs that comprise *Rivera-Carrasquillo, et.al. v. Eduardo Bhatia-Gautier, et.al.*, Civil Case No. 13-1296 (PG), and consolidated cases; and 82 plaintiffs that comprise *Torres-Torres, et.al. v. Perelló-Borrás, et.al.*, Civil Case No. 13-1560 (PG), and consolidated cases, the movants of the Motion for Relief from Stay at ECF No. 4211 (collectively, the "Movants"), hereby submit this informative motion in compliance with the *Order Regarding Procedures for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Attendance, Participation and Observation of December 19-20, 2018, Omnibus Hearing* (ECF No. 4439), and respectfully state as follows:

Mr. David Rodríguez-Burns of Aldarondo & Lopez-Bras, P.S.C. will appear in-person on behalf of Movants at the December 19, 20, 2018 Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, and address, as necessary, the matters raised in Movants' Motion for Relief from Stay (ECF No. 4211), the Commonwealth of Puerto Rico's objection to Movants' Motion for Relief from Stay (ECF No. 4403), Movants' reply (ECF. No. 4448) and any other matters raised by the Court or in response to any statements made by any party in connection with the referenced submissions.

Respectfully submitted on December 13, 2018, by,

**ALDARONDO & LÓPEZ BRAS, P.S.C.**
ALB Plaza, Suite 400,
#16 Carr.199
Guaynabo, Puerto Rico 00969
Tel. 787-474-5447 / Fax. 787-474-5451

*s/ Eliezer Aldarondo-Ortiz*
ELIEZER ALDARONDO-ORTIZ
USDCPR 125402
E-mail: ealdarondo@alblegal.net

*s/ Claudio Aliff-Ortiz*
CLAUDIO ALIFF-ORTIZ
USDCPR No. 205313
E-mail – califf@alblegal.net

*s/ Sheila Torres-Delgado*
SHEILA TORRES-DELGADO
USDCPR 222706
E-mail: storres@alblegal.net

*s/ David Rodríguez-Burns*
DAVID RODRÍGUEZ-BURNS
USDCPR No. 212505
E-mail – drodriguez.alb@gmail.com

*Counsel for the Movants*

## CERTIFICATE AND NOTICE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2018, I electronically filed the instant motion with the Clerk of the Court by means of the CM/ECF System, which shall send notification of such filing to the attorneys of record. Moreover, notice of this motion shall be served in accordance with the operative Case Management Procedures.

*s/ David Rodríguez-Burns*
DAVID RODRÍGUEZ-BURNS
USDCPR No. 212505
E-mail – drodriguez.alb@gmail.com

3