# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## INFORMATIVE MOTION OF FINANCIAL OVERSIGHT
## AND MANAGEMENT BOARD REGARDING
## DECEMBER 19–20, 2018, OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order and Notice of Hearing* [ECF. No. 4439], the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the FOMB, as the Debtors' representative, pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101–2241 ("PROMESA"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The FOMB will be in attendance to present oral argument on any relevant matters at the Omnibus Hearing **on December 19, 2018 at 9:30 a.m. (AST)**

2. Brian S. Rosen will present discussion on the pre-trial conference for the COFINA confirmation hearing

3. Martin J. Bienenstock will present discussion on the Committee's Motion for Order Authorizing Discovery of Title III Debtors Concerning Potential Avoidance Actions **[Case No. 17-3283, ECF No. 4373]**

4. Brian S. Rosen will present discussion on the Motion for Order Establishing Procedures re Section 19.5 of the COFINA Plan **[Case No. 17-3283, ECF No. 4457]**

5. Brian S. Rosen will present argument on AMPR's Motion for Relief from Stay **[Case No. 17-3283, ECF No. 3914]**

6. Brian S. Rosen will present argument on COFINA's Motion to Authorize Rejection of Debt Service Deposit Agreement with Lehman Brothers Special Financing Inc. **[Case No. 17-3283, ECF No. 4374]**

7. Party for which counsel will appear**:** The FOMB

8. Other counsel attending the Hearing: Hermann D. Bauer

| | |
|---|---|
| Dated: December 13, 2018<br>New York, NY | Respectfully submitted,<br><br> */s/ Hermann D. Bauer* <br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: hermann.bauer@oneillborges.com<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Steven L. Ratner (*pro hac vice*)<br>Timothy W. Mungovan (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Paul V. Possinger (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>Email: sratner@proskauer.com<br>Email: tmungovan@proskauer.com<br>Email: brosen@proskauer.com<br>Email: ppossinger@proskauer.com<br><br>*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico* |