IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO | CASE NO. 17-BK-3283-LTS |
| as representative of THE COMMONWEALTH OF PUERTO RICO | |

## NOTICE OF APPEAL

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): JAVIER MANDRY-MERCADO

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff ❑ Defendant
   ❑ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❑ Debtor
   Co Creditor
   ❑ Trustee
   ❑ Other (describe) Injured-in-fact

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Docket 4429

2. State the date on which the judgment, order, or decree was entered: December 7, 2018

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. MARINI PIETRANTONI MUÑIZ LLC
   MCS Plaza, Suite 500
   255 Ponce de León Ave.
   San Juan, Puerto Rico 00917
   Tel: (787) 705-2171
   Fax: (787) 936-7494

   Attorneys for the Puerto Rico Fiscal

2. Party: SUCN PASTOR MANDRY MERCADO
   ATTORNEY:
   MARÍA E. VICÉNS RIVERA
   USDC- PR 226711
   9140 MARINA ST., SUITE 801
   PONCE, PUERTO RICO 00717
   TEL. / FAX: (787) 259-1999
   E-mail: mevicens@yahoo.com

Part 4: This notice of appeal includes the denial of class-certification of various issues, one of which entails the damages for the automatic stay against third parties, as well as other constitutional violations that it is alleged that the debtor is incurring in order to balance the budget and negligently conceal the sourcing of funds to the Fiscal Board. Arising from the same judgment, there is a request for reconsideration of judgment and request of sanctions against attorneys.

The relevant docket entries needed to supplement the appellate record are: 3893, 3948, 3952, 4362

**Part 5: Sign below**

_____ Date: December 11, 2018
Signature of attorney for appellant(s) (or appellant(s) if not represented

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
JAVIER MANDRY-MERCADO
3092 Ave. Emilio Fagot
Ponce, PR 00716
787-685-3739