

SAN JUAN PR 009
12 DEC 2018 PM 2 T

Javier Mandry
3092 Ave. Emilio Fagot
Ponce, PR 00716

RECEIVED & FILED
2018 DEC 13 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Office of the Clerk
Federal Building Room 150
150 Ave. Carlos Chardon
San Juan, PR. 00918

00918-1703