UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT BOARD AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtors | Caso:<br>No. 17 BK 03283-LTS<br><br>Sobre:<br>PROMESA<br>TITLE III |



DOCUMENTARY EVIDENCE - PROOF OF CLAIM

To the Court:

Now appears Claimant and respectfully submits documentary evidence:

1.      CONTACT INFORMATION: Claimant filed a Proof of Claim registered as:

    CLAIM: 5933
    CLAIMANT: CATALA MONGE, JORGE L. - EMAIL: jlcatala@catalagroup.com
    BOX 2259
    GUAYNABO, PR 00970-2259
    DATE FILED: 4/2/2018
    DEBTOR: PUERTO RICO SALES TAX FINANCING

1

CORPORATION (COFINA)
ASSERTED CLAIM AMOUNT: **$150,000.00**

2. REASON FOR OPPOSING OMNIBUS OBJECTION - Supporting Documents - Proof of Claim identified as #5933:

PROOF OF CLAIM DESCRIPTION: Annex Oriental Bank Wealth Management Account Statement - Account Number: REDACTED 5294 - identified as: PUERTO RICO SALES TAX FIND CORP SALES TAX REV SALES TAX FIRST SUBORD REV BDS 6.350% 08-01/39 B/E DTD 06/25/09 CALLABLE 12/1/18@100.000 - QUANTITY: **$150,000.00**

Respectfully submitted.  San Juan, Puerto Rico, this DECEMBER 13, 2018

CLAIMANT:

S//CATALA MONGE, JORGE L.
EMAIL: jlcatala@catalagroup.com
BOX 2259
GUAYNABO, PR 00970-2259

FILED:

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

COPY:

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal

Counsel for Creditors' Committee
Paul Hastings LLP
20 Park Avenue
New York, New York 10166
Att: Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz