221428

November 1, 2018 - November 30, 2018
JORGE L CATALA MONGE

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Acc Int |
|---|---|---|---|---|---|---|---|
| **FIXED INCOME 100.00% of Portfolio** (*In Maturity Date Sequence*) | | | | | | | |
| **Municipal Bonds** | | | | | | | |
| PUERTO RICO SALES TAX FING CORP SALES TAX REV SALES TAX FIRST SUBORD REV BDS 6.350% 08/01/39 B/E DTD 06/25/09 CALLABLE 12/01/18 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 08/01/09 CPN PMT MONTHLY ON 01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating CA 09/17/13 * | 150,000.000 | 83.5860 | 125,378.78 Original Cost Basis: $123,381.31 | REDACTED JGP4 46.5000 | 69,750.00 | -55,628.78 | |
| **Total Municipal Bonds** | 150,000.000 | | $125,378.78 | | $69,750.00 | -$55,628.78 | $( |
| **TOTAL FIXED INCOME** | 150,000.000 | | $125,378.78 | | $69,750.00 | -$55,628.78 | $( |

| | Cost Basis | Market Value | Unrealized Gain/Loss | A In |
|---|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | $125,118.43 | $69,489.65 | -$55,628.78 | |

* Noncovered under the cost basis rules as defined below.

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were ident subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does basis will not be reported to the IRS.

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calcul taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these a be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be perforn circumstances, including those involving foreign bonds, bonds sold short or bonds issued with less than one year to maturity. This information is meant a should consult your tax advisor in the preparation of your tax returns.

Account Number: REDACTED 5294
A00909S9CSFIOIDP

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE