# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | No 17 BK 03283-LTS |
| Debtors[1] | (Jointly Administered) |
| | |
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO and AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO, | |
| Plaintiffs, | |
| v. | |
| THE COMMONWEALTH OF PUERTO RICO; HON. RICARDO ANTONIO ROSSELLO NEVARES, in his official capacity as Governor of the Commonwealth of Puerto Rico; RAUL MALDONADO GAUTIER, in his official capacity as Chief Financial Officer for the Commonwealth of Puerto Rico; TERESA FUENTES, in her official Capacity as Secretary of the Treasury for the Commonwealth of Puerto Rico; THE RETIREMENT BOARD OF THE GOVERNMENT OF PUERTO RICO; NYDZA IRIZARRY, REINALDO DEL VALLE CRUZ, JESUS RODRIGUEZ ROSA, EDWARD MORENO ALFONSO, CARLOS MOLINA RODRIGUEZ, and ROLANDO ORTIZ | Adv. No. 18-00134 LTS |

---

[1] The Debtors in these title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

| | |
|---|---|
| VELAZQUEZ, in their official capacity as the voting Members of the Retirement Board of the Government Of Puerto Rico; PUERTO RICO FISCAL AND FINANCIAL ADVISORY AUTHORITY; CHRISTIAN SOBRINO VEGA, in his official Capacity as Executive Director of Puerto Rico Fiscal And Financial Advisory Authority; BANCO POPULAR DE PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; and John Does 1-10,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

COMES NOW, Kenneth Pasquale, applicant herein, and pursuant to L. Civ. R. 83A (f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038; telephone number (212) 806-5562, and fax (212) 806-6006.

2. Applicant will sign all pleadings with the name "Kenneth Pasquale".

3. Applicant has been retained by The American Federation of Teachers, AFL-CIO ("AFT") and American Federation of State, County and Municipal Employees International Union, AFL-CIO ("AFSCME"), to provide legal representation in connection with the above-styled matters pending before the United States District Court for the District of Puerto Rico.

4. Since 1990, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2372712.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States District Court, for the Southern District of New York | 1990 |
| United States District Court, for the District of New Jersey | 1990 |
| United States Court of Appeals, for the Second Circuit | 1992 |
| United States Court of Appeals, for the Third Circuit | 1990 |
| United States Court of Appeals, for the Eleventh Circuit | 2001 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. As far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

JOSE LUIS BARRIOS-RAMOS
USDC 223611
1801 McLeary Ave., Suite 303
San Juan, P.R. 00911
Tel: (787) 593-6641
Fax: (787) 764-4430
E-mail: barrios.jl@outlook.com

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply

with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: December 17, 2018

By: */s/ Kenneth Pasquale*
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, N.Y. 10038
Telephone: (212) 806-5562
Facsimile: (212) 806-6006
Email: kpasquale@stroock.com

I hereby certify, pursuant to USDC Local Rule 83A(f), that I consent to the designation of local counsel for all purposes.

**IT IS HEREBY CERTIFIED** that a true copy of this document has been filed with the Clerk of the Court electronically using the CM/ECF system, which automatically serves notification of the filing to parties in interest.

Date: December 17, 2018

By: */s/ Jose Luis Barrios-Ramos*
Jose Luis Barrios-Ramos
USDC 223611
1801 McLeary Ave., Suite 303
San Juan, P.R. 00911
Telephone: (787) 593-6641
Facsimile: (787) 764-4430
Email: barrios.jl@outlook.com

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this ____ day of _____, 2018.

_____
U.S. District Judge