Diciembre 2018

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2018 DEC 18 PM 1:33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Ref: Nos oponemos a "Seventh Omnibus Objection"
Case 17-03283-LTS

Honorable Corte

Por este medio nos oponemos, en nuestro caso, a la objeción colectiva Case: 17-03283-LTS Doc.# 4411-1 Filed: 12/04/18. Entered 12/04/18 23:11:01. Mi nombre es Francisco de A. Toro Osuna y el de mi esposa es Viviana Velez Perez (Comm Prop) de los bonos de PR Sales Tax Fing. Corp por la cantidad de $10,000.00. Nuestra dirección es: Urb. Ext. Quintas de Santa Maria #28 Mayaguez P.R. 00682. Mi número de Teléfono es 787-951-5790 y mi email es: ing.franciscotoro@gmail.com

El Nombre del tribunal es: "United States District Court For the District of Puerto Rico" Los Deudores son "The Financial Oversight and Management Board For Puerto Rico as representative of Commonwealth of Puerto Rico et, al". El número del caso es 17 BK 3283-LTS. El Título de la objección es: "Notice of Puerto Rico Sales Tax Financing Corporation's Seventh Omnibus Objection (non Substantive) To claims Asserted Against

the Incorrect Debtor. Los numeros de la evidencia es Doc. #: 4411-1 Filed: 12/04/18 page 2 of 5 (Abajo dice page 1 of 4)

Nos oponemos a la objeción colectiva ("Seventh omnibus objection") ya que nosotros poseemos la cantidad de $10,000.00 en bonos de "P.R. Sales Tax Fing. Corp" con la firma U.B.S. cuenta # REDACTED 24 QR. Estos bonos los compramos el 16 de Junio de 2010.

Por tales razones solicitamos al Honorable Tribunal declare "NO ha lugar" la objeción colectiva en nuestro caso. La "Seventh omnibus objection" que dice que no tengo bonos de P.R. "Sales Tax Fing Corp" (COFINA) y que son de P.R. "Electric Power Authority" lo cual es incorrecto.

Adjunto le envío evidencia del Estado de Cuentas de mis bonos con UBS del mes de Noviembre 2018 página 6

Atentamente
Ing. Francisco de A. Toro Osoria

Sra. Viviana Velez Perez
Viviana Velez Perez

cc: Counsel for the Oversight Board
Counsel for the Creditors Committee