Seventh Omnibus Objection
Exhibit A - Incorrect Debtor Bond Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BAKER, JOAN<br>4 WOODS END RD.<br>BROOKSIDE, NJ 07926 | 19266 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 16,145.00 | Puerto Rico Electric Power Authority | $16,145.0 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 2 | CALLIHAN, HENRY<br>24 AUGUSTA WAY<br>NORTH CHELMSFORD, MA 01863-2000 | 4636 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 4,750.00 | Commonwealth of Puerto Rico | $4,750.0 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 3 | FRANCISCO J. PERDOMO-FERRER TTE<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 13752 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 100,000.00 | Puerto Rico Highways and Transportation Authority | $100,000.0 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 4 | FRANCISCO TORO DE OSUNA VIVIANA VELET PERET COMM PROP.<br>FRANCISCO DE A. TORO OSUNA<br>28 URB EXT. QUINTAS SANTA MARIA<br>MAYAGUEZ, PR 00682 | 2112 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 10,000.00* | Puerto Rico Electric Power Authority | $10,000.0 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 5 | GARCIA DE MIRO, NATIVIDAD<br>2201 CARR. 14 APT. 11501 COND. ALBORADA<br>COTO LAUREL, PR 00780-2320 | 34502 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 85,561.00 | Puerto Rico Electric Power Authority | $85,561. |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 6 | GRAHAM, DIANA E. AND JOHNSON<br>176 EVERGREEN DRIVE<br>WESTBURY, NY 11590 | 10591 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 9,775.00 | Puerto Rico Highways and Transportation Authority | $9,775. |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 7 | JESUS HERNANDEZ GONZALEZ AND SONIA ANGUEIRA MALDONADO<br>HC-05 BOX 10496<br>MOCA, PR 00676 | 6567 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 44,416.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $44,416.0 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts