Ing. Francisco de A. Toro Orona
Urb. Ext. Quintas de Santa Maria #28
Mayaguez, P.R. 00682

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767