28 Glenwood Road
Fanwood, New Jersey 07023

RECEIVED & FILED
2018 DEC 18 PM 1:33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

December 11, 2018

| | | |
|---|---|---|
| **Clerk's Office** | **Counsel for the Oversight Board** | **Counsel for the Creditors' Committee** |
| United States District Court | Proskauer Rose LLP | Paul Hastings LLP |
| Room 150 Federal Building | Eleven Times Square | 200 Park Avenue |
| San Juan, Puerto Rico 00918 | New York, New York 10036 | New York, New York 10166 |
| | Attn: Martin J. Bienenstock | Attn: Luc. A. Despins |
| | Paul V. Possinger | James Bliss |
| | Ehud Barak | James Worthington |
| | Maja Zerjal | G. Alexander Bongartz |

In re: Puerto Rico Sales Tax Financing Corporation (COFINA), Case No.17 BK-03284-LTS Doc#:4410-1, Claim # 6623, Asserted Claim Amount: $10,000.00
Subject: Pro Se filing of claimants Peter Leavitt and Olga Stavros Leavitt JT TEN disputing the Omnibus Objection

Gentlemen/Gentlewomen:

Contrary to Exhibit A to the Sixth Omnibus Objection, claimants Peter Leavitt and Olga Stavros Leavitt JT TEN did provide supporting documentation for asserting a claim against COFINA such that the debtors would be able to determine that the claimants have a valid claim against COFINA and any of the other Title III debtors

The claim application requested among other things a copy of an itemized statement(s) of a running account(s) showing the claimants' proof of ownership. The claimants provided the above with the application (See enclosed documentation submitted with the claimants' application). The first page is a cover page that includes the name of the claimants' investment company, the claimants' names and address, the period of the month to which the claimants' statement applies, contact information pertaining to the claimants' investment company, and the claimants' account number. The second page is an account detail page that includes the claimants' names, the claimants' account number, the period to which the claimants' statement applies, the claimants' municipal bond inconclusive of its name, coupon rate, maturity date and CUSIP for which the claimants are asserting a claim against COFINA and any of the other Title III debtors, and the municipal bond's trade date, face value, original unit cost, adjusted unit cost, unit price, original total cost, adjusted total cost, market value and unrealized gain/loss.

Surely, with all this information supplied by the claimants, in accordance with the rules, as proof of the claimants' claim, and with the proper due diligence on the part of COFINA, there is clearly sufficient basis or documentation for asserting a claim associated with the municipal bond.

Yours very truly,

*[signatures]*

Peter Leavitt and Olga Stavros Leavitt JT TEN