# Morgan Stanley

## CLIENT STATEMENT | For the Period February 1-28, 2018

**STATEMENT PACKAGE FOR:**
PETER LEAVITT &
OLGA STARVOS LEAVITT JT TEN

*Morgan Stanley Smith Barney LLC. Member SIPC.*

**TOTAL VALUE OF YOUR ACCOUNTS** (as of 2/28/18)
*Includes Accrued Interest*

**Your Financial Advisor Team**
The Metro Group
973-467-6357

**Your Financial Advisors**
**Dahlia Peyser**
First Vice President
Dahlia.Peyser@morganstanley.com
973 467-6357

**Jeffrey Peyser**
Vice President
Jeffrey.Peyser@morganstanley.com
973 912-7784

**James Polonsky**
Vice President
James.Polonsky@morganstanley.com
973 467-6335

**Brian Deutsch**
Brian.Deutsch@morganstanley.com
973 467-6328

**Your Branch**
150 JFK PARKWAY 2ND FL
SHORT HILLS, NJ 07078
Telephone: 973-467-6300; Alt. Phone: 800-927-0227; Fax: 973-376-5813

Client Service Center (24 Hours a Day; 7 Days a Week): 800-869-3326

Access Your Accounts Online: www.morganstanley.com/online

#BWNJGWM
0012180 02 AV  0.375 02 TR 00057 MSGDD162 000000
PETER LEAVITT &
OLGA STARVOS LEAVITT JT TEN
28 GLENWOOD ROAD
FANWOOD NJ 07023-1425




Case:17-03283-LTS Doc#:4491-1 Filed:12/18/18 Entered:12/18/18 15:16:31 Desc: Morgan Stanley Client Statement Page 2 of 2

Page 7 of 14

✱ Claim #(17-03284)

# Morgan Stanley



**CLIENT STATEMENT** | For the Period February 1-28, 2018

Active Assets Account 7-168

PETER LEAVITT & OLGA STARVOS LEAVITT JT TEN

## Account Detail

### MUNICIPAL BONDS

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES TAX REV FIRST SUB-C<br>Coupon Rate 6.000%; Matures 08/01/2039; CUSIP 74529JLK9<br>Int. Semi-Annually Feb/Aug 01; In Default; Federal Tax Exempt; Moody CA  S&P D; Issued 06/30/10; Asset Class: FI & Pref | 1/13/11 | 10,000,000 | 101.024<br>100.316 | 17.750 | 10,102.40<br>10,031.66 | 1,776.00 | (8,256.60) LT | | |

| | Percentage of Holdings | Face Value | | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|