## Sixth Omnibus Objection
### Exhibit A - Insufficient Basis Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 333 | PERDOMO FERRER, FRANCISCO J.<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/17/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 14103 | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 334 | PEREZ ECHEVARRIA, GERARDO<br>PO BOX 1594<br>SAN SEBASTIAN, PR 00685 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 38706 | $ 210,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 335 | PEREZ ROLON, JOALENNY<br>ANDREAS COURT<br>370 CALLE 10 BOX 71<br>TRUJILLO ALTO, PR 00976 | 5/14/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 14616 | $ 37,525.77 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 336 | PEREZ VINAS, NELISAMAR<br>URB. EST. DE TORTUGUERO 124 TOLEDO<br>VEGA BAJA, PR 00693 | 4/26/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 9041 | $ 104,655.25 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 337 | PETER LEAVITT + OLGA STAVROS LEAVITT JT TEN<br>28 GLENWOOD RD<br>FANWOOD, NJ 07023 | 4/9/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 6623 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 338 | PIELLUCCI, RAYMOND<br>16386 SW 13 TERRACE<br>OCALA, FL 34473 | 4/9/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 4591 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 339 | PIEVE, WILMER FERNANDEZ<br>PO BOX 29<br>ADJUNTAS, PR 00601-0029 | 3/19/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 3266 | $ 135,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

\* Indicates claim contains unliquidated and/or undetermined amounts