Peter Leavitt
28 Glenwood Rd
Fanwood, NJ 07023-1425

RECEIVED & FILED
2018 DEC 18 PM 1:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



U.S. POSTAGE PAID
FCM LETTER
FANWOOD, NJ
07023
DEC 12, 18
AMOUNT
$4.16
1000   00918-1339   R2304M114881-13

CERTIFIED MAIL

7017 2620 0000 4328 2754

00918$1706

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico
00918