UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

--------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described

below, from interested persons in the above-captioned cases. Although the Court cannot respond

individually to all of those who have expressed their thoughts or concerns, the Court is deeply

mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the

importance of the issues that are raised in these unprecedented cases.

1.     Email dated December 13, 2018 from Adriana Garriga-Lopez
2.     Email dated December 13, 2018 from Alexander Corby
3.     Email dated December 13, 2018 from Anita Winkis
4.     Email dated December 13, 2018 from Carissa Caban

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

5.      Email dated December 13, 2018 from David Brockoff
6.      Email dated December 13, 2018 from Liliana Cotto Morales
7.      Email dated December 13, 2018 from Luz Celeste Suarez
8.      Email dated December 13, 2018 from Nelson Diaz
9.      Email dated December 13, 2018 from Norma Rodriguez
10.     Email dated December 13, 2018 from Thomas Pena
11.     Email dated December 13, 2018 from Zoraida Brana
12.     Email dated December 13, 2018 from Teresa Volmar Swany
13.     Email dated December 14, 2018 from Adriana Timoney
14.     Email dated December 14, 2018 from Christine Emanuelli
15.     Email dated December 14, 2018 from Edwin Torres
16.     Email dated December 14, 2018 from Gilda Garcia
17.     Email dated December 14, 2018 from Jeshanah NaraBemi
18.     Email dated December 14, 2018 from Jose Fracheshi
19.     Email dated December 14, 2018 from Mark Peterson
20.     Email dated December 14, 2018 from Puerto Ricans in Action
21.     Email dated December 14, 2018 from Adolfo Luciano
22.     Email dated December 15, 2018 from Georgina Falu
23.     Email dated December 15, 2018 from Ginna Malley Campos
24.     Email dated December 15, 2018 from Juana Tiangco
25.     Email dated December 15, 2018 from Nelson Hernandez
26.     Email dated December 16, 2018 from Aileen Soto
27.     Email dated December 16, 2018 from Anonymous
28.     Email dated December 16, 2018 from Damaris Lopez
29.     Email dated December 16, 2018 from Donna Marie Smith
30.     Email dated December 16, 2018 from Elenor Arons
31.     Email dated December 16, 2018 from Helga Rodriguez
32.     Email dated December 16, 2018 from Sandra Lopez
33.     Email dated December 16, 2018 from Susan Ackoff Ortega
34.     Email dated December 16, 2018 from Vivian Rodriguez
35.     Email dated December 17, 2018 from Cindy Candelaria
36.     Email dated December 17, 2018 from Marina Aleman
37.     Email dated December 17, 2018 from Javier Smith Torres
38.     Email dated December 17, 2018 from Marina Aleman


Dated:  December 18, 2018



**COFINA**
Adriana Garriga-López    to: swaindprcorresp

12/13/2018 04:57 PM
Hide Details

From:

To:       swaindprcorresp@nysd.uscourts.gov

Dear Judge Swain,

I write in order to respectfully request that you reject the agreement between COFINA bondholders and the undemocratic Financial Oversight and Management Board. This agreement is unfair to the residents of Puerto Rico. It will drag Puerto Rico deeper into economic and social crisis due to the imposition of more austerity measures, cuts in public services and pensions, and it could lead to a new debt default. Instead, there should be a fair renegotiation of agreements that are not unfairly burdensome for taxpayers. Please stand up for everyday people in Puerto Rico. We need your help!

Thank you,
Prof. Adriana Garriga-Lopez
--------------------------------------------------------------------------------
Adriana Garriga-López, Ph.D.





**Please Reject Puerto Rican Confina bondholder agreement**

**Alex Corby**   to: swaindprcorresp

12/13/2018 01:41 PM
Hide Details

From:
To:   swaindprcorresp@nysd.uscourts.gov

Hello your Honor,

My name is Alexander Corby and I am a currently starting a family here in Puerto Rico. I am writing to you to urge you to reject the agreement between Cofina bondholders and the Financial oversight board of Puerto Rico as I believe it will do far more harm than good to the Puerto Rican economy. Already, we suffer from a pitifully low minimum wage and the new agreement would further cut into pensions and public services. The people of Puerto Rico simply cannot handle this financial burden and further austerity measures would destroy the islands fragile economy. A proposal that many citizens of the island would like to see, and one that has been flatly refused by govenor Rossello, would be to condcut an audit of the debt and determine which entities, public or private, are responsible for the island's debt. It is simply not fair that Puerto Rican citizens pay for a debt that they were not responsible for. Please consider the well-being of future Puerto Ricans while weighing this important decision.

Thank you for your time and service!

Alexander Corby



**Reject Cofina bondholders agreement**
<span style="color:orange">**Anita**</span>   to: swaindprcorresp                                                     12/13/2018 06:58 PM
                                                                                                    <u>Hide Details</u>

From:   
To:     swaindprcorresp@nysd.uscourts.gov

I respectfully ask you to REJECT the agreement between Cofina bondholders and the Financial
Oversight and Management Board as it will drag Puerto Rico into another economic crisis, due to the
imposition of more austerity measures, cuts in public services and pensions, and would lead to a new
debt default.

Instead, we request a fair renegotiation of the agreements that are not burdensome for the country.

Thank you,

Anita K. Winkis



**Please REJECT the agreement between COFINA and the FOMB on Jan. 16**

**Carissa Caban**   to: swaindprcorresp

12/14/2018 10:43 AM
Hide Details

From:  ███████████████████████

To:    swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Swain,

I am a Puerto Rican citizen residing in Florida, a board member of a non-profit organization dedicated to mental health education in the island, and a community physician. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a vey disorganized, illogical and irresponsable manner so far, endagering the safety of citizens, priving thousands from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

Carissa Caban, MD
███████████████████



**Puerto Rico Bonds**
**David Brockhoff**   to: swaindprcorresp

12/14/2018 10:06 AM
Hide Details

From: ███████████████████████████

To:    <swaindprcorresp@nysd.uscourts.gov>
       ███████████████████████████

Judge Swain – I am a 59 year old pastor in Florida very much aware that retirement is not all that far down the line.  So many things seem amiss with the proposed settlement on the Puerto Rico Bonds.  It seems at the very least we should get the interest they've been holding in escrow.  I also don't understand why the junior bond holders are taking the largest hit on the restructure when to the best of my knowledge we didn't even have representation in the negotiation.  That just seems wrong.  I am writing so that you're aware there are some little people out here to whom these bonds matter more in the big picture than perhaps to hedge fund managers, etc.  Thank you for your time and consideration.

