# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

### MOTION TO INFORM SUBMISSION OF DOCUMENTS: EXHIBITS TO: MOTION TO DETERMINE THE APPLICABILITY OF THE AUTOMATIC STAY AND/OR FOR RELIEF FROM THE AUTOMATIC STAY

Now comes Corporación Marcaribe Investment (hereinafter "Marcaribe"), a Creditor and a Chapter 7 Debtor in the District of Massachusetts, through Counsel, and with the assent of the Chapter 7 Trustee, John Desmond, Esq., and respectfully motions to submit documents (Exhibits A-B as attached to this Motion) to its Motion for Relief Under 362 (Docket #4493)

WHEREFORE, it respectfully prayed that Creditor, Marcaribe, be this motion and for any other relief deemed necessary and proper

Through Counsel for Marcaribe, Debtor's Attorney in Chapter 7 Bankruptcy in the
District of Massachusetts With the Assent of Attorney Kate Nicholson, Counsel of the
Chapter 7 Trustee, John Desmond /s/ Carmenelisa Perez-Kudzma
U.S. District of Puerto Rico #305612
Perez-Kudzma Law Office, P.C
Arecibo #349, Urb. La Cumbre, San Juan, PR 00926
35 Main Street, Suite 1 Wayland, MA 01778
T: (781) 209-5596
F: (978-600-1482
carmenelisa@pklolaw.com

Dated: December 18, 2018

1

The filing of this Motion has been assented to by:

Counsel for John Desmond
Chapter 7 Trustee

/s/ Kate E. Nicholson
Nicholson Herrick LLP
21 Bishop Allen Dr.
Cambridge, MA 02139
857.600.0508 (voice or text)
617.812.0405 (facsimile)
www.nicholsonherrick.com

Dated: December 19, 2018

**Certification**

In compliance with Paragraph III.Q of the Seventh Amended Case Management Procedures order (ECF No. 4086-1), we certify that on we sent to counsel for the Oversight Board and AAFAF a notice advising them of MARCARIBE's intention to seek relief from the Title III automatic stay. After emailing the notices on November 27, 2018 at 9:36AM, counsel for MARCARIBE received a reply from Attorney Claudia A. Juan Garcia acknowledging receipt of the Notice on November 27, 2018 at 1:07 PM. No other replies were received. So no agreement was reached to lift or modify the stay with respect to MARCARIBE's request for lifting the stay since Counsel for Acevedo received no more communications.

**Service**

A. All Documents shall be served, in the manner described herein, on the following parties

    i) United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312
    ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922
    (iii) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Gerardo J. Portela Franco

Mohammad Yassin, Esq.
E-Mail: Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov

 (iv) Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Diana M. Perez, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com

Law Offices of Andrés W. López, Esq.
902 Fernández Juncos Ave.
San Juan, PR 00907
Attn: Andrés W. López, Esq.
E-Mail: andres@awllaw.com

 (v) Counsel for AAFAF (PREPA):
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966

3