**<u>EXHIBIT A</u>**

Seventeenth Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ADIRONDACK HOLDINGS I C/O ROPES & GRAY LLP ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/28/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 63065 | $ 82,782,124.17* | ADIRONDACK HOLDINGS I LLC C/O ROPES & GRAY LLC ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/29/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 81621 | $ 82,782,124.17* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | ADIRONDACK HOLDINGS I LLC C/O ROPES & GRAY LLC ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/28/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 65640 | $ 19,367,079.73* | ADIRONDACK HOLDINGS I LLC C/O ROPES & GRAY LLC ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/29/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 84421 | $ 19,367,079.73* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | ADIRONDACK HOLDINGS II LLC C/O ROPES & GRAY LLP ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/28/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 65811 | $ 18,578,326.31* | ADIRONDACK HOLDINGS II LLC C/O ROPES & GRAY LLP ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/29/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 78625 | $ 18,578,326.31* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | CARDONA CRESPO, MARGARITA CARR 348 #2835 MAYAGUEZ, PR 00680-2100 | 06/11/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 39106 | $ 95,167.00 | CARDONA CRESPO, MARGARITA CARR 348 #2835 MAYAGUEZ, PR 00680-2100 | 06/18/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 78897 | $ 95,167.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | INMOBILIARIA LEVY, INC. P.O. BOX 16820 SAN JUAN, PR 00908 | 10/31/17 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 249 | $ 732,767.00 | INMOBILIARIA LEVY, INC. P.O. BOX 16820 SAN JUAN, PR 00908 | 01/17/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 397 | $ 732,767.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

### Seventeenth Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6  MALDONADO HERNANDEZ, FRANCISCA 381 AVE FELISA RINCON DE GAUTIER PASEOMONTE APT. 806 SAN JUAN, PR 00926 | 04/23/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 8038 | $ 423,655.78 | MALDONADO HERNANDEZ, FRANCISCA 381 AVE FELISA RINCON DE GAUTIER APT. 806 SAN JUAN, PR 00926 | 05/07/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 11402 | $ 423,655.78 |
| Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 7  VICENTE-BENITEZ, RAMON M PO BOX 29670 SAN JUAN, PR 00929 | 05/29/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 30518 | $ 153,000.00 | VICENTE BENITEZ, RAMON M PO BOX 29670 SAN JUAN, PR 00929 | 05/29/18 | Puerto Rico Sales Tax Financing Corporation (COFINA) 17 BK 03284-LTS | 30555 | $ 153,000.00 |
| Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |