# **ANEXO A**

Decimoséptimo Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 ADIRONDACK HOLDINGS I C/O ROPES & GRAY LLP ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 63065 | $ 82,782,124.17* | ADIRONDACK HOLDINGS I LLC C/O ROPES & GRAY LLC ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 81621 | $ 82,782,124.17* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 ADIRONDACK HOLDINGS I LLC C/O ROPES & GRAY LLC ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 65640 | $ 19,367,079.73* | ADIRONDACK HOLDINGS I LLC C/O ROPES & GRAY LLC ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 84421 | $ 19,367,079.73* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 ADIRONDACK HOLDINGS II LLC C/O ROPES & GRAY LLP ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/28/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 65811 | $ 18,578,326.31* | ADIRONDACK HOLDINGS II LLC C/O ROPES & GRAY LLP ATTN: LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 06/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 78625 | $ 18,578,326.31* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 4 CARDONA CRESPO, MARGARITA CARR 348 #2835 MAYAGUEZ, PR 00680-2100 | 06/11/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 39106 | $ 95,167.00 | CARDONA CRESPO, MARGARITA CARR 348 #2835 MAYAGUEZ, PR 00680-2100 | 06/18/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 78897 | $ 95,167.00 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 5 INMOBILIARIA LEVY, INC. P.O. BOX 16820 SAN JUAN, PR 00908 | 10/31/17 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 249 | $ 732,767.00 | INMOBILIARIA LEVY, INC. P.O. BOX 16820 SAN JUAN, PR 00908 | 01/17/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico 17 BK 03284-LTS | 397 | $ 732,767.00 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Decimoséptimo Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | MALDONADO HERNANDEZ, FRANCISCA<br>381 AVE FELISA RINCON DE GAUTIER<br>PASEOMONTE APT. 806<br>SAN JUAN, PR 00926 | 04/23/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 8038 | $ 423,655.78 | MALDONADO HERNANDEZ, FRANCISCA<br>381 AVE FELISA RINCON DE GAUTIER APT. 806<br>SAN JUAN, PR 00926 | 05/07/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 11402 | $ 423,655.78 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 7 | VINCENTE-BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 30518 | $ 153,000.00 | VICENTE BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 30555 | $ 153,000.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |