# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:32 AM (AST)
Ended: 11:13 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: December 19, 2018

**ALSO PRESENT U.S. MAGISTRATE JUDGE JUDITH DEIN**

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| In Re: | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br> PROMESA Title III |
| *as representative of* | |
| The Commonwealth of Puerto Rico, *et al.* Debtors | (Jointly Administered) |

**Omnibus Hearing held.**

**I. Status Reports**
   1. Status report from the Oversight Board heard.

**II. Fee Examiner's Related Matters**
   1. Fee Examiner's Motion to Impose Additional Presumptive Standards [Case No. 17-3283, ECF No. 4370]
      - Denied without prejudice in anticipation of the filing of a revised version of the motion as discussed in open court.
   2. Report from the Fee Examiner regarding Second and Third Interim Applications for Compensation [Case No. 17-3283, ECF No. 4455]
      - Granted. Order to be issued.

**III. Contested Matters**
   1. AMPR's Motion for Relief from Automatic Stay [Case No. 17-3283, ECF No. 3914]
      - Parties agreed to adjourn until the next omnibus hearing subject to the continuation of the automatic stay.

December 19, 2018 – Omnibus Hearing
3:17-BK-3283 (LTS)

- Motion to adjourn granted.
2. *Rivera-Carrasquillo, et.al. v. Eduardo Bhatia-Gautier, et.al. and Consolidated Cases Plaintiffs, and Torres-Torres, et.al. v. Perelló-Borrás, et.al. and Consolidated Cases*; Plantiffs' Motion for Relief from Stay [Case No. 17-3283, ECF No. 4211]
    - Taken under submission as requested by the parties.
3. COFINA's Motion to Authorize Rejection of Debt Service Deposit Agreement with Lehman Brothers Special Financing Inc. [Case No. 17-3283, ECF No. 4374]
    - Lehman Brothers Special Financing Inc. may file its proof of claim thirty-five (35) days after the issuance of the proposed order attached to ECF No. 4374.
    - Granted. Order to be issued.

### IV. COFINA Confirmation Related Matters

1. Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation [Case No. 17-3283, ECF No. 4067]
    - Argued by Attorney Rosen.
    - Attorney Bennazar Zequeira informed that the Official Committee of Retired Employees of Puerto Rico will be filing a notice to withdraw their objection [Case No. 17-3283, ECF No. 4266]
2. Motion for Order Establishing Procedures re Section 19.5 of the COFINA Plan [Case No. 17-3283, ECF No. 4457]
    - Motion granted. Order to be issued.
3. Pre-Trial Conference held.

### V. Adjourned Matters

1. Bank of New York Mellon's Motion to Reinstate Its Motion for Partial Summary Judgment [Case No. 17-133, ECF No. 519]
2. AMPR's Motion for Relief from Automatic Stay [Case No. 17-3283, ECF No. 3914][1]
3. Certain Second and Third Interim Applications for Compensation [Case No. 17-3283, ECF No. 4489]

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy

---

[1] See Section III (1) of the minutes.