**EXHIBIT A**

Eighteenth Omnibus Objection
Exhibit A - Insufficient Basis Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FAMILIA FERRER PEREZ PR LLC<br>MANUEL FERRER<br>PMB 339 AVE ESMERALDA 405 SUITE 2<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 41016 | $ 2,096,925.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS<br>PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 126061 | $ 20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 129856 | $ 100,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 141489 | $ 65,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

| | | | | | TOTAL | $ 2,281,925.00 |
|---|---|---|---|---|---|---|