**<u>ANEXO A</u>**

## Decimoctavo Objeción Colectiva
## Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | FAMILIA FERRER PEREZ PR LLC<br>MANUEL FERRER<br>PMB 339 AVE ESMERALDA 405 SUITE 2<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 41016 | $ 2,096,925.00 |
| | Base para: La Evidencia de la Reclamación pretende hacer valer obligaciones asociadas con bonos municipales y/o préstamos pero no proporciona los fundamentos o la documentación que justifique tal reclamación contra COFINA de modo que a los Deudores les resulta imposible determinar si el demandante tiene una reclamación válida contra COFINA o alguno de los otros deudores del Caso al amparo del Título III. | | | | | |
| 2 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS<br>PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 126061 | $ 20,000.00 |
| | Base para: La Evidencia de la Reclamación pretende hacer valer obligaciones asociadas con bonos municipales y/o préstamos pero no proporciona los fundamentos o la documentación que justifique tal reclamación contra COFINA de modo que a los Deudores les resulta imposible determinar si el demandante tiene una reclamación válida contra COFINA o alguno de los otros deudores del Caso al amparo del Título III. | | | | | |
| 3 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 129856 | $ 100,000.00 |
| | Base para: La Evidencia de la Reclamación pretende hacer valer obligaciones asociadas con bonos municipales y/o préstamos pero no proporciona los fundamentos o la documentación que justifique tal reclamación contra COFINA de modo que a los Deudores les resulta imposible determinar si el demandante tiene una reclamación válida contra COFINA o alguno de los otros deudores del Caso al amparo del Título III. | | | | | |
| 4 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 141489 | $ 65,000.00 |
| | Base para: La Evidencia de la Reclamación pretende hacer valer obligaciones asociadas con bonos municipales y/o préstamos pero no proporciona los fundamentos o la documentación que justifique tal reclamación contra COFINA de modo que a los Deudores les resulta imposible determinar si el demandante tiene una reclamación válida contra COFINA o alguno de los otros deudores del Caso al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 2,281,925.00 |