# EXHIBIT A

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ARABIA ROJAS, JOSE A<br>PO BOX 428<br>HUMACAO, PR 00792 | 5/16/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 18813 | $ 6,841.13 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AROCHO ROLDAN, ROBERTO<br>HC-8 BOX 44483<br>AGUADILLA, PR 00603 | 5/7/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 15531 | $ 256,816.50 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AROCHO ROLDAN, ROBERTO<br>HC-8 BOX 44483<br>AGUADILLA, PR 00603 | 5/7/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 13294 | $ 511,417.37 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BAYONET DIAZ, FIDEICOMISO VANESSA<br>PMB 323, 405 AVE ESMERALDA STE 2<br>GUAYNABO, PR 00969 | 5/8/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 12538 | $ 143,451.49 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BETANCOURT QUILES, SAMUEL<br>S-7 PIO BAROJA URB. EL SENORIAL<br>SAN JUAN, PR 00926 | 5/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 34875 | $ 30,000.00* |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | BETANCOURT QUILES, SAMUEL<br>S-7 PRO BAROJA EL SENORIAL<br>SAN JUAN, PR 00926 | 5/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 35954 | $ 33,012.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | CANCIO BELLO, EMILIO<br>1702 SAN MATEO<br>SANTURCE, PR 00912 | 5/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 33920 | $ 172,710.48 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CANCIO-BELLO, EMILIO<br>1702 SAN MATEO<br>SANTURCE, PR 00912 | 5/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 33210 | $ 782,307.11 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | CARDONA CRESPO, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR 00680-2100 | 6/18/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 78897 | $ 95,167.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COLOMER & SUAREZ INC<br>PO BOX 11351<br>SAN JUAN, PR 00922-1351 | 5/9/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 12480 | $ 175,996.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CORREA FIGUEROA, PHILIX<br>B-8 CALLE 4 URB. MARISOL<br>ARECIBO, PR 00612/2932 | 7/3/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 110411 | Undetermined* |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CRUZ JHOANA , HELVIA<br>182 CARMERO DEL MONTE<br>URB. SABANERA<br>CIDRA, PR 00739 | 6/7/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 49548 | $ 96,478.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | DIAZ MAYORAL, JORGE ARTURO<br>PO BOX 364174<br>SAN JUAN, PR 00936-4174 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 156047 | $ 68,498.12 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ECHEANDIA CORDOVA, AMPARO<br>1625 CALLE CAROLINA<br>SAN JUAN, PR 00912-3840 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 40696 | $ 19,816.93 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | EMILIO CANCIO BELLO AND CARMEN MARIA CALDERON<br>PO BOX 372588<br>CANEY, PR 00737-2588 | 5/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 33169 | $ 477,049.33 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | ENRIQUE CASTILLO TORO - MARIA R. PIZA<br>8 SAN EDMUNDO<br>SAN JUAN, PR 00927 | 5/22/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 23676 | $ 100,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | ESTATE OF JOSE HIDALGO RUSCALLEDA<br>PO BOX 19079<br>SAN JUAN, PR 00910 | 5/31/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 45431 | $ 222,004.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | FRAU-ESCUDERO, JUAN A.<br>MONIQUE J.M. DIAZ-MAYORAL<br>PO BOX 364174<br>SAN JUAN, PR 00936-4174 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 146812 | $ 259,917.43 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | GONZALEZ KEELAN, CARMEN I<br>PO BOX 428<br>HUMACAO, PR 00792 | 5/16/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 16370 | $ 32,507.49 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | GONZALEZ KEELAN, CARMEN I<br>PO BOX 428<br>HUMACAO, PR 00792 | 5/16/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 18869 | $ 103,705.75 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | GUZMAN GONZALEZ, DIANELSIE<br>COLINAS DEL BOSQUE 1150<br>APT. 77<br>BAYAMON, PR 00961 | 5/21/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 17947 | $ 200,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | HECTOR MENDEZ CARATINI & ANNETTE G. LOPEZ DE MENDEZ<br>FERNANDO VAN DERDYS, ESQ.<br>PO BOX 9021888<br>SAN JUAN, PR 00902-1888 | 5/24/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 28672 | $ 99,195.72 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | HERNANDEZ GASTON, ELIU<br>204-16 515 ST.<br>VILLA CAROLINA<br>CAROLINA, PR 00985 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 36448 | $ 71,392.65 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | INVEST MUNICIPAL INCOME FUND OF AIM TAX-EXEMPT FUND (INVESCO TAX - EXEMPT FUND)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON, TX 77046 | 5/3/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 10277 | $ 19,688.35 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | JOSE A RAMOS COLLADO (IRA) & NORMA I. VELEZ ROSADO (2DA CUENTA)<br>URB SAN ISIDRO<br>50 CALLE CALIXTO CARREYU<br>SABANA GRANDE, PR 00637 | 5/10/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 13980 | $ 337,540.97* |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | LAWS, JOSEPH C<br>PO BOX 10143<br>SAN JUAN, PR 00908 | 5/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 24861 | Undetermined* |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | LEBRON ROSARIO, AMARILYS<br>D 5 OASIS GARDENS ESPANA<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 23225 | $ 19,680.28 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | LIBRADA SANZ, JESUS<br>ALT VILLA DEL REY<br>G5 CALLE DAMASCO<br>CAGUAS, PR 00727-6745 | 6/7/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 60379 | $ 60,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | MALDONADO HERNANDEZ, FRANCISCA<br>381 AVE FELISA RINCON DE GAUTIER<br>APT. 806<br>SAN JUAN, PR 00926 | 5/7/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 11402 | $ 423,655.78 |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | MARIA CALDERON, CARMEN<br>P.O BOX 372588<br>COYEY, PR 00737-2508 | 5/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 33251 | $ 169,963.35 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | MARTIN SOTO, ISAIAS F.<br>PARQUE SAN JOSE 5GG8 VILLA FONTANA PK<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 121054 | $ 104,362.83 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | MARTIR SOTO, ISAIS F<br>PARQUE SAN JUAN 5GG8 VILLA FONTA PK<br>CAROLINA, PR 00983 | 5/18/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 32520 | $ 11,402.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | MENA QUINONES, GERARDO M.<br>PO BOX 1494<br>ARECIBO, PR 00613 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 84675 | $ 42,908.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | MENDEZ BORRERO, ELIEZER<br>PO BOX 48<br>SABANA GRANDE, PR 00637 | 5/14/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 19836 | $ 65,000.00* |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MORALES GALARZA, JAVIER R<br>PO BOX 193867<br>SAN JUAN, PR 00949 | 5/24/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 27386 | $ 37,268.24 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | PENA DE JESUS, NELSON D<br>MANS DE TINTILLO HILLS<br>CALLE 2 CASA 1<br>GUAYNABO, PR 00966 | 5/19/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 16033 | $ 11,305.24 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | PEREZ RIVERA, ALICIA<br>RR8 1471<br>BAYAMON, PR 00956 | 6/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 57370 | $ 188,276.62 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | QUINONES, JORGE I<br>VILLAS DEL ESTE<br>11 BENITO FEIJOO STREET<br>SAN JUAN, PR 00926 | 4/25/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 9456 | $ 38,645.25 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | QUINTANA PEREZ, NORMA I<br>8C CALLE TRUJILLO<br>PONCE, PR 00730-3852 | 5/18/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 35072 | $ 21,014.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | RAMOS CASIANO, FLORENCE<br>P.O. BOX 769<br>GUANICA, PR 00647 | 3/26/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 4638 | $ 195,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | RIVERA HERNANDEZ, IRIS<br>ANONE S<br>PO BOX 236<br>LAS MARIAS, PR 00670-0236 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 34024 | Undetermined* |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | RIVERA TORRES, ALMA I<br>VALLE VERDE 3<br>DA15 CALLE PRADERAS<br>BAYAMON, PR 00961-3346 | 4/30/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 10963 | $ 250,000.00 |

