# **EXHIBIT B**

**Declaration of Jay Herriman**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE NINETEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO SALES TAX FINANCING CORPORATION TO DUPLICATE AND DEFICIENT CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2. In my capacity as Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for COFINA.

3. I submit this declaration in support of the *Nineteenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing Corporation to Duplicate and Deficient Claims* (the "Nineteenth Omnibus Objection").[3] I personally reviewed the Nineteenth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Nineteenth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Nineteenth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Nineteenth Omnibus Objection.

5. To the best of my knowledge, information, and belief, each of the claims listed on Exhibit A to the Nineteenth Omnibus Objection (collectively, the "Duplicate and Deficient Claims"), purports to assert a claim against COFINA based on an alleged ownership interest in one or mutual funds. To the extent the Duplicate and Deficient Claims allege that the mutual fund(s) the claimants invested in, in turn, invested in one or more bonds issued by COFINA, such portions of the Duplicate and Deficient Claims are duplicative of one or more of the master proofs of claim filed in the COFINA Title III Case by the trustee for such bonds pursuant to the Bar Date

---

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Nineteenth Omnibus Objection.

Orders. To prevent multiple recoveries by the claimants, COFINA requests that these portions of the Duplicate and Deficient Bond Claims be disallowed.

6. Additionally, to the best of my knowledge, information, and belief, to the extent the Duplicate and Deficient Claims allege that the mutual fund(s) made other investments, including in bonds not issued by COFINA, the Duplicate and Deficient Claims failed to provide a basis for asserting such portion of the claim against COFINA (or any of the Debtors) based on any investments not related to bond(s) issued by COFINA. Accordingly, COFINA is unable to determine the validity of such portions of the Duplicate and Deficient Claims due to the failure to provide a basis for this portion claim, and requests that this portion of the claims be disallowed as well. Because the Duplicate and Deficient Claims only contain duplicative or deficient information, COFINA requests that these claims be disallowed in their entirety.

7. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Nineteenth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of COFINA and its creditors.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 19, 2018

By:   /s/ Jay Herriman
       Jay Herriman

3

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>                    Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA DECIMONOVENA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE DE PUERTO RICO CONTRA LAS RECLAMACIONES DUPLICADAS Y DEFICIENTES**

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States Code, U.S.C.), § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es cierto y correcto según mi mejor conocimiento y entender:

1.   Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los Deudores iniciados de conformidad con la *Ley de Supervisión, Administración y Estabilidad*

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

*Económica de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de COFINA.

3. Presento esta Declaración en respaldo de la *Decimonovena Objeción Colectiva (no sustantiva) de la Corporación del Fondo de Interés Apremiante de Puerto Rico contra las Reclamaciones Duplicadas y Deficientes* (la "Decimonovena Objeción Colectiva"). También he revisado personalmente la Decimonovena Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4. Como preparación para la presentación de la Decimonovena Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Decimonovena Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida. Producto de estos esfuerzos, se han identificado las reclamaciones a ser desestimadas, que se identifican en el Anexo A a la Decimonovena Objeción Colectiva.

5. Según mi conocimiento y entendimiento, las Reclamaciones que figuran en la lista del Anexo A a la Decimonovena Objeción Colectiva (las "Reclamaciones Duplicadas y

---

[2] PROMESA está codificada en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

2

Deficientes") pretende formular una reclamación contra COFINA con base en una presunta participación en uno o más fondos mutuos. En la medida en que las Reclamaciones Duplicadas y Deficientes afirman que los fondos mutuos en los que invirtieron los reclamantes invirtió a su vez en uno o más bonos municipales emitidos por COFINA, dichas porciones de las Reclamaciones Duplicadas y Deficientes son duplicados de una o más evidencias de reclamaciones maestras presentadas en el Caso COFINA al amparo del Título III por el agente fiduciario para tales bonos de conformidad con las Resoluciones de Fechas Límites. Para evitar múltiples indemnizaciones de parte de los demandantes, COFINA solicita que estas Reclamaciones de Bonos Duplicadas y Deficientes sean desestimadas por completo.

6. Además, según mi conocimiento y entendimiento, en la medida en que las Reclamaciones Duplicadas y Deficientes alegan que los fondos mutuos realizaron otras inversiones, entre las que se incluyen bonos no emitidos por COFINA, estas porciones de las Reclamaciones Duplicadas y Deficientes omitieron presentar elementos que justifiquen la reclamación contra COFINA (o alguno de los Deudores) cuya base de reclamación son inversiones no relacionadas con bonos emitidos por COFINA. En consecuencia, COFINA se ve impedida de determinar la validez de estas porciones de las Reclamaciones Deficientes y Duplicadas debido a la ausencia de elementos que fundamenten la reclamación, y solicita que se declare la total inadmisibilidad de estas reclamaciones. Debido a que las Reclamaciones Duplicadas y Deficientes solo contienen información duplicada o deficiente, COFINA solicita que estas reclamaciones sean desestimadas en su totalidad.

7. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Decimonovena Objeción Colectiva y los anexos a la misma es cierta y correcta, y el remedio allí solicitado es beneficioso para COFINA y sus acreedores.

8. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo antedicho es verdadero y correcto según mi leal saber y entender

Fecha: 19 de diciembre de 2018

                                              Por: [*Firma en la versión en inglés*]
                                                        Jay Herriman

4