In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Second - Third Interim Fee Period Applications Recommended for Approval**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Counsel for Oversight Board* | | | | | | | | |
| 1 | **Munger Tolles & Olson [Dkt. No. 3519]** | 8/1/2017 - 5/31/2018 | $ 787,714.54 | $ 7,260.53 | $ 3,397.75 | | $ - | $ 780,454.01 | $ 3,397.75 |
| | *Chief Financial Advisor - PREPA* | | | | | | | | |
| 2 | **Filsinger Energy Partners [Dkt. No. 3526]** | 2/01 - 05/31/2018 | $ 5,072,116.80 | $ 1,101.60 | $ 333,333.15 | | $ - | $ 5,071,015.20 | $ 333,333.15 |
| | *COFINA Agent* | | | | | | | | |
| 3 | **Bettina M. Whyte [Dkt. No. 3540]** | 2/01 - 5/31/2018 | $ 448,730.00 | $ 15,480.00 | $ 18,649.09 | | $ 1,909.96 | $ 433,250.00 | $ 16,739.13 |
| | *Counsel for COFINA Agent* | | | | | | | | |
| 4 | **Willkie Farr & Gallagher LLP [Dkt. NO. 3541]** | 2/01 - 5/31/2018 | $ 4,634,348.89 | $ 145,314.31 | $ 244,902.77 | FN1 | $ 606.31 | $ 4,489,034.58 | $ 244,296.46 |
| | *Special Municipal Bankruptcy Counsel for COFINA Agent* | | | | | | | | |
| 5 | **Klee, Tuchin, Bogdanoff & Stern LLP [Dkt. No. 3542]** | 2/01 - 5/31/2018 | $ 869,739.50 | $ 47,930.65 | $ 27,854.77 | | $ 1,328.08 | $ 821,808.85 | $ 26,526.69 |
| | *Puerto Rico Counsel for COFINA Agent* | | | | | | | | |
| 6 | **Nilda Navarro-Cabrer [Dkt. No. 3545]** | 2/01 5/31/2018 | $ 103,025.00 | $ 5,793.75 | $ 2,379.82 | | $ - | $ 97,231.25 | $ 2,379.82 |
| | *Puerto Rico Counsel to Oversight Board* | | | | | | | | |
| 7 | **O'Neill & Borges LLC [Dkt. No. 3559]** | 2/01 - 5/31/2018 | $ 511,739.32 | $ 3,308.20 | $ 16,759.49 | | $ 70.00 | $ 508,431.12 | $ 16,689.49 |
| | *Puerto Rico Counsel to PREPA* | | | | | | | | |
| 8 | **Cancio, Nadal, Rivera & Diaz, PSC [Dkt. No. 3560]** | 2/01 - 5/31/2018 | $ 536,525.00 | $ 3,748.50 | $ 4,218.39 | | $ - | $ 532,776.50 | $ 4,218.39 |
| | *Financial Advisors to Official Committee of Unsecured Creditors* | | | | | | | | |
| 9 | **Zolfo Cooper, LLC [Dkt. No. 3565]** | 2/01 - 5/31/2018 | $ 3,161,231.75 | $ 145,076.77 | $ 19,295.62 | | $ - | $ 3,016,154.98 | $ 19,295.62 |

**FN1** - This expense request excludes $712,240.03 in requested expert witness fees, which have been deferred for consideration and reporting in a subsequent Fee Examiner report.

19791241.1