# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors[1]. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## ORDER REVISING DEADLINES SET FORTH
## IN THE COURT'S ORDER ENTERED ON NOVEMBER 13, 2018 (ECF NO. 1019)

Upon considering the *Stipulation and Proposed Order to Extend Deadlines Set Forth in the Court's Order Entered on November 13, 2018 (ECF No. 1019)* (the "Stipulation");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Stipulation.

section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found good cause to grant the relief requested therein and in the *Notice of Presentment of Stipulation and Proposed Order to Extend the Deadlines Set Forth in the Court's Order Entered on November 13, 2018 (ECF No. 1019)*, it is HEREBY ORDERED THAT:

1. The Stipulation is approved as set forth herein.

2. The Revised Scheduling Order is amended to revise existing deadlines as follows:

    a. January 7, 2019: Parties to exchange preliminary will/may call witness lists (identifying whether witnesses will appear live or via designated deposition testimony);

    b. January 29, 2019: Respondents to file opposition brief and supporting declarations;

    c. February 20, 2019: Parties to exchange final will/may call witness lists (identifying whether witnesses will appear live or via designated deposition testimony);

    d. February 25, 2019: Movants to file reply brief and supporting declarations;

    e. March 1, 2019: Parties to complete expert discovery and depositions;

    f. March 5, 2019: Parties to file exhibit lists;

    g. March 5, 2019: Parties to designate deposition testimony; and

    h. March 8, 2019: Parties to cross-designate deposition testimony.

3. The Court will hold a hearing on the Motion on **March 13, 2019 at 2:00 p.m.** (Atlantic Standard Time), and continue if necessary on March 14, 2019, in San Juan, Puerto Rico.

4. This Order resolves Docket Entry No. 1044 in Case No. 17-4780.

SO ORDERED.

Dated: December 21, 2018

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE