# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>　　as representative of<br>The Commonwealth of Puerto Rico, *et al*. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>　　as representative of<br>Puerto Rico Sales Tax Financing Corporation("COFINA"). | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE IN REPRESENTATION OF GMS GROUP, LLC

**TO THE HONORABLE COURT:**

**NOW COMES** GMS Group, LLC, and very respectfully states and prays:

The Law Firms of Godreau & Gonzalez Law, LLC and Perkins Coie, LLP have been hired by the GMS Group to represent it in the abovementioned proceedings. Atty. F. David Godreau Zayas and Atty. Rafael A. Gonzalez Valiente are admitted and authorized to practice law in this Court and will appear in representation of the GMS Group. The following is the contact information for the abovementioned counsel.

**GODREAU & GONZALEZ LAW, LLC.**
P.O. Box 9024176
San Juan, Puerto Rico 00902-4176
787-726-0066

F. David Godreau Zayas, Esq.
USDC-PR NO. 123207
*dg@g-glawpr.com*

Rafael A. Gonzalez Valiente, Esq.
USDC-PR NO. 225209
*rgv@g-glawpr.com*

Atty. Gary F. Eisenberg is admitted and authorized to practice of law in the State of New York. They will appear *pro hac vice* in representation of the GMS Group. The following is the contact information for the abovementioned counsel.

**PERKINS COIE LLP**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Telephone: (212) 262-6902
Facsimile: (212) 977-1632

Gary F. Eisenberg (pro hac vice application pending)
Email: *geisenberg@perkinscoie.com*

In view of the aforesaid, the appearing party requests that its attorney's address be added to the master address list, so that they may be notified of all incidents occurring in the case at bar.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants of the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on December 21, 2018.

By: */s/ F. David Godreau Zayas*
USDC NO. 123207

- 2 -

Counsel for the Bankruptcy Estate
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*dg@g-glawpr.com*

By: */s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209
Counsel for the Bankruptcy Estate
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*