# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Comes now, Gary F. Eisenberg, applicant herein, and respectfully states:

1. Applicant is an attorney and a member of the law firm of Perkins Coie, LLP, located at 30 Rockefeller Plaza, 22nd Floor, New York, NY 10112.

2. Applicant will sign all pleadings with the name Gary F. Eisenberg.

3. Applicant has been retained personally, or as a member of the above-named firm, by GMS Group, LLC in this action, which is currently pending before the United States District Court for the District of Puerto Rico.

4. Since March 27, 1990, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's New York State bar license number is 2332823. Applicant is also

admitted to practice to the bar of the highest court for the State of New Jersey (Bar No. 033261989; Admission Date: March 19, 1990)

5. Applicant has been admitted to practice before the following courts:

| COURT | ADMISSION DATE |
|---|---|
| United States District Court for the District of New Jersey | February, 1991 |
| United States District Court for the Southern District of New York | May 29, 1992 |
| United States District Court for the Eastern District of New York | June 25, 1992 |
| United States District Court for the Northern District of New York | Sept. 22, 2003 |
| United States District Court for the Western District of New York | February 13, 2006 |
| United States District Court for the Eastern District of Michigan | February, 2009 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

Name: Rafael A. Gonzalez Valiente
Law Firm: Godreau & Gonzalez Law, LLC
USDC-PR No. 225209
Address: P.O. Box 9024176, San Juan, PR 00902
E-mail: rgv@g-glawpr.com
Telephone No. 787-726-0077

142556140.2

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be filed simultaneously with the filing of this application using the court's Electronic Case Filing System.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for this action only.

Dated: December 21, 2018  Respectfully submitted,

PERKINS COIE LLP

By: /s/ Gary F. Eisenberg
Gary F. Eisenberg
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Ph. 212-262-6900
Email: *geisenberg@perkinscoie.com*

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Dated: December 21, 2018  Respectfully submitted,

By: /s/ *Rafael A. González Valiente*
Rafael A. González Valiente
USDC NO. 225209
GODREAU & GONZALEZ LAW, LLC
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)
787.360.0787 (cell)
*rgv@g-glawpr.com*

- 3 -

142556140.2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

## **ORDER**

The Court, having considered the Application for Admission *Pro Hac Vice* submitted by Gary F. Eisenberg in this action, orders that:

The application be GRANTED. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

**UNITED STATES DISTRICT JUDGE**