UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.,*

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-03283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION,

    Debtor.

PROMESA Title III

No. 17 BK 3284-LTS

---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, George T. Kramer, being duly sworn, depose and say:

1.    On December 21, 2018, I caused the *Objection of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to COFINA Plan of Adjustment* to be served by the method set forth in paragraph 16 of the *Order (I) Approving Disclosure Statement, (II) Fixing*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

00923035.2

*Voting Record Date, (III) Approving Confirmation Hearing Notice, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting and Election Deadlines, and (VIII) Approving Vote Tabulation Procedures [COFINA Docket No. 375].*

_____
George T. Kramer

Sworn to before me this
21st day of December, 2018

_____
Notary Public

ALTHEA DORSETT
Notary Public, State of New York
No. 01DO6057445
Qualified in Bronx County
Commission Expires April 16, 2019

2

00296017.1

# **EXHIBIT A**

aaa@mcvpr.com
aaneses@cstlawpr.com
AAneses@cstlawpr.com
abhishek.kalra@lehmanholdings.com
abyowitz@kramerlevin.com
acasellas@amgprlaw.com
acaton@kramerlevin.com
acevedovila1@gmail.com
acordova@juris.inter.edu
acouret@smlawpr.com
adeliz@smlawpr.com
Adiaz@cnrd.com
adtoro@pico-blanco.com
afernandez@delgadofernandez.com
agestrella@estrellallc.com
agraitfe@agraitlawpr.com
ahowie@sagwlaw.net
ajb@bennazar.org
AKHerring@wlrk.com
alavergne@lsplawpr.com
alexandra.bigas@gmail.com
alexbongartz@paulhastings.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
amiller@milbank.com
Ana.chilingarishvili@maslon.com
anabelle.centeno@pridco.pr.gov
andres@awllaw.com
andreslopecordova@gmail.com
andrewtenzer@paulhastings.com
anthonybuscarino@paulhastings.com
antoniofuentesgonzalez@yahoo.com
anunez@smlawpr.com
apavel@omm.com
aperez@kpmg.com
apico@jgl.com
arizmendis@reichardescalera.com
arosenberg@paulweiss.com
Arwolf@wlrk.com
asantiago@amgprlaw.com
asociacióngerencialescfse@gmail.com
auetz@foley.com
avalencia@cnrd.com
avb@sbgblaw.com
ayanez@willkie.com
bankruptcynoticeschr@sec.gov

barrios.jl@outlook.com
bbennett@jonesday.com
bbobroff@proskauer.com
Bbolin@wlrk.com
belkgrovas@gmail.com
beth@hbsslaw.com
bfriedman@stblaw.com
bgm.csp@bennazar.org
bheifetz@jonesday.com
bkfilings@fortuno-law.com
bkuehn@wmd-law.com
bmd@bmdcounselors.com
bos-bankruptcy@hklaw.com
Brian.klein@maslon.com
brian.pfeiffer@whitecase.com
BRosen@proskauer.com
brosenblum@jonesday.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
cabruens@debevoise.com
cacevedo@riveratulla.com
calsina@prquiebra.com
Carla.garcia@oneillborges.com
carla.rodriguezbernier@yahoo.com
carlos.lugo@saldanalaw.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
casey.servais@cwt.com
castilloricardo977@gmail.com
cbg@bobonislaw.com
ccuprill@cuprill.com
cdipompeo@jonesday.com
Cesar.a.lopez-morales@usdoj.gov
cfebus@proskauer.com
cgray@reedsmith.com
chris.maddux@butlersnow.com
christopher.connolly@usdoj.gov
clarisasola@hotmail.com
Clark.whitmore@maslon.com
claudia.quinones@indianowilliams.com
Clearyd@gtlaw.com
cmechling@stroock.com
cmechling@stroock.com
condecarmen@condelaw.com
corraldieg@gmail.com

