The Commonwealth's unemployment rate is around 8%, the lowest in decades. Sales tax revenues are at record levels. The Puerto Rico Treasury has $12 billion of cash in various accounts, the majority of this money is the result of not paying annual debt service for almost 3 years which amounts to around $3 billion a year. The Puerto Rico government has proposed to lower taxes, raise the minimum wage for government workers and is paying Christmas bonuses. **It appears Puerto Rico's <u>willingness</u> to pay its debt should be more in question than its <u>ability</u> to pay its debt.**

**AS AN INVESTOR IF YOU WOULD LIKE TO EMAIL COMMENTS AND OBJECTIONS TO THE PROPOSED PLAN OF ADJUSTMENT TO JUDGE SWAIN, THIS EMAIL ADDRESS WILL GET YOUR OBJECTION TO THE JUDGE.**
swaindprcorresp@nysd.uscourts.gov

**If you have any questions or desire updated information contact your GMS Account Executive.**
Information taken from sources deemed reliable. This update does not purport to include all available information.
Latest information is available on request. Member FINRA and SIPC.