**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors. | |
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3284-LTS |
| as representative of | |
| PUERTO RICO SALES TAX FINANCING CORPORATION, | |
| Debtor. | |

**MOTION WITHDRAWING OBJECTION OF THE GMS GROUP, LLC
TO SECOND AMENDED TITLE III PLAN OF ADJUSTMENT
OF PUERTO RICO SALES TAX FINANCING CORPORATION
AT DOCKET 4557**

**GODREAU & GONZALEZ LAW, LLC**
Rafael A. González Valiente
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)
787.360.0787 (cell)
rgv@g-glawpr.com

**PERKINS COIE LLP**
Gary F. Eisenberg (pro hac vice application pending)
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Telephone: (212) 262-6902
Facsimile: (212) 977-1632
Email: geisenberg@perkinscoie.com

*Attorneys for The GMS Group, LLC*

Dated: December 26, 2018

The GMS Group, LLC ("GMS" or "Secured Creditor"), respectfully moves the court as follows:

1. On December 21, GMS filed an "Objection of the GMS Group, LLC to Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation and Request for Evidentiary Hearing". *See, Docket 4557*.

2. GMS is filing an Amended Objection in order to correct certain exhibits to the said Objection.[1] The Objection itself has not been changed aside from the date.

3. Therefore, GMS hereby requests that the Court deem the Objection at Docket 4557 to be withdrawn and replaced by the Amended Objection filed on today's date.

Dated: New York, New York

December 26, 2018

**GODREAU & GONZALEZ LAW, LLC**

By: */s/ Rafael A. González Valiente*
Rafael A. González Valiente
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)

---

[1] GMS is amending the Signed Declaration and Exhibits B, L and M to the Declaration.

        787.360.0787 (cell)
        rgv@g-glawpr.com

       **PERKINS COIE LLP**

      By: */s/ Gary F. Eisenberg*
        Gary F. Eisenberg
        30 Rockefeller Plaza, 22nd Floor
        New York, NY 10112
        Ph. 212-262-6900
        Email: geisenberg@perkinscoie.com

3