UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

                Debtors.[1]
-----------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

        The Court has received and reviewed the attached correspondence, described

below, from interested persons in the above-captioned cases. Although the Court cannot respond

individually to all of those who have expressed their thoughts or concerns, the Court is deeply

mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the

importance of the issues that are raised in these unprecedented cases.

        1.      Email dated December 13, 2018 from Doris Boyer
        2.      Email dated December 18, 2018 from Arturo Acevedo
        3.      Email dated December 18, 2018 from Benny Barbosa
        4.      Email dated December 18, 2018 from Francisco Cabanillas

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS)
(Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No.
17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System
of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK
3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax
ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

5.      Email dated December 18, 2018 from Jose Monila-Dapena
6.      Email dated December 18, 2018 from Pedro Reyes
7.      Email dated December 18, 2018 from Reinaldo Torres Serrano
8.      Email dated December 19, 2018 from Benjamin Lugo Jr.
9.      Email dated December 19, 2018 from Frank Inserni
10.     Email dated December 19, 2018 from Giselle Keating
11.     Email dated December 19, 2018 from Grace Vargas
12.     Email dated December 19, 2018 from Jacob Soto Lopez
13.     Email dated December 19, 2018 from John Ribo
14.     Email dated December 19, 2018 from Maria de L. Guzman
15.     Email dated December 19, 2018 from Maru Ortiz
16.     Email dated December 19, 2018 from Monica Rios Cabanillas
17.     Email dated December 19, 2018 from Omayra Rivera
18.     Email dated December 19, 2018 from Rafael Fuentes Negron
19.     Email dated December 19, 2018 from Rafael Otero
20.     Email dated December 19, 2018 from Susan Homar
21.     Email dated December 19, 2018 from Wilfredo Burgos Santiago
22.     Email dated December 19, 2018 from Xavier Cruz Urbina
23.     Email dated December 20, 2018 from Arlene Lopez
24.     Email dated December 20, 2018 from Awilda Santos Torres
25.     Email dated December 20, 2018 from David Martin
26.     Email dated December 20, 2018 from Delia Toldeo
27.     Email dated December 20, 2018 from Jose Prieto
28.     Email dated December 20, 2018 from Linda Soto
29.     Email dated December 20, 2018 from Marlon Jijon Aguirre
30.     Email dated December 20, 2018 from Michelle Ruiz
31.     Email dated December 20, 2018 from Minerva Medina
32.     Email dated December 20, 2018 from Nelson Alvarez
33.     Email dated December 20, 2018 from Nereida Feliciano
34.     Email dated December 20, 2018 from Norma Jimenez Sanchez
35.     Email dated December 20, 2018 from Olga Del Mar Reyes
36.     Email dated December 20, 2018 from Omar Soto
37.     Letter dated December 20, 2018 from Travis Knadle
38.     Email dated December 21, 2018 from Adryanna Muller Ofarrill
39.     Email dated December 21, 2018 from Aida Ball
40.     Email dated December 21, 2018 from Alessandra Rosa
41.     Email dated December 21, 2018 from Angel Berrios Davila
42.     Email dated December 21, 2018 from Anita Yudkin
43.     Email dated December 21, 2018 from Benito De Jesus
44.     Email dated December 21, 2018 from Benito De Jesus

45.   Email dated December 21, 2018 from Benjamin Lugo Jr.
46.   Email dated December 21, 2018 from Carlos F. Rosado Martinez
47.   Email dated December 21, 2018 from Carlos Monserrate
48.   Email dated December 21, 2018 from Carlos Vega Lopez
49.   Email dated December 21, 2018 from Carmen Gonzalez Rivera
50.   Email dated December 21, 2018 from Christopher Soto Martinez
51.   Email dated December 21, 2018 from Claudia Aponte
52.   Email dated December 21, 2018 from Deborah Santana
53.   Email dated December 21, 2018 from Elisa Ruiz
54.   Email dated December 21, 2018 from Elizabeth Crespo-Kebler
55.   Email dated December 21, 2018 from Eugenio Santiago
56.   Email dated December 21, 2018 from Evelyn Otero
57.   Email dated December 21, 2018 from Ginna Malley Campos
58.   Email dated December 21, 2018 from Gloria Rodriguez
59.   Email dated December 21, 2018 from Gradissa Fernandez
60.   Email dated December 21, 2018 from Hector Cruz Feliciano
61.   Email dated December 21, 2018 from Ilia Rivera
62.   Email dated December 21, 2018 from Iran Rodriguez
63.   Email dated December 21, 2018 from Irma Morales
64.   Email dated December 21, 2018 from Isabel Rodriguez-Rosario
65.   Email dated December 21, 2018 from Isaias Ortiz
66.   Email dated December 21, 2018 from Ivan Elias
67.   Email dated December 21, 2018 from Jaeson Roldan
68.   Email dated December 21, 2018 from James Seale-Collazo
69.   Email dated December 21, 2018 from Jean Pierre Vega Diaz
70.   Email dated December 21, 2018 from Jean Vega Diaz
71.   Email dated December 21, 2018 from Jerry Santiago
72.   Email dated December 21, 2018 from Jesus Rivera
73.   Email dated December 21, 2018 from Jose Maldonado
74.   Email dated December 21, 2018 from Jovanna Garcia Soto
75.   Email dated December 21, 2018 from Joyce Ramirez
76.   Email dated December 21, 2018 from Juan Carlos Cotto Soto
77.   Email dated December 21, 2018 from Karina Jimenez
78.   Email dated December 21, 2018 from Kathleen Crespo
79.   Email dated December 21, 2018 from Lisa Zayas
80.   Email dated December 21, 2018 from Luis Alexis Rodriguez
81.   Email dated December 21, 2018 from Luz Cuadrado Soto
82.   Email dated December 21, 2018 from Mabel Ruiz-Irizarry
83.   Email dated December 21, 2018 from Magaly Santiago
84.   Email dated December 21, 2018 from Mara Maritza Ortega

85.   Email dated December 21, 2018 from Maria Antonia Ordonez
86.   Email dated December 21, 2018 from Maria Cruz
87.   Email dated December 21, 2018 from Maria Victoria Cruz
88.   Email dated December 21, 2018 from Mariana Nogales Molinelli
89.   Email dated December 21, 2018 from Maribel Jimenez Mendez
90.   Email dated December 21, 2018 from Marilu Carrasquillo
91.   Email dated December 21, 2018 from Marinilda Fuentes
92.   Email dated December 21, 2018 from Martiza Valentin
93.   Email dated December 21, 2018 from Marta Amaral Figueroa
94.   Email dated December 21, 2018 from Marta Elsa Figueroa
95.   Email dated December 21, 2018 from Michelle Melendez
96.   Email dated December 21, 2018 from Mildred Pagan
97.   Email dated December 21, 2018 from Monserrate Malave
98.   Email dated December 21, 2018 from Myrna Conty
99.   Email dated December 21, 2018 from Nancy Matos Vazquez
100.  Email dated December 21, 2018 from Natalia Calderon Alvarez
101.  Email dated December 21, 2018 from Nellie Zambrana Ortiz
102.  Email dated December 21, 2018 from Nellie Zambrana Ortiz
103.  Email dated December 21, 2018 from Nilsa Otero
104.  Email dated December 21, 2018 from Nitza Melendez
105.  Email dated December 21, 2018 from Odniel Pagan
106.  Email dated December 21, 2018 from Osvaldo Quinones Medina
107.  Email dated December 21, 2018 from Otilo Morales
108.  Email dated December 21, 2018 from Patrica Trigo Tio
109.  Email dated December 21, 2018 from Pedro Conde
110.  Email dated December 21, 2018 from Ramon Olivencia
111.  Email dated December 21, 2018 from Rebeca Agosto Rose
112.  Email dated December 21, 2018 from Robert Ramos Rios
113.  Email dated December 21, 2018 from Rosa Collazo
114.  Email dated December 21, 2018 from Salvador de le Cruz Elias
115.  Email dated December 21, 2018 from Sergio Santos
116.  Email dated December 21, 2018 from Sonia Feliciano Robles
117.  Email dated December 21, 2018 from Sylvia De Los Santos
118.  Email dated December 21, 2018 from Tayra Walle Rosado
119.  Email dated December 21, 2018 from Vivien Mattei Colon
120.  Email dated December 21, 2018 from Walter Negron
121.  Email dated December 21, 2018 from Wil Rodriguez
122.  Email dated December 21, 2018 from Yadira Rivera Rose
123.  Email dated December 21, 2018 from Yulissa Arce
124.  Email dated December 21, 2018 from Gabriel A. Rodriguez-Fernandez

125.   Email dated December 21, 2018 from Luz Diaz Febo

126.   Email dated December 21, 2018 from Robert Alicea

127.   Email dated December 21, 2018 from Jean G. Vega Diaz

128.   Email dated December 21, 2018 from Manuel Garcia Fonteboa

129.   Email dated December 21, 2018 from Irvis M. Lopez

130.   Email dated December 21, 2018 from Maria Mercedes

131.   Email dated December 21, 2018 from Margarita Fernandez

132.   Email dated December 21, 2018 from David De Jesus

133.   Email dated December 21, 2018 from Olga Haland

134.   Email dated December 21, 2018 from Marcos Martinez Taverso

135.   Email dated December 21, 2018 from Rosa Luisa Marquez

136.   Email dated December 21, 2018 from Jose R. Rios

137.   Email dated December 21, 2018 from Mirka Morales


Dated:  December 26, 2018

December 13, 2018

Hon. Judge Laura Taylor Swain
c/o Office of the US Trustee for the District of PR
500 Tanca Street, Suite 301
San Juan, PR 00901

**Re:**   **Case 17-03283-LTS**
       **Doc#4416-4**
       **Objection to Duplicate Bond Claims**

Dear Judge Taylor:

This is all wrong.  Just received a big packet informing that my claim, and many
others, were duplicated.  They were duplicated because the trustees never
notified their customers that they would be filing a claim.  Please rule
immediately that the trustees notify the bondholders that they are being
represented and do not have to fill in any claim and/or additional paperwork.
And failure to do so will entail a hefty fine.  This would have saved a lot of effort,
money, and paper to you, the court, and claimants. In fact, you should charge the
trustees for all the expenses incurred and make them responsible for future
situations.

Second, my privacy has been violated by sending the whole list to all the
claimants.  The list includes names, addresses, amounts invested, etc.  I sincerely
hope no one encounters any future problems due to this breach of privacy, but it
is really alarming that all our information is out there.  In addition to the
nightmare of seeing our lifetime savings lost by the decisions of insensitive
government leaders, we must now watch that our identities are not stolen.  I am
close to 69 and I certainly don't need to worry about this too.

Last, but not least, I hope that a final decision is reached in January 2019, and it is
duly notified to each and every claimant (in this particular case, not to the
trustee) and in such a manner that it is clear enough for tax purposes in order to
take the loss.  It has been such a rollercoaster that I am sure we all share the
same feeling of wanting this to be over once and for all.

Sincerely yours,

*Doris Boyer*

Doris Boyer

RECEIVED
2018 DEC 19 A 11:51
OFFICE OF THE U.S. TRUSTEE
REGION 21
SAN JUAN, PR



**Financial Board**
<span style="color:orange">Arturo R Acevedo</span>   to: swaindprcorresp                    12/18/2018 08:03 PM

From:   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To:     swaindprcorresp@nysd.uscourts.gov

The Honorable Taylor Swain:

For over a century, Wall Street and U.S. multinational corporations have been raiding the cover of the Government of Puerto Rico and its citizens with the backing of Congress.  Since the 1898 Treaty of Paris obtaining Puerto Rico as a war bounty (after Puerto Rico had obtained independence from Spain), to the 1917 Jones Act limiting imports and exports to the island on US flag ships, to today's Financial Board Congress has maintained and exacerbated the colonial status of Puerto Rico.

ONLY YOU CAN CHANGE THIS! The well-being of the citizens of Puerto Rico is in your hands.

## Respectfully,

Arturo R. Acevedo

▮▮▮▮▮▮▮▮

### Puerto Rico needs a hero

**benny barbosa**   to: swaindprcorresp@nysd.uscourts.gov          12/18/2018 08:44 PM
Cc: ███████████████████

| | |
|---|---|
| From: | ███████████████████ |
| To: | "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov> |
| Cc: | █████████████████████████████████████ |

Please hear the voice of the humble women's and men's  from puerto rico...we
need a justice...the auditory must go...and who abuse of his position...should
pay...we are suffering the white neck mafia...sales influences under federal
noses and nothing happen.

