UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                                  PROMESA
                                                                        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,              (Jointly Administered)
et al.,

     Debtors. [1]
---------------------------------------------------------x

In re:                                                                  PROMESA
                                                                        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                               No. 17 BK 3284-LTS

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

     Debtor.
---------------------------------------------------------x

ORDER SETTING OBJECTION DEADLINE WITH RESPECT TO URGENT MOTION
FOR ENTRY OF ORDER EXTENDING ELECTION OF DISTRIBUTION
DEADLINE IN CONNECTION WITH THE COFINA PLAN OF ADJUSTMENT

     The Court has received and reviewed the *Urgent Motion for Entry of Order
Extending Election of Distribution Deadline in Connection with the COFINA Plan of Adjustment*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA")
(Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:
9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17
BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

(Docket Entry No. 4569 in Case No 17-3283, the "Motion"[2]) filed by the Financial Oversight and Management Board for Puerto Rico.  Opposition papers to the Motion must be filed by **December 27, 2018 at 4:00 p.m. (Atlantic Standard Time)**.

       SO ORDERED.

Dated: December 27, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2]    The Motion was also filed at Docket Entry No. 396 in Case No. 17-3284.