UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.¹ | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION (COFINA), | |
| Debtor. | |

-----------------------------------------------------------x

ORDER GRANTING IN PART THE UNITED STATES OF AMERICA'S MOTION TO
STAY DEADLINE TO OBJECT TO COFINA PLAN OF ADJUSTMENT

The Court has received and reviewed the *Motion to Stay Deadline to Object to COFINA Plan of Adjustment* (Docket Entry No. 4570 in Case No 17-3283) filed by the United States of America on behalf of the Internal Revenue Service. The United States of America's deadline to object to the proposed COFINA Plan of Adjustment is hereby extended until

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**January 4, 2019 at 4:00 p.m. (Atlantic Standard Time)**, without prejudice to a further application for an extension.

This Order resolves Docket Entry No. 4570 in Case No. 17-3283 and Docket Entry No. 397 in Case No. 17-3284.

SO ORDERED.

Dated: December 27, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge