IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS)<br><br>Court Filing Relates Only to ERS and Shall Only be Filed in Case No. 17- BK-3566 (LTS) and Main Case 17-BK-3283 (LTS) |

**APPLICATION FOR PRO HAC VICE
ADMISSION OF DAVID NEIER PURSUANT TO
UNITED STATES DISTRICT COURT OF PUERTO RICO LOCAL RULE 83A(f)**

To the Honorable United States District Court Judge Laura Taylor Swain:

COMES NOW, David Neier, (the "Applicant"), to respectfully state and pray:

1. The Applicant is an attorney and member of the law firm Winston & Strawn LLP, with offices at 200 Park Ave., New York, NY 10166.

2. The Applicant makes the request to appear pro hac vice on behalf of Winston &

1

Strawn LLP, retained by Medley Credit Opportunity Cayman Fund LP to provide legal representation in the above-captioned case pending before the United States District Court Judge Honorable Laura Taylor Swain in the United States District Court of Puerto Rico.

3. The Applicant will sign all pleadings with the name David Neier.

4. Applicant's contact information is:

> David Neier
> DNeier@winston.com
> Telephone: 212-294-5318
> Fax: 212-294-4700

5. The Applicant is a member in good standing of the bar of the State of New York, with license number 2261345. The Applicant is admitted to practice in the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York and is a member in good standing in both Courts.

6. The Applicant is not currently suspended from the practice of law before any court or jurisdiction and is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7. The Applicant applied for pro hac vice admission on August 21, 2018 in the United States District Court for the District of Puerto Rico to represent the Municipality of San Juan in the case of The Government Development Bank of Puerto Rico, under Title VI of PROMESA, case no, 18 -cv- 1561. Applicant was granted admission by Order entered on August 28, 2018 at CM/ECF No. 87.

8.   Local counsel of record for Applicant in this matter is:

Maria Mercedes Figueroa y Morgade
USDC-PR Bar No. 207108
3415 Alejandrino Ave., Apt. 703,
Guaynabo, PR 00969
figueroaymorgadelaw@yahoo.com
Telephone number 787-234-3981

9.   Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

10.  In addition, applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court.  Accordingly, payment of the pro hac vice admission fee is being made herewith.

**WHEREFORE**, the Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico in the captioned case only.

In New York, NY on December 23, 2018.

### /S/DAVID NEIER

**I HEREBY CERTIFY**, under Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on December 27, 2018

*/S/ Mª Mercedes Figueroa y Morgade*
MªMERCEDES FIGUEROA Y MORGADE
USDC-PR 207108
3415 Alejandrino Ave., Apt. 703,
Guaynabo, PR 00969-4856
Tel: 787-234-3981
figueroaymorgadelaw@yahoo.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that I filed this document electronically with the Clerk of the Court using the CM/ECF System, and a copy of the foregoing pleading shall be served via the CM/ECF system to all registered attorneys.

December 27, 2018.

**/S/ Mª Mercedes Figueroa y Morgade**
MªMERCEDES FIGUEROA Y MORGADE
USDC-PR 207108
3415 Alejandrino Ave.,
Apt. 703,
Guaynabo, PR 00969-4856
Tel: 787-234-3981
**figueroaymorgadelaw@yahoo.com**
