```
Court Name: District Court
Division: 1
Receipt Number: PRX100061003
Cashier ID: risaac
Transaction Date: 12/26/2018
Payer Name: FIGUEROA-MORGADE, MARIA M

PRO HAC VICE
  For: FIGUEROA-MORGADE, MARIA M
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:         $300.00

CASH
  Amt Tendered:   $300.00

Total Due:        $300.00
Total Tendered:   $300.00
Change Amt:       $0.00

17-BK-3283 PRO HAC VICE OF ATTY
DAVID NEIER THRU

FIGUEROA-MORGADE, MARIA F
```