To: United States District Court for the District of Puerto Rico

RECEIVED & FILED

Case # 17BK-03284-LTS Sixth OMNIBUS Objection
Insufficient Basis Bond Claim

2018 DEC 27 AM 8: 45

From: Linda W. Bird 3790 NE 57th Court Fort Lauderdale, FL 33308
Phone 954 491 8767  birdrealty@aol.com

On 3/18/13, I purchased 20M Puerto Rico Sales Tax Finance BDS 2011B 5.00% due 8/1/31 at 101.712 for a total of $20,481.29 cusip 74529J-ME-2 in my Moloney Securities Account REDACTED 1704.

I have included the Moloney Securities statement from 1/1/13 to 3/31/13.

On page six under activity detail, I have circled the above referenced purchase.

I have also included the latest Moloney Securities statement for 10/1/18-11/30/18 to show that I still own the bonds with a shown market price of $46.25 for a total of $9,250.00 on page five.

Please be advised that I have submitted sufficient proof of my claim to be added to the current litigation.

Sincerely,

*Linda W Bird*  12/19/18

Linda W Bird    Date