

**Moloney Securities Co., Inc.**
13537 Barrett Pkwy. Dr., Suite 300
Manchester, MO  63021-5866

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT

**JANUARY 1, 2013 - MARCH 31, 2013**

Account number:
REDACTED 704
Page 1 of 9

LINDA W BIRD
INDIVIDUAL RETIREMENT ACCOUNT
RBC CAPITAL MARKETS LLC CUST
2790 NE 57 CT
FT LAUDERDALE FL  33308-2724

6F0WW
W04

## ACCOUNT VALUE SUMMARY

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Beginning account value | $163,995.79 | $163,995.79 |
| Income | 0.02 | 0.02 |
| Change in asset value | 8,058.20 | 8,058.20 |
| Ending account value | $172,054.01 | $172,054.01 |

## TOTAL PORTFOLIO VALUE

| | |
|---|---|
| Ending account value | $172,054.01 |
| Estimated accrued interest | 1,457.78 |
| Total portfolio value | $173,511.79 |

*Please see "About Your Statement" on page 2 for further information.*

## YOUR INFORMATION

**Individual Retirement Account**

**Your Financial Advisor**
Dennis K Bird
2790 NE 57th Court
Ft Lauderdale FL  33308
Telephone:    (954) 491-3098 or (800) 628-6002
Fax:             (314) 909-0606

## YOUR MESSAGE BOARD

*Get updated account information over the internet anytime at
www.investor-connect.com. It's free & there for your convenience.*

*Not registered yet? Register online at www.investor-connect.com. Forgot your
password? Or need a little help logging in the first time? Call the help desk toll free at
1-888-870-4829.*

*Whether you want to build, preserve, enjoy, or share your hard-earned wealth, we're
here to help. For questions about your account, please contact your Financial Advisor,
who will be happy to assist you.*

*Accounts carried by RBC Correspondent Services, a division of RBC Capital Markets, LLC, Member NYSE/FINRA/SIPC*



## LINDA W BIRD
## INDIVIDUAL RETIREMENT ACCOUNT

Account number:
REDACTED1704
Page 2 of 9

**GO PAPERLESS** – Certain client documents are available for electronic delivery by accessing your account online at www.Investor-Connect.com or your broker dealer's website. Upon signing up for this service, you will choose which documents you do not want to receive in the mail. You will then be notified by email when they are available for viewing and printing via the Internet. You may change your paperless elections at any time by going to the Suppress Mailings link on the website.

**ABOUT YOUR ACCOUNT** – RBC Capital Markets, LLC, through the courtesy of RBC Correspondent Services, a division of RBC Capital Markets, LLC (RBC), carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to us at 612-607-8003. All other inquiries regarding your account or the activity therein should be directed to your brokerage firm. Please review your account statement in its entirety. If you note any discrepancies in your money balance, security positions, tax lots chosen for disposition, or unauthorized activity in your account, immediately report any inaccuracy or discrepancy to your brokerage firm and RBC. In addition, you should reconfirm any oral communications with us and your brokerage firm in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). You may write us at RBC Correspondent Services, Attn: Correspondent Relations, 510 Marquette Ave. South M-12, Minneapolis, MN 55402. A financial statement of RBC is available for your personal inspection at our offices or a copy will be mailed to you upon written request.

Securities in your account are protected up to $500,000 (cash up to $250,000) by the Securities Investor Protection Corporation (SIPC). RBC has purchased an additional policy covering up to $99.5 million per SIPC qualified account, subject to a total maximum aggregate for RBC of $400 million. This protection applies to the physical loss or destruction of your securities; it does not apply to any decline in the market value of your securities. Other investments shown on your statement but not held at RBC may not be protected by the SIPC or private insurance policies purchased by RBC. Certain investments and transactions are ineligible under SIPC such as commodity futures contracts and currency, as well as investment contracts (such as limited partnerships), fixed annuity contracts that are not registered with the U.S. Securities and Exchange Commission under the Securities Act of 1933 and foreign currency transactions. For more details, please talk to your Financial Advisor or call SIPC at 202-371-8300 for a brochure or visit www.sipc.org.

