

**MOLONEY SECURITIES**
13537 Barrett Parkway Drive, Suite 300
Manchester, Missouri 63021-5866

LINDA W BIRD                                 6F0WW
INDIVIDUAL RETIREMENT ACCOUNT                W04
RBC CAPITAL MARKETS LLC CUST
2790 NE 57 CT
FT LAUDERDALE FL  33308-2724

## YOUR INFORMATION
**Individual Retirement Account**

**Your Financial Advisor**
Dennis K Bird
2790 NE 57th Court
Ft Lauderdale FL  33308
Telephone:   (954) 491-3098 or (800) 628-6002
Fax:         (314) 909-0606
E-mail:      dbird@moseco.com

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
OCTOBER 1, 2018 - NOVEMBER 30, 2018

Account number: REDACTED1704
Page 1 of 7

## ACCOUNT VALUE SUMMARY

|  | THIS PERIOD | THIS YEAR |
|---|---:|---:|
| **Beginning account value** | $217,914.21 | $201,857.42 |
| Withdrawals | 0.00 | -2.00 |
| Income | 1,043.29 | 8,519.16 |
| Change in asset value | -10,756.33 | -2,173.41 |
| **Ending account value** | $208,201.17 | $208,201.17 |

## TOTAL PORTFOLIO VALUE

| | |
|---|---:|
| Ending account value | $208,201.17 |
| Estimated accrued interest | 521.53 |
| **Total portfolio value** | **$208,722.70** |

*Please see "About Your Statement" on page 2 for further information.*

## YOUR MESSAGE BOARD

*MSAM Clients: The following is notice of a material change to item 9 of MSAM's ADV Part 2a. A FINRA Arbitration was filed against Moloney Securities Co., Inc., MSAM, and UBS claiming that a Registered Representative, from 2010 to June 2017, recommended an overconcentrated strategy in LP's in the energy sector, which exposed claimant to risk inconsistent with his investment objectives. In October 2018, a FINRA Arbitration Panel issued an award in favor of claimant in the amount of $300,000 and against Moloney Securities Co., Inc. and MSAM.*

*To request a copy of MSAM's ADV Part 2a, call Jeff Roseman, CCO, at (314) 909-0600, email jroseman@msam.net, or visit their website at msam.net for a copy.*

*Get updated account information over the internet anytime at www.investor-connect.com. It's free & there for your convenience.*

*Not registered yet? Register online at www.investor-connect.com. Forgot your password? Or need a little help logging in the first time? Call the help desk toll free at 1-888-870-4829.*

*Accounts carried by RBC Correspondent Services, a division of RBC Capital Markets, LLC, Member NYSE/FINRA/SIPC*

**LINDA W BIRD**
**INDIVIDUAL RETIREMENT ACCOUNT**

Account number:
REDACTED 704
Page 2 of 7

**GO PAPERLESS** – Certain client documents are available for electronic delivery by accessing your account online at www.Investor-Connect.com or your broker dealer's website. Upon signing up for this service, you will choose which documents you do not want to receive in the mail. You will then be notified by email when they are available for viewing and printing via the Internet. You may change your paperless elections at any time by going to the Online Documents page on the website.

**ABOUT YOUR ACCOUNT** – RBC Capital Markets, LLC, through the courtesy of RBC Correspondent Services, a division of RBC Capital Markets, LLC (RBC), carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your account may be directed to us at 612-371-7830. All other inquiries regarding your account or the activity therein should be directed to your brokerage firm. Please review your account statement in its entirety. If you note any discrepancies in your money balance, security positions, tax lots chosen for disposition, or unauthorized activity in your account, report it immediately to your brokerage firm and RBC. In addition, you should reconfirm in writing any oral communications with your brokerage firm or us (RBC Correspondent Services, Attn: Relationship Management, 60 South 6th Street P18, Minneapolis, MN 55402) to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). A statement of financial condition for RBC is available for your personal inspection at our offices or a copy will be mailed to you upon written request.

