**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rafael Gonzalez, depose and say that on December 26, 2018 I caused a true and correct copy of the *Motion Withdrawing Objection of the GMS Group, LLC to Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation at Docket 557 filed at Docket Number 4563 and the Amended Objection of the GMS Group, LLC to Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation and Request for Evidentiary Hearing* and its related exhibits filed at Docket Number 4564 to be served by prepaid first-class mail on the parties listed in Exhibit A attached hereto.

Additionally, I caused the aforementioned documents to be sent via email to the individuals listed in Exhibit B.

*/s/ Rafael González*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

142594935.2

EXHIBIT A

Attn: Dennis Dunne, Esq. and Atara Miller, Esq.
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005

Attn: Marcia L. Goldstein, Esq. and Gabriel Morgan, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Attn: Thomas Mayer, Esq., Amy Caton, Esq., and Douglas Buckley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Attn: John K. Cunningham, Esq. and Fernando de la Hoz, Esq.
White & Case LLP
200 South Biscayne Boulevard
Miami, FL 33131

Attn: Lawrence A. Larose, Esq. and Eric Daucher, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Attn: Sandy Qusba, Esq. and Nicholas Baker, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Attn: Andrew N. Rosenberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Attn: Mark Ellenberg, Esq., Lary Stromfeld, Esq., Ivan Loncar, Esq., and Casey Servais, Esq.
Cadwalader, Wickersham & Taft
200 Liberty Street
New York, NY 10281

Attn: Susheel Kirpalani, Esq. and Eric Kay, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

Attn: William P. Smith, Esq., David L. Taub, Esq., and Alexandra C. Scheibe, Esq.
McDermott, Will & Emery LLP
444 West Lake Street,
Chicago, IL 60606

Attn: Donald Bernstein, Esq. and Brian Resnick, Esq.
Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Attn: Ira S. Dizengoff, Esq. and Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Attn: Daniel A. Fliman, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Attn: Nancy A. Mitchell, Esq., David D. Cleary, Esq., Nathan A. Haynes, Esq., and Kevin D. Finger, Esq.
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, New York 10166

Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, and Maja Zerjal
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Attn: Luc. A. Despins, James Bliss, James Worthington, and G. Alexander Bongartz
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Attn: Robert Gordon, Richard Levin, and Catherine Steege
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Attn: Garrett A Fail
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn: Gerardo J. Portela Franco and Mohammad Yassin, Esq.
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero Esq., and María T. Álvarez-Santos Esq.
Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917

Attn: Arturo Diaz-Angueira, Esq. and Katiuska Bolaños-Lugo, Esq.
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966

Attn: Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Attn: Juan J. Casillas Ayala, Diana M. Batlle-Barasorda, Alberto J. E. Añeses Negrón, and Ericka C. Montull-Novoa
Casillas, Santiago & Torres LLC,
El Caribe Office Building
53 Palmeras Street, Ste. 1601,
San Juan, Puerto Rico 00901-2419

Attn: A.J. Bennazar-Zequeira
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918

Attn: Angel Perez & Luisette Negron
American Intl. Plaza
250 Ave. Luis Muñoz Rivera
San Juan, PR 00918

Exhibit B

rburgos@adameslaw.com' <rburgos@adameslaw.com>; 'epo@amgprlaw.com' <epo@amgprlaw.com>; 'larroyo@amgprlaw.com' <larroyo@amgprlaw.com>; 'acasellas@amgprlaw.com' <acasellas@amgprlaw.com>; 'loliver@amgprlaw.com' <loliver@amgprlaw.com>; 'asantiago@amgprlaw.com' <asantiago@amgprlaw.com>; 'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'pjime@lawfirm-pr.com' <pjime@lawfirm-pr.com>; 'daniel.bustos@excelerateenergy.com' <daniel.bustos@excelerateenergy.com>; 'icastro@alblegal.net' <icastro@alblegal.net>; 'storres@alblegal.net' <storres@alblegal.net>; 'ealdarondo@alblegal.net' <ealdarondo@alblegal.net>; 'drodriguez.alb@gmail.com' <drodriguez.alb@gmail.com>; 'drodriguez@alblegal.net' <drodriguez@alblegal.net>; 'alexandra.bigas@gmail.com' <alexandra.bigas@gmail.com>; 'ealmeida@almeidadavila.com' <ealmeida@almeidadavila.com>; 'zdavila@almeidadavila.com' <zdavila@almeidadavila.com>; 'jrivlin@afscme.org' <jrivlin@afscme.org>; 'tpaterson@afscme.org' <tpaterson@afscme.org>; 'martz@afscme.org' <martz@afscme.org>; 'andreslopecordova@gmail.com' <andreslopecordova@gmail.com>; 'acordova@juris.inter.edu' <acordova@juris.inter.edu>; 'Jramirez@amrclaw.com' <Jramirez@amrclaw.com>; 'Kellyrivero@hotmail.com' <Kellyrivero@hotmail.com>; 'antoniofuentesgonzalez@yahoo.com' <antoniofuentesgonzalez@yahoo.com>; 'mrios@arroyorioslaw.com' <mrios@arroyorioslaw.com>; 'jfigueroa@arroyorioslaw.com' <jfigueroa@arroyorioslaw.com>; 'Marieli.Paradizo@ponce.pr.gov' <Marieli.Paradizo@ponce.pr.gov>; 'xavier.carol@abertis.com' <xavier.carol@abertis.com>; 'xavier.carol@abertis.com' <xavier.carol@abertis.com>; 'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>; 'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>; 'rbonilla@bspr.com' <rbonilla@bspr.com>; 'david.powlen@btlaw.com' <david.powlen@btlaw.com>; 'kevin.collins@btlaw.com' <kevin.collins@btlaw.com>; 'belkgrovas@gmail.com' <belkgrovas@gmail.com>; 'ajb@bennazar.org' <ajb@bennazar.org>; 'bgm.csp@bennazar.org' <bgm.csp@bennazar.org>; 'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>; 'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>; 'ajb@bennazar.org' <ajb@bennazar.org>; 'bgm.csp@bennazar.org' <bgm.csp@bennazar.org>; 'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>; 'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>; 'cbg@bobonislaw.com' <cbg@bobonislaw.com>; 'efl@bobonislaw.com' <efl@bobonislaw.com>; 'kurt.mayr@bracewell.com' <kurt.mayr@bracewell.com>; 'daniel.connolly@bracewell.com' <daniel.connolly@bracewell.com>; 'david.lawton@bracewell.com' <david.lawton@bracewell.com>; 'schristianson@buchalter.com' <schristianson@buchalter.com>; 'vbantnerpeo@buchalter.com' <vbantnerpeo@buchalter.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'remmanuelli@me.com' <remmanuelli@me.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-emmanuelli.com>; 'yasmin@bufete-emmanuelli.com' <yasmin@bufete-emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-

emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>;
'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>;
'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'mcrm100@msn.com'
<mcrm100@msn.com>; 'chris.maddux@butlersnow.com' <chris.maddux@butlersnow.com>;
'mitch.carrington@butlersnow.com' <mitch.carrington@butlersnow.com>;
'jason.callen@butlersnow.com' <jason.callen@butlersnow.com>;
'martin.sosland@butlersnow.com' <martin.sosland@butlersnow.com>;
'Chris.Maddux@butlersnow.com' <Chris.Maddux@butlersnow.com>;
'Mitch.Carrington@butlersnow.com' <Mitch.Carrington@butlersnow.com>;
'stan.ladner@butlersnow.com' <stan.ladner@butlersnow.com>; 'condecarmen@condelaw.com'
<condecarmen@condelaw.com>; 'ls.valle@condelaw.com' <ls.valle@condelaw.com>;
'daniel.elkort@patternenergy.com' <daniel.elkort@patternenergy.com>;
'howard.hawkins@cwt.com' <howard.hawkins@cwt.com>; 'mark.ellenberg@cwt.com'
<mark.ellenberg@cwt.com>; 'ellen.halstead@cwt.com' <ellen.halstead@cwt.com>;
'thomas.curtin@cwt.com' <thomas.curtin@cwt.com>; 'casey.servais@cwt.com'
<casey.servais@cwt.com>; 'NATHAN.BULL@CWT.COM' <NATHAN.BULL@CWT.COM>;
'mark.ellenberg@cwt.com' <mark.ellenberg@cwt.com>; 'ioliver@ccsllp.com'
<ioliver@ccsllp.com>; 'Adiaz@cnrd.com' <Adiaz@cnrd.com>; 'Kbolanos@cnrd.com'
<Kbolanos@cnrd.com>; 'avalencia@cnrd.com' <avalencia@cnrd.com>; 'jf@cardonalaw.com'
<jf@cardonalaw.com>; 'delapena.sylvia@gmail.com' <delapena.sylvia@gmail.com>;
'carla.rodriguezbernier@yahoo.com' <carla.rodriguezbernier@yahoo.com>;
'quilichinipazc@microjuris.com' <quilichinipazc@microjuris.com>; 'calsina@prquiebra.com'
<calsina@prquiebra.com>; 'carloscardonafe@hotmail.com' <carloscardonafe@hotmail.com>;
'lcdo.carlos.e.riverajustiniano@gmail.com' <lcdo.carlos.e.riverajustiniano@gmail.com>;
'carlosfernandez@cfnlaw.com' <carlosfernandez@cfnlaw.com>; 'carlosfernandez@cfnlaw.com'
<carlosfernandez@cfnlaw.com>; 'carlosvergne@aol.com' <carlosvergne@aol.com>;
'hburgos@cabprlaw.com' <hburgos@cabprlaw.com>; 'rcasellas@cabprlaw.com'
<rcasellas@cabprlaw.com>; 'dperez@cabprlaw.com' <dperez@cabprlaw.com>;
'mmier@cabprlaw.com' <mmier@cabprlaw.com>; 'jcasillas@cstlawpr.com'
<jcasillas@cstlawpr.com>; 'dbatlle@cstlawpr.com' <dbatlle@cstlawpr.com>;
'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; 'emontull@cstlawpr.com'
<emontull@cstlawpr.com>; 'ltorres@cstlawpr.com' <ltorres@cstlawpr.com>;
'AAneses@cstlawpr.com' <AAneses@cstlawpr.com>; 'jcasillas@cstlawpr.com'
<jcasillas@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>;
'ccuprill@cuprill.com' <ccuprill@cuprill.com>; 'rnies@csglaw.com' <rnies@csglaw.com>;
'gspadoro@csglaw.com' <gspadoro@csglaw.com>; 'mlepelstat@csglaw.com'
<mlepelstat@csglaw.com>; 'mcaruso@csglaw.com' <mcaruso@csglaw.com>;
'eduardo@cobianroig.com' <eduardo@cobianroig.com>; 'harnaud@cwsny.com'
<harnaud@cwsny.com>; 'pdechiara@cwsny.com' <pdechiara@cwsny.com>;
'Harnaud@cwsny.com' <Harnaud@cwsny.com>; 'jlopez@constructorasantiago.com'
<jlopez@constructorasantiago.com>; 'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>;
'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>; 'ra@calopsc.com'
<ra@calopsc.com>; 'scriado@calopsc.com' <scriado@calopsc.com>; 'rco@crlawpr.com'
<rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'rco@crlawpr.com'
<rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'dmolinalaw@gmail.com'
<dmolinalaw@gmail.com>; 'davidcarrionb@aol.com' <davidcarrionb@aol.com>;

