UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING URGENT CONSENTED MOTION
FOR EXTENSION OF DEADLINES (DOCKET ENTRY NO. 4586)

       The Court has received and reviewed the *Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 4586, the "Motion") filed by the Commonwealth of Puerto Rico. The Motion is granted to the extent provided herein. Opposition papers to the *Motion to Determine the Applicability of the Automatic Stay and/or Relief from the Automatic Stay* (Docket Entry No. 4493, the "Lift Stay Motion") must be filed by **January 11, 2019 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers to the Lift Stay Motion must be filed by **January 18, 2019 at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 4586 in Case No. 17-3283.

SO ORDERED.

Dated: January 2, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge