PS|Ship - FedEx Label  Page 1 of 3

From: (212) 403-1000
Peter C. Hein
Wachtell, Lipton, Rosen & Katz
51 w 52 street
29th Floor
New York, NY 10019
UNITED STATES

Origin ID: QNYA

FedEx Express

Ship Date: 31DEC18
ActWgt: 1.00 LB
CAD: 103936229/WSXI2750

REF: 70000.0221-0221
DESC-1: Letter and enclosures to Court
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE:
CUSTOMS VALUE: 0.00 USD
T/C: S 010060648      D/T: S 010060648
SIGN: Peter C. Hein
EIN/VAT:
PKG:PAK

SHIP TO: (212) 403-1237   BILL SENDER
Clerk's Office
United States District Court
Room 150 Federal Building

San Juan, PR 00918
US



TRK# 7847 2861 2817
0430

WED - 02 JAN A5
INTL PRIORITY

00918
PR-US

XQ SIGA

SJU

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

© 2011 FedEx 158366 REV 1/11

