UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Re: ECF Nos. 4476, 4549

ORDER GRANTING URGENT MOTION FOR EXTENSION OF TIME

Upon the *Urgent Motion for Extension of Time* (Docket Entry No. 4589, the "Extension Motion") filed by Plaza Las Américas, Inc. ("Plaza"); and the Court having found that it has subject matter jurisdiction over this matter pursuant to PROMESA Section 306; and it appearing that venue in this district is proper pursuant to PROMESA Section 307; and the Court having found that the relief requested in the Extension Motion is in the best interests of Plaza and the Puerto Rico Department of State; and the Court having reviewed the Extension Motion; and the Court having determined that the basis set forth in the Extension Motion establishes just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1. The Extension Motion is granted as set forth herein.

2. The deadline for Plaza to indicate whether it consents to the assumption or rejection of its lease with the Puerto Rico Department of State is extended to January 31, 2019, as provided in the Bridge Order (Docket Entry No. 4549).

3. This Order resolves Docket Entry No. 4589 in Case No. 17-3283.

SO ORDERED.

Dated: January 2, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge