Elliott Asset Management
One International Place
Suite 1400
Boston MA 02110

Chambers of Honorable Laura Taylor Swain Puerto Rico
Chambers Copy
150 Carlos Chardón Street
Federal Building, Office 150
San Juan, PR 00918-1767

RECEIVED & FILED
2019 JAN -2 PM 2:54
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

