**Hage & Hage**
LAW AND CONSULTING
283 Genesee Street • Utica, NY 13501-3805

Chambers of Honorable Laura Taylor Swain
150 Carlos Chardón Street
Federal Building, Office 150
San Juan, Puerto Rico 00918-1767



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2019 JAN -2 PM 2:34

RECEIVED & FILED