# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This filing relates to COFINA only |

## NOTICE OF FILING OF DECLARATION OF DANIEL P. GOLDBERG

The Bank of New York Mellon ("BNYM"), as trustee under the Amended and Restated Sales Tax Revenue Bond Resolution (as amended and supplemented, the "Bond Resolution"), adopted on July 13, 2007, by the Puerto Rico Sales Tax Financing Corporation

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

("COFINA"), through its undersigned counsel, hereby files the attached Declaration of Daniel P. Goldberg pursuant to the Court's December 19, 2018, Order Granting Urgent Consensual Motion for Entry of Order Establishing Procedures Regarding Section 19.5 of the COFINA Plan of Adjustment [Doc No. 394].

| | |
|---|---|
| Dated: January 2, 2019 | SEPULVADO, MALDONADO & COURET |
| | By: *s/ Albéniz Couret Fuentes* <br> Albéniz Couret Fuentes <br> USDC-PR Bar No. 222207 <br> AON Center, Suite 990 <br> 304 Ponce de León Ave. <br> Telephone: (787) 765-5656 <br> Facsimile: (787) 294-0073 <br> Email:acouret@smlawpr.com |
| | REED SMITH LLP |
| | */s/ Eric A. Schaffer* <br> Eric A. Schaffer <br> Luke A. Sizemore <br> 225 Fifth Avenue, Suite 1200 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 288-3131 <br> Facsimile : (412) 288-3063 <br> Email : eschaffer@reedsmith.com <br> Email : lsizemore@reedsmith.com |
| | Kurt F. Gwynne <br> 1201 N. Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> Telephone: (302) 778-7550 <br> Facsimile: (302) 778-7575 <br> Email: kgwynne@reedsmith.com |
| | *Counsel to The Bank of New York Mellon, as indenture trustee* |