# Estimate of Reasonable BNYM Defense Costs

| | | Lower reasonable estimate ($) | Lower reasonable estimate (# of hours) | Higher reasonable estimate ($) | Higher reasonable estimate (# of hours) |
|---|---|---:|---:|---:|---:|
| **Attorney Fees** | | | | | |
| Case Assessment | | | | | |
| | Fact Investigation | $ 600,000 | 750 | $ 1,200,000 | 1500 |
| | Analysis/Strategy | $ 288,000 | 360 | $ 480,000 | 600 |
| | Experts | $ 160,000 | 200 | $ 320,000 | 400 |
| | Other | $ 64,000 | 80 | $ 128,000 | 160 |
| | | $ 1,112,000 | 1390 | $ 2,128,000 | 2660 |
| Pleadings & Motions | | | | | |
| | MTD | $ 1,463,200 | 1829 | $ 1,816,000 | 2270 |
| | Answer | $ 232,000 | 290 | $ 328,000 | 410 |
| | MTS/MTD | $ 184,000 | 230 | $ 240,000 | 300 |
| | Conferences | $ 86,400 | 108 | $ 136,800 | 171 |
| | Summary Judgment | $ 1,808,000 | 2260 | $ 2,864,000 | 3580 |
| | Other | $ 96,000 | 120 | $ 192,000 | 240 |
| | | $ 3,869,600 | 4837 | $ 5,576,800 | 6971 |
| Discovery | | | | | |
| | Fact - Written | $ 257,600 | 322 | $ 378,400 | 473 |
| | Fact - Doc Prod/Review | $ 2,775,000 | * | $ 4,762,500 | ** |
| | Fact - Depositions (40) | $ 2,880,000 | 3600 | $ 3,680,000 | 4600 |
| | Expert | $ 1,472,000 | 1840 | $ 2,272,000 | 2840 |
| | Motions | $ 249,600 | 312 | $ 499,200 | 624 |
| | Other/Misc | $ 624,000 | 780 | $ 1,248,000 | 1560 |
| | | $ 8,258,200 | | $ 12,840,100 | |
| Trial | | | | | |
| | Motions & Submissions | $ 1,120,000 | 1400 | $ 1,680,000 | 2100 |
| | Fact witness prep | $ 800,000 | 1000 | $ 1,200,000 | 1500 |
| | Expert witness prep (8) | $ 768,000 | 960 | $ 1,024,000 | 1280 |
| | Mock Trial | $ 320,000 | 400 | $ 400,000 | 500 |
| | Trial (10 days) | $ 640,000 | 800 | $ 1,536,000 | 1920 |
| | Post-trial | $ 292,800 | 366 | $ 408,000 | 510 |
| | | $ 3,940,800 | 4926 | $ 6,248,000 | 7810 |
| Appeal | | $ 740,800 | 926 | $ 1,111,200 | 1389 |
| Re-trial | | $ 1,970,400 | 50% trial | $ 3,124,000 | 50% trial |
| Re-appeal | | $ 370,400 | 50% appeal | $ 555,600 | 50% appeal |
| | **Fees Total** | **$ 20,262,200** | | **$ 31,583,700** | |
| | | | | | |
| **Expenses** | | | | | |
| | Experts | $ 1,050,000 | | $ 2,100,000 | |
| | Paralegals | $ 1,350,000 | | $ 2,025,000 | |
| | Local counsel | $ 500,000 | | $ 1,000,000 | |
| | E-discovery vendor | $ 500,000 | | $ 1,000,000 | |
| | Deposition costs | $ 144,000 | | $ 192,000 | |
| | Jury consultants | $ 500,000 | | $ 1,000,000 | |
| | Puerto Rico travel | $ 300,000 | | $ 600,000 | |
| | Misc | $ 125,000 | | $ 250,000 | |
| | **Expenses Total** | **$ 4,469,000** | | **$ 8,167,000** | |
| | | | | | |
| | **Fees + Expenses Total** | **$ 24,731,200** | | **$ 39,750,700** | |

\* 4500 doc-review atty hrs ($350) and 1500 blended-rate hrs ($800)
\*\* 6750 doc-review atty hrs ($350) and 3000 blended-rate hrs ($800)