Estimate of Reasonable BNYM Defense Costs

| | | Lower reasonable estimate ($) | Lower reasonable estimate (# of hours) | Explanation | Higher reasonable estimate ($) | Higher reasonable estimate (# of hours) | Explanation |
|---|---|---|---|---|---|---|---|
| **Attorney Fees** | | | | | | | |
| Case Assessment | | | | | | | |
| | Fact Investigation | $ 600,000 | 750 | 3 associates and 2 partners working 150 hours per month for one month | $ 1,200,000 | 1500 | One additional month compared to low estimate |
| | Analysis/Strategy | $ 288,000 | 360 | 3 partners working 1 (40 hour) week and 3 associates working 2 weeks | $ 480,000 | 600 | 3 partners working 2 weeks each and 3 associates working 3 weeks each |
| | Experts | $ 160,000 | 200 | 1 associate working 1 week and 1 partner working 10 hours, for a total of 50 hours per expert, multiplied by 4 experts | $ 320,000 | 400 | 2 associates working for 1 week and 2 partners working 10 hours, for a total of 100 hours per expert multiplied by 4 experts |
| | Other | $ 64,000 | 80 | 2 weeks of lawyer time | $ 128,000 | 160 | 4 weeks of lawyer time |
| | | $ 1,112,000 | 1390 | | $ 2,128,000 | 2660 | |
| Pleadings & Motions | | | | | | | |
| | MTD | $ 1,463,200 | 1829 | Briefing: 450 associate hours, 120 partner hours, 285 total hours for reply (half of the opening)<br>Oral argument: 40 associate hours prepping, 40 arguing partner prepping, 40 other partner mooting<br>Appeal: 854 hours total (10% less than the underlying motion and argument) | $ 1,816,000 | 2270 | Briefing: 550 associate hours, 150 partner hours, 350 total hours for reply (half of opening)<br>Oral arg: 40 associate hours, 40 partner, 40 other partner mooting<br>Appeal: 1050 (10% less than the underlying motion and argument) |
| | Answer | $ 232,000 | 290 | Initial drafting: 2 weeks of associate time to draft, 1 additional associate week to review, 2 partners 20 hours each<br>Counterclaims: two weeks associate time, 20 hours of senior associate review, 30 hours of partner review | $ 328,000 | 410 | Initial drafting: 3 weeks of associate time, 1.5 additional associate weeks to review, 1 partner week to review, additional partner 20 hours review<br>Counterclaims: 2.5 weeks of associate time, 1 week senior associate review, 30 hours of partner review |
| | MTS/MTD | $ 184,000 | 230 | 60 hours of associate time to draft, 40 associate hours to review, 40 hours of partner to review<br>Oral argument: 30 partner hours to prepare, 40 associate hours to prepare, 20 hours (10 each for 2 attorneys) to attend the oral argument | $ 240,000 | 300 | 80 associate hours to draft, 60 senior associate hours to review, 40 partner hours to review<br>Oral argument: 40 partner hours to prep, 60 associate hours to prep, 20 hours to attend (2 attorneys) |
| | Conferences | $ 86,400 | 108 | 3 conferences per year for 3 years of litigation. 2 attorney will attend each conference, 4 hours per attorney to attend. 1 partner hour to prepare and 3 associate hours to prepare | $ 136,800 | 171 | 6 hours per attorney to attend, 2 hours of partner prep time, 5 hours of associate prep time |
