Joseph T. Lowery

Marie E. Ocampo

3 Martin Lane

Flemington, NJ 08822

Email: Neggie_30@yahoo.com

Tel: 908-806-8894

RECEIVED & FILED

2019 JAN -2 PM 3:09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To Whom It May Concern,

I am writing in response to the notification I received about the Sixth Omnibus Objection concerning proof of claim (claim #6923).

Enclosed please find a copy of my confirmation showing that I purchased 25K Puerto Rico sales tax bonds on 12/1/10 from Ameriprise Financial Services. I have also enclosed my most recent statement from Ameriprise showing that I still hold the bonds in my account.

I feel that I should be entitled to participate in the settlement of the above-mentioned bonds. Should you have any questions regarding the proof of claim you may reach me a at the above e-mail address or phone number.

Sincerely,

*Joseph T. Lowery*

Joseph T. Lowery

*Marie E. Ocampo*

Marie E. Ocampo