# Ameriprise Financial

## ACTIVITY CONFIRMATION

## BUY

Joesph T Lowery
Maria E Ocampo
3 Martin Ln
Flemington NJ 08822-7009

Account Number: Redacted
Account Type: CASH
Owner: Joseph T Lowery &
Maria Elena Ocampo Jtwros

Financial Advisor: Robert Mongelli
(973) 218-0710

We are pleased to confirm the following BUY transaction for your account:

| You Bought | Cusip | Price | Trade Date | Settlement Date |
|---|---|---|---|---|
| 25,000 | 74529JKJ3 | 103.9 | 12/01/10 | 12/06/10 |

| | |
|---|---|
| Gross Transaction Amount | $25,975.00 |
| Interest | $477.43 |
| Handling Fee | $6.00 |
| Net Transaction Amount | $26,458.43 |

Security Description
PUERTO RICO SALES TAX
FING CORP SALES TAX REV
FIRST SUB SER A B/E
CPN 5.500% DUE 08/01/37
DTD 02/09/10 FC 08/01/10
CALL 02/01/20 @ 100.000

Exchange: We are acting as principal for this trade. The price shown may include a profit or loss to Ameriprise Financial in addition to any disclosed markup/markdown. Ameriprise Financial's trading account may have a long or short position in this security.

**Special Remarks for this Transaction**
SOLICITED
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY
MANDATORY SINKING FUND *08/01/2036

NEXT CALL: 02/01/2020 @ 100.000
RATINGS: MOODY A1 AND S&P A+
4.964% YIELD TO CALL ON 02/01/2020
AT 100.00



PLEASE SEE TERMS AND CONDITIONS FOR IMPORTANT INFORMATION
Thank you for giving Ameriprise Financial the opportunity to service your investment needs. Payment for, or delivery of, securities must be made on, or prior to, the settlement date indicated above. If funds have not been sent, or are not available in your account, immediately contact your financial institution to have funds wired (see terms and conditions for instructions). If your securities are not held in your account and you have not delivered them, you must do so immediately.
1-866-295-7912

000436



# Your Ameriprise statement

for November 1, 2018 to November 30, 2018

PREPARED FOR JOSEPH T LOWERY AND MARIA ELENA OCAMPO

### Your personal advisor

**Robert Mongelli**
200 Campus Dr
Ste 150
Florham Park, NJ 07932-1007
973.549.6732
robert.mongelli@ampf.com
ampriseadvisors.com/robert.1.mongelli

## Value of your accounts

| | This month | This year |
|---|---|---|
| Beginning value | Redacted | Redacted |
| Net deposits & withdrawals | Redacted | Redacted |
| Dividends, interest & income | Redacted | Redacted |
| Change in value | Redacted | Redacted |
| Ending value | Redacted | Redacted |

## Your asset allocation



| Asset class | Value on Nov 30, 2018 | Percent of assets |
|---|---|---|
| Cash & cash investments* | Redacted | 2.9% |
| Fixed income | Redacted | 57.0% |
| Equities | Redacted | 39.3% |
| Alternatives | Redacted | 0.2% |
| Other assets | Redacted | 0.6% |
| **Total assets** | Redacted | 100% |
| Liabilities | Redacted | |
| **Total value** | Redacted | |

*Cash investments includes cash held inside pooled investments (e.g. mutual funds), as part of a manager's investment strategy, and is not directly accessible unless you sell some of that investment. For details visit ameriprise.com/allocation.

## Value of your accounts over time



This chart gives a five-year view of your account values, reflected by the black line. The gray line shows your net contributions (i.e. deposits less withdrawals) since January 1, 2013. For accounts opened prior to January 1, 2013, the starting point for the gray line is the market value of your account(s) on December 31, 2012 inclusive of deposits, withdrawals, market activity, dividends, interest and fees.

Get all the details online at ameriprise.com. Click the Portfolio tab to find your latest account value, activity and asset allocation.

