JOSEPH LOWERY
1 MARTIN LANE
FLEMINGTON, NJ 08822

U.S. POSTAGE PAID
FCM LETTER
FLEMINGTON, NJ
08822
DEC 27, 18
AMOUNT
$6.91
R2304M115464-7

00918-

7018 0680 0001 6899 9053

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico

00918-1767

RECEIVED & FILED
2019 JAN -2 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT