Exhibit A

Bond Prices 5.17 to 12.18: Senior COFINA Cusip 74529jnu5 and Junior COFINA 74529jll7

Saturday, December 29, 2018
12:29 PM





Case:17-03283-LTS Doc#:4606-2 Filed:01/02/19 Entered:01/02/19 16:23:38 Desc:
Exhibit A and B to Timothy Donohue Declaration Page 3 of 7

Exhibit B

**DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT**
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AFFAIRS AND FINANCE
Impuesto sobre Ventas y Uso (IVU) Estatal 5.5% / States Sales and Use Tax 5.5%
Distribución de Recaudos Mensuales / Distribution of Monthly Collection
Años Fiscales / Fiscal Years 2007- 2011
(Miles de Dólares / In Thousands)

| 2006-07 | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | 50,200 | 110,000 | 95,000 | 86,200 | 96,400 | 85,700 | 94,400 | 95,460 | 713,360 |
| Fondo General | | | | | 41,100 | 90,000 | 77,700 | 70,500 | 78,900 | 70,100 | 77,400 | 76,860 | 582,560 |
| COFINA | | | | | 9,100 | 20,000 | 17,300 | 15,700 | 17,500 | 15,600 | 17,000 | 17,500 | 129,700 |
| CINE | | | | | - | - | - | - | - | - | - | 1,100 | 1,100 |
| **2007-08** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 96,100 | 90,181 | 86,163 | 93,751 | 96,170 | 121,251 | 89,798 | 86,486 | 89,355 | 93,487 | 103,331 | 97,526 | 1,143,599 |
| Fondo General | - | 1,281 | 85,353 | 93,481 | 95,900 | 120,981 | 89,528 | 86,216 | 89,085 | 93,217 | 97,885 | 58,073 | 911,000 |
| COFINA | 96,100 | 88,900 | - | - | - | - | - | - | - | - | 5,176 | 39,183 | 229,359 |
| CINE | - | - | 810 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2008-09** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 95,592 | 91,353 | 77,788 | 86,191 | 91,996 | 119,836 | 85,763 | 84,608 | 88,065 | 88,788 | 82,854 | - | 992,834 |
| Fondo General | | | 71,523 | 85,921 | 91,726 | 119,566 | 85,493 | 84,338 | 87,795 | 88,518 | 82,314 | - | 797,194 |
| COFINA | 95,592 | 91,353 | 5,455 | | | | | | | | | | 192,400 |
| CINE | | | 810 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 540 | - | 3,240 |
| **2009-10** [1/] | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 94,382 | 88,000 | 84,100 | 83,775 | 85,120 | 95,075 | 118,476 | 88,942 | 82,538 | 93,415 | 85,469 | 94,296 | 1,093,588 |
| Fondo General | | | | | | | 97,038 | 88,672 | 82,268 | 93,145 | 85,199 | 94,026 | 540,348 |
| COFINA | 94,382 | 88,000 | 84,100 | 83,775 | 85,120 | 95,075 | 19,548 | - | - | - | - | - | 550,000 |
| CINE | | | | | | | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2010-11** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 95,910 | 90,418 | 86,698 | 83,698 | 88,602 | 94,798 | 123,196 | 85,595 | 86,534 | 91,590 | 86,534 | 93,504 | 1,107,077 |
| Fondo General | - | - | - | - | - | - | 89,430 | 85,325 | 86,264 | 91,320 | 86,264 | 93,234 | 531,837 |
| COFINA | 95,910 | 90,418 | 86,698 | 83,698 | 88,602 | 97,277 | 29,397 | - | - | - | - | - | 572,000 |
| CINE | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

1_/ A partir del Año Fiscal 2009-10 se cambió el método contable para reflejar los recaudos en el mes que se recibe el efectivo "cash basis".
From Fiscal Year 2009-10 changed the accounting method to reflect the income in the month that cash is received.
* FIA: Fondo de Interés Apremiante / Dedicated Sales Tax Fund
Impuesto sobre Ventas y Uso (IVU) efectivo desde el 15 de noviembre de 2006
Sales and Use Tax effective from November 15, 2006
p: preliminar / preliminary
Based on tax return receipts monthly
29 de febrero de 2012
Revisado el 21 de febrero de 2012

