# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2019 the *Bank of New York Mellon Notice of Filing of Declaration of Daniel P. Goldberg* [Docket 4600] was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

hereby certifies that on the same date a copy thereof was sent by U.S. mail to the U.S. Trustee

for the District of Puerto Rico at:

>**US Trustee for the District of Puerto Rico**
>**Edificio Ocoha**
>**500 Tanca Street, Suite 301**
>**San Juan, P.R. 00901-1922**

Dated: January 2, 2019                               SEPULVADO, MALDONADO
&COURET

By:   /s/ *José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207
304 Ponce de León, Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: jsantos@smclawpr.com