**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

Néstor M. Pesquera
Henry Escalera Rivera
Comisionado

## LIQUIDACIÓN DE DEUDA DE AÑOS ANTERIORES
## POR CONCEPTO DE AJUSTE SALARIAL

El Departamento de Seguridad Pública (DSP) en conjunto con el Departamento de Hacienda (DH) y la Oficina de Gerencia y Presupuesto (OGP) ha realizado esfuerzos encaminados a identificar el monto de la deuda por concepto de ajuste salarial, con el propósito de liquidar la misma. Estos esfuerzos fueron revisados y aprobados por la Junta de Control Fiscal. En consecuencia, mediante Resolución Conjunta, el Presupuesto aprobado para el Año Fiscal 2018-2019 le asignó al Negociado de la Policía de Puerto Rico (NPPR) los fondos para liquidación de dicha deuda.

Analizado su expediente de pago en su totalidad y validada la deuda por concepto de ajuste salarial, se le notifica que la liquidación de deuda de años anteriores por concepto de salarios suma la cantidad bruta de $ _____.

### ELECCIÓN Y RELEVO



Yo, _____ (Nombre en letra de molde), Placa _____, certifico, que en el día de hoy, he sido notificado del monto al cual asciende la deuda de años anteriores por concepto de ajuste salarial. Tomando en consideración lo informado, he decidido: (Favor escribir iniciales al lado de su selección).

_____✓_____ 1. **Estoy de acuerdo con el monto de la deuda notificada** por concepto de ajuste salarial, por lo que recibo, mediante cheque, el pago por dicha cantidad en concepto de liquidación de deuda de años anteriores.

_____ 2. **No estoy de acuerdo con el monto de la deuda notificada** por lo que no recibiré la cantidad el pago de deuda de años anteriores por concepto de ajuste salarial.

Hoy, 28 de Dic. de 20 18 en San Juan, Puerto Rico, certifico que la información antes brindada refleja fiel y exactamente mi decisión informada y voluntaria sobre lo aquí presentado.

_____
(Firma del Empleado)



P.O. Box 70166, San Juan, PR, 00936-8166   787.781.0080   787.793.1234   787.343.2330   dsp.pr.gov

Case:17-03283-LTS   Doc#:4612-1   Filed:01/02/19   Entered:01/02/19 18:50:17   Desc:
Exhibit PR POLICE PAYMENT RELEASE   Page 2 of 2

Elección y Relevo Del Empleado
Página 2 de 2

## AVISO

El empleado que elija estar conforme con el pago del monto de la deuda notificada por concepto de ajuste salarial, recibirá mediante cheque el pago por dicha cantidad en concepto de liquidación de deuda de años anteriores. Dicha elección será final e irrevocable y constituye un relevo total y absoluto, y una renuncia de derechos de toda reclamación actual o potencial, basada en la relación de empleo y/o la terminación del mismo, bajo cualquier ley aplicable. Esta renuncia de derechos tendrá el efecto de una transacción total, de toda acción o derecho, actual o potencial, conocido o sin conocer, que el empleado tenga, pueda tener o haya tenido, relacionada con su empleo y/o la terminación del mismo. El efecto de este relevo y la correspondiente renuncia de derechos, será el de cosa juzgada.

El empleado asegura y afirma que no tienen presentada, en la actualidad, alguna reclamación, demanda, querella cargo o queja, ni han solicitado investigación alguna, ya sea judicial, administrativa, o de cualquier otra índole, ante cualquier foro, ya sea judicial, administrativo u otro, en relación a la deuda por concepto de ajuste salarial, contra las Partes Relevadas. Sin embargo, si USTED tiene presentada alguna reclamación, demanda, querella, cargo, queja, o ha solicitado o iniciado alguna investigación, ya sea judicial, administrativa, o de cualquier otra índole, ante cualquier foro, ya sea judicial, administrativo u otro, en relación a la deuda por concepto de ajuste salarial, USTED desistirá, y desiste a través de este documento, voluntariamente y con perjuicio de dicha reclamación o reclamaciones, y solicita el cierre y archivo con perjuicio de toda y cualquier reclamación, demanda, querella, cargo, queja o investigación contra el Negociado de la Policía de Puerto Rico, haya solicitado, iniciado o la que se haya unido.



28- Dic- 2018
(Fecha)