Lawrence B. Dvores
28 Sherbrooke Parkway
Livingston, NJ 07039

LDvores@yahoo.com
973-535-5000 (office)

December 31, 2018

Clerk's Office
United States District Court
Room 150
Federal Building
San Juan, Puerto Rico 00918-1767

Re: **Filing for 17BK3283-LTS and 17BK3284-LTS**

TO WHOM IT MAY CONCERN:

I am enclosing two copies of the Objection of Lawrence B. Dvores to Confirmation of the Plan of Adjustment in the above matter and Certificate of Service.

Please file this objection in the Court docket for each of the two above captioned cases. Thank you.

Sincerely,

Lawrence B. Dvores, Pro Se

## CERTIFICATE OF SERVICE

I have caused to be mailed a copy of this Objection To Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan by first class mail to each of the parties or their attorneys on the attached service list.

Dated: December 31, 2018

_____
Lawrence B. Dvores

Office of the U.S. Trustee for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901
(re: In re: Commonwealth of Puerto Rico)

O'Neill & Borges LLC
250 Mutioz Rivera Ave
Suite 800
San Juan, Puerto Rico 00918-1813
Attn: Hermann D. Bauer, Esq

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901
Attn: Juan J. Casillas Ayala, Esq.,
Alberto J.E. Arieses Negon, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60605
Attn: Catherine Steege, Esq., Melissa Root, Esq.

Proskauer Rose LLP
11 Times Square
New York, NY 10036
Attn: Martin J Bienenstock, Esq., Brian Rosen, Esq, Paul V. Possinger, Esq., Ehud Barak, Esq., Maja Zeral, Esq.

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perrez, Esq.

Jenner & Block LLP
919 Third Ave
New York, NY 10022
Attn: Robert Gordon, Esq., Richard Levin, Esq.

Marini Pietrantoni Muniz, LLC
MCS Plaza
255 Ponce de Leon Ave., Suite 500
San Juan, Puerto Rico 00901
Attn: Luis C. Marini-Biaggi, Esq.

Bennazar, Garcia & Milian, C.S.P.
Edificio Union Plaza
416 Ave. Ponce de Leon, PH-A
Hato Rey, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira, Esq.

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
Attn: Dennis Dunne, Esq., and Atara Miller, Esq.

Cadwalader, Wickersham & Taft
200 Liberty Street
New York, NY 10281
Attn: Mark Ellenberg Esq., Lary Stromfeld, Esq.,
Ivan Loncar, Esq., and Casey Servais, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Marcia L. Goldstein, Esq., and Gabriel Morgan, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., and
Douglas Buckley, Esq.

White & Case LLP
200 South Biscayne Boulevard
Miami, FL 33131
Attn: John K. Cunningham, Esq., and
Fernando de la Hoz, Esq.

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
Attn: Lawrence A. Larose, Esq., and Eric Daucher, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Sandy Qusba, Esq., and Nicholas Baker, Esq.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Attn: Andrew N. Rosenberg, Esq.

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010
Attn: Susheel Kirpalani, Esq., and Eric Kay, Esq.

McDermott, Will & Emery LLP
444 West Lake Street
Chicago, IL 60606
Attn: William P. Smith, Esq., David L. Taub, Esq., and
Alexandra C. Scheibe, Esq.

Davis, Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein, Esq., and Brian Resnick, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Esq., and Philip C. Dublin, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Attn: Daniel A. Fliman, Esq.