# Exhibit A

Attn: Dennis Dunne, Esq. and Atara Miller, Esq.
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005

Attn: Marcia L. Goldstein, Esq. and Gabriel Morgan, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Attn: Thomas Mayer, Esq., Amy Caton, Esq., and Douglas Buckley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Attn: John K. Cunningham, Esq. and Fernando de la Hoz, Esq.
White & Case LLP
200 South Biscayne Boulevard
Miami, FL 33131

Attn: Lawrence A. Larose, Esq. and Eric Daucher, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Attn: Sandy Qusba, Esq. and Nicholas Baker, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Attn: Andrew N. Rosenberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Attn: Mark Ellenberg, Esq., Lary Stromfeld, Esq., Ivan Loncar, Esq., and Casey Servais, Esq.
Cadwalader, Wickersham & Taft
200 Liberty Street
New York, NY 10281

Attn: Susheel Kirpalani, Esq. and Eric Kay, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

Attn: William P. Smith, Esq., David L. Taub, Esq., and Alexandra C. Scheibe, Esq.
McDermott, Will & Emery LLP
444 West Lake Street,
Chicago, IL 60606

Attn: Donald Bernstein, Esq. and Brian Resnick, Esq.
Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Attn: Ira S. Dizengoff, Esq. and Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Attn: Daniel A. Fliman, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

| | |
|---|---|
| Office of the United States Trustee for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Attn: Gerardo J. Portela Franco and Mohammad Yassin, Esq.<br>Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 |
| Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036 | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero Esq., and María T. Álvarez-Santos Esq.<br>Marini Pietrantoni Muñiz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan, PR 00917 |
| Attn: Nancy A. Mitchell, Esq., David D. Cleary, Esq., Nathan A. Haynes, Esq., and Kevin D. Finger, Esq.<br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166 | Attn: Arturo Diaz-Angueira, Esq. and Katiuska Bolaños-Lugo, Esq.<br>Cancio, Nadal, Rivera & Díaz, P.S.C.<br>PO Box 364966<br>San Juan, PR 00936-4966 |
| Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, and Maja Zerjal<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 | Attn: Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Attn: Luc. A. Despins, James Bliss, James Worthington, and G. Alexander Bongartz<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Attn: Juan J. Casillas Ayala, Diana M. Batlle-Barasorda, Alberto J. E. Añeses Negrón, and Ericka C. Montull-Novoa<br>Casillas, Santiago & Torres LLC,<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601,<br>San Juan, Puerto Rico 00901-2419 |
| Attn: Robert Gordon, Richard Levin, and Catherine Steege<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022 | Attn: A.J. Bennazar-Zequeira<br>Bennazar, García & Milián, C.S.P.<br>Edificio Union Plaza PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan, Puerto Rico 00918 |
| Attn: Garrett A Fail<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza<br>250 Ave. Luis Muñoz Rivera<br>San Juan, PR 00918 |