Exhibit B

rburgos@adameslaw.com' <rburgos@adameslaw.com>; 'epo@amgprlaw.com'
<epo@amgprlaw.com>; 'larroyo@amgprlaw.com' <larroyo@amgprlaw.com>;
'acasellas@amgprlaw.com' <acasellas@amgprlaw.com>; 'loliver@amgprlaw.com'
<loliver@amgprlaw.com>; 'asantiago@amgprlaw.com' <asantiago@amgprlaw.com>;
'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>;
'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>;
'pjime@lawfirm-pr.com' <pjime@lawfirm-pr.com>; 'daniel.bustos@excelerateenergy.com'
<daniel.bustos@excelerateenergy.com>; 'icastro@alblegal.net' <icastro@alblegal.net>;
'storres@alblegal.net' <storres@alblegal.net>; 'ealdarondo@alblegal.net'
<ealdarondo@alblegal.net>; 'drodriguez.alb@gmail.com' <drodriguez.alb@gmail.com>;
'drodriguez@alblegal.net' <drodriguez@alblegal.net>; 'alexandra.bigas@gmail.com'
<alexandra.bigas@gmail.com>; 'ealmeida@almeidadavila.com'
<ealmeida@almeidadavila.com>; 'zdavila@almeidadavila.com' <zdavila@almeidadavila.com>;
'jrivlin@afscme.org' <jrivlin@afscme.org>; 'tpaterson@afscme.org' <tpaterson@afscme.org>;
'martz@afscme.org' <martz@afscme.org>; 'andreslopecordova@gmail.com'
<andreslopecordova@gmail.com>; 'acordova@juris.inter.edu' <acordova@juris.inter.edu>;
'Jramirez@amrclaw.com' <Jramirez@amrclaw.com>; 'Kellyrivero@hotmail.com'
<Kellyrivero@hotmail.com>; 'antoniofuentesgonzalez@yahoo.com'
<antoniofuentesgonzalez@yahoo.com>; 'mrios@arroyorioslaw.com'
<mrios@arroyorioslaw.com>; 'jfigueroa@arroyorioslaw.com' <jfigueroa@arroyorioslaw.com>;
'Marieli.Paradizo@ponce.pr.gov' <Marieli.Paradizo@ponce.pr.gov>; 'xavier.carol@abertis.com'
<xavier.carol@abertis.com>; 'xavier.carol@abertis.com' <xavier.carol@abertis.com>;
'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>;
'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>; 'rbonilla@bspr.com'
<rbonilla@bspr.com>; 'david.powlen@btlaw.com' <david.powlen@btlaw.com>;
'kevin.collins@btlaw.com' <kevin.collins@btlaw.com>; 'belkgrovas@gmail.com'
<belkgrovas@gmail.com>; 'ajb@bennazar.org' <ajb@bennazar.org>; 'bgm.csp@bennazar.org'
<bgm.csp@bennazar.org>; 'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>;
'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>; 'ajb@bennazar.org'
<ajb@bennazar.org>; 'bgm.csp@bennazar.org' <bgm.csp@bennazar.org>;
'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>;
'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>;
'cbg@bobonislaw.com' <cbg@bobonislaw.com>; 'efl@bobonislaw.com'
<efl@bobonislaw.com>; 'kurt.mayr@bracewell.com' <kurt.mayr@bracewell.com>;
'daniel.connolly@bracewell.com' <daniel.connolly@bracewell.com>;
'david.lawton@bracewell.com' <david.lawton@bracewell.com>; 'schristianson@buchalter.com'
<schristianson@buchalter.com>; 'vbantnerpeo@buchalter.com' <vbantnerpeo@buchalter.com>;
'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'remmanuelli@me.com'
<remmanuelli@me.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-
emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>;
'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>;
'rolando@bufete-emmanuelli.com' <rolando@bufete-emmanuelli.com>; 'yasmin@bufete-
emmanuelli.com' <yasmin@bufete-emmanuelli.com>; 'jessica@bufete-emmanuelli.com'
<jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com'
<notificaciones@bufete-emmanuelli.com>; 'wilbert_lopez@yahoo.com'
<wilbert_lopez@yahoo.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-

