UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

---

PROMESA Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

COMES NOW, Shai Schmidt, applicant herein, and pursuant to L. Civ. R. 83A (f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an associate at the law firm Kasowitz Benson Torres LLP, with its address at 1633 Broadway, New York, New York 10019; telephone number: 212-506-1949; e-mail: SSchmidt@kasowitz.com.

2. Applicant will sign all pleadings with the name "Shai Schmidt".

3. Applicant will act as attorney for Whitebox Advisors, LLC and certain of its

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

affiliates, and provide legal representation in connection with the above-styled matters pending before the United States District Court for the District of Puerto Rico.

4. Since January 11, 2010, applicant has been and presently is a member in good standing of the bar of the state of New York. Applicant's bar license number is 4787164.

5. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

6. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

7. Local counsel of record associated with applicant in this matter is:

> Moraima Ríos Robles
> USDC-PR Bar No. 224912
> Arroyo & Rios Law Offices PSC
> PMB 688
> 1353 Ave. Luis Vigoreaux
> Guaynabo, P.R. 00966
> Direct: 787-522-8080
> Email: mrios@arroyorioslaw.com

8. Applicant has read the Local Rules of this court and will comply with same.

9. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: January 3, 2019

By: /s/ Shai Schmidt
Shai Schmidt
SSchmidt@kasowitz.com

I hereby certify, pursuant to USDC Local Rule 83A(f), that I consent to the designation of local counsel for all purposes.

Date: January 3, 2019

By: /s/ Moraima Ríos Robles
Moraima Ríos Robles
USDC-PR Bar No. 224912

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order. *See* Docket No. 4086-1.

**ARROYO & RIOS LAW OFFICES, P.S.C.**
*Attorneys for Whitebox Advisors, LLC*

PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.: (787) 522-8080
Fax: (787) 523-5696
E-mail: mrios@arroyorioslaw.com

*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912

3

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this_____day of_____, 2019.

_____<br>U.S. District Judge

```
Court Name: District Court
Division: 1
Receipt Number: PRX100061111
Cashier ID: risaac
Transaction Date: 01/03/2019
Payer Name: RIOS-ROBLES, MORAIMA

PRO HAC VICE
For: RIOS-ROBLES, MORAIMA
Case/Party: D-PRX-1-97-NA-000003-002
Amount:         $300.00

PAPER CHECK CONVERSION
Remitter: ARROYO & RIOS LAW OFFICES PSC
Check/Money Order Num: 3173
Amt Tendered: $300.00

Total Due:       $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-BK-3283 PRO HAC VICE OF ATTY
SHAI SCHMIDT THRU

ATTY RIOS-ROBLES, MORAIMA
```