IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK-03283 LTS<br><br>(Jointly Administered) |

## **NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW Bard Shannon Limited ("Bard"), a creditor in the above captioned proceeding, through the undersigned attorney and most respectfully prays that the appearing creditor's attorney be included in the Master Address List and that she be served with copy of all motions and notices in relation with this proceeding.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF which will send notification of such filing to all interested parties and CM/ECF participants.

Respectfully submitted.

In San Juan, Puerto Rico this 3rd day of December, 2018 (Revised January 3rd, 2019)

\S\ MARÍA FERNANDA VÉLEZ PASTRANA
USDC-PR 212001
P.O. Box 195582
San Juan, P. R. 00919-5582
Tel. (787) 793-3628
mfvelezquiebras@gmail.com