## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.,*

      Debtors.[1]

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of

the United States Code (the "Bankruptcy Code") and the order entered by this Court on June 2,

2017 (the "Procedures Order"): (a) incorporating the Local Bankruptcy Rules for the United States

Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules") for these Title

III cases; (b) approving and implementing the notice, case management, and administrative

procedures (collectively, the "Case Management Procedures"), as amended, the law firm of

Estrella LLC hereby enters its appearance in the above-referenced Title III cases (the "Title III

Cases") as attorneys for The Financial Oversight and Management Board for Puerto Rico, acting

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ( "COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ( "HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ( "ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ( "PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

through its Special Claims Committee, and local counsel for BROWN RUDNICK LLP, the Claims

Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its

Special Claims Committee, and hereby requests that all notices given or required in the Title III

Cases, and all documents, and all other papers served in the Title III Cases, be given to and served

upon the following:

**ESTRELLA LLC**

*Attorneys for The Financial Oversight and Management Board for Puerto Rico and local counsel for BROWN RUDNICK LLP, the Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee*

/s/ Alberto Estrella
Alberto Estrella (USDC-PR 209804)
E-mail:agestrella@estrellallc.com

/s/Kenneth C. Suria
Kenneth C. Suria (USDC-PR 213302)
E-mail: kcsuria@estrellallc.com

P. O. Box 9023596
San Juan, Puerto Rico 00902–3596

Telephone: (787) 977-5050
Facsimile: (787) 977-5090

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to

the Debtors, the property of the Debtors or their Title III estates.

[Remainder of page intentionally left blank.]

Dated: January 4, 2019
San Juan, Puerto Rico

**ESTRELLA LLC**

*Attorneys for The Financial Oversight and
Management Board for Puerto Rico and local
counsel for BROWN RUDNICK LLP, the
Claims Counsel for The Financial Oversight
and Management Board for Puerto Rico,
acting through its Special Claims Committee*

/s/ Alberto Estrella
Alberto Estrella (USDC-PR 209804)
E-mail:agestrella@estrellallc.com

/s/Kenneth C. Suria
Kenneth C. Suria (USDC-PR 213302)
E-mail: kcsuria@estrellallc.com

P. O. Box 9023596
San Juan, Puerto Rico 00902–3596

Telephone: (787) 977-5050
Facsimile: (787) 977-5090