**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>        Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>Related to Debtor COFINA Only |

---

\*      The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**NOTICE OF WITHDRAWAL**

To the Honorable United States District Court Judge Laura Taylor Swain:

1.      Brant Duncan Kuehn, of the law firm Wollmuth Maher & Deutsch, LLP, who has appeared in this case on behalf of Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. (collectively, the "Whitebox Funds"), and Wollmuth Maher & Deutsch, LLP ("Wollmuth") respectfully notify the Court that they are withdrawing as counsel of record for the Whitebox Funds.

2.      Andrew K. Glenn and Shai Schmidt, who appeared pro hac vice (Dkt. Nos. 4540 and 4616), and practice at Kasowitz Benson Torres LLP, will serve as counsel of record for the Whitebox Funds and Moraima S. Rios-Robles will continue to serve as local counsel for the Whitebox Funds.

3.      Brant Duncan Kuehn respectfully requests that the Court cease to notify him and Stroock of motions, pleadings, papers, and orders in this matter.

WHEREFORE Brant Duncan Kuehn respectfully notifies the Court of his and Wollmuth's withdrawal as counsel for the Whitebox Funds and requests that the Court cease notifying him of motions, pleadings, papers, and orders in this matter.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 4th day of January, 2019.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Seventh Amended Notice, Case Management and Administrative Procedures*. (*See* [Docket No. 4086-1] § 2.)

2

**ARROYO & RIOS LAW OFFICES, P.S.C.**

PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.:    (787) 522-8080
Fax:    (787) 523-5696

*s/ Moraima S. Ríos Robles*
Moraima S. Rios Robles

USDC-PR No. 224912
E-mail: mrios@arroyorioslaw.com
*s/ Jessica A. Figueroa-Arce*
Jessica A. Figueroa Arce
USDC-PR No. 225206
E-mail: jfigueroa@arroyorioslaw.com

*Attorneys for Whitebox Asymmetric Partners,
L.P., Whitebox Institutional Partners, L.P.,
Whitebox Multi-Strategy Partners, L.P.,
Pandora Select Partners, L.P., and Whitebox
Term Credit Fund I L.P.*

**WOLLMUTH MAHER & DEUTSCH
LLP**

500 Fifth Avenue
New York, NY 10110
Tel.: (212) 382-3300

Brant Duncan Kuehn (*pro hac vice*)
E-mail: bkuehn@wmd-law.com

3