UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.,*

Debtors.[1]

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and the order entered by this Court on June 2, 2017 (the "Procedures Order"): (a) incorporating the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules") for these Title III cases; (b) approving and implementing the notice, case management, and administrative procedures (collectively, the "Case Management Procedures"), as amended, the law firm of Brown Rudnick LLP hereby enters its appearance in the above-referenced Title III cases (the "Title III Cases") as Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, and hereby requests that all

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

notices given or required in the Title III Cases, and all documents, and all other papers served in the Title III Cases, be given to and served upon the following:

> **BROWN RUDNICK LLP**
> 7 Times Square
> New York, NY 10036
> Attn: Edward S. Weisfelner, Esq.
> Telephone: (212) 209-4800
> Facsimile: (212) 209-4801
> E-mail: eweisfelner@brownrudnick.com
>
> -and-
>
> **BROWN RUDNICK LLP**
> 601 Thirteenth Street NW
> Washington, D.C. 20005
> Attn: Stephen A. Best, Esq.
> Attn: Benjamin G. Chew, Esq.
> Telephone: (202) 536-1700
> Facsimile: (202) 536-1701
> E-mail: sbest@brownrudnick.com
> E-mail: bchew@brownrudnick.com
>
> -and-
>
> **BROWN RUDNICK LLP**
> One Financial Center
> Boston, MA 02111
> Attn: Sunni P. Beville, Esq.
> Telephone: (617) 856-8200
> Facsimile: (617) 856-8201
> E-mail: sbeville@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

2

transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their Title III estates.

**CERTIFICATE:** I hereby certify that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order. *See* Docket No. 4086-1.

[Remainder of page intentionally left blank.]

Dated: January 4, 2019
New York, New York

**BROWN RUDNICK LLP**

By: /s/ *Edward S. Weisfelner*
Edward S. Weisfelner
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: eweisfelner@brownrudnick.com

-and-

**BROWN RUDNICK LLP**
601 Thirteenth Street NW
Washington, D.C. 20005
Attn: Stephen A. Best, Esq.
Attn: Benjamin G. Chew, Esq.
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
E-mail: sbest@brownrudnick.com
E-mail: bchew@brownrudnick.com

-and-

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Attn: Sunni P. Beville, Esq.
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: sbeville@brownrudnick.com

*Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee*

**ESTRELLA LLC**

*Attorneys for The Financial Oversight and Management Board for Puerto Rico and local counsel for BROWN RUDNICK LLP, the Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee*

/s/ Alberto Estrella

4

Alberto Estrella (USDC-PR 209804)
E-mail:agestrella@estrellallc.com

/s/Kenneth C. Suria
Kenneth C. Suria (USDC-PR 213302)
E-mail: kcsuria@estrellallc.com

P. O. Box 9023596
San Juan, Puerto Rico 00902–3596

Telephone: (787) 977-5050
Facsimile: (787) 977-5090

5