UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

   Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

   Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS.

---------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR MEMBERS OF THE PUBLIC
TO REQUEST TO SPEAK AT RULE 9019 MOTION AND COFINA PLAN CONFIRMATION HEARING

      On January 16, 2019, the Court will commence a hearing in San Juan, Puerto Rico (the "Hearing") to consider whether to approve the *Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation* (Docket Entry No. 4067 in Case

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 17-3283, the "9019 Motion") and the *Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* (Docket Entry No. 380 in Case No. 17-3284, and as may be further amended, the "COFINA Plan" and, together with the 9019 Motion, the "Motions"). During the Hearing, the Court will allocate a designated segment of time to allow up to 24 members of the public to appear in person to voice their views in connection with either of the Motions. Members of the public who are interested in participating at the Hearing may request permission to appear and speak at the Hearing by visiting the following website:

https://www.prd.uscourts.gov/promesa/public-participation-form-cofina-plan

All requests to participate in the Hearing as an interested member of the public must be submitted by **January 11, 2019 at 4:00 p.m. (Atlantic Standard Time)**. The Court will randomly select persons to participate at the Hearing if more than 24 persons request permission to participate. Selected participants will be notified of their selection by written correspondence to the email address provided in the above form, and must arrange to appear in person in either the courtroom in San Juan or in New York. Telephonic appearances will not be permitted.

A Spanish translation of this Order is attached hereto as Exhibit A.

SO ORDERED.

Dated: January 4, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge