<u>Exhibit A</u>

Spanish Translation

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO DE PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Título III |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | |
| | Núm. 17 BK 3283-LTS |
| En representación de | (Administrado Conjuntamente) |
| EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al., | |
| Deudores.² | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Título III |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | |
| | Núm. 17 BK 3284-LTS |
| Como representante de | Esta Orden está relacionada al Estado Libre Asociado y a COFINA y se radicará en los Casos Núm. 17 BK 3283-LTS y 17 BK 3284-LTS. |
| LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE DE PUERTO RICO, | |
| Deudor. | |

-----------------------------------------------------------------x

---

² Los Deudores en estos casos bajo el Título III, con sus números de caso respectivos bajo el Título III y los últimos cuatro (4) dígitos de su seguro social patronal federal, según aplique, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3481); (ii) Corporación del Fondo de Interés Apremiante ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 8474); (iii) Autoridad de Carreteras y Transportación ("ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 9686); y (v) Autoridad de Energía Eléctrica ("AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3747) (Los números de caso bajo el Título III aparecen con los números de caso de Quiebra debido a las limitaciones de programación).

ORDEN SOBRE PROCEDIMIENTOS PARA PERSONAS DEL PÚBLICO QUE SOLICITEN PERMISO PARA HABLAR DURANTE LA VISTA DE REGLA 9019 Y DE CONFIRMACIÓN DEL PLAN DE COFINA

El 16 de enero de 2019 el Tribunal dará inicio a una vista en San Juan, Puerto Rico (la "Vista") para considerar la *Moción del Estado Libre Asociado de Puerto Rico al Amparo de la Regla de Quiebra 9019 Solicitando Orden de Aprobación para la Transacción entre el Estado Libre Asociado de Puerto Rico y la Corporación del Fondo de Interés Apremiante* (Documento Núm. 4067 en el Caso Núm. 17-3283, la "Moción 9019") y la *Segunda Enmienda al Plan de Ajuste bajo el Título III para La Corporación del Fondo de Interés Apremiante* (Documento Núm. 380 en el Caso Núm. 17-3284, y como sea enmendado de nuevo, el "Plan COFINA" y junto a la Moción 9019, en adelante las "Mociones"). En esta Vista, el Tribunal asignará periodos de tiempo específicos durante los cuales podrán comparecer en persona hasta 24 integrantes del público para hacer comentarios breves con relación a cualquiera de las Mociones. Los integrantes del público que tengan interés en hablar durante la Vista podrán solicitar permiso para hacerlo a través de la siguiente página de internet, donde deben llenar el formulario de solicitud:

https://www.prd.uscourts.gov/promesa/public-participation-form-cofina-plan

Toda solicitud de participación en la Vista en calidad de persona interesada del público debe radicarse a más tardar para el **11 de enero de 2019 a las 4:00 p.m.** (Hora del Atlántico). De haber más de 24 solicitudes, el Tribunal usará un proceso al azar para seleccionar a aquellos de los solicitantes que podrán hablar. Los participantes seleccionados recibirán notificación por escrito en la dirección de correo electrónico que hayan indicado en el formulario de solicitud y deberán hacer los arreglos correspondientes para comparecer ante el Tribunal en persona, ya sea en San Juan o en Nueva York. No se permitirán comparecencias telefónicas.

ORDÉNESE.

Fecha: 4 de enero de 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Juez de Distrito de Los Estados Unidos