**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD REGARDING CORRESPONDENCES RECEIVED BY THE COURT**

To the Honorable United States District Judge Laura Taylor Swain:

As noted at the December 19, 2018 hearing by counsel to the Financial Oversight and Management Board for Puerto Rico, as the representative of the Puerto Rico Sales Tax Financing Corporation, pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*, codified at 48 U.S.C. §§ 2101-2241, attached hereto as <u>Exhibit A</u> is a summary chart of the correspondences received by the Court between August 1, 2018 to December 26, 2018.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: January 4, 2019
    New York, NY

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Chris Theodoridis (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtor*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight
and Management Board as representative
for the Debtor*

**<u>Exhibit A</u>**

**Summary of Correspondences Received by the Court Between**
**Aug. 1, 2018 – Dec. 26, 2018**

Total Correspondences Filed on Docket: 322 (of which, 8 are duplicates)

- The 322 letters can be found in 8 separate "Notices of Correspondence" filed by the Court on the main docket [ECF Nos. 3859, 4033, 4348, 4438, 4460, 4494, 4567, 4576][2]

**Correspondences by Subject Matter**:

**A. Correspondences Addressing Settlement Agreement**

| Form Letters | Number of Correspondences: 233 (of which, 8 are duplicates) |
|---|---|
| See <u>Schedule 1</u> attached hereto for list of correspondences. | <ul><li>4 anonymously submitted</li></ul> Summary: <ul><li>Generally urge the Court to "reject the agreement between Cofina bondholders and the Financial Oversight and Management Board."</li><li>Claims that the "agreement" will (a) "drag Puerto Rico into another economic crisis, due to the imposition of more austerity measures, cuts in public services and pension, and would lead to a new debt default" and (b) "succumb the Puerto Rican people to 40 years of further austerity measures to pay a debt the US Government refuses to audit."</li><li>Generally state that the sender "stand[s] with the Puerto Rican people" against the "agreement" or simply urge the Court to reject the "agreement."</li><li>Many letters do not indicate whether the sender is a COFINA creditor.</li></ul> |

---

[2]   Two (2) letters from ECF No. 3859 are omitted from this summary because they are dated before August 1, 2018.

| | |
|---|---|
| **Objections to Settlement of Commonwealth-COFINA Dispute**<br><br>See <u>Schedule 2</u> attached hereto for list of correspondences. | Number of Correspondences: 14<br><br>• 1 GO Bondholder<br><br>Summary:<br><br>• Letters that, for various reasons, object to the Commonwealth-COFINA Dispute settlement:<br><br>   o  GO Bondholder:<br><br>      ▪ GO Bonds were "supposed to be as safe as the faith [sender's father] had in this country."<br><br>      ▪ The Court should consider the "small investor."<br><br>   o  COFINA should not benefit from funds when retired teachers are trying to survive.<br><br>   o  US taxpayers are bailing out Puerto Rico.  The outcome of the COFINA restructuring casts doubt on all priority-lien revenue bonds commonly issued by states and local governments.<br><br>   o  The Oversight Board are self-appointed members who put the Island into a partially illegal debt for personal and corporate profiteering.<br><br>   o  Approving the settlement would validate the "dubious vehicle" of COFINA "designed specifically to evade the constitutional debt limit and balanced budget requirements of the Puerto Rico constitution."<br><br>   o  Bondholders "should not have to watch as an outcome is manipulated so as to deny us due process. What is going on should not be allowed to take place."<br><br>• One letter asks why the funds held at BNYM are covered under the settlement agreement, and why the funds cannot be "distributed as pre agreement." |

2

**B. Correspondences Addressing COFINA Plan of Adjustment**

| Objections to COFINA Plan<br><br>See Schedule 3 attached hereto for list of correspondences. | Number of Correspondences: 3<br><br>Summary:<br><br>• Letters, for various reasons, objecting to the COFINA Plan:<br><br>   o "I do not agree with the approval of the COFINA plan of adjustment." (translation)<br><br>   o If the "agreement recently reached by the Puerto Rico government and the creditors of Cofina" is approved, Puerto Rico will file another bankruptcy "because we [cannot afford] those payments."<br><br>   o "The people of Puerto Rico deserve better than this terrible plan."<br><br>• Letters do not indicate whether the sender is a COFINA creditor. |
|---|---|
| Junior COFINA Bondholders<br><br>See Schedule 4 attached hereto for list of correspondences. | Number of Correspondences: 47<br><br>• 2 anonymously submitted<br><br>• 3 individuals submitted multiple letters<br><br>Summary:<br><br>• Letters from Junior COFINA Bondholders objecting to or commenting on the difference in treatment between Senior COFINA Bondholders and Junior COFINA Bondholders, generally noting that:<br><br>   o There has been no default on the Junior COFINA Bonds.<br><br>   o The parties negotiating the COFINA Plan represent pension funds, bond funds, which manage various Puerto Rico bonds, including GO bonds, and do not |

<table>
<tr><td></td><td>

represent retail investors.

○ COFINA is the only solvent government entity on the Island because funds are dedicated to pay both Senior and Junior COFINA Bonds and are not available to the government.

○ COFINA Senior and Junior Bonds are sufficiently secured by a statutory lien on pledged sales tax revenues without any recourse to other assets.

○ COFINA has not provided recent audited financial statements to show that it is insolvent.

</td></tr>
<tr><td>

**Amicus Letter – COFINA Plan**

See <u>Schedule 5</u> attached hereto for list of correspondences.

