IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT BOARD
AND MANAGEMENT BOARD FOR PUERTO RICO
As representative of

THE COMMONWEALTH OF PUERTO RICO

    Debtor                                                      Case # 17-3283 (LTS)
                                                                 PROMESA
                                                                 TITLE III

_____

**NOTICE OF APPERANCE AND REQUEST TO BE ADDED TO THE MASTER LIST**

**TO THE HONORABLE COURT**;

      **COMES NOW,** Creditor FINCA MATILDE INC. by its legal counsel and very respectfully states and prays;

      1.FINCA MATILDE INC a creditor in the amount of $ 11,184,576.00 and therefore a party in interest in the above captioned case.  Creditor's address is **9166 Calle Marina, Ponce PR 00917**

      2. That the aforesaid creditor is being represented by the undersigned, whose address is 252 Ponce de León Ave. Suite 1101, Hato Rey, PR 00918

      3. That in view of the aforesaid, creditor herein wishes that its attorney's address be added to the master address list, so that they may be notified of all incidents occurring in the above captioned case.

      **RESPECTFULLY SUBMITTED**

      In San Juan Puerto Rico, this 9th day of January 2019

I HEREBY CERTIFY that on this date, I electronically filed the present motion using CM/ECF system with the Clerk of the Court, which will send notification of such filing to the following: Herman D. Bauer' Alvarez, Esq. in addition to any and all parties registered in this case to receive CM-ECF notices.

                                                                                S/ Isabel M Fullana

                                                   **GARCIA-ARREGUI & FULLANA PSC**
                                                   **252 PONCE DE LEON AVE**
                                                   **SUITE 1101**
                                                   **SAN JUAN, PR00918**
                                                   **TEL 787-766-2530**
                                                   **FAX787-756-7800**
                                                   **Email.**  ifullana @ gaflegal.com