UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

NOTICE OF PROPOSED AMENDMENT TO SEVENTH AMENDED
NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE
PROCEDURES TO INCLUDE OMNIBUS HEARING DATES THROUGH JUNE 2020

The Court intends to amend the *Seventh Amended Notice, Case Management and Administrative Procedures* (Docket Entry No. 4086 in Case No. 17-3283) applicable in these jointly administered Title III proceedings to include scheduled dates for Omnibus Hearings through June 2020. The proposed dates are as follows:

- 9:30 a.m. (Atlantic Standard Time) on the 12th day of June, 2019;
- 9:30 a.m. (Atlantic Standard Time) on the 24th day of July, 2019;
- 9:30 a.m. (Atlantic Standard Time) on the 11th day of September, 2019;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 9:30 a.m. (Atlantic Standard Time) on the 30th day of October, 2019;

- 9:30 a.m. (Atlantic Standard Time) on the 11th day of December, 2019;

- 9:30 a.m. (Atlantic Standard Time) on the 29th day of January, 2020;

- 9:30 a.m. (Atlantic Standard Time) on the 4th day of March, 2020;

- 9:30 a.m. (Atlantic Standard Time) on the 15th day of April, 2020; and

- 9:30 a.m. (Atlantic Standard Time) on the 3rd day of June, 2020.

Any party in interest having an objection to the above proposed Omnibus Hearing dates shall file such objection by **January 16, 2019 at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: January 8, 2019

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge