**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**MOTION SUBMITTING UPDATED DECLARATION OF TIMOTHY DONAHUE IN SUPPORT OF OBJECTION OF THE GMS GROUP, LLC TO TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION**

**GODREAU & GONZALEZ LAW, LLC**
Rafael A. González Valiente
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)
787.360.0787 (cell)
rgv@g-glawpr.com

**PERKINS COIE LLP**
Gary F. Eisenberg (pro hac vice application pending)
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Telephone: (212) 262-6902
Facsimile: (212) 977-1632
Email: geisenberg@perkinscoie.com

*Attorneys for The GMS Group, LLC*

Dated: January 7, 2019

The GMS Group, LLC ("GMS" or "Secured Creditor"), respectfully shows the Court as follows:

1. On December 21, GMS filed an "Amended Objection Of The GMS Group, LLC To Second Amended Title III Plan Of Adjustment Of Puerto Rico Sales Tax Financing Corporation And Request For Evidentiary Hearing" with supporting exhibits (the "GMS Objection"). *See, Docket 4564*.

2. On December 28, 2018, Peter C. Hein filed the "Objection Of Individual COFINA Subordinate Bondholder Residing In The 50 States Who Purchased At The Original Offering Prices, To Confirmation Of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan, And Response And Opposition To COFINA's Thirteenth Omnibus Objection To Individual Claim No. 10701" (the "Hein Objection"). *See, Docket 4585*.

3. On December 31, 2018, GMS filed a joinder (the "GMS Joinder") to the Hein Objection. *See, Docket 4587*.

4. On December 31, 2018, Hein transmitted by FedEx a supplement to the Hein Objection (the "Hein Supplement"), which was uploaded to the Court's electronic docket on January 2, 2019. *See, Docket 4595*.

2

5. On January 2, 2019, GMS filed a joinder to the Hein Supplement (the "GMS Joinder to Hein Supplement"). *See, Docket 4605*.

6. On January 2, 2019, GMS filed declarations from Peter Hein and Timothy Donohue in support of the GMS Objection. *See, Docket 4606*.

7. In addition, based on consideration of the GMS Objection, the Hein Objection, the Hein Supplement and the GMS Joinder to the Hein Supplement, GMS hereby submits a declaration from Timothy Donohue updating the amount of bonds held by GMS and its clients (*attached as Exhibit 1*).

Dated: New York, New York
       January 7, 2019

**GODREAU & GONZALEZ LAW, LLC**

By: */s/ Rafael A. González Valiente*
Rafael A. González Valiente
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)
787.360.0787 (cell)
rgv@g-glawpr.com

**PERKINS COIE LLP**

By: */s/ Gary F. Eisenberg*
   Gary F. Eisenberg
   30 Rockefeller Plaza, 22nd Floor
   New York, NY 10112
   Ph. 212-262-6900
   Email: geisenberg@perkinscoie.com

3