UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**DECLARATION OF TIMOTHY DONOHUE AS TO CURRENT HOLDINGS OF THE GMS GROUP, LLC IN FURTHER SUPPORT OF OBJECTION OF THE GMS GROUP, LLC TO TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION AND JOINDER BY THE GMS GROUP, LLC TO OTHER PARTIES' OBJECTIONS**

TIMOTHY DONOHUE, of full age, says:

1. I am the Chief Operating Officer of The GMS Group, LLC ("GMS").

2. I submit this declaration to update the Court as to the holdings of bonds by GMS in retail client accounts and GMS proprietary accounts as of January 4, 2019. This declaration supplements the information regarding, and amends the number of accounts and dollar volumes of, those holdings contained in the Declaration of Paul Konsig of GMS dated December 26, 2018 (*see Docket no. 4564-1*) and me dated January 2, 2019 (*see Docket no. 4606-1 and -2*).

142760482.3

3. As of January 4, 2019, GMS was the holder of $430,110,000 of Subordinated COFINA bonds (the "GMS Bonds") in approximately 1,686 retail client accounts consisting of 4,391 bondholder positions. In addition, GMS is the holder of $47,520,000 par value in GMS proprietary accounts (the "Proprietary Bonds"). Thus, the aggregate total of GMS Bonds and Proprietary Bonds held by GMS as of January 4, 2019 is 477,630,000. The bonds are held at Pershing LLC, a subsidiary of Bank of New York Mellon ("BNYM"), the indenture trustee under the bonds.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  January 7, 2019
       Livingston, New Jersey

_____
(Timothy Donohue)