CERTIFIED TRANSLATION

Exhibit A

Bond Prices 5.17 to 12.18: Senior COFINA Cusip 74529jnu5 and Junior COFINA 74529jll7

Saturday, December 29, 2018
12:29 PM



 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION





I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AFFAIRS AND FINANCE

Exhibit B

Impuesto sobre Ventas y Uso (IVU) Estatal 5.5% / States Sales and Use Tax 5.5%
Distribución de Recaudos Mensuales / Distribution of Monthly Collection
Años Fiscales / Fiscal Years 2007- 2011
(Miles de Dólares / In Thousands)

| 2006-07 | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | 50,200 | 110,000 | 95,000 | 86,200 | 96,400 | 85,700 | 94,400 | 95,460 | 713,360 |
| Fondo General | | | | | 41,100 | 90,000 | 77,700 | 70,500 | 78,900 | 70,100 | 77,400 | 76,860 | 582,560 |
| COFINA | | | | | 9,100 | 20,000 | 17,300 | 15,700 | 17,500 | 15,600 | 17,000 | 17,500 | 129,700 |
| CINE | | | | | - | - | - | - | - | - | - | 1,100 | 1,100 |
| **2007-08** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 96,100 | 90,181 | 86,163 | 93,751 | 96,170 | 121,251 | 89,798 | 86,486 | 89,355 | 93,487 | 103,331 | 97,526 | 1,143,599 |
| Fondo General | - | 1,281 | 85,353 | 93,481 | 95,900 | 120,981 | 89,528 | 86,216 | 89,085 | 93,217 | 97,885 | 58,073 | 911,000 |
| COFINA | 96,100 | 88,900 | - | - | - | - | - | - | - | - | 5,176 | 39,183 | 229,359 |
| CINE | - | - | 810 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2008-09** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 95,592 | 91,353 | 77,788 | 86,191 | 91,996 | 119,836 | 85,763 | 84,608 | 88,065 | 88,788 | 82,854 | - | 992,834 |
| Fondo General | | | 71,523 | 85,921 | 91,726 | 119,566 | 85,493 | 84,338 | 87,795 | 88,518 | 82,314 | - | 797,194 |
| COFINA | 95,592 | 91,353 | 5,455 | | | | | | | | | | 192,400 |
| CINE | | | 810 | 270 | 270 | 270 | 270 | 270 | 270 | 270 | 540 | - | 3,240 |
| **2009-10** [1/] | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 94,382 | 88,000 | 84,100 | 83,775 | 85,120 | 95,075 | 118,476 | 88,942 | 82,538 | 93,415 | 85,469 | 94,296 | 1,093,588 |
| Fondo General | | | | | | | 97,038 | 88,672 | 82,268 | 93,145 | 85,199 | 94,026 | 540,348 |
| COFINA | 94,382 | 88,000 | 84,100 | 83,775 | 85,120 | 95,075 | 19,548 | - | - | - | - | - | 550,000 |
| CINE | | | | | | | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2010-11** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 95,910 | 90,418 | 86,698 | 83,698 | 88,602 | 94,798 | 123,196 | 85,595 | 86,534 | 91,590 | 86,534 | 93,504 | 1,107,077 |
| Fondo General | - | - | - | - | - | - | 89,430 | 85,325 | 86,264 | 91,320 | 86,264 | 93,234 | 531,837 |
| COFINA | 95,910 | 90,418 | 86,698 | 83,698 | 88,602 | 97,277 | 29,397 | - | - | - | - | - | 572,000 |
| CINE | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

1_/ A partir del Año Fiscal 2009-10 se cambió el método contable para reflejar los recaudos en el mes que se recibe el efectivo "cash basis".
     From Fiscal Year 2009-10 changed the accounting method to reflect the income in the month that cash is received.
* FIA: Fondo de Interés Apremiante / Dedicated Sales Tax Fund
Impuesto sobre Ventas y Uso (IVU) efectivo desde el 15 de noviembre de 2006
Sales and Use Tax effective from November 15, 2006
p: preliminar / preliminary
Based on tax return receipts monthly
29 de febrero de 2012
Revisado el 21 de febrero de 2012



