<u>Exhibit A</u>

Proposed Order

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>Related to Debtor COFINA Only |

---

\* The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER GRANTING URGENT MOTION OF THE COFINA SENIOR BONDHOLDERS' COALITION TO EXCEED THE PAGE LIMIT OF ITS OMNIBUS REPLY TO OBJECTIONS TO CONFIRMATION OF THE SECOND AMENDED TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")**

Upon consideration of the urgent motion filed by the COFINA Senior Bondholders' Coalition (the "Senior Coalition") on January 8, 2019 seeking an Order permitting it to exceed the fifteen-page limit for replies as set forth in paragraph 1.E of the Seventh Amended Case Management Procedures (Case No. 17-BK-3283-LTS, Dkt. 4086-1) (the "Urgent Motion"), it is hereby ORDERED that:

1. The Urgent Motion is **GRANTED** as set forth herein.

2. The Senior Coalition is permitted to file an omnibus reply to the objections to confirmation of the Second Amended Title III Plan of Adjustment of COFINA not to exceed **thirty-five (35) pages**, exclusive of the cover page, table of contents, table of authorities, signature pages, and certificate of service.

Dated: January __, 2019

                                                                                 JUDITH GAIL DEIN
United States Magistrate Judge