UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS. |

----------------------------------------------------------------x

ORDER GRANTING URGENT MOTION OF THE COFINA SENIOR BONDHOLDERS'
COALITION TO EXCEED THE PAGE LIMIT OF ITS OMNIBUS REPLY TO OBJECTIONS TO
CONFIRMATION OF THE SECOND AMENDED TITLE III
PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the urgent motion filed by the COFINA Senior Bondholders' Coalition (the "Senior Coalition") on January 8, 2019 seeking an Order permitting it to exceed the fifteen-page limit for replies as set forth in paragraph 1.E of the Seventh Amended Case Management Procedures (Case No. 17-BK-3283-LTS, Dkt. 4086-1) (the "Urgent Motion"), it is hereby ORDERED that:

1. The Urgent Motion is **GRANTED** as set forth herein.

2. The Senior Coalition is permitted to file an omnibus reply to the objections to confirmation of the Second Amended Title III Plan of Adjustment of COFINA not to exceed **thirty-five (35) pages**, exclusive of the cover page, table of contents, table of authorities, signature pages, and certificate of service.

3. This Order resolves Docket Entry No. 4644 in Case No. 17-3283 and Docket Entry No. 428 in Case No. 17-3284.

SO ORDERED.

Dated: January 9, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge