p.1

26 de diciembre de 2018

De: Juan Cruz Rodríguez
S.S. # REDACTED 5533
Núm Caso Fondo del Seguro del Estado- REDACTED 384-3
Núm. de Reclamación COFINA - 20186

RECEIVED & FILED
CLERK'S OFFICE
JAN 04 2019
US DISTRICT COURT
SAN JUAN, PR

Para: Hon. Jueza Laura Taylor Swain
Tribunal de Distrito de E.U. para
el Distrito de Puerto Rico

Saludos y Feliz año nuevo, espero su Señoría que se encuentre bien de salud junto a su familia y compañeros de labores.

El caso a que me refiero es el caso del Fondo del Seguro del Estado # REDACTED 384-3 el cual el accidente fue el 26 de abril de 1995. El accidente fue cuando trabajaba en el área de la cocina de la Prisión de máxima seguridad llamada el Monstruo Verde en el Complejo Correccional Las Cucharas en Ponce, Puerto Rico. Este caso fue evaluado en múltiples ocasiones por alrededor de diez (10) años incluyendo tratamiento y procesos de apelaciones.
La información del cual se deriva este informe, está en los archivos de la Comisión Industrial, de Correctional Health y del Fondo del Seguro del Estado el cual consiste en seis (6) volúmenes con un total de 3,053 páginas. Estoy actualmente confinado en la Institución Ponce 1000 Módulo 4u-Celda 211 en Ponce, P.R.
Fui referido por la Abogada Lcda. Evelyn Aimee de Jesús Rodríguez para una evaluación de disability ante el Doctor José R. Díaz Correa de especialidad en Medicina Interna, Medicina Ocupacional el cual su oficina estaba en Torre San Francisco Suite 210 De Diego 369, Río Piedras, P.R. 00923 con tels. 1-787-758-3970 (office) REDACTED (home) y 1-787-756-8814 (Fax) y su vivienda es REDACTED P.R. 00924. Actualmente debe tener 63 años de edad. Fue presidente del Comité de Credenciales para médicos y tiene basta experiencia trabajando en múltiples Hospitales de P.R. Tiene Licencia de Puerto Rico, de DEA Narcotics License, de Puerto Rico State Narcotics License y Flex Component 1 y 2 desde 1990 en adelante.

Cont→

En Febrero 1 de 2005 fui examinado por el Dr. Jorge L. Dávila Vélez (neurosurgeon) y el diagnóstico inicial de los Discos herniados fue confirmado. En esta fecha se le asignó un 23% de incapacidad lumbar ya que tenía restricción mayor en el movimiento. Antes era un 20%. El nuevo diagnóstico es:

**REDACTED**

El Dr. Dávila Vélez adviene que los cambios degenerativos REDACTED se han agravado con el accidente.

Prognostic. El total de 48% de Disability nunca ha sido pagada totalmente. El Fondo del Seguro del Estado hizo un primer pago del 20% de incapacidad pero el segundo pago del 28% de incapacidad nunca me lo han pagado y desconozco cuanto es la cantidad en dinero. Esto último es lo que estoy reclamando.

Honorable, con mucho respeto le estoy mostrando esta situación para que tenga conocimiento y me exprese cual es la acción que deba tomar o si usted puede asumir jurisdicción.

Le doy las Gracias anticipadas y que reciba de parte de Dios y mías muchas Bendiciones en este año que se aproxima.

Attentamente,



P.D. Le envío el Anexo 12 con las evaluaciones Fecha por Fecha