

De: Juan Cruz Rodríguez
Institución Ponce 1000 M-4W-211
P.O. Box 3699 Ponce By Pass
Ponce, P.R. 00728-1304

Para: Tribunal Federal de Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardón Street
Hato Rey, P.R. 00918

SAN JUAN PR 009
03 JAN 2019 PM 1 L

RECEIVED & FILED
2019 JAN -4 PM 2:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR