<u>Exhibit A</u>

Proposed Order

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>Related to Debtor COFINA Only |

---

* The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO  FILE SPANISH LANGUAGE DOCUMENT AND
<u>EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATION</u>**

Upon consideration of the motion filed by the COFINA Senior Bondholders' Coalition (the "<u>Senior Coalition</u>") on January 9, 2019 seeking an Order permitting it to file a Spanish-language version of *Noriega Rodrigues v. Jarabo*, 136 D.P.R. 497 (P.R. 1994), while a certified English translation is prepared, it is hereby ORDERED that:

1.      The motion is **GRANTED** as set forth herein.

2.      The Senior Coalition is permitted to file the Spanish version of *Noriega Rodrigues v. Jarabo*, 136 D.P.R. 497 (P.R. 1994).

3.      A certified English translation of *Noriega Rodrigues v. Jarabo*, 136 D.P.R. 497 (P.R. 1994), shall be filed no later than January 15, 2019.

Dated:  January __, 2019

_____
LAURA TAYLOR SWAIN
United States District Judge