UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS. |

---------------------------------------------------------------x

ORDER GRANTING MOTION FOR LEAVE TO FILE SPANISH LANGUAGE
DOCUMENT AND EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATION

Upon consideration of the motion filed by the COFINA Senior Bondholders' Coalition (the "Senior Coalition") on January 9, 2019 seeking an Order permitting it to file a

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Spanish-language version of Noriega Rodrigues v. Jarabo, 136 D.P.R. 497 (P.R. 1994), while a certified English translation is prepared, it is hereby ORDERED that:

    1.    The Motion is **GRANTED** to the extent set forth herein.

    2.    The Senior Coalition is permitted to file the Spanish version of Noriega Rodrigues v. Jarabo, 136 D.P.R. 497 (P.R. 1994).

    3.    A certified English translation of Noriega Rodrigues v. Jarabo, 136 D.P.R. 497 (P.R. 1994), shall be filed no later than **January 14, 2019 at 4:00 p.m. (Atlantic Standard Time)**.

    4.    This Order resolves Docket Entry No. 4661 in Case No. 17-3283 and Docket Entry No. 440 in Case No. 17-3284.

    SO ORDERED.

Dated: January 9, 2019

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge