UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

　　as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

　　　　　　　　Debtors.[1]

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

　　as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

　　　　　　　　Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 3284-LTS

This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS.

---

[1]　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER APPROVING URGENT MOTION FOR LEAVE TO FILE OMNIBUS REPLY
OF PUERTO RICO SALES TAX FINANCING CORPORATION
TO OBJECTIONS TO SECOND AMENDED TITLE III PLAN OF ADJUSTMENT IN EXCESS PAGES

Upon the *Urgent Motion for Leave to File Omnibus Reply of Puerto Rico Sales Tax Financing Corporation to Objections to Second Amended Title III Plan of Adjustment in Excess Pages* (Docket Entry No. 441 in Case No. 17-3284 and Docket Entry No. 4660 in Case No. 17-3283, the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein, IT IS HEREBY ORDERED THAT:

1. The Urgent Motion is granted as set forth herein.

2. The Debtor may file the Omnibus Reply, not to exceed fifty (50) pages, exclusive of the cover page, the table of contents, the table of authorities, and the signature page.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

4. This Order resolves Docket Entry No. 441 in Case No. 17-3284 and Docket Entry No. 4660 in Case No. 17-3283.

SO ORDERED.
Dated: January 9, 2019

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.