PS|Ship - FedEx Label

PS|Ship - FedEx Label                                              Page 1 of 3

From: (212) 403-1000  Origin ID: QNYA
Peter C. Hein
Wachtell, Lipton, Rosen & Katz
51 w 52 street
29th Floor
New York, NY 10019
UNITED STATES

Ship Date: 08JAN19
ActWgt: 1.00 LB
CAD: 103936229/WSXI2750

REF: 70000.0221-0221
DESC-1: Letter and enclosures to Court
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE:
CUSTOMS VALUE: 0.00 USD
T/C: S 010060648    D/T: S 010060648
SIGN: Peter C. Hein
EIN/VAT:
PKG:PAK

SHIP TO: (212) 403-1237    BILL SENDER
Clerk's Office
United States District Court
Room 150 Federal Building

San Juan, PR 00918
US



WED - 09 JAN A5
INTL PRIORITY

TRK# 7848 6453 9605
0430

XQ SIGA

00918
PR-US
SJU



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH

552J2/D74C/DCA5