**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br>Debtors[1] | PROMESA Title III<br><br>Case No. 17-BK-03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of,<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br>Debtor. | PROMESA Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION REGARDING ATTENDANCE TO THE JANUARY 16, 2019 HEARING REGARDING (1) THE 9019 SETTLEMENT APPROVAL MOTION, (2) COFINA PLAN OF ADJUSTMENT CONFIRMATION MOTION, AND (3) DISPUTE REGARDING SECTION 19.5 OF PLAN**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN:

**COMES NOW PROSOL-UTIER**, through its undersigned counsels, and before this Honorable Court, very respectfully, states and prays as follows.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1. The undersigned, appearing in this proceeding on behalf of PROSOL-UTIER, hereby respectfully submit this Informative Motion in response to the Court's order entered on January 9, 2019 (Docket Entry No. 4647 in Case No. 17-03283).

2. Counsel Rolando Emmanuelli-Jiménez of Bufete Emmanuelli, C.S.P., intends to appear in person and speak in the San Juan Courtroom and be heard at the January 16, 2019 hearing on behalf of PROSOL-UTIER.

3. The Hearing Matters in connection with which PROSOL-UTIER intends to appear are (1) the *Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation* (Docket Entry No. 4067 in Case No. 17-3283); and (2) the *Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* (Docket Entry No. 380 in Case No. 17-03284), filed in Docket Entry No. 404 in Case No. 17-03284 and in Docket Entry No. 4592 in Case No. 17-03283.

4. Counsel Jessica Méndez-Colberg of Bufete Emmanuelli, C.S.P., also intends to appear in person in the San Juan Courtroom and be seated at Counsel's table.

**WHEREFORE**, the undersigned very respectfully pray for this Court to take notice of the above stated.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 10th day of January, 2019.

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. Paper copies have been mailed pursuant to Section II of the *Seventh Amended Notice, Case Management and Administrative Procedures*:

2

(i)     Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to the chambers):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii)     Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922



472 Ave. Tito Castro
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica Méndez Colberg
Jessica Méndez-Colberg
USDC: 302108

Emails:
rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com

3