# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING JANUARY 16, 2019 HEARING ON MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMONWEALTH AND COFINA**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the Court's Order Regarding Procedures For Attendance, Participation, and Observation of January 16, 2019 Hearing [ECF No. 431], Puerto Rico Sales Tax Financing Corporation ("COFINA"), as the Title III debtor in the above-captioned Title III cases (the "Debtor") under the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtor's representative pursuant to section 315(b) of PROMESA, respectfully states as follows:

The relevant Hearing Matter[2] for purposes of this Informative Motion is the Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement between the Commonwealth and COFINA. The Oversight Board's witness will be Natalie Jaresko (the "Witness"), whose testimony will be submitted in written declaration form prior to the hearing. The testimony of the Witness will relate to the Settlement between the Commonwealth and COFINA, including that the Settlement is reasonable. The testimony of the Witness will include a factual background of the Commonwealth-COFINA Dispute, the Oversight Board's efforts to resolve the Commonwealth-COFINA Dispute, the Agreement in Principle reached by the Commonwealth Agent and the COFINA Agent, and the benefits to the Commonwealth of the Settlement. The Oversight Board reserves its right to call the Witness as a rebuttal witness. The time for direct testimony is minimal because it will be submitted in writing. The time desired by any other interested party for cross-examination is unknown at this time.

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the *Order Regarding Procedures for Attendance, Participation and Observation of January 16, 2019 Hearing Regarding (1) the 9019 Settlement Approval Motion, (2) COFINA Plan of Adjustment Confirmation Motion, and (3) Dispute Regarding Section 19.5 of the Plan* [Case No. 17-3283, ECF No. 4647].

| | |
|---|---|
| Dated: January 10, 2019<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: hermann.bauer@oneillborges.com<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Jeffrey W. Levitan (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>Email: brosen@proskauer.com<br>Email: jlevitan@proskauer.com<br><br>Michael A. Firestein (*pro hac vice*)<br>Lary Alan Rappaport (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>Tel: (310) 557-2900<br>Fax: (310) 557-2193<br>Email: mfirestein@proskauer.com<br>Email: lrappaport@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative of the Debtor* |

3