## Twelfth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 225 | BOROWSKY, MARK ELIOT AND JOCELYN DAWN<br>10 GALLOPING HILL RD.<br>CHERRY HILL, NJ 08003 | 3/11/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 1159 | $ 16,682.63 |
| | Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). | | | | | |
| 226 | BOU PINA, IRIS<br>HC-3 BOX 18063<br>RIO GRANDE, PR 00745 | 4/23/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 7828 | $ 152,103.86 |
| | Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). | | | | | |
| 227 | BOUDJOUK FAMILY TRUST, JEFFERY AND JESSICA BOUDJOUK TRUSTEES<br>11 VICTORIA DRIVE<br>SMITHFIELD, RI 02917 | 3/28/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 5164 | $ 90,000.00 |
| | Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). | | | | | |
| 228 | BOYER, DORIS C AND VICTOR M<br>URB PARQUE SAN PATRICIO<br>D 2 TOPACIO<br>GUAYNABO, PR 00968 | 4/10/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 7004 | $ 100,834.00* |
| | Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). | | | | | |
| 229 | BRACERO TORRES, RAFAEL<br>B-6 CALLE D<br>ALTO APOLO ESTATES<br>GUAYNABO, PR 00969-4907 | 5/14/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 14830 | $ 31,650.00* |
| | Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). | | | | | |
| 230 | BRASA RODRIGUEZ, ANA ESTHER<br>URBQUINTA DEL RIO C-17<br>DEL MESON<br>BAYAMON, PR 00961 | 3/22/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 4176 | $ 15,000.00 |
| | Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). | | | | | |
| 231 | BRASIS, MINERVA D<br>URB. VISTA VERDE 22 CALLE CORAL<br>MAYAGUEZ, PR 00682-2508 | 5/17/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 19669 | $ 100,000.00 |
| | Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Twelfth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 232 | BREITENBACH, WILLIAM G & KATHLEEN A<br>P.O. BOX 801<br>DOLORES, CO 81323 | 3/26/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 4794 | $ 200,000.00 |

Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 233 | BRESKY, DONALD R.<br>41 HARVEST MOON ROAD<br>EASTON, CT 06612-1917 | 5/21/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 16389 | $ 110,000.00* |

Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 234 | BRESKY, JASON I<br>52 STANLEY ROAD<br>MONROE, CT 06468 | 6/7/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 49594 | $ 60,000.00* |

Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 235 | BROCO OLIVERAS, JOSE E<br>PARQUE DE MONTEBELLO<br>CALLE 1 A 5<br>TRUJILLO ALTO, PR 00976 | 5/11/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 14316 | $ 165,000.00 |

Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 236 | BRUCE D. ALLEN TRUST LTD (11/15/1972)<br>ALCO ADVISORS, INC.<br>4 THE MARSHES<br>DUXBURY, MA 02332 | 5/21/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 17423 | $ 50,000.00 |

Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 237 | BRUCE M. BLEAMAN, TRUSTEE OF THE MILTON BLEAMAN EXEMPTION TRUST DATED MAY 6, 1999<br>20412 JUNEAU PL<br>WOODLAND HILLS, CA 91364 | 3/14/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 1637 | $ 20,000.00 |

Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 238 | BUITRAGO SANTIAGO, CARMEN R<br>P.O. BOX 3060<br>GUAYAMA, PR 00785 | 5/18/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 16592 | $ 20,000.00 |

Reason: Claimant asserts liabilities associated with municipal bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

\* Indicates claim contains unliquidated and/or undetermined amounts