ING. RAFAEL E. BRACERO TORRES
ALTO APOLO ESTATES
B-6 Calle D
GUAYNABO, PUERTO RICO 00969

RECEIVED & FILED
2019 JAN -9 PM 5:19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**4 de enero de 2019**

Tribunal de Distrito de los Estados Unidos
  para el Distrito de Puerto Rico
150 Calle Chardón
Edificio Federal
San Juan, Puerto Rico 00918-1767

Estimados señores:

Aunque mi reclamación está incluida en el Anejo A de los documentos sobre posible objeción colectiva y no estoy obligado a presentar una repuesta, si me permito hacer unas declaraciones:

1. Soy un inversionista de Puerto Rico y residente del Estado Libre Asociado (a los fines de los tributos personales de Puerto Rico).

2. Por consiguiente la distribución de Bonos Tributables Senior COFINA equivalente a los parámetros pre-acordados, (Bonos COFINA aprox equivalentes al 93.015% de sus valores existentes y dinero efectivo equivalente al 2% de sus valores) no representan una decisión justa y proporcional para el sector del País (20%) de la cantidad adeudada; cuando la mayoría de los residentes de P.R. han contribuido al desarrollo del País inclusive con la inyección de gran parte de sus fortunas a la economía del mismo.

3. El acuerdo es oneroso para todos los Bonistas locales y el futuro de ellos y de la economía de Puerto Rico.

Está claro que esta gran deuda deberá pagarse, pero con un acuerdo digno, de respeto y satisfactorio para los Bonistas locales, que necesitan seguir viviendo y contribuyendo en esta etapa de sus vidas a su País.

…..Esperamos que todos los cuerpos y entidades a cargo de ratificar oficialmente le hagan justicia a este reclamo….

Atentamente,

*[firma]*
Rafael E. Bracero Torres
REBT/ab