

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

Visit us at usps.com





PRIORITY MAIL FLAT RATE ENVELOPE

US POSTAGE
02 1P
0001180191   JAN 08 2019
$ 006.70
MAILED FROM ZIP CODE 00968



UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9010 7574 2837 1301 21

Label 400  Jan. 2013
7690-16-000-7948

**From**
Rafael E. Bracero
Alto Apolo Estates
B-6 Calle D
Guaynabo, PR 00969

**To:**
Tribunal de Distrito de los Estados Unidos
    para el Distrito de Puerto Rico
150 Chardón Street
Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT
CLERK'S OFFICE

2019 JAN -9 PM 5: 19

RECEIVED & FILED



PS00001000012