UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

    Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS.

---------------------------------------------------------------x

ORDER DENYING REQUEST FOR LEAVE TO FILE REPLY TO JANUARY 9, 2019 FILINGS
AND GRANTING REQUEST TO PARTICIPATE IN
JANUARY 16, 2019 HEARING FROM NEW YORK COURTROOM (DOCKET ENTRY NO. 4673)

       The Court has received and reviewed the *Second Supplement to Objection, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*("COFINA") Plan Scheduled for Hearing January 16, 2019, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701* (Docket Entry No. 4673 in Case No. 17-3283, the "Motion"), filed by Mr. Peter C. Hein ("Movant"). In the Motion, Movant requests in part "that all objectors be given a reasonable time to respond, in written form, to the legal and factual arguments that may be advanced in such January 9, 2019 filings by the Debtor and others, even if that is after the January 16, 2019 hearing date." (Mot. at 12.) Movant further requests the opportunity to participate in the January 16, 2019 hearing from "the New York courtroom (or some other location in New York) by webcast, video or teleconference." (Id.)

Movant's request, on behalf of himself and other objectors, to file written responses to the above-referenced January 9, 2019 filings is hereby denied. Movant's request to participate in the January 16, 2019 hearing from New York is granted to the extent provided herein. Movant may present legal argument from the New York courtroom in accordance with the agenda that will be established for the January 16, 2019 hearing.

SO ORDERED.

Dated: January 10, 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:

   Peter C. Hein
   101 Central Park West
   Apartment 14E
   New York, NY 10023
   petercheinsr@gmail.com