```
Court Name: District Court
Division: 1
Receipt Number: PRX100061242
Cashier ID: arodrigu
Transaction Date: 01/10/2019
Payer Name: FERRAIUOLI LLC

PRO HAC VICE
 For: FERRAIUOLI LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: FERRAIUOLI LLC
 Check/Money Order Num: 19873
 Amt Tendered:   $300.00
----------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAV VICE OF
MATTHEW L. BROD

THRU: ROBERTO A. CAMARA-FUENTES
```