UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS. |

------------------------------------------------------------------x

ORDER GRANTING PERMISSION TO PRESENT LEGAL ARGUMENT

        The Court has received a request from Lawrence B. Dvores seeking permission to appear pro se and participate in the January 16, 2019 hearing (the "Hearing") regarding the *Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* (as may be amended or modified, the "Plan"). Mr. Dvores previously submitted an objection to confirmation of the Plan (Docket Entry No. 4613 in Case No. 17-3283). Mr. Dvores will be

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

permitted to present, from the New York courtroom, legal argument in accordance with the agenda that will be established for the January 16, 2019 hearing.

    SO ORDERED.

Dated: January 10, 2019

                                                                  /s/ Laura Taylor Swain  
                                                           LAURA TAYLOR SWAIN  
                                                           United States District Judge