# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.,*

Debtors.[1]

PROMESA Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

COMES NOW, Sunni P. Beville, applicant herein, and pursuant to L. Civ. R. 83A (f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is a partner at the law firm Brown Rudnick LLP, One Financial Center, Boston, MA 02111; telephone number (617) 856-8200.

2. Applicant will sign all pleadings with the name "Sunni P. Beville".

3. Applicant will act as Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, and provide

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ( "COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ( "HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ( "ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ( "PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

legal representation in connection with the above-styled matters pending before the United States District Court for the District of Puerto Rico.

4. Since 2002, applicant has been and presently is a member in good standing of the bar of the Commonwealth of Massachusetts. Applicant's Massachusetts bar license number is 652369.

5. Applicant has been admitted to practice before the following courts:

| Jurisdiction | Admission Date |
| --- | --- |
| Commonwealth of Massachusetts Bar | January 24, 2002 |
| United States District Court for the District of Massachusetts | June 12, 2002 |

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

8. Local counsel of record associated with applicant in this matter is:

Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
ESTRELLA, LLC
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

9. Applicant has read the Local Rules of this court and will comply with same.

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each

2

new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be paid in the form of a check or money order payable to: "Clerk, U.S. District Court."

**CERTIFICATE:** I hereby certify that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order. *See* Docket No. 4086-1.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: January 10, 2019

By: */s/ Sunni P. Beville*
Sunni P. Beville
**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
Tel.: (617) 856-8200
E-mail: sbeville@brownrudnick.com

3

We hereby certify, pursuant to USDC Local Rule 83A(f), that we consent to the designation of local counsel for all purposes.

Date: January 10, 2019

By: /s/ ALBERTO G. ESTRELLA
Alberto G. Estrella
USDC-PR Bar No. 209804
/s/ KENNETH C. SURIA
Kenneth C. Suria
USDC-PR Bar No. 213302

**ESTRELLA LLC**
*Attorneys for The Financial Oversight and Management Board for Puerto Rico*

/s/ Alberto Estrella
Alberto Estrella (USDC-PR 209804)
/s/Kenneth C. Suria
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

4

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____
U.S. District Judge

63257508 v1