## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION OF THE GMS GROUP, LLC REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JANUARY 16-17, 2019 HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION**

**GODREAU & GONZALEZ LAW, LLC**
Rafael A. González Valiente
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)
787.360.0787 (cell)
rgv@g-glawpr.com

**PERKINS COIE LLP**
Gary F. Eisenberg (pro hac vice application pending)
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Telephone: (212) 262-6902
Facsimile: (212) 977-1632
Email: geisenberg@perkinscoie.com

*Attorneys for The GMS Group, LLC*

Dated:  January 7, 2019

The GMS Group, LLC ("GMS" or "Secured Creditor"), respectfully shows the Court as
follows:

1.      The undersigned counsel, Gary Eisenberg and Rafael A. Gonzalez Valiente
(collectively, "Counsel"), will appear and speak on behalf of the GMS Group, LLC at the
January 16-17, 2019 hearing and present argument regarding:

(a)      "Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule
9019 for Order Approving Settlement between Commonwealth of Puerto Rico and Puerto
Rico Sales Tax Financing Corporation (the "Settlement")[1].  *See, Docket 4067*;

(b)      "Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax
Financing Corporation" (the "Second Plan of Adjustment").  *See, Docket  4363 (or 380 in
Case No. 17-3284)*;

(c)       "Amended Objection of the GMS Group, LLC to Second Amended Title
III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation and Request for
Evidentiary Hearing" with supporting exhibits (the "GMS Objection").   *See, Docket
4564;*

---

[1] Although GMS Group did not file an Objection to the approval of the Settlement itself, GMS Group understands
that the Second Plan of Adjustment is based on the Settlement.  Moreover, GMS Group's Objection to the Second
Plan of Adjustment is mainly an Objection to the terms imposed by the Settlement which are incorporated into the
Second Plan of Adjustment.  Thus, GMS Group's Objection to the Plan of Adjustment is should be considered as an
Objection to the Settlement.

(d)     "Objection of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan, And Response And Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701" (the "Hein Objection").  *See, Docket 4585*;

(e)     "GMS Group Joinder to the Hein Objection".  *See, Docket 4587*;

(f)     "Supplement to the Objection Of Individual COFINA Subordinate Bondholder Residing In The 50 States Who Purchased At The Original Offering Prices, To Confirmation Of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan, And Response And Opposition To COFINA's Thirteenth Omnibus Objection To Individual Claim No. 10701"  *See, Docket 4595*;

(g)     "GMS Group, LLC Joinder to Hein Supplement". *See, Docket 4605*;

(h)     "GMS Group, LLC Motion Submitting Declarations from Timothy Donohue and Peter Hein in Support of the GMS Objection and the Peter Hein Objection. *See, Docket 4606*;

(i)     "GMS Group, LLC Motion Submitting Declaration of Timothy Donohue Updating the Amount of Bonds Held by GMS Group, LLC.  *See Docket 4641*;

(j)     "Informative Motion filed by the GMS Group, LLC Submitting Translations of Exhibits to Timothy Donohue Declaration'. *See, Docket 4162*;

(k)     Any additional Objections to the Third Plan of Adjustment and the Settlement;

(l)     Any Replies to any Objections to the Third Plan of Adjustment and the Settlement.

2.    Counsel will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3.    The GMS Group, LLC also reserves the right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases.

Dated: New York, New York
    January 7, 2019

                              **GODREAU & GONZALEZ LAW, LLC**

                              By: */s/ Rafael A. González Valiente*
                              Rafael A. González Valiente
                              P.O. Box 9024176
                              San Juan, PR 00902-4176
                              787.726.0077 (office)
                              787.360.0787 (cell)
                              rgv@g-glawpr.com

                              **PERKINS COIE LLP**

                              By:    */s/ Gary F. Eisenberg*
                                 Gary F. Eisenberg
                                 30 Rockefeller Plaza, 22nd Floor
                                 New York, NY 10112
                                 Ph. 212-262-6900
                                 Email:  geisenberg@perkinscoie.com