# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF LUCY C. WOLF

To the Honorable United States District Court Judge Laura Taylor Swain:

**COMES NOW**, Lucy C. Wolf (hereinafter, "Applicant"), pursuant to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding pursuant to Federal Bankruptcy Rule 9029, which in turn applies to this proceeding pursuant to Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and respectfully states: and states and requests as follows:

1.  Applicant is an attorney and a member of the law firm of Proskauer Rose LLP, with offices at:

**PROSKAUER ROSE LLP**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

>One International Place
>Boston, MA 02110-2600
>Telephone: (617) 526-9600
>Facsimile: (617) 526-9899
>Email: LWolf@proskauer.com

2. Applicant makes the instant request to appear pro hac vice on behalf of the Financial Oversight and Management Board, Jose B.Carrion, III, Andrew G. Biggs, Carlos M. Garcia, Arthur J. Gonzalez, Jose R. Gonzalez, Ana J. Matosantos, and David A. Skeel to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

3. Applicant will sign all pleadings with the name Lucy C. Wolf.

4. Since 2017, Applicant has been and presently is a member in good standing of the bar of the Commonwealth of Massachusetts, where Applicant regularly practices law. Applicant's bar license number is 699123.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| U.S. District Court, District of Massachusetts | 2018 |
| Commonwealth of Massachusetts | 2017 |
| U.S. Court of Appeals, First Circuit | 2018 |

6. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is:

>Hermann D. Bauer
>USDC-PR Bar No. 215205
>**O'NEILL & BORGES LLC**
>250 Muñoz Rivera Ave., Suite 800
>San Juan, PR 00918-1813
>Email: hermann.bauer@oneillborges.com
>Telephone: (787) 764-8181
>Facsimile: (787) 753-8944

11. Applicant has read the local rules of this Court and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

**CERTIFICATE:** I hereby certify that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order. *See* Docket No. 4086-1.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases.

Date: January 10, 2019

Lucy C. Wolf
Printed Name of Applicant

/s/ Lucy C. Wolf
Signature of Applicant

3

I HEREBY CERTIFY, pursuant to Local Civil Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: January 10, 2019

Hermann D. Bauer  
Printed Name of Local Counsel

/s/ Herman D. Bauer  
Signature of Local Counsel

# **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____
**U.S. District Judge**