UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION OF WHITEBOX MULTI-STRATEGY PARTNERS LLC
AND CERTAIN OF ITS AFFILIATES REGARDING ATTENDANCE AND
<u>REQUEST TO BE HEARD AT THE JANUARY 16-17, 2019 HEARING</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

Whitebox Multi-Strategy Partners LLC and certain of its affiliates ("<u>Whitebox</u>") submit this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of January 16, 2019 Hearing Regarding (1) the 9019 Settlement*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Approval Motion, (2) COFINA Plan of Adjustment Confirmation Motion, and (3) Dispute Regarding Section 19.5 of Plan* (Case No. 17-03283-LTS, Dkt. No. 4647) (the "Order"),[2] and respectfully states as follows:

1. Andrew K. Glenn of Kasowitz Benson Torres LLP, counsel to Whitebox, intends to appear in person at the Puerto Rico courtroom and seeks to be heard in connection with the 19.5 Dispute.

2. Trevor J. Welch of Kasowitz Benson Torres LLP, counsel to Whitebox, intends to appear in person at the Puerto Rico courtroom and reserves the right to be heard in connection with the 19.5 Dispute.

3. Shai Schmidt of Kasowitz Benson Torres LLP, counsel to Whitebox, intends to appear in person at the Puerto Rico courtroom and reserves the right to be heard in connection with the 19.5 Dispute.

4. Moraima Ríos Robles of Arroyo & Ríos Law Offices PSC, local counsel to Whitebox, intends to appear in person at the Puerto Rico courtroom.

5. Whitebox reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the Hearing Matters to the extent it impacts COFINA or Whitebox's interests.

[ *Remainder of page intentionally left blank.* ]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

DATED: January 10, 2019

| | |
|---|---|
| **KASOWITZ BENSON TORRES LLP** | **ARROYO & RIOS LAW OFFICES, P.S.C.** |
| By: /s/ *Andrew K. Glenn* | By: /s/ *Moraima S. Ríos Robles* |
|    Andrew K. Glenn |    Moraima S. Ríos Robles |
|    (admitted *pro hac vice*) |    (USDC-PR Bar No. 224912) |
|    Shai Schmidt |    1353 Ave. Luis Vigoreaux |
|    (admitted *pro hac vice*) |    Guaynabo, P.R. 00966 |
|    1633 Broadway |    Telephone: (787) 522-8080 |
|    New York, New York 10019 |    Facsimile: (787) 523-5696 |
|    Telephone: (212) 506-1700 |    Email: mrios@arroyorioslaw.com |
|    Facsimile: (212) 506-1800 | |
|    Email: aglenn@kasowitz.com | |
|             sschmidt@kasowitz.com | |

*Attorneys for Whitebox Multi-Strategy Partners, L.P.*
*And Certain of its Affiliates*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order. *See* Dkt. No. 4086-1.

                   */s/ Moraima S. Ríos Robles*
                   Moraima S. Ríos Robles
                   USDC-PR No. 224912