UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3284-LTS |
| as representative of | This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS. |
| THE PUERTO RICO SALES TAX FINANCING CORPORATION, | |
| Debtor. | |

------------------------------------------------------------------x

ORDER SETTING DEADLINE TO FILE DECLARATIONS
IN CONNECTION WITH JANUARY 16—JANUARY 17, 2019 HEARING

      The Court has received and reviewed the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding January 16, 2019 Hearing on Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between the Commonwealth and COFINA* (Docket Entry No. 4678 in Case No. 17-3283 and Docket Entry No. 456 in Case No. 17-3284, the "9019 Informative Motion") and the *Informative Motion of the*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Financial Oversight and Management Board for Puerto Rico Regarding January 16, 2019 Hearing Concerning Confirmation of the COFINA Plan of Adjustment* (Docket Entry No. 4679 in Case No. 17-3283 and Docket Entry No. 457 in Case No. 17-3284, the "COFINA Plan Informative Motion"). The 9019 Informative Motion provides that the testimony of Natalie Jaresko will be "submitted in written declaration form prior to the hearing." The COFINA Plan Informative Motion similarly provides that the testimony of Natalie Jaresko, David Brownstein, and Christina Pullo will be "submitted in written declaration form prior to the hearing."

The Court hereby orders that the aforementioned Jaresko and Brownstein declarations must be filed by **Saturday, January 12 at 4:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: January 11, 2019

                                                                            /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           United States District Judge