UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION OF MARK ELLIOTT, *PRO SE*, REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JANUARY 16-17, 2019 HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION**

**Mark Elliott, *Pro Se***
d/b/a Elliott Asset Management
One International Place, Suite 1400
Boston, Massachusetts 02110
Samsungcbook2017@gmail.com

Dated: 9 January 2019

Mark Elliott, *pro se*, individually and d/b/a Elliott Asset Management ("Elliott"), respectfully shows the Court as follows:

1. The undersigned, Mark Elliott, will appear and speak on behalf of himself and Elliott

Asset management at the January 16-17, 2019 hearing and present argument regarding:

    a. "Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation (the "Settlement"). *See, Docket 4067*

    b. "Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation" (the "Second Plan of Adjustment"). *See, Docket 4363 (or 380 in Case No. 17-3284)*;

    c. "First Amended Objection of Mark Elliott, Individually And D/B/A Elliott Asset Management, To Entry of An Order Approving the Second Amended Title Iii Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation". *See Docket 4598.*

    d. Any additional Objections to the Second Plan of Adjustment and the Settlement;

    e. Any Replies to any Objections to the Second Plan of Adjustment and the Settlement.

2. Elliott will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. Elliott also reserves the right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases.

Dated: Boston, Massachusetts

    January 9, 2019

By /s/ Mark Elliott

Mark Elliott, Individually and on
behalf of Elliott Assett Management

d/b/a Elliott Asset Management
One International Place, Suite 1400
Boston, Massachusetts 02110
Samsungcbook2017@gmail.com