# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases on behalf of Autonomy Capital (Jersey) LP, on behalf of certain of its affiliated investment funds ("**Autonomy**") and, pursuant to Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ( "COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ( "HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ( "ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ( "PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

US-DOCS\105109309.2

**Rules**") 2002, 9007, and 9010(b) and section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), hereby requests that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, be delivered to and served upon the person(s) listed below at the following addresses, telephone, and facsimile numbers:

> Jeffrey E. Bjork, Esq.
> 355 South Grand Avenue, Suite 100
> Los Angeles, California 90071
> Telephone: (213) 485-1234
> Facsimile: (213) 891-8763
> E-mail: jeff.bjork@lw.com
>
> and
>
> Adam J. Goldberg, Esq.
> Yelizaveta L. Burton, Esq.
> 885 Third Avenue
> New York, New York 10022
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> E-mail: adam.goldberg@lw.com
>   liza.burton@lw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or

construed to be a consent to the jurisdiction of the Bankruptcy Court for the District of Puerto Rico or a waiver of any substantive or procedural rights of Autonomy including: (a) to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Puerto Rico (the "**District Court**"); (b) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (d) any other rights, claims, actions, defenses, setoffs or recoupments to which Autonomy may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated  January 11th, 2019
       New York, New York

**LATHAM & WATKINS LLP**

By:  /s/ *Adam Goldberg*

Jeffrey E. Bjork (*pro hac vice* admission pending)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com

and

Adam J. Goldberg, Esq. (*pro hac vice* admission pending)
Yelizaveta L. Burton, Esq. (*pro hac vice* admission pending)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: adam.goldberg@lw.com
        liza.burton@lw.com

and

By: s/ *J. Ramón Rivera Morales*
J. Ramón Rivera Morales
JIMÉNEZ, GRAFFAM & LAUSELL
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

*Attorneys for Autonomy Capital (Jersey) L.P.*