UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                          PROMESA
                                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                         No. 17 BK 3283-LTS


THE COMMONWEALTH OF PUERTO RICO,                        (Jointly Administered)
et al.,


              Debtors.[1]

-------------------------------------------------------------x

### ORDER REGARDING OMNIBUS HEARING SCHEDULED FOR JANUARY 30, 2019

        In light of the limited scope of matters that have been noticed for the omnibus hearing scheduled for January 30, 2019 (the "January Omnibus Hearing"), and the ongoing lapse in federal appropriations, parties to the above-captioned Title III cases are hereby advised that the Court intends to hold the January Omnibus Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Videoteleconferencing facilities will be available in the San Juan courtroom.

        Any party in interest that objects to the above must file a written response by **January 18, 2019 at 4:00 p.m. (Atlantic Standard Time)**.

        SO ORDERED.

Dated: January 11, 2019

                                     /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).