# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION OF AUTONOMY CAPITAL (JERSEY) LP,
ON BEHALF OF CERTAIN OF ITS AFFILIATED INVESTMENT FUNDS
REGARDING JANUARY 16, 2019 HEARING**

Autonomy Capital (Jersey) LP, on behalf of certain of its affiliated investment funds ("Autonomy") hereby submits this informative motion in compliance with Court's *Order*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Regarding Procedures for Attendance, Participation and Observation of January 16, 2019 Hearing Regarding (1) the 9019 Settlement Approval Motion, (2) COFINA Plan of Adjustment Confirmation Motion, and (3) Dispute Regarding Section 19.5 of Plan* [ECF No. 431 in Case No. 17-3284] (the "<u>Order</u>")[2], and respectfully states as follows:

1. Adam J. Goldberg of Latham & Watkins LLP will appear on behalf of Autonomy at the January 16, 2019 hearing by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. Mr. Goldberg requests to be heard on the 9019 Motion and the Proposed Plan, as well as any matter raised by any party at the hearing related to the Title III cases or the interests of Autonomy.

3. Mr. Goldberg reserves the right to be heard on any matter raised by any party at the hearing related to the COFINA Title III cases, or any adversary proceeding pending in the Title III cases, or the interests of Autonomy.

WHEREFORE, Autonomy respectfully requests that the Court take notice of the foregoing.

*[Remainder of page intentionally left blank.]*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

Dated January 11th, 2019
New York, New York

**LATHAM & WATKINS LLP**

By: /s/ *Adam Goldberg*

Jeffrey E. Bjork (*pro hac vice* admission pending)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com

and

Adam J. Goldberg, Esq. (*pro hac vice* admission pending)
Yelizaveta L. Burton, Esq. (*pro hac vice* admission pending)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: adam.goldberg@lw.com
liza.burton@lw.com

and

By: s/ *J. Ramón Rivera Morales*
J. Ramón Rivera Morales
JIMÉNEZ, GRAFFAM & LAUSELL
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

*Attorneys for Autonomy Capital (Jersey) L.P.*

3