# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

## NOTICE OF WITHDRAWAL OF:

## MOTION TO DETERMINE THE APPLICABILITY OF THE AUTOMATIC STAY AND/OR FOR RELIEF FROM THE AUTOMATIC STAY
## (DOCKET #4493)

Now comes Corporación Marcaribe Investment (hereinafter "Marcaribe"), a Creditor and a Chapter 7 Debtor in the District of Massachusetts, through Marcaribe's Counsel, and with the assent of is Chapter 7 Trustee, John Desmond, Esq., though his Counsel, respectfully withdraws its Motion for Relief from the Automatic Stay (Document #4493) for the following reasons:

1) The Parties have conferred the matter and reached a stipulation.

WHEREFORE, Marcaribe respectfully requests that this Court notices withdrawal of its motion for relief and for any other relief deemed necessary and proper.

1

Corporacion Marcaribe Investment,
Through Counsel for Marcaribe,
Attorney in this matter and in a Chapter 7 Bankruptcy in the
District of Massachusetts

**With the Assent** of Attorney Kate Nicholson,
Counsel for Marcaribe's Chapter 7 Trustee, John Desmond, District of Massachusetts
/s/ Carmenelisa Perez-Kudzma
U.S. District of Puerto Rico #305612
Perez-Kudzma Law Office, P.C
Arecibo #349, Urb. La Cumbre, San Juan, PR 00926
and
35 Main Street, Suite 1
Wayland, MA 01778
T: (781) 209-5596
F: (978-600-1482
carmenelisa@pklolaw.com

Dated: January 11, 2019

**The filing of this Motion has been assented to by:**

Counsel for John Desmond
Chapter 7 Trustee

/s/ Kate E. Nicholson
Nicholson Herrick LLP
21 Bishop Allen Dr.
Cambridge, MA 02139
857.600.0508 (voice or text)
617.812.0405 (facsimile)
www.nicholsonherrick.com

Dated: January 11, 2019

**Service**

A. All Documents shall be served, in the manner described herein, on the following parties
    i)     United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312
    ii)     Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922
    (iii)     Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Gerardo J. Portela Franco
Mohammad Yassin, Esq.
E-Mail: Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
    (iv) Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Diana M. Perez, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com
Law Offices of Andrés W. López, Esq.
902 Fernández Juncos Ave.
San Juan, PR 00907
Attn: Andrés W. López, Esq.
E-Mail: andres@awllaw.com
    (v) Counsel for AAFAF (PREPA):
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966