**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rafael Gonzalez, depose and say that on January 10, 2019 I caused a true and correct copy of the *Informative Motion of the GMS Group, LLC Regarding Witness to Appear in the January 16-17, 2017 Hearing, If Needed* and the *Urgent Joint Motion by the Financial Oversight and Management Board and the GMS Group, LLC Requesting Extension of Time Until January 15, 2019 at 12:00 p.m. to File Interrogatories with the Court, If Needed* to be served by prepaid first class mail on the parties listed in Exhibit A attached hereto.

Additionally, I caused the aforementioned documents to be sent via email to the individuals listed in Exhibit B.

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

DATED: January 10, 2019

*/s/ Rafael González*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

142880543.1

EXHIBIT A

Attn: Dennis Dunne, Esq. and Atara Miller, Esq.
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005

Attn: Marcia L. Goldstein, Esq. and Gabriel Morgan, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Attn: Thomas Mayer, Esq., Amy Caton, Esq., and Douglas Buckley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Attn: John K. Cunningham, Esq. and Fernando de la Hoz, Esq.
White & Case LLP
200 South Biscayne Boulevard
Miami, FL 33131

Attn: Lawrence A. Larose, Esq. and Eric Daucher, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Attn: Sandy Qusba, Esq. and Nicholas Baker, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Attn: Andrew N. Rosenberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Attn: Mark Ellenberg, Esq., Lary Stromfeld, Esq., Ivan Loncar, Esq., and Casey Servais, Esq.
Cadwalader, Wickersham & Taft
200 Liberty Street
New York, NY 10281

Attn: Susheel Kirpalani, Esq. and Eric Kay, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

Attn: William P. Smith, Esq., David L. Taub, Esq., and Alexandra C. Scheibe, Esq.
McDermott, Will & Emery LLP
444 West Lake Street,
Chicago, IL 60606

Attn: Donald Bernstein, Esq. and Brian Resnick, Esq.
Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Attn: Ira S. Dizengoff, Esq. and Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Attn: Daniel A. Fliman, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

| | |
|---|---|
| Office of the United States Trustee for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Attn: Gerardo J. Portela Franco and Mohammad Yassin, Esq.<br>Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 |
| Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036 | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero Esq., and María T. Álvarez-Santos Esq.<br>Marini Pietrantoni Muñiz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan, PR 00917 |
| Attn: Nancy A. Mitchell, Esq., David D. Cleary, Esq., Nathan A. Haynes, Esq., and Kevin D. Finger, Esq.<br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166 | Attn: Arturo Diaz-Angueira, Esq. and Katiuska Bolaños-Lugo, Esq.<br>Cancio, Nadal, Rivera & Díaz, P.S.C.<br>PO Box 364966<br>San Juan, PR 00936-4966 |
| Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, and Maja Zerjal<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 | Attn: Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Attn: Luc. A. Despins, James Bliss, James Worthington, and G. Alexander Bongartz<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Attn: Juan J. Casillas Ayala, Diana M. Batlle-Barasorda, Alberto J. E. Añeses Negrón, and Ericka C. Montull-Novoa<br>Casillas, Santiago & Torres LLC,<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601,<br>San Juan, Puerto Rico 00901-2419 |
| Attn: Robert Gordon, Richard Levin, and Catherine Steege<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022 | Attn: A.J. Bennazar-Zequeira<br>Bennazar, García & Milián, C.S.P.<br>Edificio Union Plaza PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan, Puerto Rico 00918 |
| Attn: Garrett A Fail<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza<br>250 Ave. Luis Muñoz Rivera<br>San Juan, PR 00918 |

# Exhibit B

rburgos@adameslaw.com' <rburgos@adameslaw.com>; 'epo@amgprlaw.com' <epo@amgprlaw.com>; 'larroyo@amgprlaw.com' <larroyo@amgprlaw.com>; 'acasellas@amgprlaw.com' <acasellas@amgprlaw.com>; 'loliver@amgprlaw.com' <loliver@amgprlaw.com>; 'asantiago@amgprlaw.com' <asantiago@amgprlaw.com>; 'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'pjime@lawfirm-pr.com' <pjime@lawfirm-pr.com>; 'daniel.bustos@excelerateenergy.com' <daniel.bustos@excelerateenergy.com>; 'icastro@alblegal.net' <icastro@alblegal.net>; 'storres@alblegal.net' <storres@alblegal.net>; 'ealdarondo@alblegal.net' <ealdarondo@alblegal.net>; 'drodriguez.alb@gmail.com' <drodriguez.alb@gmail.com>; 'drodriguez@alblegal.net' <drodriguez@alblegal.net>; 'alexandra.bigas@gmail.com' <alexandra.bigas@gmail.com>; 'ealmeida@almeidadavila.com' <ealmeida@almeidadavila.com>; 'zdavila@almeidadavila.com' <zdavila@almeidadavila.com>; 'jrivlin@afscme.org' <jrivlin@afscme.org>; 'tpaterson@afscme.org' <tpaterson@afscme.org>; 'martz@afscme.org' <martz@afscme.org>; 'andreslopecordova@gmail.com' <andreslopecordova@gmail.com>; 'acordova@juris.inter.edu' <acordova@juris.inter.edu>; 'Jramirez@amrclaw.com' <Jramirez@amrclaw.com>; 'Kellyrivero@hotmail.com' <Kellyrivero@hotmail.com>; 'antoniofuentesgonzalez@yahoo.com' <antoniofuentesgonzalez@yahoo.com>; 'mrios@arroyorioslaw.com' <mrios@arroyorioslaw.com>; 'jfigueroa@arroyorioslaw.com' <jfigueroa@arroyorioslaw.com>; 'Marieli.Paradizo@ponce.pr.gov' <Marieli.Paradizo@ponce.pr.gov>; 'xavier.carol@abertis.com' <xavier.carol@abertis.com>; 'xavier.carol@abertis.com' <xavier.carol@abertis.com>; 'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>; 'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>; 'rbonilla@bspr.com' <rbonilla@bspr.com>; 'david.powlen@btlaw.com' <david.powlen@btlaw.com>; 'kevin.collins@btlaw.com' <kevin.collins@btlaw.com>; 'belkgrovas@gmail.com' <belkgrovas@gmail.com>; 'ajb@bennazar.org' <ajb@bennazar.org>; 'bgm.csp@bennazar.org' <bgm.csp@bennazar.org>; 'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>; 'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>; 'ajb@bennazar.org' <ajb@bennazar.org>; 'bgm.csp@bennazar.org' <bgm.csp@bennazar.org>; 'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>; 'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>; 'cbg@bobonislaw.com' <cbg@bobonislaw.com>; 'efl@bobonislaw.com' <efl@bobonislaw.com>; 'kurt.mayr@bracewell.com' <kurt.mayr@bracewell.com>; 'daniel.connolly@bracewell.com' <daniel.connolly@bracewell.com>; 'david.lawton@bracewell.com' <david.lawton@bracewell.com>; 'schristianson@buchalter.com' <schristianson@buchalter.com>; 'vbantnerpeo@buchalter.com' <vbantnerpeo@buchalter.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'remmanuelli@me.com' <remmanuelli@me.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-emmanuelli.com>; 'yasmin@bufete-emmanuelli.com' <yasmin@bufete-emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-

emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'mcrm100@msn.com' <mcrm100@msn.com>; 'chris.maddux@butlersnow.com' <chris.maddux@butlersnow.com>; 'mitch.carrington@butlersnow.com' <mitch.carrington@butlersnow.com>; 'jason.callen@butlersnow.com' <jason.callen@butlersnow.com>; 'martin.sosland@butlersnow.com' <martin.sosland@butlersnow.com>; 'Chris.Maddux@butlersnow.com' <Chris.Maddux@butlersnow.com>; 'Mitch.Carrington@butlersnow.com' <Mitch.Carrington@butlersnow.com>; 'stan.ladner@butlersnow.com' <stan.ladner@butlersnow.com>; 'condecarmen@condelaw.com' <condecarmen@condelaw.com>; 'ls.valle@condelaw.com' <ls.valle@condelaw.com>; 'daniel.elkort@patternenergy.com' <daniel.elkort@patternenergy.com>; 'howard.hawkins@cwt.com' <howard.hawkins@cwt.com>; 'mark.ellenberg@cwt.com' <mark.ellenberg@cwt.com>; 'ellen.halstead@cwt.com' <ellen.halstead@cwt.com>; 'thomas.curtin@cwt.com' <thomas.curtin@cwt.com>; 'casey.servais@cwt.com' <casey.servais@cwt.com>; 'NATHAN.BULL@CWT.COM' <NATHAN.BULL@CWT.COM>; 'mark.ellenberg@cwt.com' <mark.ellenberg@cwt.com>; 'ioliver@ccsllp.com' <ioliver@ccsllp.com>; 'Adiaz@cnrd.com' <Adiaz@cnrd.com>; 'Kbolanos@cnrd.com' <Kbolanos@cnrd.com>; 'avalencia@cnrd.com' <avalencia@cnrd.com>; 'jf@cardonalaw.com' <jf@cardonalaw.com>; 'delapena.sylvia@gmail.com' <delapena.sylvia@gmail.com>; 'carla.rodriguezbernier@yahoo.com' <carla.rodriguezbernier@yahoo.com>; 'quilichinipazc@microjuris.com' <quilichinipazc@microjuris.com>; 'calsina@prquiebra.com' <calsina@prquiebra.com>; 'carloscardonafe@hotmail.com' <carloscardonafe@hotmail.com>; 'lcdo.carlos.e.riverajustiniano@gmail.com' <lcdo.carlos.e.riverajustiniano@gmail.com>; 'carlosfernandez@cfnlaw.com' <carlosfernandez@cfnlaw.com>; 'carlosfernandez@cfnlaw.com' <carlosfernandez@cfnlaw.com>; 'carlosvergne@aol.com' <carlosvergne@aol.com>; 'hburgos@cabprlaw.com' <hburgos@cabprlaw.com>; 'rcasellas@cabprlaw.com' <rcasellas@cabprlaw.com>; 'dperez@cabprlaw.com' <dperez@cabprlaw.com>; 'mmier@cabprlaw.com' <mmier@cabprlaw.com>; 'jcasillas@cstlawpr.com' <jcasillas@cstlawpr.com>; 'dbatlle@cstlawpr.com' <dbatlle@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; 'emontull@cstlawpr.com' <emontull@cstlawpr.com>; 'ltorres@cstlawpr.com' <ltorres@cstlawpr.com>; 'AAneses@cstlawpr.com' <AAneses@cstlawpr.com>; 'jcasillas@cstlawpr.com' <jcasillas@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; 'ccuprill@cuprill.com' <ccuprill@cuprill.com>; 'rnies@csglaw.com' <rnies@csglaw.com>; 'gspadoro@csglaw.com' <gspadoro@csglaw.com>; 'mlepelstat@csglaw.com' <mlepelstat@csglaw.com>; 'mcaruso@csglaw.com' <mcaruso@csglaw.com>; 'eduardo@cobianroig.com' <eduardo@cobianroig.com>; 'harnaud@cwsny.com' <harnaud@cwsny.com>; 'pdechiara@cwsny.com' <pdechiara@cwsny.com>; 'Harnaud@cwsny.com' <Harnaud@cwsny.com>; 'jlopez@constructorasantiago.com' <jlopez@constructorasantiago.com>; 'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>; 'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>; 'ra@calopsc.com' <ra@calopsc.com>; 'scriado@calopsc.com' <scriado@calopsc.com>; 'rco@crlawpr.com' <rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'rco@crlawpr.com' <rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'dmolinalaw@gmail.com' <dmolinalaw@gmail.com>; 'davidcarrionb@aol.com' <davidcarrionb@aol.com>;

