# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

COMES NOW, Stephanie N. Morrison, applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, N.Y. 10153; telephone number (212) 310-8000, and fax (212) 310-8007.

2. Applicant will sign all pleadings with the name "Stephanie N. Morrison".

3. Applicant has been retained by plaintiff National Public Finance Guarantee

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Corporation ("National"), to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 2017, applicant has been and presently is a member in good standing of the highest court of the State of New York, Registration Number 5503545.

5. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

6. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

7. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

8. Local counsel of record associated with applicant in this matter is:

>ERIC PÉREZ-OCHOA
>USDC-PR NO. 206314
>LUIS A. OLIVER-FRATICELLI
>USDC-PR NO. 209204
>ALEXANDRA CASELLAS-CABRERA
>USDC-PR NO. 301010
>LOURDES ARROYO-PORTELA
>USDC-PR NO. 226501
>**ADSUAR MUÑIZ GOYCO**
>**SEDA & PÉREZ-OCHOA, P.S.C.**
>P.O. Box 70294
>San Juan, P.R. 00936-8294
>Tel: 787.756.9000
>Fax: 787.756.9000
>E-mail: epo@amgprlaw.com
>loliver@amgprlaw.com
>acasellas@amgprlaw.com
>larroyo@amgprlaw.com

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the

District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: January 11, 2019.

By: */s/ Stephanie N. Morrison*
Stephanie N. Morrison, Esq.
767 Fifth Avenue
New York, N.Y. 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: stephanie.morrison@weil.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Date: January 11, 2019.

ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010
E-mail: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis A. Oliver Fraticelli*
Luis A. Oliver Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

3

*/s/ Lourdes Arroyo-Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

                **ADSUAR MUÑIZ GOYCO**
                **SEDA & PÉREZ-OCHOA, P.S.C.**

By:    */s/ Eric Pérez-Ochoa*
        Eric Pérez-Ochoa
        USDC-PR No. 206314

        */s/ Luis A. Oliver Fraticelli*
        Luis A. Oliver Fraticelli
        USDC-PR No. 209204

        */s/ Alexandra Casellas-Cabrera*
        Alexandra Casellas-Cabrera
        USDC-PR No. 301010

        */s/ Lourdes Arroyo-Portela*
        Lourdes Arroyo-Portela
        USDC-PR No. 226501

        208 Ponce de León Avenue, Suite 1600
        San Juan, PR 00936
        Telephone: 787.756.9000
        Facsimile: 787.756.9010
        Email: epo@amgprlaw.com
               loliver@amgprlaw.com
               acasellas@amgprlaw.com
               larroyo@amgprlaw.com

        */s/ Stephanie N. Morrison*
        Stephanie N. Morrison, Esq
        *Pro Hac Vice*
        767 Fifth Avenue
        New York, N.Y. 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007
        Email: stephanie.morrison@weil.com

*Attorneys for National Public Finance Guarantee Corporation*

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2019.

 

_____
U.S. District Judge