Court Name: District Court
Division: 1
Receipt Number: PRX100061268
Cashier ID: arodrigu
Transaction Date: 01/11/2019
Payer Name: ADSUAR MUNIZ GOYCO SEDA
------------------------------------
PRO HOC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:      $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA
 Check/Money Order Num: 056934
 Amt Tendered:  $300.00
------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF
STEPHANIE N. MORRISON

THRU: ERIC PEREZ-OCHOA