UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

-----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS. |

-----------------------------------------------------------------x

ORDER GRANTING URGENT MOTION BY THE GMS GROUP, LLC
REQUESTING EXTENSION OF TIME UNTIL JANUARY 14, 2019 AT
12:00 PM (AST) TO INFORM WHETHER CERTAIN WITNESSES WILL BE
CROSS-EXAMINED IN THE HEARING OF JANUARY 16-17, 2019, IF NEEDED

Upon consideration of the *Urgent Motion by the GMS Group, LLC Requesting*

*Extension of Time Until January 14, 2019 at 12:00 pm (AST) to Inform Whether Certain*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Witnesses will be Cross-Examined in the Hearing of January 16-17, 2019, if Needed* (the "Urgent Motion"); and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found that the GMS Group having provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein; IT IS HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The GMS Group, LLC is granted until January 14, 2019 at 12:00 p.m. (AST) to inform whether it wishes to cross-examine the witnesses announced by the Financial Oversight and Management Board and the Senior Bondholder Coalition.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

4. The Order resolves Docket Entry No. 4731 in Case No. 17-3283.

SO ORDERED.

Dated: January 11, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge