# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:
                                                              PROMESA
THE FINANCIAL OVERSIGHT AND                                   Title III
MANAGEMENT BOARD FOR PUERTO RICO,
                                                              No. 17 BK 3283-LTS
       as representative of
                                                              (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, et al.,

       Debtors.[1]
                                                              This Order relates to lead Case No. 17
                                                              BK 3283-LTS.
-------------------------------------------------------------x
```

### ORDER

For the reasons stated on the record at the omnibus hearing held on June 28, 2017, the *Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-Cofina Dispute* is denied without prejudice. This Order resolves Docket Entry No. 303.

Dated: June 29, 2017

                                                                              /s/ Laura Taylor Swain
                                                                             LAURA TAYLOR SWAIN
                                                                             United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

DX-W