# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board For Puerto Rico,<br><br>    as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**NOTICE OF THE COFINA SENIOR BONDHOLDERS' COALITION REGARDING THE SUBMISSION OF DOCUMENTS FOR CROSS EXAMINATION AT THE JANUARY 16-17, 2019 HEARING REGARDING (1) THE 9019 SETTLEMENT APPROVAL MOTION, (2) COFINA PLAN OF ADJUSTMENT CONFIRMATION MOTION, AND (3) DISPUTE REGARDING SECTION 19.5 OF PLAN**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, on January 10, 2019, the GMS Group, LLC announced "Mark Elliot as a possible witness" at the January 16-17, 2019 hearing. *See Informative Motion of the GMS Group, LLC Regarding Witness to Appear in the January 16-17, 2017 Hearing, If Needed*, (Dkt. 4683), at ¶ 7.

**PLEASE TAKE FURTHER NOTICE** that, on January 11, 2019, the COFINA Senior Bondholders' Coalition "reserve[d] the right to cross-examine Mark Elliott in the event he is called as witness in support of any objection filed to the Plan." *See Amended Informative Motion of the COFINA Senior Bondholders' Coalition Regarding Its Request to Be Heard at the January 16-17, 2019 Hearing Regarding (1) the 9019 Settlement Approval Motion, (2) COFINA Plan of Adjustment Confirmation Motion, and (3) Dispute Regarding Section 19.5 of Plan* (Dkt. 4746).

**PLEASE TAKE FURTHER NOTICE** that, in support of the above-referenced cross-examination, the COFINA Senior Bondholders' Coalition may proffer the following Exhibits 1-3, attached hereto:

- Exhibit 1: October 17, 2017 Letter to the Court from Mark Elliott (Dkt. 1559)
- Exhibit 2: Official Statement for Sales Tax Revenue Bonds, Subordinate Series 2011A
- Exhibit 3: Elliot Asset Management homepage, https://www.elliottam.com/

[*Remainder of page intentionally left blank*]

1

DATED: January 14, 2019

Respectfully submitted,
REICHARD & ESCALERA

By : */s/ Rafael Escalera*
**Rafael Escalera**
USDC No. 122609
escalera@reichardescalera.com

**Sylvia M. Arizmendi**
USDC-PR 210714
arizmendis@reichardescalera.com

**Fernando Van Derdys**
USDC-PR 201913
fvander@reichardescalera.com

**Carlos R. Rivera-Ortiz**
USDC-PR 303409
riverac@reichardescalera.com

**Gustavo A. Pabón-Rico**
USDC-PR 231207
pabong@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

**Susheel Kirpalani** (*pro hac vice*)
susheelkirpalani@quinnemanuel.com

**Daniel Salinas**
USDC-PR 224006
danielsalinas@quinnemanuel.com

**David Cooper** (*pro hac vice*)
davidcooper@quinnemanuel.com

**Eric Kay** (*pro hac vice*)
erickay@quinnemanuel.com

**Kate Scherling** (*pro hac vice*)
katescherling@quinnemanuel.com

**Rex Lee** (*pro hac vice*)
rexlee@quinnemnauel.com

**Darren M. Goldman** (*pro hac vice*)
darrengoldman@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Co-Counsel to the COFINA Senior Bondholders' Coalition*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/*Carlos R. Rivera Ortiz*
USDC-PR 303409