# Exhibit 3

Case:17-03283-LTS    Doc#:4763-3    Filed:01/14/19    Entered:01/14/19 10:33:57    Desc:
Exhibit    Page 2 of 4

✉ info@elliottam.com     ➤ One International Place, Suite 1400, Boston, Massachusetts

in
(https://www.linkedin.com/in/james-jay-sparks-41a313a/)


(https://www.elliottam.com/)

📞 Call us
888-993-5546

🕐 Working hours
Mon - Fri: 9 am - 6 pm

# Independent investment advice for sophisticated investors

## Who we are

Elliott Asset Management (EAM) is a Boston-based independent investment advisory firm serving high net worth individuals. Led by its founder, Mark D. Elliott, EAM takes an eclectic approach to investing that combines the best of conventional and unconventional strategies. Together with EAM principal James Sparks and their research team, Mark's goal is to introduce his clients and the investing public to the incredible power of strategic, logic-driven investing.

**Learn more about Mark Elliott and the rest of the EAM team...**
**(https://www.elliottam.com/eams-founders)**

## What we do

EAM's investment decisions are made by humans and driven by data. Before choosing an investment for our clients, we engage in intensive research. We look at not only the organization issuing shares or debt, but also at the industry as a whole. Each investment is handpicked based on the value of its



Case:17-03283-LTS    Doc#:4763-3    Filed:01/14/19    Entered:01/14/19 10:33:57    Desc:
Exhibit    Page 3 of 4

tangible assets and long-term performance prospects. Because most of our clients have considerable income and assets, we also investigate the tax efficiency of each investment.

As an independent organization, we are free to select the best investment opportunities for our clients. We aren't bound to a single group of funds and we rarely make fund-based investments. Instead, we seek out the undervalued and overlooked investments others miss. Our purchase and sell decisions are made by individuals, not controlled by an algorithm. We don't follow the crowd; we choose our own path.



# Why choose EAM

EAM isn't the right investment advisor for everyone. We serve a select group of clients who choose to be proactive. Our clients are experts in their fields and they understand the value of seeking expert investment advice. They choose EAM because we understand that investing isn't just about performing well today but building a storehouse of wealth for tomorrow.

Choose EAM if you've outgrown mutual funds but want to feel secure knowing that your investments are being personally handled with care and diligence. Choose EAM if you want to make investments that are based on solid research, not short-term market fluctuations.

If you're ready to step away from emotional, herd-driven investing and begin building a solid foundation for wealth development, choose EAM. **Get in touch with EAM… (https://www.elliottam.com/contact-eam/)**

(/)

*Strategic investment advice for intelligent investors.*

**QUICK LINKS**

> Home (https://www.elliott
> About EAM (https://www.elliott history/)
> EAM's Founders (https://www.elliott founders/)

**SUPPORT**

> Terms & Conditions (https://www.elliottam.com/term conditions/)
> Privacy Policy (https://www.elliottam.com/priv policy/)
> Contact EAM (https://www.elliottam.com/cont eam/)

**WHERE TO FIND US**

📞  888-993-5546

✉  info@elliottam.com (mailto:info@elliottam.com)

🏠  One International Place, Suite 1400, Boston, Massachusetts

Case:17-03283-LTS   Doc#:4763-3   Filed:01/14/19   Entered:01/14/19 10:33:57   Desc:
Exhibit     Page 4 of 4

> COFINA
> (https://www.elliotl

2018 © Designed & Developed by **Creative Filament**

**(https://www.creativefilament.com/)**