**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO et al.,**<br>*Debtors* | **No. 17 BK 3283-LTS** |

**MOTION TO WITHDRAW AS REPRESENTATIVE AND FOR TERMINATION OF NOTIFICATIONS THROUGH THE CM/ECF SYSTEM**

TO THE HONORABLE COURT:

NOW COME creditors Fir Tree Partners and Candlewood Investment Group, Collectively referred to as "PBA Funds", represented by the undersigned counsel, who very respectfully states and prays:

The undersigned counsel very respectfully requests the Court to grant him leave to withdraw as local counsel of the PBA Funds in this and all related cases. The PBA Funds will continue being represented by local counsel Kendra S. Loomis, Esq. and pro hac vice counsel from the law firm of Morrison & Foerster, LLP.

In addition, counsel requests that the Court and the parties to the present action cease notification of motions, orders and other legal papers to the undersigned, both through the CM/ECF system and through mailing lists for creditors and parties in interest.

WHEREFORE, Counsel very respectfully requests that leave be granted to withdraw as attorney of record from this and all related cases and adversary proceedings, and that notifications to the undersigned of all papers filed through the CM/ECF system cease.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on January 14, 2019.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record of all the parties in the instant case.

*/s/Fernando O. Zambrana-Aviles*
Fernando O. Zambrana Avilés, Esq.
USDC-PR No. 227012
Email: fernando@cszlawpr.com
Colon Serrano Zambrana, LLC
PO Box 360610
San Juan, PR 00936
Tel. 787-919-0026
Fax. 787-200-6559
