# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al* Debtors[1] | PROMESA Title III<br><br>Case No. 17-BK-03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of,<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtor. | PROMESA Title III<br><br>No. 17 BK 3284-LTS |

## NOTICE OF PROSOL-UTIER REGARDING THE SUBMISSION OF EXHIBITS FOR EXPERT TESTIMONY FOR THE JANUARY 16-17, 2019 HEARING REGARDING (1) THE 9019 SETTLEMENT APPROVAL MOTION, (2) COFINA PLAN OF ADJUSTMENT CONFIRMATION MOTION, AND (3) DISPUTE REGARDING SECTION 19.5 OF PLAN

---

[1] The Debtors in these Title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**PLEASE TAKE NOTICE** that, on January 10, 2019, PROSOL-UTIER announced José I. Alameda-Lozada, Ph.D. ("Dr. Alameda") as an expert witness at the January 16-17, 2019 Hearing. See *Motion to Inform Cross-Examination and Presentation of Expert Testimony in Hearing of January 16, 2019.* (See Docket Entry No. 4682 in Case 17-03283).

**PLEASE TAKE FURTHER NOTICE** that, in support of the above-referenced expert testimony, PROSOL-UTIER may proffer the following Exhibits 1 – 9, attached hereto:

- Exhibit 1 – Moody's Analytics – Puerto Rico Looks Into the Abyss
- Exhibit 2 – Moody's Analytics – The Economics of Puerto Rico's Post-Maria Recovery
- Exhibit 3 – The Economy: 2018 – 2019; Estudios Técnicos, Inc.
- Exhibit 4 – Debt Island, Wall Street Closes in on 40 Years of Profit at Puerto Rico's Expense
- Exhibit 5 – Will the Proposed Restructuring of COFINA Bonds Assure Puerto Rico's Return to Debt Sustainability?
- Exhibit 6 – An analysis of Puerto Rico's Debt Relief Needs To Restore Debt Sustainability.
- Exhibit 7 – Puerto Rico Needs a Better Debt Deal.
- Exhibit 8 – The Government is Searching a Solution for the Police Funding.
- Exhibit 9 – Domestic Violence in Puerto Rico May be Happening Much More than What Official Report Say

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 14th day of January, 2019.

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such

filing to all participants and Standard Parties. Paper copies have been mailed pursuant to

Section II of the *Seventh Amended Notice, Case Management and Administrative Procedures*:

  (i)     Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered
          to the chambers):
          United States District Court for the Southern District of New York
          Daniel Patrick Moynihan United States Courthouse
          500 Pearl St., Suite No. 3212
          New York, New York 10007-1312;

  (ii)    Office of the United States Trustee for Region 21
          Edificio Ochoa, 500 Tanca Street, Suite 301
          San Juan, PR 00901-1922



472 Ave. Tito Castro
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica Méndez Colberg
Jessica Méndez-Colberg
USDC: 302108

Emails:
rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com