# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2019, the *Reply Memorandum of Law Of The Bank Of New York Mellon, As Trustee, Regarding Compliance With Section 19.5 Of The Plan* [Docket 4751] was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also hereby certifies that on that same date, a copy thereof was sent by U.S. mail to the U.S. Trustee for the District of Puerto Rico at:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

**US Trustee for the District of Puerto Rico**
**Edificio Ocoha**
**500 Tanca Street, Suite 301**
**San Juan, P.R. 00901-1922**

Dated: January 14, 2019                    SEPULVADO, MALDONADO &COURET

                                By:    /s/ *José Javier Santos Mimoso*
                                       José Javier Santos Mimoso
                                       USDC-PR Bar No. 208207
                                       304 Ponce de León, Suite 990
                                       San Juan, PR 00918
                                       Telephone: (787) 765-5656
                                       Facsimile: (787) 294-0073
                                       Email: jsantos@smclawpr.com