# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>BETTINA WHYTE,<br><br>    as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Defendant. | Adv. Proc. No. 17-00257-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

**JOINDER OF AAFAF TO THE OVERSIGHT BOARD'S OPPOSITION TO THE COFINA AGENT'S MOTION OF TO CERTIFY QUESTIONS UNDER PUERTO RICO LAW TO THE SUPREME COURT OF PUERTO RICO**

To the Honorable United States District Judge, Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF")—as the entity authorized to act on the Debtor entities' behalf under the Enabling Act of the Fiscal Agency and Financial Advisory Authority, Act 2-2017—hereby submits this partial joinder to the *Opposition of Financial Oversight and Management Board for Puerto Rico to Urgent Motion of COFINA Agent to Set Expedited Briefing Schedule on COFINA Agent's Motion to Certify Question Under Puerto Rico Law to the Supreme Court of Puerto Rico* [ECF No. 337] (the "Oversight Board's Opposition").[1]  AAFAF agrees with the Oversight Board that (1) the Motion to Certify is designed to frustrate the terms and intent of the Stipulation and Order, which is binding on the COFINA Agent; and (2) even with an expedited briefing schedule, certification could unreasonably delay resolution of the Commonwealth-COFINA Dispute and, thus, potentially delay formulation and prosecution of plans of adjustment for the Debtors.  Control over such critical timing issues should remain with this Court.  AAFAF takes no position as to whether Federal or Commonwealth law will control the resolution of the Commonwealth-COFINA Dispute.

Accordingly, AAFAF joins the Oversight Board in respectfully requesting that the COFINA Agent's Motion to Certify be denied without any further briefing.

*REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK*

---

[1] Capitalized terms not defined herein shall the same meaning ascribed to them in the Oversight Board's Opposition.

1

Dated: February 28, 2018
San Juan, Puerto Rico

Respectfully submitted,

| /s/ Peter Friedman | /s/ Mohammad S. Yassin |
|---|---|
| John J. Rapisardi | Mohammad S. Yassin |
| Suzzanne Uhland | USDC-PR Bar No. 302909 |
| Peter Friedman | Mohammad.Yassin@aafaf.pr.gov |
| Daniel L. Cantor | |
| (Admitted *Pro Hac Vice*) | PUERTO RICO FISCAL AGENCY AND |
| O'MELVENY & MYERS LLP | FINANCIAL ADVISORY AUTHORITY |
| 7 Times Square | Robert Sánchez Vilella (Minillas) |
| New York, NY 10036 | Government Center |
| Tel: (212) 326-2000 | De Diego Avenue, Stop 22 |
| Fax: (212) 326-2061 | San Juan, Puerto Rico 00907 |
| | Tel: (787) 722-2525 |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | Fax: (787) 721-1443 |
| | *Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

2