# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

PROMESA Title III

No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

    Debtor.

PROMESA Title III

No. 17 BK 3284-LTS

**This Order relates to the Commonwealth and COFINA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS.**

----------------------------------------------------------------x

## ORDER GRANTING URGENT MOTION FOR ENTRY OF ORDER EXTENDING ELECTION OF DISTRIBUTION DEADLINE IN CONNECTION WITH THE COFINA PLAN OF ADJUSTMENT

Upon the *Urgent Motion for Entry of Order Extending Election of Distribution Deadline in Connection with the COFINA Plan of Adjustment* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

Exhibit DX-HHH Page 2 of 2
Case:17-03283-LTS Doc#:4583 Filed:12/28/18 Entered:12/28/18 11:06:03 Desc: Main
Document Page 2 of 2

306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Urgent Motion is in the best interests of COFINA, its creditors, and other parties in interest, it is **HEREBY ORDERED THAT**:

1. The Urgent Motion is granted as set forth herein.

2. The Election Deadline originally established in the Disclosure Statement Order by which an election of the form of distribution under the Plan must be executed, completed, and delivered to the Nominee in accordance with the instructions under the applicable Election Notice so as to be effectuated through ATOP in accordance with the procedures of DTB is hereby extended by three (3) days to **6:00 p.m. (Atlantic Standard Time) on January 11, 2019, unless such time is further extended**, subject to the same provisos included in paragraph 24 of the Disclosure Statement Order.

3. The Debtor is authorized to distribute a notice of Election Deadline extension to Beneficial Owners through DTC as soon as practicable under the circumstances following entry of this Order, which notice to Beneficial Owners is hereby deemed good and sufficient, and no other or further notice need be provided.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves Docket Entry No. 396 in Case No. 17-3284 and Docket Entry No. 4569 in Case No. 17-3283.

SO ORDERED.

Dated: December 28, 2018  /s/ Laura Taylor Swain
San Juan, Puerto Rico  LAURA TAYLOR SWAIN
United States District Judge