**JOSE ISRAEL ALAMEDA LOZADA; Ph.D.; Economist and economic planner**

**Bechara # 411, Villa Sultanita, Mayagüez, Puerto Rico, 00680 Cel. (787) 309-9046**

**Up-dated February 12, 2016.**

**PERSONAL INFORMATION**

EDUCATION: Ph.D. Economics,1996, The University of Wales, Aberystwyth, Wales, United Kingdom.

Master in Arts, Economics, 1983.
Rutgers University, New Brunswick
New Jersey, United States

Master in Planning, 1976.
University of Puerto Rico
Graduate School of Planning
Río Piedras, Puerto Rico

Business Administration, B.B.A., 1972.
University of Puerto Rico
Mayagüez, Puerto Rico

FIELD OF INTEREST: International Trade, Economics of Finance, Econometrics, Energy Economics, Economic Development, Money and Banking, Health Economics, Managerial Economics, Comparative Economics, Business Cycles and Forecasting, Torts and Injury damages.

CLASSES TAUGHT: Macroeconomics and Microeconomics, Managerial Economics, Comparative Economics Systems, Mathematics for Economists, Economic Development of Puerto Rico, International Trade and Finances, Business Cycles.

LANGUAGE: Spanish and English

PROFESSIONAL EXPERIENCE

Professional Planner Certified (Lic. #256), inactive.

1998 up to now- Full Professor in Economics, Department of Economics, UPR at Mayagüez.

1992--1997--Associate Professor, Department of Economics, University of Puerto Rico, Mayagüez.

1993-1994 -- Economic Advisor of the Chamber of Commerce of Puerto Rico-Western

Case:17-03283-LTS Doc#:4592-2 Filed:01/02/19 Entered:01/02/19 09:54:34 Desc: Exhibit 2 Page 2 of 19



2014—FULL PROFESSOR UPR MAYAGUEZ

2014---Planning Board economic consultant—Strategic Plan of Development for Puerto Rico—Retail Trade, Wholesale Trade and Transportation and Warehousing Sectors.

1992- present—Researcher and consultant in cases of Forensic Economics.

1986-at present, Consultant in Economics and Planning, the Commonwealth Planning Board of Puerto Rico.

1986-87, Consultant in Economics, Economic Development Administration,
U.S. Department of Commerce

1984-85, Instructor, Department of Finance, University of Puerto Rico, Río Piedras Campus.

1984-86, Associate Research, Center for Business Research
Department of Business Administration, U.P.R. Rio Piedras, Puerto Rico.

1983-84, Special Commission for the Development of Puerto Rico
Senate of Puerto Rico.

1983, Consultant for the Master Plan for the Development of Aguadilla,
CEMI, Inc;.

1982-83, Instructor, Department of Economics, Mayagüez campus.

1981-82, Visiting Lecturer, Puerto Rican Studies,
Livington College, Rutgers University, Piscataway, New Jersey

1980-81, Teaching Assistant, Livington College.

1980, Teaching Assistant, Rutgers University.

1976-79, Instructor, Department of Economics and Business Administration Interamerican University of Puerto Rico

1974-75, Research Assistant, Logic Research Inc., Santurce, Puerto Rico.

**RESEARCH EXPERIENCE AND PUBLICATIONS**
(Many papers and research excluded)

**Books:**

1. **La Economía del Diario Vivir: análisis económico de los asuntos públicos cotidianos desde el deporte, la organización política y el status de Puerto Rico**. Editorial Búsqueda. July, 2005.

2. **Ensayos en Economía Aplicada: análisis y medición del impacto social, político y económico de las instituciones sobre la economía de Puerto Rico**: octubre del 2005

3. **La Vivienda de Interés Social en Puerto Rico**, libro realizado para el Departamento de la Vivienda, co-autor Profesor Carlos Rivera Galindo. 2005. Printed by *Advance Graphic Printing, Chicago, IL.*

4. **Index of Sustainable and Economic Welfare (ISEW) for Puerto Rico**, Publisher at Instituto Tropical de Economía, Ambiente y Sociedad. (ITEAS). with Dr. Ivonne Díaz Rodríguez. 2009.

5. **La Politica Neoliberal en Puerto Rico y la Ley Numero 7: Impacto y consecuencias socioeconómicas: Años fiscales 2009 al 2011--** *with* Lic. Daniel Garavito- Medina. Editial Situm.

6. **Propuesta para una Nueva Estrategia de Desarrollo para Puerto Rico: Sustentabilidad, Equidad y Seguridad Social:** with Colectivo de Economistas Universitarios (with A. Gonzalez, Jeffrey Valentin Mari, Jose Toral, José Garcia y Myrna Comas Pagán, Editorial Situm, 2013.

**Research and Studies:**

**An Analysis of the Transmission of Real and Monetary Shocks on the Economy of Puerto Rico from United States.** Ph. D. Thesis. University of Wales, United Kingdom.1996.

**Energy Substitutability in the Manufacturing Sector of Puerto Rico**. M.A. Thesis at Rutgers University, 1983.
.
"La fuga de capital humano de la economía de Puerto Rico: reto a la década actual", paper delivered at the annual meeting of South Eastern Council of Latin American Studies (SECOLAS) in San Juan, Puerto Rico. 1984.(with W. Ruiz Oliveras).Published in: Revista de Ciencias Sociales, Enero-Junio 1985, Núm. 1-2, Vol. XXIV, págs. 3-34.

"Análisis exploratorio de la emigración de profesionales en Puerto Rico: el caso de los ingenieros". (with W. Ruiz Oliveras). Revista de Administración Pública. Vol XVII, núm. 1, October 1984.

"***Technology Dependency and Energy Substitutability in Small, Open, and Petroleum-Importing Developing Economy: The Case of Puerto Rico"*** (with Arthur Mann). Journal of Economic Development, Vol 9, Núm. 1. July 1984.

"The Effects of Banking Deregulation on Savings and Loans Industry of Puerto Rico". Paper delivered at the the Third Annual Meeting of Economists Association of Puerto Rico. (with C. Rivera Galindo). **Puerto Rico Business Review**. November 1985, Vol. 10, No.11, pp. 6-11.

"The International Indebtedness Position of the United States and its Effect on the Economy of Puerto Rico". **Puerto Rico Business Review.** December 1985, Vol 10, No. 12 pp. 9-12.

"A New Phase of Banking Deregulation: Who's Afraid of Deposit Rates Ceiling Removal?" 1986. Center of Business Research, Business Administration Department, University of Puerto Rico at Rio Piedras.

"***Energy Price Shocks, Input Prices Changes and Development Implications: A Translog Model Applied to Puerto Rico***" Journal of Development Studies, 25(3), April 1989. Institute of Economic Development. University of Sussex, Brighton, United Kingdom.

