To:  Rolando Emmanuelli, LLM, Esq
Bufete Emmanuelli, C.S.P.
Ponce, Puerto Rico

From: José I. Alameda-Lozada, Ph.D.
Edwin Irizarry-Mora, Ph.D., PPL
Professors of Economics, University of Puerto Rico at Mayagüez (UPRM)

Date: July 2, 2017

**Subject: Impact of budget cuts on faculty members of UPRM**

I. Introduction

The following pages present a quantitative analysis on the above subject. The calculations produced by the authors are based on data available at the time it was written, i.e., by the middle of June of the current year. We assume that the budget cut to the Mayagüez Campus of the University of Puerto Rico (UPRM) can reach $47 million. This budget reduction is largely based on the arbitrary determination by the Financial Oversight and Management Board for Puerto Rico to the Legislative Assembly, which orders a "saving" of $204 million to the UPR. In spite of lacking the precise information on how much will finally be the cut to the UPRM, we assume that it follows the historical proportion that represents the enclosure of the total budgeted for the UPR system. Also, data on the number of courses and sections for the recently completed academic year 2016-2017 are not available at this time. Thus, we use the enrollment data (an average of 13,073 students for the last year) and the number of teachers (862 full time and 41 part time).

II. Analysis of the academic load during the period 2012 to 2016

The table below details the number of professors in each of the four UPRM faculties and those assigned to the Dean of Academic Affairs (AA) and to "others", the latter being a category which includes other teaching activities. In the case of Business Administration (ADEM) the number is reduced, from 46 to 41 during the period, but in the rest of the schools the number does not vary substantially. In the case of Agricultural Sciences (CA) there is an increase of 5 in the teaching staff. Consequently, the total number

1

DX-NNN

Case:17-03283-LTS Doc#:605-3 Filed:07/09/17 Entered:07/09/17 19:17:55 Desc:
Exhibit Alameda & Irizarry Expert Opinion Page 2 of 11

Case:17-03283-LTS Doc#:4777-27 Filed:01/14/19 Entered:01/14/19 16:20:16 Desc:
Exhibit DX-NNN Page 2 of 11

of the teaching staff increases by only 2: from 738 for the academic year 2012-2013 to 740 for the academic year 2015-2016.

| School | NUMBER OF PROFESSORS | | | |
|---|---|---|---|---|
| | 2012-13 | 2013-14 | 2014-15 | 2015-16 |
| Business Administration | 46 | 46 | 43 | 41 |
| Arts and Sciences | 366 | 368 | 367 | 367 |
| Engineering | 180 | 177 | 173 | 178 |
| Agricultural Science | 29 | 29 | 24 | 34 |
| Academic Affairs (AA) | 15 | 15 | 17 | 18 |
| OTHERS | 102 | 102 | 86 | 102 |
| | 738 | 737 | 710 | 740 |
| Four Schools | 621 | 620 | 607 | 620 |
| AA + Others | 117 | 117 | 103 | 120 |

Source: Oficina de Investigación Institucional y Planificación. http://www.uprm.edu/p/oiip/perfiles

A glance at the workload of UPRM professors during the four years indicated reveals, according to the table below, that the number of credits per teacher decreased very little in the case of the ADEM College, but increased by 6.28% for Arts and Sciences (AC), by 0.54% for Engineering (INGE), by 7.04% for CA, 32.74% for AA, and 23.97% for "Others". This represents an increase of 6.7% in the median and almost 12% in the average workload of UPRM professors. The same pattern is observed in the number of sections per professor and in the number of students per professor. Avoiding details by academic schools, there is a median increase for the whole campus of 9.1% and an 8.6% increase in the average of sections per professor. There was also a 13% increase in the median and an 18.9% rise in the average number of students per professor. In other words, **during the past four academic years, not counting the current year, the three variables that are typically used to quantify the work of teachers reveal beyond doubt an increase in the workload responsibility of this professional class. It should not be forgotten that this has occurred in an environment of wage freeze and reduction or elimination of benefits, which has precariously affected the work situation and, consequently, reduced the purchasing power of the UPRM teaching staff.**

