


DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

**Impuesto sobre Ventas y Uso (IVU) Estatal / States Sales and Use Tax (SUT)**
**Distribución de Recaudos Mensuales / Distribution of Monthly Collection**
Años Fiscales / Fiscal Years 2016-17 - 2017-18 - 2018-19

(Miles de Dólares / In Thousands)

| 2018-19 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 238,961 | 238,711 | 222,012 | 229,221 | 238,729 | - | - | - | - | - | - | - | 1,167,634 |
| COFINA | 125,164 | 125,033 | 116,286 | 119,450 | 125,043 | | | | | | | | 610,976 |
| Fondo General | 102,419 | 102,311 | 95,154 | 98,912 | 102,319 | | | | | | | | 501,115 |
| FAM | 11,378 | 11,367 | 10,572 | 10,859 | 11,367 | | | | | | | | 55,543 |
| Fondo Cine | - | - | - | - | - | | | | | | | | - |
| **2017-18 p** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | |
| Total | 213,656 | 239,514 | 167,307 | 113,150 | 161,120 | 231,336 | 226,480 | 214,365 | 222,222 | 236,834 | 245,287 | 250,945 | 2,522,216 |
| COFINA | 111,910 | 125,453 | 87,632 | 59,266 | 81,541 | 117,351 | 116,968 | 52,953 | - | - | - | - | 753,074 |
| Fondo General | 91,572 | 102,656 | 71,708 | 48,496 | 71,897 | 103,035 | 98,727 | 149,045 | 211,371 | 225,287 | 233,337 | 238,671 | 1,645,802 |
| FAM | 10,174 | 11,405 | 7,967 | 5,388 | 7,682 | 10,950 | 10,784 | 10,207 | 10,581 | 11,277 | 11,680 | 12,004 | 120,099 |
| Fondo Cine | - | - | - | - | - | - | - | 2,160 | 270 | 270 | 270 | 270 | 3,240 |
| **2016-17 p** | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | |
| Total | 209,498 | 212,881 | 203,145 | 199,268 | 211,013 | 221,348 | 261,062 | 203,415 | 197,817 | 210,079 | 199,096 | 219,399 | 2,548,021 |
| COFINA | 119,707 | 121,640 | 116,077 | 113,862 | 120,417 | 126,478 | 5,927 | - | - | - | - | - | 724,108 |
| Fondo General | 89,791 | 91,241 | 87,068 | 85,406 | 90,596 | 94,870 | 180,966 | 193,459 | 188,218 | 199,825 | 189,842 | 208,799 | 1,700,081 |
| FAM | - | - | - | - | - | - | 72,279 | 9,686 | 9,329 | 9,984 | 8,984 | 10,330 | 120,592 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

Under current Act 84, the relative percentages of the SUT received by COFINA, the FAM, and the Commonwealth General Fund over the course of the fiscal year have not changed from the relative percentages allocated under prior Act 18. Only the timing of the transfers has changed.

While SUT distributions for fiscal year 2017-18 have been consistent with Act 84, the Treasury Department's reporting of those distributios inadvertenlty continued the Act 18 regime. This disclosure modifies and corrects the prior disclosure dated January 25, 2018.

Cifras redondeadas / Figures may not always add to the totals due to round off.
28 de noviembre de 2018 / November 28, 2018

DX-OOO