## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

               Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE PUERTO RICO SALES TAX FINANCING
CORPORATION,

               Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

    I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC, the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

  I understand that, on the dates and times set forth on the annexed **Exhibit A**, employees of WMEG-FM broadcast nineteen radio advertisements whose content was substantially similar to that set forth on the annexed **Exhibit B**.

  I also understand that, on the dates and times set forth on the annexed **Exhibit C**, employees of WKAQ-AM broadcast fifteen radio advertisements whose content was substantially similar to that set forth on the annexed **Exhibit D**.

Dated: January 8, 2019

_____
Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 8, 2019, by Cosmos X. Garraway, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 22

2

SRF 29589

**Exhibit A**



# INVOICE

Page 1 of 2

MEGANET-WMEG-WEGM
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1599

Billing Address:

JL Media NJ
Attention: Lon Kruger
C/O JL Media
1600 Route 22 East
Union, NJ 07083

Send Payment To:
MEGANET-WMEG-WEGM
Spanish Broadcasting System, Inc.
Attention: Accounts Receivable Dept
7007 NW 77th Avenue
Miami, FL 33166

| Property | MEGANET | | |
|---|---|---|---|
| Invoice # | | Order # | 514570 |
| Invoice Date | 12/30/18 | Alt Order # | |
| Invoice Month | December 2018 | Deal # | |
| Invoice Period | 11/26/18 - 12/15/18 | Flight Dates | 12/08/18 - 12/16/18 |
| Advertiser | Prime Clerk | | |
| Product | PRIMER CLERK BANKRUPTCY ATTORNEY | | |
| Estimate # | 21952 | | |
| Account Executive | | | |
| Sales Office | Puerto Rico National Sales | | |
| Sales Region | National | | |
| Agency Code | | | |
| Advertiser Code | | | |
| Billing Calendar | Broadcast | | |
| Billing Type | Cash | | |
| Special Handling | | | |
| Agency Ref | | | |
| Advertiser Ref | | | |
| Product 1 | | | |
| Product 2 | | | |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/15/18 | 12/15/18 | 10A-6P | 10A6P | -----3- | 1:00 | 3 | | NM |

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/10/18 | 12/16/18 | -----3- | 3 | $60.00 | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 4 | All | Sa | 12/15/18 | 11:56 AM | 10A-6P | 10A6P | 1:00 | PRIMER CLERK | | NM |
| 6 | All | Sa | 12/15/18 | 1:56 PM | 10A-6P | 10A6P | 1:00 | PRIMER CLERK | | NM |
| 5 | All | Sa | 12/15/18 | 4:53 PM | 10A-6P | 10A6P | 1:00 | PRIMER CLERK | | NM |

| 2 | 12/10/18 | 12/16/18 | 6A-9AA M-F | 6A-9A | 1111--- | 1:00 | 4 | | NM |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/10/18 | 12/16/18 | ---4--- | 4 | $500.00 | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 4 | All | Th | 12/13/18 | 6:24 AM | 6A-9AA M-F | 6A-9A | 1:00 | PRIMER CLERK | | NM |
| 2 | All | Th | 12/13/18 | 7:26 AM | 6A-9AA M-F | 6A-9A | 1:00 | PRIMER CLERK | | NM |
| 1 | All | Th | 12/13/18 | 7:56 AM | 6A-9AA M-F | 6A-9A | 1:00 | PRIMER CLERK | | NM |
| 3 | All | Th | 12/13/18 | 8:27 AM | 6A-9AA M-F | 6A-9A | 1:00 | PRIMER CLERK | | NM |

| 3 | 12/10/18 | 12/16/18 | 11A-3P | 11A-3P | -1111-- | 1:00 | 4 | | NM |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/10/18 | 12/16/18 | ---22-- | 4 | $400.00 | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 3 | All | Th | 12/13/18 | 11:57 AM | 11A-3P | 11A-3P | 1:00 | PRIMER CLERK | | NM |
| 1 | All | Th | 12/13/18 | 12:55 PM | 11A-3P | 11A-3P | 1:00 | PRIMER CLERK | | NM |
| 4 | All | F | 12/14/18 | 12:57 PM | 11A-3P | 11A-3P | 1:00 | PRIMER CLERK | | NM |
| 2 | All | F | 12/14/18 | 1:27 PM | 11A-3P | 11A-3P | 1:00 | PRIMER CLERK | | NM |