Respectfully,
David Brockhoff



**A La Jueza Taylor Swain**
**Liliana Cotto-Morales**   to: swaindprcorresp
Cc: justo

12/13/2018 12:52 PM
Hide Details

From:  ███████████████████████
To:       swaindprcorresp@nysd.uscourts.gov
Cc:     ███████████████


A: JUDGE TAYLOR SWAIN: swaindprcorresp@nysd.uscourts.gov
(212) 805-0417

DE: Liliana Cotto Morales, PhD

Asunto:  Petición para que RECHACE el acuerdo entre los bonistas de Cofina y la Junta de Supervisión y Administración Financiera, ya que arrastrará a Puerto Rico a otra crisis económica. Lo anterior es debido a la imposición de más medidas de austeridad, recortes en los servicios públicos y las pensiones, y generaría una nueva deuda.

En su lugar, solicitamos una renegociación justa de los acuerdos que no son positivos para el país.

¿POR QUÉ?
Puerto Rico está bajo el control de una Junta creada por el Congreso de los Estados Unidos. Esta Junta formó un acuerdo con COFINA, un fondo ilegal para pagar a los bonistas, que promoverá las medidas de austeridad contra el pueblo puertorriqueño.

Es fundamental que usted la jueza a cargo de aprobar escuche nuestro mensaje en contra de este acuerdo. Este ya que someterá al pueblo puertorriqueño por 40 años de nuevas medidas de austeridad para pagar una deuda del gobierno de los EE. UU. se niega a auditar.

#diásporaenresistencia #vamospuertorico #orpr #swainrejectdeal

Atentamente,
Liliana Cotto Morales, Ph D
Socióloga Urbana



**Petición**
**Luz Celeste Suarez**   to: swaindprcorresp

12/13/2018 09:58 PM
Hide Details

From:

To:        swaindprcorresp@nysd.uscourts.gov

Honorable Jueza Swain rechazó el acuerdo entre los bonistas de Cofina y la Junta de Supervisión y Administración Financiera, ya que arrastrará a Puerto Rico a otra crisis económica, debido a la imposición de más medidas de austeridad, recortes en los servicios públicos y las pensiones, y generaría una nueva deuda. En su lugar, solicitamos una renegociación justa de los acuerdos que no son positivos para el País. La Junta contrata asesores que a su vez son bonitas. Es algo desleal y en perjuicio de Puerto Rico. Es necesario se definan y se protejan los servicios esenciales. Confío en su trabajo

--

Sent from Gmail Mobile



**Acuerdo con bonitas de Cofina**

Nelson Diaz Fernandez   to: swaindprcorresp@nysd.uscourts.gov

12/13/2018 12:12 PM

Hide Details

From:   ██████████████████████

To:   "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Le solicito rechace el acuerdo con los bonistas de Cofina por ser muy perjudicial para nuestro pueblo. Este acuerdo hará más difícil un crecimiento económico digno para Puerto Rico.
Gracias
Nelson Diaz
██████████████

Enviado desde mi iPad



**REHACER ACUERDOS DE COFINA**

████████████████  to: swaindprcorresp                    12/13/2018 04:59 PM
                                                              Hide Details

From:    ████████████████████████████████

To:      swaindprcorresp@nysd.uscourts.gov

Saludos . Le solicito muy respetuosamente que REHACER el ACUERDO entre los BONISTAS DE COFINA Y JUNTA DE
SUPERVICIÓN Y ADMINISTRACIÓN FINANCIERA,ya que arrastra a PR a otra crisis económica debido a la imposición de
mas medidas de austeridad,recortes en los servicios públicos y las pensiones y generaria una nueva deuda. En su lugar
SOLICITAMOS UNA RENEGOCIACIÓN JUSTA a los acuerdos que no sonmas para el país.

Norma I Rodriguez

Sent from my T-Mobile 4G LTE Device



**REJECT the agreement between Cofina bondholders and the Financial Oversight and Management Board**

**Thomas Pena** to: swaindprcorresp

12/13/2018 04:52 PM

Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

To: Judge Taylor Swain

Puerto Ricans deserve the right to negotiate agreements that will not result in more austerity measures, cuts in public services, pensions and possible default. For over 120 years Puerto Ricans have been left out of important decision making conversations and processes that affect them greatly. I urge you to seriously consider the above mentioned agreement.

Thank You!

Thomas Pena



**Please, reject the agreement between the COFINA bondholders and the Supervision and Financial Administration Board in Puerto Rico**

Zoraida Brana Correa   to: swaindprcorresp

12/13/2018 11:40 AM

Hide Details

From:

To:      swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Swain:

Please, reject the agreement between the COFINA bondholders and the Supervision and Financial Administration Board,

This agreement, it will drag PR to another economic crisis due to the imposition of more measures of auterity, cuts in public services and pensions and generate a new debt. Instead, I respectfully request a fair renegotiation of the agreements that are not positive for the country. The island is still recovering from the devastating hurricanes Irma and Maria. While the people suffer and the quality of life is deteriorating, many others benefit. Justice for all! Thank you,

Sincerely,

Zoraida Brana, from PR

Teresa Volmar Swany

███████████████

December 13, 2018

Honorable Judge Laura Taylor Swain
United States District Court
District of Puerto Rico
Federal Office Building
150 Carlos Chardon Street
San Juan, PR 00918-1767

Re: Objections to the COFINA Plan of Adjustment Under Title III PROMESA
Case No. 17-03283

Submitted on behalf of Wamtel Inc., Teresa Volmar Swany, Michael Swany,
Lauren Swany, Kathryn Swany Beck, Marjorie Volmar, Lisa Volmar, Thomas
Stephens, Annie Stephens, and Wyatt Stephens.

Dear Judge Swain,

When you were assigned the job of overseeing the Title III PR debt restructuring
cases, I did some research about you. I honestly was somewhat relieved about
the situation because of you. Everything I read tells me you are the right person
for this job, someone who will not let any corrupt government officials or
unscrupulous business people twist the laws to their personal benefit and
someone who will uphold the intentions of the rule of law and the letter of the law.
And as I read all the information that was given to us as we purchased multiple
Puerto Rico bonds (and I still have much of it), I felt comfortable that the laws
protected my family's investments in Puerto Rico, specifically the COFINA bonds.