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| 43 | RIVERA TORRES, CARMEN YOLANDA<br>19 ESMERALDA ST. URB BUCARE<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 38118 | $ 121,128.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| 44 | RODRIGUEZ, XENIA L<br>CUPEY GARDENS<br>CALLE 8 L-9<br>SAN JUAN, PR 00926-7323 | 5/27/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 23560 | $ 109,497.05 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| 45 | ROMAN PAGAN, EVELYN<br>MANS DE TINTILLO HILLS<br>CALLE 2 CASA 1<br>GUAYNABO, PR 00966 | 5/19/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 15199 | $ 16,522.69 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| 46 | ROSARIO FLORES, MARIA S.<br>URB. OASIS GARDENS<br>D5 CALLE ESPANA<br>GUAYNABO, PR 00969-3427 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 24847 | $ 19,638.72 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | SANFIORENZO CACHO PR INVESMENTS LLC<br>5 CARR. 833 PLAZA DEL PRADO APT. 1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 44475 | $ 49,500.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>5 CARR. 833 PLAZA DEL PRADO APT. 1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 43866 | $ 244,950.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>FRANCISCO SANFIORENZO SEPULVEDA<br>5 CARR. 833 PLAZA DEL PRADO APT. 1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 43964 | $ 30,600.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | SANTOS GONZALEZ, PEDRO<br>472 CALLE DE DIEGO APTO A101<br>SAN JUAN, PR 00923 | 5/26/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 20863 | $ 103,330.75 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
### Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | VICENTE BENITEZ , MILAGROS<br>60 CALLE GERTRUDIS<br>OCEAN PARK<br>SAN JUAN, PR 00911 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 30559 | $ 34,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | VICENTE BENITEZ, AVELINO<br>URB ALTAMIRA<br>581 CALLE CENTAURO<br>SAN JUAN, PR 00920 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 42312 | $ 175,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | VICENTE BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 30555 | $ 153,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | VICENTE BENITEZ, VICTOR<br>P.O. BOX 29006<br>SAN JUAN, PR 00929-0006 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 32279 | $ 42,000.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

## Nineteenth Omibus Objection
## Exhibit A - Duplicate and Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | VINCENTE BENITEZ, MERCEDES<br>1753 HORAS ST., VENUS GARDENS<br>SAN JUAN, PR 00929 | 5/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 32350 | $ 52,500.00 |

Reason: Claimant purports to have an ownership interest in mutual fund(s), and appears to allege that the fund(s) may have invested in bond(s) issued by COFINA. Without waiving any argument that the Claimant lacks standing to assert this claim, to the extent Claimant is attempting to indirectly assert a claim based on bond(s) issued by COFINA, this portion of the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, to the extent Claimant purports to indirectly assert a claim based on other investment(s) and/or bond(s) not issued by COFINA, Claimant has failed to provide any basis or supporting documentation for asserting a claim against COFINA (or any of the other Debtors), and because of this failure COFINA is unable to determine for this portion of the claim whether Claimant has a valid claim against COFINA or any of the other Debtors.

| | | | | | TOTAL | $ 7,105,662.62* |