3

corraldieg@gmail.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
cvelaz@mpmlawpr.com
cwedoff@jenner.com
daniel.bustos@excelerateenergy.com
daniel.connolly@bracewell.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
darrengoldman@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
david.powlen@btlaw.com
davidcarrionb@aol.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dbussel@ktbslaw.com
dcantor@omm.com
ddunne@milbank.com
delapena.sylvia@gmail.com
dfliman@stroock.com
dg@g-glawpr.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
Donna.Maldonado@popular.com
Douglas.Hallward-Driemeier@ropesgray.com
dperez@cabprlaw.com
dperez@omm.com
drodriguez.alb@gmail.com
drodriguez@alblegal.net
dschlecker@reedsmith.com
dvelawoffices@gmail.com
Eakleinhaus@wlrk.com
ealdarondo@alblegal.net
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
edward.linden@stblaw.com

efl@bobonislaw.com
elian.escalante@gmail.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emil@mlrelaw.com
emontull@cstlawpr.com
emunozPSC@gmail.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
estudiolegalrivera2@gmail.com
etejeda@splawpr.com
etulla@riveratulla.com
eworenklein@debevoise.com
ezm@mcvpr.com
fernando@cszlawpr.com
ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
fingerk@gtlaw.com
fmontanezmiran@yahoo.com
fpabon@lvvlaw.com
francisco.delcastillo@bennazar.org
fserra@sampr.com
fsilva@claropr.com
FSosnick@Shearman.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gar@crlawpr.com
gbrenner@proskauer.com
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
GLee@mofo.com
glenncarljameslawoffices@gmail.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gramlui@yahoo.com
gregory.silbert@weil.com

4

gspadoro@csglaw.com
gstewart@jonesday.com
gviviani@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
howard.hawkins@cwt.com
hreynolds@delvallegroup.net
Huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
icastro@alblegal.net
ileanaortix@outlook.com
ioliver@ccsllp.com
irg@roldanlawpr.com
irm@roldanlawpr.com
ivandialo2001@yahoo.com
ivonnegm@prw.net
jaimeenriquecruzalvarez@gmail.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.callen@butlersnow.com
Jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
Jay.goffman@skadden.com
jbgoplerud@sagwlaw.net
jblanco@fpglaw.com
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
Jean.lin@usdoj.gov
jemudd@yahoo.com
jerichman@proskauer.com

jessica@bufete-emmanuelli.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jf@cardonalaw.com
jfeldesman@FTLF.com
jfigueroa@arroyorioslaw.com
jgross@jonesday.com
jkapp@mwe.com
jkorn@willkie.com
JLawlor@wmd-law.com
jlcumbastorres@yahoo.com
JLevitan@proskauer.com
jlgere@gmail.com
jlopez@constructorasantiago.com
jminias@willkie.com
jmoralesb@microjuris.com
Jnieves@gonzalezmunozlaw.com
jonathan.polkes@weil.com
jorge@mlrelaw.com
jorgequintanalajara@gmail.com
jose.enrico.valenzuela1@gmail.com
jose.sosa@dlapiper.com
jpatton@ycst.com
JPeck@mofo.com
JPGLaw@outlook.com
jpsala_pr@yahoo.com
Jramirez@amrclaw.com
jrapisardi@omm.com
jreyes@sanpir.com
jrivlin@afscme.org
jsalichs@splawpr.com
jsanabria@sbgblaw.com
jsanchez@lsplawpr.com
jsanchez@scvrlaw.com
jsantos@smlawpr.com
jsoto@jbsblaw.com
juan@jahrlaw.com
juan@riverafont.com
juans@prtc.net
julian.fernandez@metropistas.com
jvankirk@tcmrslaw.com
jvannah@santandersecurities.com
jvv@wbmvlaw.com
jwc@jwcartagena.com
jweiss@ktbslaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
KBGoldberg@wlrk.com