**REJECT the agreement between COFINA and the FOMB on Jan . 16**

Francisco Cabanillas    to: swaindprcorresp@nysd.uscourts.gov    12/18/2018 08:59 PM
Cc: ███████████████

From:    ████████████████████████
To:      "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
Cc:      ████████████████████████████████████

Dear Honorable Judge Taylor Swain,

I am Francisco Cabanillas. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

Francisco Cabanillas

██████████████████



**REJECT the agreement between COFINA and the FOMB on Jan . 16**

josemolina8181   to: swaindprcorresp                              12/18/2018 05:27 PM

Cc:  diasporaenresistencia

From:   ████████████████████████

To:     <swaindprcorresp@nysd.uscourts.gov>

Cc:     ████████████████████████

Dear Honorable Judge Taylor Swain,

I write to you because I am very disappointed and worried about the actions that the
Financial Oversight and Management Board (FOMB) is taking to address the fiscal
crisis. The agreement made with COFINA bondholders will drag Puerto Rico into
another never-ending economic crisis that will lead Puerto Rico into another debt default
and will only cause more harsh austerity measures, cuts in public services and
pensions. The measures dictated by the FOMB have been implemented in a
disorganized, illogical, and irresponsible manner so far, endangering the safety of
citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable
education and healthcare, and limiting the capacity of people to become and remain
employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we
request a fair renegotiation of the agreements that is legal, fair and not burdensome for
the country. The weak attempts of the board to fake an audit process are not going to
work on us; we know this debt has been imposed on Puerto Rico without a due process
of a real comprehensive audit that allows us to really know how the debt was issued
and to ensure that is it paid justly and legally. Please do what is right and rule against
this agreement on January 16th's hearing.

Sincerely,

Jose A Molina-Dapena

████████████████████████

Virus-free. www.avast.com



**Reject agreement**
Pedro Reyes   to: swaindprcorresp                    12/18/2018 12:07 PM

From: █████████████████████
To:    swaindprcorresp@nysd.uscourts.gov

We demand you reject the agreement between Cofina and the Oversight control board. We don't
need to fuythr economic situation of The Puerto Rican people.



**Theme Cofima Founds**
raymartorres   to: swaindprcorresp                          12/18/2018 08:44 PM

From:       ██████████████████
To:         swaindprcorresp@nysd.uscourts.gov

Regards, Mrs. Judge,

We respectfully to express that I am against the decision of the Senate of Puerto Rico regarding
the payment of fund cofina. In the first place, there was no correct evaluation for this decision.
Commit public welfare funds, when there are other ways to make payments. We understand that
this is a case that the Fiscal Control Board should have a work it. Since for those particular
matters is that the JCF was created. It is unfortunate that there is a video where they denied the
right of expression to a senator who wanted to express, because he was against the consequences
that would face our country to be approved this project without the seriousness and consistency
of it. This measure is a violation of democracy and we demand justice.
Thanking him for his valuable atention

Reinaldo Torres Serrano
████████████████

Sent via the Samsung Galaxy S7 edge, an AT&T 4G LTE smartphone



**REJECT the agreement between COFINA and the FOMB on Jan . 16**

robert rodriguez   to: swaindprcorresp   12/18/2018 11:53 AM
Cc:  diasporaenresistencia

| From: | ███████████████████████ |
|-------|-------------------------|
| To:   | swaindprcorresp@nysd.uscourts.gov |
| Cc:   | ████████████████████ |

Dear Honorable Judge Taylor Swain,

I am Roberto Rodriguez, I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,
Roberto Rodriguez Lugo
██████████████████



**COFINA**

**Roberto Torres Collazo**     to: swaindprcorresp@nysd.uscourts.gov     12/18/2018 05:57 PM

From: ██████████████████████████████

To:     "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Honor Taylor Swain:

COFINA is a bad business for Puerto Rico. Please, compassion for my people!!. I ask it in the Name of God.

Peace with you,
Roberto Torres Collazo

██████████████████



**COFINA**
**Benjamin Jr. Lugo**   to: SwainDPRCorresp@nysd.uscourts.gov

12/19/2018 12:00 PM
Hide Details

From:

To:        "SwainDPRCorresp@nysd.uscourts.gov" <SwainDPRCorresp@nysd.uscourts.gov>

Please deny the COFINA agreement on Puerto Rico. This will make is poorer than ever for 40 more years! Puerto Rico resist!!



**The 120 billion debt by the Government of PR is also Congress's debt.**

**Frank Inserni**   to:  swaindprcorresp

Cc:  diasporaenresistencia

12/19/2018 10:09 AM

Hide Details

From:

To:       swaindprcorresp@nysd.uscourts.gov

Cc:

The agreement by the Promesa backed fiscal control board and the COFINA bondholders is an illegal encroachment on the future generations of the U. S. citizens that reside on the island of Puerto Rico. The P. R.constitution is a federal law approved by Congress and Congress knew and or should have known ever since April ,1961 that Public Law 87-121 of August 3, 1961, and section 2 of Article VI of the Constitution of Puerto Rico, explicitly prohibit the issuance of public debt in excess of fifteen (15%) percent of the average of the collections of the tax revenues in P.R. for the two (2) years preceding the year of each issuance of public debt.

--
Frank D. Inserni Milam



NOTA DE CONFIDENCIALIDAD: Esta comunicacion contiene informacion pertenciente a Frank D. Inserni Milam, Abogado-Notario, la cual es de naturaleza confidencial y/o legalmente privilegiada por envolver asuntos relacionados a un asunto legal y/o judicial.  La informacion incluida esta destinmada unicamente al destinatario de la direccion electronica arriba indicada.  Si usted no es el o la destinatario(a) de esta misiva, se le advierte que distribuir, copiar, publicar or llevar a cabo cualquier actuacion utilizando dicha informacion esta prohibido.  Si usted recibio esta comunicacion por error de alguna persona o entidad por favor eliminela de su ordenador y notifiquenos inmediatamente.  Gracias.

CONFIDENTIALITY NOTE: This communication contains information belonging to Frank D. Inserni Milam, Attorney-Notary,which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the information contained in this communication is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately. Thanks.

NOTE DE CONFIDENTIALITE: Sauf mention expresse au contraire, ce message est confidentiel et privilégié d'une relation avocat-client. Il est destiné pour le(s) destinataire(s) seulement. L'accès à cet message par "e-mail" de quelq'un d'autre n'est pas autorisé. Si vous n'êtes pas le destinataire, toute divulgation ou la reproduction du contenu de cet e-mail ou de toute action prise (ou non prises) sur la foi qu'elle n'est pas autorisé et peut être pas légal. Si vous n'êtes pas le destinataire, il faut le detruire et s'il vous plaît avisez immédiatement l'expéditeur par e-mail. Merci.



Dear Judge Swain:

Please do not accept agreements that are prejudicial to the people. I pray that your decisions turn into accountability for those whose actions have been in self-interest. You have the power to do the right thing, please rule against the COFINA agreement.

Merry Christmas,

Giselle Keating, Esq.



**REJECT the agreement between COFINA and the FOMB**

Grace Vargas   to: swaindprcorresp                                                12/19/2018 03:31 AM

From:   ██████████████████████

To:     swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

I write to you because I am very disappointed and worried about the actions that the Financial
Oversight and Management Board (FOMB) is taking to address the fiscal crisis.
The agreement made with COFINA bondholders will drag Puerto Rico into another
never-ending economic crisis that will lead Puerto Rico into another debt default and will only
cause more harsh austerity measures, cuts in public services and pensions. The measures
dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible
manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a
real opportunity to get affordable education and healthcare, and limiting the capacity of people
to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a
fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The
weak attempts of the board to fake an audit process are not going to work on us; we know this
debt has been imposed on Puerto Rico without a due process of a real comprehensive audit
that allows us to really know how the debt was issued and to ensure that is it paid justly and
legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely, Grace Vargas ██████████████████

### PROMESA COFINA agreement

Jacob Soto   to: swaindprcorresp                    12/19/2018 02:53 AM
Cc:  diasporaenresistencia

From:   ██████████████████████████████

To:     swaindprcorresp@nysd.uscourts.gov

Cc:     ██████████████████████████████

Honorable Taylor Swain:

  All my family was born and raised in our mother land Puerto Rico, all of us are working class and none of us had any benefit from the inmeasurable debt aquired by the system / goverment. As I have read we need an audit for that debt and we beleive huge part is not legal, also read from world best economists that the agreement is very bad for Puerto Rico. I want to stay in my motherland and also that my son and daugther can hace a future here, please reject the agreement and listen to the top economists of the world recomendations.
Jacob Soto López
Puertorican citizen



**Please reject the agreement between COFINA and the FOMB on Jan. 16**
**John Ribó**   to: swaindprcorresp

12/19/2018 03:30 PM
Hide Details

From:

To:        swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

My name is John Ribo. I write to you because I am worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis in Puerto Rico. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will cause more harsh austerity measures and cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to be employed on the island.

Instead of moving forward with this unjust agreement, we request a renegotiation of the agreement that is legal and fair. The attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without the due process of a real, comprehensive audit that allows us to really know how the debt was issued and to ensure that it is paid justly and legally.

Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

John Ribo



**COFINA agreement**
Maria de L. Guzmán    to: swaindprcorresp    12/19/2018 08:30 AM

From:    ███████████████████████████

To:    swaindprcorresp@nysd.uscourts.gov

Judge Swain:
Please do not accept the COFINA agreement. It will extremely impoverish us for the next 40
years. Our future is in your hands. Thank you.
Maria de L. Guzman

Enviado desde Yahoo Mail para iPhone



### Please reject Cofina agreement !

**Maru Ortiz**    to: swaindprcorresp@nysd.uscourts.gov        12/19/2018 07:54 AM

From:    ███████████████

To:    "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
███████████████████████████████████████████

Sent from Yahoo Mail on Android



**REJECT the agreement between COFINA and the FOMB on Jan. 16**

**Monica Rios-Cabanillas** to: swaindprcorresp@nysd.uscourts.gov

Cc:

12/19/2018 12:04 PM

Hide Details

From:

To: "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:

Dear Honorable Judge Taylor Swain,

I am Monica Rios Cabanillas. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

Monica Rios Cabanillas



**FREE PUERTO RICO**
**Omayra Rivera**   to: swaindprcorresp

12/19/2018 11:53 PM
Hide Details

From:

To:         swaindprcorresp@nysd.uscourts.gov

The Honorable Taylor Swain:

For decades, Wall Street and U.S. multinational corporations have been raiding the cover of the Government of Puerto Rico and its citizens with the backing of Congress. Since the 1898 Treaty of Paris obtaining Puerto Rico as a war bounty after Puerto Rico had obtained independence from Spain, to the 1917 Jones Act limiting imports and exports to the island on US flag ships, to today's Financial Board Congress has maintained and exacerbated the colonial status of Puerto Rico. ONLY YOU CAN CHANGE THIS! The well-being of the citizens of Puerto Rico is in your hands.



**Please, Investigate and demand a comprehensive audit**
**Rafael Fuentes**  to: swaindprcorresp

12/20/2018 01:56 AM
Hide Details

From:

To:      swaindprcorresp@nysd.uscourts.gov

JUDGE TAYLOR SWAIN's EMAIL: swaindprcorresp@nysd.uscourts.gov
cc:
Subject:
REJECT the agreement between COFINA and the FOMB on Jan. 16

Email Content:
Dear Honorable Judge Taylor Swain,

I am Rafael Fuentes Negrón. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

Rafael Fuentes Negrón



**acuerdo cofina puerto rico**
rafael otero   to: swaindprcorresp                                   12/19/2018 03:36 AM

From: ████████████████████

To: swaindprcorresp@nysd.uscourts.gov

estoy en total desacuerdo apruebe el acuerdo de cofina,sumerjira la isla en una crisis peor de la
que tenemos,,recibo 12,000.00 seguro social,el gob pr.impremento un arbitrio de 12%,,lo cual
me quitan 1,400.00 dols de mi pencion,para el pago de una deuda politica estoy en acuerdo se
juzguen los que causaron este desatres..repetuosamente rafael otero



**About Puerto Rico and COFINA agreement**

Susan Homar   to: swaindprcorresp                              12/19/2018 12:12 AM

From:  ████████████████████

To:       swaindprcorresp@nysd.uscourts.gov

Judge Swain:

Please reject the COFINA agreement proposed by the Fiscal Control Board in
Puerto Rico, an agreement which will only deteriorate our already fragile
economic situation.