All securities that we hold for you that are not registered in your name ("street name" securities) are commingled with identical securities being held for other clients. In the event that any such securities are "called" by the issuer, we will determine which clients' securities are redeemed using an impartial selection system, as required by Financial Industry Regulatory Authority (FINRA) rules.

To report a lost or stolen VISA Gold® card, call 800-933-9946 or 877-486-3696. Questions regarding check activity, money funds balances and VISA Gold® card activity should be directed to Client Account Services at 800-933-9946.

If you have an option account, each of the transaction confirmations that we sent you itemizes the commissions that you have paid. Upon request, we will also furnish to you a statement of the total option commissions paid by you for this calendar year.

Accounts may be subject to an annual and/or inactive fee. Contact your Financial Advisor for information.

**ABOUT YOUR INVESTMENT OBJECTIVE / PROFILE AND RISK TOLERANCE** – The Investment Objective and Risk Tolerance, where applicable, on page 3 of this statement are specific to this account and should reflect your investment goals and the level of overall risk you are willing to assume in seeking returns for this account.

| Investment Objective | Preservation of Principal | Balanced Growth | Growth | Aggressive Growth/Aggressive Income | Speculation |
|---|---|---|---|---|---|
| Lower Return Potential Lower Risk | | | | | Higher Return Potential Higher Risk |
| Risk Tolerance | Minimal Risk | Low Risk | Moderate Risk | High Risk | Maximum Risk |

The Advisory Risk Profile, also noted on page 3, if applicable, is applied broadly across specified advisory accounts held at RBC and should reflect the basis for the recommendation of an appropriate investment strategy designed to meet your objectives and financial needs as identified in your Risk Profile questionnaire.

| Advisory Risk Profile | Profile 1 | Profile 2 | Profile 3 | Profile 4 | Profile 5 |
|---|---|---|---|---|---|
| Lower Risk and Return Potential Shorter Time Horizon | | | | | Higher Risk and Return Potential Longer Time Horizon |

Please consult with your Financial Advisor promptly if the information shown below does not accurately reflect your objective or risk tolerance.

**ABOUT YOUR STATEMENT** – Statements are mailed monthly to clients who have transactions during the month that affect money balances and/or security positions. Statements are mailed quarterly to all other clients provided that their account contains a money or security balance. Please review these statements carefully, and keep them for your records.

Your statement is intended to provide only a summary of activity in your account(s) for the statement period. The information provided on the statement includes, among other things, a snapshot of the value of your account(s), a summary of the income you received for the statement and year-to-date periods, contributions to traditional, Roth or other Individual Retirement Account(s), and transactions in mutual funds shares. The presentation of the value of your account(s) value, as well as changes in value, includes all deposits, withdrawals, and other changes in market value. It may also reflect a reduction in the value as the result of the return of principal on certain fixed income securities. However, changes in the value of unpriced securities, special products, or accrued interest are not reflected.

If you have questions about your individual tax situation, please consult your tax advisor.

The prices for most securities and certain securities transactions reported on this statement are obtained from independent quotation services whose appraisal(s) are based on closing prices, bid-ask quotations or other factors; however, in some cases, RBC calculates prices for certain securities using information from independent and internal sources. If you hold municipal revenue bonds, please be aware that the price you may receive on their sale may vary significantly from the price shown on your statement. Moreover, certain securities may have unique valuation requirements. Certain securities prices may not be current as of the statement date, and certain adjustments to your holdings may not yet have been included. If you purchase and/or hold securities traded in a market outside of the United States, and/or denominated in a currency other than United States dollars, the price of those securities may be converted into United States dollars for inclusion on your statement. The risks of adverse changes in the value of non-United States currencies relative to the United States dollar are borne by you; RBC does not hedge or otherwise mitigate such risks. While we obtain pricing and currency conversion information from sources that we believe are reliable, RBC cannot guarantee the accuracy of the prices and currency conversion information that appear on your statement. You should always request a current valuation of your securities prior to making an investment decision or placing an order to buy or sell securities. Note that securities that are not actively traded have not been priced and, therefore, are excluded from the total shown in your summary.