Securities and cash in your account(s) are protected up to $500,000 per client (including a $250,000 limit for cash only) by the Securities Investor Protection Corporation (SIPC). RBC has purchased an additional policy covering up to $99.5 million per SIPC-qualified account (of which $900,000 may be cash) subject to a total maximum aggregate for RBC of $400 million which would be distributed on a pro-rata basis across all losses by clients of RBC. This protection applies only to the physical loss or destruction of your securities; it does not apply to any decline in the market value of your securities. Other investments shown on your statement but not held at RBC may not be protected by SIPC or private insurance policies purchased by RBC. Certain investments and transactions are ineligible under SIPC, such as commodity futures contracts and currency, investment contracts (such as limited partnerships), fixed annuity contracts that are not registered with the U.S. Securities and Exchange Commission under the Securities Act of 1933, and foreign currency transactions. For more details, please talk to your Financial Advisor, call SIPC at 202-371-8300 for a brochure, or visit www.sipc.org.

All securities we hold for you that are not registered in your name ("street name") are commingled with identical securities being held for other clients. In the event that any such securities are "called" by the issuer, we will determine which clients' securities are redeemed using an impartial selection system, as required by Financial Industry Regulatory Authority (FINRA) rules. RBC's lottery procedures for callable securities may be found on our website at www.rbcwm-usa.com/legal/rbc-cs. A printed copy of those procedures may be requested from your Financial Advisor.

To report a lost or stolen Visa® Platinum Debit Card, or for questions regarding check activity, money fund balances, and Visa® Platinum Debit Card activity, call Client Support Services at 800-933-9946.

If you have an options account, each of the transaction confirmations we send you itemizes the commissions you have paid. Upon request, we will also provide you with a statement of the total option commissions you have paid this calendar year.

Accounts may be subject to an annual and/or inactive fee. Contact your Financial Advisor for information.

**ABOUT YOUR INVESTMENT OBJECTIVE / PROFILE AND RISK TOLERANCE** – The Investment Objective and Risk Tolerance, where applicable, on page 3 of this statement are specific to this account and should reflect your investment goals and the level of overall risk you are willing to assume in seeking returns for this account.

| Investment Objective | Preservation of Principal/Income | Balanced Growth | Growth | Aggressive Growth/Aggressive Income | Speculation |
|---|---|---|---|---|---|
| Lower Return Potential / Lower Risk | | | | | Higher Return Potential / Higher Risk |
| Risk Tolerance | Minimal Risk | Low Risk | Moderate Risk | High Risk | Maximum Risk |

The Advisory Risk Profile, also noted on page 3, if applicable, is applied broadly across specified advisory accounts held at RBC and should reflect the basis for the recommendation of an appropriate investment strategy designed to meet your objectives and financial needs as identified in your Risk Profile questionnaire.

| Advisory Risk Profile | Profile 1 | Profile 2 | Profile 3 | Profile 4 | Profile 5 |
|---|---|---|---|---|---|
| Lower Risk and Return Potential / Shorter Time Horizon | | | | | Higher Risk and Return Potential / Longer Time Horizon |

Please consult promptly with your Financial Advisor if the information shown does not accurately reflect your objective or risk tolerance, or if you wish to impose or modify any restrictions on your account.

**ABOUT YOUR STATEMENT** – Statements are mailed monthly to clients who have transactions during the month that affect money balances and/or security positions. Statements are mailed quarterly to all other clients provided that their account contains a money or security balance. Please review these statements carefully and keep them for your records.

Your statement is intended to provide only a summary of activity in your account(s) for the statement period. The information provided on the statement includes, among other things, a snapshot of the value of your account(s); a summary of the income you received for the statement and year-to-date periods; contributions to Traditional, Roth, or other Individual Retirement Account(s); and transactions in mutual funds shares. The presentation of the value of your account(s), as well as changes in value, includes all deposits, withdrawals, and other changes in market value. It may also reflect a reduction in value as a result of the return of principal on certain fixed income securities. However, changes in the value of unpriced securities, special products, or accrued interest are not reflected.

If you have questions about your individual tax situation, please consult your tax advisor.