'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mcto@debevoise.com' <mcto@debevoise.com>; 'cabruens@debevoise.com' <cabruens@debevoise.com>; 'eworenklein@debevoise.com' <eworenklein@debevoise.com>; 'allan.brilliant@dechert.com' <allan.brilliant@dechert.com>; 'eric.brunstad@dechert.com' <eric.brunstad@dechert.com>; 'stuart.steinberg@dechert.com' <stuart.steinberg@dechert.com>; 'michael.doluisio@dechert.com' <michael.doluisio@dechert.com>; 'hreynolds@delvallegroup.net' <hreynolds@delvallegroup.net>; 'afernandez@delgadofernandez.com' <afernandez@delgadofernandez.com>; 'wburgos@justicia.pr.gov' <wburgos@justicia.pr.gov>; 'rcastellanos@devconlaw.com' <rcastellanos@devconlaw.com>; 'diazsotolaw@gmail.com' <diazsotolaw@gmail.com>; 'corraldieg@gmail.com' <corraldieg@gmail.com>; 'jose.sosa@dlapiper.com' <jose.sosa@dlapiper.com>; 'richard.chesley@dlapiper.com' <richard.chesley@dlapiper.com>; 'rachel.albanese@dlapiper.com' <rachel.albanese@dlapiper.com>; 'Donna.Maldonado@popular.com' <Donna.Maldonado@popular.com>; 'edgardo_barreto@yahoo.com' <edgardo_barreto@yahoo.com>; 'emunozPSC@gmail.com' <emunozPSC@gmail.com>; 'elian.escalante@gmail.com' <elian.escalante@gmail.com>; 'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'agestrella@estrellallc.com' <agestrella@estrellallc.com>; 'phammer@estrellallc.com' <phammer@estrellallc.com>; 'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>; 'clarisasola@hotmail.com' <clarisasola@hotmail.com>; 'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>; 'clarisasola@hotmail.com' <clarisasola@hotmail.com>; 'robert.schnell@faegrebd.com' <robert.schnell@faegrebd.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'jfeldesman@FTLF.com' <jfeldesman@FTLF.com>; 'fmontanezmiran@yahoo.com' <fmontanezmiran@yahoo.com>; 'rcamara@ferraiuoli.com' <rcamara@ferraiuoli.com>; 'scolon@ferraiuoli.com' <scolon@ferraiuoli.com>; 'ferraric@ferrarilawpr.com' <ferraric@ferrarilawpr.com>; 'n.tactuk@ferrovial.com' <n.tactuk@ferrovial.com>; 'figueroaymorgadelaw@yahoo.com' <figueroaymorgadelaw@yahoo.com>; 'auetz@foley.com' <auetz@foley.com>; 'bkfilings@fortuno-law.com' <bkfilings@fortuno-law.com>; 'bufetefrgonzalez@gmail.com' <bufetefrgonzalez@gmail.com>; 'jblanco@fpglaw.com' <jblanco@fpglaw.com>; 'gacarlo@carlo-altierilaw.com' <gacarlo@carlo-altierilaw.com>; 'loomislegal@gmail.com' <loomislegal@gmail.com>; 'fernando@cszlawpr.com' <fernando@cszlawpr.com>; 'juans@prtc.net' <juans@prtc.net>; 'wmq@wmarrerolaw.com' <wmq@wmarrerolaw.com>; 'jlgere@gmail.com' <jlgere@gmail.com>; 'tolson@gibsondunn.com' <tolson@gibsondunn.com>; 'mmcgill@gibsondunn.com' <mmcgill@gibsondunn.com>; 'hwalker@gibsondunn.com' <hwalker@gibsondunn.com>; 'lshelfer@gibsondunn.com' <lshelfer@gibsondunn.com>; 'jchristiansen@gibsondunn.com' <jchristiansen@gibsondunn.com>; 'dg@g-glawpr.com' <dg@g-glawpr.com>; 'rgv@g-glawpr.com' <rgv@g-glawpr.com>; 'crodriguez-vidal@gaclaw.com' <crodriguez-vidal@gaclaw.com>; 'scastillo@gaclaw.com' <scastillo@gaclaw.com>; 'marielopad@gmail.com' <marielopad@gmail.com>; 'Jnieves@gonzalezmunozlaw.com' <Jnieves@gonzalezmunozlaw.com>; 'Mitchelln@gtlaw.com' <Mitchelln@gtlaw.com>; 'Clearyd@gtlaw.com' <Clearyd@gtlaw.com>; 'Huttonj@gtlaw.com' <Huttonj@gtlaw.com>; 'Haynesn@gtlaw.com' <Haynesn@gtlaw.com>; 'fingerk@gtlaw.com' <fingerk@gtlaw.com>; 'haynesn@gtlaw.com' <haynesn@gtlaw.com>; 'gramlui@yahoo.com' <gramlui@yahoo.com>; 'beth@hbsslaw.com' <beth@hbsslaw.com>; 'steve@hbsslaw.com' <steve@hbsslaw.com>; 'ygc@rclopr.com' <ygc@rclopr.com>; 'ygc1@prtc.net' <ygc1@prtc.net>;