| | Summary Judgment | $ 1,808,000 | 2260 | Opening brief: 4 associates working 150 hours per month for 2 months, 2 partners spend 60 hours each reviewing and drafting, 40 senior partner review hours, 20 partner hours split among the rest of the team to review<br>Reply: 50% of opening brief<br>Oral Arg: 80 associate hours to prep, 40 arguing partner hours to prep, 40 hours of other partner(s) to prep/moot, 30 hours total for all lawyers to attend argument | $ 2,864,000 | 3580 | Assume cross motions for summary judgment, creating one more round of briefing: 4 associates work for 1 month each, 40 partner hours, 20 other partner(s) hours, for a total of 660 additional hours<br>Assume there are two litigations, add an additional 660 hours |
| | Other | $ 96,000 | 120 | 1 week per year for 3 years of attorney time | $ 192,000 | 240 | 2 weeks per year for 3 years of attorney time |
| | | $ 3,869,600 | 4837 | | $ 5,576,800 | 6971 | |
| Discovery | | | | | | | |
| | Fact - Written | $ 257,600 | 322 | Drafting: 1 associate for 1 week, another associate for 20 hours to review, partner 20 hours to review<br>Responding: 2 associates for 2 weeks each, 40 partner hours to review, 10 senior partner hours to review<br>Meet and confer: 1 hour session, 1 partner and 1 associate at each session, 8 sessions over 3 years, 1 hour of prep time per lawyer per session | $ 378,400 | 473 | Drafting: 1 associate for 1.5 weeks, 30 additional associate hours, 20 partner hours<br>Responding: 2 associates for 3 weeks each, 60 partners hours to review, 15 senior partner hours to review<br>Meet and confer: 1.5 hour session, 1 partner and 1 associate at each session, 8 sessions over 3 years, 1.5 hours of prep time per lawyer per session |
| | Fact - Doc Prod/Review | $ 2,775,000 | * | Defensive review, first level: 10 document review attorneys (billing at $350/hour each) work 2 months each<br>Defensive review, second level: 5 document review attorneys work for 1 month<br>Defensive review, third level: 5 associates/partners (billing at $850/hour each) work for 1 month<br>Offensive review, first level: 5 document review attorneys for 1 month<br>Offensive review, second level : 5 associates for 1 month | $ 4,762,500 | ** | 1 additional month of work for the 10 document review attorneys and an additional 2 months of work for 5 associates |
| | Fact - Depositions (40) | $ 2,880,000 | 3600 | Per deposition: 40 associate hours of prep, 30 partner hours of prep, 20 hours for the actual deposition (10 hours times 2 lawyers) times 40 depositions | $ 3,680,000 | 4600 | Per deposition: 60 associate hours of prep, 35 partner hours of prep, 20 hours for actual deposition, times 40 depositions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Expert | $ | 1,472,000 | 1840 | Opening reports: 2 associate and 1 partner working 2 weeks each per report (160 hours per report), times 4 reports<br>Rebuttal reports: 1 associate and 1 partner working 1 week each per report, times 4 reports<br>Reply reports: 50% of rebuttal reports<br>Depositions: 40 associate hours of prep, 30 partner hours of prep, 20 hours for actual deposition, times 8 depositions | $ | 2,272,000 | 2840 | Opening reports: 1 associate and 1 partner working 3 weeks each per report, times 4 reports<br>Rebuttal reports: 1 associate and 1 partner working 2 weeks each per report<br>Reply: 50% of rebuttal<br>Depositions: 60 associate hours of prep, 35 partner hours of prep, 20 hours for actual, times 8 depositions |
| | Motions | $ | 249,600 | 312 | Moving papers: 2 associates working for 1 week each, 20 partner hours to review<br>Responding papers: 40 associate hours, 10 partner hours<br>Appearance: 3 hours per lawyer times 2 lawyers<br>Assume 2 such motions | $ | 499,200 | 624 | Assume 4 motions |