## Summary of your accounts

| Page | | Beginning value | Deposits | Withdrawals | Dividends, interest & income | Change in value | Ending value |
|---|---|---|---|---|---|---|---|
| | **Personal accounts** | | | | | | |
| | MARIA ELENA OCAMPO AND JOSEPH T LOWERY | | | | | | |
| 4 | AMERIPRISE BROKERAGE ACCOUNT | Redacted | $0.00 | -$2,587.87 | $2,222.96 | -$7,701.57 | $784,862.10 |
| | JOSEPH T LOWERY | | | | | | |
| 12 | AMERIPRISE BROKERAGE ACCOUNT | Redacted | $0.00 | $0.00 | $0.00 | $242.55 | $2,923.24 |
| | ⓢ Available cash: $206.19 | | | | | | |
| | Total personal accounts | Redacted | $0.00 | -$2,587.87 | $2,222.96 | -$7,459.02 | $787,785.34 |
| | **Retirement accounts - tax qualified** | | | | | | |
| | JOSEPH T LOWERY IRA | | | | | | |
| 14 | AMERIPRISE BROKERAGE ACCOUNT | Redacted | $0.00 | -$2,925.00 | $599.80 | -$1,095.60 | $288,006.04 |
| 18 | RiverSource RAVA 5 Advantage Variable Annuity | | | | | | |
| | ⓘ Living benefit value: $315,000.00 | | | | | | |
| | Annuity contract values included in brokerage account above | | | | | | |
| 20 | STRATEGIC PORTFOLIO SERVICE ADVANTAGE | Redacted | $0.00 | $0.00 | $71.57 | $2,518.96 | $46,013.81 |
| | JOSEPH T LOWERY ROTH IRA | | | | | | |
| 24 | AMERIPRISE BROKERAGE ACCOUNT | Redacted | $0.00 | $0.00 | $0.02 | $174.32 | $14,946.87 |
| | Total retirement accounts - tax qualified | Redacted | $0.00 | -$2,925.00 | $671.39 | $1,597.68 | $348,966.72 |
| | **Total of all accounts** | Redacted | $0.00 | -$5,512.87 | $2,894.35 | -$5,861.34 | $1,136,752.06 |

The Ending Value does not reflect any pending transactions in your account(s). Should you choose to sell your entire portfolio or a holding in an account; the total amount received may not be the same as the ending value noted here due to sales or surrender charges, tax withholding, outstanding loans or other fees that may apply at the time of sale.

# Ameriprise Brokerage Account (continued)

Account #: Redacted

## Summary of your holdings - continued

| Asset | Value of assets | Percent of account |
|---|---|---|
| Total assets | Redacted | |
| Margin loan | Redacted | |
| Ending value | Redacted | 100.0% |

## Value of your margin account

| | |
|---|---|
| Beginning margin loan* | -$8,755.23 |
| Ending margin loan* | -$8,784.67 |
| Securities held on margin | $340,021.37 |