**Persona responsable**

| | | | |
|---|---|---|---|
| Nombre: | Edwin R. Ríos / Jeanette Pérez | Puesto: | Secretario Auxiliar / Analista de Asuntos Económicos y Financieros |
| Dirección postal: | P.O. Box 9024140, San Juan, P.R. 00902-4140 | | |
| Dirección física: | Edf. Intendente Ramírez #10 Paseo Covadonga Piso 8, Oficina 809 San Juan | | |
| Teléfono (o tel. directo): | (787) 721-2020 x-2895; x-2892; (787) 724-0559 | Fax: | (787) 721-0452 |
| Correo electrónico: | err7089@hacienda.gobierno.pr / jpp2106@hacienda.gobierno.pr | | |

**Fecha de publicación**

21 de febrero de 2012

**Fechas esperadas de publicación de próximos informes**

**Para obtener una copia de este informe**

Cómo obtener este informe: (1) vi http://www.hacienda.gobierno.pr/estadisticas/ingreso_neto.html    o   http://www.estadisticas.gobierno.pr/iepr/Inventario.aspx
(2) envíe su solicitud por correo electrónico: err7089@hacienda.gobierno.pr / jpp2106@hacienda.gobierno.pr, (3) llame al (787) 721-2020 x-2891;  (787) 724-0559 , (4) envíe su solicitud por fax al (787) 721-0452 , (5) envíe su solicitud por correo a P.O. Box 9024140, San Juan, P.R. 00902-4140, o (6) visite el Departamento de Hacienda en el  Edificio Intendente Ramírez #10 Paseo Covadonga Piso 8, Oficina 809 San Juan, PR,  Lunes a Viernes de 8:00 am a 12:00 am y 1:00 pm a 5:00 pm.

El informe está disponible en papel y en el siguiente formato electrónico:  Excel, PDF y Papel.

Este inforrme es de distribución gratuita.

**Fuentes de información**

Las estadísticas presentadas en este informe provienen de los distintos registros contables de recaudos del Departamento de Hacienda.

**Marco legal o administrativo**

El artículo 5(a) de la Ley Núm. 230 del 23 de julio de 1974, según enmendada, conocida como Ley de Contabilidad del Gobierno de Puerto Rico dispone, que el Secretario preparará informes financieros que periódica o eventualmente requieran la Asamblea Legislativa, el Gobernador, la Oficina de Gerencia y Presupuesto y la Junta de Planificación.



DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

**Impuesto sobre Ventas y Uso (IVU) Estatal / States Sales and Use Tax  (SUT)**
**Distribución de Recaudos Mensuales / Distribution of Monthly Collection**
Años Fiscales / Fiscal Years 2013- 2014 - 2015
(Miles de Dólares / In Thousands)

| 2014-15 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total 5.5%** | 104,231 | 99,397 | 106,081 | 104,543 | 106,839 | 111,397 | 130,233 | 103,051 | 98,896 | 110,031 | 108,660 | 115,616 | 1,298,975 |
| **Total 0.5% \*\*\*\*** | 9,476 | 9,036 | 9,644 | 9,504 | 9,713 | 10,127 | 11,819 | 9,334 | 8,989 | 10,003 | 9,878 | 10,511 | 118,034 |
| **Total 6%** | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 121,524 | 142,052 | 112,385 | 107,885 | 120,034 | 118,538 | 126,127 | 1,417,008 |
| COFINA | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 101,017 | - | - | - | - | - | - | 669,480 |
| FAM \*\*\*\* | - | - | - | - | - | 20,507 | 48,812 | 9,334 | 8,989 | 10,003 | 9,878 | 10,511 | 118,034 |
| Fondo General | - | - | - | - | - | - | 91,350 | 102,781 | 98,626 | 109,761 | 108,389 | 115,346 | 626,253 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