emmanuelli.com'; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'mcrm100@msn.com' <mcrm100@msn.com>; 'chris.maddux@butlersnow.com' <chris.maddux@butlersnow.com>; 'mitch.carrington@butlersnow.com' <mitch.carrington@butlersnow.com>; 'jason.callen@butlersnow.com' <jason.callen@butlersnow.com>; 'martin.sosland@butlersnow.com' <martin.sosland@butlersnow.com>; 'Chris.Maddux@butlersnow.com' <Chris.Maddux@butlersnow.com>; 'Mitch.Carrington@butlersnow.com' <Mitch.Carrington@butlersnow.com>; 'stan.ladner@butlersnow.com' <stan.ladner@butlersnow.com>; 'condecarmen@condelaw.com' <condecarmen@condelaw.com>; 'ls.valle@condelaw.com' <ls.valle@condelaw.com>; 'daniel.elkort@patternenergy.com' <daniel.elkort@patternenergy.com>; 'howard.hawkins@cwt.com' <howard.hawkins@cwt.com>; 'mark.ellenberg@cwt.com' <mark.ellenberg@cwt.com>; 'ellen.halstead@cwt.com' <ellen.halstead@cwt.com>; 'thomas.curtin@cwt.com' <thomas.curtin@cwt.com>; 'casey.servais@cwt.com' <casey.servais@cwt.com>; 'NATHAN.BULL@CWT.COM' <NATHAN.BULL@CWT.COM>; 'mark.ellenberg@cwt.com' <mark.ellenberg@cwt.com>; 'ioliver@ccsllp.com' <ioliver@ccsllp.com>; 'Adiaz@cnrd.com' <Adiaz@cnrd.com>; 'Kbolanos@cnrd.com' <Kbolanos@cnrd.com>; 'avalencia@cnrd.com' <avalencia@cnrd.com>; 'jf@cardonalaw.com' <jf@cardonalaw.com>; 'delapena.sylvia@gmail.com' <delapena.sylvia@gmail.com>; 'carla.rodriguezbernier@yahoo.com' <carla.rodriguezbernier@yahoo.com>; 'quilichinipazc@microjuris.com' <quilichinipazc@microjuris.com>; 'calsina@prquiebra.com' <calsina@prquiebra.com>; 'carloscardonafe@hotmail.com' <carloscardonafe@hotmail.com>; 'lcdo.carlos.e.riverajustiniano@gmail.com' <lcdo.carlos.e.riverajustiniano@gmail.com>; 'carlosfernandez@cfnlaw.com' <carlosfernandez@cfnlaw.com>; 'carlosfernandez@cfnlaw.com' <carlosfernandez@cfnlaw.com>; 'carlosvergne@aol.com' <carlosvergne@aol.com>; 'hburgos@cabprlaw.com' <hburgos@cabprlaw.com>; 'rcasellas@cabprlaw.com' <rcasellas@cabprlaw.com>; 'dperez@cabprlaw.com' <dperez@cabprlaw.com>; 'mmier@cabprlaw.com' <mmier@cabprlaw.com>; 'jcasillas@cstlawpr.com' <jcasillas@cstlawpr.com>; 'dbatlle@cstlawpr.com' <dbatlle@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; 'emontull@cstlawpr.com' <emontull@cstlawpr.com>; 'ltorres@cstlawpr.com' <ltorres@cstlawpr.com>; 'AAneses@cstlawpr.com' <AAneses@cstlawpr.com>; 'jcasillas@cstlawpr.com' <jcasillas@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; 'ccuprill@cuprill.com' <ccuprill@cuprill.com>; 'rnies@csglaw.com' <rnies@csglaw.com>; 'gspadoro@csglaw.com' <gspadoro@csglaw.com>; 'mlepelstat@csglaw.com' <mlepelstat@csglaw.com>; 'mcaruso@csglaw.com' <mcaruso@csglaw.com>; 'eduardo@cobianroig.com' <eduardo@cobianroig.com>; 'harnaud@cwsny.com' <harnaud@cwsny.com>; 'pdechiara@cwsny.com' <pdechiara@cwsny.com>; 'Harnaud@cwsny.com' <Harnaud@cwsny.com>; 'jlopez@constructorasantiago.com' <jlopez@constructorasantiago.com>; 'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>; 'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>; 'ra@calopsc.com' <ra@calopsc.com>; 'scriado@calopsc.com' <scriado@calopsc.com>; 'rco@crlawpr.com' <rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'rco@crlawpr.com' <rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'dmolinalaw@gmail.com' <dmolinalaw@gmail.com>; 'davidcarrionb@aol.com' <davidcarrionb@aol.com>;

'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mcto@debevoise.com'
<mcto@debevoise.com>; 'cabruens@debevoise.com' <cabruens@debevoise.com>;
'eworenklein@debevoise.com' <eworenklein@debevoise.com>; 'allan.brilliant@dechert.com'
<allan.brilliant@dechert.com>; 'eric.brunstad@dechert.com' <eric.brunstad@dechert.com>;
'stuart.steinberg@dechert.com' <stuart.steinberg@dechert.com>;
'michael.doluisio@dechert.com' <michael.doluisio@dechert.com>;
'hreynolds@delvallegroup.net' <hreynolds@delvallegroup.net>;
'afernandez@delgadofernandez.com' <afernandez@delgadofernandez.com>;
'wburgos@justicia.pr.gov' <wburgos@justicia.pr.gov>; 'rcastellanos@devconlaw.com'