</td><td>

Number of Correspondences: 1

Summary:

- Letter from non-profit entity (Espacios Abiertos), attaching materials co-authored by Joseph Stiglitz relating to Puerto Rico's economic condition for the court to consider in confirming the COFINA plan of adjustment.

- *Disaster Capitalism Comes to Puerto Rico*, by Martin Guzman, Joseph E. Stiglitz:

   ○ The terms of COFINA's restructuring do not provide enough relief for Puerto Rico to be able to achieve future growth.

   ○ Puerto Rico's annual debt payments would increase from $420 million in FY2019 to almost $1 billion in FY2041.

   ○ The fiscal plan is flawed.  It is based on new growth projections that assume that Hurricane Maria provided a net positive shock to Puerto Rico.

   ○ As long as the money needed for investments is going to pay bondholders, sustained growth is impossible.

- *An Analysis of Puerto Rico's Debt Relief Needs to Restore Debt Sustainability*, by Pablo A. Gluzmann, Martin M. Guzman, Joseph E. Stiglitz:

</td></tr>
</table>

<table>
<tr><td></td><td>

○ To obtain the necessary reduction in Puerto Rico's debt to restore debt sustainability, there will need to be a full cancellation of interest payments that are scheduled not to be repaid in the fiscal plan, plus a face value reduction between 45 to 65 percent of current debt of $51.9 billion.

○ Under assumptions of the fiscal plan and other more realistic scenarios, and dismissing unjustifiably optimistic positive assumed effects of structural reforms on GNP growth for 2017-2026, there will need to be a full cancellation of interest payments not scheduled for repayment in the fiscal plan plus a face value reduction between 50 to 80 percent of current debt of $51.9 billion.

○ To deal with the uncertainty that will underlie the implementation of the fiscal plan and debt restructuring, the restructuring process could include GNP linked bonds that align debt payments with PR's capacity to pay.  These bonds improve the sustainability of the restructured debt and align the incentives of the debt and the creditors such that the creditors would also benefit from a stronger recovery.

</td></tr>
</table>

| **Letter in Support of Plan**<br><br>See <u>Schedule 6</u> attached hereto for list of correspondences. | Number of Correspondences: 1<br><br>Summary:<br><br>• Individual holding Junior COFINA Bonds and GO Bonds supporting the COFINA Plan, but commenting on the terms of the new COFINA Bonds.<br><br>• "In a situation where the pie of funds available for distribution is shrinking the fact that all parties have some grievances/concerns is a testament to the plan's fairness."<br><br>• Suggests that incremental Zero Coupon/Capital Appreciation Bond Maturity Dates are added between the years of 2043 and 2058 because retirees, who depend on the bonds for income, will have to wait 15 years between the maturity of the last coupon bond in 2043 and the capital appreciation bond in 2056. |
| --- | --- |

### C.  Miscellaneous Correspondences

| Retail Investors | Number of Correspondences: 2 |
|---|---|
| See <u>Schedule 7</u> attached hereto for list of correspondences. | Summary:<br><br>• Letters from holders of unspecified Puerto Rico bonds urging the court to generally consider retail investors.<br><br>• "[I]f your decisions/rulings end up protecting only the institutional funds, it could severely hurt the smaller investors.  In addition, it could damage confidence in Municipal Bonds . . . . It may even discourage small to medium sized funds from investing in Municipal Bonds, going forward."<br><br>• "This is money that we worked hard to accumulate and need to be reimbursed according to the bond contract." |
| **Miscellaneous**<br><br>See <u>Schedule 8</u> attached hereto for list of correspondences. | Number of Correspondences: 21 (of which, 2 are duplicates)<br><br>Summary:<br><br>• Letters do not relate to the settlement of the Commonwealth-COFINA Dispute or the COFINA Plan of Adjustment.<br><br>• Topics covered include:<br><br>    ○ GO Bonds are "guaranteed seniority under the Puerto Rico Constitution" and should be "paid first and foremost ahead of any other Puerto Rico Government expenditures."<br><br>    ○ Municipal bond investors believe Puerto Rico is corrupt, unwilling to pay its debt and its intent is to cheat bondholders. Puerto Rico bondholders must not be forced to bear the brunt of government fraud and deceit.<br><br>    ○ Puerto Ricans cannot live with this terrible debt.  Retirees need their retirement to |

<table>
<tr><td></td><td>

survive.

   o   It is unfair that retired teachers must find work to survive because of poor management of retirement funds by inept politicians.  Teacher salaries and retirement should not be affected.

   o   Sender will be bankrupt if the government continues to cut his benefits.

   o   Austerity during a depression makes our debt problem worse.

   o   Payment of funds to COFINA is in violation of democracy.  We demand justice.

•  One letter is a response to an omnibus claim objection filed against sender's proof of claim.