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Person in Charge**

| Name: | Edwin R. Ríos / Jeanette Pérez | Title: | Assistant Secretary / Economic and Financial Affairs Analyst |
|---|---|---|---|
| Mailing Address: | P.O. Box 902414, San Juan, P.R. 00902-4140 | | |
| Street Address: | Intendente Ramírez Bldg., #10 Paseo Covadonga, 7th Floor, Office 809 San Juan | | |
| Phone (or direct line) | (787) 721-2020 x-2895; x-2892; (787) 724-0559 | Fax: | (787) 721-0452 |
| Email: | err7089@hacienda.gobierno.pr / jpp2106@hacienda.gobierno.pr | | |

**Release Date**

| February 21, 2012 |
|---|

**Expected Future Reporting Dates**

| | |
|---|---|

**To obtain a copy of this report**

To obtain this report: (1) visit http://www.hacienda.gobierno.pr/estadisticas/ingreso_neto.html or http://www.estadisticas.gobierno.pr/iepr/Inventario.aspx; (2) send your request by email: err7089@hacienda.gobierno.pr / jpp2106@hacienda.gobierno.pr; (3) call (787) 721-2020 x-2891; (787) 724-0559, (4) send your request by fax at (787) 721-0452; (5) send your request by mail to P.O. Box 9024140, San Juan, P.R. 00902-4140; or (6) visit the Department of Treasury at Intendente Ramírez Building, #10 Paseo Covadonga, 8th Floor, Office 809, San Juan, PR, Monday to Friday, from 8:00 am to 12:00 pm and from 1:00 pm to 5:00 pm.
The report is available in printed format and in the following electronic formats: Excel, PDF, and paper.
This report is distributed free of charge.

**Information Sources**

All statistics presented in this report come from the Treasury Department's collection and accounting records.

**Legal or Administrative Framework**

Article 5(a) of Law No. 230 of July 23, 1974, as amended, known as the Puerto Rico Government Accounting Act, provides that the Secretary shall prepare financial reports as required eventually or from time to time by the Legislative Assembly, the Governor, the Office of Management and Budget, and the Planning Board.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT**
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

**Impuesto sobre Ventas y Uso (IVU) Estatal / States Sales and Use Tax (SUT)**
**Distribución de Recaudos Mensuales / Distribution of Monthly Collection**
Años Fiscales / Fiscal Years 2013- 2014 - 2015
(Miles de Dólares / In Thousands)

| 2014-15 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total 5.5% | 104,231 | 99,397 | 106,081 | 104,543 | 106,839 | 111,397 | 130,233 | 103,051 | 98,896 | 110,031 | 108,660 | 115,616 | 1,298,975 |
| Total 0.5% **** | 9,476 | 9,036 | 9,644 | 9,504 | 9,713 | 10,127 | 11,819 | 9,334 | 8,989 | 10,003 | 9,878 | 10,511 | 118,034 |
| Total 6% | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 121,524 | 142,052 | 112,385 | 107,885 | 120,034 | 118,538 | 126,127 | 1,417,008 |
| COFINA | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 101,017 | - | - | - | - | - | - | 669,480 |
| FAM **** | - | - | - | - | - | 20,507 | 48,812 | 9,334 | 8,989 | 10,003 | 9,878 | 10,511 | 118,034 |
| Fondo General | - | - | - | - | - | - | 91,350 | 102,781 | 98,626 | 109,761 | 108,389 | 115,346 | 626,253 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2013-14 p** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Total** |
| Total 5.5% | 111,486 ** | 96,264 | 97,536 | 97,100 | 97,565 | 107,658 | 129,890 | 99,444 | 93,504 | 105,568 | 99,534 | 106,678 | 1,242,227 |
| COFINA | 111,486 | 96,264 | 97,536 | 97,100 | 97,565 | 107,658 | 36,122 | - | - | - | - | - | 643,731 |
| Fondo General | - | - | - | - | - | - | 91,878 *** | 99,174 | 93,234 | 105,298 | 99,264 | 106,408 | 595,256 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2012-13** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Total** |
| Total 5.5% | 102,879 | 93,946 | 92,579 | 88,461 | 94,542 | 99,764 | 124,504 | 97,007 | 86,357 | 93,257 | 92,985 | 95,888 * | 1,162,169 |
| COFINA | 102,879 | 93,946 | 92,579 | 88,461 | 94,542 | 99,764 | 46,829 | - | - | - | - | - | 619,000 |
| Fondo General | - | - | - | - | - | - | 75,785 | 96,737 | 86,087 | 92,987 | 92,715 | 95,618 | 539,929 |
| Fondo Cine | | | | | | | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

p: preliminar / preliminary

Cifras redondeadas / Figures may not always add to the totals due to round off.