'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mcto@debevoise.com' <mcto@debevoise.com>; 'cabruens@debevoise.com' <cabruens@debevoise.com>; 'eworenklein@debevoise.com' <eworenklein@debevoise.com>; 'allan.brilliant@dechert.com' <allan.brilliant@dechert.com>; 'eric.brunstad@dechert.com' <eric.brunstad@dechert.com>; 'stuart.steinberg@dechert.com' <stuart.steinberg@dechert.com>; 'michael.doluisio@dechert.com' <michael.doluisio@dechert.com>; 'hreynolds@delvallegroup.net' <hreynolds@delvallegroup.net>; 'afernandez@delgadofernandez.com' <afernandez@delgadofernandez.com>; 'wburgos@justicia.pr.gov' <wburgos@justicia.pr.gov>; 'rcastellanos@devconlaw.com' <rcastellanos@devconlaw.com>; 'diazsotolaw@gmail.com' <diazsotolaw@gmail.com>; 'corraldieg@gmail.com' <corraldieg@gmail.com>; 'jose.sosa@dlapiper.com' <jose.sosa@dlapiper.com>; 'richard.chesley@dlapiper.com' <richard.chesley@dlapiper.com>; 'rachel.albanese@dlapiper.com' <rachel.albanese@dlapiper.com>; 'Donna.Maldonado@popular.com' <Donna.Maldonado@popular.com>; 'edgardo_barreto@yahoo.com' <edgardo_barreto@yahoo.com>; 'emunozPSC@gmail.com' <emunozPSC@gmail.com>; 'elian.escalante@gmail.com' <elian.escalante@gmail.com>; 'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'agestrella@estrellallc.com' <agestrella@estrellallc.com>; 'phammer@estrellallc.com' <phammer@estrellallc.com>; 'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>; 'clarisasola@hotmail.com' <clarisasola@hotmail.com>; 'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>; 'clarisasola@hotmail.com' <clarisasola@hotmail.com>; 'robert.schnell@faegrebd.com' <robert.schnell@faegrebd.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'jfeldesman@FTLF.com' <jfeldesman@FTLF.com>; 'fmontanezmiran@yahoo.com' <fmontanezmiran@yahoo.com>; 'rcamara@ferraiuoli.com' <rcamara@ferraiuoli.com>; 'scolon@ferraiuoli.com' <scolon@ferraiuoli.com>; 'ferraric@ferrarilawpr.com' <ferraric@ferrarilawpr.com>; 'n.tactuk@ferrovial.com' <n.tactuk@ferrovial.com>; 'figueroaymorgadelaw@yahoo.com' <figueroaymorgadelaw@yahoo.com>; 'auetz@foley.com' <auetz@foley.com>; 'bkfilings@fortuno-law.com' <bkfilings@fortuno-law.com>; 'bufetefrgonzalez@gmail.com' <bufetefrgonzalez@gmail.com>; 'jblanco@fpglaw.com' <jblanco@fpglaw.com>; 'gacarlo@carlo-altierilaw.com' <gacarlo@carlo-altierilaw.com>; 'loomislegal@gmail.com' <loomislegal@gmail.com>; 'fernando@cszlawpr.com' <fernando@cszlawpr.com>; 'juans@prtc.net' <juans@prtc.net>; 'wmq@wmarrerolaw.com' <wmq@wmarrerolaw.com>; 'jlgere@gmail.com' <jlgere@gmail.com>; 'tolson@gibsondunn.com' <tolson@gibsondunn.com>; 'mmcgill@gibsondunn.com' <mmcgill@gibsondunn.com>; 'hwalker@gibsondunn.com' <hwalker@gibsondunn.com>; 'lshelfer@gibsondunn.com' <lshelfer@gibsondunn.com>; 'jchristiansen@gibsondunn.com' <jchristiansen@gibsondunn.com>; 'dg@g-glawpr.com' <dg@g-glawpr.com>; 'rgv@g-glawpr.com' <rgv@g-glawpr.com>; 'crodriguez-vidal@gaclaw.com' <crodriguez-vidal@gaclaw.com>; 'scastillo@gaclaw.com' <scastillo@gaclaw.com>; 'marielopad@gmail.com' <marielopad@gmail.com>; 'Jnieves@gonzalezmunozlaw.com' <Jnieves@gonzalezmunozlaw.com>; 'Mitchelln@gtlaw.com' <Mitchelln@gtlaw.com>; 'Clearyd@gtlaw.com' <Clearyd@gtlaw.com>; 'Huttonj@gtlaw.com' <Huttonj@gtlaw.com>; 'Haynesn@gtlaw.com' <Haynesn@gtlaw.com>; 'fingerk@gtlaw.com' <fingerk@gtlaw.com>; 'haynesn@gtlaw.com' <haynesn@gtlaw.com>; 'gramlui@yahoo.com' <gramlui@yahoo.com>; 'beth@hbsslaw.com' <beth@hbsslaw.com>; 'steve@hbsslaw.com' <steve@hbsslaw.com>; 'ygc@rclopr.com' <ygc@rclopr.com>; 'ygc1@prtc.net' <ygc1@prtc.net>;