"Impacto Económico de los Juegos Olímpicos del 2004 en Puerto Rico: un análisis preliminar": 20 de septiembre de 1992, para la Comisión Por Sede Juegos Olímpicos del 2004. Hato Rey.

"Análisis Económico del SIDA en Puerto Rico" (Economic Impact of AIDS in Puerto Rico"). paper delivered in Second American Congress of Public Health. San Juan, August 3-5, 1989, (with Alfredo González).

"Análisis Económico del SIDA en Puerto Rico"(Economic Impact of AIDS in Puerto Rico" Delivered also at the Eighth Congress of Econometrics, Royal Society of Econometrics, San José, Costa Rica, August 3-5, 1988. Published in: FACTUM, 2(3) pp. 8-19 Journal of Bar of Lawyers in Puerto Rico (Colegio de Abogados de P.R.)

"Market Concentration in Services of Puerto Rico Depository Institutions: Is it getting better?". Puerto Rico Business Review, 12(12). December 1987. 5-10.

"Análisis del Impacto Económico del SIDA en Puerto Rico"(with .González).107-122. El SIDA en Puerto Rico: Acercamientos Multidisciplinarios (editors I. Cunnigham, Ramos Belido and Ortiz Colón). Institute of Caribbean Studies. University of Puerto Rico, Río Piedras. 1992.

"Las fluctuaciones económicas y la incidencia criminal en Puerto Rico: Un análisis espectral". Ceteris Paribus. Revista de Investigaciones Socio-Económicas,. Vol. I, Núm. 1, abril 1991. with Alfredo González. Department of Economics, U.P.R. at Mayagüez.

"***Is Puerto Rico's Economy becoming a Leading Indicator of U.S. recessions ?".*** Ceteris Paribus. Vol. I, Núm. 1, abril 1991.

"The sensitivity of the Puerto Rican Economy to United States Business Cycles: A Spectral Analysis. Ceteris Paribus. Vol. I, Núm. 2, octubre 1991. with R. Ramgolam.

"Puerto Rico's Regional Economy and the U.S. Business Cycle, 1961-1989". Ceteris Paribus. Vol. 5, Núm. 1, abril 1995. with Arthur Mann.

"Economía y Elecciones: Un análisis preliminar de la teoría política de los ciclos económicos para Puerto Rico". Ceteris Paribus. Vol. 2, Núm. 2, octubre 1992.

"A profile of Non-U.S. Foreign Direct Investment in Puerto Rico". Ceteris Paribus. Vol. 2, Núm. 2, octubre 1992. with Dr. Edwin Irizarry Mora.

Estudio de viabilidad para el establecimiento de un Ferry para la ruta entre Mayagüez, Puerto Rico y San Pedro de Macoris, República Dominicana.(" A Feasibility Study for the Operation of a Ferry between Mayagüez y San Pedro de Macoris). Co-authors, Irizarry-Mora and E. Kicinski. Research done for the Chamber of Commerce and the City Government of Mayagüez, April 10, 1992.

"Impacto Económico del Certamen de Miss Puerto Rico en la Región Oeste". December 1994. (con Alfredo González) Añeses Asociados.

El Impacto económico del Recinto Universitario de Mayagüez en Puerto Rico, *Ceteris Paribus*, Vol. I, Revista del Departamento de Economía del RUM. (con Edwin Irizarry Mora).

"Modelling cycle and trend in macroeconomic time series: an application to Puerto Rico", Unidad de Investigaciones Económicas, Departamento de Economía, Universidad de Puerto Rico, Río Piedras, agosto 1996, Número 79.

"Indice Herfindahl-Hirschman: instrumento potencial para medir el ambiente de competencia". Unidad de Investigaciones Económicas, Departamento de Economía, Universidad de Puerto Rico, Río Piedras, octubre 1999, Número 49

"El impacto económico del Internet". Unidad de Investigaciones Económicas, Departamento de Economía, Universidad de Puerto Rico, Río Piedras, febrero 2000, Núm. 3.

"***Asymmetric Effects of United States Monetary Policy on the Economy of Puerto Rico: 1964 to 1994"***. Unidad de Investigaciones Económicas. Departamento de Economía. Número 89, mayo de 1998.

"Los Determinantes Económicos del Crimen en Puerto Rico: Un enfoque Meta-Económico" (with Alfredo González), Conference; La Violencia y el Sistema de Justicia Criminal en Puerto Rico, Universidad Interamericana & John Jay College, City University of New York, February 1997

A Comprehensive Study about the Situation of Small and Medium Retailers in Puerto Rico (co-authors Drs. E. Irizarry Mora, Leandro Colón y Julio Quintana). Research done for Centro Unido de Detallistas, 21- March -1997.

"Does stock prices associate with the real economy?": Revista Forum Empresarial, Centro de Investigaciones Comerciales, Mayo 1999. 19-33.

"Globalización, Ciclos Económicos y Respuesta Cíclica de la economía de Puerto Rico". Unidad de Investigaciones Económicas, Departamento de Economía, Universidad de Puerto Rico, Río Piedras, febrero 2000, Núm. 3.

"Cambio tecnológico, productividad y crecimiento económico en Puerto Rico". Unidad de Investigaciones Económicas, Departamento de Economía, Universidad de Puerto Rico, Río Piedras, abril de 2001. Número 106.

"Impacto de las Leyes de Cabotaje sobre el comercio interestatal entre Puerto Rico y los Estados Unidos y su posible efecto sobre el Puerto Trasbordo Las Américas".

Unidad de Investigaciones Económicas, Departamento de Economía, Universidad de Puerto Rico, Río Piedras, junio de 2002. Número 51.

"El impacto de la mega tienda en las Pymes de Puerto Rico: El caso de Wal-Mart". Unidad de Investigaciones Económicas, Departamento de Economía, Universidad de Puerto Rico, Río Piedras, junio de 2004. Número 121.

***"Recesión 2001/2002@nuevaeconomía.eu.org***" Boletín Informativo de la Asociación de Economistas de Puerto Rico. Vol. XV. Núm. 2; abril de 2002. " Boletín Informativo de la Asociación de Economistas de Puerto Rico. Vol. XV. Núm. 3; julio de 2002.

*"La Recesión en Puerto Rico: ¿Estructural o cíclica?".* Boletín Informativo de la Asociación de Economistas de Puerto Rico. Vol. XV. Núm. 2; julio de 2002. "

"***Las recesiones económicas en Puerto Rico: ¿Cuán parecidas son?:*** Boletín Informativo de la Asociación de Economistas de Puerto Rico. Vol. XVI. Núm. 2; mayo de 2003.