2

Data: Academic Years 2012-13 to 2015-16

| School: | Professors | Credit/ Professor | Section/ Professor | Students/ Professor |
|---|---|---|---|---|
| | | Growth Rate | | |
| Business Administration | -10.9% | -0.29% | 3.9% | 12.0% |
| Arts and Sciences | 0.3% | 6.28% | -3.7% | -0.4% |
| Engineering | -1.1% | 0.54% | 0.7% | 0.5% |
| Agricultural Sciences | 17.2% | 7.04% | 14.4% | 38.0% |
| Academic Affairs | 20.0% | 32.74% | 22.0% | 49.1% |
| OTHERS | 0.0% | 23.97% | 14.2% | 14.0% |
| | | | | |
| Median | 0.1% | 6.7% | 9.1% | 13.0% |
| Simple Average | 4.3% | 11.7% | 8.6% | 18.9% |
| | | | | |
| Rate | | | | |
| Median | | 67.00 | 91.00 | 130.00 |
| Simple Average | | 2.72 | 2.00 | 4.40 |

Source: Oficina de Investigación Institucional y Planificación. http://www.uprm.edu/p/oiip/perfiles. Calculations from the authors

If the previous analysis weights the statistics of academic colleges based on the number of teachers per unit as a proportion of the total teaching staff of the UPRM, the results would be as presented in the following table. It should be noted that, **even though weighting the annual average statistically, the workload increases by 7.5% in the case of credits per teacher; 1.5% in sections per teacher; and 5.1% in students per teacher.**

| Academic Years 2012-13 to 2015-16 | | Weighted yearly growth rate | | |
|---|---|---|---|---|
| | Professors | Credit/ Professor | Sections/ Professor | Students/ Professor |
| Business Administration | -0.678% | -0.018% | 0.246% | 0.748% |
| Arts and Sciences | 0.136% | 3.117% | -1.857% | -0.189% |
| Engineering | -0.271% | 0.133% | 0.177% | 0.117% |
| Agricultural Sciences | 0.678% | 0.277% | 0.566% | 1.493% |
| Academic Affairs | 0.407% | 0.666% | 0.447% | 0.998% |
| OTHERS | 0.000% | 3.313% | 1.968% | 1.930% |
| Average yearly growth rate | 0.271% | 7.487% | 1.546% | 5.097% |
| Rate | | 2762.7% | 20.7% | 329.6% |

Source: Oficina de Investigación Institucional y Planificación. http://www.uprm.edu/p/oiip/perfiles. Calculations from the authors

Data in the following table reveals that over the past academic year the UPRM faculty offered 7,361 credits in 3,047 sections, or a "clientele" of 58,782 students. These figures provide an idea of the magnitude of

3

the work done by the UPRM teaching faculty and will be compared with the figures for the academic year 2016-2017, once official statistics are available.

| Total number of Credits, Sections and Students | | | |
|---|---|---|---|
| Academic Year 2015-16 | Credits | Sections | Students |
| Business Administration | 424 | 162 | 3,422 |
| Arts and Sciences | 4,593 | 1,604 | 35,520 |
| Engineering | 1,643 | 742 | 10,449 |
| Agricultural Sciences | 305 | 154 | 2,309 |
| Academic Affairs | 27 | 33 | 756 |
| OTHERS | 369 | 352 | 6,326 |
| Sub-total | 7,361 | 3,047 | 58,782 |

Source: Oficina de Investigación Institucional y Planificación. http://www.uprm.edu/p/oiip/perfiles. Calculation from the authors