| 4 | 12/10/18 | 12/16/18 | 3P-6P M-F | 3P-6P | -1111-- | 1:00 | 4 | | NM |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/10/18 | 12/16/18 | ---22-- | 4 | $500.00 | | | | |
| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
| 3 | All | Th | 12/13/18 | 5:57 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |
| 2 | All | Th | 12/13/18 | 6:55 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |
| 4 | All | F | 12/14/18 | 3:31 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

powered by WideOrbit

Page 2 of 2

# INVOICE



Send Payment To:
**MEGANET-WMEG-WEGM**
Spanish Broadcasting System, Inc.
Attention: Accounts Receivable Dept
7007 NW 77th Avenue
Miami, FL 33166

| Invoice # | | Invoice Month | December 2018 |
|---|---|---|---|
| Invoice Date | 12/30/18 | Invoice Period | 11/26/18 - 12/15/18 |
| Advertiser | Prime Clerk | | |
| Product | PRIMER CLERK BANKRUPTCY ATTORNEY | | |
| Estimate # | 21952 | | |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 12/10/18 | 12/16/18 | 3P-6P M-F | 3P-6P | --1111-- | 1:00 | 4 | | NM |

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | F | 12/14/18 | 5:29 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

| 5 | 12/13/18 | 12/14/18 | 3P-6P M-F | 3P-6P | ----2-- | 1:00 | 2 | | NM |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 12/10/18 | 12/16/18 | ---11-- | 2 | |

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | Th | 12/13/18 | 4:57 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |
| | 2 | All | F | 12/14/18 | 4:30 PM | 3P-6P M-F | 3P-6P | 1:00 | PRIMER CLERK | | NM |

| 6 | 12/10/18 | 12/16/18 | 11A-3P | 11A-3P | ---11-- | 1:00 | 2 | | NM |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 12/10/18 | 12/16/18 | ---11-- | 2 | |

| Spots: | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | Th | 12/13/18 | 11:54 AM | 11A-3P | 11A-3P | 1:00 | PRIMER CLERK | | NM |
| | 2 | All | F | 12/14/18 | 11:57 AM | 11A-3P | 11A-3P | 1:00 | PRIMER CLERK | | NM |

Total Spots  19

**Payment Terms 30 Days**

Gross Total
Agency Commission
Net Amount Due

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

powered by WideOrbit

Case:17-03283-LTS Doc#:4645 Filed:01/08/19 Entered:01/08/19 19:56:15 Desc: Main Document Page 6 of 11

**Exhibit B**

**Confirmation Hearing Notice Radio Script**

Attention COFINA creditor! You or your financial advisor should be receiving in the mail a Court-approved description of a Plan of Adjustment to restructure the debts of the Puerto Rico Sales Tax Financing Corporation, known as COFINA.

The votes cast and the fairness of the proposed Plan will be considered by the Federal District Court in San Juan on January 16. If enough creditors vote to approve the Plan, COFINA may begin to make distributions to creditors, according to the debt modifications proposed in the Plan.

The deadline to vote and to select the form of distribution under the Plan is 6:00 p.m. on January 8, with objections to the Plan due 5:00 p.m. on January 2.

For more information, call 8 4 4 8 2 2 9 2 3 1 or visit cases.primeclerk.com/puertorico.