How could we not feel good about our investments?
1. Our investments had a Priority Statutory Lien on pledged dedicated sales
   tax revenue that was more than sufficient to pay all COFINA debt. This
   dedicated revenue was unavailable to the government of Puerto Rico. The
   sales tax revenues I believe were directly deposited into the Bank of New
   York Mellon.
2. High investment grade rating on the COFINA subordinate bonds when
   issued, "A+" second only to the Senior COFINA bonds which were rated
   slightly higher by one notch, "AA-". A long-term Subordinate COFINA
   bond's market value was equivalent to around 1 to 2 points or 1 to 2% less
   than a similar Senior COFINA bond's market value. This last point is
   important because now under the proposed COFINA Plan of Adjustment

Case No. 017-03283                                                              1
Letter on behalf of Swany/Volmar/Stephens

(hereinafter referred to as the "Plan") difference in recovery between Senior and Subordinate bonds is around 40 points or 40%.

3. In the various Official Offering Statements for General Obligation (GO) and COFINA bonds issues, the Puerto Rico government repeatedly gave legal assurance that by law the Puerto Rico treasury did not have access to the pledged sales tax revenues. Additionally, the Puerto Rico government was obligated to defend the COFINA bond structure.

I have read and reviewed the Plan. In addition to rereading the Official Offering Statements for some of our various bonds, I have also read and studied information from multiple sources about the case and what many believe are the pertinent laws involved in this case. I have shared and discussed this information with my family, and we strongly object to the Plan, and we will vote to REJECT the Plan. We are dismayed that the parties involved with the negotiations presented this unreasonable, and in our opinion illegal, Plan for discussion.

We have concluded that the Commonwealth COFINA Plan of Adjustment settlement is premature, illegal, and unfair for many reasons.

1. The Commonwealth has yet to produce acceptable Audited Financials to prove insolvency.

2. The Financial Oversight Board has not been transparent. They have not allowed creditors a means of discovery to quantify the Oversight Board's assumptions of general revenue available to the Commonwealth to pay the debt in their Fiscal plans. To date, the Board's financial assumptions have been 20% too low, and essential services expense has never been addressed. As we are all aware, no one knows Puerto Rico's real financial position.

3. COFINA is not insolvent, and debt adjustment was never negotiated in Title VI, a PROMESA prerequisite to enter Title III bankruptcy.

4. The negotiating parties did not include adequate representation for U.S. mainland Subordinate bondholders. Subordinate bondholders are mostly retail investors that are unorganized and therefore they as a class were not represented at the negotiating table. Along with the Commonwealth and the Financial Oversight Board, the Senior bondholders authored the Plan by taking advantage of their position and acting in their own interest rather than in the interest of all COFINA bondholders.

5. Mediating/negotiating hedge funds and others with insider information were allowed to continue buying and selling of COFINA bonds until November 20, 2018, the bondholder date of record for eligibility to vote. Unethical, maybe illegal, buying and selling has allowed insider hedge funds to purchase bonds in order to manipulate the outcome of the vote to the detriment of Subordinate bondholders. In other words, the negotiating parties are most likely guilty of self-dealing.

6. The Senior bondholders, mostly hedge funds, have accumulated over the

past year at distressed prices what they believe to be a sufficient amount of Subordinate bonds to control the negotiations and the vote. The escrowed debt service being held by the BNY Mellon is only being used to pay Senior bondholders legal expenses, back interest and a mediation fee of 2%, which is equal to over $320 million dollars. Subordinate bondholders are not receiving any of these escrowed funds.

7.  To date, the Court has not stopped the Financial Oversight Board debt restructuring negotiations from bypassing many prerequisites of PROMESA.

8.  The Puerto Rico government has passed legislation that changes the 2006 law Act 91, which was the enabling law that created COFINA. It appears to us that changing the law to the detriment of bondholders while bonds are outstanding is not legal under PROMESA, the takings clause of the U.S. Constitution and contract law.

9.  Contract law and legal Liens have been ignored. The Plan has changed the Statutory Lien and the amount of dedicated pledged revenues available to pay COFINA bondholders, which is inconceivable in the annals of municipal bonds bankruptcies. Pledged revenues, which by law are not available to the Commonwealth, are being made available to the Commonwealth.

10.  It is inequitable for Senior bondholders to receive a 93% recovery, including back interest/cash from the escrowed COFINA funds, while the Subordinate bondholders secured by the same Statutory Lien on pledged revenues sufficient to pay both Senior and Subordinate bondholders, receive a 56.4% recovery and no back interest from the $1.2 billion of COFINA escrow funds. The money in the fund is unpaid debt service owed to all COFINA bondholders.

11.  As previously stated: In Official Offering Statements for General Obligation (GO) and COFINA bonds issues legal assurance was given from the Puerto Rico government that by law the Puerto Rico treasury did not have access to the pledged tax revenues. The Puerto Rico government also was obligated to defend the COFINA bond structure. This is the same structure that they are now attacking.

Up until June 2016, the Commonwealth and its Agencies had to take all steps necessary to meet their obligations because prior to this time the Commonwealth did not have access to Chapter 9 bankruptcy or any form of debt adjustment. In June 2016 PROMESA was created as a mechanism to reduce Puerto Rico's debt by means that respect bondholders' rights, respect the priority of payment and respect legal Liens.

Unfortunately, PROMESA and Title III have not been about respecting bondholders rights, the law and liens. At this point, it appears to have evolved into innocent bondholders being forced to bailout the U.S. government and the

corrupt Puerto Rico government. The COFINA settlement route has been driven by the Financial Oversight Board's fear of the risks and consequences associated with a court ruling in the Commonwealth vs. COFINA dispute that would have resulted in ALL COFINA bondholders being treated fairly. If an unfavorable ruling for the Commonwealth was allowed to happen, it would not be possible for the Oversight Board to confiscate the Subordinate bondholders' property. It was and is apparent to everyone including the Commonwealth and anyone that has been involved in the municipal bond market that if you follow the law, the Court would have ruled for the COFINA bondholders. If the Commonwealth believed at all that the court would have ruled against the current COFINA bondholders, the Senior bondholders would not be receiving a 93% plus cash recovery.  And how can the very same documents that support Senior bondholders receiving a 93% plus cash recovery only support Subordinate bondholders receiving a 56.4% recovery and no cash when those two types of bonds traded at a difference of only one to two percent, had similar investment grades and were based on the same laws and priority statutory liens?