5

Kbolanos@cnrd.com
kdm@romclaw.com
Keith.Wofford@ropesgray.com
kelly.diblasi@weil.com
Kelly.McDonald@Shearman.com
Kellyrivero@hotmail.com
kevin.collins@btlaw.com
kgwynne@reedsmith.com
khansen@stroock.com
kklee@ktbslaw.com
kperra@proskauer.com
ksheehan@mwe.com
kstipec@amgprlaw.com
kurt.mayr@bracewell.com
kzecca@robbinsrussell.com
l.ortizsegura@ploolaw.com
larroyo@amgprlaw.com
Laura.A.Hunt@usdoj.gov
lawlugo1@gmail.com
lawrog@gmail.com
lcdo.carlos.e.riverajustiniano@gmail.com
lcumpiano@yahoo.com
ldelacruz@oeg.pr.gov
lemuel.law@gmail.com
leslieplaskon@paulhastings.com
leticia.casalduc@indianowilliams.com
Lft@tcmrslaw.com
lmarini@mpmlawpr.com
Lnegron@kpmg.com
loliver@amgprlaw.com
loomislegal@gmail.com
lpabonroca@microjuris.com
lpettit@robbinsrussell.com
lrappaport@proskauer.com
lrobbins@robbinsrussell.com
ls.valle@condelaw.com
lshelfer@gibsondunn.com
lsizemore@reedsmith.com
ltorres@cstlawpr.com
lucdespins@paulhastings.com
luis.vazquez@peerlessoil.com
luisfredsalgado@hotmail.com
malvarez@mpmlawpr.com
man@nblawpr.com
manuel@rodriguezbanchs.com
marcia.goldstein@weil.com
margaritalmercado@gmail.com
MARIAE.HERNANDEZ@prepa.com

Marieli.Paradizo@ponce.pr.gov
marielopad@gmail.com
marivera@riveratulla.com
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
mark.mcdermott@skadden.com
martin.sosland@butlersnow.com
martz@afscme.org
maxtruj@gmail.com
mbienenstock@proskauer.com
mcaruso@csglaw.com
mcrm100@msn.com
mcto@debevoise.com
mevicens@yahoo.com
Mfb@tcmrslaw.com
mfeldman@willkie.com
mfirestein@proskauer.com
mfvelezquiebras@gmail.com
MHackett@proskauer.com
mhernandez@scvrlaw.com
michael.doluisio@dechert.com
michaelcomerford@paulhastings.com
michele.meises@whitecase.com
migade19@hotmail.com
Mimi.M.Wong@irscounsel.treas.gov
mitch.carrington@butlersnow.com
Mitchelln@gtlaw.com
mkelso@susmangodfrey.com
mlepelstat@csglaw.com
mmcgill@gibsondunn.com
mmercado@mercado-echegaray-law.com
mmier@cabprlaw.com
Mohammad.Yassin@aafaf.pr.gov
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrm@rmlawpr.com
mroot@jenner.com
mseidel@willkie.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
mthibert-ind@mwe.com
mtrelles@pmalaw.com
mvazquez@lsplawpr.com
mvega@senado.pr.gov
mzerjal@proskauer.com
n.tactuk@ferrovial.com
NATHAN.BULL@CWT.COM

navarro@navarrolawpr.com
nbaker@stblaw.com
nhamerman@kramerlevin.com
nicholasbassett@paulhastings.com
nmanne@susmangodfrey.com
notificaciones@bufete-emmanuelli.com
nperez@tcmrslaw.com
nrickenbach@rickenbachpr.com
nrivera@oeg.pr.gov
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
Otero_and_assoc@hotmail.com
pabong@reichardescalera.com
pamela.simons@lehmanholdings.com
pbentley@kramerlevin.com
peajeinfo@dechert.com
penagaricanobrownusdc@gmail.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
phammer@estrellallc.com
pjime@icepr.com
pjime@lawfirm-pr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prosol@utier.org
prwolverine@gmail.com
pshalhoub@willkie.com
puertoricoteam@primeclerk.com
pwm@wbmvlaw.com
QUIEBRAS@ELBUFETEDELPUEBLO.COM
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
rachel.albanese@dlapiper.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbonilla@bspr.com
rbrady@ycst.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com

rcastellanos@devconlaw.com
rco@crlawpr.com
remmanuelli@me.com
rgf@mcvpr.com
Rgmason@wlrk.com
rgordon@jenner.com
rgv@g-glawpr.com
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rnies@csglaw.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
rolando@bufete-emmanuelli.com
romn1960@gmail.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rschell@msglawpr.com
rtorres@torresrodlaw.com
salalawyers@yahoo.com
santilawoffice@yahoo.com
Saultoledo22@yahoo.com
sawbacal@aol.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
serviceqa@primeclerk.com
smillman@stroock.com
squsba@stblaw.com
sramirez@sarlaw.com
sratner@proskauer.com
ssooknanan@jonesday.com
stan.ladner@butlersnow.com
stansoffice@aol.com
steve@hbsslaw.com
storres@alblegal.net
stuart.steinberg@dechert.com
suarezcobo@gmail.com