Thanks,

Susan Homar, PhD

Sent from my iPad

**Reject the board's agreement against Puerto Rico**

Wilfredo Burgos Santiago    to: swaindprcorresp@nysd.uscourts.gov    12/19/2018 06:22 AM

Cc:

From:

To:    "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:

The Honorable Taylor Swain:

For decades, Wall Street and U.S. multinational corporations have been raiding the cover of the Government of Puerto Rico and its citizens with the backing of Congress. Since the 1898 Treaty of Paris obtaining Puerto Rico as a war bounty after Puerto Rico had obtained independence from Spain, to the 1917 Jones Act limiting imports and exports to the island on US flag ships, to today's Financial Board Congress has maintained and exacerbated the colonial status of Puerto Rico.

ONLY YOU CAN CHANGE THIS! The well-being of the citizens of Puerto Rico is in your hands.

Descarga Outlook para iOS



**Please reject the agreement between COFINA and the FOMB on Jan. 16**

**Cruz, Xavier**   to: swaindprcorresp@nysd.uscourts.gov

12/19/2018 04:38 PM
Hide Details

From:

To:          "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Hi. My name is Xavier, resident of Seattle and originally from PR. I write to you because I am very worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. We know that Trump's government is here to look out for the millionaires interests. We the people only rely on judges to look out for us.The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Also, part of the debt could be illegal as per the PR constitution and it needs to be audited. Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

Xavier Cruz Urbina



**Arlini Lopez** to: swaindprcorresp

Cc: diasporaenresistencia

12/20/2018 10:14 PM

Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

Cc:

Honorable Judge Taylor Swain,

I am Arlene Lopez. I write to you because I am (also) very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Ms. Lopez

**REJECT the agreement between COFINA and the FOMB on Jan. 16 2019**

**Awilda Santos-Torres**   to: swaindprcorresp

Cc: ███████████

12/20/2018 07:51 AM

Hide Details

From:       ████████████████████████

To:         swaindprcorresp@nysd.uscourts.gov

Cc:         ██████████████████

JUDGE TAYLOR SWAIN's EMAIL:

Estimada Honorable Juez Taylor Swain,

Paz y bien para usted.

Yo soy Awilda Santos Torres, maestra pensionada del gobierno de Puerto Rico. Estoy muy preocupada de cómo se ha estado atendiendo y manejando la crisis fiscal del país y por consecuente la desesperanza provocada en todos los maestros pensionados y otros empleados públicos.

"Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB) para enfrentar la crisis fiscal. El acuerdo alcanzado con los tenedores de bonos de COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Las medidas dictadas por el FOMB se han implementado de manera desorganizada, ilógica e irresponsable hasta el momento, poniendo en peligro la seguridad de los ciudadanos, limitando a miles de puertorriqueños de una oportunidad real de obtener educación y atención médica asequibles, y limitando la capacidad de las personas para ser y permanecer empleado en la isla.

En lugar de seguir adelante con este acuerdo injusto y anticonstitucional, solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Los débiles intentos de la junta de falsificar un proceso de auditoría no van a funcionar en nosotros; sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral real que permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero de 2019."

Sinceramente,

AWILDA SANTOS TORRES

██████████████████



**PROMESA litigation – proposed COFINA settlement**
**David Martin** to: swaindprcorresp

12/20/2018 06:16 AM
Hide Details

From: ▮▮▮▮▮▮▮▮▮▮
To: swaindprcorresp@nysd.uscourts.gov

Dear Judge Swain,

I am an attorney licensed in Puerto Rico. I have not appeared in any matter related to PROMESA, nor do I represent any bondholder of any type whatsoever.

Indeed, I have declined to undertake such representations because of my concerns regarding the legality of <u>all</u> bonds issued by the Puerto Rico government and related entities.

Since 2014, I have written and published my views and advocated for Puerto Rico's need to adjudicate the validity of <u>all</u> bonds currently outstanding. This includes COFINA bonds -- the most legally suspect class of bonds.

To approve a settlement concerning COFINA bonds would validate this dubious vehicle designed specifically to evade the constitutional debt limit and balanced budget requirements of the Puerto Rico constitution. Such a settlement will leave the door open to future illegal borrowings and invite more crises in the decades to come.

Looking at the thousands of docket entries in the PROMESA cases, I am appalled that it was not the central mission of the Oversight Board and the Commonwealth government to secure clear judicial rulings and precedents concerning the validity of the island's bonds and the limits of it borrowing authority.

Nothing else can protect the innocent and defenseless members of our population who have been saddled with the horrific financial burden at the hands of unscrupulous politicians, professional advisers, and financial institutions.

Sincerely,

David R. Martin



\*\*\*\*\*

This message and all attachments may contain legally privileged and confidential information. If you have received this message or its attachments in error, please notify the sender immediately by telephone ▮▮▮▮▮▮▮▮▮▮ and delete this message and all copies and backups.

**Reject agreement between COFINA and the FOMB on Jan 16, 2019**

Delia Toledo   to: swaindprcorresp

Cc:

12/20/2018 07:29 AM

Hide Details

| From: | |
|---|---|
| To: | swaindprcorresp@nysd.uscourts.gov |
| Cc: | |
| History: | This message has been forwarded. |

JUDGE TAYLOR SWAIN's EMAIL: swaindprcorresp@nysd.uscourts.gov
cc:

Estimada Honorable Juez Taylor Swain,

Yo soy __Delia Toledo_____. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a
cabo la Junta de Supervisión y Administración Financiera (FOMB) para enfrentar la crisis fiscal. El acuerdo alcanzado con
los tenedores de bonos de COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a
otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Las
medidas dictadas por el FOMB se han implementado de manera desorganizada, ilógica e irresponsable hasta el momento,
poniendo en peligro la seguridad de los ciudadanos, limitando a miles de puertorriqueños de una oportunidad real de obtener
educación y atención médica asequibles, y limitando la capacidad de las personas para ser y permanecer empleado en la isla.

En lugar de seguir adelante con este acuerdo injusto y anticonstitucional, solicitamos una renegociación justa de los
acuerdos que sean legales, justos y no gravosos para el país. Los débiles intentos de la junta de falsificar un proceso de
auditoría no van a funcionar en nosotros; sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una
auditoría integral real que permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y
legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero.

Sinceramente,

Delia G Toledo

Dear Honorable Judge Taylor Swain,

I am __Delia Toledo_____. I write to you because I am very disappointed and worried about the actions that the
Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA
bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt
default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by
the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of
citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and
limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the
agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process
are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real
comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally.
Please do what is right and rule against this agreement on January 16th's hearing.

Sincerely,

Delia Toledo



**Please reject the agreement**

jose prietosantiago    to: swaindprcorresp@nysd.uscourts.gov

Cc: ████████████████████

12/20/2018 07:26 PM

Hide Details

From:   ████████████████████

To:     "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:     ████████████████████

Subject:
REJECT the agreement between COFINA and the FOMB on Jan. 16

Email Content:
Dear Honorable Judge Taylor Swain,

I am José Prieto, USA Federal Government employee in Puerto Rico. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. The measures dictated by the FOMB have been implemented in a disorganized, illogical, and irresponsible manner so far, endangering the safety of citizens, limiting thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and limiting the capacity of people to become and remain employed in the island.

Instead of just moving forward with this unjust and anti-constitutional agreement, we request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. The weak attempts of the board to fake an audit process are not going to work on us; we know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Jose Prieto

████████████████████

_____

Sent from my iPhone



**Reject agreement of Cofina**
**Linda Soto**   to: swaindprcorresp@nysd.uscourts.gov

12/20/2018 06:22 PM
Hide Details

From:

To:        "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Please as an affected citizen, I ask you to REJECT the agreement between Cofina bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into another economic crisis, due to the imposition of more austerity measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the agreements that are not burdensome for the country and us, the people. Thank you and God bless.



**COFINA Agreement 01/16/2019**
**Marlon Jijon**   to: swaindprcorresp
Cc:

12/21/2018 07:20 AM
Hide Details

From:
To:      swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am Marlon Jijon Aguirre

I humbly write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis.

The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico **without a due process of a real comprehensive audit** that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. The audit will cost so much less than what the government of Puerto Rico has spent on the FOMB's expenses. The FOMB has stated that an audit is useless, and I have never heard such a statement be true.

Please do what is right. Save us, the citizens of Puerto Rico, and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Marlon Jijon Aguirre

Sent from my iPhone



**Request for rejection of COFINA bondholder and the financial oversight PR**
**Michelle Ruiz**   to: swaindprcorresp

12/20/2018 05:20 PM
Hide Details

From:
To:          swaindprcorresp@nysd.uscourts.gov

Honorable Judge Taylor Swain:

Please Judge Taylor, we the people of Puerto Rico, respectfully , ask you to REJECT the agreement between Cofina bondholders and the Financial Oversight and Management Board as it will drag Puerto Rico into another economic crisis, due to the imposition of more austerity measures, cuts in public services and pensions, and would lead to a new debt default. Instead, we request a fair renegotiation of the agreements that are not burdensome for the country.

---- WHY?
Puerto Rico is under the control of a Junta created by the US Congress. This Junta formed an agreement with COFINA, an illegal fund to pay bond-holders, that will further austerity measures against the Puerto Rican people. The judge in charge of approving this deal will render her decision on January 16, 2019. She needs to hear our message against this agreement, as it will succumb the Puerto Rican people to 40 years of further austerity measures to pay a debt the US Government refuses to audit.

For over 120 years Puerto Ricans have been left out of important decision making conversations and processes that affect them greatly.  We can change this! The Puerto Rican community needs Judge Taylor Swain to listen to them and their allies. We need her to hear from all of us before her next hearing, in which she will make her final decision about the Board and Cofina agreement. The hearing will be on January 16 at 10:30 am in Puerto Rico's Federal Court.

For the future wellness of the Puertorican citizens and our children's!

Warms regards and Merry Christmas!

Salcedo-Ruiz Family


Sent from my iPad

**Minerva Medina**   to: swaindprcorresp

12/20/2018 11:51 AM
Hide Details

From:

To:         swaindprcorresp@nysd.uscourts.gov

IF THEY TAKE MY PENSION I WOULD HAVE TO LIVE IN THE STREET



**NO TO COFINA BONDAGE**

**nelson alvarez** to: swaindprcorresp@nysd.uscourts.gov, diasporaenresistencia@gmail.com

12/20/2018 11:17 PM
Hide Details

From:

To: "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>,

Dear Honorable Judge Taylor Swain,
I am NELSON ALVAREZ from Puerto Rico. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.
Sincerely,

Nelson Alvarez

**REJECT the agreement between COFINA and the FOMB on Jan. 16**

**Nereida Iris Feliciano**   to: swaindprcorresp

Cc:

12/20/2018 07:14 AM

Hide Details

From:

To:       swaindprcorresp@nysd.uscourts.gov

Cc:

Estimada Honorable Juez Taylor Swain,

Yo soy Nereida Iris Feliciano. Le escribo porque estoy muy decepcionada y preocupada por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB) para enfrentar la crisis fiscal. El acuerdo alcanzado con los tenedores de bonos de COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Las medidas dictadas por el FOMB se han implementado de manera desorganizada, ilógica e irresponsable hasta el momento, poniendo en peligro la seguridad de los ciudadanos, limitando a miles de puertorriqueños de una oportunidad real de obtener educación y atención médica asequibles, y limitando la capacidad de las personas para ser y permanecer empleado en la isla.

En lugar de seguir adelante con este acuerdo injusto y anticonstitucional, solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Los débiles intentos de la junta de falsificar un proceso de auditoría no van a funcionar en nosotros; sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral real que permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero de 2019.

Sinceramente,

Nereida I Feliciano, MD



**COFINA**
**Norma Jiménez**   to: swaindprcorresp
Cc: diasporaenresistencia

12/20/2018 08:02 PM
Hide Details

From:     Norma Jiménez
To:       swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,
I am Norma Jiménez Sánchez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.
Sincerely,

Norma Jiménez Sánchez



**Actions taken by the Financial Oversight and Management Board**

**Olga Del Mar Reyes**   to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 07:42 AM

Hide Details

From:

To:   swaindprcorresp@nysd.uscourts.gov

Cc:

---

Dear Honorable Judge Taylor Swain,

 I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.