Non-priced Securities – Securities that are not actively traded and for which no independent quotation-service pricing is readily available are excluded from the (i) Market Price, (ii) Market Value and (iii) Account Summary Total sections of your statement. In these instances, the Market Value and Total Account Summary sections of the statement will reflect a $0.00 value for the securities until such time that they begin active trading and/or have a readily available independent quotation-service pricing. Accrued interest for non-priced (NP) securities will be reflected on your statement where applicable. Examples of NP securities may include, but are not limited to, auction rate securities, auction rate preferred securities and certain structured products and over-the-counter equity securities.

Your statement also includes a summary of the short- or long-term gain or loss from the sale of selected securities in non-retirement accounts. "Short-term" refers to securities held for one year or less; "long-term" refers to securities held more than one year. RBC provides gain/loss information as a service to its clients; the information may not be accurate for tax reporting or other purposes and may rely on information, such as the original cost basis for a security, that you or another source at your direction provided to RBC. Gain/loss information may also reflect a change in the value of certain fixed income and other securities that return or amortize principal over time.

If you have elected to receive interest on free credit balances maintained in your account, please be advised that under federal securities laws and the rules of FINRA, we are permitted to pay such interest only on balances arising as an incidence of securities trading activities. We may use a free credit balance in your account in the course of our business, subject to limitations of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You may demand and receive from us during normal business hours the delivery of any free credit balances to which you are entitled, and fully paid securities to which you are entitled, and/or any securities purchased in your loan account upon full payment of any indebtedness to us.

If this is an RBC Express Credit™ (margin) account and RBC maintains a special memorandum account for you, this is a combined statement of both your general account and the special memorandum account maintained for you under Regulation T of the Federal Reserve system. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request. RBC reserves the right to limit RBC Express Credit (margin) purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the firm's guidelines, market conditions and regulatory requirements.

The prices reported on your RBC statement for securities issued through or by a Direct Participation Program, Real Estate Investment Trust, or Private Securities, including Hedge Funds are estimates. RBC does not calculate the prices of these securities, and has not confirmed these prices or verified that they are determined correctly. Instead, RBC relies on independent quotation services or the management, trustee or general partner of the issuer of the securities to provide such prices. The prices may be based on independent appraisals, the book value of the entity's assets, the prices paid or offered for the securities, or another method or basis (or a combination of any of those). These securities are illiquid, and do not trade in a public market. Consequently, the estimated value of the securities (which is shown on your statement) may not equal the amount(s) that you receive if you attempt to sell your investment. In some cases, accurate valuation information may not be available and in these securities may not be available. For current or estimated price information on the estimated value of the securities, the source of the actual or estimated value of the securities, or the method by which the value was determined or estimated, please contact your Financial Advisor.

If this statement contains an estimated value, you should be aware that this value may be based on a limited number of trades or quotes. Therefore, you may not be able to sell these securities at a price equal or near to the value shown. However, the broker-dealer furnishing this statement may not refuse to accept your order to sell these securities. Also, the amount you receive from a sale generally will be reduced by the amount of any commissions or similar charges. If an estimated value is not shown for a security, a value could not be determined because of a lack of information.

FINRA BrokerCheck Hotline    FINRA has made available to investors a pamphlet describing FINRA BrokerCheck for your information. To obtain a copy of the brochure, please contact FINRA at 800-289-9999 or visit their website at www.finra.org.

Same Day Cash Sweep Redemptions    If your transaction bears the description "Same Day", the transaction you requested required same day payment. RBC retained the last day's dividend to offset the cost of advancing a same day payment on your behalf.