The prices for most securities and certain securities transactions reported on this statement are obtained from independent quotation services whose appraisal(s) are based on closing prices, bid-ask quotations, or other factors; however, in some cases, RBC calculates prices for certain securities using information from independent and internal sources. If you hold municipal revenue bonds, please be aware that the price you may receive on their sale may vary significantly from the price shown on your statement. Moreover, certain securities may have unique valuation requirements. Certain securities prices may not be current as of the statement date, and certain adjustments to your holdings may not yet have been included. If you purchase and/or hold securities traded in a market outside of the United States, and/or denominated in a currency other than United States dollars, the price of those securities may be converted into United States dollars for inclusion on your statement. The risks of adverse changes in the value of non-United States currencies relative to the United States dollar are borne by you; RBC does not hedge or otherwise mitigate such risks. While we obtain pricing and currency conversion information from sources that we believe are reliable, RBC cannot guarantee the accuracy of the prices and currency conversion information that appear on your statement. You should always request a current valuation of your securities prior to making an investment decision or placing an order to buy or sell securities.

RBC's Dividend Reinvestment Program (DRIP) is available to holders of eligible securities. Please contact your Financial Advisor for more information on the program.

**Non-priced Securities** – Securities that are not actively traded and for which no independent quotation-service pricing is readily available are excluded from the (i) Market Price, (ii) Market Value, and (iii) Account Value Summary Total sections of your statement. In these instances, the Market Value and Total Account Summary sections will reflect a $0.00 value for these securities until such time that they begin active trading and/or have a readily available independent quotation-service prices. Accrued interest for non-priced (N/P) securities will be reflected where applicable. Examples of N/P securities may include, but are not limited to, auction rate securities, auction rate preferred securities and certain structured products, and over-the-counter equity securities.

Your statement also includes a summary of the short- or long-term gain or loss from the sale of selected securities in non-retirement accounts. "Short-term" refers to securities held for one year or less; "long-term" refers to securities held more than one year. RBC provides gain/loss information as a service to you; the information may not be accurate for tax reporting or other purposes and may rely on information, such as the original cost basis for a security that you or another source at your direction provided to RBC. Gain/loss information may also reflect a change in the value of certain fixed income and other securities that return or amortize principal over time.

If you have elected to receive interest on free credit balances maintained in your account, please be advised that under federal securities laws and the rules of FINRA, we are permitted to pay such interest only on balances arising as an incidence of securities trading activities. We may use a free credit balance in your account in the course of our business, subject to limitations of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You may demand and receive from us during normal business hours the delivery of any free credit balances or fully paid securities in your account, and/or any securities purchased in your loan account upon full payment of any indebtedness to us. Any balance in the RBC Insured Deposits or shares in a money market fund in your account may be liquidated by your order and the proceeds returned to your account or remitted to you upon the full payment of any indebtedness to us.

If this is an RBC Express Credit™ (margin) account and RBC maintains a special memorandum account for you, this is a combined statement of both your general account and the special memorandum account maintained for you under Regulation T of the Federal Reserve system. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request. RBC reserves the right to limit RBC Express Credit (margin) purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the firm's guidelines, market conditions, and regulatory requirements.

The prices reported on your RBC statement for securities issued through or by a Direct Participation Program, Real Estate Investment Trust, or private securities, including hedge funds, are estimates. RBC does not calculate the prices of those securities, and has not confirmed these prices or verified that they are determined correctly. Instead, RBC relies on independent quotation services or the management, trustee, or general partner of the issuer of the securities to provide such prices. The prices may be based on independent appraisals, the book value of the entity's assets, the prices paid or offered for the securities, or another method or basis (or a combination of any of these). These securities are illiquid, and do not trade in a public market. Consequently, the estimated value of the securities (which is shown on your statement) may not equal the amount(s) that you receive if you attempt to sell your investment. In some cases, accurate valuation information relating to these securities may not be available. For current or estimated price information on the estimated value of the securities, the source of the actual or estimated value of the securities, or the method by which the value was determined or estimated, please contact your Financial Advisor.

If this statement contains an estimated value, you should be aware that this value may be based on a limited number of trades or quotes. Therefore, you may not be able to sell these securities at a price equal or near to the value shown. However, the broker-dealer providing this statement may not refuse to accept your order to sell those securities. Also, the amount you receive from a sale generally will be reduced by the amount of any commissions or similar charges. If an estimated value is not shown for a security, a value could not be determined because of a lack of information.