'jmoralesb@microjuris.com' <jmoralesb@microjuris.com>; 'handuze@microjuris.com' <handuze@microjuris.com>; 'corraldieg@gmail.com' <corraldieg@gmail.com>; 'QUIEBRAS@ELBUFETEDELPUEBLO.COM' <QUIEBRAS@ELBUFETEDELPUEBLO.COM>; 'hernandezrodriguezlaw@gmail.com' <hernandezrodriguezlaw@gmail.com>; 'robin.keller@hoganlovells.com' <robin.keller@hoganlovells.com>; 'jesus.cuza@hklaw.com' <jesus.cuza@hklaw.com>; 'bos-bankruptcy@hklaw.com' <bos-bankruptcy@hklaw.com>; 'mvega@senado.pr.gov' <mvega@senado.pr.gov>; 'claudia.quinones@indianowilliams.com' <claudia.quinones@indianowilliams.com>; 'david.indiano@indianowilliams.com' <david.indiano@indianowilliams.com>; 'leticia.casalduc@indianowilliams.com' <leticia.casalduc@indianowilliams.com>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV' <Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV>; 'janebeckerwhitaker@gmail.com' <janebeckerwhitaker@gmail.com>; 'irg@roldanlawpr.com' <irg@roldanlawpr.com>; 'irm@roldanlawpr.com' <irm@roldanlawpr.com>; 'ivonnegm@prw.net' <ivonnegm@prw.net>; 'glenncarljameslawoffices@gmail.com' <glenncarljameslawoffices@gmail.com>; 'JPGLaw@outlook.com' <JPGLaw@outlook.com>; 'JPGLaw@outlook.com' <JPGLaw@outlook.com>; 'mroot@jenner.com' <mroot@jenner.com>; 'csteege@jenner.com' <csteege@jenner.com>; 'rgordon@jenner.com' <rgordon@jenner.com>; 'rlevin@jenner.com' <rlevin@jenner.com>; 'cwedoff@jenner.com' <cwedoff@jenner.com>; 'rrivera@jgl.com' <rrivera@jgl.com>; 'apico@jgl.com' <apico@jgl.com>; 'brosenblum@jonesday.com' <brosenblum@jonesday.com>; 'jgross@jonesday.com' <jgross@jonesday.com>; 'bbennett@jonesday.com' <bbennett@jonesday.com>; 'ssooknanan@jonesday.com' <ssooknanan@jonesday.com>; 'gstewart@jonesday.com' <gstewart@jonesday.com>; 'bheifetz@jonesday.com' <bheifetz@jonesday.com>; 'vdorfman@jonesday.com' <vdorfman@jonesday.com>; 'cdipompeo@jonesday.com' <cdipompeo@jonesday.com>; 'tuttieguerrero@yahoo.com' <tuttieguerrero@yahoo.com>; 'jpsala_pr@yahoo.com' <jpsala_pr@yahoo.com>; 'salalawyers@yahoo.com' <salalawyers@yahoo.com>; 'jorgequintanalajara@gmail.com' <jorgequintanalajara@gmail.com>; 'barrios.jl@outlook.com' <barrios.jl@outlook.com>; 'barrios.jl@outlook.com' <barrios.jl@outlook.com>; 'jlcumbastorres@yahoo.com' <jlcumbastorres@yahoo.com>; 'jwc@jwcartagena.com' <jwc@jwcartagena.com>; 'riveraroman@hotmail.com' <riveraroman@hotmail.com>; 'javrua@gmail.com' <javrua@gmail.com>; 'juan@jahrlaw.com' <juan@jahrlaw.com>; 'jsoto@jbsblaw.com' <jsoto@jbsblaw.com>; 'juan@riverafont.com' <juan@riverafont.com>; 'ileanaortix@outlook.com' <ileanaortix@outlook.com>; 'dkaron@karonllc.com' <dkaron@karonllc.com>; 'kklee@ktbslaw.com' <kklee@ktbslaw.com>; 'dbussel@ktbslaw.com' <dbussel@ktbslaw.com>; 'jweiss@ktbslaw.com' <jweiss@ktbslaw.com>; 'aperez@kpmg.com' <aperez@kpmg.com>; 'Lnegron@kpmg.com' <Lnegron@kpmg.com>; 'acaton@kramerlevin.com' <acaton@kramerlevin.com>; 'tmayer@kramerlevin.com' <tmayer@kramerlevin.com>; 'pbentley@kramerlevin.com' <pbentley@kramerlevin.com>; 'dblabey@kramerlevin.com' <dblabey@kramerlevin.com>; 'dbuckley@kramerlevin.com' <dbuckley@kramerlevin.com>; 'nhamerman@kramerlevin.com' <nhamerman@kramerlevin.com>; 'abyowitz@kramerlevin.com' <abyowitz@kramerlevin.com>; 'ghorowitz@kramerlevin.com' <ghorowitz@kramerlevin.com>; 'agraitfe@agraitlawpr.com' <agraitfe@agraitlawpr.com>; 'acevedovila1@gmail.com' <acevedovila1@gmail.com>;