| | Other/Misc | $ | 624,000 | 780 | 0.5 hours per week for each of 10 lawyers for 3 years | $ | 1,248,000 | 1560 | 1 hour per week for 10 lawyers for 3 years |
| | | $ | 8,258,200 | | | $ | 12,840,100 | | |
| Trial | | | | | | | | | |
| | Motions & Submissions | $ | 1,120,000 | 1400 | 7 lawyers working 50 hours per week for 4 weeks | $ | 1,680,000 | 2100 | 7 lawyers working 50 hours per week for 6 weeks |
| | Fact witness prep | $ | 800,000 | 1000 | 5 lawyers working 50 hours per week for 4 weeks | $ | 1,200,000 | 1500 | 5 lawyers working 50 hours per week for 6 weeks |
| | Expert witness prep (8) | $ | 768,000 | 960 | 2 lawyers working 60 hours per witness, times 8 expert witnesses | $ | 1,024,000 | 1280 | 2 lawyers working 80 hours per witness times 8 expert witnesses |
| | Mock Trial | $ | 320,000 | 400 | 5 lawyers working 80 hours each | $ | 400,000 | 500 | 5 lawyers working 100 hours each |
| | Trial (10 days) | $ | 640,000 | 800 | 10 day trial, 8 lawyers, 10 hours per day | $ | 1,536,000 | 1920 | 20 day trial, 8 lawyers, 12 hours per day |
| | Post-trial | $ | 292,800 | 366 | Opening papers: 3 associates working 40 hours each, 4 partners at 20 hours each<br>Reply papers: 50% of opening<br>Oral argument: 48 hours total for 3 lawyers to prepare, 18 hours total for 3 lawyers to appear | $ | 408,000 | 510 | Opening papers: 4 associates working 40 hours each, 4 partners at 30 hours each<br>Reply papers: 50% of opening<br>Oral argument: 72 hours total for 3 lawyers to prepare, 18 hours total for 3 lawyers to appear |
| | | $ | 3,940,800 | 4926 | | $ | 6,248,000 | 7810 | |
| Appeal | | $ | 740,800 | 926 | Opening: 3 associates working 40 hours per week for 4 weeks, 1 partner for 40 hours, 1 partner for 20 hours<br>Reply: 50% of opening<br>Oral arg: 1 associate for 40 hours, 1 partner for 40 hours, 2 partners for 10 hours each, 2 lawyers at 8 hours each to appear | $ | 1,111,200 | 1389 | add 50% to low estimate |
| Re-trial | | $ | 1,970,400 | | 50% trial | $ | 3,124,000 | | 50% trial |
| Re-appeal | | $ | 370,400 | | 50% appeal | $ | 555,600 | | 50% appeal |
| | **Fees Total** | **$** | **20,262,200** | | | **$** | **31,583,700** | | |
| | | | | | | | | | |
| Expenses | | | | | | | | | |
| | Experts | $ | 1,050,000 | | assume 3 non-damages experts and 1 damages expert. $150k each for the non-damages expert and $600k for damages expert | $ | 2,100,000 | | $200k for each non-damages expert and $1.5 million for damages expert. |
| | Paralegals | $ | 1,350,000 | | 1 paralegal working 1500 hours per year for 3 years (billing at $300 per hour) | $ | 2,025,000 | | 1.5 paralegals working 1500 hours per year for 3 years |
| | Local counsel | $ | 500,000 | | | $ | 1,000,000 | | |
| | E-discovery vendor | $ | 500,000 | | | $ | 1,000,000 | | |
| | Deposition costs | $ | 144,000 | | $3k per deposition times 48 depositions (40 fact plus 8 expert) | $ | 192,000 | | $4k per deposition times 48 depositions |
| | Jury consultants | $ | 500,000 | | | $ | 1,000,000 | | |
| | Puerto Rico travel | $ | 300,000 | | | $ | 600,000 | | |
| | Misc | $ | 125,000 | | | $ | 250,000 | | |
| | **Expenses Total** | **$** | **4,469,000** | | | **$** | **8,167,000** | | |
| | | | | | | | | | |
| | **Fees + Expenses Total** | **$** | **24,731,200** | | | **$** | **39,750,700** | | |

* 4500 doc-review atty hrs ($350) and 1500 blended-rate hrs ($800)
** 6750 doc-review atty hrs ($350) and 3000 blended-rate hrs ($800)