*Loan subject to interest charge.*

## Your holdings

| Description | Symbol/CUSIP | | Quantity | X | Market price | = | Ending value this period[7] | Ending value last period | Net change this period | Cost basis[1] | Unrealized gain/loss | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mutual funds** | | | | | | | | | | | | | |
| COLUMBIA DIVIDEND INCOME CL A | LBSAX | | 1,032.631 | | $22.66 | | $23,399.41 | $22,697.22 | $702.19 | $25,005.99 | -$1,606.58 | $386.51 | 1.65% |
| COLUMBIA SELIGMAN COMMUNICATIONS & INFORMATION CL A | SLMCX | M | 548.392 | | $71.19 | | $39,040.02 | $38,579.37 | $460.65 | $26,962.57 | $12,077.45 | $0.00 | 0.00% |
| FIDELITY ADVISOR STRATEGIC DIVIDEND & INCOME CL A | FASDX | M | 1,291.212 | | $15.18 | | $19,600.59 | $19,200.32 | $400.27 | $16,723.31 | $2,877.28 | $522.81 | 2.67% |
| MAINSTAY INCOME BUILDER CL A | MTRAX | | 1,946.812 | | $18.75 | | $36,502.72 | $36,035.49 | $467.23 | $38,736.37 | -$2,233.65 | $1,031.81 | 2.83% |
| MAINSTAY CUSHING MLP PREMIER CL A | CSHAX | M | 3,401.705 | | $10.64 | | $36,194.14 | $37,384.73 | -$1,190.59 | $48,519.62 | -$12,325.48 | $4,480.72 | 12.38% |
| NUVEEN LARGE CAP VALUE CL A | NNGAX | | 1,694.257 | | $26.17 | | $44,338.70 | $44,203.16 | $135.54 | $41,935.44 | $2,403.26 | $615.01 | 1.39% |
| NUVEEN HIGH YIELD MUN BOND CL A | NHMAX | | 1,404.494 | | $16.80 | | $23,595.49 | $53,408.62 | -$29,813.13 | $24,924.60 | -$1,329.11 | $1,244.80 | 5.28% |
| NUVEEN HIGH YIELD MUN BOND CL A | NHMAX | M | 1,780.278 | | $16.80 | | $29,908.67 | $0.00 | $29,908.67 | $31,593.38 | -$1,684.72 | $1,577.86 | 5.28% |
| **Total Mutual funds** | | | | | | | **$252,579.74** | **$251,508.91** | **$1,070.83** | **$254,401.28** | **-$1,821.55** | **$9,859.52** | |
| **Stocks and ADRs** | | | | | | | | | | | | | |
| CVR REFINING LTD PARTNERSHIP COM UNIT REPSTG LTD PARTNER INT | CVRR | M | 1,725.000 | | $13.84 | | $23,874.00 | $33,206.25 | -$9,332.25 | $32,432.41 | -$8,558.41 | $6,210.00 | 26.01% |

## Ameriprise Brokerage Account (continued)

Account #: 4 133

### Your holdings - continued

| Description | Symbol/CUSIP | Quantity | X Market price | = Ending value this period[7] | Ending value last period | Net change this period | Cost basis[1] | Estimated Unrealized gain/loss | Annual income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Bonds, CDs and structured products** | | | | | | | | | | |
| **2-5 YEARS** | | | | | | | | | | |
| MIDDLESEX CNTY NJ IMPT AUTH UTIL SYS REV B AMBAC B/E CAB @28.432 CPN 0.000% DUE 09/01/23 DTD 01/28/9909/01/2023 | 596567AN7 M Moodys = A3 | 15,000.000 | $87.5250 | $13,128.75 | $12,984.15 | $144.60 | $11,794.64 | $1,334.11 | $0.00 | 0.00% |
| NEW JERSEY SPORTS & EXPOSITION ATH ST CONTRACT SER A REV B/E CPN 4.500% DUE 09/01/23 DTD 12/03/03 FC 03/01/04 PRE 12/20/18 @ 100.00009/01/2023 | 64603RKR7 M Moodys = BAA2 S&P = BBB+ | 5,000.000 | $100.1210 | $5,006.05/ $56.25 | $5,008.15 | -$2.10 | $5,000.00 | $6.05 | $225.00 | 4.49% |
| **5-10 YEARS** | | | | | | | | | | |
| PUERTO RICO PUB BLDGS AUTH REV GTD GOVT FACS SER G B/E CPN 5.000% DUE 07/01/26 DTD 10/24/02 FC 01/01/03 CALL 12/31/18 @ 100.00007/01/2026 | 745235SW2 M Moodys = CA S&P = D | 15,000.000 | $60.6250 | $9,093.75 | $9,262.50 | -$168.75 | $15,000.00 | -$5,906.25 | $0.00 | 0.00% |
| **10-15 YEARS** | | | | | | | | | | |
| PUERTO RICO PUB BLDG AUTH REV GTD SER D AMBAC B/E *TECH DEFAULT CPN 5.450% DUE 07/01/30 DTD 01/30/02 FC 01/01/13 CALL 12/31/18 @ 100.00007/01/2030 | 745235D32 M Moodys = CA S&P = D | 5,000.000 | $100.1070 | $5,005.35/ $113.54 | $5,005.75 | -$0.40 | $5,000.00 | $5.35 | $272.50 | 5.44% |
| PUERTO RICO COMWLTH PR COMWLTH PUB IMPT SER A B/E OID @ 99.313 5.17% CPN 5.125% DUE 07/01/31 DTD 10/25/01 FC 01/01/02 CALL 12/31/18 @ 100.00007/01/2031 | 74514LBM8 M Moodys = CA S&P = D | 15,000.000 | $58.0000 | $8,700.00 | $9,000.00 | -$300.00 | $15,000.00 | -$6,300.00 | $0.00 | 0.00% |
| PUERTO RICO PUB BLDGS AUTH REV GTD GOVT FACS N B/E OID @98.883 5.08% CPN 5.000% DUE 07/01/32 DTD 12/20/07 FC 07/01/08 CALL 12/31/18 @ 100.00007/01/2032 | 745235B34 M Moodys = CA S&P = D | 20,000.000 | $60.6250 | $12,125.00 | $12,350.00 | -$225.00 | $19,179.49 | -$7,054.49 | $0.00 | 0.00% |
| PUERTO RICO CMWLTH PUB IMPT SER A B/E OID @99.685 5.02% CPN 5.000% DUE 07/01/33 DTD 10/16/03 FC 01/01/04 CALL 12/31/18 @ 100.00007/01/2033 | 74514LPT8 M Moodys = CA S&P = D | 5,000.000 | $58.0000 | $2,900.00 | $3,000.00 | -$100.00 | $5,000.00 | -$2,100.00 | $0.00 | 0.00% |