| 2013-14 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total 5.5%** | 111,486 \*\* | 96,264 | 97,536 | 97,100 | 97,565 | 107,658 | 129,890 | 99,444 | 93,504 | 105,568 | 99,534 | 106,678 | 1,242,227 |
| COFINA | 111,486 | 96,264 | 97,536 | 97,100 | 97,565 | 107,658 | 36,122 | - | - | | | | 643,731 |
| Fondo General | - | - | - | - | - | - | 91,878 \*\*\* | 99,174 | 93,234 | 105,298 | 99,264 | 106,408 | 595,256 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

| 2012-13 | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total 5.5%** | 102,879 | 93,946 | 92,579 | 88,461 | 94,542 | 99,764 | 124,504 | 97,007 | 86,357 | 93,257 | 92,985 | 95,888 \* | 1,162,169 |
| COFINA | 102,879 | 93,946 | 92,579 | 88,461 | 94,542 | 99,764 | 46,829 | - | - | - | - | - | 619,000 |
| Fondo General | - | - | - | - | - | - | 75,785 | 96,737 | 86,087 | 92,987 | 92,715 | 95,618 | 539,929 |
| Fondo Cine | | | | | | | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

p: preliminar / preliminary

Cifras redondeadas / Figures may not always add to the totals due to round off.

\* The amounts have been amended to reflect the Sales and Use Tax Amnesty as has been previously reported. During the Fiscal Year 2013 closing period and as it reported
on the Commonwealth  Financial Statements, on a budgetary basis, such amounts haven adjusted to reflect all adjustements.

\*\* The amount includes $12.8 mm of Sales and Use Tax Amnesty.

\*\*The Commonwealth has previously, reduced $12.8 reflected to Sales and Use Tax Amnesty.  Based on the General Fund results of the Fiscal Year 2013 adjustments
to the Sales and Use Tax  revenues such amounts have been properly adjusted.

\*\*\*\* Act 18, 2014 restructured the sales and use tax so that the State tax is now six percent (6%) and established a special fund to be known as the "Municipal Administration Fund" (MAF),
municipalities receive the revenues attributable to the zero point (0.5) percent. The Act states that Cofina will be replinished first than the MAF.
 The MAF portion used to cover COFINA will be replinished once COFINA is fully covered. The excess of funds will be transferred normally to General Fund.

24 de julio 2015 / July 24, 2015

Sales Tax collection Fiscal 2018, 17, 14, 13, 12 (Fiscal 15,16, 2007-2011 are in separate attachment)

Saturday, December 29, 2018
1:10 PM




Sal





**DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT**
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

**Impuesto sobre Ventas y Uso (IVU) Estatal / States Sales and Use Tax (SUT)**
**Distribución de Recaudos Mensuales / Distribution of Monthly Collection**
Años Fiscales / Fiscal Years 2014-15 - 2015-16
(Miles de Dólares / In Thousands)

| 2015-16 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 154,337 | 190,771 | 177,833 | 180,926 | 191,468 | 215,434 | 247,173 | 196,191 | 199,326 | 207,873 | 201,195 | 214,313 | 2,376,840 |
| COFINA | 142,694 | 108,641 | 101,547 | 103,381 | 109,284 | 123,099 | 7,613 | - | - | - | - | - | 696,259 |
| Fondo General | 11,643 | 82,130 | 76,286 | 77,545 | 82,184 | 92,335 | 168,452 | 186,583 | 189,569 | 197,709 | 191,349 | 203,842 | 1,559,627 |
| FAM | - | - | - | - | - | - | 69,218 | 9,338 | 9,487 | 9,894 | 9,576 | 10,201 | 117,714 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2014-15 p** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Total** |
| Total | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 121,524 | 142,052 | 112,385 | 107,885 | 120,034 | 118,538 | 126,127 | 1,417,008 |
| COFINA | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 101,017 | - | - | - | - | - | - | 669,480 |
| Fondo General | - | - | - | - | - | - | 91,350 | 102,781 | 98,626 | 109,761 | 108,389 | 115,346 | 626,253 |
| FAM **** | - | - | - | - | - | 20,507 | 48,812 | 9,334 | 8,989 | 10,003 | 9,878 | 10,511 | 118,034 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

p: preliminar / preliminary
Cifras redondeadas / Figures may not always add to the totals due to round off.
28 de julio de 2016 / July 28, 2016