<rcastellanos@devconlaw.com>; 'diazsotolaw@gmail.com' <diazsotolaw@gmail.com>;
'corraldieg@gmail.com' <corraldieg@gmail.com>; 'jose.sosa@dlapiper.com'
<jose.sosa@dlapiper.com>; 'richard.chesley@dlapiper.com' <richard.chesley@dlapiper.com>;
'rachel.albanese@dlapiper.com' <rachel.albanese@dlapiper.com>;
'Donna.Maldonado@popular.com' <Donna.Maldonado@popular.com>;
'edgardo_barreto@yahoo.com' <edgardo_barreto@yahoo.com>; 'emunozPSC@gmail.com'
<emunozPSC@gmail.com>; 'elian.escalante@gmail.com' <elian.escalante@gmail.com>;
'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'agestrella@estrellallc.com'
<agestrella@estrellallc.com>; 'phammer@estrellallc.com' <phammer@estrellallc.com>;
'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>; 'clarisasola@hotmail.com'
<clarisasola@hotmail.com>; 'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>;
'clarisasola@hotmail.com' <clarisasola@hotmail.com>; 'robert.schnell@faegrebd.com'
<robert.schnell@faegrebd.com>; 'pjime@icepr.com' <pjime@icepr.com>;
'jfeldesman@FTLF.com' <jfeldesman@FTLF.com>; 'fmontanezmiran@yahoo.com'
<fmontanezmiran@yahoo.com>; 'rcamara@ferraiuoli.com' <rcamara@ferraiuoli.com>;
'scolon@ferraiuoli.com' <scolon@ferraiuoli.com>; 'ferraric@ferrarilawpr.com'
<ferraric@ferrarilawpr.com>; 'n.tactuk@ferrovial.com' <n.tactuk@ferrovial.com>;
'figueroaymorgadelaw@yahoo.com' <figueroaymorgadelaw@yahoo.com>; 'auetz@foley.com'
<auetz@foley.com>; 'bkfilings@fortuno-law.com' <bkfilings@fortuno-law.com>;
'bufetefrgonzalez@gmail.com' <bufetefrgonzalez@gmail.com>; 'jblanco@fpglaw.com'
<jblanco@fpglaw.com>; 'gacarlo@carlo-altierilaw.com' <gacarlo@carlo-altierilaw.com>;
'loomislegal@gmail.com' <loomislegal@gmail.com>; 'fernando@cszlawpr.com'
<fernando@cszlawpr.com>; 'juans@prtc.net' <juans@prtc.net>; 'wmq@wmarrerolaw.com'
<wmq@wmarrerolaw.com>; 'jlgere@gmail.com' <jlgere@gmail.com>;
'tolson@gibsondunn' <tolson@gibsondunn.com>; 'mmcgill@gibsondunn.com'
<mmcgill@gibsondunn.com>; 'hwalker@gibsondunn.com' <hwalker@gibsondunn.com>;
'lshelfer@gibsondunn.com' <lshelfer@gibsondunn.com>; 'jchristiansen@gibsondunn.com'
<jchristiansen@gibsondunn.com>; 'dg@g-glawpr.com' <dg@g-glawpr.com>; 'rgv@g-
glawpr.com' <rgv@g-glawpr.com>; 'crodriguez-vidal@gaclaw.com' <crodriguez-
vidal@gaclaw.com>; 'scastillo@gaclaw.com' <scastillo@gaclaw.com>;
'marielopad@gmail.com' <marielopad@gmail.com>; 'Jnieves@gonzalezmunozlaw.com'
<Jnieves@gonzalezmunozlaw.com>; 'Mitchelln@gtlaw.com' <Mitchelln@gtlaw.com>;
'Clearyd@gtlaw.com' <Clearyd@gtlaw.com>; 'Huttonj@gtlaw.com' <Huttonj@gtlaw.com>;
'Haynesn@gtlaw.com' <Haynesn@gtlaw.com>; 'fingerk@gtlaw.com' <fingerk@gtlaw.com>;
'haynesn@gtlaw.com' <haynesn@gtlaw.com>; 'gramlui@yahoo.com' <gramlui@yahoo.com>;
'beth@hbsslaw.com' <beth@hbsslaw.com>; 'steve@hbsslaw.com' <steve@hbsslaw.com>;
'ygc@rclopr.com' <ygc@rclopr.com>; 'ygc1@prtc.net' <ygc1@prtc.net>;

'jmoralesb@microjuris.com' <jmoralesb@microjuris.com>; 'handuze@microjuris.com'
<handuze@microjuris.com>; 'corraldieg@gmail.com' <corraldieg@gmail.com>;
'QUIEBRAS@ELBUFETEDELPUEBLO.COM'
<QUIEBRAS@ELBUFETEDELPUEBLO.COM>; 'hernandezrodriguezlaw@gmail.com'
<hernandezrodriguezlaw@gmail.com>; 'robin.keller@hoganlovells.com'
<robin.keller@hoganlovells.com>; 'jesus.cuza@hklaw.com' <jesus.cuza@hklaw.com>; 'bos-
bankruptcy@hklaw.com' <bos-bankruptcy@hklaw.com>; 'mvega@senado.pr.gov'
<mvega@senado.pr.gov>; 'claudia.quinones@indianowilliams.com'
<claudia.quinones@indianowilliams.com>; 'david.indiano@indianowilliams.com'
<david.indiano@indianowilliams.com>; 'leticia.casalduc@indianowilliams.com'
<leticia.casalduc@indianowilliams.com>; 'Mimi.M.Wong@irscounsel.treas.gov'