</td></tr>
</table>

## Schedule 1

### Form Letters (sorted by Last Name)

|  | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 1 | 4460 | 12/13/2018 | 12/13/2018 | Acevedo | Juan |
| 2 | 4494 | 12/18/2018 | 12/16/2018 | Ackoff Ortega | Susan |
| 3 | 4567 | 12/26/2018 | 12/21/2018 | Agosto Rose | Rebeca |
| 4 | 4494 | 12/18/2018 | 12/17/2018 | Aleman | Marina |
| 5 | 4494 | 12/18/2018 | 12/17/2018 | Aleman | Marina |
| 6 | 4567 | 12/26/2018 | 12/21/2018 | Alexis Rodriguez | Luis |
| 7 | 4567 | 12/26/2018 | 12/21/2018 | Alicea | Robert |
| 8 | 4460 | 12/13/2018 | 12/12/2018 | Almedina | Eugenio |
| 9 | 4567 | 12/26/2018 | 12/20/2018 | Alvarez | Nelson |
| 10 | 4567 | 12/26/2018 | 12/21/2018 | Amaral Figueroa | Marta |
| 11 | 4460 | 12/13/2018 | 12/12/2018 | Anonymous | |
| 12 | 4494 | 12/18/2018 | 12/16/2018 | Anonymous | |
| 13 | 4576 | 12/27/2018 | 12/21/2018 | Anonymous | |
| 14 | 4576 | 12/27/2018 | 12/21/2018 | Anonymous | |
| 15 | 4567 | 12/26/2018 | 12/21/2018 | Antonia Ordonez | Maria |
| 16 | 4567 | 12/26/2018 | 12/21/2018 | Aponte | Claudia |
| 17 | 4567 | 12/26/2018 | 12/21/2018 | Arce | Yulissa |
| 18 | 4567 | 12/26/2018 | 12/21/2018 | Ball | Aida |
| 19 | 4567 | 12/26/2018 | 12/21/2018 | Berrios Davila | Angel |
| 20 | 4494 | 12/18/2018 | 12/13/2018 | Brana | Zoraida |
| 21 | 4576 | 12/27/2018 | 12/22/2018 | Bruno | Nicole |
| 22 | 4567 | 12/26/2018 | 12/19/2018 | Burgos Santiago | Wilfredo |
| 23 | 4494 | 12/18/2018 | 12/13/2018 | Caban | Carissa |
| 24 | 4567 | 12/26/2018 | 12/18/2018 | Cabanillas | Francisco |
| 25 | 4567 | 12/26/2018 | 12/21/2018 | Calderon Alvarez | Natalia |

| | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 26 | 4576 | 12/27/2018 | 12/22/2018 | Camacho | Zaida |
| 27 | 4494 | 12/18/2018 | 12/17/2018 | Candelaria | Cindy |
| 28 | 4576 | 12/27/2018 | 12/21/2018 | Cardona | Nyra |
| 29 | 4567 | 12/26/2018 | 12/21/2018 | Carlos Cotto Soto | Juan |
| 30 | 4576 | 12/27/2018 | 12/22/2018 | Carrasquillo | Lucy |
| 31 | 4567 | 12/26/2018 | 12/21/2018 | Carrasquillo | Marilu |
| 32 | 4494 | 12/18/2018 | 12/13/2018 | Celeste Suarez | Luz |
| 33 | 4576 | 12/27/2018 | 12/25/2018 | Clemente | Mara |
| 34 | 4576 | 12/27/2018 | 12/25/2018 | Clemente | Mara |
| 35 | 4567 | 12/26/2018 | 12/21/2018 | Collazo | Rosa |
| 36 | 4460 | 12/13/2018 | 12/13/2018 | Colon | Ruben |
| 37 | 4567 | 12/26/2018 | 12/21/2018 | Conde | Pedro |
| 38 | 4567 | 12/26/2018 | 12/21/2018 | Conty | Myrna |
| 39 | 4494 | 12/18/2018 | 12/13/2018 | Corby | Alexander |
| 40 | 4494 | 12/18/2018 | 12/13/2018 | Cotto Morales | Liliana |
| 41 | 4576 | 12/27/2018 | 12/21/2018 | Crespo | Angel |
| 42 | 4567 | 12/26/2018 | 12/21/2018 | Crespo | Kathleen |
| 43 | 4567 | 12/26/2018 | 12/21/2018 | Crespo-Kebler | Elizabeth |
| 44 | 4494 | 12/18/2018 | 12/18/2018 | Cruz | Arleen |
| 45 | 4567 | 12/26/2018 | 12/21/2018 | Cruz | Maria |
| 46 | 4576 | 12/27/2018 | 12/21/2018 | Cruz | Yarina E. |
| 47 | 4576 | 12/27/2018 | 12/22/2018 | Cruz Cruz | Dayra |
| 48 | 4567 | 12/26/2018 | 12/21/2018 | Cruz Elias | Salvador de le |
| 49 | 4567 | 12/26/2018 | 12/21/2018 | Cruz Feliciano | Hector |
| 50 | 4460 | 12/13/2018 | 12/12/2018 | Cruz Quiles | Reyner |
| 51 | 4567 | 12/26/2018 | 12/19/2018 | Cruz Urbina | Xavier |
| 52 | 4460 | 12/13/2018 | 12/13/2018 | Cruz-Torres | Elisa |
| 53 | 4567 | 12/26/2018 | 12/21/2018 | Cuadrado Soto | Luz |

| | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 54 | 4567 | 12/26/2018 | 12/21/2018 | De Jesus | Benito |
| 55 | 4567 | 12/26/2018 | 12/21/2018 | De Jesus | Benito |
| 56 | 4567 | 12/26/2018 | 12/21/2018 | De Jesus | David |
| 57 | 4567 | 12/26/2018 | 12/21/2018 | De Los Santos | Sylvia |
| 58 | 4567 | 12/26/2018 | 12/20/2018 | De Mar Reyes | Olga |
| 59 | 4576 | 12/27/2018 | 12/21/2018 | del Mar Irizarry | Maria |
| 60 | 4494 | 12/18/2018 | 12/13/2018 | Diaz | Nelson |
| 61 | 4567 | 12/26/2018 | 12/21/2018 | Diaz Febo | Luz |
| 62 | 4567 | 12/26/2018 | 12/21/2018 | Elias | Ivan |
| 63 | 4576 | 12/27/2018 | 12/25/2018 | Elias | Rafael |
| 64 | 4567 | 12/26/2018 | 12/21/2018 | Elsa Fernandez | Marta |
| 65 | 4494 | 12/18/2018 | 12/14/2018 | Emanuelli | Christine |
| 66 | 4494 | 12/18/2018 | 12/15/2018 | Falu | Georgina |
| 67 | 4567 | 12/26/2018 | 12/20/2018 | Feliciano | Nereida |
| 68 | 4567 | 12/26/2018 | 12/21/2018 | Feliciano Robles | Sonia |
| 69 | 4567 | 12/26/2018 | 12/21/2018 | Fernandez | Gradissa |
| 70 | 4567 | 12/26/2018 | 12/21/2018 | Fernandez | Margarita |
| 71 | 4494 | 12/18/2018 | 12/14/2018 | Fracheshi | Jose |
| 72 | 4576 | 12/27/2018 | 12/22/2018 | Franqui | Sonita |
| 73 | 4576 | 12/27/2018 | 12/22/2018 | Frontera | Rene |
| 74 | 4567 | 12/26/2018 | 12/21/2018 | Fuentes | Marinilda |
| 75 | 4567 | 12/26/2018 | 12/19/2018 | Fuentes Negron | Rafael |
| 76 | 4576 | 12/27/2018 | 12/21/2018 | Gamaliel | Aaron |
| 77 | 4494 | 12/18/2018 | 12/14/2018 | Garcia | Gilda |
| 78 | 4567 | 12/26/2018 | 12/21/2018 | Garcia Fonteboa | Manuel |
| 79 | 4567 | 12/26/2018 | 12/21/2018 | Garcia Soto | Jovanna |
| 80 | 4494 | 12/18/2018 | 12/13/2018 | Garriga-Lopez | Adriana |
| 81 | 4576 | 12/27/2018 | 12/22/2018 | Gonzalez | German |

|  | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 82 | 4576 | 12/27/2018 | 12/22/2018 | Gonzalez | Gilberto |
| 83 | 4576 | 12/27/2018 | 12/22/2018 | Gonzalez | Saul |
| 84 | 4567 | 12/26/2018 | 12/21/2018 | Gonzalez Rivera | Carmen |
| 85 | 4576 | 12/27/2018 | 12/24/2018 | Guzman | Carlos M. |
| 86 | 4567 | 12/26/2018 | 12/19/2018 | Guzman | Maria de L. |
| 87 | 4567 | 12/26/2018 | 12/21/2018 | Haland | Olga |
| 88 | 4494 | 12/18/2018 | 12/15/2018 | Hernandez | Nelson |
| 89 | 4567 | 12/26/2018 | 12/19/2018 | Homar | Susan |
| 90 | 4567 | 12/26/2018 | 12/20/2018 | Jijon Aguirre | Marlon |
| 91 | 4567 | 12/26/2018 | 12/21/2018 | Jimenez Mendez | Maribel |
| 92 | 4567 | 12/26/2018 | 12/21/2018 | Jimenez Sanchez | Karina |
| 93 | 4567 | 12/26/2018 | 12/20/2018 | Jimenez Sanchez | Norma |
| 94 | 4576 | 12/27/2018 | 12/22/2018 | Jones | Jennifer |
| 95 | 4576 | 12/27/2018 | 12/22/2018 | Juliana Torres-Rodriguez | Laura |
| 96 | 4567 | 12/26/2018 | 12/19/2018 | Keating | Giselle |
| 97 | 4576 | 12/27/2018 | 12/22/2018 | Lillo | Javier |
| 98 | 4576 | 12/27/2018 | 12/21/2018 | Llenin Figueroa | Beatriz |
| 99 | 4567 | 12/26/2018 | 12/20/2018 | Lopez | Arlene |
| 100 | 4494 | 12/18/2018 | 12/16/2018 | Lopez | Damaris |
| 101 | 4567 | 12/26/2018 | 12/21/2018 | Lopez | Irvis M. |
| 102 | 4494 | 12/18/2018 | 12/16/2018 | Lopez | Sandra |
| 103 | 4576 | 12/27/2018 | 12/22/2018 | Lopez Fuentes | Agustin |
| 104 | 4576 | 12/27/2018 | 12/22/2018 | Lopez Fuentes | Alejandro |
| 105 | 4460 | 12/13/2018 | 12/12/2018 | Lorenzo |  |
| 106 | 4494 | 12/18/2018 | 12/14/2018 | Luciano | Adolfo |
| 107 | 4567 | 12/26/2018 | 12/19/2018 | Lugo Jr. | Benjamin |
| 108 | 4567 | 12/26/2018 | 12/21/2018 | Lugo Jr. | Benjamin |
| 109 | 4576 | 12/27/2018 | 12/22/2018 | Luis Medina | Jose |