\* The amounts have been amended to reflect the Sales and Use Tax Amnesty as has been previously reported. During the Fiscal Year 2013 closing period and as it reported
on the Commonwealth Financial Statements, on a budgetary basis, such amounts haven adjusted to reflect all adjustements.

\*\* The amount includes $12.8 mm of Sales and Use Tax Amnesty.

\*\*The Commonwealth has previously, reduced $12.8 reflected to Sales and Use Tax Amnesty. Based on the General Fund results of the Fiscal Year 2013 adjustments
to the Sales and Use Tax revenues such amounts have been properly adjusted.

\*\*\*\* Act 18, 2014 restructured the sales and use tax so that the State tax is now six percent (6%) and established a special fund to be known as the "Municipal Administration Fund" (MAF),
municipalities receive the revenues attributable to the zero point (0.5) percent. The Act states that Cofina will be replinished first than the MAF.
The MAF portion used to cover COFINA will be replinished once COFINA is fully covered. The excess of funds will be transfered normally to General Fund.

24 de julio 2015 / July 24, 2015



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Sales Tax collection Fiscal 2018, 17, 14, 13, 12 (Fiscal 15,16, 2007-2011 are in separate attachment)

Saturday, December 29, 2018
1:10 PM

 

DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

Impuesto sobre Ventas y Uso (IVU) Estatal / States Sales and Use Tax (SUT)
Distribución de Recaudos Mensuales / Distribution of Monthly Collection
Años Fiscales / Fiscal Years 2016-17 - 2017-18
(Miles de Dólares / In Thousands)

| 2017-18 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 213,656 | 239,514 | 167,307 | 115,150 | 161,120 | 231,336 | 226,480 | 214,565 | 222,222 | 236,834 | 245,287 | 250,945 | 2,572,228 |
| COFINA | 111,910 | 125,453 | 87,632 | 59,286 | 81,541 | 117,351 | 116,968 | 52,953 | - | - | - | - | 753,074 |
| Fondo General | 91,572 | 102,656 | 71,708 | 48,496 | 71,897 | 103,035 | 98,727 | 149,045 | 211,371 | 225,287 | 233,337 | 238,671 | 1,645,802 |
| FAM | 10,174 | 11,405 | 7,967 | 5,383 | 7,682 | 10,950 | 10,784 | 10,207 | 10,581 | 11,277 | 11,680 | 12,004 | 120,099 |
| Fondo Cine | - | - | - | - | - | - | - | 2,160 | 270 | 270 | 270 | 270 | 1,240 |

| 2016-17 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 209,498 | 212,881 | 203,145 | 199,268 | 211,015 | 221,348 | 261,062 | 203,415 | 197,817 | 210,079 | 199,096 | 219,399 | 2,548,021 |
| COFINA | 119,707 | 121,640 | 116,077 | 113,862 | 120,417 | 126,478 | 5,927 | - | - | - | - | - | 724,106 |
| Fondo General | 89,791 | 91,241 | 87,068 | 85,406 | 90,596 | 94,870 | 180,966 | 193,459 | 188,218 | 195,825 | 189,842 | 208,799 | 1,700,081 |
| FAM | - | - | - | - | - | - | 72,279 | 9,686 | 9,329 | 9,984 | 8,984 | 10,330 | 120,592 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 1,240 |

Under current Act 84, the relative percentages of the SUT received by COFINA, the FAM, and the Commonwealth General Fund over the course of the fiscal year have not changed from the relative percentages allocated under prior Act 18. Only the timing of the transfers has changed.

While SUT distributions for fiscal year 2017-18 have been consistent with Act 84, the Treasury Department's reporting of those distributions inadvertently continued the Act 18 regime. This disclosure modifies and corrects the prior disclosure dated January 25, 2018.