'jmoralesb@microjuris.com' <jmoralesb@microjuris.com>; 'handuze@microjuris.com' <handuze@microjuris.com>; 'corraldieg@gmail.com' <corraldieg@gmail.com>; 'QUIEBRAS@ELBUFETEDELPUEBLO.COM' <QUIEBRAS@ELBUFETEDELPUEBLO.COM>; 'hernandezrodriguezlaw@gmail.com' <hernandezrodriguezlaw@gmail.com>; 'robin.keller@hoganlovells.com' <robin.keller@hoganlovells.com>; 'jesus.cuza@hklaw.com' <jesus.cuza@hklaw.com>; 'bos-bankruptcy@hklaw.com' <bos-bankruptcy@hklaw.com>; 'mvega@senado.pr.gov' <mvega@senado.pr.gov>; 'claudia.quinones@indianowilliams.com' <claudia.quinones@indianowilliams.com>; 'david.indiano@indianowilliams.com' <david.indiano@indianowilliams.com>; 'leticia.casalduc@indianowilliams.com' <leticia.casalduc@indianowilliams.com>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV' <Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV>; 'janebeckerwhitaker@gmail.com' <janebeckerwhitaker@gmail.com>; 'irg@roldanlawpr.com' <irg@roldanlawpr.com>; 'irm@roldanlawpr.com' <irm@roldanlawpr.com>; 'ivonnegm@prw.net' <ivonnegm@prw.net>; 'glenncarljameslawoffices@gmail.com' <glenncarljameslawoffices@gmail.com>; 'JPGLaw@outlook.com' <JPGLaw@outlook.com>; 'JPGLaw@outlook.com' <JPGLaw@outlook.com>; 'mroot@jenner.com' <mroot@jenner.com>; 'csteege@jenner.com' <csteege@jenner.com>; 'rgordon@jenner.com' <rgordon@jenner.com>; 'rlevin@jenner.com' <rlevin@jenner.com>; 'cwedoff@jenner.com' <cwedoff@jenner.com>; 'rrivera@jgl.com' <rrivera@jgl.com>; 'apico@jgl.com' <apico@jgl.com>; 'brosenblum@jonesday.com' <brosenblum@jonesday.com>; 'jgross@jonesday.com' <jgross@jonesday.com>; 'bbennett@jonesday.com' <bbennett@jonesday.com>; 'ssooknanan@jonesday.com' <ssooknanan@jonesday.com>; 'gstewart@jonesday.com' <gstewart@jonesday.com>; 'bheifetz@jonesday.com' <bheifetz@jonesday.com>; 'vdorfman@jonesday.com' <vdorfman@jonesday.com>; 'cdipompeo@jonesday.com' <cdipompeo@jonesday.com>; 'tuttieguerrero@yahoo.com' <tuttieguerrero@yahoo.com>; 'jpsala_pr@yahoo.com' <jpsala_pr@yahoo.com>; 'salalawyers@yahoo.com' <salalawyers@yahoo.com>; 'jorgequintanalajara@gmail.com' <jorgequintanalajara@gmail.com>; 'barrios.jl@outlook.com' <barrios.jl@outlook.com>; 'barrios.jl@outlook.com' <barrios.jl@outlook.com>; 'jlcumbastorres@yahoo.com' <jlcumbastorres@yahoo.com>; 'jwc@jwcartagena.com' <jwc@jwcartagena.com>; 'riveraroman@hotmail.com' <riveraroman@hotmail.com>; 'javrua@gmail.com' <javrua@gmail.com>; 'juan@jahrlaw.com' <juan@jahrlaw.com>; 'jsoto@jbsblaw.com' <jsoto@jbsblaw.com>; 'juan@riverafont.com' <juan@riverafont.com>; 'ileanaortix@outlook.com' <ileanaortix@outlook.com>; 'dkaron@karonllc.com' <dkaron@karonllc.com>; 'kklee@ktbslaw.com' <kklee@ktbslaw.com>; 'dbussel@ktbslaw.com' <dbussel@ktbslaw.com>; 'jweiss@ktbslaw.com' <jweiss@ktbslaw.com>; 'aperez@kpmg.com' <aperez@kpmg.com>; 'Lnegron@kpmg.com' <Lnegron@kpmg.com>; 'acaton@kramerlevin.com' <acaton@kramerlevin.com>; 'tmayer@kramerlevin.com' <tmayer@kramerlevin.com>; 'pbentley@kramerlevin.com' <pbentley@kramerlevin.com>; 'dblabey@kramerlevin.com' <dblabey@kramerlevin.com>; 'dbuckley@kramerlevin.com' <dbuckley@kramerlevin.com>; 'nhamerman@kramerlevin.com' <nhamerman@kramerlevin.com>; 'abyowitz@kramerlevin.com' <abyowitz@kramerlevin.com>; 'ghorowitz@kramerlevin.com' <ghorowitz@kramerlevin.com>; 'agraitfe@agraitlawpr.com' <agraitfe@agraitlawpr.com>; 'acevedovila1@gmail.com' <acevedovila1@gmail.com>;