"La desreglamentación de la restricción en las horas de apertura en los negocios de ventas al detal en Puerto Rico: el posible impacto de la enmienda de la ley de cierre"; (P. DEL S. 1653,). Study done for Centro Unido de Detallistas, 5 de diciembre del 2002.

*Análisis de costo-beneficio del uso del R/V Chapman: un enfoque de planificación de largo plazo*. Estudio hecho para el Departamento de Ciencias Marinas. Diciembre 2004.

Estudio para determinar la diferencia salarial entre los supervisores, superintendentes de escuelas y los directores de escuela en Puerto Rico: preparado para la organización magisterial Educadores Puertorriqueños en Acción, Inc. 22 de abril de 2004.

The Effects of Health Insurers Business Policy on Private Radiologic Diagnostic Imaging Centers in Puerto Rico: A Preliminary Study. Research prepared for Sociedad Radiológica de Puerto Rico, Inc., San Juan, Puerto Rico, June 10, 2004

Estudio sobre el Impacto Económico de una Marina en la comunidad de Puerto Real de Cabo Rojo, Puerto Rico, Research done for a group of private investors. Julio del 2004.

The Effects of Health Insurer Business Policy on Private Clinical Laboratories in Puerto Rico: An analysis of business practices, market structure and power concentration: Report for Asociación Puertorriqueña de Dueños de Laboratorios Clínicos Privados, January 15, 2004.

Estudio para estimar el costo directo en la reparación de vehículos de motor para los talleres de colisión de autos de Puerto Rico, Study done for Asociación de Talleres de Colisión, 10 de mayo de 2004.

Análisis del impacto económico de la celebración de los juegos centroamericanos y del caribe del 2010 en Mayaguez: Gimnasia para el polo de desarrollo del oeste, (con Alfredo González), el gobierno municipal de Mayagüez, 5 de marzo de 2004.

Estudio de viabilidad: para el establecimiento de una cooperativa de establecimientos dedicados al cambio de cheques y otros servicios financieros, Cooperativa CashCoop, julio de 2004.

Estudio de viabilidad para una planta de procesamiento de gandules y habichuelas enlatados en el municipio de Villalba, Puerto Rico research done for the Department of Agriculture, Commonwealth, (with Rivera Galindo) August, 30, 2002.

Estudio de viabilidad para el establecimiento de una planta procesadora de agregados de carne de pollo, res y cerdo en Puerto Rico (reconversión de PAPRI, Inc.) para El Departamento de Agricultura, Autoridad de Tierras, 19 de julio de 2002. (Con Rivera-Galindo y Leandro Colón).

Estudio de la inversión publica y su impacto en el desarrollo económico del municipio de Mayaguez: Primera parte: Inversión en Carreteras. Movimiento pro Desarrollo Mayagüez, Inc. Mayagüez, Puerto Rico, 19 de febrero de 2002.

Estudio de Viabilidad Económica y Financiera El Muelle de los Franceses: Playa de la Marina Septentrional en el Barrio El Seco de Mayagüez, Research done for para El Departamento de Agricultura, Autoridad de Tierras.

Estudio evaluativo de los Sectores Agrícolas de Farináceos y Hortalizas Frescas y su Posible Reorganización en Núcleos y Plantas Procesadoras: 27 de febrero de 2002, con Leandro Colón, para el Departamento de Agricultura.

Estudio económico sobre la revisión de las tarifas para la industria de transportación de agregados y carga general que reglamenta la Comisión de servicio publico de Puerto Rico: study done for Frente Amplio de Camioneros, demanding new regime of cargo charges. July 20, 2005.

La Reforma de Salud: Análisis y Alternativas; 2005; November 15, 2005. Noviembre de 2005, submitted to the Colegio Médico y de Cirujano de Puerto Rico. (with Jorge Luis Torres)

*La Reforma de Salud: Análisis y Alternativas: Addendum,* submitted to the Colegio Médico y de Cirujano de Puerto Rico. (with Jorge Luis Torres) January 5, 2006.

*La Probabilidad de una recesión en Puerto Rico*: Unidad de Investigaciones Económicas, UPR at Río Piedras. Ensayo #130. October, 2006 (see (*http://economia.uprrp.edu/ensayomono.html*.).

*Estudio Crítico de los Planes 2006-07 para el Programa WIC del Departamento de Salud a base del Informe de la firma Econométrica*, *Inc*. January 4, 2007. Research done for Asociación de Distribuidores del Programa WIC de Puerto Rico.

*El costo económico de los accidentes de tránsito en Puerto Rico*. Study done for the *Convención para la Prevención de los Accidentes de Tránsito en Puerto Rico* sponsored by Administración de Compensación por Accidentes Automovilísticos (ACAA), 2007. (co-author Dr. Juan Lara). Publisher also Unidad de Investigaciones Económicas, UPR at Rio Piedras Ensayo #138. September 2008 (*http://economia.uprrp.edu/ensayomono.html*.).

***Los Ciclos Económicos en Puerto Rico: cronología y medición*,** Informe Económico al Gobernador, 2006. Junta de Planificación, Commonwealth of Puerto Rico.

*Un estimado del producto bruto real trimestral para Puerto Rico: implicaciones para un análisis del crecimiento económico.* Revista Perspectivas, Estudios Técnicos y Triple –S. Año XIV, Núm 1, January, 2007.

Case:17-03283-LTS Doc#:4777-23 Filed:01/14/19 Entered:01/14/19 16:20:16 Desc: Exhibit DX-JJJ Page 8 of 19
Case:17-03283-LTS Doc#:4592-2 Filed:01/02/19 Entered:01/02/19 09:54:34 Desc: Exhibit 2 Page 8 of 19



*Un estimado de Cuentas Nacionales por Trimestre para Puerto Rico*. Ensayo # 134: Unidad de Investigaciones Económicas del Departamento de Economía de la UPR Río Piedras. September, 2007. (*http://economia.uprrp.edu/ensayomono.html*.)

*Economic Costs of Epilepsy in Puerto Rico: preliminary study and estimates*, Research done for Colegio de Médicos y Cirujanos de Puerto Rico. Dr. Carlos Lao, sponsored. November, 2007.

*El Costo de la Matricula: Modelo Alternativo basado en la Segmentación de grupos, como parte de las recomendaciones al Informe del Comité Asesor de Financiamiento Institucional* (informe CAFI). (co-author Dr. Jeffry Valentín- Mari). April 4, 2007.

*Hacia la medición del Bienestar Económico Sostenible para Puerto Rico* (with Ivonne Díaz Rodríguez) Revista Perspectivas, Estudios Técnicos y Triple –S, Inc; Año XIV, Núm IX, November, 2007.