III. Scenario resulting from reduction in UPRM budget

Now we simulate the scenario of an increase in the workload of the UPRM professors, once the institution's reduced budget begins on July 1st. If we use as a reference the 2017-18 Budget of Puerto Rico (which could coincide with the budget imposed by the Financial Oversight and Management Board), and the allocation of funds to the UPR, we have a decline in operating costs of about 165.4 million dollars, or a 13.3% reduction[1]. In the case of UPRM, the reduction would be $47 million, equivalent to a 17.2%. Interestingly, Aguadilla and Carolina do not suffer drops in operating expenses. Refer to the following table:

---

[1] Note that the budget reduction for the whole UPR system, as approved by the Oversight and Management Board, is $204 million. However, the final version of the budget suggests an additional funding of $40 million. Therefore, the net decrease would be $160 million, a figure very close to the one employed in this report. The additional $40 million will not be assigned to academic affairs, but to capital improvements, personnel training and other operational expenses.

4

| Operational Expenditures (000 $) | 2015 Expended | 2016 Expended | 2017 Appropriation | 2018 Recommended | 2018-17 Change | 2018-17 % Total | 2018-17 Cumulative % |
|---|---|---|---|---|---|---|---|
| Río Piedras | 292,041 | 291,549 | 308,510 | 247,369 | -61,141 | 37% | 37% |
| Mayagüez | 264,961 | 267,520 | 274,789 | 227,597 | -47,192 | 29% | 65% |
| Medical Sciences | 311,037 | 289,840 | 296,677 | 258,642 | -38,035 | 23% | 88% |
| Aguadilla | 40,011 | 39,189 | 36,367 | 38,085 | 1,718 | -1% | 87% |
| Arecibo | 52,160 | 51,422 | 50,421 | 45,803 | -4,618 | 3% | 90% |
| Bayamón | 57,796 | 59,853 | 53,699 | 51,958 | -1,741 | 1% | 91% |
| Carolina | 48,816 | 45,103 | 42,651 | 43,392 | 741 | 0% | 91% |
| Cayey | 58,079 | 51,598 | 50,532 | 48,987 | -1,545 | 1% | 92% |
| Humacao | 63,611 | 62,544 | 63,893 | 55,063 | -8,830 | 5% | 97% |
| Ponce | 41,309 | 42,379 | 40,489 | 37,909 | -2,580 | 2% | 99% |
| Utuado | 21,714 | 21,978 | 21,482 | 19,282 | -2,200 | 1% | 100% |
| Sub-total | 1,251,535 | 1,222,975 | 1,239,510 | 1,074,087 | -165,423 | 100% | |
| Total Budget UPR | 1,377,732 | 1,377,449 | 1,383,966 | 1,270,276 | -113,690 | | |

Source: Office of Budget and Management, Puerto Rico

The number of UPRM full time professors (862) and part time (41) are shown in the following table, for a total of 903, according to official UPR information for academic year 2016-17. Data from the other campuses are also presented for comparison purposes.

| UNITS | Total, Professors Total | Total, Professors Male | Total, Professors Female | Full Time professors Total | Full Time professors Male | Full Time professors Female | Temporary professors Total | Temporary professors Male | Temporary professors Female |
|---|---|---|---|---|---|---|---|---|---|
| Aguadilla | 162 | 84 | 78 | 113 | 54 | 59 | 49 | 30 | 19 |
| Arecibo | 212 | 103 | 109 | 175 | 82 | 93 | 37 | 21 | 16 |
| Bayamón | 261 | 119 | 142 | 205 | 96 | 109 | 56 | 23 | 33 |
| Carolina | 221 | 133 | 88 | 105 | 59 | 46 | 116 | 74 | 42 |
| Cayey | 202 | 100 | 102 | 122 | 67 | 55 | 80 | 33 | 47 |
| Medical Sciences | 1,090 | 487 | 603 | 706 | 272 | 434 | 384 | 215 | 169 |
| Humacao | 287 | 126 | 161 | 184 | 87 | 97 | 103 | 39 | 64 |
| Mayagüez | 903 | 536 | 367 | 862 | 514 | 348 | 41 | 22 | 19 |
| Ponce | 193 | 84 | 109 | 103 | 43 | 60 | 90 | 41 | 49 |
| Río Piedras | 1,090 | 547 | 543 | 916 | 466 | 450 | 174 | 81 | 93 |
| Utuado | 88 | 48 | 40 | 66 | 35 | 31 | 22 | 13 | 9 |