**Exhibit C**

Page 1 of 1

# INVOICE



Univision Receivables Co LLC
Calle Carazo #64
Guaynabo, PR 00969-5635
Main: (787) 758-5800
Billing:

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
|  | 12/16/18 | December 2018 | 11/26/18 - 12/14/18 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| WKAQ-AM | Patrice Davidow | Katz-New York | National |

Billing Address:

JL Media, Inc.
Attention: Accounts Payable
1600 Route 22 East
Jeff Greenberg
2nd Floor
Union, NJ 07083

Send Payment To:
Univision Receivables Co LLC
P.O. Box 740721
Los Angeles, CA 90074-0721

| Advertiser | Product | Estimate Number |
|---|---|---|
| Miller Advertising (A) | PUERTO RICO | 21952 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 12/08/18 - 12/14/18 | 272153 | 32388564 |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Broadcast | Cash |  |

| Special Handling |
|---|
|  |

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| 9912545 |  |  |

| Agency Ref | Advertiser Ref |
|---|---|
|  |  |

| Line | Spot # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | WKAQA | M | 12/10/18 | 8:28 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | COFINA 60SS |  | NM |
| 1 | 1 | WKAQA | M | 12/10/18 | 9:58 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | COFINA 60SS |  | NM |
| 1 | 3 | WKAQA | W | 12/12/18 | 9:24 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | COFINA 60SS |  | NM |
| 1 | 4 | WKAQA | Th | 12/13/18 | 9:00 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | COFINA 60SS |  | NM |
| 1 | 6 | WKAQA | F | 12/14/18 | 7:57 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | COFINA 60SS |  | NM |
| 1 | 5 | WKAQA | F | 12/14/18 | 8:45 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | COFINA 60SS |  | NM |
| 2 | 1 | WKAQA | M | 12/10/18 | 5:34 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | COFINA 60SS |  | NM |
| 2 | 2 | WKAQA | Tu | 12/11/18 | 6:25 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | COFINA 60SS |  | NM |
| 2 | 3 | WKAQA | W | 12/12/18 | 3:57 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | COFINA 60SS |  | NM |
| 2 | 6 | WKAQA | Th | 12/13/18 | 3:32 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | COFINA 60SS |  | NM |
| 2 | 4 | WKAQA | Th | 12/13/18 | 4:32 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | COFINA 60SS |  | NM |
| 2 | 5 | WKAQA | F | 12/14/18 | 4:58 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | COFINA 60SS |  | NM |
| 3 | 3 | WKAQA | Sa | 12/08/18 | 11:57 AM | 10:00 AM-6:00 PM | 10:00 AM-6:00 PM | 1:00 | COFINA 60SS |  | NM |
| 3 | 1 | WKAQA | Sa | 12/08/18 | 1:57 PM | 10:00 AM-6:00 PM | 10:00 AM-6:00 PM | 1:00 | COFINA 60SS |  | NM |
| 3 | 2 | WKAQA | Sa | 12/08/18 | 4:59 PM | 10:00 AM-6:00 PM | 10:00 AM-6:00 PM | 1:00 | COFINA 60SS |  | NM |

Total Spots 15

**30 NET**

Gross Total

Agency Commission

Net Amount Due

This radio station warrants that the program/announcements indicated above were broadcast in accordance with the official station log. All times are approximate within 15 minutes and are within the time classification ordered.

Univision and its stations do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of race or ethnicity, even if handwritten, typed or otherwise made part of a particular contract, is hereby rejected.

To ensure proper credit please include invoice number on check/remittance.

powered by WideOrbit

**Exhibit D**

**Confirmation Hearing Notice Radio Script**

¡Atención acreedor de COFINA! Usted y su asesor financiero estarán recibiendo por correo una *Descripción, aprobada por el Tribunal, del Plan de Ajuste para reestructurar las deudas de la* Corporación del Fondo de Interés Apremiante de Puerto Rico, conocida como COFINA.

Los votos emitidos y la razonabilidad del Plan propuesto serán considerados por el Tribunal Federal de Distrito en San Juan el 16 de enero. Si una cantidad suficiente de acreedores vota a favor de aprobar el Plan, COFINA podrá comenzar a realizar distribuciones a los acreedores, de conformidad con las modificaciones propuestas a su deuda en el Plan.

La fecha límite para votar y para seleccionar la forma de distribución conforme al Plan es el día 8 de enero a las 6.00 p.m., y la fecha límite para presentar objeciones al Plan es el 2 de enero a las 5.00 p.m.

Para más información, llame al 8 4 4 8 2 2 9 2 3 1 o visite la página cases.primeclerk.com/puertorico.