I always told my staff that if you have a hard time explaining to a client our decision or our policies, then maybe we should discuss those policies and make sure they make sense to us as well. This Plan makes no sense. It ignores the law. It sets very scary precedents for other municipal bonds and will destroy confidence in all the municipal markets. And by no means is it fair to all bondholders.

The security and main components of COFINA bonds that attracted investors were a Statutory Lien on pledged Sales Tax revenue and the fact that this dedicated revenue source was not available under any circumstances to the Puerto Rico government, who had lost the trust of investors. The fact that the Puerto Rico government's intent was to protect bondholders when they established COFINA and the Statutory Lien is unquestionable. For the next ten years, the Puerto Rico government under three governors, legislatures and Department of Justices continued to assure COFINA bondholders and inform General Obligation bond investors that pledged COFINA revenues secured by a Statutory Lien were not available to the Commonwealth.

The mediation/negotiation should be deemed illegal as the participants are guilty of self-dealing. Unrepresented secured U.S. mainland Subordinate COFINA bondholders are victims of this self-dealing, (Senior COFINA bondholders recovery 93%, secured mainland Subordinate COFINA bondholders who pay U.S. income taxes recovery 56.4% and Puerto Rico Subordinate bondholders, represented by former government officials and who do not pay U.S. income taxes, will receive 58.4% recovery). Based on the preferential treatment given to Senior bondholders and the Commonwealth, self-dealing is the only conclusion that can be reached.

Case No. 017-03283                                                                      4
Letter on behalf of Swany/Volmar/Stephens

As I stated earlier and for the multiple reasons I have given herein, we vehemently object to this Plan. We object to the underlying structure of the Plan and the proposed execution of the Plan. Besides the overall inequity of a 56.4% recovery, as proposed, this ridiculous Plan will leave U.S. retail Subordinate bondholders with small odd lots of bonds that have very little marketability. Zero coupon bonds would be part of that distribution. Most investors who buy municipal bonds are looking for tax-free income to support their retirement, pay for education or supplement their income. Some buy zero coupons for their children or grandchildren, but that is not the majority. The Puerto Rico retail Subordinate bondholders, holding the very same bonds, would receive a higher recovery rate, 58.4%, and more marketable one block bonds of $28,000 interest paying bonds and no zero coupon bonds. Again, this inequity just makes no sense.

The Commonwealth's unemployment rate is around 8%, the lowest in decades. Sales tax revenues are at record levels. The Puerto Rico Treasury has $12 billion of cash in various accounts, a large portion of this money is the result of not paying annual debt service for almost three years which amounts to around $3 billion a year. The Puerto Rico government has proposed to lower taxes, raise the minimum wage for government workers and is paying Christmas bonuses. It appears Puerto Rico's willingness to pay its debt should be more in question than its ability to pay its debt.

We all have personal bills and financial obligations. We have mortgages, auto loans, tuition bills, student loans, medical bills, etc. We cannot just decide by ourselves that we will change the interest rates on those promissory notes, reduce some by 7% and others by 40%. We cannot go to the bank and ask them to change our neighbor's mortgage to a higher rate so we can pay a lower rate. We cannot simply tell our next-door neighbors they must start paying part of our mortgage. Even if we file for bankruptcy, we must prove our insolvency and abide by the laws. These examples may seem outrageous, but they are equivalent to what this Plan is asking of the U.S. mainland Subordinate COFINA bondholders.

The whole process is questionable, and the self-dealing by the negotiating parties appears evident. In addition to detailing to you our objections to this Plan, we hope this letter will encourage you to use your knowledge, your integrity and your position to move this process in the correct direction with a conclusion that respects the rights of all bondholders, respects the priority of payment and respects the legal Liens. We further hope that any illegal and unscrupulous practices by participating parties will be investigated and those individuals or entities will be held accountable for their actions.

I submit this letter not only for myself, but also for my family members who

Case No. 017-03283                                                                              5
Letter on behalf of Swany/Volmar/Stephens

together hold over two and a half million Puerto Rico COFINA Subordinate bonds
in addition to other types of Puerto Rico bonds.

Respectfully yours,

*Teresa Volmar Swany*

Teresa Volmar Swany (individually and as stockholder of Wamtel Inc.)

Michael Swany (with permission)

Lauren Swany (with permission)

Kathryn Swany Beck (with permission)

Marjorie Volmar (individually and as stockholder of Wamtel Inc.)
(with permission)

Lisa Volmar (individually and as stockholder of Wamtel Inc.)
(with permission)

Thomas Stephens (with permission)

Annie Stephens (with permission)

Wyatt Stephens (with permission)



**Agreement against Puerto Rico**
**Adriana Timoney**   to: swaindprcorresp                          12/14/2018 10:47 AM
                                                                    Hide Details

From:  ████████████████████████

To:    swaindprcorresp@nysd.uscourts.gov

Judge Taylor Swain,
please REJECT the agreement between Cofina bondholders and the Financial Oversight and Management
Board as it will drag Puerto Rico into another economic crisis, due to the imposition of more austerity
measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request
a fair renegotiation of the agreements that are not burdensome for the country.
 it will succumb the Puerto Rican people to 40 years of further austerity measures to pay a debt the US
Government refuses to audit.

For over 120 years Puerto Ricans have been left out of important decision making conversations and
processes that affect them greatly. Please reject this agreement!



**REJECT the agreement between Cofina bondholders and the Financial
Oversight and Management Board**

Christine Emmanuelli     to: swaindprcorresp                    12/14/2018 06:22 PM

From:          ████████████████████████████████████

To:            swaindprcorresp@nysd.uscourts.gov

WHAT WE NEED YOU TO DO NOW!

PLEASE REJECT the agreement between Cofina bondholders and the Financial
Oversight and Management Board as it will drag Puerto Rico into another
economic crisis, due to the imposition of more austerity measures, cuts in
public services and pensions, and would lead to a new debt default. Instead,
we request a fair renegotiation of the agreements that are not burdensome for
the country.