suhland@omm.com
susheelkirpalani@quinnemanuel.com
swb@wbmvlaw.com
sweise@proskauer.com
thomas.curtin@cwt.com
Thomas.g.ward@usdoj.gov
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
toledo.bankruptcy@gmail.com
tolson@gibsondunn.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
tuttieguerrero@yahoo.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov
vbantnerpeo@buchalter.com
vdorfman@jonesday.com

velez.hector@epa.gov
vero@ferraiuoli.pr
victor.quinones@mbcdlaw.com
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com
yasmin@bufete-emmanuelli.com
ygc@rclopr.com
ygc1@prtc.net
zdavila@almeidadavila.com
zsoto@reichardescalera.com

**EXHIBIT B**

Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901

Proskauer Rose LLP
Attn: M. Bienenstock and B. Rosen
11 Times Square
New York, NY 10036

O'Neill & Borges LLC,
Attn: Hermann D. Bauer, Esq.
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

O'Melveny & Myers LLP
Attn: J. Rapisardi, S. Uhland, and D. Perez
Times Square Tower
7 Times Square
New York, NY 10036

Marini Pietrantoni Muniz, LLC
Luis C. Marini-Biaggi
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan P.R. 00917

Paul Hastings LLP
Attn: L. Despins, A. Tenzer, M. Comerford,
 and G. Bongartz
200 Park Ave.
New York, NY 10166

Casillas, Santiago & Torres LLC
Attn: J. Casillas Ayala and A. Añeses Negrón
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901

Jenner & Block LLP
Attn: R. Gordon and R. Levin
919 Third Ave.
New York, NY 10022

Jenner & Block LLP
Attn: C. Steege and M. Root
353 N. Clark Street
Chicago, IL 60654

Bennazar, García & Milián, C.S.P.
Attn: A.J. Bennazar- Zequeira, Esq.
Edificio Union Plaza, PH-A,
416 Ave. Ponce de León
Hato Rey, PR 00918

AmeriCorps
Attn: Kim Mansaray
1201 New York Ave., NW
Washington, DC 20525

Antilles Power Depot, Inc.
Attn: Raymond Texidor
PO Box 810190
Carolina, PR 00981-0190

Departamento de Justicia de Puerto Rico
Apartado 9020192
San Juan, PR 00902-0192

Asociación de Profesoras y Profesores del Recinto
Universitario de Mayagüez, Inc.
Apartado Postal 2227
Mayagüez, PR 00681

Department of Energy (DOE)
Attn: Rick Perry
1000 Independence Ave., SW
Washington, DC 20585

Department of Defense (DOD)
Attn: Jim Mattis
1400 Defense Pentagon
Washington, DC 20301-1400

Department of Housing and Urban Development
(HUD)
Attn: Ben Carson
451 7th Street., SW
Washington, DC 20410

Department of Homeland Security (DHS)
Attn: John F. Kelly
245 Murray Lane., SW
Washington, DC 20528-0075

Department of the Interior (DOI)
Attn: Ryan Zinke
1849 C St., NW
Washington, DC 20240

Department of Human and Health Services
Attn:  Thomas E. Price
200 Independence Ave, SW
Washington, DC  20201

Department of Transportation (DOT)
Attn:  Elaine L. Chao
1200 New Jersey Ave., SE
Washington, DC  20590

Department of Veterans Affairs (VA)
Attn:  David J Shulkin
810 Vermont Ave., NW
Washington, DC  20420

Edgordo Seda Arroyo
35299-054, Federal Correctional Complex
UPS 2, P.O. Box 1034
Coleman, FL 33521-1034

Economic and Statistics Administrations
Attn:  Brad Burke
1401 Constitution Ave., NW
Washington, DC  20230

Harry Anduze
1225 Ponce De Leon Ave
Suite PH 1
San Juan, PR 00907

Federal Emergency Management Agency (FEMA)
Attn:  Bob Fenton
500 C St., SW
Washington, DC  20472

Jack Katz
ESJ Towers
6165 Isla Verde Ave
Carolina, PR 00979-5729

Integrand Assurance Company
PO Box 70128
San Juan, PR 00936-8128

Kanoso Auto Sales Inc.
Attn: Jose A. Crespo Gonzalez, President
PO Box 1446
San German, PR 00683