Sincerely,

Olga Del Mar Reyes



**Cofina bondholders**
**Omar Soto**   to: swaindprcorresp

12/20/2018 06:24 PM
Hide Details

From:

To:      swaindprcorresp@nysd.uscourts.gov

Hello, Im asking you to please Reject the agreement between cofina bondholders and the financial oversight and management board. This will drag our country into another economic crisis

December 20th, 2018

Hon. Judge Laura Swain,

My Family has been in Municipal Finance for over 43 years. We have always lent our money to cities and municipalities in good faith, knowing that these finance mechanisms produce the very fabric that holds the United States together. That being said, it has been extremely hard for me to understand how the COFINA securitization has gotten to where it is today.

When you were appointed, I was confident that there was finally someone to get control of all the seemingly ridiculous actions by the Puerto Rican Gov't to avoid paying any and all of their debt obligations. However, month after month, it seems all you've done is emboldened them to push harder in this respect. Never did I think that politics would play such a strong role in breaking laws and liens, which to date some of which were always viewed as sacrosanct in the municipal finance community. The United States and its citizens continue to rely on these laws and liens because without them, many places would not get the funds they, in some respects, so desperately need. One of the most fundamental principles in the history of the United States is the protections afforded to us by the takings clause which prevents the taking of personal property without just compensation. This is just one of the many founding principles our country has that distinguish us from many others in the world today.

Everyday there are normal citizen's that sign contracts with financial institutions and even the gov't in some situations, knowing that there are severe consequences if they don't fulfill those contracts on time and in full. Yet Puerto Rico, with its ability to pay in the COFINA case, is able to say "we don't want to pay our debt anymore". Is this the way finance works now? Is the gov't able to just come and take the property that I lent to them in good faith at their pleasure without just compensation? What message are we going to send future municipal bond investors? Where was the oversight by elected officials in our governing bodies on the mainland over the last 10 years? As a territory of the United States, the Unites States Federal Government should have had a firm hand in what those politicians on the island were doing and how they were doing it.

COFINA, to date, has always been a solvent and very successful entity in its collections. This is the main reason so many people on and off the island had lent Puerto Rico our hard earned money during a time of crisis. The Statutory Lien and pledged revenue are and have been, able to cover both Senior and Subordinate bondholders. However Senior bondholders are now to receive a 93% + all the cash being held in escrow? The recovery for Subordinate bondholders are set to only receive a 56.4% recovery and none of the cash that we are rightfully owed? Even the GDB Deal obtained a more favorable remedy. The

GDB bonds by nature are appropriation debt and I know this type of debt sits much lower in priority than a dedicated statutory lien. This is exactly why the ratings at origination were soo very different.

This "Adjustment Plan or Exchange" which has been presented to mom and pop investors, appears to have been manipulated by many of the parties involved. Some of which I learned had insider knowledge and were able to continue trading in the secondary market. I should not have to site the paper trail that proves this. The most recent article on McKinsey is one that's very concerning. The Liens and Laws in this case appear to have been broken. This Plan is certainly not fair to all relevant stakeholders in the case. One of the most glaring inequities is the fact that U.S. Subordinate bondholders who live on the mainland will recover 56.4% of face value, while Puerto Rico Subordinate bondholders on the island will recover 58.4% even though they are of the same class and own the same type of bonds. According to PROMESA guidelines, which nobody involved seems to be following, the Plan is illegal. The Court has a fiduciary responsibility to make sure all bondholders are treated fairly and that those in the same class are treated equally. That's really just the start.

I'm sure there are many, many people that wish they could just not pay their credit cards, mortgage, car payment, personal loans, and of course we all hate paying interest on these obligations but this is what makes the financial systems work. When you don't honor debts after passing laws and making the terms very clear, there are usually severe consequences. The sales tax structure is a fantastic structure and one that is being utilized in many different areas. Your decisions in these cases will have long lasting consequences as they also relate to lockboxes and sales tax securitizations elsewhere. The United States continues to give Puerto Rico taxpayer funds for the recovery of Hurricane Maria but let us not forget that it was not the hurricane that enabled these serious issues to froth. The hurricane, from my opinion, is being used however as a pawn in the political arena.

The Commonwealth's unemployment rate is around 8%, the lowest in decades. Sales tax revenues continue to come in at record levels. The Puerto Rico Treasury has $12 billion of cash in various accounts, 800 of which were at one time maliciously hidden from the public. The majority of this money is obviously the result of not paying annual debt service for almost 3 years amounting to around $3+ billion a year. At the same time, the Puerto Rico government is crying poor without proper audits, they've proposed lower taxes, raised the minimum wage for government workers, some of whom haven't been showing up to work but the real cherry on top is the fact the governor recently paid out lofty Christmas bonuses amounting to over 80 million dollars. This whole situation has been one big slap in the face to the mom and pop investor. At the end of the day, it appears Puerto Rico's willingness to pay its debt should be more in question than its ability to pay its debt.

It is a matter of record that corruption, mistrust and mismanagement were the reason the secured COFINA structure had to be created. A structure that did not allow the Puerto Rico Treasury access to bondholder pledged revenue streams was necessary. It seems that the overall intent of the COFINA Statutory Lien was to make bondholders feel secure enough to lend money to Puerto Rico and as a result, most individuals purchased the highly rated

Subordinate COFINA bonds prior to when the U.S. Congress passed the Puerto Rico
Oversight Management and Economic Stability Act (PROMESA).
**In closing, we purchased these bonds in good faith for the following
reasons;**

1.) A Priority Statutory Lien on pledged dedicated sales tax revenue that was more than
sufficient to pay all COFINA debt. The dedicated revenue was unavailable to the
government of Puerto Rico.

2.) High investment grade rating when issued, "A+" second only to Senior COFINA bonds
which were slightly higher rated by one notch "AA-". A long term Subordinate COFINA
bond's market value was equivalent to around 1 to 2 points or 1 to 2% less than a
similar senior bond's market value. (*Under the proposed Plan the difference in recovery
between Seniors and Subordinate bonds is around 40 points or 40%.*)

3.) Legal assurance from the Puerto Rico government that by law the Puerto Rico treasury
did not have access to the pledged revenues and such was stated in Official Offering
Statements for General Obligation (GO) and COFINA bonds issues. The Puerto Rico
government also was obligated to defend the COFINA bond structure, which they are
now attacking. The Commonwealth and its Agencies had to take all steps necessary to
meet their obligations because up until June 2016, the Commonwealth did not have
access to Chapter 9 bankruptcy or any form of debt adjustment. In June 2016
PROMESA was created as a mechanism to reduce Puerto Rico's debt by respecting
bondholder rights, priority of payment and legal Liens.

I understand that this is one of the biggest bankruptcy cases in the history of municipal
finance but fortunately for historians, there is a very long paper trail of material to work
with. This outward theft of property rights will eventually be looked on as the biggest
travesty not only for the market as a whole but especially for the people of Puerto Rico,
who will eventually need the support of the municipal bond community for decades to
come. The ramifications of such actions on the overall market will set one of the strongest
precedents and I can only suggest that you don't fall to the wrong side of history. The
consequences of your decisions, as I'm sure you are well aware, will dictate where the
industry goes from here.

RESPECTFULLY,

TRAVIS A. KNADLE
MUNICPAL BOND INVESTOR



**COFINA**
**Adryanna Muller Ofarrill**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 11:56 AM
Hide Details

From:
To:      swaindprcorresp@nysd.uscourts.gov
Cc:

Estimada Honorable Juez Taylor Swain,

Yo soy Adryanna Müller. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Sinceramente,



**aida ball**   to: swaindprcorresp                                      12/21/2018 11:22 AM
                                                                          Hide Details

From: 
To:            swaindprcorresp@nysd.uscourts.gov

Sent Saludos, se nos va la vida con el acuerdo de Cofina que embarga la economía de la isla por los próximos 40 años.
Favor escribir a :
"swaindprcorresp@nysd.uscourts.gov".
Hoy, 21 de diciembre, último día antes del receso navideño le queremos enviar mensajes masivos y llenarle el correo
electrónico a la jueza Laura Taylor Swain, para desearle ¡Feliz Navidad! y solicitarle que RECHACE el 16 de enero el acuerdo
de COFINA que la Junta de Control Fiscal nos quiere imponer para pasarle nuestros recursos a los fondos buitres.

"Mi nombre es _____Aida Ball_____ y llamo desde San Juan, Puerto Rico. Soy solidario(a) con la lucha del pueblo
puertorriqueño y llamo para pedirle a la Jueza Swain que NO APRUEBE el acuerdo de COFINA."

"My name is _____ from_____. I stand with the Puerto Rican people on their struggle, so I ask Judge Swain TO
REJECTCOFINA's Agreement."   ¡COMPARTE! Gracias.from my iPhone



**Reject COFINA**
**Alessandra Rosa**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 10:07 AM
Hide Details

From:
To:     swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Judge Swain,

My name is Alessandra Rosa and I'm from Puerto Rico. As such I stand with my people on our struggle and ask you to reject COFINA's agreement since it will negatively affect Puerto Rico's economy for 40 years.

Thank you,

Alessandra

--
Alessandra Rosa, Ph.D.



**Puerto Rico COFINA arrangement**
**Angel BerriosDavila** to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 09:09 AM
Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

Cc:

"Justice will not be served until those who are unaffected are as outraged as those who are."
Benjamin Franklin

Thou Honor:

Puerto Rico is in the path of misery and poverty because the people that represent them in this negotiation are solely in the debtors interests.

As a matter of fact they were hand picked, not by vote, but to do so.

You have a golden opportunity to spark the light that will clear darkness in this matters.

I respectfully urge you to reject this arrangement and order the parts to bring to the table alternatives less oppressive that 40 years of punishment to our people that do not have the right to vote on matters that affects generations of their peers.

In solidarity.

Greetings.



**Puerto Rico's COFINA agreement**

**Angel Gonzalez**   to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 10:37 AM

Hide Details

From: ████████████████

To: swaindprcorresp@nysd.uscourts.gov

Cc: ████████████████

Thanks for reading this email.

I'm a senior physician still active on the island and am very concerned with the COFINA agreement negotiated by the imposed anti democratic Oversight Board and "casually" okeyed by the puertorican politicians.

This agreement is totally one sided in favor of the bond holders of a debt that hasn't been audited and will secure that our people remain in precarious living conditions for many decades, including our children and grandchildren.

I hereby request that you refuse to accept this agreement.

Wishing you happy holidays,

Ángel González, MD, FASAM

████████████████████████████████

Enviado desde el móvil.



**Reject COFINA agreement for Puerto Rico**
**Yudkin Anita**   to: swaindprcorresp
Cc:  diasporaenresistencia

12/21/2018 07:59 AM
Hide Details

From:
To:        swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am Anita Yudkin, from Puerto Rico. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Anita Yudkin



**Junta y COFINA**
**Benito de Jesús**   to: swaindprcorresp@nysd.uscourts.gov
Cc:

12/21/2018 12:48 PM
Hide Details

From:
To:        "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
Cc:

Yo soy Benito de Jesús. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Sinceramente,

Benito de Jesús


Enviado desde Yahoo Mail para Android



**Cofina**
**Benito de Jesús**   to: swaindprcorresp@nysd.uscourts.gov

12/21/2018 12:42 PM
Hide Details

From:

To:        "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

My name is Benito de Jesús from Barceloneta. I stand with the Puerto Rican people on their struggle, so I ask Judge
Swain **TO REJECT**COFINA's Agreement."
Enviado desde Yahoo Mail para Android



**Benjamin Jr. Lugo**   to: SwainDPRCorresp@nysd.uscourts.gov

12/21/2018 09:58 AM
Hide Details

From:

To:   "SwainDPRCorresp@nysd.uscourts.gov" <SwainDPRCorresp@nysd.uscourts.gov>

Dear Honorable Judge Taylor Swain,

I am MR. Lugo. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.



**Merry Christmas! Please reject the COFINA agreement that the Fiscal Control Board wants to impose on us**

Carlos Fernando Rosado, Ed. D.    to: swaindprcorresp                                    12/21/2018 12:46 PM

Cc: diasporaenresistencia                                                                    Hide Details

From:
To:        swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am Carlos F. Rosado-Martínez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Carlos F. Rosado-Martínez



**ASK FOR REJECT COFINAS AGREEMENT**
**Carlos Monserrate**   to: swaindprcorresp

12/21/2018 02:26 PM
Hide Details

From:

To:          swaindprcorresp@nysd.uscourts.gov

---

"Mi nombre es Carlos Monserrate y llamo desde Puerto Rico. Soy solidario(a) con la lucha del pueblo puertorriqueño y llamo para pedirle a la Jueza Swain que NO APRUEBE el acuerdo de COFINA."