**Moloney Securities Co., Inc.**
13537 Barrett Pkwy. Dr., Suite 300
Manchester, MO  63021-5866

# INDIVIDUAL RETIREMENT
# ACCOUNT STATEMENT

**JANUARY 1, 2013 - MARCH 31, 2013**

Account number:
REDACTED1704
Page 3 of 9

## ASSET ALLOCATION SUMMARY

|  | CURRENT VALUE | PERCENT |
|---|---|---|
| Cash and money market | $21,106.74 | 12% |
| US equities | 31,187.15 | 18% |
| International equities | 24,641.22 | 14% |
| Taxable fixed income | 95,118.90 | 56% |
| **Current account value** | **$172,054.01** | **100%** |

*Mutual funds are included in the above categories. Funds that invest in more than one category are reported as "Mixed Assets."*

*The cash and money market figure is net of debits including any RBC Express Credit (margin) debit, if applicable.*

## INVESTMENT OBJECTIVE / RISK TOLERANCE

The investment objective for this account is: Growth

The risk tolerance for this account is:     Moderate Risk

*If your investment objective or risk tolerance for this account is not listed, or if your investment needs have changed, please discuss with your Financial Advisor. Please see "About Your Investment Objective / Profile and Risk Tolerance" on page 2 for further information.*

## GAIN/LOSS SUMMARY

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Total realized gain or loss | $2,572.62 | $2,984.13 |
| Short-term gain or loss | 0.00 | 0.00 |
| Long-term gain or loss | 2,572.62 | 2,984.13 |
|  |  | AS OF MARCH 31, 2013 |
| Unrealized gain or loss |  | $9,014.74 |

*Gain/loss information is presented only for selected securities. Gain/loss information, if presented, includes only the securities for which we have original cost information. If you know the original cost of securities not purchased at RBC but included in your statement under "Asset Detail" and marked as N/A, please contact your Financial Advisor. Please see "About Your Statement" on page 2 for further information.*

## ACTIVITY SUMMARY

| | |
|---|---|
| Total account value last statement | $163,995.79 |
| **Cash activity** | |
| Beginning balance | 1,588.01 |
| **Money coming into your account** | |
| Sales proceeds/redemptions | 40,000.00 |
| Dividends | 0.02 |
| **Total** | **40,000.02** |
| **Money going out of your account** | |
| Funds to purchase securities | −20,481.29 |
| **Total** | **−20,481.29** |
| **Ending balance** | **21,106.74** |
| Net change cash activity | $19,518.73 |
| **Change in security value** | |
| Beginning value of priced securities | 162,407.78 |
| Securities purchased | 20,481.29 |
| Securities sold/redeemed | −40,000.00 |
| Change in value of priced securities | 8,058.20 |
| **Ending value of priced securities** | **150,947.27** |
| Net change in securities value | −$11,460.51 |
| **Total account value as of March 31, 2013** | **$172,054.01** |



LINDA W BIRD
INDIVIDUAL RETIREMENT ACCOUNT

## ASSET DETAIL

*The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated. EAI is only an estimate of income generated by the investment and the actual income may be higher or lower. In the event the investment matures, is sold or called, the full EAI may not be realized.*

*\* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvested.Additionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

*Your Financial Advisor has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.*

### CASH AND MONEY MARKET

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | CURRENT MARKET VALUE | PREVIOUS STATEMENT MARKET VALUE | YTD INCOME |
|---|---|---|---|---|---|---|
| PRIME MONEY MARKET FUND RBC RESERVE CLASS | TRMXX | 21,106.740 | $1.000 | $21,106.74 | $1,588.01 | $0.02 |
| **TOTAL CASH AND MONEY MARKET** | | | | **$21,106.74** | | **$0.02** |