For a schedule of fees charged by RBC CS and your brokerage firm, you may visit Investor Connect through your Financial Advisor's website or directly at www.investor-connect.com where a list of fees is included in the most recent electronic statement insert section for the periods ending March, June, September or December. Please contact your Financial Advisor with additional questions about the list of fees, or for help accessing Investor Connect.

**FINRA BrokerCheck Hotline** – FINRA has made available to investors a pamphlet describing FINRA BrokerCheck for your information. To obtain a copy of the brochure, please contact FINRA at 800-289-9999 or visit their website at www.finra.org.

**Same-Day Cash Sweep Redemptions** – If your transaction has the description "Same Day," the transaction you requested required same-day payment; RBC retained the last day's dividend to offset the cost of advancing a same-day payment on your behalf.





## INDIVIDUAL RETIREMENT ACCOUNT STATEMENT

OCTOBER 1, 2018 - NOVEMBER 30, 2018

Account number:
REDACTED1704
Page 3 of 7

## ASSET ALLOCATION SUMMARY

| | CURRENT VALUE | PERCENT |
|---|---|---|
| ☐ RBC Insured Deposits | $11,975.99 | 6% |
| ☐ US equities | 54,358.68 | 26% |
| ☐ International equities | 47,667.75 | 23% |
| ☐ Taxable fixed income | 81,598.75 | 39% |
| ☐ Tax-exempt fixed income | 12,600.00 | 6% |
| **Current account value** | **$208,201.17** | **100%** |

*Mutual funds are included in the above categories. Funds that invest in more than one category are reported as "Mixed Assets."*
*The cash and money market figure is net of debits including any RBC Express Credit (margin) debit, if applicable.*

*Deposits in the RBC Insured Deposits are not covered by SIPC. Please see Asset Detail beginning on page 4 for more information.*

## INVESTMENT OBJECTIVE / RISK TOLERANCE

The investment objective for this account is: Growth
The risk tolerance for this account is:   Moderate Risk
*Please see "About Your Investment Objective / Profile and Risk Tolerance" on page 2 for further information.*

## GAIN/LOSS SUMMARY

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Total realized gain or loss | $0.00 | $0.00 |
| Short-term gain or loss | 0.00 | 0.00 |
| Long-term gain or loss | 0.00 | 0.00 |
| | | AS OF NOVEMBER 30, 2018 |
| Unrealized gain or loss | | -$27,762.50 |

*Please see "About Your Statement" on page 2 for further information.*

## ACTIVITY SUMMARY

| | | |
|---|---|---|
| Total account value last statement | | $217,914.21 |
| **Cash activity** | | |
| Beginning balance | 10,932.70 | |
| Money coming into your account | | |
| Interest | 1,043.29 | |
| Total | 1,043.29 | |
| Money going out of your account | | |
| Total | 0.00 | |
| Ending balance | 11,975.99 | |
| Net change cash activity | | $1,043.29 |
| **Change in security value** | | |
| Beginning value of priced securities | 206,981.51 | |
| Change in value of priced securities | -10,756.33 | |
| Ending value of priced securities | 196,225.18 | |
| Net change in securities value | | -$10,756.33 |
| Total account value as of November 30, 2018 | | $208,201.17 |

LINDA W BIRD
INDIVIDUAL RETIREMENT ACCOUNT

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
**OCTOBER 1, 2018 - NOVEMBER 30, 2018**

Account number: REDACTED 704
Page 4 of 7

## ASSET DETAIL

*The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated. EAI is only an estimate of income generated by the investment and the actual income may be higher or lower. In the event the investment matures, is sold or called, the full EAI may not be realized.*

*\* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvestedAdditionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

Your Financial Advisor has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.