- 5 -

'pola@frankpolajr.com' <pola@frankpolajr.com>; 'gls@lopezsolerlaw.com' <gls@lopezsolerlaw.com>; 'jemudd@yahoo.com' <jemudd@yahoo.com>; 'craigmcc@me.com' <craigmcc@me.com>; 'fpabon@lvvlaw.com' <fpabon@lvvlaw.com>; 'rrodriguez@juris.inter.edu' <rrodriguez@juris.inter.edu>; 'suarezcobo@gmail.com' <suarezcobo@gmail.com>; 'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>; 'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>; 'thomas.hommel@lehmanholdings.com' <thomas.hommel@lehmanholdings.com>; 'pamela.simons@lehmanholdings.com' <pamela.simons@lehmanholdings.com>; 'abhishek.kalra@lehmanholdings.com' <abhishek.kalra@lehmanholdings.com>; 'lemuel.law@gmail.com' <lemuel.law@gmail.com>; 'ivandialo2001@yahoo.com' <ivandialo2001@yahoo.com>; 'alinares2020@yahoo.com' <alinares2020@yahoo.com>; 'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>; 'jsanchez@lsplawpr.com' <jsanchez@lsplawpr.com>; 'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>; 'mvazquez@lsplawpr.com' <mvazquez@lsplawpr.com>; 'wlugo@lugomender.com' <wlugo@lugomender.com>; 'lawlugo1@gmail.com' <lawlugo1@gmail.com>; 'luisfredsalgado@hotmail.com' <luisfredsalgado@hotmail.com>; 'jorge@mlrelaw.com' <jorge@mlrelaw.com>; 'emil@mlrelaw.com' <emil@mlrelaw.com>; 'mevicens@yahoo.com' <mevicens@yahoo.com>; 'mfvelezquiebras@gmail.com' <mfvelezquiebras@gmail.com>; 'cvelaz@mpmlawpr.com' <cvelaz@mpmlawpr.com>; 'lmarini@mpmlawpr.com' <lmarini@mpmlawpr.com>; 'malvarez@mpmlawpr.com' <malvarez@mpmlawpr.com>; 'Clark.whitmore@maslon.com' <Clark.whitmore@maslon.com>; 'Brian.klein@maslon.com' <Brian.klein@maslon.com>; 'Jason.reed@maslon.com' <Jason.reed@maslon.com>; 'Ana.chilingarishvili@maslon.com' <Ana.chilingarishvili@maslon.com>; 'maxtruj@gmail.com' <maxtruj@gmail.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com' <aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com' <ezm@mcvpr.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com' <aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com' <ezm@mcvpr.com>; 'harlawpr@gmail.com' <harlawpr@gmail.com>; 'wsmith@mwe.com' <wsmith@mwe.com>; 'jkapp@mwe.com' <jkapp@mwe.com>; 'mthibert-ind@mwe.com' <mthibert-ind@mwe.com>; 'ksheehan@mwe.com' <ksheehan@mwe.com>; 'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>; 'serrano.urdaz.law@hotmail.com' <serrano.urdaz.law@hotmail.com>; 'ddunne@milbank.com' <ddunne@milbank.com>; 'amiller@milbank.com' <amiller@milbank.com>; 'gmainland@milbank.com' <gmainland@milbank.com>; 'dmonserrate@msglawpr.com' <dmonserrate@msglawpr.com>; 'rlozada@msglawpr.com' <rlozada@msglawpr.com>; 'fgierbolini@msglawpr.com' <fgierbolini@msglawpr.com>; 'msimonet@msglawpr.com' <msimonet@msglawpr.com>; 'rschell@msglawpr.com' <rschell@msglawpr.com>; 'ramon.dapena@mbcdlaw.com' <ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com' <victor.quinones@mbcdlaw.com>; 'ramon.dapena@mbcdlaw.com' <ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com' <victor.quinones@mbcdlaw.com>; 'JPeck@mofo.com' <JPeck@mofo.com>; 'GLee@mofo.com' <GLee@mofo.com>; 'jbrugue@mbbclawyers.com' <jbrugue@mbbclawyers.com>; 'navarro@navarrolawpr.com' <navarro@navarrolawpr.com>; 'man@nblawpr.com' <man@nblawpr.com>; 'hermann.bauer@oneillborges.com' <hermann.bauer@oneillborges.com>; 'daniel.perez@oneillborges.com' <daniel.perez@oneillborges.com>; 'ubaldo.fernandez@oneillborges.com'