## Ameriprise Brokerage Account (continued)

Account #: Redacted 4 133

7 *Ending value amounts for Your holdings represent information posted as of trade date and thus may include transactions that have not settled as of the date of this statement. Total Value is derived from both assets held by the firm in your account, as well as assets held away which is reported for convenience purposes.*

9 To provide a view of your complete financial picture, information regarding non-RiverSource annuity and insurance contracts you own are displayed and included in the "Ending value" totals. Please note that while these values are displayed within this statement, these non-RiverSource annuity and insurance contracts are held directly with the issuing insurance company and are not held by Ameriprise or protected by SIPC.
Information provided by non-RiverSource insurance companies and displayed on the consolidated statement is on a "best efforts" basis as a courtesy. The timing, frequency and level of information provided varies by carrier and some insurance companies may not provide any contract information to Ameriprise. Accuracy of these values is not guaranteed, and Ameriprise is not responsible for any information provided by the issuing companies. Please verify contract and rider information with the issuing insurance company prior to taking action on your contract, as values may have changed and surrender charges may apply. If you have any questions regarding your annuity/insurance contract please contact your financial advisor. The annuitants and/or designated beneficiaries listed on this account statement may be different than those listed on the annuity or insurance contract. For detailed information about your RiverSource annuity and insurance contracts, refer to the RiverSource detail pages. For non-RiverSource annuity and insurance contract information, refer to the issuing company's statement for contract details, or contact the issuing insurance company directly.
*The MSRB provides disclosure and offering documents from municipal securities issuers online at www.emma.msrb.org. You can also find: pricing for municipal trades, interest rates, auction results, daily market statistics and educational material about municipal securities.*
'M' - *indicates securities held in margin account.*
** *Any ratings for municipal bonds are supplied by Standard & Poor's, a division of the McGraw-Hill Companies, Inc, an investment rating provider. Other rating services may rate this security differently. Lack of a rating by Standard & Poor's does not imply the security is not rated as it may be rated by other rating services.*

A notice from S&P: *Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.*
See the Disclosures section of this statement for more information.