<Mimi.M.Wong@irscounsel.treas.gov>; 'Mimi.M.Wong@irscounsel.treas.gov'
<Mimi.M.Wong@irscounsel.treas.gov>; 'Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV'
<Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV>; 'janebeckerwhitaker@gmail.com'
<janebeckerwhitaker@gmail.com>; 'irg@roldanlawpr.com' <irg@roldanlawpr.com>;
'irm@roldanlawpr.com' <irm@roldanlawpr.com>; 'ivonnegm@prw.net' <ivonnegm@prw.net>;
'glenncarljameslawoffices@gmail.com' <glenncarljameslawoffices@gmail.com>;
'JPGLaw@outlook.com' <JPGLaw@outlook.com>; 'JPGLaw@outlook.com'
<JPGLaw@outlook.com>; 'mroot@jenner.com' <mroot@jenner.com>; 'csteege@jenner.com'
<csteege@jenner.com>; 'rgordon@jenner.com' <rgordon@jenner.com>; 'rlevin@jenner.com'
<rlevin@jenner.com>; 'cwedoff@jenner.com' <cwedoff@jenner.com>; 'rrivera@jgl.com'
<rrivera@jgl.com>; 'apico@jgl.com' <apico@jgl.com>; 'brosenblum@jonesday.com'
<brosenblum@jonesday.com>; 'jgross@jonesday.com' <jgross@jonesday.com>;
'bbennett@jonesday.com' <bbennett@jonesday.com>; 'ssooknanan@jonesday.com'
<ssooknanan@jonesday.com>; 'gstewart@jonesday.com' <gstewart@jonesday.com>;
'bheifetz@jonesday.com' <bheifetz@jonesday.com>; 'vdorfman@jonesday.com'
<vdorfman@jonesday.com>; 'cdipompeo@jonesday.com' <cdipompeo@jonesday.com>;
'tuttieguerrero@yahoo.com' <tuttieguerrero@yahoo.com>; 'jpsala_pr@yahoo.com'
<jpsala_pr@yahoo.com>; 'salalawyers@yahoo.com' <salalawyers@yahoo.com>;
'jorgequintanalajara@gmail.com' <jorgequintanalajara@gmail.com>; 'barrios.jl@outlook.com'
<barrios.jl@outlook.com>; 'barrios.jl@outlook.com' <barrios.jl@outlook.com>;
'jlcumbastorres@yahoo.com' <jlcumbastorres@yahoo.com>; 'jwc@jwcartagena.com'
<jwc@jwcartagena.com>; 'riveraroman@hotmail.com' <riveraroman@hotmail.com>;
'javrua@gmail.com' <javrua@gmail.com>; 'juan@jahrlaw.com' <juan@jahrlaw.com>;
'jsoto@jbsblaw.com' <jsoto@jbsblaw.com>; 'juan@riverafont.com' <juan@riverafont.com>;
'ileanaortix@outlook.com' <ileanaortix@outlook.com>; 'dkaron@karonllc.com'
<dkaron@karonllc.com>; 'kklee@ktbslaw.com' <kklee@ktbslaw.com>; 'dbussel@ktbslaw.com'
<dbussel@ktbslaw.com>; 'jweiss@ktbslaw.com' <jweiss@ktbslaw.com>; 'aperez@kpmg.com'
<aperez@kpmg.com>; 'Lnegron@kpmg.com' <Lnegron@kpmg.com>;
'acaton@kramerlevin.com' <acaton@kramerlevin.com>; 'tmayer@kramerlevin.com'
<tmayer@kramerlevin.com>; 'pbentley@kramerlevin.com' <pbentley@kramerlevin.com>;
'dblabey@kramerlevin.com' <dblabey@kramerlevin.com>; 'dbuckley@kramerlevin.com'
<dbuckley@kramerlevin.com>; 'nhamerman@kramerlevin.com'
<nhamerman@kramerlevin.com>; 'abyowitz@kramerlevin.com' <abyowitz@kramerlevin.com>;
'ghorowitz@kramerlevin.com' <ghorowitz@kramerlevin.com>; 'agraitfe@agraitlawpr.com'
<agraitfe@agraitlawpr.com>; 'acevedovila1@gmail.com' <acevedovila1@gmail.com>;

'pola@frankpolajr.com' <pola@frankpolajr.com>; 'gls@lopezsolerlaw.com'
<gls@lopezsolerlaw.com>; 'jemudd@yahoo.com' <jemudd@yahoo.com>; 'craigmcc@me.com'
<craigmcc@me.com>; 'fpabon@lvvlaw.com' <fpabon@lvvlaw.com>;
'rrodriguez@juris.inter.edu' <rrodriguez@juris.inter.edu>; 'suarezcobo@gmail.com'
<suarezcobo@gmail.com>; 'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>;
'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>;
'thomas.hommel@lehmanholdings.com' <thomas.hommel@lehmanholdings.com>;
'pamela.simons@lehmanholdings.com' <pamela.simons@lehmanholdings.com>;
'abhishek.kalra@lehmanholdings.com' <abhishek.kalra@lehmanholdings.com>;
'lemuel.law@gmail.com' <lemuel.law@gmail.com>; 'ivandialo2001@yahoo.com'
<ivandialo2001@yahoo.com>; 'alinares2020@yahoo.com' <alinares2020@yahoo.com>;
'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>; 'jsanchez@lsplawpr.com'
<jsanchez@lsplawpr.com>; 'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>;