|  | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 110 | 4567 | 12/26/2018 | 12/21/2018 | Luisa Marquez | Rosa |
| 111 | 4567 | 12/26/2018 | 12/21/2018 | Malave | Monserrate |
| 112 | 4567 | 12/26/2018 | 12/21/2018 | Maldonado | Jose |
| 113 | 4494 | 12/18/2018 | 12/15/2018 | Malley Campos | Ginna |
| 114 | 4567 | 12/26/2018 | 12/21/2018 | Malley Campos | Ginna |
| 115 | 4576 | 12/27/2018 | 12/22/2018 | Maria | Flor |
| 116 | 4494 | 12/18/2018 | 12/16/2018 | Marie Smith | Donna |
| 117 | 4567 | 12/26/2018 | 12/21/2018 | Maritza Ortega | Mara |
| 118 | 4576 | 12/27/2018 | 12/26/2018 | Martinez | Bianca |
| 119 | 4567 | 12/26/2018 | 12/21/2018 | Martinez Taverso | Marcos |
| 120 | 4576 | 12/27/2018 | 12/22/2018 | Matos | Jose |
| 121 | 4567 | 12/26/2018 | 12/21/2018 | Matos Vazquez | Nancy |
| 122 | 4567 | 12/26/2018 | 12/21/2018 | Mattei Colon | Vivien |
| 123 | 4576 | 12/27/2018 | 12/26/2018 | Mejia | Lilah |
| 124 | 4567 | 12/26/2018 | 12/21/2018 | Melendez | Michelle |
| 125 | 4567 | 12/26/2018 | 12/21/2018 | Melendez | Nitza |
| 126 | 4567 | 12/26/2018 | 12/21/2018 | Mercedes | Maria |
| 127 | 4576 | 12/27/2018 | 12/21/2018 | Miguel Ortiz | Cruz |
| 128 | 4567 | 12/26/2018 | 12/18/2018 | Molina-Dapena | Jose |
| 129 | 4567 | 12/26/2018 | 12/21/2018 | Monserrate | Carlos |
| 130 | 4567 | 12/26/2018 | 12/21/2018 | Morales | Irma |
| 131 | 4576 | 12/27/2018 | 12/21/2018 | Morales | Marisol |
| 132 | 4567 | 12/26/2018 | 12/21/2018 | Morales | Mirka |
| 133 | 4567 | 12/26/2018 | 12/21/2018 | Morales | Otilo |
| 134 | 4567 | 12/26/2018 | 12/21/2018 | Muller Ofarrill | Adryanna |
| 135 | 4494 | 12/18/2018 | 12/14/2018 | NaraBemi | Jeshanah |
| 136 | 4576 | 12/27/2018 | 12/22/2018 | Navedo | Manuel |
| 137 | 4576 | 12/27/2018 | 12/21/2018 | Negron | Milca |

| | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 138 | 4567 | 12/26/2018 | 12/21/2018 | Negron | Walter |
| 139 | 4576 | 12/27/2018 | 12/21/2018 | Nieves | Esteban |
| 140 | 4567 | 12/26/2018 | 12/21/2018 | Nogales Molinelli | Mariana |
| 141 | 4567 | 12/26/2018 | 12/21/2018 | Olivencia | Ramon |
| 142 | 4567 | 12/26/2018 | 12/21/2018 | Ortiz | Isaias |
| 143 | 4567 | 12/26/2018 | 12/19/2018 | Ortiz | Maru |
| 144 | 4576 | 12/27/2018 | 12/22/2018 | Ortiz Ruiz | Heriberto |
| 145 | 4567 | 12/26/2018 | 12/21/2018 | Otero | Evelyn |
| 146 | 4567 | 12/26/2018 | 12/21/2018 | Otero | Nilsa |
| 147 | 4567 | 12/26/2018 | 12/19/2018 | Otero | Rafael |
| 148 | 4460 | 12/13/2018 | 12/12/2018 | Padro | Tania |
| 149 | 4576 | 12/27/2018 | 12/22/2018 | Padro | Tania |
| 150 | 4576 | 12/27/2018 | 12/22/2018 | Pagan | Frank |
| 151 | 4567 | 12/26/2018 | 12/21/2018 | Pagan | Mildred |
| 152 | 4567 | 12/26/2018 | 12/21/2018 | Pagan | Odniel |
| 153 | 4494 | 12/18/2018 | 12/13/2018 | Pena | Thomas |
| 154 | 4576 | 12/27/2018 | 12/23/2018 | Perales | Iris |
| 155 | 4576 | 12/27/2018 | 12/24/2018 | Perez | Debbie |
| 156 | 4567 | 12/26/2018 | 12/21/2018 | Pierre Vega Diaz | Jean |
| 157 | 4348 | 11/20/2018 | 11/16/2018 | Prados-Rodriguez | Eva |
| 158 | 4567 | 12/26/2018 | 12/20/2018 | Prieto | Jose |
| 159 | 4494 | 12/18/2018 | 12/14/2018 | Puerto Ricans in Action | |
| 160 | 4576 | 12/27/2018 | 12/21/2018 | Quinones | Martha |
| 161 | 4567 | 12/26/2018 | 12/21/2018 | Quinones Medina | Osvaldo |
| 162 | 4567 | 12/26/2018 | 12/21/2018 | Ramirez | Joyce |
| 163 | 4567 | 12/26/2018 | 12/21/2018 | Ramos Rios | Robert |
| 164 | 4460 | 12/13/2018 | 12/12/2018 | Raul Saez | Luis |
| 165 | 4567 | 12/26/2018 | 12/18/2018 | Reyes | Pedro |

| | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 166 | 4567 | 12/26/2018 | 12/19/2018 | Ribo | John |
| 167 | 4567 | 12/26/2018 | 12/21/2018 | Rios | Jose R. |
| 168 | 4567 | 12/26/2018 | 12/19/2018 | Rios Cabanillas | Monica |
| 169 | 4567 | 12/26/2018 | 12/21/2018 | Rivera | Ines |
| 170 | 4567 | 12/26/2018 | 12/21/2018 | Rivera | Jesus |
| 171 | 4576 | 12/27/2018 | 12/23/2018 | Rivera | Jomar |
| 172 | 4576 | 12/27/2018 | 12/22/2018 | Rivera | Jorge |
| 173 | 4567 | 12/26/2018 | 12/19/2018 | Rivera | Omayra |
| 174 | 4576 | 12/27/2018 | 12/22/2018 | Rivera | Vivianette |
| 175 | 4567 | 12/26/2018 | 12/21/2018 | Rivera Rosa | Yadira |
| 176 | 4576 | 12/27/2018 | 12/22/2018 | Rodriguez | Elvin |
| 177 | 4567 | 12/26/2018 | 12/21/2018 | Rodriguez | Gloria |
| 178 | 4494 | 12/18/2018 | 12/16/2018 | Rodriguez | Helga |
| 179 | 4567 | 12/26/2018 | 12/21/2018 | Rodriguez | Iran |
| 180 | 4494 | 12/18/2018 | 12/13/2018 | Rodriguez | Norma |
| 181 | 4567 | 12/26/2018 | 12/21/2018 | Rodriguez | Wil |
| 182 | 4576 | 12/27/2018 | 12/21/2018 | Rodriguez Diaz | Felicita |
| 183 | 4567 | 12/26/2018 | 12/21/2018 | Rodriguez-Fernandez | Gabriel A. |
| 184 | 4567 | 12/26/2018 | 12/21/2018 | Rodriguez-Rosario | Isabel |
| 185 | 4567 | 12/26/2018 | 12/21/2018 | Roldan | Jaeson |
| 186 | 4576 | 12/27/2018 | 12/23/2018 | Roldan-Flores | Alfredo |
| 187 | 4567 | 12/26/2018 | 12/21/2018 | Rosa | Alessandra |
| 188 | 4567 | 12/26/2018 | 12/21/2018 | Rosado Martinez | Carlos F. |
| 189 | 4576 | 12/27/2018 | 12/21/2018 | Rose | Amelia |
| 190 | 4567 | 12/26/2018 | 12/21/2018 | Ruiz | Elisa |
| 191 | 4567 | 12/26/2018 | 12/20/2018 | Ruiz | Michelle |
| 192 | 4567 | 12/26/2018 | 12/21/2018 | Ruiz-Irizarry | Mabel |
| 193 | 4576 | 12/27/2018 | 12/22/2018 | Sanchez | Peter |

| | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 194 | 4567 | 12/26/2018 | 12/21/2018 | Santana | Deborah |
| 195 | 4567 | 12/26/2018 | 12/21/2018 | Santiago | Eugenio |
| 196 | 4567 | 12/26/2018 | 12/21/2018 | Santiago | Jerry |
| 197 | 4576 | 12/27/2018 | 12/21/2018 | Santiago | Julio |
| 198 | 4567 | 12/26/2018 | 12/21/2018 | Santiago | Magaly |
| 199 | 4576 | 12/27/2018 | 12/21/2018 | Santiago | Ricardo |
| 200 | 4576 | 12/27/2018 | 12/21/2018 | Santiago | Waldemar |
| 201 | 4576 | 12/27/2018 | 12/21/2018 | Santiago-Fernandez | Myrtha |
| 202 | 4567 | 12/26/2018 | 12/21/2018 | Santos | Sergio |
| 203 | 4567 | 12/26/2018 | 12/20/2018 | Santos Torres | Awilda |
| 204 | 4567 | 12/26/2018 | 12/21/2018 | Seale-Collazo | James |
| 205 | 4494 | 12/18/2018 | 12/17/2018 | Smith Torres | Javier |
| 206 | 4494 | 12/18/2018 | 12/16/2018 | Soto | Aileen |
| 207 | 4576 | 12/27/2018 | 12/22/2018 | Soto | Aileen |
| 208 | 4576 | 12/27/2018 | 12/22/2018 | Soto | Aileen |
| 209 | 4567 | 12/26/2018 | 12/20/2018 | Soto | Linda |
| 210 | 4567 | 12/26/2018 | 12/20/2018 | Soto | Omar |
| 211 | 4567 | 12/26/2018 | 12/19/2018 | Soto Lopez | Jacob |
| 212 | 4567 | 12/26/2018 | 12/21/2018 | Soto Martinez | Christopher |
| 213 | 4494 | 12/18/2018 | 12/15/2018 | Tiangco | Juana |
| 214 | 4494 | 12/18/2018 | 12/14/2018 | Timoney | Adriana |
| 215 | 4567 | 12/26/2018 | 12/20/2018 | Toldeo | Delia |
| 216 | 4494 | 12/18/2018 | 12/14/2018 | Torres | Edwin |
| 217 | 4460 | 12/13/2018 | 12/12/2018 | Torres-Lopez | Maria J. |
| 218 | 4567 | 12/26/2018 | 12/21/2018 | Trigo Tio | Patrica |
| 219 | 4576 | 12/27/2018 | 12/22/2018 | Troche | Madeline |
| 220 | 4567 | 12/26/2018 | 12/21/2018 | Valentin | Martiza |
| 221 | 4567 | 12/26/2018 | 12/19/2018 | Vargas | Grace |

| | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 222 | 4567 | 12/26/2018 | 12/21/2018 | Vega Diaz | Jean |
| 223 | 4567 | 12/26/2018 | 12/21/2018 | Vega Diaz | Jean G. |
| 224 | 4567 | 12/26/2018 | 12/21/2018 | Vega Lopez | Carlos |
| 225 | 4576 | 12/27/2018 | 12/25/2018 | Velez | Mayra |
| 226 | 4567 | 12/26/2018 | 12/21/2018 | Victoria Cruz | Maria |
| 227 | 4576 | 12/27/2018 | 12/21/2018 | Vivoni | Edric |
| 228 | 4567 | 12/26/2018 | 12/21/2018 | Walle Rosado | Tayra |
| 229 | 4494 | 12/18/2018 | 12/13/2018 | Winkis | Anita |
| 230 | 4567 | 12/26/2018 | 12/21/2018 | Yudkin | Anita |
| 231 | 4567 | 12/26/2018 | 12/21/2018 | Zambrana Ortiz | Nellie |
| 232 | 4567 | 12/26/2018 | 12/21/2018 | Zambrana Ortiz | Nellie |
| 233 | 4567 | 12/26/2018 | 12/21/2018 | Zayas | Lisa |

**Schedule 2**

**Objections to Settlement of Commonwealth-COFINA Dispute (sorted by Last Name)**

|  | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 1 | 3859 | 9/5/2018 | 8/15/2018 | Abbott | Luis |
| 2 | 4438 | 12/10/2018 | 11/16/2018 | Balwada | Seema |
| 3 | 4348 | 11/20/2018 | 11/12/2018 | Gallardo | Miriam |
| 4 | 4460 | 12/13/2018 | 12/13/2018 | Hidalgo | Michelle |
| 5 | 4567 | 12/26/2018 | 12/19/2018 | Inserni | Frank |
| 6 | 4567 | 12/26/2018 | 12/20/2018 | Knadle | Travis |
| 7 | 3859 | 9/5/2018 | 8/7/2018 | Mangiaracina | Stephen |
| 8 | 3859 | 9/5/2018 | 8/10/2018 | Mangiaracina | Stephen |
| 9 | 4567 | 12/26/2018 | 12/20/2018 | Martin | David |
| 10 | 4348 | 11/20/2018 | 11/12/2018 | Rodriguez | Norma |
| 11 | 4494 | 12/18/2018 | 12/16/2018 | Rodriguez | Vivian |
| 12 | 4460 | 12/13/2018 | 12/12/2018 | Rodriguez | Wil |
| 13 | 4460 | 12/13/2018 | 12/13/2018 | Schmidt | Jorge |
| 14 | 4460 | 12/13/2018 | 12/7/2018 | Stockman | William |

## Schedule 3

**Objections to COFINA Plan (sorted by Last Name)**

|  | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 1 | 4494 | 12/18/2018 | 12/16/2018 | Arons | Elenor |
| 2 | 4348 | 11/20/2018 | 11/12/2018 | Rivera Barrios | Abraham |
| 3 | 4348 | 11/20/2018 | 11/12/2018 | Rodriguez | Camaro |

## Schedule 4

### Junior COFINA Bondholders (sorted by Last Name)

|  | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 1 | 3859 | 9/5/2018 | 8/8/2018 | Abbott | Luis |
| 2 | 3859 | 9/5/2018 | 8/31/2018 | Abbott | Luis |
| 3 | 4033 | 10/9/2018 | 10/4/2018 | Abbott | Luis |
| 4 | 4438 | 12/10/2018 | 12/4/2018 | Ackerman | Robert |
| 5 | 4460 | 12/13/2018 | 12/10/2018 | Anonymous | |
| 6 | 4460 | 12/13/2018 | 12/12/2018 | Anonymous | |
| 7 | 3859 | 9/5/2018 | 8/27/2018 | Balwada | Seema |
| 8 | 3859 | 9/5/2018 | 9/4/2018 | Balwada | Seema |
| 9 | 4033 | 10/9/2018 | 9/6/2018 | Balwada | Seema |
| 10 | 4033 | 10/9/2018 | 10/5/2018 | Balwada | Seema |
| 11 | 4348 | 11/20/2018 | 10/29/2018 | Balwada | Seema |
| 12 | 4494 | 12/18/2018 | 12/13/2018 | Brockoff | David |
| 13 | 4460 | 12/13/2018 | 12/10/2018 | Caraviello | Armand |
| 14 | 4460 | 12/13/2018 | 12/11/2018 | Day | Clifford |
| 15 | 4460 | 12/13/2018 | 12/12/2018 | DiMarco | John |
| 16 | 3859 | 9/5/2018 | 8/28/2018 | Elliot | Mark |
| 17 | 4460 | 12/13/2018 | 12/7/2018 | Erickson | James & Elizabeth |
| 18 | 4438 | 12/10/2018 | 12/4/2018 | Feldman | Martin & Marilyn |
| 19 | 4348 | 11/20/2018 | 10/19/2018 | Finder | Seymour |
| 20 | 4576 | 12/27/2018 | 12/24/2018 | Fischer | Alex |
| 21 | 4438 | 12/10/2018 | 12/4/2018 | Girton | Jack |
| 22 | 4438 | 12/10/2018 | 12/5/2018 | Hayes | Craig |
| 23 | 4438 | 12/10/2018 | 12/4/2018 | Hollrah | Larry |
| 24 | 4438 | 12/10/2018 | 12/4/2018 | Jacobs | Adam |

| | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 25 | 4460 | 12/13/2018 | 12/7/2018 | Katz | Alan |
| 26 | 4438 | 12/10/2018 | 12/4/2018 | Kenna | Larry |
| 27 | 3859 | 9/5/2018 | 8/15/2018 | Mangiaracina | Stephen |
| 28 | 4033 | 10/9/2018 | 9/20/2018 | Mangiaracina | Stephen |
| 29 | 4033 | 10/9/2018 | 10/1/2018 | Mangiaracina | Stephen |
| 30 | 4033 | 10/9/2018 | 10/3/2018 | Mangiaracina | Stephen |
| 31 | 4348 | 11/20/2018 | 10/11/2018 | Mangiaracina | Stephen |
| 32 | 4438 | 12/10/2018 | 12/4/2018 | Manley | |
| 33 | 4348 | 11/20/2018 | 10/24/2018 | Mercedes Navia | Maria J. |
| 34 | 4438 | 12/10/2018 | 12/3/2018 | Montanaro | Leopold |
| 35 | 4576 | 12/27/2018 | 12/23/2018 | Morales | Jose |
| 36 | 4348 | 11/20/2018 | 10/22/2018 | Paz Castellanos | Iliana |
| 37 | 4460 | 12/13/2018 | 12/10/2018 | Peterson | Mark |
| 38 | 4438 | 12/10/2018 | 12/6/2018 | Pokrass | Leslie |
| 39 | 4438 | 12/10/2018 | 12/4/2018 | Reed | Ron |
| 40 | 4438 | 12/10/2018 | 12/4/2018 | Reynolds | Jerry |
| 41 | 4438 | 12/10/2018 | 12/5/2018 | Roberts | Julian |
| 42 | 4438 | 12/10/2018 | 12/4/2018 | Streets | Mike |
| 43 | 4460 | 12/13/2018 | 12/10/2018 | Vessels | Stephen |
| 44 | 4494 | 12/18/2018 | 12/13/2018 | Volmar Swany | Teresa |
| 45 | 4438 | 12/10/2018 | 12/6/2018 | Walmsley | Jane |
| 46 | 4348 | 11/20/2018 | 11/2/2018 | Wright | Donna |
| 47 | 4438 | 12/10/2018 | 12/4/2018 | Zerah | Sion |

## <u>Schedule 5</u>

### Amicus Letter – COFINA Plan

| ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|
| 4460 | 12/13/2018 | 12/10/2018 | Blondet-Passalacqua | Cecille |

00616470; 1

## Schedule 6

### Supports Plan

| ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|
| 4348 | 11/20/2018 | 11/12/2018 | Uribe | German |

## Schedule 7

### Retail Investors (sorted by Last Name)

|   | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 1 | 4460 | 12/13/2018 | 12/9/2018 | Jones | Shannon |
| 2 | 4460 | 12/13/2018 | 12/10/2018 | Schacter | Kathy & Richard |

## Schedule 8

**Miscellaneous (sorted by Last Name)**

|  | ECF No. | Filing Date | Correspondence Date | Last Name | First Name |
|---|---|---|---|---|---|
| 1 | 4567 | 12/26/2018 | 12/18/2018 | Acevedo | Arturo |
| 2 | 4460 | 12/13/2018 | 12/12/2018 | Alicea | Carlos |
| 3 | 4348 | 11/20/2018 | 10/12/2018 | Balwada | Seema |
| 4 | 4567 | 12/26/2018 | 12/18/2018 | Barbosa | Benny |
| 5 | 4567 | 12/26/2018 | 12/13/2018 | Boyer | Doris |
| 6 | 4576 | 12/27/2018 | 12/22/2018 | Delamancha | Donquijote |
| 7 | 4348 | 11/20/2018 | 11/12/2018 | Echavarry | Cynthia |
| 8 | 4348 | 11/20/2018 | 11/12/2018 | Figarella Garcia | Frances |
| 9 | 4438 | 12/10/2018 | 11/15/2018 | Hernandez | Rocio |
| 10 | 4576 | 12/27/2018 | 12/23/2018 | Lopez | Arlene |
| 11 | 4576 | 12/27/2018 | 12/23/2018 | Lopez | Arlene |
| 12 | 4348 | 11/20/2018 | 11/13/2018 | Maldonado | Sai |
| 13 | 4567 | 12/26/2018 | 12/20/2018 | Medina | Minerva |
| 14 | 4576 | 12/27/2018 | 12/26/2018 | Mercado | Luis |
| 15 | 4460 | 12/13/2018 | 12/11/2018 | Peterson | Mark |
| 16 | 4494 | 12/18/2018 | 12/14/2018 | Peterson | Mark |
| 17 | 4033 | 10/9/2018 | 9/12/2018 | Schott | Robert |
| 18 | 4348 | 11/20/2018 | 11/12/2018 | Sepulveda | Jose |
| 19 | 4348 | 11/20/2018 | 10/11/2018 | Sumpter | Carlos |
| 20 | 4567 | 12/26/2018 | 12/18/2018 | Torres Serrano | Reinaldo |
| 21 | 4576 | 12/27/2018 | 12/22/2018 | Velez | Sandra |