Cifras redondeadas / Figures may not always add to the totals due to round off.
13 de agosto de 2018 / August 13, 2018

Sal



DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

Impuesto sobre Ventas y Uso (IVU) Estatal 6.6% / States Sales and Use Tax 6.6%
Distribución de Recaudos Mensuales / Distribution of Monthly Collection
Años Fiscales / Fiscal Years 2012-2013 - 2014
(Miles de Dólares / In Thousands)

| 2013-14 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 111,496 | 96,264 | 97,638 | 97,100 | 97,368 | 107,658 | 129,060 | 86,444 | 93,504 | 105,508 | 98,634 | 106,679 | 1,242,127 |
| COFINA | 111,496 | 96,264 | 97,638 | 97,100 | 97,368 | 107,658 | 36,122 | - | - | - | - | - | 842,171 |
| Fondo General | - | - | - | - | - | - | 91,878 | 85,174 | 93,234 | 105,268 | 98,384 | 106,409 | 580,249 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

| 2012-13 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 102,079 | 93,940 | 92,679 | 86,481 | 94,542 | 90,784 | 124,594 | 87,997 | 86,557 | 83,267 | 82,885 | 96,888 | 1,102,588 |
| COFINA | 102,079 | 93,940 | 92,679 | 86,481 | 94,542 | 90,784 | 48,829 | - | - | - | - | - | 918,069 |
| Fondo General | - | - | - | - | - | - | 75,765 | 86,737 | 88,087 | 82,697 | 82,715 | 96,618 | 530,819 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

| 2011-12 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 95,505 | 92,302 | 88,278 | 86,521 | 91,378 | 100,819 | 121,373 | 86,659 | 87,085 | 88,113 | 89,690 | 96,077 | 1,124,412 |
| COFINA | 95,505 | 92,302 | 88,278 | 86,521 | 91,378 | 100,819 | 38,917 | - | - | - | - | - | 589,376 |
| Fondo General | - | - | - | - | - | - | 79,546 | 86,389 | 87,416 | 87,843 | 89,420 | 95,807 | 540,625 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

p. preliminar / preliminary

* This amount have been amended to reflect the Sales and Use Tax Amnesty as has been previously reported. During the Fiscal Year 2013 closing period and as it reported on the Commonwealth Financial Statements, on a budgetary basis, such amounts haven equaled to reflect all adjustments.

**The Commonwealth has previously, reduced $12.8 reflected to Sales and Use Tax Amnesty. Based on the General Fund results of the Fiscal Year 2013 adjustments to the Sales and Use Tax revenues such amounts have been properly adjusted.

10 de julio de 2014 / July 10, 2014



I, Juan E. Segarra, USCCI #06-067//translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT**
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

**Impuesto sobre Ventas y Uso (IVU) Estatal / States Sales and Use Tax (SUT)**
**Distribución de Recaudos Mensuales / Distribution of Monthly Collection**
Años Fiscales / Fiscal Years 2014-15 - 2015-16
(Miles de Dólares / In Thousands)

| 2015-16 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 154,337 | 190,771 | 177,833 | 180,926 | 191,468 | 215,434 | 247,173 | 196,191 | 199,326 | 207,873 | 201,195 | 214,313 | 2,376,840 |
| COFINA | 142,694 | 108,641 | 101,547 | 103,381 | 109,284 | 123,099 | 7,613 | - | - | - | - | - | 696,259 |
| Fondo General | 11,643 | 82,130 | 76,286 | 77,545 | 82,184 | 92,335 | 168,452 | 186,583 | 189,569 | 197,709 | 191,349 | 203,842 | 1,559,627 |
| FAM | - | - | - | - | - | - | 69,218 | 9,338 | 9,487 | 9,894 | 9,576 | 10,201 | 117,714 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| **2014-15 p** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Total** |
| Total | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 121,524 | 142,052 | 112,385 | 107,885 | 120,034 | 118,538 | 126,127 | 1,417,008 |
| COFINA | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 101,017 | - | - | - | - | - | - | 669,480 |
| Fondo General | - | - | - | - | - | - | 91,350 | 102,781 | 98,626 | 109,761 | 108,389 | 115,346 | 626,253 |
| FAM **** | - | - | - | - | - | 20,507 | 48,812 | 9,334 | 8,989 | 10,003 | 9,878 | 10,511 | 118,034 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

p: preliminar / preliminary
Cifras redondeadas / Figures may not always add to the totals due to round off.
28 de julio de 2016 / July 28, 2016



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.