- 5 -

'pola@frankpolajr.com' <pola@frankpolajr.com>; 'gls@lopezsolerlaw.com' <gls@lopezsolerlaw.com>; 'jemudd@yahoo.com' <jemudd@yahoo.com>; 'craigmcc@me.com' <craigmcc@me.com>; 'fpabon@lvvlaw.com' <fpabon@lvvlaw.com>; 'rrodriguez@juris.inter.edu' <rrodriguez@juris.inter.edu>; 'suarezcobo@gmail.com' <suarezcobo@gmail.com>; 'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>; 'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>; 'thomas.hommel@lehmanholdings.com' <thomas.hommel@lehmanholdings.com>; 'pamela.simons@lehmanholdings.com' <pamela.simons@lehmanholdings.com>; 'abhishek.kalra@lehmanholdings.com' <abhishek.kalra@lehmanholdings.com>; 'lemuel.law@gmail.com' <lemuel.law@gmail.com>; 'ivandialo2001@yahoo.com' <ivandialo2001@yahoo.com>; 'alinares2020@yahoo.com' <alinares2020@yahoo.com>; 'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>; 'jsanchez@lsplawpr.com' <jsanchez@lsplawpr.com>; 'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>; 'mvazquez@lsplawpr.com' <mvazquez@lsplawpr.com>; 'wlugo@lugomender.com' <wlugo@lugomender.com>; 'lawlugo1@gmail.com' <lawlugo1@gmail.com>; 'luisfredsalgado@hotmail.com' <luisfredsalgado@hotmail.com>; 'jorge@mlrelaw.com' <jorge@mlrelaw.com>; 'emil@mlrelaw.com' <emil@mlrelaw.com>; 'mevicens@yahoo.com' <mevicens@yahoo.com>; 'mfvelezquiebras@gmail.com' <mfvelezquiebras@gmail.com>; 'cvelaz@mpmlawpr.com' <cvelaz@mpmlawpr.com>; 'lmarini@mpmlawpr.com' <lmarini@mpmlawpr.com>; 'malvarez@mpmlawpr.com' <malvarez@mpmlawpr.com>; 'Clark.whitmore@maslon.com' <Clark.whitmore@maslon.com>; 'Brian.klein@maslon.com' <Brian.klein@maslon.com>; 'Jason.reed@maslon.com' <Jason.reed@maslon.com>; 'Ana.chilingarishvili@maslon.com' <Ana.chilingarishvili@maslon.com>; 'maxtruj@gmail.com' <maxtruj@gmail.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com' <aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com' <ezm@mcvpr.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com' <aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com' <ezm@mcvpr.com>; 'harlawpr@gmail.com' <harlawpr@gmail.com>; 'wsmith@mwe.com' <wsmith@mwe.com>; 'jkapp@mwe.com' <jkapp@mwe.com>; 'mthibert-ind@mwe.com' <mthibert-ind@mwe.com>; 'ksheehan@mwe.com' <ksheehan@mwe.com>; 'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>; 'serrano.urdaz.law@hotmail.com' <serrano.urdaz.law@hotmail.com>; 'ddunne@milbank.com' <ddunne@milbank.com>; 'amiller@milbank.com' <amiller@milbank.com>; 'gmainland@milbank.com' <gmainland@milbank.com>; 'dmonserrate@msglawpr.com' <dmonserrate@msglawpr.com>; 'rlozada@msglawpr.com' <rlozada@msglawpr.com>; 'fgierbolini@msglawpr.com' <fgierbolini@msglawpr.com>; 'msimonet@msglawpr.com' <msimonet@msglawpr.com>; 'rschell@msglawpr.com' <rschell@msglawpr.com>; 'ramon.dapena@mbcdlaw.com' <ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com' <victor.quinones@mbcdlaw.com>; 'ramon.dapena@mbcdlaw.com' <ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com' <victor.quinones@mbcdlaw.com>; 'JPeck@mofo.com' <JPeck@mofo.com>; 'GLee@mofo.com' <GLee@mofo.com>; 'jbrugue@mbbclawyers.com' <jbrugue@mbbclawyers.com>; 'navarro@navarrolawpr.com' <navarro@navarrolawpr.com>; 'man@nblawpr.com' <man@nblawpr.com>; 'hermann.bauer@oneillborges.com' <hermann.bauer@oneillborges.com>; 'daniel.perez@oneillborges.com' <daniel.perez@oneillborges.com>; 'ubaldo.fernandez@oneillborges.com'