La Importancia de la Biotecnologia para el Desarrollo Socio-Económico de Puerto Rico: estado actual y potencial. (co-author Pedro González- Seda). Research done for the Department of Economics. 8 May, 2008.

***Causas de la recesión actual: ¿Es realmente criolla?:*** Revista Perspectivas, Estudios Técnicos y Triple – S, Inc: septiembre 2008, Año XV, número VIII.

***La Economía de Estados Unidos al 2007*:** Informe Económico al Gobernador, 2008. Junta de Planificación, Commonwealth of Puerto Rico.

*Estudio para establecer el número óptimo de Laboratorios Clínicos en los Municipios de Puerto Rico*: study done for La Asociación Puertorriqueña de Dueños de Laboratorios Clínicos Privados. January 22, 2008

*Estudio de Viabilidad Comercial para una Estación de Trasbordo en el Municipio de Trujillo Alto*: study done for Autoridad para el Financiamiento de la Infraestructura y la Autoridad de Desperdicios Sólidos, February 5, 2008.

*La prestación de los servicios de salud en Puerto Rico: ¿ Estamos en el umbral de la mejor calidad de la salud ?; en* Compendio de casos de economía del Caribe: Puerto Rico y República Dominicana. Caso 7 págs. 37-40: editor Dr. Karen Orengo-Serra; Mc Graw Hill; 2008.

**Los ciclos económicos en Puerto Rico:** en Compendio de casos de economía del Caribe: Puerto Rico y República Dominicana. Caso 11, págs. 53-58: editor Dr. Karen Orengo-Serra; Mc Graw Hill; 2008.

**Análisis comparativo de las recesiones económicas de la posguerra en Puerto Rico**: en Compendio de casos de economía del Caribe: Puerto Rico y República Dominicana. Caso 12, págs. 67-71: editor Dr. Karen Orengo-Serra; Mc Graw Hill; 2008.

*Plan Estratégico para propiciar los usos alternos de las instalaciones deportivas de los XXI Juegos Centroamericanos y del Caribe--Mayagüez, 2010 (Strategic Plan for Re-using XXI Central American Games Facilities after the celebration at Mayagüez, 2010). July 23, 2008. Done for* Autoridad para el Financiamiento de la Infraestructura, Commonwealth of Puerto Rico.

*Impacto Macroeconómico del Presupuesto Consolidado de Puerto Rico:* study done for Oficina de Gerencia y Presupuesto (*Office of Budget and Management) Commonwealth of Puerto Rico, June 24, 2008.*

*Estudio sobre el impuesto de ventas y uso (IVU) como determinante de la recesión actual y evaluación de sus efectos redistributivos: Enfoque Macroeconómico: Parte I*; study done for Oficina de Gerencia y Presupuesto (Office of Budget and Management) Commonwealth of Puerto Rico, *June 24, 2008*.

*Estudio sobre el impuesto de ventas y uso (IVU) como determinante de la recesión actual y evaluación de sus efectos redistributivos: Enfoque de hacienda publica y medición de la regresividad y progresividad*: *Parte II*; study done for Oficina de Gerencia y Presupuesto (Office of Budget and Management) Commonwealth of Puerto Rico, *June 24, 2008*.

*Una evaluación preliminar de la Reforma Contributiva del 2006 en Puerto Rico: Medición de la regresividad-progresividad del sistema de contribuciones sobre el ingreso*. Unidad de Investigaciones Económicas Department of Economics at UPR, Río Piedras. Ensayo #142, April, 2009. *http://economia.uprrp.edu/ensayomono.html*.)

*El impacto de la propuesta nueva Ley de Cierre 2009: Revisión de Estudio al 2009*. 19, June 2009. Research done for Centro Unido de Detallistas.

La Importancia de la Biotecnologia para el Desarrollo Socio-Económico de Puerto Rico: estado actual y potencial. (co-author Pedro González- Seda). Research done for the Department of Economics. 8 May, 2008.

*Estudio para establecer el número óptimo de Laboratorios Clínicos en los Municipios de Puerto Rico*: study done for La Asociación Puertorriqueña de Dueños de Laboratorios Clínicos Privados. January 22, 2008

*Estudio de Viabilidad Comercial para una Estación de Trasbordo en el Municipio de Trujillo Alto*: study done for Autoridad para el Financiamiento de la Infraestructura y la Autoridad de Desperdicios Sólidos, February 5, 2008.

*La prestación de los servicios de salud en Puerto Rico: ¿Estamos en el umbral de la mejor calidad de la salud ?; en* Compendio de casos de economía del Caribe: Puerto Rico y República Dominicana. Caso 7 págs. 37-40: editor Dr. Karen Orengo-Serra; Mc Graw Hill; 2008.

Los ciclos económicos en Puerto Rico: en Compendio de casos de economía del Caribe: Puerto Rico y República Dominicana. Caso 11, págs. 53-58: editor Dr. Karen Orengo-Serra; Mc Graw Hill; 2008.

Análisis comparativo de las recesiones económicas de la posguerra en Puerto Rico: en Compendio de casos de economía del Caribe: Puerto Rico y República Dominicana. Caso 12, págs. 67-71: editor Dr. Karen Orengo-Serra; Mc Graw Hill; 2008.

*Plan Estratégico para propiciar los usos alternos de las instalaciones deportivas de los XXI Juegos Centroamericanos y del Caribe--Mayagüez, 2010 (Strategic Plan for Re-using XXI Central American Games Facilities after the celebration at Mayagüez, 2010). July 23, 2008. Done for* Autoridad para el Financiamiento de la Infraestructura, Commonwealth of Puerto Rico.

*Impacto Macroeconómico del Presupuesto Consolidado de Puerto Rico:* study done for Oficina de Gerencia y Presupuesto (*Office of Budget and Management) Commonwealth of Puerto Rico, June 24, 2008.*

*Estudio sobre el impuesto de ventas y uso (IVU) como determinante de la recesión actual y evaluación de sus efectos redistributivos: Enfoque Macroeconómico: Parte I*; study done for Oficina de Gerencia y Presupuesto (Office of Budget and Management) Commonwealth of Puerto Rico, *June 24, 2008*.

*Estudio sobre el impuesto de ventas y uso (IVU) como determinante de la recesión actual y evaluación de sus efectos redistributivos: Enfoque de hacienda pública y medición de la regresividad y progresividad*: *Parte II*; study done for Oficina de Gerencia y Presupuesto (Office of Budget and Management) Commonwealth of Puerto Rico, *June 24, 2008*.