Source: Consejo de Educación Superior.
https://www.dropbox.com/s/thvemm9qdati8fy/Databook%20%20CEPR%20Superior%202015%2016%20octubre%202016.xlsx?dl=0

5

Payroll for the past academic year (2015-16) was $ 54,180,000. If this figure is divided by the total number of teachers (903, divided between 862 full time and 41 part time), the average salary per teacher would be $ 60,000. The table below shows that the UPRM paid a payroll of $167,812,000, so that faculty's salaries represented 32.3% of total payroll. This ratio could increase, depending on the inclusion of marginal benefits and other allocations.

| Professors UPRM 2015-16 | |
|---|---|
| Full Time | 862 |
| Part time | 41 |
| Total | 903 |
| Average Salary | $60,000.00 |
| Professors' Payroll | $54,180,000 |
| Total Payroll | $167,812,000 |
| Professors' Payroll/ Total Payroll | 32.3% |

Source: Oficina de Investigación Institucional y Planificación. http://www.uprm.edu/p/oiip/perfiles. Calculation from the authors

It is noted that the cut in payroll of the UPRM will be $ 30.1 million for the next academic year. The following table shows the impact of the decline (column entitled "Change") for each item of expenditure. These figures confirm that the total reduction in the UPRM budget would be little more than $ 47 million.

| Operational Expenditures (000 $) | 2015 Expended | 2016 Expended | 2017 Appropriation | 2018 Recommended | 2018-17 Change | 2018-17 % Total | 2018-17 Cumulative % |
|---|---|---|---|---|---|---|---|
| Payroll and marginal benefits | 174,147 | 167,812 | 170,818 | 140,707 | -30,111 | 64.1% | 64.1% |
| Facilities and Payments to Public Services | 10,427 | 7,780 | 10,454 | 7,155 | -3,299 | 7.0% | 71.1% |
| Services Purchased | 4,301 | 3,170 | 4,340 | 3,428 | -912 | 1.9% | 73.0% |
| Donations, Subsidies and Distributions | 44,776 | 45,923 | 42,488 | 44,987 | 2,499 | -5.3% | 67.7% |
| Transportation Expenditures | 2,540 | 3,199 | 3,026 | 2,276 | -750 | 1.6% | 69.3% |
| Other Operational Expenses | 8,455 | 23,573 | 21,953 | 18,340 | -3,613 | 7.7% | 77.0% |
| Equipment Purchases | 8,802 | 2,242 | 5,395 | 1,950 | -3,445 | 7.3% | 84.3% |
| Material and Supplies | 11,479 | 13,785 | 16,080 | 8,721 | -7,359 | 15.7% | 100.0% |
| Media and Social Promotion | 34 | 36 | 54 | 33 | -21 | 0.0% | 100.0% |
| | | | | | -47,011 | 100.0% | |

Source: Office of Budget and Management, Puerto Rico

6

If 32.3% of the budget decline corresponds to teachers' salaries, then we can expect that the employment impact of UPRM professors will be a reduction of 155 full-time and 7 part-time professors. The total would be 162 fewer educators, equivalent to 17.9% of the total number of current professors. Refer to the following table.

| | | |
|---|---|---|
| Total Payroll Cut | $30,111,000.00 | |
| Professors' Payroll Cut | $9,721,677 | |
| Cut in Number of Professors | | % total |
| Full Time | 155 | 18.0% |
| Part Time | 7 | 17.1% |
| Reduction of Professors | 162 | 17.9% |

Source: calculation from the authors. See previous tables.