---- WHY?
Puerto Rico is under the control of a Junta created by the US Congress. This
Junta formed an agreement with COFINA, an illegal fund to pay bond-holders,
that will further austerity measures against the Puerto Rican people. The
judge in charge of approving this deal will render her decision on January 16,
2019. She needs to hear our message against this agreement, as it will succumb
the Puerto Rican people to 40 years of further austerity measures to pay a
debt the US Government refuses to audit.

For over 120 years Puerto Ricans have been left out of important decision
making conversations and processes that affect them greatly.  We can change
this! The Puerto Rican community needs Judge Taylor Swain to listen to them
and their allies. We need her to hear from all of us before her next hearing,
in which she will make her final decision about the Board and Cofina
agreement. The hearing will be on January 16 at 10:30 am in Puerto Rico's
Federal Court.

Sincerely,

Christine M. Emmanuelli

████████████████████████

The future and peace of the world can be found in the hands of our children.
Children are our most important asset. Children are not 100% of our
population; they are, however, 100% of our future.
~ Garrey Carruthers



**Please HELP Puerto Rico,!!!!!!!!!! GOD Blessed YOU (Traducela y enviala en ingles y espanol)**

edwin oscar torres toro    to: swaindprcorresp                                    12/14/2018 11:18 AM
                                                                                 Hide Details

From:
To:       swaindprcorresp@nysd.uscourts.gov,                                     Sort List...

HON. Judge SWAIN ,

POR FAVOR ANALICE y RECHACE el acuerdo entre los bonistas de Cofina y la Junta de Supervisión y Administración Financiera, ya que arrastrará a Puerto Rico a otra crisis económica, debido a la imposición de más medidas de austeridad, recortes en los servicios públicos y las pensiones, y generaria una nueva deuda. En su lugar, solicitamos una renegociación justa de los acuerdos que no son positivos para el país.

--- ¿POR QUÉ?

Puerto Rico está bajo el control de la Junta creada por el Congreso de los Estados Unidos. Esta Junta formó un acuerdo con COFINA, un fondo considerado ilegal para pagar a los bonistas, que promoverá  para nuestra Economia las medidas de austeridad contra el pueblo puertorriqueño, esto no permitira producir calidad de Vida ni repago de deuda..

Usted  esta a cargo de aprobar este acuerdo y pudiera emitir su decisión al respecto el 16 de enero de 2019.

POR FAVOR estudiela y tenga empatia con mas de 3,000.000 de ciudadanos americanos que queremos quedar bien , pero renegociando de Buena FE,,,...

Necesitamos de que  ustes nos escuche,  nuestro mensaje en contra de este acuerdo, ya que sucumbirá al pueblo puertorriqueño por 40 años de nuevas medidas de austeridad para *pagar una deuda del gobierno de los EE. UU. se niega a auditar*.

Durante más de 120 años, los puertorriqueñosnos hemos  quedado fuera de importantes conversaciones y procesos de toma de decisiones que los afectan directamente y enormemente.
¡Podemos cambiar esto!
La comunidad puertorriqueña necesita de usted Vuerstro HONOR  JUDGE Taylor Swain nos escuche a nocotros a ellos y a sus aliados.

Necesitamos que usted  reciba nuestro mensajes antes de su próxima audiencia, Por favor NOS escuche,  en la que tomariá una decisión final sobre el acuerdo de la Junta y de Cofina. En su  audiencia quec será el 16 de enero a las 10:30 am en el Tribunal Federal de Puerto Rico.

**Edwin Torres** & 5 firmas

**Reclamo**
**Gilda G García**   to: swaindprcorresp

12/14/2018 01:33 PM
Hide Details

From:

To:   swaindprcorresp@nysd.uscourts.gov

Por favor rechaze el acuerdo entre los bonistas y cofina. Gracias



**Upcoming Vote**
Jeshanah NaraBemi    to: swaindprcorresp                    12/14/2018 04:46 PM

From:    ████████████████████████████████
To:      swaindprcorresp@nysd.uscourts.gov

**Dear Judge Swain,**
**Please REJECT the agreement between Cofina bondholders and the Financial Oversight**
**and Management Board as it will drag Puerto Rico into another economic crisis, due to the**
**imposition of more austerity measures, cuts in public services and pensions, and would lead**
**to a new debt default. Instead, I ask that you request a fair renegotiation of the agreements**
**that are not burdensome for the country. As a descendant of Puerto Rico, the well-being of**
**the island and its peoples is of great importance to me. Please do the right thing. Thank**
**you.**

*Love & Light,*

**Jeshanah NaraBemi ♥□**
████████████

"Don't do nothing because you can't do everything. Do SOMEthing. ANYTHING!" - Colleen
Patrick-Goudreau



**Puerto Rico and COFINA**
**Jose Franceschi**   to: swaindprcorresp@nysd.uscourts.gov

12/14/2018 03:31 PM
Hide Details

From:
To:      "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Dear Honarable Ms.Swain ,

Please dismiss the agreement between COFINA bondholders and tve JUNTA as It will drag Puerto Rico to another económic crises due to the strain of more austerity measures, cuts ovefall and would lead to a new debt default.  Instead we respectfully request a Fair renegociation of the agreements that are not burdomsome for the common wealth and tve citizens of the United States Of America.

Sincerly,

José A. Fraceschi

Puerto Rico
**Mud Muncher**   to: swaindprcorresp@nysd.uscourts.gov          12/14/2018 08:45 PM

From:   Mud Muncher ████████████████

To:   "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
████████████████████████████████

Judge Swain
I started working at the age of 12 and have made huge money sacrifices along the way.  As I now get closer to retirement I have been blindsided by a totally corrupt Puerto Rican Government.  These actions are
totally criminal and they need to be stopped.  I would like to see you follow the letter of the law and rule on this matter.  Followed up by sending these culprits to jail.
Thank you for your time
Mark Peterson
Wisconsin



**Please REJECT Cofina agreement**
**Puerto Ricans In Action**   to: swaindprcorresp

12/14/2018 04:24 PM
Hide Details

From:

To:   swaindprcorresp@nysd.uscourts.gov

**Please REJECT the agreement between Cofina bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into another economic crisis, due to the imposition of more austerity measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the agreements that are not burdensome for the country.**

**Puerto Ricans in Action - Los Angeles**

**Cofina**
Adolfo Luciano    to: swaindprcorresp@nysd.uscourts.gov    12/15/2018 12:00 PM

From:    Adolfo Luciano ██████████████
To:    "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

REJECT the agreement between Cofina bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into another economic crisis, due to the imposition of more austerity measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the agreements that are not burdensome for the country.