Jaime Rodríguez Avilés
P.O. Box 347
Yauco, PR 00698

Pablo Del Valle Rivera
P.O. Box 2319
Toa Baja, PR 00951-2319

Marichal, Hernandez, Santiago & Juarbe, LLC
Attn:  Rafael M. Santiago-Rosa & Vanessa Medina-Romero
Triple S Plaza, 1510 F.D. Roosevelt Ave.
9th Floor, Suite 9 B1
Guaynabo, PR 00968

Puerto Rico Hospital Supply
Call Box 158
Carolina, PR 00986-0158

Puerto Rico Electric Power Authority
Attention: Office Of The General Counsel
P.O. Box 364267
San Juan, PR 00936-4267

Quinones Vargas Law Offices
Attn:  Damaris Quiñones Vargas, Esq.
Calle Rafael Cordero 154
Edificio González Padín, Oficina 506
San Juan, PR 00901

Quinones Vargas Law Offices
Attn:  Damaris Quiñones Vargas, Esq.
Box 429
Cabo Rojo, PR 00623

Rene Pinto-Lugo
PO Box 13531
San Juan, PR 00908

Reliable Equipment Corporation
Attn. Marylin Del Valle, General Manager
P.O. Box 2316
Toa Baja, PR 00951-2316

Small Business Administration (SBA)
Attn:  Linda McMahon
409 3rd St., SW
Washington, DC  20416

Ricardo Rosello Nevares
Through the Secretary of Justice
Calle Olimpo Esquina Axtmeyer PDA. 11
Miramar
San Juan, PR 00911

The American Federation of Teachers (AFT)
Attn:  Mark Richard
555 New Jersey Ave., NW, 11th Floor
Washington, DC 20001

2

SREAEE
Edif. Juan Ruiz Vélez
Ave. Ponce de León 1110
Santurce, PR 00907

The Financial Attorneys, P.S.C.
Attn: Rafael Ferreira Cintron, Esq.
PMB 274
405 Esmeralda Avenue Suite 2
Guaynabo, PR 00969

The Commonwealth of Puerto Rico
Office of the Governor
La Fortaleza
63 Calle Fortaleza
San Juan, PR 00901

Unitech Engineering
Attn: Ramón Ortiz Carro
Urb Sabanera
40 Camino de la Cascada
Cidra, PR 00739

Unión de Médicos de la Corporación del Fondo del Seguro del Estado
PO Box 70344, CMM33
San Juan, PR 00936-8344

U.S. Department of Justice Civil Division
Attn: Matthew J. Troy & Michael J. Quinn
PO Box 875, Ben Franklin Station
Washington, DC 20044-0875

United States Department of Justice Civil Division
Attn: Matthew J. Troy & Michael J. Quinn
1100 L Street, N.W., Room 10030
Washington, DC 20530

USDOJ, Civil Division
Attn: Jonathan E. Jacobson
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

USDC, District of Massachusetts
Attn: Magistrate Judge Judith G. Dein
1 Courthouse Way
Boston, MA 02210

US Attorney for the District of Puerto Rico
Attn: Rosa E. Rodriguez-Velez, U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

US Army Corps of Engineers
Attn: Todd T. Semonite
441 G St., NW
Washington, DC 20548

US Department of Commerce
Attn: Wilbur Ross
1401 Constitution Ave., NW
Washington, DC 20230

US Department of Agriculture
Attn: Sonny Perdue
1400 Independence Ave., SW
Washington, DC 20250

US Department of Health and Services
Attn: Amanda Barlow
330 C St., SW
Washington, DC 20201

US Department of Education (ED)
Attn: Betsy DeVos
400 Maryland Ave., SW
Washington, DC 20202

US Department of Justice (DOJ)
Attn: Jeff Sessions
950 Pennsylvania Ave., NW
Washington, DC 20530

US Department of Labor (DOL)
Attn: Alexander R. Acosta
Office of the Solicitor, N-2700
Frances Perkins Building, 200 Constitution Ave
Washington, DC 20210

Liberty Cablevision of Puerto Rico, LLC
Attn: Alexandra Verdiales
PO Box 192296
San Juan, PR 00919-2296

Marichal, Hernandez, Santiago & Juarbe, LLC
Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero
PO Box 190095
San Juan, PR 00919-0095

3