"My name is Carlos Monserrate from Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask Judge Swain TO REJECTCOFINA's Agreement."



**Please do not approve the proposal of Cofina recommended by the Board.**

Luz o. Diaz-Febo    to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 02:13 PM

Hide Details

From:

To:     swaindprcorresp@nysd.uscourts.gov

Cc:

---

Dear Honorable Judge Taylor Swain,

I am Carlos Vega Lopez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Mr. Carlos Vega López



**Acuerdo de COFINA**
.Carmen González Rivera    to: swainDPRcorresp@nysd.uscourts.gov

12/21/2018 09:23 AM

Hide Details

Cc:

From:

To:    "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>

Cc:

Yo soy Carmen M. González Rivera, maestra retirada de escuela pública en el 2017. Le escribo porque estoy muy decepcionada y preocupada por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal en mi país Puerto Rico, donde resido. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a nuestro país a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Mi pensión actual es  muy baja y de ésta tengo que pagar un plan médico familiar y, los deducibles de los medicamentos son altos (tomo cuatro medicamentos), por lo cual, no sería justo que bajen mi pensión. Solicito una renegociación de los acuerdos que sean legales, justos y no gravosos para el país. Sé que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permitiera saber realmente cómo se emitió la deuda y que garantizara que se pague de manera justa y legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Agradecida,

Carmen M. González Rivera





**Christopher Soto**   to: swaindprcorresp                          12/21/2018 07:47 AM
Cc: diasporaenresistencia                                          Hide Details

From:
To:        swaindprcorresp@nysd.uscourts.gov
Cc:

Estimada Honorable Juez Taylor Swain,

Yo soy Christopher Soto Martinez. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Sinceramente,

Christopher Soto Martinez



**Puerto Rico**
**Claudia Aponte**   to: swaindprcorresp

12/21/2018 01:30 PM
Hide Details

From:

To:       swaindprcorresp@nysd.uscourts.gov

Dear Judge, Taylor Swain:

I know you are a just person. Please, don't approve the COFINA agreement. Think of all of us, the citizens of Puerto Rico. This agreement is unfair and will hurt us all.

Regards,

Claudia Aponte

:-: Sent from my mobile device :-:



**Reject COFINA Agreement.**
**David**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 03:05 PM
<u>Hide Details</u>

From:
To:       swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain:

I am David De Jesus, from Santa Isabel, PR.    I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis.    The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country.    We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this COFINA Agreement on January 16th's 2019 hearing.

Sincerely,

David De Jesus



**REJECT COFINA's Agreement**
**Margie Fernandez**   to: swaindprcorresp

12/21/2018 03:00 PM
Hide Details

From:     Margie Fernandez <margief11@gmail.com>
To:        swaindprcorresp@nysd.uscourts.gov

Dear Judge Laura Taylor Swain:

My name is Margarita Fernández from Rincón, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you Judge Swain to REJECT COFINA's Agreement.

Merry Christmas! 🎄

Cordially,

Margarita Fernández, Ph.D.



**Please rule against the COFINA agreement and help protect essential services in Puerto Rico**

Déborah Santana    to: swainDPRcorresp                    12/21/2018 08:02 AM
                                                            Hide Details

From:     ████████████████████████
To:       swainDPRcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

My name is Déborah Santana. I am Puerto Rican and live in Puerto Rico. I write to you because I am very concerned about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for Puerto Rico.  Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,
Déborah Santana



**December 21st is Contact Judge Swain Day! Call (212) 805-0417 and share this message: "My name is Elisa _____ fromPuerto Rico_____. I stand with the Puerto Rican people on their struggle, so I ask Judge Swain TO REJECTCOFINA's Agreement."**

**Elisita Ruiz**   to: swainDPRcorresp

12/21/2018 01:28 PM
Hide Details

From:

To:         swainDPRcorresp@nysd.uscourts.gov

Thanks for receive my petition,

MERRY CHRISTMAS
HAPPY NEW YEAR

Elisa



**Opposed to COFINA bondholders agreement**
**Elizabeth Crespo Kebler**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 01:15 PM
Hide Details

From:

To:        swaindprcorresp@nysd.uscourts.gov

Cc:

Dear Honorable Judge Taylor Swain,

I am a resident of Puerto Rico and university professor. I write to you because I am extremely worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on the January 16, 2019 hearing.

Sincerely,
Elizabeth Crespo-Kebler



**Cofina agreement**
**Eugenio Santiago Valentin**   to: Eugenio Santiago Valentin, swaindprcorresp@nysd.uscourts.gov

12/21/2018 12:47 PM
Hide Details

From:

To:                                                      "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

swaindprcorresp@nysd.uscourts.gov

Dear Judge Laura Taylor Swain:

My name is Eugenio Santiago from San Juan, Puerto Rico. The COFINA agreement is a bad agreement that will at the end, will not help in Puerto Rico's recovery. The agreement is strongly biased towards the bondholders, and will establish a very bad precedent in putting in order Puerto Rico's bebt obligations. It will perpetuate the current curcumstamtes.

It I ask you,respectfully, to REJECT COFINA's Agreement.

Cordially,

Eugenio Santiago



**REJECT COFINA's Agreement**
Evelyn Otero Figueroa   to: swaindprcorresp

12/21/2018 10:37 AM
Hide Details

From:

To:        swaindprcorresp@nysd.uscourts.gov

Dear Judge Laura Taylor Swain:

My name is Evelyn Otero from San Juan, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you
Judge Swain to REJECT COFINA's Agreement.

Merry Christmas!□

Cordially,

Evelyn Otero


Enviado desde mi iPhone



**TERRIBLE COFINA AGREEMENT**

**Gabriel Rodríguez-Fernández**   to: swaindprcorresp    12/21/2018 02:42 PM

Cc: diasporaenresistencia                                            Hide Details

From:

To:        swaindprcorresp@nysd.uscourts.gov

Cc:

Dear Honorable Judge Taylor Swain,

My name is Gabriel A. Rodríguez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address Puerto Rico's debt and fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.
Sincerely,

Gabriel A. Rodríguez-Fernández,



**REJECT the agreement between COFINA and the FOMB on Jan 16**
**Ginna Malley Campos**   to: swaindprcorresp@nysd.uscourts.gov
Cc:

12/21/2018 10:24 AM
Hide Details

From:
To:        "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
Cc:

Dear Honorable Judge Taylor Swain,

I am Gina Malley Campos. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Gina Malley Campos

--
ginna malley campos



**No apruebe acuerdo de Cofina**
**Gloria Rodriguez**   to: swaindprcorresp

12/21/2018 12:25 PM
Hide Details

From:

To:         swaindprcorresp@nysd.uscourts.gov

Mi nombre es Gloria Rodríguez Ponsa, llamo desde Puerto Rico.Estoy solidaria con la lucha del pueblo de Puerto Rico. Llamo a la honorable Jueza Swain para que No Apruebe el Acuerdo de Cofina.

Enviado desde mi iPhone



**Reject Cofina Agreement**
**Gradissa Fernandez**   to: swaindprcorresp

12/21/2018 11:14 AM
Hide Details

From:

To:          swaindprcorresp@nysd.uscourts.gov

"My name is  Gradissa Fernández from San Juan, PR. I stand with the Puerto Rican people on their struggle, so I ask Judge
Swain TO REJECTCOFINA's Agreement."  Please, think about that. Thanks.

Enviado desde mi iPhone



**COFINA agreement**
**Hector M. Cruz Feliciano** to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 08:41 AM

Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

Cc:

Dear Honorable Judge Taylor Swain,

I am writing to express my disappointment and concern regarding the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis.

The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

--
**Héctor M. Cruz Feliciano**



**COFINA/PUERTO RICO**
**Henriette Rÿffffedos Orlandi**   to: swaindprcorresp@nysd.uscourts.gov

12/21/2018 02:34 PM
Hide Details

From:

To:     "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Judge Swain:

My name is Henriette Rios Orlandi, I am Puerto Rican from Ponce living at México City. I stand with the Puerto Rican people on their struggle, so I ask Judge Swain TO REJECTCOFINA's Agreement.

Merry Christmas!

Enviado desde Yahoo Mail para Android



**Against Cofina Funds**
**Ilia Castanon**   to: swaindprcorresp

12/21/2018 11:32 AM
Hide Details

From:
To:       swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

I am _Ilia Castanon_____. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely, Ilia Castanon



**REJECT COFINA's Agreement**

Iliana Garcia    to: swaindprcorresp@nysd.uscourts.gov

Cc:

12/21/2018 08:30 AM

Hide Details

From:

To:    "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:

Dear Honorable Judge Taylor Swain,

I am Iliana I. García Ayala. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Iliana I. García Ayala



**Ines Rivera**   to:  swainDPRcorresp                                              12/21/2018 01:26 PM
Cc:  diasporaenresistencia                                                          Hide Details

From:
To:        swainDPRcorresp@nysd.uscourts.gov
Cc:

I am Ines Rivera, I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal,fair and not burdensome for the country. We know this debt has been imposed in Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that it is paid justly and legally.Please do what is right and rule against this agreement on January 16th's 2019 hearing.Sincerely, Ines Rivera



**NO AL ACUERDO DE COFINA**
**Iran Rodriguez**   to: swaindprcorresp
Cc:

12/21/2018 07:53 AM
Hide Details

| | |
|---|---|
| From: | Iran Rodriguez |
| To: | swaindprcorresp@nysd.uscourts.gov |
| Cc: | |

Estimada Honorable Juez Taylor Swain,

Yo soy Irán Rodríguez Alemán. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.



**COFINA**
**Irma L. Morales-Vargas**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 08:06 AM
Hide Details

From:
To:     swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am Irma L. Morales. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Irma  L. Morales
Sent from my iPhone



**Please do not approve the proposal of Cofina recommended by the Board.**
**Luz o. Diaz-Febo**   to:  swaindprcorresp, diasporaenresistencia

12/21/2018 02:52 PM
Hide Details

From:

To:     swaindprcorresp@nysd.uscourts.gov,

Dear Honorable Judge Taylor Swain,

I am Irvis M. Lopez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Mrs. Irvis M. Lopez



**REJECTCOFINA's Agreement."**
**ISABEL RODRIGUEZ-ROSARIIO**   to: swaindprcorresp

12/21/2018 11:23 AM
Hide Details

From:

To:     swaindprcorresp@nysd.uscourts.gov

"Mi nombre es Isabel Cristina y llamo desde San Juan , Puerto Rico
Soy solidario(a) con la lucha del pueblo puertorriqueño y llamo para pedirle a la Jueza Swain que NO APRUEBE el acuerdo de COFINA."

"My name is Isabel Cristina from San Juan , Puerto Rivo. I stand with the Puerto Rican people on their struggle, so I ask Judge Swain TO REJECTCOFINA's Agreement."   Gracias.

Enviado desde mi iPhone



**COFINA Agreement**
**Isaias Ortiz**   to: swaindprcorresp

12/21/2018 08:27 AM
Hide Details

From:

To:         swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

I am Isaias Ortiz. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Isaias Ortiz.



**Oposición a acuerdo de COFINA**
Iván Elías   to: swaindprcorresp

12/21/2018 01:23 PM
Hide Details

From:
To:         swaindprcorresp@nysd.uscourts.gov

Soy un puertorriqueño comprometido con el presente y el futuro de mi pueblo Puerto Rico. Le solicito que no apruebe el acuerdo de COFINA. Este acuerdo esclavizará a nuestro pueblo por las próximas cuatro décadas. Le solicito que no sea cómplice de quienes han conspirado con esta patraña en contra de la dignidad y el bienestar de los puertorriqueños.

Espero que su actuación esté a la altura de una mujer digna.

Atentamente
Iván Elías

Enviado desde mi iPhone



**Puerto Rico**
**Jaeson Roldan** to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 12:17 PM
Hide Details

From:
To: swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am Jaeson Roldan. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Jaeson Roldan



**Reject COFINA deal**

**James Seale** to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 11:34 AM

Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

Cc:

Dear Judge Swain:

Merry Christmas!

Many of us here in Puerto Rico appreciate your firm and fair posture in dealing with the mess that our government has built up over the years, and that has resulted in PROMESA.