### US EQUITIES

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|---|
| COLUMBIA ACORN TR FD CL A | LACAX | 227.931 | $32.230 | $7,346.22 | Reinvest | $6,453.14 | $893.08 | $14.13 |
| DAVIS NEW YORK VENTURE FUND INC–CL A | NYVTX | 617.161 | $38.630 | $23,840.93 | | $20,845.40 | $2,995.53 | $295.00 |
| | | | | | Purchase | $15,669.33 | $2,090.19 | |
| | | | | | Reinvest | $5,176.07 | $905.33 | |
| **TOTAL US EQUITIES** | | | | **$31,187.15** | | **$27,298.54** | **$3,888.61** | **$309.13** |

### INTERNATIONAL EQUITIES

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| EURO PACIFIC GROWTH FUND CLASS A | AEPGX | 581.435 | $42.380 | $24,641.22 | N/A | N/A | $401.77 |
| **TOTAL INTERNATIONAL EQUITIES** | | | | **$24,641.22** | **$0.00** | **$0.00** | **$401.77** |



**Moloney Securities Co., Inc.**
13537 Barrett Pkwy. Dr., Suite 300
Manchester, MO  63021-5866

# INDIVIDUAL RETIREMENT
# ACCOUNT STATEMENT

**JANUARY 1, 2013 - MARCH 31, 2013**

Account number:
REDACTED 1704
Page 5 of 9

## TAXABLE FIXED INCOME

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| HARTFORD FINL SVCS GROUP INC<br>MOODY BAA3   S&P BBB<br>CPN: 5.500%<br>DUE 10/15/2016<br>DTD: 10/03/2006<br>BOOK ENTRY ONLY | 416515AR5 | 20,000.000 | $113.146 | $22,629.20<br>$507.22 | $19,651.40 | $2,977.80 | $1,100.00 |
| BANK AMER CORP<br>SR INTERNOTES<br>MOODY BAA2   S&P A–<br>CPN: 4.300%<br>DUE 11/15/2019<br>DTD: 11/18/2010<br>BOOK ENTRY ONLY | 06050WEB7 | 25,000.000 | $104.462 | $26,115.50<br>$406.11 | $25,000.00 | $1,115.50 | $1,075.00 |
| GENERAL ELEC CAP CORP<br>INTERNOTES<br>MOODY A1   S&P AA+<br>CPN: 4.000%<br>DUE 11/15/2021<br>DTD: 11/18/2010<br>BOOK ENTRY ONLY | 36966TAT9 | 25,000.000 | $105.844 | $26,461.00<br>$377.78 | $25,000.00 | $1,461.00 | $1,000.00 |
| PUERTO RICO SALES TAX FING<br>GENERAL PURPOSE<br>REV 2011B<br>PAR CALL 08/01/2021<br>MOODY A3   S&P A+<br>CPN: 5.000%<br>DUE 08/01/2031<br>DTD: 11/23/2011<br>BOOK ENTRY ONLY | 74529JME2 | 20,000.000 | $99.566 | $19,913.20<br>$166.67 | $20,341.37 | –$428.17 | $1,000.00 |
| TOTAL TAXABLE FIXED INCOME<br>    ESTIMATED ACCRUED BOND INTEREST | | 90,000.000 | | $95,118.90<br>$1,457.78 | $89,992.77 | $5,126.13 | $4,175.00 |



**LINDA W BIRD**
**INDIVIDUAL RETIREMENT ACCOUNT**

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

*\* Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

### PURCHASES

**Regular Purchases**

| DATE | DESCRIPTION | QUANTITY | PRICE | NET COST/ ACCRUED INTEREST | COMMENTS |
|------|-------------|----------|-------|----------------------------|----------|
| 03/18/13 | PUERTO RICO SALES TAX FING COR SALES TAX BDS 2011B DUE 08/01/2031 05.000% FMAN UNSOLICITED IMPACT 03/18/13   3037 YIELD TO CALL   4.750 | 20,000.000 | $101.712 | −$20,481.29 $138.89 | |
| | **TOTAL PURCHASES** **Total accrued bond interest** | | | −$20,481.29 $138.89 | |