### RBC INSURED DEPOSITS

*Deposits in the RBC Insured Deposits, with the exception of amounts classified as "Pending Deposits," are held by the Program Banks, not RBC Correspondent Services. They are not covered by SIPC. Balances classified as "Pending Deposits" are scheduled to be deposited in the Program Banks on the business day following the statement date, and thus, these deposits are covered by SIPC until such time as they are deposited in the Program Banks. Deposits are insured by the Federal Deposit Insurance Corporation (FDIC) p to $250,000 per depositor at each bank subject to certain limitations. **This means that your funds in excess of $250,000 in the same insurable capacity at any single Program Bank are not insured.** FDIC insurance coverage amounts are subject to the combined total of all deposits at a specific Program Bank including deposits held by the Program Bank outside of this account. Please refer to the RBC Insured Deposits Disclosure Statement and our website at www.investor-connect.com for more details, including the current aggregate FDIC deposit insurance amount available through the Program. For questions concerning bank balances, please contact your Financial Advisor.*

| DESCRIPTION | | BANK BALANCE | CURRENT BALANCE | PREVIOUS STATEMENT BALANCE | YTD INCOME |
|---|---|---|---|---|---|
| RBC INSURED DEPOSITS NOT SIPC COVERED | | | $11,975.99 | $10,932.70 | $19.23 |
| DEPOSITS ARE HELD AT: | | | | | |
| Wells Fargo Bank NA | Sioux Falls, SD | $1,038.05 | | | |
| US Bank NA | Minneapolis, MN | $10,937.94 | | | |
| **TOTAL RBC INSURED DEPOSITS** | | | **$11,975.99** | | **$19.23** |

### US EQUITIES

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|---|
| COLUMBIA ACORN TR FD CL A | LACAX | 959.388 | $13.190 | $12,654.33 | Reinvest | $18,550.22 | -$5,895.89 | |
| DAVIS NEW YORK VENTURE FUND INC-CL A | NYVTX | 1,408.455 | $29.610 | $41,704.35 | | $47,359.33 | -$5,654.98 | $236.62 |
| | | | | | Purchase | $15,669.33 | -$2,056.60 | |
| | | | | | Reinvest | $31,690.00 | -$3,598.37 | |
| **TOTAL US EQUITIES** | | | | **$54,358.68** | | **$65,909.55** | **-$11,550.87** | **$236.62** |





# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
OCTOBER 1, 2018 - NOVEMBER 30, 2018

Account number: REDACTED 1704
Page 5 of 7

## INTERNATIONAL EQUITIES

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| ALIBABA GROUP HOLDING LTD SPONSORED ADR | BABA | 100.000 | $160.860 | $16,086.00 | $11,253.82 | $4,832.18 | |
| EUROPACIFIC GROWTH FD CL A | AEPGX | 646.637 | $48.840 | $31,581.75 | N/A | N/A | $237.32 |
| **TOTAL INTERNATIONAL EQUITIES** | | | | **$47,667.75** | **$11,253.82** | **$4,832.18** | **$237.32** |

## TAXABLE FIXED INCOME

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| BANK AMER CORP SR INTERNOTES MOODY A3 S&P A- | 06050WEB7 CPN: 4.300% DUE 11/15/2019 DTD: 11/18/2010 BOOK ENTRY ONLY | 25,000.000 | $99.854 | $24,963.50 $44.79 | $25,000.00 | -$36.50 | $1,075.00 |
| GENERAL ELEC CAP CORP INTERNOTES MOODY BAA1 S&P BBB+ | 36966TAT9 CPN: 4.000% DUE 11/15/2021 DTD: 11/18/2010 BOOK ENTRY ONLY | 25,000.000 | $94.224 | $23,556.00 $41.67 | $25,000.00 | -$1,444.00 | $1,000.00 |
| WOODLAND PK COLO SCH DIST NO PRIMARY/SECONDARY EDUCATION REV 2016 ORIGINAL ISSUE DISCOUNT ASSURED GUARANTY MUNICIPAL COR CALLABLE 12/01/26 AT 100.000 MOODY N/A S&P AA | 97966YAL7 CPN: 3.500% DUE 12/01/2029 DTD: 10/26/2016 BOOK ENTRY ONLY | 25,000.000 | $95.317 | $23,829.25 $435.07 | $25,183.36 | -$1,354.11 | $875.00 |
| PUERTO RICO SALES TAX FING GENERAL PURPOSE REV 2011B IN DEFAULT CALLABLE 08/01/21 AT 100.000 MOODY CA S&P N/A | 74529JME2 CPN: 5.000% DUE 08/01/2031 DTD: 11/23/2011 BOOK ENTRY ONLY | 20,000.000 | $46.250 | $9,250.00 | $20,342.40 | -$11,092.40 | |
| **TOTAL TAXABLE FIXED INCOME ESTIMATED ACCRUED BOND INTEREST** | | **95,000.000** | | **$81,598.75** **$521.53** | **$95,525.76** | **-$13,927.01** | **$2,950.00** |