<ubaldo.fernandez@oneillborges.com>; 'Carla.garcia@oneillborges.com'
<Carla.garcia@oneillborges.com>; 'ldelacruz@oeg.pr.gov' <ldelacruz@oeg.pr.gov>;
'nrivera@oeg.pr.gov' <nrivera@oeg.pr.gov>; 'l.ortizsegura@ploolaw.com'
<l.ortizsegura@ploolaw.com>; 'lawrog@gmail.com' <lawrog@gmail.com>;
'emckeen@omm.com' <emckeen@omm.com>; 'apavel@omm.com' <apavel@omm.com>;
'jrapisardi@omm.com' <jrapisardi@omm.com>; 'suhland@omm.com' <suhland@omm.com>;
'pfriedman@omm.com' <pfriedman@omm.com>; 'dperez@omm.com' <dperez@omm.com>;
'dcantor@omm.com' <dcantor@omm.com>; 'roppenheimer@omm.com'
<roppenheimer@omm.com>; 'mpocha@omm.com' <mpocha@omm.com>;
'pfriedman@omm.com' <pfriedman@omm.com>; 'ofernandez@oflawoffice.com'
<ofernandez@oflawoffice.com>; 'orlando1701@gmail.com' <orlando1701@gmail.com>;
'gonzalezbadillo@gmail.com' <gonzalezbadillo@gmail.com>; 'toledo.bankruptcy@gmail.com'
<toledo.bankruptcy@gmail.com>; 'Otero_and_assoc@hotmail.com'
<Otero_and_assoc@hotmail.com>; 'Despins, Luc A.' <lucdespins@paulhastings.com>; 'Tenzer,
Andrew V.' <andrewtenzer@paulhastings.com>; 'Plaskon, Leslie A.'
<leslieplaskon@paulhastings.com>; 'Bliss, James R.' <jamesbliss@paulhastings.com>;
'Worthington, James B.' <jamesworthington@paulhastings.com>; 'Buscarino, Anthony F.'
<anthonybuscarino@paulhastings.com>; 'Comerford, Mike'
<michaelcomerford@paulhastings.com>; 'Bongartz, Alex' <alexbongartz@paulhastings.com>;
'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'arosenberg@paulweiss.com'
<arosenberg@paulweiss.com>; 'gpavia@pavialazaro.com' <gpavia@pavialazaro.com>;
'gerardopavialaw@msn.com' <gerardopavialaw@msn.com>; 'peajeinfo@dechert.com'
<peajeinfo@dechert.com>; 'pevarfon@gmail.com' <pevarfon@gmail.com>;
'luis.vazquez@peerlessoil.com' <luis.vazquez@peerlessoil.com>; 'adtoro@pico-blanco.com'
<adtoro@pico-blanco.com>; 'mmercado@mercado-echegaray-law.com' <mmercado@mercado-echegaray-law.com>; 'margaritalmercado@gmail.com' <margaritalmercado@gmail.com>;
'oramos@pmalaw.com' <oramos@pmalaw.com>; 'mtrelles@pmalaw.com'
<mtrelles@pmalaw.com>; 'puertoricoteam@primeclerk.com'
<puertoricoteam@primeclerk.com>; 'serviceqa@primeclerk.com' <serviceqa@primeclerk.com>;
'mbienenstock@proskauer.com' <mbienenstock@proskauer.com>; 'ppossinger@proskauer.com'
<ppossinger@proskauer.com>; 'ebarak@proskauer.com' <ebarak@proskauer.com>;
'mzerjal@proskauer.com' <mzerjal@proskauer.com>; 'sratner@proskauer.com'
<sratner@proskauer.com>; 'tmungovan@proskauer.com' <tmungovan@proskauer.com>;
'bbobroff@proskauer.com' <bbobroff@proskauer.com>; 'mfirestein@proskauer.com'
<mfirestein@proskauer.com>; 'lrappaport@proskauer.com' <lrappaport@proskauer.com>;
'cfebus@proskauer.com' <cfebus@proskauer.com>; 'kperra@proskauer.com'
<kperra@proskauer.com>; 'jerichman@proskauer.com' <jerichman@proskauer.com>;
'jalonzo@proskauer.com' <jalonzo@proskauer.com>; 'JLevitan@proskauer.com'
<JLevitan@proskauer.com>; 'BRosen@proskauer.com' <BRosen@proskauer.com>;
'gbrenner@proskauer.com' <gbrenner@proskauer.com>; 'wdalsen@proskauer.com'
<wdalsen@proskauer.com>; 'MHackett@proskauer.com' <MHackett@proskauer.com>;
'sweise@proskauer.com' <sweise@proskauer.com>; 'prosol@utier.org' <prosol@utier.org>;
'prodriguez@prvlaw.com' <prodriguez@prvlaw.com>; 'penagaricanobrownusdc@gmail.com'
<penagaricanobrownusdc@gmail.com>; 'Mohammad.Yassin@aafaf.pr.gov'
<Mohammad.Yassin@aafaf.pr.gov>; 'anabelle.centeno@pridco.pr.gov'
<anabelle.centeno@pridco.pr.gov>; 'fsilva@claropr.com' <fsilva@claropr.com>;