## Additional information about your annuity or insurance contract(s)

ANCHOR NATL LIFE SEASONS SELECT IIA VARIABLE ANNUITY CONTR# A39A8500158 VALUE AS OF 11/29/18

**Living Benefit:**                                         **Death Benefit:**
Protected Payment Base Amount           $100,640.00        Net Death Benefit Amount           $69,390.49

**Contract allocation:**
SA Allocation Moderate Growth           $66,453.26

## Ameriprise Brokerage Account (continued)

Account #: Redacted

### Your holdings - continued

|  |  |  |  |  |  |  | Estimated | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Symbol/ CUSIP | Quantity | X | Market price = | Ending value this period[7] | Ending value last period | Net change this period | Cost basis[1] | Unrealized gain/loss | Annual income | Yield |
| **Bonds, CDs and structured products** | | | | | | | | | | | |
| **OVER 20 YEARS** | | | | | | | | | | | |
| NEW JERSEY EDA REV PVT GOETHALS BRDG REPLACEMT AGM B/E OID@97.142 AMT CPN 5.125% DUE 07/01/42 DTD 11/08/13 FC 01/02/14 CALL 01/01/24 @ 100.00007/01/2042 | 6459182F9 Moodys = A2 S&P = AA | 20,000.000 | | $106.4880 | $21,297.60/ $427.08 | $21,337.20 | -$39.60 | $20,588.40 | $709.20 | $1,025.00 | 4.81% |
| PUERTO RICO PUB BLDGS REV GTD RFDG GOVT FACS U B/E OID @98.145 5.375% CPN 5.250% DUE 07/01/42 DTD 06/21/12 FC 01/01/13 CALL 07/01/22 @ 100.00007/01/2042 | 745235R37 Moodys = CA S&P = D | 20,000.000 | | $58.8750 | $11,775.00 | $12,250.00 | -$475.00 | $20,184.33 | -$8,409.33 | $0.00 | 0.00% |
| PORT AUTH NY & NJ CONS 177TH REV B/E AMT CPN 4.000% DUE 01/15/43 DTD 01/15/13 FC 07/15/13 CALL 01/15/23 @ 100.00001/15/2043 | 73358WMT8 M Moodys = AA3 S&P = AA- | 25,000.000 | | $100.1470 | $25,036.75/ $377.78 | $24,504.50 | $532.25 | $24,682.50 | $354.25 | $1,000.00 | 3.99% |
| PUERTO RICO CMNWLH INFRA FING AUTH SPL TAX REV B/E CPN 5.000% DUE 07/01/46 DTD 09/28/06 FC 01/01/07 CALL 12/31/18 @ 100.00007/01/2046 | 745220JQ7 M Moodys = C S&P = D | 20,000.000 | | $17.1250 | $3,425.00 | $3,600.00 | -$175.00 | $19,942.20 | -$16,517.20 | $0.00 | 0.00% |
| **Total Bonds, CDs and structured products** | | | | | **$448,477.75** | **$448,812.75** | **-$335.00** | **$557,813.91** | **-$109,336.16** | **$16,210.00** | |
| **Unit investment trusts** | | | | | | | | | | | |
| GUGGENHEIM SHORT DUR HI YLD TR 21 MO CA | 40167V783 | 17.000 | | $133.06 | $2,262.02 | $2,254.88 | $7.14 | $2,549.34 | -$287.32 | $118.07 | 5.22% |

| Description | Ending value this period[7] | Ending value last period | Net change this period |
|---|---|---|---|
| **Insurance and annuities** [9] | | | |
| ANCHOR NATL LIFE SEASONS SELECT IIA VARIABLE ANNUITY CONTR# A39A8500158 VALUE AS OF 11/29/18 | $66,453.26 | $65,901.02 | $552.24 |

If a contract number listed begins with "PEND", this indicates a recent purchase that may not be established yet at the annuity carrier.
Non-RiverSource annuities only - please refer to your insurance company client statement for annuity contract details

| **Total account holdings** | | | | | **$793,646.77** | **$801,683.81** | **-$8,037.04** | | | | |

[1] Cost basis amounts are not a measure of investment return or performance. For investment performance information please contact your financial advisor. These amounts estimate the unrealized gain or loss on the securities you have purchased. Cost basis amounts on your statement are provided for informational purposes only and may be incomplete or unavailable for some of your holdings at this time. For tax preparation, please refer to your year-end tax package and consult your tax advisor.