'mvazquez@lsplawpr.com' <mvazquez@lsplawpr.com>; 'wlugo@lugomender.com'
<wlugo@lugomender.com>; 'lawlugo1@gmail.com' <lawlugo1@gmail.com>;
'luisfredsalgado@hotmail.com' <luisfredsalgado@hotmail.com>; 'jorge@mlrelaw.com'
<jorge@mlrelaw.com>; 'emil@mlrelaw.com' <emil@mlrelaw.com>; 'mevicens@yahoo.com'
<mevicens@yahoo.com>; 'mfvelezquiebras@gmail.com' <mfvelezquiebras@gmail.com>;
'cvelaz@mpmlawpr.com' <cvelaz@mpmlawpr.com>; 'lmarini@mpmlawpr.com'
<lmarini@mpmlawpr.com>; 'malvarez@mpmlawpr.com' <malvarez@mpmlawpr.com>;
'Clark.whitmore@maslon.com' <Clark.whitmore@maslon.com>; 'Brian.klein@maslon.com'
<Brian.klein@maslon.com>; 'Jason.reed@maslon.com' <Jason.reed@maslon.com>;
'Ana.chilingarishvili@maslon.com' <Ana.chilingarishvili@maslon.com>; 'maxtruj@gmail.com'
<maxtruj@gmail.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com'
<aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com'
<ezm@mcvpr.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com'
<aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com'
<ezm@mcvpr.com>; 'harlawpr@gmail.com' <harlawpr@gmail.com>; 'wsmith@mwe.com'
<wsmith@mwe.com>; 'jkapp@mwe.com' <jkapp@mwe.com>; 'mthibert-ind@mwe.com'
<mthibert-ind@mwe.com>; 'ksheehan@mwe.com' <ksheehan@mwe.com>;
'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>; 'serrano.urdaz.law@hotmail.com'
<serrano.urdaz.law@hotmail.com>; 'ddunne@milbank.com' <ddunne@milbank.com>;
'amiller@milbank.com' <amiller@milbank.com>; 'gmainland@milbank.com'
<gmainland@milbank.com>; 'dmonserrate@msglawpr.com' <dmonserrate@msglawpr.com>;
'rlozada@msglawpr.com' <rlozada@msglawpr.com>; 'fgierbolini@msglawpr.com'
<fgierbolini@msglawpr.com>; 'msimonet@msglawpr.com' <msimonet@msglawpr.com>;
'rschell@msglawpr.com' <rschell@msglawpr.com>; 'ramon.dapena@mbcdlaw.com'
<ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com'
<victor.quinones@mbcdlaw.com>; 'ramon.dapena@mbcdlaw.com'
<ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com'
<victor.quinones@mbcdlaw.com>; 'JPeck@mofo.com' <JPeck@mofo.com>; 'GLee@mofo.com'
<GLee@mofo.com>; 'jbrugue@mbbclawyers.com' <jbrugue@mbbclawyers.com>;
'navarro@navarrolawpr.com' <navarro@navarrolawpr.com>; 'man@nblawpr.com'
<man@nblawpr.com>; 'hermann.bauer@oneillborges.com'
<hermann.bauer@oneillborges.com>; 'daniel.perez@oneillborges.com'
<daniel.perez@oneillborges.com>; 'ubaldo.fernandez@oneillborges.com'

<ubaldo.fernandez@oneillborges.com>; 'Carla.garcia@oneillborges.com'
<Carla.garcia@oneillborges.com>; 'ldelacruz@oeg.pr.gov' <ldelacruz@oeg.pr.gov>;
'nrivera@oeg.pr.gov' <nrivera@oeg.pr.gov>; 'l.ortizsegura@ploolaw.com'
<l.ortizsegura@ploolaw.com>; 'lawrog@gmail.com' <lawrog@gmail.com>;
'emckeen@omm.com' <emckeen@omm.com>; 'apavel@omm.com' <apavel@omm.com>;
'jrapisardi@omm.com' <jrapisardi@omm.com>; 'suhland@omm.com' <suhland@omm.com>;
'pfriedman@omm.com' <pfriedman@omm.com>; 'dperez@omm.com' <dperez@omm.com>;
'dcantor@omm.com' <dcantor@omm.com>; 'roppenheimer@omm.com'
<roppenheimer@omm.com>; 'mpocha@omm.com' <mpocha@omm.com>;
'pfriedman@omm.com' <pfriedman@omm.com>; 'ofernandez@oflawoffice.com'
<ofernandez@oflawoffice.com>; 'orlando1701@gmail.com' <orlando1701@gmail.com>;
'gonzalezbadillo@gmail.com' <gonzalezbadillo@gmail.com>; 'toledo.bankrupcty@gmail.com'
<toledo.bankrupcty@gmail.com>; 'Otero_and_assoc@hotmail.com'
<Otero_and_assoc@hotmail.com>; 'Despins, Luc A.' <lucdespins@paulhastings.com>; 'Tenzer,
Andrew V.' <andrewtenzer@paulhastings.com>; 'Plaskon, Leslie A.'
<leslieplaskon@paulhastings.com>; 'Bliss, James R.' <jamesbliss@paulhastings.com>;
'Worthington, James B.' <jamesworthington@paulhastings.com>; 'Buscarino, Anthony F.'