- 6 -

<ubaldo.fernandez@oneillborges.com>; 'Carla.garcia@oneillborges.com'
<Carla.garcia@oneillborges.com>; 'ldelacruz@oeg.pr.gov' <ldelacruz@oeg.pr.gov>;
'nrivera@oeg.pr.gov' <nrivera@oeg.pr.gov>; 'l.ortizsegura@ploolaw.com'
<l.ortizsegura@ploolaw.com>; 'lawrog@gmail.com' <lawrog@gmail.com>;
'emckeen@omm.com' <emckeen@omm.com>; 'apavel@omm.com' <apavel@omm.com>;
'jrapisardi@omm.com' <jrapisardi@omm.com>; 'suhland@omm.com' <suhland@omm.com>;
'pfriedman@omm.com' <pfriedman@omm.com>; 'dperez@omm.com' <dperez@omm.com>;
'dcantor@omm.com' <dcantor@omm.com>; 'roppenheimer@omm.com'
<roppenheimer@omm.com>; 'mpocha@omm.com' <mpocha@omm.com>;
'pfriedman@omm.com' <pfriedman@omm.com>; 'ofernandez@oflawoffice.com'
<ofernandez@oflawoffice.com>; 'orlando1701@gmail.com' <orlando1701@gmail.com>;
'gonzalezbadillo@gmail.com' <gonzalezbadillo@gmail.com>; 'toledo.bankruptcy@gmail.com'
<toledo.bankruptcy@gmail.com>; 'Otero_and_assoc@hotmail.com'
<Otero_and_assoc@hotmail.com>; 'Despins, Luc A.' <lucdespins@paulhastings.com>; 'Tenzer,
Andrew V.' <andrewtenzer@paulhastings.com>; 'Plaskon, Leslie A.'
<leslieplaskon@paulhastings.com>; 'Bliss, James R.' <jamesbliss@paulhastings.com>;
'Worthington, James B.' <jamesworthington@paulhastings.com>; 'Buscarino, Anthony F.'
<anthonybuscarino@paulhastings.com>; 'Comerford, Mike'
<michaelcomerford@paulhastings.com>; 'Bongartz, Alex' <alexbongartz@paulhastings.com>;
'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'arosenberg@paulweiss.com'
<arosenberg@paulweiss.com>; 'gpavia@pavialazaro.com' <gpavia@pavialazaro.com>;
'gerardopavialaw@msn.com' <gerardopavialaw@msn.com>; 'peajeinfo@dechert.com'
<peajeinfo@dechert.com>; 'pevarfon@gmail.com' <pevarfon@gmail.com>;
'luis.vazquez@peerlessoil.com' <luis.vazquez@peerlessoil.com>; 'adtoro@pico-blanco.com'
<adtoro@pico-blanco.com>; 'mmercado@mercado-echegaray-law.com' <mmercado@mercado-echegaray-law.com>; 'margaritalmercado@gmail.com' <margaritalmercado@gmail.com>;
'oramos@pmalaw.com' <oramos@pmalaw.com>; 'mtrelles@pmalaw.com'
<mtrelles@pmalaw.com>; 'puertoricoteam@primeclerk.com'
<puertoricoteam@primeclerk.com>; 'serviceqa@primeclerk.com' <serviceqa@primeclerk.com>;
'mbienenstock@proskauer.com' <mbienenstock@proskauer.com>; 'ppossinger@proskauer.com'
<ppossinger@proskauer.com>; 'ebarak@proskauer.com' <ebarak@proskauer.com>;
'mzerjal@proskauer.com' <mzerjal@proskauer.com>; 'sratner@proskauer.com'
<sratner@proskauer.com>; 'tmungovan@proskauer.com' <tmungovan@proskauer.com>;
'bbobroff@proskauer.com' <bbobroff@proskauer.com>; 'mfirestein@proskauer.com'
<mfirestein@proskauer.com>; 'lrappaport@proskauer.com' <lrappaport@proskauer.com>;
'cfebus@proskauer.com' <cfebus@proskauer.com>; 'kperra@proskauer.com'
<kperra@proskauer.com>; 'jerichman@proskauer.com' <jerichman@proskauer.com>;
'jalonzo@proskauer.com' <jalonzo@proskauer.com>; 'JLevitan@proskauer.com'
<JLevitan@proskauer.com>; 'BRosen@proskauer.com' <BRosen@proskauer.com>;
'gbrenner@proskauer.com' <gbrenner@proskauer.com>; 'wdalsen@proskauer.com'
<wdalsen@proskauer.com>; 'MHackett@proskauer.com' <MHackett@proskauer.com>;
'sweise@proskauer.com' <sweise@proskauer.com>; 'prosol@utier.org' <prosol@utier.org>;
'prodriguez@prvlaw.com' <prodriguez@prvlaw.com>; 'penagaricanobrownusdc@gmail.com'
<penagaricanobrownusdc@gmail.com>; 'Mohammad.Yassin@aafaf.pr.gov'
<Mohammad.Yassin@aafaf.pr.gov>; 'anabelle.centeno@pridco.pr.gov'
<anabelle.centeno@pridco.pr.gov>; 'fsilva@claropr.com' <fsilva@claropr.com>;