**PLAN ESTRATEGICO PARA PROPICIAR LOS USOS ALTERNOS DE LAS INSTALACIONES DEPORTIVAS DE LOS XXI JUEGOS CENTROAMERICANOS Y DEL CARIBE MAYAGUEZ, 2010**: 23 de julio de 2008,final versión. Study done for Autoridad para el Financiamiento de la Infraestructura (AFI)

*Una evaluación preliminar de la Reforma Contributiva del 2006 en Puerto Rico: Medición de la regresividad-progresividad del sistema de contribuciones sobre el ingreso*. Unidad de Investigaciones Económicas Department of Economics at UPR, Río Piedras. Ensayo #142, April, 2009. *http://economia.uprrp.edu/ensayomono.html*.)

*El impacto de la propuesta nueva Ley de Cierre 2009: Revisión de Estudio al 2009.* 19, June 2009. Research done for Centro Unido de Detallistas.

*El desarrollo socio-económico de Puerto Rico y el papel del Estado: Marco histórico e institucional*; Libro sobre El Gobierno de Puerto Rico de la Universidad Interamericana de Puerto Rico, Prof. Héctor Luís Acevedo, editor. Diciembre de 2010.

*Impacto Económico del Cierre del Western Bank en Mayagüez*, informe para el gobierno municipal de Mayagüez, 21 de julio de 2010.

***Análisis económico de la encuesta a los Cardiólogos*****:** A Petición de la Cooperativa de Servicios, CardioCoop. Noviembre de 2011.

***Estudio de Viabilidad Socio-Económico para el Nuevo Centro de Convenciones, Estacionamiento y Área Comercial: Rehabilitando el Centro Urbano de Mayagüez***. Report for Municipal Government of Mayagüez, marzo de 2010.

***Análisis económico PRELIMINAR de la encuesta a Gastroenterólogos***. A Petición de la Cooperativa de Servicios GastroCoop. Mayo de 2012.

***Las Justas Interuniversitarias en el contexto de una Nueva Estrategia de Desarrollo de Mayagüez.*** 6 de abril de 2010. Informe para el gobierno municipal de Mayagüez

***Las Cooperativas de Ahorro y Crédito: Evolución, Tendencias y papel dentro de una Economía Social de Puerto Rico,*** para el Informe Económico al Gobernador 2011, Junta de Planificación, abril de 2012.

***Estudio de viabilidad para la expansión de los servicios del hospital San Antonio, Mayagüez, Puerto Rico;*** Mayo de 2010. Informe para el gobierno municipal de Mayagüez y Hospital San Antonio.

***Estudio para la Cooperativa de Mayagüez; estudio de viabilidad económica de una nueva sucursal en el Mayagüez Town Center para la Cooperativa de Ahorro y Crédito de Mayagüez***, diciembre de 2011.

***Societal Costs for Renewable Energy Portfolio Map of Puerto Rico*****;** José I. Alameda Lozada Ph.D. Professor for White Paper at SUSTAINABLE ENERGY ROADMAP OF PUERTO RICO (SuERo) José Colucci, PE, PhD; Rogelio Figueroa, MS; José Vega, and Luis D. and Ruíz Angélica Cortés, May 2012.

***Adam Smith, el Capitalismo y la Intervención del Estado***; co-autor, Wilfredo Ruiz Oliveras, Boletín de la Asociación de Economistas de Puerto Rico, diciembre 2011. (17-24).

***The Economic Impact of Costa Isabela: A Mega Resort of Golf -Club Membership*****:** Study prepared to Costa Isabela Partners, Inc; January 30, 2012;.

***Estudio de Viabilidad Económica para Crash Boat Hotel, Aguadilla. Feasibility Study of Crash Boat Hotel,*** *Aguadilla*. Bo. Borinquen, Carr. # 458, Km 1.1, Aguadilla, P.R., 26 de marzo de 2012

***Riesgos que enfrenta el Sistema de Retiro de la UPR: La Perspectiva Económica***: Estudio para la Asociación de Retirados de la UPR. Noviembre de 2011.

**Impacto económico de los Juegos Centroamericanos 2010**, Memorias, Mayagüez, 2010, Los Juegos del Pueblo. Comité Organizador de Mayagüez, 2010.

**Economic Impact of Jones Act of United States on Puerto Rico's Economy:** Jeffrey Valentín- Mari, Ph.D. and José I. Alameda-Lozada, Ph.D. Paper presented to General Accounting Office (GAO). ABRIL 2012.

***Cabotage market carrier liners at Puerto Rico****:* Jeffrey Valentín Mari Ph.D. and José I. Alameda Lozada Ph.D. Paper presented to General Accounting Office (GAO). ABRIL 2012.

***El Costo de los servicios de Salud en Puerto Rico; Perspectiva Económica***: Foro Industria de la Salud Prognosis del Sistema de Salud de Puerto Rico: CPA 245 de febrero de 2012. José I. Alameda y Dr. Luís O. Ramírez Ferrer.

***EL IMPACTO ECONOMICO DE LA LEY JONES SOBRE EL CABOTAJE EN LA ECONOMIA DE PUERTO RICO: DISCUSION, ANALISIS Y MEDICION (co-author with Dr. J*****effrey Valentín-Mari) for Economic Report to the Governor, 2012. Planning Board.**

***Una Nueva Estrategia de Desarrollo: Sustentabilidad, Equidad y Seguridad Social***: *Perspectivas* Revista de Estudios Técnicos, Año XX, Número VIII, San Juan.

***The Demand and Supply of Physicians in Puerto Rico***, for Commonwealth Department of Health, November 2013.

***A Market Study for a Cheese Manufacturing Plant in Puerto Rico: Size, trend and forecast,*** Study done for Asociación de Productores de Leche de San Sebastián, Inc. Sept 23, 2013.

**Las ondas largas Kuznets y la migración en Puerto Rico.** Suplemento Especial de Migración Informe de la Junta de Planificación al Gobernador, March, 2014.

***Análisis de la Situación Económica de los Laboratorios Clínicos en Puerto Rico bajo el Presente estado de la Economía***, estudio para la Asociación Puertorriqueña de Dueños de Laboratorios Clínicos, septiembre de 2013.

***ESTUDIO PARA DETERMINAR EL IMPACTO DE LA LEGISLACION SOBRE LAS PEQUENAS Y MEDIANAS EMPRESAS DE LAS MAQUINAS DE ENTRETENIMIENTO*.** June 2013. Estudio para UDOME (Unión de Operadores de Maquinas de Entretenimiento).

***Análisis del Impacto de las Ley de Cierre y de la política pública hacia el sector de comercial al detal: 2009 al 2013,*** 15 de abril de 2013. Study done for el Centro Unido de Detallistas de Puerto Rico.