Even assuming that the number of teachers dismissed or whose contracts are not renewed for the next academic year (beginning in August 2017) is 150 (that is, we reduced from 162 to 150 the figure calculated in the previous table), the impact in terms of the decline of positions or jobs per academic college would be as shown in the following table. Based on the data we used at the beginning of this report, jobs would be reduced to 590 teaching positions. Using the figure of 903 positions suggested by the official source for academic year 2015-2016, the number of teaching positions would drop to 753.

| | 2015-16 | | Simulation: Assuming a Cut of approximately 150 positions |
|---|---|---|---|
| | Historic | Change | |
| Business Administration | 41 | -9 | 32 |
| Arts and Sciences | 367 | -74 | 293 |
| Engineering | 178 | -37 | 141 |
| Agricultural Sciences | 34 | -6 | 28 |
| Academic Affairs | 18 | -3 | 15 |
| OTHERS | 102 | -21 | 81 |
| Sub-total | 740 | -150 | 590 |
| | | | |
| Four schools | 620 | -126 | |
| AA + Others | 120 | -24 | |

Source: calculation from the authors. See previous tables.

If we calculate the impact of this drastic reduction in the number of professors on the three variables analyzed at the beginning of this report for the previous four academic years, the increase in the

Case:17-03283-LTS Doc#:4777-27 Filed:01/14/19 Entered:01/14/19 16:20:16 Desc:
Exhibit DX-NNN Page 8 of 11

Case:17-03283-LTS Doc#:605-3 Filed:07/09/17 Entered:07/09/17 19:17:55 Desc:
Exhibit Alameda & Irizarry Expert Opinion Page 8 of 11

workload for the UPRM teaching staff would be as reflected in the following tables. **The first table suggests that the median of credits per professor rises from 9.1 to 11.23, which means a 23.46% increase in workload. In average, the increase would be from 7.69 credits per professor to 9.65, or a 25.41% growth in workload. The second table shows an increase in the load of sections per teacher of almost 25%, whether we use the median or the average.** <u>In practice this would result in one additional section of three credits per semester per professor, receiving the same salary as currently, which is equivalent to 25% increase in work to be done</u>, assuming that the load per semester is twelve credits, or four sections of three credits each. Finally, the third table reveals that the number of students per professor would also increase between 24% and 25% (median and average respectively), which confirms the trends of the two previous variables.

In short, the budget "saving" for the UPRM, as projected in the budget of the UPR for the next fiscal year, would have a substantial impact on the workload of the campus teaching staff, as a consequence of the drastic reduction in payroll. Such a reduction would imply that, as a minimum, 150, and as a maximum, 162 fewer professors would be working in the institution and that the remaining teaching staff would carry out the same work performed by many more teachers in previous academic years, though attending the same number of courses, sections and students. <u>In short, it will be a labor scenario with fewer teachers, but with the same amount of students as in previous academic years</u>.

Credits/Professor

| Colleges | 2015-16 | Year impact | Change in Credits per Professor | Growth Rate |
|---|---|---|---|---|
| Business Administration | 10.33 | 13.38 | 3.05 | 29.54% |
| Arts and Sciences | 12.52 | 15.70 | 3.18 | 25.42% |
| Engineering | 9.23 | 11.62 | 2.39 | 25.87% |
| Agricultural Sciences | 8.97 | 10.85 | 1.88 | 20.97% |
| Academic Affairs | 1.50 | 1.81 | 0.31 | 20.39% |
| OTHERS | 3.62 | 4.54 | 0.92 | 25.51% |
| Median | 9.10 | 11.23 | 2.13 | 23.46% |
| Average | 7.69 | 9.65 | 1.96 | 25.41% |