**from Dr Georgina Falu**
Georgina Falu   to: swaindprcorresp                    12/15/2018 12:13 AM

From: ████████████████████
To:    swaindprcorresp@nysd.uscourts.gov

12-14-18

Dear Judge Taylor Swain:

We, Puerto Ricans in the Diaspora, request that in all justice, you reject the agreement between
COFINA and the Fiscal Board in Puerto Rico.

Approving this agreement,  will impose severe limitations for Puerto Rico to work out of  the
Financial Crisis the island is in,

signed

Dr. Georgina Falu

President of FALU FOUNDATION

working for 30 years in El Barrio-NY



**Please REJECT the agreement between COFINA and the FOMB on Jan . 16**

Ginna Malley Campos    to: swaindprcorresp@nysd.uscourts.gov    12/15/2018 07:30 AM

From:     Ginna Malley Campos ███████████████████

To:       "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Dear Honorable Judge Swain,

My name is Gina Malley Campos from Puerto Rico. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis in Puerto Rico. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead us into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a vey disorganized, illogical and irresponsable manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

Gina Malley Campos

██████████████████ ▄

--

ginna malley campos



**JANUARY 16th - PUERTO RICO**
Juana Tiangco   to: swaindprcorresp                    12/15/2018 11:25 AM

From:     Juana Tiangco ███████████████

To:       swaindprcorresp@nysd.uscourts.gov

Dear Judge Taylor Swain,

**PLEASE REJECT the agreement between Cofina bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into another economic crisis , due to the imposition of more austerity measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the agreements that are not burdensome for the country .**

**Thank you.**

Juana Tiangco
████████████



**Save Puerto Rico**

Nelson Hernandez        to: swaindprcorresp@nysd.uscourts.gov        12/15/2018 09:58 AM

From: ██████████████████████████████

To:      "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
██████████████████████████████████████████

12/12 - 1/16 INTERNATIONAL CALL TO ACTION FOR PUERTO RICO!

--- WHAT WE NEED YOU TO DO NOW!

EMAIL JUDGE TAYLOR SWAIN: swaindprcorresp@nysd.uscourts.gov

Call Judge Taylor Swain at (212) 805-0417

---- WHAT CAN YOU SAY? Ask her to REJECT the agreement between Cofina bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into another economic crisis, due to the imposition of more austerity measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the agreements that are not burdensome for the country.

---- WHY?

Puerto Rico is under the control of a Junta created by the US Congress. This Junta formed an agreement with COFINA, an illegal fund to pay bond-holders, that will further austerity measures against the Puerto Rican people. The judge in charge of approving this deal will render her decision on January 16, 2019. She needs to hear our message against this agreement, as it will succumb the Puerto Rican people to 40 years of further austerity measures to pay a debt the US Government refuses to audit.

For over 120 years Puerto Ricans have been left out of important decision making conversations and processes that affect them greatly.  We can change this! The Puerto Rican community needs Judge Taylor Swain to listen to them and their allies. We need her to hear from all of us before her next hearing, in which she will make her final decision about the Board and Cofina agreement. The hearing will be on January 16 at 10:30 am in Puerto Rico's Federal Court.

#diásporaenresistencia #vamospuertorico #orpr #swainrejectdeal

Enviado desde Yahoo Mail con Android

Additionaly as you may well know. In 1984 the US took away the right for PR to file for bankruptcy. That open the door for more improper loans. And according to the law PROMESA. The the FCB was here to help our finances and establish economical growth programs. All I have seen are restrictions so we can pay the bondholders.  I am no lawyer nor a bondholder. I an just one of millions of portoricans that are concerned for the future of PR and our people.

Best regards
Nelson Hernandez
██████████████████████████



**Puerto Rico FOMB COFINA Agreement**

Aileen Soto   to: swaindprcorresp                                    12/16/2018 04:53 PM

From:   Aileen Soto ███████████

To:   swaindprcorresp@nysd.uscourts.gov

Judge Swain:                                    I understand the complex situation you are
designated to solve in a comprehensive humane and lawful manner.

Ass you can see the agreement between Cofina bondholders and the Financial Oversight and
Management Board as it will drag Puerto Rico into another economic crisis, due to the
imposition of more austerity measures, cuts in public services and pensions, and would lead to a
new debt default. Instead, we request a fair renegotiation of the agreements that are not
burdensome for the country.

---- WHY?

Puerto Rico is under the control of a Junta created by the US Congress. This Junta formed an
agreement with COFINA, an illegal fund to pay bond-holders, that will further austerity
measures against the Puerto Rican people.                                    Thanks

**Puerto Rico**

to: swaindprcorresp@nysd.uscourts.gov          12/16/2018 07:37 AM

From:

To:         "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

EMAIL JUDGE TAYLOR SWAIN: swaindprcorresp@nysd.uscourts.gov

Please REJECT the agreement between Cofina bondholders and the Financial Oversight and
Management Board as it will drag Puerto Rico into another economic crisis, due to the
imposition of more austerity measures, cuts in public services and pensions, and would lead to a
new debt default. Instead, we request a fair renegotiation of the agreements that are not
burdensome for the country.

Puerto Rico is under the control of a Junta created by the US Congress. This Junta formed an
agreement with COFINA, an illegal fund to pay bond-holders, that will further austerity
measures against the Puerto Rican people. The judge in charge of approving this deal will render
her decision on January 16, 2019. She needs to hear our message against this agreement, as it
will succumb the Puerto Rican people to 40 years of further austerity measures to pay a debt the
US Government refuses to audit.



**Puerto Rico**
damaris lopez   to: swaindprcorresp@nysd.uscourts.gov          12/16/2018 07:39 AM

From:

To:         "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Please REJECT the agreement between Cofina bondholders and the Financial Oversight and
Management Board as it will drag Puerto Rico into another economic crisis, due to the
imposition of more austerity measures, cuts in public services and pensions, and would lead to a
new debt default. Instead, we request a fair renegotiation of the agreements that are not
burdensome for the country.