Understanding that your job is, first and foremost, to apply the law as it is, and not as we wish it were, I would like to make some brief points:

1) Though Puerto Rico's elected governments have certainly been irresponsible, they operated within constraints set by the federal government, which we don't elect. And it was a change in those constraints—the elimination of Section 936 of the Internal Revenue Code in the 1990's—that sent our economy into the tailspin from which it has yet to recover. If the economy hadn't tanked, we wouldn't be where we are.

2) There are many possible deals that can be made, and the one before you concerning COFINA has been struck by interests very distant from ours in Puerto Rico.

3) The people who created this mess won't be the ones paying to clean it up, namely my fellow Puerto Ricans and myself… and the next two generations after us, the way the COFINA deal is now set up.

4) A full, independent, forensic audit would help identify those who benefited from Puerto Rico's debt and, minimally, help prevent that behavior from reasserting itself in our government.

5) There is a VERY strong likelihood that, if you approve this deal, PR will be forced into default within the next decade. That's not good for anyone except those few who are profit from these proceedings (several of whom will be standing before you on the 16th).

Please send this one back. Puerto Rico deserves much more… and the hedge funds deserve much less.

James Seale-Collazo, Ed.D
San Juan



**Please do not approve the proposal of Cofina recommended by the Board.**

**Luz o. Diaz-Febo**   to: swaindprcorresp, diasporaenresistencia

12/21/2018 02:48 PM
Hide Details

From:

To:           swaindprcorresp@nysd.uscourts.gov,

Dear Honorable Judge Taylor Swain,

I am Jean G. Vega Diaz. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Mr. Jean G.Vega Diaz



**Re: Please do not approve the proposal of Cofina recommended by the Board.**
**Luz o. Diaz-Febo**   to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 02:28 PM

<u>Hide Details</u>

From:

To:     <u>swaindprcorresp@nysd.uscourts.gov</u>

Cc:

Dear Honorable Judge Taylor Swain,

I am Jean Pierre Vega Diaz. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Mr. Jean Pierre Vega Diaz



**Please do not approve the proposal of Cofina recommended by the Board.**

**Luz o. Diaz-Febo** to: swaindprcorresp, diasporaenresistencia

12/21/2018 02:38 PM
Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov,

Dear Honorable Judge Taylor Swain,

I am Jean G. Vega Diaz. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Mr. Jean G. Vega Diaz



**Financial Oversight and Management Board (FOMB)**

Jerry Santiago    to: swaindprcorresp@nysd.uscourts.gov

Cc: ▮▮▮▮▮▮▮▮▮▮▮

12/21/2018 11:23 AM

Hide Details

From:     ▮▮▮▮▮▮▮▮▮▮▮

To:       "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:       ▮▮▮▮▮▮▮▮▮▮▮

Dear Honorable Judge Taylor Swain,

I am _____. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Jerry Santiago



**Dear Honorable Judge Taylor Swain**
Jesus Rivera    to: swainDPRcorresp
Cc: diasporaenresistencia

12/21/2018 12:34 PM
Hide Details

From:
To:        swainDPRcorresp@nysd.uscourts.gov
Cc:

I am Jesus Rivera. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely, Jesus Rivera



**Feliz Navidad! Please Reject Oversight Board Agreement with Cofina bond holders on next January 16, 2019.**

**Jose Maldonado** to: swaindprcorresp@nysd.uscourts.gov

Cc:

12/21/2018 09:04 AM

Hide Details

From: Jose Maldonado

To: "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:

Dear Honorable Judge Taylor Swain,

I am Jose A Maldonado. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,
José A Maldonado

Sent from my iPhone



**COFINA Issue (Puerto Rico)**
**José R Rios**   to: swaindprcorresp

12/21/2018 04:11 PM
Hide Details

From:

To:     swaindprcorresp@nysd.uscourts.gov

"My name is Dr José R Ríos_____ from Mayagüez_____. I stand with the Puerto Rican people on their struggle, so I ask Judge Swain
to REJECT COFINA AGREEMENT.
 Thanks.
Enviado desde mi iPhone



**Reject COFINA's Agreement**
**Jovanna Garcia Soto**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 11:09 AM
Hide Details

From:
To:       swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am Jovanna Garcia Soto a Puertorrican living in Boston. I work in an International Human Rights organization. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Jovanna

--
*Jovanna García Soto*





**Rechace acuerdo alcanzado con los bonistas COFINA**

Joyce Ramírez   to: swaindprcorresp@nysd.uscourts.gov

Cc: [redacted]

12/21/2018 12:26 PM

Hide Details

From: [redacted]

To: "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc: [redacted]

Estimada Honorable Juez Taylor Swain,

Yo soy Joyce Ramirez. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Sinceramente,
Joyce Ramirez



**Protesta**

**Juan Carlos Cotto Soto**   to: swaindprcorresp

12/21/2018 01:23 PM
Hide Details

From:

To:      swaindprcorresp@nysd.uscourts.gov

Estimada Honorable Juez Taylor Swain,

Yo soy Juan Carlos Cotto Soto. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.

Sinceramente,

Juan Carlos Cotto Soto



**Reject COFINA agreement**

Karina Jimenez   to: swaindprcorresp@nysd.uscourts.gov

Cc: ▮

12/21/2018 11:08 AM

Hide Details

From: ▮

To:   "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:   ▮

---

Dear Honorable Judge Taylor Swain,

I am Karina Jimenez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,
Karina
--
Sent from Gmail Mobile



**Puerto Rico COFINA agreement**
**Katykebler**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 12:53 PM
Hide Details

From:
To:     swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am a citizen from Puerto Rico. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Kathleen Crespo



**Say no to COFINA, please!**
**Lisa Zayas**   to: Swaindprcorresp

12/21/2018 10:22 AM
Hide Details

From:   ███████████████
To:   <Swaindprcorresp@NYSD.uscourts.gov>

Dear Judge Swain:

My name is Lisa Zayas and I am a Puerto Rican, ███████████████ I stand with the Puerto Rico on their struggle, so I ask you to PLEASE, reject the COFINA Agreement. It'll be too detrimental for the island, and for to many years!

Please hear our concerns and requests.

Thank you.



**Cofina Agreement - Puerto Rico**
**Luis A Rodriguez Cruz** to: swaindprcorresp

12/21/2018 01:40 PM
Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

Greetings Honorable Judge Swain,

 My name is Luis Alexis Rodriguez, and am from Juana Diaz, Puerto Rico. I stand with my people on our struggle, so I ask you respectfuly, to reject COFINA's Agreement in January. I trust that you will evaluate this with sensibility. It is unjust that we, the People of Puerto Rico, give our resources to pay for a malicious debt. The Puerto Rican debt needs to be audited, and those responsible for it must go into justice.

 I wish you happy holidays, Judge Swain.

Best regards,
Luis

Luis Alexis Rodriguez Cruz
PhD student



**Luz Cuadrado Soto**   to:  swaindprcorresp

12/21/2018 01:30 PM
Hide Details

From:
To:         swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,


I am _LUZ M CUADRADO SOTO_____. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.


Sincerely,
LUZ M CUADRADO SOTO



**Please do not approve the proposal of Cofina recommended by the Board.**

Luz o. Diaz-Febo   to: swaindprcorresp, diasporaenresistencia

12/21/2018 02:44 PM
Hide Details

From:

To:     swaindprcorresp@nysd.uscourts.gov,

Dear Honorable Judge Taylor Swain,

I am Luz Diaz Febo. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Mrs. Luz Diaz Febo



**COFINA Agreement**
**Mabel Ruiz-Irizarry**    to: swainDPRcorresp@nysd.uscourts.gov

12/21/2018 08:41 AM
Hide Details

From:

To:    "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>

Estimada Honorable Juez Taylor Swain,

Yo soy Mabel Ruiz-Irizarry de Puerto Rico.  Le escribo porque estoy muy decepcionada y preocupada por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal.  En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones.  Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país.  Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.  Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.

Sinceramente,

**Mabel Ruiz-Irizarry**


Dear Honorable Judge Taylor Swain,

I am Mabel Ruiz-Irizarry from Puerto Rico.  I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis.  The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.  We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country.  We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally.  Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Mabel Ruiz-Irizarry

Enviado desde Yahoo Mail para Android



**COFINA and Puerto Rico**
**Magaly Santiago** to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 12:12 PM
<u>Hide Details</u>

From:

To: swaindprcorresp@nysd.uscourts.gov

Cc:

---

Dear Honorable Judge Taylor Swain,

I am Magaly Santiago, Puertorrican living and working in the island. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,



**REJECT COFINA's Agreement**

**manuel garcia**   to: swaindprcorresp@nysd.uscourts.gov

12/21/2018 02:52 PM
Hide Details

From:

To:        "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Dear Judge Laura Taylor Swain:

My name is manuel garcia fonteboa from santurce, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you Judge Swain to REJECT COFINA's Agreement.

Merry Christmas! 🎄

Cordially,

manuel garcia fonteboa

**DEBT IMPOSED ON PUERTO RICO**
**Mara Maritza Ortega** to: swaindprcorresp
Cc: disaporaenresistencia

12/21/2018 08:10 AM
Hide Details

From:
To: swaindprcorresp@nysd.uscourts.gov
Cc:

December 21, 2018

Dear Honorable Judge Taylor Swain,

I am Mara Maritza Ortega. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

**Mara Maritza Ortega**

**Puerto Rico Resident**



**COFINA; Wishes and chistmas gift**
**Marcos Martínez** to: swaindprcorresp@nysd.uscourts.gov
Cc:

12/21/2018 03:47 PM
Hide Details

From:
To: "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
Cc:

Dear Honorable Judge Taylor Swain,

Merry Christmas and best wishes for you and your family. The best gift you can give to the people of Puerto Rico is not approve the COFINA agreement, because the way it was negotiated would be extremely damaging to the country and our people.

I am writing to you, because I am very concerned about the actions that the Financial Supervision and Administration Board (FOMB) is carrying out together with the government to face the fiscal crisis. The agreement reached with the bondholders in COFINA is illegal, which will drag Puerto Rico to another debt default and will cause more crises with more severe austerity measures, cuts in public services, pension reductions to our grandparents and more poverty. We request a fair renegotiation of the agreements that are legal, fair and non-burdensome for the country. We know that this debt was imposed on Puerto Rico without the due process of a comprehensive audit that allows us to really know how the debt was issued so that it is paid fairly and legally. In addition, the agreements were made irresponsibly and against the claims made by the citizens to the legislature. Please do the right thing and dismiss this agreement at the hearing on January 16, 2019.

Sinceramente,

Dr. Marcos Martínez Taverso



**REJECT COFINA's Agreement**
**Margie Fernandez**   to: swaindprcorresp

12/21/2018 03:00 PM
Hide Details

From:
To:         swaindprcorresp@nysd.uscourts.gov

Dear Judge Laura Taylor Swain:

My name is Margarita Fernández from Rincón, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you Judge Swain to REJECT COFINA's Agreement.

Merry Christmas! 🎄

Cordially,

Margarita Fernández, Ph.D.



**REJECT COFINA's Agreement**
**Mariantonia Ordonez**   to: swaindprcorresp

12/21/2018 11:38 AM
Hide Details

From:
To:          swaindprcorresp@nysd.uscourts.gov

Dear Judge Laura Taylor Swain:

My name is Maria Antonia Ordóñez from San Juan, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you Judge Swain to REJECT COFINA's Agreement.

Merry Christmas! 🎄

Cordially,

Maria Antonia Ordóñez



**COFINA**
**Angie Cruz**   to: swaindprcorresp@nysd.uscourts.gov

12/21/2018 09:14 AM
Hide Details

From:

To:   "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Dear Honorable Judge Taylor Swain,

I am María Cruz, resident of San Juan, Puerto Rico.

The purpose of this email is to let you know that I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis.
The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures; cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,
María Cruz



**Re: Agreement between COFINA and the FOMB**
**Maria Mercedes Rodríguez**   to: swaindprcorresp

12/21/2018 02:55 PM
Hide Details

From:
To:          swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

Two months ago, I was in my car on my way to work when I found myself in a small traffic jam. I live in Aguas Buenas, a rural city here. Traffic jams are a rarity here.
When I saw a policeman I ask why the street was blocked. He told me they found a dead body in a car.

You see our fiscal crisis is hitting us all. Big and small. One day is a dead body in the street of a rural city with 48.3% of poverty and another day is finding out that your brother might not be able to afford going to University. This is what austerity looks like. Austerity looks like cutting the education budget by 23% by 2023. The decisions you take, Honorable Judge, will have an impact on my generation. On my brother's Francisco's (22 years) generation and my baby cousin Marcela (6mo old) generation.