### SALES

| DATE | DESCRIPTION | QUANTITY | PRICE | NET PROCEEDS/ ACCRUED INTEREST | NET COST* | REALIZED GAIN/LOSS* | COMMENTS |
|------|-------------|----------|-------|-------------------------------|-----------|---------------------|----------|
| 03/15/13 | COLUMBIA ACORN TR FD CL A UNSOLICITED | −310.655 | $32.190 | $10,000.00 | $7,427.40 | $2,572.62 | |
| 03/15/13 | DAVIS NEW YORK VENTURE FUND INC-CL A UNSOLICITED | −772.599 | $38.830 | $30,000.00 | N/A | N/A | |
| **TOTAL SALES** | | | | $40,000.00 | | $2,572.62 | |



**Moloney Securities Co., Inc.**
13537 Barrett Pkwy. Dr., Suite 300
Manchester, MO  63021-5866



# INDIVIDUAL RETIREMENT
# ACCOUNT STATEMENT
### JANUARY 1, 2013 - MARCH 31, 2013

Account number:
REDACTED1704
Page 7 of 9

## INCOME

### Dividends

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|------|-------------|--------------|--------|----------|
| 01/31/13 | PRIME MONEY MARKET FUND<br>RBC RESERVE CLASS<br>MONTHLY DIVIDEND  12/29– 1/30<br>DIVIDEND | TRMXX | $0.01 | .01% AVERAGE MONTHLY YIELD |
| 02/28/13 | PRIME MONEY MARKET FUND<br>RBC RESERVE CLASS<br>MONTHLY DIVIDEND   1/31– 2/27<br>DIVIDEND | TRMXX | $0.01 | .01% AVERAGE MONTHLY YIELD |
| **Total dividends** | | | $0.02 | |

**TOTAL INCOME**                                                               $0.02

## RETIREMENT ACCOUNT INFORMATION

### CONTRIBUTIONS

| DESCRIPTION | IRA | ROLLOVER | DIRECT ROLLOVER | RECHARACTERIZATION |
|-------------|-----|----------|-----------------|--------------------|
| DEPOSITED IN 2012 FOR 2012 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2013 FOR 2012 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2013 FOR 2013 | $0.00 | $0.00 | $0.00 | $0.00 |

### TRANSFERS

| DESCRIPTION | AMOUNT |
|-------------|--------|
| TRANSFERRED IN 2012 | $0.00 |
| TRANSFERRED IN 2013 | $0.00 |

### DISTRIBUTIONS

| DESCRIPTION | DISTRIBUTION | FEDERAL WITHHOLDING | STATE WITHHOLDING |
|-------------|--------------|---------------------|-------------------|
| DISTRIBUTED IN 2013 | $0.00 | $0.00 | $0.00 |



LINDA W BIRD
INDIVIDUAL RETIREMENT ACCOUNT

## SCHEDULE OF REALIZED GAINS AND LOSSES

| | PRIOR PERIOD | THIS PERIOD | ADJUSTMENTS | THIS YEAR |
|---|---|---|---|---|
| Total Realized Gain or Loss | 0.00 | 2,572.62 | 411.51 | 2,984.13 |
| Short-term | 0.00 | 0.00 | 0.00 | 0.00 |
| Long-term | 0.00 | 2,572.62 | 411.51 | 2,984.13 |

| QUANTITY | DESCRIPTION | SYMBOL | OPEN DATE | NET COST | CLOSE DATE | NET PROCEEDS | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| **Short Term** | | | | | | | |
| 697.164 | DAVIS NEW YORK VENTURE FUND INC-CL A | NYVTX | 01/12/04 | N/A | 03/15/13 | 27,070.86 | N/A A |
| **Short Term Subtotal** | | | | | | | 0.00 |