LINDA W BIRD
INDIVIDUAL RETIREMENT ACCOUNT

**INDIVIDUAL RETIREMENT ACCOUNT STATEMENT**
OCTOBER 1, 2018 - NOVEMBER 30, 2018

Account number: REDACTED 1704
Page 6 of 7

## TAX-EXEMPT FIXED INCOME

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| PUERTO RICO ELEC PWR AUTH ELECTRICITY AND PUBLIC POWER REV SER XX IN DEFAULT ORIGINAL ISSUE DISCOUNT CALLABLE 07/01/20 AT 100.000 MOODY CA  S&P N/A | 74526QVZ2 CPN: 4.750% DUE 07/01/2026 DTD: 04/07/2010 BOOK ENTRY ONLY | 20,000.000 | $63.000 | $12,600.00 | $19,716.80 | -$7,116.80 | |
| **TOTAL TAX-EXEMPT FIXED INCOME** | | 20,000.000 | | $12,600.00 | $19,716.80 | -$7,116.80 | |

## ACTIVITY DETAIL

Realized gain/loss column includes fees and commissions. It does not include accrued interest.

Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.

* Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data.
  Please see "About Your Statement" on page 2 for further information.

### INCOME

#### Interest

| DATE | DESCRIPTION | | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|---|
| 10/26/18 | RBC INSURED DEPOSITS APYE#: 00.23 % # APYE = Annual Percentage Yield Earned | MONTHLY INTEREST 09/26-10/25 INTEREST | 2015912 | $2.24 | |
| 11/15/18 | BANK AMER CORP DUE 11/15/2019   4.300 REC 10/31/18 PAY 11/15/18 | SR INTERNOTES REG INT ON  25000 BND INTEREST | 06050WEB7 | $537.50 | |
| 11/15/18 | GENERAL ELEC CAP CORP DUE 11/15/2021   4.000 REC 10/31/18 PAY 11/15/18 | INTERNOTES REG INT ON  25000 BND INTEREST | 36966TAT9 | $500.00 | |
| 11/26/18 | RBC INSURED DEPOSITS APYE#: 00.25 % # APYE = Annual Percentage Yield Earned | MONTHLY INTEREST 10/26-11/25 INTEREST | 2015912 | $3.55 | |
| **Total Interest** | | | | **$1,043.29** | |
| **TOTAL INCOME** | | | | **$1,043.29** | |





## INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
OCTOBER 1, 2018 - NOVEMBER 30, 2018

Account number:
REDACTED 1704
Page 7 of 7

## RETIREMENT ACCOUNT INFORMATION

### CONTRIBUTIONS

| DESCRIPTION | IRA | ROLLOVER | DIRECT ROLLOVER | RECHARACTERIZATION |
|---|---|---|---|---|
| DEPOSITED IN 2017 FOR 2017 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2018 FOR 2017 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2018 FOR 2018 | $0.00 | $0.00 | $0.00 | $0.00 |

## CASH SWEEP PROGRAM DETAIL

*Transaction details are only provided for cash sweep programs that sweep funds into bank deposit accounts. Please refer to the Asset Detail section of this statement for more information.*

**RBC INSURED DEPOSITS**
**NOT SIPC COVERED**

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10/01/18 | BALANCE FORWARD | $10,932.70 | 10/26/18 | INTEREST REINVEST | 2.24 |
| 11/16/18 | DEPOSIT | 1,037.50 | 11/26/18 | INTEREST REINVEST | 3.55 |
| 11/30/18 | ENDING BALANCE | $11,975.99 | | | |

**INCOME FROM OCTOBER 1, 2018 – NOVEMBER 30, 2018: $5.79**