'susheelkirpalani@quinnemanuel.com' <susheelkirpalani@quinnemanuel.com>;
'ericwinston@quinnemanuel.com' <ericwinston@quinnemanuel.com>;
'danielsalinas@quinnemanuel.com' <danielsalinas@quinnemanuel.com>;
'erickay@quinnemanuel.com' <erickay@quinnemanuel.com>;
'katescherling@quinnemanuel.com' <katescherling@quinnemanuel.com>;
'darrengoldman@quinnemanuel.com' <darrengoldman@quinnemanuel.com>;
'rtorres@torresrodlaw.com' <rtorres@torresrodlaw.com>; 'erb@rodriguezbinetlaw.com'
<erb@rodriguezbinetlaw.com>; 'cgray@reedsmith.com' <cgray@reedsmith.com>;
'dschlecker@reedsmith.com' <dschlecker@reedsmith.com>; 'eschaffer@reedsmith.com'
<eschaffer@reedsmith.com>; 'lsizemore@reedsmith.com' <lsizemore@reedsmith.com>;
'kgwynne@reedsmith.com' <kgwynne@reedsmith.com>; 'cspringer@reedsmith.com'
<cspringer@reedsmith.com>; 'escalera@reichardescalera.com'
<escalera@reichardescalera.com>; 'arizmendis@reichardescalera.com'
<arizmendis@reichardescalera.com>; 'riverac@reichardescalera.com'
<riverac@reichardescalera.com>; 'pabong@reichardescalera.com'
<pabong@reichardescalera.com>; 'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>;
'iacosta@renocavanaugh.com' <iacosta@renocavanaugh.com>;
'tpennington@renocavanaugh.com' <tpennington@renocavanaugh.com>;
'mpico@rexachpico.com' <mpico@rexachpico.com>; 'prcr@mcvpr.com' <prcr@mcvpr.com>;
'filippetti_r@hotmail.com' <filippetti_r@hotmail.com>; 'castilloricardo977@gmail.com'
<castilloricardo977@gmail.com>; 'ortizcolonricardo@gmail.com'
<ortizcolonricardo@gmail.com>; 'rortiz@rloclaw.onmicrosoft.com'
<rortiz@rloclaw.onmicrosoft.com>; 'nrickenbach@rickenbachpr.com'
<nrickenbach@rickenbachpr.com>; 'victorriverarios@rcrtrblaw.com'
<victorriverarios@rcrtrblaw.com>; 'etulla@riveratulla.com' <etulla@riveratulla.com>;
'icabrera@riveratulla.com' <icabrera@riveratulla.com>; 'marivera@riveratulla.com'
<marivera@riveratulla.com>; 'cacevedo@riveratulla.com' <cacevedo@riveratulla.com>;
'lrobbins@robbinsrussell.com' <lrobbins@robbinsrussell.com>; 'mstancil@robbinsrussell.com'
<mstancil@robbinsrussell.com>; 'gorseck@robbinsrussell.com' <gorseck@robbinsrussell.com>;
'kzecca@robbinsrussell.com' <kzecca@robbinsrussell.com>; 'dburke@robbinsrussell.com'
<dburke@robbinsrussell.com>; 'lpettit@robbinsrussell.com' <lpettit@robbinsrussell.com>;
'jbolian@robbinsrussell.com' <jbolian@robbinsrussell.com>; 'romn1960@gmail.com'
<romn1960@gmail.com>; 'estudiolegalrivera2@gmail.com' <estudiolegalrivera2@gmail.com>;
'buzz.rochelle@romclaw.com' <buzz.rochelle@romclaw.com>; 'kdm@romclaw.com'
<kdm@romclaw.com>; 'manuel@rodriguezbanchs.com' <manuel@rodriguezbanchs.com>;
'rosasegui@yahoo.com' <rosasegui@yahoo.com>; 'mrm@rmlawpr.com' <mrm@rmlawpr.com>;
'Douglas.Hallward-Driemeier@ropesgray.com' <Douglas.Hallward-
Driemeier@ropesgray.com>; 'Keith.Wofford@ropesgray.com'
<Keith.Wofford@ropesgray.com>; 'Daniel.Egan@ropesgray.com'
<Daniel.Egan@ropesgray.com>; 'r.miranda@rmirandalex.net' <r.miranda@rmirandalex.net>;
'rprats@rpplaw.com' <rprats@rpplaw.com>; 'carlos.lugo@saldanalaw.com'
<carlos.lugo@saldanalaw.com>; 'hector.saldana@saldanalaw.com'
<hector.saldana@saldanalaw.com>; 'jsanchez@scvrlaw.com' <jsanchez@scvrlaw.com>;
'mhernandez@scvrlaw.com' <mhernandez@scvrlaw.com>; 'jsalichs@splawpr.com'
<jsalichs@splawpr.com>; 'etejeda@splawpr.com' <etejeda@splawpr.com>; 'avb@sbgblaw.com'
<avb@sbgblaw.com>; 'avb@sbgblaw.com' <avb@sbgblaw.com>; 'jsanabria@sbgblaw.com'