## Ameriprise Brokerage Account (continued)

Account #: Redacted

### Your holdings - continued

| Description | Symbol/ CUSIP | Quantity | X | Market price | = | Ending value this period[7] | Ending value last period | Net change this period | Cost basis[1] | Unrealized gain/loss | Annual income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bonds, CDs and structured products** | | | | | | | | | | | | |
| **15-20 YEARS** | | | | | | | | | | | | |
| PUERTO RICO COMWLTH PUB IMPT SER A B/E CPN 5.250% DUE 07/01/34 DTD 10/04/07 FC 01/01/08 CALL 12/31/18 @ 100.00007/01/2034 | 74514LMM6  M Moodys = CA S&P = D | 5,000.000 | | $58.0000 | | $2,900.00 | $3,000.00 | -$100.00 | $5,000.00 | -$2,100.00 | $0.00 | 0.00% |
| NEW JERSEY ST HIGH ED ASSIST AUTH STDNT LN REV SR SER 1A B/E OID@97.494 CPN 4.125% DUE 12/01/35 DTD 06/20/13 FC 12/01/13 CALL 12/01/22 @ 100.00012/01/2035 | 646080QA2 Moodys = AAA S&P = AA | 15,000.000 | | $101.0400 | | $15,156.00/ $309.38 | $15,002.40 | $153.60 | $14,992.97 | $163.03 | $618.75 | 4.08% |
| PUERTO RICO PUB BLDGS ATH REV GTD GOVT FACS I RADIAN OID @93.499 5.43 CPN 5.000% DUE 07/01/36 DTD 06/10/04 FC 07/01/04 CALL 12/31/18 @ 100.00007/01/2036 | 745235XG1  M Moodys = A3 S&P = AA | 5,000.000 | | $102.4100 | | $5,120.50/ $104.17 | $5,173.00 | -$52.50 | $4,847.20 | $273.30 | $250.00 | 4.88% |
| NEW JERSEY ECON DEV AUTH REV ETC SCH FACS CONSTR SER WW B/E OID @98.685 CPN 5.000% DUE 06/15/37 DTD 08/31/15 FC 12/15/15 CALL 06/15/25 @ 100.00006/15/2037 | 64577BKC7 Moodys = BAA1 S&P = BBB+ | 10,000.000 | | $104.6740 | | $10,467.40/ $230.56 | $10,387.40 | $80.00 | $10,231.14 | $236.26 | $500.00 | 4.78% |
| PUERTO RICO CMWLTH A&S AUTH REV SR LIEN SER A B/E OID @96.755 5.36% CPN 5.125% DUE 07/01/37 DTD 02/29/12 FC 07/01/12 CALL 07/01/22 @ 100.00007/01/2037 | 745160RB9 Moodys = CA S&P = CC | 15,000.000 | | $92.1250 | | $13,818.75/ $320.31 | $13,875.00 | -$56.25 | $15,218.27 | -$1,399.52 | $768.75 | 5.56% |
| ==PUERTO RICO SALES TAX FING CORP SALES TAX REV FIRST SUB SER A B/E CPN 5.500% DUE 08/01/37 DTD 02/09/10 FC 08/01/10 CALL 02/01/20 @ 100.00008/01/2037== | 74529JKJ3  M Moodys = CA S&P = D | 25,000.000 | | $48.0000 | | $12,000.00 | $12,218.75 | -$218.75 | $25,313.52 | -$13,313.52 | $0.00 | 0.00% |
| NEW JERSEY ST TPK AUTH REV SER A B/E PTC CPN 5.000% DUE 01/01/38 DTD 04/04/13 FC 07/01/13 PRE 07/01/22 @ 100.00001/01/2038 | 6461393H6  M Moodys = A2 S&P = A+ | 20,000.000 | | $110.1180 | | $22,023.60/ $416.67 | $21,953.00 | $70.60 | $20,378.97 | $1,644.63 | $1,000.00 | 4.54% |