<anthonybuscarino@paulhastings.com>; 'Comerford, Mike'
<michaelcomerford@paulhastings.com>; 'Bongartz, Alex' <alexbongartz@paulhastings.com>;
'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'arosenberg@paulweiss.com'
<arosenberg@paulweiss.com>; 'gpavia@pavialazaro.com' <gpavia@pavialazaro.com>;
'gerardopavialaw@msn.com' <gerardopavialaw@msn.com>; 'peajeinfo@dechert.com'
<peajeinfo@dechert.com>; 'pevarfon@gmail.com' <pevarfon@gmail.com>;
'luis.vazquez@peerlessoil.com' <luis.vazquez@peerlessoil.com>; 'adtoro@pico-blanco.com'
<adtoro@pico-blanco.com>; 'mmercado@mercado-echegaray-law.com' <mmercado@mercado-
echegaray-law.com>; 'margaritalmercado@gmail.com' <margaritalmercado@gmail.com>;
'oramos@pmalaw.com' <oramos@pmalaw.com>; 'mtrelles@pmalaw.com'
<mtrelles@pmalaw.com>; 'puertoricoteam@primeclerk.com'
<puertoricoteam@primeclerk.com>; 'serviceqa@primeclerk.com' <serviceqa@primeclerk.com>;
'mbienenstock@proskauer.com' <mbienenstock@proskauer.com>; 'ppossinger@proskauer.com'
<ppossinger@proskauer.com>; 'ebarak@proskauer.com' <ebarak@proskauer.com>;
'mzerjal@proskauer.com' <mzerjal@proskauer.com>; 'sratner@proskauer.com'
<sratner@proskauer.com>; 'tmungovan@proskauer.com' <tmungovan@proskauer.com>;
'bbobroff@proskauer.com' <bbobroff@proskauer.com>; 'mfirestein@proskauer.com'
<mfirestein@proskauer.com>; 'lrappaport@proskauer.com' <lrappaport@proskauer.com>;
'cfebus@proskauer.com' <cfebus@proskauer.com>; 'kperra@proskauer.com'
<kperra@proskauer.com>; 'jerichman@proskauer.com' <jerichman@proskauer.com>;
'jalonzo@proskauer.com' <jalonzo@proskauer.com>; 'JLevitan@proskauer.com'
<JLevitan@proskauer.com>; 'BRosen@proskauer.com' <BRosen@proskauer.com>;
'gbrenner@proskauer.com' <gbrenner@proskauer.com>; 'wdalsen@proskauer.com'
<wdalsen@proskauer.com>; 'MHackett@proskauer.com' <MHackett@proskauer.com>;
'sweise@proskauer.com' <sweise@proskauer.com>; 'prosol@utier.org' <prosol@utier.org>;
'prodriguez@prvlaw.com' <prodriguez@prvlaw.com>; 'penagaricanobrownusdc@gmail.com'
<penagaricanobrownusdc@gmail.com>; 'Mohammad.Yassin@aafaf.pr.gov'
<Mohammad.Yassin@aafaf.pr.gov>; 'anabelle.centeno@pridco.pr.gov'
<anabelle.centeno@pridco.pr.gov>; 'fsilva@claropr.com' <fsilva@claropr.com>;

'susheelkirpalani@quinnemanuel.com' <susheelkirpalani@quinnemanuel.com>;
'ericwinston@quinnemanuel.com' <ericwinston@quinnemanuel.com>;
'danielsalinas@quinnemanuel.com' <danielsalinas@quinnemanuel.com>;
'erickay@quinnemanuel.com' <erickay@quinnemanuel.com>;
'katescherling@quinnemanuel.com' <katescherling@quinnemanuel.com>;
'darrengoldman@quinnemanuel.com' <darrengoldman@quinnemanuel.com>;
'rtorres@torresrodlaw.com' <rtorres@torresrodlaw.com>; 'erb@rodriguezbinetlaw.com'
<erb@rodriguezbinetlaw.com>; 'cgray@reedsmith.com' <cgray@reedsmith.com>;
'dschlecker@reedsmith.com' <dschlecker@reedsmith.com>; 'eschaffer@reedsmith.com'
<eschaffer@reedsmith.com>; 'lsizemore@reedsmith.com' <lsizemore@reedsmith.com>;
'kgwynne@reedsmith.com' <kgwynne@reedsmith.com>; 'cspringer@reedsmith.com'
<cspringer@reedsmith.com>; 'escalera@reichardescalera.com'
<escalera@reichardescalera.com>; 'arizmendis@reichardescalera.com'
<arizmendis@reichardescalera.com>; 'riverac@reichardescalera.com'
<riverac@reichardescalera.com>; 'pabong@reichardescalera.com'
<pabong@reichardescalera.com>; 'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>;
'iacosta@renocavanaugh.com' <iacosta@renocavanaugh.com>;
'tpennington@renocavanaugh.com' <tpennington@renocavanaugh.com>;
'mpico@rexachpico.com' <mpico@rexachpico.com>; 'prcr@mcvpr.com' <prcr@mcvpr.com>;
'filippetti_r@hotmail.com' <filippetti_r@hotmail.com>; 'castilloricardo977@gmail.com'