'susheelkirpalani@quinnemanuel.com' <susheelkirpalani@quinnemanuel.com>;
'ericwinston@quinnemanuel.com' <ericwinston@quinnemanuel.com>;
'danielsalinas@quinnemanuel.com' <danielsalinas@quinnemanuel.com>;
'erickay@quinnemanuel.com' <erickay@quinnemanuel.com>;
'katescherling@quinnemanuel.com' <katescherling@quinnemanuel.com>;
'darrengoldman@quinnemanuel.com' <darrengoldman@quinnemanuel.com>;
'rtorres@torresrodlaw.com' <rtorres@torresrodlaw.com>; 'erb@rodriguezbinetlaw.com'
<erb@rodriguezbinetlaw.com>; 'cgray@reedsmith.com' <cgray@reedsmith.com>;
'dschlecker@reedsmith.com' <dschlecker@reedsmith.com>; 'eschaffer@reedsmith.com'
<eschaffer@reedsmith.com>; 'lsizemore@reedsmith.com' <lsizemore@reedsmith.com>;
'kgwynne@reedsmith.com' <kgwynne@reedsmith.com>; 'cspringer@reedsmith.com'
<cspringer@reedsmith.com>; 'escalera@reichardescalera.com'
<escalera@reichardescalera.com>; 'arizmendis@reichardescalera.com'
<arizmendis@reichardescalera.com>; 'riverac@reichardescalera.com'
<riverac@reichardescalera.com>; 'pabong@reichardescalera.com'
<pabong@reichardescalera.com>; 'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>;
'iacosta@renocavanaugh.com' <iacosta@renocavanaugh.com>;
'tpennington@renocavanaugh.com' <tpennington@renocavanaugh.com>;
'mpico@rexachpico.com' <mpico@rexachpico.com>; 'prcr@mcvpr.com' <prcr@mcvpr.com>;
'filippetti_r@hotmail.com' <filippetti_r@hotmail.com>; 'castilloricardo977@gmail.com'
<castilloricardo977@gmail.com>; 'ortizcolonricardo@gmail.com'
<ortizcolonricardo@gmail.com>; 'rortiz@rloclaw.onmicrosoft.com'
<rortiz@rloclaw.onmicrosoft.com>; 'nrickenbach@rickenbachpr.com'
<nrickenbach@rickenbachpr.com>; 'victorriverarios@rcrtrblaw.com'
<victorriverarios@rcrtrblaw.com>; 'etulla@riveratulla.com' <etulla@riveratulla.com>;
'icabrera@riveratulla.com' <icabrera@riveratulla.com>; 'marivera@riveratulla.com'
<marivera@riveratulla.com>; 'cacevedo@riveratulla.com' <cacevedo@riveratulla.com>;
'lrobbins@robbinsrussell.com' <lrobbins@robbinsrussell.com>; 'mstancil@robbinsrussell.com'
<mstancil@robbinsrussell.com>; 'gorseck@robbinsrussell.com' <gorseck@robbinsrussell.com>;
'kzecca@robbinsrussell.com' <kzecca@robbinsrussell.com>; 'dburke@robbinsrussell.com'
<dburke@robbinsrussell.com>; 'lpettit@robbinsrussell.com' <lpettit@robbinsrussell.com>;
'jbolian@robbinsrussell.com' <jbolian@robbinsrussell.com>; 'romn1960@gmail.com'
<romn1960@gmail.com>; 'estudiolegalrivera2@gmail.com' <estudiolegalrivera2@gmail.com>;
'buzz.rochelle@romclaw.com' <buzz.rochelle@romclaw.com>; 'kdm@romclaw.com'
<kdm@romclaw.com>; 'manuel@rodriguezbanchs.com' <manuel@rodriguezbanchs.com>;
'rosasegui@yahoo.com' <rosasegui@yahoo.com>; 'mrm@rmlawpr.com' <mrm@rmlawpr.com>;
'Douglas.Hallward-Driemeier@ropesgray.com' <Douglas.Hallward-
Driemeier@ropesgray.com>; 'Keith.Wofford@ropesgray.com'
<Keith.Wofford@ropesgray.com>; 'Daniel.Egan@ropesgray.com'
<Daniel.Egan@ropesgray.com>; 'r.miranda@rmirandalex.net' <r.miranda@rmirandalex.net>;
'rprats@rpplaw.com' <rprats@rpplaw.com>; 'carlos.lugo@saldanalaw.com'
<carlos.lugo@saldanalaw.com>; 'hector.saldana@saldanalaw.com'
<hector.saldana@saldanalaw.com>; 'jsanchez@scvrlaw.com' <jsanchez@scvrlaw.com>;
'mhernandez@scvrlaw.com' <mhernandez@scvrlaw.com>; 'jsalichs@splawpr.com'
<jsalichs@splawpr.com>; 'etejeda@splawpr.com' <etejeda@splawpr.com>; 'avb@sbgblaw.com'
<avb@sbgblaw.com>; 'avb@sbgblaw.com' <avb@sbgblaw.com>; 'jsanabria@sbgblaw.com'