***ESTUDIO DE VIABILIDAD ECONOMICA DE UNA NUEVA SUCURSAL DE QUEBRADA COOP EN EL MUNICIPIO DE LARES PARA LA QUEBRADA COOP –CAMUY, COOPERATIVA DE AHORRO Y CREDITO***. *May, 2014.*

***IMPACTO ECONOMICO DEL POSIBLE ESTABLECIMIENTO DE UNA UNIDAD DE WALGREENS EN EL MUNICIPIO DE RINCON, March 2014. Study done for Asociación de Comerciantes de Rincón.***

**El Impacto de las actividades deportivas promovidas por La Fundación Mayagüez 2010, Estudio preparado para la Fundación Mayagüez 2010**, February 21, 2014.

***Las Ondas largas Kuznets y la migración en Puerto Rico***: co-author with Julio Cesar Hernández, at Resumen Económico de Puerto Rico: Suplemento Especial: Migración, marzo 2014.

***Enhancing the Short-term economic growth of Puerto Rico: Calculating the amount of fixed investment needed to boost economic growth*.** June 10, 2014. Study done for Cluster of Construction, Chamber of Commerce of Puerto Rico.

**LA DEGRADACION DEL CREDITO DE PUERTO RICO: CAUSAS, CONSECUENCIAS Y POLITICAS PARA RESOLVERLAS.** Paper for the Boletin de la Asociación de Economistas. May, 2014.

**LA IMPORTANCIA SOCIO-ECONOMICA DEL DEPORTE EN LOS PAISES: REFLEXIONES PARA PUERTO RICO, study done for Economic Report to the Governor, 2013.**

**El Clúster de la Industria de Salud en Mayagüez: Análisis de su estructura y potencial para el desarrollo económico regional**. For Municipal Government of Mayaguez. 2015

**El Clúster de la Industria de la Educación Superior y Técnica en Mayagüez: Análisis de su estructura y potencial para el desarrollo económico regional**. For Municipal Government of Mayaguez. 2015

**El Consumo de Alimentos No Procesados: Bases analíticas para su exclusión del Impuesto del Valor Añadido (IVA) para Puerto Rico. Study done for MIDA. February 12, 2015**

Case:17-03283-LTS Doc#:4592-2 Filed:01/02/19 Entered:01/02/19 09:54:34 Desc: Exhibit 2 Page 13 of 19



***El Efecto Wal Mart*: Medición de los efectos en los municipios de la zona metropolitana de Puerto Rico. 30 de enero de 2015. For *Empresarios de Puerto Rico*.**

**Informe al Gobernador y a la Asamblea Legislativa de Puerto Rico de la Comisión de Alternativas para la Transformar el Impuesto al Consumo.** Department of Treasury of Puerto Rico (Departamento de Hacienda) August 12, 2015.

***El estancamiento económico, la desigualdad del ingreso y la financiarización en Puerto Rico*** *(with Alfredo González)* en Perspectiva revista de Estudios Técnicos*, Año 23, número 3, marzo 2016.*

**Estudio sobre el Impacto Económico de los Espectáculos Públicos s**tudy to Colegio de Productores de Espectáculos Públicos. September 2016.

**INFORME FINAL: ESTUDIO DE VIABILIDAD ECONOMICA DE UNA NUEVA SUCURSAL DE LA COOPERATIVA DE AHORRO Y CREDITO DE ISABELA EN EL MUNICIPIO DE AGUADILLA** For Cooperativa de Ahorro y Crédito de Isabela. March 21, 2016.

**Estudio sobre el Impacto Económico del Conglomerado de la Universidad de Puerto Rico s**tudy to University of Puerto Rico (with Alfredo González) September 2016. Presentando a la Presidencia de la UPR.

**Estudio de Retribución salarial, beneficios marginales, evaluación de desempeño y escalas salariales del personal: 2017 a 2019. December 2016.** For Cooperativa de Ahorro y Crédito de Isabela.

**PROPOSAL FROM UDOME TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, January 9, 2017, Study done for Unión de Operadores de Máquinas de Entretenimiento.**

***El estancamiento económico, la desigualdad del ingreso y la financiarización en Puerto Rico*** *(with Alfredo González) en libro* ***Ensayos de Economía, Departamento de Economía de UPR Mayagüez. Abril 2017***

**Estudio sobre el Impacto Económico del Conglomerado de la Universidad de Puerto Rico (**with Alfredo González**).** ***Ocassional Papers No. 7 April 2017.*** Estudios Técnicos.

MARÍN APONTE, LUIS R., JOSE I. ALAMEDA LOZADA, Y RAMIRO LLADÓ MARTÍNEZ[***]. **AL RESCATE DE LOS DEUDORES HIPOTECARIOS. Revista Jurídica de la Universidad de Puerto Rico. Aceptado para publicación noviembre de 2016.**

***Sustainable Fiscal Plan for the UPR / Plan Fiscal Sostenible para la UPR***. PROTESTAmos (*Profesores Transformándonos en Solidaridad Tornada en Acción*). Co-author. May-June 2017.

## SERVICES REALIZED AS ECONOMIC ADVISOR OR CONSULTANT

1. *Universidad de Puerto Rico, Recinto de Mayagüez* (oficina del Rector-estudio sobre de costo-beneficio sobre el R/V Chapman (con Dr. Leandro Colón);
2. *Universidad de Puerto Rico, Recinto de Mayagüez* (oficina del Rector-estudio sobre el impacto económico del RUM (con Dr. Edwin Irizarry Mora), utilizado por el RUM en una presentación hacia la Asamblea Legislativa)
3. *Centro de Desarrollo Económico de la UPR* (*Estudio sobre el Impacto Económico de Porta del Sol); realizado para la Compañía de Turismo de Puerto Rico*;
4. *Junta de Planificación –Planning Board* (estudio de fondo para el Informe Económico al Gobernador 2006 sobre las Trayectoria de los Ciclos Económicos de Puerto Rico y el Informe Económico 2008, Economía de Estados Unidos);
5. *Oficina de Gerencia y Presupuesto* (Office of Budget and Management, Commonwealth of Puerto Rico 2008.
6. *Autoridad para el Financiamiento de la Infraestructura* (studies about XXI Central American Games, 2010, and solid wastes-transshipment station at Trujillo Alto).
7. *Administración de Compensaciones por Accidentes de Automóviles* (ACAA), Estudio del Impacto Económico de los Accidentes de Tránsito en Puerto Rico;
8. *Gobierno Municipal de Mayagüez,* Impacto Económico de los Juegos Centroamericanos y del Caribe 2010.
9. *Departamento de Agricultura de Puerto Rico: tres estudio de viabilidad:*
10. *Asociación de Dueños de Talleres de Reparación Colisión de Autos* (*estudio sobre el costo de los servicios y la fijación de tarifas por parte de las aseguradora*s-study about insurance payment and charges) ;
11. Frente Unido de Camioneros de Puerto Rico (*estudio sobre las tarifas de los camioneros presentados a la Comisión de Servicio Público—study about cargo freight and charges*). 2002
12. *Colegio de Médicos y Cirujanos de Puerto Rico*, (*estudio el impacto económico de la reforma de salud para presentarse en la Comisión Evaluadora de la Reforma de Salud de Puerto Rico; Epilepsy Study*);
13. *Asociación de Detallistas de Gasolina de Puerto Rico* (*caso sobre el impacto del salario mínimo, proyecto de Ley—study about mininum wages*),