Sections/Professor

| | 2015-16 | Year impact | Change in Sections per Professor | Growth Rate |
|---|---|---|---|---|
| Business Administration | 3.95 | 5.12 | 1.17 | 29.54% |
| Arts and Sciences | 4.37 | 5.48 | 1.11 | 25.42% |
| Engineering | 4.17 | 5.25 | 1.08 | 25.87% |
| Agricultural Sciences | 4.53 | 5.48 | 0.95 | 20.97% |
| Academic Affairs | 1.83 | 2.20 | 0.37 | 20.39% |
| OTHERS | 3.45 | 4.33 | 0.88 | 25.51% |
| Median | 4.06 | 5.18 | 1.01 | 24.99% |
| Average | 3.72 | 4.64 | 0.93 | 24.93% |

Students/Professor

| | 2015-16 | Year impact | Change in Students per Professor | Growth Rate |
|---|---|---|---|---|
| Business Administration | 83.46 | 108.11 | 24.65 | 22.80% |
| Arts and Sciences | 96.79 | 121.39 | 24.61 | 25.42% |
| Engineering | 58.70 | 73.89 | 15.19 | 25.87% |
| Agricultural Sciences | 67.91 | 82.15 | 14.24 | 20.97% |
| Academic Affairs | 42.00 | 50.56 | 8.56 | 20.39% |
| OTHERS | 62.02 | 77.84 | 15.82 | 25.51% |
| Median | 64.97 | 99.63 | 15.50 | 23.86% |
| Average | 68.48 | 85.66 | 17.18 | 25.09% |

9

Case: 17-03283-LTS Doc#:4777-37 Filed:01/14/19 Entered:01/14/19 16:20:16 Desc: Exhibit Alameda & Irizarry Expert Opinion Page 10 of 11

Case: 17-03283-LTS Doc#:605-3 Filed:07/09/17 Entered:07/09/17 19:17:55 Desc: Exhibit DX-NN Page 10 of 11

IV. Conclusions

The analysis conducted in the previous pages allows us to reach the following conclusions:

1. During the past four academic years, not counting the current year, the three variables that are typically used to quantify the professors' workload reveal beyond doubt an increase in the responsibility of this professional class. **It should not be forgotten that this has occurred in an environment of wage freeze and reduction or elimination of benefits, which has precariously affected the labor situation and reduced the purchasing power of the UPRM teaching staff.**

2. If 32.3% of the budget reduction for the UPRM corresponds to professors' salaries (approximately $ 9.7 million less in payroll), then we can expect that the employment impact of the UPRM professors will be reduced by 155 full-time professors and 7 part-time. Total drop would be 162 fewer educators, equivalent to 17.9% of total current professors. Because the number of students at the UPRM will remain at about 13,000 during the next academic year, this will result in a drastic increase in the workload of each faculty member of the institution. Based on the data employed at the beginning of this report, jobs would be reduced to 590 teaching positions. Using the figure of 903 positions suggested by data for academic year 2015-2016, the number of positions would be reduced to 753.

3. In other words, the budget reduction would imply that the teaching staff remaining in the UPRM would carry out the same work as in previous academic years, attending to the same number of courses, sections and students with fewer personnel[2].

4. The net impact of all of the above is that each professor would increase their workload by approximately 25% in each academic semester, receiving the same pay ($ 60,000 annually on average). Consequently, **the effect of the budget reduction is that, by performing 25% of additional tasks for the same pay, the adjusted salary of each member of the teaching staff**

---

[2] The RUM's Office of Admissions has already certified that the number of freshmen (first year enrollment) for academic year 2017-2018 has exceeded by 2% the amount of new-comers projected by the institution. This means that total enrollment by August 2017 (total demand for academic services) will surpass by 2% the projected academic offerings (total academic supply).

10

(distributed by average wage) should increase by 25%, that is, an average of $75,000 per year. In allocating the average non-received payment of $15,000 per professor (to teachers who would remain working in the UPRM), the impairment of incomes not received would be at least $8.85 million per year if 590 professors remain employed and, at the most, of $11.3 million per year, if 753 professors remain.

END