Puerto Rico is under the control of a Junta created by the US Congress. This Junta formed an
agreement with COFINA, an illegal fund to pay bond-holders, that will further austerity
measures against the Puerto Rican people. The judge in charge of approving this deal will render
her decision on January 16, 2019. She needs to hear our message against this agreement, as it
will succumb the Puerto Rican people to 40 years of further austerity measures to pay a debt the
US Government refuses to audit.

For over 120 years Puerto Ricans have been left out of important decision making conversations
and processes that affect them greatly.  We can change this! The Puerto Rican community needs
Judge Taylor Swain to listen to them and their allies. We need her to hear from all of us before
her next hearing, in which she will make her final decision about the Board and Cofina
agreement.



**Puerto Rico**
dmsesl   to: swaindprcorresp                                    12/16/2018 02:55 PM

From:            ████████████
To:              swaindprcorresp@nysd.uscourts.gov

Dear Judge Swain,

I'm writing to ask you to please consider rejecting the agreement between Cofina
bondholders and the Financial
Oversight and Management Board, as you must be aware, it will drag Puerto Rico into
another economic crisis.
Instead, please consider a fair renegotiation of the agreement.
Thank you for your consideration.
Sincerely,
Donna Marie Smith
New York City

**Puerto Rico**
**Eleanor Arons**   to: swaindprcorresp                    12/16/2018 05:17 PM

From:    Eleanor Arons ▇▇▇▇▇▇▇▇▇▇
To:      swaindprcorresp@nysd.uscourts.gov

The people of Puerto Rico deserve better than this terrible plan.  I urge you
to help not hinder the people of Puerto Rico.
Thank you for your consideration.  It is the right thing to do.



### Rv:ACUERDOS DE COFINA En LA DEUDA DE PR

**Helga Rodriguez**   to: swaindprcorresp@nysd.uscourts.gov          12/16/2018 07:57 AM

From:      ██████████████████████████

To:        "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

*Sent from my T-Mobile 4G LTE device*

------ Mensaje original------
**Desde:** ████████████
**Fecha:** vie., 14 de dic. de 2018 4:51 PM
**Para:** ██████████████████
**Cc:**
**Asunto:** Fwd: REHACER ACUERDOS DE COFINA

Sent from my T-Mobile 4G LTE Device
Con mucho respeto, queremos justicia para el pueblo.
El acuerdo no es justo para el pueblo, se puede mejorar por mucho,los acuerdos.

 Le solicito muy respetuosamente REHACER el ACUERDO entre los BONISTAS DE COFINA Y JUNTA DE
SUPERVICIÓN Y ADMINISTRACIÓN FINANCIERA, ya que arrastra a PR a otra crisis económica debido a la
imposición de mas medidas de austeridad,recortes en los servicios públicos y las pensiones y generaria una nueva
deuda. En su lugar SOLICITAMOS UNA RENEGOCIACIÓN JUSTA a los acuerdos que no sonmas para el pais.
Helga I Rodríguez

Sent from my T-Mobile 4G LTE Device

**ACTION FOR PUERTO RICO**

Sandra Lopez   to: swaindprcorresp                                    12/16/2018 11:08 AM
Cc: diasporaenresistencia

From: ███████████████████████████

To: swaindprcorresp@nysd.uscourts.gov

Cc: ███████████████████████████

--- WHAT WE NEED YOU TO DO NOW!


---- Ask her to REJECT the agreement between Cofina bondholders and the
Financial Oversight and Management Board as it will drag Puerto Rico into
another economic crisis, due to the imposition of more austerity measures,
cuts in public services and pensions, and would lead to a new debt default.
Instead, we request a fair renegotiation of the agreements that are not
burdensome for the country.

----
Puerto Rico is under the control of a Junta created by the US Congress. This
Junta formed an agreement with COFINA, an illegal fund to pay bond-holders,
that will further austerity measures against the Puerto Rican people. The
judge in charge of approving this deal will render her decision on January 16,
2019. She needs to hear our message against this agreement, as it will succumb
the Puerto Rican people to 40 years of further austerity measures to pay a
debt the US Government refuses to audit.

For over 120 years Puerto Ricans have been left out of important decision
making conversations and processes that affect them greatly.  We can change
this! The Puerto Rican community needs Judge Taylor Swain to listen to them
and their allies. We need her to hear from all of us before her next hearing,
in which she will make her final decision about the Board and Cofina
agreement. The hearing will be on January 16 at 10:30 am in Puerto Rico's
Federal Court.

#diásporaenresistencia #vamospuertorico #orpr #swainrejectdeal



**Reject Cofina agreement with he Financial Oversight  & Management Board**
Susan Ackoff Ortega     to: swaindprcorresp                    12/16/2018 11:38 AM

From:     Susan Ackoff Ortega ██████████████
To:       swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,
 Please reject the agreement between Cofina bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into another economic crisis, due to the imposition of more austerity measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the agreements that are not burdensome for the country.
Sincerely,
Susan Ackoff Ortega
████████████████
████████



**Puerto Rico and our pensions**
Vivian Rodriguez    to: swaindprcorresp@nysd.uscourts.gov          12/16/2018 12:06 PM

From:    Vivian Rodriguez ███████████████

To:    "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Your Honor,

I respectfully write to you in hope you can help us the citizens of Puerto Rico

I am a retired teacher.  I chose this profession knowing the pay was not the best,  but I wanted to help and contribute to our society.

I loved my work and it gave me many satisfactions. Now I need your help.  Please do not let the board lower our pensions.  Our pensions are very small and if they lower it we can not make ends meet. We are in an age where we will need medication and this will really affect us.

Many people in different lines of work receive very low pensions.

I pray to the Lord that He will put a compassionate and merciful heart where justice will be served. Teachers receive pensions generally between 1000 and 2200 dollars and the cost of living gets higher every day. Please reject the boards agreement against Puerto Rico.

Thank you and may God bless and guide you.

Respectfully,

Vivian Rodriguez





**Puerto Rico situation**

cindy candelaria    to: swaindprcorresp                    12/17/2018 07:54 PM

From:          ██████████████████████████

To:            swaindprcorresp@nysd.uscourts.gov

12/12 - 1/16 INTERNATIONAL CALL TO ACTION FOR PUERTO RICO!