I am very worried about the irresponsibility of Financial Oversight and Management Board (FOMB) and the government regarding the agreements with the COFINA bondholders. The agreement will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. Payment agreements like these will limit thousands of Puerto Ricans from a real opportunity to get affordable education and healthcare, and will limit the capacity of people to become and remain employed in the island.

Not only the FOMB and the government were irresponsible but also our Legislature was. When the Legislature changed the law that would enable this agreement to pass they did it during a session in the late evening, without public hearings and even without a discussion on the floor. This was not a democratic process. These people took a decision that will affect generations to come and they didn't give us, THE people of Puerto Rico, the opportunity to express ourselves. The idea that by 2041 we will be able to repay $1 billion dollars is absurd. We only need to look at our demographic rates and GDP growth projections to see that we will not be able to sustain that level of commitment. This agreement is not feasible and we will need to restructure it again and again years from now. But I'm not the only one saying this. Nobel prize winning economists and other prestigious academics are saying it.

I request a renegotiation of the agreements that is fair, equitable and not burdensome for the island.
We want to have an opportunity to grow and contribute for generations to come.
No one is defending us. Everyone has their own agenda. The FOMB, the government, the bondholders. Everyone.
What will be your legacy Honorable Judge Swain? How will our history books portray you?
How to do you want millions of Puerto Ricans to remember you?

Please do what is right and rule against this agreement on January 16th's 2019 hearing.
My brother Francisco deserve mores. My little cousin Marcela, deserves more.

--


Best Regards,

Maria Mercedes Rodriguez Rivera



**Deuda Pública Puerto Rico**
**Maria V Cruz**   to: swaindprcorresp@nysd.uscourts.gov

12/21/2018 10:16 AM
Hide Details

From:
To:          "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Estimada Jueza Swain:

Le escribo porque estoy muy preocupadapor las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.

Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.

Sinceramente,

María Victoria Cruz
Sent from my iPhone



**Please ditch COFINA agreement**
**Mariana Nogales**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 09:34 AM
Hide Details

From:
To:      swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,
I am attorney Mariana Nogales Molinelli. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.
Sincerely,
Mariana Nogales Molinelli



**Disappointed with COFINA agreement**
**Maribel Jimenez**   to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 08:55 AM
Hide Details

From:

To:      swaindprcorresp@nysd.uscourts.gov

Cc:

Dear Honorable Judge Taylor Swain,

I am  Maribel Jimenez_Mendez_____. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Maribel Jimenez Mendez



**Reject COFINA**
**Marilú Carrasquillo**   to: swaindprcorresp@nysd.uscourts.gov

12/21/2018 12:16 PM
Hide Details

From:

To:     "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Honorable Judge Swain:

My name is Marilú Carrasquillo from Caguas, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you TO REJECT COFINA's Agreement.

Marilú Carrasquillo



**COFINA**
**Marinilda Fuentes**   to: Swaindprcorresp
Cc: Diasporaenresistencia

12/21/2018 10:30 AM
Hide Details

From:
To:       Swaindprcorresp <swaindprcorresp@nysd.uscourts.gov>
Cc:

Dear Honorable Judge Taylor Swain,

I am Marinilda Fuentes. I write to you because I am very disappointed and
worried about the actions that the Financial Oversight and Management
Board (FOMB) is taking to address the fiscal crisis. The agreement
made with COFINA bondholders will drag Puerto Rico into another
never-ending economic crisis that will lead Puerto Rico into another
debt default and will only cause more harsh austerity measures, cuts
in public services and pensions. We request a fair renegotiation of
the agreements that is legal, fair and not burdensome for the country.
We know this debt has been imposed on Puerto Rico without a due
process of a real comprehensive audit that allows us to really know
how the debt was issued and to ensure that is it paid justly and
legally. Please do what is right and rule against this agreement on
January 16th's 2019 hearing.

Sincerely,
Marinilda Fuentes



**PEDIDO DE SOLIDARIDAD**
**Maritza Valentin**   to: swainDPRcorresp

12/21/2018 01:07 PM
Hide Details

From:
To:        swainDPRcorresp@nysd.uscourts.gov

Estimada Honorable Juez Taylor Swain,

Yo soy Maritza Valentín. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Sinceramente,
Maritza Valentin
Puerto Rico

**Marta Amaral Figueroa**   to: swaindprcorresp

12/21/2018 10:48 AM
Hide Details

From:

To:          swaindprcorresp@nysd.uscourts.gov

REJECT COFINA's Agreement

Dear Judge Laura Taylor Swain:, My name is Marta Amaral from Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you Judge Swain to REJECT COFINA's Agreement., Merry Christmas!□, Cordially, Marta Amaral

Enviado desde mi iPhone



**Mensaje a la Jueza Swain**
**Marta Elsa Fernandez**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 12:20 PM
Hide Details

From:
To:       swaindprcorresp@nysd.uscourts.gov
Cc:

Estimada Honorable JuezaTaylor Swain,

Yo soy Marta Elsa Fernández. Le escribo porque estoy muy decepcionada y preocupada por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.

Sinceramente,

Marta Elsa Fernández



**COFINA**
**Flandes Spartako**   to: swainDPRcorresp
Cc: diasporaenresistencia

12/21/2018 02:07 PM
Hide Details

From:

To:       swainDPRcorresp@nysd.uscourts.gov

Cc:

Dear Honorable Judge Taylor Swain,

I am Michelle Meléndez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Michelle Meléndez



**Agreement made with COFINA Bondholders and Puerto Rico**

**Mildred Pagan**   to: swaindprcorresp

12/21/2018 12:08 PM

Cc: diasporaenresistencia

Hide Details

From:

To:       <swaindprcorresp@nysd.uscourts.gov>

Cc:

---

Dear Honorable Judge Taylor Swain,

My name is Mildred Pagan.  I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis in Puerto Rico.  The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.  We request a fair re-negotiation of the agreements that is legal, fair and not burdensome for the country and its people.  We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that it is paid justly and legally.

Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Respectfully,

Mildred Pagán



**Please reject COFINA deal**

**Mirka Morales** to: swaindprcorresp

12/21/2018 04:14 PM
Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

My name is Mirka Morales. I'm very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions.

We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of **a real comprehensive audit** that allows us to really know how the debt was issued and to ensure that is it paid justly and legally.

Please do what is right and rule against this agreement on January 16th's 2019 hearing.


Sincerely,
Mirka Morales



**Agreement made with COFINA bondholders**

**Monserrate Malave**   to: swaindprcorresp@nysd.uscourts.gov

12/21/2018 10:15 AM

Hide Details

Cc:

From:

To:     "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:

**Dear Honorable Judge Taylor Swain,**

I am Monserrate Malavé. I am a retiree living in San Lorenzo for the last 51 years, a little bit more than half a century. A lot of things are going on in Puerto Rico, some for the good and a lot for the bad. Many of us just seem to be spectators in this political game watching how vultures scavenge what's left of Puerto Rico among many other things. We are probably at fault for electing those who brought us to this economic disaster but with your appointment to oversee this case many of us have the belief that the right thing will be done. That justice will be served for all parties and not just a few. I personally see in you hope of things getting better. That Puerto Rico's future will be salvaged – Rescued and Re-claimed – for all generations to come.

So, I writing to you as a concerned citizen. I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair for both sides and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure It's payment is  just and legal. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

**Sincerely,**
**Monserrate Malavé**





**REJECT PUERTO RICO COFINA AGRREEMENT**

**MC**    to: swaindprcorresp                                                                                        12/21/2018 01:28 PM

Cc: diasporaenresistencia, Myrna Conty                                                                            Hide Details

From:      ████████████████

To:        swaindprcorresp@nysd.uscourts.gov

Cc:        ████████████████████████████████████████

My name is Myrna Conty. I request for you not to approve Puerto Rico's COFINA AGreement. Do not compromise Puerto Rico's present and future generations income and with all it's implications.

Happy Holidays


Sent from my iPhone



**REJECT COFINA's AGREEMENT**
**Nancy**   to: swaindprcorresp

12/21/2018 12:12 PM
Hide Details

From:

To:        swaindprcorresp@nysd.uscourts.gov

---

swaindprcorresp@nysd.uscourts.gov

REJECT COFINA's Agreement

Dear Judge Laura Taylor Swain:

My name is NANCY MATOS VAZQUEZ from San Juan, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you Judge Swain to REJECT COFINA's Agreement.

Merry Christmas!□

Cordially,

NANCY MATOS VAZQUEZ
Sent from my iPhone



**NO to COFINA agreement**

natalia calderon   to: swaindprcorresp@nysd.uscourts.gov

Cc:

12/21/2018 07:46 AM

Hide Details

From:   natalia calderon

To:   "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:

Dear Honorable Judge Taylor Swain,

I am a Puerto Rican writing to you. I am very disappointed and very concerned about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will worsen Puerto Rico's more tjan 10 year and never-ending economic crisis. It will lead this beautiful Island, my home, into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions to our elderly people who are already suffering. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally.

Please do what is right and rule against this agreement on January 16th's 2019 hearin

Sincerely,

Natalia Calderón Álvarez



**Against COFINA Agreement!**
**Nellie J Zambrana Ortiz**    to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 09:35 AM
Hide Details

From:
To:     swaindprcorresp@nysd.uscourts.gov
Cc:

Estimada Honorable Juez Taylor Swain,

Yo soy Nellie Zambrana Ortiz. Le escribo porque estoy muy decepcionada y preocupada por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal. Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Sinceramente,

**Nellie Zambrana Ortiz, Ph.D.**



*"Sin emoción no hay curiosidad, no hay atención, no hay aprendizaje, no hay memoria... y somos memoria."* nzo, 2011



**message for Judge Swain**
**Nellie J Zambrana Ortiz**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 09:32 AM
Hide Details

From:
To:     swaindprcorresp@nysd.uscourts.gov
Cc:

Hon Judge Swain!

My name is Nellie Zambrana-Ortiz from Trujillo Alto, Puerto Rico. I work at the University of Puerto Rico; I am a professor in charge of two research projects, one undergraduate course, and one graduate course.  As Puerto Rican I stand with my people on our struggle, so I ask Judge Swain **TO REJECT** COFINA's Agreement.

Happy Holidays!

**Nellie Zambrana Ortiz, Ph.D.**



*"Sin emoción no hay curiosidad, no hay atención, no hay aprendizaje, no hay memoria... y somos memoria."* nzo, 2011



**REJECT COFINA's Agreement – PUERTO RICO**

**Nilsa E. Otero**   to: swaindprcorresp

12/21/2018 10:52 AM
Hide Details

From:

To:          swaindprcorresp@nysd.uscourts.gov

---

Dear Judge Laura Taylor Swain:

My name is Nilsa E Otero from Bayamón, Puerto Rico. I stand with the Puerto Rican people on their struggle, so I ask you Judge Swain to REJECT COFINA's Agreement.

Merry Christmas!☐

Cordially,

Nilsa E Otero
Puerto Rico


Sent from my iPhone



**Solicito no aprobación acuerdo cofina**
**Nitza Melendez Nieves**   to: swaindprcorresp

12/21/2018 09:54 AM
Hide Details

From:
To:            swaindprcorresp@nysd.uscourts.gov

Soy Nitza Meléndez , de Trujillo Alto, PR. Pido a la Jueza Swain no apruebe el acuerdo de COFINA

Enviado desde mi iPhone



**COFINA FINANCIAL OVERSIGHT AND MANAGEMENT BOARD AGREEMENT**
**Odniel Pagan Gmail**   to:  swaindprcorresp

12/21/2018 07:46 AM
Hide Details

From:

To:         swaindprcorresp@nysd.uscourts.gov

21 de diciembre de 2018

Estimada Honorable Juez Taylor Swain,

Yo soy Odniel Pagan. Le escribo porque estoy muy decepcionado y preocupado por las acciones que está llevando a cabo la Junta de Supervisión y Administración Financiera (FOMB, por sus siglas en inglés) para enfrentar la crisis fiscal. En el acuerdo alcanzado con los bonistas COFINA arrastrará a Puerto Rico a otra crisis económica interminable que llevará a Puerto Rico a otro impago de deuda y solo causará medidas de austeridad más severas, recortes en los servicios públicos y pensiones. Solicitamos una renegociación justa de los acuerdos que sean legales, justos y no gravosos para el país. Sabemos que esta deuda se impuso a Puerto Rico sin el debido proceso de una auditoría integral que nos permita saber realmente cómo se emitió la deuda y garantizar que se pague de manera justa y legal.Por favor, haga lo correcto y descarte este acuerdo en la audiencia del 16 de enero del 2019.
Sinceramente,


Dear Honorable Judge Taylor Swain,

I am Odniel Pagan. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Odniel Pagan



**PUERTO RICOS DEAD**
**Olga Haaland**   to: swaindprcorresp

12/21/2018 03:38 PM
Hide Details

From:

To:        swaindprcorresp@nysd.uscourts.gov

Honorable Judge Taylor Swain,

I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely, Olga Håland

Sent from my iPad



cc: **diasporaenresistencia**▊

**Osvaldo Quiñones**   to: swainDPRcorresp@nysd.uscourts.gov

12/21/2018 12:29 PM
Hide Details

From: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊

To:       "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>

Dear Honorable Judge Taylor Swain,


I am Osvaldo Quinones. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.