| QUANTITY | DESCRIPTION | SYMBOL | OPEN DATE | NET COST | CLOSE DATE | NET PROCEEDS | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| **Long Term** | | | | | | | |
| 226.870 | COLUMBIA ACORN TR FD CL A | LACAX | 03/25/04 | 5,256.58 | 03/15/13 | 7,302.96 | 2,046.38 |
| 1.428 | COLUMBIA ACORN TR FD CL A | LACAX | 06/04/04 | 33.49 | 03/15/13 | 45.97 | 12.48 |
| 39.329 | COLUMBIA ACORN TR FD CL A | LACAX | 12/14/04 | 985.58 | 03/15/13 | 1,266.00 | 280.42 |
| 2.321 | COLUMBIA ACORN TR FD CL A | LACAX | 12/14/04 | 58.17 | 03/15/13 | 74.71 | 16.54 |
| 1.217 | COLUMBIA ACORN TR FD CL A | LACAX | 06/09/05 | 31.27 | 03/15/13 | 39.18 | 7.91 |
| 17.222 | COLUMBIA ACORN TR FD CL A | LACAX | 06/09/05 | 442.60 | 03/15/13 | 554.38 | 111.78 |
| 17.902 | COLUMBIA ACORN TR FD CL A | LACAX | 12/13/05 | 498.21 | 03/15/13 | 576.27 | 78.06 |
| 3.149 | COLUMBIA ACORN TR FD CL A | LACAX | 12/13/05 | 87.64 | 03/15/13 | 101.37 | 13.73 |
| 1.217 | COLUMBIA ACORN TR FD CL A | LACAX | 12/13/05 | 33.86 | 03/15/13 | 39.18 | 5.32 |
| 10.756 | DAVIS NEW YORK VENTURE FUND INC-CL A | NYVTX | 12/03/04 | 325.38 | 03/15/13 | 417.66 | 92.28 |



**Moloney Securities Co., Inc.**
13537 Barrett Pkwy. Dr., Suite 300
Manchester, MO  63021-5866



# INDIVIDUAL RETIREMENT
# ACCOUNT STATEMENT

### JANUARY 1, 2013 - MARCH 31, 2013

Account number:
REDACTED 1704
Page 9 of 9

| QUANTITY | DESCRIPTION | SYMBOL | OPEN DATE | NET COST | CLOSE DATE | NET PROCEEDS | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| **Long Term** | | | | | | | |
| 11.256 | DAVIS NEW YORK VENTURE FUND INC-CL A | NYVTX | 12/05/05 | 381.58 | 03/15/13 | 437.07 | 55.49 |
| 40.135 | DAVIS NEW YORK VENTURE FUND INC-CL A | NYVTX | 02/06/06 | 1,363.00 | 03/15/13 | 1,558.44 | 195.44 |
| 13.288 | DAVIS NEW YORK VENTURE FUND INC-CL A | NYVTX | 06/12/06 | 447.67 | 03/15/13 | 515.97 | 68.30 |
| **Long Term Subtotal** | | | | | | | **2,984.13** |
| **TOTAL REALIZED GAIN OR LOSS** | | | | | | | **2,984.13** |

*A – Certain cost basis information is not available for this tax lot; therefore, gain/loss and term are not known. Please contact your Financial Advisor for more information.*

## MONEY MARKET DETAIL

* *Transaction details are only provided for money market funds that are set up for automated sweep.*

**PRIME MONEY MARKET FUND**
**RBC RESERVE CLASS**

| DATE | DESCRIPTION | AMOUNT | INCOME FROM JANUARY 1, 2013 – MARCH 31, 2013 |
|---|---|---|---|
| 01/01/2013 | BALANCE FORWARD | $1,588.01 | $0.02 |
| 01/31/2013 | DIVIDEND REINVEST | 0.01 | |
| 02/28/2013 | DIVIDEND REINVEST | 0.01 | |
| 03/20/2013 | PURCHASE | 40,000.00 | |
| 03/21/2013 | REDEMPTION | −20,481.29 | |
| 03/31/2013 | ENDING BALANCE | $21,106.74 | |