'jsanabria@sbgblaw.com' <jsanabria@sbgblaw.com>; 'gviviani@sanpir.com' <gviviani@sanpir.com>; 'jreyes@sanpir.com' <jreyes@sanpir.com>; 'fserra@sampr.com' <fserra@sampr.com>; 'jvannah@santandersecurities.com' <jvannah@santandersecurities.com>; 'santilawoffice@yahoo.com' <santilawoffice@yahoo.com>; 'sramirez@sarlaw.com' <sramirez@sarlaw.com>; 'Roy.purcell@scotiabank.com' <Roy.purcell@scotiabank.com>; 'Rgf@mcvpr.com' <Rgf@mcvpr.com>; 'secbankruptcy@sec.gov' <secbankruptcy@sec.gov>; 'NYROBankruptcy@sec.gov' <NYROBankruptcy@sec.gov>; 'bankruptcynoticeschr@sec.gov' <bankruptcynoticeschr@sec.gov>; 'epo@amgprlaw.com' <epo@amgprlaw.com>; 'jsantos@smlawpr.com' <jsantos@smlawpr.com>; 'anunez@smlawpr.com' <anunez@smlawpr.com>; 'emaldonado@smlawpr.com' <emaldonado@smlawpr.com>; 'acouret@smlawpr.com' <acouret@smlawpr.com>; 'adeliz@smlawpr.com' <adeliz@smlawpr.com>; 'lcumpiano@yahoo.com' <lcumpiano@yahoo.com>; 'FSosnick@Shearman.com' <FSosnick@Shearman.com>; 'Kelly.McDonald@Shearman.com' <Kelly.McDonald@Shearman.com>; 'jbgoplerud@sagwlaw.net' <jbgoplerud@sagwlaw.net>; 'ahowie@sagwlaw.net' <ahowie@sagwlaw.net>; 'squsba@stblaw.com' <squsba@stblaw.com>; 'bfriedman@stblaw.com' <bfriedman@stblaw.com>; 'nbaker@stblaw.com' <nbaker@stblaw.com>; 'edward.linden@stblaw.com' <edward.linden@stblaw.com>; 'MARIAE.HERNANDEZ@prepa.com' <MARIAE.HERNANDEZ@prepa.com>; 'Jay.goffman@skadden.com' <Jay.goffman@skadden.com>; 'mark.mcdermott@skadden.com' <mark.mcdermott@skadden.com>; 'stansoffice@aol.com' <stansoffice@aol.com>; 'pglassman@sycr.com' <pglassman@sycr.com>; 'cmechling@stroock.com' <cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>; 'dfliman@stroock.com' <dfliman@stroock.com>; 'cmechling@stroock.com' <cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>; 'khansen@stroock.com' <khansen@stroock.com>; 'jcanfield@stroock.com' <jcanfield@stroock.com>; 'nmanne@susmangodfrey.com' <nmanne@susmangodfrey.com>; 'mkelso@susmangodfrey.com' <mkelso@susmangodfrey.com>; 'jlopez@constructorasantiago.com' <jlopez@constructorasantiago.com>; 'Saultoledo22@yahoo.com' <Saultoledo22@yahoo.com>; 'andres@awllaw.com' <andres@awllaw.com>; 'Mfb@tcmrslaw.com' <Mfb@tcmrslaw.com>; 'Lft@tcmrslaw.com' <Lft@tcmrslaw.com>; 'nperez@tcmrslaw.com' <nperez@tcmrslaw.com>; 'jvankirk@tcmrslaw.com' <jvankirk@tcmrslaw.com>; 'Cesar.a.lopez-morales@usdoj.gov' <Cesar.a.lopez-morales@usdoj.gov>; 'Jean.lin@usdoj.gov' <Jean.lin@usdoj.gov>; 'Laura.A.Hunt@usdoj.gov' <Laura.A.Hunt@usdoj.gov>; 'Thomas.g.ward@usdoj.gov' <Thomas.g.ward@usdoj.gov>; 'unionecfse@yahoo.com' <unionecfse@yahoo.com>; 'migade19@hotmail.com' <migade19@hotmail.com>; 'jaimeenriquecruzalvarez@gmail.com' <jaimeenriquecruzalvarez@gmail.com>; 'christopher.connolly@usdoj.gov' <christopher.connolly@usdoj.gov>; 'velez.hector@epa.gov' <velez.hector@epa.gov>; 'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'wardlow.w.benson@usdoj.gov' <wardlow.w.benson@usdoj.gov>; 'USTP.Region21@usdoj.gov' <USTP.Region21@usdoj.gov>; 'hvaldes@v-olaw.com' <hvaldes@v-olaw.com>; 'jeva@valenzuelalaw.net' <jeva@valenzuelalaw.net>; 'jose.enrico.valenzuela1@gmail.com' <jose.enrico.valenzuela1@gmail.com>; 'vero@ferraiuoli.pr' <vero@ferraiuoli.pr>; 'victor@calderon-law.com' <victor@calderon-law.com>; 'ramonvinas@vinasllc.com' <ramonvinas@vinasllc.com>; 'ramonvinas@vinasllc.com' <ramonvinas@vinasllc.com>; 'Rgmason@wlrk.com' <Rgmason@wlrk.com>; 'Arwolf@wlrk.com' <Arwolf@wlrk.com>;

'Eakleinhaus@wlrk.com' <Eakleinhaus@wlrk.com>; 'Bbolin@wlrk.com' <Bbolin@wlrk.com>; 'KBGoldberg@wlrk.com' <KBGoldberg@wlrk.com>; 'AKHerring@wlrk.com' <AKHerring@wlrk.com>; 'marcia.goldstein@weil.com' <marcia.goldstein@weil.com>; 'kelly.diblasi@weil.com' <kelly.diblasi@weil.com>; 'gabriel.morgan@weil.com' <gabriel.morgan@weil.com>; 'jonathan.polkes@weil.com' <jonathan.polkes@weil.com>; 'gregory.silbert@weil.com' <gregory.silbert@weil.com>; 'swb@wbmvlaw.com' <swb@wbmvlaw.com>; 'sawbacal@aol.com' <sawbacal@aol.com>; 'pwm@wbmvlaw.com' <pwm@wbmvlaw.com>; 'prwolverine@gmail.com' <prwolverine@gmail.com>; 'jvv@wbmvlaw.com' <jvv@wbmvlaw.com>; 'javier.a.vega@gmail.com' <javier.a.vega@gmail.com>; 'gkurtz@whitecase.com' <gkurtz@whitecase.com>; 'jcunningham@whitecase.com' <jcunningham@whitecase.com>; 'brian.pfeiffer@whitecase.com' <brian.pfeiffer@whitecase.com>; 'michele.meises@whitecase.com' <michele.meises@whitecase.com>; 'jzakia@whitecase.com' <jzakia@whitecase.com>; 'csloane@whitecase.com' <csloane@whitecase.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'william.m.vidal@gmail.com' <william.m.vidal@gmail.com>; 'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mfeldman@willkie.com' <mfeldman@willkie.com>; 'jminias@willkie.com' <jminias@willkie.com>; 'mseidel@willkie.com' <mseidel@willkie.com>; 'jdugan@willkie.com' <jdugan@willkie.com>; 'jkorn@willkie.com' <jkorn@willkie.com>; 'tmundiya@willkie.com' <tmundiya@willkie.com>; 'pshalhoub@willkie.com' <pshalhoub@willkie.com>; 'ayanez@willkie.com' <ayanez@willkie.com>; 'bkuehn@wmd-law.com' <bkuehn@wmd-law.com>; 'JLawlor@wmd-law.com' <JLawlor@wmd-law.com>; 'jpatton@ycst.com' <jpatton@ycst.com>; 'rbrady@ycst.com' <rbrady@ycst.com>; 'jdorsey@ycst.com' <jdorsey@ycst.com>; 'asociaciongerencialescfse@gmail.com' <asociaciongerencialescfse@gmail.com>