## Ameriprise Brokerage Account (continued)

Account #: Redacted

### Your holdings - continued

| Description | Symbol/ CUSIP | Quantity | X | Market price | = | Ending value this period[7] | Ending value last period | Net change this period | Estimated Cost basis[1] | Estimated Unrealized gain/loss | Estimated Annual income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bonds, CDs and structured products** | | | | | | | | | | | | |
| **15-20 YEARS** | | | | | | | | | | | | |
| NEW JERSEY ST TRANSN TR FD AUTH REV PG SER AA B/E CPN 5.000% DUE 06/15/38 DTD 12/11/12 FC 06/15/13 CALL 06/15/22 @ 100.00006/15/2038 | 646136J51 Moodys = BAA1 S&P = BBB+ | 20,000.000 | | $103.0560 | | $20,611.20/ $461.11 | $20,490.60 | $120.60 | $21,068.54 | -$457.34 | $1,000.00 | 4.85% |
| PUERTO RICO CMWLTH A&S AUTH REV SR LIEN SER A B/E OID 6.1% CPN 6.000% DUE 07/01/38 DTD 03/18/08 FC 07/01/08 CALL 12/30/18 @ 100.00007/01/2038 | 745160QA2 M Moodys = CA S&P = CC | 30,000.000 | | $96.0000 | | $28,800.00/ $750.00 | $28,500.00 | $300.00 | $30,000.00 | -$1,200.00 | $1,800.00 | 6.25% |
| **OVER 20 YEARS** | | | | | | | | | | | | |
| NEW JERSEY ECON DEV AUTH REV SCH FACS CONSTR SER UU B/E PTC CPN 5.000% DUE 06/15/40 DTD 10/17/14 FC 06/15/15 CALL 06/15/24 @ 100.00006/15/2040 | 64577BCG7 Moodys = BAA1 S&P = BBB+ | 115,000.000 | | $103.3390 | | $118,839.85/ $2,651.39 | $149,136.85 | -$30,297.00 | $118,899.50 | -$59.65 | $5,750.00 | 4.84% |
| NEW JERSEY ECON DEV AUTH REV SCH FACS CONSTR SER UU B/E PTC CPN 5.000% DUE 06/15/40 DTD 10/17/14 FC 06/15/15 CALL 06/15/24 @ 100.00006/15/2040 | 64577BCG7 M Moodys = BAA1 S&P = BBB+ | 30,000.000 | | $103.3390 | | $31,001.70/ $691.67 | $0.00 | $31,001.70 | $31,101.80 | -$100.10 | $1,500.00 | 4.84% |
| PUERTO RICO CMWLTH RFDG PUB IMPT SER A B/E OID @95.272 5.32% CPN 5.000% DUE 07/01/41 DTD 04/03/12 FC 01/01/13 CALL 07/01/22 @ 100.00007/01/2041 | 74514LB89 Moodys = CA S&P = D | 60,000.000 | | $58.0000 | | $34,800.00 | $35,100.00 | -$300.00 | $59,493.85 | -$24,693.85 | $0.00 | 0.00% |
| PUERTO RICO CMNWLH INFRA FING AUTH SPL REV SER B B/E CPN 5.000% DUE 07/01/41 DTD 06/16/05 FC 01/01/06 CALL 12/31/18 @ 100.00007/01/2041 | 745220EZ2 M Moodys = C S&P = D | 30,000.000 | | $17.1250 | | $5,137.50 | $5,400.00 | -$262.50 | $29,692.80 | -$24,555.30 | $0.00 | 0.00% |
| NEW JERSEY ST TRANSN TR FD AUTH SER B REV B/E PTC OID @99.223 5.05 CPN 5.000% DUE 06/15/42 DTD 12/01/11 FC 06/15/12 CALL 06/15/21 @ 100.00006/15/2042 | 646136E31 Moodys = BAA1 S&P = BBB+ | 10,000.000 | | $103.0800 | | $10,308.00/ $230.56 | $10,273.50 | $34.50 | $10,203.79 | $104.21 | $500.00 | 4.85% |