<castilloricardo977@gmail.com>; 'ortizcolonricardo@gmail.com'
<ortizcolonricardo@gmail.com>; 'rortiz@rloclaw.onmicrosoft.com'
<rortiz@rloclaw.onmicrosoft.com>; 'nrickenbach@rickenbachpr.com'
<nrickenbach@rickenbachpr.com>; 'victorriverarios@rcrtrblaw.com'
<victorriverarios@rcrtrblaw.com>; 'etulla@riveratulla.com' <etulla@riveratulla.com>;
'icabrera@riveratulla.com' <icabrera@riveratulla.com>; 'marivera@riveratulla.com'
<marivera@riveratulla.com>; 'cacevedo@riveratulla.com' <cacevedo@riveratulla.com>;
'lrobbins@robbinsrussell.com' <lrobbins@robbinsrussell.com>; 'mstancil@robbinsrussell.com'
<mstancil@robbinsrussell.com>; 'gorseck@robbinsrussell.com' <gorseck@robbinsrussell.com>;
'kzecca@robbinsrussell.com' <kzecca@robbinsrussell.com>; 'dburke@robbinsrussell.com'
<dburke@robbinsrussell.com>; 'lpettit@robbinsrussell.com' <lpettit@robbinsrussell.com>;
'jbolian@robbinsrussell.com' <jbolian@robbinsrussell.com>; 'romn1960@gmail.com'
<romn1960@gmail.com>; 'estudiolegalrivera2@gmail.com' <estudiolegalrivera2@gmail.com>;
'buzz.rochelle@romclaw.com' <buzz.rochelle@romclaw.com>; 'kdm@romclaw.com'
<kdm@romclaw.com>; 'manuel@rodriguezbanchs.com' <manuel@rodriguezbanchs.com>;
'rosasegui@yahoo.com' <rosasegui@yahoo.com>; 'mrm@rmlawpr.com' <mrm@rmlawpr.com>;
'Douglas.Hallward-Driemeier@ropesgray.com' <Douglas.Hallward-
Driemeier@ropesgray.com>; 'Keith.Wofford@ropesgray.com'
<Keith.Wofford@ropesgray.com>; 'Daniel.Egan@ropesgray.com'
<Daniel.Egan@ropesgray.com>; 'r.miranda@rmirandalex.net' <r.miranda@rmirandalex.net>;
'rprats@rpplaw.com' <rprats@rpplaw.com>; 'carlos.lugo@saldanalaw.com'
<carlos.lugo@saldanalaw.com>; 'hector.saldana@saldanalaw.com'
<hector.saldana@saldanalaw.com>; 'jsanchez@scvrlaw.com' <jsanchez@scvrlaw.com>;
'mhernandez@scvrlaw.com' <mhernandez@scvrlaw.com>; 'jsalichs@splawpr.com'
<jsalichs@splawpr.com>; 'etejeda@splawpr.com' <etejeda@splawpr.com>; 'avb@sbgblaw.com'
<avb@sbgblaw.com>; 'avb@sbgblaw.com' <avb@sbgblaw.com>; 'jsanabria@sbgblaw.com'

<jsanabria@sbgblaw.com>; 'gviviani@sanpir.com' <gviviani@sanpir.com>;
'jreyes@sanpir.com' <jreyes@sanpir.com>; 'fserra@sampr.com' <fserra@sampr.com>;
'jvannah@santandersecurities.com' <jvannah@santandersecurities.com>;
'santilawoffice@yahoo.com' <santilawoffice@yahoo.com>; 'sramirez@sarlaw.com'
<sramirez@sarlaw.com>; 'Roy.purcell@scotiabank.com' <Roy.purcell@scotiabank.com>;
'Rgf@mcvpr.com' <Rgf@mcvpr.com>; 'secbankruptcy@sec.gov' <secbankruptcy@sec.gov>;
'NYROBankruptcy@sec.gov' <NYROBankruptcy@sec.gov>; 'bankruptcynoticeschr@sec.gov'
<bankruptcynoticeschr@sec.gov>; 'epo@amgprlaw.com' <epo@amgprlaw.com>;
'jsantos@smlawpr.com' <jsantos@smlawpr.com>; 'anunez@smlawpr.com'
<anunez@smlawpr.com>; 'emaldonado@smlawpr.com' <emaldonado@smlawpr.com>;
'acouret@smlawpr.com' <acouret@smlawpr.com>; 'adeliz@smlawpr.com'
<adeliz@smlawpr.com>; 'lcumpiano@yahoo.com' <lcumpiano@yahoo.com>;
'FSosnick@Shearman.com' <FSosnick@Shearman.com>; 'Kelly.McDonald@Shearman.com'
<Kelly.McDonald@Shearman.com>; 'jbgoplerud@sagwlaw.net' <jbgoplerud@sagwlaw.net>;
'ahowie@sagwlaw.net' <ahowie@sagwlaw.net>; 'squsba@stblaw.com' <squsba@stblaw.com>;
'bfriedman@stblaw.com' <bfriedman@stblaw.com>; 'nbaker@stblaw.com'
<nbaker@stblaw.com>; 'edward.linden@stblaw.com' <edward.linden@stblaw.com>;
'MARIAE.HERNANDEZ@prepa.com' <MARIAE.HERNANDEZ@prepa.com>;
'Jay.goffman@skadden.com' <Jay.goffman@skadden.com>; 'mark.mcdermott@skadden.com'
<mark.mcdermott@skadden.com>; 'stansoffice@aol.com' <stansoffice@aol.com>;
'pglassman@sycr.com' <pglassman@sycr.com>; 'cmechling@stroock.com'
<cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>;