- 8 -

<jsanabria@sbgblaw.com>; 'gviviani@sanpir.com' <gviviani@sanpir.com>;
'jreyes@sanpir.com' <jreyes@sanpir.com>; 'fserra@sampr.com' <fserra@sampr.com>;
'jvannah@santandersecurities.com' <jvannah@santandersecurities.com>;
'santilawoffice@yahoo.com' <santilawoffice@yahoo.com>; 'sramirez@sarlaw.com'
<sramirez@sarlaw.com>; 'Roy.purcell@scotiabank.com' <Roy.purcell@scotiabank.com>;
'Rgf@mcvpr.com' <Rgf@mcvpr.com>; 'secbankruptcy@sec.gov' <secbankruptcy@sec.gov>;
'NYROBankruptcy@sec.gov' <NYROBankruptcy@sec.gov>; 'bankruptcynoticeschr@sec.gov'
<bankruptcynoticeschr@sec.gov>; 'epo@amgprlaw.com' <epo@amgprlaw.com>;
'jsantos@smlawpr.com' <jsantos@smlawpr.com>; 'anunez@smlawpr.com'
<anunez@smlawpr.com>; 'emaldonado@smlawpr.com' <emaldonado@smlawpr.com>;
'acouret@smlawpr.com' <acouret@smlawpr.com>; 'adeliz@smlawpr.com'
<adeliz@smlawpr.com>; 'lcumpiano@yahoo.com' <lcumpiano@yahoo.com>;
'FSosnick@Shearman.com' <FSosnick@Shearman.com>; 'Kelly.McDonald@Shearman.com'
<Kelly.McDonald@Shearman.com>; 'jbgoplerud@sagwlaw.net' <jbgoplerud@sagwlaw.net>;
'ahowie@sagwlaw.net' <ahowie@sagwlaw.net>; 'squsba@stblaw.com' <squsba@stblaw.com>;
'bfriedman@stblaw.com' <bfriedman@stblaw.com>; 'nbaker@stblaw.com'
<nbaker@stblaw.com>; 'edward.linden@stblaw.com' <edward.linden@stblaw.com>;
'MARIAE.HERNANDEZ@prepa.com' <MARIAE.HERNANDEZ@prepa.com>;
'Jay.goffman@skadden.com' <Jay.goffman@skadden.com>; 'mark.mcdermott@skadden.com'
<mark.mcdermott@skadden.com>; 'stansoffice@aol.com' <stansoffice@aol.com>;
'pglassman@sycr.com' <pglassman@sycr.com>; 'cmechling@stroock.com'
<cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>;
'dfliman@stroock.com' <dfliman@stroock.com>; 'cmechling@stroock.com'
<cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>;
'khansen@stroock.com' <khansen@stroock.com>; 'jcanfield@stroock.com'
<jcanfield@stroock.com>; 'nmanne@susmangodfrey.com' <nmanne@susmangodfrey.com>;
'mkelso@susmangodfrey.com' <mkelso@susmangodfrey.com>;
'jlopez@constructorasantiago.com' <jlopez@constructorasantiago.com>;
'Saultoledo22@yahoo.com' <Saultoledo22@yahoo.com>; 'andres@awllaw.com'
<andres@awllaw.com>; 'Mfb@tcmrslaw.com' <Mfb@tcmrslaw.com>; 'Lft@tcmrslaw.com'
<Lft@tcmrslaw.com>; 'nperez@tcmrslaw.com' <nperez@tcmrslaw.com>;
'jvankirk@tcmrslaw.com' <jvankirk@tcmrslaw.com>; 'Cesar.a.lopez-morales@usdoj.gov'
<Cesar.a.lopez-morales@usdoj.gov>; 'Jean.lin@usdoj.gov' <Jean.lin@usdoj.gov>;
'Laura.A.Hunt@usdoj.gov' <Laura.A.Hunt@usdoj.gov>; 'Thomas.g.ward@usdoj.gov'
<Thomas.g.ward@usdoj.gov>; 'unionecfse@yahoo.com' <unionecfse@yahoo.com>;
'migade19@hotmail.com' <migade19@hotmail.com>; 'jaimeenriquecruzalvarez@gmail.com'
<jaimeenriquecruzalvarez@gmail.com>; 'christopher.connolly@usdoj.gov'
<christopher.connolly@usdoj.gov>; 'velez.hector@epa.gov' <velez.hector@epa.gov>;
'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'wardlow.w.benson@usdoj.gov'
<wardlow.w.benson@usdoj.gov>; 'USTP.Region21@usdoj.gov' <USTP.Region21@usdoj.gov>;
'hvaldes@v-olaw.com' <hvaldes@v-olaw.com>; 'jeva@valenzuelalaw.net'
<jeva@valenzuelalaw.net>; 'jose.enrico.valenzuela1@gmail.com'
<jose.enrico.valenzuela1@gmail.com>; 'vero@ferraiuoli.pr' <vero@ferraiuoli.pr>;
'victor@calderon-law.com' <victor@calderon-law.com>; 'ramonvinas@vinasllc.com'
<ramonvinas@vinasllc.com>; 'ramonvinas@vinasllc.com' <ramonvinas@vinasllc.com>;
'Rgmason@wlrk.com' <Rgmason@wlrk.com>; 'Arwolf@wlrk.com' <Arwolf@wlrk.com>;

'Eakleinhaus@wlrk.com' <Eakleinhaus@wlrk.com>; 'Bbolin@wlrk.com' <Bbolin@wlrk.com>; 'KBGoldberg@wlrk.com' <KBGoldberg@wlrk.com>; 'AKHerring@wlrk.com' <AKHerring@wlrk.com>; 'marcia.goldstein@weil.com' <marcia.goldstein@weil.com>; 'kelly.diblasi@weil.com' <kelly.diblasi@weil.com>; 'gabriel.morgan@weil.com' <gabriel.morgan@weil.com>; 'jonathan.polkes@weil.com' <jonathan.polkes@weil.com>; 'gregory.silbert@weil.com' <gregory.silbert@weil.com>; 'swb@wbmvlaw.com' <swb@wbmvlaw.com>; 'sawbacal@aol.com' <sawbacal@aol.com>; 'pwm@wbmvlaw.com' <pwm@wbmvlaw.com>; 'prwolverine@gmail.com' <prwolverine@gmail.com>; 'jvv@wbmvlaw.com' <jvv@wbmvlaw.com>; 'javier.a.vega@gmail.com' <javier.a.vega@gmail.com>; 'gkurtz@whitecase.com' <gkurtz@whitecase.com>; 'jcunningham@whitecase.com' <jcunningham@whitecase.com>; 'brian.pfeiffer@whitecase.com' <brian.pfeiffer@whitecase.com>; 'michele.meises@whitecase.com' <michele.meises@whitecase.com>; 'jzakia@whitecase.com' <jzakia@whitecase.com>; 'csloane@whitecase.com' <csloane@whitecase.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'william.m.vidal@gmail.com' <william.m.vidal@gmail.com>; 'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mfeldman@willkie.com' <mfeldman@willkie.com>; 'jminias@willkie.com' <jminias@willkie.com>; 'mseidel@willkie.com' <mseidel@willkie.com>; 'jdugan@willkie.com' <jdugan@willkie.com>; 'jkorn@willkie.com' <jkorn@willkie.com>; 'tmundiya@willkie.com' <tmundiya@willkie.com>; 'pshalhoub@willkie.com' <pshalhoub@willkie.com>; 'ayanez@willkie.com' <ayanez@willkie.com>; 'bkuehn@wmd-law.com' <bkuehn@wmd-law.com>; 'JLawlor@wmd-law.com' <JLawlor@wmd-law.com>; 'jpatton@ycst.com' <jpatton@ycst.com>; 'rbrady@ycst.com' <rbrady@ycst.com>; 'jdorsey@ycst.com' <jdorsey@ycst.com>; 'asociaciongerencialescfse@gmail.com' <asociaciongerencialescfse@gmail.com>