Case:17-03283-LTS Doc#:4592-2 Filed:01/02/19 Entered:01/02/19 09:54:34 Desc: Exhibit 2 Page 15 of 19



14. *Centro Unido de Detallistas* (sobre reforma fiscal y contributiva y sobre los Tratados de Libre Comercio );

15. Department of Health; Demand and Supply of Physicians and Health Costs.

16. *Asociación Puertorriqueña de Dueños de Laboratorio Clínico Privado* (caso sobre demanda a aseguradoras, estudio para el *Federal Trade Commission* (FTC));

17. *Asociación de Farmacias de la Comunidad* (estudio comprensivo sobre la situación económica de las farmacias de la comunidad-- 4 de febrero del 2005);

18. *Sociedad de Radiología de Puerto Rico, Inc;* (estudio sobre el efecto de la fijación de tarifas por parte de las aseguradoras en los laboratorios de radiología en Puerto Rico, abril de 2004, estudio para el FTC).

19. *Cooperativa de Ahorro y Crédito de Aguada;* Estudio sobre la viabilidad de una sucursal en Mayagüez; septiembre 2005.

20. *Cooperativa Cash-Coop (Estudio de viabilidad para el establecimiento de una cooperativa de establecimientos dedicados al cambio de cheques y otros servicios financieros, Cooperativa CashCoop, July 2004).*

21. *Movimiento para el Desarrollo de Oeste* (*estudio sobre la inversión privada y pública en Carreteras en el Oeste*).

22. *Educadores Puertorriqueños en Acción Ciudadana*, (*Estudio para determinar la diferencia salarial entre los supervisores, superintendentes de escuelas y los directores de escuela en Puerto Rico: 22 de abril de 2004*).

23. *Asociación Puertorriqueña de Dueños de Laboratorios Clínicos Privados.*

24. *XXI Central American Games Organization:* (economic and financial advisor).

25. *Alianza Ciudadana para la Energia Renovable, University of Puerto Rico at Mayagüez campus (studies about energy conservation, renewable resources, public authorities, etc)*

26. *Instituto Tropical de Economía, Ambiente y Sociedad, sponsored by the University of Puerto Rico at Mayagüez.*

27. Consultant Department of Treasury (Hacienda)—2015-16. Co-author study Sales and Used Tax index of Complaint: Merchandises and Services.

28. Administrador Judicial para el gobierno municipal de Añasco. Caso de propiedades *Municipio de Añasco v. Community Action for Social Affairs and Housing Development Organization of Puerto Rico, Inc.* et.al. Caso Civil Núm: ISCI2009-00654.

29. Consultor para el Colegio de Productores de Espectáculos Públicos (COPEP),

Case:17-03283-LTS Doc#:4592-2 Filed:01/02/19 Entered:01/02/19 09:54:34 Desc:
Exhibit 2 Page 16 of 19



30. Economic Consultant, Cámara de Mercadeo, Industria y Distribución de Alimentos (MIDA); 2016

CONFERENCES (Details are excluded).

More than 200 conferences and/or participation in seminars or forums either locally or internationally related with the following topics;

- : NAFTA and its Economic Impact
- : Section 936 and its Impact in Puerto Rico
- : Economy of Crime Incidence
- : Energy, Externalities and Development
- : Economics of AIDS, and Health Reform;
- : Population Structure and Changes and Economy of Puerto Rico
- : Regional economics and development
- : Business Cycles, Forecasting and Econometrics
- : Government deficit and degradation
- : Human Costs of Vietnam War
- : Energy, Renewable Resources, Environment and Development
- : Economic Impact of 2004 Olympic Games in Puerto Rico and CentralAmerican Games.
- : The Virus Y2K and the global recession
- : Market Concentration and Competition
- : INVESTMENT SECURITY. Sponsored by Kidder Peabody and the
- : Center for Business Research, May 1983.
- : Computer - Word Perfect 5.1, University of Puerto Rico, Mayagüez June 1988.

- Mastering in Econometrics Software Package such as TSP, E-Views, *STATGRAFHIC, E Views (various versions) and MICROFIT*.

---

MEMBERSHIP AND PROFESSIONAL ASSOCIATIONS:

: Member of National Association of Forensic Economics
Kansas City, Missouri.

: Founder member of Association of Economists of Puerto Rico
Secretary (1989-90), and Treasurer (1991-92).

: World Future Society, Bethesda, Maryland.
: Sociedad Puertorriqueña de Planificación. San Juan P.R.

HONORS and PROFESSIONAL PARTICIPATIONS:

- : ***Comité de los 24:*** Participation at an active member, sponsored by Office of the Governor of Puerto Rico April 2014.
- : Outstanding Researcher of the Faculty of Arts and Science, 2013 (***See letter attached***).
- : Most Outstanding Student in the Concentration of Economic Planning June 1973. Graduate School of Planning from the University of Puerto Rico.
- : Presidential Fellowship for Graduate Studies Abroad, University of Puerto Rico. June 1980.
- : Participant in the 2008 Fed in the 21th Century Symposium for College Professors at the New York Federal Reserve Bank.
- :Participant in the 2011 Fed in the for College Professors at the New York Federal Reserve Bank
- : Who's Who Marquis. Finance and Industry. 27th Edition, 1992-93.
- Member **Comité de Auditoria de la Deuda Pública de Puerto Rico: 2016. Senate and House of Representative of Puerto Rico.**



**Universidad de Puerto Rico – Mayagüez**
**Decanato de Asuntos Académicos**
**Centro de Enriquecimiento Profesional (CEP)**
**Academia de Investigación para Facultad y Postdoctorales**
**Research Academy for Faculty and Postdoctoral Fellows**




29 de abril de 2013

Dr. José Alameda
Profesor, Facultad Artes y Ciencias
Universidad de Puerto Rico, RUM

Estimado Dr. Alameda:

La Academia de Investigación para Facultad y Postdoctorales tiene el honor de informarle que usted ha sido seleccionado para recibir un homenaje especial como investigador destacado del Decanato de Artes y Ciencias en la actividad de reconocimiento dentro del Simposio titulado **"La investigación y labor creativa en el RUM como promotor de cambios socioeconómicos en Puerto Rico"** que se llevará a cabo el día 10 de mayo de 2013, a las 8:30 am en el Edificio de Administración de Empresas.