---- WHAT CAN YOU SAY? Ask her to REJECT the agreement between Cofina
bondholders and the Financial Oversight and Management Board as it will drag
Puerto Rico into another economic crisis, due to the imposition of more
austerity measures, cuts in public services and pensions, and would lead to a
new debt default. Instead, we request a fair renegotiation of the agreements
that are not burdensome for the country.

---- WHY?
Puerto Rico is under the control of a Junta created by the US Congress. This
Junta formed an agreement with COFINA, an illegal fund to pay bond-holders,
that will further austerity measures against the Puerto Rican people. The
judge in charge of approving this deal will render her decision on January 16,
2019. She needs to hear our message against this agreement, as it will succumb
the Puerto Rican people to 40 years of further austerity measures to pay a
debt the US Government refuses to audit.

For over 120 years Puerto Ricans have been left out of important decision
making conversations and processes that affect them greatly.  We can change
this! The Puerto Rican community needs Judge Taylor Swain to listen to them
and their allies. We need her to hear from all of us before her next hearing,
in which she will make her final decision about the Board and Cofina
agreement. The hearing will be on January 16 at 10:30 am in Puerto Rico's
Federal Court.

#diásporaenresistencia #vamospuertorico #orpr #swainrejectdeal
Sent from my iPhone



### Please REJECT the agreement between COFINA and the FOMB on Jan . 16

**Marina Aleman**    to: swaindprcorresp@nysd.uscourts.gov,    *12/17/2018 09:27 PM*

From:    Marina Aleman ███████████████████████

To:    "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>,
███████████████████████

Dear Honorable Judge Swain,

I am Marina I Aleman-Bermudez, I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will cause more harsh austerity measures, cuts in public services and pensions.

The measures dictated by the FOMB have been implemented in a vey disorganized, illogical and irresponsable manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country.

The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally.

Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,
Marina I Aleman-Bermudez
███████████████████████



**ACTION FOR PUERTO RICO!**

Arleen Cruz   to: swaindprcorresp@nysd.uscourts.gov          12/18/2018 05:55 AM

From:          ████████████████████████

To:            "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

JUDGE TAYLOR SWAIN

My name is Arleen Cruz. I'm a single mother, working women, daughter of a retired teacher
from Puerto Rico. This note is to ask you to REJECT the agreement between Cofina bondholders
and the Financial Oversight and Management Board as it will drag Puerto Rico into another
economic crisis, due to the imposition of more austerity measures, cuts in public services and
pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the
agreements that are not burdensome for the country.

In your hands are the decisions that will further austerity measures against the Puerto Rican
people. On January 16, 2019 please consider our people. This agreement will succumb the
Puerto Rican people to 40 years of further austerity measures to pay a debt the US Government
refuses to audit.

For over 120 years we Puerto Ricans have been left out of important decision making
conversations and processes that affect us greatly.  It's time to change this! We, the Puerto Rican
community needs you, Judge Taylor Swain to listen to us and our allies and consider how
enourmously impacted our lives, and the lives of our family and communities will be impacted.

On January 16th, we count on you.

#diásporaenresistencia #vamospuertorico #orpr #swainrejectdeal

--
**Arleen Cruz-Alicea**
████████████████████████
███████████

**COFINA Puerto Rico**

Javier Smith Torres    to: swaindprcorresp                    12/18/2018 08:19 AM
Cc:  diasporaenresistencia

From:        ███████████████████████████████

To:          swaindprcorresp@nysd.uscourts.gov

Cc:          ███████████████████████

Honorable Judge Taylor Swain:

By this means we, the Puerto Rican people,  ask you to REJECT the
agreement between Cofina bondholders and the Financial Oversight and
Management Board as it will drag Puerto Rico into another economic
crisis, due to the imposition of more austerity measures, cuts in public
services and pensions, and would lead to a new debt default. Instead, we
request a fair renegotiation of the agreements that are not burdensome
for the country.

Puerto Rico is under the control of a Financial Oversight and Management
Board (Junta) created by the US Congress. This Junta formed an agreement
with COFINA, an illegal fund to pay bond-holders, that will further
austerity measures against the Puerto Rican people. You need to hear our
message against this agreement, as it will succumb the Puerto Rican
people to 40 years of further austerity measures to pay a debt the US
Government refuses to audit.

For over 120 years the final word on policies that affect us greatly has
been in the hands of the government of the United States, its congress,
its president and its courts. For this unfortunate reason, the Puerto
Rican community needs you to listen to us and our allies. We need you to
hear from all of us before the next hearing, to be held on January 16,
2019, in which you will make your final decision about the Board and
Cofina agreement.

Puerto Rico deserves real opportunities to improve our economy, COFINA
negotiations will further empoverish our Island.

Respectfully,

Javier Smith Torres



**REJECT the agreement between Cofina bondholders and the Financial
Oversight and Management Board**

Marina Aleman    to:    Marina Aleman,
swaindprcorresp@nysd.uscourts.gov                    12/18/2018 08:04 AM

From:    ███████████████

To:    ████████████████████████████, "swaindprcorresp@nysd.uscourts.gov"
<swaindprcorresp@nysd.uscourts.gov>

Honorable Judge Taylor Swain:

By this means we, the Puerto Rican people, ask you to REJECT the agreement between Cofina
bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into
another economic crisis, due to the imposition of more austerity measures, cuts in public services
and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of
the agreements that are not burdensome for the country.

Puerto Rico is under the control of a Financial Oversight and Management Board (Junta) created
by the US Congress. This Junta formed an agreement with COFINA, an illegal fund to pay
bond-holders, that will further austerity measures against the Puerto Rican people. You need to
hear our message against this agreement, as it will succumb the Puerto Rican people to 40 years
of further austerity measures to pay a debt the US Government refuses to audit.

For over 120 years the final word on policies that affect us greatly has been in the hands of the
government of the United States, its congress, its president and its courts. For this unfortunate
reason, the Puerto Rican community needs you to listen to us and our allies. We need you to hear
from all of us before the next hearing, to be held on January 16, 2019, in which you will make
your final decision about the Board and Cofina agreement.

Puerto Rico deserves real opportunities to improve our economy, COFINA negotiations will
empoverish further our Island.

Respectfully,

Marina Aleman

████████████████