Sincerely,

Osvaldo Quiñones Medina

Enviado desde mi Samsung Mobile de Claro



**OTILIO MORALES**   to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 09:12 AM
Hide Details

From:

To: swaindprcorresp@nysd.uscourts. gov

Cc:

Dear Honorable Judge Taylor Swain,

I am OTILIO MORALES MORALES. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

OTILIO MORALES MORALES



**Fwd: Please reject COFINA agreement!!**
**patricia.trigo** to: swaindprcorresp

12/21/2018 11:48 AM
Hide Details

From:

To: swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Taylor Swain,

I am Patricia Trigo Tio, I write to you because
I am very disappointed and worried about the
actions that the Financial Oversight and
Management Board (FOMB) is taking to
address the fiscal crisis. The agreement made
with COFINA bondholders will drag Puerto
Rico into another never-ending economic crisis
that will lead Puerto Rico into another debt
default and will only cause more harsh austerity
measures, cuts in public services and pensions.
We request a fair renegotiation of the
agreements that is legal, fair and not
burdensome for the country. We know this
debt has been imposed on Puerto Rico without
a due process of a real comprehensive audit
that allows us to really know how the debt was
issued and to ensure that is it paid justly and
legally. Please do what is right and rule against
this agreement on January 16th's 2019 hearing.

Sincerely,

Patrcia Trigo Tió



**agreement made with COFINA bondholders**
**Pedro Conde**   to: swaindprcorresp

Cc:  diasporaenresistencia

12/21/2018 07:51 AM
Hide Details

From:     Pedro Conde

To:        swaindprcorresp@nysd.uscourts.gov

Cc:

Dear Honorable Judge Taylor Swain,

I am Pedro Juan Conde, and i reside in Puerto Rico.  I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Enviado desde mi iPhone

**COFINA**
**Ramon Olivencia**  to: swaindprcorresp

12/21/2018 08:30 AM
Hide Details

From:
To:  swaindprcorresp@nysd.uscourts.gov

Dear Honorable Judge Swain,

As a Puerto Rican living on the island, and former NYC resident, I ask you to please reject the COFINA agreement, which, if approved, would perpetuate our fiscal crisis and compromise our finances for the next 40 years. We are still waiting for a full audit on how this huge debt was acquired, just like other countries have done in the past. You have the future of a whole country at your hands, please use your power wisely. It keeps getting harder to live on this island as we see so many of our government services getting cut.

Respectfully,

Ramon Olivencia
San Juan, PR

**Attn: Judge Taylor Swain – Reject COFINA agreement**

**Rebeca Agosto**   to: swaindprcorresp

Cc: diasporaenresistencia

12/21/2018 11:20 AM

Hide Details

From:

To:     swaindprcorresp@nysd.uscourts.gov

Cc:

Dear Honorable Judge Taylor Swain,

I am Rebeca Agosto Rosa, currently a doctoral student at the University of Illinois. This email concerns the debt restructuring case in the Puerto Rican government-debt crisis, specifically the COFINA agreement. I write to you as a Puerto Rican affected by the crisis, and in support of the Frente Ciudadano por la Auditoria de la Deuda.

I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another long-lasting economic crisis that could lead to another debt default and will only cause harsher austerity measures, including cuts in public services and pensions, which is of great concern to me. I worry about my parents and siblings present, and my own future.

We request a fair renegotiation of the agreements that is legal and not burdensome for the country. We know this debt has been imposed on Puerto Rico without due process, a comprehensive audit that allows us to truly know how the debt was issued and ensures that is it paid justly and legally. Please, think about our people when you make this decision. Rule against the agreement on the January 16, 2019 hearing.

Sincerely,

Rebeca J. Agosto Rosa

--
Rebeca J. Agosto Rosa



**No al acuerdo de COFINA**
**Robert Alicea**   to: swainDPRcorresp@nysd.uscourts.gov
Cc:

12/21/2018 02:46 PM
Hide Details

From:
To:     "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>
Cc:

"Mi nombre es Roberto Alicea y escribo desde Puerto Rico. Soy solidario(a) con la lucha del pueblo puertorriqueño y escribo para pedirle a la Jueza Swain que NO APRUEBE el acuerdo de COFINA."

Sent from my iPhone

swainDPRcorresp@nysd.uscourts.gov
cc:



**The agreement made with COFINA bondholders**

**solarboutique**   to: swaindprcorresp

12/21/2018 12:38 PM
Hide Details

From:

To:    swaindprcorresp@nysd.uscourts.gov

I am Roberto Ramos Rios from Guaynabo Puerto Rico. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to
really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.


Robert Ramos Rios
Sincerely,



**Reject COFINA'S Agreement**
**Rosa I. Collazo**   to: swaindprcorresp@nysd.uscourts.gov, diasporaenresistencia@gmail.com

12/21/2018 10:10 AM
Hide Details

From:

To:         "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>,

Dear Honorable Judge Taylor Swain,

I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,


Rosa Collazo
San Juan, Puerto Rico



**No Cofina agreement**
**Rosa Luisa Márquez**   to: swaindprcorresp

12/21/2018 03:56 PM
Hide Details

From:

To:          swaindprcorresp@nysd.uscourts.gov

"Mi nombre es Rosa Luisa Márquez y escribo desde Puerto Rico_. Soy solidaria con la lucha del pueblo puertorriqueño y llamo para pedirle a la Jueza Swain que NO APRUEBE el acuerdo de COFINA."

"My name is Rosa Luisa Márquez from Puerto Rico_. I stand with the Puerto Rican people on their struggle, so I ask Judge Swain TO REJECT COFINA's Agreement."   ¡COMPARTE!

Enviado desde mi iPhone



**NO al acuerdo de COFINA**
**Buzón Gmail** to: swaindprcorresp

12/21/2018 09:48 AM
<u>Hide Details</u>

From:

To: swaindprcorresp@nysd.uscourts.gov

Mi nombre es Salvador de la Cruz Elías y le escribo desde Trujillo Alto, Puerto Rico. Soy solidario con la lucha del pueblo puertorriqueño y llamo para pedirle a la Jueza Swain que NO apruebe el acuerdo de COFINA.
Enviado desde mi iPhone



**Puerto Rico COFINA Agreement**

**Sergio Santos**   to: swaindprcorresp@nysd.uscourts.gov                      12/21/2018 12:24 PM

Cc:                                                                                    Hide Details

From:

To:          "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Cc:

Dear Judge Swain,

My name is Sergio Santos and I live in Puerto Rico. My family business caters to lower-middle class working people in Puerto Rico. I'm writing to let you know that the people of Puerto Rico do not support the COFINA agreement under the courts consideration. The current government does not represent the interests of the Puerto Rican people and this agreement is testament to that since it guarantees massive profits to vulture funds while disproportionately harming local investors and guaranteeing an unsustainable 40 year tax burden upon the working people of Puerto Rico.

I assure you that the People of Puerto Rico will soon recover their government by voting out all the career politicians. When we do, we will challenge in court the constitutionality of all of COFINA debt since COFINA was created only as a way to bypass our constitutional limits on debt.

Sincerely,

Sergio Santos

Sent from my iPhone



**JUDGE TAYLOR SWAIN - very disappointed about COFINA**
**Sonia Feliciano**   to: swaindprcorresp@nysd.uscourts.gov
Cc:

12/21/2018 09:30 AM
Hide Details

From:
To:      "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
Cc:

Dear Honorable Judge Taylor Swain,

I am Sonia Feliciano Robles. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Sonia Feliciano Robles



**REJECTCOFINA's Agreement**
**Sylvia E De Los Santo Mendez**     to: swaindprcorresp@nysd.uscourts.gov
Cc:

12/21/2018 11:23 AM
Hide Details

From:
To:       "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
Cc:

Dear Honorable Judge Taylor Swain,

I am Sylvia De Los Santos from Isabela, Puerto Rico. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Happy Holidays!

Sylvia E. De Los Santos

--
**Nota de confidencialidad:** *La información y documentos que forman parte de esta transmisión es Confidencial bajo la custodia de la Universidad de Puerto Rico en Aguadilla. Si usted no es el destinatario de este mensaje, se le notifica que cualquier reproducción, distribución o divulgación de esta información está Prohibida. Si ha recibido este correo electrónico por error, agradecemos que notifique al remitente de este mensaje.*



**diasporaenresistencia**
**Tayra Wallé**  to: swaindprcorresp

12/21/2018 07:58 AM
Hide Details

From:
To:  <swaindprcorresp@nysd.uscourts.gov>

I am Tayra Wallé Rosado. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with Cofina bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please, do what is right and rule against this agreement on January 16th's 2019 hearing.

*Tayra A. Wallé Rosado*



**COFINA**
**Vivien E. Mattei Colon** to: swainDPRcorresp@nysd.uscourts.gov

Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12/21/2018 09:02 AM
Hide Details

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To: "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Honorable Judge Taylor Swain,

I am Vivien Mattei-Colón. As many others, I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

**Vivien E. Mattei Colón**





**Soy solidario(a) con la lucha del pueblo puertorriqueño y llamo para pedirle a la Jueza Swain que NO APRUEBE el acuerdo de COFINA."**

**Walter Negron**   to: swainDPRcorresp@nysd.uscourts.gov

12/21/2018 09:01 AM
Hide Details

From:
To:          "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>



**Cofina and Promesa raping Puerto Rico**
**Wil Rod** to: swaindprcorresp

12/21/2018 12:06 PM
Hide Details

From:
To: swaindprcorresp@nysd.uscourts.gov

Dear Judge Swain:

   We in Puerto Rico remind you that the original PROMESA board are, in fact, the self-appointed members who put the island into the (documented) partially ILLEGAL debt (UBS, Santander & Banco Popular made ilegal paper transfers) for personal and corporate profiteering. That is why they are blocking a public audit of the so called debt forced on the people of Puerto Rico.
   Please stop them from continuing the raping of Puerto Rico. We ask that you vote against the agreement with COFINA, an imposition that will tie the island up for 40 years to benefit vulture manipulators that were not elected to the uncannily powerful positions they now hold. Please also be aware that former governor Fortuño is still counseling the Fiscal Control Board (behind closed curtains) modifying laws to their benefit.
   Please keep up your good work and give Puerto Rico a much needed release from a crime we the people did not commit.
Thank you for your consideration.

Wil Rodriguez,





Dear Honorable Judge Taylor Swain,

I am Yadira Rivera Rosa. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

YadiraRivera Rosa

Enviado desde Yahoo Mail para Android



**REJECT COFINA AGREEMENT**
**Yulissa Arce**   to: swaindprcorresp
Cc: diasporaenresistencia

12/21/2018 11:14 AM
Hide Details

From:
To:      swaindprcorresp@nysd.uscourts.gov
Cc:

Dear Honorable Judge Taylor Swain,

I am Yulissa Arce Mendez. I write to you because I am very disappointed and worried about the actions that the Financial Oversight and Management Board (FOMB) is taking to address the fiscal crisis. The agreement made with COFINA bondholders will drag Puerto Rico into another never-ending economic crisis that will lead Puerto Rico into another debt default and will only cause more harsh austerity measures, cuts in public services and pensions. We request a fair renegotiation of the agreements that is legal, fair and not burdensome for the country. We know this debt has been imposed on Puerto Rico without a due process of a real comprehensive audit that allows us to really know how the debt was issued and to ensure that is it paid justly and legally. Please do what is right and rule against this agreement on January 16th's 2019 hearing.

Sincerely,

Yulissa Arce Mendez