'dfliman@stroock.com' <dfliman@stroock.com>; 'cmechling@stroock.com'
<cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>;
'khansen@stroock.com' <khansen@stroock.com>; 'jcanfield@stroock.com'
<jcanfield@stroock.com>; 'nmanne@susmangodfrey.com' <nmanne@susmangodfrey.com>;
'mkelso@susmangodfrey.com' <mkelso@susmangodfrey.com>;
'jlopez@constructorasantiago.com' <jlopez@constructorasantiago.com>;
'Saultoledo22@yahoo.com' <Saultoledo22@yahoo.com>; 'andres@awllaw.com'
<andres@awllaw.com>; 'Mfb@tcmrslaw.com' <Mfb@tcmrslaw.com>; 'Lft@tcmrslaw.com'
<Lft@tcmrslaw.com>; 'nperez@tcmrslaw.com' <nperez@tcmrslaw.com>;
'jvankirk@tcmrslaw.com' <jvankirk@tcmrslaw.com>; 'Cesar.a.lopez-morales@usdoj.gov'
<Cesar.a.lopez-morales@usdoj.gov>; 'Jean.lin@usdoj.gov' <Jean.lin@usdoj.gov>;
'Laura.A.Hunt@usdoj.gov' <Laura.A.Hunt@usdoj.gov>; 'Thomas.g.ward@usdoj.gov'
<Thomas.g.ward@usdoj.gov>; 'unionecfse@yahoo.com' <unionecfse@yahoo.com>;
'migade19@hotmail.com' <migade19@hotmail.com>; 'jaimeenriquecruzalvarez@gmail.com'
<jaimeenriquecruzalvarez@gmail.com>; 'christopher.connolly@usdoj.gov'
<christopher.connolly@usdoj.gov>; 'velez.hector@epa.gov' <velez.hector@epa.gov>;
'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'wardlow.w.benson@usdoj.gov'
<wardlow.w.benson@usdoj.gov>; 'USTP.Region21@usdoj.gov' <USTP.Region21@usdoj.gov>;
'hvaldes@v-olaw.com' <hvaldes@v-olaw.com>; 'jeva@valenzuelalaw.net'
<jeva@valenzuelalaw.net>; 'jose.enrico.valenzuela1@gmail.com'
<jose.enrico.valenzuela1@gmail.com>; 'vero@ferraiuoli.pr' <vero@ferraiuoli.pr>;
'victor@calderon-law.com' <victor@calderon-law.com>; 'ramonvinas@vinasllc.com'
<ramonvinas@vinasllc.com>; 'ramonvinas@vinasllc.com' <ramonvinas@vinasllc.com>;
'Rgmason@wlrk.com' <Rgmason@wlrk.com>; 'Arwolf@wlrk.com' <Arwolf@wlrk.com>;

'Eakleinhaus@wlrk.com' <Eakleinhaus@wlrk.com>; 'Bbolin@wlrk.com' <Bbolin@wlrk.com>; 'KBGoldberg@wlrk.com' <KBGoldberg@wlrk.com>; 'AKHerring@wlrk.com' <AKHerring@wlrk.com>; 'marcia.goldstein@weil.com' <marcia.goldstein@weil.com>; 'kelly.diblasi@weil.com' <kelly.diblasi@weil.com>; 'gabriel.morgan@weil.com' <gabriel.morgan@weil.com>; 'jonathan.polkes@weil.com' <jonathan.polkes@weil.com>; 'gregory.silbert@weil.com' <gregory.silbert@weil.com>; 'swb@wbmvlaw.com' <swb@wbmvlaw.com>; 'sawbacal@aol.com' <sawbacal@aol.com>; 'pwm@wbmvlaw.com' <pwm@wbmvlaw.com>; 'prwolverine@gmail.com' <prwolverine@gmail.com>; 'jvv@wbmvlaw.com' <jvv@wbmvlaw.com>; 'javier.a.vega@gmail.com' <javier.a.vega@gmail.com>; 'gkurtz@whitecase.com' <gkurtz@whitecase.com>; 'jcunningham@whitecase.com' <jcunningham@whitecase.com>; 'brian.pfeiffer@whitecase.com' <brian.pfeiffer@whitecase.com>; 'michele.meises@whitecase.com' <michele.meises@whitecase.com>; 'jzakia@whitecase.com' <jzakia@whitecase.com>; 'csloane@whitecase.com' <csloane@whitecase.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'william.m.vidal@gmail.com' <william.m.vidal@gmail.com>; 'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mfeldman@willkie.com' <mfeldman@willkie.com>; 'jminias@willkie.com' <jminias@willkie.com>; 'mseidel@willkie.com' <mseidel@willkie.com>; 'jdugan@willkie.com' <jdugan@willkie.com>; 'jkorn@willkie.com' <jkorn@willkie.com>; 'tmundiya@willkie.com' <tmundiya@willkie.com>; 'pshalhoub@willkie.com' <pshalhoub@willkie.com>; 'ayanez@willkie.com' <ayanez@willkie.com>; 'bkuehn@wmd-law.com' <bkuehn@wmd-law.com>; 'JLawlor@wmd-law.com' <JLawlor@wmd-law.com>; 'jpatton@ycst.com' <jpatton@ycst.com>; 'rbrady@ycst.com' <rbrady@ycst.com>; 'jdorsey@ycst.com' <jdorsey@ycst.com>; 'asociaciongerencialescfse@gmail.com' <asociaciongerencialescfse@gmail.com>