En muestra del agradecimiento a la ardua labor a los investigadores destacados de nuestro recinto la Academia de Investigación para Facultad y Postdoctorales le solicitó a su Decanato de Artes y Ciencias que estableciera criterios para seleccionar y otorgarle a profesores un merecido reconocimiento especial. Su decanato utilizó los criterios de número de publicaciones/patentes entre 2011-presente, número de propuestas sometidas/aprobadas en los últimos dos años, desempeño general en la enseñanza y atendiendo estudiantes en investigación en su campo. Es nuestro honor informarle que siguiendo dichos criterios, usted fue seleccionado por su decanato para recibir el homenaje de reconocimiento como investigador destacado.

Desde el pasado año el Centro de Enriquecimiento Profesional (CEP) y el Centro de Investigación y Desarrollo (CID) junto a los decanos asociados de investigación de las cuatro facultades académicas han estado colaborando en el desarrollo de la *Academia de Investigación para Facultad y Postdoctorales* con miras de ayudar a articular un plan concertado que fomente la competitividad y la excelencia en la investigación en el RUM. Como parte de nuestro esfuerzo por motivar y reconocer la importante labor investigativa que se realiza en nuestra institución, llevaremos a cabo este simposio multidisciplinario con la participación de investigadores de las cuatro facultades. Esta será una oportunidad única para compartir hallazgos, quehaceres, estrategias y entablar colaboraciones más allá de nuestras paredes disciplinarias.

El Simposio culminará con la actividad de reconocimiento a la labor de excelencia de los investigadores homenajeados en el Anfiteatro de ADEM a las 4:30 pm. Puede encontrar la agenda de las actividades del Simposio en la siguiente dirección: http://academia-de-investigacion.uprm.edu. Será un honor contar con su presencia.

Cordialmente;

Ubaldo M. Córdova, Ph. D.
Coordinador Academia de Investigación
CEP – Asuntos Académicos

**Academia de Investigación para Facultad y Postdoctorales**
**Centro de Enriquecimiento Profesional (CEP)**
Decanato de Asuntos Académicos
Universidad de Puerto Rico-Mayagüez
Edificio Luis De Celis 208
Call Box 9000, Mayagüez PR 00681-9000

http://research-academy.uprm.edu/
Teléfono:(787) 265-3829, 832-4040
Extensiones:3829, 3674, 5996
Fax:(787) 831-2085
Correo-e: cep@uprm.edu

## JOSE ISRAEL ALAMEDA LOZADA

El doctor José I. Alameda Lozada es actualmente Catedrático del Departamento de Economía del Recinto Universitario de Mayagüez. Ha sido, además consultor de la Junta de Planificación y de la Comisión Pro Sede de las Olimpiadas del 2004 y de la organización que patrocina la celebración de los Juegos Centroamericanos y del Caribe en el 2010, en la zona oeste. Durante el 1989 al presente ha sido asesor económico de numerosas instituciones, agencias del gobierno y empresas privadas.

Posee un bachillerato en Administración de Empresas con concentración en Economía (1973) del Recinto Universitario de Mayagüez y obtuvo una maestría en Planificación Económica (1976) de la Escuela Graduada de Planificación de la Universidad de Puerto Rico, donde recibió el premio del estudiante más destacado dentro de la especialización de Economía. En el 1982, obtuvo el grado de maestría en Economía con concentración en economía monetaria y economía internacional de la Universidad de *Rutgers* del estado de Nueva Jersey. Posee un doctorado en Economía de la Universidad de Gales en el Reino Unido (1996), concentrando su tesis en el análisis de la transmisión del ciclo de la economía de Estados Unidos a la de Puerto Rico.

Ha sido profesor de la Universidad Interamericana (1976-79), profesor visitante en la Facultad de Estudios Puertorriqueños de la Universidad de *Rutgers* (1980-81), Investigador Asociado en el Centro de Investigaciones Comerciales de la Facultad de Administración de Empresas del Recinto de Río Piedras (1983-85), Profesor de Finanzas del Departamento de Finanzas del Recinto de Río Piedras (1984-85). Realizó labores como economista en la Comisión Especial para el Desarrollo del Senado de Puerto Rico (1985) y Asesor Económico de la Presidenta de la Junta de Planificación (1985-87).

Ha publicado extensamente en Puerto Rico, en Estados Unidos y en el Reino Unido artículos sobre el desarrollo económico, energía, recursos humanos, el sector financiero y los fondos 936, el impacto económico del SIDA en Puerto Rico, impacto económico de la criminalidad, viabilidad de los Juegos Olímpicos del 2004, y Centroamericanos y del Caribe 2010, entre otros. Fue uno de los pioneros en toda la América de estudiar el SIDA desde la perspectiva económica, presentado su trabajo en la Convención Internacional sobre el SIDA en la cuidad de Montreal, Canadá en el 1989. Ha realizado presentaciones de sus investigaciones en Chile, Costa Rica, República Dominicana, Inglaterra, Estados Unidos, entre otros países. Fue seleccionado para aparecer en *Who's Who de Marquis* en Finanzas e Industria, edición número 27, 1992-93.

Tiene publicados seis libros: (**1) La Economía del Diario Vivir: análisis de los asuntos cotidianos desde la organización social y deportiva hasta el status político (2004) ; (2) Ensayos en Economía Aplicada: Análisis y medición del impacto social, político y económico de las instituciones sobre la economía de Puerto Rico (2004); (3) La Vivienda de Interés social en Puerto Rico (2002),** este último con el Profesor Rivera Galindo y hecho para el Departamento de la Vivienda de Puerto Rico; (4) **Índice para la Medición del Bienestar Económico en Puerto Rico (2009)--** con la doctora Ivonne Díaz Rodríguez, catedrática del RUM y experta en economía ambiental; **(5) La Política Neoliberal en Puerto Rico y la Ley Número 7: Impacto y Consecuencias Socio-Económicas: Años Fiscales 2009 al 2011 (2012)** (Editorial Situm); y **Una nueva estrategia de desarrollo: sustentabilidad, equidad y seguridad social (2013) con Colectivo de Economistas Universitarios** (Editorial Situm)**.**

Fue coordinador y fundador del Comité de Ciclos Económicos de la Asociación de Economistas de Puerto Rico, institución en la cual es socio fundador. En la misma ha ocupado puestos en la Junta de Directores tales como Secretario (1989-90) y Tesorero (1991-92). Nombrado al **Comité de Auditoria de la Deuda Pública de Puerto Rico: 2016. Senado and Cámara de Representantes of Puerto Rico.**