**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

As described in note 12, the Commonwealth has a debt obligation with the U.S. Army Corps of Engineers in relation to the construction of the Cerrillos Dam and Reservoir project and the Portugues river and the Bucana river projects.

*(m)    Advance Refunding, Defeased Bonds, and Refunding of Special Promissory Notes*

In prior years, the Commonwealth defeased certain general obligation and other bonds by placing the proceeds of bonds in an irrevocable trust to provide for all future debt service payments on the refunded bonds. Accordingly, the trusts' account assets and liabilities for the defeased bonds are not included in the basic financial statements. At June 30, 2006, approximately $1.4 billion of bonds outstanding from prior years advance refunding are considered defeased.

In addition, PBA, a blended component unit, has defeased certain revenue bonds in prior years by placing the proceeds of new bonds in an irrevocable trust to provide for all future debt service payments on the old debts. Accordingly, the trusts' account assets and liabilities for the defeased bonds are not included in the statement of net assets. As of June 30, 2006, approximately $656 million of PBA bonds are considered defeased.

**Fiduciary Funds**

On June 29, 2006, the GRS entered into a line of credit agreement with a commercial bank for a amount not to exceed $112 million at a variable rate subject to LIBOR plus the Applicable Margin (50 basis point in the case of LIBOR rate or 0 basis points in the cases of Base Rate Advances). At June 30, 2006, the outstanding balance of the line of credit amounts to $60 million.

On August 1, 1996, the TRS entered into a loan agreement with AFICA, a discretely presented component unit, to secure AFICA's issuance of $26.9 million of industrial revenue term bonds. The bonds were issued under a trust agreement and are secured by a pledge of certain marketable securities of the TRS.

The proceeds from the sale of the bonds were lent by AFICA to TRS to finance the acquisition of certain buildings and related facilities and to pay certain expenses incurred in connection with the issuance and sale of the bonds.

Bonds payable outstanding at June 30, 2006, are as follows (expressed in thousands):

| | | |
|---|---|---:|
| Term Bonds Series A payable through 2012, interest payable on a monthly basis at rates varying from 6.50% to 6.65% | $ | 5,220 |
| Term Bonds Series B payable through 2021, interest payable semiannually at 5.50% | | 15,210 |
| Total | $ | 20,430 |

(Continued)

PR-CCD-0007077

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

Maturities of the term bonds are as follows (expressed in thousands):

|  | | Principal | Interest | Total |
|---|---|---|---|---|
| Year ending June 30: | | | | |
| 2007 | $ | 915 | 1,184 | 2,099 |
| 2008 | | 975 | 1,123 | 2,098 |
| 2009 | | 1,040 | 1,058 | 2,098 |
| 2010 | | 1,110 | 989 | 2,099 |
| 2011 | | 1,180 | 915 | 2,095 |
| 2012-2016 | | 6,575 | 3,499 | 10,074 |
| 2017-2021 | | 8,635 | 1,476 | 10,111 |
| Total | $ | 20,430 | 10,244 | 30,674 |

The Series A and Series B Bonds are subject to redemption, at the option of the TRS, in whole or in part on July 1, 2006, or any date thereafter at the determined redemption prices plus accrued interest to the redemption date as follows:

| July 1, 2006 through June 30, 2007 | 102% |
| July 1, 2007 through June 30, 2008 | 101 |
| July 1, 2008 and thereafter | 100 |

The TRS has also entered into a $15 million line-of-credit agreement with GDB, due on October 31, 2010, and guaranteed by a pool of investments of the TRS. At June 30, 2006, the outstanding balance of the line of credit was approximately $4 bearing interest at a variable rate subject to LIBOR, but not less than an annual interest rate of 5%.

**Discretely Presented Component Units**

Notes and bonds payable are those liabilities that are paid out of resources pledged by the other component units. These notes and bonds do not constitute a liability or debt of the Commonwealth.

(Continued)

PR-CCD-0007078

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

The outstanding balance of notes payable at June 30, 2006 is as follows (expressed in thousands):

| Component unit | Interest rate | Maturity through | Beginning balance | Additions | Reductions | Ending balance | Due within one year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 4.1% – 5.85% | 2031 | $ 1,212,677 | 14,901,196 | 13,378,916 | 2,734,957 | 1,048,867 |
| Puerto Rico Electric Power Authority | 2.60% – 5.47% | 2013 | 41,585 | 200,000 | 4,750 | 236,835 | 204,835 |
| State Insurance Fund Corporation | Discounted notes from 6.31% – 6.84% | 2019 | 55,252 | — | 1,660 | 53,592 | 1,956 |
| Economic Development Bank for Puerto Rico | 4.20% – 5.20% | 2025 | 400,000 | 200,000 | 100,000 | 500,000 | — |
| Puerto Rico Industrial Development Company | 5.00% – 6.73% | 2024 | 63,033 | 7,319 | 2,033 | 68,319 | 2,693 |
| Land Authority of Puerto Rico | 4.87 | 2010 | 10,604 | — | 2,121 | 8,483 | 2,121 |
| Puerto Rico Ports Authority | 5.72% – 7.5% | 2024 | 122,763 | 18,400 | 6,214 | 134,949 | 122,464 |
| Agricultural & Services Development Co. | Variable | 2007 | — | 10,238 | — | 10,238 | — |
| Puerto Rico Trade & Export Company | 5.20% – 5.80% | 2026 | — | 400,000 | — | 400,000 | — |
| Total notes payable – component units | | | $ 1,905,914 | 15,737,153 | 13,495,694 | 4,147,373 | 1,382,936 |

Notes payable of $175 million of PREPA, not included in the table above, have no fixed maturity date and variable interest rates. For financial reporting purposes, these notes have been classified as due within one year. These had increases of $25 million during 2006.

Debt service requirements on component units' notes payable with fixed maturities at June 30, 2006 were as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2007 | $ 1,557,936 | 179,214 | 1,737,150 |
| 2008 | 131,875 | 124,984 | 256,859 |
| 2009 | 132,479 | 122,287 | 254,766 |
| 2010 | 86,847 | 120,008 | 206,855 |
| 2011 | 76,452 | 118,768 | 195,220 |
| 2012-2016 | 473,876 | 618,878 | 1,092,754 |
| 2017-2021 | 86,560 | 503,094 | 589,654 |
| 2022-2026 | 901,038 | 419,801 | 1,320,839 |
| 2027-2031 | 885,000 | 243,482 | 1,128,482 |
| Premium/discount | (9,690) | — | (9,690) |
| Total | $ 4,322,373 | 2,450,516 | 6,772,889 |

(Continued)

PR-CCD-0007079

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

Commonwealth appropriation bonds payable outstanding at June 30, 2006 are as follows (expressed in thousands):

| Component unit | Interest rate | Maturity through | Beginning balance | Additions | Reductions | Ending balance | Due within one year |
|---|---|---|---|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority | 5.50% | 2031 | $ 709,276 | — | 2,508 | 706,768 | 2,733 |
| Tourism Company of Puerto Rico | 4% – 6.15% | 2031 | 126,918 | 181 | 572 | 126,527 | 489 |
| Land Authority of Puerto Rico | 4% – 6.15% | 2031 | 161,432 | 3,429 | 1,526 | 163,335 | 718 |
| Government Development Bank of Puerto Rico | 4% – 6.15% | 2031 | 10,339 | — | 95 | 10,244 | 45 |
| Puerto Rico Infrastructure Financing Authority | 4% – 6% | 2031 | 10,651 | — | 98 | 10,553 | 46 |
| Puerto Rico Solid Waste Authority | 1.25% – 5.75% | 2031 | 7,702 | — | 1 | 7,701 | — |
| Total appropriation bonds – component units | | | $ 1,026,318 | 3,610 | 4,800 | 1,025,128 | 4,031 |

Debt service requirements on component units' appropriation bonds payable with fixed maturities at June 30, 2006 were as follows (expressed in thousands):

| | | Principal | Interest | Total |
|---|---|---|---|---|
| Year ending June 30: | | | | |
| 2007 | $ | 4,031 | 55,132 | 59,163 |
| 2008 | | 13,316 | 57,667 | 70,983 |
| 2009 | | 16,027 | 56,840 | 72,867 |
| 2010 | | 15,511 | 57,526 | 73,037 |
| 2011 | | 13,512 | 56,758 | 70,270 |
| 2012-2016 | | 111,428 | 240,832 | 352,260 |
| 2017-2021 | | 159,540 | 192,123 | 351,663 |
| 2022-2026 | | 202,901 | 139,917 | 342,818 |
| 2027-2031 | | 506,914 | 58,652 | 565,566 |
| 2032-2036 | | 2,272 | 41 | 2,313 |
| Deferred loss, net | | (43,295) | — | (43,295) |
| Premium, net | | 22,971 | — | 22,971 |
| Total | $ | 1,025,128 | 915,488 | 1,940,616 |

(Continued)

PR-CCD-0007080

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

Bonds payable outstanding at June 30, 2006 are as follows (expressed in thousands):

| Component unit | Interest rate | Maturity through | Beginning balance (as restated) | Additions | Reductions | Ending balance | Amounts due within one year |
|---|---|---|---|---|---|---|---|
| Government Development for Puerto Rico | 2.10% – 7.50% | 2,037 | $ 1,458,049 | 264,191 | 342,143 | 1,380,097 | 94,111 |
| Puerto Rico Infrastructure Financing Authority | 1.10% – 7.90% | 2,045 | 2,587,892 | 23,848 | 29,483 | 2,582,257 | 30,695 |
| University of Puerto Rico | 3% – 5.75% | 2,030 | 483,272 | — | 17,086 | 466,186 | 20,625 |
| Puerto Rico Municipal Finance Authority | 3.50% – 8.62% | 2,030 | 1,248,977 | 764,128 | 396,541 | 1,616,564 | 114,210 |
| Puerto Rico Ports Authority | 5.00% – 7.30% | 2,021 | 70,260 | 194 | 4,250 | 66,204 | 4,545 |
| Puerto Rico Aqueduct and Sewer Authority | 3.5% – 8.22% | 2,045 | 863,257 | — | 33,899 | 829,358 | 26,641 |
| Puerto Rico Highway and Transportation Authority | 2.25% – 6.50% | 2,045 | 5,834,915 | 1,625,594 | 819,297 | 6,641,212 | 98,520 |
| Puerto Rico Industrial Development Company | 1.50% – 6.71% | 2,028 | 298,541 | 1,889 | 10,458 | 289,972 | 10,458 |
| Puerto Rico Convention Center Company | 4.00% – 5.00% | 2,037 | — | 482,801 | 212 | 482,589 | — |
| Puerto Rico Electric Power Authority | 3.00% – 7.00% | 2,035 | 5,263,374 | — | 106,844 | 5,156,530 | 377,532 |
| Total bonds – component units | | | $ 18,108,537 | 3,162,645 | 1,760,213 | 19,510,969 | 777,337 |

Debt service requirements on component units' bonds payable with fixed maturities at June 30, 2006, were as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2007 | $ 777,337 | 1,127,138 | 1,904,475 |
| 2008 | 536,222 | 966,116 | 1,502,338 |
| 2009 | 552,834 | 952,720 | 1,505,554 |
| 2010 | 545,949 | 927,515 | 1,473,464 |
| 2011 | 568,156 | 1,060,203 | 1,628,359 |
| 2012-2016 | 3,517,386 | 3,865,021 | 7,382,407 |
| 2017-2021 | 3,351,294 | 3,070,840 | 6,422,134 |
| 2022-2026 | 3,534,938 | 2,277,877 | 5,812,815 |
| 2027-2031 | 2,756,850 | 1,926,583 | 4,683,433 |
| 2032-2036 | 2,068,325 | 1,251,417 | 3,319,742 |
| 2037-2041 | 1,474,235 | 600,125 | 2,074,360 |
| 2042-2046 | 402,903 | 312,992 | 715,895 |
| 2047-2051 | 178,653 | — | 178,653 |
| Premium/(discount), net | (754,113) | — | (754,113) |
| Total | $ 19,510,969 | 18,338,547 | 37,849,516 |

125

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

The bonds payable amount of Puerto Rico Infrastructure Financing Authority as of beginning of the year was decreased by approximately $829.3 million, in order to recognize retroactively the effect of a June 30, 2005 defeasance not previously recognized. This is part of the net assets restatements described in note 4.

Several component units have defeased certain revenue bonds by placing the proceeds of new bonds in irrevocable trusts to provide for all future debt service payments on the old debts. Accordingly, the trust accounts' assets and liabilities for the defeased bonds are not included in the statement of net assets. As of June 30, 2006, the following bonds are considered defeased:

|  | | Amount outstanding (In millions) |
|---|---|---|
| Puerto Rico Electric Power Authority | $ | 1,353 |
| Puerto Rico Highway and Transportation Authority | | 1,158 |
| Puerto Rico Infrastructure Finance Authority | | 818 |
| Puerto Rico Municipal Finance Agency | | 441 |
| Puerto Rico Industrial Development Company | | 175 |
|  | $ | 3,945 |

(15) **Guaranteed and Appropriation Debt**

    *(a)* *Guaranteed Debt*

The Commonwealth may provide guarantees for the repayment of certain borrowings of component units to carry out designated projects. At June 30, 2006, the following component unit debts are guaranteed by the Commonwealth (expressed in thousands):

|  | | Maximum guarantee | Outstanding balance |
|---|---|---|---|
| Blended component unit Public Buildings Authority | $ | 3,325,000 | 2,851,121 |
| Discretely presented component units: | | | |
|   Puerto Rico Aqueduct and Sewer Authority | | 801,084 | 692,774 |
|   Port of the Americas Authority | | 250,000 | 23,848 |
|   Government Development Bank for Puerto Rico | | 342,000 | 267,000 |
|     Total | $ | 4,718,084 | 3,834,743 |

126

(Continued)

PR-CCD-0007082

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

The Commonwealth has guaranteed the payments of rentals of its departments, agencies, and component units to PBA, a blended component unit, under various lease agreements executed pursuant to the law that created PBA. Such rental payments include the amounts required by PBA for the payment of principal and interest on the guaranteed debt as authorized by law. The rental commitment to cover principal and interest on the guaranteed debt (excluding premiums and deferred refunding losses) as of June 30, 2006 and for the next five years and thereafter follows (expressed in thousands):

|  | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2007 | $ 56,855 | 152,464 | 209,319 |
| 2008 | 73,057 | 138,934 | 211,991 |
| 2009 | 80,684 | 134,992 | 215,676 |
| 2010 | 86,740 | 128,119 | 214,859 |
| 2011 | 89,455 | 123,273 | 212,728 |
| 2012-2016 | 318,442 | 484,229 | 802,671 |
| 2017-2021 | 397,340 | 488,678 | 886,018 |
| 2022-2026 | 396,700 | 392,901 | 789,601 |
| 2027-2031 | 494,190 | 288,261 | 782,451 |
| 2032-2036 | 593,624 | 188,197 | 781,821 |
| 2037-2040 | 297,400 | 14,263 | 311,663 |
| | 2,884,487 | 2,534,311 | $ 5,418,798 |
| Add (deduct) accreted discount | 37,821 | (37,821) | |
| Unamortized premiums, discounts, and deferred losses, net | (71,187) | — | |
| | $ 2,851,121 | 2,496,490 | |

Rental income of PBA funds amounted to approximately $314 million during the year ended June 30, 2006, of which $173 million was used to cover debt service obligations.

Act No. 45 of July 28, 1994 states that the Commonwealth guarantees the payment of principal and interest of all outstanding bonds at the date the law was enacted and of all future bond issues to refinance those outstanding bonds of PRASA. During December 1995, PRASA issued refunding bonds to refinance all outstanding bonds amounting to approximately $400.3 million. The outstanding balance of these refunding bonds at June 30, 2006, amounted to $277 million. Act No. 140 of August 3, 2000, amended Act No. 45 to extend the Commonwealth guarantee to include the principal and interest payments of the Rural Development Serial Bonds and the loans under the State Revolving Fund Program (SRFP) outstanding at the effective date of Act No. 140, and of all future bonds and SRFP loans that may be issued until June 30, 2005. Act No. 386 of September 21, 2004, extended the Commonwealth guarantee to June 30, 2010. The outstanding balance of the Rural Development Serial Bonds and SRFP loans at June 30, 2006, amounted to $208 million and $188 million, respectively.

(Continued)

PR-CCD-0007083

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

The Commonwealth guarantees the Adjustable Refunding Bonds, Series 1985, issued by GDB, a discretely presented component unit. The outstanding balance of these bonds amounts to $267 million at June 30, 2006. The Puerto Rico Housing Bank, a former component unit of the Commonwealth, which merged with and into GDB during 2002, insured mortgages granted to low- and moderate-income families through its mortgage loan insurance program. The Commonwealth guarantees up to $75 million of such mortgage loans. As of June 30, 2006, the mortgage loan insurance program was insuring loans aggregating $480.5 million. Currently, the Commonwealth has not been called to make any direct payments pursuant to these guarantees.

At various times during fiscal years ended 2005 and 2006, the Port of the Americas Authority, currently a unit of the Puerto Rico Infrastructure Financing Authority, entered into bond purchase agreements with GDB, whereby GDB agreed to disburse to the Port of the Americas Authority from time to time certain bond principal advances up to a maximum aggregate principal amount of $70 million (Port of the Americas Authority 2005 Series A Bond), $40 million (Port of the Americas Authority 2005 Series B Bond) and $140 million (Port of the Americas Authority 2005 Series C Bond). The proceeds of the bonds are to be used to finance the cost of development and construction of the Port of the Americas. The aggregate unpaid principal balance of all outstanding bond principal advances shall be payable in full on January 1, 2015. The principal amount may be paid with any of the following: a long-term bond issuance once the projects is completed, other revenue of the Port of the Americas Authority or legislative appropriations as established in Act 409 of September 22, 2004 (Act No. 409). Principal and interests payments are guaranteed by the Commonwealth of Puerto Rico by Act No. 409. As of June 30, 2006, the principal outstanding under those bond purchase agreements amounted to $23.8 million.

(Continued)

PR-CCD-0007084

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

*(b)* *Appropriation Debt*

At June 30, 2006, the outstanding balances of debt payable by Commonwealth appropriations, which are included in the individual financial statements of the following discretely presented component units, are as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Aqueduct and Sewer Authority | $ 1,213,449 |
| Special Communities Perpetual Trust | 425,107 |
| Puerto Rico Land Administration | 163,335 |
| Puerto Rico Convention Center District Authority | 154,846 |
| Puerto Rico Tourism Company | 126,527 |
| Puerto Rico Housing Finance Authority (as a blended component unit of GDB) | 119,489 |
| Puerto Rico Solid Waste Authority | 97,127 |
| Agricultural Services and Development Administration | 62,578 |
| Puerto Rico Industrial Development Company | 43,403 |
| Puerto Rico Electric Power Authority | 41,708 |
| Institute of Puerto Rican Culture | 21,341 |
| Puerto Rico Infrastructure Financing Authority | 14,743 |
| Government Development Bank for Puerto Rico | 10,244 |
| University of Puerto Rico | 8,212 |
| National Parks Company of Puerto Rico | 6,831 |
| Other Governmental entities | 3,473 |
| Total | $ 2,512,413 |

129

(Continued)

PR-CCD-0007085

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

**(16) Conduit Debt Obligations and No-Commitment Debt**

From time to time, certain of the Commonwealth's component units issue revenue bonds to provide financial assistance to private-sector entities for the acquisition and construction of transportation, environmental, industrial, tourism, educational, and commercial facilities, deemed to be in the public interest and that are expected to provide benefits to Puerto Rico. These bonds are secured by the property financed and are payable solely from payments received on the underlying mortgage loans. Upon repayment of the bonds, ownership of the acquired facilities is retained by the private-sector entity served by the bond issuance. Neither the Commonwealth nor any political subdivision or component unit thereof is obligated in any manner for the repayment of the bonds. Accordingly, the bonds are not reported as liabilities in the basic financial statements of the issuing entities. As of June 30, 2006, conduit debt obligations consisted of the following bonds issued by component units (expressed in thousands):

| Issuing entity | | Issued since inception to date | Amount outstanding |
|---|---|---|---|
| Discretely presented component units: | | | |
| Puerto Rico Ports Authority | $ | 155,410 | 155,410 |
| Puerto Rico Highway and Transportation Authority | $ | 270,000 | 155,369 |
| Government Development Bank for Puerto Rico | $ | 663,000 | 641,000 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | $ | 5,973,000 | 1,677,000 |

**(a) Puerto Rico Ports Authority (PRPA)**

PRPA issued Special Facilities Revenue Bonds under the provisions of two trust agreements between PRPA and a private bank. The proceeds from the sale of the bonds were used to finance the construction, acquisition of equipment, and improvement of certain facilities at Luis Munoz Marin International Airport, for the benefit of a major private airline. The property is owned by PRPA and leased to the private company. Pursuant to the agreements between PRPA and the private company, the bonds will be paid from the rent collected from the airline in amounts sufficient to pay principal, premium (if any), and interest on the bonds. The airline has guaranteed these payments.

**(b) Puerto Rico Highways and Transportation Authority (PRHTA)**

In March 1992, PRHTA issued Special Facility Revenue Bonds for approximately $117 million for the construction of a toll bridge. The proceeds from the sale of these bonds were transferred by PRHTA to a private entity, Autopistas de Puerto Rico (Autopistas), pursuant to a signed agreement for the construction, transfer, and operation of the bridge. On October 2003, the PRHTA issued Special Facility Revenue Refunding Bonds, 2004 Series A amounting to approximately $153 million for the purpose of refunding the Authority's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the Bridge, and to pay the cost of issuance of the bonds. The bonds shall be paid from the proceeds received by Autopistas from the operation of the bridge.

130 (Continued)

PR-CCD-0007086

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

Under certain circumstances, the concession agreement may be terminated and the Authority is then obligated to assume all of the Autopista's obligation to pay principal of and interest, which pursuant to the signed agreement will be paid from the net revenues of the use and operation of the Bridge. The Authority does not currently expect the concession agreement to terminate. The outstanding bonds (including accrued interest) at June 30, 2006 amounted to approximately $155.4 million.

*(c)* **GDB**

The GDB, through its Housing Finance Authority, issued $663 million in Capital Fund Program Bonds Series 2003 to Fund PHA in its financing of improvements to various public low and moderate-income housing projects. Certain of the obligations issued are considered no-commitment debt and are excluded, along with the related assets held in trust, from the accompanying basic financial statements. These bonds are limited obligations of the Housing Finance Authority, which will be paid solely from an annual allocation of Public housing capital funds when received from the U.S. Department of Housing and Urban Development, accordingly, these bonds are considered no-commitment debt. The outstanding balance of these bonds amounted to $641 million at June 30, 2006.

*(d)* **AFICA**

The revenue bonds of AFICA are used to finance facilities for environmental control, development of industrial and commercial companies, tourism projects, hospitals, and educational facilities. Pursuant to the loan agreements, the proceeds from the sales were borrowed by corporations and partnerships operating in Puerto Rico. The bonds are limited obligations of AFICA and, except to the extent payable from bond proceeds and investment thereof, will be payable solely from and secured by a pledge and assignment of the amounts payable under the loan agreements between AFICA and each borrower. Furthermore, payment of the principal and interest on the revenue bonds is unconditionally guaranteed by each of the borrowers, their parent companies, or letters of credit from major U.S. banks or U.S. branches of international banks.

**(17) Risk Management**

The risk management program of the Commonwealth and most of its discretely component units are described in note 1(y). The following describes the risk management programs separately administered by certain discretely presented component units.

*(a)* **UPR**

The UPR is exposed to various risks of loss related to torts; theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. The UPR carries commercial insurance for these risks of loss. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

Under Act No. 98 of August 24, 1994, the responsibility of UPR on medical malpractice claims is limited to a maximum amount of $75,000 per person, or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Self-insured risks liabilities are reported when it is probable that a loss has occurred and the amount of the loss can be reasonably estimated. Liabilities include an amount for claims that have been

(Continued)

PR-CCD-0007087

Case:17-03283-LTS Doc#:478-23 Filed:02/24/18 Entered:02/24/18 28:19:25 Desc:
Exhibit 20 (Part III of III) Page 249 of 1000
Exhibit 20 (Part III of III) Page 249 of 1000

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

incurred but not reported. Because actual claims liabilities depend on such complex factors as inflation, changes in legal doctrines, and damage awards, the process used in computing claim liabilities does not necessarily result in an exact amount. Claim liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors.

Changes in the claim liabilities amount for the two most recent fiscal years were as follows (expressed in thousands):

|  | 2006 | 2005 |
|---|---|---|
| Claims payable at beginning of year | $ 20,260 | 13,598 |
| Incurred claims and changes in estimates | 27,378 | 27,299 |
| Net payments for claims and adjustment expenses | (29,306) | (20,637) |
| Claims payable at end of year | $ 18,332 | 20,260 |

Claims payable are reported as accounts payable and accrued liabilities in the accompanying statement of net assets.

*(b)* **PREPA**

PREPA is exposed to various risks of losses related to torts; thefts of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. PREPA obtains insurance policies covering all-risk property (excluding transmission and distribution lines), boiler and machinery, and public liability. The all-risk property and boiler and machinery policies have a combined coverage of $650 million per occurrence. The policies' self-retention in case of earthquake and windstorm losses is $25 million and $2 million for all other covered risks. The public general liability policy covers property damage and bodily injury to third parties with a $75 million aggregate limit in excess of the self-retention limit of a $1 million occurrence.

In addition, PREPA is self-insured for damage to its transmission and distribution lines. Transmission and distribution lines amounted to approximately $3.4 billion at June 30, 2006. PREPA's self-insurance fund provides for its self-insurance risk. This fund represents principally net assets and restricted assets set aside for self-insurance amounting to approximately $65.1 million as of June 30, 2006.

132

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

PREPA has a cost plus health insurance program covering substantially all its employees. PREPA contracted an administrator for the processing, approval, and payment of claims at cost plus an administrative fee. The accrual includes claims processed and an estimate for claims incurred but not reported. Changes in the balances of the health insurance program and other self-insurance risks for the two most recent fiscal years were as follows (expressed in thousands):

|  | 2006 | 2005 |
|---|---|---|
| Claims payable at beginning of year | $ 32,603 | 31,640 |
| Incurred claims | 130,755 | 127,207 |
| Claim payments | (119,306) | (126,244) |
| Claims payable at end of year | $ 44,052 | 32,603 |

Claims payable is reported as accounts payable and accrued liabilities in the accompanying statement of net assets.

*(c)* *PRASA*

PRASA is exposed to various risk losses related to torts; thefts of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. Under the property insurance program, PRASA has $300 million blanket insurance on all real and personal property. The deductible for windstorm and flood is 2%, and 5% for earthquake with a maximum amount of $7.5 million and $3 million for flood. For property in transit, the deductible is $150,000 per occurrence. This policy has a general limit of $10 million per occurrence.

The comprehensive general liability and automobile liability have basic limits of $2 million and the umbrella is $20 million in excess of $3 million, per occurrence. Also, there is an excess of loss coverage of $45 million for losses in excess of $28 million. In the past three years, PRASA has not settled claims in excess of insurance coverage.

(Continued)

PR-CCD-0007089

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

*(d)* **SIFC**

SIFC provides workers' compensation insurance to public and private employees. This insurance covers workers against injuries, disability, or death because of work or employment-related accidents, or because illness is suffered as a consequence of their employment. SIFC establishes liabilities for estimated incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid benefits and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

|  | | 2006 | 2005 |
|---|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ | 733,762 | 772,827 |
| Total incurred benefits | | 380,629 | 403,866 |
| Total benefit payments | | (417,469) | (442,931) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ | 696,922 | 733,762 |

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liabilities for automobile accident insurance and workmen compensation claims in the accompanying statement of net assets.

The liability for compensation benefits is based on historical claims experience data, assumptions and projections as to future events, including claims frequency, severity, persistency, and inflationary trends determined by an independent actuary. The actuarial study also included estimates for medical benefits, benefit adjustment expenses, and reimbursement of premiums. The assumptions used in estimating and establishing the liabilities are reviewed annually based on current circumstances and any adjustments resulting thereof are reflected in operations in the current period.

*(e)* **AACA**

AACA operates a system of compulsory insurance for vehicles licensed to be used on public roads and highways in Puerto Rico. This insurance covers death and bodily injuries caused by automobile accidents. The annual premium is $35 per motor vehicle.

(Continued)

PR-CCD-0007090

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

The following table provides a reconciliation of the beginning and ending liability for the future benefits for the two most recent fiscal years (expressed in thousands):

|  | 2006 | 2005 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ 107,817 | 109,845 |
| Total incurred benefits | 64,835 | 58,524 |
| Total benefit payments | (58,264) | (60,552) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ 114,388 | 107,817 |

The liability for future benefits is reported as liability for automobile accident insurance and workmen compensation claims in the accompanying statement of net assets. AACA has recorded this liability, including administrative expenses for claim processing, based on the results of actuarial reports prepared by independent actuaries, determined under two different methods. Death, funeral, disability, dismemberment, and the basic medical hospitalization liabilities were determined using a triangulation method. The extended benefits medical hospitalization reserve uses a regression methodology to predict the ultimate incurred claims for each incurred calendar quarter. Additionally, assumptions are made about the mortality rates of the extended benefit claimants, recognizing the impact of their traumatic injuries on life span.

Changes in the ultimate liabilities for benefit payments may be required as information develops which varies from experience, provides additional data, or, in some cases, augments data, which previously were not considered sufficient for use in determining the claim liabilities.

## (18) Commitments and Contingencies

### Primary Government

The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended, persons are authorized to sue the Commonwealth only for causes of actions set forth in said act to a maximum amount of $75,000 or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the payment of such judgments.

With respect to pending and threatened litigation, excluding the litigation mentioned in the following paragraphs, the Commonwealth reported approximately $306 million as an amount to cover for awarded and anticipated unfavorable judgments at June 30, 2006. This amount was included as other long-term liabilities in the accompanying statement of net assets, and represents the amount estimated as probable liability or a liability with a fixed or expected due date that will require future available financial resources for its payment. The amounts claimed exceed $9 billion; however, the ultimate liability cannot be presently

135                                                                                   (Continued)

PR-CCD-0007091

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

determined. It is the opinion of management that the claims are excessive and exaggerated. Management believes that the ultimate liability in excess of amounts provided, if any, would not be significant.

The Commonwealth is also a defendant in a lawsuit filed in a local district court by an association of primary care health centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health of the Commonwealth since 1997. In June 2004, the First Circuit Court of San Juan determined that the Commonwealth must return these funds. The Commonwealth appealed this decision. As of June 30, 2006, the Commonwealth accrued $55 million for this legal contingency.

The Commonwealth is a defendant in a class action presented by parents of special education students in the areas of education and health care. In October 2006, the San Juan Court of Appeals decided in favor of the parents' request to include damage claims pursuant to the same class action case although not as a remedy in the class action per se. The court now may award damages to the members of the class action and to do so it may look at the claims by dividing them into groups or consider each case individually. This will require that the parents prove the damages suffered. The Commonwealth plans to defend vigorously each individual case. As of June 30, 2006, the Commonwealth accrued $440 million for this legal contingency.

The Commonwealth receives financial assistance from the federal government in the form of grants and entitlements. Receipt of grants is generally conditioned upon compliance with terms and conditions of the grant agreements and applicable federal law and regulations, including the expenditure of resources for eligible purposes. Substantially all grants are subject to audit under Circular A-133 of the Office of Management and Budget of the United States of America (OMB Circular A-133), all of which are performed at the individual agency level. Disallowance as a result of these audits may become liabilities of the Commonwealth. At June 30, 2006, based on an evaluation of pending federal disallowances, the Commonwealth has recorded approximately $53 million as other long-term liabilities in the accompanying statement of net assets. Expenditures that are still subject to audit could be disallowed but management believes any such future disallowances would not be material to the basic financial statements.

Construction commitments at June 30, 2006, entered by PBA, amounted to approximately $274 million. In addition, the Commonwealth's construction commitments for public housing facilities amounted to approximately $239 million at June 30, 2006.

On November 23, 1998, a global settlement agreement (the Agreement) was entered into by and between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The Agreement calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies are to continue making contributions in perpetuity. Pursuant to Act No. 173 of July 30, 1999, which created the Children's Trust (a blended component unit), the Commonwealth assigned and transferred to The Children's Trust all payments that the Commonwealth is entitled to receive under the Agreement. Payments received under the Agreement and recognized as revenue during the year ended June 30, 2006, amounted to approximately $65.6 million.

(Continued)

PR-CCD-0007092

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

Following is a summary of estimated payments to be received by The Children's Trust through the year ending June 30, 2025 (expressed in thousands):

| Year ending June 30: | | |
|---|---|---|
| 2007 | $ | 92,634 |
| 2008 | | 94,017 |
| 2009 | | 95,624 |
| 2010 | | 96,626 |
| 2011 | | 97,500 |
| 2012-2016 | | 487,500 |
| 2017-2021 | | 487,500 |
| 2022-2025 | | 381,106 |
| Total | $ | 1,832,507 |

At June 30, 2006, The Children's Trust, a blended component unit of the Commonwealth, had approved commitments to provide assistance to several entities through 85 contracts with balances amounting to approximately $104 million.

### *Discretely Presented Component Units*

In the normal course of their operations, the various component units are subject to guarantees, actions brought by third parties seeking damages or entering into commitments. Such actions are disclosed in the separately issued reports of the component units, some of which are summarized below:

*(a)* **GDB**

At June 30, 2006, GDB has financial guarantees for public entities for approximately $125 million and for private sector of approximately $29 million. In addition, stand by-letters of credit to public entities were approximately $113 million and to private sector were approximately $126 million. Commitments to extend credit to public entities were approximately $3.5 billion and to private sector were approximately $22 million.

GDB enters into sales of securities under agreements to repurchase. These agreements generally represent short-term debts and are presented as a liability in the statement of net assets. The securities underlying these agreements are usually held by the broker, or its agent, with whom the agreement is transacted. As of June 30, 2006, there were agreements outstanding for $515 million and during the year the average amount outstanding was approximately $508 million, the maximum amount outstanding at any month-end was approximately $610 million, and the weighted average interest rate for the year and at year-end was approximately 4.01% and 4.69%, respectively.

GDB issues commercial paper in the U.S. taxable and tax-exempt commercial paper markets, the Eurodollar commercial paper market, and to corporations that have tax exemption under the Commonwealth's Industrial Incentives Act. Commercial paper represents unsecured obligations of GDB. The carrying amount of commercial paper at June 30, 2006 was approximately $1.2 billion.

(Continued)

PR-CCD-0007093

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

At June 30, 2006, GDB had outstanding interest rate swap agreements with other financial institutions in the aggregate notional amounts of $1.3 billion, having a fair value (payable position) of approximately $39 million. GDB is exposed to credit loss in the event of nonperformance by the other parties to swap agreements. However, GDB does not anticipate nonperformance by counterparties.

On August 6, 2003, GDB initiated foreclosure on the mortgage note it holds as collateral for the guarantee on the AFICA Cayo Largo bonds. The indenture of the bonds requires the repayment of the bonds before the execution of the mortgage note. Therefore, in order to execute the mortgage note, GDB called the outstanding balance of the bonds. Said bonds amounted to $75.6 million. Resulting from the above-mentioned foreclosure proceedings, several of the principals of the Cayo Largo Hotel development (Cayo Largo Resort Associates, Cayo Largo Hotel, and D. Group Equity Holdings) have counterclaimed by filing complaints for alleged damages and breach of contract by GDB aggregating to approximately $210 million. In addition, United States Fidelity and Guaranty Company (the Insurer) has filed an action to obtain a declaration that it is not bound to perform under the performance and payment bond executed in connection with the constructions and development of the project. Management believes that the ultimate outcome of all the counterclaims and other actions will not be material.

*(b)* **PRHTA**

PRHTA has entered into a System and Test Track Turnkey Contract (STTT Contract) with Siemens Transportation Partnership Puerto Rico, S.E., Juan R. Requena y Asociados, and Alternate Concepts, Inc. for the purpose of operating and maintaining the urban train system known as "Tren Urbano". The STTT Contract became effective during 2005 upon the execution of the contract for an initial term of five years with an option by PRHTA to extend the term for an additional five years. The compensation is based on a schedule included in the master agreement which approximates $4 million on a monthly basis. The total estimated annual operation and maintenance cost including cost of insurance and electricity for the first year of operations is approximately $40.5 million.

During 2001, a number of contractors presented claims related to the PRHTA's Urban Train project. These contractors' claims, which are at various stages of analysis to reach a final resolution, amount to $289 million. From this amount, $166 million has been categorized as merited claims and most of it settled. The outstanding balance of this claim at June 30, 2006 amounted to $3.1 million, which has been accrued in the accompanying statement of net assets.

In connection with the responsibilities of the PRHTA for mass transportation systems, the Metrobus project was developed. The project consists of bus operations in part of the San Juan metropolitan area named Metrobus I, which operations are conducted by First Transit, a private company, under an agreement of $2.8 million, which will expire on December 31, 2006. In addition, the project consists of bus operations between Bayamón and Stop 18 named Metrobus II, which operations are conducted by the Metropolitan Bus Authority (MBA), a public corporation, under a thirty-six month agreement of $13.5 million, which expires on December 31, 2006.

On January 28, 2004, the PRHTA amended the MBA service contract for the purpose of adding certain additional routes to the mass transportation system. This service contract amounting to $22.1 million with a term of thirty-six months expires on December 31, 2007.

138 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

During 1995, MBA entered into a contract agreement with the PRHTA to operate and maintain one of Metrobus' routes from Río Piedras to Old San Juan, provide service for Paratransit and maintain the transfer stations. This contract is renewable every year with an increase of 6% over the last year contract amount. The total amount of this contract is approximately $1 million and expires on June 30, 2007.

*(c)*  **PREPA**

In May 1998, the Municipality of Ponce filed a complaint against PREPA in the San Juan Superior Court requesting the payment by PREPA of the full contributions in lieu of taxes (CLT) and electric energy sales set aside in prior fiscal years. The complaint challenges the application of the "Net Revenues" used by PREPA in making deposits to certain funds required under the 1974 Bond Indenture Agreement and under a prior trust indenture (now terminated) for the purposes of paying costs of capital improvements. The Municipality of Ponce seeks a payment from PREPA in the amount by which the amount available to pay contributions in lieu of taxes and electric sales set aside to the Municipality of Ponce has been reduced as a result of such application. PREPA understands that the enabling act which created PREPA (the Act) provides that the contributions in lieu of taxes and electric energy sales set aside are only payable after complying with PREPA's deposit obligations under the 1974 Agreement and the prior indenture and that short falls do not carry forward as future liabilities of PREPA as described above.

On April 14, 2003, PREPA made a settlement offer consisting of a payment in cash of $68 million and $57 million for electric infrastructure projects in the municipalities. As part of the settlement agreement, the municipalities supported an amendment to the Act that was proposed by PREPA, that the amount payable to municipalities be calculated based on a percentage of the net revenues defined on the 1974 Bond Indenture Agreement. Prior to fiscal year 2005, 76 of the 78 municipalities of Puerto Rico had accepted the settlement receiving an aggregate amount of $63.6 million. During fiscal year 2005, the remaining two municipalities accepted the settlement offer, receiving $4.4 million. The settlement required PREPA to submit legislation to change the CLT calculation. The new law signed in August 2004 included a transition clause regarding the $68 million payment, stating that this amount was a special CLT that the accepting municipalities would receive with financing provided by GDB. The debt to GDB is guaranteed with the CLT. In connection with the same litigation, GDB approved a line of credit of $57 million, for electric infrastructure projects on municipalities. As of June 30, 2006, PREPA has drawn $34.9 million.

In October 1994, PREPA signed a contract with AES Puerto Rico, L.P. (AES) to purchase power of approximately 454 megawatts generated from a coal fluidized bed combustion facility. The term of the agreement is for 25 years. This project commenced operations in November 2002. In March 1995, PREPA also signed a contract with EcoElectrica, L.P. (EcoElectrica) to purchase power of approximately 507 megawatts from a gas-fired combined cycle power plant. The term of the agreement is for 22 years. This project has been in operation since 2000.

In June 2004, the Office of the Comptroller of the Commonwealth of Puerto Rico issued a report stating that PREPA overcharged its clients by approximately $49.8 million and should reimburse this amount to such clients. After this report was made public, two lawsuits were filed by customers of

PR-CCD-0007095

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

PREPA demanding the reimbursement of such alleged overcharges. PREPA denies that any overcharges have been made.

### (d) PRIFA

The law that created PRIFA (as amended) requires that the first $70 million up to fiscal year 2006, and the first $90 million in each fiscal year thereafter through 2052, of federal excise taxes received by the Commonwealth be transferred to PRIFA for deposit to PRIFA's infrastructure fund (the Infrastructure Fund). Federal excise taxes consist of taxes received by the Commonwealth from the United States in connection with rum and other articles produced in Puerto Rico and sold in the United States that are subject to federal excise tax.

A related trust agreement requires PRIFA to deposit to the credit of a sinking fund the federal excise taxes and other moneys deposited to the credit of the Infrastructure Fund in such amounts as are required to meet debt service requirements with respect to the bonds. Rum is the only article currently produced in Puerto Rico subject to federal excise tax, the proceeds of which are required to be transferred from the federal government to the Commonwealth.

The federal excise taxes securing the bonds are subject to a number of factors, including the continued imposition and remittance of such taxes to the Commonwealth and conditions affecting the Puerto Rico rum industry. If the federal excise taxes received by the Commonwealth in any fiscal year are insufficient to deposit the amount required by the law into the Infrastructure Fund, the law that enacted PRIFA requires that PRIFA request and the director of the OMB include in the annual budget of the Commonwealth for the corresponding fiscal year an appropriation necessary to cover such deficiency. The Commonwealth's Legislature, however, is not legally obligated to make the necessary appropriation to cover such deficiency.

### (e) PRTA

PRTA, through its subsidiary PRTA Holdings, holds shares of Telecomunicaciones de Puerto Rico, Inc. (TELPRI). TELPRI is the Puerto Rico corporation that was organized for the purpose of acquiring the stock of Puerto Rico Telephone Company (PRTC) and Celulares Telefonica (CT) from PRTA in connection with the sale transaction of March 2, 1999, where a subsidiary of Verizon, Popular, Inc., and TELPRI's employee stock ownership plan acquired 57% of TELPRI and completed the privatization of PRTC and CT. It is contemplated that all shares of TELPRI held by PRTA Holdings will be sold in public offerings and private placements, and all dividends and proceeds received from the sale of the shares will be distributed to the ERS. The PRTA's 43% investment in TELPRI was carried on the equity method of accounting through December 28, 2000. Although the ownership of the common stock of PRTA Holdings entitles PRTA to the voting right over TELPRI shares, no carrying value is recorded for its investment after the transfer of PRTA Holdings preferred stock to the Retirement System on December 28, 2000, since such preferred stock entitles the Retirement System to all the economic benefits of the investments in TELPRI.

Verizon delivered a notice of claim for indemnity to PRTA related to certain alleged actions of PRTA that occurred before the closing of the sale transaction described above. The amount of indemnity sought by Verizon is approximately $105 million, related to several matters including PRTC's exposure to a potential reduction in tariffs or required rebate to clients as a result of an

140 (Continued)

PR-CCD-0007096

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

adverse decision by the Federal Communications Commission (FCC) on a regulatory matter. The FCC's decision has been appealed by PRTC and the FCC denied such request. In June 2000, PRTA requested Verizon to provide additional information that would enable it to evaluate the merit of claims made; however, the additional information has not been submitted. Additionally, in connection with the privatization, the PRTA agreed to indemnify, defend, and hold TELPRI harmless for specified litigation in excess of $50 million in the aggregate.

Management believes that the final resolution of the legal cases will not have a material adverse effect on the financial position and results of operations of PRTA.

*(f)*   ***PCSDIPRC***

PCSDIPRC provides insurance coverage over the stocks and deposits of all the cooperatives and the Federation of Cooperatives of Puerto Rico. The deposit base of the cooperatives approximates $5.9 billion at June 30, 2006.

*(g)*   ***LAPR***

At year-end, LAPR had approximately $28.5 million in accruals to cover the estimated costs related to the liquidation of the Sugar Corporation of Puerto Rico, a blended component unit of LAPR, including, among others: employee severance, pending legal cases, environmental clean up costs, refinery repair costs, and estimated future losses to be incurred. Management believes these accruals to be sufficient; however, given the many uncertainties involved, the ultimate outcome cannot be determined with certainty at this time and the actual liquidation costs could be higher or lower than the estimates made. LAPR is also a defendant in various claims amounting to approximately $161 million. LAPR is in the process of litigating such claims and the ultimate liability, if any, cannot be presently determined.

**Fiduciary Component Unit**

ERS enters into sales of securities under agreements to repurchase. These agreements generally represent short-term debts and are presented as a liability in the statement of net assets. The securities underlying these agreements are usually held by the broker, or its agent, with whom the agreement is transacted. As of June 30, 2006, there were agreements outstanding for $139 million and the weighted average interest rate at year-end was 5.07%.

**Environmental Commitments and Contingencies**

The following component units' operations include activities that are subject to state and federal environmental regulations:

•   **PREPA** – Facilities and operations of PREPA are subject to regulations under numerous federal and Commonwealth environmental laws, including the Clean Air Act, Clean Water Act, and the National Pollutant Discharge Elimination System (NPDES). In February 1992, the U.S. Environmental Protection Agency (EPA) performed an inspection of various facilities of PREPA and became aware of deficiencies in different areas, principally air opacity; water quality; spill prevention control and countermeasures; and underground storage tanks. As a result, PREPA agreed to, among other things,

141                                                                                              (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

make certain capital improvements, undertake supplemental environment project (SEPs), and use fuel oil not exceeding certain predetermined levels of sulfur, vanadium, and asphalt in its content.

- **PRASA** – Facilities and operations of PRASA's water and sewer system are subject to regulation under numerous federal and Commonwealth environmental laws. Under agreements with the federal government, acting on behalf of EPA, PRASA and the Commonwealth are subject to consent decrees to enforce compliance with environmental laws. During the year ended June 30, 2006, noncompliance penalties amounted to $18.4 million. In addition, PRASA has committed to perform environmental projects, in lieu of penalties, in the amount of $120 million as of June 30, 2006.

- **PRSWA** – Is currently involved in the implementation and development of the Infrastructure Regional Plan for Recycling and Disposal of Solid Waste in Puerto Rico. As of June 30, 2006, PRSWA has no insurance coverage for environmental risks and management believes that, at this time, there is no sufficient information available to determine the potential amount of related losses, if any, and no provision for losses has been made in the PRSWA's financial statements. Nevertheless, preventive infrastructure has been constructed and operational plans have been developed to minimize any possible impact or events that could occur.

- **PRIDCO** – Financial responsibility for cleanup costs has been and/or is being undertaken by the industrial potential responsible parties (PRPs) at the two Comprehensive Environmental Response Compensation and Liability Act of 1980 (CERCLA) sites (Vega Alta and Guayama), where the federal government named PRIDCO as a PRP solely for being a part owner of both sites. PRIDCO's participation in the site remediation efforts to date has been limited to providing in-kind support to the industrial PRP's implementation of the cleanup programs and, consequently, has not involved any cash disbursements to the federal government or the industrial PRP groups. Under CERCLA and its regulations, liability for the cleanup costs and damage to natural resources and any assessment of health effects may be imposed on the present and past owners or operators of a facility from which there was a release of hazardous substances. In addition, any person who arranged for the disposal or treatment of hazardous substances at a site from which there was a release may also be liable.

(Continued)

PR-CCD-0007098

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

**Construction Commitments**

As of June 30, 2006, the following component units maintained various unspent construction agreements as follows (expressed in thousands):

| | | |
|---|---|---:|
| Puerto Rico Highways and Transportation Authority | $ | 747,559 |
| Special Communities Perpetual Trust | | 511,670 |
| Puerto Rico Aqueduct and Sewer Authority | | 393,000 |
| Puerto Rico Electric Power Authority | | 350,000 |
| Puerto Rico Infrastructure Financing Authority | | 230,800 |
| University of Puerto Rico | | 144,409 |
| Puerto Rico Ports Authority | | 125,903 |
| Puerto Rico Solid Waste | | 110,722 |
| Puerto Rico Industrial Development Company | | 57,047 |
| Puerto Rico Medical Service Administration | | 14,717 |
| Puerto Rico Conservatory of Music Corporation | | 11,400 |
| Puerto Rico Convention Center District Authority | | 5,733 |
| Fine Arts Center Corporation | | 712 |
| Cardiovascular Center Corporation Puerto Rico and the Caribbean | | 567 |
| Institutional Trust of National Guard | | 149 |
| Total | $ | 2,704,388 |

**(19) Retirements Systems**

The Commonwealth sponsors three contributory pension plans (collectively known as the Retirement Systems), which are reported in the accompanying statement of fiduciary net assets:

- Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities

- The Puerto Rico Judiciary Retirement System

- Puerto Rico System of Annuities and Pensions for Teachers

Each system is independent; thus their assets or liabilities may not be transferred from one system to another or used for any purpose other than to benefit the participants of each system.

The Retirement Systems issue financial reports, which are publicly available and include the basic financial statements, the required trend information, and any other required supplementary information. These reports may be obtained by written request to the corresponding retirement system administrator at the addresses detailed in note 1 of each retirement system's basic financial statements.

*(a) ERS*

**Plan Description**

The System is a cost-sharing multiemployer defined-benefit plan sponsored by the Commonwealth. ERS was created under Act No. 447 (the Act), approved on May 15, 1951, as amended, and became effective on January 1, 1952. ERS covers substantially all full-time employees of: (1) the

143 (Continued)

PR-CCD-0007099

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

Commonwealth's primary government and (2) certain municipalities of Puerto Rico and certain component units of the Commonwealth not having their own retirement systems. Appointed and temporary Commonwealth employees become plan members upon their date of employment. Plan members are eligible for a retirement annuity upon reaching the following age:

| Police and firemen | Other employees |
|---|---|
| 50 with 25 years of credited services | 55 with 25 years of credited services |
| 58 with 10 years of credited services | 58 with 10 years of credited services |

Plan members are eligible for merit annuity with a minimum of 30 years or more of credited service.

On the coordinated plan, a participating employee contributes 5.775% of the monthly salary for the first $550 and 8.275% for the excess over $550. By the time the employee reaches 65 years of age and begins to receive Social Security benefits, the pension benefits are reduced by the following:

- $165 per month if retired with 55 years of age and 30 years of credited service

- $110 per month if retired with less than 55 years of age and 30 years of credited service

- All other between $82 and $100 per month

- Disability annuities under the coordinated plan are also adjusted at age 65 and in some cases are reduced over $165 per month.

On the noncoordinated plan, the participating employee contributes 8.275% of the monthly salary and does not have any change on the pension benefits upon receipt of Social Security benefits.

Death benefits are divided into occupational, nonoccupational, and postretirement. Under the occupational benefits, a surviving spouse may receive an annuity equal to 50% of the participating employee's salary at the date of death and each child may receive $10 per month for minor, or student, up to a maximum benefit per family of 100% of the participating employee's salary at the date of death. If no spouse survives, or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies. Under the nonoccupational benefits, the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death are paid. Under the postretirement benefit, the beneficiary with a surviving spouse and child 18 or under receive up to 50% (60%, if not covered under Title II of the Social Security Act) of the retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $750.

On September 24, 1999, an amendment to the Act, which created ERS, was enacted to establish a defined-contribution plan known as System 2000.

System 2000 became effective on January 1, 2000. Employees participating in the defined-benefit plan system at December 31, 1999, had the option to either stay in the defined-benefit plan or transfer to System 2000. Persons employed on or after January 1, 2000, are only allowed to become members of System 2000.

144

(Continued)

PR-CCD-0007100

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

System 2000 is a hybrid defined-contribution plan, also known as a cash balance plan. Under this new plan, there will be a pool of plan assets, which will be invested by ERS, together with those of the defined-benefit plan. Benefits at retirement age will not be guaranteed by the Commonwealth. The annuity will be based on a formula which assumes that each year the participants' contributions (with a minimum of 8.275% of the participants' salary up to a maximum of 10%) will be invested as instructed by the participant in an account which will either: (1) earn a fixed rate based on the two-year Constant Maturity Treasury Notes; (2) earn a rate equal to 75% of the return of ERS's investment portfolio (net of management fees); or (3) earn a combination of both alternatives. Participants receive periodic account statements similar to those of defined-contribution plans showing their accrued balances. Disability pensions are not being granted under System 2000. The sponsors' contributions (9.275% of the participants' salary) will be used to fund the defined benefit plan.

System 2000 reduces the retirement age from 65 years to 60 for those employees who joined the original plan on or after January 1, 2000.

**Funding Policy**

Contribution requirements, which are established by law and are not actuarially determined, are as follows:

| | |
|---|---|
| Commonwealth and other sponsors | 9.275% of applicable payroll |
| Participants: | |
| Hired on or before March 31, 1990 | 5.775% of monthly gross salary up to $550 |
| | 8.275% of monthly gross salary in excess of $550 |
| Hired on or after April 1, 1990 | 8.275% of monthly gross salary |

*(b)* ***JRS***

**Plan Description**

The JRS is a single-employer defined-benefit plan, which is also administered by the ERS. The system was created under Act No. 12, approved on October 19, 1954. Membership is made up of all judges of the Judiciary Branch of the Commonwealth.

The system provides retirement as well as death and disability benefits. Benefits vest after 10 years of service and upon reaching 60 years of age.

Retirement benefits are determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the last month of compensation.

The retirement annuity, for which the plan participant is eligible, is limited to a minimum of 25% and a maximum of 75% of the average compensation, except for judges of the Supreme Court for whom the annuity is limited to a minimum of 50% and a maximum of 100% of the average compensation.

145

(Continued)

PR-CCD-0007101

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

Death benefits are divided into occupational, nonoccupational, and postretirement. Under the occupational benefits, a surviving spouse may receive an annuity equal to 50% of the participating employee's salary at the date of death and each child may receive $10 per month for each child, minor, or student, up to a maximum benefit per family of 75% of the participating employee's salary at the date of death. If no spouse survives or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies. Under the nonoccupational benefits, the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death is paid. Under the postretirement benefit, the beneficiary with surviving spouse age 60 or over and child 21 or under receive up to 60% of the retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $500.

During 1997, JRS enacted Act No. 177 which provides, effective January 1, 1999, for increases of 3%, every three years, of the pension benefits paid by JRS to those plan participants with three or more years of retirement.

**Funding Policy**

All participants are required to make contributions to the plan equal to 8% of the applicable payroll. The Commonwealth, as sponsor, must contribute 20% of the applicable payroll. Contributions are established by law and are not actuarially determined.

*(c)* **TRS**

**Plan Description**

The TRS is a single-employer defined-benefit plan sponsored by the Commonwealth. All active teachers of the Department of Education of the Commonwealth are covered by the system under the terms of Act No. 91 of March 29, 2004 that superseded Act No. 218 of 1951. Licensed teachers working in private schools may also participate in the system as long as the required employer and employee contributions are satisfied.

The plan provides retirement, death, and disability benefits. Benefits vest after completion of a given number of years of credited service based on age. Benefits are determined by the application of stipulated benefit ratios to the members' average compensation. Average compensation is computed based on the highest three years of compensation recognized by TRS.

The annuity for which a plan member is eligible is limited to a minimum of $300 per month and a maximum of 75% of the average compensation.

*Funding Policy*

Effective January 27, 2000, participant contributions were increased to 9% of their compensation, as provided by Act No. 45 of 2000. The Commonwealth, as sponsor, matches the participants' contributions at a rate of 8.5% of the applicable payroll. Contribution rates are established by law and are not actuarially determined.

146

(Continued)

PR-CCD-0007102

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

Other relevant information on the Commonwealth's Retirement Systems is presented below (as of July 1, 2005, for JRS and ERS, and July 1, 2004 for TRS, for latest valuation date):

*Membership*

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | $ 88,333 | 367 | 27,944 | 116,644 |
| Current employees | 177,054 | 370 | 51,026 | 228,450 |
| Total | $ 265,387 | 737 | 78,970 | 345,094 |

*Annual Pension Cost and Net Pension Obligation (Asset)*

The Commonwealth's annual pension cost and net pension obligation (asset) of the three pension plans for the year ended June 30, 2006, were as follows (expressed in thousands):

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Annual required contributions | $ 564,218 | 9,735 | 220,821 | 794,774 |
| Interest on net pension obligation (asset) | 332,802 | (859) | 40,037 | 371,980 |
| Adjustment to annual required sponsors' contributions | (262,137) | 677 | (39,409) | (300,869) |
| Annual pension cost | 634,883 | 9,553 | 221,449 | 865,885 |
| Statutory sponsors' contributions made | (415,056) | (6,727) | (180,265) | (602,048) |
| Increase in net pension obligation | 219,827 | 2,826 | 41,184 | 263,837 |
| Net pension obligation (asset) at beginning of year | 3,915,316 | (10,111) | 564,479 | 4,469,684 |
| Net pension obligation (asset) at end of year | $ 4,135,143 | (7,285) | 605,663 | 4,733,521 |

The net pension obligation for ERS and TRS, and the net pension asset of JRS of $4,741 million and $7 million, respectively, are recorded in the accompanying statement of net assets.

147

(Continued)

PR-CCD-0007103

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

The annual required contribution was determined by actuarial valuations for each of the pension plans as described below:

| | ERS | JRS | TRS |
|---|---|---|---|
| Date of latest actuarial valuation | July 1, 2005 | July 1, 2005 | July 1, 2004 |
| Actuarial-cost method | Projected unit credit cost | Projected unit credit cost | Entry age normal |
| Amortization method | Level percentage of the projected payroll | Level percentage of the projected payroll | Level percentage closed 5% payroll increase per year |
| Remaining amortization period | 21 years | 21 years | 16 years |
| Amortization approach | Closed | Closed | Closed |

| | ERS | JRS | TRS |
|---|---|---|---|
| Asset-valuation method | Market value | Market value | Market value |
| Actuarial assumptions: | | | |
| Inflation | 3.5% | 3.5% | 3.5% |
| Investment rate of return | 8.5 | 8.5 | 8.5 |
| Projected salary increases per annum | 5.0 | 5.0 | 5.0 |
| Cost-of-living adjustments | None | None | None |

148

(Continued)

PR-CCD-0007104

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

*Three-Year Trend Information*

The three-year trend information is as follows (expressed in thousands):

|  |  | ERS | JRS | TRS |
|---|---|---|---|---|
| Annual pension cost (APC): |  |  |  |  |
| Year ended June 30, 2006 | $ | 634,882 | 9,553 | 221,449 |
| Year ended June 30, 2005 |  | 652,252 | 8,380 | 221,449 |
| Year ended June 30, 2004 |  | 652,252 | 8,380 | 219,168 |
| Percentage of APC contributed: |  |  |  |  |
| Year ended June 30, 2006 |  | 65.0% | 70.0% | 81.0% |
| Year ended June 30, 2005 |  | 60.0 | 77.0 | 82.0 |
| Year ended June 30, 2004 |  | 53.0 | 66.0 | 69.00 |
| Net pension obligation (asset): |  |  |  |  |
| Year ended June 30, 2006 | $ | 4,135,141 | (7,285) | 605,663 |
| Year ended June 30, 2005 |  | 3,915,315 | (10,111) | 564,480 |
| Year ended June 30, 2004 |  | 3,652,617 | (12,021) | 524,770 |

*Schedule of Funding Progress (Required Supplementary Information – Unaudited)*

Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities (expressed in thousands):

| Actuarial valuation date | Actuarial value of assets | Actuarial accrued liability (AAL) | Unfunded AAL (UAAL) | Funded ratio | Covered payroll | UAAL as a percentage of covered payroll |
|---|---|---|---|---|---|---|
| July 1, 2005 | $ 2,327,871 | 12,283,865 | 9,955,994 | 19% $ | 4,125,866 | 241% |
| July 1, 2004 | 2,141,442 | N/A | N/A | N/A | N/A | N/A |
| July 1, 2003 | 1,947,402 | 11,191,357 | 9,243,955 | 17 | 3,334,441 | 277 |

The Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial valuation date | Actuarial value of assets | AAL | UAAL | Funded ratio | Covered payroll | UAAL as a percentage of covered payroll |
|---|---|---|---|---|---|---|
| July 1, 2005 | $ 69,797 | 174,454 | 104,657 | 40% $ | 29,331 | 357% |
| July 1, 2004 | 67,851 | N/A | N/A | N/A | N/A | N/A |
| July 1, 2003 | 61,781 | 166,732 | 104,951 | 37 | 25,711 | 408 |

149

(Continued)

PR-CCD-0007105

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial valuation date | | Actuarial value of assets | AAL | UAAL | Funded ratio | | Covered payroll | UAAL as a percentage of covered payroll |
|---|---|---|---|---|---|---|---|---|
| July 1, 2004 | $ | 2,403,000 | 4,702,000 | 2,299,000 | 51% | $ | 1,294,000 | 178% |
| July 1, 2003 | | 2,143,000 | 4,540,000 | 2,397,000 | 47 | | 1,195,000 | 201 |
| July 1, 2002 | | 2,167,000 | 4,155,000 | 1,988,000 | 52 | | 991,000 | 201 |

On August 12, 2000, Act No. 174 was approved to allow certain ERS participants to be eligible for early retirement upon attaining at least age 55 with 25 years of service, provided they made their election on or before April 1, 2001. Those who elected early retirement under this law will receive monthly benefits of 75% (if 25 or more years of service and age 55, or 30 or more years of service and age 50) or benefits of 65% (if 25 years of service by less than age 55) of their average compensation which is computed based on the highest 36 months of compensation recognized by ERS. In these cases, the sponsor is responsible for contributing to ERS amounts to cover the benefit payments and the sponsor contribution with respect to the participants covered until the participants reach the normal retirement age.

## (20)  Subsequent Events

### Primary Government

In an effort to address the Commonwealth's structural budget imbalance, the Legislature enacted Act No. 117 of July 4, 2006 (Act 117), which amended the Puerto Rico Internal Revenue Code of 1994 to provide, among other things, for a general sales and use tax of 5.5% (the Sales Tax) to be imposed by the Commonwealth. The Act also eliminated the 5% general excise tax imposed on imported goods and the 3.6% general excise tax on goods manufactured in Puerto Rico, and provides certain income tax reductions to taxpayers. The Sales Tax went into effect on November 15, 2006. Act 117 also imposes other measures to address the structural budget imbalance, such as fiscal reform, government reorganization plan, and special income tax rates to certain transactions occurring during the first semester of fiscal year 2007.

In addition, on December 26, 2006 and July 6, 2007, Acts 291 and 56 were enacted to amend Act 91 of May 13, 2006 to create, among other things the Puerto Rico Sales Tax Financing Corporation known by its Spanish acronym "COFINA". This newly created component unit of GDB will have the capacity to issue bonds or other mechanisms to repay or refinance Commonwealth debt obligations payable to GDB with Commonwealth budgetary appropriations referred as extra-constitutional debt. Act 91 also created the Dedicated Sales Tax Fund known by its Spanish acronym FIA Fund, as a separate fund to be administered by GDB. The FIA Fund will generate revenues from collections of the first one percent of the sales tax or a minimum amount, as the defined by law, whichever is greater. Such revenues shall be used for, among other things, paying, refinancing, or restructuring the extra-constitutional debt of the Commonwealth that was outstanding at June 30, 2006. COFINA will administer the FIA Fund and will use the collections of the sales tax to repay or refinance the Commonwealth's extra-constitutional debt, including amounts due GDB and any obligations issued under any financing arrangement.

(Continued)

PR-CCD-0007106

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

On September 8, 2006, PBA executed a loan agreement with GDB for interim financing of its capital improvement program in an amount not to exceed $223.6 million, bearing interest at 1.5% over the cost of the tax-exempt commercial paper issued by GDB

The board of directors of PBA decided to enter into two Swap transactions in order to fix the interest rates on bonds Series J and K to eliminate the risk of increase in interest rates. On August 8, 2006, the PBA entered into the first Swap transaction with the Bank of New York in the notional amounts of the $89 million. The transaction's effective date and termination date is July 2027. The interest rate is a fixed rate of 3.77310%. On September 8, 2006, the PBA entered into another Swap transaction with the Royal Bank of Canada. The notional amount of this transaction was $150 million, with a termination date of July 1, 2006 and a final rate of 3.63907%.

On May 22, 2007, Standard & Poor's Ratings Services lowered its long-term rating on the Commonwealth of Puerto Rico's General Obligation (GO) debt one notch to 'BBB-' from 'BBB', reflecting a long history of structural imbalance and the ongoing difficulties anticipated with further efforts to reduce the accrued deficit. The outlook is stable. Standard & Poor's noted that Puerto Rico's debt, which is already high, is likely to increase. Although a major new revenue source--a 5.5% sales tax--was added in the current fiscal year, balance remains difficult to achieve, requiring expense cuts and use of one-time revenue sources. Gap forecasts suggest that balance will not be achieved until 2010 and those forecasts are based on the expectation of flat expense growth.

### *Component Units*

#### *(a)* *GDB*

Subsequent to June 30, 2006, the Public Finance Corporation, as a blended component unit of GDB, disbursed approximately $303 million to pay the fiscal year 2007 debt service of its no-commitment debt on behalf of the Commonwealth. On October 4, 2006, the Department of Treasury and GDB, as administrator of the Dedicated Sales Tax Fund (known by its Spanish acronym as FIA Fund), entered into a memorandum of understanding whereby the FIA Fund agrees that the payment of principal of and interest on this advance will be paid from collections received by the FIA Fund.

On August 23, 2006, the Housing Finance Authority, another blended component unit of GDB, issued Mortgage-Backed Certificates, 2006 series A (the Certificates) amounting to $166 million. The Certificates are collateralized by certain GNMA and FNMA certificates and mature at various dates through 2030. Proceeds from issuance of the Certificates will be used for the defeasance of certain outstanding debt of the Housing Finance Authority, to fund escrow accounts and reserves for the payment of principal and interest of Certificates, for the payment of related costs of issuance, bond defeasance costs and other expenses, and for general business purposes.

Standard & Poor's lower the GDB rating of 'BBB/A-2' to 'BBB-/A-3' (see more below).

As previously disclosed, on December 26, 2006 and July 6, 2007, Acts 291 and 56 were enacted to amend Act 91 which created, the Puerto Rico Sales Tax Financing Corporation (PRSTFC). The PRSTFC is a newly-created component unit of GDB created by Act 91 for the purpose of financing the payment, retirement or defeasance of the extra-constitutional debt outstanding as of June 30, 2006. Act 91 vested the PRSTFC with all the powers conferred on GDB under its charter (other than

151

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

the power to act as fiscal agent), including the power to issue bonds for its corporate purposes, to the extent required in order for the PRSTFC to carry out the purpose for which was created. The PRSTFC is also known by its acronym in Spanish "COFINA". Act 91 provides that present and future collections of the pledge sales tax be transferred to the FIA Fund to pay, all or part of the extra-constitutional debt outstanding as of June 30, 2006 with the net proceeds of the bonds issued by PRSTFC and with other funds and resources available to the PRSTFC. Act 91 provides that the board of directors of PRSTFC shall consist of the members of the board of directors of GDB.

On July 17, 2007 the PRSTFC issued $2.6 billion Sales Tax Revenue Bonds Series 2007 A and $1.3 billion Sales Tax Revenue Bonds Series 2007 B to provide funds to the Commonwealth to be applied to the repayment of certain of its debt obligations owed to GDB.

(b) *UPR*

On December 13, 2006, the UPR issued $547 million in bonds payable, consisting of Series P for $286 million and Series Q for $260 million. The proceeds from Series P were used principally for the refinancing of portions of previously issued Series M and Series O. The proceeds of Series Q were used principally for the payment of an amount owed on the line of credit with GDB and provided funds to the capital improvement program of the UPR.

The rating on the University of Puerto Rico (UPR) system revenue bonds has been lowered to 'BBB-' from 'BBB'. The outlook is stable. The downgrade reflects the lower rating on the Commonwealth's GO debt and UPR's high and increasing dependence upon the Commonwealth for its revenues. Under Commonwealth Act 2 of 1966, UPR is allocated an amount equal to 9.6% of the average total revenue collected by the Commonwealth during the prior two fiscal years. Appropriations account for about 90% of UPR's operating budget and in fiscal 2006 appropriations from the Commonwealth were $812.6 million, or nearly $13,000 per student.

(c) *PRHTA*

Subsequent to June 30, 2006, PRHTA made an agreement with a commercial bank in which the PRHTA may borrow up to $400 million in a revolving line of credit. The proceeds from the loan will be used to finance the PRHTA's capital improvement program and to repay the amount due to GDB under the line of credit agreement.

The ratings for the Puerto Rico Ports Authority (A-/Stable) and Puerto Rico Highways and Transportation Authority's highway revenue bonds (A-/Stable), transportation revenue bonds (BBB+/Stable), subordinate transportation revenue bonds (BBB/Stable), and special facility revenue refunding bonds, 2003 series A (BBB-/Stable) will not change, despite the lowering of the Commonwealth's rating. Standard & Poor's considers pledged revenues for these credits as fairly insulated. However, further deterioration in the Commonwealth's credit quality could be a rating concern for these transportation credits.

(d) *PREPA*

On July 20, 2006, PREPA and JP Morgan Chase Bank National Association, as Administrative Agent and Issuing Bank, entered into an agreement for a revolving line of credit of $100 million to be used for operational purposes.

PR-CCD-0007108

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

On September 13, 2006, PREPA and Citibank, N.A., as Administrative Agent, entered into an agreement for a revolving line of credit of $400 million to be used for interim financing of a portion of the cost of various projects under its Capital Improvement Program.

On December 22, 2006, PREPA and a syndicate of banks lead by Banco Popular de Puerto Rico, as Administrative Agent, entered into an agreement for a line of credit of $200 million to be used to refund prior lines of credit in use by PREPA. In addition, on that date, PREPA also entered into an eight year annual installment loan agreement with the same syndicate to refinance the outstanding balance of $64 million.

On May 3, 2007, PREPA issued $644 million Power Revenue Bonds, Series TT and $1 billion Power Revenue Refunding Bonds, Series UU. The refunding will allow PREPA to realize savings on its debt service requirements on bonds outstanding under the 1974 Agreement.

On May 30, 2007, PREPA issued $557 million Power Revenue Refunding Bonds, Series VV. The refunding will allow PREPA to realize savings on its debt service requirements on bonds outstanding under the 1974 Agreement.

## (e)   PRASA

On September 8, 2006, PRASA entered into $250 million term loan agreement with various banks. The proceeds were used to repay various lines of credit with GDB and pay costs and fees associated with the term loan.

On December 22, 2006, PRASA entered into a $850 million bond anticipation note agreement with a commercial bank. The proceeds were used to repair various line of credits with GDB and fees associated with the anticipation note.

On January 9, 2007, PRASA entered into a Final Settlement Agreement in which PRASA and Ondeo agreed that PRASA will assume the outstanding claims that have not been resolved as of that date, which include unpaid invoices and legal, environmental, and labor claims that arose during the Service Agreement and Transition Service Agreement period.

PRASA experienced a significant reduction in the financial assistance from the government during the year ended on June 30, 2006. To mitigate the effect of such information or reduction in the financial report, PRASA has implemented a gradual increase process in the water and sewer rates.

## (f)   PRIFA

On September 19, 2006, the PRIFA issued $470 million Special Tax Revenue Bonds, Series 2006, for the purpose of developing the infrastructure necessary for the XXI Central American and Caribbean Games (the Games) to be held in 2010. The proceeds of this issuance will provide for (1) the acquisition, improvements, and construction of sports and other facilities necessary for the Games; (2) the construction of certain capital projects of the Commonwealth instrumentalities and municipalities; and (3) the payment of capitalized interest and cost of issuance of the Series 2006 Bonds. The Series 2006 Bonds were deposited into a Special Construction Fund administered by PRIFA on behalf the applicable benefited entities. The Series 2006 Bonds bear interest at various rates ranging from 4.25% to 5.00% maturing on various dates from July 1, 2010 to July 1, 2046.

PR-CCD-0007109

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2006

Interest is payable semiannually on January 1 and July 1 of each year commencing January 1, 2007. Bonds are secured by a pledge of federal excise taxes and other monies deposited to the credit of the sinking fund.

*(g)* ***PRHIA***

On November 19, 2006, the Governor of the Commonwealth signed the Act No. 249 which creates the Special Workers Health Fund (SWHF). The SWHF is financed by a loan of $253 million from GDB. The loan is guaranteed and will be paid by the State Insurance Fund Corporation (SIF). This act assigns to the PRHIA the amount of $203 million of the SWHF for the fiscal year 2006-2007 for the payment of premiums of the health insurance system. The SIF loan repayment will be funded through annual legislative appropriation.

**(21) Debt Service Deposit Agreements**

On May 26, 2005 (but effective on July 1, 2005), the Commonwealth, PFC, and GDB (together the Commonwealth) and Lehman Brothers Special Financing Inc. (Lehman) entered into Debt Service Deposit Agreements (DSD Agreements), the objective of which was for the Commonwealth to secure an upfront payment in exchange for granting Lehman the rights to earnings generated from eight of its debt service funds. Seven of the funds are associated with the Commonwealth's PFC bonds, presented in the accompanying basic financial statements as Commonwealth appropriation bonds, and one fund is associated with the Commonwealth's general obligation bonds. The upfront payment, which amounted to $82.7 million, was received on May 26, 2005 and equaled the present value of the projected earnings income adjusted for credit timing risks as well as an appropriate amount of compensation for Lehman.

With the upfront payment made as explained above, the Commonwealth will now deliver to Lehman the required and scheduled debt service deposits and Lehman will deliver qualified government debentures which will mature before the next debt service payment date at an amount approximating such next debt service payment. Lehman will attempt to earn sufficient funds on the debt service deposit amounts, less their cost for the qualified government debentures, to make back the $82.7 million over time. At the same time, the Commonwealth will be managing its borrowings and investments by increasing the predictability of its cash flows from earnings on its investments and not for purpose of speculation. The Commonwealth acknowledges that in exchange for the upfront payment received, it is foregoing its right to receive investment earnings on the deposit amounts referred to above in the future and that by accepting the upfront payment, the Commonwealth has minimized the risks resulting from fluctuations in interest rates during the term of the DSD Agreements but also has foregone the possibility of receiving greater returns on such amounts from such fluctuations.

Under the DSD Agreements, the Commonwealth will be exposed to the payment to Lehman of a Termination Amount, as defined in the agreement, principally upon the occurrence of redemption or a defeasance of the related bonds on or prior to the last scheduled deposit date. The amount of the Termination Amount will vary depending on various market conditions, as defined in the DSD Agreements. Under certain market conditions, the Termination Amount owed to Lehman by the Commonwealth may exceed the amount of the original upfront payment received.

The $82.7 million upfront payment received by the Commonwealth was recognized as other revenue for budgetary purposes in 2005; however, under generally accepted accounting principles, such upfront

(Continued)

PR-CCD-0007110

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

payment was deferred and is being recognized proportionally over the future periods the Commonwealth would have otherwise earned such interest earnings. As the effective date of DSD Agreements was July 1, 2005, all of the $82.7 million upfront payment received in 2005 had been recorded as deferred revenue. During fiscal year 2006, approximately $5.8 million was amortized into other revenue in the accompanying statement of revenue, expenditures, and changes in fund balance of the general fund.

**(22) Derivatives**

At of June 30, 2006 the Commonwealth was party to the following interest-rate swap agreements (notional amount and fair value in thousands).

| Date | Notional amount | Floating rate indicator (pays) | June 30, 2006 Receives Type | Rate | June 30, 2006 Pays Type | Rate | Maturity date | Fair value June 30, 2006 |
|------|-----------------|-------------------------------|-------------------|------|-----------|------|---------------|--------------------------|
| April 13, 2004 | $ 55,925 | LIBOR | Fixed | 3.3080% | Variable | 3.4403% | May 27, 2021 | $ 1,257 |
| April 13, 2004 | 56,000 | LIBOR | Fixed | 3.5820 | Variable | 3.4403% | June 27, 2024 | 443 |
| April 13, 2004 | 56,000 | LIBOR | Fixed | 3.5590 | Variable | 3.3569 | June 29, 2027 | (459) |
| April 13, 2004 | 55,975 | LIBOR | Fixed | 3.5750 | Variable | 3.3535 | June 29, 2028 | (544) |
| April 13, 2004 | 19,290 | LIBOR | Fixed | 3.5700 | Variable | 3.3303 | June 29, 2029 | (170) |
| April 13, 2004 | 30,710 | LIBOR | Fixed | 3.5700 | Variable | 3.3535 | June 29, 2029 | (273) |
| April 13, 2004 | 50,000 | LIBOR | Fixed | 3.5730 | Variable | 3.3590 | June 29, 2029 | (464) |
| April 13, 2004 | 61,975 | LIBOR | Fixed | 3.5740 | Variable | 3.3568 | June 29, 2029 | (551) |
| April 13, 2004 | 62,000 | LIBOR | Fixed | 3.5090 | Variable | 3.3034 | June 29, 2029 | (380) |
| June 21, 2006 | 1,273,778 | 3 m LIBOR | 3 m LIBOR X .67 | 3.0820 | BMA | 3.9700 | July 1, 2035 | (18,916) |
|  |  | BMA | Fixed | 0.0441 |  |  |  | (6,305) |
|  | $ 1,721,653 |  |  |  |  |  |  | (26,362) |

The purpose of the interest rate agreements issued on April 13, 2004 in the notional amount of $448 million was to hedge the Commonwealth's variable rate debt exposure and the interest rate risks associated therewith in relation to the Puerto Rico Public Improvement Refunding Bonds, Series 2004 B.

On June 21, 2006 (with effective date of July 1, 2006), the Commonwealth entered into a basis swap agreement in the notional amount of $1.3 billion with an amortization schedule matching the long-term maturities of outstanding general obligation and refunding bonds issued in various years from 1998 to 2005. Additional basis swap agreements are expected to cover the 2006 General Obligation Bonds awaiting issuance. Under the terms of a master swap agreement, the Commonwealth will pay quarterly commencing on October 1, 2006 a floating rate equal to the tax-exempt Bond Market Association index (BMA) in exchange for receiving a floating rate equal to 67% of the taxable London Inter-Bank Offering Rate (LIBOR) index reset each week and a fixed rate payment of 0.4409% per annum, quarterly for the term of swaps. This basis swap provides the Commonwealth the cash flow benefit of the Basis Annuity in exchange for the Commonwealth taking tax and other basis risks similar to the risks taken in its outstanding LIBOR hedged synthetic fixed rate Public Refunding Bonds, Series 2004 described above.

By using derivative financial instruments to hedge the exposure to changes in interest rates, the Commonwealth exposes itself to credit risk, market-access risk and basis risk. Credit risk is the failure of the counterparty to perform under the terms of the derivative contract. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. When the fair value of the derivative contract is negative, the Commonwealth owes to the

155 (Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2006

counterparty and, therefore, does not possess credit risk. The Commonwealth minimizes the credit risk in derivative instruments by entering into transactions with high-quality counterparties whose credit rating is acceptable under the investment policies of the Commonwealth.

Market risk is the adverse effect on the value of a financial statement instrument that results from a change in interest rates. The market risk associated with an interest rate swap contract is managed by establishing and monitoring parameters that limit the types and degree of market risk that may be undertaken. The Commonwealth assesses interest rate cash flows risk by continually identifying and monitoring changes in interest rate exposures that may adversely impact expected cash flows and evaluating hedging opportunities. The Commonwealth maintains risk management control systems to monitor interest rate cash flow risk attributable to both the Commonwealth outstanding or forecasted debt obligations as well as the Commonwealth offsetting hedge positions.

Basis risk arises when different indexes are used in connection with a derivative. The 2006 swap exposes the government to basis risk should the relationship between LIBOR and BMA converge, changing the synthetic rate on the bonds. If a change occurs that results in the rates moving to convergence, the expected cost savings may not be realized. The Commonwealth assesses basis risk by following the aforementioned market risks control system.

**(23) Special Items**

On December 12, 2001, PFC, a blended component unit of GDB, issued $96.8 million of QZAB to finance expenditures of the Department of Education of the Commonwealth under the QZAB program described in note 14(e). Simultaneous with this QZAB issuance, The Children's Trust, a blended component unit of the Commonwealth, granted $47.2 million to the Department of Education of the Commonwealth, which in turn deposited the money to the credit of an escrow trust account invested in guaranteed investment contracts that will be used solely for the repayment in 2015 of these QZAB. At the moment, these November 2001 QZAB were considered defeased and since then, the difference between the bond amount and the amount deposited in the escrow account has been deferred and amortized into income over the term of the bonds.

During January 2006, the Commonwealth, with Legislative approval, decided to revert the funds at the escrow account back to The Children's Trust for program expenditures and at the same time recognized in the accompanying statement of net assets of the governmental activities the QZAB obligation of $96.8 million. Upon recognition of the QZAB, the Commonwealth derecognized the unamortized deferred difference referred to above, which amounted to approximately $56.6 million. On the other hand, The Children's Trust recognized as revenue the funds at the escrow account which reverted back in the amount of approximately $54.1 million. The net result of approximately $2.5 million loss represents certain cancellation and penalties fees for unwinding the 2001 defeasance and other reconciling differences. The net effect of this transaction has been classified within special items in the accompanying statement of activities.

156

PR-CCD-0007112

# COMBINING, INDIVIDUAL FUND
# FINANCIAL STATEMENTS AND SCHEDULES

PR-CCD-0007113

# GENERAL FUND

The general fund is the primary operating fund of the Commonwealth. The general fund is used to account for resources traditionally associated with government, which are not required legally or by sound financial management to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, education, and economic development. Following is the supplemental schedule of expenditures – budget and actual – general fund.

157

PR-CCD-0007114

**COMMONWEALTH OF PUERTO RICO**

Supplemental Schedule of Expenditures by Agency – Budget and Actual –
Statutory Basis – General Fund

Year ended June 30, 2006
(In thousands)

| | Original budget | Final budget | Actual | Variance |
|---|---|---|---|---|
| **Expenditures:** | | | | |
| **Current:** | | | | |
| **General government:** | | | | |
| Senate of Puerto Rico | $ 35,718 | 35,718 | 35,718 | — |
| House of Representatives of Puerto Rico | 44,206 | 44,206 | 43,658 | 548 |
| Comptroller's Office | 40,293 | 40,293 | 40,398 | (105) |
| Governor's Office | 4,942 | 4,934 | 4,952 | (18) |
| Office of Management and Budget | 25,590 | 25,178 | 69,817 | (44,639) |
| Planning Board | 16,192 | 16,177 | 16,026 | 151 |
| Constructions and Land Subdivisions Appeals Board | 1,326 | 1,326 | 1,326 | — |
| Department of State | 8,007 | 8,106 | 8,095 | 11 |
| Department of the Treasury | 161,004 | 160,696 | 163,675 | (2,979) |
| Central Office of Personnel Administration | 7,113 | 7,113 | 7,119 | (6) |
| Commonwealth Elections Commission | 35,884 | 35,884 | 41,742 | (5,858) |
| Federal Affairs Administration | 7,296 | 7,296 | 8,012 | (716) |
| General Services Administration | 713 | 790 | 784 | 6 |
| Municipal Complaints Hearing Commission | 4,612 | 9,610 | 4,845 | 4,765 |
| Civil Rights Commission | 686 | 686 | 686 | — |
| Office of the Citizen's Ombudsman | 3,652 | 3,652 | 3,652 | — |
| Commission of Appeals of the Human Resources System | 1,482 | 1,482 | 1,484 | (2) |
| Rules and Permits Administration | 5,792 | 5,768 | 5,768 | — |
| Commonwealth's Commission to Settle Municipal Complaints | 185 | 170 | 170 | — |
| Legislative Affairs Office | 375 | 375 | 295 | 80 |
| Commission for the Public Service Work Relations | 1,938 | 1,935 | 1,933 | 2 |
| Government Ethics Board | 9,890 | 9,890 | 9,890 | — |
| Legislative Affairs Office | 8,161 | 8,161 | 8,131 | 30 |
| Office of the Superintendent of the Capitol | 7,204 | 7,204 | 7,174 | 30 |
| Comptroller's Special Reports Joint Commission | 518 | 518 | 518 | — |
| Legislative Donation Commission | 534 | 534 | 483 | 51 |
| Coordination Office for Special Communities of Puerto Rico | 7,252 | 7,492 | 7,470 | 22 |
| Public Affairs | 4,258 | 3,988 | 3,960 | 28 |
| Governor's Secretary Office | 9,540 | 9,425 | 9,269 | 156 |
| **Total general government** | **454,363** | **458,607** | **507,050** | **(48,443)** |
| **Public safety:** | | | | |
| Puerto Rico General Court of Justice | 294,587 | 294,587 | 313,948 | (19,361) |
| State Civil Defense Agency | — | — | 3,895 | (3,895) |
| Commission of Investigation, Processing, and Appeals Board | 574 | 574 | 574 | — |
| Department of Justice | 154,720 | 153,930 | 147,694 | 6,236 |
| Puerto Rico Police Department | 806,157 | 827,365 | 839,524 | (12,159) |
| Puerto Rico Firefighters Corps | 72,436 | 69,432 | 70,634 | (1,202) |
| Puerto Rico National Guard | 8,336 | 8,668 | 8,667 | 1 |
| Public Service Commission | 11,229 | 11,633 | 11,633 | — |
| Consumer Affairs Department | 14,519 | 14,549 | 13,733 | 816 |
| Juvenile Institutions Administration | 77,125 | 87,451 | 88,254 | (803) |
| Corrections Administration | 319,225 | 386,165 | 413,039 | (26,874) |
| Department of Correction and Rehabilitation | 3,891 | 5,288 | 6,828 | (1,540) |
| Natural Resources Administration | 30,272 | 39,059 | 41,196 | (2,137) |
| Parole Board | 2,473 | 2,412 | 2,430 | (18) |
| Forensic Sciences Institute | 13,422 | 13,422 | 13,422 | — |
| Special Prosecutor Panel | 1,425 | 1,425 | (32) | 1,457 |
| Pre-Trial Services Office | 5,090 | 5,025 | 5,025 | — |
| Correctional Health | 81,678 | 81,669 | 95,463 | (13,794) |
| Medical Emergencies Service | 23,094 | 26,389 | 26,557 | (168) |
| Criminal Justice Universitary College | 7,485 | 7,485 | 7,485 | — |
| **Total public safety** | **$ 1,927,738** | **2,036,528** | **2,109,969** | **(73,441)** |

158

(Continued)

PR-CCD-0007115

COMMONWEALTH OF PUERTO RICO

Supplemental Schedule of Expenditures by Agency – Budget and Actual –
Statutory Basis – General Fund

Year ended June 30, 2006
(In thousands)

| | Original budget | Final budget | Actual | Variance |
|---|---|---|---|---|
| **Health:** | | | | |
| Environmental Quality Board | $ 8,100 | 9,225 | 9,225 | — |
| Department of Health | 283,213 | 311,039 | 336,788 | (25,749) |
| Mental Health and Drug Addiction Services Administration | 112,191 | 119,671 | 135,074 | (15,403) |
| Drug Control | — | — | (2) | 2 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 3,200 | 21,210 | 21,210 | — |
| Solid Waste Authority of Puerto Rico | 5,119 | 5,119 | 5,119 | — |
| Puerto Rico Health Insurance Administration | 987,852 | 1,134,152 | 1,154,895 | (20,743) |
| Total health | 1,399,675 | 1,600,416 | 1,662,309 | (61,893) |
| **Public housing and welfare:** | | | | |
| Youth Affairs Office | 4,375 | 4,323 | 4,705 | (382) |
| Rural Housing Administration | 7,153 | 7,153 | 7,153 | — |
| Puerto Rico Volunteers Service Corps | 9,055 | 9,055 | 9,287 | (232) |
| Department of Labor and Human Resources | 5,517 | 5,515 | 5,554 | (39) |
| Labor Relations Board | 1,006 | 1,005 | 1,005 | — |
| Department of Housing | 12,075 | 12,097 | 12,097 | — |
| Department of Recreation and Sports | 57,331 | 57,140 | 68,189 | (11,049) |
| Administration for the Horse Racing Sport and Industry | 2,320 | 2,620 | 2,620 | — |
| Women's Affairs Commission | 5,331 | 5,309 | 5,092 | 217 |
| Office of the Veteran's Ombudsman | 2,260 | 2,205 | 3,242 | (1,037) |
| Department of Family | 52,967 | 52,966 | 55,869 | (2,903) |
| Family and Children Administration | 145,000 | 144,973 | 145,348 | (375) |
| Child Support Administration | 10,961 | 10,887 | 10,887 | — |
| Vocational Rehabilitation Administration | 13,493 | 13,486 | 13,486 | — |
| Social Economic Development Administration | 97,776 | 97,110 | 103,029 | (5,919) |
| Office of the Disabled Persons Ombudsman | 3,212 | 3,210 | 3,210 | — |
| Office for Elderly Affairs | 3,752 | 3,655 | 3,510 | 145 |
| Communities Rehabilitation Administration | — | — | (3) | 3 |
| Patient Ombudsman | 4,441 | 4,424 | 4,424 | — |
| Office of the General Auditor-Department of Family | — | — | — | — |
| Institutional Trust of the National Guard of Puerto Rico | 332 | — | — | — |
| Right to Employment Administration | 13,958 | 14,958 | 14,958 | — |
| Cantera's Peninsula Integral Development Company | 163 | 163 | 163 | — |
| Puerto Rico Housing Bank and Finance Authority | 616 | 616 | 616 | — |
| Industries for the Blind, Mentally Retarded, and Other Disabled Persons of Puerto Rico | 150 | 150 | 150 | — |
| Puerto Rico Infrastructure Financing Authority | — | — | — | — |
| Administration for the Care and Development of the Childhood | 5,158 | 5,032 | 7,009 | (1,977) |
| Total public housing and welfare | 458,402 | 458,052 | 481,600 | (23,548) |
| **Education:** | | | | |
| Department of Education | 2,207,236 | 2,540,926 | 2,678,154 | (137,228) |
| State Office for Historic Preservation | 2,159 | 1,927 | 1,920 | 7 |
| General Education Council | 1,734 | 1,720 | 1,720 | — |
| Athenaeum of Puerto Rico | 500 | 500 | 500 | — |
| Institute of Puerto Rico Culture | 29,068 | 29,068 | 29,068 | — |
| Plastic Arts School | 2,996 | 2,973 | 2,973 | — |
| University of Puerto Rico | 802,539 | 802,539 | 802,339 | 200 |
| Musical Arts Corporation | 6,295 | 6,295 | 6,295 | — |
| Fine Arts Center Corporation | 3,642 | 3,642 | 3,642 | — |
| Puerto Rico Public Broadcasting Corporation | 19,329 | 19,329 | 19,329 | — |
| Puerto Rico Conservatory of Music Corporation | 4,556 | 4,556 | 4,556 | — |
| Puerto Rico Higher Education Council | 29,553 | 29,553 | 29,553 | — |
| Total education | $ 3,109,607 | 3,443,028 | 3,580,049 | (137,021) |

159

(Continued)

PR-CCD-0007116

COMMONWEALTH OF PUERTO RICO

Supplemental Schedule of Expenditures by Agency — Budget and Actual —
Statutory Basis — General Fund

Year ended June 30, 2006
(In thousands)

| | Original budget | Final budget | Actual | Variance |
|---|---|---|---|---|
| Economic development: | | | | |
| Vieques Commissioner's Office | $ — | 108 | 108 | — |
| Department of Transportation and Public Works | 78,250 | 78,247 | 75,301 | 2,946 |
| Department of Natural and Environmental Resources | 4,109 | 9,109 | 11,339 | (2,230) |
| Department of Agriculture | 24,025 | 22,875 | 36,280 | (13,405) |
| Department of Economic Development and Commerce | — | — | — | — |
| Cooperative Enterprises Development Administration | 3,198 | 3,250 | 3,297 | (47) |
| Puerto Rico Highway and Transportation Authority | 1,000 | 1,000 | 1,000 | — |
| Cooperative Enterprises Inspector's Office | 802 | 802 | 802 | — |
| Rural Development Corporation | 6,615 | 6,608 | 5,910 | 698 |
| Department of Economic Development and Commerce | 4,297 | 4,036 | 2,868 | 1,168 |
| Energy Affairs Administration | 150 | 150 | 150 | — |
| Culebra Conservation and Development Authority | 700 | 700 | 700 | — |
| Puerto Rico Infrastructure Financing Authority | 70,634 | 70,634 | 70,634 | — |
| Puerto Rico Aqueduct and Sewer Authority | 70,916 | 70,916 | 70,917 | (1) |
| Puerto Rico Industrial Development Company | 33,107 | 33,107 | 33,107 | — |
| Puerto Rico Electric Power Authority | 6,327 | 6,327 | 6,327 | — |
| Government Development Bank for Puerto Rico | 3,000 | 3,000 | 3,000 | — |
| Puerto Rico Metropolitan Bus Authority | 4,000 | 4,000 | 4,000 | — |
| Puerto Rico Maritime Transportation Authority | 15,569 | 15,569 | 15,569 | — |
| Tourism Company of Puerto Rico | 33,594 | 33,594 | 33,572 | 22 |
| Agricultural Services and Development Administration | 75,450 | 76,598 | 76,598 | — |
| National Parks Company of Puerto Rico | 13,314 | 15,114 | 15,114 | — |
| Puerto Rico Land Authority | 2,999 | 2,999 | 2,999 | — |
| Corporation for the Development of the Film Industry in Puerto Rico | 1,164 | 1,134 | 1,134 | — |
| Puerto Rico Land Administration | — | — | — | — |
| Port of the Americas Authority | 3,500 | 3,500 | 3,500 | — |
| Puerto Rico Trade and Export Corporation | 11,734 | 11,734 | 11,734 | — |
| Corporation for the Development of Caño Martín Peña | — | — | — | — |
| Authority for Redevelopment of Roosevelt Roads | — | — | — | — |
| Sugar Corporation | 6,819 | 6,819 | 6,819 | — |
| Total economic development | 475,204 | 481,930 | 492,779 | (10,849) |
| Intergovernmental: | | | | |
| CRIM | — | — | — | — |
| Municipal Service Administration | 384,321 | 384,376 | 416,949 | (32,573) |
| Total intergovernmental | 384,321 | 384,376 | 416,949 | (32,573) |
| Debt service: | | | | |
| Principal | 78,365 | 78,365 | 78,365 | — |
| Interest and other | 131,689 | 131,689 | 131,689 | — |
| Total expenditures | $ 8,419,364 | 9,072,991 | 9,460,759 | (387,768) |
| Transfers-out to other funds: | | | | |
| Office of Management and Budget | $ 165,763 | 165,763 | 165,763 | — |
| Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities | 178,298 | 221,198 | 221,198 | — |
| Teachers' Pensions Board | 960 | 960 | 960 | — |
| Contributions to Political Parties | 603 | 603 | 603 | — |
| Office for the Improvements of Public Schools | 2,300 | 2,300 | 2,183 | 117 |
| Puerto Rico Maritime Shipping Authority | 29,668 | 29,668 | 29,667 | 1 |
| Public Buildings Authority | 15,000 | 15,000 | 15,000 | — |
| Public Housing Administration | — | — | — | — |
| Budgetary Fund | — | — | — | — |
| Emergency Fund | — | — | — | — |
| Voluntary Elections Fund | — | — | — | — |
| Transfer of Unused Appropriation Fund (Legislative Branch only) | 16,231 | 16,231 | 16,231 | — |
| Department of Treasury — Transfer to debt service | 116,812 | 485,012 | 485,012 | — |
| Total operating transfers-out to other funds | $ 525,635 | 936,735 | 936,617 | 118 |

See accompanying independent auditors' report.

160

PR-CCD-0007117

# NONMAJOR GOVERNMENTAL FUNDS

*Special Revenue Funds*

Special revenue funds are used to account for the proceeds of specific revenue sources that are legally restricted to expenditure for specific purposes.

**Public Buildings Authority Special Revenue Fund:** The operating fund of a blended component unit used to account for the operation, maintenance, equipment replacement, and other extraordinary operation and maintenance costs of the buildings and facilities that, when constructed, are leased to the Commonwealth's primary government agencies.

*Debt Service Funds*

The debt service funds are used to account for the accumulation of resources predominantly for, and the payment of, general long-term bonds principal, interest, and related costs other than bonds payable from operations of proprietary fund types, pension trust funds and discretely presented component units. Long-term debt and interest due on July 1 of the following year are accounted for as a fund liability if resources are available as of June 30 for its payment.

**The Children's Trust Debt Service Fund:** The debt service fund of The Children's Trust (a blended component unit) accounts for the accumulation of resources for payment of interest and principal on long-term obligations financed with moneys to be received by the Commonwealth from the global settlement agreement signed by certain tobacco companies.

**Public Buildings Authority Debt Service Fund:** A blended component unit engaged in the construction and/or acquisition of building facilities for lease mainly to the Commonwealth's primary government agencies. Its debt service fund is used to account for the accumulation of resources for the payment of revenue bonds and other liabilities incurred to finance the construction of the buildings and facilities.

**Puerto Rico Maritime Shipping Authority Debt Service Fund:** This is the remainder of a former shipping company owned by the Commonwealth. Its debt service fund is used to account for the accumulation of resources for the payment of the long-term liability that resulted from the sale of its marine operations. This fund is mainly subsidized from appropriations and operating transfers from the general fund.

*Capital Project Funds*

Capital project funds are used to account for the financial resources used for the acquisition or construction of major capital facilities not being financed by proprietary fund types, pension trust funds, and discretely presented component units.

**Commonwealth Public Improvements Funds and Other Funds:** These funds present the activities of the capital improvements program of the Commonwealth, financed with the proceeds of the general obligation bonds.

PR-CCD-0007118

**COMMONWEALTH OF PUERTO RICO**

Combining Balance Sheet – Nonmajor Governmental Funds

June 30, 2006

(In thousands)

| Assets | Special revenue | | Debt service | | | Capital projects | Total nonmajor governmental funds |
| | Public Buildings Authority | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Total | Commonwealth of Puerto Rico | |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents in commercial banks | $ 31,359 | — | 143,712 | 2,127 | 145,839 | 260,099 | 437,297 |
| Cash and cash equivalents in component unit banks | 57,180 | — | — | 2,593 | 2,593 | 382,845 | 442,618 |
| Investments | — | 114,453 | — | — | 114,453 | — | 114,453 |
| Receivables: | | | | | | | |
| Accounts | 12,364 | — | — | — | — | 671 | 13,035 |
| Loans | — | — | — | — | — | 36 | 36 |
| Accrued interest | — | 460 | — | 9 | 469 | — | 469 |
| Due from: | | | | | | | |
| Other funds | 101,891 | — | 24,103 | — | 24,103 | 30,148 | 156,142 |
| Component units | 42,186 | — | — | — | — | — | 42,186 |
| Other governmental | 13,866 | — | — | — | — | — | 13,866 |
| Restricted cash and cash equivalents | 16 | — | — | — | — | — | 16 |
| Real estate held for future development | 14,386 | — | — | — | — | 1,853 | 16,239 |
| Total assets | $ 273,248 | 114,913 | 167,815 | 4,729 | 287,457 | 675,652 | 1,236,357 |
| **Liabilities and Fund Balances** | | | | | | | |
| Liabilities: | | | | | | | |
| Accounts payable and accrued liabilities | $ 36,629 | — | — | 678 | 678 | 26,481 | 63,788 |
| Due to component units | 13,681 | — | — | — | — | — | 13,681 |
| Due to other funds | — | — | — | — | — | 373,385 | 373,385 |
| Notes payable | 30,598 | — | — | — | — | — | 30,598 |
| Bonds payable | — | — | 69,925 | — | 69,925 | 10 | 69,935 |
| Interest payable | — | — | 71,640 | 1,482 | 73,122 | — | 73,122 |
| Total liabilities | 80,908 | — | 141,565 | 2,160 | 143,725 | 399,876 | 624,509 |
| Fund balances: | | | | | | | |
| Reserved for encumbrances | — | — | — | — | — | 24,587 | 24,587 |
| Unreserved reported in: | | | | | | | |
| Debt service funds | — | 114,913 | 26,250 | 2,569 | 143,732 | — | 143,732 |
| Special revenue funds | 192,340 | — | — | — | — | — | 192,340 |
| Capital projects funds | — | — | — | — | — | 251,189 | 251,189 |
| Total fund balances | 192,340 | 114,913 | 26,250 | 2,569 | 143,732 | 275,776 | 611,848 |
| Total liabilities and fund balances | $ 273,248 | 114,913 | 167,815 | 4,729 | 287,457 | 675,652 | 1,236,357 |

See accompanying independent auditors' report.

PR-CCD-0007119

COMMONWEALTH OF PUERTO RICO

Combining Statement of Revenue, Expenditures, and Changes in
Fund Balances – Nonmajor Governmental Funds

Year ended June 30, 2006

(In thousands)

| | Special revenue | Debt service | | | | Capital projects | Total nonmajor governmental funds |
| | Public Buildings Authority | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Total | Commonwealth of Puerto Rico | |
|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | |
| Revenue from global tobacco settlement agreement | $ — | 65,602 | — | — | 65,602 | — | 65,602 |
| Interest and investment earnings | 7,473 | 4,648 | — | 394 | 5,042 | — | 12,515 |
| Intergovernmental | — | — | — | — | — | 22,310 | 22,310 |
| Other | 7,556 | — | — | 271 | 271 | 8,948 | 16,775 |
| Total revenue | 15,029 | 70,250 | — | 665 | 70,915 | 31,258 | 117,202 |
| **Expenditures:** | | | | | | | |
| Current: | | | | | | | |
| General government | 144,249 | — | — | — | — | 10,518 | 154,767 |
| Public safety | — | — | — | — | — | 797 | 797 |
| Health | — | — | — | — | — | 5,988 | 5,988 |
| Public housing and welfare | — | — | — | — | — | 11,362 | 11,362 |
| Economic development | — | — | — | 788 | 788 | 47,822 | 48,610 |
| Intergovernmental | — | — | — | — | — | 1,688 | 1,688 |
| Capital outlays | — | — | — | — | — | 64,820 | 64,820 |
| Debt service: | | | | | | | |
| Principal | — | 8,810 | 69,925 | — | 78,735 | — | 78,735 |
| Interest and other | — | 60,880 | 103,237 | 16,956 | 181,073 | — | 181,073 |
| Total expenditures | 144,249 | 69,690 | 173,162 | 17,744 | 260,596 | 142,995 | 547,840 |
| Excess (deficiency) of revenue over expenditures | (129,220) | 560 | (173,162) | (17,079) | (189,681) | (111,737) | (430,638) |
| **Other financing sources (uses):** | | | | | | | |
| Transfers in | 108,417 | — | 168,067 | 16,956 | 185,023 | — | 293,440 |
| Transfers out | — | (391) | — | — | (391) | (6,868) | (7,259) |
| Long-term debt issued | 105,000 | — | — | — | — | 16,421 | 121,421 |
| Total other financing sources (uses) | 213,417 | (391) | 168,067 | 16,956 | 184,632 | 9,553 | 407,602 |
| Net change in fund balances | 84,197 | 169 | (5,095) | (123) | (5,049) | (102,184) | (23,036) |
| Fund balances, beginning of year | 108,143 | 114,744 | 31,345 | 2,692 | 148,781 | 377,960 | 634,884 |
| Fund balances, end of year | $ 192,340 | 114,913 | 26,250 | 2,569 | 143,732 | 275,776 | 611,848 |

See accompanying independent auditors' report.

PR-CCD-0007120

## NONMAJOR PROPRIETARY FUNDS

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges.

**Disability Insurance:** It was created by Act 139 on June 26, 1968. It is used to account for disability benefits to remedy temporarily the loss of income as a result of disability caused by sickness or accident unrelated to the employment.

**Drivers' Insurance:** It was created by Act 428 on May 15, 1950. It is used to account for contributions made by the drivers and their employers to provide a social security plan for the benefit of the drivers in Puerto Rico. The plan also includes payment of benefits for health and life insurance.

**Puerto Rico Water Pollution Control Revolving Fund:** It was created by Act No. 44 on June 21, 1988, as amended. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Environmental Quality Board (EQB). Pursuant to such Act, EQB is authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection Agency (EPA) for lending activities.

**Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund:** It was created by Act No. 32 on July 7, 1997. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Department of Health (DOH). Pursuant to such act, DOH, on behalf of the Commonwealth, is authorized to enter into operating and capitalization grant agreements with the EPA for lending activities.

PR-CCD-0007121

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Net Assets —
Nonmajor Proprietary Funds

June 30, 2006

(In thousands)

| Assets | | Business-type activities -- nonmajor enterprise funds | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Disability insurance | Drivers' insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| Current assets: | | | | | | |
| Cash and cash equivalents in commercial banks | $ | — | 37,757 | — | — | 37,757 |
| Cash and cash equivalents in government bank | | 82,827 | — | 50,454 | 6,342 | 139,623 |
| Receivables, net: | | | | | | |
| Insurance premiums, net | | 7,039 | 995 | — | — | 8,034 |
| Component units | | — | — | 7,131 | 474 | 7,605 |
| Accrued interests | | 190 | 77 | 1,563 | 457 | 2,287 |
| Other | | 314 | 33 | 107 | 88 | 542 |
| Restricted investments | | 33,473 | — | — | — | 33,473 |
| Total current assets | | 123,843 | 38,862 | 59,255 | 7,361 | 229,321 |
| Noncurrent assets: | | | | | | |
| Loans receivable, excluding current portion, net: | | | | | | |
| Component units | | — | — | 132,141 | 48,309 | 180,450 |
| Intergovernmental | | — | — | 1,819 | — | 1,819 |
| Total assets | | 123,843 | 38,862 | 193,215 | 55,670 | 411,590 |
| **Liabilities and Net Assets** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable and accrued liabilities | | 1,747 | 93 | 832 | 312 | 2,984 |
| Deferred revenue | | — | 26 | — | — | 26 |
| Compensated absences | | 1,042 | 477 | — | — | 1,519 |
| Insurance benefits payable | | 783 | 357 | — | — | 1,140 |
| Total current liabilities | | 3,572 | 953 | 832 | 312 | 5,669 |
| Noncurrent liabilities -- compensated absences | | 809 | 789 | — | — | 1,598 |
| Total liabilities | | 4,381 | 1,742 | 832 | 312 | 7,267 |
| Net assets: | | | | | | |
| Restricted for: | | | | | | |
| Payment of insurance benefits | | 119,462 | 37,120 | — | — | 156,582 |
| Capital projects | | — | — | 192,383 | 55,358 | 247,741 |
| Total net assets | $ | 119,462 | 37,120 | 192,383 | 55,358 | 404,323 |

See accompanying independent auditors' report.

PR-CCD-0007122

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Revenue, Expenses, and Changes in Net Assets –
Nonmajor Proprietary Funds

Year ended June 30, 2006

(In thousands)

| | | Business-type activities – nonmajor enterprise funds | | | |
|---|---|---|---|---|---|
| | Disability insurance | Drivers' insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| Operating revenue: | | | | | |
| Insurance premiums | $ 19,162 | 4,937 | — | — | 24,099 |
| Interest | — | — | 4,617 | 1,109 | 5,726 |
| Total operating revenue | 19,162 | 4,937 | 4,617 | 1,109 | 29,825 |
| Operating expenses: | | | | | |
| Disability and drivers insurance benefits | 3,601 | 676 | — | — | 4,277 |
| General, administrative, and other operating expenses | 15,136 | 4,418 | 463 | 749 | 20,766 |
| Total operating expenses | 18,737 | 5,094 | 463 | 749 | 25,043 |
| Operating income (loss) | 425 | (157) | 4,154 | 360 | 4,782 |
| Nonoperating revenue: | | | | | |
| Interest and investment earnings | 144 | 749 | — | — | 893 |
| Contributions from federal government | — | — | 12,000 | 12,195 | 24,195 |
| Income before transfers | 569 | 592 | 16,154 | 12,555 | 29,870 |
| Transfers from general fund | — | — | 2,387 | 2,415 | 4,802 |
| Net change in net assets | 569 | 592 | 18,541 | 14,970 | 34,672 |
| Net assets, beginning of year | 118,893 | 36,528 | 173,842 | 40,388 | 369,651 |
| Net assets, end of year | $ 119,462 | 37,120 | 192,383 | 55,358 | 404,323 |

See accompanying independent auditors' report.

PR-CCD-0007123

COMMONWEALTH OF PUERTO RICO

Combining Statement of Cash Flows –
Nonmajor Proprietary Funds

Year ended June 30, 2006

(In thousands)

| | | | Business-type activities – nonmajor enterprise funds | | |
|---|---|---|---|---|---|
| | Disability insurance | Drivers' insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| Cash flows from operating activities: | | | | | |
| Receipts from customers and users | $   15,986 | 5,039 | — | — | 21,025 |
| Payments to suppliers and employees | (15,991) | (4,610) | — | — | (20,601) |
| Other receipts | — | — | 13,971 | 1,277 | 15,248 |
| Other payments | — | — | (21,676) | (22,083) | (43,759) |
| Payments of insurance benefits | (3,714) | (618) | — | — | (4,332) |
| Net cash used in operating activities | (3,719) | (189) | (7,705) | (20,806) | (32,419) |
| Cash flows from noncapital financing activities: | | | | | |
| Intergovernmental grants and contributions | — | — | 12,000 | 12,107 | 24,107 |
| Transfers from general fund | — | — | 2,386 | 2,416 | 4,802 |
| Net cash provided by noncapital financing activities | — | — | 14,386 | 14,523 | 28,909 |
| Cash flows from investing activities: | | | | | |
| Interests received on deposits and investments | 676 | 715 | — | — | 1,391 |
| Net cash provided by investing activities | 676 | 715 | — | — | 1,391 |
| Net increase (decrease) in cash and cash equivalents | (3,043) | 526 | 6,681 | (6,283) | (2,119) |
| Cash and equivalents, beginning of year | 85,870 | 37,231 | 43,773 | 12,625 | 179,499 |
| Cash and cash equivalents, end of year | $   82,827 | 37,757 | 50,454 | 6,342 | 177,380 |
| Reconciliation of operating income (loss) to net cash used in operating activities: | | | | | |
| Operating income (loss) | $   425 | (157) | 4,154 | 360 | 4,782 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Decrease (increase) in accounts and loans receivable | (3,176) | 102 | (11,679) | (20,811) | (35,564) |
| Interest earned on deposits, loans, and investments | — | — | (213) | (158) | (371) |
| Changes in operating assets and liabilities: | | | | | |
| Decrease in deferred revenue | — | (3) | — | — | (3) |
| Increase in compensated absences | 1,056 | 395 | — | — | 1,451 |
| Increase (decrease) in liability for insurance benefits payable | (465) | 58 | — | — | (407) |
| Increase (decrease) in accounts payable and accrued liabilities | (1,559) | (584) | 33 | (197) | (2,307) |
| Total adjustments | (4,144) | (32) | (11,859) | (21,166) | (37,201) |
| Net cash used in operating activities | $   (3,719) | (189) | (7,705) | (20,806) | (32,419) |

See accompanying independent auditors' report.

PR-CCD-0007124

# FIDUCIARY FUNDS

Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity, or as an agent for individuals, organizations, and other governmental units. Following are the Commonwealth's fiduciary funds:

## *Pension Trust Funds*

The pension trust funds are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees of the Commonwealth.

**Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities (ERS):** ERS is the administrator of a defined-benefit pension plan which covers all regular employees of the Commonwealth and its instrumentalities and of certain municipalities and component units not covered by their retirement systems. On September 24, 1999, an amendment to the Law that created ERS was enacted with the purpose of establishing a new defined-contribution pension plan (System 2000) for persons joining the government on or after January 1, 2000.

**Puerto Rico System of Annuities and Pensions for Teachers (TRS):** TRS provides retirement benefits to all teachers of the Department of Education of the Commonwealth, all pensioned teachers who work in the Teachers' Association of Puerto Rico, and those who practice in private institutions accredited by the Department of Education. TRS provides retirement, death, and disability benefits.

**Puerto Rico Judiciary Retirement System (JRS):** JRS is administered by the ERS and covers all individuals holding a position as Justice of the Supreme Court, Judge of the former Superior Court, Judge of District Court, or the Municipal Judges of the Commonwealth. The system provides retirement as well as death and disability benefits.

## *Agency Fund*

Agency fund is used to account for assets held by the Commonwealth as an agent for individuals, private organizations, and other governments. This fund is custodial in nature (assets equal liabilities) and does not involve measurement of the results of operations.

**Special Deposits:** This fund acts in a fiduciary capacity in order to account for moneys received with specified purposes for which the law does not specify its recording in any other fund. It mainly includes deposits under the custody of the courts of justice for alimony payments.

PR-CCD-0007125

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Fiduciary Net Assets—Pension Trust Funds

June 30, 2006

(In thousands)

| Assets | | Pension Trust Funds | | | |
| --- | --- | --- | --- | --- | --- |
| | | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Totals |
| Cash and cash equivalents in commercial banks: | | | | | |
| Unrestricted | $ | 27,849 | 53,515 | 1,599 | 82,963 |
| Restricted | | — | 1,717 | — | 1,717 |
| Cash and cash equivalents in governmental banks: | | | | | |
| Unrestricted | | 25,778 | 2,993 | 180 | 28,951 |
| Restricted | | 2,156 | — | — | 2,156 |
| Investments: | | | | | |
| Debt and equity securities, at fair value | | 1,531,726 | 2,350,099 | 75,930 | 3,957,755 |
| Investment in PRTA Holdings, at appraised value | | 495,318 | — | — | 495,318 |
| Other | | 41,609 | 46,215 | — | 87,824 |
| Receivables, net: | | | | | |
| Accounts | | 44,622 | — | — | 44,622 |
| Loans and advances | | 528,552 | 352,333 | 274 | 881,159 |
| Accrued interests and dividends | | 26,105 | 6,371 | 250 | 32,726 |
| Due from (to) other pension trust funds | | 3,161 | — | (3,161) | — |
| Due from general fund | | 10,401 | — | — | 10,401 |
| Other | | 23,579 | 27,095 | 606 | 51,280 |
| Capital assets, net | | 7,694 | 25,665 | — | 33,359 |
| Other assets | | 7,592 | 691 | — | 8,283 |
| Total assets | | 2,776,142 | 2,866,694 | 75,678 | 5,718,514 |
| **Liabilities** | | | | | |
| Accounts payable and accrued liabilities | | 35,737 | 39,373 | 2,828 | 77,938 |
| Repurchase agreements | | 139,074 | — | — | 139,074 |
| Bonds payable | | — | 20,430 | — | 20,430 |
| Other | | 60,000 | — | — | 60,000 |
| Due to component unit | | — | 4 | — | 4 |
| Total liabilities | | 234,811 | 59,807 | 2,828 | 297,446 |
| **Net Assets** | | | | | |
| Net assets held in trust for pension and other benefits | $ | 2,541,331 | 2,806,887 | 72,850 | 5,421,068 |

See accompanying independent auditors' report.

PR-CCD-0007126

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Changes in Fiduciary Net Assets – Pension Trust Funds

Year ended June 30, 2006

(In thousands)

| | Pension Trust Funds | | | |
|---|---|---|---|---|
| | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Totals |
| **Additions:** | | | | |
| Contributions: | | | | |
| Sponsor | $  398,372 | 119,199 | 6,727 | 524,298 |
| Participants | 342,697 | 129,473 | 2,960 | 475,130 |
| Special | 16,684 | 61,066 | — | 77,750 |
| Total contributions | 757,753 | 309,738 | 9,687 | 1,077,178 |
| Interest | 63,486 | 57,899 | 1,220 | 122,605 |
| Dividends | 49,938 | 14,684 | 205 | 64,827 |
| Net change in fair value of investments, including realized gains on sale and maturities of investments | 189,515 | 258,182 | 5,818 | 453,515 |
| Investment expenses | (10,123) | (5,792) | (279) | (16,194) |
| Net interest and investment income | 292,816 | 324,973 | 6,964 | 624,753 |
| Other income | 23,270 | 13,085 | — | 36,355 |
| Total additions | 1,073,839 | 647,796 | 16,651 | 1,738,286 |
| **Deductions:** | | | | |
| Pension and other benefits | 804,315 | 375,262 | 12,403 | 1,191,980 |
| Refunds of contributions | 22,373 | 4,135 | — | 26,508 |
| General and administrative expenses | 33,691 | 22,651 | 1,195 | 57,537 |
| Total deductions | 860,379 | 402,048 | 13,598 | 1,276,025 |
| Net change in net assets held in trust for pension and other benefits | 213,460 | 245,748 | 3,053 | 462,261 |
| Net assets held in trust for pension and other benefits: | | | | |
| Beginning of year | 2,327,871 | 2,561,139 | 69,797 | 4,958,807 |
| End of year | $  2,541,331 | 2,806,887 | 72,850 | 5,421,068 |

See accompanying independent auditors' report.

PR-CCD-0007127

**COMMONWEALTH OF PUERTO RICO**

Statement of Changes in Assets and Liabilities – Agency Fund

Year ended June 30, 2006

(In thousands)

| Assets | | Balance June 30, 2005 | Additions | Deletions | Balance June 30, 2006 |
|---|---|---|---|---|---|
| Cash and cash equivalents in commercial banks and U.S. Treasury | $ | 467,319 | 115,877 | — | 583,196 |
| Cash and cash equivalents in governmental banks | | 110,102 | 2,864,683 | 2,927,801 | 46,984 |
| Investments | | 16,115 | 10,898 | — | 27,013 |
| Total assets | $ | 593,536 | 2,991,458 | 2,927,801 | 657,193 |
| **Liabilities** | | | | | |
| Accounts payable and accrued liabilities | $ | 593,536 | 1,521,669 | 1,458,012 | 657,193 |
| Total liabilities | $ | 593,536 | 1,521,669 | 1,458,012 | 657,193 |

See accompanying independent auditors' report.

171

PR-CCD-0007128

## NONMAJOR COMPONENT UNITS

These entities are presented because the nature and significance of their relationship with the primary government are such that their exclusion would cause the basic financial statements to be misleading. These are discretely presented in a separate column in the basic financial statements due to nature of the services they provide. The accounting principles followed by each of the component units included herein may vary depending on the type of industries they are involved in (that is, banking, construction, public utilities, and so forth). The detailed information for each of these entities may be obtained directly from the administrative offices of the corresponding entities, as described in note 1 to the basic financial statements included in the financial section of this report.

172

PR-CCD-0007129

**COMMONWEALTH OF PUERTO RICO**

Nonmajor Discretely Presented Component Units – Statement of Net Assets

June 30, 2006

(In thousands)

| Assets | Agricultural Services and Development Administration | Automobile Accident Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Caribbean Basin Projects Financing Authority | Culebra Conservation & Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1 Service | Institutional Trust of the National Guard of Puerto Rico | Land Authority of Puerto Rico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | | | | | | | | | |
| Cash and cash equivalents | $ 11 | 592 | 2,428 | — | 376 | 3,290 | — | 6,247 | 1,120 | — | — | 2,692 |
| Cash and cash equivalents in governmental banks | — | 4,118 | — | 104 | — | — | 657 | — | — | 18,557 | 55,064 | 27,456 |
| Investments, including collateral from securities lending transactions | — | 219,600 | — | — | — | 210,041 | — | — | — | — | 654 | — |
| Receivables, net: | | | | | | | | | | | | |
| Insurance premiums | — | — | — | — | — | — | — | — | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — | — | — | — | — | — | — |
| Accounts | 75 | 4,825 | 19,752 | — | — | 53,028 | 1,033 | 693 | 154 | 3,840 | — | 13,089 |
| Loans and advances | — | — | — | — | — | 10,561 | — | — | — | 51 | — | 379 |
| Accrued interest | — | 1,043 | — | — | — | — | — | — | — | 253 | — | — |
| Other governmental entities | 11,263 | — | — | — | — | — | — | — | 251 | — | — | — |
| Other | 5,637 | 12,105 | 1,233 | — | — | — | — | — | — | — | 3,418 | 1,302 |
| Due from: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | 5,301 | — |
| Component units | 17,623 | — | 1,824 | — | — | — | 595 | — | — | 30 | 16,931 | — |
| Inventories | — | — | 652 | — | — | — | — | 331 | 160 | — | — | — |
| Prepaids | 569 | — | — | — | — | — | — | — | — | — | — | — |
| Total current assets | 35,178 | 242,083 | 25,889 | 104 | 376 | 276,920 | 2,285 | 7,271 | 1,745 | 22,733 | 59,136 | 66,550 |
| **Noncurrent assets:** | | | | | | | | | | | | |
| Restricted assets: | | | | | | | | | | | | |
| Cash and cash equivalents | 183,286 | 336 | 1,067 | — | — | — | 1,959 | — | — | — | — | 805 |
| Cash and cash equivalents in governmental banks | — | — | — | — | — | — | 30 | — | — | 13,408 | 3,000 | 963 |
| Investments | — | — | — | — | — | 649,922 | — | — | 620 | — | — | 4,865 |
| Receivables: | | | | | | | | | | 2,428 | | |
| Loans, interest and other | — | — | — | — | — | 109,431 | — | — | — | — | — | 605 |
| Interest-bearing deposits with other | — | — | — | — | — | — | — | — | — | — | — | — |
| Other governmental entities | — | — | — | — | — | — | — | 938 | — | 127 | — | — |
| Other | — | — | — | — | — | — | — | — | — | — | — | — |
| Due from: | | | | | | | | | | | | |
| Component units | — | — | — | — | — | — | — | 13,186 | — | — | — | — |
| Property held for sale and future development | — | — | — | — | — | — | — | — | — | — | — | — |
| Capital assets, not being depreciated | 6,787 | 901 | 5,015 | — | 651 | — | — | — | 3,100 | — | 1,483 | 81,544 |
| Capital assets, depreciable, net | 26,444 | 8,982 | 5,647 | — | 375 | 10,597 | 416 | 225 | 15,527 | 5,766 | 3,938 | 10,110 |
| Deferred expenses and other assets | 540 | 28 | — | — | — | 4,640 | — | — | — | — | 2,059 | 78 |
| Total noncurrent assets | 217,057 | 10,247 | 11,729 | — | 1,026 | 774,590 | 2,495 | 14,569 | 21,675 | 21,301 | 10,480 | 99,080 |
| Total assets | $ 252,235 | 252,330 | 37,618 | 104 | 1,402 | 1,051,510 | 4,670 | 21,840 | 23,420 | 44,034 | 69,616 | 165,630 |

See accompanying independent auditors' report.

(Continued)

PR-CCD-0007130

**COMMONWEALTH OF PUERTO RICO**

Nonmajor Discretely Presented Component Units – Statement of Net Assets

June 30, 2006

(In thousands)

| Assets | Musical Arts Corporation | National Parks Company of Puerto Rico | Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | Puerto Rico Land Administration | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority | Puerto Rico Municipal Finance Agency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | | | | | | | | | |
| Cash and cash equivalents | $  2,219 | 365 | — | 342 | 21,343 | — | 12,863 | — | 1,027 | 5,730 | 34 | — |
| Cash and cash equivalents in governmental banks | — | 1,713 | 1,193 | — | 1,030 | 2,186 | 9,100 | 8,223 | 85,662 | — | 9 | 2,598 |
| Investments, including collateral from securities lending transactions | — | — | 97,349 | — | — | — | — | — | 23,304 | — | — | 357,739 |
| **Receivables, net:** | | | | | | | | | | | | |
| Insurance premiums | — | — | — | — | — | — | — | — | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — | — | — | — | 1,925 | — | — |
| Accounts | 52 | 796 | — | — | 6,944 | 247 | 21,697 | — | 3,353 | 12,878 | — | — |
| Loans and advances | — | — | — | — | — | — | 469 | — | — | — | — | — |
| Accrued interest | — | — | 1,797 | — | — | — | 3,398 | 30 | 836 | — | — | — |
| Other governmental entities | 555 | 25 | — | 286 | — | — | — | — | 8 | 28,144 | — | — |
| Other | 21 | — | 216 | 41 | 40 | — | 20,411 | — | 7 | — | 4,120 | — |
| **Due from:** | | | | | | | | | | | | |
| Primary government | — | — | — | 23,908 | — | — | 23,403 | — | — | — | — | — |
| Component units | — | — | — | — | — | — | — | — | 710 | — | — | — |
| Inventories | — | — | — | — | — | — | — | — | — | 4,711 | 6,438 | — |
| Prepaids | — | 618 | — | 16 | 1,348 | — | 1,447 | — | 119 | — | — | — |
| **Total current assets** | 2,847 | 3,517 | 100,549 | 24,593 | 30,705 | 2,433 | 92,788 | 8,253 | 115,036 | 71,400 | 12,526 | 361,337 |
| **Noncurrent assets:** | | | | | | | | | | | | |
| **Restricted assets:** | | | | | | | | | | | | |
| Cash and cash equivalents | — | 1,005 | — | 856 | — | — | 82,604 | — | — | 2,372 | — | 82 |
| Cash and cash equivalents in governmental banks | — | 34,039 | — | — | — | 7,675 | 25,581 | — | 442 | — | 267 | — |
| Investments | — | — | 35,942 | — | 92,233 | — | 4,422 | — | — | — | — | 1,718,918 |
| **Receivables:** | | | | | | | | | | | | |
| Loans, interest and other | — | — | — | — | — | — | 3,475 | — | — | — | — | — |
| Interest-bearing deposits with other | — | — | — | — | 6,659 | — | — | — | — | — | — | — |
| Other governmental entities | — | — | — | — | — | — | — | — | 778 | — | — | — |
| Other | — | — | — | — | — | — | 531 | — | — | — | — | — |
| **Due from:** | | | | | | | | | | | | |
| Component units | — | — | — | — | — | — | — | — | 3,917 | — | — | — |
| Property held for sale and future development | — | — | — | — | 150 | — | 5,832 | — | 135,217 | — | — | — |
| Capital assets, not being depreciated | 153 | 27,573 | — | 19,871 | 196,966 | — | 280,077 | — | 23,341 | 7,322 | 2,560 | — |
| Capital assets, depreciable, net | 439 | 211,737 | 166 | 1,922 | 454,525 | 407 | 440,741 | — | 5,669 | 36,180 | 65,032 | — |
| Deferred expenses and other assets | — | — | — | — | 17,098 | — | 3,525 | — | 18 | — | — | 1,853 |
| **Total noncurrent assets** | 592 | 274,354 | 36,102 | 22,649 | 767,651 | 8,082 | 846,878 | — | 169,382 | 45,874 | 67,858 | 1,720,853 |
| **Total assets** | $  3,439 | 277,871 | 136,651 | 47,242 | 798,336 | 10,515 | 939,666 | 8,253 | 284,418 | 117,274 | 80,394 | 2,082,190 |

See accompanying independent auditors' report.

(Continued)

PR-CCD-0007131

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units – Statement of Net Assets

June 30, 2006

(In thousands)

| Assets | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico School of Plastic Arts | Puerto Rico Solid Waste Authority | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | | | | | | | | |
| Cash and cash equivalents | $ 1,367 | 4,203 | — | 420 | — | 49,875 | 1,771 | — | — | 2,690 | 119,355 |
| Cash and cash equivalents in governmental banks | — | — | 456 | 420 | 463 | — | 3,917 | 5,612 | — | 204,267 | 438,785 |
| Investments, including collateral from securities lending transactions | — | — | — | — | — | 102,151 | — | — | — | 641,694 | 1,652,532 |
| Receivables, net: | | | | | | | | | | | |
| Insurance premiums | — | — | — | — | — | — | — | — | — | 109,780 | 109,780 |
| Intergovernmental | — | — | — | — | — | — | — | — | — | — | 1,925 |
| Accounts | 79,841 | 499 | 85 | 1,733 | — | 4,585 | 112 | — | — | — | 176,283 |
| Loans and advances | — | — | — | — | — | — | — | — | — | — | 53,876 |
| Accrued interest | — | — | — | — | — | — | 7,065 | — | 89 | 10,462 | 35,332 |
| Other governmental entities | — | 98 | — | — | — | 92 | 1,015 | — | — | 41,992 | |
| Other | — | 296 | — | — | — | 1,427 | — | 19 | — | 22,736 | 73,022 |
| Due from: | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | 72,549 |
| Component units | — | — | — | — | — | — | — | — | — | 3,500 | 21,141 |
| Inventories | 563 | — | — | — | — | — | — | — | — | 7,581 | 39,465 |
| Prepaids | 5,048 | 136 | — | — | — | 4 | 59 | 96 | — | — | 10,603 |
| **Total current assets** | 86,819 | 5,232 | 541 | 2,153 | 463 | 158,042 | 18,016 | 6,739 | 89 | 1,003,812 | 2,847,140 |
| **Noncurrent assets:** | | | | | | | | | | | |
| Restricted assets: | | | | | | | | | | | |
| Cash and cash equivalents | 39,505 | 4,180 | 16 | 3,461 | — | — | 5,261 | — | — | — | 326,976 |
| Cash and cash equivalents in governmental banks | 1,075 | — | 218 | 10,301 | 21,278 | — | 15,066 | 488 | 560,614 | — | 716,022 |
| Investments | — | — | 771 | — | 1,850 | — | 400,000 | 303 | — | 754,632 | 2,214,695 |
| Investments | 1,000 | — | — | 800 | — | 16,087 | — | — | — | — | 1,470,098 |
| Receivables: | | | | | | | | | | | |
| Loans, interest and other | — | — | — | — | 6,808 | — | 895 | — | — | — | 121,214 |
| Interest-bearing deposits with other | — | — | — | — | — | — | — | — | — | — | 6,659 |
| Other governmental entities | 30,800 | — | — | — | — | — | — | — | — | — | 32,663 |
| Other | — | — | — | — | — | — | — | — | — | — | 531 |
| Due from: | | | | | | | | | | | |
| Component units | — | — | — | — | — | — | — | — | — | — | 17,303 |
| Property held for sale and future development | — | — | — | — | — | 11,635 | — | — | — | — | 141,199 |
| Capital assets, not being depreciated | 483,967 | 10,100 | — | 41,341 | — | 11,635 | 70,953 | — | — | 13,010 | 1,288,859 |
| Capital assets, depreciable, net | 316,491 | 12,671 | 8,702 | 153,608 | — | 26,535 | 37,712 | 345 | — | 99,799 | 1,960,702 |
| Deferred expenses and other assets | 6,368 | 358 | — | — | — | 7,907 | 26 | — | — | — | 44,498 |
| **Total noncurrent assets** | 880,007 | 27,309 | 9,807 | 218,911 | 30,033 | 62,164 | 530,803 | 1,106 | 569,414 | 867,441 | 8,341,419 |
| **Total assets** | $ 966,826 | 32,541 | 10,348 | 221,064 | 30,496 | 220,206 | 548,819 | 7,845 | 569,503 | 1,870,253 | 11,188,559 |

See accompanying independent auditors' report.

(Continued)

PR-CCD-0007132

**COMMONWEALTH OF PUERTO RICO**

Nonmajor Discretely Presented Component Units – Statement of Net Assets

June 30, 2006

(In thousands)

| Liabilities and Net Assets | Agricultural Services and Development Administration | Automobile Accident Compensation Administration | Cardiovascular Center of Puerto Rico and the Caribbean | Caribbean Basin Projects Financing Authority | Culebra Conservation & Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1 Service | Institutional Trust of the National Guard of Puerto Rico | Land Authority of Puerto Rico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 196,357 | 12,118 | 19,630 | 5 | 89 | — | 2,542 | 3,257 | 247 | 2,005 | 2,014 | 57,922 |
| Deposits and escrow liabilities | — | — | — | — | — | 288,246 | — | — | 176 | — | — | 9,703 |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | 42,186 | — | — | — | — | — | — | 5,296 | — | — |
| Component units | 23,886 | — | 5,154 | — | — | 331 | — | 6,431 | — | — | — | 41,444 |
| Other governmental entities | — | — | — | — | — | — | — | — | 3 | — | — | — |
| Securities lending transactions and reverse repurchase agreements | — | 47,573 | — | — | — | 116,140 | — | — | — | — | — | — |
| Interest payable | — | — | — | — | — | 8,812 | — | — | — | — | — | 3,589 |
| Deferred revenue | — | 37,036 | — | — | 36 | — | — | 7,066 | 1,183 | — | — | 605 |
| Notes payable, current portion | — | — | — | — | — | — | — | — | — | — | — | 2,121 |
| Commonwealth appropriation bonds, current portion | — | — | — | — | — | — | — | — | — | — | — | 718 |
| Bonds payable, current portion | — | — | — | — | — | — | — | — | — | — | — | — |
| Accrued compensated absences | 10,761 | 3,590 | 2,102 | — | 71 | — | 266 | 520 | 36 | 563 | 170 | 1,646 |
| Worker's compensation claims | — | 114,388 | — | — | — | — | — | — | — | — | — | — |
| Reserves for automobile accident benefit payments | — | — | 365 | — | — | 4,550 | — | — | — | — | — | — |
| Current portion of other long-term liabilities | 236 | — | — | — | — | — | — | — | 59 | — | — | 2,826 |
| Total current liabilities | 231,240 | 215,105 | 69,437 | 5 | 196 | 418,079 | 2,808 | 17,274 | 1,724 | 7,864 | 2,184 | 121,563 |
| **Noncurrent liabilities:** | | | | | | | | | | | | |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | 7,108 | — | — | — | — | — |
| Component units | 117,758 | — | — | — | — | 11,876 | — | — | — | — | — | — |
| Interest payable | — | — | — | — | — | — | — | — | — | — | — | — |
| Deferred revenue | — | — | — | — | — | — | 788 | — | — | — | — | — |
| Notes payable | 10,238 | — | — | — | — | 500,000 | — | — | — | — | — | 6,362 |
| Commonwealth appropriation bonds | — | — | — | — | — | — | — | — | — | — | — | 162,617 |
| Bonds payable | — | — | — | — | — | — | — | — | — | — | — | — |
| Accrued compensated absences | — | — | — | — | 19 | 2,118 | — | — | 613 | — | — | — |
| Other long-term liabilities | 673 | — | 1,070 | — | — | 537 | — | — | 19 | — | — | — |
| Total noncurrent liabilities | 128,669 | — | 1,070 | — | 19 | 514,531 | 7,896 | — | 632 | — | — | 168,979 |
| Total liabilities | 359,909 | 215,105 | 70,507 | 5 | 215 | 932,610 | 10,704 | 17,274 | 2,356 | 7,864 | 2,184 | 290,542 |
| **Net assets:** | | | | | | | | | | | | |
| Invested in capital assets, net of related debt | — | 9,883 | 10,662 | — | 1,026 | (1,610) | 416 | 225 | 18,108 | 5,505 | 5,420 | 91,604 |
| Restricted for: | | | | | | | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — | — | — | — | — | — | — |
| Capital projects | — | — | 567 | — | — | — | — | — | 620 | — | — | 752 |
| Debt service | — | — | — | — | — | — | — | — | — | — | — | — |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — | — | — | — | — | — | — |
| Student loans and other educational purposes | — | — | — | — | — | — | — | — | — | — | 300 | — |
| Other specified purposes | — | 336 | — | — | — | 8,984 | — | — | — | 15,408 | 2,500 | — |
| Unrestricted | (107,674) | 27,006 | (44,118) | 99 | 161 | 111,526 | (6,450) | 4,341 | 2,344 | 15,257 | 59,012 | (217,268) |
| Total net assets | (107,674) | 37,225 | (32,889) | 99 | 1,187 | 118,900 | (6,034) | 4,566 | 21,064 | 36,170 | 67,432 | (124,912) |
| Total liabilities and net assets | $ 252,235 | 252,330 | 37,618 | 104 | 1,402 | 1,051,510 | 4,670 | 21,840 | 23,420 | 44,034 | 69,616 | 165,630 |

See accompanying independent auditors' report.

(Continued)

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units – Statement of Net Assets

June 30, 2006

(In thousands)

| Liabilities and Net Assets | Musical Arts Corporation | National Parks Company of Puerto Rico | Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | Puerto Rico Land Administration | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority | Puerto Rico Municipal Finance Agency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 952 | 8,079 | 9,412 | 1,472 | 15,603 | 556 | 62,810 | 101 | 2,654 | 47,764 | 31,415 | 3,768 |
| Deposits and escrow liabilities | — | — | — | — | 2,184 | — | 3,576 | — | 1,477 | — | — | 340,501 |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | 27,012 | — | — |
| Component units | — | 6,831 | — | — | 154,846 | — | 70,351 | — | — | 38,720 | 3,153 | — |
| Other governmental entities | — | 4,848 | — | — | — | — | — | — | — | 30,436 | — | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — | — | — | — | — |
| Interest payable | — | 1,227 | — | 212 | 19,577 | — | 5,197 | — | — | — | 294 | 37,481 |
| Deferred revenue | 822 | — | — | — | 4,517 | — | 3,891 | — | — | — | 190 | — |
| Notes payable, current portion | — | — | — | — | — | — | 2,693 | — | — | — | — | — |
| Commonwealth appropriation bonds, current portion | — | — | — | — | — | — | — | — | — | — | — | — |
| Bonds payable, current portion | — | — | — | — | — | — | 10,458 | — | — | — | — | 114,210 |
| Accrued compensated absences | 131 | 228 | 1,065 | 176 | 285 | — | 5,450 | — | — | 10,618 | 868 | — |
| Worker's compensation claims | — | — | — | — | — | — | — | — | — | — | — | — |
| Reserve for automobile accident benefit payments | — | — | — | — | — | — | — | — | — | — | — | — |
| Current portion of other long-term liabilities | — | 6,191 | — | — | — | — | 92 | — | — | 3,416 | — | — |
| Total current liabilities | 1,905 | 27,404 | 10,477 | 1,860 | 197,012 | 556 | 164,518 | 101 | 4,131 | 157,966 | 35,920 | 495,960 |
| **Noncurrent liabilities:** | | | | | | | | | | | | |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | — | — |
| Component units | — | — | — | — | — | — | 3,917 | — | — | — | 19,151 | — |
| Interest payable | — | — | — | — | — | — | — | — | — | — | — | — |
| Deferred revenue | — | — | — | — | 6,400 | — | 11,921 | — | — | — | — | — |
| Notes payable | — | — | — | — | — | — | 65,626 | — | — | — | — | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | 481,589 | — | 279,514 | — | — | — | — | 1,502,354 |
| Accrued compensated absences | 42 | 5,754 | — | 772 | — | 314 | — | — | 833 | — | 3,471 | — |
| Other long-term liabilities | 2,442 | 976 | — | 130 | — | — | 182 | — | 37,749 | 7,572 | 2,672 | 23,682 |
| Total noncurrent liabilities | 2,484 | 6,730 | — | 902 | 488,989 | 314 | 361,160 | — | 38,582 | 7,572 | 25,294 | 1,526,036 |
| Total liabilities | 4,389 | 34,134 | 10,477 | 2,762 | 686,001 | 870 | 525,678 | 101 | 42,713 | 165,538 | 61,214 | 2,021,996 |
| **Net assets:** | | | | | | | | | | | | |
| Invested in capital assets, net of related debt | 592 | 231,628 | 160 | 21,793 | 18,656 | 407 | 357,626 | — | 29,010 | 39,755 | 67,602 | — |
| **Restricted for:** | | | | | | | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — | — | — | — | — | — | — |
| Capital projects | — | — | — | 21,855 | 55,531 | 257 | — | — | — | — | 267 | — |
| Debt service | — | — | — | — | 30,716 | — | 112,380 | — | — | — | — | 41,273 |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — | — | — | — | — | — | — |
| Student loans and other educational purposes | — | — | — | 832 | — | 7,351 | — | — | — | — | — | — |
| Other specified purposes | — | — | 61,070 | — | — | 1,034 | — | — | 442 | 3 | — | — |
| Unrestricted | (1,542) | 12,109 | 64,944 | — | 7,432 | 596 | (56,018) | 8,152 | 212,253 | (88,022) | (48,689) | 18,921 |
| Total net assets | (950) | 243,737 | 126,174 | 44,480 | 112,335 | 9,645 | 413,988 | 8,152 | 241,705 | (48,264) | 19,180 | 60,194 |
| Total liabilities and net assets | $ 3,439 | 277,871 | 136,651 | 47,242 | 798,336 | 10,515 | 939,666 | 8,253 | 284,418 | 117,274 | 80,394 | 2,082,190 |

See accompanying independent auditors' report.

177

(Continued)

PR-CCD-0007134

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units – Statement of Net Assets

June 30, 2006

(In thousands)

| Liabilities and Net Assets | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico School of Plastic Arts | Puerto Rico Solid Waste Authority | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 113,809 | 2,340 | 50 | 18,386 | 278 | 41,548 | 6,091 | 1,077 | 42,591 | 140,097 | 847,037 |
| Deposits and escrow liabilities | 1,234 | — | — | — | — | — | — | — | — | — | 647,157 |
| Due to: | | | | | | | | | | | |
| Primary government | — | — | — | — | — | 17,993 | — | — | — | — | 92,487 |
| Component units | 15,871 | — | — | 18,500 | — | — | — | — | — | — | 385,518 |
| Other governmental entities | — | — | — | — | — | — | — | 2,198 | — | — | 37,485 |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — | — | 114,131 | 277,844 |
| Interest payable | 2,295 | — | — | — | — | — | 6,076 | — | 22,717 | — | 107,468 |
| Deferred revenue | 441 | 4,180 | — | — | — | — | — | 3,025 | — | 34,866 | 98,758 |
| Notes payable, current portion | 122,664 | — | — | — | — | — | — | — | — | 1,956 | 129,234 |
| Commonwealth appropriation bonds, current portion | — | — | — | — | — | 489 | — | — | — | — | 1,207 |
| Bonds payable, current portion | 4,545 | — | — | — | — | — | — | — | — | — | 120,213 |
| Accrued compensated absences | 7,538 | 397 | 44 | 438 | — | 1,783 | 2,234 | 1,588 | — | 44,440 | 97,948 |
| Worker's compensation claims | — | — | — | — | — | — | — | — | — | 696,922 | 696,922 |
| Reserve for automobile accident benefit payments | — | — | — | — | — | — | — | — | — | — | 114,388 |
| Current portion of other long-term liabilities | 13,865 | — | — | 50 | 23,215 | 120 | — | — | — | 329 | 56,324 |
| Total current liabilities | 282,142 | 7,417 | 94 | 37,374 | 23,493 | 61,933 | 14,401 | 8,788 | 65,308 | 1,032,751 | 3,718,990 |
| Noncurrent liabilities: | | | | | | | | | | | |
| Due to: | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | 7,108 |
| Component units | 285,689 | — | — | 69,333 | — | — | — | — | 425,107 | — | 932,831 |
| Interest payable | — | — | — | — | — | — | — | — | — | — | — |
| Deferred revenue | 4,276 | — | — | — | — | — | — | — | — | — | 23,385 |
| Notes payable | 12,485 | — | — | — | — | — | 400,000 | — | — | 51,636 | 1,046,347 |
| Commonwealth appropriation bonds | — | — | — | 7,701 | — | 126,638 | — | — | — | — | 290,356 |
| Bonds payable | 61,659 | — | — | — | — | — | — | — | — | — | 2,326,116 |
| Accrued compensated absences | — | 1,403 | 334 | 542 | — | 6,241 | — | 1,584 | — | — | 24,040 |
| Other long-term liabilities | 421 | — | — | 6 | — | 800 | 3,910 | — | — | 71,983 | 134,824 |
| Total noncurrent liabilities | 364,530 | 1,403 | 334 | 77,582 | — | 133,079 | 403,910 | 1,584 | 425,107 | 123,619 | 4,811,097 |
| Total liabilities | 646,672 | 8,820 | 428 | 114,956 | 23,493 | 195,012 | 418,311 | 10,372 | 490,415 | 1,156,370 | 8,529,997 |
| **Net assets:** | | | | | | | | | | | |
| Invested in capital assets, net of related debt | 364,710 | 22,771 | 8,702 | 99,859 | — | 37,787 | 108,145 | 345 | — | 25,957 | 1,576,736 |
| Restricted for: | | | | | | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — | — | — | — | — | — |
| Capital projects | (1,399) | — | — | 2,166 | — | — | — | — | — | — | 80,616 |
| Debt service | 25,228 | — | — | — | — | — | — | — | — | — | 209,597 |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — | — | — | 526,912 | — | 526,912 |
| Student loans and other educational purposes | — | — | 771 | — | — | — | — | — | — | — | 9,454 |
| Other specified purposes | 3,686 | — | — | — | 6,818 | — | — | — | — | — | 100,281 |
| Unrestricted | (72,071) | 950 | 447 | 4,083 | 185 | (12,593) | 22,263 | (2,472) | (447,824) | 687,926 | 154,066 |
| Total net assets | 320,154 | 23,721 | 9,920 | 106,108 | 7,003 | 25,194 | 130,508 | (2,127) | 79,088 | 713,883 | 2,658,562 |
| Total liabilities and net assets | $ 966,826 | 32,541 | 10,348 | 221,064 | 30,496 | 220,206 | 548,819 | 7,145 | 569,503 | 1,870,253 | 11,188,559 |

See accompanying independent auditors' report.

178

(Continued)

PR-CCD-0007136

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units – Statement of Activities
Year ended June 30, 2006
(In thousands)

| Component Units | Expenses | Charges for services | Operating grants and contributions | Capital grants and contributions | Net (expense) revenue and changes in net assets | Payments from primary government | Contributions not restricted to specific programs | Taxes | Interest and investment earnings | Gain (loss) on sale of assets | Miscellaneous | Change in net assets | Net assets, beginning as restated | Net assets, end of year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Services and Development Administration | | | | | | | | | | | | | | |
| Automobile Accident Compensation Administration | | | | | | | | | | | | | | |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | | | | | | | | | | | | | | |
| Caribbean Basin Projects Financing Authority | | | | | | | | | | | | | | |
| Culebra Conservation and Development Authority | | | | | | | | | | | | | | |
| Economic Development Bank for Puerto Rico | | | | | | | | | | | | | | |
| Employment and Training Enterprise Corporation | | | | | | | | | | | | | | |
| Farm Insurance Corporation of Puerto Rico | | | | | | | | | | | | | | |
| Fine Arts Center Corporation | | | | | | | | | | | | | | |
| Governing Board of the 911 Service | | | | | | | | | | | | | | |
| Institutional Trust of the National Guard of Puerto Rico | | | | | | | | | | | | | | |
| Land Authority of Puerto Rico | | | | | | | | | | | | | | |
| Musical Arts Corporation and Pablo Casals Festival | | | | | | | | | | | | | | |
| National Parks Company of Puerto Rico | | | | | | | | | | | | | | |
| Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | | | | | | | | | | | | | | |
| Puerto Rico Conservatory of Music Corporation | | | | | | | | | | | | | | |
| Puerto Rico Convention Center District Authority | | | | | | | | | | | | | | |
| Puerto Rico Council on Higher Education | | | | | | | | | | | | | | |
| Puerto Rico Industrial Development Company | | | | | | | | | | | | | | |
| Puerto Rico Industry, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | | | | | | | | | | | | | | |
| Puerto Rico Land Administration | | | | | | | | | | | | | | |
| Puerto Rico Medical Services Administration | | | | | | | | | | | | | | |
| Puerto Rico Metropolitan Bus Authority | | | | | | | | | | | | | | |
| Puerto Rico Municipal Finance Agency | | | | | | | | | | | | | | |
| Puerto Rico Ports Authority | | | | | | | | | | | | | | |
| Puerto Rico Public Broadcasting Corporation | | | | | | | | | | | | | | |
| Puerto Rico School of Plastic Arts | | | | | | | | | | | | | | |
| Puerto Rico Solid Waste Authority | | | | | | | | | | | | | | |
| Puerto Rico Telephone Authority | | | | | | | | | | | | | | |
| Puerto Rico Tourism Company | | | | | | | | | | | | | | |
| Puerto Rico Trade and Export Company | | | | | | | | | | | | | | |
| Right to Employment Administration | | | | | | | | | | | | | | |
| Special Communities Perpetual Trust | | | | | | | | | | | | | | |
| State Insurance Fund Corporation | | | | | | | | | | | | | | |
| Total nonmajor | | | | | | | | | | | | | | |

179

See accompanying independent auditors' report.

# STATISTICAL SECTION

PR-CCD-0007137

## STATISTICAL SECTION

This part of the Commonwealth of Puerto Rico's comprehensive annual financial report presents detailed information as a context for understanding what the information in the financial statements, note disclosures, and required supplementary information says about the Commonwealth's overall financial health.

| Contents | Pages |
|---|---|
| Financial Trends | 1 – 4 |

These schedules contain trend information to help the reader understand how the Commonwealth's financial performance and well-being have changed over time.

| Revenue Capacity | 5 |
|---|---|

This schedule contains information to help the reader assess the Commonwealth's most significant local revenue sources.

| Debt Capacity | 6 – 7 |
|---|---|

These schedules present information to help the reader assess the affordability of the Commonwealth's current levels of outstanding debt and the Commonwealth's ability to issue additional debt in the future.

| Demographic and Economic Information | 8 – 10 |
|---|---|

These schedules offer demographic and economic indicators to help the reader understand the environment within which the Commonwealth's financial activities take place.

| Operating Information | 11 |
|---|---|

This schedule contains service data to help the reader understand how the information in the Commonwealth's financial report relates to the services the government provides and the activities it performs.

Sources: Unless otherwise noted, the information in these schedules is derived from the comprehensive annual financial reports for the relevant year.

PR-CCD-0007138

**COMMONWEALTH OF PUERTO RICO**

Statements of Changes in Net Assets

Last Four Fiscal Years

Accrual Basis of Accounting

(In thousands)

| | | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| **Expenses:** | | | | | |
| Governmental activities: | | | | | |
| General government | $ | 2,844,494 | 1,827,816 | 1,963,879 | 2,324,715 |
| Public safety | | 2,217,294 | 2,580,951 | 1,950,635 | 1,606,272 |
| Health | | 1,422,813 | 2,364,110 | 2,386,735 | 1,903,811 |
| Public housing and welfare | | 3,287,559 | 3,443,886 | 2,919,315 | 3,239,366 |
| Education | | 4,110,669 | 5,000,686 | 3,684,331 | 3,375,815 |
| Economic development | | 564,447 | 1,006,945 | 896,925 | 451,945 |
| Intergovernmental | | 440,390 | — | 591,237 | 466,762 |
| Interest and other | | 882,163 | 845,556 | 778,700 | 671,228 |
| Total governmental activities | | 15,769,829 | 17,069,950 | 15,171,757 | 14,039,914 |
| Business-type activities: | | | | | |
| Lotteries | | 670,425 | 699,407 | 731,344 | 695,888 |
| Unemployment | | 207,483 | 197,967 | 142,652 | 343,243 |
| Other | | 25,043 | 32,437 | 26,763 | 22,385 |
| Total business-type activities | | 902,951 | 929,811 | 900,759 | 1,061,516 |
| Total primary government expenses | | 16,672,780 | 17,999,761 | 16,072,516 | 15,101,430 |
| **Program revenue:** | | | | | |
| Governmental activities: | | | | | |
| Charges for services | | 828,993 | 702,691 | 769,207 | 757,116 |
| Operating grants and contributions | | 4,365,711 | 4,096,204 | 1,038,776 | 3,830,639 |
| Capital grants and contributions | | 100,990 | 121,083 | 2,592,055 | 173,644 |
| Total governmental activities | | 5,295,694 | 4,919,978 | 4,400,038 | 4,761,399 |
| Business activities: | | | | | |
| Charges for services | | 1,149,426 | 1,187,009 | 1,136,705 | 1,132,285 |
| Operating grants and contributions | | 59,613 | 22,315 | 59,728 | 97,033 |
| Total business-type activities | | 1,209,039 | 1,209,324 | 1,196,433 | 1,229,318 |
| **Net (expense) revenue:** | | | | | |
| Governmental activities | | (10,474,135) | (12,149,972) | (10,771,719) | (9,278,515) |
| Business-type activities | | 306,088 | 279,513 | 295,674 | 167,802 |
| Total primary government net expense | $ | (10,168,047) | (11,870,459) | (10,476,045) | (9,110,713) |
| **General revenue:** | | | | | |
| Governmental activities: | | | | | |
| Taxes: | | | | | |
| Income | $ | 6,255,391 | 5,526,006 | 5,191,080 | 4,941,128 |
| Excise | | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 |
| Other | | 15,145 | 7,128 | 19,211 | 3,055 |
| Revenue from global settlement agreement | | 66,796 | 106,521 | 70,420 | 101,849 |
| Unrestricted investment earnings | | 117,080 | 116,686 | 60,585 | 85,565 |
| Revenue from component units | | 68,745 | 474,069 | 175,729 | 111,752 |
| Grants and contributions not restricted to specific programs | | 196,721 | 102,691 | 5,706 | 103,423 |
| Payment from agency fund | | (2,485) | — | (35,646) | (203,514) |
| Special item | | — | — | — | — |
| Gain on sale of assets | | 19,588 | — | — | — |
| Transfers | | 242,642 | 492,796 | 203,258 | 279,060 |
| Other | | 203,525 | 322,185 | 384,719 | 214,381 |
| Total governmental activities | | 9,197,146 | 9,249,298 | 7,999,672 | 7,531,428 |
| Business-type activities: | | | | | |
| Unrestricted investments earnings | | 33,165 | 32,284 | 23,831 | 77,362 |
| Revenue from component units | | — | — | — | 1,038 |
| Grants and contributions not restricted to specific programs | | | | | |
| Transfers | | (242,642) | (492,796) | (203,258) | (279,060) |
| Total business-type activities | | (209,477) | (460,512) | (179,427) | (200,660) |
| Total primary government | | 8,987,669 | 8,788,786 | 7,820,245 | 7,330,768 |
| **Change in net assets:** | | | | | |
| Governmental activities | | (1,276,989) | (2,900,674) | (2,772,047) | (1,747,087) |
| Business-type activities | | 96,611 | (180,999) | 116,247 | (32,858) |
| Total primary government | $ | (1,180,378) | (3,081,673) | (2,655,800) | (1,779,945) |

1

**COMMONWEALTH OF PUERTO RICO**

Statements of Net Assets by Component

Last Four Fiscal Years

Accrual Basis of Accounting

(In thousands)

|  | | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| Governmental activities: | | | | | |
| Invested in capital assets, net of related debt | $ | 3,485,882 | 3,774,098 | 3,133,230 | 1,969,864 |
| Restricted | | 280,078 | 296,692 | — | 19,749 |
| Unrestricted (deficit) | | (20,975,523) | (19,987,579) | (16,789,576) | (13,942,397) |
| Total governmental activities net assets | | (17,209,563) | (15,916,789) | (13,656,346) | (11,952,784) |
| Business-type activities: | | | | | |
| Invested in capital assets, net of related debt | | 1,008 | 847 | 1,672 | 1,895 |
| Restricted | | 947,507 | 872,215 | 853,194 | 736,947 |
| Unrestricted (deficit) | | (171,015) | (202,212) | (3,037) | (3,260) |
| Total business-type activities net assets | | 777,500 | 670,850 | 851,829 | 735,582 |
| Primary government: | | | | | |
| Invested in capital assets, net of related debt | | 3,486,890 | 3,774,945 | 3,134,902 | 1,971,759 |
| Restricted | | 1,227,585 | 1,168,907 | 853,194 | 756,696 |
| Unrestricted (deficit) | | (21,146,538) | (20,189,791) | (16,792,613) | (13,945,657) |
| Total primary government net assets | $ | (16,432,063) | (15,245,939) | (12,804,517) | (11,217,202) |

2

PR-CCD-0007140

**COMMONWEALTH OF PUERTO RICO**

Statements of Changes in Fund Balances of Governmental Funds

All Governmental Fund Types

Last Ten Fiscal Years

(In thousands)

| | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | |
| Taxes: | | | | | | | | | | |
| Income | $ 6,181,995 | 5,564,673 | 5,061,761 | 4,874,795 | 4,843,852 | 4,536,840 | 4,967,138 | 4,413,850 | 3,989,239 | 3,622,988 |
| Excise | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 | 1,713,098 | 1,788,992 | 1,736,539 | 1,714,444 | 1,884,348 | 1,827,305 |
| Other | 15,145 | 7,128 | 19,211 | 3,055 | 1,963 | 92,024 | 87,523 | 78,926 | 73,426 | 64,910 |
| Charges for services | 828,993 | 702,691 | 750,978 | 780,905 | 535,423 | 645,806 | 617,020 | 457,454 | 569,096 | 464,034 |
| Intergovernmental | 4,663,422 | 4,319,977 | 3,654,766 | 4,107,706 | 3,634,358 | 3,807,049 | 2,971,528 | 3,417,647 | 3,009,169 | 3,077,042 |
| Interest | 117,080 | 116,686 | 58,914 | 83,565 | 90,940 | 67,020 | 91,525 | 97,880 | 116,030 | 110,777 |
| Other | 334,591 | 869,238 | 629,426 | 436,668 | 839,240 | 270,711 | 383,548 | 163,228 | 189,476 | 134,819 |
| Total revenue all governmental fund types | 14,155,224 | 13,681,709 | 12,099,666 | 12,183,423 | 11,658,874 | 11,208,442 | 10,854,821 | 10,342,439 | 9,830,784 | 9,301,875 |
| **Expenditures:** | | | | | | | | | | |
| General government | 2,489,093 | 1,675,428 | 1,777,365 | 1,774,156 | 1,279,750 | 739,009 | 853,040 | 526,529 | 484,547 | 499,652 |
| Public safety | 2,108,152 | 2,400,568 | 1,765,199 | 1,424,846 | 1,659,280 | 1,623,362 | 1,310,322 | 1,103,606 | 1,241,762 | 1,188,814 |
| Health | 1,429,888 | 2,344,522 | 2,176,741 | 1,908,717 | 1,983,727 | 954,563 | 972,757 | 625,475 | 656,498 | 508,659 |
| Public housing and welfare | 3,130,373 | 3,320,849 | 2,738,016 | 2,953,189 | 2,726,129 | 2,315,899 | 2,102,410 | 2,485,092 | 1,902,902 | 2,086,828 |
| Education | 4,101,980 | 4,177,664 | 3,474,013 | 3,297,248 | 3,343,002 | 2,308,479 | 2,436,267 | 2,272,903 | 2,744,630 | 1,960,185 |
| Economic development | 516,444 | 706,066 | 868,926 | 428,621 | 637,794 | 170,917 | 337,255 | 314,897 | 186,296 | 333,290 |
| Intergovernmental | 409,727 | — | 528,829 | 465,699 | 466,169 | 222,721 | 373,016 | 318,664 | 55,739 | 496,844 |
| Capital outlays | 502,348 | 665,630 | 581,788 | 1,184,976 | 507,634 | 1,020,344 | 833,597 | 642,016 | 1,515,230 | 1,395,463 |
| Debt service: | | | | | | | | | | |
| Principal | 446,281 | 391,554 | 526,572 | 330,346 | 2,062,059 | 466,467 | 416,369 | 351,722 | 620,866 | 359,851 |
| Interest and other | 822,234 | 733,931 | 737,502 | 1,158,749 | 614,347 | 545,001 | 444,595 | 442,614 | 595,053 | 556,835 |
| Total expenditures all governmental fund types | 15,956,520 | 16,425,312 | 15,174,951 | 14,926,547 | 15,279,891 | 10,366,782 | 10,079,628 | 9,083,618 | 10,003,523 | 9,386,421 |
| **Other financing sources (uses):** | | | | | | | | | | |
| Transfers in | 1,423,240 | 1,745,992 | 1,034,090 | 1,666,278 | 966,935 | 756,229 | 1,026,581 | 992,667 | 1,116,455 | 1,255,621 |
| Transfers out | (1,180,598) | (1,253,216) | (830,832) | (1,385,218) | (779,752) | (2,864,056) | (2,646,732) | (2,841,330) | (2,156,852) | (2,330,765) |
| Long-term debt issued | 1,518,355 | 1,619,562 | 3,001,116 | 2,241,190 | 3,107,821 | 834,396 | 474,471 | 479,610 | 1,971,960 | 1,258,495 |
| Discount on bonds issued | (323) | (6,078) | (23,061) | (36,204) | (16,075) | — | — | — | — | — |
| Capital leases | 4,580 | 847 | 2,300 | 58,897 | — | — | — | — | — | — |
| Refunding bonds issued | — | — | 2,372,689 | 1,754,686 | 1,636,838 | 329,370 | 54,645 | 117,529 | 631,906 | 335,155 |
| Payment to refunded bond escrow agent | — | — | (2,316,910) | (1,754,686) | (1,665,811) | (227,369) | (54,645) | (117,529) | (632,822) | (333,111) |
| Other | 54,135 | — | — | — | 327,785 | — | — | — | 140,000 | — |
| Total other financing sources (uses) all governmental fund types | 1,819,389 | 2,107,107 | 3,239,392 | 2,542,943 | 3,577,741 | (1,171,430) | (1,145,680) | (1,369,053) | 1,070,647 | 185,395 |
| Net change in fund balances (deficit) | $ 18,093 | (636,496) | 164,107 | (200,181) | (43,276) | (329,770) | (370,487) | (110,232) | 897,908 | 100,849 |

The annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, collected by the Municipal Revenue Collection Center on the Commonwealth's behalf, is presented as property tax from 2002 henceforth but as intergovernmental revenue in prior years.

In 2002, the Commonwealth adopted GASB No. 34. This statement requires that component units be included as expenditure by function. In prior years, such payments were reported as operating transfers-out to component units.

3

PR-CCD-0007141

**COMMONWEALTH OF PUERTO RICO**

Fund Balances of Governmental Funds

Last Four Fiscal Years

Modified-Accrual Basis of Accounting

(In thousands)

|  | | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| General fund: | | | | | |
| Reserved | $ | 770,628 | 810,314 | 1,102,232 | 262,758 |
| Unreserved (deficit) | | (1,154,383) | (1,321,585) | (1,468,182) | (342,941) |
| Total general fund | $ | (383,755) | (511,271) | (365,950) | (80,183) |
| All other governmental funds: | | | | | |
| Reserved | $ | 73,346 | 45,546 | 72,455 | 33,047 |
| Unreserved reported in: | | | | | |
| Debt service funds | | 143,732 | 156,564 | 119,830 | 168,928 |
| Special revenue funds | | 358,452 | 256,949 | 449,455 | 506,252 |
| Capital project funds | | 219,163 | 437,923 | 744,577 | 228,215 |
| Total all other governmental funds | $ | 794,693 | 896,982 | 1,386,317 | 936,442 |

4

PR-CCD-0007142

**Commonwealth of Puerto Rico**
**General Fund Net Revenue**
**For the last ten fiscal years**
**(In thousands)**

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 5,600,748 | 5,902,506 | 6,550,043 | 6,943,613 | 6,962,134 | 7,454,399 | 7,841,742 | 7,985,388 | 8,305,669 | 8,541,238 |
| From internal revenue | 5,335,879 | 5,630,040 | 6,271,392 | 6,647,632 | 6,632,090 | 6,865,454 | 7,505,866 | 7,622,201 | 7,937,772 | 8,185,413 |
| Tax revenue | 5,095,218 | 5,358,805 | 5,982,504 | 6,344,398 | 6,204,639 | 6,428,083 | 6,910,345 | 7,091,198 | 7,374,589 | 7,735,669 |
| Property taxes | 8,286 | 5,673 | 2,214 | 1,131 | 287 | | | | 3,949 | 1,106 |
| Income taxes, total | 3,610,016 | 3,972,869 | 4,433,804 | 4,856,011 | 4,778,590 | 4,878,418 | 5,170,294 | 5,297,931 | 5,485,950 | 5,989,906 |
| Individuals | 1,825,337 | 2,026,612 | 2,244,376 | 2,352,066 | 2,259,090 | 2,449,982 | 2,767,678 | 2,720,920 | 2,885,903 | 3,087,748 |
| Corporations | 1,440,691 | 1,527,415 | 1,653,762 | 1,781,862 | 1,696,766 | 1,706,137 | 1,776,985 | 1,831,027 | 1,870,937 | 1,872,458 |
| Partnerships | 2,120 | 4,404 | 2,087 | 2,339 | 3,026 | 2,670 | 2,101 | 3,005 | 3,245 | 2,787 |
| Withholding to nonresidents | 81,603 | 102,463 | 369,384 | 557,276 | 696,835 | 583,256 | 517,141 | 631,100 | 612,005 | 921,260 |
| Tollgate tax (regular) | 83,640 | 65,285 | 49,249 | 57,203 | 23,664 | 44,213 | 35,576 | 24,411 | 17,611 | 19,570 |
| Tollgate tax (prepayment) | 126,605 | 105,668 | 65,284 | 53,927 | 25,847 | 15,302 | 9,745 | 7,168 | 5,362 | 7,826 |
| Interest subject to 17% | 7,582 | 11,406 | 10,666 | 11,674 | 14,782 | 14,310 | 11,278 | 10,108 | 10,489 | 11,536 |
| Taxes on dividends | 35,438 | 39,616 | 38,996 | 39,664 | 58,580 | 62,548 | 49,790 | 70,192 | 80,398 | 66,721 |
| Inheritance and gift taxes | 4,028 | 1,380 | 1,811 | 3,109 | 7,475 | 1,962 | 2,825 | 15,691 | 7,129 | 9,466 |
| Excise taxes, total | 1,419,353 | 1,312,716 | 1,473,827 | 1,410,346 | 1,341,949 | 1,465,128 | 1,651,350 | 1,693,345 | 1,792,345 | 1,643,881 |
| Alcoholic beverages, total | 229,043 | 238,118 | 243,464 | 236,374 | 237,512 | 249,705 | 299,582 | 296,302 | 298,235 | 202,180 |
| Distilled spirits | 51,855 | 48,034 | 47,519 | 49,425 | 46,963 | 51,734 | 58,389 | 61,306 | 56,641 | 54,056 |
| Beer | 167,321 | 178,465 | 181,348 | 170,065 | 177,448 | 179,737 | 223,309 | 217,568 | 221,902 | 219,379 |
| Other beverages | 9,867 | 11,619 | 14,597 | 16,884 | 13,101 | 18,234 | 17,884 | 17,428 | 19,692 | 18,745 |
| General taxes , total | 1,190,310 | 1,074,598 | 1,230,363 | 1,173,972 | 1,104,437 | 1,215,423 | 1,351,768 | 1,397,043 | 1,494,110 | 1,351,701 |
| Cigarettes | 120,287 | 111,094 | 119,106 | 116,187 | 119,126 | 116,655 | 149,487 | 144,720 | 146,627 | 155,267 |
| Petroleum products | 22,095 | 6,172 | 5,562 | 4,689 | 7,046 | 5,095 | 5,860 | 4,934 | 5,143 | 5,146 |
| Motor vehicle | 363,820 | 350,004 | 411,573 | 389,995 | 406,252 | 418,024 | 499,252 | 551,181 | 606,662 | 533,957 |
| Horse races | 29,138 | 27,401 | 21,405 | 26,351 | 18,893 | 22,013 | 28,872 | 28,865 | 31,463 | 30,786 |
| Insurance premiums | 19,430 | 19,364 | 20,368 | 21,564 | 22,845 | 24,290 | 26,771 | 27,217 | 28,324 | 43,055 |
| Cement | 2,234 | 1,702 | 2,417 | 2,531 | 2,707 | 3,426 | 3,279 | 3,432 | 3,228 | 2,919 |
| Slot machines | | 12,230 | 26,330 | 30,869 | - | 36,953 | 90,018 | 76,966 | 85,513 | 23,167 |
| Crude oil and derived products | 158,739 | 51,636 | 70,056 | 24,786 | 1,901 | 38,619 | 12,925 | - | - | - |
| 5% general excise tax | 446,500 | 468,425 | 520,351 | 525,561 | 508,972 | 486,302 | 505,709 | 535,381 | 557,323 | 551,723 |
| Hotel rooms | 12,139 | 13,299 | 15,923 | 17,275 | - | - | 9,056 | - | - | - |
| Others | 13,928 | 13,271 | 17,273 | 15,194 | 16,686 | 64,626 | 20,539 | 24,334 | 29,927 | 25,681 |
| Licenses | 53,535 | 66,167 | 70,848 | 73,801 | 76,338 | 82,575 | 85,876 | 84,231 | 85,216 | 91,310 |
| Motor vehicles | 42,354 | 46,268 | 46,781 | 49,133 | 49,834 | 54,896 | 58,426 | 55,638 | 55,669 | 59,525 |
| Entertainment machines | - | 7,327 | 9,235 | 10,545 | 11,322 | 12,874 | 13,932 | 14,393 | 15,019 | 16,981 |
| Alcoholic beverages and others | 11,181 | 12,572 | 14,832 | 14,123 | 15,182 | 14,805 | 13,518 | 14,200 | 14,528 | 14,804 |
| Non-tax revenue | 240,661 | 271,235 | 288,888 | 303,234 | 427,451 | 437,371 | 595,521 | 531,003 | 563,183 | 449,744 |
| Traditional lottery | 52,829 | 57,986 | 59,206 | 63,779 | 57,482 | 61,358 | 67,621 | 65,387 | 64,638 | 62,729 |
| Electronic lottery | 47,994 | 54,681 | 53,013 | 70,209 | 70,211 | 57,897 | 89,643 | 86,115 | 68,011 | 55,212 |
| Transfer in from non-budgeted funds | - | - | - | - | 89,093 | 80,000 | 123,600 | - | - | - |
| Miscellaneous | 139,838 | 158,568 | 176,669 | 169,246 | 210,665 | 238,116 | 314,857 | 379,501 | 430,534 | 331,803 |
| From non-internal revenue | 264,869 | 272,466 | 278,651 | 295,981 | 330,044 | 344,948 | 335,876 | 363,187 | 367,897 | 355,825 |
| Custom duties | 61,114 | 72,206 | 61,355 | 50,231 | 43,154 | 30,595 | 25,918 | 34,266 | 26,731 | 9,553 |
| Excise on off-shore shipments | $ 203,755 | 200,260 | 217,296 | 245,750 | 286,890 | 314,253 | 309,958 | 328,921 | 341,166 | 346,272 |
| Administrative measures | | | | | | 244,097 | | | | |

Note: The net revenue presented above includes certain revenue and operating transfers-in from other funds presented in the combined statement of revenue and expenditures- budget and actual- budget basis.
Source: Puerto Rico Treasury Department.

5

PR-CCD-0007143

**COMMONWEALTH OF PUERTO RICO**

Legal Debt Margin Information

Last Ten Fiscal Years

(In thousands)

| | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal revenue average for two years | $ 8,061,593 | 7,779,987 | 7,564,034 | 7,185,660 | 6,748,772 | 6,639,861 | 6,459,512 | 5,950,716 | 5,682,960 | 5,155,399 |
| Legal debt limit – 15% of internal revenue average for two years | 1,209,239 | 1,166,998 | 1,134,605 | 1,077,849 | 1,012,316 | 995,979 | 968,927 | 892,607 | 822,444 | 773,310 |
| Maximum debt service requirement | 680,742 | 630,685 | 598,547 | 599,611 | 521,035 | 588,359 | 561,918 | 532,324 | 533,241 | 479,017 |
| Additional legal debt service requirement margin | | 536,313 | 536,058 | 478,238 | 491,281 | 40,762 | 407,009 | 360,283 | 289,203 | 294,293 |
| Total maximum debt service requirement as a percentage of internal revenue average for two years | 8.44% | 8.11% | 7.91% | 8.34% | 7.72% | 8.86% | 8.70% | 8.95% | 9.73% | 9.29% |

**Legal Debt Margin Calculation for Fiscal Year 2006**

| | |
|---|---|
| Internal revenue for the year ended June 30, 2005 | $ 7,937,772 |
| Internal revenue for the year ended June 30, 2006 | 8,185,413 |
| Total internal revenue for the years ended June 30, 2005 and 2006 | $ 16,123,185 |
| Internal revenue average for the two years | $ 8,061,593 |
| Legal debt limit – 15% of internal revenue average for the two years | $ 1,209,239 |
| Maximum debt service requirement | 680,742 |
| Additional legal debt service requirement margin | $ 528,497 |
| Total maximum debt service requirement as a percentage of internal revenue average for two years | |

Sources:   Governmental Development Bank for Puerto Rico General obligation debt service may not exceed 15% of the average of the internal revenues for the last two fiscal years.

PR-CCD-0007144

**COMMONWEALTH OF PUERTO RICO**

Ratio of Annual Debt Service for General
Bonded Debt to Total General Expenditures

Last Ten Fiscal Years

(In thousands)

| Fiscal year: | Total debt service | General governmental expenditures | Ratio (%) |
|---|---|---|---|
| 2006 | $ 565,137 | 15,849,707 | 3.6% |
| 2005 | 491,394 | 16,425,312 | 3.0 |
| 2004 | 459,336 | 15,174,951 | 3.0 |
| 2003 | 362,136 | 14,926,547 | 2.4 |
| 2002 | 608,674 | 15,279,891 | 4.0 |
| 2001 | 538,436 | 10,366,782 | 5.2 |
| 2000 | 507,336 | 10,079,628 | 5.0 |
| 1999 | 468,970 | 9,083,618 | 5.2 |
| 1998 | 435,894 | 10,003,523 | 4.4 |
| 1997 | 430,153 | 9,386,421 | 4.6 |

7

PR-CCD-0007145

## COMMONWEALTH OF PUERTO RICO

Demographic and Economic Statistics

Last Ten Fiscal Years

| Fiscal year: | Population * | | Per capita income | | Median age | Life expectancy | School enrollment | Labor force** | Unemployment rate (%) | Gross product (current prices)*** | | Real gross product (2000 prices)*** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 3,928 | $ | 12,997 | (p) | 34.4 | 76.8 | 770,831 | 1,420 | 11.7 | $ | 56,688 | (p) | 45,111 | (p) |
| 2005 | 3,912 | | 12,365 | | 34.4 | 76.8 | 757,450 | 1,385 | 10.6 | | 53,601 | | 44,813 | |
| 2004 | 3,895 | | 11,724 | | 33.8 | 76.8 | 764,861 | 1,360 | 11.4 | | 50,709 | | 43,967 | |
| 2003 | 3,879 | | 11,429 | | 33.3 | 76.8 | 776,095 | 1,352 | 12.1 | | 47,479 | | 42,795 | |
| 2002 | 3,859 | | 10,921 | | 32.9 | 75.2 | 792,284 | 1,309 | 12.1 | | 45,071 | | 41,901 | |
| 2001 | 3,840 | | 10,732 | | 32.6 | 74.0 | 799,933 | 1,278 | 10.5 | | 44,047 | | 42,044 | |
| 2000 | 3,816 | | 10,204 | | 32.2 | 74.0 | 748,769 | 1,292 | 11.0 | | 41,419 | | 41,419 | |
| 1999 | 3,800 | | 9,659 | | 31.8 | 75.0 | 752,448 | 1,306 | 12.5 | | 38,281 | | 40,225 | |
| 1998 | 3,781 | | 9,108 | | 31.4 | 73.0 | 752,171 | 1,318 | 13.7 | | 35,111 | | 38,658 | |
| 1997 | 3,759 | | 8,729 | | 31.0 | 73.5 | 765,767 | 1,298 | 13.1 | | 32,343 | | 37,442 | |

Source: Puerto Rico Planning Board, Department of Education, Department of Labor and Human Resources, and General Council of Education of the Commonwealth. The enrollment in private schools is an estimate.

* Population as of July 1st (In thousands)
** amounts expressed in thousands
*** amounts expressed in millions
(p) Preliminary figures.

8

COMMONWEALTH OF PUERTO RICO

Average Employment by Sector

Last Ten Fiscal Years

(in thousands)

| Sector | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture | 22 | 26 | 25 | 24 | 23 | 21 | 24 | 27 | 31 | 31 |
| Manufacturing | 136 | 138 | 136 | 134 | 137 | 157 | 158 | 159 | 161 | 162 |
| Construction | 87 | 87 | 88 | 82 | 84 | 84 | 84 | 78 | 69 | 64 |
| Trade | 271 | 261 | 253 | 252 | 236 | 239 | 237 | 228 | 236 | 228 |
| Finance, insurance, and real estate | 47 | 43 | 41 | 42 | 42 | 39 | 42 | 42 | 40 | 37 |
| Transportation, communications, and public utilities | 59 | 59 | 56 | 57 | 62 | 56 | 55 | 59 | 59 | 59 |
| Services | 354 | 349 | 340 | 328 | 311 | 298 | 304 | 306 | 297 | 285 |
| Government (1) | 278 | 274 | 268 | 269 | 257 | 248 | 247 | 245 | 245 | 261 |
| Total (2) | 1,253 | 1,238 | 1,205 | 1,188 | 1,152 | 1,144 | 1,150 | 1,143 | 1,139 | 1,127 |

(1)   Includes the Commonwealth, its municipalities, and federal government, and excludes public corporations.
      Sources: Puerto Rico Department of Labor and Human Resources, Household Survey.

(2)   Totals may not add due to rounding.

9

## COMMONWEALTH OF PUERTO RICO

Tourism Indicators

Last Ten Fiscal Years

| | 2006 (p) | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| All hotels and hostelry registration | 2,152,472 | 2,097,606 | 2,008,730 | 1,964,963 | 1,821,274 | 1,836,377 | 1,674,092 | 1,637,620 | 1,570,683 | 1,461,567 |
| Occupancy rates | 67.9% | 67.7% | 68.9% | 64.9% | 67.8% | 66.7% | 70.7% | 71.9% | 67.3% | 69.8% |
| Number of rooms | 13,577 | 13,459 | 12,864 | 12,788 | 12,768 | 12,353 | 11,928 | 11,102 | 11,848 | 10,869 |
| Visitors expenditures* $ | 3,369 | 3,239 | 3,024 | 2,677 | 2,486 | 2,728 | 2,388 | 2,139 | 2,233 | 2,046 |

*Amounts expressed in millions of dollars.
(p) Preliminary figures.

Sources: Puerto Rico Tourism Company and Puerto Rico Planning Board.

10

PR-CCD-0007148

**COMMONWEALTH OF PUERTO RICO**

Operating Indicators by Function

Last Ten Fiscal Years

| Function | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fire protection: | | | | | | | | | | |
| Number of stations | 94 | 94 | 98 | 93 | 93 | 92 | 96 | 92 | 91 | 91 |
| Fire personnel and officers | 2,233 | 2,233 | 1,851 | 1,894 | 1,867 | 1,852 | 1,818 | 2,004 | 2,004 | 1,791 |
| Calls answered | 10,435 | 11,514 | 10,716 | 12,340 | 13,256 | 14,271 | 31,681 | 28,575 | 23,299 | 37,698 |
| Building inspections conducted | 73,360 | 71,610 | 56,093 | 53,750 | 41,415 | 31,693 | 44,396 | 14,521 | 30,139 | 32,402 |
| Police protection: | | | | | | | | | | |
| Number of stations | 238 | 234 | 231 | 228 | 235 | 239 | 238 | 236 | 234 | 448 |
| Police personnel and officers | 20,552 | 20,806 | 21,185 | 21,079 | 20,468 | 20,800 | 20,822 | 20,305 | 19,934 | 17,650 |
| Calls answered | 7,146 | 7,178 | 6,907 | 5,538 | 4,673 | 4,957 | 5,059 | 4,545 | 4,748 | 5,000 |
| Water system: | | | | | | | | | | |
| Customers | 1,285,732 | 1,251,699 | 1,256,981 | 1,238,461 | 1,209,834 | 1,195,038 | 1,179,109 | 1,163,673 | 1,148,284 | 1,141,648 |
| Water consumption (millions of cubic meters) | 365 | 356 | 359 | 350 | 349 | 348 | 350 | 348 | 343 | 364 |
| Electric distribution system: | | | | | | | | | | |
| Customers | 1,450,227 | 1,438,699 | 1,419,602 | 1,401,301 | 1,383,888 | 1,365,668 | 1,344,907 | 1,326,055 | 1,309,954 | 1,291,633 |
| Electricity consumption (millions of kilowatt) | 20,620 | 20,507 | 20,260 | 19,887 | 19,130 | 18,723 | 18,144 | 16,989 | 17,457 | 16,118 |
| Electricity production (millions of kilowatt) | 24,870 | 24,500 | 24,100 | 23,717 | 22,514 | 22,132 | 21,461 | 20,140 | 20,725 | 19,143 |
| Education: | | | | | | | | | | |
| Enrollment in public schools: | | | | | | | | | | |
| Kindergarten to sixth grade | 306,073 | 323,270 | 321,653 | 326,606 | 334,929 | 341,467 | 341,470 | 350,714 | 354,098 | 354,226 |
| Seventh to ninth grade | 135,166 | 137,717 | 142,305 | 146,896 | 146,837 | 145,858 | 145,908 | 144,157 | 143,382 | 145,591 |
| Tenth to twelfth grade | 122,251 | 118,491 | 116,829 | 118,519 | 117,072 | 119,162 | 118,498 | 114,684 | 111,798 | 117,340 |
| Enrollment in private schools: | | | | | | | | | | |
| Kindergarten to sixth grade | 128,645 | 110,283 | 117,622 | 117,622 | 119,648 | 119,648 | 91,321 | 91,321 | 91,321 | 91,284 |
| Seventh to ninth grade | 41,888 | 36,448 | 37,226 | 37,226 | 41,256 | 41,256 | 28,908 | 28,908 | 28,908 | 31,244 |
| Tenth to twelfth grade | 36,808 | 31,241 | 29,226 | 29,226 | 32,542 | 32,542 | 22,664 | 22,664 | 22,664 | 26,082 |
| Enrollment in universities and colleges: | | | | | | | | | | |
| Public | 68,813 | 71,044 | 74,056 | 74,301 | 73,974 | 73,846 | 73,846 | 72,010 | 70,765 | 68,838 |
| Private | 140,734 | 136,650 | 132,735 | 125,041 | 117,578 | 100,704 | 100,704 | 103,623 | 101,020 | 106,552 |

Source: Various agencies and component units of the Commonwealth. The enrollment in private schools is an estimate.

11

PR-CCD-0007149

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007150

# APPENDIX III

## FORM OF OPINION OF BOND COUNSEL

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007152



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | GENEVA | SAN FRANCISCO |

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING   GENEVA   SAN FRANCISCO
BRUSSELS  HONG KONG  SHANGHAI
CHICAGO  LONDON  SINGAPORE
DALLAS  LOS ANGELES  TOKYO
FRANKFURT  NEW YORK  WASHINGTON, DC

FOUNDED 1866

May __, 2008

Hon. José Guillermo Dávila Matos
Secretary of the Treasury of Puerto Rico
San Juan, Puerto Rico

Dear Sir:

We have examined Act No. 33 of the Legislature of Puerto Rico, approved December 7, 1942 (the "Act"), and certified copies of the legal proceedings, including a resolution adopted by the Secretary of the Treasury of the Commonwealth of Puerto Rico and approved by the Governor of the Commonwealth of Puerto Rico (the "Resolution"), and other proofs submitted relative to the issuance and sale of the following described bonds (the "Bonds"):

**$735,015,000**

**COMMONWEALTH OF PUERTO RICO**

**PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2008 A**

**Dated: Date of Delivery.**

Maturing on July 1 of the years and in such principal amounts, subject to redemption and bearing interest at the rates, all as set forth in the Resolution. The Bonds are issuable as registered Bonds without coupons in the manner and in accordance with the terms and conditions of the Resolution.

We have also examined one of the Bonds as executed and authenticated.

From such examination we are of the opinion that:

1.     The Act is valid.

2.     Said proceedings have been validly and legally taken.

3.     The Act and said proceedings and proofs show lawful authority for the issuance and sale of the Bonds, and the Bonds constitute valid and binding general obligations of the Commonwealth of Puerto Rico for the payment of the principal of and the interest on which the good faith, credit and taxing power of the Commonwealth of Puerto Rico are pledged.

PR-CCD-0007153



May __, 2008
Page 2

4.    Under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, (i) subject to continuing compliance with the covenant referred to below and requirements of the Internal Revenue Code of 1986, as amended (the "Code"), and the Resolution regarding the use, expenditure and investment of Bond proceeds (and the proceeds of the Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2008 B being issued on the date hereof) and the timely payment of certain investment earnings to the Treasury of the United States, if required, interest on the Bonds is not includable in gross income for federal income tax purposes; and (ii) the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation. We express no opinion as to the effect of any change to any document pertaining to the Bonds or of any action taken or not taken where such change is made or action is taken or not taken without our approval or in reliance upon the advice of counsel other than ourselves with respect to the exclusion from gross income of the interest on the Bonds for federal income tax purposes.

Interest on the Bonds is not a specific item of tax preference for the purposes of the federal alternative minimum tax imposed on individuals and corporations. Interest on the Bonds is, however, includable in the computation of the alternative minimum tax on corporations imposed by the Code. The Code contains other provisions that could result in tax consequences, upon which we express no opinion, as a result of (a) ownership of Bonds or (b) the inclusion in certain computations (including, without limitation, those related to the corporate alternative minimum tax) of interest that is excluded from gross income.

The Commonwealth of Puerto Rico has covenanted to comply, to the extent permitted by the Constitution and laws of the Commonwealth of Puerto Rico, with the requirements of the Code so that interest on the Bonds and said 2008 Series B Bonds will remain exempt from federal income taxes to which it is not subject on the date of issuance of the Bonds. We are not aware of any provisions of the Constitution or laws of the Commonwealth of Puerto Rico which would prevent the Commonwealth of Puerto Rico from complying with the requirements of the Code.

Respectfully submitted,

[To be signed, "Sidley Austin LLP"]

PR-CCD-0007154



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | GENEVA | SAN FRANCISCO |
| 787 SEVENTH AVENUE | BRUSSELS | HONG KONG | SHANGHAI |
| NEW YORK, NY 10019 | CHICAGO | LONDON | SINGAPORE |
| (212) 839 5300 | DALLAS | LOS ANGELES | TOKYO |
| (212) 839 5599 FAX | FRANKFURT | NEW YORK | WASHINGTON, DC |

FOUNDED 1866

May __, 2008

Hon. José Guillermo Dávila Matos
Secretary of the Treasury of Puerto Rico
San Juan, Puerto Rico

Dear Sir:

We have examined Act No. 33 of the Legislature of Puerto Rico, approved December 7, 1942 (the "Act"), and certified copies of the legal proceedings, including a resolution adopted by the Secretary of the Treasury of the Commonwealth of Puerto Rico and approved by the Governor of the Commonwealth of Puerto Rico (the "Resolution"), and other proofs submitted relative to the issuance and sale of the following described bonds (the "Bonds"):

### $173,975,000

### COMMONWEALTH OF PUERTO RICO

### PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2008 B

#### Dated: Date of Delivery.

Maturing on July 1 of the years and in such principal amounts, subject to redemption and bearing interest at the rates, all as set forth in the Resolution. The Bonds are issuable as registered Bonds without coupons in the manner and in accordance with the terms and conditions of the Resolution.

We have also examined one of the Bonds as executed and authenticated.

From such examination we are of the opinion that:

1. The Act is valid.

2. Said proceedings have been validly and legally taken.

3. The Act and said proceedings and proofs show lawful authority for the issuance and sale of the Bonds, and the Bonds constitute valid and binding general obligations of the Commonwealth of Puerto Rico for the payment of the principal of and the interest on which the good faith, credit and taxing power of the Commonwealth of Puerto Rico are pledged.

PR-CCD-0007155



May __, 2008
Page 2

    4.    Under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, (i) subject to continuing compliance with the covenant referred to below and requirements of the Internal Revenue Code of 1986, as amended (the "Code"), and the Resolution regarding the use, expenditure and investment of Bond proceeds (and the proceeds of the Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2008 A being issued on the date hereof) and the timely payment of certain investment earnings to the Treasury of the United States, if required, interest on the Bonds is not includable in gross income for federal income tax purposes; and (ii) the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation. We express no opinion as to the effect of any change to any document pertaining to the Bonds or of any action taken or not taken where such change is made or action is taken or not taken without our approval or in reliance upon the advice of counsel other than ourselves with respect to the exclusion from gross income of the interest on the Bonds for federal income tax purposes.

    Interest on the Bonds is not a specific item of tax preference for the purposes of the federal alternative minimum tax imposed on individuals and corporations. Interest on the Bonds is, however, includable in the computation of the alternative minimum tax on corporations imposed by the Code. The Code contains other provisions that could result in tax consequences, upon which we express no opinion, as a result of (a) ownership of Bonds or (b) the inclusion in certain computations (including, without limitation, those related to the corporate alternative minimum tax) of interest that is excluded from gross income.

    The Commonwealth of Puerto Rico has covenanted to comply, to the extent permitted by the Constitution and laws of the Commonwealth of Puerto Rico, with the requirements of the Code so that interest on the Bonds and said 2008 Series A Bonds will remain exempt from federal income taxes to which it is not subject on the date of issuance of the Bonds. We are not aware of any provisions of the Constitution or laws of the Commonwealth of Puerto Rico which would prevent the Commonwealth of Puerto Rico from complying with the requirements of the Code.

                        Respectfully submitted,




                        [To be signed, "Sidley Austin LLP"]

PR-CCD-0007156

**APPENDIX IV**

**SPECIMEN BOND INSURANCE POLICY**

PR-CCD-0007157

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007158



**Assured Guaranty Corp.**
1325 Avenue of the Americas
New York, NY 10019
t. 212.974.0100
www.assuredguaranty.com

## Financial Guaranty Insurance Policy

Issuer:

Policy No.:

Obligations:

Premium:

Effective Date:

Assured Guaranty Corp., a Maryland corporation ("**Assured Guaranty**"), in consideration of the payment of the Premium and on the terms and subject to the conditions of this Policy (which includes each endorsement hereto), hereby unconditionally and irrevocably agrees to pay to the trustee (the "**Trustee**") or the paying agent (the "**Paying Agent**") for the Obligations (as set forth in the documentation providing for the issuance of and securing the Obligations) for the benefit of the Holders, that portion of the Insured Payments which shall become Due for Payment but shall be unpaid by reason of Nonpayment.

Assured Guaranty will make such Insured Payments to the Trustee or the Paying Agent on the later to occur of (i) the date applicable principal or interest becomes Due for Payment, or (ii) the Business Day next following the day on which Assured Guaranty shall have Received a completed Notice of Nonpayment. If a Notice of Nonpayment by Assured Guaranty is incomplete or does not in any instance conform to the terms and conditions of this Policy, it shall be deemed not Received, and Assured Guaranty shall promptly give notice to the Trustee or the Paying Agent. Upon receipt of such notice, the Trustee or the Paying Agent may submit an amended Notice of Nonpayment. The Trustee or the Paying Agent will disburse the Insured Payments to the Holders only upon receipt by the Trustee or the Paying Agent, in form reasonably satisfactory to it of (i) evidence of the Holder's right to receive such payments, and (ii) evidence, including without limitation any appropriate instruments of assignment, that all of the Holder's rights to payment of such principal or interest Due for Payment shall thereupon vest in Assured Guaranty. Upon and to the extent of such disbursement, Assured Guaranty shall become the Holder of the Obligations, any appurtenant coupon thereto and right to receipt of payment of principal thereof or interest thereon, and shall be fully subrogated to all of the Holder's right, title and interest thereunder, including without limitation the right to receive payments in respect of the Obligations. Payment by Assured Guaranty to the Trustee or the Paying Agent for the benefit of the Holders shall discharge the obligation of Assured Guaranty under this Policy to the extent of such payment.

This Policy is non-cancelable by Assured Guaranty for any reason. The Premium on this Policy is not refundable for any reason. This Policy does not insure against loss of any prepayment premium or other acceleration payment which at any time may become due in respect of any Obligation, other than at the sole option of Assured Guaranty, nor against any risk other than Nonpayment.

Except to the extent expressly modified by any endorsement hereto, the following terms shall have the meanings specified for all purposes of this Policy. "**Avoided Payment**" means any amount previously distributed to a Holder in respect of any Insured Payment by or on behalf of the Issuer, which amount has been recovered from such Holder pursuant to the United States Bankruptcy Code in accordance with a final, nonappealable order of a court having competent jurisdiction that such payment constitutes an avoidable preference with respect to such Holder. "**Business Day**" means any day other than (i) a Saturday or Sunday, (ii) any day on which the offices of the Trustee, the Paying Agent or Assured Guaranty are closed, or (iii) any day on which banking institutions are authorized or required by law, executive order or governmental decree to be closed in the City of New York or in the State of Maryland. "**Due for Payment**" means (i) when referring to the principal of an Obligation, the stated maturity date thereof, or the date on which such Obligation shall have been duly called for mandatory sinking fund redemption, and does not refer to any earlier date on which payment is due by reason of a call for redemption (other than by mandatory sinking fund redemption), acceleration or other advancement of maturity (unless Assured Guaranty in its sole discretion elects to make any principal payment, in whole or in part, on such earlier date) and (ii) when referring to interest on an Obligation, the stated date for payment of such interest. "**Holder**" means, in respect of any Obligation, the person or entity who, at the time of Nonpayment, is entitled under the terms of such Obligation to payment of principal or interest thereunder, except that Holder shall not include the Issuer or any person or entity whose direct or indirect obligation constitutes the underlying security for the Obligations. "**Insured Payments**" means that portion of the principal of and interest on the Obligations that shall become Due for Payment but shall be unpaid by reason of Nonpayment. Insured Payments shall not include any additional amounts owing by the Issuer solely as a result of the failure by the Trustee or the Paying Agent to pay such amount when due and payable, including without limitation any such additional amounts as may be attributable to penalties or to interest accruing at a default rate, to amounts payable in respect of indemnification, or to any other additional amounts payable by the Trustee or the Paying Agent by reason of such failure. "**Nonpayment**" means, in respect of an Obligation, the failure of the Issuer to have provided sufficient funds to the Trustee or the Paying Agent for payment in full of all principal and interest Due for Payment on such Obligation. It is further understood that the term "Nonpayment" in respect of an Obligation includes any Avoided Payment. "**Receipt**" or "**Received**" means actual receipt or notice of or, if notice is given by overnight or other delivery service, or by certified or registered United States mail, by a delivery receipt signed by a person authorized to accept delivery on behalf of the person to whom the notice was given. Notices to Assured Guaranty may be mailed by registered mail or personally delivered or telecopied to it at 1325 Avenue of the Americas, New York, New York 10019, Telephone Number: (212) 974-0100, Facsimile Number: (212) 581-3268, Attention: Risk Management Department - Public Finance Surveillance, with a copy to the General Counsel, or to such other address as shall be specified by Assured Guaranty to the Trustee or the Paying Agent in writing. A Notice of Nonpayment will be deemed to be Received by Assured Guaranty on a given Business Day if it is Received prior to 12:00 noon (New York City time) on such Business Day; otherwise it will be deemed Received on the

PR-CCD-0007159

next Business Day. "**Term**" means the period from and including the Effective Date until the earlier of (i) the maturity date for the Obligations, or (ii) the date on which the Issuer has made all payments required to be made on the Obligations.

At any time during the Term of this Policy, Assured Guaranty may appoint a fiscal agent (the "**Fiscal Agent**") for purposes of this Policy by written notice to the Trustee or the Paying Agent, specifying the name and notice address of such Fiscal Agent. From and after the date of Receipt of such notice by the Trustee or the Paying Agent, copies of all notices and documents required to be delivered to Assured Guaranty pursuant to this Policy shall be delivered simultaneously to the Fiscal Agent and to Assured Guaranty. All payments required to be made by Assured Guaranty under this Policy may be made directly by Assured Guaranty or by the Fiscal Agent on behalf of Assured Guaranty. The Fiscal Agent is the agent of Assured Guaranty only, and the Fiscal Agent shall in no event be liable to the Trustee or the Paying Agent for any acts of the Fiscal Agent or any failure of Assured Guaranty to deposit, or cause to be deposited, sufficient funds to make payments due under this Policy.

To the fullest extent permitted by applicable law, Assured Guaranty hereby waives, in each case for the benefit of the Holders only, all rights and defenses of any kind (including, without limitation, the defense of fraud in the inducement or in fact or any other circumstance that would have the effect of discharging a surety, guarantor or any other person in law or in equity) that may be available to Assured Guaranty to deny or avoid payment of its obligations under this Policy in accordance with the express provisions hereof. Nothing in this paragraph will be construed (i) to waive, limit or otherwise impair, and Assured Guaranty expressly reserves, Assured Guaranty's rights and remedies, including, without limitation, its right to assert any claim or to pursue recoveries (based on contractual rights, securities law violations, fraud or other causes of action) against any person or entity, in each case, whether directly or acquired as a subrogee, assignee or otherwise, subsequent to making any payment to the Trustee or the Paying Agent, in accordance with the express provisions hereof, and/or (ii) to require payment by Assured Guaranty of any amounts that have been previously paid or that are not otherwise due in accordance with the express provisions of this Policy.

This Policy (which includes each endorsement hereto) sets forth in full the undertaking of Assured Guaranty with respect to the subject matter hereof, and may not be modified, altered or affected by any other agreement or instrument, including, without limitation, any modification thereto or amendment thereof. THIS POLICY IS NOT COVERED BY THE PROPERTY/CASUALTY INSURANCE SECURITY FUND SPECIFIED IN ARTICLE 76 OF THE NEW YORK INSURANCE LAW. This Policy will be governed by, and shall be construed in accordance with, the laws of the State of New York.

IN WITNESS WHEREOF, Assured Guaranty has caused this Policy to be affixed with its corporate seal, to be signed by its duly authorized officer, and to become effective and binding upon Assured Guaranty by virtue of such signature.



(SEAL)

ASSURED GUARANTY CORP.

By:_____
[Insert Authorized Signatory Name]
[Insert Authorized Signatory Title]

Signature attested to by:

_____
Counsel

PR-CCD-0007160

COMMONWEALTH OF PUERTO RICO • PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2008 A AND SERIES 2008 B (GENERAL OBLIGATION BONDS)



Printed on Recycled Paper
IMAGEMASTER 800.452.6152

Exhibit 21 Page 190 of 340

# Exhibit 21

Supplement, dated May 7, 2008, to Official Statement,
dated April 25, 2008, relating to:

$190,135,000
COMMONWEALTH OF PUERTO RICO
Public Improvement Refunding Bonds, Series 2008 C
(General Obligation Bonds)

Base CUSIP 74514L

Please note the following changes to the Official Statement, dated April 25, 2008, relating to the above bonds (all terms used below have the same meanings given to them in said Official Statement, dated April 25, 2008):

1.     The first sentence under the heading *"Plan of Financing* - Refunding Plan" is deleted and in its place the following sentence is added to read as follows:

The Bonds, together with the Series 2008 A Bonds and the Series 2008 B Bonds, are being issued for the purpose of refunding certain public improvement and public improvement refunding bonds of the Commonwealth (the "Refunded Bonds") and repaying a portion of a line of credit obtained from Government Development Bank in the amount of $87,697,139.43 (the "Line of Credit").

[Remainder of Page Intentionally Left Blank]

2.    The table under the heading "*Plan of Financing* - Refunding Plan" is deleted and in its place the following table is added:

| Public Improvement Bonds[1] | Principal Amount to be Refunded | Interest Rate | Maturity Date July 1, | Redemption Date | Redemption Price (% of Par) | CUSIP Number |
|---|---|---|---|---|---|---|
| 1988A[2] | $ 10,740,000 | [3] | 2008 | At maturity | N/A | 7451435F0 |
| 1989A | 2,880,000 | [3] | 2008 | At maturity | N/A | 7451436N2 |
| 1989A | 7,000,000 | [3] | 2009 | At maturity | N/A | 7451436P7 |
| 1990 | 12,245,000 | [3] | 2008 | At maturity | N/A | 745144AT2 |
| 1993[2] | 21,380,000 | 9.000% | 2008 | At maturity | N/A | 745144LE3 |
| 1993[2] | 3,560,000 | 9.000 | 2009 | At maturity | N/A | 745144ME2 |
| 1993[2] | 40,680,000 | 9.000 | 2009 | At maturity | N/A | 745144MH6 |
| 1995 | 8,705,000 | 6.250 | 2009 | At maturity | N/A | 745144Z73 |
| 1996 | 9,400,000 | 6.000 | 2009 | At maturity | N/A | 7451444M4 |
| 1998B[2] | 10,000,000 | 5.750 | 2009 | At maturity | N/A | 745145FK3 |
| 1998[2] | 9,715,000 | [3] | 2008 | At maturity | N/A | 745145EC2 |
| 1999A | 9,260,000 | 5.250 | 2009 | At maturity | N/A | 745145HF2 |
| 2002, Series B | 6,080,000 | 5.400 | 2009 | At maturity | N/A | 745145ZU9 |
| Series 2003 | 5,105,000 | 3.500 | 2008 | At maturity | N/A | 7451457D8 |
| Series 2003 | 5,285,000 | 3.800 | 2009 | At maturity | N/A | 7451457E6 |
| Series 2003 B[2] | 360,000 | 3.000 | 2008 | At maturity | N/A | 745145Y22 |
| 2003, Series B | 730,000 | 3.500 | 2008 | At maturity | N/A | 7451455V0 |
| 2003, Series B | 760,000 | 3.800 | 2009 | At maturity | N/A | 7451455W8 |
| Series 2003 C[2] | 36,450,000 | 6.000 | 2013 | 07/01/2008 | 100% | 745145Y30 |
| Series 2003 C[2] | 5,585,000 | 3.500 | 2014 | 07/01/2008 | 100 | 745145Y48 |
| Series 2003 C[2] | 229,215,000 | 5.000 | 2018 | 07/01/2008 | 100 | 745145Y55 |
| 2004, Series B | 1,515,000 | 3.500 | 2008 | At maturity | N/A | 745145M9 |
| 2004, Series B | 1,570,000 | 3.800 | 2009 | At maturity | N/A | 7451456N7 |
| Series 2004 B-5[2] | 50,000,000 | ARS | 2029 | 05/14/2008 | 100 | 745145H8 |
| Series 2004 B-6[2] | 50,000,000 | ARS | 2029 | 05/16/2008 | 100 | 745145J4 |
| Series 2004 B-7[2] | 61,975,000 | ARS | 2031 | 05/12/2008 | 100 | 745145K1 |
| Series 2004 B-8[2] | 62,000,000 | ARS | 2032 | 06/02/2008 | 100 | 745145L4 |
| 2005, Series B | 9,825,000 | 3.150 | 2008 | At maturity | N/A | 74514LCK1 |
| 2005, Series B | 10,130,000 | 3.500 | 2009 | At maturity | N/A | 74514LCL9 |
| Series 2006 A[2] | 2,515,000 | 5.000 | 2008 | At maturity | N/A | 74514LGT8 |
| 2006, Series C | 7,825,000 | 5.100 | 2008 | At maturity | N/A | 74514LKK2 |
| 2006, Series D | 12,500,000 | 5.150 | 2009 | At maturity | N/A | 74514LKL0 |
| Series 2006C[2] | 7,665,000 | 5.200 | 2009 | At maturity | N/A | 74514LKV8 |
| 2007, Series B | 7,750,000 | 5.150 | 2009 | At maturity | N/A | 74514LLK1 |
| Series 2007A-7[2] | 100,000,000 | ARS | 2032 | 05/27/2008 | 100 | 745145NN3 |
| Series 2007B[2] | 46,625,000 | 5.125 | 2009 | At maturity | N/A | 74514LMS3 |

(1) Represents the principal amount of the Refunded Bonds; Refunded Bonds for which only interest (in the amount of $252,206,644.29) was refunded are not listed.
(2) Public Improvement Refunding Bonds.
(3) Capital Appreciation Bond.

PR-CCD-0007163

3. The table under "*Plan of Financing* - Sources and Uses of Funds" is deleted and in its place the following table is added:

**Sources and Uses of Funds**

**Sources:**

| | |
|---|---|
| Principal amount of the Bonds | $190,135,000.00 |
| Net original issue discount | (18,750.00) |
| Moneys from Redemption Fund | 21,196,890.00 |
| Total sources | $211,313,140.00 |

**Uses:**

| | |
|---|---|
| Deposit into the Escrow Fund for Refunded Bonds | $189,096,395.91 |
| Underwriting discount, legal, printing, and other financing expenses[1] | 3,530,559.62 |
| Repayment of Line of Credit | 17,098,942.97 |
| Capitalized Interest | 1,587,241.50 |
| Total uses | $211,313,140.00 |

---

[1] Includes costs associated with the conversion of certain series of variable rate bonds included in the Commonwealth's plan of finance and the cost to the Commonwealth (approximately $9,536,750) of terminating certain interest rate swaps originally entered into in connection with the issuance of certain of the Refunded Bonds and certain other public improvement and public improvement refunding bonds being converted to other interest rate modes and remarketed.

This Supplement will be filed with each NRMSIR and with the MSRB.

COMMONWEALTH OF PUERTO RICO

By: /s/ José Guillermo Dávila
     Secretary of the Treasury

Dated: May 7, 2008

3

PR-CCD-0007164

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007165

**NEW ISSUE - BOOK-ENTRY ONLY**
See "Book-Entry Only System" under *The Bonds*

*In the opinion of McConnell Valdés LLC, Special Tax Counsel, as described herein, under existing statutes, the Bonds, and the interest thereon, are exempt from Commonwealth of Puerto Rico taxation. Under most circumstances, interest on the Bonds is exempt from United States income taxation to residents of Puerto Rico. Interest on the Bonds is not excludable from gross income for federal income tax purposes under Section 103(a) of the United States Internal Revenue Code. See "Tax Matters" herein.*

**$190,135,000**
## COMMONWEALTH OF PUERTO RICO
**Public Improvement Refunding Bonds, Series 2008 C**
**(General Obligation Bonds)**

**Dated: Date of Delivery**　　　　　　　　　　**Due: July 1, as shown on the inside cover**

The Bonds are issuable as registered bonds without coupons and will be initially registered only in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"), which will act as securities depository for the Bonds. Bonds offered hereby will be available to purchasers in denominations of $5,000 and whole multiples thereof only under the book-entry system maintained by DTC through brokers and dealers who are, or act through, DTC Participants. **Purchasers will not receive delivery of the Bonds. So long as any purchaser is the beneficial owner of a Bond, he must maintain an account with a broker or dealer who is, or acts through, a DTC Participant to receive payment of principal and interest on such Bond.** See "Book-Entry Only System" under *The Bonds*. Interest on the Bonds will accrue from their date of issuance at the annual rates described on the inside front cover, and, will be payable monthly, commencing on June 1, 2008. The Bonds are subject to redemption prior to maturity as set forth herein.

**THE BONDS ARE GENERAL OBLIGATIONS OF THE COMMONWEALTH. THE GOOD FAITH, CREDIT AND TAXING POWER OF THE COMMONWEALTH ARE IRREVOCABLY PLEDGED FOR THE PROMPT PAYMENT OF THE PRINCIPAL OF AND INTEREST ON THE BONDS. THE CONSTITUTION OF PUERTO RICO PROVIDES THAT PUBLIC DEBT OF THE COMMONWEALTH, WHICH INCLUDES THE BONDS, CONSTITUTES A FIRST CLAIM ON AVAILABLE COMMONWEALTH RESOURCES.**

The Bonds are offered for delivery when, as and if issued and accepted by the Underwriters subject to the approval of legality by Sidley Austin LLP, New York, New York, Bond Counsel, and certain other conditions, including the delivery of an opinion of McConnell Valdés LLC, San Juan, Puerto Rico, Special Tax Counsel. Certain legal matters will be passed upon for the Underwriters by Squire, Sanders & Dempsey L.L.P., Miami, Florida. It is expected that the Bonds will be available for delivery through the facilities of DTC on or about May 7, 2008.

**UBS Financial Services Incorporated of Puerto Rico**

| | | |
|---|---|---|
| **Popular Securities** | | **Santander Securities** |
| **BBVAPR MSD** | **Citi** | **Eurobank MSD** |
| **Lehman Brothers** | **Merrill Lynch & Co.** | **Oriental Financial Services** |
| **Samuel A. Ramírez & Co., Inc.** | **Scotia Capital** | **Wachovia Capital Markets LLC** |

April 25, 2008

**$190,135,000**
**COMMONWEALTH OF PUERTO RICO**
**Public Improvement Refunding Bonds, Series 2008 C**
**(General Obligation Bonds)**

| Maturity July 1, | Amount | Interest Rate | Yield | CUSIP |
|---|---|---|---|---|
| 2012 | $7,215,000 | 4.40% | 4.40% | 74514LSL2 |
| 2013 | 7,530,000 | 4.50 | 4.50 | 74514LSM0 |
| 2014 | 7,870,000 | 4.75 | 4.75 | 74514LSN8 |
| 2015 | 8,245,000 | 5.00 | 5.00 | 74514LSP3 |
| 2016 | 8,655,000 | 5.20 | 5.20 | 74514LSQ1 |
| 2017 | 9,105,000 | 5.40 | 5.40 | 74514LSR9 |
| 2018 | 9,600,000 | 5.50 | 5.50 | 74514LSS7 |

$51,745,000, 5.70% Term Bond Due July 1, 2023, Price 100%, Initial CUSIP 74514LST5
$5,000,000, 5.70% Term Bond Due July 1, 2023, Price 99.625%, Initial CUSIP 74514LSV0
$75,170,000, 5.90% Term Bond Due July 1, 2028, Price 100%, Initial CUSIP 74514LSU2

PR-CCD-0007167

# Commonwealth of Puerto Rico

## Governor

ANÍBAL ACEVEDO VILÁ

## Members of the Cabinet

JORGE P. SILVA-PURAS
*Chief of Staff*

FERNANDO J. BONILLA
*Secretary of State*

ROBERTO J. SÁNCHEZ RAMOS
*Secretary of Justice*

JOSÉ GUILLERMO DÁVILA
*Secretary of the Treasury*

RAFAEL ARAGUNDE TORRES
*Secretary of Education*

ROMÁN M. VELASCO GONZÁLEZ
*Secretary of Labor and
Human Resources*

ROSA PÉREZ PERDOMO
*Secretary of Health*

GABRIEL FIGUEROA HERRERA
*Secretary of Agriculture*

CARLOS GONZÁLEZ MIRANDA
*Secretary of Transportation
and Public Works*

BARTOLOMÉ GAMUNDI CESTERO
*Secretary of Economic
Development and Commerce*

FÉLIX MATOS
*Secretary of Family Affairs*

JORGE RIVERA JIMÉNEZ
*Secretary of Housing*

JAVIER VÉLEZ AROCHO
*Secretary of Natural and
Environmental Resources*

VÍCTOR A. SUÁREZ
*Secretary of
Consumer Affairs*

DAVID E. BERNIER RIVERA
*Secretary of Sports and
Recreation*

MIGUEL A. PEREIRA
*Secretary of Corrections
and Rehabilitation*

---

*Legislative Officers*

KENNETH D. MCCLINTOCK
President, Senate

JOSÉ F. APONTE
Speaker, House of
Representatives

*Fiscal Officers*

ARMANDO A. VALDEZ
Director, Office of
Management and Budget

JORGE IRIZARRY HERRÁNS
President,
Government Development
Bank for Puerto Rico

No dealer, broker, sales representative or other person has been authorized by the Commonwealth to give any information or to make any representations other than those contained herein and, if given or made, such other information or representations must not be relied upon as having been authorized by the Commonwealth. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such an offer, solicitation or sale. The information set forth herein has been obtained from the Commonwealth and other official sources that are believed to be reliable. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Commonwealth since the date hereof. The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

IN CONNECTION WITH THE OFFERING OF THE BONDS, THE UNDERWRITERS MAY EFFECT TRANSACTIONS WHICH STABILIZE OR MAINTAIN THE MARKET PRICES OF THE BONDS, AS WELL AS THE OUTSTANDING GENERAL OBLIGATION BONDS OF THE COMMONWEALTH, AT LEVELS ABOVE THOSE WHICH MIGHT OTHERWISE PREVAIL IN THE OPEN MARKET. SUCH STABILIZING, IF COMMENCED, MAY BE DISCONTINUED AT ANY TIME.

CERTAIN STATEMENTS CONTAINED IN THIS OFFICIAL STATEMENT REFLECT NOT HISTORICAL FACTS BUT FORECASTS AND "FORWARD-LOOKING STATEMENTS". THESE STATEMENTS ARE BASED UPON A NUMBER OF ASSUMPTIONS AND ESTIMATES THAT ARE SUBJECT TO SIGNIFICANT UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE COMMONWEALTH OF PUERTO RICO. IN THIS RESPECT, THE WORDS "ESTIMATES", "PROJECTS", "ANTICIPATES", "EXPECTS", "INTENDS", "BELIEVES" AND SIMILAR EXPRESSIONS ARE INTENDED TO IDENTIFY FORWARD-LOOKING STATEMENTS. ALL PROJECTIONS, FORECASTS, ASSUMPTIONS, EXPRESSIONS OF OPINIONS, ESTIMATES AND OTHER FORWARD-LOOKING STATEMENTS ARE EXPRESSLY QUALIFIED IN THEIR ENTIRETY BY THIS CAUTIONARY STATEMENT: ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE EXPRESSED OR IMPLIED BY FORWARD-LOOKING STATEMENTS.

PR-CCD-0007169

# TABLE OF CONTENTS

**Page**

INTRODUCTORY STATEMENT ....................................................................................... 1

OVERVIEW ....................................................................................................................... 3

RECENT DEVELOPMENTS ............................................................................................. 4
    Fiscal Year 2008 Projected Revenues and Expenditures.................................. 4
    Fiscal Year 2009 Projected Revenues and Expenditures.................................. 4
    Indictment of Governor of Puerto Rico ........................................................... 5
    Proposed Sales Tax and Excise Tax Changes.................................................. 5
    Employees Retirement Systems Funding Improvement.................................. 5
    Planning Board Revised Economic Growth Estimates.................................... 6
    Additional Debt Guaranteed by the Commonwealth....................................... 6

PLAN OF FINANCING ...................................................................................................... 6
    Refunding Plan.................................................................................................. 7
    Sources and Uses of Funds .............................................................................. 9

THE BONDS ....................................................................................................................... 9
    General .............................................................................................................. 9
    Book-Entry Only System ................................................................................. 9
    Payments and Transfers ................................................................................... 12
    Discontinuance of the Book-Entry Only System............................................. 12
    Authorization ................................................................................................... 12
    Redemption ...................................................................................................... 12
    Notice of Redemption; Effect of Redemption ................................................ 13
    Security ............................................................................................................ 14
    Payment Record ............................................................................................... 15
    Debt Limitation ................................................................................................ 15
    Maturity Limitation.......................................................................................... 17

PUBLIC SECTOR DEBT OF THE COMMONWEALTH ................................................. 18
    Public Sector Debt ........................................................................................... 18
    Debt Service Requirements for Commonwealth General Obligation Bonds and
        Certain Guaranteed Debt............................................................... 19

TAX MATTERS................................................................................................................. 21
    Puerto Rico Taxation ....................................................................................... 21
    United States Federal Taxation ........................................................................ 23

APPROVAL OF LEGAL PROCEEDINGS........................................................................ 24

LEGAL INVESTMENT ..................................................................................................... 24

i

## TABLE OF CONTENTS
### (continued)

|  | Page |
|---|---|
| UNDERWRITING | 24 |
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO | 24 |
| RATINGS | 24 |
| CONTINUING DISCLOSURE | 25 |
| MISCELLANEOUS | 28 |

Appendix I   –   Commonwealth of Puerto Rico Financial Information and Operating
                     Data Report, dated January 2, 2008
Appendix II   –   Form of Opinion of Bond Counsel
Appendix III   –   Form of Opinion of Special Tax Counsel

PR-CCD-0007171

$190,135,000
## COMMONWEALTH OF PUERTO RICO
### Public Improvement Refunding Bonds, Series 2008 C
### (General Obligation Bonds)

## INTRODUCTORY STATEMENT

This Official Statement of the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico"), which includes the cover page, the inside cover page, the table of contents and the appendices, provides certain information in connection with the sale of $190,135,000 aggregate principal amount of Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2008C (the "Bonds").

The Bonds are being issued under the provisions of Act No. 33 of the Legislature of Puerto Rico, approved December 7, 1942, as amended (the "Act"), and pursuant to a resolution authorizing the issuance of the Bonds (the "Bond Resolution") adopted in accordance with the Act by the Secretary of the Treasury of the Commonwealth of Puerto Rico (the "Secretary" or the "Secretary of the Treasury") and approved by the Governor of Puerto Rico on April 25, 2008.

Concurrently with the issuance of the Bonds, the Commonwealth is issuing its $735,015,000 aggregate principal amount of Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2008 A (the "Series 2008 A Bonds") and $173,975,000 aggregate principal amount of Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2008 B (the "Series 2008 B Bonds"), under the provisions of the Act.

Under the Act, the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.

This Official Statement includes the Commonwealth's Financial Information and Operating Data Report, dated January 2, 2008 (the "Commonwealth Report"), attached hereto as *Appendix I*, and incorporates by reference the Commonwealth's Comprehensive Annual Financial Report for the fiscal year ended June 30, 2006, as amended, prepared by the Department of the Treasury of the Commonwealth (the "Commonwealth's Annual Financial Report"). The Commonwealth Report attached hereto as *Appendix I* includes important operating and financial information about the Commonwealth, including information about its economy, historical revenues and expenditures of its General Fund, the estimated year-end results of fiscal year 2007, the budget for fiscal years 2007 and 2008, and the debt of the Commonwealth's public sector, and should be read in its entirety and in conjunction with the *Recent Developments* herein. The Commonwealth's Annual Financial Report includes the basic financial statements of the Commonwealth as of and for the fiscal year ended June 30, 2006, which have been audited by KPMG LLP, independent auditors, as stated in their report dated August 1, 2007, accompanying such financial statements. KPMG LLP did not audit the financial statements of the Public Buildings Authority capital project fund or the Children's Trust special revenue funds (major funds), and certain activities, funds and component units separately identified in its report. Those financial statements were audited by other auditors whose reports

PR-CCD-0007172

have been furnished to KPMG LLP, and its opinions, insofar as they relate to the amounts included for activities, funds and component units, separately identified in its report, are based solely on the reports of the other auditors. The report of KPMG LLP contains an explanatory paragraph referring to the Commonwealth's adoption of Governmental Accounting Standards Board ("GASB") Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries*, as of June 30, 2006. The Commonwealth's Annual Financial Report has been filed by the Commonwealth with each nationally recognized municipal securities information repository ("NRMSIR").

Any appendix of an Official Statement of the Commonwealth or of any instrumentality of the Commonwealth containing any revision to the Commonwealth Report or to the Commonwealth's Annual Financial Report that is filed with each NRMSIR and the Municipal Securities Rulemaking Board, or any new or revised Commonwealth Report or Commonwealth Annual Financial Report or other document containing information that modifies or supersedes the information contained in the Commonwealth Report or in the Commonwealth's Annual Financial Report that is filed with each NRMSIR, in each case after the date hereof and prior to the termination of the offering of the Bonds, shall be deemed to be incorporated by reference into this Official Statement and to be part of this Official Statement from the date of filing of such document. Any statement contained in the Commonwealth's Annual Financial Report shall be deemed to be modified or superseded for purposes of this Official Statement to the extent that a statement contained herein or in any such subsequently filed document modifies or supersedes such statement. Any statement contained in the Commonwealth Report or elsewhere herein shall also be deemed to be modified or superseded to the extent that a statement contained in any such subsequently filed document modifies or supersedes such statement. Any such statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Official Statement.

Under its existing continuing disclosure agreements, the Commonwealth is obligated to file on or before May 1 in each year updates of its financial and demographic information through the end of the prior fiscal year, including the Commonwealth's Annual Financial Report. In the recent past, the Commonwealth has been unable, due to accounting rules changes and other reasons (mostly related to delays in receipt of component units' audited financial statements), to file the Commonwealth's Annual Financial Report by the May 1 continuing disclosure update filing deadline. The Commonwealth's Annual Financial Report for the fiscal year ended June 30, 2006 was filed with each NRMSIR on August 16, 2007 and an amended and restated version thereof was filed with each NRMSIR on September 13, 2007. The current audited financial statements for fiscal year ended June 30, 2007 are expected to be filed after the current filing deadline of May 1, 2008, because various component units did not submit their audited financial statements to the central government's external auditors on time.

The Commonwealth will provide without charge to any person to whom this Official Statement is delivered, on the written or oral request of such person, a copy of the Commonwealth's Annual Financial Report incorporated herein by reference. Requests should be directed to Executive Vice President, Government Development Bank for Puerto Rico, 135 West 50th Street, 22nd Floor, New York, New York 10020, telephone number (212) 333-0364, or to Executive Vice President – General Obligations Division, Government Development Bank for Puerto Rico, P.O. Box 42001, San Juan, Puerto Rico 00940, telephone number (787) 722-7060.

2

A copy of the Commonwealth's Annual Financial Report may also be obtained by contacting a NRMSIR. The address of each NRMSIR is set forth in *Continuing Disclosure* below.

## OVERVIEW

Puerto Rico is located approximately 1,600 miles southeast of New York City. According to the United States Census Bureau, its population was 3,808,610 in 2000. Puerto Rico's political status is that of a commonwealth. The United States and the Commonwealth share a common defense, market, currency and citizenship. The Commonwealth government exercises virtually the same control over its internal affairs as is exercised by the state governments of each of the fifty states over their respective internal affairs, with similar separation of powers among the executive, legislative and judicial branches. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner who has a voice in the House of Representatives but no vote. Most federal taxes, except those such as Social Security taxes, which are imposed by mutual consent, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. The official languages of Puerto Rico are Spanish and English.

Puerto Rico has a diversified economy with manufacturing and services comprising its principal sectors. Puerto Rico's economy is closely linked to the United States economy. In fiscal year 2007 (which ended on June 30, 2007, the Commonwealth's gross product (preliminary, in current dollars) was $58.712 billion, and personal income per capita (preliminary, in current dollars) was $13,491.

The Constitution of Puerto Rico limits the amount of general obligation debt that the Commonwealth can issue. The Commonwealth's policy has been and continues to be to maintain the level of such debt within a prudent range below the constitutional limitation.

Fiscal responsibility for the Commonwealth is shared among the Department of the Treasury, the Office of Management and Budget ("OMB") and Government Development Bank for Puerto Rico ("Government Development Bank" or the "Bank"). The Department of the Treasury is responsible for collecting most of the Commonwealth's revenues, overseeing preparation of its financial statements and contributing to the preparation of the budget. OMB prepares the Commonwealth's budget and is responsible for monitoring expenditures. Government Development Bank is the fiscal agent and financial advisor to the Commonwealth and its agencies, public corporations and municipalities and coordinates the management of public finances.

Additional information about the Commonwealth can be found in the Commonwealth Report attached hereto as *Appendix I*, including information about the economy, historical revenues and expenditures of the Commonwealth's General Fund, the year-end results of fiscal year 2006, the estimated year-end results for fiscal year 2007 and the approved budget for fiscal year 2008, and the debt of the Commonwealth's public sector. The Commonwealth Report should be read in its entirety.

PR-CCD-0007174

# RECENT DEVELOPMENTS

This section supplements the information appearing in the Commonwealth Report and should be read in conjunction therewith.

**Fiscal Year 2008 Projected Revenues and Expenditures**

As discussed in greater detail in the Commonwealth Report, the General Fund budget for fiscal year 2008 is $9.227 billion. General Fund revenues for the eight-month period ending on February 29, 2008 totaled $5.081 billion, which is $291.5 million less than the Department of the Treasury's estimate for that period. This amount includes $2.662 billion in revenues from individual and corporate income taxes, $658.6 million from non-resident withholding taxes, $553.8 million from excise taxes and $572.7 million of sales tax revenues. During fiscal year 2008, the Commonwealth recovered approximately $287 million more in federal funds than it had budgeted. This federal funds recovery represented reimbursement of amounts advanced by the Commonwealth's Department of Education during fiscal years 2006 and 2007. The Commonwealth currently anticipates that for the full fiscal year 2008, total expenditures will roughly equal the budgeted amounts. However, expenditures relating to the Health Insurance Program could exceed the budgeted amounts. As a result of the foregoing, the Commonwealth currently projects a budget deficit of approximately $119 million for fiscal year 2008 (before giving effect to the refunding of the Refunded Bonds). The Commonwealth's economic team is working together to enforce the spending control measures that have been established to attempt to minimize this budget risk.

**Fiscal Year 2009 Projected Revenues and Expenditures**

On March 13, 2008, the Governor submitted a proposed General Fund budget for fiscal year 2009 of $9.488 billion, or approximately $261 million more than the estimated expenditures for fiscal year 2008 of $9.227 billion. The fiscal year 2009 budget marks the third consecutive year in which budgeted expenditures are below the fiscal year 2006 level. The increase in expenditures over fiscal year 2008 is mainly due to University of Puerto Rico, judiciary and municipal formula increases and salary increases mandated by law or collective bargaining agreements. An additional $42.3 million is budgeted for the State Election Commission. The General Fund revenue projection for fiscal year 2009 is $8.488 billion, a decrease of $183 million, or 2.1%, from estimated net revenues for fiscal year 2008 of $8.671 billion. The Commonwealth's budgeted expenditures for fiscal year 2009 of $9.488 billion exceed projected revenues of $8.488 by approximately $1 billion. The Commonwealth's economic team is working together to enforce spending control measures that have been established to attempt to minimize the budget risk. In addition, the Governor has proposed two special measures which are expected to generate close to $1 billion in fiscal year 2009. These measures consist of tax receivable financings and proceeds received from a concession agreement for operation of the electronic lottery. Legislation authorizing these two measures was submitted by the Governor to the Legislature along with the budget. No assurance can be given that either of these measures will be enacted, or that if enacted, they will be in the forms recommended by the Governor.

4

PR-CCD-0007175

**Indictment of Governor of Puerto Rico**

On March 27, 2008, the Governor of Puerto Rico and several other individuals were named in federal grand jury indictments relating to the use of political contributions and campaign funds during the period when the Governor was Resident Commissioner in Washington, D.C. The Governor has denied any wrongdoing and has stated his intention to remain in his position and present his defense. It is not expected that such developments will have any impact on the fiscal affairs of the Commonwealth or on the payment of any obligations issued by the Commonwealth since (i) the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal and interest on its general obligation bonds, and (ii) the Constitution of Puerto Rico provides that public debt of the Commonwealth, including its general obligation bonds, constitute a first claim on available Commonwealth revenues.

**Proposed Sales Tax and Excise Tax Changes**

On February 6, 2008, the Governor, in his State of the Commonwealth address, proposed suspending a portion of the current sales and use tax, for a reduction from 7% to 2.5%, and re-instituting a revamped excise tax on goods imported into Puerto Rico to help stimulate the Commonwealth's economy. The proposal will require passage of legislation to become law, and includes provisions that will continue the earmarking of sales tax revenues equal to 1% of the total sales tax rate to the Dedicated Sales Tax Fund and other mechanisms currently in place to ensure the security for the outstanding bonds of the Puerto Rico Sales Tax Financing Corporation ("COFINA"). See "Tax Reform" under *Puerto Rico Taxes, Other Revenues and Expenditures,* "Government Development Bank for Puerto Rico – Sales Tax Financing Corporation" under *Public Corporations* and "Public Sector Debt" under *Debt* in the Commonwealth Report in *Appendix I.* On February 7, 2008, the Governor stated that any proposal from his administration would not impair the rights of bondholders and that he will veto any counter-proposal from the Legislature of Puerto Rico that would constitute a possible impairment of the rights of bondholders. On February 7, 2008, Standard & Poor's Ratings Service ("S&P") placed the COFINA bonds on CreditWatch Negative and Fitch Ratings Ltd. ("Fitch") placed the same bonds on Rating Watch. On March 14, 2008, the Governor submitted to the Legislature a proposed bill establishing the conditions for suspending the collection of the 4.5% sales and use tax (which is the portion of the total sales and use tax to be collected for the General Fund), establishing and funding a debt service reserve fund for the benefit of the COFINA bonds and re-instituting the revamped excise tax. Said bill has been structured to safeguard the rights of COFINA bondholders and is aimed at preserving the current rating of the COFINA bonds. This action is expected to be revenue neutral for the General Fund. No assurance can be given that the above proposal will be enacted, or that if it is enacted, it will be in the form recommended by the Governor.

**Employees Retirement Systems Funding Improvement**

On January 31, 2008, the Employees Retirement System (the "System") issued $1,588,810,799.60 principal amount of its Senior Pension Funding Bonds, Series A (the "Series A Pension Bonds"). The net proceeds of the Series A Pension Bonds have been deposited into the trusteed assets of the System reducing the unfunded accrued actuarial liability of the System.

5

See *Retirement Systems* in the Commonwealth Report in *Appendix I*. The Series A Pension Bonds are secured by a pledge of contributions to be made into the System by all of the participating government employers, including the Commonwealth, its municipalities and certain public corporations. The System anticipates issuing additional Senior Pension Funding Bonds during 2008 for the same purpose and having the same security as the Series A Pension Bonds.

### Planning Board Revised Economic Growth Estimates

On February 21, 2008, the Planning Board, as part of its final review of fiscal year 2007 economic statistics, indicated that it expected to reduce the 2007 economic growth rate to -1.8% from -1.4% and that the forecast for fiscal years 2008 and 2009 will be lowered on account of the projected length of the current recession. The factors that influenced the Board's fiscal year 2007 indication included reductions in retail sales, private investment (especially in the construction sector) and government investment. Price increases in certain key areas such as energy and raw materials contributed to the Board's numbers as well.

### Additional Debt Guaranteed by the Commonwealth

On March 18, 2008, Puerto Rico Aqueduct and Sewer Authority issued $159,055,000 of Revenue Refunding Bonds, 2008 Series A, and $125,700,000 of Revenue Refunding Bonds, 2008 Series B, Guaranteed by the Commonwealth of Puerto Rico (collectively, the "PRASA Bonds"). Although these bonds were not issued by the Commonwealth, the payment of principal of and interest on said bonds is guaranteed by the Commonwealth.

## PLAN OF FINANCING

The Commonwealth's plan of financing includes the refunding of certain outstanding public improvement and public improvement refunding bonds, the repayment of a line of credit, and the conversion and remarketing of certain other outstanding public improvement and public improvement refunding bonds for the purpose of (i) reducing the Commonwealth's market risk associated with certain types of variable rate products, including auction rate securities and variable rate demand obligations insured by monoline bond insurers who have recently been downgraded by the rating agencies, and (ii) realizing debt service savings.

PR-CCD-0007177

**Refunding Plan**

The Bonds, together with the Series 2008 A Bonds and the Series 2008 B Bonds, are being issued for the purpose of refunding certain public improvement and public improvement refunding bonds of the Commonwealth (the "Refunded Bonds") at their respective maturities and repaying a portion of a line of credit obtained from Government Development Bank in the amount of $93,261,018.25 (the "Line of Credit"). The table below sets forth the Refunded Bonds.

| Public Improvement Bonds[1] | Principal Amount to be Refunded | Interest Rate | Maturity Date July 1, | CUSIP Number |
|---|---|---|---|---|
| 1988A[2] | $10,740,000 | [3] | 2008 | 7451435F0 |
| 1989A | 2,880,000 | [3] | 2008 | 7451436N2 |
| 1989A | 7,000,000 | [3] | 2009 | 7451436P7 |
| 1990 | 12,245,000 | [3] | 2008 | 745144AT2 |
| 1993[2] | 21,380,000 | 9.000% | 2008 | 745144LE3 |
| 1993[2] | 3,560,000 | 9.000 | 2009 | 745144ME2 |
| 1995 | 8,705,000 | 6.250 | 2009 | 745144Z73 |
| 1996 | 9,400,000 | 6.000 | 2009 | 7451444M4 |
| 1998B[2] | 10,000,000 | 5.750 | 2009 | 745145FK3 |
| 1998[2] | 9,715,000 | [3] | 2008 | 745145EC2 |
| 1999A | 9,260,000 | 5.250 | 2009 | 745145HF2 |
| 2002, Series B | 6,080,000 | 5.400 | 2009 | 745145ZU9 |
| Series 2003 | 5,105,000 | 3.500 | 2008 | 7451457D8 |
| Series 2003 | 5,285,000 | 3.800 | 2009 | 7451457E6 |
| Series 2003 B[2] | 360,000 | 3.000 | 2008 | 745145Y22 |
| 2003, Series B | 730,000 | 3.500 | 2008 | 7451455V0 |
| 2003, Series B | 760,000 | 3.800 | 2009 | 7451455W8 |
| 2004, Series B | 1,515,000 | 3.500 | 2008 | 7451456M9 |
| 2004, Series B | 1,570,000 | 3.800 | 2009 | 7451456N7 |
| 2005, Series B | 9,825,000 | 3.150 | 2008 | 74514LCK1 |
| 2005, Series B | 10,130,000 | 3.500 | 2009 | 74514LCL9 |
| Series 2006A[2] | 2,515,000 | 5.000 | 2008 | 74514LGT8 |
| 2006, Series C | 7,825,000 | 5.100 | 2008 | 74514LKK2 |
| 2006, Series D | 12,500,000 | 5.150 | 2009 | 74514LKL0 |
| Series 2006C[2] | 7,665,000 | 5.200 | 2009 | 74514LKV8 |
| 2007, Series B | 7,750,000 | 5.150 | 2009 | 74514LLK1 |
| Series 2007B[2] | 46,625,000 | 5.125 | 2009 | 74514LMS3 |

(1) Represents the principal amount of the Refunded Bonds; Refunded Bonds for which only interest (in the amount of $252,206,644.29 ) was refunded are not listed.
(2) Public Improvement Refunding Bonds.
(3) Capital Appreciation Bond.

The Secretary of the Treasury will deposit the net proceeds of the Bonds, the Series 2008 A Bonds and the Series 2008 B Bonds, and certain other available moneys into one or more escrow funds (collectively, the "Escrow Fund") with Banco Popular de Puerto Rico (the "Escrow Agent"). Said net proceeds and other available moneys will be invested in noncallable direct obligations of the United States, the principal of and interest on which will be sufficient to pay the principal of and premium, if any, on the Refunded Bonds on the redemption or maturity dates

7

PR-CCD-0007178

mentioned above, which dates will be irrevocably designated by the Secretary of the Treasury, and to pay the interest thereon to such redemption or maturity dates.

Upon the deposit with the Escrow Agent referred to above, the Refunded Bonds will cease to be outstanding under the terms of their respective authorizing resolutions. Under the Act, once the above deposit of cash and noncallable obligations has been made, all the Refunded Bonds will be deemed not to be outstanding for the purpose of applying the debt limitation under Section 2 of Article VI of the Commonwealth's Constitution.

The sufficiency of the amount so deposited, with investment earnings thereon, to accomplish the refunding of the Refunded Bonds referred to above, will be verified by Causey Demgen & Moore Inc. (the "Verification Agent").

**Conversion and Remarketing Plan**

Concurrently with the refunding of the Refunded Bonds, the Commonwealth expects to convert the interest rate mode and remarket the following public improvement and public improvement refunding bonds:

| Public Improvement Refunding Bonds | Principal Amount | Interest Rate Period | Conversion Date | CUSIP Number |
|---|---|---|---|---|
| Series 2003 C | $ 46,385,000 | 5.50%[1] | 07/01/08[2] | 745145Y63 |
| Series 2003 C | 233,615,000 | 5.00[1] | 07/01/08[2] | 745145Y71 |
| Series 2003 C | 15,730,000 | 3.00[1] | 07/01/08[2] | 745145Y89 |
| Series 2003 C | 50,000,000 | 4.25[1] | 07/01/08[2] | 745145Y97 |
| Series 2003 C | 401,265,000 | 5.00[1] | 07/01/08[2] | 745145Z21 |
| Series 2004 B-1 | 49,325,000 | ARS | 07/01/08[2] | 7451458R6 |
| Series 2004 B-2 | 56,000,000 | ARS | 07/01/08[2] | 7451458S4 |
| Series 2004 B-3 | 56,000,000 | ARS | 07/01/08[2] | 7451458T2 |
| Series 2004 B-4 | 55,975,000 | ARS | 07/01/08[2] | 7451458U9 |
| Series 2007 A-6 | 50,000,000 | ARS | 05/13/08[3] | 74514LUB1 |
| Series 2007 A-7 | 50,000,000 | ARS | 05/09/08[3] | 74514LUC9 |
| Series 2007 A-8 | 50,000,000 | ARS | 05/08/08[3] | 74514LUE5 |
| Series 2007 A-9 | 50,000,000 | ARS | 05/07/08[3] | 74514LUF2 |

(1) Represents the interest rate to mandatory put date of July 1, 2008.
(2) Expected to be converted to other floating interest rate modes on or about July 1, 2008.
(3) Expected to be converted to other floating interest rate modes on or about the same date as the delivery of the Bonds.

8

**Sources and Uses of Funds**

**Sources:**

| | |
|---|---:|
| Principal amount of the Bonds | $190,135,000.00 |
| Net original issue discount | (18,750.00) |
| Moneys from Redemption Fund | 21,196,890.00 |
| Total sources | $211,313,140.00 |

**Uses:**

| | |
|---|---:|
| Deposit into the Escrow Fund for Refunded Bonds | $189,702,612.44 |
| Underwriting discount, legal, printing, and other financing expenses[1] | 3,530,559.62 |
| Repayment of Line of Credit | 16,492,726.44 |
| Capitalized Interest | 1,587,241.50 |
| Total uses | $211,313,140.00 |

[1]   Includes costs associated with the conversion of certain series of variable rate bonds included in the
Commonwealth's plan of finance and the cost to the Commonwealth (approximately $9,536,750) of
terminating certain interest rate swaps originally entered into in connection with the issuance of certain of the
Refunded Bonds.

## THE BONDS

### General

The Bonds will be dated, bear interest at such rates, and mature on the dates and in the principal amounts set forth on the cover and inside cover page of this Official Statement. The Bonds are subject to redemption at the times and at the prices set forth below in "Redemption." Banco Popular de Puerto Rico will serve as paying agent and registrar (the "Registrar") for the Bonds.

### Book-Entry Only System

The following information concerning DTC and DTC's book-entry system has been obtained from DTC. The Commonwealth does not take any responsibility for the accuracy thereof.

DTC will act as securities depository for the Bonds. The Bonds will be issued as fully registered bonds registered in the name of Cede & Co. (DTC's partnership nominee) or such other nominee as may be requested by an authorized representative of DTC. One fully registered bond will be issued for each maturity (and within a maturity, each subseries) of the Bonds, each in the aggregate principal amount of such maturity, and will be deposited with DTC.

DTC, the world's largest depository, is a limited-purpose trust company organized under the New York Banking Law, a "banking organization" within the meaning of the New York Banking Law, a member of the Federal Reserve System, a "clearing corporation" within the meaning of the New York Uniform Commercial Code, and a "clearing agency" registered pursuant to the provisions of Section 17A of the Securities Exchange Act of 1934, as amended. DTC holds and provides asset servicing for over 2.2 million issues of U.S. and non-U.S. equity,

9

PR-CCD-0007180

corporate and municipal debt, and money market instruments from over 100 countries that DTC's participants ("Direct Participants") deposit with DTC. DTC also facilitates the post-trade settlement among Direct Participants of sales and other securities transactions in deposited securities through electronic computerized book-entry transfers and pledges between Direct Participants' accounts. This eliminates the need for physical movement of securities certificates. Direct Participants include both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, clearing corporations, and certain other organizations. DTC is a wholly-owned subsidiary of The Depository Trust & Clearing Corporation ("DTCC"). DTCC, in turn, is owned by a number of Direct Participants of DTC and Members of the National Securities Clearing Corporation, Fixed Income Clearing Corporation, and Emerging Markets Clearing Corporation (NSCC, FICC, and EMCC, also subsidiaries of DTCC), as well as by the New York Stock Exchange, Inc., the American Stock Exchange LLC, and the National Association of Securities Dealers, Inc. Access to the DTC system is also available to others such as both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, and clearing corporations that clear through or maintain a custodial relationship with a Direct Participant, either directly or indirectly ("Indirect Participants"). DTC has the highest rating issued by S&P: "AAA". The DTC Rules applicable to its Participants are on file with the Securities and Exchange Commission. More information about DTC can be found at www.dtcc.com and www.dtc.org.

Purchases of the Bonds under the DTC system must be made by or through Direct Participants, which will receive a credit for the Bonds on DTC's records. The ownership interest of each actual purchaser of a Bond ("Beneficial Owner") will in turn be recorded on the Direct and Indirect Participants' records. Beneficial Owners will not receive written confirmation from DTC of their purchases. Beneficial Owners are, however, expected to receive written confirmations providing details of their transactions, as well as periodic statements of their holdings, from the Direct or Indirect Participant through which the Beneficial Owner entered into the transaction. Transfers of ownership interests in the Bonds are to be accomplished by entries made on the books of Direct and Indirect Participants acting on behalf of Beneficial Owners. Beneficial Owners will not receive certificates representing their ownership interests in the Bonds, except in the event that use of the book-entry system for the Bonds is discontinued.

To facilitate subsequent transfers, all Bonds deposited by Direct Participants with DTC are registered in the name of DTC's partnership nominee, Cede & Co, or such other nominee as may be requested by an authorized representative of DTC. The deposit of Bonds with DTC and their registration in the name of Cede & Co. or such other nominee do not effect any change in beneficial ownership. DTC has no knowledge of the actual Beneficial Owners of the Bonds; DTC's records reflect only the identity of the Direct Participants to whose accounts such Bonds are credited, which may or may not be the Beneficial Owners. The Direct and Indirect Participants will remain responsible for keeping account of their holdings on behalf of their customers.

Conveyance of notices and other communications by DTC to Direct Participants, by Direct Participants to Indirect Participants, and by Direct Participants and Indirect Participants to Beneficial Owners will be governed by arrangements among them, subject to any statutory or regulatory requirements as may be in effect from time to time. Beneficial Owners may wish to take certain steps to augment the transmission to them of notices of significant events with respect to the Bonds, such as redemptions, tenders, defaults, and proposed amendments to the

PR-CCD-0007181

bond documents. For example, Beneficial Owners may wish to ascertain that the nominee holding the Bonds for their benefit has agreed to obtain and transmit notices to Beneficial Owners. In the alternative, Beneficial Owners may wish to provide their names and addresses to the Registrar and request that copies of notices be provided directly to them.

Redemption notices shall be sent to DTC. If less than all of the Bonds within a maturity are being redeemed, DTC's practice is to determine by lot the amount of the interest of each Direct Participant in such maturity to be redeemed.

Neither DTC nor Cede & Co. (nor such other DTC nominee) will consent or vote with respect to the Bonds unless authorized by a Direct Participant in accordance with DTC's procedures. Under its usual procedures, DTC mails an Omnibus Proxy to the Commonwealth as soon as possible after the record date. The Omnibus Proxy assigns Cede & Co.'s consenting or voting rights to those Direct Participants to whose accounts the Bonds are credited on such record date (identified in a listing attached to the Omnibus Proxy).

Redemption proceeds and interest payments on the Bonds will be made to Cede & Co., or such other nominee as may be requested by an authorized representative of DTC. DTC's practice is to credit Direct Participants' accounts upon DTC's receipt of funds and corresponding detail information from the Commonwealth, on the payable date in accordance with their respective holdings shown on DTC's records. Payments by Participants to Beneficial Owners will be governed by standing instructions and customary practices, as is the case with securities held for the accounts of customers in bearer form or registered in "street name", and will be the responsibility of such Participant and not of DTC, its nominee, or the Commonwealth, subject to any statutory or regulatory requirements as may be in effect from time to time. Payment of principal, redemption premium, if any, and interest to Cede & Co. (or such other nominee as may be requested by an authorized representative of DTC) is the responsibility of the Commonwealth, disbursement of such payments to Direct Participants will be the responsibility of DTC, and disbursement of such payments to the Beneficial Owners will be the responsibility of Direct and Indirect Participants.

A Beneficial Owner shall give notice to elect to have its Bonds purchased or tendered, through its Participant, to the Registrar, and shall effect delivery of such Bonds by causing the Direct Participant to transfer the Participant's interest in the Bonds, on DTC's records, to the Registrar. The requirement for physical delivery of Bonds in connection with an optional tender or a mandatory purchase will be deemed satisfied when the ownership rights in the Bonds are transferred by Direct Participants on DTC's records and followed by a book-entry credit of tendered Bonds to the Registrar's DTC account.

DTC may discontinue providing its services as securities depository with respect to the Bonds at any time by giving reasonable notice to the Commonwealth or the Registrar. Under such circumstances, in the event that a successor securities depository is not obtained, definitive Bonds will be printed and delivered.

The Commonwealth may decide to discontinue use of the system of book-entry only transfers through DTC (or a successor depository). In that event, definitive Bonds will be printed and delivered.

PR-CCD-0007182

**Payments and Transfers**

No assurance can be given by the Commonwealth that DTC will make prompt transfer of payments to the Participants or that Participants will make prompt transfer of payments to Beneficial Owners. The Commonwealth is not responsible or liable for payment by DTC or Participants or for sending transaction statements or for maintaining, supervising or reviewing records maintained by DTC or Participants.

For every transfer and exchange of the Bonds, the Beneficial Owners may be charged a sum sufficient to cover any tax, fee or other charge that may be imposed in relation thereto.

**Discontinuance of the Book-Entry Only System**

In the event that the book-entry only system is discontinued, the following provisions will apply: principal of and redemption premium, if any, on the Bonds shall be payable in lawful money of the United States of America at the principal office of the Registrar in San Juan, Puerto Rico. Interest on the Bonds will be payable by check mailed to the respective addresses (shown on the registration books of the Commonwealth maintained by the Registrar) of the registered owners determined as of the 15th day of the month preceding the interest payment date as shown on the registration books of the Commonwealth maintained by the Registrar. The Bonds offered by virtue of this Official Statement will be issued only as registered bonds without coupons in denominations of $5,000 and whole multiples thereof. The transfer of the Bonds will be registrable and they may be exchanged at the corporate trust office of the Registrar in San Juan, Puerto Rico, upon the payment of any taxes or other governmental charges required to be paid with respect to such transfer or exchange.

**Authorization**

Section 2 of Article VI of the Constitution of the Commonwealth provides that the power of the Commonwealth to contract and to authorize the contracting of debts shall be exercised as determined by the Legislative Assembly. Pursuant to this power, the Legislative Assembly enacted the Act, which authorizes the Secretary of the Treasury to issue the Bonds pursuant to one or more resolutions adopted by the Secretary of the Treasury and approved by the Governor. In accordance with the Act, the Secretary of the Treasury adopted and the Governor approved the Bond Resolution.

**Redemption**

*Optional Redemption.* At the option of the Secretary of the Treasury and upon at least 30 days' notice, the Bonds maturing after July 1, 2018 may be redeemed prior to their respective maturities, from any moneys that may be available for that purpose (other than from moneys set aside in respect of any amortization requirement), on and after July 1, 2018, either in whole or in part (and if in part, in such order of maturity as directed by the Secretary of the Treasury), on any date, at the principal amount of Bonds to be redeemed, together with accrued interest to the date fixed for redemption, without premium.

*Mandatory Redemption.* The Bonds maturing July 1, 2023 and July 1, 2028 (the "Term Bonds") are subject to redemption to the extent of the respective amortization requirements

PR-CCD-0007183

therefor set forth below (less the amount applied to the purchase of any such Bonds and otherwise subject to adjustment as described below), upon at least 30 days' notice, on July 1, 2019 and July 1, 2024, respectively, and on July 1 in each year thereafter at a redemption price of par plus accrued interest to the dates fixed for redemption:

**Amortization Requirements**
**(due July 1,)**

| Year | 2023 | 2028 |
|------|------|------|
| 2019 | $10,125,000 | |
| 2020 | 10,705,000 | |
| 2021 | 11,315,000 | |
| 2022 | 11,960,000 | |
| 2023 | 7,640,000* | |
| 2024 | | $13,360,000 |
| 2025 | | 14,150,000 |
| 2026 | | 14,985,000 |
| 2027 | | 15,870,000 |
| 2028 | | 16,805,000* |

*Maturity

If the amount of such Bonds purchased or redeemed in a fiscal year exceeds the amount of the amortization requirement for such Bonds for such fiscal year, the amortization requirement for such Bonds may be decreased for such subsequent fiscal years and in such amounts aggregating the amount of such excess as the Secretary of the Treasury shall determine.

**Notice of Redemption; Effect of Redemption**

Any redemption of the Bonds, either in whole or in part, shall be made upon at least a 30-day prior notice by mail to DTC or, if the book-entry only system described above has been discontinued, by registered or certified mail, postage prepaid, to all registered owners of the Bonds to be redeemed in the manner and under the terms and conditions provided in the Bond Resolution. On the date designated for redemption, notice having been given as provided in the Bond Resolution and moneys for payment of the principal of and accrued interest on the Bonds or portions thereof so called for redemption being held by the Registrar, interest on the Bonds or portions thereof so called for redemption shall cease to accrue.

Each notice of redemption shall contain, among other things, the particular Bonds (or portions thereof) being called for redemption, the redemption date and price and the address at which such Bonds are to be surrendered for payment of the redemption price. Any defect in such notice or the failure so to mail any such notice to DTC in respect of, or the registered owner of, any Bond will not affect the validity of the proceedings for the redemption of any other Bond.

PR-CCD-0007184

## Security

*Provision for Payment of Public Debt*

The Act provides that the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the bonds issued under the provisions of the Act. The Secretary of the Treasury is authorized and directed under the Act to pay the principal of and interest on the Bonds as the same become due and payable from any funds available for such purpose at the Department of the Treasury in the fiscal year in which such payment is due. The Act provides that the provisions contained therein with respect to the payment of the principal of and interest on the Bonds shall be considered to be a continuous appropriation for the Secretary of the Treasury to make such payments, even though no specific appropriations are made for such purposes. The payments under the Act are required to be made pursuant to the provisions of the laws of the Commonwealth that regulate the disbursement of public funds.

The Constitution of Puerto Rico provides that public debt of the Commonwealth will constitute a first claim on available Commonwealth resources. Public debt includes general obligation bonds and notes of the Commonwealth and any payments required to be made by the Commonwealth under its guarantees of bonds and notes issued by its public instrumentalities.

The Commonwealth has allocated certain motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees to Puerto Rico Highway and Transportation Authority (the "Highway Authority"). The amounts so allocated, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Since fiscal year 1989, the Commonwealth has pledged to Puerto Rico Infrastructure Financing Authority certain federal excise taxes imposed on alcoholic beverages and tobacco products produced in Puerto Rico and sold in the United States, which taxes are returned to the Commonwealth. The amounts so pledged, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

In 2006, the Commonwealth allocated a portion of the sales tax to service the bonds issued by Sales Tax Financing Corporation to refinance a portion of the Commonwealth's outstanding extra constitutional debt (including the Sales Tax Bonds). The legislation making such allocation provides that the portion so set aside is not "available Commonwealth revenues" for purposes of the above Constitutional provision. No ruling from the Puerto Rico Supreme Court has been solicited as to the validity of such "set aside" vis-a-vis the Constitutional provision referred to above, and the Commonwealth cannot give any assurance that the Puerto Rico Supreme Court when faced with this issue in a properly briefed and litigated proceeding would agree that such segregated sales tax revenues are "unavailable".

14

The Constitution expressly empowers a holder of bonds and notes evidencing public debt to bring suit against the Secretary of the Treasury to require application of available resources, including surplus, to the payment of principal of and interest on public debt when due.

*Special Fund for the Bonds (General Obligation) Debt Service*

Act No. 83 of the Legislature of Puerto Rico, approved on August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exempt from taxation. The proceeds of said tax are credited to the Commonwealth Debt Redemption Fund (the "Redemption Fund"), for application to the payment of general obligation bonds and notes of the Commonwealth.

Act No. 39 of the Legislature of Puerto Rico, approved on May 13, 1976, as amended ("Act No. 39"), requires the Secretary of the Treasury to transfer each month from available funds of the Commonwealth to the Redemption Fund such amounts which, together with certain other funds deposited therein, will be equal to the sum of one-sixth of the interest to be paid in the next six months and one-twelfth of the principal to be paid or required to be amortized within the next twelve months on all bonds and notes of the Commonwealth for which its full faith and credit are pledged as the same become due and all bonds and notes of the Commonwealth for which the guaranty of the Commonwealth has been exercised. Moneys in the Redemption Fund are held in trust by Government Development Bank. Act No. 39 provides that the obligation of the Secretary of the Treasury to make the above transfers is cumulative, and the amount of any deficiency in any month shall be added to the amount of transfers required in future months until such deficiency has been fully paid.

Act No. 39 expressly relates to direct obligations of the Commonwealth. It may also apply to the payment of Commonwealth guaranteed obligations of public corporations outstanding prior to the date of its adoption but not to the payment of bonds and other obligations of such public corporations guaranteed by the Commonwealth issued after the date of its adoption.

**Payment Record**

The Commonwealth has never defaulted on the payment of principal of or interest on any of its debt.

**Debt Limitation**

Section 2 of Article VI of the Constitution of Puerto Rico provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued which is payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceeds 15% of the average annual revenues raised under the provisions of Commonwealth legislation and covered into the Treasury of Puerto Rico (hereinafter "internal revenues") in the two fiscal years preceding the then current fiscal year. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded. Internal revenues consist principally of income taxes, property taxes

15

PR-CCD-0007186

and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury of Puerto Rico and motor vehicle fuel taxes and license fees, which are allocated to the Highway Authority, are not included as internal revenues for the purpose of calculating the debt limit, although some of these revenues may be available for the payment of debt service. In addition, the portion of the sales tax allocated to the Sales Tax Financing Corporation is also not included as internal revenues consistent with the legislation creating the Sales Tax Financing Corporation, which legislation provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest rating category by Moody's and S&P), none of which is eligible to be used for legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with proceeds invested in non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Joint Resolution No. 2104 of September 30, 2004 ("Joint Resolution No. 2104"), authorized the Commonwealth to enter into interest rate exchange agreements with respect to the Commonwealth's $447,875,000 Public Improvement Refunding Bonds, Series 2004 B (the "Series 2004 B Bonds"), which were issued as variable rate bonds. Joint Resolution No. 2104 allows the Commonwealth to calculate the constitutional debt limitation using (i) the fixed rate it is required to pay under any interest rate exchange agreement entered into by the Commonwealth in connection with the Series 2004 B Bonds, and (ii) the lesser of (A) the maximum interest rate allowed by law, and (B) the maximum interest rate set forth in the resolution approving the bonds, if any, in connection with the Commonwealth's $279,240,000 Public Improvement Refunding Bonds, Series 2004 A (the "Series 2004 A Bonds") and any Series 2004 B Bonds for which no interest rate exchange agreement is executed. In November 2004, the Commonwealth entered into two interest rate exchange agreements with respect to the Series 2004 B Bonds.

Act No. 39 of 2005 authorizes the Commonwealth to enter into interest rate exchange agreements with respect to its general obligation bonds, subject to certain conditions, including that the agreements are entered into to reduce certain financial risks associated with issuing variable rate obligations. In August 2006, the Commonwealth issued its $500,000,000 Public Improvement Bonds of 2006, Series A, a portion of which bonds bear interest at a rate that will change periodically based on changes in the United States consumer price index, and in connection with such consumer price index floating rate bonds (said portion, the "2006 CPI Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In October 2007, the Commonwealth issued its $926,570,000 Public Improvement Refunding Bonds, Series 2007A, a portion of which bonds bear interest at a variable rate and, in connection with said bonds (said portion, the "2007 Swap Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. Act No. 39 of 2005 allows the Commonwealth to calculate the constitutional debt limit in a manner identical to that utilized in Joint Resolution No. 2104. In addition, the Commonwealth has also executed under the authority granted in Act No. 39 of 2005, interest rate exchange agreements in which the Commonwealth is making payments (1) on $1,698,370,000

16

PR-CCD-0007187

notional amount of public improvement bonds based on a short-term interest rate index published by Securities Industry and Financial Markets Association ("SIFMA") and is receiving from its counterparties payments on the same notional amount based on the published three-month London Interbank Offered Rate index (the "basis swap") and (2) on $850,000,000 notional amount of public improvement bonds based on the published short-term SIFMA municipal swap rate and is receiving from its counterparties payments on the same notional amount based on a published index of municipal bonds having a maturity of 10 years (the "constant maturity swap"). Finally in connection with the issuance of a portion of the Series 2008 B Bonds (the "2008 Swap Bonds"), the Commonwealth may enter into interest rate swaps.

After giving effect to the issuance of the Bonds, the Series 2008 A Bonds and the Series 2008 B Bonds, and the refunding of the Refunded Bonds, future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $929,044,644 in the fiscal year ending June 30, 2016 (based on the assumption that (i) the bonds refunded with non-eligible investments are treated as being outstanding, (ii) the Series 2004 A Bonds bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, (iii) the Series 2004 B Bonds, the 2006 CPI Bonds and the 2007 Swap Bonds, bear interest at 12% per annum and (iv) the public improvement bonds to which the basis swap and the constant maturity swap relate bear interest at their stated interest rates rather than the rates set forth in said swaps). This amount ($929,044,644) is equal to 11.13% of $8,346,104,000, which is the average of the adjusted internal revenues for the fiscal year ended June 30, 2006 and the currently estimated adjusted internal revenues for the fiscal year ended June 30, 2007. If the bonds refunded with non-eligible investments were treated as not being outstanding, and the interest on the Series 2004 B Bonds, the 2006 CPI Bonds and the 2007 Swap Bonds is calculated using the fixed rate paid by the Commonwealth under the interest rate exchange agreements executed in connection with such bonds, the percentage referred to in the preceding sentence would be 9.19%.

Debt service for the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed bonds of approximately $30 million was paid by PRASA during the last two fiscal years and, thus, is not included in the calculation of the 15% debt limitation. See "Other Public Corporations – Aqueduct and Sewer Authority" under *Public Corporations* in *Appendix I*. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund and such debt service would, to the extent paid by the Commonwealth, be included in the calculation of the 15% debt limitation.

## Maturity Limitation

The Constitution provides that no bonds or notes of the Commonwealth shall mature later than 30 years from their date of issue, except bonds or notes for housing facilities, which shall mature in no more than 40 years.

PR-CCD-0007188

# PUBLIC SECTOR DEBT OF THE COMMONWEALTH

**Public Sector Debt**

The following table presents a summary of the public sector debt of the Commonwealth as of December 31, 2007. The table also shows the public sector debt as further adjusted by the following bond issuances and events that have occurred after December 31, 2007: (i) the issuance of the Series A Pension Bonds, the PRASA Bonds, the $1,316,204,456 principal amount of Puerto Rico Aqueduct and Sewer Authority Revenue Bonds, Series A (Senior Lien) and the $22,445,000 principal amount of Puerto Rico Aqueduct and Sewer Authority Revenue Bonds, Series B (Senior Lien), and (ii) the issuance of the Bonds, the Series 2008 A Bonds and the Series 2008 B Bonds and the refunding of the Refunded Bonds. The table should be read in conjunction with the information set forth under *Debt* in *Appendix I*.

**Commonwealth of Puerto Rico**
**Public Sector Debt***
**(in thousands)**

|  | December 31, 2007 | As Adjusted |
|---|---|---|
| Puerto Rico direct debt[1] | $10,701,206 | $10,924,775 |
| Municipal debt | 2,420,487 | 2,420,487 |
| Public corporations debt |  |  |
|     Puerto Rico guaranteed debt | 864,547 | 1,149,302 |
|     Debt supported by Puerto Rico appropriations or taxes | 19,694,714 | 19,694,714 |
|     Other non-guaranteed debt | 12,252,019 | 15,179,479 |
|         Total public corporations debt | $32,811,280 | $36,023,495 |
| Total public sector debt | $45,932,973 | $49,368,757 |

---

\* For a complete recital of all notes to this table, see "Public Sector Debt" under Debt in Appendix I.

(1) Includes general obligation bonds, tax and revenues anticipation notes, and lines of credit provided by Government Development Bank. The amount excludes certain Commonwealth general obligations bonds that have been refunded with proceeds that were invested in non-eligible investments, even though such bonds will be considered outstanding under their respective authorizing resolutions and for purposes of calculating the Commonwealth's constitutional debt limitation.

Source: Government Development Bank

PR-CCD-0007189

**Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt**

The following table presents the debt service requirements for (i) Commonwealth general obligation bonds outstanding on December 31, 2007; (ii) the Series 2008 A Bonds and the Series 2008 B Bonds; (iii) the Bonds; and (iv) total Commonwealth general obligation bonds, adjusted for the issuance of the Bonds, the Series 2008 A Bonds and the Series 2008 B Bonds and the refunding of the Refunded Bonds. The table excludes debt service on Commonwealth general obligation bonds that have been refunded with the proceeds of refunding bonds invested in non-eligible investments, notwithstanding that such bonds will be considered to be outstanding under their authorizing resolution and for purposes of calculating the Commonwealth's debt limitation. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

19

PR-CCD-0007190

**Commonwealth of Puerto Rico**
**Debt Service Requirements***
**(in thousands)**

| Fiscal Year Ending June 30, | Outstanding Bonds Total Debt Service[1] | The Bonds | | The Series 2008 A Bonds and The Series 2008 B Bonds | | Grand Total[2] |
|---|---|---|---|---|---|---|
| | | Principal | Interest | Principal | Interest | |
| 2008 | $ 492,513 | $ - | $ - | $ - | $ 927 | $ 239,721 |
| 2009 | 678,784 | - | 10,582 | - | 48,459 | 395,179 |
| 2010 | 685,299 | - | 10,582 | 32,445 | 42,944 | 739,368 |
| 2011 | 682,919 | - | 10,582 | 33,835 | 41,432 | 736,989 |
| 2012 | 682,647 | 7,215 | 10,582 | 35,160 | 39,976 | 743,923 |
| 2013 | 685,930 | 7,530 | 10,264 | 36,610 | 38,400 | 747,208 |
| 2014 | 673,668 | 7,870 | 9,925 | 63,470 | 36,621 | 734,948 |
| 2015 | 688,149 | 8,245 | 9,551 | 66,215 | 33,721 | 749,430 |
| 2016 | 688,515 | 8,655 | 9,139 | 83,525 | 30,570 | 749,798 |
| 2017 | 688,204 | 9,105 | 8,689 | 13,945 | 26,560 | 676,262 |
| 2018 | 680,009 | 9,600 | 8,197 | 14,610 | 25,898 | 661,062 |
| 2019 | 684,345 | 10,125 | 7,669 | 15,305 | 25,204 | 731,168 |
| 2020 | 719,927 | 10,705 | 7,092 | 16,065 | 24,438 | 766,748 |
| 2021 | 548,797 | 11,315 | 6,482 | 16,870 | 23,635 | 595,619 |
| 2022 | 478,647 | 11,960 | 5,837 | 17,715 | 22,792 | 525,471 |
| 2023 | 431,844 | 12,640 | 5,156 | 18,600 | 21,906 | 478,665 |
| 2024 | 428,368 | 13,360 | 4,435 | 19,625 | 20,883 | 475,191 |
| 2025 | 409,122 | 14,150 | 3,647 | 20,630 | 19,877 | 455,946 |
| 2026 | 400,320 | 14,985 | 2,812 | 21,715 | 18,794 | 447,146 |
| 2027 | 399,957 | 15,870 | 1,928 | 22,850 | 17,654 | 446,779 |
| 2028 | 398,507 | 16,805 | 991 | 70,205 | 16,397 | 448,251 |
| 2029 | 400,793 | - | - | 69,500 | 12,536 | 405,540 |
| 2030 | 398,897 | - | - | 50,900 | 9,880 | 401,244 |
| 2031 | 398,325 | - | - | 53,075 | 8,061 | 404,122 |
| 2032 | 219,015 | - | - | 116,120 | 5,752 | 223,993 |
| 2033 | 186,032 | - | - | - | - | 186,032 |
| 2034 | 132,007 | - | - | - | - | 132,007 |
| 2035 | 61,497 | - | - | - | - | 61,497 |
| 2036 | 33,676 | - | - | - | - | 33,676 |
| 2037 | 3,680 | - | - | - | - | 3,680 |
| Total | $14,060,393 | $190,135 | $144,143 | $908,990 | $613,317 | $14,396,664 |

\* Totals may not add due to rounding.
[1] In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund.
[2] Debt service requirements on all general obligation bonds outstanding, adjusted to include the issuance of the Bonds, the Series 2008 A Bonds and the Series 2008 B Bonds, and the refunding of the Refunded Bonds.
Sources: Government Development Bank and Department of the Treasury

PR-CCD-0007191

## TAX MATTERS

### General

The disclosure of U.S. federal tax issues contained in this Official Statement is limited to the U.S. federal tax issues addressed herein. Additional issues may exist that are not addressed in this disclosure and that could affect the federal tax treatment of the matter that is the subject of this discussion. This tax disclosure was written in connection with the promotion or marketing of the Bonds, and it cannot be used by the owner of the Bonds for the purpose of avoiding penalties that may be asserted against the owner of the Bonds under the Internal Revenue Code of 1986, as amended. Prospective owners of the Bonds should seek advice based on their particular circumstances from an independent tax advisor.

The discussion of Puerto Rico tax matters is based on the current provisions of the Puerto Rico Internal Revenue Code of 1994, as amended (the "P.R. Code"), and the regulations promulgated thereunder, the administrative pronouncements issued by the Puerto Rico Treasury Department ("PRTD"), the Puerto Rico Municipal Property Tax Act of 1991, as amended (the "MPTA"), and the regulations promulgated thereunder, the Puerto Rico Municipal License Tax Act of 1974, as amended (the "MLTA"), and the regulations promulgated thereunder. The discussion of United States federal income, estate and gift taxes is based on the current provisions of the U.S. Internal Revenue Code of 1986, as amended (the "U.S. Code") and the regulations promulgated and administrative pronouncements issued thereunder. No attempt has been made, however, to discuss all Puerto Rico and United States income or other tax matters that may affect a prospective owner of the Bonds. Consequently, this section does not purport to cover all of the Puerto Rico tax and United States federal income tax consequences arising from the purchase and ownership of the Bonds. This section is not to be construed as a substitute for careful tax planning.

The statements that follow are based on the existing provisions of such statutes and regulations, and judicial decisions and administrative pronouncements, all of which are subject to change (even with retroactive effect). A prospective investor should be aware that an opinion of counsel represents only such counsel's best legal judgment and that it is not binding on the PRTD, any municipality or agency of Puerto Rico, the United States Internal Revenue Service (the "IRS") or the courts. Accordingly, there can be no assurance that the opinions set forth herein, if challenged, would be sustained.

### Puerto Rico Taxation

In the opinion of McConnell Valdés LLC, Special Tax Counsel:

1.     Interest of the Bonds is exempt from Puerto Rico income and withholding taxes, including the alternative minimum tax imposed by Section 1017 of the P.R. Code.

2.     The Bonds are exempt from property taxes imposed by the MPTA and interest thereon is exempt from the municipal license tax imposed by the MLTA.

3.     The transfer of the Bonds by (i) gift will not be subject to gift tax under the P.R. Code in the case of donors who are residents of Puerto Rico at the time the gift is made and (ii)

21

death will not be subject to estate tax under the P.R. Code in the case of a decedent who at the time of death was (x) a resident of Puerto Rico and (y) a United States citizen who acquired such citizenship solely by reason of birth or residence in Puerto Rico.

4. Gain realized from the sale, exchange or redemption of a Bond by an individual that is a resident of Puerto Rico (as determined under the P.R. Code) or a corporation or partnership organized under the laws of the Commonwealth will be subject to income tax under the P.R. Code.

Gain realized from the sale, exchange or redemption of the Bonds by an individual that is a citizen of the United States and not a resident of Puerto Rico during the taxable year in which such gain is realized will not be subject to income tax under the P.R. Code, provided such gain does not constitute income from sources within Puerto Rico.

Gain realized from the sale, exchange or redemption of the Bonds by an individual that is an alien and not a resident of Puerto Rico or by a foreign corporation or partnership will not be subject to income tax under the P.R. Code, provided such gain does not constitute income from sources within Puerto Rico and is not effectively connected with the conduct of a trade or business within Puerto Rico.

5. The Bonds will be considered an obligation qualifying for (i) the non-recognition of gain rules of Section 1112(f)(2)(A) of the P.R. Code applicable to certain involuntary conversions and (ii) the exemption from the surtax imposed by Section 1102 of the P.R. Code available to obligations of the Commonwealth and certain other investments.

6. Interest of the Bonds constitutes "industrial development income" under Section 2(j) of the Puerto Rico Industrial Incentives Act of 1963, the Puerto Rico Industrial Incentives Act of 1978, the Puerto Rico Tax Incentives Act of 1987, and the Puerto Rico Tax Incentives Act of 1998, all as amended (collectively, the "Incentives Acts"), when received by a holder of a grant of tax exemption issued under any of the Incentives Acts that acquired the Bonds with "eligible funds," as such term is defined in the Incentives Acts.

The P.R. Code does not provide rules with respect to the treatment of the excess of the amount due at maturity of a Bond with an initial offering price to the public lower than the amount due at maturity over such initial offering price (the "Discount Amount"). Under the current administrative practice followed by the PRTD, the Discount Amount is treated as interest.

Prospective owners of the Bonds, including but not limited to financial institutions, should be aware that ownership of the Bonds may result in having a portion of their interest and other expenses attributable to interest on the Bonds disallowed as deductions for purposes of computing the regular tax and the alternative minimum tax for Puerto Rico income tax purposes.

22

PR-CCD-0007193

## United States Federal Taxation

In the opinion of McConnell Valdés LLC, Special Tax Counsel:

1.      Interest on the Bonds received by, or "original issue discount" (within the meaning of Sections 1272 and 1273 of the U.S. Code) accrued to, a corporation (i) organized under the laws of the Commonwealth and subject to income tax under the U.S. Code as a corporation, or (ii) otherwise constituting a foreign corporation that is subject to income tax under the U.S. Code as a corporation, is not, in the hands of such corporation, subject to income taxation under the U.S. Code provided such interest or "original issue discount" is not effectively connected, or treated as effectively connected, with or attributable to the conduct of a trade or business within the United States by such corporation.

2.      Interest on the Bonds received by, or "original issue discount" (within the meaning of Sections 1272 and 1273 of the U.S. Code) accrued to, an individual who is a bona fide resident of Puerto Rico (within the meaning of Sections 933 and 937(a) of the U.S. Code and the regulations issued thereunder) during the entire taxable year in which such interest is received or "original issue discount" is accrued will constitute gross income from sources within Puerto Rico and, therefore, is excludable from gross income pursuant to Section 933(1) of the U.S. Code.

3.      Interest on the Bonds and any original issue discount accrued or received thereon is not excludable from the gross income of the recipient thereof for United States federal income tax purposes under Section 103(a) of the U.S. Code.

4.      Pursuant to Notice 89-40 issued by the IRS on March 27, 1989, gain on the sale, or exchange or redemption of the Bonds by an individual who is a bona fide resident of Puerto Rico (within the meaning of Sections 933 and 937(a) of the U.S. Code and the regulations issued thereunder) during the entire taxable year will constitute income from sources within Puerto Rico and, therefore, qualify for the exclusion from gross income provided in Section 933(1) of the U.S. Code, provided such Bonds do not constitute inventory in the hands of such individual and at the time that the Bonds were acquired by such individual, such individual was a bona fide resident of Puerto Rico (within the meaning of Sections 933 and 937(a) of the U.S. Code and the regulations issued thereunder).

5.      The transfer of the Bonds by death or gift will not be subject to estate or gift tax under the U.S. Code in the case of decedents or donors who, at the time of death or gift, are (i) residents of Puerto Rico and (ii) United States citizens that acquired such citizenship solely by reason of birth or residence in Puerto Rico .

Prospective owners of the Bonds should also be aware that the U.S. Code provides special rules for the taxation of shareholders of foreign corporations that qualify as "controlled foreign corporations," "personal holding companies," or "passive foreign investment companies," as such terms are defined by the U.S. Code.

23

PR-CCD-0007194

## APPROVAL OF LEGAL PROCEEDINGS

Legal matters incident to the authorization and issuance of the Bonds are subject to the approval of Sidley Austin LLP, New York, New York, Bond Counsel, the proposed form of whose opinion is included herein as *Appendix II* and to the giving by McConnell Valdés LLC, San Juan, Puerto Rico, Special Tax Counsel, of its opinion in the proposed form included herein as *Appendix III*. Certain legal matters will be passed upon for the Underwriters by Squire, Sanders & Dempsey L.L.P., Miami, Florida.

## LEGAL INVESTMENT

The Bonds will be eligible for deposit by banks in Puerto Rico to secure public funds and will be approved investments for insurance companies to qualify them to do business in Puerto Rico, as required by law.

## UNDERWRITING

The Underwriters have jointly and severally agreed, subject to certain conditions, to purchase the Bonds from the Commonwealth at an aggregate discount of $2,191,006.25 from the initial offering prices of the Bonds set forth or derived from information set forth on the inside cover page hereof. The obligation of the Underwriters to purchase the Bonds is subject to certain conditions precedent, and they will be obligated to purchase all the Bonds if any Bonds are purchased. The Underwriters may offer to sell the Bonds to certain dealers and others at prices lower than the initial public offering prices. The offering prices may be changed, from time to time, by the Underwriters.

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

As required by Act No. 272 of the Legislature of Puerto Rico, approved May 15, 1945, as amended, Government Development Bank has acted as financial advisor to the Commonwealth in connection with the Bonds offered hereby. As financial advisor, Government Development Bank participated in the selection of the Underwriters of the Bonds. Certain of the Underwriters have been selected by Government Development Bank to serve from time to time as underwriters of its obligations and the obligations of the Commonwealth, its instrumentalities and public corporations. Certain of the Underwriters or their affiliates also participate in other financial transactions with Government Development Bank.

## RATINGS

Moody's and S&P have given the Bonds ratings of "Baa3" and "BBB-," respectively. Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency. Such rating agencies were provided with materials relating to the Commonwealth and the Bonds and other relevant information, and no application has been made to any other rating agency for the purpose of obtaining a rating on the Bonds.

There is no assurance that such ratings will remain in effect for any given period of time or that they will not be revised downward or withdrawn entirely by either or both of such rating

PR-CCD-0007195

agencies, if in the judgment of either or both, circumstances so warrant. Any such downward revision or withdrawal of such ratings, or either of them, may have an adverse effect on the market prices of the Bonds.

## CONTINUING DISCLOSURE

In accordance with the requirements of Rule 15c2-12, as amended (the "Rule"), promulgated by the Securities and Exchange Commission (the "SEC"), the Commonwealth has covenanted in the Bond Resolution for the benefit of the Beneficial Owners (as defined in the Bond Resolution):

1.  to file, within 305 days after the end of each fiscal year commencing with the fiscal year ending June 30, 2008, with each NRMSIR and with any Commonwealth state information depository ("SID"), core financial information and operating data for the prior fiscal year, including (i) the Commonwealth's audited financial statements, prepared in accordance with generally accepted accounting principles in effect from time to time, and (ii) material historical quantitative data (including financial information and operating data) on the Commonwealth and its revenues, expenditures, financial operations and indebtedness, in each case generally found in this Official Statement; and

2.  to file, in a timely manner, with each NRMSIR or with the Municipal Securities Rulemaking Board and with each Commonwealth SID, notice of any failure of the Commonwealth to comply with paragraph 1 above and of the occurrence of any of the following events with respect to the Bonds, if material:

    a.  principal and interest payment delinquencies;
    b.  non-payment related defaults;
    c.  unscheduled draws on debt service reserves reflecting financial difficulties;
    d.  unscheduled draws on credit enhancements reflecting financial difficulties;
    e.  substitution of credit or liquidity facility providers, or their failure to perform;
    f.  adverse opinions or events affecting the tax-exempt status of the Bonds;
    g.  modifications to rights of the holders (including Beneficial Owners) of the Bonds;
    h.  bond calls;
    i.  defeasances;
    j.  release, substitution, or sale of property securing repayment of the Bonds; and
    k.  rating changes.

Events (c) is included pursuant to a letter from the SEC staff to the National Association of Bond Lawyers, dated September 19, 1995. However, event (c) may not be applicable, since the terms of the Bonds do not provide for "debt service reserves," In addition, with respect to the following events:

25

PR-CCD-0007196

Events (d) and (e). The Commonwealth does not undertake to provide any notice with respect to credit enhancement added after the primary offering of the Bonds, unless the Commonwealth applies for or participates in obtaining the enhancement.

Event (f). For information on the tax status of the Bonds, see *Tax Matters*.

Event (h). The Commonwealth does not undertake to provide the above-described event notice of a mandatory scheduled redemption, not otherwise contingent upon the occurrence of an event, if the terms, dates and amounts of redemption are set forth in detail in this Official Statement under "*The Bonds* — Redemption", the only open issue is which Bonds will be redeemed in the case of a partial redemption, notice of redemption is given to the Bondholders as required under the terms of the Bonds, and public notice of the redemption is given pursuant to Securities Exchange Act of 1934 Release No. 34-23856 of the SEC, even if the originally scheduled amounts are reduced by prior optional redemptions or purchases of Bonds.

The Commonwealth expects to provide the information described in paragraph 1 above by filing its first bond official statement that includes such information for the preceding fiscal year or, if no such official statement is issued by the 305-day deadline, by filing a separate document containing such information.

The Commonwealth has made similar continuing disclosure covenants in connection with prior bond issuances, and has complied with all such covenants, except as hereinafter noted. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2002 were filed after the Commonwealth's filing deadline of May 1, 2003 because of delays in finalizing such financial statements resulting from the implementation of GASB Statement No. 34 ("GASB 34"). The Commonwealth's audited financial statements for the fiscal year ended June 30, 2003 were also filed after the Commonwealth's filing deadline of April 30, 2004, because of delays in finalizing the financial statements of certain of the Commonwealth's reporting units due to the implementation of GASB 34. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2004 and 2006 were also filed after the Commonwealth's respective filing deadlines of May 1, 2005 and 2007, because various governmental agencies did not submit their audited financial statements to the central government's external auditors on time, thereby delaying submission of the Commonwealth's audited financial statements. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2007 are not expected to be filed by the deadline of May 1, 2008, because various governmental agencies did not submit their audited financial statements to the central government's external auditors on time, thereby delaying submission of the Commonwealth's audited financial statements.

As of the date of this Official Statement, there is no Commonwealth SID, and the NRMSIRs are: Bloomberg Municipal Repository, 100 Business Park Drive, Skillman, New Jersey 08558; Standard & Poor's Securities Evaluations, Inc., 55 Water Street, 45th Floor, New York, New York 10041; Interactive Data Pricing and Reference Data, Inc., Attn: NRMSIR, 100 William Street, 15th Floor, New York, New York 10038; and DPC Data Inc., One Executive Drive, Fort Lee, New Jersey 07024.

The Commonwealth may from time to time choose to provide notice of the occurrence of certain other events in addition to those listed above if, in the judgment of the Commonwealth,

PR-CCD-0007197

such other events are material with respect to the Bonds, but the Commonwealth does not undertake to provide any such notice of the occurrence of any material event except those events listed above.

The Commonwealth acknowledges that its undertaking pursuant to the Rule described above is intended to be for the benefit of the Beneficial Owners of the Bonds, and shall be enforceable by any such Beneficial Owners; provided that the right to enforce the provisions of its undertaking shall be limited to a right to obtain specific enforcement of the Commonwealth's obligations thereunder.

No Beneficial Owner may institute any suit, action or proceeding at law or in equity ("Proceeding") for the enforcement of the foregoing covenants (the "Covenants") or for any remedy for breach thereof, unless such Beneficial Owner shall have filed with the Commonwealth written notice of any request to cure such breach, and the Commonwealth shall have refused to comply within a reasonable time. All Proceedings shall be instituted only in a Commonwealth court located in the Municipality of San Juan, Puerto Rico for the equal benefit of all Beneficial Owners of the outstanding Bonds benefited by the Covenants, and no remedy shall be sought or granted other than specific performance of any of the Covenants at issue. Moreover, Proceedings filed by Beneficial Owners against the Commonwealth may be subject to the sovereign immunity provisions of Section 2 and 2A of Act No. 104, approved June 29, 1955, as amended, which governs the scope of legal actions against the Commonwealth, substantially limits the amount of monetary damages that may be awarded against the Commonwealth and provides certain notice provisions, the failure to comply with which may further limit any recovery.

The Covenants may only be amended if:

1. the amendment is made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the Commonwealth, or type of business conducted; the Covenants, as amended, would have complied with the requirements of the Rule at the time of award of the Bonds, after taking into account any amendments or change in circumstances; and the amendment does not materially impair the interest of Beneficial Owners, as determined by persons unaffiliated with the Commonwealth; or

2. all or any part of the Rule, as interpreted by the staff of the SEC at the date of the adoption of such Rule, ceases to be in effect for any reason, and the Commonwealth elects that the Covenants shall be deemed amended accordingly.

The Commonwealth has further agreed that the annual financial information containing any amended operating data or financial information will explain, in narrative form, the reasons for the amendment and the impact of the change in the type of operating data or financial information being provided.

Any assertion of beneficial ownership must be filed, with full documentary support, as part of the written request described above.

27

## MISCELLANEOUS

The foregoing summaries of or references to the Act, the Bonds, the Bond Resolution, the Initial Liquidity Facilities, the Remarketing Agreements, the Escrow Deposit Agreement and the other documents and agreements referred to herein and the summaries of or references to the various acts contained in the Commonwealth Report, are made subject to all the detailed provisions thereof to which reference is hereby made for further information and do not purport to be complete statements of any or all of such provisions.

Appended to and constituting a part of this Official Statement are the Commonwealth Report (*Appendix I*), the proposed form of opinion of Bond Counsel (*Appendix II*) and the proposed form of opinion of Special Tax Counsel (*Appendix III*).

The information set forth in this Official Statement and incorporated herein by reference, except for information pertaining to DTC, was supplied by certain officials of the Commonwealth or certain of its agencies or instrumentalities, in their respective official capacities, or was obtained from publications of the Commonwealth or certain of its agencies or instrumentalities, and is included or incorporated by reference in this Official Statement on the authority of such officials or the authority of such publications as public official documents. The information pertaining to DTC was supplied by DTC.

This Official Statement will be filed with each NRMSIR and with the Municipal Securities Rulemaking Board.

COMMONWEALTH OF PUERTO RICO

By: /s/ José Guillermo Dávila
Secretary of the Treasury

28

PR-CCD-0007199

# APPENDIX I

## COMMONWEALTH OF PUERTO RICO FINANCIAL
## INFORMATION AND OPERATING DATA REPORT, DATED JANUARY 2, 2008

PR-CCD-0007200

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007201

# TABLE OF CONTENTS

                                                                                    Page

INTRODUCTION ................................................................................................ 1
    General ............................................................................................................ 1
    Geographic Location and Demography ............................................................ 1
    Relationship with the United States ................................................................. 1
    Governmental Structure ................................................................................... 2
    Principal Officials Responsible for Fiscal Matters .......................................... 2
    Political Trends ................................................................................................ 3

THE ECONOMY ................................................................................................ 4
    General ............................................................................................................ 4
    Economic Development Program ..................................................................... 9
    Employment and Unemployment .................................................................... 13
    Economic Performance by Sector .................................................................... 14
    Higher Education ............................................................................................. 26
    Tax Incentives ................................................................................................. 28

DEBT ................................................................................................................ 31
    Public Sector Debt .......................................................................................... 31
    Debt Service Requirements for Commonwealth General Obligation Bonds ...... 34
    Ratings of Commonwealth General Obligation Bonds ..................................... 36
    Commonwealth Guaranteed Debt .................................................................... 36
    Trends of Public Sector Debt ........................................................................... 36

PUBLIC CORPORATIONS ................................................................................. 38
    Government Development Bank for Puerto Rico ............................................. 39
    Other Public Corporations .............................................................................. 42

INSURANCE MATTERS .................................................................................... 48

RETIREMENT SYSTEMS .................................................................................. 48

COMMONWEALTH FINANCIAL STATEMENTS ............................................ 59

PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES ............. 60
    Summary and Management's Discussion of General Fund Results .................. 60
    Tax Reform ..................................................................................................... 65
    Major Sources of General Fund Revenues ...................................................... 66
    Collections of Income, Sales and Excise Taxes .............................................. 70
    Transfers to General Obligation Redemption Fund ......................................... 70
    Components of General Fund Expenditures ..................................................... 70
    Federal Grants ................................................................................................. 72

i

# TABLE OF CONTENTS
(continued)

|  | Page |
|---|---|
| BUDGET OF THE COMMONWEALTH OF PUERTO RICO | 72 |
|   Office of Management and Budget | 72 |
|   Budgetary Process | 73 |
|   Fiscal Reform | 73 |
|   Financial Control and Adjustment Procedures | 74 |
|   Appropriations | 75 |
|   Budget for Fiscal Year 2008 | 76 |
|   Proposed Budget for Fiscal Year 2009 | 78 |
|   Differences between Budget and Basic Financial Statements | 80 |
| LITIGATION | 80 |

PR-CCD-0007203

## COMMONWEALTH OF PUERTO RICO
### Financial Information and Operating Data Report
### January 2, 2008

## INTRODUCTION

### General

The operating and financial information about the Commonwealth included in this Report has been updated as of December 31, 2007, except as to certain information which has been updated as of later dates, as set forth herein.

### Geographic Location and Demography

Puerto Rico, the fourth largest of the Caribbean islands, is located approximately 1,600 miles southeast of New York City. It is approximately 100 miles long and 35 miles wide.

According to the United States Census Bureau, the population of Puerto Rico was 3,808,610 in 2000 (3,927,776 as of July 1, 2006 according to a Census Bureau estimate), compared to 3,522,000 in 1990. As of 2000, the population of San Juan, the island's capital and largest city, was 434,375.

### Relationship with the United States

Puerto Rico was discovered by Columbus in 1493 and shortly thereafter the island was conquered and settled by the Spaniards. It remained a Spanish possession for four centuries.

Puerto Rico came under United States sovereignty pursuant to the Treaty of Paris, signed on December 10, 1898, which ended the Spanish-American War. Puerto Ricans have been citizens of the United States since 1917. In 1950, after a long evolution toward greater self-government for Puerto Rico, the Congress of the United States enacted Public Law 600, which is "in the nature of a compact" and which became effective upon its acceptance by the electorate of Puerto Rico. It provides that those sections of existing law which defined the political, economic, and fiscal relationship between Puerto Rico and the United States would remain in full force. It also authorized the people of Puerto Rico to draft and adopt their own Constitution. The Constitution was drafted by a popularly elected constitutional convention, overwhelmingly approved in a special referendum by the people of Puerto Rico and approved by the United States Congress and the President of the United States, becoming effective upon proclamation of the Governor of Puerto Rico on July 25, 1952. Puerto Rico's relationship with the United States is referred to herein as commonwealth status.

The United States and the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico") share a common defense, market, and currency. The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner who has a voice in the House of Representatives but no vote. Most federal taxes, except those such as Social Security taxes which are imposed by mutual consent,

are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries.

The official languages of Puerto Rico are Spanish and English.

### Governmental Structure

The Constitution of the Commonwealth provides for the separation of powers of the executive, legislative, and judicial branches of government. The Governor is elected every four years. The Legislative Assembly consists of a Senate and a House of Representatives, the members of which are elected for four-year terms. The highest court within the local jurisdiction is the Supreme Court of Puerto Rico. Puerto Rico constitutes a District in the federal judiciary and has its own United States District Court. Decisions of this court may be appealed to the United States Court of Appeals for the First Circuit and from there to the Supreme Court of the United States.

Governmental responsibilities assumed by the central government of the Commonwealth are similar in nature to those of the various state governments. In addition, the central government assumes responsibility for local police and fire protection, education, public health and welfare programs, and economic development.

### Principal Officials Responsible for Fiscal Matters

Aníbal Acevedo Vilá was sworn in as Governor of Puerto Rico on January 2, 2005. He is a graduate of the University of Puerto Rico, where he obtained a Bachelor's degree in Political Science and a Juris Doctor degree. He obtained an L.L.M. from Harvard Law School and served as law clerk for Puerto Rico Supreme Court Judge Federico Hernández Denton and for U.S. First Circuit Court of Appeals Judge Levin Campbell. He also served in the public sector as legislative adviser to the Governor of Puerto Rico. From 1993 to 2001, he served as an elected member of the Puerto Rico House of Representatives. From 2001 until assuming his position as Governor, he served as the elected Resident Commissioner of the Commonwealth in the U.S. House of Representatives.

CPA José Guillermo Dávila Matos was appointed Secretary of the Treasury in January, 2008 (confirmation by the Senate is pending). Before that he served as Executive Director of the Commonwealth of Puerto Rico Office and Management and Budget and before that he served for two years as Executive Vice President for Administration, Controllership and Operations at GDB. Prior to entering public service, Dávila-Matos worked in the private sector for close to 20 years in various upper management positions. He is a Certified Public Accountant and earned a Bachelor's degree in Business Administration with a major in accounting from the University of Puerto Rico, Río Piedras. He is also a member of the American Institute of Certified Public Accountants.

Armando A. Valdez was appointed Executive Director of the Commonwealth of Puerto Rico Office of Management and Budget in January, 2008. Before that he served as Advisor to the Governor from January 2005 to December 2007, as Executive Director of the Incoming Transition Committee from November 2004 to December 2004, and as Director of

I-2

Intergovernmental Affairs to the Puerto Rico Federal Affairs Administration form June 2001 to December 2003. He earned a Bachelor of Arts degree in Architecture from Yale University and a Masters degree in Government (thesis pending) from John Hopkins University.

Jorge Irizarry Herrans was appointed President of Government Development Bank ("GDB") on December 4, 2007. Mr. Irizarry served as Executive Vice President and Director of Financing of GDB from 2005 until his appointment as Acting President, and has over 30 years of experience in banking, investments and consulting, which he acquired while working at Chase Manhattan, Booz Allen Hamilton, Inc., Banco Mercantil, Banco de Ponce, PaineWebber, Inc., and Sandoval Associates. Mr. Irizarry has a Bachelor's degree in finance from New York University and holds a Masters Degree in Business Administration from Harvard Business School.

**Political Trends**

For many years there have been two major views in Puerto Rico with respect to Puerto Rico's relationship with the United States: one favoring commonwealth status, represented by the Popular Democratic Party and the other favoring statehood, represented by the New Progressive Party. The following table shows the percentages of the total votes received by the gubernatorial candidates of the various parties in the last five elections. While the electoral choices of Puerto Rico's voters are not based solely on party preferences regarding Puerto Rico's relationship with the United States, candidates who support a continuing relationship between Puerto Rico and the United States have prevailed in elections for many years.

| | **1988** | **1992** | **1996** | **2000** | **2004** |
|---|---|---|---|---|---|
| Popular Democratic Party | 48.7% | 45.9% | 44.5% | 48.6% | 48.4% |
| New Progressive Party | 45.8% | 49.9% | 51.1% | 45.7% | 48.2% |
| Puerto Rico Independence Party | 5.4% | 4.2% | 3.8% | 5.2% | 2.7% |
| Others | 0.1% | - | 0.6% | 0.5% | 0.6% |

With the results of the 2004 election, control of the executive branch continued under the Popular Democratic Party while the legislative branch is now controlled by the New Progressive Party. The composition of the Senate and House of Representatives by political party is as follows:

| | **Senate** | **House** |
|---|---|---|
| Popular Democratic Party | 9 | 18 |
| New Progressive Party | 17 | 32 |
| Puerto Rico Independence Party | 1 | 1 |
| Total | 27 | 51 |

The next general election (gubernatorial, municipal, and legislative) in Puerto Rico will be held in November 2008. Voter participation in Puerto Rico is substantially higher than in the United States, averaging 82% since 1972.

PR-CCD-0007206

# THE ECONOMY

### General

The Commonwealth has established policies and programs directed principally at developing the manufacturing and services sectors of the economy and expanding and modernizing the Commonwealth's infrastructure. Domestic and foreign investments have been stimulated by selective tax exemptions, development loans, and other financial and tax incentives. Infrastructure expansion and modernization have been to a large extent financed by bonds and notes issued by the Commonwealth, its public corporations, and municipalities. Economic progress has been aided by significant increases in the levels of education and occupational skills of the population.

Puerto Rico's economy has expanded, on average, for more than two decades. Virtually every sector of the economy has participated in this expansion, and record levels of employment have been achieved. Factors contributing to this expansion include government-sponsored economic development programs, increases in the level of federal transfer payments, and the relatively low cost of borrowing. In some years, these factors were aided by a significant rise in construction investment driven by infrastructure projects, private investment, primarily in housing, and relatively low oil prices. In the three fiscal years after the previous recession, during fiscal year 2002, the economy expanded at a moderate annual rate of 2.2%. During fiscal year 2007, real gross national product decreased by 1.8%. This contraction has continued into the current fiscal year 2008. The Planning Board expects a reduction of 2.1% of real gross national product for fiscal year 2008 and a recovery of 2.1% for fiscal year 2009.

Personal income, both aggregate and per capita, has increased consistently each fiscal year from 1985 to 2007. In fiscal year 2007, aggregate personal income was $53.1 billion ($44.4 billion in 2000 prices) and personal income per capita was $13,491 ($11,279 in 2000 prices).[1] Personal income includes transfer payments to individuals in Puerto Rico under various social programs. Total federal payments to Puerto Rico, which amount to around $12 billion annually and include transfers to local government entities and expenditures of federal agencies in Puerto Rico, in addition to federal transfer payments to individuals, are lower on a per capita basis in Puerto Rico than in any state of the United States. Eighty two percent (82%) of the transfer payments to individuals in fiscal year 2007 ($8.9 billion), represented entitlements for previously performed services or resulting from contributions to programs such as Social Security, Veterans' Benefits, Medicare, and U.S. Civil Service retirement pensions. Grants represent the remainder of the federal transfers to individuals, mostly concentrated in the Nutritional Assistance Program (Food Stamps) and Pell Grant (higher education) Scholarships.

Total average annual employment (as measured by the Department of Labor and Human Resources Household Employment Survey (the "Household Survey")) has also increased. From fiscal year 2003 to fiscal year 2007, annual employment increased 6.3% to 1,262,900.

The dominant sectors of the Puerto Rico economy in terms of production and income are manufacturing and services. The manufacturing sector has undergone fundamental changes over

---

[1] Different price deflators are used for gross national product and personal income statistics. The year 2000 is used as a basis for comparison because that is the year used by the U.S. Department of Commerce.

PR-CCD-0007207

the years as a result of increased emphasis on higher wage, high technology industries, such as pharmaceuticals, biotechnology, computers, microprocessors, professional and scientific instruments, and certain high technology machinery and equipment. The services sector, including finance, insurance, real estate, wholesale and retail trade, and tourism, also plays a major role in the economy. It ranks second to manufacturing in contribution to the gross domestic product and leads all sectors in providing employment.

The following table shows the gross national product for the five fiscal years ended June 30, 2007.

## Commonwealth of Puerto Rico
## Gross National Product
## Fiscal Years Ended June 30,

|  | **2003** | **2004** | **2005** | **2006** | **2007**[1] |
|---|---|---|---|---|---|
| Gross national product – $ millions[2] | $47,479 | $50,709 | $53,752 | $56,733 | $58,712 |
| Real gross national product – $ millions (2000 prices) | 42,795 | 43,967 | 44,819 | 45,061 | 44,252 |
| Annual percentage increase in real gross national product (2000 prices) | 2.1% | 2.7% | 1.9% | 0.5% | (1.8)% |
| U.S. annual percentage increase in real gross national product (2000 prices) | 1.9% | 4.0% | 3.0% | 3.1% | 2.0% |

_____
(1) Preliminary.
(2) In current dollars.

*Sources:* Puerto Rico Planning Board and Global Insight Inc.

The economy of Puerto Rico is closely linked to the United States economy, as most of the external factors that affect the Puerto Rico economy (other than the price of oil) are determined by the policies and performance of the economy of the United States. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures. During fiscal year 2007 (from July 1, 2006 to June 30, 2007) approximately 77% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 50% of Puerto Rico's imports. Consequently, the current slowdown of the United States' economy could be reflected in Puerto Rico's economy.

The following graph compares the growth rate of real gross national product for the Puerto Rico and United States economies since fiscal year 1990, and the forecast of the growth rate for fiscal years 2008 and 2009.

I-5

PR-CCD-0007208

## REAL GNP GROWTH RATE



* Global Insight 3/08.

Since the 1950s, the Puerto Rico Planning Board (the "Planning Board") has prepared a complete set of macroeconomic measures like those prepared for the United States by the Bureau of Economic Analysis ("BEA") of the Department of Commerce, as part of the National Income and Product Accounts ("NIPA"). In contrast with BEA, which computes the economic accounts on a quarterly basis, the Planning Board computes Puerto Rico's NIPA on an annual basis. Like BEA, the Planning Board revises its statistics on a regular basis. The Planning Board classifies its statistics as preliminary until they are revised and made final in conjunction with the release of new data each year. Thus, all macroeconomic accounts for fiscal year 2007 shown in this report are preliminary until the revised figures are released and the forecasts for fiscal years 2008 and 2009 revised. Certain information regarding current economic activity is, however, available in the form of the economic activity index of Puerto Rico, a coincident indicator of ongoing economic activity. This index, which is shown in the table below, is composed of several variables (total employment, retail sales, electric power generation, motor vehicle registrations, and indices for manufacturing, construction, tourism, and external trade), which gauge virtually all sectors of the economy. The Planning Board is revising the methodology used to compile the Index.

I-6

PR-CCD-0007209

As the following graph shows, the economic activity index has been declining on a year-over-year basis for fiscal year 2007.

## COINCIDENT ECONOMIC ACTIVITY INDEX



### Forecast for Fiscal Year 2008

The Planning Board's gross national product forecast for fiscal year 2008, which was released in March 2008, projected a decline of 2.1% in constant dollars, or an increase of 3.4% in current dollars. Personal income is expected to increase by 0.8% in real terms, or 4.3% in nominal terms (see footnote 1 on page I-4). The Planning Board expects real growth to return in fiscal year 2009, at 2.1%, or 7.1% in current dollars. The major factors affecting the economy at this point are, among others, the continued increase of oil prices, the slowdown of the U.S. economic activity, and the continuing economic uncertainty generated by the Commonwealth's fiscal crisis. These factors and the effects on economic activity of the implementation of the new sales tax are persuading consumers to adjust their behavior to the new economic conditions.

According to the Household Survey, total employment for the first eight months of fiscal year 2008 averaged 1,214,800, a decrease of 3.8% compared to 1,262,900 for the same period of fiscal year 2007. At the same time, the unemployment rate for the first eight months of fiscal year 2008 was 11.2%, an increase from 10.3% for the same period of fiscal year 2007.

### Fiscal Year 2007

The Planning Board's preliminary reports on the performance of the Puerto Rico economy for fiscal year 2007 indicate that real gross national product decreased 1.8% (3.5% in current dollars) over fiscal year 2006. Nominal gross national product was $58.7 billion in fiscal year 2007 ($44.3 billion in 2000 prices), compared to $56.7 billion in fiscal year 2006 ($45.1

PR-CCD-0007210

2006 ($44.0 billion in 2000 prices) to $53.9 billion in fiscal year 2007 ($44.4 billion in 2000 prices), and personal income per capita increased from $13,033 in fiscal year 2006 ($11,229 in 2000 prices), to $13,491 in fiscal year 2007 ($11,279 in 2000 prices).

According to the Household Survey, total employment for fiscal year 2007 averaged 1,262,900, an increase of 0.8% compared to 1,253,400 for fiscal year 2006. The driving force behind total employment is self-employment. The unemployment rate for fiscal year 2007 was 10.4%, a decrease from 11.7% for fiscal year 2006. As in the past, the economy of Puerto Rico followed the general performance and trends of the United States economy, although at a lower rate of growth.

Among the variables contributing to the Planning Board's downward revision in the forecast were the current effect of persistent high levels of oil prices, and the current slowdown of the United States economy. Moreover, the continuing weakness of local construction investment has aggravated the current situation. The persistent high level of the price of oil and its derivatives (such as gasoline) has served to reduce the income available for other purchases and, thereby, negatively affected domestic demand. Due to the Commonwealth's dependence on oil for power generation and gasoline in spite of its recent improvements in power production diversification, the high level of oil prices is expected to account for an increased outflow of local income in fiscal year 2008. The current financial difficulties associated with the subprime mortgage crisis have resulted in lowering of short-term interest rates. This could help alleviate the situation of the construction sector, which historically has been a major contributor to economic growth. The implementation of the tax reform legislation discussed below may reduce net disposable income even after giving effect to certain income tax reductions provided in the tax reform legislation. For a discussion of the Commonwealth's fiscal difficulties and the recently enacted tax reform, see "Tax Reform" under Puerto Rico Taxes, Other Revenues, and Expenditures.

*Fiscal Year 2006*

The Planning Board's reports of the performance of the Puerto Rico economy during fiscal year 2006 indicate that the economy (as registered by real gross national product) grew by 0.5%. Nominal gross national product was $56.7 billion ($45.1 billion in 2000 prices), compared to $53.8 billion in fiscal year 2005 ($44.8 billion in 2000 prices). This represents an increase in nominal gross national product of 5.5%. Aggregate personal income increased from $48.8 billion ($44.0 billion in 2000 prices) to $51.1 billion in fiscal year 2006 ($44.0 billion in 2000 prices), and personal income per capita increased from $12,507 in fiscal year 2005 ($11,267 in 2000 prices), to $13,033 in fiscal year 2006 ($11,229 in 2000 prices).

According to the Household Survey, total employment for fiscal year 2006 averaged 1,253,400, an increase of 1.3% compared to 1,237,600 for fiscal year 2005. The unemployment rate for fiscal year 2006 was 11.7%, an increase from 10.6% for fiscal year 2005, due to the partial government shutdown in May 2006 that resulted in the two week furlough of many government employees. As in the past, the economy of Puerto Rico followed the performance and general trends of the United States economy but did not reach the level of U.S. real economic growth.

I-8

PR-CCD-0007211

**Economic Development Program**

The Commonwealth's economic development program is now focused on initiatives aimed at producing more diversified and sustainable economic development. The six principal elements of these initiatives, as expressed in the Governor's Economic Development and Government Transformation Plan for Puerto Rico, are the following: (i) developing world-class infrastructure, while encouraging private investment with innovative financial models and agile, effective evaluation processes; (ii) accelerating Puerto Rico's entry into the knowledge economy by creating a center of excellence in biotechnology, engineering and computing; (iii) promoting local enterprise and supporting local businesses (in Spanish, Apoyo al de Aquí) by providing innovative financing alternatives and access to domestic and foreign markets; (iv) transforming the tourist industry into a vehicle for Puerto Rico's economic development; (v) diversifying energy-generating sources to reduce dependence on petroleum by half; and (vi) transforming Puerto Rico's government, without the need for layoffs or privatization, through effective agency consolidation and decentralization functions to offer first-class services to all citizens in a sensible, effective and agile manner and to contribute to Puerto Rico's socio-economic development.

The Commonwealth has formulated a strategic plan to increase its competitiveness in knowledge-based economic sectors, such as research and development of science and technology products. Four major components of this strategic plan are: (i) building on the strong presence in Puerto Rico of multinational companies in the science and technology sectors; (ii) building on Puerto Rico's skilled workforce to promote the expansion of research and development facilities by companies currently operating in Puerto Rico; (iii) attracting new companies in such sectors; and (iv) providing incentives for companies and entrepreneurs to engage in the process of innovation and commercialization of new products and to establish research and development facilities in Puerto Rico. The last initiative includes the creation of the Puerto Rico Science & Technology Trust, a government-sponsored trust (currently capitalized at $4.9 million and expected to grow to $25 million in three years), that will provide grants and financing to companies, entrepreneurs, and universities that engage in these activities. As part of this plan, construction has begun on a biotechnology plant in Mayagüez and a molecular sciences building on the main campus of the University of Puerto Rico in Río Piedras. Additionally, the Department of Transportation has transferred land to the University of Puerto Rico for the construction of a cancer center.

As part of this strategic plan, the Commonwealth is actively pursuing local participation in the aerospace industry, including engineering design services and the outsourcing of business activities. Also, recently Industrial Development Company ("PRIDCO") began a program to improve local entrepreneurial capacity by evaluating local businesses with worldwide best practices, and the Economic Development Bank started a new venture capital program offering financing to entrepreneurs that present projects with great potential for commercialization.

The Commonwealth is also providing incentives to promote the establishment of distribution and call centers, the acquisition and development of patents, and the development of a local entrepreneurial class. Distribution and call centers located in the Commonwealth will benefit from a preferential tax rate of 4% for call centers located in Puerto Rico if they offer services to Latin America and 2% if they offer hemisphere or worldwide services. The

PR-CCD-0007212

Commonwealth has decided to focus on this type of industry because it is labor intensive, presents no environmental concerns, and is generally able to start operations quickly. Over two dozen call centers have recently been established with employment of over 2,500 persons.

With respect to the acquisition and development of patents, under newly enacted legislation, the Secretary of the Treasury may (i) negotiate the payment of taxes on patent royalties; and (ii) reduce the tax rate on patent royalties to a rate as low as 2%. These incentives are in addition to those already enacted for research and development carried out in the Commonwealth. To further develop a local entrepreneurial class, the Commonwealth has enacted legislation providing local entrepreneurs with the following benefits: (i) tax incentives to retailers that use their distribution channels to sell products made in Puerto Rico in other jurisdictions; (ii) requiring at least 15% of products and services purchased by government agencies to be locally manufactured or provided; and (iii) the use of government-sponsored financing, marketing and/or training to promote the production of economically feasible products or services for Puerto Rico markets.

*Puerto Rico Tax Incentives*

One of the benefits enjoyed by the Commonwealth is that corporations operating in Puerto Rico (other than corporations organized in the United States with a local branch) and individuals residing in Puerto Rico generally are not subject to federal income taxes on income derived in Puerto Rico. This enables the Commonwealth to utilize local tax legislation as a tool for stimulating economic development, and it has done so for many years. See "Tax Incentives" below.

In this regard, the Commonwealth enacted legislation extending certain benefits of its most recent tax incentives law, Act No. 135 of December 2, 1997, as amended (the "1998 Tax Incentives Act"), to all eligible businesses operating under previous tax incentives laws. These benefits include a 200% deduction for research and development expenses and worker training expenses, the ability to deduct, as a current expense, investments in machinery and equipment, and the ability to claim a tax credit equal to 25% of the purchase price of a product manufactured in the Commonwealth (in excess of a base amount) or 35% of the purchase price of a locally-manufactured, recycled product.

The 1998 Tax Incentives Act was also amended to allow a credit against their Puerto Rico income tax liability for investors that acquire the majority of the stock, partnership interests or operational assets of an exempted business that is in the process of closing operations in Puerto Rico. A credit against Puerto Rico income tax liability is also provided to investors that contribute cash to such exempted business for the construction or improvement of its physical plant and the purchase of machinery and equipment. The amount of the credit is equal to 50% of the cash invested for such purposes, not to exceed $5,000,000 per exempted business. The credits are subject to approval by the Secretary of the Treasury, and the maximum amount of such credits for any fiscal year is $15,000,000.

In addition, legislation was enacted (i) amending the 1998 Tax Incentives Act to permit income tax rates lower than 2% for companies that establish operations in Puerto Rico in "core pioneer industries" which utilize innovative technology in their operations not used in Puerto

I-10

PR-CCD-0007213

Rico prior to January 1, 2000; (ii) granting tax credits with respect to eligible investments made in the construction or substantial rehabilitation of housing units to be rented to low income families; (iii) granting income tax exemption to financial institutions for the fees and interest income received in connection with loans or guarantees of loans made to finance tourism development projects; (iv) granting an exemption to qualified associations administering timesharing rights or vacation clubs and to owners' associations in areas designated as tourism enhancement districts; (v) granting tax exemption for investments in infrastructure made by housing developers; (vi) granting tax credits to Puerto Rico businesses that acquire products manufactured in Puerto Rico for exportation; and (vii) granting tax credits for rehabilitating urban centers through the development of housing projects, community areas, commercial areas, parks and recreational spaces, construction and renovation of structures, and the development of undeveloped or under-developed sites.

In December 2006, two laws were approved that provide additional tax incentives to foster economic development in Puerto Rico. Act No. 289 of December 26, 2006 amended the 1994 Puerto Rico tax code in order to facilitate the creation of local Real Estate Investment Trusts (REITs). A REIT is a corporation, usually publicly traded, that manages a portfolio of real estate to earn profits for shareholders. Under Act No. 289, a special tax rate of 10% applies to the income from this type of investment. The creation of REITs is expected to encourage investment in residential, commercial and industrial properties and hotels, and will contribute to the development of a local capital market.

Act No. 287 of December 26, 2006 created a new financing conduit for PRIDCO-sponsored economic development activity, to be known as the Puerto Rico Investment Development Initiative. The interest paid on debt securities issued by companies operating under the Puerto Rico Industrial Incentives Act of 1998 is exempt from Puerto Rico income taxes for *bona fide* residents of Puerto Rico and local corporations. The proceeds of such debt can be used for general business purposes, such as raw materials and machinery acquisition, construction, general business expenses, intellectual property and research and development, among others, but 80% of the proceeds must be used within Puerto Rico by the benefited company.

The tax incentives under the 1998 Tax Incentives Act will be available until December 31, 2007 (although tax incentive concessions granted thereunder will continue to be in effect until their respective dates of expiration). Currently, the Puerto Rico Legislature is considering whether to amend, replace, or extend the effectiveness of the 1998 Tax Incentives Act.

*Reduction of the Costs of Doing Business*

The Commonwealth believes that to make Puerto Rico more competitive and foster investment it needs to reduce the cost of doing business in Puerto Rico. In order to accomplish this, the Commonwealth proposes to (i) promote the creation of more cogeneration power plants to diversify energy fuel sources and reduce oil imports for electric power generation; (ii) streamline the permitting process to accelerate and reduce the cost of investment in Puerto Rico; and (iii) create a multi-agency task force to expedite critical projects. The Commonwealth has also implemented additional initiatives to restructure certain government agencies in order to improve the services offered by these agencies and provide such services in a more efficient

PR-CCD-0007214

manner. Both PRIDCO and Tourism Company have completed restructurings resulting in their being able to respond more quickly to the needs of their constituents while shedding over 500 employment positions.

The Commonwealth is in the process of diversifying its energy fuel sources. Two cogeneration power plants, one of which is fueled by coal and the other by liquefied natural gas, have reduced Puerto Rico's dependence on oil imports for the generation of electricity by approximately 25%, from 99% to 74%. Currently, as part of the Electric Power Authority's capital improvement plan, the Authority is considering building an additional cogeneration power plant fueled by liquefied natural gas in the municipality of Mayagüez.

The Department of Economic Development and Commerce initiated a reengineering of the Commonwealth's investment project evaluation process in which all branches of the Commonwealth government participated. The first phase, completed in December 2006, evaluated and developed the model. Currently, the project is in second phase, which should be completed by the end of fiscal year 2007, and which consists of evaluating all laws, bylaws and management styles. The third phase – the implementation and measurement of the reengineering – is scheduled to start during the first semester of fiscal year 2008 and is expected to be completed the following fiscal year.

*Federal Tax Incentives*

In connection with the phase-out of Sections 30A and 936 of the U.S. Internal Revenue Code of 1986, as amended (the "U.S. Code") (see "Tax Incentives – Incentives under the U.S. Code" below), the United States Senate requested the Joint Commission on Taxation ("JCT") and the United States Government Accountability Office ("GAO") to study the economic impact of this phase-out and present recommendations on alternative tax incentives for U.S.-based companies operating in Puerto Rico. In anticipation of the final phase-out of Sections 30A and 936 of the U.S. Code, most U.S.-based companies operating under Sections 30A and 936 converted from United States corporations to Controlled Foreign Corporations ("CFCs"), thus lessening the impact of the phase-out of those sections on their operations.

In May 2006, the GAO published its study titled "Fiscal Relations with the Federal Government and Economic Trends during the phase-out of the Possessions Tax Credit." The GAO study found that Puerto Rico's per capita gross domestic product and gross national product were significantly lower compared to United States averages, and the absolute gap between the per capita gross national product of Puerto Rico residents and that of United States residents has increased. The GAO study further found that, although the value-added by United States companies claiming the possessions tax credit decreased by about two-thirds during the period 1993-2003, much of the decline was offset by growth in other corporations, such as pharmaceuticals. Finally, the GAO study determined that although residents of Puerto Rico pay considerably less total tax per capita than residents of the United States, they pay approximately the same percentage of their personal income in taxes. The GAO study, which is informative in nature, is intended to help the United States Congress decide which economic development initiatives will best suit Puerto Rico's current situation.

I-12

PR-CCD-0007215

In June 2006, the JCT published its pamphlet titled "An Overview of the Special Tax Rules related to Puerto Rico and an Analysis of the Tax and Economic Policy Implications of Recent Legislative Options" (the "JCT Report"). The JCT Report provides an overview of the tax and non-tax rules applicable to United States possessions, the special tax rules applicable to Puerto Rico and an economic analysis of such special tax rules. The JCT Report also presents certain legislative options and specific proposals that have been advocated by various parties in order to stimulate economic growth in Puerto Rico. Although these legislative options and specific proposals are not recommendations, the JCT Report does state that federal and Commonwealth tax policy must be coordinated in order to design and implement new tax proposals aimed at enhancing development in Puerto Rico by targeting problems unique to Puerto Rico, instead of problems common to the United States and Puerto Rico, which proposals are likely to induce business to relocate from the United State to Puerto Rico.

Recently, the United States Congress approved legislation to extend to production activities that take place in Puerto Rico the benefit of section 199 of the U.S. Code, which provides a nine percent reduction in the federal income tax rate, phased-in over five years (from 35% to 31.85% after 2009). This extension applies to activities occurring on the island of branches of U.S. corporations that are not controlled foreign corporations ("CFCs"). The Commonwealth is also seeking the extension of additional sections of the U.S. Code that provide a dividends received deduction for a percentage of profits generated in Puerto Rico by CFCs, as well as deductions that would encourage investments in research and development activities.

**Employment and Unemployment**

The number of persons employed in Puerto Rico during fiscal year 2007 averaged 1,262,900, a 0.8% increase from 1,253,400 in fiscal year 2006. Unemployment, although at relatively low historical levels, is about twice the United States average. The average unemployment rate decreased from 11.7% in fiscal year 2006 to 10.4% in fiscal year 2007.

The following table presents annual statistics of employment and unemployment for fiscal year 2003 through fiscal year 2007 and monthly statistics, seasonally adjusted, for the first eight months of fiscal year 2008. These employment figures are based on the Household Survey, which includes self-employed individuals, instead of the non-farm, payroll employment survey (the "Payroll Survey"), which does not. The number of self-employed individuals represents around 17% of civilian employment in Puerto Rico, more than double the level in the United States.

I-13

PR-CCD-0007216

## Commonwealth of Puerto Rico
### Employment and Unemployment[1]
### (persons age 16 and over)
### (in thousands)

| Fiscal Years Ended June 30, | Labor Force | Employed | Unemployed | Unemployment Rate[2] |
|---|---|---|---|---|
| | | (Annual Average) | | |
| 2003 ........................................ | 1,352 | 1,188 | 164 | 12.1% |
| 2004 ........................................ | 1,360 | 1,206 | 155 | 11.4 |
| 2005 ........................................ | 1,385 | 1,238 | 147 | 10.6 |
| 2006 ........................................ | 1,420 | 1,253 | 167 | 11.7 |
| 2007 ........................................ | 1,409 | 1,263 | 147 | 10.4 |
| **Fiscal Year 2008** | | (Seasonally Adjusted) | | |
| July........................................ | 1,389 | 1,226 | 163 | 11.8% |
| August..................................... | 1,412 | 1,279 | 133 | 9.4 |
| September .............................. | 1,364 | 1,213 | 151 | 11.1 |
| October .................................. | 1,372 | 1,210 | 163 | 11.9 |
| November............................... | 1,369 | 1,217 | 151 | 11.0 |
| December ............................... | 1,361 | 1,209 | 152 | 11.2 |
| January .................................. | 1,374 | 1,226 | 148 | 10.8 |
| February ................................. | 1,374 | 1,216 | 158 | 11.5 |

(1) Totals may not add due to rounding.
(2) Unemployed as percentage of labor force.

*Source:* Department of Labor and Human Resources – Household Survey

## Economic Performance by Sector

From fiscal year 2003 to fiscal year 2007, the manufacturing and services sectors generated the largest portion of gross domestic product. The three sectors of the economy that provide the most employment are manufacturing, services and government.

I-14

PR-CCD-0007217

The following table presents annual statistics of gross domestic product by sector and gross national product for the five fiscal years ended June 30, 2003 through 2007.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Sector and Gross National Product**
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2003** | **2004** | **2005** | **2006** | **2007**[1] |
| Manufacturing | $31,532 | $33,267 | $34,534 | $36,547 | $36,717 |
| Services[2] | 28,919 | 30,476 | 32,449 | 33,948 | 35,925 |
| Government[3] | 6,948 | 7,389 | 8,150 | 8,424 | 8,586 |
| Transportation, communication and public utilities | 5,178 | 5,343 | 5,309 | 5,701 | 5,971 |
| Agriculture, forestry and fisheries | 333 | 414 | 375 | 385 | 441 |
| Construction[4] | 1,772 | 1,905 | 1,848 | 1,807 | 1,875 |
| Statistical discrepancy | 146 | 415 | 144 | 131 | 186 |
| Total gross domestic product[5] | $74,827 | $79,209 | $82,809 | $86,943 | $89,701 |
| Less:  net payment abroad | (27,348) | (28,501) | (29,056) | (30,210) | (30,989) |
| Total gross national product[5] | $47,479 | $50,709 | $53,753 | $56,733 | $58,712 |

(1) Preliminary.
(2) Includes wholesale and retail trade, finance, insurance and real estate, tourism, and other services.
(3) Includes the Commonwealth, its municipalities and certain public corporations, and the federal government. Excludes certain other public corporations, like the Electric Power Authority and the Aqueduct and Sewer Authority whose activities are included under Services in the table.
(4) Includes mining.
(5) Totals may not add due to rounding.

*Source:* Planning Board

The data for employment by sector or industries presented here, like in the United States, are based on the Payroll Survey, which is designed to measure employment by sector. The Payroll Survey excludes agricultural employment and self-employed persons.

I-15

PR-CCD-0007218

The following table presents annual statistics of average employment based on the North American Industry Classification System (NAICS) for fiscal years 2003 to 2007.

### Commonwealth of Puerto Rico
### Non-Farm, Payroll Employment by Economic Sector[1]
### (persons age 16 and over)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2003** | **2004** | **2005** | **2006** | **2007**[2] |
| Natural Resources and Construction | 68,525 | 69,300 | 68,233 | 67,442 | 67,392 |
| Manufacturing | | | | | |
| Durable Goods | 48,567 | 48,808 | 48,067 | 46,492 | 44,850 |
| Non-Durable Goods | 70,192 | 69,633 | 69,250 | 66,367 | 60,958 |
| Sub Total | 118,759 | 118,441 | 117,317 | 112,859 | 105,808 |
| Trade, Transportation, Warehouse & Utilities | | | | | |
| Wholesale Trade | 32,183 | 33,300 | 33,717 | 33,992 | 33,158 |
| Retail Trade | 130,183 | 132,008 | 136,192 | 137,800 | 135,058 |
| Transportation, Warehouse & Utilities | 17,358 | 17,042 | 17,617 | 17,433 | 16,700 |
| Sub Total | 179,724 | 182,350 | 187,526 | 189,225 | 184,916 |
| Information | 21,617 | 21,917 | 22,608 | 22,600 | 21,733 |
| Finance | 44,667 | 46,850 | 48,633 | 49,767 | 49,975 |
| Professional & Business | 98,500 | 101,900 | 103,767 | 106,400 | 104,767 |
| Educational & Health | 92,408 | 98,108 | 99,967 | 103,583 | 105,842 |
| Leisure & Hospitality | 67,917 | 70,317 | 72,592 | 74,767 | 73,433 |
| Other Services | 18,858 | 20,671 | 21,257 | 21,267 | 22,283 |
| Government | 297,717 | 303,408 | 307,825 | 302,025 | 297,450 |
| Total Non-Farm | 1,008,692 | 1,033,262 | 1,049,725 | 1,049,935 | 1,033,599 |

(1) The figures presented in this table are based on the Payroll Survey prepared by the Bureau of Labor Statistics of the Department of Labor and Human Resources. There are numerous conceptual and methodological differences between the Household Survey and the Payroll Survey. The Payroll Survey reflects information collected from payroll records of a sample of business establishments, while the Household Survey is based on responses to a series of questions by persons in a sample of households. The Payroll Survey excludes the self-employed and agricultural employment. Totals may not add due to rounding.
(2) Preliminary.

*Source:* Department of Labor and Human Resources, Current Employment Statistics Survey (Establishment Survey – NAICS Codes)

*Manufacturing*

Manufacturing is the largest sector of the Puerto Rico economy in terms of gross domestic product. The Planning Board figures show that in fiscal year 2007 manufacturing generated $36.7 billion, or 40.9%, of gross domestic product. During fiscal year 2007, payroll employment for the manufacturing sector was 105,808, a decrease of 6.2% compared with fiscal year 2006. Most of the island's manufacturing output is shipped to the United States mainland, which is also the principal source of semi-finished manufactured articles on which further manufacturing operations are performed in Puerto Rico. The United States minimum wage laws

I-16

PR-CCD-0007219

are applicable in Puerto Rico. As of February 2008, the average hourly manufacturing wage rate in Puerto Rico was 68.0% of the average mainland United States rate.

Manufacturing in Puerto Rico is now more diversified than during the earlier phases of its industrial development and includes several industries less prone to business cycles. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor. This gradual shift in emphasis is best exemplified by large investments over the last decade in the pharmaceutical, scientific instruments, computers and electrical products industries in Puerto Rico. One of the factors encouraging the development of the manufacturing sector has been the tax incentives offered by the federal and Puerto Rico governments. Federal legislation enacted in 1996, however, which amended Section 936 of the U.S. Code, phased out these federal tax incentives during a ten-year period that recently ended. This change has had a long-term impact on local manufacturing activity. See "Tax Incentives – Incentives under the U.S. Code" under *The Economy*.

The following table sets forth gross domestic product by manufacturing sector for the five fiscal years ended June 30, 2002 through June 30, 2006.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Manufacturing Sector**
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2002** | **2003** | **2004** | **2005** | **2006** |
| Pharmaceuticals | $18,681 | $18,998 | $19,814 | $20,705 | $21,837 |
| Machinery and metal products: | | | | | |
|   Machinery, except electrical | 3,845 | 3,507 | 3,372 | 3,307 | 3,215 |
|   Electrical machinery | 1,757 | 1,771 | 1,818 | 1,904 | 1,852 |
|   Professional and scientific instruments | 2,191 | 2,981 | 3,540 | 3,698 | 4,157 |
|   Other machinery and metal products | 312 | 288 | 274 | 283 | 285 |
| Food products | 2,092 | 1,903 | 2,202 | 2,312 | 2,958 |
| Other chemical and allied products | 578 | 502 | 591 | 613 | 624 |
| Apparel | 530 | 353 | 344 | 325 | 228 |
| Other[1] | 1,258 | 1,231 | 1,312 | 1,387 | 1,391 |
|   Total gross domestic product of manufacturing sector[2] | $31,243 | $31,532 | $33,267 | $34,534 | $36,547 |

(1) Includes petroleum products; petrochemicals; tobacco products; stone, clay and glass products; textiles and others.
(2) Totals may not add due to rounding.

*Source:* Planning Board

PR-CCD-0007220

The following table presents annual statistics of average manufacturing employment by industry based on the North American Industry Classification System (NAICS) for fiscal years 2003 to 2007.

### Commonwealth of Puerto Rico
### Non-Farm Payroll Manufacturing Employment by Industry Group*
### (persons age 16 years and over)

| Industry Group | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007[1] |
| **Durable Goods** | | | | | |
| Nonmetallic Mineral Products Manufacturing | 4,444 | 4,706 | 4,471 | 4,108 | 3,792 |
| Cement and Concrete Products Manufacturing | 3,543 | 3,867 | 3,750 | 3,542 | 3,208 |
| Fabricated Metal Products | 6,198 | 6,490 | 6,427 | 5,808 | 5,817 |
| Computer and Electronic | 11,623 | 10,581 | 10,673 | 10,808 | 10,133 |
| Electrical Equipment | 7,415 | 7,744 | 7,645 | 6,858 | 6,567 |
| Electrical Equipment Manufacturing | 4,399 | 4,935 | 4,971 | 4,708 | 4,525 |
| Miscellaneous Manufacturing | 12,308 | 12,070 | 11,157 | 11,225 | 11,200 |
| Medical Equipment and Supplies Manufacturing | 11,336 | 11,059 | 10,473 | 10,492 | 10,467 |
| Other Durable Goods Manufacturing | 7,646 | 8,185 | 7,693 | 7,685 | 7,341 |
| Total – Durable Goods | 49,634 | 49,776 | 48,066 | 46,492 | 44,850 |
| | | | | | |
| **Non-Durable Goods** | | | | | |
| Food Manufacturing | 13,628 | 13,244 | 13,050 | 12,667 | 12,433 |
| Beverage and Tobacco Products Manufacturing | 3,159 | 3,038 | 3,175 | 3,425 | 3,267 |
| Apparel Manufacturing | 8,988 | 8,522 | 8,873 | 8,400 | 7,250 |
| Cut and Sew Apparel Manufacturing | 8,969 | 8,518 | 8,846 | 8,183 | 6,933 |
| Chemical Manufacturing | 31,183 | 31,385 | 32,885 | 32,335 | 30,067 |
| Pharmaceutical and Medicine Manufacturing | 26,645 | 27,187 | 28,572 | 28,017 | 25,742 |
| Plastics and Rubber Products | 3,340 | 3,210 | 2,744 | 2,350 | 2,217 |
| Plastics Product Manufacturing | 3,030 | 2,917 | 2,266 | 2,158 | 2,083 |
| Other Non-Durable Goods Manufacturing | 8,823 | 9,261 | 8,529 | 7,200 | 5,724 |
| Total – Non-Durable Goods | 69,121 | 68,660 | 69,256 | 66,367 | 60,958 |
| | | | | | |
| Total Manufacturing Employment | 118,755 | 118,436 | 117,322 | 112,869 | 105,808 |

\* Totals may not add due to rounding.
(1) Preliminary.

*Source*: Department of Labor and Human Resources, Current Employment Statistic Survey (Establishment Survey – NAICS Codes)

Total employment in the manufacturing sector decreased by 12,947 from fiscal year 2003 to fiscal year 2007. Manufacturing employment had been declining during the past decade, but the decline accelerated during fiscal years 2002 and 2003, falling -10.6% and -4.8%,

I-18

PR-CCD-0007221

respectively. After that, manufacturing employment seemed to stabilize around 118,000 jobs, but the deceleration reappeared in fiscal year 2006 with the sector experiencing another significant drop of -3.8%. For fiscal year 2007 the employment decline accelerated further to -6.2%. During the last year the economy has lost around 7,050 jobs in the manufacturing sector. There are several reasons which explain this sector's job shrinkage: the end of the phase-out of Section 936, the net loss of patents on certain pharmaceutical products, the escalation of manufacturing production costs (particularly labor and electricity), and the increased use of job outsourcing. Puerto Rico's manufacturing sector is facing increased international competition, and new ideas and initiatives are necessary to improve this sector.

I-19

# Leading United States and Foreign Companies
## with Manufacturing Operations in Puerto Rico[1]

| Employment 2,500 and over | Product |
|---|---|
| Abbot Laboratories | Pharmaceuticals |
| Baxter International, Inc. | Medical Devices |
| Johnson and Johnson | Surgical Products |
| Pfizer Pharmaceuticals LLC | Pharmaceuticals |
| Wyeth | Pharmaceuticals |
| Zimmer Holdings, Inc. | Pharmaceuticals |

| Employment 1,000 to 2,499 | Product |
|---|---|
| Altadis | Cigars |
| Amgen, Inc. | Pharmaceuticals |
| Atento Teleservicios | Communications |
| Eaton Corporation | Electronic Instruments |
| Edwards Lifesciences LLC | Surgical Instruments |
| Eli Lilly and Company | Pharmaceuticals |
| General Electric Industrial Systems | Electronic Instruments |
| Glaxo Smithkline | Pharmaceuticals |
| Hewlett-Packard Co. | Computers |
| Medtronic Europe SA | Surgical Instruments |
| Merck & Co., Inc. | Pharmaceuticals |
| Propper International Company | Apparel |
| Sara Lee Corp | Apparel |
| Schering Plough Corporation | Pharmaceuticals |
| The Cooper Companies | Ophthalmic Products |
| Tyco International | Surgical Products |

| Employment 500 to 999 | Product |
|---|---|
| Advanced Medical Optics, Inc. | Ophthalmic Products |
| Astra Zeneca PLC | Pharmaceuticals |
| Becton-Dickinson & Co. | Surgical Instruments |
| Bumble Bee Seafoods | Food |
| Cardinal Health, Inc. | Surgical Instruments |
| Grupo Gloria | Food |
| Guidant Corp. | Medical Instruments |
| Hamilton Sundstrand Corp. | Electrical Instruments |
| Hubbell Incorporated | Electrical Instruments |
| Ingersoll-Rand Co. | Electrical Instruments |
| Ivax Pharmaceutical | Pharmaceuticals |
| Pall Corporation | Ophthalmic Filters |
| Patheon Inc. | Pharmaceuticals |
| Procter & Gamble Co. | Pharmaceuticals |
| Stryker Corp. | Surgical Instruments |
| Unilever PLC | Consumer Products |
| Wellco Enterprises, Inc. | Footwear |

| Employment 200 to 499 | Product |
|---|---|
| Alcan Finance (BDA) LTC | Plastics |
| Bacardi Limited | Food |
| Biovail Corporation International | Pharmaceuticals |
| Carolina Underwear Co. | Apparel |
| CEMEX | Cement |
| Centennial Communication | Communications |
| Checkpoint Systems Inc. | Electronic Instruments |
| Coca Cola Company | Food |
| Colgate-Palmolive Company | Consumer Products |
| C.R. Bard | Surgical Instruments |
| Curtis Instruments Inc. | Electrical Instruments |
| Davis Creek Managing Partners | Metal Products |
| E.I. DuPont de Nemours & Co. | Chemicals |
| Eastern Canvas Products | Textile Products |
| Espace Europee de Lenterprise | Pharmaceuticals |
| Essilor International | Ophthalmic Products |
| ICN Pharmaceuticals Inc. | Pharmaceuticals |
| IDT Dutch Holding, BV | Communications |
| Loctite Corporation | Chemicals |
| Lutron Electronics Co. Inc. | Electronic Instruments |
| Millipore Corporation | Surgical Instruments |
| Mylan Laboratories, Inc. | Chemicals |
| Northrop Grumman Corporation | Electrical Instruments |
| Novartis Holding AG | Ophthalmic Products |
| Nypro International | Medical Devices |
| Owens Illinois Inc. | Glass and Plastics |
| Packaging Coordinators Inc. | Packaging Products |
| PepsiCo, Inc. | Food |
| Pilgrim's Pride Corporation | Food |
| Positronic Industries, Inc. | Electronics |
| Rocky Shoes & Boots | Footwear |
| Siemens AG | Electrical Instruments |
| Sitmasuak Native Corporation | Apparel |
| Solectron Corporation | Electronic Instruments |
| St. Jude Medical, Inc. | Surgical Instruments |
| Standard Motor Products Inc. | Motor Vehicle Parts |
| Storage Technology Corp. | Electronics |
| SwissAir Services Corp. | Transportation |
| Symmetricom Inc. | Electronic Equipment |
| Thomas & Betts Corporation | Electrical Instruments |
| Timberland Company | Leather |
| Warner Chilcott | Pharmaceuticals |
| Watson Pharmaceutical, Inc. | Pharmaceuticals |

---

[1] Based on the last employment figures reported by each company to PRIDCO.

*Source*: PRIDCO; Economic Analysis and Strategic Planning Area.

I-20

PR-CCD-0007223

*Services*

Puerto Rico has experienced significant growth in the services sector, which includes finance, insurance, real estate, wholesale and retail trade, tourism and other services, in terms of both income and employment over the past decade, showing a favorable trend as compared with certain other industrialized economies. During the period between fiscal years 2003 and 2007, the gross domestic product in this sector, in nominal terms, increased at an average annual rate of 5.4%, while payroll employment in this sector increased at an average annual rate of 1.8%. In the Puerto Rico labor market, self-employment, which is not accounted for in the Payroll Survey, represents approximately 17% of total employment according to the Household Survey. Most of the self-employment is concentrated in the service and construction sectors. The development of the services sector has been positively affected by demand generated by other sectors of the economy, such as manufacturing, construction and agriculture. The services sector in Puerto Rico has a diversified base.

The high degree of knowledge, skills, and expertise in professional and technical services available in Puerto Rico places the island in a favorable competitive position with respect to Latin America and other trading countries throughout the world.

The services sector ranks second to manufacturing in its contribution to gross domestic product, and it is the sector with the greatest employment. In fiscal year 2007, services generated $35.9 billion of gross domestic product, or 40% of the total. Services employment grew from 523,691 in fiscal year 2003 to 562,949 in fiscal year 2007 (representing 54.5% of total, non-farm, payroll employment). This represents a cumulative increase of 7.5% during such period. Wholesale and retail trade, finance, insurance and real estate experienced significant growth in fiscal years 2003 to 2007, as measured by gross domestic product. From fiscal year 2003 to 2007, gross domestic product increased in wholesale and retail trade from $9.2 billion to $11.1 billion, and in finance, insurance, and real estate from $12.5 billion to $16.3 billion. There are sixteen commercial banks and trust companies currently operating in Puerto Rico. Total assets of these institutions as of December 31, 2007 were $113.9 billion. As of December 31, 2007, there were approximately thirty-five international banking entities operating in Puerto Rico licensed to conduct offshore banking transactions with total assets of $75.8 billion.

PR-CCD-0007224

The following tables set forth gross domestic product for fiscal years 2003 to 2007 and employment for the services sector for fiscal years 2003 to 2007.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Service Sector\***
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2003** | **2004** | **2005** | **2006** | **2007**[1] |
| Wholesale and retail trade | $ 9,150 | $ 9,802 | $10,217 | $10,709 | $11,061 |
| Finance, insurance and real estate | 12,508 | 13,029 | 14,267 | 14,998 | 16,336 |
| Other services[2] | 7,261 | 7,646 | 7,965 | 8,241 | 8,529 |
| Total | $28,919 | $30,476 | $32,449 | $33,948 | $35,925 |

\*   Totals may not add due to rounding.
(1) Preliminary.
(2) Includes tourism.

*Source*:   Planning Board.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Employment by Services Sector\***
**(thousands of persons age 16 and over)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2003** | **2004** | **2005** | **2006** | **2007**[1] |
| Wholesale Trade | 32,181 | 33,299 | 33,710 | 33,992 | 33,158 |
| Retail Trade | 130,180 | 132,008 | 136,189 | 137,800 | 135,058 |
| Transportation, Warehouse & Utilities | 17,352 | 17,054 | 17,615 | 17,433 | 16,700 |
| Trade, Transportation, Warehouse & Utilities | 179,713 | 182,361 | 187,514 | 189,225 | 184,916 |
| Information | 21,619 | 21,907 | 22,598 | 22,600 | 21,733 |
| Finance | 44,648 | 46,852 | 48,621 | 49,767 | 49,975 |
| Professional and Business | 98,498 | 101,899 | 103,767 | 106,400 | 104,767 |
| Educational & Health | 92,409 | 98,101 | 99,963 | 103,583 | 105,842 |
| Leisure & Hospitality | 67,912 | 70,310 | 72,586 | 74,767 | 73,433 |
| Other Services | 18,808 | 20,671 | 21,257 | 21,267 | 22,283 |
| Total | 523,607 | 542,101 | 556,306 | 567,609 | 562,949 |

\*   Totals may not add due to rounding.
(1) Preliminary.

*Source*:   Department of Labor and Human Resources, Benchmark on Employment, Hours and Earnings

*Hotels and Related Services – Tourism*

During fiscal year 2006, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists staying in more than one hotel during their visit, was 1,913,400, an increase of 3.4% over the number of persons registered during the same period in fiscal year 2005. The number of non-resident tourists registered in tourist hotels during fiscal year 2006 increased 4.6% compared to fiscal year 2005. Hotel rooms available during fiscal year 2006 increased 3.9% compared to fiscal year 2005. The average number of rooms rented in

I-22

PR-CCD-0007225

tourist hotels increased 3.9% during fiscal year 2006 compared to fiscal year 2005. The average occupancy rate in tourist hotels during fiscal years 2005 and 2006 was 70.8%.

During fiscal year 2007, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists staying in more than one hotel during their visit, was 1,798,300, a decrease of 6.5% over the number of persons registered during fiscal year 2006. The average occupancy rate in tourist hotels during fiscal year 2007 was 71.3%, compared to 70.1% in fiscal year 2006. The average number of rooms rented in tourist hotels decreased 5.0% during fiscal year 2007 compared with fiscal year 2006. The average number of rooms available in tourist hotels decreased 6.3% from fiscal year 2006 to fiscal year 2007 as the completion of regular maintenance and rehabilitation of rooms (that normally results in a certain number of rooms being unavailable at any time) took longer to complete than in the past.

The number of persons registered in tourist hotels during the first four months of fiscal year 2008, was 688,100, a decrease of 2.2% over the number of persons registered during the same period of fiscal year 2007. The average occupancy rate in tourist hotels during the first four months of fiscal year 2008 was 68.2%, compared to 68.4% in the period for fiscal year 2007. During the first four months of fiscal year 2008, the average number of rooms rented in tourist hotels decreased 2.3% and the average number of rooms available in tourist hotels decreased 2.7% compared with the same period in fiscal year 2007.

San Juan is the largest homeport for cruise ships in the Caribbean and one of the largest homeports for cruise ships in the world.

The following table presents data relating to visitors to Puerto Rico and tourist expenditures for the five fiscal years ended June 30, 2006.

**Commonwealth of Puerto Rico**
**Tourism Data[1]**
**Number of Visitors**

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Cruise Ship | Other[3] | Total | Total Visitors' Expenditures (in millions) |
|---|---|---|---|---|---|
| 2003 | $1,239,200 | $1,163,900 | $1,999,200 | $4,402,300 | $2,676.6 |
| 2004 | 1,307,000 | 1,348,200 | 2,234,000 | 4,889,200 | 3,024.0 |
| 2005 | 1,361,640 | 1,386,925 | 2,324,275 | 5,072,840 | 3,238.6 |
| 2006 | 1,424,170 | 1,300,120 | 2,297,840 | 5,022,130 | 3,369.3 |
| 2007[4] | 1,353,380 | 1,375,430 | 2,333,600 | 5,062,410 | 3,143.9 |

(1) Only includes information about non-resident tourists registering in tourist hotels. They are counted once even if registered in more than one hotel.
(2) Includes visitors in guesthouses.
(3) Includes visitors in homes of relatives, friends, and in hotel apartments.
(4) Preliminary.

*Sources:* Puerto Rico Tourism Company and the Planning Board

The Commonwealth, through the Convention Center District Authority, has completed the development of the largest convention center in the Caribbean, and the centerpiece of a 100-

PR-CCD-0007226

acre, private development, to include hotels, restaurants, cinemas, office space and housing. The convention center district is being developed at a total cost of $1.3 billion to improve Puerto Rico's competitive position in the convention and group travel segments. The convention center opened on November 17, 2005.

The Convention Center District Authority also owns a multi-purpose coliseum located in San Juan, Puerto Rico. The coliseum, known as the Jose Miguel Agrelot Coliseum, was inaugurated in 2004 and has been host to various successful artistic and other events.

*Government*

The government sector of Puerto Rico plays an important role in the economy. In fiscal year 2007, the government accounted for $8.6 billion of Puerto Rico's gross domestic product, or 9.6% of the total. The government is also a significant employer, providing jobs for 297,400 workers, or 28.8% of total, non-farm, payroll employment in fiscal year 2006. This total includes municipal employees. As of January 31, 2008, central government employment has been reduced by approximately 11,500 positions since September 2004.

On February 25, 1998, legislation was enacted permitting the unionization of employees of the central government (excluding municipal employees). Under this law, government employees are given collective bargaining rights subject to a number of limitations. Among those limitations are: employees are prohibited from striking; salary increases are contingent on the availability of budgeted revenues; employees cannot be required to become union members and pay union dues; and collective bargaining negotiations cannot occur in an election year. During fiscal year 2006, the Commonwealth and its instrumentalities began to negotiate the economic and non-economic terms of at least forty collective bargaining agreements. The results of these negotiations could have a material impact on the General Fund.

*Transportation*

Thirty-four shipping lines offer regular ocean freight service to eighty United States and foreign ports. San Juan is the island's leading seaport, but there are also seaport facilities at other locations in Puerto Rico including Arecibo, Culebra, Fajardo, Guayama, Guayanilla, Mayagüez, Ponce, Vieques, and Yabucoa.

Luis Muñoz Marín International Airport is currently served by 25 United States and international airlines. At present, there is daily direct service between San Juan and Atlanta, Boston, Chicago, Dallas, Miami, New York, Philadelphia, and numerous other destinations within the United States. There is also regularly scheduled service between Aguadilla and Ponce and New York and between Puerto Rico and other Caribbean islands and certain Latin American and European cities. A major United States airline uses San Juan as a hub for its intra-Caribbean airline service. Several smaller airports serve intra-island traffic.

The island's major cities are connected by a modern highway system, which, as of December 31, 2006, totaled approximately 4,621 miles. The highway system comprises 391 miles of primary system highways, which are the more important interregional traffic routes and include PR-52, PR-22, PR-53 and PR-20 toll highways, 230 miles of primary urban system

PR-CCD-0007227

highways, 959 miles of secondary system highways serving the needs of intra-regional traffic and 3,041 miles of tertiary highways and roads serving local, intra-regional traffic.

The first phase of a new mass transit system, known as Tren Urbano, has been completed. Tren Urbano serves a portion of metropolitan San Juan and is expected eventually to serve the municipalities of Carolina and Caguas as well. It currently has ridership of about 33,000 per day.

The Port of the Americas Authority ("PAA") is responsible for the development and operation of the Port of the Americas, a deep draft port on the south coast of Puerto Rico. The first phase of the Port of the Americas was completed in fiscal year 2004. This initial phase included the improvement of piers 4, 5 and 6 of the Port and the acquisition of heavy equipment at a cost of $40 million. During calendar year 2005, the PAA began the second phase of the Port, which phase is expected to be completed by the end of calendar year 2008. Completion of this second phase will provide capacity to handle up to 250,000 Twenty-Foot Equivalent Units ("TEU"). This second phase includes (i) dredging the entrance channel and adjacent areas of the Port to a depth of 50 feet; (ii) reconstructing the container terminals; (iii) commencing certain required environmental risk mitigation procedures; and (iv) preparing final construction schematics. With respect to these tasks, dredging is completed, the final design contract has been awarded, acquisition of environmental risk mitigation land is underway, and the contract for reconstruction of the container terminal was awarded in April 2006. The Port is expected to be capable of providing capacity for up to 700,000 TEUs when the third phase is completed.

As of September 30, 2007, PAA had an outstanding balance of $94.6 million under various lines of credit from GDB. PAA is authorized to borrow up to $250 million under these lines of credit. This debt is payable from annual legislative appropriations until the PAA starts generating revenues sufficient to cover debt service and is also guaranteed by the Commonwealth. Partial operation of the Port of the Americas, at a capacity of up to 250,000 TEUs per year, could begin in early 2008.

*Construction*

Although the construction industry represents a relatively small segment of the economy compared to other sectors, it has made significant contributions to the growth of economic activity, due to its multiplier effect on the whole economy. During the period from fiscal year 2003 through fiscal year 2007, however, real construction investment has decreased at an average annual growth rate of 5.9%. The total value of construction permits decreased by 5.4% during the same five fiscal year period.

Public investment has been an important component of construction investment. During fiscal year 2007, approximately 43.4% of the total investment in construction was related to public projects. For fiscal year 2007 compared to fiscal year 2006, the total value of construction permits decreased 22.2% and total sales of cement, including imports, decreased 8.2%. Average payroll employment in the construction sector during fiscal year 2007 was 67,400, a reduction of 0.1% from fiscal year 2006. Cement sales (including imports) continued their decline, during the first three quarters of fiscal year 2008, falling 11.4% compared to the same period in fiscal year 2007.

I-25

PR-CCD-0007228

Total construction investment for fiscal year 2007 decreased (in real terms) by 6.3% (following a 10.4% real decline in fiscal year 2006) due principally to the drop in construction related public projects. For fiscal year 2008, the Planning Board forecasts further construction investment decreases (in real terms) of 5.3% and stagnation (0% real growth) for fiscal year 2009. Public investment will be primarily in housing, new schools (and school reconstruction programs), water projects, and other public infrastructure projects. Public investment in construction has been negatively affected by the Commonwealth's fiscal difficulties.

During the first six months of fiscal year 2008, the number of construction permits decreased 18.5% and the total value of construction permits increased 23% compared to the same period in fiscal year 2007.

*Agriculture*

The Department of Agriculture and related agencies have directed their efforts at increasing and improving local agricultural production, increasing efficiency and the quality of produce, and stimulating the consumption of locally produced agricultural products. During fiscal year 2007, gross income from agriculture was $814.2 million, an increase of 1.6% compared with fiscal year 2006. Agriculture gross income consists of the total value of production in the principal agricultural sectors, which include traditional crops, livestock and poultry, grains, vegetables, fruits, ornamental plants and other products. During fiscal year 2007, starchy vegetables, coffee, livestock products and ornamental plants contributed a higher percentage of the sector's income than in the previous fiscal year.

The Commonwealth supports agricultural activities through incentives, subsidies, and technical and support services, in addition to income tax exemptions for qualified income derived by bona fide farmers. Act No. 225 of 1995 provides a 90% income tax exemption for income derived from agricultural operations, an investment tax credit equal to 50% of the investment in qualified agricultural projects, and a 100% exemption from excise taxes, real and personal property taxes, municipal license taxes and tariff payments. It also provides full income tax exemption for interest income from bonds, notes and other debt instruments issued by financial institutions to provide financing to agricultural businesses. Subsequent legislation imposed an aggregate annual limit of $15 million on the investment tax credits available under Act No. 225.

Policy changes have been implemented to promote employment and income generated by the agricultural sector. The policy initiatives include a restructuring of the Department of Agriculture, an increase in government purchases of local agricultural products, new programs geared towards increasing the production and sales of agricultural products, and a new system of agricultural credits and subsidies for new projects.

**Higher Education**

During the five decades from 1950 to 2000, Puerto Rico made significant advances in the field of education, particularly at the college and graduate school level. The transformation of Puerto Rico during the 1950s and 1960s from an agricultural economy to an industrial economy brought about an increased demand for educational services at all levels. During the 1970s and

PR-CCD-0007229

1980s, certain higher wage, higher technology industries became more prominent in Puerto Rico. More recently, employment in the services sector has increased significantly. This has resulted in an increased demand for workers having a higher level of education and greater expertise in various technical fields. During the same time period, enrollments in institutions of higher learning rose very rapidly due to growth in the college-age population, and the increasing proportion of college attendance by such population. During the 1990s and into the current decade, college attendance and college attendance as a percentage of the college-age population continued to increase, and the college-age population has declined since 2000.

The following table presents comparative trend data for Puerto Rico and the United States with respect to college-age population and the percentage of such population attending institutions of higher learning.

### Commonwealth of Puerto Rico
### Trend in College Enrollment

| Academic Year | Commonwealth of Puerto Rico | | | Mainland United States | | |
|---|---|---|---|---|---|---|
| | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] |
| 1970 | 341,448[2] | 57,340 | 16.8% | 23,714,000[2] | 8,580,887 | 36.2% |
| 1980 | 397,839[2] | 130,105 | 32.7% | 30,022,000[2] | 12,096,895 | 40.3% |
| 1990 | 417,636[2] | 156,147 | 37.4% | 26,961,000[2] | 13,621,000 | 50.5% |
| 2000 | 428,892[2] | 176,015 | 41.0% | 27,143,455[2] | 15,313,000 | 56.4% |
| 2001 | 426,194[3] | 185,015 | 43.4% | 27,971,000[3] | 15,928,000 | 56.9% |
| 2002 | 423,852[3] | 190,776 | 45.0% | 28,463,000[3] | 16,612,000 | 58.4% |
| 2003 | 420,295[3] | 199,842 | 47.5% | 28,947,000[3] | 16,900,000 | 58.4% |
| 2004 | 416,020[3] | 207,074 | 49.8% | 29,245,000[3] | 17,272,000 | 59.1% |
| 2005 | 411,580[3] | 208,032 | 50.5% | 29,307,000[3] | 17,428,000 | 59.5% |

(1) Number of persons of all ages enrolled in institutions of higher education as percent of population 18-24 years of age.
(2) Based on census population as of April 1 of the stated year.
(3) Estimated population (reference date July 1 of the stated year).

*Sources*: United States Census Bureau (Mainland United States Population), United States National Center for Education Statistics, Planning Board (Puerto Rico Population) and Council on Higher Education of Puerto Rico

The University of Puerto Rico, the only public university in Puerto Rico, has eleven campuses located throughout the island. The University's total enrollment for academic year 2006-2007 was approximately 62,340 students. The Commonwealth is legally bound to appropriate annually for the University of Puerto Rico an amount equal to 9.60% of the average annual revenue from internal sources for each of the two fiscal years immediately preceding the current fiscal year.

In addition to the University of Puerto Rico, there are 40 public and private institutions of higher education located in Puerto Rico. Such institutions had an enrollment during academic year 2005-2006 of approximately 145,574 students and provide programs of study in liberal arts, education, business, natural sciences, technology, secretarial and computer sciences, nursing,

PR-CCD-0007230

medicine, and law. Degrees are offered by these institutions at the associate, bachelor, master, and doctoral levels.

Enrollment at other postsecondary education programs, including technical and vocational programs, amounted to an additional 33,629 students at approximately 76 institutions. This figure represents enrollment at federal Title IV eligible, non-degree granting institutions reporting data to the National Center for Education Statistics (Integrated Postsecondary Education Data System).

Institutions providing education in Puerto Rico must satisfy state licensing requirements to operate. Also, the vast majority of educational institutions are accredited by USDE-recognized accrediting entities.

## Tax Incentives

One factor that has promoted and continues to promote the development of the manufacturing sector in Puerto Rico is the various local and federal tax incentives available, particularly those under Puerto Rico's Industrial Incentives Program and, until recently, Sections 30A and 936 of the U.S. Code. Tax and other incentives have also been established to promote the development of the tourism industry. These incentives are summarized below.

### Industrial Incentives Program

Since 1948, Puerto Rico has had various industrial incentives laws designed to stimulate industrial investment in the island. Under these laws, which are designed to promote investment in Puerto Rico, companies engaged in manufacturing and certain other designated activities were eligible to receive full or partial exemption from income, property, and other local taxes. The most recent of these industrial incentives laws is the 1998 Tax Incentives Act.

The benefits provided by the 1998 Tax Incentives Act are available to new companies as well as companies currently conducting tax-exempt operations in Puerto Rico that choose to renegotiate their existing tax exemption grant, expand current operations or commence operating a new eligible business. The activities eligible for tax exemption include manufacturing, certain designated services performed for markets outside Puerto Rico (including the United States), the production of energy from local renewable sources for consumption in Puerto Rico and laboratories for research and development. Companies qualifying thereunder can benefit from income tax rates ranging from 2% to 7% for periods ranging from 10 to 25 years. In addition, the 1998 Tax Incentives Act grants 90% exemption from property taxes, 100% exemption from municipal license taxes during the first three semesters of operations and between 60% and 80% thereafter, and 100% exemption from excise taxes with respect to the acquisition of raw materials and certain machinery and equipment used in the exempt activities. The 1998 Tax Incentives Act also provides various special deductions designed to stimulate employment and productivity, research and development and capital investment in Puerto Rico.

Under the 1998 Tax Incentives Act, companies can repatriate or distribute their profits free of Puerto Rico dividend taxes. In addition, passive income derived from the investment of eligible funds in Puerto Rico financial institutions, obligations of the Commonwealth, and other designated investments are fully exempt from income and municipal license taxes. Individual

I-28

PR-CCD-0007231

shareholders of an exempted business are allowed a credit against their Puerto Rico income taxes up to 30% of their proportionate share of the exempted business's income tax liability. Gain from the sale or exchange of shares of an exempted business by its shareholders during the exemption period is subject to a 4% income tax rate.

Under the 1998 Tax Incentives Act, core pioneer industries that employ innovative technologies in their operations, including high technology industries with activities that produce a significant economic impact, can be eligible for income tax rates below 2%. Eligible manufacturing industries may also qualify for certain payroll and training deductions, building and construction expense deductions, a 25% credit for purchases of products manufactured in Puerto Rico, and a 35% credit for purchases of locally recycled products and products manufactured with locally recycled materials.

The 1998 Tax Incentives Act also provides investors who acquire an exempted business that is in the process of closing its operations in Puerto Rico a 50% credit in connection with the cash purchase of such corporation's stocks or assets. Also, exempted businesses that produce high technology products may be eligible for a credit equal to the amount in excess of $100 million of the annual taxes retained on the payment of rights, rents, royalties and licenses related to the production of such goods. Finally, call centers servicing markets outside Puerto Rico are exempt from paying excise taxes on the purchase of equipment needed for the operation of such call centers.

*Tourism Incentives Program*

For many years, Puerto Rico has also had incentives laws designed to stimulate investment in hotel operations on the island. The most recent of these laws, the Tourism Incentives Act of 1993 (the "Tourism Incentives Act"), provides partial exemptions from income, property, and municipal license taxes for a period of up to ten years. The Tourism Incentives Act also provides certain tax credits for qualifying investments in tourism activities, including hotel and condo-hotel development projects. Recently enacted legislation provides further tourism incentives by granting certain tax exemptions on interest income received from permanent or interim financing of tourism development projects and fees derived from credit enhancements provided to the financing of such projects. See "Government Development Bank for Puerto Rico – Tourism Development Fund" under *Public Corporations.*

As part of the incentives to promote the tourism industry, the Commonwealth established the Tourism Development Fund as a subsidiary of GDB with the authority to (i) make investments in or provide financing to entities that contribute to the development of the tourism industry and (ii) provide financial guarantees and direct loans for financing hotel development projects. To date, the Fund has provided direct loans and financial guarantees for loans made or bonds issued to finance the development of seventeen hotel projects representing over 3,900 new hotel rooms.

*Incentives under the U.S. Code*

United States corporations operating in Puerto Rico have been subject to special tax provisions since the Revenue Act of 1921. Prior to enactment of the Tax Reform Act of 1976,

I-29

PR-CCD-0007232

under Section 931 of the U.S. Code, United States corporations operating in Puerto Rico (and meeting certain source of income tests) were taxed only on income arising from sources within the United States.

The Tax Reform Act of 1976 created Section 936 of the U.S. Code, which revised the tax treatment of United States corporations operating in Puerto Rico by taxing such corporations on their worldwide income in a manner similar to that applicable to any other United States corporation but providing such corporations a full credit for the federal tax on their business and qualified investment income in Puerto Rico. The credit provided an effective 100% federal tax exemption for operating and qualifying investment income from Puerto Rico sources.

As a result of amendments to Section 936 of the U.S. Code made in 1996 (the "1996 Amendments"), its income tax credit based on operating and certain investment income was phased out over a ten-year period for companies that were operating in Puerto Rico in 1995, and is no longer available.

*Controlled Foreign Corporations*

Because of the modification and phase out of the federal tax incentives under Section 936 of the U.S. Code, many corporations previously operating thereunder reorganized their operations in Puerto Rico to become controlled foreign corporations ("CFCs"). A CFC is a corporation that is organized outside the United States and is controlled by United States shareholders. In general, a CFC may defer the payment of federal income taxes on its trade or business income until such income is repatriated to the United States in the form of dividends or through investments in certain United States properties. The Puerto Rico Office of Industrial Tax Exemption has received notification from numerous corporations that have converted part or all of their operations to CFCs. These include most of the major pharmaceutical, instrument and electronics manufacturing companies in Puerto Rico.

CFCs operate under transfer pricing rules for intangible income that are different from those applicable to United States corporations operating under Section 936 of the U.S. Code ("Section 936 Corporations"). In many cases, they are allowed to attribute a larger share of this income to their Puerto Rico operation but must make a royalty payment "commensurate with income" to their U.S. affiliates. Section 936 Corporations were exempted from Puerto Rico withholding taxes on any cost sharing payments they might have opted to make, but CFCs are subject to a fifteen percent Puerto Rico withholding tax on royalty payments.

Recently, the United States Congress approved legislation that would extend the benefit of Section 199 of the U.S. Code to production activities that take place in Puerto Rico. Section 199 provides a three-point reduction in the federal income tax rate, phased in over five years (from 35% to 31.85% after 2009). This extension applies to the U.S. branch activities located on the island and are not controlled foreign corporations.

PR-CCD-0007233

## DEBT

### Public Sector Debt

Public sector debt comprises bonds and notes of the Commonwealth, its municipalities, and public corporations ("notes" as used in this section refers to certain types of non-bonded debt regardless of maturity), subject to the exclusions described below.

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued which is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceeds 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury and motor vehicle fuel taxes and license fees, which are allocated to the Highway and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the Sales Tax (as defined under "Tax Reform" under *Puerto Rico Taxes, Other Revenues, and Expenditures* below) allocated to the Puerto Rico Sales Tax Financing Corporation is also not included as internal revenues consistent with the legislation creating the Sales Tax Financing Corporation, which legislation provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's and S&P, none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments")). Since bonds refunded with proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $859,632,840 in the fiscal year ending June 30, 2020 (based on the assumption that the Public Improvement Refunding Bonds, Series 2004 A, which are variable rate bonds, bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, and the Public Improvement Refunding Bonds, Series 2004 B, a portion of the Public Improvement Bonds of 2006, Series A, and a portion of the Public Improvement Refunding Bonds, Series 2007A, each of which are also variable rate bonds, bear interest at 12% per annum). This amount ($859,632,840) is equal to 10.30% of $8,344,210,500, which is the average of the adjusted internal revenues for the fiscal years ended June 30, 2006 and June 30,

PR-CCD-0007234

2007. If bonds refunded with non-eligible investments described in the preceding paragraph were treated as not being outstanding, and the interest on the Public Improvement Refunding Bonds, Series 2004 B, the portion of the Public Improvement Bonds of 2006, Series A, and the portion of the Public Improvement Refunding Bonds, Series 2007A, was calculated using the effective fixed interest rate payable by the Commonwealth under the interest rate exchange agreements entered into in respect thereof, the percentage referred to in the preceding sentence would be 8.63% and future maximum annual debt service for the Commonwealth's outstanding general obligation debt would be $719,927,041 in the fiscal year ending June 30, 2020. Annual debt service payments on the PRASA guaranteed bonds are not included in the calculation of the 15% debt limitation. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund, and such debt service would be included in the calculation of the 15% debt limitation.

The Commonwealth's policy has been and continues to be to maintain the amount of such debt prudently below the constitutional limitation. Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes and municipal license taxes. Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products. See *Public Corporations*. However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case. Debt of the municipalities is issued pursuant to ordinances adopted by the respective municipal assemblies. Debt of public corporations is issued in accordance with their enabling statutes. GDB, as fiscal agent of the Commonwealth and its municipalities and public corporations, must approve the specific terms of each issuance.

The following table presents a summary of public sector debt as of December 31, 2007. Excluded from the table is debt not primarily payable from either Commonwealth or municipal taxes, Commonwealth appropriations or rates charged by public corporations for services or products, some of which debt is set forth in footnote 4 below. Also excluded from the table is debt the inclusion of which would reflect double counting including, but not limited to, $1.4 billion of outstanding bonds (as of December 31, 2007) issued by the Municipal Finance Agency to finance its purchase of bonds of Puerto Rico municipalities, and $2.4 billion of obligations of the Public Finance Corporation issued to purchase certain Commonwealth public sector debt.

I-32

**Commonwealth of Puerto Rico**
**Public Sector Debt**
**(in thousands)**

|  | December 31, 2007 |
|---|---|
| Puerto Rico direct debt[1] | $10,701,206 |
| Municipal debt | 2,420,487 |
| Public corporations debt |  |
|     Puerto Rico guaranteed debt[2] | 864,547 |
|     Debt supported by Puerto Rico appropriations or taxes[3] | 19,694,714 |
|     Other non-guaranteed debt[4] | 12,252,019 |
|     Total public corporations debt | 32,811,280 |
| Total public sector debt | $45,932,973 |

(1) Includes general obligation bonds, tax and revenue anticipation notes, and lines of credit provided by GDB. Excludes certain Commonwealth general obligation bonds in the principal amount of $1.1 billion that have been refunded with proceeds that were invested in guaranteed investment contracts or other securities not eligible to effect a legal defeasance, even though such bonds will be considered outstanding under their respective authorizing resolutions and for purposes of calculating the Commonwealth's constitutional debt limitation.

(2) Consists of $509.1 million of bonds issued by Aqueduct and Sewer Authority, $255.5 million of State Revolving Fund Loans incurred under various federal water laws, and $99.9 million of bonds issued by Port of the Americas Authority. Excludes Public Buildings Authority bonds in the principal amount of $3.099 billion and $267 million of GDB bonds payable from available moneys of GDB.

(3) Represents, among others, bonds and notes issued by Highway and Transportation Authority, Housing Finance Authority, Infrastructure Financing Authority, Public Buildings Authority and Public Finance Corporation.

(4) Excludes the following: $1 billion of Infrastructure Financing Authority bonds, which are payable solely from the investment income of funds on deposit in the Infrastructure Development Fund consisting of proceeds from the sale of a controlling interest in Puerto Rico Telephone Company; $1.2 billion of Children's Trust bonds which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $596.3 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $153 million of Special Facilities Revenue Bonds issued by the Highway and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by the Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $81.2 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, which are payable from rent payments made by the University of Puerto Rico; and approximately $111 million of bonds issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities. The bonds listed in this footnote are subsequently collectively referred to as the "Excluded Bonds." If the principal amounts of the Excluded Bonds were included in the above table, total public corporations' debt would be $36,107,778,000 and total public sector debt would be $49,229,473,000.

*Source*: Government Development Bank for Puerto Rico

     No deductions have been made in the table above for debt service funds and debt service reserve funds. The table above and the amounts shown throughout this section as representing outstanding debt include outstanding capital appreciation bonds at their respective original principal amounts and do not include any accretion thereon.

PR-CCD-0007236

**Debt Service Requirements for Commonwealth General Obligation Bonds**

The following table presents the debt service requirements for Commonwealth general obligation bonds outstanding as of December 31, 2007.

The table excludes debt service on $1.08 billion of general obligation bonds refunded with refunding bonds the proceeds of which, pending the redemption of the refunded bonds, were invested in guaranteed investment contracts or other securities not eligible to effect a legal defeasance. Such refunded bonds will be considered to be outstanding under their respective authorizing resolutions and for purposes of calculating the Commonwealth's constitutional debt limitation described above. In addition, in respect of certain variable rate, general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements, the interest in the table is calculated by using the respective fixed rates of interest that the Commonwealth is paying under said agreements. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

I-34

PR-CCD-0007237

**Puerto Rico Debt Service Requirements***
**(in thousands)**

| Fiscal Year Ending June 30 | Principal | Interest | Total Debt Service[1] |
|---|---|---|---|
| | Outstanding Bonds | | |
| 2008 | $  64,137 | $  428,376 | $  492,513 |
| 2009 | 266,840 | 411,944 | 678,784 |
| 2010 | 288,540 | 396,759 | 685,299 |
| 2011 | 301,872 | 381,047 | 682,919 |
| 2012 | 323,305 | 359,342 | 682,647 |
| 2013 | 346,325 | 339,605 | 685,930 |
| 2014 | 332,043 | 341,625 | 673,668 |
| 2015 | 362,250 | 325,899 | 688,149 |
| 2016 | 380,185 | 308,330 | 688,515 |
| 2017 | 397,802 | 290,402 | 688,204 |
| 2018 | 408,715 | 271,294 | 680,009 |
| 2019 | 447,781 | 236,564 | 684,345 |
| 2020 | 513,180 | 206,747 | 719,927 |
| 2021 | 367,095 | 181,702 | 548,797 |
| 2022 | 314,635 | 164,012 | 478,647 |
| 2023 | 282,545 | 149,299 | 431,844 |
| 2024 | 291,535 | 136,833 | 428,368 |
| 2025 | 284,035 | 125,087 | 409,122 |
| 2026 | 287,480 | 112,840 | 400,320 |
| 2027 | 300,190 | 99,767 | 399,957 |
| 2028 | 313,290 | 85,217 | 398,507 |
| 2029 | 326,875 | 73,918 | 400,793 |
| 2030 | 341,510 | 57,387 | 398,897 |
| 2031 | 356,450 | 41,875 | 398,325 |
| 2032 | 193,095 | 25,920 | 219,015 |
| 2033 | 167,910 | 18,122 | 186,032 |
| 2034 | 120,785 | 11,222 | 132,007 |
| 2035 | 55,380 | 6,117 | 61,497 |
| 2036 | 30,400 | 3,276 | 33,676 |
| 2037 | 32,000 | 1,680 | 3,680 |
| | $8,498,183 | $5,592,209 | $14,090,392 |

\* Totals may not add due to rounding. Excludes the debt service on certain economically (but not legally) defeased, general obligation bonds and includes the effective fixed rate on certain variable rate, general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

(1) In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the from the General Fund. See "Other Public Corporations - Aqueduct and Sewer Authority" under *Public Corporations* below.

*Sources*: Government Development Bank for Puerto Rico and Department of the Treasury

I-35

PR-CCD-0007238

**Ratings of Commonwealth General Obligation Bonds**

On May 22, 2007, Moody's Investors Service ("Moody's") confirmed its "Baa3" and "Ba1" rating on the Commonwealth's general obligation debt and its appropriation debt, respectively, and its negative ratings outlook thereon.

On May 22, 2007, Standard & Poor's Rating Services, a division of The McGraw-Hill Companies, Inc. ("S&P"), lowered its rating on the Commonwealth's general obligation debt to "BBB-", changed its negative ratings outlook thereon to stable, and confirmed its "BBB-" rating on the Commonwealth's appropriation debt.

**Commonwealth Guaranteed Debt**

As of December 31, 2007, $3.09 billion of Commonwealth guaranteed bonds of the Public Buildings Authority were outstanding. Maximum annual debt service on these bonds is $236.2 million in fiscal year ending June 30, 2011, with their final maturity being July 1, 2037. No payments under the Commonwealth guaranty have been required to date for these bonds.

As of December 31, 2007, $267 million of Commonwealth guaranteed bonds of GDB were outstanding. No payments under the Commonwealth guaranty have been required for these bonds.

As of December 31, 2007, GDB held approximately $99.9 million of the Port of the Americas Authority's outstanding bonds, which are guaranteed by the Commonwealth. The Authority is authorized to issue and GDB is authorized to purchase its bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port of the Americas. No payments under the Commonwealth guaranty have been required for these bonds.

As of December 31, 2007, the aggregate outstanding principal amount of obligations of PRASA guaranteed by the Commonwealth was $764.6 million. This amount consisted of $262.8 million in revenue bonds sold to the public, $246.3 million in bonds issued to the United States Department of Agriculture, Rural Development, and $255.5 million of loans by the State Revolving (Clean Water and Safe Drinking Water Act) Funds for the benefit of PRASA. From January 1997 through fiscal year 2005, the Commonwealth made debt service payments under its guaranty. Beginning with the debt service payment due January 1, 2006, the Commonwealth stopped making guarantee payments on these obligations. PRASA has resumed making payment on this debt. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed obligations, the Commonwealth would be required once more to make such payments from the General Fund under its guarantee. See "Other Public Corporations – Aqueduct and Sewer Authority" under *Public Corporations* below.

**Trends of Public Sector Debt**

The following table shows the growth rate of short-term and long-term public sector debt and the growth rate of Gross National Product (in current dollars) for the five fiscal years ended June 30, 2007 and the first six months of fiscal year 2008. As of December 31, 2007, outstanding short-term debt, relative to total debt, was 11.1%.

I-36

PR-CCD-0007239

**Commonwealth of Puerto Rico**
**Public Sector Debt and Gross National Product**
**(dollars in millions)***

| June 30, | Public Sector | | | | | Gross National Product[1] | |
| | Long Term[2] | Short Term[3] | Short Term as % of Total | Total | Rate of Increase | Amount | Rate of Increase |
|---|---|---|---|---|---|---|---|
| 2003 | $28,102 | $1,605[4] | 5.4% | $29,707 | 6.1% | $47,479 | 5.3% |
| 2004 | 31,767 | 2,175[4] | 6.4 | 33,942 | 14.3 | 50,709 | 6.8 |
| 2005 | 34,789 | 1,914[4] | 5.2 | 36,703 | 8.1 | 53,601 | 5.7 |
| 2006 | 37,313 | 2,620[4][5] | 6.6 | 39,933 | 8.8 | 56,689 | 5.8 |
| 2007 | 39,492 | 3,326 | 7.8 | 42,818 | 7.2 | N/A | N/A |
| December 31, 2007 | 40,821 | 5,112 | 11.1 | 45,933 | 7.3 | N/A | N/A |

* Totals may not add due to rounding.
(1) In current dollars.
(2) Does not include the Excluded Bonds identified in footnote 4 of the table above entitled "Commonwealth of Puerto Rico – Public Sector Debt," which would have been issued and outstanding at the time, all of which would be considered long-term debt.
(3) Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(4) Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(5) Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to debt service on general obligation bonds.

*Source:* Government Development Bank for Puerto Rico

The following table shows the trend of public sector debt by major category for the five fiscal years ended June 30, 2007 and the first six months of fiscal year 2008.

**Commonwealth of Puerto Rico**
**Public Sector Debt by Major Category**
**(dollars in millions)***

| June 30, | Commonwealth | | | Municipalities | | | Public Corporation[1] | | | Total | | |
| | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | $6,709 | $177[3] | $6,886 | $1,754 | $201 | $1,955 | $19,639 | $1,227 | $20,866 | $28,102 | $1,605 | $29,707 |
| 2004 | 7,758 | 761[3] | 8,519 | 1,820 | 226 | 2,046 | 22,190 | 1,187 | 23,377 | 31,767 | 2,175 | 33,942 |
| 2005 | 8,761 | 257[3] | 9,018 | 1,927 | 254 | 2,181 | 24,101 | 1,403 | 25,504 | 34,789 | 1,914 | 36,703 |
| 2006 | 9,841 | 552[3][4] | 10,393 | 2,037 | 293 | 2,330 | 25,435 | 1,775 | 27,210 | 37,313 | 2,620 | 39,933 |
| 2007 | 10,335 | 224 | 10,559 | 2,164 | 299 | 2,463 | 26,993 | 2,803 | 29,796 | 39,492 | 3,326 | 42,818 |
| December 31, 2007 | 9,131 | 1,570 | 10,701 | 2,122 | 299 | 2,421 | 29,568 | 3,243 | 32,811 | 40,821 | 5,112 | 45,933 |

* Totals may not add due to rounding.
(1) Includes Commonwealth guaranteed debt; does not include the Excluded Bonds.
(2) Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(3) Does not include the tax and revenue anticipation notes which were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(4) Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to debt service on general obligation bonds.

*Source:* Government Development Bank for Puerto Rico

I-37

# PUBLIC CORPORATIONS

In Puerto Rico, many governmental and quasi-governmental functions are performed by public corporations created by the Legislative Assembly with varying degrees of independence from the central government to perform generally a single function or a limited number of related functions. Most public corporations obtain revenues from rates charged for services or products, but many are subsidized to some extent by the central government. Most public corporations are governed by boards whose members are appointed by the Governor with the advice and consent of the Senate, but some public corporations are attached to departments of the central government. Capital improvements of most of the larger public corporations are financed by revenue bonds issued under trust agreements or bond resolutions, or notes issued under loan agreements. The following table presents the outstanding bonds and notes of certain of the public corporations as of December 31, 2007 ("notes" as used in this section refers primarily to certain types of non-bonded debt regardless of maturity). Debt of certain other public corporations is excluded from this table because such debt is payable primarily from funds or grants provided by the federal government, is payable from sources other than Commonwealth appropriations or taxes or revenues of public corporations, or is payable from revenues derived from private sector services or products, such as industrial development bonds. Also excluded from this table is debt of certain public corporations the inclusion of which would reflect double counting. No deductions have been made in the table for debt service funds and debt service reserve funds. More detailed information about the major public corporations is presented in the following sections.

I-38

PR-CCD-0007241

**Commonwealth of Puerto Rico**
**Outstanding Debt of Public Corporations**
**December 31, 2007**
**(in thousands)**

| | With Guaranty | Bonds Without Guaranty | Total | With Guaranty | Notes Without Guaranty | Total | With Guaranty | Total Bonds and Notes Without Guaranty | Total |
|---|---|---|---|---|---|---|---|---|---|
| Aqueduct and Sewer Authority | $ 509,139 | $ - | $ 509,139 | $255,481 | $1,231,797 | $1,487,278 | $ 764,620 | $ 1,231,797 | $ 1,996,417 |
| Convention Center District Authority | - | 465,800 | 465,800 | - | 150,692 | 150,692 | - | 616,492 | 616,492 |
| Electric Power Authority | - | 5,498,238 | 5,498,238 | - | 1,074,218 | 1,074,218 | - | 6,572,456 | 6,572,456 |
| Highway and Transportation Authority | - | 6,428,074(1) | 6,428,074 | - | 300,474 | 300,474 | - | 6,728,548 | 6,728,548 |
| Housing Finance Authority(2) | - | 493,804 | 493,804 | - | 49,003 | 49,003 | - | 542,807 | 542,807 |
| Industrial Development Company | - | 263,744 | 263,744 | - | 86,710 | 86,710 | - | 350,454 | 350,454 |
| Infrastructure Financing Authority | - | 1,876,578(3) | 1,876,578 | - | 21,283 | 21,283 | - | 1,897,861 | 1,897,861 |
| Public Buildings Authority | 3,098,773 | - | 3,098,773 | - | 75,000 | 75,000 | 3,098,773 | 75,000 | 3,173,773 |
| Public Finance Corporation | - | 2,427,604(4) | 2,427,604 | - | 103,936 | 103,936 | - | 2,531,540 | 2,531,540 |
| Port of the Americas Authority | 99,927 | - | 99,927 | - | - | - | 99,927 | - | 99,927 |
| Ports Authority | - | 61,315(5) | 61,315 | - | 594,578 | 594,578 | - | 655,893 | 655,893 |
| P.R. Sales Taxes Financing Corp. (COFINA) | - | 4,500,702 | 4,500,702 | - | - | - | - | 4,500,702 | 4,500,702 |
| University of Puerto Rico | - | 604,758(6) | 604,758 | - | 24,703 | 24,703 | - | 629,461 | 629,461 |
| Others | - | - | - | - | 2,514,949 | 2,514,949 | - | 2,514,949 | 2,514,949 |
| Total(7) | $3,707,839 | $22,620,617 | $26,328,456 | $255,481 | $6,226,803 | $6,482,284 | $3,963,320 | $28,847,960 | $32,811,280 |

(1) Excludes $153 million of Special Facilities Revenue Bonds issued by the Highway and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge.

(2) Excludes the $596.3 million of Housing Finance Authority bonds, which are payable solely from Puerto Rico Public Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development.

(3) Excludes $1 billion of outstanding bonds of Infrastructure Financing Authority, which bonds are payable solely from the investment income of funds on deposit in the Infrastructure Development Fund consisting of proceeds from the sale of a controlling interest in Puerto Rico Telephone Company.

(4) Payable primarily from Commonwealth appropriations.

(5) Excludes $155 million of Special Facilities Bonds issued by the Ports Authority, which bonds are payable solely from by the pledge of certain payments made by a private corporation under a special facilities agreement.

(6) Excludes $81.2 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, which bonds are payable from rent payments made by the University of Puerto Rico.

(7) Excludes accretion of interest from the respective issuance dates on capital appreciation bonds. Also excludes $1.2 billion original principal amount of Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2002, which bonds will be repaid from payments made by certain tobacco companies under a master settlement agreement. See "Other Public Corporations" below.

*Source:* Government Development Bank for Puerto Rico

### Government Development Bank for Puerto Rico

The principal functions of GDB are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities and public corporations in connection with the issuance of bonds and notes, to make loans and advances to public corporations and municipalities, and to make loans to private enterprises to aid in the economic development of Puerto Rico.

As of December 31, 2007, just under $2 billion of bonds and notes of GDB (excluding its subsidiaries) were outstanding, consisting of $267 million in Commonwealth guaranteed bonds and $1.5 billion of medium term senior notes. Act No. 12 of May 9, 1975, as amended, provides that the payment of principal of and interest on specified notes and other obligations of GDB, not exceeding $550 million, may be guaranteed by the Commonwealth, of which $267 million were outstanding as of December 31, 2007. As of said date, GDB also had $4.4 billion in loans

PR-CCD-0007242

outstanding to the central government of the Commonwealth and its public corporations and municipalities.

Act No. 82 of June 16, 2002 ("Act No. 82") amended GDB's Charter to authorize GDB to transfer annually to the General Fund, beginning with fiscal year 2001, up to 10% of its audited net income or $10,000,000, whichever is greater. GDB is not required by Act No. 82 to transfer any funds. GDB made payments to the General Fund of $11.6 million for fiscal year 2003 and $18.4 million for fiscal year 2004. GDB did not make a payment to the General Fund under Act No. 82 for fiscal years 2005, 2006 and 2007 and does not expect to make a payment for fiscal year 2008.

Under Act No. 271 of November 21, 2002, GDB made a required special capital contribution to the Special Communities Perpetual Trust (the "Trust") of $500 million and provided the Trust with a $500 million, non-revolving, line of credit. The amounts transferred to the Trust were deposited in two investment accounts held by GDB for the benefit of the Trust. As December 31, 2007, the Trust had repaid $123.9 million of its line of credit and had an outstanding balance of $376 million. The line of credit is payable from legislative appropriations.

GDB has several subsidiaries which perform various functions. The principal subsidiaries and their functions are listed below:

*Housing Finance Authority.* Housing Finance Authority (formerly known as Housing Finance Corporation) was created to provide needed rental housing units and stimulate the construction industry under federally subsidized programs. Effective February 8, 2002, Housing Finance Corporation became the Housing Finance Authority and the Housing Bank and Finance Agency was dissolved and its powers transferred to the Housing Finance Authority. Housing Finance Authority provides financing for rental housing units, stimulates the construction industry under federally subsidized programs and provides interim financing for low-income housing projects and single-family homeownership programs. It is also engaged in insuring and servicing mortgages originated by the former Housing Bank and Finance Agency. As of December 31, 2007, Housing Finance Authority's total outstanding loans to the private sector for development of housing projects targeted to low and moderate income families were $104.1 million. The Authority's mortgage loans to low and moderate income homeowners represented an additional $78.2 million as of the same date.

Housing Finance Authority has outstanding tax-exempt revenue bonds and notes that were issued to finance the construction of housing units approved for federal rental subsidies and to finance home ownership of single family housing units. Such bonds and notes are generally limited obligations of Housing Finance Authority payable solely from revenues collected from such housing units, with certain exceptions. As of December 31, 2007, $1.097 billion of Housing Finance Authority bonds were outstanding.

As of December 31, 2007, the Authority also had outstanding $486.6 million of bonds and notes issued to fund certain payments of the Commonwealth under its mortgage subsidy and other programs for low and moderate income families, and to guarantee certain insurance obligations of the former Housing Bank and Finance Agency.

PR-CCD-0007243

As of December 31, 2007, the Authority had total notes and bonds outstanding of $1.209 billion (including $101.4 million of debt outstanding under GDB lines of credit and repos $10.2 million with other banks) and total unrestricted net assets of $324.8 million.

*Tourism Development Fund.* The Tourism Development Fund promotes Puerto Rico's hotel and tourism industry by making available direct loans and guarantees to secure the private financing for new hotel development projects. The Tourism Development Fund is also authorized to make capital investments in tourism related projects. As of December 31, 2007, the Tourism Development Fund had outstanding direct loans in an aggregate principal amount of $257.4 million and guarantees issued in the outstanding amount of $127.9 million to finance several hotels and tourism-related projects.

The Tourism Development Fund has made payments under its guarantees and letters of credit in the aggregate amount of approximately $313.4 million with respect to several projects, including $282 million disbursed to pay in full the bonds issued to finance three projects, which bonds had been declared due and payable at the direction of the Tourism Development Fund due to the failure of the applicable borrowers to comply with their obligations under the related reimbursement agreements. Of the total amount disbursed, the Tourism Development Fund has been able to recover approximately $199.7 million from the borrowers. After taking these payments and all related recoveries into account, the unrestricted net assets of the Tourism Development Fund as of December 31, 2007, were approximately $146.2 million, and its allowances for losses on guarantees, loans, other assets and letters of credit were approximately $24.7 million.

*Capital Fund.* The Government Development Bank for Puerto Rico Capital Fund (the "Capital Fund") invests and trades in debt obligations and publicly traded shares of domestic and foreign corporations separate from GDB's general investment operations. As of December 31, 2007, the Capital Fund had assets of $89.1 million, of which $58.9 million were invested in an equity index fund that invests mainly in growth, value, small cap and international stocks.

*Development Fund.* The Puerto Rico Development Fund (the "Development Fund") provides an alternate source of financing to private enterprises in Puerto Rico that have difficulties in obtaining financing from traditional sources. The Development Fund also guarantees obligations of these enterprises and invests in their equity securities. As of December 31, 2007, the Development Fund had no investments due to the sale of most of its assets to the Economic Development Bank for Puerto Rico in June 2006.

*Public Finance Corporation.* Puerto Rico Public Finance Corporation ("Public Finance Corporation") provides agencies and instrumentalities of the Commonwealth with alternate means of meeting their financing requirements. Public Finance Corporation currently holds notes payable by the Commonwealth, the Maritime Shipping Authority, the Office for the Improvement of Public Schools, the Department of Health, and the Aqueduct and Sewer Authority, among others. As of December 31, 2007, it had $2.4 billion aggregate principal amount of bonds outstanding. All such bonds are limited, non-recourse obligations of Public Finance Corporation payable from the Puerto Rico Sales Tax Financing Corporation and/or Commonwealth appropriations made to pay the notes held by Public Finance Corporation. In addition, Public Finance Corporation had $104 million of notes outstanding under a line of credit

PR-CCD-0007244

with GDB whose proceeds were used to pay fiscal year 2007 debt service on its bonds due to the failure of the Commonwealth to make the required debt service appropriations on account of its fiscal problems.

*Sales Tax Financing Corporation* ("COFINA") was created by Act No. 91 of the Legislative Assembly of Puerto Rico, approved May 13, 2006, as amended ("Act 91"), for the purpose of financing the payment, retirement or defeasance of certain appropriation-backed debt outstanding as of June 30, 2006. Act 91 vested COFINA with all the powers conferred on Government Development Bank under its charter (other than the power to act as fiscal agent), including the power to issue bonds for its corporate purposes, to the extent required in order for the Corporation to carry out the purposes for which it was created. Act 91 provides that present and future collections of the pledged sales tax be transferred to COFINA in exchange for, and in consideration of, COFINA's commitment to pay, or establish mechanisms to pay, all or part of virtually all appropriation-backed debt outstanding as of June 30, 2006 with the net proceeds of the bonds issued by COFINA and with other funds and resources available to COFINA. As of December 31, 2007, $4.5 billion of COFINA's bonds were outstanding, the net proceeds of all of which bonds were used to refinance and retire outstanding debt of Public Finance Corporation.

A description of certain other affiliates of GDB is provided in "Other Public Corporations" below.

**Other Public Corporations**

*Aqueduct and Sewer Authority.* Puerto Rico Aqueduct and Sewer Authority ("PRASA") owns and operates the island's public water supply and sanitary sewer facilities systems (the "Systems").

PRASA needs to make substantial investments in infrastructure and a major overhaul of its operations to maintain the viability of the Systems and to finance its expansion for new users. Funds for this investment will be provided through a combination of revenues from PRASA, financing transactions, federal grants and other sources. Debt service on revenue bonds is payable from net revenues of the Systems after payment of current expenses. Due to PRASA's financial difficulties and its inability to access the bond market, the Commonwealth guarantees the principal and interest payments to the bondholders of all outstanding revenue bonds issued by PRASA, including those issued to the United States Department of Agriculture, Rural Development, and loans granted by the Clean Water and Drinking Water State Revolving Funds for the benefit of PRASA. In February 2004, this guaranty was extended through new legislation to include debt obligations issued until 2010.

PRASA reported net operational losses of $361 million and net operational income of $31.2 million during fiscal years 2006 and 2007, respectively. The total debt of PRASA was $2 billion as of December 31, 2007.

Beginning in fiscal year 2006, the Commonwealth's General Fund ceased to provide financial assistance to PRASA, including making payments on PRASA's guaranteed revenue bonds (as of January 1, 2006). As part of its efforts to regain fiscal independence, PRASA

PR-CCD-0007245

implemented substantial increases in water and wastewater service rates in two phases. The first phase took effect on October 10, 2005. The second phase took effect on July 1, 2006. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund. PRASA has also begun to pay from its revenues the debt service on a note it issued to Public Finance Corporation (in the principal amount of $368.3 million), which note financed the cost of the north coast super-aqueduct, as well as notes issued to Public Finance Corporation (in the principal amount of approximately $747 million), which notes financed its operations.

In June 2006, PRASA entered into an agreement to plead guilty to an indictment charging 15 felony counts of violating the federal Clean Water Act through the illegal discharge of pollutants from nine sanitary wastewater treatment plants and five drinking water treatment plants. Under the plea agreement, PRASA will pay a criminal fine of $9 million and was placed on five years' probation. PRASA and the United States also reached a comprehensive civil settlement to resolve repeated environmental violations at 62 wastewater treatment plants throughout the Commonwealth. According to the civil settlement, PRASA will spend an estimated $1.7 billion implementing approximately 145 capital improvement projects and other remedial measures at all of its wastewater treatment plants and related collection systems over the next 15 years. In December 2006, PRASA and the Commonwealth Department of Health executed a settlement agreement superseding 180 administrative orders against, and three prior settlement agreements with, PRASA. Under the terms of this agreement, PRASA paid a civil penalty of $1.0 million and agreed to implement short, medium and long-term work plans, as well as interim mitigation and preventative measures, all to bring PRASA's water system into compliance with federal and Commonwealth potable water regulations. The total cost of complying with this settlement agreement is expected to be between $700 and $800 million.

*Children's Trust* is a not-for-profit corporate entity created in 1999 as a public instrumentality of the Commonwealth. The Commonwealth has transferred to Children's Trust all of its rights, title and interest under the tobacco litigation Master Settlement Agreement, including the Commonwealth's right to receive initial, annual and strategic contribution payments to be made by the participating cigarette manufacturers under the Master Settlement Agreement.

Children's Trust issued $1.2 billion Tobacco Settlement Asset-Backed Bonds in October 2002. The bond proceeds were used, among other things, to pay the cost of certain capital expenses of the Commonwealth and certain capital and working capital expenses of PRASA. On June 30, 2005, the Children's Trust issued $108.2 million subordinate Tobacco Settlement Asset-Backed Bonds to pay working capital expenses of the Commonwealth. As of December 31, 2007, the outstanding principal amount of the Trust's bonds was $1.2 billion. These bonds and any other additional senior bonds issued by Children's Trust are secured by a statutory pledge of the payments made and to be made by the participating cigarette manufacturers under the Master Settlement Agreement. To date, all principal and interest payments required to be made by the Trust on its outstanding bonds have been made on a timely basis from contribution payments made by the participating cigarette manufacturers under the Master Settlement Agreement.

PR-CCD-0007246

*Convention Center District Authority.* The Convention Center District Authority was created to own, develop, finance, plan, design, build, operate, maintain, administrate and promote a new convention center and designated private parcels located within the Convention Center District in San Juan. The convention center opened on November 17, 2005.

The Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA") financed the construction of a multi-purpose coliseum in San Juan, known as the José Miguel Agrelot Coliseum, with a line of credit provided by GDB. The Coliseum was transferred to the Convention Center District Authority along with the associated line of credit. As of December 31, 2007, this line of credit with GDB had an outstanding balance of $150.7 million, which is expected to be paid from the proceeds of Commonwealth general obligation bonds. The Authority's debt as of May 31, 2007 was $624 million including $468.8 million of bonds issued in March 2006 to finance the Convention Center and payable from a portion of a hotel room tax.

*Electric Power Authority.* The Authority owns and operates the island's electric system. The capital improvement program for the five-year period ending June 30, 2012 is estimated to cost approximately $2.3 billion and will be financed primarily by borrowed funds, supplemented by internally generated funds. The Authority's bonded debt consists of Power Revenue Bonds, secured by a lien on net revenues of the electric system. As of December 31, 2007, the Authority's total debt was $6.6 billion, including $5.5 billion of bonds outstanding (not including accretion of interest from the respective issuance dates on capital appreciation bonds). As a means of reducing its dependency on oil, the Authority has entered into long-term power purchase agreements with the operators of two co-generation plants that use fuels other than oil. Currently, these two co-generation plants provide approximately 27% of the Authority's energy needs.

*Health Insurance Administration* was created in 1993 to negotiate and contract for the provision of comprehensive health insurance coverage for qualifying (generally low income) Puerto Rico residents. Under this system, the government selects, through a bidding system, one private health insurance company in each of eight designated regions of the island and pays such insurance company the insurance premium for each eligible beneficiary within such region. The health insurance system covers the entire island, and approximately 1.5 million persons were covered by the system during fiscal year 2007.

In January 2006, the Commonwealth entered into various contracts with several Medicare Advantage Organizations for the provision of health coverage to approximately 200,000 eligible beneficiaries. Pursuant to these agreements, the Commonwealth pays each Medicare Advantage Organization a premium difference to cover services not included in their contracts with the Center for Medicaid and Medicare Services.

The total cost of the health insurance program for fiscal year 2007 was $1.59 billion, compared to $1.56 billion for fiscal year 2006 and $1.46 billion for fiscal year 2005. For fiscal year 2007, the General Fund covered $934.5 million of the total cost of the health insurance program, $203 million of costs were covered with a loan from the GBD, and the remaining $457 million was paid from federal, municipal and other sources. The fiscal year 2008 budget pegs the cost of the health insurance program at $1.67 billion, of which the General Fund is expected

PR-CCD-0007247

to cover $1.061 billion, while the remaining $611 million will be paid from federal, municipal and other sources. The health insurance program projects a $394 million deficit for fiscal year 2009. Negotiations with insurance companies will be focused on cost containment strategies that will seek to reduce this cost to the amount appropriated. See *Budget of the Commonwealth of Puerto Rico*.

*Highways and Transportation Authority.* The Authority is responsible for highway construction in Puerto Rico. Such construction is financed by debt (interim notes and revenue bonds), revenues of the Authority, and federal and Commonwealth grants. Debt service on the Authority's revenue bonds constitutes a first lien on its gross revenues, which consist currently of all the proceeds of the tax on gasoline, one-half of the proceeds of the tax on gas oil and diesel oil, all the proceeds of the excise taxes on crude oil, unfinished oil and derivative products, up to $120 million per fiscal year, highway toll revenues and the gross receipts of $15.00 per vehicle per year from certain motor vehicle license fees. Such revenues (except for toll revenues) may be applied first to the payment of debt service on general obligation bonds and notes of the Commonwealth and to payments required to be made by the Commonwealth under its guarantees of bonds and notes, to the extent that no other revenues are available for such purpose. The Commonwealth has never applied such revenues for such payment. As of December 31, 2007, the Authority's total debt was $6.7 billion, including $6.4 billion in outstanding bonds.

The Authority has completed the first phase of a new mass transit system, known as Tren Urbano, to serve a portion of metropolitan San Juan. It was constructed under several design/build contracts and is being privately operated under a five-year contract with an additional five-year option at the Authority's election. The cost of the first phase was $2.25 billion, which cost was financed by federal Transit Administration grants, other federal funding sources and the Authority's own resources, including revenue bonds. Tren Urbano commenced operations in June 2005.

The Authority is a party to a concession agreement under which a private company designed, constructed and currently is operating a toll bridge spanning the San José Lagoon. The toll bridge was financed with special facility revenue bonds of the Authority, payable by the private operator of the bridge principally from toll revenues. The concession is for a term of 35 years, subject to earlier termination or extension. The bridge opened for traffic in February 1994. In certain circumstances described in the concession agreement, including where toll revenues are insufficient to generate certain rates of return to the private operator, the private operator may require the Authority, among other things, to assume the operator's obligations with respect to the special facility revenue bonds. Some of those circumstances, including low toll revenues, exist at this time, but the Authority does not currently anticipate that the operator will exercise its remedy against the Authority.

*Industrial Development Company* participates in the Commonwealth-sponsored economic development program by providing physical facilities, general assistance, and special incentive grants to manufacturers. The Company was merged with the Economic Development Administration in January 1998. Rentals derived from the leasing of specified facilities of the Company are pledged to the payment of the Company's revenue bonds. As of December 31, 2007, the Company's total debt was $350.4 million. The Company restructured its operations in

I-45

PR-CCD-0007248

order to allow it to react quickly to changing business situations. Part of this restructuring included a significant reduction in the number of its employees.

*Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority* was created to finance (through the issuance of its revenue bonds) industrial, tourist, educational, medical, and environmental control facilities in Puerto Rico for the use of private companies, non-profit entities, or government agencies. The bonds are payable solely from payments to be made to AFICA by such private companies, non-profit entities, or government agencies, and do not constitute a debt of the Commonwealth or any of its other public corporations or municipalities. As of December 31, 2007, approximately $1.6 billion of AFICA's bonds were outstanding.

*Infrastructure Financing Authority* was created to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other public corporations, governmental instrumentalities, political subdivisions and municipalities (collectively, "Benefited Entities") authorized to develop infrastructure facilities and to establish alternate means for financing those facilities. The Authority is authorized to issue bonds and provide loans, grants and other financial assistance for the construction, acquisition, repair, maintenance and reconstruction of infrastructure projects by Benefited Entities. The Authority oversees the Puerto Rico Infrastructure Fund, which is funded with annual fixed amounts from the first proceeds of federal excise taxes imposed on rum and other articles produced in Puerto Rico and sold in the United States which are transferred to Puerto Rico pursuant to the United States Internal Revenue Code of 1986, as amended. Currently, this amount is $90 million through fiscal year 2009 and will then increase to $117 million annually through fiscal year 2052. Rum is the only article currently produced in Puerto Rico subject to federal excise taxes, the proceeds of which are required to be returned to the Treasury. The Authority is using these amounts to provide financial support for various infrastructure and other projects. As of December 31, 2007, the Authority's total debt was $1.9 billion.

The Authority will invest approximately $405 million in new infrastructure projects in connection with the holding of the Central American and Caribbean Games in Mayagüez, Puerto Rico, in 2010. In September 2006, the Authority issued $469.8 million of bonds to finance these and other infrastructure projects.

*Municipal Finance Agency* is the municipal "bond bank" for Puerto Rico. The Agency is authorized to issue bonds to purchase general obligation bonds and notes of Puerto Rico municipalities and to fund a debt service reserve. Debt service on the Agency's bonds is payable from debt service payments on municipal bonds and notes held by the Agency and from the debt service reserve, including investment income thereon. The Commonwealth has agreed to pay such amounts to the debt service reserve as may be necessary to maintain it at its required level, subject to appropriation by the Legislative Assembly, which appropriation is authorized but not legally required to be made. To date no such payments have been required. As of December 31, 2007, the Agency had $1.4 billion of bonds outstanding.

*Port of the Americas Authority.* Port of the Americas Authority is responsible for the development and operation of the Port of the Americas (the "Port"), a deep draft port on the south coast of Puerto Rico. In December of 2004, the first phase of the Port was completed at a

PR-CCD-0007249

cost of $40 million. The Authority is authorized to issue bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port. Currently, GDB is authorized to purchase bonds of the Authority in an aggregate principal amount not to exceed $250 million. As of December 31, 2007, GDB held approximately $99.9 million of the Authority's outstanding bonds, which are guaranteed by the Commonwealth.

*Ports Authority.* The Authority owns and operates the major airport and seaport facilities in Puerto Rico. The Authority derives revenues from a variety of sources, including charges on airplane fuel sales, air terminal space rentals, landing fees, wharfage, dockage and harbor fees, and rentals for the lease of property and seaport equipment. As of December 31, 2007, the Authority had $655.9 million in debt.

*Public Buildings Authority* is authorized to construct, purchase or lease office, school, health, correctional and other facilities for lease to departments, public corporations, and instrumentalities of the Commonwealth. Bonds that have been issued by the Authority to finance such facilities (through retirement of interim notes or otherwise) are payable from lease payments, which are largely derived from legislative appropriations and are secured by the Commonwealth's guaranty. The Authority is authorized by law to have outstanding at any one time up to $3.325 billion of bonds guaranteed by the Commonwealth. As of December 31, 2007, $3.098 billion of such bonds of the Authority were outstanding (not including accretion of interest from the respective issuance dates on capital appreciation bonds). As of December 31, 2007, Public Building Authority's line of credit with GDB had an outstanding balance of $75 million.

*Special Communities Perpetual Trust.* The Special Communities Perpetual Trust, a public corporation, is an irrevocable and permanent trust. The Trust's principal purpose is to fund development projects which address the infrastructure and housing needs of underprivileged communities. GDB has made a special capital contribution to the Special Communities Perpetual Trust of $500 million and provided the Trust with a $500 million, non-revolving, line of credit. The amounts transferred by GDB were deposited in two investment accounts held by GDB for the benefit of the Special Communities Irrevocable Trust, of which $698.2 million had been disbursed to the Trust as of December 31, 2007. As of December 31, 2007, the Special Communities Perpetual Trust's line of credit with GDB had an outstanding balance of $376.1 million. The line of credit is payable from legislative appropriations.

*Telephone Authority* was created in July 1974 when the Commonwealth purchased the Puerto Rico Telephone Company ("PRTC") from International Telephone and Telegraph Corporation. PRTC operates the principal telephone system in Puerto Rico.

In 1999, the Telephone Authority sold a controlling interest in PRTC to a consortium led by a predecessor of Verizon Communications, Inc ("Verizon"). The net proceeds of $1.2 billion, after PRTC's outstanding debt was retired and certain employee benefits were paid, was deposited into the Infrastructure Development Fund held by the Infrastructure Financing Authority. In 2002, Verizon exercised an option to purchase additional shares from the Telephone Authority for $172 million, leaving the Authority with a 28% ownership interest in PRTC. In 2007, the Authority sold its remaining interest in PRTC to a subsidiary of América

I-47

Móvil, S.A. de C.V. for $529 million, the proceeds from which were transferred to the Employees Retirement System of the Commonwealth.

*University of Puerto Rico* (the "University"), with approximately 62,340 students in academic year 2006-2007, is by far the largest institution of higher education on the island. Government appropriations are the principal source of University revenues, but additional revenues are derived from tuition, student fees, auxiliary enterprises, interest income, federal grants, and other sources. University capital improvements have been financed mainly by revenue bonds. As of December 31, 2007, the University's total debt was $629.5 million, including $604.8 million of outstanding revenue bonds.

In 2000, AFICA issued its $86,735,000 Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) for the purpose of financing the construction of additional student housing and parking and office space for the University. The project was built, is being operated by Desarrollos Universitarios, Inc., a Puerto Rico not-for-profit corporation, and is leased to the University for a term equal to the term of the bonds with University lease payments being sufficient to pay debt service on said bonds as they become due. These bonds are not included in the University's total debt or outstanding revenue bonds set forth in the prior paragraph.

*Other public corporations* (not described above) have outstanding debt in the aggregate amount of $1.8 billion as of December 31, 2007. Debt service on $685 million of such outstanding debt is being paid from legislative appropriations and sales tax receipts. The Commonwealth is not, however, obligated to make any such appropriations. Additional legislative appropriations are made to enable certain of such corporations to pay their operating expenses.

## INSURANCE MATTERS

Government-owned property is insured through policies obtained by the Secretary of the Treasury and through self-insurance, except for property owned by the Electric Power Authority and PRASA, whose properties are insured through arrangements and policies obtained by the respective Authorities. Personal injury awards against the Commonwealth are limited by law to $150,000 per occurrence.

## RETIREMENT SYSTEMS

*General.* Public employees of the Commonwealth and its instrumentalities are covered by five retirement systems: the Employees Retirement System, the Puerto Rico System of Annuities and Pensions for Teachers (the "Teachers Retirement System"), the Commonwealth Judiciary Retirement System (the "Judiciary Retirement System"), the Retirement System of the University of Puerto Rico (the "University Retirement System"), and the Employees Retirement System of Puerto Rico Electric Power Authority (the "Electric Power Authority Retirement System").

The University Retirement System and the Electric Power Authority Retirement System apply to employees of the University of Puerto Rico and Electric Power Authority, respectively.

I-48

PR-CCD-0007251

The Commonwealth is not required to contribute directly to those two systems, although a large portion of University revenues is derived from legislative appropriations.

*Covered Employees.* The Teachers Retirement System covers public school teachers and certain private school teachers, as well as teachers working in administrative positions. Substantially all active teachers of the Commonwealth's Department of Education are covered by Act No. 91 of March 29, 2004 which superseded Act No. 218 of 1951. The new law establishes that: (i) the Teachers Retirement System's active employees as of March 29, 2004 (not public school teachers or other Education Department employees) have the option to participate in the Teachers Retirement System or in the Employees Retirement System; (ii) persons hired by Teachers Retirement System after the approval of the new law may only become members of the Teachers Retirement System, (iii) active teacher employees of the Department of Education are members of the Teachers Retirement System, and (iv) licensed teachers working in private schools or other educational organizations may elect to become members of the Teachers Retirement System as long as the required employer and employee contributions are satisfied. The Judiciary Retirement System covers judges, and the Employees Retirement System covers all other employees of the Commonwealth, its municipalities and instrumentalities. As of June 30, 2007, the total number of participants, including active participants and retirees, in the three systems was as follows: Employees Retirement System, 276,688; Teachers Retirement System, 77,500; and Judiciary Retirement System, 685. The three systems are financed by contributions made by employers (the Commonwealth, public corporations, and municipalities) and employees, and investment income.

*Funding Requirements.* The central government is responsible for approximately 64% of total employer contributions to the Employees Retirement System, and the other 36% is the responsibility of public corporations and municipalities. The central government is also responsible for 100% and 99% of total employer contributions to the Judiciary and Teachers Retirement Systems, respectively. Retirement and related benefits provided by the systems and required contributions to the systems by employers and employees are determined by law rather than by actuarial requirements. For the Employees Retirement System, required employer contributions are 9.275% of applicable payroll. Required employee contributions for the Employees Retirement System vary according to salary and how the individual employee's retirement benefits are coordinated with social security benefits. For the Judiciary Retirement System, required contributions are 20% of applicable payroll for the employer and 8% for the employees. For the Teachers Retirement System, required contributions are 8.5% of applicable payroll for the employer and 9.0% for the employees.

*Actuarial Valuation of Employees and Judiciary Retirement System.* According to the most recent actuarial valuation of the Employees Retirement System and Judiciary Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the Employees Retirement System and Judiciary Retirement System were $12.284 billion and $179 million, respectively. The unfunded pension benefit obligations of the Employees Retirement System and Judiciary Retirement System for the same period were $9.956 billion and $104 million, respectively, representing funding ratios of 19% and 40%, respectively. Any amounts receivable from the Commonwealth with respect to benefits under special benefits laws (discussed below) are considered in the actuarial evaluation process to determine the unfunded pension benefit obligation of the Employees Retirement

PR-CCD-0007252

System to the extent receivables are recognized as such by the Employees Retirement System. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Employees Retirement System and Judiciary Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

*Actuarial Valuation of Teachers Retirement System.* According to the most recent actuarial valuation of the Teachers Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2007 the accrued actuarial liability of the system was $7.756 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 41%, and the resulting unfunded accrued liability was $4.593 billion. The actuarial valuation assumed an investment return of 8%, yearly salary increases of 3.5%, employee and employer contributions of 9% and 8.5%, respectively, an inflation rate of 2.5%, and a remaining amortization period of 30 years for the unfunded accrued liability. Under the same above assumptions, but without taking into account benefits paid under special benefits laws (described below) and does not include the obligation with respect to the prospective payments under special benefits laws because these are not obligations of the Teachers Retirement System, and the funding for such benefits will originate from the Commonwealth's General Fund, as of June 30, 2007, the accrued actuarial liability was $7.227 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 44%, and the resulting unfunded accrued liability was $4.064 billion. Insofar as the statutorily mandated annual deposit to the Teachers Retirement System is insufficient to cover the actuarial pension liability, the unfunded pension benefit obligation will continue to increase, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded liability.

*Special Benefits.* Various special benefits laws enacted in previous years provided for additional benefits for the Employees Retirement System, Teachers Retirement System, and Judiciary Retirement System. Specifically, in the case of the Employees Retirement System, Act No. 10 of May 21, 1992 provided for special benefit increases of 3% every three years. The first 3% increase was granted to retirees who had been receiving their annuities for three or more years as of that date. The second 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1995. This increase is being financed by additional contributions from the employers. The third 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1998. This third increase is being partially funded with additional contributions from some of the employers. In June 2001, the Legislative Assembly approved a fourth 3% increase, effective as of January 1, 2001, in post-retirement annuity payments granted on or prior to January 1, 1998. This increase will be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their employees. In June 2003, the Legislative Assembly approved a fifth increase of 3% in post retirement benefits effective January 1, 2004. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their employees. In June 2007, the Legislative Assembly approved a sixth increase of 3% in post retirement benefits effective January 1, 2007. This increase will also be

I-50

PR-CCD-0007253

funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their employees. Subsequent increases will depend upon the express approval of the Board of Trustees of the Employees Retirement System and the Legislative Assembly, and must provide a funding source. In the case of the Judiciary Retirement System, Act No. 41 of June 13, 2001 provided a 3% special benefit increase in annuity payments, commencing on January 1, 2002 and every three years thereafter, to retirees who have been receiving their annuities for three or more years as of that date. This increase will be funded by the General Fund.

The Teachers Retirement System is seeking reimbursement from the Commonwealth's Office of Management and Budget in the amount of $119 million for special benefits paid by the System to its beneficiaries through June 30, 2004 pursuant to special benefit laws enacted by the Legislative Assembly. The Teachers Retirement System's interpretation of these special benefit laws, to the effect that the Commonwealth is required to reimburse the Teachers Retirement System for such special benefits paid, is being disputed by OMB. This dispute is currently under inter-agency arbitration proceedings. The Employees Retirement System is also seeking reimbursement from the Commonwealth (in connection with other special benefits laws applicable to its beneficiaries) in the amount of $73.8 million, representing cumulative benefits paid to beneficiaries through June 30, 2005. OMB believes that the basis of the claims from the Employees Retirement System is valid but that the amounts claimed remain to be verified and reconciled.

*Amendments to Employees Retirement System.* In February 1990, the organic act of the Employees Retirement System was amended to reduce the future pension liabilities of the Employees Retirement System. Among other provisions, the legislation increased the level of contributions to the Employees Retirement System and limited the retirement benefits for new employees by increasing the length of employment required for the vesting of certain benefits and reducing the level of benefits in the case of early retirement. The legislation also reduced the level of occupational disability benefits and death benefits received by new employees.

In 1999, the organic act of the Employees Retirement System was further amended to change it, prospectively, from a defined benefit system to a defined contribution system. This amendment provides for the establishment of an individual account for each employee hired by the Commonwealth after December 31, 1999 and for those current employees who elect to transfer from the existing defined benefit system. The individual account of each current employee is credited initially with an amount equal to his aggregate contributions to the Employees Retirement System, plus interest. Current employees who did not elect to transfer to the new defined contribution system will continue accruing benefits under the current defined benefit system. The individual account of each participant of the new defined contribution system is credited monthly with the participant's contribution and is credited semiannually with a rate of return based on either of two notional investment returns. Such accounts are not credited with any contribution by the employer. Instead, employer contributions will now be used completely to reduce the accumulated unfunded pension benefit obligation of the Employees Retirement System.

The law approving the sale of a controlling interest in PRTC to a consortium led by GTE International Telecommunications Incorporated (subsequently acquired by Verizon

PR-CCD-0007254

Communications Inc.) (see *Public Corporations* – Other Public Corporations – Telephone Authority) provides that any future proceeds received by the government from the sale of its then remaining 43% stock ownership in PRTC will be transferred to the Employees Retirement System to reduce its accumulated unfunded pension benefit obligation. In January 2002, Verizon exercised its option to purchase an additional 15% of the stock of PRTC for $172 million. The proceeds of the sale were transferred to the Employees Retirement System. The Commonwealth has decided to exercise its "tag along" rights in connection with the sale by Verizon of its PRTC stock to Sercotel. As a result of the exercise of such rights, the Employees Retirement System received in June 2007 approximately $529 million from the sale of its remaining stock participation in PRTC.

Historically, the Employees Retirement System achieved a return on investment of less than 2% on the PRTC stock, while the average return of the other assets in its portfolio was approximately 10.8%. In order to improve its funding ratio and address its continuing cash shortfalls, the Employees Retirement System intends to use the proceeds received from the sale of the PRTC stock to acquire other, higher-yield assets, such as personal and mortgage loans to participants of the System.

*Cash Flow Shortfalls.* The Employees Retirement System's disbursements of benefits during fiscal years 2003 through 2007 exceeded contributions and investment income for those years. The cash shortfall for fiscal year 2003 was covered with a portion of the proceeds from the sale to Verizon of the 15% stock ownership in PRTC and a loan received from the Department of the Treasury. The cash shortfall for fiscal year 2004 was covered with a loan received from the Department of the Treasury. Balances owed to the Department of the Treasury and other pending working capital needs through fiscal year 2005 were refinanced through a repurchase agreement with a financial institution in an amount of $138 million collateralized with the assets of the Employees Retirement System. The cash shortfall for fiscal year 2006 was approximately $70 million. This shortfall was covered with a line of credit provided by a private financial institution and collateralized with the assets of the Employees Retirement System. There was no cash shortfall for fiscal year 2007 on account of the receipt of the proceeds from the sale of the PRTC stock. Also with these proceeds the Employees Retirement System paid off the balances of the 2005 repurchase agreement and the 2006 line of credit used to cover the respective year's cash shortfalls.

*Efforts to Address Cash Flow Shortfall and Improve Funding Ratio.* The Employees Retirement System anticipates that its future cash flow needs for disbursement of benefits to participants are likely to exceed the sum of the employer and employee contributions received and its investment and other recurring income. The Employees Retirement System is also evaluating other measures to improve its cash flows and funding ratio. Some of these measures include, but are not limited to, the establishment of a maximum salary to calculate pension benefits, aggressive collection efforts with respect to employer contributions owed by the Commonwealth, the municipalities and public corporations, and the transfer to the Employees Retirement System of any amounts remaining in the Children's Trust after payment of all the outstanding bonds. See "Tax Reform" under *Puerto Rico Taxes, Other Revenues, and Expenditures.*

PR-CCD-0007255

In addition, the Employees Retirement System is currently undertaking a financing that would significantly increase the System's funding ratio and reduce its unfunded pension benefit obligation. The financing involves the issuance by the Employees Retirement System of debt secured by a pledge of future employer contributions over the next 50 years. All net cash generated by this financing would be deposited into the Employees Retirement System trust to be invested along with its other assets as described above. The Employees Retirement System estimates that the financing will be undertaken during fiscal year 2008 and subsequent years.

The following tables present the Statement of Plan Net Assets and Statement of Changes in Plan Net Assets of the Employees Retirement System, the Judiciary Retirement System and the Teacher's Retirement System for the fiscal years 2006 and 2007 and as of the period ended December 31, 2007.

PR-CCD-0007256

**The Commonwealth of Puerto Rico**
**Employees Retirement System**
**Statement of Plan Net Assets***
**As of June 30, 2006 and 2007 and as of December 31, 2007**

| | 2008[1] Unaudited | 2007[1] | 2006[1] |
|---|---|---|---|
| **ASSETS** | | | |
| Cash and Investments: | | | |
| Cash and Cash Equivalents: | $ 16,904,000 | $ 41,365,000 | $ 27,849,000 |
| Deposited with GDB: | | | |
| Unrestricted | 38,391,000 | 266,633,000 | 25,777,000 |
| Restricted | 2,458,000 | 2,310,000 | 2,156,000 |
| Total Cash | 57,753,000 | 310,308,000 | 55,783,000 |
| Marketable Securities: | | | |
| Notes and Bonds | 183,931,000 | 149,639,000 | 6,667,000 |
| Stocks | 1,689,931,000 | 1,693,144,000 | 1,376,901,000 |
| Master Repo | | | 148,158,000 |
| Alternative investments | 51,250,000 | 47,784,000 | 41,609,000 |
| Total Cash and Investments | 1,925,112,000 | 1,890,566,000 | 1,573,336,000 |
| LOANS TO PLAN MEMBERS: | | | |
| Mortgage | 107,687,000 | 107,680,000 | 96,542,000 |
| Personal | 702,447,000 | 440,167,000 | 406,883,000 |
| Cultural Trips | 29,179,000 | 28,933,000 | 24,894,000 |
| PEC | 529,000 | 533,000 | 233,000 |
| Total Loans to Plan Members | 839,841,000 | 577,314,000 | 528,552,000 |
| Investment in PRTA Holdings | - | | 495,318,000 |
| Total cash, investments and loans to plan members | 2,822,707,000 | 2,778,188,000 | 2,652,988,000 |
| RECEIVABLES: | | | |
| Employer | 98,777,000 | 117,420,000 | 43,343,000 |
| General Fund of the Commonwealth | 2,236,000 | 4,615,000 | 10,405,000 |
| The Commonwealth of PR Judiciary | 11,974,000 | 5,113,000 | 3,161,000 |
| Investment Sales | 652,000 | 2,470,000 | 1,279,000 |
| Accrued Interest | 3,438,000 | 3,119,000 | 2,385,000 |
| Dividend Receivable | | | 23,720,000 |
| Other | 25,183,000 | 4,527,000 | 23,575,000 |
| Total Receivables | 142,261,000 | 137,264,000 | 107,868,000 |
| PROPERTY: | 6,851,000 | 7,101,000 | 7,694,000 |
| OTHER ASSETS: | 7,091,000 | 7,371,000 | 7,592,000 |
| Construction in Progress | 2,938,000 | 1,375,000 | |
| Total Assets | 2,981,848,000 | 2,931,299,000 | 2,776,142,000 |
| **LIABILITIES** | | | |
| Book overdraft | 43,403,000 | 1,566,0000 | |
| Short Term Obligations | - | - | 139,074,000 |
| Repurchase Obligations | - | - | 1,245,000 |
| Escrow Funds to Plan Members and Guarantee | 9,353,000 | 8,914,000 | 8,433,000 |
| Investment Purchases | 1,499,000 | 2,172,000 | 1,179,000 |
| Accounts Payable and Accrued Liabilities | 99,366,000 | 10,125,000 | - |
| Line of Credit | - | | 60,000,000 |
| Other Liabilities | 9,893,000 | 17,022,000 | 24,880,000 |
| Total Liabilities | 163,515,000 | 39,780,000 | 209,931,000 |
| **Net Assets Held in Trust for Pension Benefits** | **$2,818,332,000** | **$2,891,499,000** | **$2,566,210,000** |

* Totals may not add due to rounding.
(1) Rounded to the nearest thousand.

PR-CCD-0007257

The Commonwealth of Puerto Rico
Employees Retirement System
Statement of Changes in Plan Net Assets*
As of June 30, 2006 and 2007 and as of December 31, 2007

The Commonwealth of Puerto Rico
Employees Retirement System
Statement of Changes in Plan Net Assets*
As of June 30, 2006 and 2007 and as of December 31, 2007

| | 2008[1] Unaudited | 2007[1] | 2006[1] |
|---|---|---|---|
| ADDITIONS: | | | |
| Contributions: | | | |
| Employer | $ 187,493,000 | $ 374,394,000 | $ 398,521,000 |
| Participating Employees | 169,935,000 | 338,791,000 | 342,830,000 |
| Special | 16,789,000 | 17,000,000 | 16,684,000 |
| Retirement Benefits | 13,457,000 | 69,097,000 | - |
|    Total Contributions | 387,674,000 | 799,282,000 | 758,035,000 |
| Investment Income: | | | |
| Realized Gain or Loss | 23,356,000 | 74,304,000 | 33,023,000 |
| Unrealized Gain or Loss | (15,277,000) | 289,881,000 | 156,492,000 |
| Dividend Income | 2,531,000 | 14,494,000 | 49,939,000 |
| Interest Income | 48,890,000 | 68,231,000 | 63,486,000 |
|    Total | 59,501,000 | 446,910,000 | 302,939,000 |
| Less Investment Expense | (569,000) | (12,940,000) | (10,123,000) |
| Insurance Premiums | 4,260,000 | 2,441,000 | 14,492,000 |
| Other Income | 5,178,000 | 17,431,000 | 8,496,000 |
|    Net Investment Income | 68,370,000 | 453,841,000 | 315,804,000 |
|    Total Additions | 456,044,000 | 1,253,123,000 | 1,073,839,000 |
| DEDUCTIONS: | | | |
| Annuities | 465,164,000 | 800,787,000 | 772,647,000 |
| Special | 16,789,000 | 17,000,000 | 16,684,000 |
| Death Benefits | 9,260,000 | 13,872,000 | 14,984,000 |
| Refunds: | | | |
| Employers | 2,060,000 | 5,296,000 | 1,666,000 |
| Participating Employees | 18,025,000 | 28,009,000 | 20,707,000 |
| Personal Loans Adjustments | - | | 1,658,000 |
| Loan Premium Death Benefits | 495,000 | 2,118,000 | 1,216,000 |
| Other Expense | 15,054,000 | 6,666,000 | |
| Administrative Expenses | 2,364,000 | 29,208,000 | 30,817,000 |
| Net Adjustment in the conversion to a new loan application | | | |
|    Total Deductions | 529,210,000 | 902,955,000 | 860,379,000 |
|    Net Increase | (73,167,000) | 350,168,000 | 213,459,000 |
| Net Assets Restated per Auditors | - | - | - |
| Net Assets Held in Trust for Pension Benefits: | | | |
| Beginning of the Year | 2,891,499,000 | 2,541,331,000 | 2,327,871,000 |
| End of Year | $ 2,818,332,000 | $ 2,891,499,000 | $ 2,541,331,000 |

*  Totals may not add due to rounding.
(1) Rounded to the nearest thousand.

PR-CCD-0007258

**The Commonwealth of Puerto Rico**
**Judiciary Retirement System**
**Statement of Plan Net Assets***
**As of June 30, 2006 and 2007 and as of December 31, 2007**

|  | 2008[1] Unaudited | 2007[1] | 2006[1] |
|---|---|---|---|
| **ASSETS** |  |  |  |
| Cash and Investments: |  |  |  |
| Cash and Cash Equivalents | $ 3,110,000 | $ 2,735,000 | $ 1,599,000 |
| Cash Deposited with GDB |  |  |  |
| Unrestricted | 1,542,000 | 197,000 | 179,000 |
| Restricted | 76 | 192 | 781 |
| Total Cash | 4,652,000 | 2,932,000 | 1,779,000 |
| Receivables: |  |  |  |
| Accrued Interest | 231,000 | 237,000 | 250,000 |
| Investment Sales | 106,000 | 179,000 | 561,000 |
| Other | 18,000 | 86,000 | 45,000 |
| Total Receivables | 355,000 | 502,000 | 856,000 |
| Marketable Securities: |  |  |  |
| Notes and Bonds | 21,468,000 | 20,728,000 | 19,822,000 |
| Stock | 68,345,000 | 68,345,000 | 56,108,000 |
| Total Marketable Securities | 89,812,000 | 89,812,000 | 75,930,000 |
| LOANS TO PLAN MEMBERS |  |  |  |
| (including accrued interest receivables) |  |  |  |
| Mortgage | 13,000 | 17,000 | 34,000 |
| Personal | 363,000 | 195,000 | 191,000 |
| Cultural Trips | 39,000 | 44,000 | 49,000 |
| Total Loans to Plan Members | 415,000 | 256,000 | 274,000 |
| Total Cash, Investments and Loans to Plan Members | 95,235,000 | 93,072,000 | 78,838,000 |
| **LIABILITIES** |  |  |  |
| Book Overdraft | 1,436,000 | 5,415,000 | 1,902,000 |
| Due to the Employees Retirement System of the Government of Puerto Rico | 11,974,000 | 5,113,000 | 3,161,000 |
| Escrow Funds to Plan Members and Guarantee Insurance | 55,000 | 53,000 | 52,000 |
| Investment Purchases | 193,000 | 180,000 | 67,000 |
| Other Liabilities | 2,183,000 | 838,000 | 807,000 |
| Total Liabilities | 15,841,000 | 11,599,000 | 5,989,000 |
| **Net Assets Held in Trust for Pension Benefits** | $79,394,000 | $81,473,000 | $72,849,000 |

---

\* Totals may not add due to rounding.
(1) Rounded to the nearest thousand.

I-56

PR-CCD-0007259

**The Commonwealth of Puerto Rico**
**Judiciary Retirement System**
**Statement of Changes in Plan Net Assets***
**As of June 30, 2005, 2006, and 2007 and as of December 31, 2007**

| | 2008[1] Unaudited | 2007[1] | 2006[1] |
|---|---|---|---|
| **ADDITIONS:** | | | |
| Contributions: | | | |
| Employer | $ 3,309,000 | $ 6,632,000 | $ 6,727,000 |
| Participating employees | 1,490,000 | 2,828,000 | 2,960,000 |
| Special | | | |
| Total Contributions | 4,800,000 | 9,460,000 | 9,687,000 |
| | | | |
| Investment Income: | | | |
| Realized Gain or Loss | 906,000 | 1,484,000 | 1,189,000 |
| Unrealized Gain or Loss | (1,108,000) | 10,954,000 | 4,630,000 |
| Dividend Income | 123,000 | 224,000 | 205,000 |
| Interest Income | 823,000 | 1,447,000 | 1,219,000 |
| Total | 744,000 | 14,110,000 | 7,243,000 |
| Less Investment Expense | | (192,000) | (279,000) |
| Other Income | | | 1,000 |
| Net Investment Income | 744,000 | 13,918,000 | 6,965,000 |
| | | | |
| Total Additions | 5,543,000 | 23,378,000 | 16,652,000 |
| | | | |
| **DEDUCTIONS:** | | | |
| Annuities | 6,895,000 | 13,461,000 | 12,273,000 |
| Refunds: | | | |
| Employers | 46,000 | | |
| Participating Employees | 19,000 | 38,000 | 130,000 |
| Administrative Expenses | 666,000 | 1,254,000 | 1,197,000 |
| Net Adjustment in the conversion to new loans application | | | |
| Total Deductions | 7,623,000 | 14,753,000 | 13,600,000 |
| | | | |
| Net Increase | (2,079,000) | 8,624,000 | 3,052,000 |
| | | | |
| Net Assets Held in Trust for Pension Benefits: | | | |
| Beginning of the Year | 81,473,000 | 72,849,000 | 69,797,000 |
| | | | |
| **End of the Year** | $79,394,000 | $81,473,000 | $72,849,000 |

---

\* Totals may not add due to rounding.
(1) Rounded to nearest thousand.

PR-CCD-0007260

**The Commonwealth of Puerto Rico**
**Annuities and Pensions for Teachers**
**Statement of Plan Net Assets\***
**As of June 30 of the Indicated Years**
**(in thousands)**

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash: | | | |
| Cash and cash equivalents | $   33,542 | $   53,515 | $   79,017 |
| Cash with fiscal agent | - | - | 2,853 |
| Cash restricted | - | 1,717 | 1,595 |
| Cash deposited with Government Development Bank for Puerto Rico | 3,123 | 2,993 | 3,536 |
| Total Cash | 36,665 | 58,225 | 87,001 |
| Investments, at fair value: | | | |
| Bonds and notes | 468,452 | 463,474 | 257,030 |
| Stocks | 2,218,033 | 1,886,625 | 1,833,168 |
| Total investment at fair value | 2,686,485 | 2,350,099 | 2,090,198 |
| Other investments: | | | |
| Mortgage notes acquired from third parties | | - | - |
| Private equity investments | 46,686 | 46,215 | 44,747 |
| Total investments | 2,733,171 | 2,396,314 | 2,134,945 |
| Loan to plan members: | | | |
| Mortgage | 102,684 | 104,830 | 109,605 |
| Personal | 260,066 | 246,074 | 234,335 |
| Cultural trips | 1,371 | 1,429 | 1,338 |
| Total loans to plan members | 364,121 | 352,333 | 345,278 |
| Total investments and loans | 3,133,957 | 2,806,872 | 2,567,224 |
| Accounts receivable: | | | |
| Receivable for investments sold | 12,242 | 12,163 | 10,516 |
| Accrued interest and dividends receivable | 6,312 | 6,371 | 4,449 |
| Other | 14,640 | 14,932 | 2,593 |
| Total accounts receivable | 33,194 | 33,466 | 17,558 |
| Property and equipment, net | 25,890 | 25,665 | 26,206 |
| Other assets | 700 | 691 | 600 |
| Total Assets | 3,193,741 | $2,866,694 | $2,611,588 |
| **LIABILITIES** | | | |
| Investments purchased | 11,258 | $11,422 | $14,262 |
| Cash overdraft in cash with fiscal agent | 5,619 | 13,949 | - |
| Accounts payable | 4,152 | 3,043 | 3,768 |
| Obligation under capital lease | 35 | 57 | 78 |
| Accrued expenses | 4,270 | 4,289 | 4,314 |
| Line of credit | 4 | 4 | 4 |
| Escrow fund of mortgage loans and guarantee insurance reserve for loans to plan members | 4,916 | 5,988 | 6,069 |
| Bonds payable | - | 20,430 | 21,285 |
| Other liabilities | 567 | 625 | 669 |
| Total liabilities | 31,021 | 59,807 | 50,449 |
| **Net Assets Held in Trust for Pension Benefits** | $3,162,720 | $2,806,887 | $2,561,139 |

\* Totals may not add due to rounding.

I-58

PR-CCD-0007261

**The Commonwealth of Puerto Rico**
**Annuities and Pensions for Teachers**
**Statement of Changes in Plan Net Assets***
**As of June 30 of the Indicated Years**
**(in thousands)**

|                                                           | 2007       | 2006       | 2005       |
|-----------------------------------------------------------|-----------:|-----------:|-----------:|
| **ADDITIONS:**                                            |            |            |            |
| Contributions:                                            |            |            |            |
| Participating Employees                                   | $127,809   | $ 129,473  | $ 131,481  |
| Employer                                                  | 116,320    | 119,199    | 120,887    |
| Contributions transferred from other systems**            | 12,396     | 921        | -          |
| Special                                                   | 57,960     | 61,066     | 60,853     |
| Total contributions                                       | 314,485    | 310,659    | 313,221    |
| Investment Income:                                        |            |            |            |
| Interest income                                           | 65,367     | 57,899     | 47,577     |
| Dividend Income                                           | 13,654     | 14,684     | 20,339     |
| Net appreciation (depreciation) in fair value             |            |            |            |
| of investments                                            | 406,131    | 258,182    | 161,685    |
|                                                           | 485,152    | 330,765    | 229,601    |
| Less investment expense                                   | 6,217      | 5,792      | 4,986      |
| Net investment income                                     | 478,935    | 324,973    | 224,615    |
| Other income                                              | 1,299      | 13,085     | 1,167      |
| **Total additions**                                       | $ 794,719  | $ 648,717  | $ 539,003  |
| **DEDUCTIONS:**                                           |            |            |            |
| Benefit paid to participants:                             |            |            |            |
| Annuities and death benefits                              | 364,998    | 332,425    | 313,551    |
| Special benefits                                          | 45,564     | 42,837     | 38,592     |
| Refunds of contributions                                  | 5,447      | 4,135      | 2,912      |
| Administrative expenses                                   | 22,877     | 22,651     | 25,804     |
| **Total deductions**                                      | 438,886    | 402,969    | 380,859    |
| Net increase in net assets held in trust for pension      |            |            |            |
| benefits                                                  | 355,833    | 245,748    | 158,144    |
| **Net assets held in trust for pension benefits**         |            |            |            |
| Beginning of year                                         | 2,806,887  | 2,561,139  | 2,402,995  |
| **End of year**                                           | $3,162,720 | $2,806,887 | $2,561,139 |

* Totals may not add due to rounding.
** This line item was segregated from Refunds of Contributions for 2006 and 2007, but not in 2005.

## COMMONWEALTH FINANCIAL STATEMENTS

For fiscal year 2006, the basic financial statements of the Commonwealth were audited by KPMG LLP. KPMG LLP did not audit the financial statements of the Public Buildings Authority capital project fund or The Children's Trust special revenue funds (major funds), and certain activities, funds and component units identified separately in its report. Those financial statements were audited by other independent auditors whose reports were furnished to KPMG LLP, and its opinion on the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors. The report of KPMG LLP contains an emphasis paragraph for the adoption of Governmental Accounting Standards Board (GASB)

PR-CCD-0007262

Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries*, as of June 30, 2006.

The Comprehensive Annual Financial Report of the Commonwealth ("CAFR") for fiscal year 2006, which includes the basic financial statements of the Commonwealth for fiscal year 2006, was filed by the Commonwealth with each nationally recognized municipal securities information repository (each, a "NRMSIR") in August 2007, and an amendment thereto was filed with each NRMSIR in September 2007.

## PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES

The Secretary of the Treasury has custody of the funds of the central government and is responsible for the accounting, disbursement and investment of such funds. Central government funds are grouped into three major categories or "types" of funds, as follows: (i) Governmental Fund Types, which include the General, Special Revenue, Debt Service (also referred to herein as Redemption), and Capital Project Funds; (ii) Proprietary Fund Types, which include the Enterprise and Internal Service Funds; and (iii) Fiduciary Fund Types, which include the Trust and Agency Funds. These funds do not include funds of the municipalities, because the municipalities are governmental entities with independent treasuries. The Special Revenue Fund is incorporated into the General Fund for financial reporting purposes (but not for budgetary purposes).

The General Fund is the primary operating fund of the Commonwealth. General Fund revenues are broadly based and include revenues raised internally as well as those from non-Puerto Rico sources. Internal revenues consist principally of income taxes and excise and sales taxes. Revenues from non-Puerto Rico sources are derived from federal excise taxes and customs duties returned to the Commonwealth. The primary expenditures of the Commonwealth through the General Fund are for grants and subsidies, and personal and other services.

### Summary and Management's Discussion of General Fund Results

The following table presents the actual revenues and expenditures of the General Fund on a cash basis for fiscal year 2004 through fiscal year 2006, and the preliminary and projected revenues and expenditures for fiscal years 2007 and 2008, respectively.

The amounts shown in the following table as expenditures may be different than those reflected in the budget or in the Commonwealth's financial statements because the table shows only cash disbursements, while the budget includes all authorized expenditures, regardless of when the related cash is actually disbursed. In addition, transfers to the Redemption Fund (used to pay debt service on the Commonwealth's bonds), which are included in the budget under "debt service," are shown as a deduction from total revenues in calculating "adjusted revenues" in the table and are not included under "expenditures." Finally, certain expenditures incurred in excess of budgeted amounts may not be reflected in the table as expenditures to the extent they are paid from reserve funds, such as moneys in the Budgetary Fund. In fiscal years 2004 and 2005, there were approximately $85 million and $98.6 million, respectively, of such expenditures that are not reflected in the table. A discussion of the budget for fiscal years 2007 and 2008 appears below under *Budget of the Commonwealth of Puerto Rico.*

I-60

PR-CCD-0007263

Amounts listed under "Other Income" represent recurring General Fund revenues not appropriately attributable to other revenue line items, such as repayment of General Fund advances to municipalities and government agencies and funds. "Other Expenditures" represent recurring General Fund expenditures not appropriately attributable to other expenditures line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law. Amounts listed under "Capital Outlays and Other Debt Service" represent debt service on obligations and capital expenditures for which the Legislative Assembly has by resolution agreed to appropriate funds. General Fund revenues, expenditures, and transfers as presented in the table differ from the General Fund revenues, expenditures, and transfers as presented in the financial statements of the Commonwealth, as the latter statements reflect an expanded General Fund entity in accordance with generally accepted accounting principles.

PR-CCD-0007264

**Commonwealth of Puerto Rico**
**General Fund Revenues, Expenditures, and Changes in Cash Balance**
**(in thousands)**

| | 2004 | 2005 | 2006 | 2007[*] | 2008[+] |
|---|---|---|---|---|---|
| Beginning cash balance | $ 179,058 | $ 108,512 | $ 42,933 | $ (0) | $ (478,665) |
| Revenues from internal sources: | | | | | |
| Income Taxes: | | | | | |
| Individuals | 2,720,920 | 2,885,903 | 3,087,748 | 3,112,892 | 2,898,000 |
| Corporations | 1,831,027 | 1,870,937 | 1,872,458 | 2,007,902 | 1,730,000 |
| Partnerships | 3,005 | 3,245 | 2,787 | 2,960 | 3,000 |
| Withheld from non-residents | 631,100 | 612,005 | 921,260 | 933,728 | 1,206,000 |
| Tollgate taxes | 31,579 | 22,973 | 27,396 | 25,082 | 14,000 |
| Interest | 10,108 | 10,489 | 11,536 | 12,112 | 13,000 |
| Dividends | 70,192 | 80,398 | 66,721 | 138,860 | 64,000 |
| Total income taxes | 5,297,931 | 5,485,950 | 5,989,906 | 6,233,536 | 5,928,000 |
| Sales and use tax | – | – | – | 582,560 | 911,000 |
| Commonwealth excise taxes: | | | | | |
| Alcoholic beverages | 296,302 | 298,235 | 292,180 | 279,028 | 279,000 |
| Cigarettes | 144,733 | 146,527 | 135,267 | 132,398 | 116,000 |
| Motor vehicles | 551,181 | 606,662 | 533,957 | 396,667 | 394,000 |
| Other excise taxes | 701,129 | 740,921 | 682,477 | 315,847 | 94,000 |
| Total Commonwealth excise taxes | 1,693,345 | 1,792,345 | 1,643,881 | 1,123,940 | 883,000 |
| Property taxes | | 3,949 | 1,106 | 800 | – |
| Inheritance and gift taxes | 15,691 | 7,129 | 9,466 | 4,663 | 7,000 |
| Licenses | 84,231 | 85,216 | 91,310 | 98,594 | 93,000 |
| Other: | | | | | |
| Lottery | 65,387 | 64,638 | 62,729 | 65,508 | 58,000 |
| Electronic lottery | 86,115 | 68,011 | 55,212 | 72,253 | 96,000 |
| Miscellaneous non-tax revenues | 379,501 | 430,534 | 431,803[6] | 321,154 | 329,000 |
| Total Other | 531,003 | 563,183 | 549,744 | 458,915 | 483,000 |
| Total revenues from internal sources | 7,622,201 | 7,937,772 | 8,285,413 | 8,503,008 | 8,305,000 |
| Revenues from non-Commonwealth sources: | | | | | |
| Federal excise taxes[1] | 328,921 | 341,166 | 346,272 | 372,536 | 361,000 |
| Customs | 34,266 | 26,731 | 9,553 | 14,503 | 5,000 |
| Total revenues from non-Commonwealth sources | 363,187 | 367,897 | 355,825 | 387,039 | 366,000 |
| Total net revenues | 7,985,388 | 8,305,669 | 8,641,238 | 8,890,047 | 8,671,000 |
| Other Income (refunds)[2] | 62,789 | (55,409) | 76,085 | (8,335) | 183,917[8] |
| Transfers to Redemption Fund[3] | (341,538) | (369,985) | (484,812) | (512,197) | (450,702) |
| Proceeds of notes and other borrowings[4] | 3,940,397 | 4,925,595 | 4,115,897[7] | 1,872,096 | 2,520,000 |
| Repayment of notes and other borrowings[5] | (3,713,634) | (3,909,434) | (3,005,838) | (1,926,273) | (2,585,620) |
| Adjusted revenues | 7,933,402 | 8,896,436 | 9,342,570 | 8,315,338 | 8,338,595 |
| Expenditures: | | | | | |
| Grants and subsidies | 3,468,531 | 3,617,386 | 3,944,349 | 3,387,199 | 2,031,701 |
| Personal services | 3,951,387 | 4,783,567 | 4,796,382 | 4,590,962 | 5,990,308 |
| Other services | 400,594 | 389,346 | 525,377 | 594,345 | 426,185 |
| Materials and supplies | 73,757 | 72,411 | 50,227 | 79,186 | 161,924 |
| Equipment purchases | 20,572 | 20,707 | 19,378 | 27,965 | 62,757 |
| Capital outlays and other debt service | 675 | 78,598 | 49,789 | 21,576 | 103,423 |
| Transfers to agencies | – | – | – | 92,770 | – |
| Other disbursements | 88,432 | | | | |
| Total expenditures | 8,003,948 | 8,962,015 | 9,385,503 | 8,794,003 | 8,776,298 |
| Adjusted revenues less expenditures | (70,546) | (65,579) | (42,933) | (478,665) | (437,703) |
| Ending cash balance | $ 108,512 | $ 42,933 | $ (0) | $ (478,665) | $ (916,368) |

<hr>

(*) Preliminary.
(+) Estimated.
(1) Excludes transfers by the Commonwealth to the Conservation Trust Fund and amounts deposited by the Secretary of the Treasury into a separate account for the promotion of Puerto Rico ruins in foreign markets.
(2) Consists of net revenues from the General Fund's non budgetary funds plus a reserve for future tax refunds reduced by estimated tax refunds.
(3) Consists of amounts to pay principal of and interest on general obligation bonds and notes of the Commonwealth. Does not include amounts deposited directly into the Redemption Fund from non-General Fund revenues.
(4) Consists of proceeds of borrowing from GDB and proceeds from Commonwealth's Tax and Revenue Anticipation Notes, including a $741 million loan from GDB authorized by the Legislature in 2006.
(5) Consists of repayments of borrowing from GDB and repayments of Commonwealth's Tax and Revenue Anticipation Notes.
(6) Includes proceeds of $100 million generated by the issuance of the Commonwealth's Public Improvement Refunding Bonds, Series 2006 A, which were privately placed.
(7) Includes $50 million from the Emergency Fund used for operating expenses.
(8) Includes $150 million related to the sale of properties.
*Source:* Department of the Treasury

I-62

*Fiscal Year 2008*

Original General Fund estimated revenues were revised from $9.227 billion to $8.821 billion due to the economic recession and the fact that the Puerto Rico Planning Board revised its estimates on the economic growth to -2.1% for fiscal year 2008. The $406 million revision is reflected in revenue categories associated with economic activity, such as individual, corporate and excise taxes. For fiscal year 2008, as revised, the major revenue categories include: (i) $2.898 billion in individual income taxes, (ii) $1.730 billion in corporate income taxes, (iii) $1.206 billion in non-resident withholdings and (iv) $911 million in sales and use tax.

General Fund expenses for fiscal year 2008 are currently projected to be $9.227 billion, which is the same amount as originally estimated. The difference between revenues, as revised, and expenses for fiscal year 2008 will be covered by federal funds recovery (already received) of approximately $300 million and delinquent income tax receivables of approximately $60 million. The remaining shortfall will be covered by cash management procedures.

*Fiscal Year 2007*

Preliminary collections for the fiscal year ended on June 30, 2007 totaled $8.890 billion, $7 million more than the Treasury Department's revised estimate for that period. This amount includes (i) $933 million in non-resident withholding, (ii) $1.123 billion in excise taxes, (iii) $583 million of sales tax revenues, and (iv) $269 million from special temporary tax measures.

General Fund expenses for fiscal year 2007 are currently projected to be $9.221 billion, which is $267 million below the amount initially budgeted and takes into consideration $160 million in a portion of savings from the 10% budget reserve and $107 in million in health-related expenditure reductions. The $9.221 billion amount does not include $522 million of debt service payments on a portion of the Commonwealth's outstanding appropriation debt, which debt service was excluded from the budget based on the provisions of Act No. 91 of May 13, 2006, which created the Dedicated Sales Tax Fund to service in part the repayment of such appropriation debt.

The difference between projected revenues and expenses for fiscal year 2007 will be covered, if legislation is approved, by a $240 million transfer of funds from Government Development Bank that was originally set aside from General Fund appropriations to cover a portion of debt service payments on the Commonwealth's appropriation debt which set aside is no longer needed on account of the passage of Act No. 91 referred to above. The remaining shortfall (about $100 million) will be covered by cash management procedures such as delaying payments to certain vendors for a short period of time (carrying over into fiscal year 2008).

*Fiscal Year 2006*

General Fund total revenues for fiscal year 2006 were $8.541 billion (approximately $235 million, or 2.8%, more than received in fiscal year 2005). This increase was attributable to increases in income taxes ($504 million, including $309 million in taxes withheld from non-residents), together with decreases in external revenues ($12 million), excise taxes ($147 million), and miscellaneous non-tax revenues ($113 million). The increase in revenues from individual income taxes is mainly attributable to administrative measures and economic activity.

PR-CCD-0007266

The increase in the withholding tax on non-residents includes two extraordinary payments amounting to $200 million.

Total cash expenditures for fiscal year 2006 were $9.596 billion (excluding about $500 million in expenditures that occurred "off budget" for items such as refinanced debt service on general obligation debt and payment of vendor debts from prior years for Public Buildings Authority and subsidy and operational expenses of Agricultural Services and Development Administration) which exceeded original budgeted expenditures by $651 million, attributed mainly to increases in the area of education ($321 million), public safety and protection ($99 million), health ($207 million), and special contributions to pensions ($42 million), and reductions in the area of general government ($4 million), welfare ($3 million), contributions to municipalities ($1 million), and other debt service ($10 million).

The approximately $1.6 billion shortfall was covered by the release of $64 million in reserve funds held at GDB, borrowings from GDB and other sources of about $1.4 billion and about $150 million of "cash management" practices which had the effect of delaying payment of certain expenses until the start of fiscal year 2007. Also, during a two-week period in early May 2006, the Commonwealth was forced to furlough non-essential government workers because it was projected to run out of cash until the above borrowings were implemented in the aftermath of the passage of fiscal and tax reform legislation described below in order to allow the workers to return to work.

*Fiscal Year 2005*

General Fund total net revenues for fiscal year 2005 were $8.306 billion, representing an increase of $320 million or 4%, from fiscal year 2004 net revenues. This amount excludes proceeds of a loan of $550 million obtained from GDB, which is included as part of "Proceeds of notes and other borrowings." The major changes in revenues from fiscal year 2004 were: (i) increases in total income taxes of $188 million, mainly resulting from increases in income taxes collected from individuals of $165 million and in income taxes collected from corporations of $40 million; (ii) increases in total excise taxes of $99 million; and (iii) net increases in other revenues of $32 million, mainly as a result of an increase in miscellaneous non-tax revenues of $51 million.

Total cash expenditures for fiscal year 2005 were $9.220 billion (excluding $98.6 million covered with funds from the Budgetary Fund), which exceeded budgeted expenditures by $366 million, attributed mainly to increases in the area of education ($300.5 million), public safety and protection ($18.6 million), health ($28.7 million), welfare ($10.2 million), and economic development ($8 million). This amount also excludes approximately $98.6 million of additional expenditures that were not originally budgeted. Various financing transactions were entered into to cover this imbalance.

*Fiscal Year 2004*

General Fund total net revenues for fiscal year 2004 were $7.985 billion, representing an increase of $394 million, or 5.2%, from fiscal year 2003 net revenues. This amount excludes proceeds of a loan of $233 million obtained from GDB, which is included as part of "Proceeds of

I-64

notes and other borrowings." This amount also excludes $88 million of additional non-recurring revenues. The major changes in revenues from fiscal year 2003 were: (i) increases in total income taxes of $377 million, mainly resulting from increases in income taxes from individuals of $203 million and in income taxes withheld from non-residents of $114 million; (ii) increases in total excise taxes of $42 million; and (iii) decreases in other revenues of $65 million, mainly as a result of a decrease in miscellaneous non-tax revenues of $59 million. Approximately $170 million of the increase in total income taxes for fiscal year 2004 relates to the collection of past taxes as a result of an incentives plan implemented by the Treasury.

Total cash expenditures for fiscal year 2004 were $8.004 billion, which amount excludes certain amounts related to fiscal year 2004 but disbursed in fiscal year 2005. This amount also excludes approximately $293 million of additional expenditures that were not originally budgeted and were covered with reserve funds ($50 million), the reimbursement of certain federal education funds ($141 million), and other sources. After considering (i) debt service payments (separately identified in the table as "Transfers to Redemption Fund"), (ii) $227 million in net borrowings from GDB and other sources, and (iii) $63 million in other income from the General Fund's non-budgetary funds, the ending cash balance of the General Fund decreased from $179 million at the end of fiscal year 2003 to $109 million at the end of fiscal year 2004.

**Tax Reform**

Act No. 117 of July 4, 2006 ("Act 117") amended the Puerto Rico Internal Revenue Code of 1994 (the "PR Code") to provide, among other things, for a general sale and use tax of 5.5% to be imposed by the central government (the "Central Government Sales Tax"). Act 117 also authorized each municipal government to impose a municipal sale and use tax of 1.5% (the "Municipal Sales Tax" and, together with the Central Government Sales Tax, the "Sales Tax"). In general, the Municipal Sales Tax has the same tax base, exemptions (except for unprocessed foods) and limitations as those provided for the Central Government Sales Tax. Act 117 also provides certain income tax reductions to address the regressive effect of the Sales Tax on taxpayers in lower income tax brackets.

The Sales Tax is imposed on the sale, use, consumption and storage of taxable items, which include tangible personal property, taxable services, admission rights and certain other types of transactions covering separable and identifiable taxable items which are sold for a single price, subject to certain exceptions and limitations. The Sales Tax does not apply to, among other things: (i) taxable items acquired by merchants for resale, (ii) taxable items acquired by manufacturing plants, (iii) taxable items acquired for use and consumption outside of Puerto Rico, (iv) certain food products that do not need to be heated before their sale, (v) prescription drugs, (vi) the rental payments received by a lessor of real property which is used for residential or commercial purposes, (vii) services provided by designated professionals, (viii) cash, cash equivalents, stocks, bonds, notes, mortgage loans, insurance, securities and interest derived for the use or forbearance of money, (ix) sales of real property, and (x) leases in which the Industrial Development Company is the owner of the property.

Act 117 also repealed the 5% general excise tax imposed on imported goods and the 3.6% general excise tax imposed on goods manufactured in Puerto Rico. Other items, such as

I-65

PR-CCD-0007268

fuel, crude oil and petroleum products, and vehicles, however, will remain subject to the excise tax previously applicable to such items, and are not subject to the Sales Tax.

The Sales Tax became effective on November 15, 2006 and the effective date of the repeal of the 5% general excise tax was October 16, 2006. Municipalities were authorized to implement the Municipal Sales Tax starting on July 1, 2006, and most have done so. The revenues derived from the Sales Tax are distributed as follows: (i) municipal governments retain 13/15 of the Municipal Sales Tax (equivalent to a tax of 1.5% out of the total 7% Sales Tax), (ii) the Dedicated Sales Tax Fund, created by Act No. 91 of May 13, 2006, as amended, receives one-seventh of the Sales Tax (equivalent to a tax of 1% out of the total 7% Sales Tax), and (iii) the General Fund receives the balance of the Sales Tax (equivalent to a tax of 4.5% out of the total 7% Sales Tax). The Secretary of the Treasury projects for fiscal year 2008 that each percentage point of the Sales Tax will generate annually approximately $202 million of gross revenues and that the Sales Tax will generate total annual gross revenues for the General Fund of approximately $911 million. For fiscal year 2007, the corresponding projections are $191 million and $576 million. The increase in revenues to be generated by the Sales Tax has been partly offset by the elimination of the 5% general excise tax and the effect of the income tax reduction measures included in Act 117.

Act 117 also provided for special income tax rates with respect to certain transactions occurring on and between July 1, 2006 and December 31, 2006 (the "Transition Period"). Eligible dividends declared by domestic corporations or partnerships during the Transition Period will qualify for a 5% special income tax. The dividend does not need to be distributed to qualify for the 5% special income tax rate. During the Transition Period, Act 117 also provides a special tax rate of 5% (10% in the case of resident corporations and partnerships) in connection with "built-in" gains associated to capital assets held for periods in excess of six months (the "Special Capital Gains Tax"). In order to take advantage of the Special Capital Gains Tax, a taxpayer must file an election with the Secretary of the Treasury. The sale of the capital asset is not required to qualify for the Special Capital Gains Tax. In addition to the other conditions mentioned herein, the Special Capital Gains Tax is only available in connection with capital assets consisting of stock or participations of domestic and foreign corporations and partnerships, and real property located in Puerto Rico. However, in the case of resident corporations and partnerships, the Special Capital Gains Tax applies only to real property located in Puerto Rico.

For a discussion of the budget imbalance in fiscal year 2007 and the revenues generated through March 31, 2007 from the provisions of Act 117, see "Fiscal Year 2007" under "Summary and Management's Discussion of General Fund Results" above.

**Major Sources of General Fund Revenues**

*Income Taxes*

The Commonwealth's income tax law, the Internal Revenue Code of 1994, as amended (the "P.R. Code"), imposes a tax on the income of individual residents of Puerto Rico, trusts, estates, and domestic and foreign (if engaged in a trade or business in Puerto Rico) corporations and partnerships at graduated rates. A flat tax is imposed on certain payments made to non-residents of Puerto Rico, which is collected through an income tax withholding.

PR-CCD-0007269

*Individuals.* Resident individuals are subject to tax on their taxable income from all sources. The P.R. Code has four tax brackets for individuals with tax rates of 7%, 14%, 25%, and 33%. Dividend income from Puerto Rico corporations and certain qualifying foreign corporations is taxed at a rate of 10%.

Gain realized from the sale or exchange of a capital asset by resident individuals, if held for more than six months, is taxed at a rate of 10%.

Interest income in excess of $2,000 on deposit with Puerto Rico financial institutions is taxed at a rate of 10%; the first $2,000 of interest income from such institutions is exempt from taxation. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to resident individuals, trusts, estates, corporations and partnerships qualifies for a special 10% tax rate.

*Corporations and Partnerships.* Puerto Rico corporations and partnerships are subject to tax on income from all sources; foreign corporations and partnerships that are engaged in a trade or business in Puerto Rico are subject to tax on their income from Puerto Rico sources and on income from sources outside Puerto Rico that is effectively connected with the conduct of their trade or business in Puerto Rico. Unless a corporation or partnership qualifies for partial exemption from corporate income and other taxes under the industrial incentives program (see "Tax Incentives" under *The Economy* above), it is subject to tax at graduated rates.

In general, the P.R. Code provides for six income tax brackets for corporations and partnerships, with the highest rate (39%) applicable to net taxable income in excess of $300,000. Also, Act No. 41 of August 1, 2005 was enacted to impose a temporary additional tax of 2.5% on corporations and partnerships with a net taxable income of $20,000 or more. In addition, Act No. 98 of May 16, 2006, provides for an extraordinary tax of 5% on resident corporations and partnerships engaged in business for pecuniary profit and whose gross income for the immediately preceding taxable year ended on or prior to December 31, 2005 exceed $10 million. The 5% tax must be paid on or prior to July 31, 2006 and such amount may be subsequently claimed as a tax credit against such entity's income tax liability. Act No. 89 of May 13, 2006 also imposes an additional special tax for the taxable year commencing in 2006 of 2% on the net income subject to standard taxation of all corporations operating under the provisions of the Puerto Rico Banking Law.

Gains realized from the sale or exchange of a capital asset, if held for more than six months, are taxed at a maximum rate of 15%. Dividends received by Puerto Rico corporations and partnerships of foreign corporations and partnerships engaged in trade or business in Puerto Rico are subject to general income tax rates. A dividends received credit may be available when the corporation or partnership making the distribution is organized in Puerto Rico. A special tax rate of 17% is applicable to dividend distributions of REITs received by corporations. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to resident corporations and partnerships qualifies for a special tax rate of 10%.

In general, corporations and partnerships operating under a new grant of tax exemption issued under the 1998 Tax Incentives Act are subject to a maximum income tax rate of 7%

I-67

during their basic exemption period. Certain corporations and partnerships covered by the tax incentives acts continue to be subject to a maximum tax rate of 45% on their taxable income. Corporations and partnerships covered by the Puerto Rico Tourism Incentives Act of 1993, as amended, are subject to a maximum tax rate of 42% on their taxable income. The P.R. Code also provides for an alternative minimum tax of 22%.

The P.R. Code imposes a branch profits tax on resident foreign corporations less than 80% of whose gross income qualifies as income effectively connected with a Puerto Rico trade or business. The branch profits tax is 10% of an annual dividend equivalent amount, and it applies without regard to the Puerto Rico source of income rules.

Interest from Puerto Rico sources paid to non-resident non-affiliated corporate recipients is not subject to any income or withholding tax. Interest paid to certain related non-resident recipients is subject to a withholding tax of 29%. Dividends paid to non-resident corporate recipients are subject to a withholding tax of 15%. Dividends distributed by corporations (including Section 936 Corporations) operating under new grants of tax exemption issued under the 1998 Tax Incentives Act are not subject to Puerto Rico income tax. However, royalty payments made by such corporations to non-resident recipients are subject to a 15% withholding tax. The basic tax on dividends paid to foreign corporate shareholders of Section 936 Corporations operating under grants of tax exemption issued under prior incentives laws is 10% but is subject to reduction if a percentage of the profits are invested in certain eligible instruments for specified periods of time.

Subject to certain exceptions, payments in excess of $1,500 during a calendar year made by the Commonwealth and persons engaged in a trade or business in Puerto Rico in consideration of the receipt of services rendered in Puerto Rico are subject to a 7% withholding tax.

*Sales and Use Taxes*

The Sales Tax is imposed on the sale, use, consumption and storage of taxable items, which include tangible personal property, taxable services, admission rights and combined transactions, subject to certain exceptions and limitations. The Sales Tax is not imposed on, among other things: (i) taxable items acquired by merchants for resale, (ii) taxable items acquired by manufacturing plants, (iii) taxable items acquired for use and consumption outside of Puerto Rico, (iv) certain food products that do not need to be heated before their sale, (v) prescription drugs, (vi) the rental payments received by a lessor of real property which is used for residential or commercial purposes, (vii) services provided by designated professionals, (viii) cash, cash equivalents, stocks, bonds, notes, mortgage loans, insurance, securities and interest derived for the use or forbearance of money, (ix) sales of real property, and (x) leases in which the Industrial Development Company is the owner of the property. The Sales Tax was effective starting on November 15, 2006 and is projected to generate for the General Fund approximately $911 million for fiscal year 2008.

I-68

PR-CCD-0007271

*Excise Taxes*

The P.R. Code imposed an excise tax on certain articles and commodities, such as cigarettes, alcohol, sugar, cement, motor vehicles and certain petroleum products, which are taxed at different rates. The excise tax imposed on articles and commodities imported into Puerto Rico for consumption in Puerto Rico ended on October 16, 2006 and has been replaced by the previously described sales and use tax on November 15, 2006.

*Other Taxes and Revenues*

Motor vehicle license plate and registration fees comprise the major portion of license tax receipts.

Non-tax revenues consist principally of lottery proceeds, documentary stamps, permits, fees and forfeits, proceeds of land sales and receipts from public corporations in lieu of taxes.

Revenues from non-Commonwealth sources include customs duties collected in Puerto Rico and excise taxes on shipments of rum from the island to the United States mainland. The customs duties and excise taxes on shipments are imposed and collected by the United States and returned to the Commonwealth. The excise tax on shipments of rum from Puerto Rico and other rum producing countries is $13.50 per gallon. Of this amount, the lesser of $13.25 per proof gallon and the actual excise tax imposed is currently returned to the Treasury.

*Property Taxes*

Personal property, which accounts for approximately 48% of total collections of taxable property, is self-assessed. Real property taxes are assessed based on 1958 property values. No real property reassessment has been made since 1958, and construction taking place after that year has been assessed on the basis of what the value of the property would have been in 1958. Accordingly, the overall assessed valuation of real property for taxation purposes is substantially lower than the actual market value. Also, an exemption on the first $15,000 of assessed valuation in owner-occupied residences is available.

Property taxes are assessed, determined and collected for the benefit of the municipalities by the Municipal Revenues Collection Center ("CRIM"), a government instrumentality of the Commonwealth. However, a special 1.03% tax on the assessed value of all property (other than exempted property) imposed by the Commonwealth for purposes of paying the Commonwealth's general obligation debt is deposited in the Commonwealth's Redemption Fund.

The following table presents the assessed valuations and real and personal property taxes collected for fiscal years ending June 30, 2003 through June 30, 2007.

PR-CCD-0007272

### Commonwealth of Puerto Rico
### Assessed Valuations and Real and Personal Property Taxes
### (Commonwealth and Municipalities Combined)
### (in thousands)

| Fiscal Years Ended June 30, | Assessed Valuations[1] | Taxes Levied | Collections of Current Year | Collections of Previous Years | Total Collections[2] |
|---|---|---|---|---|---|
| 2003 | $23,316,400 | $834,974 | $671,163 | $79,421 | $750,584 |
| 2004 | 23,841,557 | 874,294 | 706,677 | 79,772 | 786,449 |
| 2005 | 25,277,795 | 899,893 | 738,074 | 50,751 | 788,825 |
| 2006 | 25,606,121 | 925,618 | 801,497 | 70,908 | 872,405 |
| 2007 | 26,898,519 | 982,400 | 813,700 | 79,720 | 893,420 |

(1) Valuation set as of July 1 of each fiscal year.

(2) During fiscal year 2004 a property tax amnesty was approved by the Legislative Assembly and implemented by CRIM. In addition to the amounts shown, under the amnesty program a total of $105.3 million was collected in fiscal year 2004 and $21.1 million in fiscal year 2005.

*Source: Municipal Revenues Collection Center.*

## Collections of Income, Sales and Excise Taxes

The Treasury has continued its program for improving tax collections. The program consists, in part, of taking the initiative in sponsoring and implementing tax reform, particularly in the areas of excise taxes and income taxes, in order to decrease the incidences of nonpayment of taxes and to expand the taxpayer base. The program has also included (i) improving the methods by which delinquent taxpayers are identified, primarily through the use of computer analyses, (ii) computerizing the processing of tax returns, and (iii) identifying and eliminating taxpayer evasion. With the elimination of the general excise tax last October, Treasury excise tax personnel have been reassigned to monitor compliance with the new sales tax.

## Transfers to General Obligation Redemption Fund

These consist of transfers from the General Fund to the Redemption Fund for the amortization of the principal of and interest on general obligation bonds and notes of the Commonwealth.

## Components of General Fund Expenditures

*Grants and Subsidies*

This category includes grants and contributions to municipalities, public corporations with independent treasuries, and charitable institutions. It also includes items for or included in court awards, damage awards for personal injury or property damage, and payment of taxes and payments in lieu of taxes.

PR-CCD-0007273

*Personal Services*

   This category includes compensation paid for personal services rendered to the Commonwealth and its public instrumentalities by individuals or firms in the form of salaries, wages, *per diems*, fees, commissions, or other forms of compensation.

*Other Services*

   This category includes compensation for services other than the services referred to above, including advertising, printing, communications, legal expenses, utilities, building and equipment rental and maintenance expenses, insurance premiums and miscellaneous services.

*Materials and Supplies*

   This category includes all articles that ordinarily have a short life and durability, lose their characteristic identity in the process of use, have only nominal value ($25 or less), or are not otherwise chargeable as equipment.

*Equipment Purchases*

   This category includes items that have three special characteristics distinguishing them from materials: durability, long useful life, and high unit cost. In addition, these items are subject to centralized inventory control as fixed assets.

*Capital Outlays and Other Debt Service*

   Capital outlays are made primarily for land acquisition or interests in land, construction of buildings, roads, bridges and other structures, and permanent improvements and additions. Other debt service includes payments on notes held by GDB to be paid from the General Fund and payments for the amortization of the principal of and interest on non-general obligations payable from Commonwealth appropriations.

*Transfers to Agencies*

   These transfers include the repayment of loans and advances to other funds, certain refunds, advances from other funds and other receipts, repayment of advances from other funds, grants and contributions to other funds under the custody of the Secretary of the Treasury and other items. The major portion of grants and contributions in recent fiscal years has consisted of transfers to cover the costs of health reform and advances to the municipalities.

*Other Expenditures*

   This category represents recurring General Fund expenditures not appropriately attributable to other expenditure line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law.

PR-CCD-0007274

**Federal Grants**

Puerto Rico receives grants under numerous federal programs. Federal grants to the agencies and instrumentalities of the Commonwealth government, including public corporations, are estimated to be $4.150 billion for fiscal year 2009, a decrease of $65.2 million, or 1.5%, from fiscal year 2008. The following table presents revenues from federal grants by broad program areas, which are accounted in the central accounting system of the Treasury. The figures for fiscal years 2005 through 2007 are actual figures. The figures for fiscal year 2008 are estimates based on the information submitted by each agency to OMB and the figures for fiscal year 2009 are the amounts included in the recommended budget.

**The Commonwealth of Puerto Rico**
**Federal Grants**
**(in thousands)**

|  | 2005 | 2006 | 2007 | 2008[1] | 2009[2] |
|---|---|---|---|---|---|
| Education | $  963,032 | $1,004,138 | $  986,574 | $  972,708 | $  971,873 |
| Social Services | 1,952,405 | 1,888,150 | 1,923,845 | 1,989,398 | 1,989,692 |
| Health | 383,635 | 432,868 | 436,892 | 466,921 | 479,925 |
| Labor and Human Resources[3] | 150,612 | 197,296 | 183,228 | 225,191 | 231,500 |
| Crime | 29,313 | 41,461 | 29,631 | 28,770 | 26,172 |
| Housing[4] | 524,856 | 371,104 | 375,581 | 440,028 | 343,975 |
| Drug and Justice | 6,781 | 36,979 | 35,321 | 16,219 | 31,609 |
| Agriculture and Natural Resources | 9,439 | 11,402 | 12,484 | 9,859 | 8,083 |
| Contributions to Municipalities | 56,371 | 53,744 | 48,531 | 48,531 | 48,531 |
| Other | 14,256 | 18,251 | 17,095 | 17,766 | 18,852 |
| TOTAL | $4,090,700 | $4,055,393 | $4,049,182 | $4,215,391 | $4,150,212 |

(1) Estimated.
(2) Recommended.
(3) Amounts include grants to the Right to Work Administration and the Occupational Development and Human Resources Council.
(4) Amounts include grants to the Public Housing Administration.

*Source: Office of Management and Budget*

## BUDGET OF THE COMMONWEALTH OF PUERTO RICO

### Office of Management and Budget

OMB's predominant mission is to assist the Governor in overseeing the preparation of the budget of the Commonwealth and supervise its administration in the agencies of the Executive Branch. In helping to formulate the Governor's budget, OMB evaluates the effectiveness of agency programs, policies, and procedures, assesses competing funding demands among agencies, and sets funding priorities.

In addition, OMB oversees and coordinates the Administration's initiatives in financial management, information technology, general management and organizational structure, and supervises the agencies' compliance with the Governor's program and regulatory policies. In

PR-CCD-0007275

each of these areas, OMB's role is to help improve administrative management, develop better performance measures and coordinating mechanisms, and promote efficiency in the use of public funds.

**Budgetary Process**

The fiscal year of the Commonwealth begins each July 1. The Governor is constitutionally required to submit to the Legislative Assembly an annual balanced budget of revenues, capital improvements, and operating expenses of the central government for the ensuing fiscal year. The annual budget is prepared by OMB, in coordination with the Planning Board, the Treasury, and other government offices and agencies. Section 7 of Article VI of the Constitution provides that "The appropriations made for any fiscal year shall not exceed the total revenues, including available surplus, estimated for said fiscal year unless the imposition of taxes sufficient to cover said appropriations is provided by law."

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenues and other resources for the ensuing fiscal year under (i) laws existing at the time the budget is submitted, and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year investment plan prepared by the Planning Board.

The Legislative Assembly may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes to cover such deficit. Upon passage by the Legislative Assembly, the budget is referred to the Governor, who may decrease or eliminate any item but may not increase or insert any new item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislative Assembly with the Governor's objections. The Legislative Assembly, by a two-thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the succeeding fiscal year, as was the case for fiscal year 2006, the annual budget for the preceding fiscal year as originally approved by the Legislative Assembly and the Governor is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislative Assembly and the Governor. This permits the Commonwealth to continue making payments of its operating and other expenses until a new budget is approved.

**Fiscal Reform**

On May 25, 2006, the Governor signed Act No. 103 providing for a fiscal reform of the Commonwealth government (the "Fiscal Reform Legislation"). The Fiscal Reform Legislation applies to every instrumentality and entity of the Executive Branch funded, in whole or in part, from the General Fund and sets forth, as the public policy of the Commonwealth, the reduction of government spending, the elimination or consolidation of redundant agencies, the reduction of government payroll without causing the layoff of regular employees or increasing the actuarial liability of the retirement systems, the limitation of unnecessary, extravagant or excessive spending, and the limitation of public relations and other similar expenses. Despite his approval of the Fiscal Reform Legislation, the Governor has stated that certain of its provisions may be unconstitutional because they infringe on Executive Branch prerogatives. As such, the Governor

I-73

PR-CCD-0007276

has informed the Legislative Assembly that certain provisions of the Fiscal Reform Legislation will be implemented at the Executive Branch's discretion and through the use of the Executive Branch's prerogatives. There is no assurance that the Fiscal Reform Legislation will result in the intended reduction of expenditures or that it will be implemented as enacted or that it will not be judicially challenged.

**Financial Control and Adjustment Procedures**

Revenue estimates for budgetary purposes are prepared by the Treasury, except for estimates of federal grants, which are prepared by OMB based on information received from the various departments and other recipients of such grants. Revenue and federal grant estimates are under continuous review and, if necessary, are revised at least quarterly during the fiscal year. Fiscal control over expenditures is exercised by the Governor, through the Director of OMB, and the Secretary of the Treasury. Monthly reviews and expenditure cut-off procedures are followed to prevent expenditures in excess of appropriations.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislative Assembly a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislative Assembly for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority; first, the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); second, the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and good faith of the Commonwealth; third, current expenditures in the areas of health, protection of persons and property, education, welfare and retirement systems; and fourth, all other purposes.

A Budgetary Fund was created by Act No. 147 of June 18, 1980, as amended (the "Budgetary Fund"), to cover the appropriations approved in any fiscal year in which the revenues available for such fiscal year are insufficient, to secure the payment of public debt, and to provide for unforeseen circumstances in the provision of public service. Currently, an amount equal to one percent of the General Fund net revenues of the preceding fiscal year is deposited annually into the Fund. In addition, other income (not classified as revenues) that is not assigned by law to a specific purpose is also required to be deposited in the Budgetary Fund. The maximum balance of the Budgetary Fund may not exceed 6% of the total appropriations included in the budget for the preceding fiscal year. As of March 31, 2008, the Budgetary Fund balance was $0.

An Emergency Fund was created by Act No. 91 of June 21, 1966, as amended (the "Emergency Fund"), to cover unexpected public needs caused by calamities, such as wars, hurricanes, earthquakes, droughts, floods and plagues, and to protect people's lives and property and the public sector credit. The Emergency Fund is capitalized annually with an amount totaling no less than one percent of the General Fund net revenues of the preceding fiscal year.

PR-CCD-0007277

Act No. 91 was amended in 2003 to set an upper limit to the Emergency Fund of $150 million at the beginning of the fiscal year and was further amended in 2005 to authorize the disbursement of funds from the Emergency Fund to cover certain General Fund expenditures and operational costs of the State Emergency Management Agency. The 2005 amendment also authorizes GDB to lend to the Commonwealth up to $150 million to replenish the Emergency Fund to provide funding for emergency and disaster needs. As of March 31, 2008, the balance in the Emergency Fund was less than $1 million.

**Appropriations**

Appropriations in the central government budget of Puerto Rico consist of the following:

(i)    General Fund appropriations for recurring ordinary operating expenses of the central government and of the Legislative Assembly are made by a single annual law known as the Joint Resolution of the General Budget.

(ii)    General Fund appropriations for special operating expenses, for contributions to municipalities, the University of Puerto Rico and the Judiciary Branch and for capital expenditures are authorized by separate law for one or more years for special programs or activities, which may be permanent or transitory.

(iii)    Disbursements of Special Funds for operating purposes and for capital improvements. For the most part, such disbursements do not require annual legislative authorization, because they are authorized by previous legislation or by the United States Congress. Federal grants constitute the major part of the resources of the Special Funds.

(iv)    Bond Fund appropriations for capital expenditures financed by bonds. Such expenditures occur in one or more years.

In Puerto Rico, the central government performs many functions, which in the fifty states are the responsibility of local governments, such as providing public education, police and fire protection. The central government also provides significant annual grants to the University of Puerto Rico and to the municipalities.

For fiscal year 2007, approximately 47% of the General Fund was committed for payment of the central government payroll. In addition, approximately 26% of the General Fund was committed to the payment of fixed charges such as municipal subsidies, grants to the University of Puerto Rico, funding for the judicial branch, among others, and debt service on the direct debt of the Commonwealth. For fiscal year 2008, it is proposed that approximately 47% and 6% of the General Fund be committed for payment of the central government payroll (not including the University of Puerto Rico and judicial branch) and debt service on the direct debt of the Commonwealth, respectively. Commencing with fiscal year 2004, the Commonwealth appropriates annually to the judicial branch an amount initially equal to 3.3% of the average annual revenue from internal sources for each of the two preceding fiscal years. This percentage will increase until it reaches 4% in fiscal year 2008, and may be further increased upon review, with scheduled reviews every five years.

I-75

**Budget for Fiscal Year 2008**

The consolidated budget for fiscal year 2008 totals $26.9 billion. Of this amount, $14.3 billion is assigned to the central government. This includes General Fund total appropriations of $9.227 billion, which represents an increase of $3 million over expenditures for fiscal year 2007. The following table presents a summary of the Commonwealth's proposed central government budget appropriations for the fiscal year ending June 30, 2008.

I-76

PR-CCD-0007279

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2008**
**(in thousands)***

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ 0 | $ - | $ 120,726 | $ 120,726 |
| Personal income taxes | 2,898,000 | - | - | 2,898,000 |
| Retained non-resident income tax | 1,206,000 | - | - | 1,206,000 |
| Corporate income taxes | 1,730,000 | - | - | 1,730,000 |
| Partnership income taxes | 3,000 | - | - | 3,000 |
| Tollgate taxes | 14,000 | - | - | 14,000 |
| 17% withholding tax on interest | 13,000 | - | - | 13,000 |
| 10% withholding tax on dividends | 64,000 | - | - | 64,000 |
| Inheritance and gift taxes | 7,000 | - | - | 7,000 |
| Sales and use taxes | 911,000 | - | - | 911,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 279,000 | - | - | 279,000 |
| Motor vehicles and accessories | 394,000 | - | - | 394,000 |
| Cigarettes | 116,000 | - | - | 116,000 |
| Other (excise taxes) | 94,000 | - | 24,400 | 118,400 |
| Licenses | 93,000 | - | - | 93,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 58,000 | - | - | 58,000 |
| Electronic lottery | 96,000 | - | - | 96,000 |
| Registration and document certification fees | 184,000 | - | - | 184,000 |
| Other | 145,000 | - | 346,469 | 491,469 |
| Total revenues from internal sources | 8,305,000 | - | 491,595 | 8,796,595 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 361,000 | - | - | 361,000 |
| Federal grants | - | - | 4,215,391 | 4,215,391 |
| Customs | 5,000 | - | - | 5,000 |
| Total revenues from non-Commonwealth sources | 366,000 | - | 4,215,391 | 4,581,391 |
| Total revenues | 8,671,000 | - | 4,706,986 | 13,377,986 |
| Other: | | | | |
| Other Income | 150,000 | - | - | 150,000 |
| Balance from previous year | - | - | 744,251 | 744,251 |
| Bonds authorized | - | - | - | - |
| Total other sources | 150,000 | - | 744,251 | 894,251 |
| Total resources | 8,821,000 | - | 5,451,237 | 14,272,237 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 825,110 | - | 59,936 | 885,046 |
| Education | 3,340,777 | - | 1,209,947 | 4,550,724 |
| Health | 1,480,448 | - | 505,587 | 1,986,035 |
| Welfare | 365,106 | - | 2,335,248 | 2,700,354 |
| Economic development | 187,454 | - | 97,182 | 284,636 |
| Public safety and protection | 1,692,489 | - | 72,984 | 1,765,473 |
| Transportation and communication | 86,440 | - | 70,801 | 157,241 |
| Housing | 26,139 | - | 268,267 | 294,406 |
| Contributions to municipalities | 360,779 | - | 1,781 | 362,560 |
| Special pension contributions | 296,132 | - | - | 296,132 |
| Debt service | 450,702 | - | 120,726 | 571,428 |
| Other debt service (appropriations) | 103,424 | - | 56,348 | 159,772 |
| Total appropriations – current expenses | 9,215,000 | - | 4,798,024 | 14,013,807 |
| Capital improvements | 12,000 | - | 182,419 | 194,419 |
| Total appropriations | 9,227,000 | - | 4,981,226 | 14,208,226 |
| Year-end balance | (406,000) | - | 470,011 | 64,011 |
| Total appropriations and year-end balance | $ 8,821,000 | - | $ 5,451,237 | $14,272,237 |

* Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.
(2) Act No. 93 of August 20, 1997 establishes that resources that do not represent revenues become part of the Budgetary Fund.

*Sources*: Department of the Treasury and Office of Management and Budget

I-77

Projected expenses and capital improvements of all budgetary funds total $14.2 billion, a decrease of $42.7 million from fiscal year 2007. The major changes in General Fund expenditures by program in fiscal year 2008 are mainly due to increases in health (up $99.1 million), public safety and protection (up $76.2 million), special pension contributions (up $30.1 million), transportation and communication (up $9.4 million), other debt service (up $8.9 million), housing (up $1.6 million) and decreases in welfare (down $100.8 million), debt service on Commonwealth's general obligation and guaranteed debt (down $49.2 million), contributions to municipalities (down $26.9 million), economic development (down $21.3 million), education (down $20.8 million) and general government (down $2 million).

**Proposed Budget for Fiscal Year 2009**

The proposed consolidated budget for fiscal year 2009 totals $26.3 billion. Of this amount, $14.6 billion is assigned to the central government. This includes General Fund total resources and appropriations of $9.488 billion, which represents an increase of $261 million over approved expenditures for fiscal year 2008. The fiscal year 2009 budget marks the third consecutive year in which budgeted expenditures are below the fiscal year 2006 level. The increase in expenditures is mainly due to University of Puerto Rico, judiciary and municipal formula increases and salary increases mandated by law or collective bargaining agreements. An additional $42.3 million is budgeted for the State Election Commission. The General Fund revenue projection for fiscal year 2009 is $8.488 billion, a decrease of $183 million, or 2.1%, from estimated net revenues for fiscal year 2008 of $8.671 billion. The Commonwealth's budgeted expenditures for fiscal year 2009 of $9.488 billion exceed projected revenues of $8.488 by approximately $1 billion. The Commonwealth's economic team is working together to enforce spending control measures that have been established to attempt to minimize the budget risk. In addition, the Governor has proposed two special measures which are expected to generate close to $1 billion in fiscal year 2009. These measures consist of tax receivable financings and proceeds received from a concession agreement for operation of the electronic lottery. Legislation authorizing these two measures was submitted by the Governor along with the budget. No assurance can be given that either of these measures will be enacted, or that if enacted, they will be in the forms recommended by the Governor. The following table presents a summary of the Commonwealth's proposed central government budget appropriations for the fiscal year ending June 30, 2009.

PR-CCD-0007281

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2009**
**(in thousands)**[*]

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ - | $ - | $ 121,330 | $ 121,330 |
| Personal income taxes | 2,770,000 | - | - | 2,770,000 |
| Retained non-resident income tax | 1,015,000 | - | - | 1,015,000 |
| Corporate income taxes | 1,751,000 | - | - | 1,751,000 |
| Partnership income taxes | 3,000 | - | - | 3,000 |
| Tollgate taxes | 10,000 | - | - | 10,000 |
| 17% withholding tax on interest | 12,000 | - | - | 12,000 |
| 10% withholding tax on dividends | 67,000 | - | - | 67,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 977,000 | - | - | 977,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 292,000 | - | - | 292,000 |
| Motor vehicles and accessories | 414,000 | - | - | 414,000 |
| Cigarettes | 121,000 | - | - | 121,000 |
| Other (excise taxes) | 95,000 | - | 21,701 | 116,701 |
| Licenses | 96,000 | - | - | 96,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 59,000 | - | - | 59,000 |
| Electronic lottery | 89,000 | - | - | 89,000 |
| Registration and document certification fees | 195,000 | - | - | 195,000 |
| Other | 140,000 | - | 358,747 | 498,747 |
| Total revenues from internal sources | 8,111,000 | - | 501,778 | 8,612,778 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 372,000 | - | - | 372,000 |
| Federal grants | - | - | 4,150,212 | 4,150,212 |
| Customs | 5,000 | - | - | 5,000 |
| Total revenues from non-Commonwealth sources | 377,000 | - | 4,150,212 | 4,527,212 |
| Total revenues | 8,488,000 | - | 4,651,990 | 13,139,990 |
| Other: | | | | |
| Other Income | 1,000,000 | - | - | 1,000,000 |
| Balance from previous year | - | - | 470,011 | 470,011 |
| Bonds authorized | - | - | - | - |
| Total other sources | 1,000,000 | - | 470,011 | 1,470,011 |
| Total resources | 9,488,000 | - | 5,122,001 | 14,610,001 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 898,263 | - | 59,554 | 957,817 |
| Education | 3,430,540 | - | 1,372,284 | 4,802,824 |
| Health | 1,560,237 | - | 501,945 | 2,062,182 |
| Welfare | 492,816 | - | 2,345,347 | 2,838,163 |
| Economic development | 180,378 | - | 94,356 | 274,734 |
| Public safety and protection | 1,706,674 | - | 69,105 | 1,775,779 |
| Transportation and communication | 96,515 | - | 75,670 | 172,185 |
| Housing | 29,240 | - | 274,863 | 304,103 |
| Contributions to municipalities | 378,190 | - | 1,781 | 379,971 |
| Special pension contributions | 313,641 | - | 0 | 313,641 |
| Debt service | 288,000 | - | 121,330 | 409,330 |
| Other debt service (appropriations) | 113,506 | - | 56,644 | 170,150 |
| Total appropriations – current expenses | 9,488,000 | - | 4,972,879 | 14,460,879 |
| Capital improvements | - | - | 92,635 | 92,635 |
| Total appropriations | 9,488,000 | - | 5,065,514 | 14,553,514 |
| Year-end balance | | | 56,487 | 56,487 |
| Total appropriations and year-end balance | $ 9,488,000 | | $ 5,122,001 | $14,610,001 |

* Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.
(2) Act No. 93 of August 20, 1997 establishes that resources that do not represent revenues become part of the Budgetary Fund.

*Sources*: Department of the Treasury and Office of Management and Budget

I-79

PR-CCD-0007282

Projected expenses and capital improvements of all budgetary funds total $14.6 billion, an increase of $345.3 million from fiscal year 2008. The major changes in General Fund expenditures by program in fiscal year 2009 are mainly due to increases in welfare (up $127.7 million), education (up $89.8 million), health (up $79.8 million), general government (up $73.2 million), special pension contribution (up $17.5 million), contributions to municipalities (up $17.4 million), public safety and protection (up $14.2 million), other debt service (up $10.1 million), transportation and communication (up $10.1 million), housing (up $3.1 million) and decreases in debt service on Commonwealth's general obligation and guaranteed debt (down $162.7 million) and economic development (down $7.1 million).

### Differences between Budget and Basic Financial Statements

Revenues and expenditures, as reported by the Treasury in its Basic Financial Statements, may differ substantially from resources and appropriations in the annual budget for a number of reasons, including the following:

(i) The budgetary accounts are on a cash basis, while financial statements prepared by the Treasury include accruals and other adjustments as required by government accounting standards.

(ii) Expenditures for current purposes in a particular fiscal year may include amounts appropriated for earlier periods but not previously expended and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

(iii) Bonds are authorized by the Commonwealth in accordance with a four-year capital improvement program. Since bond sales are determined by bond market conditions and other factors, the amounts of bonds sold for these improvements are financed by advances from the General Fund to the Capital Projects Fund, which are later reimbursed from proceeds of bond or notes sales.

## LITIGATION

The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended ("Act No. 104"), persons are authorized to sue the Commonwealth only for causes of actions specified in said Act. The Commonwealth may be liable under Act No. 104 for damages up to a maximum amount of $75,000 or $150,000 if the suit involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended ("Act No. 9"), the Commonwealth may provide its officers and employees, including directors of public corporations and government instrumentalities and mayors of the municipalities of the Commonwealth, with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the amount of the judgment that may be paid under Act No. 9.

With respect to pending and threatened litigation, as of June 30, 2006, the Commonwealth has included in its financial statements reported liabilities of approximately $306 million for awarded and anticipated unfavorable judgments. While amounts claimed

PR-CCD-0007283

exceed $9 billion, such amount represents the amount estimated at the time as a probable liability or a liability with a fixed or expected due date, which would require future available financial resources for its payment. The Commonwealth believes that the ultimate liability in excess of amounts provided in the financial statements, if any, would not be significant.

The Commonwealth is a defendant in two lawsuits filed, one in Commonwealth court and one in the United States District Court for the District of Puerto Rico, by an association of primary care health centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health since 1997. In June 2004, the Superior Court of the Commonwealth in San Juan determined that the Commonwealth must return those funds. The Supreme Court of Puerto Rico, however, upheld a partial ruling allowing the Commonwealth to deduct from the payments due to the centers certain of the payments received by the centers from the federal government. Currently, audits are being carried out on the plaintiff centers. As of June 30, 2006, the Commonwealth has accrued $55 million for this legal contingency. With respect to the federal case, a preliminary injunction was issued by the court against the Commonwealth requiring it to disburse approximately $20 million in six payments beginning in October 2005.

The Commonwealth is also a defendant in a class action presented by parents of special education students alleging deficient services to these students in the areas of education and health care before Commonwealth Courts. One court recently decided in favor of the parents' request to include damage claims in the same class action case. This court may now award damages to the class action members, and in doing so may consider the claims in groups or each case individually. This will require that the parents prove the damages suffered. The Commonwealth plans to defend vigorously each case. As of June 30, 2006, the Commonwealth had accrued $440 million for this legal contingency.

This decision is appealable and thus, not final at this time. The Commonwealth does not anticipate any final determination or damages award, in any case, to be granted in this fiscal year.

The Commonwealth and various component units are defendants in other lawsuits alleging violations of civil rights, breach of contract, and other damage claims. Preliminary hearings and discovery proceedings are in progress. The amounts claimed exceed $7.8 billion; however, the ultimate liability cannot be presently determined. It is the opinion of the Commonwealth that the claims are excessive. No provision for any liability that may result upon adjudication of these lawsuits has been recognized by the Commonwealth. The Commonwealth believes that the ultimate liability, if any, would not be significant.

PR-CCD-0007284

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007285

**APPENDIX II**

**FORM OF OPINION OF BOND COUNSEL**

PR-CCD-0007286

[THIS PAGE INTENTIONALLY LEFT BLANK]



SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT

GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK

SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, DC

FOUNDED 1866

May __, 2008

Hon. José Guillermo Dávila Matos
Secretary of the Treasury of Puerto Rico
San Juan, Puerto Rico

Dear Sir:

We have examined Act No. 33 of the Legislature of Puerto Rico, approved December 7, 1942 (the "Act"), and certified copies of the legal proceedings, including a resolution adopted by the Secretary of the Treasury of the Commonwealth of Puerto Rico and approved by the Governor of the Commonwealth of Puerto Rico (the "Resolution"), and other proofs submitted relative to the issuance and sale of the following described bonds (the "Bonds"):

**$190,135,000**

**COMMONWEALTH OF PUERTO RICO**

**PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2008 C**

**Dated:  Date of Delivery.**

Maturing on July 1 of the years and in such principal amounts and bearing interest at the rates, payable on the dates, all as set forth in the Resolution.  The Bonds are issuable as registered Bonds without coupons in the manner and in accordance with the terms and conditions of the Resolution.

We have also examined one of the Bonds as executed and authenticated.

From such examination we are of the opinion that:

1.      The Act is valid.

2.      Said proceedings have been validly and legally taken.

3.      The Act and said proceedings and proofs show lawful authority for the issuance and sale of the Bonds, and the Bonds constitute valid and binding general obligations of the Commonwealth of Puerto Rico for the payment of the principal of and the interest on which the good faith, credit and taxing power of the Commonwealth of Puerto Rico are pledged.

II-1

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

PR-CCD-0007288



May ___, 2008
Page 2

4.     Under the provisions of the Acts of Congress now in force, the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation.

Except as provided in paragraph 4 above, we express no opinion regarding any federal, state, Commonwealth of Puerto Rico or local tax consequences with respect to the Bonds.

Respectfully submitted,

[To be signed, "Sidley Austin LLP"]

PR-CCD-0007289

# APPENDIX III

## FORM OF OPINION OF SPECIAL TAX COUNSEL

PR-CCD-0007290

Exhibit 21 Part 3 Page 216 of 1000

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007291

McV  McConnell Valdés LLC                                         APPENDIX III

May __, 2008

Hon. José Guillermo Dávila
Secretary of the Treasury of Puerto Rico
San Juan, Puerto Rico

Dear Sir:

We have served as Special Tax Counsel in connection with the issuance by the Commonwealth of Puerto Rico (the "Commonwealth") of its $190,135,000 principal amount of Public Improvement Refunding Bonds, Series 2008 C (the "Bonds").

**The discussion of U.S. federal tax issues contained in this opinion is limited to the U.S. federal tax issues addressed herein. Additional issues may exist that are not addressed in this opinion and that could affect the federal tax treatment of the matter that is the subject of this discussion. This tax opinion was written in connection with the promotion or marketing of the Bonds, and it cannot be used by the owner of the Bonds for the purpose of avoiding penalties that may be asserted against the owner of the Bonds under the Internal Revenue Code of 1986, as amended. Prospective owners of the Bonds should seek advice based on their particular circumstances from an independent tax advisor.**

In our capacity as Special Tax Counsel, we have examined Act No. 33 of the Legislature of Puerto Rico, approved on December 7, 1942, as amended (the "Act"), and a resolution authorizing the issuance of the Bonds adopted in accordance with the Act by the Secretary of the Treasury of the Commonwealth of Puerto Rico (the "Commonwealth") and approved by the Governor of Puerto Rico, and such other documents as we have deemed necessary to render this opinion, including representations by the Commonwealth. Furthermore, we have relied upon the opinion of Sidley Austin LLP, Bond Counsel, as to the validity of the Bonds (all documents examined referred to collectively as the "Documents"). In such examination, we have assumed the authenticity of all documents submitted to us as originals, the conformity to original documents of all documents submitted to us as certified or photostatic copies, the authenticity of the originals of such latter documents, the genuineness of all signatures and the correctness of all representations made therein. We have further assumed that there are no agreements or understandings contemplated therein other than those contained in the Documents relative to the issuance and sale of the Bonds.

We have also assumed that the transactions contemplated herein will be carried out strictly in accordance with the Documents. Any variance in the facts may result in income tax consequences that differ from those reflected in the opinions set forth below.

270 MUÑOZ RIVERA AVENUE, SAN JUAN, PUERTO RICO 00918
PO BOX 364225, SAN JUAN, PUERTO RICO 00936-4225
TELEPHONE: 787.759.9292 • FAX: 787.759.9225
www.mcvpr.com

III-1

McV McCONNELL VALDÉS LLC

May ___, 2008
Page 2

We have also examined the United States Internal Revenue Code of 1986, as amended, and regulations promulgated thereunder (the "U.S. Code"), the Puerto Rico Internal Revenue Code of 1994, as amended, and regulations promulgated thereunder (the "P.R. Code"), and such other laws as we have deemed relevant for the purpose of rendering this opinion.

The law covered by the opinions expressed herein is limited to the law of the United States of America and of the Commonwealth of Puerto Rico.

Based upon and subject to the foregoing and the further qualifications set forth below, and assuming (i) that the final Documents will be substantially identical to the forms examined, and (ii) full compliance with all the terms of the final Documents, we are of the opinion as of the date hereof that:

A.    Based on the provisions of the Commonwealth law now in force:

1.    Interest of the Bonds is exempt from Puerto Rico income and withholding taxes, including the alternative minimum tax imposed by Section 1017 of the P.R. Code.

2.    The Bonds are exempt from property taxes imposed by the Puerto Rico Municipal Property Tax Act of 1991, as amended, and interest thereon is exempt from the municipal license tax imposed by the Puerto Rico Municipal License Tax Act of 1974, as amended.

3.    The transfer of the Bonds by (i) gift will not be subject to gift tax under the P.R. Code in the case of donors who are residents of Puerto Rico at the time the gift is made and (ii) death will not be subject to estate tax under the P.R. Code in the case of a decedent who at the time of death was (x) a resident of Puerto Rico and (y) a United States citizen who acquired such citizenship solely by reason of birth or residence in Puerto Rico.

4. Gain realized from the sale, exchange or redemption of a Bond by an individual that is a resident of Puerto Rico (as determined under the P.R. Code) or a corporation or partnership organized under the laws of the Commonwealth will be subject to income tax under the P.R. Code.

Gain realized from the sale, exchange or redemption of the Bonds by an individual that is a citizen of the United States and not a resident of Puerto Rico during the taxable year in which such gain is realized will not be subject to income tax under the P.R. Code, provided such gain does not constitute income from sources within Puerto Rico.

PR-CCD-0007293

McV MCCONNELL VALDÉS LLC

May ___, 2008
Page 3

Gain realized from the sale, exchange or redemption of the Bonds by an individual that is an alien and not a resident of Puerto Rico or by a foreign corporation or partnership will not be subject to income tax under the P.R. Code, provided such gain does not constitute income from sources within Puerto Rico and is not effectively connected with the conduct of a trade or business within Puerto Rico.

5. The Bonds will be considered an obligation qualifying for (i) the non-recognition of gain rules of Section 1112(f)(2)(A) of the P.R. Code applicable to certain involuntary conversions and (ii) the exemption from the surtax imposed by Section 1102 of the P.R. Code available to obligations of the Commonwealth and certain other investments.

6. Interest of the Bonds constitutes "industrial development income" under Section 2(j) of the Puerto Rico Industrial Incentives Act of 1963, the Puerto Rico Industrial Incentives Act of 1978, the Puerto Rico Tax Incentives Act of 1987, and the Puerto Rico Tax Incentives Act of 1998, all as amended (collectively, the "Incentives Acts"), when received by a holder of a grant of tax exemption issued under any of the Incentives Acts that acquired the Bonds with "eligible funds," as such term is defined in the Incentives Acts.

B. Based on the provisions of the U.S. Code now in force:

1. Interest on the Bonds received by, or "original issue discount" (within the meaning of Sections 1272 and 1273 of the U.S. Code) accrued to, a corporation (i) organized under the laws of the Commonwealth and subject to income tax under the U.S. Code as a corporation, or (ii) otherwise constituting a foreign corporation that is subject to income tax under the U.S. Code as a corporation, is not, in the hands of such corporation, subject to income taxation under the U.S. Code provided such interest or "original issue discount" is not effectively connected, or treated as effectively connected, with or attributable to the conduct of a trade or business within the United States by such corporation.

2. Interest on the Bonds received by, or "original issue discount" (within the meaning of Sections 1272 and 1273 of the U.S. Code) accrued to, an individual who is a bona fide resident of Puerto Rico (within the meaning of Sections 933 and 937(a) of the U.S. Code and the regulations issued thereunder) during the entire taxable year in which such interest is received or "original issue discount" is accrued will constitute gross income from sources within Puerto Rico and, therefore, is excludable from gross income pursuant to Section 933(1) of the U.S. Code.

PR-CCD-0007294

McV MCCONNELL VALDÉS LLC

May ___, 2008
Page 4

3.    Interest on the Bonds and any original issue discount accrued or received thereon is not excludable from the gross income of the recipient thereof for United States federal income tax purposes under Section 103(a) of the U.S. Code.

4.    Pursuant to Notice 89-40 issued by the IRS on March 27, 1989, gain on the sale, or exchange or redemption of the Bonds by an individual who is a bona fide resident of Puerto Rico (within the meaning of Sections 933 and 937(a) of the U.S. Code and the regulations issued thereunder) during the entire taxable year will constitute income from sources within Puerto Rico and, therefore, qualify for the exclusion from gross income provided in Section 933(1) of the U.S. Code, provided such Bonds do not constitute inventory in the hands of such individual and at the time that the Bonds were acquired by such individual, such individual was a bona fide resident of Puerto Rico (within the meaning of Sections 933 and 937(a) of the U.S. Code and the regulations issued thereunder).

5.    The transfer of the Bonds by death or gift will not be subject to estate or gift tax under the U.S. Code in the case of decedents or donors who, at the time of death or gift, are (i) residents of Puerto Rico and (ii) United States citizens that acquired such citizenship solely by reason of birth or residence in Puerto Rico .

The P.R. Code does not provide rules with respect to the treatment of the excess of the amount due at maturity of a Bond with an initial offering price to the public lower than the amount due at maturity over such initial offering price (the "Discount Amount"). Under the current administrative practice followed by the PRTD, the Discount Amount is treated as interest.

Prospective owners of the Bonds, including but not limited to financial institutions, should be aware that ownership of the Bonds may result in having a portion of their interest and other expenses attributable to interest on the Bonds disallowed as deductions for purposes of computing the regular tax and the alternative minimum tax for Commonwealth income tax purposes.

Prospective owners of the Bonds should also be aware that the U.S. Code provides special rules for the taxation of shareholders of foreign corporations that qualify as "controlled foreign corporations," "personal holding companies," or "passive foreign investment companies," as such terms are defined by the U.S. Code.

We express no opinion with respect to any matter not specifically addressed by the foregoing opinions, including other state or local tax consequences, or any federal, state, or local issue not specifically referred to and discussed above including, without limitation, the effect on the matters covered by this opinion of the laws of any other jurisdiction.  Please note that

III-4

McV MCCONNELL VALDÉS LLC

May ___, 2008
Page 5

opinions of counsel have no official status and are not binding on the Treasury or the courts.
Accordingly, we can provide no assurance that the interpretation of the Puerto Rico income tax
laws set forth above will prevail if challenged by Treasury in an administrative or judicial
proceeding.

We undertake no obligation to update this opinion in the event there is either a change in
the legal authorities, in the facts (including the taking of any action by any party to any of the
transactions described in the Documents relating to such transactions) or in the Documents on
which this opinion is based, or an inaccuracy in any of the representations upon which we have
relied in rendering this opinion.

Respectfully submitted,

[To be signed, "McConnell Valdés LLP"]

III-5

PR-CCD-0007296

[THIS PAGE INTENTIONALLY LEFT BLANK]

Exhibit 21 Part Page 193 of 340

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007298

Exhibit 21   Page 188 of 140

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0007299


Printed on Recycled Paper
IMAGEMASTER 800-162.5152

Exhibit 22 (Part 5 of III) Page 1 of 100

# Exhibit 22

NEW ISSUE - BOOK-ENTRY ONLY
See "Book-Entry Only System" under The Bonds

*In the opinion of Bond Counsel, under the provisions of the Acts of Congress now in force, (i) subject to continuing compliance with certain tax covenants, interest on the Bonds will not be includable in gross income for federal income tax purposes, and (ii) the Bonds and interest thereon will be exempt from state, Commonwealth and local income taxation under existing law. However, see "Tax Matters" for a description of alternative minimum tax consequences with respect to interest on the Bonds and other tax considerations.*

**$250,000,000**

**COMMONWEALTH OF PUERTO RICO**
**Public Improvement Bonds of 2008, Series A**
**(General Obligation Bonds)**

**Dated: Date of Delivery**                                   **Due: July 1, as shown below**

The Bonds are issuable as registered bonds without coupons and will be initially registered only in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"), which will act as securities depository for the Bonds. Bonds will be available to purchasers in denominations of $5,000 and whole multiples thereof only under the book-entry system maintained by DTC through brokers and dealers who are, or act through, DTC Participants. **Purchasers will not receive delivery of the Bonds. So long as any purchaser is the beneficial owner of a Bond, he must maintain an account with a broker or dealer who is, or acts through, a DTC Participant to receive payment of principal and interest on such Bond.** See "Book-Entry Only System" under *The Bonds*. Interest on the Bonds will accrue from their date of issuance at the annual rates described below, and will be payable semi-annually on each January 1 and July 1, commencing on January 1, 2009. The Bonds are subject to redemption prior to maturity as set forth herein.

**THE BONDS ARE GENERAL OBLIGATIONS OF THE COMMONWEALTH. THE GOOD FAITH, CREDIT AND TAXING POWER OF THE COMMONWEALTH ARE IRREVOCABLY PLEDGED FOR THE PROMPT PAYMENT OF THE PRINCIPAL OF AND INTEREST ON THE BONDS. THE CONSTITUTION OF PUERTO RICO PROVIDES THAT PUBLIC DEBT OF THE COMMONWEALTH, WHICH INCLUDES THE BONDS, CONSTITUTES A FIRST CLAIM ON AVAILABLE COMMONWEALTH RESOURCES.**

| Maturity July 1, | Amount | Interest Rate | Yield | CUSIP |
|---|---|---|---|---|
| 2010 | $3,850,000 | 5.00% | 3.40% | 74514LVA2 |
| 2011 | 4,040,000 | 5.00 | 3.72 | 74514LVB0 |
| 2012 | 4,245,000 | 5.00 | 3.93 | 74514LVC8 |
| 2013 | 4,455,000 | 5.50 | 4.12 | 74514LVD6 |
| 2014 | 4,700,000 | 5.50 | 4.31 | 74514LVE4 |
| 2015 | 4,960,000 | 5.50 | 4.47 | 74514LVF1 |
| 2016 | 5,230,000 | 5.50 | 4.62 | 74514LVG9 |
| 2017 | 5,520,000 | 5.50 | 4.78 | 74514LVH7 |
| 2018 | 5,825,000 | 5.50 | 4.93 | 74514LVJ3 |

$33,950,000, 5.000% Term Bond due July 1, 2023, Yield: 5.160% CUSIP: 74514LVK0
$43,435,000, 5.125% Term Bond due July 1, 2028, Yield: 5.310% CUSIP: 74514LVL8
$56,055,000, 5.375% Term Bond due July 1, 2033, Yield: 5.480% CUSIP: 74514LVM6
$73,735,000, 6.000% Term Bond due July 1, 2038, Yield: 5.490% CUSIP: 74514LVN4

The Bonds are offered for delivery when, as and if issued and accepted by the Underwriters, subject to the approval of legality by Sidley Austin LLP, New York, New York, Bond Counsel, and certain other conditions. Certain legal matters will be passed upon for the Underwriters by Squire, Sanders & Dempsey L.L.P., Miami, Florida. It is expected that the Bonds will be available for delivery through the facilities of DTC on or about September 18, 2008.

| **Morgan Stanley** | **Banc of America Securities LLC** | **UBS Financial Services Puerto Rico** |
|---|---|---|
| **BBVAPR MSD** | **Citi** | **DEPFA First Albany Securities LLC** |
| **Eurobank MSD** | **Goldman, Sachs & Co.** | **JPMorgan** |
| **Lehman Brothers** | **Loop Capital Markets** | **Merrill Lynch & Co.** |
| **Oppenheimer & Co. Inc.** | **Popular Securities** | **RBC Capital Markets** |
| **Samuel A. Ramírez & Co.** | **Santander Securities** | **Scotia Capital** |
| | **Wachovia Capital Markets LLC** | |

September 5, 2008

PR-CCD-0009527

# Commonwealth of Puerto Rico

## Governor

ANÍBAL ACEVEDO VILÁ

## Members of the Cabinet

JORGE P. SILVA-PURAS
*Chief of Staff*

FERNANDO J. BONILLA
*Secretary of State*

ROBERTO J. SÁNCHEZ RAMOS
*Secretary of Justice*

ANGEL ORTÍZ GARCIA
*Acting Secretary of the Treasury*

RAFAEL ARAGUNDE TORRES
*Secretary of Education*

ROMÁN M. VELASCO GONZÁLEZ
*Secretary of Labor and Human Resources*

ROSA PÉREZ PERDÓMO
*Secretary of Health*

GABRIEL FIGUEROA HERRERA
*Secretary of Agriculture*

CARLOS GONZÁLEZ MIRANDA
*Secretary of Transportation and Public Works*

BARTOLOMÉ GAMUNDI CESTERO
*Secretary of Economic Development and Commerce*

FÉLIX MATOS
*Secretary of Family Affairs*

JORGE RIVERA JIMÉNEZ
*Secretary of Housing*

JAVIER VÉLEZ AROCHO
*Secretary of Natural and Environmental Resources*

VÍCTOR A. SUÁREZ
*Secretary of Consumer Affairs*

DAVID E. BERNIER RIVERA
*Secretary of Sports and Recreation*

MIGUEL A. PEREIRA
*Secretary of Corrections and Rehabilitation*

---

*Legislative Officers*

KENNETH D. MCCLINTOCK
President, Senate

JOSÉ F. APONTE
Speaker, House of Representatives

*Fiscal Officers*

ARMANDO A. VALDEZ
Director, Office of Management and Budget

JORGE IRIZARRY HERRÁNS
President, Government Development Bank for Puerto Rico

PR-CCD-0009528

No dealer, broker, sales representative or other person has been authorized by the Commonwealth to give any information or to make any representations other than those contained herein and, if given or made, such other information or representations must not be relied upon as having been authorized by the Commonwealth. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such an offer, solicitation or sale. The information set forth herein has been obtained from the Commonwealth and other official sources that are believed to be reliable. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Commonwealth since the date hereof. The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

IN CONNECTION WITH THE OFFERING OF THE BONDS, THE UNDERWRITERS MAY EFFECT TRANSACTIONS WHICH STABILIZE OR MAINTAIN THE MARKET PRICES OF THE BONDS, AS WELL AS THE OUTSTANDING GENERAL OBLIGATION BONDS OF THE COMMONWEALTH, AT LEVELS ABOVE THOSE WHICH MIGHT OTHERWISE PREVAIL IN THE OPEN MARKET. SUCH STABILIZING, IF COMMENCED, MAY BE DISCONTINUED AT ANY TIME.

CERTAIN STATEMENTS CONTAINED IN THIS OFFICIAL STATEMENT REFLECT NOT HISTORICAL FACTS BUT FORECASTS AND "FORWARD-LOOKING STATEMENTS". THESE STATEMENTS ARE BASED UPON A NUMBER OF ASSUMPTIONS AND ESTIMATES THAT ARE SUBJECT TO SIGNIFICANT UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE COMMONWEALTH OF PUERTO RICO. IN THIS RESPECT, THE WORDS "ESTIMATES", "PROJECTS", "ANTICIPATES", "EXPECTS", "INTENDS", "BELIEVES" AND SIMILAR EXPRESSIONS ARE INTENDED TO IDENTIFY FORWARD-LOOKING STATEMENTS. ALL PROJECTIONS, FORECASTS, ASSUMPTIONS, EXPRESSIONS OF OPINIONS, ESTIMATES AND OTHER FORWARD-LOOKING STATEMENTS ARE EXPRESSLY QUALIFIED IN THEIR ENTIRETY BY THIS CAUTIONARY STATEMENT: ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE EXPRESSED OR IMPLIED BY FORWARD-LOOKING STATEMENTS.

PR-CCD-0009529

[This page intentionally left blank]

PR-CCD-0009530

# TABLE OF CONTENTS

**Page**

INTRODUCTORY STATEMENT ................................................................................................ 1

OVERVIEW ................................................................................................................................... 2

RECENT DEVELOPMENTS ......................................................................................................... 3

    Fiscal Year 2008 Preliminary Revenues and Expenditures ..................................................... 3
    Fiscal Year 2009 Projected Revenues and Expenditures ......................................................... 4
    Indictment of Governor of Puerto Rico ................................................................................... 4
    Planning Board Revised Economic Growth Estimates ............................................................. 4

PLAN OF FINANCING .................................................................................................................. 5

    Sources and Uses of Funds ...................................................................................................... 5

THE BONDS ................................................................................................................................... 5

    General ..................................................................................................................................... 5
    Book-Entry Only System ......................................................................................................... 5
    Payments and Transfers .......................................................................................................... 8
    Discontinuance of the Book-Entry Only System ...................................................................... 8
    Authorization .......................................................................................................................... 8
    Redemption ............................................................................................................................. 8
    Notice of Redemption; Effect of Redemption .......................................................................... 9
    Security .................................................................................................................................. 10
    Payment Record .................................................................................................................... 12
    Debt Limitation ..................................................................................................................... 12
    Maturity Limitation .............................................................................................................. 14

PUBLIC SECTOR DEBT OF THE COMMONWEALTH ............................................................ 14

    Public Sector Debt ................................................................................................................ 14
    Debt Service Requirements for Commonwealth General Obligation Bonds and
        Certain Guaranteed Debt ................................................................................................ 16

TAX MATTERS ........................................................................................................................... 18

    Discount Bonds ..................................................................................................................... 19
    Premium Bonds ..................................................................................................................... 20
    Information Reporting and Backup Withholding .................................................................... 20
    Future Developments ............................................................................................................. 20

APPROVAL OF LEGAL PROCEEDINGS ................................................................................... 21

LEGAL INVESTMENT ................................................................................................................ 21

UNDERWRITING ........................................................................................................................ 21

GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO ............................................... 22

RATINGS ..................................................................................................................................... 22

CONTINUING DISCLOSURE ...................................................................................................... 23

PR-CCD-0009531

# TABLE OF CONTENTS
(continued)

|  | Page |
|---|---|
| MISCELLANEOUS | 26 |

Appendix I — Commonwealth of Puerto Rico Financial Information and Operating Data Report, dated May 31, 2008

Appendix II — Comprehensive Annual Financial Report of the Commonwealth for the fiscal year ended June 30, 2007

Appendix III — Form of Opinion of Bond Counsel

ii

$250,000,000
**COMMONWEALTH OF PUERTO RICO**
**Public Improvement Bonds of 2008, Series A**
**(General Obligation Bonds)**

## INTRODUCTORY STATEMENT

This Official Statement of the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico"), which includes the cover page, the table of contents and the appendices, provides certain information in connection with the sale of $250,000,000 aggregate principal amount of Commonwealth of Puerto Rico Public Improvement Bonds of 2008, Series A (the "Bonds").

The Bonds are being issued under the provisions of Act No. 243 of the Legislature of Puerto Rico (the "Legislature"), approved August 9, 2008, as supplemented by Joint Resolution No. 905 of the Legislature, approved on August 9, 2008 (collectively, the "Act"), and pursuant to a resolution authorizing the issuance of the Bonds (the "Bond Resolution"), adopted in accordance with the Act by the Acting Secretary of the Treasury of Puerto Rico (the "Secretary" or the "Secretary of the Treasury") and approved by the Governor of Puerto Rico on September 5, 2008.

Under the Act, the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.

This Official Statement includes the Commonwealth's Financial Information and Operating Data Report, dated May 31, 2008 (the "Commonwealth Report"), attached hereto as *Appendix I*, and the Commonwealth's Comprehensive Annual Financial Report for the fiscal year ended June 30, 2007, prepared by the Department of the Treasury of the Commonwealth (the "Commonwealth's Annual Financial Report"), attached hereto as *Appendix II*. The Commonwealth Report attached hereto as *Appendix I* includes important operating and financial information about the Commonwealth, including information about its economy, historical revenues and expenditures of its General Fund, the estimated year-end results of fiscal year 2008, the budget for fiscal years 2008 and 2009, and the debt of the Commonwealth's public sector, and should be read in its entirety and in conjunction with the *Recent Developments* herein. The Commonwealth's Annual Financial Report includes the basic financial statements of the Commonwealth as of and for the fiscal year ended June 30, 2007, which have been audited by KPMG LLP, independent auditors, as stated in their report dated June 15, 2008, accompanying such financial statements. KPMG LLP did not audit the financial statements of the Public Buildings Authority capital project fund or the Children's Trust special revenue funds (major funds), and certain activities, funds and component units separately identified in its report. Those financial statements were audited by other auditors whose reports have been furnished to KPMG LLP, and its opinions, insofar as they relate to the amounts included for activities, funds and component units, separately identified in its report, are based solely on the reports of the other auditors. The Commonwealth's Annual Financial Report has been filed by the Commonwealth with each nationally recognized municipal securities information repository ("NRMSIR").

PR-CCD-0009533

Any appendix of an Official Statement of the Commonwealth or of any instrumentality of the Commonwealth containing any revision to the Commonwealth Report or to the Commonwealth's Annual Financial Report that is filed with each NRMSIR and the Municipal Securities Rulemaking Board, or any new or revised Commonwealth Report or Commonwealth Annual Financial Report or other document containing information that modifies or supersedes the information contained in the Commonwealth Report or in the Commonwealth's Annual Financial Report that is filed with each NRMSIR, in each case after the date hereof and prior to the termination of the offering of the Bonds, shall be deemed to be incorporated by reference into this Official Statement and to be part of this Official Statement from the date of filing of such document. Any statement contained in the Commonwealth's Annual Financial Report shall be deemed to be modified or superseded for purposes of this Official Statement to the extent that a statement contained herein or in any such subsequently filed document modifies or supersedes such statement. Any statement contained in the Commonwealth Report or elsewhere herein shall also be deemed to be modified or superseded to the extent that a statement contained in any such subsequently filed document modifies or supersedes such statement. Any such statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Official Statement.

Under its existing continuing disclosure agreements, the Commonwealth is obligated to file on or before May 1 in each year updates of its financial and demographic information through the end of the prior fiscal year, including the Commonwealth's Annual Financial Report. In the recent past, the Commonwealth has been unable, due to accounting rules changes and other reasons (mostly related to delays in receipt of component units' audited financial statements), to file the Commonwealth's Annual Financial Report by the May 1 continuing disclosure update filing deadline. See *Continuing Disclosure* herein. The Commonwealth's Annual Financial Report for the fiscal year ended June 30, 2007 was filed with each NRMSIR on June 15, 2008.

## OVERVIEW

Puerto Rico is located approximately 1,600 miles southeast of New York City. According to the United States Census Bureau, its population was 3,808,610 in 2000. Puerto Rico's political status is that of a commonwealth. The United States and the Commonwealth share a common defense, market, currency and citizenship. The Commonwealth government exercises virtually the same control over its internal affairs as is exercised by the state governments of each of the fifty states over their respective internal affairs, with similar separation of powers among the executive, legislative and judicial branches. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner who has a voice in the House of Representatives but no vote. Most federal taxes, except those such as Social Security taxes, which are imposed by mutual consent, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. The official languages of Puerto Rico are Spanish and English.

2

Puerto Rico has a diversified economy with manufacturing and services comprising its principal sectors. Puerto Rico's economy is closely linked to the United States economy. In fiscal year 2007 (which ended on June 30, 2007), the Commonwealth's gross product (preliminary, in current dollars) was $58.712 billion, and personal income per capita (preliminary, in current dollars) was $13,491.

The Constitution of Puerto Rico limits the amount of general obligation debt that the Commonwealth can issue. The Commonwealth's policy has been and continues to be to maintain the level of such debt within a prudent range below the constitutional limitation.

Fiscal responsibility for the Commonwealth is shared among the Department of the Treasury, the Office of Management and Budget ("OMB") and Government Development Bank for Puerto Rico ("Government Development Bank" or the "Bank"). The Department of the Treasury is responsible for collecting most of the Commonwealth's revenues, overseeing preparation of its financial statements and contributing to the preparation of the budget. OMB prepares the Commonwealth's budget and is responsible for monitoring expenditures. Government Development Bank is the fiscal agent and financial advisor to the Commonwealth and its agencies, public corporations and municipalities and coordinates the management of public finances.

Additional information about the Commonwealth can be found in the Commonwealth Report attached hereto as *Appendix I*, including information about the economy, historical revenues and expenditures of the Commonwealth's General Fund, the year-end results of fiscal year 2007, the estimated year-end results for fiscal year 2008 and the approved budget for fiscal year 2009, and the debt of the Commonwealth's public sector. The Commonwealth Report should be read in its entirety.

## RECENT DEVELOPMENTS

This section supplements the information appearing in the Commonwealth Report and should be read in conjunction therewith.

### Fiscal Year 2008 Preliminary Revenues and Expenditures

As discussed in greater detail in the Commonwealth Report, the budgeted General Fund expenses for fiscal year 2008 were $9.227 billion. Preliminary actual expenditures during fiscal year 2008 were $9.057 billion. Preliminary General Fund revenues for fiscal year 2008 totaled $8.253 billion, which is $418 million less than the Department of the Treasury's revised estimate for that period of $8.671 billion. This amount includes $4.359 billion in revenues from individual and corporate income taxes, $1.088 billion from non-resident withholding taxes, $864 million from excise taxes and $911 million of sales tax revenues. The foregoing difference between the preliminary General Fund revenues and preliminary actual expenses for fiscal year 2008 was covered by a recovery of approximately $287 million more in federal funds than had been budgeted, $150 million from the pending sale of certain government properties, cash flow savings resulting from restructuring of certain outstanding debt, and certain cash management procedures, which include delaying payments to certain vendors for a short period of time (carrying them over into the next fiscal year). The federal funds recovery represented

3

PR-CCD-0009535

reimbursement of amounts advanced by the Commonwealth's Department of Education during fiscal years 2006 and 2007.

**Fiscal Year 2009 Projected Revenues and Expenditures**

On July 20, 2008, the Governor signed into law the General Fund budget for fiscal year 2009 of $9.484 billion, or approximately $257 million more than budgeted expenditures for fiscal year 2008 of $9.227 billion. The increase in budgeted expenditures over fiscal year 2008 is mainly due to $105 million from University of Puerto Rico, judiciary and municipal increases based on the legislated formulas and salary increases mandated by law or collective bargaining agreements. An additional $41.2 million is budgeted for the State Election Commission. The General Fund revenue projection for fiscal year 2009 is $8.488 billion, an increase of $235 million, or 2.9%, from preliminary net revenues for fiscal year 2008 of $8.253 billion. The Commonwealth's budgeted expenditures for fiscal year 2009 of $9.484 billion exceed projected revenues of $8.488 by approximately $1 billion. The Commonwealth's economic team is working to enforce spending control measures that have been established to attempt to minimize the budget risk. In connection with the budget approval and in order to cover the approximately $1 billion difference between approved expenditures and projected revenues, legislation was approved and signed by the Governor authorizing the Commonwealth (i) to sell and or transfer delinquent tax receivables up to $1 billion, and (ii) as an exception to the general prohibition against borrowings to balance the budget, to issue limited special obligations of the Commonwealth payable from and collateralized with tax receivables. There is no guaranty that the Commonwealth will be able to issue such limited special obligations in amounts sufficient to cover the expected revenue shortfall in a timely manner, and, if that is the case, other funding sources, such as possible support from Government Development Bank, will have to be secured.

**Indictment of Governor of Puerto Rico**

In March 2008, the Governor of Puerto Rico and several other individuals were named in federal grand jury indictments relating to the use of political contributions and campaign funds during the period when the Governor was Resident Commissioner in Washington, D.C. In addition, on August 19, 2008, the Governor and other individuals were named in federal grand jury indictments relating to the use of political contributions and campaign funds during the Governor's campaign and after his election as Governor. The Governor has denied any wrongdoing and has stated his intention to remain in his position and present his defense. It is not expected that such developments will have any impact on the fiscal affairs of the Commonwealth or on the payment of any obligations issued by the Commonwealth.

**Planning Board Revised Economic Growth Estimates**

On February 21, 2008, the Planning Board, as part of its final review of fiscal year 2007 economic statistics indicated that it expected to reduce the 2007 economic growth rate to -1.8% from -1.4% and that the forecast for fiscal years 2008 and 2009 will be lowered on account of the projected length of the current recession. The factors that influenced the Board's fiscal year 2007 indication included reductions in retail sales, private investment (especially in the construction sector) and government investment. Price increases in certain key areas such as energy and raw materials contributed to the Board's numbers as well.

4

During March 2008, the Planning Board confirmed its reduction of the fiscal year 2007 economic growth rate to -1.8% from -1.4%, and projected that the economic growth rate for the fiscal year ending June 30, 2008 will be -2.1% and the economic growth rate for the fiscal year ending June 30, 2009 will be 2.1%. It is likely, given the continuing economic weakness in certain key economic variables, including employment and economic output, that the Planning Board will lower its prediction of economic growth for the fiscal year ending June 30, 2009. Lower economic growth could lead to lower revenues and an increase in the deficit during such fiscal year.

## PLAN OF FINANCING

The net proceeds of the Bonds will be deposited in the 2008 Public Improvements Fund established under the Act and will be used, together with other available funds, to carry out capital improvement programs authorized by the Legislature in the Act.

**Sources and Uses of Funds**

**Sources:**

| | |
|---|---|
| Principal amount of the Bonds............................................................ | $250,000,000.00 |
| Original issue premium...................................................................... | 2,548,747.75 |
| Total sources ................................................................ | $252,548,747.75 |

**Uses:**

| | |
|---|---|
| Deposit into the 2008 Public Improvements Fund ................................ | $250,576,263.37 |
| Underwriting discount, legal, printing, and other financing expenses ........................................................................................... | 1,972,484.38 |
| Total uses | $252,548,747.75 |

## THE BONDS

**General**

The Bonds will be dated, bear interest at such rates, be payable at such times, and mature on the dates and in the principal amounts set forth on the cover page of this Official Statement. The Bonds are subject to redemption at the times and at the prices set forth below under "Redemption." Banco Popular de Puerto Rico will serve as paying agent and registrar (the "Registrar") for the Bonds.

**Book-Entry Only System**

The following information concerning DTC and DTC's book-entry system has been obtained from DTC. The Commonwealth does not take any responsibility for the accuracy thereof.

DTC will act as securities depository for the Bonds. The Bonds will be issued as fully-registered bonds registered in the name of Cede & Co. (DTC's partnership nominee) or such other nominee as may be requested by an authorized representative of DTC. One

PR-CCD-0009537

fully-registered bond certificate will be issued for each maturity of the Bonds, each in the aggregate principal amount of such maturity, and will be deposited with DTC.

DTC, the world's largest depository, is a limited-purpose trust company organized under the New York Banking Law, a "banking organization" within the meaning of the New York Banking Law, a member of the Federal Reserve System, a "clearing corporation" within the meaning of the New York Uniform Commercial Code, and a "clearing agency" registered pursuant to the provisions of Section 17A of the Securities Exchange Act of 1934, as amended. DTC holds and provides asset servicing for over 3.5 million issues of U.S. and non-U.S. equity, corporate and municipal debt, and money market instruments (from over 100 countries) that DTC's participants ("Direct Participants") deposit with DTC. DTC also facilitates the post-trade settlement among Direct Participants of sales and other securities transactions in deposited securities, through electronic computerized book-entry transfers and pledges between Direct Participants' accounts. This eliminates the need for physical movement of bond certificates. Direct Participants include both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, clearing corporations, and certain other organizations. DTC is a wholly-owned subsidiary of The Depository Trust & Clearing Corporation ("DTCC"). DTCC is the holding company for DTC, National Securities Clearing Corporation and Fixed Income Clearing Corporation, all of which are registered clearing agencies. DTCC is owned by the users of its regulated subsidiaries. Access to the DTC system is also available to others such as both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, and clearing corporations that clear through or maintain a custodial relationship with a Direct Participant, either directly or indirectly ("Indirect Participants"). DTC has S&P's highest rating: AAA. The DTC Rules applicable to its Participants are on file with the Securities and Exchange Commission. More information about DTC can be found at www.dtcc.com and www.dtc.org.

Purchases of the Bonds under the DTC system must be made by or through Direct Participants, which will receive a credit for the Bonds on DTC's records. The ownership interest of each actual purchaser of a Bond ("Beneficial Owner") will in turn be recorded on the Direct and Indirect Participants' records. Beneficial Owners will not receive written confirmation from DTC of their purchase. Beneficial Owners are, however, expected to receive written confirmations providing details of the transaction, as well as periodic statements of their holdings, from the Direct or Indirect Participant through which the Beneficial Owner entered into the transaction. Transfers of ownership interests in the Bonds are to be accomplished by entries made on the books of Direct and Indirect Participants acting on behalf of Beneficial Owners. Beneficial Owners will not receive definitive Bonds, except in the event that use of the book-entry system for the Bonds is discontinued as described below.

To facilitate subsequent transfers, all Bonds deposited by Direct Participants with DTC are registered in the name of DTC's partnership nominee, Cede & Co, or such other nominee as may be requested by an authorized representative of DTC. The deposit of Bonds with DTC and their registration in the name of Cede & Co. or such other DTC nominee do not effect any change in beneficial ownership. DTC has no knowledge of the actual Beneficial Owners of the Bonds; DTC's records reflect only the identity of the Direct Participants to whose accounts such Bonds are credited, which may or may not be the Beneficial Owners. The Direct and Indirect Participants will remain responsible for keeping account of their holdings on behalf of their customers.

PR-CCD-0009538

Conveyance of notices and other communications by DTC to Direct Participants, by Direct Participants to Indirect Participants, and by Direct Participants and Indirect Participants to Beneficial Owners will be governed by arrangements among them, subject to any statutory or regulatory requirements as may be in effect from time to time. Beneficial Owners may wish to take certain steps to augment the transmission to them of notices of significant events with respect to the Bonds, such as redemptions, tenders, defaults, and proposed amendments to the bond documents. For example, Beneficial Owners may wish to ascertain that the nominee holding the Bonds for their benefit has agreed to obtain and transmit notices to Beneficial Owners. In the alternative, Beneficial Owners may wish to provide their names and addresses to the Registrar and request that copies of notices be provided directly to them.

Redemption notices shall be sent to DTC. If less than all of the Bonds within a maturity are being redeemed, DTC's practice is to determine by lot the amount of the interest of each Direct Participant in such maturity to be redeemed.

Neither DTC nor Cede & Co. (nor such other DTC nominee) will consent or vote with respect to the Bonds unless authorized by a Direct Participant in accordance with DTC's procedures. Under its usual procedures, DTC mails an Omnibus Proxy to the Commonwealth as soon as possible after the record date. The Omnibus Proxy assigns Cede & Co.'s consenting or voting rights to those Direct Participants to whose accounts the Bonds are credited on such record date (identified in a listing attached to the Omnibus Proxy).

Redemption proceeds and interest payments on the Bonds will be made to Cede & Co., or such other nominee as may be requested by an authorized representative of DTC. DTC's practice is to credit Direct Participants' accounts upon DTC's receipt of funds and corresponding detail information from the Commonwealth, on the payable date in accordance with their respective holdings shown on DTC's records. Payments by Participants to Beneficial Owners will be governed by standing instructions and customary practices, as is the case with securities held for the accounts of customers in bearer form or registered in "street name", and will be the responsibility of such Participant and not of DTC, its nominee, or the Commonwealth, subject to any statutory or regulatory requirements as may be in effect from time to time. Payment of principal, redemption premium, if any, and interest to Cede & Co. (or such other nominee as may be requested by an authorized representative of DTC) is the responsibility of the Commonwealth, disbursement of such payments to Direct Participants will be the responsibility of DTC, and disbursement of such payments to the Beneficial Owners will be the responsibility of Direct and Indirect Participants.

DTC may discontinue providing its services as securities depository with respect to the Bonds at any time by giving reasonable notice to the Commonwealth or the Registrar. Under such circumstances, in the event that a successor securities depository is not obtained, definitive Bonds will be printed and delivered.

The Commonwealth may decide to discontinue use of the system of book-entry only transfers through DTC (or a successor depository). In that event, definitive Bonds will be printed and delivered.

PR-CCD-0009539

The information under this caption concerning DTC and DTC's book entry system has been obtained from sources that the Commonwealth believes to be reliable, but the Commonwealth takes no responsibility for the accuracy thereof.

**Payments and Transfers**

No assurance can be given by the Commonwealth that DTC will make prompt transfer of payments to the Participants or that Participants will make prompt transfer of payments to Beneficial Owners. The Commonwealth is not responsible or liable for payment by DTC or Participants or for sending transaction statements or for maintaining, supervising or reviewing records maintained by DTC or Participants.

For every transfer and exchange of the Bonds, the Beneficial Owners may be charged a sum sufficient to cover any tax, fee or other charge that may be imposed in relation thereto.

**Discontinuance of the Book-Entry Only System**

In the event that the book-entry only system is discontinued, the following provisions will apply: principal of and redemption premium, if any, on the Bonds shall be payable in lawful money of the United States of America at the principal office of the Registrar in San Juan, Puerto Rico. Interest on the Bonds will be payable by check mailed to the respective addresses (shown on the registration books of the Commonwealth maintained by the Registrar) of the registered owners determined as of the 15th day of the month preceding the interest payment date as shown on the registration books of the Commonwealth maintained by the Registrar. The Bonds offered by virtue of this Official Statement will be issued only as registered bonds without coupons in denominations of $5,000 and whole multiples thereof. The transfer of the Bonds will be registrable and they may be exchanged at the corporate trust office of the Registrar in San Juan, Puerto Rico, upon the payment of any taxes or other governmental charges required to be paid with respect to such transfer or exchange.

**Authorization**

Section 2 of Article VI of the Constitution of the Commonwealth provides that the power of the Commonwealth to contract and to authorize the contracting of debts shall be exercised as determined by the Legislative Assembly. Pursuant to this power, the Legislative Assembly enacted the Act, which authorizes the Secretary of the Treasury to issue the Bonds pursuant to one or more resolutions adopted by the Secretary of the Treasury and approved by the Governor. In accordance with the Act, the Secretary of the Treasury adopted and the Governor approved the Bond Resolution.

**Redemption**

*Optional Redemption.* At the option of the Secretary and upon at least 30 days' notice, the Bonds maturing on or after July 1, 2018 may be redeemed prior to their respective maturities, from any moneys that may be available for that purpose (other than from moneys set aside in respect of any amortization requirement), on or after July 1, 2018, either in whole or in part (and if in part, in such order of maturity as the Secretary shall determine), on any date, at the principal

PR-CCD-0009540

amount of the Bonds to be redeemed, together with accrued interest to the date fixed for redemption, without premium.

*Mandatory Redemption.* The Bonds maturing July 1, 2023, July 1, 2028, July 1, 2033 and July 1, 2038 are subject to redemption to the extent of the respective amortization requirements therefor set forth below (less the amount applied to the purchase of any such Bonds and otherwise subject to adjustment as described below), upon at least 30 days' notice, on July 1, 2019, July 1, 2024, July 1, 2029 and July 1, 2034, respectively, and on July 1 in each year thereafter at a redemption price of par plus accrued interest to the dates fixed for redemption:

## Amortization Requirements
### (due July 1)

| Year | 2023 | 2028 | 2033 | 2038 |
|------|------|------|------|------|
| 2019 | $6,145,000 | | | |
| 2020 | 6,450,000 | | | |
| 2021 | 6,775,000 | | | |
| 2022 | 7,110,000 | | | |
| 2023 | 7,470,000* | | | |
| 2024 | | $7,840,000 | | |
| 2025 | | 8,245,000 | | |
| 2026 | | 8,665,000 | | |
| 2027 | | 9,110,000 | | |
| 2028 | | 9,575,000* | | |
| 2029 | | | $10,070,000 | |
| 2030 | | | 10,610,000 | |
| 2031 | | | 11,180,000 | |
| 2032 | | | 11,780,000 | |
| 2033 | | | 12,415,000* | |
| 2034 | | | | $13,080,000 |
| 2035 | | | | 13,865,000 |
| 2036 | | | | 14,695,000 |
| 2037 | | | | 15,580,000 |
| 2038 | | | | 16,515,000* |

*Maturity

If the amount of such Bonds purchased or redeemed in a fiscal year exceeds the amount of the amortization requirement for such Bonds for such fiscal year, the amortization requirement for such Bonds may be decreased for such subsequent fiscal years and in such amounts aggregating the amount of such excess as the Secretary of the Treasury shall determine.

## Notice of Redemption; Effect of Redemption

Any redemption of the Bonds, either in whole or in part, shall be made upon at least 30-days' prior notice by mail to DTC or, if the book-entry only system described above has been discontinued, by registered or certified mail, postage prepaid, to all registered owners of the

9

Bonds to be redeemed in the manner and under the terms and conditions provided in the Bond Resolution. On the date designated for redemption, notice having been given as provided in the Bond Resolution and moneys for payment of the principal of and accrued interest on the Bonds or portions thereof so called for redemption being held by the Registrar, interest on the Bonds or portions thereof so called for redemption shall cease to accrue.

Each notice of redemption shall contain, among other things, the particular Bonds (or portions thereof) being called for redemption, the redemption date and price and the address at which such Bonds are to be surrendered for payment of the redemption price. Any defect in such notice or the failure so to mail any such notice to DTC in respect of, or the registered owner of, any Bond will not affect the validity of the proceedings for the redemption of any other Bond.

If less than all of the Bonds of any maturity are called for redemption, the particular Bonds called for redemption shall be selected by the Registrar by such method as it deems fair and appropriate, except that so long as the book-entry only system shall remain in effect, in the event of any such partial redemption, DTC shall reduce the credit balances of the applicable DTC Participants in respect of the Bonds by lot, and such DTC Participants shall in turn select those Beneficial Owners whose ownerships interests are to be extinguished by such partial redemption, each by such method as DTC or such DTC Participant, as the case may be, in its sole discretion, deems fair and appropriate.

## Security

### Provision for Payment of Public Debt

The Act provides that the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the bonds issued under the provisions of the Act. The Secretary of the Treasury is authorized and directed under the Act to pay the principal of and interest on the Bonds as the same become due and payable from any funds available for such purpose at the Department of the Treasury in the fiscal year in which such payment is due. The Act provides that the provisions contained therein with respect to the payment of the principal of and interest on the Bonds shall be considered to be a continuous appropriation for the Secretary of the Treasury to make such payments, even though no specific appropriations are made for such purposes. The payments under the Act are required to be made pursuant to the provisions of the laws of the Commonwealth that regulate the disbursement of public funds.

The Constitution of Puerto Rico provides that public debt of the Commonwealth will constitute a first claim on available Commonwealth resources. Public debt includes general obligation bonds and notes of the Commonwealth and any payments required to be made by the Commonwealth under its guarantees of bonds and notes issued by its public instrumentalities.

The Commonwealth has allocated certain motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees to Puerto Rico Highways and Transportation Authority (the "Highways Authority"). The amounts so allocated, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient

10

PR-CCD-0009542

for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Since fiscal year 1989, the Commonwealth has pledged to Puerto Rico Infrastructure Financing Authority certain federal excise taxes imposed on alcoholic beverages and tobacco products produced in Puerto Rico and sold in the United States, which taxes are returned to the Commonwealth. The amounts so pledged, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

In 2006, the Commonwealth allocated a portion of the sales tax to service the bonds issued by Sales Tax Financing Corporation to refinance a portion of the Commonwealth's outstanding extra constitutional debt (including the Sales Tax Bonds). The legislation making such allocation provides that the portion so set aside is not "available Commonwealth revenues" for purposes of the above Constitutional provision. No ruling from the Puerto Rico Supreme Court has been solicited as to the validity of such "set aside" vis-a-vis the Constitutional provision referred to above, and the Commonwealth cannot give any assurance that the Puerto Rico Supreme Court when faced with this issue in a properly briefed and litigated proceeding would agree that such segregated sales tax revenues are "unavailable".

The Constitution expressly empowers a holder of bonds and notes evidencing public debt to bring suit against the Secretary of the Treasury to require application of available resources, including surplus, to the payment of principal of and interest on public debt when due.

*Special Fund for the Bonds (General Obligation) Debt Service*

Act No. 83 of the Legislature of Puerto Rico, approved on August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exempt from taxation. The proceeds of said tax are credited to the Commonwealth Debt Redemption Fund (the "Redemption Fund"), for application to the payment of general obligation bonds and notes of the Commonwealth.

Act No. 39 of the Legislature of Puerto Rico, approved on May 13, 1976, as amended ("Act No. 39"), requires the Secretary of the Treasury to transfer each month from available funds of the Commonwealth to the Redemption Fund such amounts which, together with certain other funds deposited therein, will be equal to the sum of one-sixth of the interest to be paid in the next six months and one-twelfth of the principal to be paid or required to be amortized within the next twelve months on all bonds and notes of the Commonwealth for which its full faith and credit are pledged as the same become due and all bonds and notes of the Commonwealth for which the guaranty of the Commonwealth has been exercised. Moneys in the Redemption Fund are held in trust by Government Development Bank. Act No. 39 provides that the obligation of the Secretary of the Treasury to make the above transfers is cumulative, and the amount of any deficiency in any month shall be added to the amount of transfers required in future months until such deficiency has been fully paid.

PR-CCD-0009543

Act No. 39 expressly relates to direct obligations of the Commonwealth. It may also apply to the payment of Commonwealth guaranteed obligations of public corporations outstanding prior to the date of its adoption but not to the payment of bonds and other obligations of such public corporations guaranteed by the Commonwealth issued after the date of its adoption.

**Payment Record**

The Commonwealth has never defaulted on the payment of principal of or interest on any of its debt.

**Debt Limitation**

Section 2 of Article VI of the Constitution of Puerto Rico provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued which is payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceeds 15% of the average annual revenues raised under the provisions of Commonwealth legislation and covered into the Treasury of Puerto Rico (hereinafter "internal revenues") in the two fiscal years preceding the then current fiscal year. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded. Internal revenues consist principally of income taxes, property taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury of Puerto Rico and motor vehicle fuel taxes and license fees, which are allocated to the Highway Authority, are not included as internal revenues for the purpose of calculating the debt limit, although some of these revenues may be available for the payment of debt service. In addition, the portion of the sales tax allocated to the Sales Tax Financing Corporation is also not included as internal revenues consistent with the legislation creating the Sales Tax Financing Corporation, which legislation provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest rating category by Moody's and S&P), none of which is eligible to be used for legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with proceeds invested in non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Joint Resolution No. 2104 of September 30, 2004 ("Joint Resolution No. 2104"), authorized the Commonwealth to enter into interest rate exchange agreements with respect to the Commonwealth's $447,875,000 Public Improvement Refunding Bonds, Series 2004 B (the "Series 2004 B Bonds"), which were issued as variable rate bonds. Joint Resolution No. 2104 allows the Commonwealth to calculate the constitutional debt limitation using (i) the fixed rate it is required to pay under any interest rate exchange agreement entered into by the Commonwealth in connection with the Series 2004 B Bonds, and (ii) the lesser of (A) the maximum interest rate

PR-CCD-0009544

allowed by law, and (B) the maximum interest rate set forth in the resolution approving the bonds, if any, in connection with the Commonwealth's $279,240,000 Public Improvement Refunding Bonds, Series 2004 A (the "Series 2004 A Bonds") and any Series 2004 B Bonds for which no interest rate exchange agreement is executed. In November 2004, the Commonwealth entered into two interest rate exchange agreements with respect to the Series 2004 B Bonds.

Act No. 39 of 2005 authorizes the Commonwealth to enter into interest rate exchange agreements with respect to its general obligation bonds, subject to certain conditions, including that the agreements are entered into to reduce certain financial risks associated with issuing variable rate obligations. In August 2006, the Commonwealth issued its $500,000,000 Public Improvement Bonds of 2006, Series A, a portion of which bonds bear interest at a rate that will change periodically based on changes in the United States consumer price index, and in connection with such consumer price index floating rate bonds (said portion, the "2006 CPI Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In August and September 2006, the Commonwealth entered into interest rate exchange agreements, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect of a portion of the Commonwealth's outstanding $1,018,245,000 Public Improvement Refunding Bonds, Series 2003C (said portion, the "2003C Swap Bonds") and whose payments commenced on July 1, 2008, the end of an initial fixed rate period on the 2003C Swap Bonds. In October 2007, the Commonwealth issued its $926,570,000 Public Improvement Refunding Bonds, Series 2007A, a portion of which bonds bear interest at a variable rate and, in connection with said bonds (said portion, the "2007 Swap Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In May 2008, the Commonwealth issued its $173,975,000 Public Improvement Refunding Bonds, Series 2008B (the "2008 Swap Bonds"), which bear interest at a variable rate, for the purpose of refunding a portion of the Series 2004 B Bonds, and, in connection therewith, continued the swap related to such refunded Series 2004 B Bonds. Act No. 39 of 2005 allows the Commonwealth to calculate the constitutional debt limit in a manner identical to that utilized in Joint Resolution No. 2104. In addition, the Commonwealth has also executed under the authority granted in Act No. 39 of 2005, interest rate exchange agreements in which the Commonwealth is making payments (1) on $1,698,370,000 notional amount of public improvement bonds based on a short-term interest rate index published by Securities Industry and Financial Markets Association ("SIFMA") and is receiving from its counterparties payments on the same notional amount based on the published three-month London Interbank Offered Rate index (the "basis swap") and (2) on $850,000,000 notional amount of public improvement bonds based on the published short-term SIFMA municipal swap rate and is receiving from its counterparties payments on the same notional amount based on a published index of municipal bonds having a maturity of 10 years (the "constant maturity swap").

After giving effect to the issuance of the Bonds, future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $948,102,368 in the fiscal year ending June 30, 2016 (based on the assumption that (i) the bonds refunded with non-eligible investments are treated as being outstanding, (ii) the Series 2004 A Bonds bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, (iii) the outstanding 2003C Swap Bonds, Series 2004 B Bonds, 2006 CPI Bonds, 2007 Swap Bonds and the 2008 Swap Bonds, bear interest at 12% per annum and (iv) the public improvement bonds to which

13

the basis swap and the constant maturity swap relate bear interest at their stated interest rates rather than the rates set forth in said swaps). This amount ($948,102,368) is equal to 11.59% of $8,178,090,500, which is the average of the adjusted internal revenues for the fiscal year ended June 30, 2007 and the currently estimated adjusted internal revenues for the fiscal year ended June 30, 2008. If the bonds refunded with non-eligible investments were treated as not being outstanding, and the interest on the outstanding bonds described in items (i) through (iv) above is calculated using the fixed rate paid by the Commonwealth under the interest rate exchange agreements executed in connection with such bonds, the percentage referred to in the preceding sentence would be 9.602%.

Debt service for the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed bonds of approximately $30 million was paid by PRASA during the last two fiscal years and, thus, is not included in the calculation of the 15% debt limitation. See "Other Public Corporations – Aqueduct and Sewer Authority" under *Public Corporations* in *Appendix I*. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund and such debt service would, to the extent paid by the Commonwealth, be included in the calculation of the 15% debt limitation.

**Maturity Limitation**

The Constitution provides that no bonds or notes of the Commonwealth shall mature later than 30 years from their date of issue, except bonds or notes for housing facilities, which shall mature in no more than 40 years.

## PUBLIC SECTOR DEBT OF THE COMMONWEALTH

**Public Sector Debt**

The following table presents a summary of the public sector debt of the Commonwealth as of June 30, 2008. The table also shows the public sector debt as further adjusted by the issuance of the Bonds. The table should be read in conjunction with the information set forth under *Debt* in *Appendix I*.

14

PR-CCD-0009546

**Commonwealth of Puerto Rico**
**Public Sector Debt***
**(in millions)**

|  | June 30, 2008 | As Adjusted |
|---|---|---|
| Direct full faith and credit obligations[1] | $ 8,759 | $ 9,009 |
| TRANs line of credit | - | - |
| Sales tax debt[2] | 7,690 | 7,690 |
| Municipal debt | 2,819 | 2,819 |
| Puerto Rico guaranteed debt[3] | 4,104 | 4,104 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,322 | 1,322 |
| Public corporations and agencies | 21,989 | 21,989 |
| Subtotal | 46,682 | 46,932 |
| Limited obligations/non-recourse debt[5] | $ 6,265 | $ 6,265 |
| Total public sector debt | $52,947 | $53,197 |

_____

(1) Includes general obligation bonds and tax and revenue anticipation notes ("TRANs").

(2) Includes Public Finance Corporation and Sales Tax Financing Corporation Bonds.

(3) Consists of $599.3 billion of bonds issued by PRASA, $293.3 million of State Revolving Fund Loans incurred under various federal water laws, $112.4 million of bonds issued by Port of the Americas Authority and $3.099 billion of Public Buildings Authority bonds. Excludes $267 million of Government Development Bank bonds payable from available moneys of bond and notes payable from the Commonwealth General Fund and Public Improvement Fund.

(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.

(5) Includes the following: $1.2 billion of Children's Trust Bonds which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $596.3 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $153 million of Special Facilities Revenue Bonds issued by the Highways and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by the Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $81.2 million of Educational Facilities Revenue Bonds, 200 Series A (University Plaza Project) issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, which are payable from rent payments made by the University of Puerto Rico; approximately $84.7 million of bonds issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; and $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C.

\* For a complete recital of all notes to this table, see "Public Sector Debt" under Debt in Appendix I.

Source: Government Development Bank

PR-CCD-0009547

**Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt**

The following table presents the debt service requirements for (i) Commonwealth general obligation bonds outstanding on June 30, 2008; (ii) the Bonds; and (iii) total Commonwealth general obligation bonds, adjusted for the issuance of the Bonds. The table excludes debt service on Commonwealth general obligation bonds that have been refunded with the proceeds of refunding bonds invested in non-eligible investments, notwithstanding that such bonds will be considered to be outstanding under their authorizing resolution and for purposes of calculating the Commonwealth's debt limitation. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

PR-CCD-0009548

## Commonwealth of Puerto Rico
## Debt Service Requirements*
## (in thousands)

| Fiscal Year Ending June 30. | Outstanding Bonds Total Debt Service[1] | The Bonds | | Grand Total[2] |
|---|---|---|---|---|
| | | Principal | Interest | |
| 2009 | $ 403,232 | $ - | $ 10,735 | $ 413,967 |
| 2010 | 745,679 | 3,850 | 13,655 | 763,185 |
| 2011 | 743,130 | 4,040 | 13,463 | 760,633 |
| 2012 | 749,874 | 4,245 | 13,261 | 767,379 |
| 2013 | 752,991 | 4,455 | 13,049 | 770,495 |
| 2014 | 740,525 | 4,700 | 12,804 | 758,029 |
| 2015 | 754,599 | 4,960 | 12,545 | 772,104 |
| 2016 | 754,455 | 5,230 | 12,272 | 771,957 |
| 2017 | 680,151 | 5,520 | 11,985 | 697,656 |
| 2018 | 664,202 | 5,825 | 11,681 | 681,708 |
| 2019 | 732,870 | 6,145 | 11,361 | 750,375 |
| 2020 | 767,795 | 6,450 | 11,053 | 785,298 |
| 2021 | 615,480 | 6,775 | 10,731 | 632,986 |
| 2022 | 526,032 | 7,110 | 10,392 | 543,534 |
| 2023 | 480,444 | 7,470 | 10,037 | 497,950 |
| 2024 | 458,368 | 7,840 | 9,663 | 475,871 |
| 2025 | 460,032 | 8,245 | 9,261 | 477,538 |
| 2026 | 450,424 | 8,665 | 8,839 | 467,927 |
| 2027 | 448,739 | 9,110 | 8,395 | 466,244 |
| 2028 | 449,148 | 9,575 | 7,928 | 466,651 |
| 2029 | 405,266 | 10,070 | 7,437 | 422,773 |
| 2030 | 401,244 | 10,610 | 6,896 | 418,750 |
| 2031 | 404,123 | 11,180 | 6,326 | 421,628 |
| 2032 | 223,992 | 11,780 | 5,725 | 241,497 |
| 2033 | 186,032 | 12,415 | 5,091 | 203,539 |
| 2034 | 132,007 | 13,080 | 4,424 | 149,512 |
| 2035 | 61,497 | 13,865 | 3,639 | 79,001 |
| 2036 | 33,676 | 14,695 | 2,807 | 51,178 |
| 2037 | 33,680 | 15,580 | 1,926 | 51,186 |
| 2038 | - | 16,515 | 991 | 17,506 |
| Total | $14,259,687 | $250,000 | $268,369 | $14,778,055 |

---

\*    Totals may not add due to rounding.  Excludes the debt service on certain economically (but not legally) defeased general obligation bonds and includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

(1)  In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund.

(2)  Debt service requirements on all general obligation bonds outstanding, adjusted as discussed in footnote 1 above and further adjusted to include the issuance of the Bonds.

Sources:  Government Development Bank and Department of the Treasury

17

PR-CCD-0009549

## TAX MATTERS

The Internal Revenue Code of 1986, as amended (the "Code"), includes requirements regarding the use, expenditure and investment of bond proceeds and the timely payment of certain investment earnings to the Treasury of the United States, if required, which must continue to be satisfied after the issuance of the Bonds in order that interest on the Bonds not be included in gross income for federal income tax purposes. The failure to meet these requirements may cause interest on the Bonds to be included in gross income for federal income tax purposes retroactive to their date of issuance. The Commonwealth has covenanted to comply, to the extent permitted by the Constitution and the laws of the Commonwealth, with the requirements of the Code in order to maintain the exclusion from gross income for federal income tax purposes of interest on the Bonds. Bond Counsel is not aware of any provision of the Constitution or laws of the Commonwealth which would prevent the Commonwealth from complying with the requirements of the Code.

In the opinion of Bond Counsel, subject to continuing compliance by the Commonwealth with the tax covenant referred to above, under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, interest on the Bonds will not be includable in gross income for federal income tax purposes. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations. Interest on the Bonds will, however, be includable in the computation of the alternative minimum tax on corporations imposed by the Code. Bond Counsel expresses no opinion as to the effect of any change to any document pertaining to the Bonds, or the Composite Issue (defined below) if applicable, or of any action taken or not taken where such change is made or action is taken or not taken without its approval or in reliance upon the advice of counsel other than such firm with respect to the exclusion from gross income of the interest on the Bonds for federal income tax purposes. Bond Counsel is further of the opinion that under the provisions of the Acts of Congress now in force, the Bonds and the interest thereon will be exempt from state, Commonwealth and local income taxation.

The Commonwealth entered into a binding contract with the Underwriters on September 5, 2008 to sell the Bonds (the "Sales Date of the Bonds"). It is expected that the Puerto Rico Public Buildings Authority (the "Public Buildings Authority") will convert its $150,000,000 Government Facilities Revenue Refunding Bonds, Series M-3, Guaranteed by the Commonwealth of Puerto Rico (the "Series M-3 Bonds") from a weekly rate period to a long-term interest rate period and remarket the Series M-3 Bonds (the "Conversion"). Pursuant to the Conversion, the Public Buildings Authority reasonably expects to enter into a binding contract on or about September 18, 2008, to sell the Series M-3 Bonds. The Public Buildings Authority has retained the law firm of Squire, Sanders & Dempsey L.L.P. to serve as bond counsel in connection with the Conversion. If the Series M-3 Bonds are treated as "reissued" for federal income tax purposes as a result of the Conversion and the Public Buildings Authority enters into a binding contract for the sale of the Series M-3 Bonds pursuant to such Conversion within 14 days of the Sales Date of the Bonds, the Series M-3 Bonds as converted (the "Converted Series M-3 Bonds") and the Bonds may be treated as a single issue of obligations for federal income tax purposes (the "Composite Issue"). In rendering its opinion that interest on the Bonds is excludable from gross income for federal income tax purposes, Sidley Austin LLP is relying on the opinion of Squire, Sanders & Dempsey L.L.P. that the interest on the Converted Series M-3

18

PR-CCD-0009550

Bonds is excludable from gross income for federal income tax purposes. To the extent that the Converted Series M-3 Bonds are treated as a Composite Issue with the Bonds, failure by the Public Buildings Authority to comply with the requirements of the Code with respect to the Converted Series M-3 Bonds may cause interest on the Bonds to be included in gross income for federal income tax purposes retroactively to the date of issue of the Bonds.

Ownership of tax-exempt obligations such as the Bonds may result in collateral federal income tax consequences to certain taxpayers, including, without limitation, financial institutions, property and casualty insurance companies, certain foreign corporations, certain S Corporations with excess passive income, individual recipients of Social Security or Railroad Retirement benefits, taxpayers who may be deemed to have incurred or continued indebtedness to purchase or carry tax-exempt obligations and taxpayers who may be eligible for the earned income tax credit.

Ownership of tax-exempt obligations such as the Bonds may also result in collateral income tax consequences under Puerto Rico law to financial institutions doing business in Puerto Rico.

Prospective purchasers of the Bonds should consult their tax advisors as to the applicability and impact of any collateral consequences.

### Discount Bonds

The excess, if any, of the amount payable at maturity of any maturity of the Bonds over the issue price thereof constitutes original issue discount. The amount of original issue discount that has accrued and is properly allocable to an owner of any maturity of the Bonds with original issue discount (a "Discount Bond") will be excluded from gross income for federal income tax purposes to the same extent as interest on the Bonds. In general, the issue price of a maturity of the Bonds is the first price at which a substantial amount of Bonds of that maturity was sold (excluding sales to bond houses, brokers or similar persons or organizations acting in the capacity of underwriters, placement agents, or wholesalers) and the amount of original issue discount accrues in accordance with a constant yield method based on the compounding of interest. A purchaser's adjusted basis in a Discount Bond will be increased by the amount of such accruing discount for purposes of determining taxable gain or loss on the sale, redemption or other disposition of such Discount Bond for federal income tax purposes.

A portion of the original issue discount that accrues in each year to a Bond owner of a Discount Bond that is a corporation will be included in the calculation of the corporation's federal alternative minimum tax liability. In addition, original issue discount that accrues in each year to an owner of a Discount Bond is included in the calculation of the distribution requirements of certain regulated investment companies and may result in some of the collateral federal income tax consequences discussed herein. Consequently, an owner of a Discount Bond should be aware that the accrual of original issue discount in each year may result in an alternative minimum tax liability, additional distribution requirements or other collateral federal income tax consequences although the owner of such Discount Bond has not received cash attributable to such original issue discount in such year.

PR-CCD-0009551

The accrual of original issue discount and its effect on the redemption, sale or other disposition of any maturity of a Discount Bond that is not purchased in the initial offering at the first price at which a substantial amount of Discount Bond of that maturity is sold to the public may be determined according to rules that differ from those described above. An owner of a Discount Bond should consult his tax advisor with respect to the determination for federal income tax purposes of the amount of original issue discount with respect to such Discount Bond and with respect to state, Commonwealth and local tax consequences of owning and disposing of such Discount Bond.

## Premium Bonds

The excess, if any, of the tax basis of a Bond to a purchaser in the initial public offering of the Bonds (other than a purchaser who holds such Bonds as inventory, stock in trade or for sale to customers in the ordinary course of business) over the amount payable at maturity of that Bond is "Bond Premium." Bond Premium is amortized over the term of such Bond for federal income tax purposes (in the case of a Bond with Bond Premium callable prior to its stated maturity, the amortization period and yield may be required to be determined on the basis of an earlier call date that results in the lowest yield on such Bond). No deduction is allowed for such amortization of Bond Premium. Bond Premium is, however, treated as an offset to qualified stated interest received on the Bonds. An owner of such Bond is required to decrease his adjusted basis in such Bond by the amount of amortizable bond premium attributable to each taxable year such Bond is held. An owner of such Bond should consult his tax advisor with respect to the precise determination for federal income tax purposes of the treatment of Bond Premium upon sale, redemption or other disposition of such Bond and with respect to Commonwealth, state, and local income tax consequences of owning and disposing of such Bond.

## Information Reporting and Backup Withholding

Interest paid on tax-exempt obligations is subject to information reporting in a manner similar to interest paid on taxable obligations. While this reporting requirement does not, by itself, affect the excludability of interest from gross income for federal income tax purposes, the reporting requirement causes the payment of interest on the Bonds to be subject to backup withholding if such interest is paid to beneficial owners that (a) are not "exempt recipients," and (b) either fail to provide certain identifying information (such as the beneficial owner's taxpayer identification number) in the required manner or have been identified by the Internal Revenue Service (the "IRS") as having failed to report all interest and dividends required to be shown on their income tax returns. Generally, individuals are not exempt recipients, whereas corporations and certain other entities are exempt recipients. Amounts withheld under the backup withholding rules from a payment to a beneficial owner are allowed as a refund or credit against such beneficial owner's federal income tax liability so long as the required information is furnished to the IRS.

## Future Developments

Future legislative proposals, if enacted into law, regulations, rulings or court decisions may cause interest on the Bonds to be subject, directly or indirectly, to federal income taxation or

20

PR-CCD-0009552

to state, Commonwealth or local income taxation, or otherwise prevent beneficial owners from realizing the full current benefit of the exclusion of such interest. Prospective purchasers of the Bonds should consult their tax advisors regarding any pending or proposed federal, state, Commonwealth or local tax legislation, regulations, rulings or litigation as to which Bond Counsel expresses no opinion.

## APPROVAL OF LEGAL PROCEEDINGS

Legal matters incident to the authorization and issuance of the Bonds are subject to the approval of Sidley Austin LLP, New York, New York, Bond Counsel, the proposed forms of whose opinions are included herein as *Appendix III*. Certain legal matters will be passed upon for the Underwriters by Squire, Sanders & Dempsey L.L.P., Miami, Florida.

## LEGAL INVESTMENT

The Bonds will be eligible for deposit by banks in Puerto Rico to secure public funds and will be approved investments for insurance companies to qualify them to do business in Puerto Rico, as required by law.

## UNDERWRITING

The Underwriters have jointly and severally agreed, subject to certain conditions, to purchase the Bonds from the Commonwealth at an aggregate discount of $1,355,984.38 from the initial offering prices of the Bonds set forth on the cover page hereof. The obligation of the Underwriters to purchase the Bonds is subject to certain conditions precedent, and they will be obligated to purchase all the Bonds if any Bonds are purchased. The Underwriters may offer to sell the Bonds to certain dealers and others at prices lower than the initial public offering prices. The offering prices may be changed, from time to time, by the Underwriters.

BBVAPR MSD ("BBVA") and RBC Capital Markets Corporation ("RBC"), have entered into an agreement under which the parties provide services and advice to each other to assist the Commonwealth and its issuers in the structuring and execution of their municipal securities offerings. As part of the agreement, BBVA and RBC share in the risk from the underwriting of the Bonds as part of the consideration for their professional services.

Popular Securities, Inc, ("Popular") has entered into a joint venture agreement (the "JV Agreement") with Morgan Stanley & Co. Incorporated ("Morgan Stanley"), under which the parties shall provide services and advice to each other related to the structuring and execution of certain municipal finance transactions in the U.S. capital markets with governmental entities located in the Commonwealth. Pursuant to the terms of the JV Agreement and in compliance with applicable rules, the parties will be entitled to receive a portion of each other's net profits from the underwriting of the Bonds as consideration for their professional services.

Santander Securities Corporation ("SSC") and Banc of America Securities LLP ("BAS") have entered into an agreement to jointly pursue municipal securities underwriting opportunities with the Commonwealth, its agencies, municipalities and governmental conduit issuers in the Commonwealth. Under the agreement SSC and BAS will be entitled to receive a portion of each

21

other's revenues from the underwriting of the Bonds in consideration for their professional services.

Loop Capital LLC ("LC") and TCM Capital, Inc. ("TCM") have entered into an agreement to jointly pursue municipal securities underwriting opportunities with the Commonwealth, its agencies, municipalities and governmental conduit issuers in the Commonwealth. Under the agreement LC and TCM will be entitled to receive a portion of each other's revenues from the underwriting of the Bonds in consideration for their professional services.

J.P. Morgan Securities Inc. ("JPMSI") and Scotia Capital (USA) Inc. ("SCUSA") have entered into an agreement to assist the Commonwealth, its public corporations, agencies, instrumentalities, and municipalities in structuring and facilitating the issuance of their municipal securities. For each issuance of municipal securities for which both parties act as co-senior manager or co-manager, any sales commissions or takedowns shall be allocated based on actual sales of municipal securities by JPMSI or SCUSA.

Oppenheimer & Co. Inc. ("Oppenheimer") and Eurobank Municipal Securities Dealer ("Eurobank MSD") have entered into an agreement to jointly pursue municipal securities underwriting opportunities with the Commonwealth, its agencies, municipalities and governmental conduit issuers in the Commonwealth. Under the agreement Oppenheimer and Eurobank MSD will be entitled to receive a portion of each other's revenues from the underwriting of the Bonds in consideration for their professional services.

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

As required by Act No. 272 of the Legislature of Puerto Rico, approved May 15, 1945, as amended, Government Development Bank has acted as financial advisor to the Commonwealth in connection with the Bonds offered hereby. As financial advisor, Government Development Bank participated in the selection of the Underwriters of the Bonds. Certain of the Underwriters have been selected by Government Development Bank to serve from time to time as underwriters of its obligations and the obligations of the Commonwealth, its instrumentalities and public corporations. Certain of the Underwriters or their affiliates also participate in other financial transactions with Government Development Bank.

## RATINGS

Moody's and S&P have given the Bonds ratings of "Baa3" and "BBB-", respectively. Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency. Such rating agencies were provided with materials relating to the Commonwealth and the Bonds and other relevant information, and no application has been made to any other rating agency for the purpose of obtaining a rating on the Bonds.

Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency. Such rating agencies were provided with materials relative to the Commonwealth and the Bonds and other relevant information, and no application has been made to any other rating agency for the

PR-CCD-0009554

purpose of obtaining a rating on the Bonds. There is no assurance that such ratings will remain in effect for any given period of time or that they will not be revised downward or withdrawn entirely by either or both of such rating agencies, if in the judgment of either or both, circumstances so warrant. Any such downward revision or withdrawal of such ratings, or either of them, may have an adverse effect on the market prices of the Bonds.

## CONTINUING DISCLOSURE

In accordance with the requirements of Rule 15c2-12, as amended (the "Rule"), promulgated by the Securities and Exchange Commission (the "SEC"), the Commonwealth has covenanted in the Bond Resolution for the benefit of the Beneficial Owners (as defined in the Bond Resolution):

1. to file, within 305 days after the end of each fiscal year commencing with the fiscal year ending June 30, 2008, with each NRMSIR and with any Commonwealth state information depository ("SID"), core financial information and operating data for the prior fiscal year, including (i) the Commonwealth's audited financial statements, prepared in accordance with generally accepted accounting principles in effect from time to time, and (ii) material historical quantitative data (including financial information and operating data) on the Commonwealth and its revenues, expenditures, financial operations and indebtedness, in each case generally found in this Official Statement; and

2. to file, in a timely manner, with each NRMSIR or with the Municipal Securities Rulemaking Board and with each Commonwealth SID, notice of any failure of the Commonwealth to comply with paragraph 1 above and of the occurrence of any of the following events with respect to the Bonds, if material:

   a. principal and interest payment delinquencies;
   b. non-payment related defaults;
   c. unscheduled draws on debt service reserves reflecting financial difficulties;
   d. unscheduled draws on credit enhancements reflecting financial difficulties;
   e. substitution of credit or liquidity facility providers, or their failure to perform;
   f. adverse opinions or events affecting the tax-exempt status of the Bonds;
   g. modifications to rights of the holders (including Beneficial Owners) of the Bonds;
   h. bond calls;
   i. defeasances;
   j. release, substitution, or sale of property securing repayment of the Bonds; and
   k. rating changes.

Event (c) is included pursuant to a letter from the SEC staff to the National Association of Bond Lawyers, dated September 19, 1995. However, event (c) may not be applicable, since

23

the terms of the Bonds do not provide for "debt service reserves." In addition, with respect to the following events:

Events (d) and (e). The Commonwealth does not undertake to provide any notice with respect to credit enhancement added after the primary offering of the Bonds, unless the Commonwealth applies for or participates in obtaining the enhancement.

Event (f). For information on the tax status of the Bonds, see *Tax Matters*.

Event (h). The Commonwealth does not undertake to provide the above-described event notice of a mandatory scheduled redemption, not otherwise contingent upon the occurrence of an event, if the terms, dates and amounts of redemption are set forth in detail in this Official Statement under "*The Bonds* — Redemption", the only open issue is which Bonds will be redeemed in the case of a partial redemption, notice of redemption is given to the Bondholders as required under the terms of the Bonds, and public notice of the redemption is given pursuant to Securities Exchange Act of 1934 Release No. 34-23856 of the SEC, even if the originally scheduled amounts are reduced by prior optional redemptions or purchases of Bonds.

The Commonwealth expects to provide the information described in paragraph 1 above by filing its first bond official statement that includes such information for the preceding fiscal year or, if no such official statement is issued by the 305-day deadline, by filing a separate document containing such information.

The Commonwealth has made similar continuing disclosure covenants in connection with prior bond issuances, and has complied with all such covenants, except as hereinafter noted. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2002 were filed after the Commonwealth's filing deadline of May 1, 2003 because of delays in finalizing such financial statements resulting from the implementation of GASB Statement No. 34 ("GASB 34"). The Commonwealth's audited financial statements for the fiscal year ended June 30, 2003 were also filed after the Commonwealth's filing deadline of April 30, 2004, because of delays in finalizing the financial statements of certain of the Commonwealth's reporting units due to the implementation of GASB 34. The Commonwealth's audited financial statements for the fiscal years ended June 30, 2004, 2006 and 2007 were also filed after the Commonwealth's respective filing deadlines of May 1, 2005, 2007 and 2008, because various governmental agencies did not submit their audited financial statements to the central government's external auditors on time, thereby delaying submission of the Commonwealth's audited financial statements.

As of the date of this Official Statement, there is no Commonwealth SID, and the NRMSIRs are: Bloomberg Municipal Repository, 100 Business Park Drive, Skillman, New Jersey 08558; Standard & Poor's Securities Evaluations, Inc., 55 Water Street, 45th Floor, New York, New York 10041; Interactive Data Pricing and Reference Data, Inc., Attn: NRMSIR, 100 William Street, 15th Floor, New York, New York 10038; and DPC Data Inc., One Executive Drive, Fort Lee, New Jersey 07024.

The Commonwealth may from time to time choose to provide notice of the occurrence of certain other events in addition to those listed above if, in the judgment of the Commonwealth, such other events are material with respect to the Bonds, but the Commonwealth does not

PR-CCD-0009556

undertake to provide any such notice of the occurrence of any material event except those events listed above.

The Commonwealth acknowledges that its undertaking pursuant to the Rule described above is intended to be for the benefit of the Beneficial Owners of the Bonds, and shall be enforceable by any such Beneficial Owners; provided that the right to enforce the provisions of its undertaking shall be limited to a right to obtain specific enforcement of the Commonwealth's obligations thereunder.

No Beneficial Owner may institute any suit, action or proceeding at law or in equity ("Proceeding") for the enforcement of the foregoing covenants (the "Covenants") or for any remedy for breach thereof, unless such Beneficial Owner shall have filed with the Commonwealth written notice of any request to cure such breach, and the Commonwealth shall have refused to comply within a reasonable time. All Proceedings shall be instituted only in a Commonwealth court located in the Municipality of San Juan, Puerto Rico for the equal benefit of all Beneficial Owners of the outstanding Bonds benefited by the Covenants, and no remedy shall be sought or granted other than specific performance of any of the Covenants at issue. Moreover, Proceedings filed by Beneficial Owners against the Commonwealth may be subject to the sovereign immunity provisions of Section 2 and 2A of Act No. 104, approved June 29, 1955, as amended, which governs the scope of legal actions against the Commonwealth, substantially limits the amount of monetary damages that may be awarded against the Commonwealth and provides certain notice provisions, the failure to comply with which may further limit any recovery.

The Covenants may only be amended if:

(1)     the amendment is made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the Commonwealth, or type of business conducted; the Covenants, as amended, would have complied with the requirements of the Rule at the time of award of the Bonds, after taking into account any amendments or change in circumstances; and the amendment does not materially impair the interest of Beneficial Owners, as determined by persons unaffiliated with the Commonwealth; or

(2)     all or any part of the Rule, as interpreted by the staff of the SEC at the date of the adoption of such Rule, ceases to be in effect for any reason, and the Commonwealth elects that the Covenants shall be deemed amended accordingly.

The Commonwealth has further agreed that the annual financial information containing any amended operating data or financial information will explain, in narrative form, the reasons for the amendment and the impact of the change in the type of operating data or financial information being provided.

Any assertion of beneficial ownership must be filed, with full documentary support, as part of the written request described above.

25

## MISCELLANEOUS

The foregoing summaries of or references to the Act, the Bonds, the Bond Resolution, and the other documents and agreements referred to herein and the summaries of or references to the various acts contained in the Commonwealth Report, are made subject to all the detailed provisions thereof to which reference is hereby made for further information and do not purport to be complete statements of any or all of such provisions.

Appended to and constituting a part of this Official Statement are the Commonwealth Report (*Appendix I*), the Commonwealth's Annual Financial Report (*Appendix II*) and the proposed form of opinion of Bond Counsel (*Appendix III*).

The information set forth in this Official Statement and incorporated herein by reference, except for information pertaining to DTC, was supplied by certain officials of the Commonwealth or certain of its agencies or instrumentalities, in their respective official capacities, or was obtained from publications of the Commonwealth or certain of its agencies or instrumentalities, and is included or incorporated by reference in this Official Statement on the authority of such officials or the authority of such publications as public official documents. The information pertaining to DTC was supplied by DTC.

This Official Statement will be filed with each NRMSIR and with the Municipal Securities Rulemaking Board.

**COMMONWEALTH OF PUERTO RICO**

By: /s/ Angel Ortíz Garcia
Acting Secretary of the Treasury

PR-CCD-0009558

APPENDIX I

**COMMONWEALTH OF PUERTO RICO**
**Financial Information and Operating Data Report**
**May 31, 2008**

PR-CCD-0009559

[THIS PAGE INTENTIONALLY LEFT BLANK]

# TABLE OF CONTENTS

**Page**

INTRODUCTION ............................................................................................................. 1
    General .................................................................................................................. 1
    Geographic Location and Demography ................................................................. 1
    Relationship with the United States ...................................................................... 1
    Governmental Structure ........................................................................................ 2
    Principal Officials Responsible for Fiscal Matters .............................................. 2
    Political Trends ..................................................................................................... 3

THE ECONOMY ............................................................................................................. 4
    General .................................................................................................................. 4
    Economic Development Program .......................................................................... 8
    Employment and Unemployment ......................................................................... 12
    Economic Performance by Sector ........................................................................ 13
    Higher Education .................................................................................................. 25
    Tax Incentives ...................................................................................................... 27

DEBT ............................................................................................................................. 29
    Public Sector Debt ................................................................................................ 29
    Debt Service Requirements for Commonwealth General Obligation Bonds ....... 32
    Ratings of Commonwealth General Obligation Bonds ........................................ 35
    Commonwealth Guaranteed Debt ........................................................................ 35
    Trends of Public Sector Debt ............................................................................... 35

PUBLIC CORPORATIONS ............................................................................................ 37
    Government Development Bank for Puerto Rico .................................................. 38
    Other Public Corporations .................................................................................... 41

INSURANCE MATTERS ................................................................................................ 47

RETIREMENT SYSTEMS .............................................................................................. 47

COMMONWEALTH FINANCIAL STATEMENTS ....................................................... 58

PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES ....................... 59
    Summary and Management's Discussion of General Fund Results ...................... 59
    Tax Reform ........................................................................................................... 64
    Proposed Sales Tax and Excise Tax Changes ...................................................... 65
    Major Sources of General Fund Revenues ........................................................... 66
    Collections of Income, Sales and Excise Taxes ................................................... 69
    Transfers to General Obligation Redemption Fund .............................................. 69
    Components of General Fund Expenditures .......................................................... 69
    Federal Grants ...................................................................................................... 71

i

PR-CCD-0009561

## TABLE OF CONTENTS
(continued)

|  | Page |
|---|---|
| BUDGET OF THE COMMONWEALTH OF PUERTO RICO | 71 |
|     Office of Management and Budget | 71 |
|     Budgetary Process | 72 |
|     Fiscal Reform | 72 |
|     Financial Control and Adjustment Procedures | 73 |
|     Appropriations | 74 |
|     Budget for Fiscal Year 2008 | 75 |
|     Budget for Fiscal Year 2009 | 77 |
|     Differences between Budget and Basic Financial Statements | 79 |
| LITIGATION | 79 |

PR-CCD-0009562

# COMMONWEALTH OF PUERTO RICO
## Financial Information and Operating Data Report
### May 31, 2008

## INTRODUCTION

### General

The operating and financial information about the Commonwealth included in this Report has been updated as of May 31, 2008, except as to certain information which has been updated as of different dates, as set forth herein.

### Geographic Location and Demography

Puerto Rico, the fourth largest of the Caribbean islands, is located approximately 1,600 miles southeast of New York City. It is approximately 100 miles long and 35 miles wide.

According to the United States Census Bureau, the population of Puerto Rico was 3,808,610 in 2000 (3,927,776 as of July 1, 2006 according to a Census Bureau estimate), compared to 3,522,000 in 1990. As of 2000, the population of San Juan, the island's capital and largest city, was 434,375.

### Relationship with the United States

Puerto Rico was discovered by Columbus in 1493 and shortly thereafter the island was conquered and settled by the Spaniards. It remained a Spanish possession for four centuries.

Puerto Rico came under United States sovereignty pursuant to the Treaty of Paris, signed on December 10, 1898, which ended the Spanish-American War. Puerto Ricans have been citizens of the United States since 1917. In 1950, after a long evolution toward greater self-government for Puerto Rico, the Congress of the United States enacted Public Law 600, which is "in the nature of a compact" and which became effective upon its acceptance by the electorate of Puerto Rico. It provides that those sections of existing law which defined the political, economic, and fiscal relationship between Puerto Rico and the United States would remain in full force. It also authorized the people of Puerto Rico to draft and adopt their own Constitution. The Constitution was drafted by a popularly elected constitutional convention, overwhelmingly approved in a special referendum by the people of Puerto Rico and approved by the United States Congress and the President of the United States, becoming effective upon proclamation of the Governor of Puerto Rico on July 25, 1952. Puerto Rico's relationship with the United States is referred to herein as commonwealth status.

The United States and the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico") share a common defense, market, and currency. The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner who has a voice in the House of Representatives but no vote. Most federal taxes, except those such as Social Security taxes which are imposed by mutual consent,

I-1

PR-CCD-0009563

are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries.

The official languages of Puerto Rico are Spanish and English.

## Governmental Structure

The Constitution of the Commonwealth provides for the separation of powers of the executive, legislative, and judicial branches of government. The Governor is elected every four years. The Legislative Assembly consists of a Senate and a House of Representatives, the members of which are elected for four-year terms. The highest court within the local jurisdiction is the Supreme Court of Puerto Rico. Puerto Rico constitutes a District in the federal judiciary and has its own United States District Court. Decisions of this court may be appealed to the United States Court of Appeals for the First Circuit and from there to the Supreme Court of the United States.

Governmental responsibilities assumed by the central government of the Commonwealth are similar in nature to those of the various state governments. In addition, the central government assumes responsibility for local police and fire protection, education, public health and welfare programs, and economic development.

## Principal Officials Responsible for Fiscal Matters

Aníbal Acevedo Vilá was sworn in as Governor of Puerto Rico on January 2, 2005. He is a graduate of the University of Puerto Rico, where he obtained a Bachelor's degree in Political Science and a Juris Doctor degree. He obtained an L.L.M. from Harvard Law School and served as law clerk for Puerto Rico Supreme Court Judge Federico Hernández Denton and for U.S. First Circuit Court of Appeals Judge Levin Campbell. He also served in the public sector as legislative adviser to the Governor of Puerto Rico. From 1993 to 2001, he served as an elected member of the Puerto Rico House of Representatives. From 2001 until assuming his position as Governor, he served as the elected Resident Commissioner of the Commonwealth in the U.S. House of Representatives.

Ángel Ortíz García was named Acting Secretary of the Puerto Rico Department of the Treasury (the "Treasury") on May 30, 2008. He is a certified public accountant and a lawyer. He graduated from the University of Puerto Rico, where he obtained a Bachelor's degree in accounting and a Juris Doctor degree. From March until May 2008 Mr. Ortíz served as Assistant Secretary of Internal Revenue at the Treasury. From April 2005 until March 2008 Mr. Ortíz was Assistant Secretary of the Treasury. Prior to working for the Commonwealth, from May 2001 until April 2005 Mr. Ortíz was Senior Treasurer of Pfizer Pharmaceuticals LLC. Prior to 2001 he worked at PricewaterhouseCoopers.

Armando A. Valdez was appointed Executive Director of the Commonwealth of Puerto Rico Office of Management and Budget in January, 2008. Before that he served as Advisor to the Governor from January 2005 to December 2007, as Executive Director of the Incoming Transition Committee from November 2004 to December 2004, and as Director of Intergovernmental Affairs to the Puerto Rico Federal Affairs Administration form June 2001 to

I-2

PR-CCD-0009564

December 2003. He earned a Bachelor of Arts degree in Architecture from Yale University and a Masters degree in Government (thesis pending) from John Hopkins University.

Jorge Irizarry Herráns was appointed President of Government Development Bank ("GDB") on December 4, 2007. Mr. Irizarry served as Executive Vice President and Director of Financing of GDB from 2005 until his appointment as Acting President, and has over 30 years of experience in banking, investments and consulting, which he acquired while working at Chase Manhattan, Booz Allen Hamilton, Inc., Banco Mercantil, Banco de Ponce, PaineWebber, Inc., and Sandoval Associates. Mr. Irizarry has a Bachelor's degree in finance from New York University and holds a Masters Degree in Business Administration from Harvard Business School.

## Political Trends

For many years there have been two major views in Puerto Rico with respect to Puerto Rico's relationship with the United States: one favoring commonwealth status, represented by the Popular Democratic Party, and the other favoring statehood, represented by the New Progressive Party. The following table shows the percentages of the total votes received by the gubernatorial candidates of the various parties in the last five elections. While the electoral choices of Puerto Rico's voters are not based solely on party preferences regarding Puerto Rico's relationship with the United States, candidates who support a continuing relationship between Puerto Rico and the United States have prevailed in elections for many years.

|  | 1988 | 1992 | 1996 | 2000 | 2004 |
|---|---|---|---|---|---|
| Popular Democratic Party | 48.7% | 45.9% | 44.5% | 48.6% | 48.4% |
| New Progressive Party | 45.8% | 49.9% | 51.1% | 45.7% | 48.2% |
| Puerto Rico Independence Party | 5.4% | 4.2% | 3.8% | 5.2% | 2.7% |
| Others | 0.1% | - | 0.6% | 0.5% | 0.6% |

With the results of the 2004 election, control of the executive branch continued under the Popular Democratic Party while the legislative branch is now controlled by the New Progressive Party. The composition of the Senate and House of Representatives by political party is as follows:

|  | Senate | House |
|---|---|---|
| Popular Democratic Party | 9 | 18 |
| New Progressive Party | 17 | 32 |
| Puerto Rico Independence Party | 1 | 1 |
| Total | 27 | 51 |

The next general election (gubernatorial, municipal, and legislative) in Puerto Rico will be held in November 2008. Voter participation in Puerto Rico is substantially higher than in the United States, averaging 82% since 1972.

I-3

PR-CCD-0009565

# THE ECONOMY

### General

The Commonwealth has established policies and programs directed principally at developing the manufacturing and services sectors of the economy and expanding and modernizing the Commonwealth's infrastructure. Domestic and foreign investments have been stimulated by selective tax exemptions, development loans, and other financial and tax incentives. Infrastructure expansion and modernization have been to a large extent financed by bonds and notes issued by the Commonwealth, its public corporations, and municipalities. Economic progress has been aided by significant increases in the levels of education and occupational skills of the population.

Puerto Rico's economy has expanded, on average, for more than two decades. Virtually every sector of the economy has participated in this expansion, and record levels of employment have been achieved. Factors contributing to this expansion include government-sponsored economic development programs, increases in the level of federal transfer payments, and the relatively low cost of borrowing. In some years, these factors were aided by a significant rise in construction investment driven by infrastructure projects, private investment, primarily in housing, and relatively low oil prices. In the three fiscal years after the previous recession, during fiscal year 2002, the economy expanded at a moderate annual rate of 2.2%. During fiscal year 2007, real gross national product decreased by 1.8%. This contraction continued into fiscal year 2008. The Planning Board expects a reduction of 2.1% of real gross national product for fiscal year 2008 and a recovery of 2.1% for fiscal year 2009. It is likely, given the continuing economic weakness in certain key economic variables, including employment and economic output, that the Planning Board will lower its prediction of economic growth for the fiscal year ending June 30, 2009.

Personal income, both aggregate and per capita, has increased consistently each fiscal year from 1985 to 2007. In fiscal year 2007, aggregate personal income was $53.1 billion ($44.4 billion in 2000 prices) and personal income per capita was $13,491 ($11,279 in 2000 prices).[1] Personal income includes transfer payments to individuals in Puerto Rico under various social programs. Total federal payments to Puerto Rico, which amount to around $12 billion annually and include transfers to local government entities and expenditures of federal agencies in Puerto Rico, in addition to federal transfer payments to individuals, are lower on a per capita basis in Puerto Rico than in any state of the United States. Eighty two percent (82%) of the transfer payments to individuals in fiscal year 2007 ($8.9 billion), represented entitlements for previously performed services or resulting from contributions to programs such as Social Security, Veterans' Benefits, Medicare, and U.S. Civil Service retirement pensions. Grants represent the remainder of the federal transfers to individuals, mostly concentrated in the Nutritional Assistance Program (Food Stamps) and Pell Grant (higher education) Scholarships.

Total average annual employment (as measured by the Department of Labor and Human Resources Household Employment Survey (the "Household Survey")) has also increased. From fiscal year 2000 to fiscal year 2008, annual employment increased 5.8% to 1,217,500.

---

[1] Different price deflators are used for gross national product and personal income statistics. The year 2000 is used as a basis for comparison because that is the year used by the U.S. Department of Commerce.

I-4

PR-CCD-0009566

The dominant sectors of the Puerto Rico economy in terms of production and income are manufacturing and services. The manufacturing sector has undergone fundamental changes over the years as a result of increased emphasis on higher wage, high technology industries, such as pharmaceuticals, biotechnology, computers, microprocessors, professional and scientific instruments, and certain high technology machinery and equipment. The services sector, including finance, insurance, real estate, wholesale and retail trade, and tourism, also plays a major role in the economy. It ranks second to manufacturing in contribution to the gross domestic product and leads all sectors in providing employment.

The following table shows the gross national product for the five fiscal years ended June 30, 2007.

### Commonwealth of Puerto Rico
### Gross National Product
### Fiscal Years Ended June 30,

|  | 2003 | 2004 | 2005 | 2006 | 2007[1] |
|---|---|---|---|---|---|
| Gross national product – $ millions[2] | $47,479 | $50,709 | $53,752 | $56,733 | $58,712 |
| Real gross national product – $ millions (2000 prices) | 42,795 | 43,967 | 44,819 | 45,061 | 44,252 |
| Annual percentage increase in real gross national product (2000 prices) | 2.1% | 2.7% | 1.9% | 0.5% | (1.8)% |
| U.S. annual percentage increase in real gross national product (2000 prices) | 1.9% | 4.0% | 3.0% | 3.1% | 2.0% |

(1) Preliminary.
(2) In current dollars.

*Sources:* Puerto Rico Planning Board and Global Insight Inc.

The economy of Puerto Rico is closely linked to the United States economy, as most of the external factors that affect the Puerto Rico economy (other than the price of oil) are determined by the policies and performance of the mainland economy. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures. During fiscal year 2007 (from July 1, 2006 to June 30, 2007) approximately 77% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 50% of Puerto Rico's imports.

The following graph compares the growth rate of real gross national product for the Puerto Rico and United States economies since fiscal year 1990, and the forecast of the growth rate for fiscal years 2008 and 2009.

I-5

PR-CCD-0009567

## REAL GNP GROWTH RATE



\* Global Insight 3/08.

Since the 1950s, the Puerto Rico Planning Board (the "Planning Board") has prepared a complete set of macroeconomic measures like those prepared for the United States by the Bureau of Economic Analysis ("BEA") of the Department of Commerce, as part of the National Income and Product Accounts ("NIPA"). In contrast with BEA, which computes the economic accounts on a quarterly basis, the Planning Board computes Puerto Rico's NIPA on an annual basis. Like BEA, the Planning Board revises its statistics on a regular basis. The Planning Board classifies its statistics as preliminary until they are revised and made final in conjunction with the release of new data each year. Thus, all macroeconomic accounts for fiscal year 2007 shown in this report are preliminary until the revised figures are released and the forecasts for fiscal years 2008 and 2009 revised.

*Forecast for Fiscal Year 2008*

The Planning Board's gross national product forecast for fiscal year 2008, which was released in March 2008, projected a decline of 2.1% in constant dollars, or an increase of 3.4% in current dollars. Personal income is expected to increase by 0.8% in real terms, or 4.3% in nominal terms (see footnote 1 on page I-4). The Planning Board expects real growth to return in fiscal year 2009, at 2.1%, or 7.1% in current dollars. It is likely, given the continuing economic weakness in certain key economic variables, including employment and economic output, that the Planning Board will lower its prediction of economic growth for the fiscal year ending June 30, 2009. The major factors affecting the economy at this point are, among others, the continued increase of oil prices, the slowdown of U.S. economic activity, and the continuing economic uncertainty generated by the Commonwealth's fiscal crisis. These factors and the effects on economic activity of the implementation of the new sales tax are persuading consumers to adjust their behavior to the new economic conditions.

I-6

According to the Household Survey, total employment for fiscal year 2008 averaged 1,217,500, a decrease of 3.6% compared to 1,262,900 for fiscal year 2007. At the same time, the unemployment rate for fiscal year 2008 was 11.0%, an increase from 10.4% for fiscal year 2007.

*Fiscal Year 2007*

The Planning Board's preliminary reports on the performance of the Puerto Rico economy for fiscal year 2007 indicate that real gross national product decreased 1.8% (3.5% in current dollars) over fiscal year 2006. Nominal gross national product was $58.7 billion in fiscal year 2007 ($44.3 billion in 2000 prices), compared to $56.7 billion in fiscal year 2006 ($45.1 billion in 2000 prices). Aggregate personal income increased from $51.1 billion in fiscal year 2006 ($44.0 billion in 2000 prices) to $53.9 billion in fiscal year 2007 ($44.4 billion in 2000 prices), and personal income per capita increased from $13,033 in fiscal year 2006 ($11,229 in 2000 prices), to $13,491 in fiscal year 2007 ($11,279 in 2000 prices).

According to the Household Survey, total employment for fiscal year 2007 averaged 1,262,900, an increase of 0.8% compared to 1,253,400 for fiscal year 2006. The driving force behind total employment was self-employment. The unemployment rate for fiscal year 2007 was 10.4%, a decrease from 11.7% for fiscal year 2006. As in the past, the economy of Puerto Rico followed the general performance and trends of the United States economy, although at a lower rate of growth.

Among the variables contributing to the Planning Board's downward revision in the forecast were the current effect of persistent high levels of oil prices, and the current slowdown of the United States economy. Moreover, the continuing weakness of local construction investment has aggravated the current situation. The persistent high level of the price of oil and its derivatives (such as gasoline) has served to reduce the income available for other purchases and, thereby, negatively affected domestic demand. Due to the Commonwealth's dependence on oil for power generation and gasoline in spite of its recent improvements in power production diversification, the high level of oil prices is expected to account for an increased outflow of local income in fiscal year 2008. The current financial difficulties associated with the subprime mortgage crisis have resulted in lowering of short-term interest rates. This could help alleviate the situation of the construction sector, which historically has been a major contributor to economic growth. The implementation of the tax reform legislation discussed below may reduce net disposable income even after giving effect to certain income tax reductions provided in the tax reform legislation. For a discussion of the Commonwealth's fiscal difficulties and the recently enacted tax reform, see "Tax Reform" under Puerto Rico Taxes, Other Revenues, and Expenditures.

*Fiscal Year 2006*

The Planning Board's reports of the performance of the Puerto Rico economy during fiscal year 2006 indicate that the economy (as registered by real gross national product) grew by 0.5%. Nominal gross national product was $56.7 billion ($45.1 billion in 2000 prices), compared to $53.8 billion in fiscal year 2005 ($44.8 billion in 2000 prices). This represents an increase in nominal gross national product of 5.5%. Aggregate personal income increased from $48.8 billion ($44.0 billion in 2000 prices) to $51.1 billion in fiscal year 2006 ($44.0 billion in

I-7

2000 prices), and personal income per capita increased from $12,507 in fiscal year 2005 ($11,267 in 2000 prices), to $13,033 in fiscal year 2006 ($11,229 in 2000 prices).

According to the Household Survey, total employment for fiscal year 2006 averaged 1,253,400, an increase of 1.3% compared to 1,237,600 for fiscal year 2005. The unemployment rate for fiscal year 2006 was 11.7%, an increase from 10.6% for fiscal year 2005, due to the partial government shutdown in May 2006 that resulted in the two week furlough of many government employees. As in the past, the economy of Puerto Rico followed the performance and general trends of the United States economy but did not reach the level of U.S. real economic growth.

**Economic Development Program**

The Commonwealth's economic development program is now focused on initiatives aimed at producing more diversified and sustainable economic development. The six principal elements of these initiatives, as expressed in the Governor's Economic Development and Government Transformation Plan for Puerto Rico, are: (i) developing world-class infrastructure, while encouraging private investment with innovative financial models and agile, effective evaluation processes; (ii) accelerating Puerto Rico's entry into the knowledge economy by creating a center of excellence in biotechnology, engineering and computing; (iii) promoting local enterprise and supporting local businesses (in Spanish, Apoyo al de Aquí) by providing innovative financing alternatives and access to domestic and foreign markets; (iv) transforming the tourist industry into a vehicle for Puerto Rico's economic development; (v) diversifying energy-generating sources to reduce dependence on petroleum by half; and (vi) transforming Puerto Rico's government, without layoffs or privatization, through effective agency consolidation and decentralization of functions while offering first-class service to all citizens in a sensible, effective and agile manner that contributes to Puerto Rico's socio-economic development.

The Commonwealth has formulated a strategic plan to increase its competitiveness in knowledge-based economic sectors, such as research and development of science and technology products. Four major components of this strategic plan are: (i) building on the strong presence in Puerto Rico of multinational companies in the science and technology sectors; (ii) building on Puerto Rico's skilled workforce to promote the expansion of research and development facilities by companies currently operating in Puerto Rico; (iii) attracting new companies in such sectors; and (iv) providing incentives for companies and entrepreneurs to engage in the process of innovation and commercialization of new products and to establish research and development facilities in Puerto Rico. The last initiative includes the creation of the Puerto Rico Science & Technology Trust, a government-sponsored trust (currently capitalized at $4.9 million and expected to grow to $25 million in three years), that will provide grants and financing to companies, entrepreneurs, and universities that engage in these activities. As part of this plan, construction has begun on a biotechnology plant in Mayagüez and a molecular sciences building on the main campus of the University of Puerto Rico in Río Piedras. Additionally, the Department of Transportation has transferred land to the University of Puerto Rico for the construction of a cancer center.

I-8

PR-CCD-0009570

As part of this strategic plan, the Commonwealth is actively pursuing local participation in the aerospace industry, including engineering design services and the outsourcing of business activities. Also, recently Industrial Development Company ("PRIDCO") began a program to improve local entrepreneurial capacity by evaluating local businesses for worldwide best practices, and the Economic Development Bank started a new venture capital program offering financing to entrepreneurs that present projects with great potential for commercialization.

The Commonwealth is also providing incentives to promote the establishment of distribution and call centers, the acquisition and development of patents, and the development of a local entrepreneurial class. Distribution and call centers located in the Commonwealth will benefit from a preferential tax rate of 4% if they offer services to Latin America and 2% if they offer hemisphere or worldwide services. The Commonwealth has decided to focus on this type of industry because it is labor intensive, presents no environmental concerns, and is generally able to start operations quickly. Over two dozen call centers have recently been established with employment of over 2,500 persons.

With respect to the acquisition and development of patents, under newly enacted legislation, the Secretary of the Treasury may (i) negotiate the payment of taxes on patent royalties; and (ii) reduce the tax rate on patent royalties to a rate as low as 2%. These incentives are in addition to those already enacted for research and development carried out in the Commonwealth. To further develop a local entrepreneurial class, the Commonwealth has enacted legislation providing local entrepreneurs with the following benefits: (i) tax incentives to retailers that use their distribution channels to sell products made in Puerto Rico in other jurisdictions; (ii) requiring at least 15% of products and services purchased by government agencies to be locally manufactured or provided; and (iii) the use of government-sponsored financing, marketing and/or training to promote the production of economically feasible products or services for Puerto Rico markets.

*Puerto Rico Tax Incentives*

One of the benefits enjoyed by the Commonwealth is that corporations operating in Puerto Rico (other than corporations organized in the United States with a local branch) and individuals residing in Puerto Rico generally are not subject to federal income taxes on income derived in Puerto Rico. This enables the Commonwealth to utilize local tax legislation as a tool for stimulating economic development, and it has done so for many years. See "Tax Incentives" below.

In this regard, the Commonwealth enacted legislation extending certain benefits of its most recent tax incentives law, Act No. 135 of December 2, 1997, as amended (the "1998 Tax Incentives Act"), to all eligible businesses operating under previous tax incentives laws. These incentives were initially scheduled to be available until December 31, 2007, but were extended until June of 2008 (although tax incentive concessions granted thereunder will continue to be in effect until their respective dates of expiration). On May 28, 2008 the Commonwealth enacted a new tax incentives law, Act No. 73 (the "Economic Incentives Act").

The Economic Incentives Act streamlines the process for obtaining tax incentives and provides recipients with certainty as to the amount of benefits they will receive over time. The

PR-CCD-0009571

Economic Incentive Act expands the definition of manufacturing to include cluster and supply chain concepts, addresses issues of cost competitiveness, and simplifies the applicable rules. The tax structure established by the Economic Incentives Act generally has a 4% income tax rate and a 12% withholding tax rate for royalties. An alternative structure has an 8% income tax rate and a 2% withholding tax on royalties. For existing businesses with tax rates between 2% and 4%, the Secretary of Economic Development has the discretion to grant the same tax benefits if doing so is considered to be in the best interests of Puerto Rico's economy. Income tax rates may be reduced by an additional 0.5% for projects located in low-or mid-economic development areas. Additional exceptions to the general tax structure exist for pioneering activities, local firms and small businesses. Pioneering activities may have a 1% income tax rate, or no income taxes if the research and development activity is located completely within Puerto Rico. For local firms, the tax rate is 3% and for small businesses the tax rate is 1%.

A variety of credits are available under the Economic Incentives Act, including: for the purchase of products manufactured in Puerto Rico; for job creation; for investment in research and development; for investment in energy generation equipment; to reduce the cost of energy; to transfer technology; and for investors who acquire exempt operations in the process of shutting down. There are also investment credits for projects classified as strategic projects. Some of these credits can be carried forward and others can be sold.

In December 2006, two laws were approved that provide additional tax incentives to foster economic development in Puerto Rico. Act No. 289 of December 26, 2006 amended the 1994 Puerto Rico tax code in order to facilitate the creation of local Real Estate Investment Trusts (REITs). A REIT is a corporation, usually publicly traded, that manages a portfolio of real estate to earn profits for shareholders. Under Act No. 289, a special tax rate of 10% applies to the income from this type of investment. The creation of REITs is expected to encourage investment in residential, commercial and industrial properties and hotels, and will contribute to the development of a local capital market.

Act No. 287 of December 26, 2006 created a new financing conduit for PRIDCO-sponsored economic development activity, to be known as the Puerto Rico Investment Development Initiative. The interest paid on debt securities issued by companies operating under the Puerto Rico Industrial Incentives Act of 1998 is exempt from Puerto Rico income taxes for *bona fide* residents of Puerto Rico and local corporations. The proceeds of such debt can be used for general business purposes, such as raw materials and machinery acquisition, construction, general business expenses, intellectual property and research and development, among others, but 80% of the proceeds must be used within Puerto Rico by the benefited company.

*Reduction of the Costs of Doing Business*

The Commonwealth believes that to make Puerto Rico more competitive and foster investment it needs to reduce the cost of doing business in Puerto Rico. In order to accomplish this, the Commonwealth proposes to (i) promote the creation of more cogeneration power plants to diversify energy fuel sources and reduce oil imports for electric power generation; (ii) streamline the permitting process to accelerate and reduce the cost of investment in Puerto Rico; and (iii) create a multi-agency task force to expedite critical projects. The Commonwealth has

I-10

PR-CCD-0009572

also implemented additional initiatives to restructure certain government agencies in order to improve the services offered by these agencies and provide such services in a more efficient manner. Both PRIDCO and Tourism Company have completed restructurings resulting in their being able to respond more quickly to the needs of their constituents while shedding over 500 employment positions.

The Commonwealth is in the process of diversifying its energy fuel sources. Two cogeneration power plants, one of which is fueled by coal and the other by liquefied natural gas, have reduced Puerto Rico's dependence on oil imports for the generation of electricity by approximately 25%, from 99% to 74%. Currently, as part of the Electric Power Authority's capital improvement plan, the Authority is considering building an additional cogeneration power plant fueled by liquefied natural gas in the municipality of Mayagüez.

The Department of Economic Development and Commerce initiated a reengineering of the Commonwealth's investment project evaluation process in which all branches of the Commonwealth government participated. The first phase, completed in December 2006, evaluated and developed the model. Currently, the project is in second phase, which consists of testing a virtual permitting system in 15 municipalities. Simultaneously, a group of participants are reviewing the laws, bylaws and management of each agency to streamline the evaluation process.

*Federal Tax Incentives*

In connection with the phase-out of Sections 30A and 936 of the U.S. Internal Revenue Code of 1986, as amended (the "U.S. Code") (see "Tax Incentives – Incentives under the U.S. Code" below), the United States Senate requested the Joint Commission on Taxation ("JCT") and the United States Government Accountability Office ("GAO") to study the economic impact of this phase-out and present recommendations on alternative tax incentives for U.S.-based companies operating in Puerto Rico. In anticipation of the final phase-out of Sections 30A and 936 of the U.S. Code, most U.S.-based companies operating under Sections 30A and 936 converted from United States corporations to Controlled Foreign Corporations ("CFCs"), thus lessening the impact of the phase-out of those sections on their operations.

In May 2006, the GAO published its study titled "Fiscal Relations with the Federal Government and Economic Trends during the phase-out of the Possessions Tax Credit." The GAO study found that Puerto Rico's per capita gross domestic product and gross national product were significantly lower compared to United States averages, and the absolute gap between the per capita gross national product of Puerto Rico residents and that of United States residents has increased. The GAO study further found that, although the value-added by United States companies claiming the possessions tax credit decreased by about two-thirds during the period 1993-2003, much of the decline was offset by growth in other corporations, such as pharmaceuticals. Finally, the GAO study determined that although residents of Puerto Rico pay considerably less total tax per capita than residents of the United States, they pay approximately the same percentage of their personal income in taxes. The GAO study, which is informative in nature, is intended to help the United States Congress decide which economic development initiatives will best suit Puerto Rico's current situation.

I-11

In June 2006, the JCT published its pamphlet titled "An Overview of the Special Tax Rules related to Puerto Rico and an Analysis of the Tax and Economic Policy Implications of Recent Legislative Options" (the "JCT Report"). The JCT Report provides an overview of the tax and non-tax rules applicable to United States possessions, the special tax rules applicable to Puerto Rico and an economic analysis of such special tax rules. The JCT Report also presents certain legislative options and specific proposals that have been advocated by various parties in order to stimulate economic growth in Puerto Rico. Although these legislative options and specific proposals are not recommendations, the JCT Report does state that federal and Commonwealth tax policy must be coordinated in order to design and implement new tax proposals aimed at enhancing development in Puerto Rico by targeting problems unique to Puerto Rico, instead of problems common to the United States and Puerto Rico, which proposals are likely to induce business to relocate from the United State to Puerto Rico.

The Commonwealth is seeking the extension of additional sections of the U.S. Code that provide a dividends received deduction for a percentage of profits generated in Puerto Rico by controlled foreign corporations, as well as deductions that would encourage investments in research and development activities.

**Employment and Unemployment**

The number of persons employed in Puerto Rico during fiscal year 2008 averaged 1,217,500, a 3.6% decrease from 1,262,900 in fiscal year 2007. Unemployment is about twice the United States average.

The following table presents annual statistics of employment and unemployment for fiscal year 2004 through fiscal year 2008. These employment figures are based on the Household Survey, which includes self-employed individuals, instead of the non-farm, payroll employment survey (the "Payroll Survey"), which does not. The number of self-employed individuals represents around 17% of civilian employment in Puerto Rico, more than double the level in the United States.

I-12

PR-CCD-0009574

**Commonwealth of Puerto Rico**
**Employment and Unemployment[1]**
**(persons age 16 and over)**
**(in thousands)**

| Fiscal Years Ended June 30, | Labor Force | Employed | Unemployed | Unemployment Rate[2] |
|---|---|---|---|---|
| | | (Annual Average) | | |
| 2004 | 1,360 | 1,206 | 155 | 11.4% |
| 2005 | 1,385 | 1,238 | 147 | 10.6 |
| 2006 | 1,420 | 1,253 | 167 | 11.7 |
| 2007 | 1,410 | 1,263 | 147 | 10.4 |
| 2008 | 1,368 | 1,218 | 151 | 11.0 |

(1) Totals may not add due to rounding.
(2) Unemployed as percentage of labor force.

*Source:* Department of Labor and Human Resources – Household Survey

**Economic Performance by Sector**

From fiscal year 2003 to fiscal year 2007, the manufacturing and services sectors generated the largest portion of gross domestic product. The three sectors of the economy that provide the most employment are manufacturing, services and government.

I-13

PR-CCD-0009575

The following table presents annual statistics of gross domestic product by sector and gross national product for the five fiscal years ended June 30, 2003 through 2007.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Sector and Gross National Product**
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2003** | **2004** | **2005** | **2006** | **2007**[1] |
| Manufacturing | $31,532 | $33,267 | $34,534 | $36,547 | $36,717 |
| Services[2] | 28,919 | 30,476 | 32,449 | 33,948 | 35,925 |
| Government[3] | 6,948 | 7,389 | 8,150 | 8,424 | 8,586 |
| Transportation, communication and public utilities | 5,178 | 5,343 | 5,309 | 5,701 | 5,971 |
| Agriculture, forestry and fisheries | 333 | 414 | 375 | 385 | 441 |
| Construction[4] | 1,772 | 1,905 | 1,848 | 1,807 | 1,875 |
| Statistical discrepancy | 146 | 415 | 144 | 131 | 186 |
| Total gross domestic product[5] | $74,827 | $79,209 | $82,809 | $86,943 | $89,701 |
| Less: net payment abroad | (27,348) | (28,501) | (29,056) | (30,210) | (30,989) |
| Total gross national product[5] | $47,479 | $50,709 | $53,753 | $56,733 | $58,712 |

(1) Preliminary.
(2) Includes wholesale and retail trade, finance, insurance and real estate, tourism, and other services.
(3) Includes the Commonwealth, its municipalities and certain public corporations, and the federal government. Excludes certain other public corporations, like the Electric Power Authority and the Aqueduct and Sewer Authority whose activities are included under Services in the table.
(4) Includes mining.
(5) Totals may not add due to rounding.

*Source:* Planning Board

The data for employment by sector or industries presented here, like in the United States, are based on the Payroll Survey, which is designed to measure employment by sector. The Payroll Survey excludes agricultural employment and self-employed persons.

I-14

PR-CCD-0009576

The following table presents annual statistics of average employment based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

**Commonwealth of Puerto Rico**
**Non-Farm, Payroll Employment by Economic Sector[1]**
**(persons age 16 and over)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008[2]** |
| Natural Resources and Construction | 69,300 | 68,233 | 67,442 | 67,367 | 66,708 |
| Manufacturing | | | | | |
| Durable Goods | 48,808 | 48,067 | 46,350 | 45,400 | 43,892 |
| Non-Durable Goods | 69,633 | 69,250 | 66,233 | 62,367 | 60,042 |
| Sub Total | 118,441 | 117,317 | 112,583 | 107,767 | 103,934 |
| | | | | | |
| Trade, Transportation, Warehouse & Utilities | | | | | |
| Wholesale Trade | 33,300 | 33,717 | 33,992 | 33,333 | 33,283 |
| Retail Trade | 132,008 | 136,192 | 137,358 | 134,108 | 131,317 |
| Transportation, Warehouse & Utilities | 17,042 | 17,617 | 17,433 | 16,858 | 16,008 |
| Sub Total | 182,350 | 187,526 | 188,783 | 184,299 | 180,608 |
| | | | | | |
| Information | 21,917 | 22,608 | 22,675 | 22,667 | 22,225 |
| Finance | 46,850 | 48,633 | 49,767 | 49,142 | 48,408 |
| Professional & Business | 101,900 | 103,767 | 106,517 | 108,608 | 104,800 |
| Educational & Health | 98,108 | 99,967 | 103,650 | 104,917 | 104,608 |
| Leisure & Hospitality | 70,317 | 72,592 | 74,767 | 73,675 | 73,808 |
| Other Services | 20,650 | 21,258 | 20,567 | 18,542 | 18,125 |
| Government | 303,408 | 307,825 | 302,492 | 298,125 | 296,167 |
| Total Non-Farm | 1,033,242 | 1,049,725 | 1,049,242 | 1,035,108 | 1,019,392 |

(1) The figures presented in this table are based on the Payroll Survey prepared by the Bureau of Labor Statistics of the Department of Labor and Human Resources. There are numerous conceptual and methodological differences between the Household Survey and the Payroll Survey. The Payroll Survey reflects information collected from payroll records of a sample of business establishments, while the Household Survey is based on responses to a series of questions by persons in a sample of households. The Payroll Survey excludes the self-employed and agricultural employment. Totals may not add due to rounding.
(2) Preliminary.

*Source:* Department of Labor and Human Resources, Current Employment Statistics Survey (Establishment Survey – NAICS Codes)

*Manufacturing*

Manufacturing is the largest sector of the Puerto Rico economy in terms of gross domestic product. The Planning Board figures show that in fiscal year 2007 manufacturing generated $36.7 billion, or 40.9%, of gross domestic product. During fiscal year 2008, payroll employment for the manufacturing sector was 103,900, a decrease of 3.6% compared with fiscal year 2007. Most of the island's manufacturing output is shipped to the United States mainland, which is also the principal source of semi-finished manufactured articles on which further manufacturing operations are performed in Puerto Rico. The United States minimum wage laws

I-15

PR-CCD-0009577

are applicable in Puerto Rico. For fiscal year 2008, the average hourly manufacturing wage rate in Puerto Rico was approximately 68.5% of the average mainland United States rate.

Manufacturing in Puerto Rico is now more diversified than during the earlier phases of its industrial development and includes several industries less prone to business cycles. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor. This gradual shift in emphasis is best exemplified by large investments over the last decade in the pharmaceutical, scientific instruments, computers and electrical products industries in Puerto Rico. One of the factors encouraging the development of the manufacturing sector has been the tax incentives offered by the federal and Puerto Rico governments. Federal legislation enacted in 1996, however, which amended Section 936 of the U.S. Code, phased out these federal tax incentives during a ten-year period that recently ended. This change has had a long-term impact on local manufacturing activity. See "Tax Incentives – Incentives under the U.S. Code" under *The Economy*.

The following table sets forth gross domestic product by manufacturing sector for the five fiscal years ended June 30, 2003 through June 30, 2007.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Manufacturing Sector**
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2003** | **2004** | **2005** | **2006** | **2007** |
| Pharmaceuticals | $18,998 | $19,814 | $20,705 | $21,837 | $21,511 |
| Machinery and metal products: | | | | | |
| Machinery, except electrical | 3,507 | 3,372 | 3,307 | 3,215 | 3,210 |
| Electrical machinery | 1,771 | 1,818 | 1,904 | 1,852 | 1,811 |
| Professional and scientific instruments | 2,981 | 3,540 | 3,698 | 4,157 | 4,364 |
| Other machinery and metal products | 288 | 274 | 282 | 285 | 293 |
| Food products | 1,903 | 2,202 | 2,312 | 2,959 | 3,146 |
| Other chemical and allied products | 502 | 591 | 613 | 624 | 375 |
| Apparel | 353 | 344 | 325 | 228 | 222 |
| Other[1] | 1,231 | 1,312 | 1,387 | 1,391 | 1,786 |
| Total gross domestic product of manufacturing sector[2] | $31,532 | $33,267 | $34,534 | $36,547 | $36,717 |

(1) Includes petroleum products; petrochemicals; tobacco products; stone, clay and glass products; textiles and others.
(2) Totals may not add due to rounding.

*Source:* Planning Board

PR-CCD-0009578

The following table presents annual statistics of average manufacturing employment by industry based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

### Commonwealth of Puerto Rico
### Non-Farm Payroll Manufacturing Employment by Industry Group*
### (persons age 16 years and over)

| Industry Group | Fiscal Years Ended June 30, | | | | |
| | 2004 | 2005 | 2006 | 2007 | 2008[1] |
|---|---|---|---|---|---|
| **Durable Goods** | | | | | |
| Nonmetallic Mineral Products Manufacturing | 4,708 | 4,467 | 4,100 | 3,758 | 3,517 |
| Cement and Concrete Products Manufacturing | 3,850 | 3,750 | 3,533 | 3,225 | 3,108 |
| Fabricated Metal Products | 6,483 | 6,442 | 5,775 | 5,650 | 5,358 |
| Computer and Electronic | 10,575 | 10,667 | 10,808 | 10,133 | 9,042 |
| Electrical Equipment | 7,750 | 7,650 | 6,842 | 6,625 | 6,625 |
| Electrical Equipment Manufacturing | 4,933 | 4,975 | 4,700 | 4,617 | 4,683 |
| Miscellaneous Manufacturing | 11,100 | 11,158 | 11,258 | 12,333 | 12,725 |
| Medical Equipment and Supplies Manufacturing | 11,067 | 10,467 | 10,533 | 11,617 | 12,108 |
| Other Durable Goods Manufacturing | 8,192 | 7,683 | 7,567 | 6,901 | 6,625 |
| Total – Durable Goods | 48,808 | 48,067 | 46,350 | 45,400 | 43,892 |
| | | | | | |
| **Non-Durable Goods** | | | | | |
| Food Manufacturing | 13,242 | 13,050 | 12,650 | 12,225 | 12,175 |
| Beverage and Tobacco Products Manufacturing | 3,042 | 3,175 | 3,392 | 3,267 | 3,325 |
| Apparel Manufacturing | 8,533 | 8,875 | 8,258 | 7,625 | 8,800 |
| Cut and Sew Apparel Manufacturing | 8,533 | 8,850 | 8,017 | 6,992 | 7,925 |
| Chemical Manufacturing | 32,367 | 32,883 | 32,317 | 30,350 | 26,675 |
| Pharmaceutical and Medicine Manufacturing | 28,158 | 28,567 | 28,017 | 26,267 | 22,892 |
| Plastics and Rubber Products | 3,217 | 2,750 | 2,325 | 2,200 | 2,033 |
| Plastics Product Manufacturing | 2,917 | 2,258 | 2,133 | 2,025 | 1,858 |
| Other Non-Durable Goods Manufacturing | 9,232 | 8,517 | 7,291 | 6,700 | 7,034 |
| Total – Non-Durable Goods | 69,633 | 69,250 | 66,233 | 62,367 | 60,042 |
| | | | | | |
| Total Manufacturing Employment | 118,442 | 117,317 | 112,583 | 107,767 | 103,933 |

* Totals may not add due to rounding.
(1) Preliminary.

*Source*: Department of Labor and Human Resources, Current Employment Statistic Survey (Establishment Survey – NAICS Codes)

Total employment in the manufacturing sector decreased by 14,509 from fiscal year 2004 to fiscal year 2008. Manufacturing employment had been declining during the past decade, but the decline accelerated during fiscal years 2002 and 2003, falling -10.6% and -4.8%,

I-17

PR-CCD-0009579

respectively. After that, manufacturing employment seemed to stabilize around 118,000 jobs, but the deceleration reappeared in fiscal year 2006 with the sector experiencing another significant drop of -4.0%. For fiscal years 2007 and 2008, manufacturing employment decreased by -4.3% and -3.6%, respectively. During fiscal year 2008 the manufacturing sector lost around 3,800 jobs. There are several reasons which explain this sector's job shrinkage: the end of the phase-out of Section 936, the net loss of patents on certain pharmaceutical products, the escalation of manufacturing production costs (particularly labor and electricity), and the increased use of job outsourcing. Puerto Rico's manufacturing sector is facing increased international competition, and new ideas and initiatives are necessary to improve this sector.

I-18

PR-CCD-0009580

# Leading United States and Foreign Companies
## with Manufacturing Operations in Puerto Rico[1]

| Employment 2,500 and over | Product |
|---|---|
| Baxter International, Inc. | Medical Devices |
| Johnson & Johnson | Pharmaceuticals |
| Medtronic Europe SA | Medical Devices |
| Pfizer, Inc. | Pharmaceuticals |

| Employment 1,000 to 2,499 | Product |
|---|---|
| Abbott Laboratories | Pharmaceuticals |
| Altadis | Cigars |
| Amgen, Inc. | Pharmaceuticals |
| Bristol-Myers Squibb Co. | Pharmaceuticals |
| Coopervision Inc. | Ophthalmic Products |
| Eaton Corporation | Electronic Instruments |
| Edwards Lifesciences LLC | Surgical Instruments |
| Eli Lilly and Company | Pharmaceuticals |
| General Electric Industrial Systems | Electronic Instruments |
| Glaxo Smithkline | Pharmaceuticals |
| Hewlett-Packard Co. | Computers |
| Merck & Co., Inc. | Pharmaceuticals |
| Propper International, Inc. | Apparel |
| Tyco International | Surgical Products |
| Wyeth | Pharmaceuticals |

| Employment 500 to 999 | Product |
|---|---|
| Astra Zeneca PLC | Pharmaceuticals |
| Atento Teleservicios | Communications |
| Becton-Dickinson & Co. | Surgical Instruments |
| Cardinal Health, Inc. | Surgical Instruments |
| Centennial Communication | Wireless Communications |
| Eagle Industries Inc. | Apparel |
| Grupo Gloria | Food |
| Guidant Corp. | Medical Instruments |
| Hamilton Sundstrand Corp. | Electrical Instruments |
| Hubbell Incorporated | Electrical Instruments |
| Ingersoll-Rand Co. | Electrical Instruments |
| Nypro International | Electronics |
| Patheon Inc. | Pharmaceuticals |
| Procter & Gamble Co. | Pharmaceuticals |

| | |
|---|---|
| Sara Lee Corp. | Apparel |
| Sitnasuak Native Corporation | Apparel |
| St. Jude Medical, Inc. | Medical Devices |
| Stryker Corp. | Surgical Instruments |
| Unilever PLC | Consumer Products |
| Zimmer Holdings, Inc. | Pharmaceuticals |

| Employment 200 to 499 | Product |
|---|---|
| Bacardi Limited | Food |
| B. Braun Medical, Inc. | Medical Devices |
| Biovail Corporation International | Pharmaceuticals |
| Bumble Bee Seafoods | Food |
| Carolina Underwear Co. | Apparel |
| Checkpoint Systems, Inc. | Electronic Instruments |
| Coca Cola Company | Food |
| C.R. Bard, Inc. | Medical Devices |
| Curtis Instruments Inc. | Electrical Instruments |
| Davis Creek Managing Partners | Metal Products |
| E.I. DuPont de Nemours & Co. | Chemicals |
| Essilor International | Medical Devices |
| F. Hoffman-La Roche | Medical Devices |
| Honeywell Aerospace | Engineering Consulting Services |
| Iversionistas Foráneos | Electronic Instruments |
| Legacy Pharmaceuticals International | Pharmaceuticals |
| Loctite Corporation | Chemicals |
| Lutron Electronics Co. Inc. | Electronic Instruments |
| Mylan Laboratories, Inc. | Pharmaceuticals |
| Novartis | Pharmaceuticals |
| PepsiCo, Inc. | Food |
| Pratt & Whitney | Software |
| Sears Roebuck & Company | Electronic Products |
| Standard Motor Products, Inc. | Motor Vehicle Parts |
| Symmetricom Inc. | Electronic Equipment |
| Thomas & Betts Corporation | Electrical Instruments |
| Warner Chilcott PLC | Pharmaceuticals |
| West Pharmaceutical Serivces | Pharmaceuticals |
| Winston-Salem Industries for the Blind, Inc. | Apparel |

[1] Based on the last employment figures reported by each company to PRIDCO.

*Source*: PRIDCO, Economic Analysis and Strategic Planning Area.

I-19

PR-CCD-0009581

*Services*

Puerto Rico has experienced significant growth in the services sector, which includes finance, insurance, real estate, wholesale and retail trade, tourism and other services, in terms of both income and employment over the past decade, showing a favorable trend as compared with certain other industrialized economies. During the period between fiscal years 2003 and 2007, the gross domestic product in this sector, in nominal terms, increased at an average annual rate of 5.4%, while payroll employment in this sector increased at an average annual rate of 1.7%. In the Puerto Rico labor market, self-employment, which is not accounted for in the Payroll Survey, represents approximately 17% of total employment according to the Household Survey. Most of the self-employment is concentrated in the service and construction sectors. The development of the services sector has been positively affected by demand generated by other sectors of the economy, such as manufacturing, construction and agriculture. The services sector in Puerto Rico has a diversified base.

The high degree of knowledge, skills, and expertise in professional and technical services available in Puerto Rico places the island in a favorable competitive position with respect to Latin America and other trading countries throughout the world.

The services sector ranks second to manufacturing in its contribution to gross domestic product, and it is the sector with the greatest employment. In fiscal year 2007, services generated $35.9 billion of gross domestic product, or 40% of the total. Services employment grew from 523,691 in fiscal year 2003 to 562,949 in fiscal year 2007 (representing 54.5% of total, non-farm, payroll employment). This represents a cumulative increase of 7.5% during such period. Wholesale and retail trade, finance, insurance and real estate experienced significant growth in fiscal years 2003 to 2007, as measured by gross domestic product. From fiscal year 2003 to 2007, gross domestic product increased in wholesale and retail trade from $9.2 billion to $11.1 billion, and in finance, insurance, and real estate from $12.5 billion to $16.3 billion. There are sixteen commercial banks and trust companies currently operating in Puerto Rico. Total assets of these institutions as of December 31, 2007 were $113.9 billion. As of December 31, 2007, there were approximately thirty-five international banking entities operating in Puerto Rico licensed to conduct offshore banking transactions with total assets of $75.8 billion.

I-20

PR-CCD-0009582

The following tables set forth gross domestic product for fiscal years 2003 to 2007 and employment for the services sector for fiscal years 2004 to 2008.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Service Sector***
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2003** | **2004** | **2005** | **2006** | **2007**[1] |
| Wholesale and retail trade | $ 9,150 | $ 9,802 | $10,217 | $10,709 | $11,061 |
| Finance, insurance and real estate | 12,508 | 13,029 | 14,267 | 14,998 | 16,336 |
| Other services[2] | 7,261 | 7,646 | 7,965 | 8,241 | 8,529 |
| Total | $28,919 | $30,476 | $32,449 | $33,948 | $35,925 |

\* Totals may not add due to rounding.
(1) Preliminary.
(2) Includes tourism.

*Source:* Planning Board.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Employment by Services Sector***
**(thousands of persons age 16 and over)**

| | Fiscal Years Ended June 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
| Wholesale Trade | 33,300 | 33,717 | 33,992 | 33,333 | 33,283 |
| Retail Trade | 132,008 | 136,192 | 137,358 | 134,108 | 131,317 |
| Transportation, Warehouse & Utilities | 17,042 | 17,617 | 17,433 | 16,858 | 16,008 |
| Trade, Transportation, Warehouse & Utilities | 182,350 | 187,525 | 188,783 | 184,300 | 180,608 |
| Information | 21,917 | 22,608 | 22,675 | 22,667 | 22,225 |
| Finance | 46,850 | 48,633 | 49,767 | 49,142 | 48,408 |
| Professional and Business | 101,900 | 103,767 | 106,517 | 108,608 | 104,800 |
| Educational & Health | 98,108 | 99,967 | 103,650 | 104,917 | 104,608 |
| Leisure & Hospitality | 70,317 | 72,592 | 74,767 | 73,675 | 73,808 |
| Other Services | 20,650 | 21,258 | 20,567 | 18,542 | 18,125 |
| Total | 542,092 | 556,351 | 566,726 | 561,850 | 552,582 |

\* Totals may not add due to rounding.
(1) Preliminary.

*Source:* Department of Labor and Human Resources, Benchmark on Employment, Hours and Earnings

*Hotels and Related Services – Tourism*

During fiscal year 2006, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,922,500, an increase of 3.8% over the number of persons registered during the same period in fiscal year 2005. The number of non-resident tourists registered in tourist hotels during fiscal year 2006 increased 4.0% compared to fiscal year 2005. Tourist hotel rooms available during fiscal year 2006 increased 3.9% compared to

I-21

fiscal year 2005. The average occupancy rate in tourist hotels during fiscal years 2005 and 2006 was 70.8%.

During fiscal year 2007, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,798,400, a decrease of 6.5% over the number of persons registered during fiscal year 2006. The average occupancy rate in tourist hotels during fiscal year 2007 was 71.5%, compared to 70.8% in fiscal year 2006. The average number of rooms available in tourist hotels decreased 6.4% from fiscal year 2006 to fiscal year 2007 as the completion of regular maintenance and rehabilitation of rooms (that normally results in a certain number of rooms being unavailable at any time) took longer to complete than in the past.

The number of persons registered in tourist hotels during the first eleven months of fiscal year 2008, was 1,576,900, a decrease of 12.3% over the number of persons registered during the same period of fiscal year 2007. The average occupancy rate in tourist hotels during the first eleven months of fiscal year 2008 was 69.7%, compared to 71.3% in the period for fiscal year 2007. During the first eleven months of fiscal year 2008, the average number of rooms available in tourist hotels increased 2.3% compared with the same period in fiscal year 2007.

San Juan is the largest homeport for cruise ships in the Caribbean and one of the largest homeports for cruise ships in the world.

The following table presents data relating to visitors to Puerto Rico and tourist expenditures for the five fiscal years ended June 30, 2007.

## Commonwealth of Puerto Rico
## Tourism Data[1]
## Number of Visitors

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Cruise Ship | Other[3] | Total | Total Visitors' Expenditures (in millions) |
|---|---|---|---|---|---|
| 2003 | $1,239,200 | $1,163,900 | $1,999,200 | $4,402,300 | $2,676.6 |
| 2004 | 1,307,000 | 1,348,200 | 2,234,000 | 4,889,200 | 3,024.0 |
| 2005 | 1,361,640 | 1,386,925 | 2,324,275 | 5,072,840 | 3,238.6 |
| 2006 | 1,424,170 | 1,300,120 | 2,297,840 | 5,022,130 | 3,369.3 |
| 2007[4] | 1,353,380 | 1,375,430 | 2,333,600 | 5,062,410 | 3,143.9 |

(1) Only includes information about non-resident tourists registering in tourist hotels. They are counted once even if registered in more than one hotel.
(2) Includes visitors in guesthouses.
(3) Includes visitors in homes of relatives, friends, and in hotel apartments.
(4) Preliminary.

*Sources:* Puerto Rico Tourism Company and the Planning Board

The Commonwealth, through the Convention Center District Authority, has completed the development of the largest convention center in the Caribbean, and the centerpiece of a 100-acre, private development, to include hotels, restaurants, cinemas, office space and housing. The convention center district is being developed at a total cost of $1.3 billion to improve Puerto

I-22

PR-CCD-0009584

Rico's competitive position in the convention and group travel segments. The convention center opened on November 17, 2005.

The Convention Center District Authority also owns a multi-purpose coliseum located in San Juan, Puerto Rico. The coliseum, known as the Jose Miguel Agrelot Coliseum, was inaugurated in 2004 and has been host to various successful artistic and other events.

*Government*

The government sector of Puerto Rico plays an important role in the economy. In fiscal year 2007, the government accounted for $8.6 billion of Puerto Rico's gross domestic product, or 9.6% of the total. The government is also a significant employer, providing jobs for 281,300 workers, or 27.6% of total, non-farm, payroll employment in fiscal year 2008. This total includes municipal employees. From fiscal year 2005 to fiscal year 2008, Commonwealth and municipal government employment has been reduced by approximately 11,700 positions.

On February 25, 1998, legislation was enacted permitting the unionization of employees of the central government (excluding municipal employees). Under this law, government employees are given collective bargaining rights subject to a number of limitations. Among those limitations are: employees are prohibited from striking; salary increases are contingent on the availability of budgeted revenues; employees cannot be required to become union members and pay union dues; and collective bargaining negotiations cannot occur in an election year. During the current administration, of 100 collective bargaining agreements to be negotiated, 99 have been signed, of which 89 include the economic terms.

*Transportation*

Thirty-four shipping lines offer regular ocean freight service to eighty United States and foreign ports. San Juan is the island's leading seaport, but there are also seaport facilities at other locations in Puerto Rico including Arecibo, Culebra, Fajardo, Guayama, Guayanilla, Mayagüez, Ponce, Vieques, and Yabucoa.

Luis Muñoz Marín International Airport is currently served by 25 United States and international airlines. At present, there is daily direct service between San Juan and Atlanta, Boston, Chicago, Dallas, Miami, New York, Philadelphia, and numerous other destinations within the United States. There is also regularly scheduled service between Aguadilla and Ponce and New York and between Puerto Rico and other Caribbean islands and certain Latin American and European cities. A major United States airline uses San Juan as a hub for its intra-Caribbean airline service. Several smaller airports serve intra-island traffic.

The island's major cities are connected by a modern highway system, which, as of December 31, 2007, totaled approximately 4,625 miles of highways and 11,774 miles of local streets and adjacent roads. The highway system comprises 387 miles of primary system highways, which are the more important interregional traffic routes and include PR-52, PR-22, PR-53 and PR-20 toll highways, 230 miles of primary urban system highways, 959 miles of secondary system highways serving the needs of intra-regional traffic and 3,051 miles of tertiary highways and roads serving local, intra-regional traffic.

PR-CCD-0009585

The first phase of a new mass transit system, known as Tren Urbano, has been completed. Tren Urbano serves a portion of metropolitan San Juan and is expected eventually to serve the municipalities of Carolina and Caguas as well. It currently has ridership of about 33,000 per day.

The Port of the Americas Authority ("PAA") is responsible for the development and operation of the Port of the Americas, a deep draft port on the south coast of Puerto Rico. The first phase of the Port of the Americas was completed in fiscal year 2004. This initial phase included the improvement of piers 4, 5 and 6 of the Port and the acquisition of heavy equipment at a cost of $40 million. During calendar year 2005, the PAA began the second phase of the Port, which phase is expected to be completed by the end of calendar year 2008. Completion of this second phase will provide capacity to handle up to 250,000 Twenty-Foot Equivalent Units ("TEU"). This second phase includes (i) dredging the entrance channel and adjacent areas of the Port to a depth of 50 feet; (ii) reconstructing the container terminals; (iii) commencing certain required environmental risk mitigation procedures; and (iv) preparing final construction schematics. With respect to these tasks, dredging is completed, the final design contract has been awarded, acquisition of environmental risk mitigation land is underway, and the contract for reconstruction of the container terminal was awarded in April 2006. The Port is expected to be capable of providing capacity for up to 700,000 TEUs when the third phase is completed.

As of July 30, 2008, PAA had an outstanding balance of $112.4 million under various lines of credit from GDB. PAA is authorized to borrow up to $250 million under these lines of credit. This debt is payable from annual legislative appropriations until the PAA starts generating revenues sufficient to cover debt service and is also guaranteed by the Commonwealth. Currently, the Port handles over 650,000 TEUs of breakbulk and a container terminal should be operational by the end of fiscal year 2008.

*Construction*

Although the construction industry represents a relatively small segment of the economy compared to other sectors, it has made significant contributions to the growth of economic activity, due to its multiplier effect on the whole economy. During the period from fiscal year 2003 through fiscal year 2007, however, real construction investment has decreased at an average annual growth rate of 5.9%. The total value of construction permits decreased by 5.4% during the same five fiscal year period.

Public investment has been an important component of construction investment. During fiscal year 2007, approximately 43.4% of the total investment in construction was related to public projects. For fiscal year 2007 compared to fiscal year 2006, the total value of construction permits decreased 22.2% and total sales of cement, including imports, decreased 8.2%. Average payroll employment in the construction sector during fiscal year 2007 was 66,700, a reduction of 1.0% from fiscal year 2006. Cement sales (including imports) fell by 10.7% during fiscal year 2008, the largest decline during the last decade.

Total construction investment for fiscal year 2007 decreased (in real terms) by 6.3% (following a 10.4% real decline in fiscal year 2006) due principally to the drop in construction related public projects. The Planning Board estimated construction investment decreases (in real

I-24

terms) of 5.3% during fiscal year 2008 and stagnation (0% real growth) during fiscal year 2009. Public investment will be primarily in housing, new schools (and school reconstruction programs), water projects, and other public infrastructure projects. Public investment in construction has been negatively affected by the Commonwealth's fiscal difficulties.

During the first eleven months of fiscal year 2008, the number of construction permits decreased 13.8%, while the total value of construction permits increased 16.5% compared to the same period in fiscal year 2007.

*Agriculture*

The Department of Agriculture and related agencies have directed their efforts at increasing and improving local agricultural production, increasing efficiency and the quality of produce, and stimulating the consumption of locally produced agricultural products. During fiscal year 2007, gross income from agriculture was $814.2 million, an increase of 1.6% compared with fiscal year 2006. Agriculture gross income consists of the total value of production in the principal agricultural sectors, which include traditional crops, livestock and poultry, grains, vegetables, fruits, ornamental plants and other products. During fiscal year 2007, starchy vegetables, coffee, livestock products and ornamental plants contributed a higher percentage of the sector's income than in the previous fiscal year.

The Commonwealth supports agricultural activities through incentives, subsidies, and technical and support services, in addition to income tax exemptions for qualified income derived by bona fide farmers. Act No. 225 of 1995 provides a 90% income tax exemption for income derived from agricultural operations, an investment tax credit equal to 50% of the investment in qualified agricultural projects, and a 100% exemption from excise taxes, real and personal property taxes, municipal license taxes and tariff payments. It also provides full income tax exemption for interest income from bonds, notes and other debt instruments issued by financial institutions to provide financing to agricultural businesses. Subsequent legislation imposed an aggregate annual limit of $15 million on the investment tax credits available under Act No. 225.

Policy changes have been implemented to promote employment and income generated by the agricultural sector. The policy initiatives include a restructuring of the Department of Agriculture, an increase in government purchases of local agricultural products, new programs geared towards increasing the production and sales of agricultural products, and a new system of agricultural credits and subsidies for new projects.

**Higher Education**

During the five decades from 1950 to 2000, Puerto Rico made significant advances in the field of education, particularly at the college and graduate school level. The transformation of Puerto Rico during the 1950s and 1960s from an agricultural economy to an industrial economy brought about an increased demand for educational services at all levels. During the 1970s and 1980s, certain higher wage, higher technology industries became more prominent in Puerto Rico. More recently, employment in the services sector has increased significantly. This has resulted in an increased demand for workers having a higher level of education and greater expertise in

PR-CCD-0009587

various technical fields. During the same time period, enrollments in institutions of higher learning rose very rapidly due to growth in the college-age population, and the increasing proportion of college attendance by such population. During the 1990s and into the current decade, college attendance and college attendance as a percentage of the college-age population continued to increase, and the college-age population has declined since 2000.

The following table presents comparative trend data for Puerto Rico and the United States with respect to college-age population and the percentage of such population attending institutions of higher learning.

### Commonwealth of Puerto Rico
### Trend in College Enrollment

| Academic Year | Commonwealth of Puerto Rico | | | Mainland United States | | |
| | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] |
|---|---|---|---|---|---|---|
| 1970 | 341,448[2] | 57,340 | 16.8% | 23,714,000[2] | 8,580,887 | 36.2% |
| 1980 | 397,839[2] | 130,105 | 32.7% | 30,022,000[2] | 12,096,895 | 40.3% |
| 1990 | 417,636[2] | 156,147 | 37.4% | 26,961,000[2] | 13,621,000 | 50.5% |
| 2000 | 428,892[2] | 176,015 | 41.0% | 27,143,455[2] | 15,313,000 | 56.4% |
| 2001 | 426,194[3] | 185,015 | 43.4% | 27,971,000[3] | 15,928,000 | 56.9% |
| 2002 | 423,852[3] | 190,776 | 45.0% | 28,463,000[3] | 16,612,000 | 58.4% |
| 2003 | 420,295[3] | 199,842 | 47.5% | 28,947,000[3] | 16,900,000 | 58.4% |
| 2004 | 416,020[3] | 207,074 | 49.8% | 29,245,000[3] | 17,272,000 | 59.1% |
| 2005 | 411,580[3] | 208,032 | 50.5% | 29,307,000[3] | 17,428,000 | 59.5% |
| 2006 | 407,134[3] | 209,547 | 51.5% | 29,312,950[3] | 17,672,000 | 60.3% |
| 2007 | 396,057[3] | 225,402 | 56.9% | 29,492,415[3] | 17,959,000 | 60.9% |

(1) Number of persons of all ages enrolled in institutions of higher education as percent of population 18-24 years of age.
(2) Based on census population as of April 1 of the stated year.
(3) Estimated population (reference date July 1 of the stated year).

*Sources:* United States Census Bureau (Mainland United States Population), United States National Center for Education Statistics, Planning Board (Puerto Rico Population) and Council on Higher Education of Puerto Rico

The University of Puerto Rico, the only public university in Puerto Rico, has eleven campuses located throughout the island. The University's total enrollment for academic year 2006-2007 was approximately 62,340 students. The Commonwealth is legally bound to appropriate annually for the University of Puerto Rico an amount equal to 9.60% of the average annual revenue from internal sources for each of the two fiscal years immediately preceding the current fiscal year.

In addition to the University of Puerto Rico, there are 40 public and private institutions of higher education located in Puerto Rico. Such institutions had an enrollment during academic year 2005-2006 of approximately 145,574 students and provide programs of study in liberal arts, education, business, natural sciences, technology, secretarial and computer sciences, nursing, medicine, and law. Degrees are offered by these institutions at the associate, bachelor, master, and doctoral levels.

PR-CCD-0009588

Enrollment at other postsecondary education programs, including technical and vocational programs, amounted to an additional 33,629 students at approximately 76 institutions. This figure represents enrollment at federal Title IV eligible, non-degree granting institutions reporting data to the National Center for Education Statistics (Integrated Postsecondary Education Data System).

Institutions providing education in Puerto Rico must satisfy state licensing requirements to operate. Also, the vast majority of educational institutions are accredited by USDE-recognized accrediting entities.

## Tax Incentives

One factor that has promoted and continues to promote the development of the manufacturing sector in Puerto Rico is the various local and federal tax incentives available, particularly those under Puerto Rico's Industrial Incentives Program and, until recently, Sections 30A and 936 of the U.S. Code. Tax and other incentives have also been established to promote the development of the tourism industry. These incentives are summarized below.

### Industrial Incentives Program

Since 1948, Puerto Rico has had various industrial incentives laws designed to stimulate industrial investment in the island. Under these laws, which are designed to promote investment in Puerto Rico, companies engaged in manufacturing and certain other designated activities were eligible to receive full or partial exemption from income, property, and other local taxes. The most recent of these industrial incentives laws is the Economic Incentives Act.

The benefits provided by the Economic Incentives Act, like those of the 1998 Tax Incentives Act, are available to new companies as well as companies currently conducting tax-exempt operations in Puerto Rico that choose to renegotiate their existing tax exemption grant, expand current operations or commence operating a new eligible business. The activities eligible for tax exemption under the Economic Incentives Act include manufacturing, certain designated services performed for markets outside Puerto Rico (including the United States), the production of energy from local renewable sources for consumption in Puerto Rico and laboratories for research and development. The Economic Incentives act expands the definition of manufacturing activity from that included in the 1998 Tax Incentives Act to include clusters and supply chains. Companies qualifying thereunder can benefit from a simplified income tax system: in most cases, an income tax rate of 4% and a withholding tax rate of 12%. Alternatively, the income tax rate can be 8% and the withholding rate 2%. Special rates apply to projects located in low and mid-development zones (an income tax reduction of 0.5%), local projects (an income tax rate of 3%), small businesses (an income tax rate of 1%) and pioneering activities (an income tax rate of 1%, but for research and development projects located completely in Puerto Rico the income tax rate may be 0%). In addition, as with the 1998 Tax Incentives Act, the Economic Incentives Act grants 90% exemption from property taxes, 100% exemption from municipal license taxes during the first three semesters of operations and between 60% and 80% thereafter, and 100% exemption from excise taxes with respect to the acquisition of raw materials and certain machinery and equipment used in the exempt activities.

I-27

The Economic Incentives Act is designed to stimulate employment and productivity, research and development, capital investment, reduction in the cost of energy and increased purchase of local products.

Under the Economic Incentives Act, as with the 1998 Tax Incentives Act, companies can repatriate or distribute their profits free of Puerto Rico dividend taxes. In addition, passive income derived from the investment of eligible funds in Puerto Rico financial institutions, obligations of the Commonwealth, and other designated investments are fully exempt from income and municipal license taxes. Individual shareholders of an exempted business are allowed a credit against their Puerto Rico income taxes up to 30% of their proportionate share of the exempted business's income tax liability. Gain from the sale or exchange of shares of an exempted business by its shareholders during the exemption period is subject to the same treatment as the eligible business income.

The Economic Incentives Act, like the 1998 Tax Incentives, Act also provides investors who acquire an exempted business that is in the process of closing its operations in Puerto Rico a 50% credit in connection with the cash purchase of such corporation's stocks or assets.

*Tourism Incentives Program*

For many years, Puerto Rico has also had incentives laws designed to stimulate investment in hotel operations on the island. The most recent of these laws, the Tourism Incentives Act of 1993 (the "Tourism Incentives Act"), provides partial exemptions from income, property, and municipal license taxes for a period of up to ten years. The Tourism Incentives Act also provides certain tax credits for qualifying investments in tourism activities, including hotel and condo-hotel development projects. Recently enacted legislation provides further tourism incentives by granting certain tax exemptions on interest income received from permanent or interim financing of tourism development projects and fees derived from credit enhancements provided to the financing of such projects. See "Government Development Bank for Puerto Rico – Tourism Development Fund" under *Public Corporations*.

As part of the incentives to promote the tourism industry, the Commonwealth established the Tourism Development Fund as a subsidiary of GDB with the authority to (i) make investments in or provide financing to entities that contribute to the development of the tourism industry and (ii) provide financial guarantees and direct loans for financing hotel development projects. To date, the Fund has provided direct loans and financial guarantees for loans made or bonds issued to finance the development of seventeen hotel projects representing over 3,900 new hotel rooms.

*Incentives under the U.S. Code*

United States corporations operating in Puerto Rico have been subject to special tax provisions since the Revenue Act of 1921. Prior to enactment of the Tax Reform Act of 1976, under Section 931 of the U.S. Code, United States corporations operating in Puerto Rico (and meeting certain source of income tests) were taxed only on income arising from sources within the United States.

I-28

The Tax Reform Act of 1976 created Section 936 of the U.S. Code, which revised the tax treatment of United States corporations operating in Puerto Rico by taxing such corporations on their worldwide income in a manner similar to that applicable to any other United States corporation but providing such corporations a full credit for the federal tax on their business and qualified investment income in Puerto Rico. The credit provided an effective 100% federal tax exemption for operating and qualifying investment income from Puerto Rico sources.

As a result of amendments to Section 936 of the U.S. Code made in 1996 (the "1996 Amendments"), its income tax credit based on operating and certain investment income was phased out over a ten-year period for companies that were operating in Puerto Rico in 1995, and is no longer available.

*Controlled Foreign Corporations*

Because of the modification and phase out of the federal tax incentives under Section 936 of the U.S. Code, many corporations previously operating thereunder reorganized their operations in Puerto Rico to become controlled foreign corporations ("CFCs"). A CFC is a corporation that is organized outside the United States and is controlled by United States shareholders. In general, a CFC may defer the payment of federal income taxes on its trade or business income until such income is repatriated to the United States in the form of dividends or through investments in certain United States properties. The Puerto Rico Office of Industrial Tax Exemption has received notification from numerous corporations that have converted part or all of their operations to CFCs. These include most of the major pharmaceutical, instrument and electronics manufacturing companies in Puerto Rico.

CFCs operate under transfer pricing rules for intangible income that are different from those applicable to United States corporations operating under Section 936 of the U.S. Code ("Section 936 Corporations"). In many cases, they are allowed to attribute a larger share of this income to their Puerto Rico operation but must make a royalty payment "commensurate with income" to their U.S. affiliates. Section 936 Corporations were exempted from Puerto Rico withholding taxes on any cost sharing payments they might have opted to make, but CFCs are subject to a fifteen percent Puerto Rico withholding tax on royalty payments.

Recently, the United States Congress approved legislation that would extend the benefit of Section 199 of the U.S. Code to production activities that take place in Puerto Rico. Section 199 provides a three-point reduction in the federal income tax rate, phased in over five years (from 35% to 31.85% after 2009). This extension applies to the U.S. branch activities located on the island and are not controlled foreign corporations.

**DEBT**

**Public Sector Debt**

Public sector debt comprises bonds and notes of the Commonwealth, its municipalities, and public corporations ("notes" as used in this section refers to certain types of non-bonded debt regardless of maturity), subject to the exclusions described below.

I-29

PR-CCD-0009591

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued which is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceeds 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury and motor vehicle fuel taxes and license fees, which are allocated to the Highway and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the Sales Tax (as defined under "Tax Reform" under *Puerto Rico Taxes, Other Revenues, and Expenditures* below) allocated to the Puerto Rico Sales Tax Financing Corporation is also not included as internal revenues consistent with the legislation creating the Sales Tax Financing Corporation, which legislation provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's Investors Service ("Moody's") and Standard & Poor's Rating Services, a division of The McGraw-Hill Companies, Inc. ("S&P"), none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments")). Since bonds refunded with proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $930,600,143 in the fiscal year ending June 30, 2016 (based on the assumption that the Public Improvement Refunding Bonds, Series 2004 A, which are variable rate bonds, bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, and the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, a portion of the Public Improvement Refunding Bonds, Series 2003 C, a portion of the Public Improvement Bonds of 2006, Series A, and a portion of the Public Improvement Refunding Bonds, Series 2007A, each of which are also variable rate bonds, bear interest at 12% per annum). This amount ($930,600,143) is equal to 11.38% of $8,178,090,500, which is the average of the adjusted internal revenues for the fiscal years ended June 30, 2007 and June 30, 2008. If bonds refunded with non-eligible investments described in the preceding paragraph were treated as not being outstanding, and the interest on the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, the portion of the Public Improvement Refunding Bonds, Series 2003 C, the portion of the Public Improvement Bonds of 2006, Series A, and the portion of the Public Improvement Refunding Bonds, Series 2007A, was calculated using the effective fixed interest

I-30

rate payable by the Commonwealth under the interest rate exchange agreements entered into in respect thereof, the percentage referred to in the preceding sentence would be 9.39% and future maximum annual debt service for the Commonwealth's outstanding general obligation debt would be $767,794,551 in the fiscal year ending June 30, 2020. Annual debt service payments on the PRASA guaranteed bonds are not included in the calculation of the 15% debt limitation. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund, and such debt service would be included in the calculation of the 15% debt limitation.

The Commonwealth's policy has been and continues to be to maintain the amount of such debt prudently below the constitutional limitation. Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes and municipal license taxes. Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products. See *Public Corporations.* However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case. Debt of the municipalities is issued pursuant to ordinances adopted by the respective municipal assemblies. Debt of public corporations is issued in accordance with their enabling statutes. GDB, as fiscal agent of the Commonwealth and its municipalities and public corporations, must approve the specific terms of each issuance.

The following table presents a summary of public sector debt as of June 30, 2008. Excluded from the table is debt not primarily payable from either Commonwealth or municipal taxes, Commonwealth appropriations or rates charged by public corporations for services or products, some of which debt is set forth in footnote 4 below. Also excluded from the table is debt the inclusion of which would reflect double counting including, but not limited to, $1.4 billion of outstanding bonds (as of June 30, 2008) issued by the Municipal Finance Agency to finance its purchase of bonds of Puerto Rico municipalities, and $2.4 billion of obligations of the Public Finance Corporation issued to purchase certain Commonwealth public sector debt.

I-31

PR-CCD-0009593

## Commonwealth of Puerto Rico
## Public Sector Debt
## (in millions)

|  | June 30, 2008 |
|---|---|
| Direct full faith and credit obligations[1] | $ 8,759 |
| TRANs line of credit | -- |
| Sales Tax debt[2] | 7,690 |
| Municipal debt | 2,819 |
| Puerto Rico guaranteed debt[3] | 4,104 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,322 |
| Public corporations and agencies | 21,989 |
| Sub-total | 46,682 |
| Limited obligation/non-recourse debt[5] | 6,265 |
| Total public sector debt | $ 52,947 |

(1) Includes general obligation bonds and tax revenue anticipation notes ("TRANs").
(2) Includes Public Finance Corporation and Sales Tax Financing Corporation bonds.
(3) Consists of $599.3 million of bonds issued by Aqueduct and Sewer Authority, $293.3 million of State Revolving Fund Loans incurred under various federal water laws, $112.4 million of bonds issued by Port of the Americas Authority and $3.099 billion of Public Buildings Authority bonds. Excludes $267 million of GDB bonds payable from available moneys of GDB.
(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.
(5) Includes the following: $1.2 billion of Children's Trust bonds which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $596.3 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $153 million of Special Facilities Revenue Bonds issued by the Highways and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by the Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $81.2 million of Educational Facilities Revenue Bonds, 200 Series A (University Plaza Project) issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, which are payable from rent payments made by the University of Puerto Rico; approximately $84.7 million of bonds issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; and $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C.

*Source:* Government Development Bank for Puerto Rico

No deductions have been made in the table above for debt service funds and debt service reserve funds. The table above and the amounts shown throughout this section as representing outstanding debt include outstanding capital appreciation bonds at their respective original principal amounts and do not include any accretion thereon.

### Debt Service Requirements for Commonwealth General Obligation Bonds

The following table presents the debt service requirements for Commonwealth general obligation bonds outstanding as of June 30, 2008.

I-32

PR-CCD-0009594

The table excludes debt service on $1.08 billion of general obligation bonds refunded with refunding bonds the proceeds of which, pending the redemption of the refunded bonds, were invested in guaranteed investment contracts or other securities not eligible to effect a legal defeasance. Such refunded bonds will be considered to be outstanding under their respective authorizing resolutions and for purposes of calculating the Commonwealth's constitutional debt limitation described above. In addition, in respect of certain variable rate, general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements, the interest in the table is calculated by using the respective fixed rates of interest that the Commonwealth is paying under said agreements. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

I-33

PR-CCD-0009595

**Puerto Rico Debt Service Requirements\***
**(in thousands)**

| Fiscal Year Ending June 30 | Outstanding Bonds | | Total Debt Service[1] |
|---|---|---|---|
| | Principal | Interest | |
| 2009 | $ 78,650 | $ 324,582 | $ 403,232 |
| 2010 | 314,005 | 431,675 | 745,679 |
| 2011 | 328,432 | 414,697 | 743,130 |
| 2012 | 358,090 | 391,784 | 749,874 |
| 2013 | 382,550 | 370,441 | 752,991 |
| 2014 | 369,913 | 370,613 | 740,525 |
| 2015 | 401,805 | 352,794 | 754,599 |
| 2016 | 421,560 | 332,895 | 754,455 |
| 2017 | 367,872 | 312,280 | 680,151 |
| 2018 | 370,285 | 293,917 | 664,202 |
| 2019 | 473,211 | 259,659 | 732,870 |
| 2020 | 539,950 | 227,845 | 767,795 |
| 2021 | 414,765 | 200,715 | 615,480 |
| 2022 | 344,310 | 181,722 | 526,032 |
| 2023 | 313,785 | 166,659 | 480,444 |
| 2024 | 305,035 | 153,333 | 458,368 |
| 2025 | 318,815 | 141,217 | 460,032 |
| 2026 | 324,180 | 126,244 | 450,424 |
| 2027 | 338,910 | 109,829 | 448,739 |
| 2028 | 357,125 | 92,023 | 449,148 |
| 2029 | 329,025 | 76,241 | 405,266 |
| 2030 | 341,510 | 59,734 | 401,244 |
| 2031 | 359,900 | 44,223 | 404,123 |
| 2032 | 196,290 | 27,702 | 223,992 |
| 2033 | 167,910 | 18,122 | 186,032 |
| 2034 | 120,785 | 11,222 | 132,007 |
| 2035 | 55,380 | 6,117 | 61,497 |
| 2036 | 30,400 | 3,276 | 33,676 |
| 2037 | 32,000 | 1,680 | 33,680 |
| | $8,756,447 | $5,503,240 | $14,259,686 |

\* Totals may not add due to rounding. Excludes the debt service on certain economically (but not legally) defeased general obligation bonds and includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

(1) In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund. See "Other Public Corporations - Aqueduct and Sewer Authority" under *Public Corporations* below.

*Sources:* Government Development Bank for Puerto Rico and Department of the Treasury

I-34

PR-CCD-0009596

## Ratings of Commonwealth General Obligation Bonds

On July 2, 2008, Moody's confirmed its "Baa3" rating on the Commonwealth's general obligation debt, and its stable ratings outlook thereon. On November 26, 2007, Moody's confirmed its "Ba1" rating on the Commonwealth's appropriation debt, and its stable ratings outlook thereon.

On April 24, 2008, S&P confirmed its "BBB-" rating of the Commonwealth's general obligation and appropriation debt, and its stable outlook thereon.

## Commonwealth Guaranteed Debt

As of December 31, 2007, $3.09 billion of Commonwealth guaranteed bonds of the Public Buildings Authority were outstanding. Maximum annual debt service on these bonds is $236.2 million in fiscal year ending June 30, 2011, with their final maturity being July 1, 2037. No payments under the Commonwealth guaranty have been required to date for these bonds.

As of June 30, 2008, $267 million of Commonwealth guaranteed bonds of GDB were outstanding. No payments under the Commonwealth guaranty have been required for these bonds.

As of June 30, 2008, GDB held approximately $112.4 million of the Port of the Americas Authority's outstanding bonds, which are guaranteed by the Commonwealth. The Authority is authorized to issue and GDB is authorized to purchase its bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port of the Americas. No payments under the Commonwealth guaranty have been required for these bonds.

As of June 30, 2008, the aggregate outstanding principal amount of obligations of PRASA guaranteed by the Commonwealth was $892.6 million. This amount consisted of $284.7 million in revenue bonds sold to the public, $314.6 million in bonds issued to the United States Department of Agriculture, Rural Development, and $293.3 million of loans by the State Revolving (Clean Water and Safe Drinking Water Act) Funds for the benefit of PRASA. From January 1997 through fiscal year 2005, the Commonwealth made debt service payments under its guaranty. Beginning with the debt service payment due January 1, 2006, the Commonwealth stopped making guarantee payments on these obligations. PRASA has resumed making payment on this debt. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed obligations, the Commonwealth would be required once more to make such payments from the General Fund under its guarantee. See "Other Public Corporations – Aqueduct and Sewer Authority" under *Public Corporations* below.

## Trends of Public Sector Debt

The following table shows the growth rate of short-term and long-term public sector debt and the growth rate of Gross National Product (in current dollars) for the five fiscal years ended June 30, 2008. As of June 30, 2008, outstanding short-term debt, relative to total debt, was 7.0%.

I-35

PR-CCD-0009597

## Commonwealth of Puerto Rico
## Public Sector Debt and Gross National Product
### (dollars in millions)*

| June 30, | Public Sector | | | | | Gross National Product[1] | |
|---|---|---|---|---|---|---|---|
| | Long Term[2] | Short Term[3] | Short Term as % of Total | Total | Rate of Increase | Amount | Rate of Increase |
| 2004 | $31,767 | $2,175[4] | 6.4% | $33,942 | 14.3% | $50,709 | 6.8% |
| 2005 | 34,789 | 1,914[4] | 5.2 | 36,703 | 8.1 | 53,752 | 6.0 |
| 2006 | 37,313 | 2,620[4][5] | 6.6 | 39,933 | 8.8 | 56,733 | 5.5 |
| 2007 | 39,492 | 3,326 | 7.8 | 42,818 | 7.2 | 58,712 | 3.5 |
| 2008 | 43,413 | 3,269 | 7.0 | 46,682 | 9.0 | N/A | N/A |

\* Totals may not add due to rounding.
(1) In current dollars.
(2) Does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico – Public Sector Debt", which would have been issued and outstanding at the time, all of which would be considered long-term debt.
(3) Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(4) Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(5) Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source:* Government Development Bank for Puerto Rico

The following table shows the trend of public sector debt by major category for the five fiscal years ended June 30, 2008.

## Commonwealth of Puerto Rico
## Public Sector Debt by Major Category
### (dollars in millions)*

| June 30, | Commonwealth | | | Municipalities | | | Public Corporation[1] | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total |
| 2004 | $7,758 | $761[3] | $8,519 | $1,820 | $226 | $2,046 | $22,190 | $1,187 | $23,377 | $31,767 | $2,175 | $33,942 |
| 2005 | 8,761 | 257[3] | 9,018 | 1,927 | 254 | 2,181 | 24,101 | 1,403 | 25,504 | 34,789 | 1,914 | 36,703 |
| 2006 | 9,841 | 552[3][4] | 10,393 | 2,037 | 293 | 2,330 | 25,435 | 1,775 | 27,210 | 37,313 | 2,620 | 39,933 |
| 2007 | 10,335 | 224 | 10,559 | 2,164 | 299 | 2,463 | 26,993 | 2,803 | 29,796 | 39,492 | 3,326 | 42,818 |
| 2008 | 9,273 | 519 | 9,792 | 2,507 | 313 | 2,820 | 31,633 | 2,437 | 34,070 | 43,413 | 3,269 | 46,682 |

\* Totals may not add due to rounding.
(1) Includes Commonwealth guaranteed debt; does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico – Public Sector Debt".
(2) Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(3) Does not include the tax and revenue anticipation notes which were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(4) Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source:* Government Development Bank for Puerto Rico

I-36

PR-CCD-0009598

## PUBLIC CORPORATIONS

In Puerto Rico, many governmental and quasi-governmental functions are performed by public corporations created by the Legislative Assembly with varying degrees of independence from the central government to perform generally a single function or a limited number of related functions. Most public corporations obtain revenues from rates charged for services or products, but many are subsidized to some extent by the central government. Most public corporations are governed by boards whose members are appointed by the Governor with the advice and consent of the Senate, but some public corporations are attached to departments of the central government. Capital improvements of most of the larger public corporations are financed by revenue bonds issued under trust agreements or bond resolutions, or notes issued under loan agreements. The following table presents the outstanding bonds and notes of certain of the public corporations as of June 30, 2008 ("notes" as used in this section refers primarily to certain types of non-bonded debt regardless of maturity). Debt of certain other public corporations is excluded from this table because such debt is payable primarily from funds or grants provided by the federal government, is payable from sources other than Commonwealth appropriations or taxes or revenues of public corporations, or is payable from revenues derived from private sector services or products, such as industrial development bonds. Also excluded from this table is debt of certain public corporations the inclusion of which would reflect double counting. No deductions have been made in the table for debt service funds and debt service reserve funds. More detailed information about the major public corporations is presented in the following sections.

PR-CCD-0009599

**Commonwealth of Puerto Rico**
**Outstanding Debt of Public Corporations**
**June 30, 2008**
**(in thousands)**

| | Bonds With Guaranty | Bonds Without Guaranty | Total | Notes With Guaranty | Notes Without Guaranty | Total | Total Bonds and Notes With Guaranty | Without Guaranty | Total |
|---|---|---|---|---|---|---|---|---|---|
| Aqueduct and Sewer Authority | $ 599,348 | $ 1,338,649 | $ 1,937,997 | $293,291 | $109,472 | $402,763 | $ 892,639 | $ 1,448,121 | $ 2,340,760 |
| Convention Center District Authority | – | 465,800 | 465,800 | – | 150,739 | 150,739 | – | 616,539 | 616,539 |
| Electric Power Authority | – | 6,195,202 | 6,195,202 | – | 1,121,849 | 1,121,849 | – | 7,317,051 | 7,317,051 |
| Highway and Transportation Authority | – | 6,428,074[1] | 6,428,074 | – | 483,571 | 483,571 | – | 6,911,645 | 6,911,645 |
| Housing Finance Authority[2] | – | 484,365 | 484,365 | – | 52,725 | 52,725 | – | 537,090 | 537,090 |
| Industrial Development Company | – | 263,744 | 263,744 | – | 89,075 | 89,075 | – | 352,819 | 352,819 |
| Infrastructure Financing Authority | – | 1,876,578[3] | 1,876,578 | – | 24,512 | 24,512 | – | 1,901,090 | 1,901,090 |
| Port of the Americas Authority | 112,414 | – | 112,414 | – | – | – | 112,414 | – | 112,414 |
| Ports Authority | – | 61,315[5] | 61,315 | – | 624,260 | 624,260 | – | 685,575 | 685,575 |
| Public Buildings Authority | 3,098,773 | – | 3,098,773 | – | 75,000 | 75,000 | 3,098,773 | 75,000 | 3,173,773 |
| Public Finance Corporation | – | 1,695,311[4] | 1,695,311 | – | 103,936 | 103,936 | – | 1,799,247 | 1,799,247 |
| P.R. Sales Taxes Financing Corp. (COFINA) | – | 5,237,749 | 5,237,749 | – | – | – | – | 5,237,749 | 5,237,749 |
| University of Puerto Rico | – | 584,998[6] | 584,998 | – | 34,128 | 34,128 | – | 619,126 | 619,126 |
| Others | – | – | – | – | 2,465,791 | 2,465,791 | – | 2,465,791 | 2,465,791 |
| Total[7] | $3,810,535 | $24,631,785 | $28,442,320 | $293,291 | $5,335,058 | $5,628,349 | $4,103,826 | $29,966,843 | $34,070,669 |

(1) Excludes $153 million of Special Facilities Revenue Bonds issued by the Highway and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge.

(2) Excludes the $596.3 million of Housing Finance Authority bonds, which are payable solely from Puerto Rico Public Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development.

(3) Excludes $1 billion of outstanding bonds of Infrastructure Financing Authority, which bonds are payable solely from the investment income of funds on deposit in the Infrastructure Development Fund consisting of proceeds from the sale of a controlling interest in Puerto Rico Telephone Company.

(4) Payable primarily from Commonwealth appropriations.

(5) Excludes $155 million of Special Facilities Bonds issued by the Ports Authority, which bonds are payable solely from the pledge of certain payments made by a private corporation under a special facilities agreement.

(6) Excludes $81.2 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by the Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, which bonds are payable from rent payments made by the University of Puerto Rico.

(7) Excludes accretion of interest from the respective issuance dates on capital appreciation bonds. Also excludes $1.2 billion original principal amount of Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2002, which bonds will be repaid from payments made by certain tobacco companies under a master settlement agreement. See "Other Public Corporations" below.

*Source:* Government Development Bank for Puerto Rico.

## Government Development Bank for Puerto Rico

The principal functions of GDB are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities and public corporations in connection with the issuance of bonds and notes, to make loans and advances to public corporations and municipalities, and to make loans to private enterprises to aid in the economic development of Puerto Rico.

As of May 31, 2008, just under $2 billion of bonds and notes of GDB (excluding its subsidiaries) were outstanding, consisting of $267 million in Commonwealth guaranteed bonds and $1.5 billion of medium term senior notes. Act No. 12 of May 9, 1975, as amended, provides that the payment of principal of and interest on specified notes and other obligations of GDB, not exceeding $550 million, may be guaranteed by the Commonwealth, of which $267 million were outstanding as of May 31, 2008. As of said date, GDB also had $4.7 billion in loans outstanding to the central government of the Commonwealth and its public corporations and municipalities.

I-38

PR-CCD-0009600

Act No. 82 of June 16, 2002 ("Act No. 82") amended GDB's Charter to authorize GDB to transfer annually to the General Fund, beginning with fiscal year 2001, up to 10% of its audited net income or $10,000,000, whichever is greater. GDB is not required by Act No. 82 to transfer any funds. GDB made payments to the General Fund of $11.6 million for fiscal year 2003 and $18.4 million for fiscal year 2004. GDB did not make a payment to the General Fund under Act No. 82 for fiscal years 2005, 2006, 2007 and 2008 and does not expect to make a payment for fiscal year 2009.

Under Act No. 271 of November 21, 2002, GDB made a required special capital contribution to the Special Communities Perpetual Trust (the "Trust") of $500 million and provided the Trust with a $500 million, non-revolving, line of credit. The amounts transferred to the Trust were deposited in two investment accounts held by GDB for the benefit of the Trust. As of May 31, 2008, the Trust had repaid $123.9 million of its line of credit and had an outstanding balance of $376 million. The line of credit is payable from legislative appropriations.

GDB has several subsidiaries which perform various functions. The principal subsidiaries and their functions are listed below:

*Housing Finance Authority.* Housing Finance Authority (formerly known as Housing Finance Corporation) was created to provide needed rental housing units and stimulate the construction industry under federally subsidized programs. Effective February 8, 2002, Housing Finance Corporation became the Housing Finance Authority and the Housing Bank and Finance Agency was dissolved and its powers transferred to the Housing Finance Authority. Housing Finance Authority provides financing for rental housing units, stimulates the construction industry under federally subsidized programs and provides interim financing for low-income housing projects and single-family homeownership programs. It is also engaged in insuring and servicing mortgages originated by the former Housing Bank and Finance Agency. As of June 30, 2008, Housing Finance Authority's total outstanding loans to the private sector for development of housing projects targeted to low and moderate income families were $111.7 million. The Authority's mortgage loans to low and moderate income homeowners represented an additional $98.5 million as of the same date.

Housing Finance Authority has outstanding tax-exempt revenue bonds and notes that were issued to finance the construction of housing units approved for federal rental subsidies and to finance home ownership of single family housing units. Such bonds and notes are generally limited obligations of Housing Finance Authority payable solely from revenues collected from such housing units, with certain exceptions. As of June 30, 2008, $1.279 billion of Housing Finance Authority bonds were outstanding.

As of June 30, 2008, the Authority also had outstanding $677.1 million of bonds and notes issued to fund certain payments of the Commonwealth under its mortgage subsidy and other programs for low and moderate income families, and to guarantee certain insurance obligations of the former Housing Bank and Finance Agency.

As of June 30, 2008, the Authority had total notes and bonds outstanding of $1.394 billion (including $52.7 million of debt outstanding under GDB lines of credit, $10.2 million in

I-39

notes payable and $52.4 million owed under repurchase agreements) and total unrestricted net assets of $460.9 million.

*Tourism Development Fund.* The Tourism Development Fund promotes Puerto Rico's hotel and tourism industry by making available direct loans and guarantees to secure the private financing for new hotel development projects. The Tourism Development Fund is also authorized to make capital investments in tourism related projects. As of June 30, 2008, the Tourism Development Fund had outstanding direct loans in an aggregate principal amount of $271.9 million and guarantees issued in the outstanding amount of $127.1 million to finance several hotels and tourism-related projects.

The Tourism Development Fund has made payments under its guarantees and letters of credit in the aggregate amount of approximately $313.4 million with respect to several projects, including $282 million disbursed to pay in full the bonds issued to finance three projects, which bonds had been declared due and payable at the direction of the Tourism Development Fund due to the failure of the applicable borrowers to comply with their obligations under the related reimbursement agreements. Of the total amount disbursed, the Tourism Development Fund has been able to recover approximately $199.7 million from the borrowers. After taking these payments and all related recoveries into account, the unrestricted net assets of the Tourism Development Fund as of June 30, 2008, were approximately $150.5 million, and its allowances for losses on guarantees, loans, other assets and letters of credit were approximately $25.9 million.

*Capital Fund.* The Government Development Bank for Puerto Rico Capital Fund (the "Capital Fund") invests and trades in debt obligations and publicly traded shares of domestic and foreign corporations separate from GDB's general investment operations. As of May 31, 2008, the Capital Fund had assets of $87.3 million, of which $44.1 million were invested in an equity index fund that invests mainly in growth, value, small cap and international stocks.

*Development Fund.* The Puerto Rico Development Fund (the "Development Fund") provides an alternate source of financing to private enterprises in Puerto Rico that have difficulties in obtaining financing from traditional sources. The Development Fund also guarantees obligations of these enterprises and invests in their equity securities. As of May 31, 2008, the Development Fund had an investment of $3.3 million in preferred shares of a private entity. In addition, the Development Fund provided guarantees of $9.8 million, to guarantee 33% of loans under the "Key to Your Business" program of the Economic Development Bank, As of May 31, 2008, the allowance for guarantees was approximately $825,000.

*Public Finance Corporation.* Puerto Rico Public Finance Corporation ("Public Finance Corporation") provides agencies and instrumentalities of the Commonwealth with alternate means of meeting their financing requirements. Public Finance Corporation currently holds notes payable by the Commonwealth, the Maritime Shipping Authority, the Office for the Improvement of Public Schools, the Department of Health, and the Aqueduct and Sewer Authority, among others. As of May 31, 2008, it had $2.4 billion aggregate principal amount of bonds outstanding. All such bonds are limited, non-recourse obligations of Public Finance Corporation payable from the Puerto Rico Sales Tax Financing Corporation and/or Commonwealth appropriations made to pay the notes held by Public Finance Corporation. In

I-40

addition, Public Finance Corporation had $104 million of notes outstanding under a line of credit with GDB whose proceeds were used to pay fiscal year 2007 debt service on its bonds due to the failure of the Commonwealth to make the required debt service appropriations on account of its fiscal problems.

*Sales Tax Financing Corporation* ("COFINA") was created by Act No. 91 of the Legislative Assembly of Puerto Rico, approved May 13, 2006, as amended ("Act 91"), for the purpose of financing the payment, retirement or defeasance of certain appropriation-backed debt outstanding as of June 30, 2006. Act 91 vested COFINA with all the powers conferred on Government Development Bank under its charter (other than the power to act as fiscal agent), including the power to issue bonds for its corporate purposes, to the extent required in order for the Corporation to carry out the purposes for which it was created. Act 91 provides that present and future collections of the pledged sales tax be transferred to COFINA in exchange for, and in consideration of, COFINA's commitment to pay, or establish mechanisms to pay, all or part of virtually all appropriation-backed debt outstanding as of June 30, 2006 with the net proceeds of the bonds issued by COFINA and with other funds and resources available to COFINA. As of June 30, 2008, $5.2 billion of COFINA's bonds were outstanding, the net proceeds of all of which bonds were used to refinance and retire outstanding debt of Public Finance Corporation.

A description of certain other affiliates of GDB is provided in "Other Public Corporations" below.

## Other Public Corporations

*Aqueduct and Sewer Authority.* Puerto Rico Aqueduct and Sewer Authority ("PRASA") owns and operates the island's public water supply and sanitary sewer facilities systems (the "Systems").

PRASA needs to make substantial investments in infrastructure and a major overhaul of its operations to maintain the viability of the Systems and to finance its expansion for new users. Funds for this investment will be provided through a combination of revenues from PRASA, financing transactions, federal grants and other sources. Debt service on revenue bonds is payable from net revenues of the Systems after payment of current expenses. Due to PRASA's financial difficulties and its inability to access the bond market, the Commonwealth guarantees the principal and interest payments to the bondholders of all outstanding revenue bonds issued by PRASA, including those issued to the United States Department of Agriculture, Rural Development, and loans granted by the Clean Water and Drinking Water State Revolving Funds for the benefit of PRASA. In February 2004, this guaranty was extended through new legislation to include debt obligations issued until 2010.

PRASA reported net operational losses of $361 million and net operational income of $31.2 million during fiscal years 2006 and 2007, respectively. The total debt of PRASA was $2.341 billion as of June 30, 2008.

As part of its efforts to regain fiscal independence, PRASA implemented substantial increases in water and wastewater service rates in two phases. The first phase took effect on October 10, 2005. The second phase took effect on July 1, 2006. In the event PRASA is unable

PR-CCD-0009603

to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund. PRASA has also begun to pay from its revenues the debt service on a note it issued to Public Finance Corporation (in the principal amount of $368.3 million), which note financed the cost of the north coast super-aqueduct, as well as notes issued to Public Finance Corporation (in the principal amount of approximately $747 million), which notes financed its operations.

In June 2006, PRASA entered into an agreement to plead guilty to an indictment charging 15 felony counts of violating the federal Clean Water Act through the illegal discharge of pollutants from nine sanitary wastewater treatment plants and five drinking water treatment plants. Under the plea agreement, PRASA will pay a criminal fine of $9 million and was placed on five years' probation. PRASA and the United States also reached a comprehensive civil settlement to resolve repeated environmental violations at 62 wastewater treatment plants throughout the Commonwealth. According to the civil settlement, PRASA will spend an estimated $1.7 billion implementing approximately 145 capital improvement projects and other remedial measures at all of its wastewater treatment plants and related collection systems over the next 15 years. In December 2006, PRASA and the Commonwealth Department of Health executed a settlement agreement superseding 180 administrative orders against, and three prior settlement agreements with, PRASA. Under the terms of this agreement, PRASA paid a civil penalty of $1.0 million and agreed to implement short, medium and long-term work plans, as well as interim mitigation and preventative measures, all to bring PRASA's water system into compliance with federal and Commonwealth potable water regulations. The total cost of complying with this settlement agreement is expected to be between $700 and $800 million.

*Children's Trust* is a not-for-profit corporate entity created in 1999 as a public instrumentality of the Commonwealth. The Commonwealth has transferred to Children's Trust all of its rights, title and interest under the tobacco litigation Master Settlement Agreement, including the Commonwealth's right to receive initial, annual and strategic contribution payments to be made by the participating cigarette manufacturers under the Master Settlement Agreement.

Children's Trust issued $1.2 billion Tobacco Settlement Asset-Backed Bonds in October 2002. The bond proceeds were used, among other things, to pay the cost of certain capital expenses of the Commonwealth and certain capital and working capital expenses of PRASA. On June 30, 2005, the Children's Trust issued $108.2 million subordinate Tobacco Settlement Asset-Backed Bonds to pay working capital expenses of the Commonwealth. On May 1, 2008, Children's Trust issued $195.9 million of subordinate Tobacco Settlement Asset-Backed Bonds. As of June 30, 2008, the outstanding principal amount of the Trust's bonds was $1.4 billion. These bonds and any other additional senior bonds issued by Children's Trust are secured by a statutory pledge of the payments made and to be made by the participating cigarette manufacturers under the Master Settlement Agreement. To date, all principal and interest payments required to be made by the Trust on its outstanding bonds have been made on a timely basis from contribution payments made by the participating cigarette manufacturers under the Master Settlement Agreement.

*Convention Center District Authority.* The Convention Center District Authority was created to own, develop, finance, plan, design, build, operate, maintain, administrate and

I-42

promote a new convention center and designated private parcels located within the Convention Center District in San Juan. The convention center opened on November 17, 2005.

The Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA") financed the construction of a multi-purpose coliseum in San Juan, known as the José Miguel Agrelot Coliseum, with a line of credit provided by GDB. The Coliseum was transferred to the Convention Center District Authority along with the associated line of credit. As of June 30, 2008, this line of credit with GDB had an outstanding balance of $150.7 million, which is expected to be paid from the proceeds of Commonwealth general obligation bonds. The Authority's debt as of June 30, 2008 was $616.5 million including $465.8 million of bonds issued in March 2006 to finance the Convention Center and payable from a portion of a hotel room tax.

*Electric Power Authority.* The Authority owns and operates the island's electric system. The capital improvement program for the five-year period ending June 30, 2012 is estimated to cost approximately $2.3 billion and will be financed primarily by borrowed funds, supplemented by internally generated funds. The Authority's bonded debt consists of Power Revenue Bonds, secured by a lien on net revenues of the electric system. As of June 30, 2008, the Authority's total debt was $7.3 billion, including $6.2 billion of bonds outstanding (not including accretion of interest from the respective issuance dates on capital appreciation bonds). As a means of reducing its dependency on oil, the Authority has entered into long-term power purchase agreements with the operators of two co-generation plants that use fuels other than oil. Currently, these two co-generation plants provide approximately 27% of the Authority's energy needs.

*Health Insurance Administration* was created in 1993 to negotiate and contract for the provision of comprehensive health insurance coverage for qualifying (generally low income) Puerto Rico residents. Under this system, the government selects, through a bidding system, one private health insurance company in each of eight designated regions of the island and pays such insurance company the insurance premium for each eligible beneficiary within such region. The health insurance system covers the entire island, and approximately 1.5 million persons were covered by the system during fiscal year 2008.

In January 2006, the Commonwealth entered into various contracts with several Medicare Advantage Organizations for the provision of health coverage to approximately 200,000 eligible beneficiaries. Pursuant to these agreements, the Commonwealth pays each Medicare Advantage Organization a premium difference to cover services not included in their contracts with the Center for Medicaid and Medicare Services.

The estimated total cost of the health insurance program for fiscal year 2008 was $1.67 billion, compared to $1.59 billion for fiscal year 2007 and $1.56 billion for fiscal year 2006. For fiscal year 2008, the General Fund covered $1.07 billion of the total cost of the health insurance program; the remaining $604 million were paid from federal, municipal and other sources. The fiscal year 2009 budget estimates the cost of the health insurance program at $1.79 billion, of which the General Fund is expected to cover $1.0 billion, while the remaining $793 million will be paid from federal, municipal and other sources. The health insurance program projects a $400

I-43

million deficit for fiscal year 2009. The Health Insurance Administration's deficit for fiscal year 2008 was approximately $60 million. See *Budget of the Commonwealth of Puerto Rico*.

*Highways and Transportation Authority.* The Authority is responsible for highway construction in Puerto Rico. Such construction is financed by debt (interim notes and revenue bonds), revenues of the Authority, and federal and Commonwealth grants. Debt service on the Authority's revenue bonds constitutes a first lien on its gross revenues, which consist currently of all the proceeds of the tax on gasoline, one-half of the proceeds of the tax on gas oil and diesel oil, all the proceeds of the excise taxes on crude oil, unfinished oil and derivative products, up to $120 million per fiscal year, highway toll revenues and the gross receipts of $15.00 per vehicle per year from certain motor vehicle license fees. Such revenues (except for toll revenues) may be applied first to the payment of debt service on general obligation bonds and notes of the Commonwealth and to payments required to be made by the Commonwealth under its guarantees of bonds and notes, to the extent that no other revenues are available for such purpose. The Commonwealth has never applied such revenues for such payment. As of June 30, 2008, the Authority's total debt was $7.1 billion, including $6.4 billion in outstanding bonds.

The Authority has completed the first phase of a new mass transit system, known as Tren Urbano, to serve a portion of metropolitan San Juan. It was constructed under several design/build contracts and is being privately operated under a five-year contract with an additional five-year option at the Authority's election. The cost of the first phase was $2.25 billion, which cost was financed by federal Transit Administration grants, other federal funding sources and the Authority's own resources, including revenue bonds. Tren Urbano commenced operations in June 2005.

The Authority is a party to a concession agreement under which a private company designed, constructed and currently is operating a toll bridge spanning the San José Lagoon. The toll bridge was financed with special facility revenue bonds of the Authority, payable by the private operator of the bridge principally from toll revenues. The concession is for a term of 35 years, subject to earlier termination or extension. The bridge opened for traffic in February 1994. In certain circumstances described in the concession agreement, including where toll revenues are insufficient to generate certain rates of return to the private operator, the private operator may require the Authority, among other things, to assume the operator's obligations with respect to the special facility revenue bonds. Some of those circumstances, including low toll revenues, exist at this time, but the Authority does not currently anticipate that the operator will exercise its remedy against the Authority.

*Industrial Development Company* participates in the Commonwealth-sponsored economic development program by providing physical facilities, general assistance, and special incentive grants to manufacturers. The Company was merged with the Economic Development Administration in January 1998. Rentals derived from the leasing of specified facilities of the Company are pledged to the payment of the Company's revenue bonds. As of June 30, 2008, the Company's total debt was $352.8 million. The Company restructured its operations in order to allow it to react quickly to changing business situations. Part of this restructuring included a significant reduction in the number of its employees.

I-44

PR-CCD-0009606

*Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority* was created to finance (through the issuance of its revenue bonds) industrial, tourist, educational, medical, and environmental control facilities in Puerto Rico for the use of private companies, non-profit entities, or government agencies. The bonds are payable solely from payments to be made to AFICA by such private companies, non-profit entities, or government agencies, and do not constitute a debt of the Commonwealth or any of its other public corporations or municipalities. As of June 30, 2008, approximately $1.6 billion of AFICA's bonds were outstanding.

*Infrastructure Financing Authority* was created to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other public corporations, governmental instrumentalities, political subdivisions and municipalities (collectively, "Benefited Entities") authorized to develop infrastructure facilities and to establish alternate means for financing those facilities. The Authority is authorized to issue bonds and provide loans, grants and other financial assistance for the construction, acquisition, repair, maintenance and reconstruction of infrastructure projects by Benefited Entities. The Authority oversees the Puerto Rico Infrastructure Fund, which is funded with annual fixed amounts from the first proceeds of federal excise taxes imposed on rum and other articles produced in Puerto Rico and sold in the United States which are transferred to Puerto Rico pursuant to the United States Internal Revenue Code of 1986, as amended. Currently, this amount is $90 million through fiscal year 2009 and will then increase to $117 million annually through fiscal year 2052. Rum is the only article currently produced in Puerto Rico subject to federal excise taxes, the proceeds of which are required to be returned to the Treasury. The Authority is using these amounts to provide financial support for various infrastructure and other projects. As of June 30, 2008, the Authority's total debt was $1.9 billion.

The Authority will invest approximately $405 million in new infrastructure projects in connection with the holding of the Central American and Caribbean Games in Mayagüez, Puerto Rico, in 2010. In September 2006, the Authority issued $469.8 million of bonds to finance these and other infrastructure projects.

*Municipal Finance Agency* is the municipal "bond bank" for Puerto Rico. The Agency is authorized to issue bonds to purchase general obligation bonds and notes of Puerto Rico municipalities and to fund a debt service reserve. Debt service on the Agency's bonds is payable from debt service payments on municipal bonds and notes held by the Agency and from the debt service reserve, including investment income thereon. The Commonwealth has agreed to pay such amounts to the debt service reserve as may be necessary to maintain it at its required level, subject to appropriation by the Legislative Assembly, which appropriation is authorized but not legally required to be made. To date no such payments have been required. As of June 30, 2008, the Agency had $1.4 billion of bonds outstanding.

*Port of the Americas Authority.* Port of the Americas Authority is responsible for the development and operation of the Port of the Americas (the "Port"), a deep draft port on the south coast of Puerto Rico. The Authority is authorized to issue bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port. Currently, GDB is authorized to purchase bonds of the Authority in an aggregate principal amount not to exceed $250 million.

PR-CCD-0009607

As of June 30, 2008, GDB held approximately $112.4 million of the Authority's outstanding bonds, which are guaranteed by the Commonwealth.

*Ports Authority.* The Authority owns and operates the major airport and seaport facilities in Puerto Rico. The Authority derives revenues from a variety of sources, including charges on airplane fuel sales, air terminal space rentals, landing fees, wharfage, dockage and harbor fees, and rentals for the lease of property and seaport equipment. As of June 30, 2008, the Authority had $685.5 million in debt.

*Public Buildings Authority* is authorized to construct, purchase or lease office, school, health, correctional and other facilities for lease to departments, public corporations, and instrumentalities of the Commonwealth. Bonds that have been issued by the Authority to finance such facilities (through retirement of interim notes or otherwise) are payable from lease payments, which are largely derived from legislative appropriations and are secured by the Commonwealth's guaranty. The Authority is authorized by law to have outstanding at any one time up to $3.325 billion of bonds guaranteed by the Commonwealth. As of June 30, 2008, $3.099 billion of such bonds of the Authority were outstanding (not including accretion of interest from the respective issuance dates on capital appreciation bonds). As of June 30, 2008, Public Building Authority's line of credit with GDB had an outstanding balance of $75 million.

*Special Communities Perpetual Trust.* The Special Communities Perpetual Trust, a public corporation, is an irrevocable and permanent trust. The Trust's principal purpose is to fund development projects which address the infrastructure and housing needs of underprivileged communities. GDB has made a special capital contribution to the Special Communities Perpetual Trust of $500 million and provided the Trust with a $500 million, non-revolving, line of credit. The amounts transferred by GDB were deposited in two investment accounts held by GDB for the benefit of the Special Communities Irrevocable Trust, of which $766.0 million had been disbursed to the Trust as of June 30, 2008. As of June 30, 2008, the Special Communities Perpetual Trust's line of credit with GDB had an outstanding balance of $376.1 million. The line of credit is payable from legislative appropriations.

*Telephone Authority* was created in July 1974 when the Commonwealth purchased the Puerto Rico Telephone Company ("PRTC") from International Telephone and Telegraph Corporation. PRTC operates the principal telephone system in Puerto Rico.

In 1999, the Telephone Authority sold a controlling interest in PRTC to a consortium led by a predecessor of Verizon Communications, Inc ("Verizon"). The net proceeds of $1.2 billion, after PRTC's outstanding debt was retired and certain employee benefits were paid, was deposited into the Infrastructure Development Fund held by the Infrastructure Financing Authority. In 2002, Verizon exercised an option to purchase additional shares from the Telephone Authority for $172 million, leaving the Authority with a 28% ownership interest in PRTC. In 2007, the Authority sold its remaining interest in PRTC to a subsidiary of América Móvil, S.A. de C.V. for $529 million, the proceeds from which were transferred to the Employees Retirement System of the Commonwealth.

*University of Puerto Rico* (the "University"), with approximately 63,682 students in academic year 2007-2008, is by far the largest institution of higher education on the island.

I-46

Government appropriations are the principal source of University revenues, but additional revenues are derived from tuition, student fees, auxiliary enterprises, interest income, federal grants, and other sources. University capital improvements have been financed mainly by revenue bonds. As of June 30, 2008, the University's total debt was $619.2 million, including $585 million of outstanding revenue bonds.

In 2000, AFICA issued its $86,735,000 Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) for the purpose of financing the construction of additional student housing and parking and office space for the University. The project was built, is being operated by Desarrollos Universitarios, Inc., a Puerto Rico not-for-profit corporation, and is leased to the University for a term equal to the term of the bonds with University lease payments being sufficient to pay debt service on said bonds as they become due. These bonds are not included in the University's total debt or outstanding revenue bonds set forth in the prior paragraph.

*Other public corporations* (not described above) have outstanding debt in the aggregate amount of $1.9 billion as of June 30, 2008. Debt service on $759 million of such outstanding debt is being paid from legislative appropriations and sales tax receipts. The Commonwealth is not, however, obligated to make any such appropriations. Additional legislative appropriations are made to enable certain of such corporations to pay their operating expenses.

## INSURANCE MATTERS

Government-owned property is insured through policies obtained by the Secretary of the Treasury and through self-insurance, except for property owned by the Electric Power Authority and PRASA, whose properties are insured through arrangements and policies obtained by the respective Authorities. Personal injury awards against the Commonwealth are limited by law to $150,000 per occurrence.

## RETIREMENT SYSTEMS

*General.* Public employees of the Commonwealth and its instrumentalities are covered by five retirement systems: the Employees Retirement System, the Puerto Rico System of Annuities and Pensions for Teachers (the "Teachers Retirement System"), the Commonwealth Judiciary Retirement System (the "Judiciary Retirement System"), the Retirement System of the University of Puerto Rico (the "University Retirement System"), and the Employees Retirement System of Puerto Rico Electric Power Authority (the "Electric Power Authority Retirement System").

The University Retirement System and the Electric Power Authority Retirement System apply to employees of the University of Puerto Rico and Electric Power Authority, respectively. The Commonwealth is not required to contribute directly to those two systems, although a large portion of University revenues is derived from legislative appropriations.

*Covered Employees.* The Teachers Retirement System covers public school teachers and certain private school teachers, as well as teachers working in administrative positions. Substantially all active teachers of the Commonwealth's Department of Education are covered by Act No. 91 of March 29, 2004 which superseded Act No. 218 of 1951. The new law

I-47

establishes that: (i) the Teachers Retirement System's active employees as of March 29, 2004 (not public school teachers or other Education Department employees) have the option to participate in the Teachers Retirement System or in the Employees Retirement System; (ii) persons hired by Teachers Retirement System after the approval of the new law may only become members of the Teachers Retirement System, (iii) active teacher employees of the Department of Education are members of the Teachers Retirement System, and (iv) licensed teachers working in private schools or other educational organizations may elect to become members of the Teachers Retirement System as long as the required employer and employee contributions are satisfied. The Judiciary Retirement System covers judges, and the Employees Retirement System covers all other employees of the Commonwealth, its municipalities and instrumentalities. As of April 31, 2008, the total number of participants, including active participants and retirees, in the three systems was as follows: Employees Retirement System, 278,234; Teachers Retirement System, 77,500; and Judiciary Retirement System, 685. The three systems are financed by contributions made by employers (the Commonwealth, public corporations, and municipalities) and employees, and investment income.

*Funding Requirements.* The central government is responsible for approximately 64% of total employer contributions to the Employees Retirement System, and the other 36% is the responsibility of public corporations and municipalities. The central government is also responsible for 100% and 99% of total employer contributions to the Judiciary and Teachers Retirement Systems, respectively. Retirement and related benefits provided by the systems and required contributions to the systems by employers and employees are determined by law rather than by actuarial requirements. For the Employees Retirement System, required employer contributions are 9.275% of applicable payroll. Required employee contributions for the Employees Retirement System vary according to salary and how the individual employee's retirement benefits are coordinated with social security benefits. For the Judiciary Retirement System, required contributions are 20% of applicable payroll for the employer and 8% for the employees. For the Teachers Retirement System, required contributions are 8.5% of applicable payroll for the employer and 9.0% for the employees.

*Actuarial Valuation of Employees and Judiciary Retirement System.* According to the most recent actuarial valuation of the Employees Retirement System and Judiciary Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the Employees Retirement System and Judiciary Retirement System were $12.284 billion and $174 million, respectively. The unfunded pension benefit obligations of the Employees Retirement System and Judiciary Retirement System for the same period were $9.956 billion and $104 million, respectively, representing funding ratios of 19% and 40%, respectively. Any amounts receivable from the Commonwealth with respect to benefits under special benefits laws (discussed below) are considered in the actuarial evaluation process to determine the unfunded pension benefit obligation of the Employees Retirement System to the extent receivables are recognized as such by the Employees Retirement System. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Employees Retirement System and Judiciary Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term,

I-48

and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

*Actuarial Valuation of Teachers Retirement System.* According to the most recent actuarial valuation of the Teachers Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2007 the accrued actuarial liability of the system was $7.756 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 41%, and the resulting unfunded accrued liability was $4.593 billion. The actuarial valuation assumed an investment return of 8%, yearly salary increases of 3.5%, employee and employer contributions of 9% and 8.5%, respectively, an inflation rate of 2.5%, and a remaining amortization period of 30 years for the unfunded accrued liability. Under the same above assumptions, but without taking into account benefits paid under special benefits laws (described below) and does not include the obligation with respect to the prospective payments under special benefits laws because these are not obligations of the Teachers Retirement System, and the funding for such benefits will originate from the Commonwealth's General Fund, as of June 30, 2007, the accrued actuarial liability was $7.227 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 44%, and the resulting unfunded accrued liability was $4.064 billion. Insofar as the statutorily mandated annual deposit to the Teachers Retirement System is insufficient to cover the actuarial pension liability, the unfunded pension benefit obligation will continue to increase, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded liability.

*Special Benefits.* Various special benefits laws enacted in previous years provided for additional benefits for the Employees Retirement System, Teachers Retirement System, and Judiciary Retirement System. Specifically, in the case of the Employees Retirement System, Act No. 10 of May 21, 1992 provided for special benefit increases of 3% every three years. The first 3% increase was granted to retirees who had been receiving their annuities for three or more years as of that date. The second 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1995. This increase is being financed by additional contributions from the employers. The third 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1998. This third increase is being partially funded with additional contributions from some of the employers. In June 2001, the Legislative Assembly approved a fourth 3% increase, effective as of January 1, 2001, in post-retirement annuity payments granted on or prior to January 1, 1998. This increase will be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their employees. In June 2003, the Legislative Assembly approved a fifth increase of 3% in post retirement benefits effective January 1, 2004. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their employees. In June 2007, the Legislative Assembly approved a sixth increase of 3% in post retirement benefits effective January 1, 2007. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their employees. Subsequent increases will depend upon the express approval of the Board of Trustees of the Employees Retirement System and the Legislative Assembly, and must provide a funding source. In the case of the Judiciary Retirement System, Act No. 41 of June 13, 2001 provided a 3% special benefit increase in annuity payments, commencing on January 1, 2002 and every three years

I-49

PR-CCD-0009611

thereafter, to retirees who have been receiving their annuities for three or more years as of that date. This increase will be funded by the General Fund.

The Teachers Retirement System is seeking reimbursement from the Commonwealth's Office of Management and Budget in the amount of $119 million for special benefits paid by the System to its beneficiaries through June 30, 2004 pursuant to special benefit laws enacted by the Legislative Assembly. The Teachers Retirement System's interpretation of these special benefit laws, to the effect that the Commonwealth is required to reimburse the Teachers Retirement System for such special benefits paid, is being disputed by OMB. This dispute is currently under inter-agency arbitration proceedings. The Employees Retirement System is also seeking reimbursement from the Commonwealth (in connection with other special benefits laws applicable to its beneficiaries) in the amount of $73.9 million, representing cumulative benefits paid to beneficiaries through June 30, 2005. OMB believes that the basis of the claims from the Employees Retirement System is valid but that the amounts claimed remain to be verified and reconciled.

*Amendments to Employees Retirement System.* In February 1990, the organic act of the Employees Retirement System was amended to reduce the future pension liabilities of the Employees Retirement System. Among other provisions, the legislation increased the level of contributions to the Employees Retirement System and limited the retirement benefits for new employees by increasing the length of employment required for the vesting of certain benefits and reducing the level of benefits in the case of early retirement. The legislation also reduced the level of occupational disability benefits and death benefits received by new employees.

In 1999, the organic act of the Employees Retirement System was further amended to change it, prospectively, from a defined benefit system to a defined contribution system. This amendment provides for the establishment of an individual account for each employee hired by the Commonwealth after December 31, 1999 and for those current employees who elect to transfer from the existing defined benefit system. The individual account of each current employee is credited initially with an amount equal to his aggregate contributions to the Employees Retirement System, plus interest. Current employees who did not elect to transfer to the new defined contribution system will continue accruing benefits under the current defined benefit system. The individual account of each participant of the new defined contribution system is credited monthly with the participant's contribution and is credited semiannually with a rate of return based on either of two notional investment returns. Such accounts are not credited with any contribution by the employer. Instead, employer contributions will now be used completely to reduce the accumulated unfunded pension benefit obligation of the Employees Retirement System.

The law approving the sale of a controlling interest in PRTC to a consortium led by GTE International Telecommunications Incorporated (subsequently acquired by Verizon Communications Inc.) (see *Public Corporations* – Other Public Corporations – Telephone Authority) provides that any future proceeds received by the government from the sale of its then remaining 43% stock ownership in PRTC will be transferred to the Employees Retirement System to reduce its accumulated unfunded pension benefit obligation. In January 2002, Verizon exercised its option to purchase an additional 15% of the stock of PRTC for $172 million. The proceeds of the sale were transferred to the Employees Retirement System. The

I-50

Commonwealth has decided to exercise its "tag along" rights in connection with the sale by Verizon of its PRTC stock to Sercotel. As a result of the exercise of such rights, the Employees Retirement System received in June 2007 approximately $529 million from the sale of its remaining stock participation in PRTC.

Historically, the Employees Retirement System achieved a return on investment of less than 2% on the PRTC stock, while the average return of the other assets in its portfolio was approximately 10.8%. In order to improve its funding ratio and address its continuing cash shortfalls, the Employees Retirement System intends to use the proceeds received from the sale of the PRTC stock to acquire other, higher-yield assets, such as personal and mortgage loans to participants of the System.

*Cash Flow Shortfalls.* The Employees Retirement System's disbursements of benefits during fiscal years 2003 through 2007 exceeded contributions and investment income for those years. The cash shortfall for fiscal year 2003 was covered with a portion of the proceeds from the sale to Verizon of the 15% stock ownership in PRTC and a loan received from the Department of the Treasury. The cash shortfall for fiscal year 2004 was covered with a loan received from the Department of the Treasury. Balances owed to the Department of the Treasury and other pending working capital needs through fiscal year 2005 were refinanced through a repurchase agreement with a financial institution in an amount of $138 million collateralized with the assets of the Employees Retirement System. The cash shortfall for fiscal year 2006 was approximately $70 million. This shortfall was covered with a line of credit provided by a private financial institution and collateralized with the assets of the Employees Retirement System. There was no cash shortfall for fiscal year 2007 on account of the receipt of the proceeds from the sale of the PRTC stock. Also with these proceeds the Employees Retirement System paid off the balances of the 2005 repurchase agreement and the 2006 line of credit used to cover the respective year's cash shortfalls.

*Efforts to Address Cash Flow Shortfall and Improve Funding Ratio.* The Employees Retirement System anticipates that its future cash flow needs for disbursement of benefits to participants are likely to exceed the sum of the employer and employee contributions received and its investment and other recurring income. The Employees Retirement System is also evaluating other measures to improve its cash flows and funding ratio. Some of these measures include, but are not limited to, the establishment of a maximum salary to calculate pension benefits, aggressive collection efforts with respect to employer contributions owed by the Commonwealth, the municipalities and public corporations, and the transfer to the Employees Retirement System of any amounts remaining in the Children's Trust after payment of all the outstanding bonds. See "Tax Reform" under *Puerto Rico Taxes, Other Revenues, and Expenditures.*

In addition, the Employees Retirement System is currently undertaking a series of financings to increase the System's funding ratio and reduce its unfunded pension benefit obligation. The financings involve the issuance by the Employees Retirement System of debt secured by a pledge of future employer contributions over the next 50 years. All net cash generated by these financings is deposited into the Employees Retirement System trust and invested along with its other assets as described above. As of June 30, 2008, the Employees Retirement System had issued three series totaling approximately $3.0 billion of its Senior

PR-CCD-0009613

Pension Funding Bonds.  The Employees Retirement System expects that additional financing will be undertaken during fiscal year 2009 and subsequent years.

The following tables present the Statement of Plan Net Assets and Statement of Changes in Plan Net Assets of the Employees Retirement System and the Judiciary Retirement System for the fiscal years 2005, 2006 and 2007 and as of the period ended April 30, 2008 and the Statement of Plan Net Assets and Statement of Changes in Plan Net Assets of the Teachers Retirement System for the fiscal years 2005, 2006 and 2007.

PR-CCD-0009614

## The Commonwealth of Puerto Rico
## Employees' Retirement System
## Statements of Plan Net Assets
## As of June 30, 2005, 2006, 2007 and April 2008

| | 2008* | 2007 | 2006 | 2005 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash and Investments: | | | | |
| Cash and Cash Equivalents | $ 82,702,029 | $ 41,364,614 | $ 27,849,344 | $ 13,196,092 |
| Cash Deposited with GDB | | | | |
| Unrestricted | 240,831,359 | 266,633,121 | 25,777,388 | 29,177,311 |
| Restricted | 2,482,775 | 2,309,996 | 2,156,259 | 1,577,829 |
| Restricted Cash Bonds | 185,274,644 | | | |
| Total Cash | 511,290,808 | 310,307,731 | 55,782,991 | 43,951,232 |
| Securities lending, collateral invested | | | | |
| Marketable Securities: | | | | |
| Notes and Bonds | 89,820,082 | 149,638,587 | 6,666,938 | 20,786,293 |
| Notes and Bonds Investment on Bonds | 914,648,389 | | | |
| Stocks | 1,613,444,341 | 1,693,143,613 | 1,376,901,021 | 1,200,131,525 |
| Stocks Investment on Bonds | 78,912,370 | | | |
| Master Repo | | | 148,158,416 | 145,654,230 |
| Investment on Bonds | | | | |
| Alternative Investment | 44,967,491 | 47,784,185 | 41,609,142 | 41,243,583 |
| Total Cash and Investments | 2,741,792,671 | 1,890,566,384 | 1,573,335,517 | 1,407,815,632 |
| **LOANS TO PLAN MEMBERS** | | | | |
| Mortgage | 110,985,023 | 107,680,038 | 96,542,018 | 82,294,726 |
| Personal | 759,639,170 | 440,167,352 | 406,882,638 | 362,362,930 |
| Cultural Trips | 32,932,905 | 28,933,093 | 24,894,132 | 20,589,837 |
| PEC | 556,280 | 533,107 | 232,805 | |
| Total Loans to Plan Members | 904,113,378 | 577,313,590 | 528,551,593 | 465,247,492 |
| Investment in PRTA Holdings | - | - | 495,318,231 | 486,080,000 |
| Total cash, investments and loans to Plan Members | 4,157,196,857 | 2,778,187,705 | 2,652,988,331 | 2,403,094,357 |
| **RECEIVABLES:** | | | | |
| Employers | 100,959,147 | 117,420,124 | 43,343,256 | 34,655,582 |
| General Fund of the Gov | 2,236,491 | 4,614,730 | 10,404,858 | 21,462,669 |
| The Commonwealth of PR Jud | 11,994,377 | 5,113,316 | 3,160,552 | 1,376,261 |
| Investment Sales | 7,246,055 | 2,469,752 | 1,278,609 | 2,090,013 |
| Investment Sales on Bonds | 10,756,469 | | | |
| Accrued Interest | 2,943,174 | 3,119,114 | 2,384,775 | 2,208,772 |
| Dividend Receivable | | | 23,720,395 | |
| Other | 25,540,027 | 4,526,995 | 23,575,164 | 21,895,683 |
| Total Receivables | 161,675,741 | 137,264,031 | 107,867,610 | 83,688,980 |
| PROPERTY: | 6,746,510 | 7,100,738 | 7,694,169 | 8,410,790 |
| OTHER ASSETS | 6,811,021 | 7,371,332 | 7,591,753 | 7,764,041 |
| Construction in Progress | 2,937,574 | 1,375,153 | | |
| Prepaid Bond Cost | 20,424,843 | | | |
| Total assets | 4,355,792,546 | 2,931,298,959 | 2,776,141,864 | 2,502,958,166 |
| **LIABILITIES** | | | | |
| Book overdraft | 1,035,903 | 1,566,248 | | |
| Short Term Obligation | - | - | 139,074,002 | 138,000,000 |
| Repurchase Obligation | - | | 1,245,157 | |
| Escrow Funds to Plan Members and | | | | |
| Guarantee Insurance | 9,400,222 | 8,913,975 | 8,432,615 | 20,365,814 |
| Investment Purchases | 6,597,654 | 2,172,417 | 1,179,373 | 2,078,940 |
| Investment Purchases on Bonds | 7,858,135 | | | |
| Accounts Payable and Accrued Liabilities | 7,754,239 | 10,124,944 | | |
| Line of Credit | - | | 60,000,000 | |
| Bonds Payable | 1,587,146,950 | | | |
| Other Liabilities | 53,358,043 | 17,022,008 | 24,879,755 | 14,641,925 |
| Account Payable and Accrued Liabilities | 7,754,239 | | | |
| Total Liabilities | 1,673,151,146 | 39,799,592 | 209,931,146 | 160,444,754 |
| **Net Assets Held in trust for Pension Benefits** | $ 2,682,641,399 | $ 2,891,499,366 | $ 2,566,210,717 | $ 2,342,513,412 |

I-53

**The Commonwealth of Puerto Rico**
**Employees' Retirement System**
**Statements of Changes in Plan Net Assets**
**As of June 30, 2005, 2006, 2007 and April 2008**

| | 2008* | 2007 | 2006 | 2005 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $ 316,165,044 | $ 374,394,089 | $ 398,521,341 | $ 374,823,631 |
| Participating employees | 287,080,306 | 338,791,075 | 342,829,957 | 332,376,008 |
| Special | - | 17,000,000 | 16,684,000 | 14,730,754 |
| Retirement Benefits | 37,903,698 | 69,096,992 | | |
| Total Contributions | 641,149,048 | 799,282,156 | 758,035,298 | 721,930,393 |
| Investment Income: | | | | |
| Realized Gain or Loss | 7,769,313 | 74,304,308 | 33,022,935 | 36,418,166 |
| Realized Gain or Loss Bonds | 13,069,055 | | | |
| Unrealized Gain or Loss | (99,172,874) | 289,880,852 | 156,491,728 | 150,225,279 |
| Unrealized Gain or Loss Bonds | 12,876,521 | | | |
| Dividend Income | 4,254,588 | 14,494,145 | 49,938,626 | 19,111,465 |
| Interest Income | 88,044,417 | 68,230,539 | 63,485,695 | 49,917,102 |
| Interest Income Bonds | 8,108,308 | | | |
| Total | 34,949,327 | 446,909,843 | 302,938,983 | 255,672,013 |
| Less Investment Expense | (601,067) | (12,940,327) | (10,122,844) | (3,749,348) |
| Insurance Premium | 5,615,032 | 2,440,600 | 14,491,851 | |
| Other Income | 8,406,795 | 17,430,687 | 8,495,523 | 7,924,599 |
| Net Investment Income | 48,370,088 | 453,840,802 | 315,803,513 | 259,847,264 |
| Total Additions | 689,519,136 | 1,253,122,959 | 1,073,838,811 | 981,777,657 |
| **DEDUCTIONS:** | | | | |
| Annuities | 804,247,435 | 800,786,513 | 772,647,291 | 713,813,825 |
| Special | | 17,000,000 | 16,684,000 | 14,730,754 |
| Death Benefits | 15,731,903 | 13,871,712 | 14,983,647 | 10,894,650 |
| Refunds: | | | | |
| Employers | 30,626,763 | 5,295,940 | 1,666,200 | 1,734,049 |
| Participating Employees | 2,752,232 | 28,008,506 | 20,707,399 | 17,946,630 |
| Personal Loans Adjustment | | | 1,658,221 | |
| Loans Premium Death Benefits | 513,727 | 2,117,527 | 1,215,515 | |
| Other Expenses | 2,096,139 | 6,666,080 | | |
| Administrative Expenses | 26,217,738 | 29,208,275 | 30,817,063 | 36,228,159 |
| Cost of Bonds | 16,191,165 | | | |
| Net Adjustment in the conversion to a new loan application | | | | |
| Total Deductions | 898,377,103 | 902,954,554 | 860,379,336 | 795,348,067 |
| Net Increase | (208,857,967) | 350,168,405 | 213,459,474 | 186,429,589 |
| Net Assets Restated per Auditors | | | | |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 2,891,499,366 | 2,541,330,962 | 2,327,871,487 | 2,141,441,898 |
| End of Year | $ 2,682,641,399 | $ 2,891,499,366 | $ 2,541,330,962 | $ 2,327,871,487 |

I-54

### The Commonwealth of Puerto Rico
### Judiciary Retirement System
### Statements of Plan Net Assets
### As of June 30, 2005, 2006, 2007 and April 2008

| | 2008* | 2007 | 2006 | 2005 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash and Investments: | | | | |
| Cash and Cash Equivalents | $ 2,218,059 | $ 2,734,805 | $ 1,599,240 | $ 1,803,777 |
| Cash Deposited with GOB | | | | |
| Unrestricted | 577,586 | 197,202 | 179,194 | 921,430 |
| Restricted | 432 | 192 | 781 | 872 |
| Total Cash | 2,796,077 | 2,932,200 | 1,779,216 | 2,726,079 |
| Receivables: | | | | |
| Accreted Interest | 275,613 | 237,222 | 249,583 | 252,862 |
| Investment Sales | 478,655 | 178,936 | 561,488 | 102,365 |
| Other | 117,295 | 85,821 | 44,647 | 48,658 |
| Total receivables | 871,563 | 501,979 | 855,719 | 403,886 |
| Marketable Securities: | | | | |
| Notes and Bonds | 22,549,724 | 20,727,595 | 19,821,535 | 20,031,133 |
| Stocks | 65,184,565 | 68,654,437 | 56,107,513 | 49,360,325 |
| Mortgage Notes Acquired from Third Parties | | - | - | |
| Total marketable securities | 87,734,289 | 89,382,032 | 75,929,048 | 69,391,458 |
| **LOANS TO PLAN MEMBERS** | | | | |
| Mortgage | 10,093 | 17,336 | 34,311 | 43,524 |
| Personal | 411,260 | 194,749 | 191,032 | 173,292 |
| Cultural Trips | 39,895 | 44,097 | 48,642 | 34,454 |
| Total Loans to Plan Members | 461,247 | 256,183 | 273,985 | 251,270 |
| Total cash, investments and loans to plan members | 91,863,176 | 93,072,393 | 78,837,968 | 72,772,692 |
| **LIABILITIES** | | | | |
| Book overdraft | 2,905,562 | 5,414,533 | 1,902,450 | 827,661 |
| Due to the Employees' Retirement System of the Government of Puerto Rico | 11,994,377 | 5,113,316 | 3,160,552 | 1,376,261 |
| Escrow Funds to plan Members and Guarantee Insurance | 55,685 | 52,728 | 52,391 | 130,023 |
| Investment Purchases | 381,158 | 180,411 | 67,271 | 123,315 |
| Other Liabilities | 1,632,036 | 838,352 | 806,719 | 518,647 |
| Total Liabilities | 16,968,818 | 11,599,341 | 5,989,382 | 2,975,907 |
| **Net Assets Held in trust for Pension Benefits** | $ 74,894,357 | $ 81,473,053 | $ 72,848,586 | $ 69,796,786 |

I-55

PR-CCD-0009617

**The Commonwealth of Puerto Rico**
**Judiciary Retirement System**
**Statements of Changes in Plan Net Assets**
**As of June 30, 2005, 2006, 2007 and April 2008**

| | 2008* | 2007 | 2006 | 2005 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $ 5,544,047 | $ 6,631,596 | $ 6,726,886 | $ 6,469,433 |
| Participating employees | 2,499,253 | 2,828,493 | 2,959,728 | 2,775,269 |
| Special | | | | |
| Total Contributions | 8,043,301 | 9,460,089 | 9,686,614 | 9,244,701 |
| Investment Income: | | | | |
| Realized Gain or Loss | 813,104 | 1,484,283 | 1,188,568 | 1,997,589 |
| Unrealized Gain or Loss | (4,312,498) | 10,954,303 | 4,629,804 | 2,247,722 |
| Dividend Income | 208,138 | 224,426 | 205,233 | 206,324 |
| Interest Income | 1,317,749 | 1,446,821 | 1,219,231 | 1,158,023 |
| Total | (1,973,507) | 14,109,833 | 7,242,836 | 5,609,658 |
| Less Investment Expense | (3,523) | (192,243) | (278,587) | (190,134) |
| Other Income | 528 | | 1,112 | 3,646 |
| Net Investment Income | (1,976,502) | 13,917,590 | 6,965,360 | 5,423,170 |
| Total Additions | 6,066,798 | 23,377,679 | 16,651,974 | 14,667,871 |
| **DEDUCTIONS:** | | | | |
| Annuities | 11,886,582 | 133,460,710 | 12,273,392 | 11,229,901 |
| Refunds: | | | | |
| Employees | 45,823 | | | 135,075 |
| Participating Employees | 31,585 | 38,194 | 129,975 | 124,296 |
| Administrative Expenses | 681,505 | 1,254,303 | 1,196,807 | 1,232,061 |
| Net Adjustment in the conversion to new loans application | | | | |
| Total Deductions | 12,645,494 | 14,753,212 | 13,600,174 | 12,721,333 |
| Net Increase | (6,578,696) | 8,624,467 | 3,051,801 | 1,946,538 |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 81,473,053 | 72,848,586 | 69,796,786 | 67,850,248 |
| **End of Year** | $ 74,894,357 | $ 81,473,053 | $ 72,848,586 | $ 69,796,786 |

I-56

PR-CCD-0009618

**The Commonwealth of Puerto Rico**
**Annuities and Pensions for Teachers**
**Statement of Plan Net Assets***
**As of June 30 of the Indicated Years**
**(in thousands)**

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash: | | | |
| Cash and cash equivalents | $ 33,542 | $ 53,515 | $ 79,017 |
| Cash with fiscal agent | - | - | 2,853 |
| Cash restricted | - | 1,717 | 1,595 |
| Cash deposited with Government Development Bank for Puerto Rico | 3,123 | 2,993 | 3,536 |
| Total Cash | 36,665 | 58,225 | 87,001 |
| Investments, at fair value: | | | |
| Bonds and notes | 468,452 | 463,474 | 257,030 |
| Stocks | 2,218,033 | 1,886,625 | 1,833,168 |
| Total investment at fair value | 2,686,485 | 2,350,099 | 2,090,198 |
| Other investments: | | | |
| Mortgage notes acquired from third parties | - | - | - |
| Private equity investments | 46,686 | 46,215 | 44,747 |
| Total investments | 2,733,171 | 2,396,314 | 2,134,945 |
| Loan to plan members: | | | |
| Mortgage | 102,684 | 104,830 | 109,605 |
| Personal | 260,066 | 246,074 | 234,335 |
| Cultural trips | 1,371 | 1,429 | 1,338 |
| Total loans to plan members | 364,121 | 352,333 | 345,278 |
| Total investments and loans | 3,133,957 | 2,806,872 | 2,567,224 |
| Accounts receivable: | | | |
| Receivable for investments sold | 12,242 | 12,163 | 10,516 |
| Accrued interest and dividends receivable | 6,312 | 6,371 | 4,449 |
| Other | 14,640 | 14,932 | 2,593 |
| Total accounts receivable | 33,194 | 33,466 | 17,558 |
| Property and equipment, net | 25,890 | 25,665 | 26,206 |
| Other assets | 700 | 691 | 600 |
| Total Assets | 3,193,741 | $2,866,694 | $2,611,588 |
| **LIABILITIES** | | | |
| Investments purchased | 11,258 | $11,422 | $14,262 |
| Cash overdraft in cash with fiscal agent | 5,619 | 13,949 | - |
| Accounts payable | 4,152 | 3,043 | 3,768 |
| Obligation under capital lease | 35 | 57 | 78 |
| Accrued expenses | 4,270 | 4,289 | 4,314 |
| Line of credit | 4 | 4 | 4 |
| Escrow fund of mortgage loans and guarantee insurance reserve for loans to plan members | 4,916 | 5,988 | 6,069 |
| Bonds payable | - | 20,430 | 21,285 |
| Other liabilities | 567 | 625 | 669 |
| Total liabilities | 31,021 | 59,807 | 50,449 |
| **Net Assets Held in Trust for Pension Benefits** | $3,162,720 | $2,806,887 | $2,561,139 |

* Totals may not add due to rounding.

I-57

PR-CCD-0009619

**The Commonwealth of Puerto Rico**
**Annuities and Pensions for Teachers**
**Statement of Changes in Plan Net Assets\***
**As of June 30 of the Indicated Years**
**(in thousands)**

|  | 2007 | 2006 | 2005 |
|---|---|---|---|
| **ADDITIONS:** | | | |
| Contributions: | | | |
| Participating Employees | $127,809 | $ 129,473 | $ 131,481 |
| Employer | 116,320 | 119,199 | 120,887 |
| Contributions transferred from other systems\*\* | 12,396 | 921 | |
| Special | 57,960 | 61,066 | 60,853 |
| Total contributions | 314,485 | 310,659 | 313,221 |
| Investment Income: | | | |
| Interest income | 65,367 | 57,899 | 47,577 |
| Dividend Income | 13,654 | 14,684 | 20,339 |
| Net appreciation (depreciation) in fair value of investments | 406,131 | 258,182 | 161,685 |
| | 485,152 | 330,765 | 229,601 |
| Less investment expense | 6,217 | 5,792 | 4,986 |
| Net investment income | 478,935 | 324,973 | 224,615 |
| Other income | 1,299 | 13,085 | 1,167 |
| **Total additions** | $ 794,719 | $ 648,717 | $ 539,003 |
| **DEDUCTIONS:** | | | |
| Benefit paid to participants: | | | |
| Annuities and death benefits | 364,998 | 332,425 | 313,551 |
| Special benefits | 45,564 | 42,837 | 38,592 |
| Refunds of contributions | 5,447 | 4,135 | 2,912 |
| Administrative expenses | 22,877 | 22,651 | 25,804 |
| **Total deductions** | 438,886 | 402,969 | 380,859 |
| Net increase in net assets held in trust for pension benefits | 355,833 | 245,748 | 158,144 |
| **Net assets held in trust for pension benefits** | | | |
| Beginning of year | 2,806,887 | 2,561,139 | 2,402,995 |
| **End of year** | $3,162,720 | $2,806,887 | $2,561,139 |

\* Totals may not add due to rounding.
\*\* This line item was segregated from Refunds of Contributions for 2006 and 2007, but not in 2005.

## COMMONWEALTH FINANCIAL STATEMENTS

For fiscal year 2007, the basic financial statements of the Commonwealth were audited by KPMG LLP. KPMG LLP did not audit the financial statements of the Public Buildings Authority capital project fund or The Children's Trust special revenue funds (major funds), and certain activities, funds and component units identified separately in its report. Those financial statements were audited by other independent auditors whose reports were furnished to KPMG LLP, and its opinion on the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors.

The Comprehensive Annual Financial Report of the Commonwealth ("CAFR") for fiscal year 2007, which includes the basic financial statements of the Commonwealth for fiscal year

PR-CCD-0009620

2007, was filed by the Commonwealth with each nationally recognized municipal securities information repository (each, a "NRMSIR") in June 2008.

## PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES

The Secretary of the Treasury has custody of the funds of the central government and is responsible for the accounting, disbursement and investment of such funds. Central government funds are grouped into three major categories or "types" of funds, as follows: (i) Governmental Fund Types, which include the General, Special Revenue, Debt Service (also referred to herein as Redemption), and Capital Project Funds; (ii) Proprietary Fund Types, which include the Enterprise and Internal Service Funds; and (iii) Fiduciary Fund Types, which include the Trust and Agency Funds. These funds do not include funds of the municipalities, because the municipalities are governmental entities with independent treasuries. The Special Revenue Fund is incorporated into the General Fund for financial reporting purposes (but not for budgetary purposes).

The General Fund is the primary operating fund of the Commonwealth. General Fund revenues are broadly based and include revenues raised internally as well as those from non-Puerto Rico sources. Internal revenues consist principally of income taxes and excise and sales taxes. Revenues from non-Puerto Rico sources are derived from federal excise taxes and customs duties returned to the Commonwealth. The primary expenditures of the Commonwealth through the General Fund are for grants and subsidies, and personal and other services.

### Summary and Management's Discussion of General Fund Results

The following table presents the actual revenues and expenditures of the General Fund on a cash basis for fiscal year 2005 through fiscal year 2007, and the preliminary and projected revenues and expenditures for fiscal years 2008 and 2009, respectively.

The amounts shown in the following table as expenditures may be different than those reflected in the budget or in the Commonwealth's financial statements because the table shows only cash disbursements, while the budget includes all authorized expenditures, regardless of when the related cash is actually disbursed. In addition, transfers to the Redemption Fund (used to pay debt service on the Commonwealth's bonds), which are included in the budget under "debt service," are shown as a deduction from total revenues in calculating "adjusted revenues" in the table and are not included under "expenditures." Finally, certain expenditures incurred in excess of budgeted amounts may not be reflected in the table as expenditures to the extent they are paid from reserve funds, such as moneys in the Budgetary Fund. In fiscal year 2005, there were approximately $98.6 million of such expenditures that are not reflected in the table. A discussion of the budget for fiscal years 2008 and 2009 appears below under *Budget of the Commonwealth of Puerto Rico.*

Amounts listed under "Other Income" represent recurring General Fund revenues not appropriately attributable to other revenue line items, such as repayment of General Fund advances to municipalities and government agencies and funds. "Other Expenditures" represent recurring General Fund expenditures not appropriately attributable to other expenditures line items, such as advances to government agencies and municipalities, which advances are to be

I-59

PR-CCD-0009621

reimbursed to the General Fund by law. Amounts listed under "Capital Outlays and Other Debt Service" represent debt service on obligations and capital expenditures for which the Legislative Assembly has by resolution agreed to appropriate funds. General Fund revenues, expenditures, and transfers as presented in the table differ from the General Fund revenues, expenditures, and transfers as presented in the financial statements of the Commonwealth, as the latter statements reflect an expanded General Fund entity in accordance with generally accepted accounting principles.

PR-CCD-0009622

**Commonwealth of Puerto Rico**
**General Fund Revenues, Expenditures, and Changes in Cash Balance**
**(in thousands)**

| | 2005 | 2006 | 2007 | 2008[(*)] | 2009[(+)] |
|---|---|---|---|---|---|
| Beginning cash balance | $ 108,512 | $ 42,933 | $ (0) | $ (506,261) | $ (1,192,235) |
| Revenues from internal sources: | | | | | |
| Income Taxes: | | | | | |
| Individuals | 2,885,903 | 3,087,748 | 3,071,655 | 2,793,198 | 2,770,000 |
| Corporations | 1,870,937 | 1,872,458 | 2,002,718 | 1,565,458 | 1,751,000 |
| Partnerships | 3,245 | 2,787 | 2,960 | 1,942 | 3,000 |
| Withheld from non-residents | 612,005 | 921,260 | 933,728 | 1,087,782 | 1,015,000 |
| Tollgate taxes | 22,973 | 27,396 | 25,083 | 21,610 | 10,000 |
| Interest | 10,489 | 11,536 | 12,112 | 13,657 | 12,000 |
| Dividends | 80,398 | 66,721 | 138,859 | 59,770 | 67,000 |
| Total income taxes | 5,485,950 | 5,989,906 | 6,187,115 | 5,543,417 | 5,628,000 |
| Sales and use tax | - | - | 582,560 | 911,000 | 977,000 |
| Commonwealth excise taxes: | | | | | |
| Alcoholic beverages | 298,235 | 292,180 | 279,028 | 268,095 | 292,000 |
| Cigarettes | 146,527 | 135,267 | 132,399 | 119,124 | 121,000 |
| Motor vehicles | 606,662 | 533,957 | 396,667 | 366,343 | 414,000 |
| Other excise taxes | 740,921 | 682,477 | 314,340 | 110,017 | 95,000 |
| Total Commonwealth excise taxes | 1,792,345 | 1,643,881 | 1,122,434 | 863,579 | 922,000 |
| Property taxes | 3,949 | 1,106 | 800 | - | - |
| Inheritance and gift taxes | 7,129 | 9,466 | 4,663 | 6,600 | 5,000 |
| Licenses | 85,216 | 91,310 | 97,610 | 87,631 | 96,000 |
| Other: | | | | | |
| Lottery | 64,638 | 62,729 | 73,014 | 46,636 | 59,000 |
| Electronic lottery | 68,011 | 55,212 | 71,815 | 105,346 | 89,000 |
| Miscellaneous non-tax revenues | 430,534 | 431,803[(6)] | 330,064 | 321,897 | 335,000 |
| Total Other | 563,183 | 549,744 | 474,893 | 473,879 | 483,000 |
| Total revenues from internal sources | 7,937,772 | 8,285,413 | 8,470,075 | 7,886,106 | 8,111,000 |
| Revenues from non-Commonwealth sources: | | | | | |
| Federal excise taxes[(1)] | 341,166 | 346,272 | 377,872 | 361,827 | 372,000 |
| Customs | 26,731 | 9,553 | 14,504 | 4,796 | 5,000 |
| Total revenues from non-Commonwealth sources | 367,897 | 355,825 | 392,376 | 366,623 | 377,000 |
| Total net revenues | 8,305,669 | 8,641,238 | 8,862,451 | 8,252,729 | 8,488,000 |
| Other Income (refunds)[(2)] | (55,409) | 76,085 | (8,335) | 183,917[(8)] | 995,792[(9)] |
| Transfers to Redemption Fund[(3)] | (369,985) | (484,812) | (512,197) | (220,702) | (288,000) |
| Proceeds of notes and other borrowings[(4)] | 4,925,595 | 4,115,897[(7)] | 1,872,096 | 2,520,000 | 3,000,000 |
| Repayment of notes and other borrowings[(5)] | (3,909,434) | (3,005,838) | (1,926,273) | (2,585,620) | (3,066,015) |
| Adjusted revenues | 8,896,436 | 9,342,570 | 8,287,742 | 8,150,324 | 9,129,777 |
| Expenditures: | | | | | |
| Grants and subsidies | 3,617,386 | 3,944,349 | 3,387,199 | 2,091,701 | 3,239,855 |
| Personal services | 4,783,567 | 4,796,382 | 4,590,962 | 5,990,308 | 5,277,864 |
| Other services | 389,346 | 525,377 | 594,345 | 426,185 | 421,386 |
| Materials and supplies | 72,411 | 50,227 | 79,186 | 161,924 | 106,641 |
| Equipment purchases | 20,707 | 19,378 | 27,965 | 62,757 | 45,123 |
| Capital outlays and other debt service | 78,598 | 49,789 | 21,576 | 103,423 | 104,924 |
| Transfers to agencies | - | - | 92,770 | - | - |
| Other disbursements | - | - | - | - | - |
| Total expenditures | 8,962,015 | 9,385,503 | 8,794,003 | 8,836,298 | 9,195,792 |
| Adjusted revenues less expenditures | (65,579) | (42,933) | (506,261) | (685,974) | (66,015) |
| Ending cash balance | $ 42,933 | $ (0) | $ (506,261) | $ (1,192,235) | $ (1,258,250) |

(*) Preliminary.
(+) Estimated.
(1) Excludes transfers by the Commonwealth to the Conservation Trust Fund and amounts deposited by the Secretary of the Treasury into a separate account for the promotion of Puerto Rico rums in foreign markets.
(2) Consists of net revenues from the General Fund's non budgetary funds plus a reserve for future tax refunds reduced by estimated tax refunds.
(3) Consists of amounts to pay principal of and interest on general obligation bonds and notes of the Commonwealth. Does not include amounts deposited directly into the Redemption Fund from non-General Fund revenues.
(4) Consists of proceeds of borrowing from GDB and proceeds from Commonwealth's Tax and Revenue Anticipation Notes.
(5) Consists of repayments of borrowing from GDB and repayments of Commonwealth's Tax and Revenue Anticipation Notes.
(6) Includes proceeds of $100 million generated by the issuance of the Commonwealth's Public Improvement Refunding Bonds, Series 2006 A, which were privately placed.
(7) Includes $50 million from the Emergency Fund used for operating expenses.
(8) Includes $150 million related to the sale of properties.
(9) Represents collections related to the acceleration of delinquent tax accounts.
Source: Department of the Treasury

I-61

PR-CCD-0009623

*Fiscal Year 2009*

General Fund Revenues for fiscal year 2009 are projected to be $9.484 billion, of which $8.488 billion are recurring resources and the proceeds from a potential sale of $60 million of bonds to be issued by the Puerto Rico Public Buildings Authority. The remaining almost $1 billion is expected to come from the securitization of delinquent tax accounts. The major revenue categories include: (i) $2.770 billion in individual income taxes, (ii) $1.751 billion in corporate income taxes, (iii) $1.015 billion in non-resident withholdings and (iv) $977 million in sales and use tax.

Estimated expenses for the fiscal year 2009 are $9.484 billion, which represents an increase of $256 million over the original budget for 2008 and an increase of $426 million over the preliminary numbers for 2008. Certain increases in expenditures, related to payroll expenditures and formulaic appropriations, are mandated by law.

*Fiscal Year 2008*

Preliminary General Fund Revenues for fiscal year 2008 are $8.253 billion, representing a decrease of $340 million, or 4%, from actual revenues for fiscal year 2007. This amount excludes the collection of $269 million from special temporary tax measures in fiscal year 2007. This amount includes $4.358 billion in revenues from individual and corporate income taxes, $1.088 billion from non-resident withholding taxes, $864 million from excise taxes and $911 million of sales tax revenues. The decrease in 2008 collections was principally due to the current recession and high oil prices, which directly affected income and excise taxes. Sales Tax collections met expectations, providing $911 million to the General Fund.

Preliminary General Fund expenses for fiscal year 2008 amounted to $9.057 billion, which is $170 million less than the amount originally estimated. The difference between preliminary revenues and expenses for fiscal year 2008 was covered by federal funds recovery of approximately $287 million and the remaining $504 million by cash management procedures.

*Fiscal Year 2007*

General Fund total revenues for the fiscal year ended on June 30, 2007 totaled $8.862 billion, $7 million more than the Treasury Department's revised estimate for that period. This amount includes (i) $933 million in non-resident withholding, (ii) $1.122 billion in excise taxes, (iii) $583 million of sales tax revenues, and (iv) $269 million from special temporary tax measures.

General Fund expenses for fiscal year 2007 were $9.221 billion, which is $267 million below the amount initially budgeted and takes into consideration $160 million in a portion of savings from the 10% budget reserve and $107 in million in health-related expenditure reductions. The $9.221 billion amount does not include $522 million of debt service payments on a portion of the Commonwealth's outstanding appropriation debt, which debt service was excluded from the budget based on the provisions of Act No. 91 of May 13, 2006, which created the Dedicated Sales Tax Fund to service in part the repayment of such appropriation debt.

PR-CCD-0009624

The difference between projected revenues and expenses for fiscal year 2007 were covered by a $240 million transfer of funds from Government Development Bank that was originally set aside from General Fund appropriations to cover a portion of debt service payments on the Commonwealth's appropriation debt which set aside is no longer needed on account of the passage of Act No. 91 referred to above. The remaining shortfall (about $100 million) was covered by cash management procedures such as delaying payments to certain vendors for a short period of time (carrying over into fiscal year 2008).

*Fiscal Year 2006*

General Fund total revenues for fiscal year 2006 were $8.541 billion (approximately $235 million, or 2.8%, more than received in fiscal year 2005). This increase was attributable to increases in income taxes ($504 million, including $309 million in taxes withheld from non-residents), together with decreases in external revenues ($12 million), excise taxes ($147 million), and miscellaneous non-tax revenues ($113 million). The increase in revenues from individual income taxes is mainly attributable to administrative measures and economic activity. The increase in the withholding tax on non-residents includes two extraordinary payments amounting to $200 million.

Total cash expenditures for fiscal year 2006 were $9.596 billion (excluding about $500 million in expenditures that occurred "off budget" for items such as refinanced debt service on general obligation debt and payment of vendor debts from prior years for Public Buildings Authority and subsidy and operational expenses of Agricultural Services and Development Administration) which exceeded original budgeted expenditures by $651 million, attributed mainly to increases in the area of education ($321 million), public safety and protection ($99 million), health ($207 million), and special contributions to pensions ($42 million), and reductions in the area of general government ($4 million), welfare ($3 million), contributions to municipalities ($1 million), and other debt service ($10 million).

The approximately $1.6 billion shortfall was covered by the release of $64 million in reserve funds held at GDB, borrowings from GDB and other sources of about $1.4 billion and about $150 million of "cash management" practices which had the effect of delaying payment of certain expenses until the start of fiscal year 2007. Also, during a two-week period in early May 2006, the Commonwealth was forced to furlough non-essential government workers because it was projected to run out of cash until the above borrowings were implemented in the aftermath of the passage of fiscal and tax reform legislation described below in order to allow the workers to return to work.

*Fiscal Year 2005*

General Fund total net revenues for fiscal year 2005 were $8.306 billion, representing an increase of $320 million or 4%, from fiscal year 2004 net revenues. This amount excludes proceeds of a loan of $550 million obtained from GDB, which is included as part of "Proceeds of notes and other borrowings." The major changes in revenues from fiscal year 2004 were: (i) increases in total income taxes of $188 million, mainly resulting from increases in income taxes collected from individuals of $165 million and in income taxes collected from corporations of $40 million; (ii) increases in total excise taxes of $99 million; and (iii) net increases in other

PR-CCD-0009625

revenues of $32 million, mainly as a result of an increase in miscellaneous non-tax revenues of $51 million.

Total cash expenditures for fiscal year 2005 were $9.220 billion (excluding $98.6 million covered with funds from the Budgetary Fund), which exceeded budgeted expenditures by $366 million, attributed mainly to increases in the area of education ($300.5 million), public safety and protection ($18.6 million), health ($28.7 million), welfare ($10.2 million), and economic development ($8 million). This amount also excludes approximately $98.6 million of additional expenditures that were not originally budgeted. Various financing transactions were entered into to cover this imbalance.

**Tax Reform**

Act No. 117 of July 4, 2006 ("Act 117") amended the Puerto Rico Internal Revenue Code of 1994 (the "PR Code") to provide, among other things, for a general sale and use tax of 5.5% to be imposed by the central government (the "Central Government Sales Tax"). Act 117 also authorized each municipal government to impose a municipal sale and use tax of 1.5% (the "Municipal Sales Tax" and, together with the Central Government Sales Tax, the "Sales Tax"). In general, the Municipal Sales Tax has the same tax base, exemptions (except for unprocessed foods) and limitations as those provided for the Central Government Sales Tax. Act 117 also provides certain income tax reductions to address the regressive effect of the Sales Tax on taxpayers in lower income tax brackets.

The Sales Tax is imposed on the sale, use, consumption and storage of taxable items, which include tangible personal property, taxable services, admission rights and certain other types of transactions covering separable and identifiable taxable items which are sold for a single price, subject to certain exceptions and limitations. The Sales Tax does not apply to, among other things: (i) taxable items acquired by merchants for resale, (ii) taxable items acquired by manufacturing plants, (iii) taxable items acquired for use and consumption outside of Puerto Rico, (iv) certain food products that do not need to be heated before their sale, (v) prescription drugs, (vi) the rental payments received by a lessor of real property which is used for residential or commercial purposes, (vii) services provided by designated professionals, (viii) cash, cash equivalents, stocks, bonds, notes, mortgage loans, insurance, securities and interest derived for the use or forbearance of money, (ix) sales of real property, and (x) leases in which the Industrial Development Company is the owner of the property.

Act 117 also repealed the 5% general excise tax imposed on imported goods and the 3.6% general excise tax imposed on goods manufactured in Puerto Rico. Other items, such as fuel, crude oil and petroleum products, and vehicles, however, will remain subject to the excise tax previously applicable to such items, and are not subject to the Sales Tax.

The Sales Tax became effective on November 15, 2006 and the effective date of the repeal of the 5% general excise tax was October 16, 2006. Municipalities were authorized to implement the Municipal Sales Tax starting on July 1, 2006, and most have done so. The revenues derived from the Sales Tax are distributed as follows: (i) municipal governments retain 13/15 of the Municipal Sales Tax (equivalent to a tax of 1.5% out of the total 7% Sales Tax), (ii) the Dedicated Sales Tax Fund, created by Act No. 91 of May 13, 2006, as amended, receives

I-64

PR-CCD-0009626

one-seventh of the Sales Tax (equivalent to a tax of 1% out of the total 7% Sales Tax), and (iii) the General Fund receives the balance of the Sales Tax (equivalent to a tax of 4.5% out of the total 7% Sales Tax). The Secretary of the Treasury projects for fiscal year 2008 that each percentage point of the Sales Tax generated annually approximately $202 million of gross revenues and that the Sales Tax generated total annual gross revenues for the General Fund of approximately $911 million. For fiscal year 2007, the corresponding projections are $191 million and $576 million. The increase in revenues to be generated by the Sales Tax has been partly offset by the elimination of the 5% general excise tax and the effect of the income tax reduction measures included in Act 117.

Act 117 also provided for special income tax rates with respect to certain transactions occurring on and between July 1, 2006 and December 31, 2006 (the "Transition Period"). Eligible dividends declared by domestic corporations or partnerships during the Transition Period qualified for a 5% special income tax. The dividend did not need to be distributed to qualify for the 5% special income tax rate. During the Transition Period, Act 117 also provided a special tax rate of 5% (10% in the case of resident corporations and partnerships) in connection with "built-in" gains associated to capital assets held for periods in excess of six months (the "Special Capital Gains Tax"). In order to take advantage of the Special Capital Gains Tax, a taxpayer had to file an election with the Secretary of the Treasury. The sale of the capital asset is not required to qualify for the Special Capital Gains Tax. In addition to the other conditions mentioned herein, the Special Capital Gains Tax was only available in connection with capital assets consisting of stock or participations of domestic and foreign corporations and partnerships, and real property located in Puerto Rico. However, in the case of resident corporations and partnerships, the Special Capital Gains Tax applied only to real property located in Puerto Rico.

**Proposed Sales Tax and Excise Tax Changes**

On February 6, 2008, the Governor, in his State of the Commonwealth address, proposed suspending a portion of the current sales and use tax, for a reduction from 7% to 2.5%, and re-instituting a revamped excise tax on goods imported into Puerto Rico to help stimulate the Commonwealth's economy. The proposal included provisions that would have continued the earmarking of sales tax revenues equal to 1% of the total sales tax rate to the Dedicated Sales Tax Fund and other mechanisms currently in place to ensure the security for the outstanding COFINA bonds. See "Tax Reform" under *Puerto Rico Taxes, Other Revenues and Expenditures*, "Government Development Bank for Puerto Rico – Sales Tax Financing Corporation" under *Public Corporations* and "Public Sector Debt" under *Debt* in the Commonwealth Report in *Appendix I*. On February 7, 2008, the Governor stated that any proposal from his administration would not impair the rights of bondholders and that he would veto any counter-proposal from the Legislature of Puerto Rico that would constitute a possible impairment of the rights of bondholders. On February 7, 2008, Standard & Poor's Ratings Service ("S&P") placed the COFINA bonds on CreditWatch Negative and Fitch Ratings Ltd. ("Fitch") placed the same bonds on Rating Watch. On March 14, 2008, the Governor submitted to the Legislature a proposed bill establishing the conditions for suspending the collection of the 4.5% sales and use tax (which is the portion of the total sales and use tax to be collected for the General Fund), establishing and funding a debt service reserve fund for the benefit of the COFINA bonds and re-instituting the revamped excise tax. Said bill was structured to safeguard the rights of COFINA bondholders and is aimed at preserving the current rating of the COFINA

PR-CCD-0009627

bonds. Such action was expected to be revenue neutral for the General Fund. The legislation proposed by the Governor was not approved by the Legislature.

## Major Sources of General Fund Revenues

### Income Taxes

The Commonwealth's income tax law, the Internal Revenue Code of 1994, as amended (the "P.R. Code"), imposes a tax on the income of individual residents of Puerto Rico, trusts, estates, and domestic and foreign (if engaged in a trade or business in Puerto Rico) corporations and partnerships at graduated rates. A flat tax is imposed on certain payments made to non-residents of Puerto Rico, which is collected through an income tax withholding.

*Individuals.* Resident individuals are subject to tax on their taxable income from all sources. The P.R. Code has four tax brackets for individuals with tax rates of 7%, 14%, 25%, and 33%. Dividend income from Puerto Rico corporations and certain qualifying foreign corporations is taxed at a rate of 10%.

Gain realized from the sale or exchange of a capital asset by resident individuals, if held for more than six months, is taxed at a rate of 10%.

Interest income in excess of $2,000 on deposit with Puerto Rico financial institutions is taxed at a rate of 10%; the first $2,000 of interest income from such institutions is exempt from taxation. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to resident individuals, trusts, estates, corporations and partnerships qualifies for a special 10% tax rate.

*Corporations and Partnerships.* Puerto Rico corporations and partnerships are subject to tax on income from all sources; foreign corporations and partnerships that are engaged in a trade or business in Puerto Rico are subject to tax on their income from Puerto Rico sources and on income from sources outside Puerto Rico that is effectively connected with the conduct of their trade or business in Puerto Rico. Unless a corporation or partnership qualifies for partial exemption from corporate income and other taxes under the industrial incentives program (see "Tax Incentives" under *The Economy* above), it is subject to tax at graduated rates.

In general, the P.R. Code provides for six income tax brackets for corporations and partnerships, with the highest rate (39%) applicable to net taxable income in excess of $300,000. Also, Act No. 41 of August 1, 2005 was enacted to impose a temporary additional tax of 2.5% on corporations and partnerships with a net taxable income of $20,000 or more. In addition, Act No. 98 of May 16, 2006, provides for an extraordinary tax of 5% on resident corporations and partnerships engaged in business for pecuniary profit and whose gross income for the immediately preceding taxable year ended on or prior to December 31, 2005 exceed $10 million. The 5% tax must be paid on or prior to July 31, 2006 and such amount may be subsequently claimed as a tax credit against such entity's income tax liability. Act No. 89 of May 13, 2006 also imposes an additional special tax for the taxable year commencing in 2006 of 2% on the net income subject to standard taxation of all corporations operating under the provisions of the Puerto Rico Banking Law.

I-66

PR-CCD-0009628

Gains realized from the sale or exchange of a capital asset, if held for more than six months, are taxed at a maximum rate of 15%. Dividends received by Puerto Rico corporations and partnerships of foreign corporations and partnerships engaged in trade or business in Puerto Rico are subject to general income tax rates. A dividends received credit may be available when the corporation or partnership making the distribution is organized in Puerto Rico. A special tax rate of 17% is applicable to dividend distributions of REITs received by corporations. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to resident corporations and partnerships qualifies for a special tax rate of 10%.

In general, corporations and partnerships operating under a new grant of tax exemption issued under the 1998 Tax Incentives Act are subject to a maximum income tax rate of 7% during their basic exemption period. Certain corporations and partnerships covered by the tax incentives acts continue to be subject to a maximum tax rate of 45% on their taxable income. Corporations and partnerships covered by the Puerto Rico Tourism Incentives Act of 1993, as amended, are subject to a maximum tax rate of 42% on their taxable income. The P.R. Code also provides for an alternative minimum tax of 22%.

The P.R. Code imposes a branch profits tax on resident foreign corporations less than 80% of whose gross income qualifies as income effectively connected with a Puerto Rico trade or business. The branch profits tax is 10% of an annual dividend equivalent amount, and it applies without regard to the Puerto Rico source of income rules.

Interest from Puerto Rico sources paid to non-resident non-affiliated corporate recipients is not subject to any income or withholding tax. Interest paid to certain related non-resident recipients is subject to a withholding tax of 29%. Dividends paid to non-resident corporate recipients are subject to a withholding tax of 15%. Dividends distributed by corporations (including Section 936 Corporations) operating under new grants of tax exemption issued under the 1998 Tax Incentives Act are not subject to Puerto Rico income tax. However, royalty payments made by such corporations to non-resident recipients are subject to a 15% withholding tax. The basic tax on dividends paid to foreign corporate shareholders of Section 936 Corporations operating under grants of tax exemption issued under prior incentives laws is 10% but is subject to reduction if a percentage of the profits are invested in certain eligible instruments for specified periods of time.

Subject to certain exceptions, payments in excess of $1,500 during a calendar year made by the Commonwealth and persons engaged in a trade or business in Puerto Rico in consideration of the receipt of services rendered in Puerto Rico are subject to a 7% withholding tax.

*Sales and Use Taxes*

The Sales Tax is imposed on the sale, use, consumption and storage of taxable items, which include tangible personal property, taxable services, admission rights and combined transactions, subject to certain exceptions and limitations. The Sales Tax is not imposed on, among other things: (i) taxable items acquired by merchants for resale, (ii) taxable items acquired by manufacturing plants, (iii) taxable items acquired for use and consumption outside of

I-67

PR-CCD-0009629

Puerto Rico, (iv) certain food products that do not need to be heated before their sale, (v) prescription drugs, (vi) the rental payments received by a lessor of real property which is used for residential or commercial purposes, (vii) services provided by designated professionals, (viii) cash, cash equivalents, stocks, bonds, notes, mortgage loans, insurance, securities and interest derived for the use or forbearance of money, (ix) sales of real property, and (x) leases in which the Industrial Development Company is the owner of the property. The Sales Tax was effective starting on November 15, 2006 and generated approximately $911 million for the General Fund in fiscal year 2008. The Sales Tax is estimated to produce $977 million in fiscal year 2009.

*Excise Taxes*

The P.R. Code imposed an excise tax on certain articles and commodities, such as cigarettes, alcohol, sugar, cement, motor vehicles and certain petroleum products, which are taxed at different rates. The excise tax imposed on articles and commodities imported into Puerto Rico for consumption in Puerto Rico ended on October 16, 2006 and has been replaced by the previously described sales and use tax on November 15, 2006.

*Other Taxes and Revenues*

Motor vehicle license plate and registration fees comprise the major portion of license tax receipts.

Non-tax revenues consist principally of lottery proceeds, documentary stamps, permits, fees and forfeits, proceeds of land sales and receipts from public corporations in lieu of taxes.

Revenues from non-Commonwealth sources include customs duties collected in Puerto Rico and excise taxes on shipments of rum from the island to the United States mainland. The customs duties and excise taxes on shipments are imposed and collected by the United States and returned to the Commonwealth. The excise tax on shipments of rum from Puerto Rico and other rum producing countries is $13.50 per gallon. Of this amount, the lesser of $13.25 per proof gallon and the actual excise tax imposed is currently returned to the Treasury.

*Property Taxes*

Personal property, which accounts for approximately 48% of total collections of taxable property, is self-assessed. Real property taxes are assessed based on 1958 property values. No real property reassessment has been made since 1958, and construction taking place after that year has been assessed on the basis of what the value of the property would have been in 1958. Accordingly, the overall assessed valuation of real property for taxation purposes is substantially lower than the actual market value. Also, an exemption on the first $15,000 of assessed valuation in owner-occupied residences is available.

Property taxes are assessed, determined and collected for the benefit of the municipalities by the Municipal Revenues Collection Center ("CRIM"), a government instrumentality of the Commonwealth. However, a special 1.03% tax on the assessed value of all property (other than exempted property) imposed by the Commonwealth for purposes of paying the Commonwealth's general obligation debt is deposited in the Commonwealth's Redemption Fund.

I-68

PR-CCD-0009630

The following table presents the assessed valuations and real and personal property taxes collected for fiscal years ending June 30, 2003 through June 30, 2008.

**Commonwealth of Puerto Rico**
**Assessed Valuations and Real and Personal Property Taxes**
**(Commonwealth and Municipalities Combined)**
**(in thousands)**

| Fiscal Years Ended June 30, | Assessed Valuations[1] | Taxes Levied | Collections of Current Year | Collections of Previous Years | Total Collections[2] |
|---|---|---|---|---|---|
| 2003 | $23,316,400 | $834,974 | $671,163 | $79,421 | $750,584 |
| 2004 | 23,841,557 | 874,294 | 706,677 | 79,772 | 786,449 |
| 2005 | 25,277,795 | 899,893 | 738,074 | 50,751 | 788,825 |
| 2006 | 25,606,121 | 925,618 | 801,497 | 70,908 | 872,405 |
| 2007 | 26,898,519 | 982,400 | 813,700 | 79,720 | 893,420 |
| 2008* | 27,960,086 | 1,024,000 | | | 908,000† |

(1) Valuation set as of July 1 of each fiscal year.
(2) During fiscal year 2004 a property tax amnesty was approved by the Legislative Assembly and implemented by CRIM. In addition to the amounts shown, under the amnesty program a total of $105.3 million was collected in fiscal year 2004 and $21.1 million in fiscal year 2005.
* Valuations and taxes levied as of December 31, 2007.
† Preliminary

*Source: Municipal Revenues Collection Center.*

## Collections of Income, Sales and Excise Taxes

The Treasury has continued its program for improving tax collections. The program consists, in part, of taking the initiative in sponsoring and implementing tax reform, particularly in the areas of excise taxes and income taxes, in order to decrease the incidences of nonpayment of taxes and to expand the taxpayer base. The program has also included (i) improving the methods by which delinquent taxpayers are identified, primarily through the use of computer analyses, (ii) computerizing the processing of tax returns, and (iii) identifying and eliminating taxpayer evasion. With the elimination of the general excise tax last October, Treasury excise tax personnel have been reassigned to monitor compliance with the new sales tax.

## Transfers to General Obligation Redemption Fund

These consist of transfers from the General Fund to the Redemption Fund for the amortization of the principal of and interest on general obligation bonds and notes of the Commonwealth.

## Components of General Fund Expenditures

### Grants and Subsidies

This category includes grants and contributions to municipalities, public corporations with independent treasuries, and charitable institutions. It also includes items for or included in

PR-CCD-0009631

court awards, damage awards for personal injury or property damage, and payment of taxes and payments in lieu of taxes.

*Personal Services*

This category includes compensation paid for personal services rendered to the Commonwealth and its public instrumentalities by individuals or firms in the form of salaries, wages, *per diems*, fees, commissions, or other forms of compensation.

*Other Services*

This category includes compensation for services other than the services referred to above, including advertising, printing, communications, legal expenses, utilities, building and equipment rental and maintenance expenses, insurance premiums and miscellaneous services.

*Materials and Supplies*

This category includes all articles that ordinarily have a short life and durability, lose their characteristic identity in the process of use, have only nominal value ($25 or less), or are not otherwise chargeable as equipment.

*Equipment Purchases*

This category includes items that have three special characteristics distinguishing them from materials: durability, long useful life, and high unit cost. In addition, these items are subject to centralized inventory control as fixed assets.

*Capital Outlays and Other Debt Service*

Capital outlays are made primarily for land acquisition or interests in land, construction of buildings, roads, bridges and other structures, and permanent improvements and additions. Other debt service includes payments on notes held by GDB to be paid from the General Fund and payments for the amortization of the principal of and interest on non-general obligations payable from Commonwealth appropriations.

*Transfers to Agencies*

These transfers include the repayment of loans and advances to other funds, certain refunds, advances from other funds and other receipts, repayment of advances from other funds, grants and contributions to other funds under the custody of the Secretary of the Treasury and other items. The major portion of grants and contributions in recent fiscal years has consisted of transfers to cover the costs of health reform and advances to the municipalities.

*Other Expenditures*

This category represents recurring General Fund expenditures not appropriately attributable to other expenditure line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law.

I-70

**Federal Grants**

Puerto Rico receives grants under numerous federal programs. Federal grants to the agencies and instrumentalities of the Commonwealth government, including public corporations, are estimated to be $4.150 billion for fiscal year 2009, a decrease of $65.2 million, or 1.5%, from fiscal year 2008. The following table presents revenues from federal grants by broad program areas, which are accounted in the central accounting system of the Treasury. The figures for fiscal years 2005 through 2007 are actual figures. The figures for fiscal year 2008 are estimates based on the information submitted by each agency to OMB and the figures for fiscal year 2009 are the amounts included in the recommended budget.

**The Commonwealth of Puerto Rico**
**Federal Grants**
**(in thousands)**

| | 2005 | 2006 | 2007 | 2008[1] | 2009[2] |
|---|---|---|---|---|---|
| Education | $ 963,032 | $1,004,138 | $ 986,574 | $ 972,708 | $ 971,873 |
| Social Services | 1,952,405 | 1,888,150 | 1,923,845 | 1,989,398 | 1,989,692 |
| Health | 383,635 | 432,868 | 436,892 | 466,921 | 479,925 |
| Labor and Human Resources[3] | 150,612 | 197,296 | 183,228 | 225,191 | 231,500 |
| Crime | 29,313 | 41,461 | 29,631 | 28,770 | 26,172 |
| Housing[4] | 524,856 | 371,104 | 375,581 | 440,028 | 343,975 |
| Drug and Justice | 6,781 | 36,979 | 35,321 | 16,219 | 31,609 |
| Agriculture and Natural Resources | 9,439 | 11,402 | 12,484 | 9,859 | 8,083 |
| Contributions to Municipalities | 56,371 | 53,744 | 48,531 | 48,531 | 48,531 |
| Other | 14,256 | 18,251 | 17,095 | 17,766 | 18,852 |
| TOTAL | $4,090,700 | $4,055,393 | $4,049,182 | $4,215,391 | $4,150,212 |

(1) Estimated.
(2) Recommended.
(3) Amounts include grants to the Right to Work Administration and the Occupational Development and Human Resources Council.
(4) Amounts include grants to the Public Housing Administration.

*Source: Office of Management and Budget*

## BUDGET OF THE COMMONWEALTH OF PUERTO RICO

**Office of Management and Budget**

OMB's predominant mission is to assist the Governor in overseeing the preparation of the budget of the Commonwealth and supervise its administration in the agencies of the Executive Branch. In helping to formulate the Governor's budget, OMB evaluates the effectiveness of agency programs, policies, and procedures, assesses competing funding demands among agencies, and sets funding priorities.

In addition, OMB oversees and coordinates the Administration's initiatives in financial management, information technology, general management and organizational structure, and supervises the agencies' compliance with the Governor's program and regulatory policies. In

I-71

each of these areas, OMB's role is to help improve administrative management, develop better performance measures and coordinating mechanisms, and promote efficiency in the use of public funds.

## Budgetary Process

The fiscal year of the Commonwealth begins each July 1. The Governor is constitutionally required to submit to the Legislative Assembly an annual balanced budget of revenues, capital improvements, and operating expenses of the central government for the ensuing fiscal year. The annual budget is prepared by OMB, in coordination with the Planning Board, the Treasury, and other government offices and agencies. Section 7 of Article VI of the Constitution provides that "The appropriations made for any fiscal year shall not exceed the total revenues, including available surplus, estimated for said fiscal year unless the imposition of taxes sufficient to cover said appropriations is provided by law."

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenues and other resources for the ensuing fiscal year under (i) laws existing at the time the budget is submitted, and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year investment plan prepared by the Planning Board.

The Legislative Assembly may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes to cover such deficit. Upon passage by the Legislative Assembly, the budget is referred to the Governor, who may decrease or eliminate any item but may not increase or insert any new item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislative Assembly with the Governor's objections. The Legislative Assembly, by a two-thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the succeeding fiscal year, as was the case for fiscal year 2006, the annual budget for the preceding fiscal year as originally approved by the Legislative Assembly and the Governor is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislative Assembly and the Governor. This permits the Commonwealth to continue making payments of its operating and other expenses until a new budget is approved.

## Fiscal Reform

On May 25, 2006, the Governor signed Act No. 103 providing for a fiscal reform of the Commonwealth government (the "Fiscal Reform Legislation"). The Fiscal Reform Legislation applies to every instrumentality and entity of the Executive Branch funded, in whole or in part, from the General Fund and sets forth, as the public policy of the Commonwealth, the reduction of government spending, the elimination or consolidation of redundant agencies, the reduction of government payroll without causing the layoff of regular employees or increasing the actuarial liability of the retirement systems, the limitation of unnecessary, extravagant or excessive spending, and the limitation of public relations and other similar expenses. Despite his approval of the Fiscal Reform Legislation, the Governor has stated that certain of its provisions may be unconstitutional because they infringe on Executive Branch prerogatives. As such, the Governor

I-72

PR-CCD-0009634

has informed the Legislative Assembly that certain provisions of the Fiscal Reform Legislation will be implemented at the Executive Branch's discretion and through the use of the Executive Branch's prerogatives. There is no assurance that the Fiscal Reform Legislation will result in the intended reduction of expenditures or that it will be implemented as enacted or that it will not be judicially challenged.

## Financial Control and Adjustment Procedures

Revenue estimates for budgetary purposes are prepared by the Treasury, except for estimates of federal grants, which are prepared by OMB based on information received from the various departments and other recipients of such grants. Revenue and federal grant estimates are under continuous review and, if necessary, are revised at least quarterly during the fiscal year. Fiscal control over expenditures is exercised by the Governor, through the Director of OMB, and the Secretary of the Treasury. Monthly reviews and expenditure cut-off procedures are followed to prevent expenditures in excess of appropriations.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislative Assembly a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislative Assembly for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority; first, the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); second, the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and good faith of the Commonwealth; third, current expenditures in the areas of health, protection of persons and property, education, welfare and retirement systems; and fourth, all other purposes.

A Budgetary Fund was created by Act No. 147 of June 18, 1980, as amended (the "Budgetary Fund"), to cover the appropriations approved in any fiscal year in which the revenues available for such fiscal year are insufficient, to secure the payment of public debt, and to provide for unforeseen circumstances in the provision of public service. Currently, an amount equal to one percent of the General Fund net revenues of the preceding fiscal year is deposited annually into the Fund. In addition, other income (not classified as revenues) that is not assigned by law to a specific purpose is also required to be deposited in the Budgetary Fund. The maximum balance of the Budgetary Fund may not exceed 6% of the total appropriations included in the budget for the preceding fiscal year. As of March 31, 2008, the Budgetary Fund balance was $0.

An Emergency Fund was created by Act No. 91 of June 21, 1966, as amended (the "Emergency Fund"), to cover unexpected public needs caused by calamities, such as wars, hurricanes, earthquakes, droughts, floods and plagues, and to protect people's lives and property and the public sector credit. The Emergency Fund is capitalized annually with an amount totaling no less than one percent of the General Fund net revenues of the preceding fiscal year.

I-73

PR-CCD-0009635

Act No. 91 was amended in 2003 to set an upper limit to the Emergency Fund of $150 million at the beginning of the fiscal year and was further amended in 2005 to authorize the disbursement of funds from the Emergency Fund to cover certain General Fund expenditures and operational costs of the State Emergency Management Agency. The 2005 amendment also authorizes GDB to lend to the Commonwealth up to $150 million to replenish the Emergency Fund to provide funding for emergency and disaster needs. As of March 31, 2008, the balance in the Emergency Fund was less than $1 million.

**Appropriations**

Appropriations in the central government budget of Puerto Rico consist of the following:

(i)     General Fund appropriations for recurring ordinary operating expenses of the central government and of the Legislative Assembly are made by a single annual law known as the Joint Resolution of the General Budget.

(ii)     General Fund appropriations for special operating expenses, for contributions to municipalities, the University of Puerto Rico and the Judiciary Branch and for capital expenditures are authorized by separate law for one or more years for special programs or activities, which may be permanent or transitory.

(iii)     Disbursements of Special Funds for operating purposes and for capital improvements. For the most part, such disbursements do not require annual legislative authorization, because they are authorized by previous legislation or by the United States Congress. Federal grants constitute the major part of the resources of the Special Funds.

(iv)     Bond Fund appropriations for capital expenditures financed by bonds. Such expenditures occur in one or more years.

In Puerto Rico, the central government performs many functions, which in the fifty states are the responsibility of local governments, such as providing public education, police and fire protection. The central government also provides significant annual grants to the University of Puerto Rico and to the municipalities.

For fiscal year 2007, approximately 47% of the General Fund was committed for payment of the central government payroll. In addition, approximately 26% of the General Fund was committed to the payment of fixed charges such as municipal subsidies, grants to the University of Puerto Rico, funding for the judicial branch, among others, and debt service on the direct debt of the Commonwealth. For fiscal year 2008, it is estimated that approximately 47% and 6% of the General Fund was committed for payment of the central government payroll (not including the University of Puerto Rico and judicial branch) and debt service on the direct debt of the Commonwealth, respectively. Commencing with fiscal year 2004, the Commonwealth appropriates annually to the judicial branch an amount initially equal to 3.3% of the average annual revenue from internal sources for each of the two preceding fiscal years. This percentage will increase until it reaches 4% in fiscal year 2008, and may be further increased upon review, with scheduled reviews every five years.

PR-CCD-0009636

**Budget for Fiscal Year 2008**

The consolidated budget for fiscal year 2008 totaled $27.1 billion. Of this amount, $14.5 billion was assigned to the central government. This includes General Fund total appropriations of $9.227 billion, which represented an increase of $3 million over expenditures for fiscal year 2007. The following table presents a summary of the Commonwealth's central government budget appropriations for the fiscal year ending June 30, 2008.

PR-CCD-0009637

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2008**
**(in thousands)**[*]

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ 0 | $ - | $ 120,726 | $ 120,726 |
| Personal income taxes | 2,793,198 | - | - | 2,793,198 |
| Retained non-resident income tax | 1,087,782 | - | - | 1,087,782 |
| Corporate income taxes | 1,565,458 | - | - | 1,565,458 |
| Partnership income taxes | 1,942 | - | - | 1,942 |
| Tollgate taxes | 21,610 | - | - | 21,610 |
| 17% withholding tax on interest | 13,657 | - | - | 13,657 |
| 10% withholding tax on dividends | 59,770 | - | - | 59,770 |
| Inheritance and gift taxes | 6,600 | - | - | 6,600 |
| Sales and use taxes | 911,000 | - | - | 911,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 268,095 | - | - | 268,095 |
| Motor vehicles and accessories | 366,343 | - | - | 366,343 |
| Cigarettes | 119,124 | - | - | 119,124 |
| Other (excise taxes) | 110,017 | - | 24,400 | 134,417 |
| Licenses | 87,631 | - | - | 87,631 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 46,636 | - | - | 46,636 |
| Electronic lottery | 105,346 | - | - | 105,346 |
| Registration and document certification fees | 168,943 | - | - | 168,943 |
| Other | 152,954 | - | 346,469 | 499,423 |
| Total revenues from internal sources | 7,886,106 | - | 491,595 | 8,377,701 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 361,827 | - | - | 361,827 |
| Federal grants | - | - | 4,215,391 | 4,215,391 |
| Customs | 4,796 | - | - | 4,796 |
| Total revenues from non-Commonwealth sources | 366,623 | - | 4,215,391 | 4,582,014 |
| Total revenues | 8,252,729 | - | 4,706,986 | 12,959,715 |
| Other: | | | | |
| Other Income | 150,000 | - | - | 150,000 |
| Balance from previous year | - | - | 744,251 | 744,251 |
| Bonds authorized | - | 250,000 | - | 250,000 |
| Total other sources | 150,000 | 250,000 | 744,251 | 1,144,251 |
| Total resources | 8,821,000 | 250,000 | 5,451,237 | 14,103,966 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 825,110 | - | 59,936 | 885,046 |
| Education | 3,340,777 | - | 1,209,947 | 4,550,724 |
| Health | 1,480,448 | - | 505,587 | 1,986,035 |
| Welfare | 365,106 | - | 2,335,248 | 2,700,354 |
| Economic development | 187,454 | - | 97,182 | 284,636 |
| Public safety and protection | 1,692,489 | - | 72,984 | 1,765,473 |
| Transportation and communication | 86,440 | - | 70,801 | 157,241 |
| Housing | 26,139 | - | 268,267 | 294,406 |
| Contributions to municipalities | 360,779 | - | 1,781 | 362,560 |
| Special pension contributions | 296,132 | - | - | 296,132 |
| Debt service | 450,702 | - | 120,726 | 571,428 |
| Other debt service (appropriations) | 103,424 | - | 56,348 | 159,772 |
| Total appropriations – current expenses | 9,215,000 | - | 4,798,807 | 14,013,807 |
| Capital improvements | 12,000 | 250,000 | 182,419 | 444,419 |
| Total appropriations | 9,227,000 | 250,000 | 4,981,226 | 14,458,226 |
| Year-end balance | (824,271) | - | 470,011 | (354,260) |
| Total appropriations and year-end balance | $ 8,402,729 | 250,000 | $ 5,451,237 | $14,103,966 |

---

* Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.
(2) Act No. 93 of August 20, 1997 establishes that resources that do not represent revenues become part of the Budgetary Fund.

*Sources:* Department of the Treasury and Office of Management and Budget

I-76

PR-CCD-0009638

Estimated expenses and capital improvements of all budgetary funds totaled $14.5 billion, an increase of $207.3 million from fiscal year 2007. The major changes in General Fund expenditures by program in fiscal year 2008 were mainly due to increases in health (up $99.1 million), public safety and protection (up $76.2 million), special pension contributions (up $30.1 million), transportation and communication (up $9.4 million), other debt service (up $8.9 million), housing (up $1.6 million) and decreases in welfare (down $100.8 million), debt service on Commonwealth's general obligation and guaranteed debt (down $49.2 million), contributions to municipalities (down $26.9 million), economic development (down $21.3 million), education (down $20.8 million) and general government (down $2 million).

**Budget for Fiscal Year 2009**

The consolidated budget for fiscal year 2009 totals $26.3 billion. Of this amount, $14.5 billion is assigned to the central government. This includes General Fund total resources and appropriations of $9.484 billion, which represents an increase of $256.8 million over approved expenditures for fiscal year 2008. The fiscal year 2009 budget marks the third consecutive year in which budgeted expenditures are below the fiscal year 2006 level. The increase in expenditures is mainly due to University of Puerto Rico, judiciary and municipal formula increases and salary increases mandated by law or collective bargaining agreements. An additional $42.3 million is budgeted for the State Election Commission. The General Fund revenue projection for fiscal year 2009 is $8.488 billion, an increase of $235.3 million, or 2.8%, from estimated net revenues for fiscal year 2008 of $8.253 billion. The Commonwealth's budgeted expenditures for fiscal year 2009 of $9.484 billion exceed projected revenues of $8.488 by approximately $1 billion. The Commonwealth's economic team is working together to enforce spending control measures that have been established to attempt to minimize the budget risk. The following table presents a summary of the Commonwealth's central government budget appropriations for the fiscal year ending June 30, 2009.

I-77

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2009**
**(in thousands)***

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ - | $ - | $ 121,330 | $ 121,330 |
| Personal income taxes | 2,770,000 | - | - | 2,770,000 |
| Retained non-resident income tax | 1,015,000 | - | - | 1,015,000 |
| Corporate income taxes | 1,751,000 | - | - | 1,751,000 |
| Partnership income taxes | 3,000 | - | - | 3,000 |
| Tollgate taxes | 10,000 | - | - | 10,000 |
| 17% withholding tax on interest | 12,000 | - | - | 12,000 |
| 10% withholding tax on dividends | 67,000 | - | - | 67,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 977,000 | - | - | 977,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 292,000 | - | - | 292,000 |
| Motor vehicles and accessories | 414,000 | - | - | 414,000 |
| Cigarettes | 121,000 | - | - | 121,000 |
| Other (excise taxes) | 95,000 | - | 21,701 | 116,701 |
| Licenses | 96,000 | - | - | 96,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 59,000 | - | - | 59,000 |
| Electronic lottery | 89,000 | - | - | 89,000 |
| Registration and document certification fees | 195,000 | - | - | 195,000 |
| Other | 140,000 | - | 358,747 | 498,747 |
| Total revenues from internal sources | 8,111,000 | - | 501,778 | 8,612,778 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 372,000 | - | - | 372,000 |
| Federal grants | - | - | 4,150,212 | 4,150,212 |
| Customs | 5,000 | - | - | 5,000 |
| Total revenues from non-Commonwealth sources | 377,000 | - | 4,150,212 | 4,527,212 |
| Total revenues | 8,488,000 | - | 4,651,990 | 13,139,990 |
| Other: | | | | |
| Other Income | 1,000,000 | - | - | 1,000,000 |
| Balance from previous year | - | - | 470,011 | 470,011 |
| Bonds authorized | - | - | - | - |
| Total other sources | 1,000,000 | - | 470,011 | 1,470,011 |
| Total resources | 9,488,000 | - | 5,122,001 | 14,610,001 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 896,345 | - | 59,554 | 955,899 |
| Education | 3,434,366 | - | 1,372,284 | 4,806,650 |
| Health | 1,558,940 | - | 501,945 | 2,060,885 |
| Welfare | 495,172 | - | 2,345,347 | 2,840,519 |
| Economic development | 180,454 | - | 94,356 | 274,810 |
| Public safety and protection | 1,696,771 | - | 69,105 | 1,765,876 |
| Transportation and communication | 97,515 | - | 75,670 | 173,185 |
| Housing | 29,240 | - | 274,863 | 304,103 |
| Contributions to municipalities | 378,342 | - | 1,781 | 380,123 |
| Special pension contributions | 313,641 | - | - | 313,641 |
| Debt service | 288,000 | - | 121,330 | 409,330 |
| Other debt service (appropriations) | 115,006 | - | 56,644 | 171,650 |
| Total appropriations – current expenses | 9,483,792 | - | 4,972,879 | 14,456,671 |
| Capital improvements | - | - | 92,635 | 92,635 |
| Total appropriations | 9,483,792 | - | 5,065,514 | 14,549,306 |
| Year-end balance | 4,208 | - | 56,487 | 60,695 |
| Total appropriations and year-end balance | $ 9,488,000 | - | $ 5,122,001 | $14,610,001 |

---

\* Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.
(2) Act No. 93 of August 20, 1997 establishes that resources that do not represent revenues become part of the Budgetary Fund.

*Sources*: Department of the Treasury and Office of Management and Budget

PR-CCD-0009640

Projected expenses and capital improvements of all budgetary funds total $14.5 billion, an increase of $91.1 million from fiscal year 2008. The major changes in General Fund expenditures by program in fiscal year 2009 are mainly due to increases in welfare (up $130.1 million), education (up $93.6 million), health (up $78.5 million), general government (up $71.2 million), special pension contribution (up $17.5 million), contributions to municipalities (up $17.6 million), public safety and protection (up $4.3 million), other debt service (up $11.6 million), transportation and communication (up $11.1 million), housing (up $3.1 million) and decreases in debt service on Commonwealth's general obligation and guaranteed debt (down $162.7 million) and economic development (down $7.0 million).

**Differences between Budget and Basic Financial Statements**

Revenues and expenditures, as reported by the Treasury in its Basic Financial Statements, may differ substantially from resources and appropriations in the annual budget for a number of reasons, including the following:

(i) The budgetary accounts are on a cash basis, while financial statements prepared by the Treasury include accruals and other adjustments as required by government accounting standards.

(ii) Expenditures for current purposes in a particular fiscal year may include amounts appropriated for earlier periods but not previously expended and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

(iii) Bonds are authorized by the Commonwealth in accordance with a four-year capital improvement program. Since bond sales are determined by bond market conditions and other factors, the amounts of bonds sold for these improvements are financed by advances from the General Fund to the Capital Projects Fund, which are later reimbursed from proceeds of bond or notes sales.

## LITIGATION

The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended ("Act No. 104"), persons are authorized to sue the Commonwealth only for causes of actions specified in said Act. The Commonwealth may be liable under Act No. 104 for damages up to a maximum amount of $75,000 or $150,000 if the suit involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended ("Act No. 9"), the Commonwealth may provide its officers and employees, including directors of public corporations and government instrumentalities and mayors of the municipalities of the Commonwealth, with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the amount of the judgment that may be paid under Act No. 9.

With respect to pending and threatened litigation, as of June 30, 2007, the Commonwealth has included in its financial statements reported liabilities of approximately $950 million for awarded and anticipated unfavorable judgments. While amounts claimed

I-79

PR-CCD-0009641

exceed $6 billion, such amount represents the amount estimated at the time as a probable liability or a liability with a fixed or expected due date, which would require future available financial resources for its payment. The Commonwealth believes that the ultimate liability in excess of amounts provided in the financial statements, if any, would not be significant.

The Commonwealth is a defendant in two lawsuits filed, one in Commonwealth court and one in the United States District Court for the District of Puerto Rico, by an association of primary care health centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health since 1997. In June 2004, the Superior Court of the Commonwealth in San Juan determined that the Commonwealth must return those funds. The Supreme Court of Puerto Rico, however, upheld a partial ruling allowing the Commonwealth to deduct from the payments due to the centers certain of the payments received by the centers from the federal government. Currently, audits are being carried out on the plaintiff centers. As of June 30, 2007, the Commonwealth has accrued $50 million for this legal contingency. With respect to the federal case, a preliminary injunction was issued by the court against the Commonwealth requiring it to disburse approximately $20 million in six payments beginning in October 2005.

The Commonwealth is also a defendant in a class action presented by parents of special education students alleging deficient services to these students in the areas of education and health care before Commonwealth Courts. One court recently decided in favor of the parents' request to include damage claims in the same class action case. This court may now award damages to the class action members, and in doing so may consider the claims in groups or each case individually. This will require that the parents prove the damages suffered. The Commonwealth plans to defend vigorously each case. As of June 30, 2007, the Commonwealth had accrued $450 million for this legal contingency.

This decision is appealable and thus, not final at this time. The Commonwealth does not anticipate any final determination or damages award, in any case, to be granted in this fiscal year.

The Commonwealth and various component units are defendants in other lawsuits alleging violations of civil rights, breach of contract, and other damage claims. Preliminary hearings and discovery proceedings are in progress. The amounts claimed exceed $5 billion; however, the ultimate liability cannot be presently determined. It is the opinion of the Commonwealth that the claims are excessive. No provision for any liability that may result upon adjudication of these lawsuits has been recognized by the Commonwealth. The Commonwealth believes that the ultimate liability, if any, would not be significant.

I-80

PR-CCD-0009642

# APPENDIX II

## COMPREHENSIVE ANNUAL FINANCIAL REPORT
## OF THE COMMONWEALTH FOR THE FISCAL YEAR ENDED JUNE 30, 2007

PR-CCD-0009643

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0009644

# COMMONWEALTH OF PUERTO RICO

Comprehensive Annual Financial Report

Year ended June 30, 2007

PR-CCD-0009645

# COMMONWEALTH OF PUERTO RICO

Comprehensive Annual Financial Report

Year ended June 30, 2007

**Table of Contents**

|  | Page(s) |
|---|---|
| **Introductory Section (Unaudited)** | |
| Letter of Transmittal | 1 |
| Principal Officials | 11 |
| Organization Chart | 12 |
| **Financial Section** | |
| Independent Auditors' Report | 1 |
| Management's Discussion and Analysis (Unaudited) | 3 |
| Basic Financial Statements: | |
| Government-wide Financial Statements: | |
| Statement of Net Assets (Deficit) | 21 |
| Statement of Activities | 23 |
| Fund Financial Statements: | |
| Balance Sheet – Governmental Funds | 24 |
| Reconciliation of the Balance Sheet to the Statement of Net Assets – Governmental Funds | 26 |
| Statement of Revenue, Expenditures, and Changes in Fund Balances – Governmental Funds | 27 |
| Reconciliation of the Statement of Revenue, Expenditures, and Changes in Fund Balances to the Statement of Activities – Governmental Funds | 28 |
| Statement of Revenue and Expenditures – Budget and Actual – Budget Basis – General Fund | 29 |
| Statement of Net Assets – Proprietary Funds | 30 |
| Statement of Revenue, Expenses, and Changes in Net Assets – Proprietary Funds | 31 |

# COMMONWEALTH OF PUERTO RICO

Comprehensive Annual Financial Report

Year ended June 30, 2007

| | |
|---|---|
| Statement of Cash Flows – Proprietary Funds | 32 |
| Statement of Fiduciary Net Assets | 33 |
| Statement of Changes in Fiduciary Net Assets – Pension Trust Funds | 34 |
| Combining Statement of Net Assets – Major Component Units | 35 |
| Combining Statement of Activities – Major Component Units | 37 |
| Notes to Basic Financial Statements | 38 |

**Combining, Individual Fund Financial Statements and Schedules**

General Fund:

| | |
|---|---|
| Supplemental Schedule of Expenditures by Agency – Budget and Actual – Statutory Basis – General Fund | 161 |

Nonmajor Governmental Funds:

| | |
|---|---|
| Combining Balance Sheet – Nonmajor Governmental Funds | 165 |
| Combining Statement of Revenue, Expenditures, and Changes in Fund Balances – Nonmajor Governmental Funds | 166 |

Nonmajor Proprietary Funds:

| | |
|---|---|
| Combining Statement of Net Assets – Nonmajor Proprietary Funds | 168 |
| Combining Statement of Revenue, Expenses, and Changes in Net Assets – Nonmajor Proprietary Funds | 169 |
| Combining Statement of Cash Flows – Nonmajor Proprietary Funds | 170 |

Fiduciary Funds:

| | |
|---|---|
| Combining Statement of Fiduciary Net Assets – Pension Trust Funds | 172 |
| Combining Statement of Changes in Fiduciary Net Assets – Pension Trust Funds | 173 |
| Statement of Changes in Assets and Liabilities – Agency Fund | 174 |

Nonmajor Component Units:

| | |
|---|---|
| Nonmajor Discretely Presented Component Units – Statement of Net Assets | 176 |
| Nonmajor Discretely Presented Component Units – Statement of Activities | 182 |

**COMMONWEALTH OF PUERTO RICO**

Comprehensive Annual Financial Report

Year ended June 30, 2007

**Statistical Section (Unaudited)**

Changes in Net Assets for the Last Four Fiscal Years     1

Net Assets by Component for the Last Four Fiscal Years     2

Changes in Fund Balances of Governmental Funds
   All Governmental Fund Types for the Last Ten Fiscal Years     3

Fund Balances of Governmental Funds for the Last Four Fiscal Years     4

General Fund Net Revenue for the Last Ten Fiscal Years     5

Legal Debt Margin Information for the Last Ten Fiscal Years     6

Ratio of Annual Debt Service for General Bonded Debt to Total General Expenditures
   for the Last Ten Fiscal Years     7

Demographic and Economic Statistics for the Last Ten Years     8

Average Employment by Sector for the Last Ten Fiscal Years     9

Tourism Indicators for the Last Ten Fiscal Years     10

Operating Indicators by Function for the Last Ten Fiscal Years     11

PR-CCD-0009648

# INTRODUCTORY SECTION

PR-CCD-0009649



June 15, 2008

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico:

It is a pleasure to submit, for your information, the Comprehensive Annual Financial Report (CAFR) of the Commonwealth of Puerto Rico (the Commonwealth) as of and for the fiscal year ended June 30, 2007. This report, presented in three sections, Introductory, Financial, and Statistical, is the primary means of reporting the Commonwealth's financial activities.

The introductory section, which is not audited, includes this letter of transmittal, general information about the Commonwealth, a list of the Commonwealth's principal elected and appointed officials at the balance sheet date, and an organizational chart. The financial section contains the independent auditors' report, management's discussion and analysis (MD&A), and the basic financial statements as listed in the table of contents. The financial section also includes the notes to the basic financial statements, required supplementary information, and other supplementary information. The statistical section, which is not audited, includes selected financial and demographic information, generally presented on a multiyear basis.

### Profile of the Commonwealth

The Puerto Rico Department of the Treasury is responsible for the preparation of this report. The responsibility for the accuracy of presented data and the completeness and fairness of the presentation, including all of the disclosures, rests on the Commonwealth's management. To the best of our knowledge and belief, the following data, as presented, is accurate in all material respects and is presented in a manner designed to set forth the financial position and the results of operations of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth as of June 30, 2007 and the respective changes in financial position and cash flows, where applicable, thereof and the respective budgetary comparison for the general fund for the year then ended in conformity with accounting principles generally accepted in the United States of America. We have included all the necessary disclosures to enable the reader to gain a thorough understanding of the Commonwealth's activities.



The financial reporting entity includes all funds of the Commonwealth, which comprises the primary government, as well as all its component units. In accordance with Governmental Accounting Standards Board's Statement No. 14, the Commonwealth's financial reporting entity includes 50 component units: 6 are blended component units including 3 fiduciary component units, 8 major discretely presented component units, and 36 nonmajor discretely presented component units. Component units are legally separate entities for which the primary government is financially accountable, or other organizations; the nature and significance of whose relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading and incomplete. Blended component units, although legally separate entities, are, in substance, part of the primary government's operations and are included as part of the primary government. Discretely presented component units, both major and nonmajor, are reported in a separate column in the government-wide financial statements to emphasize that they are not part of the primary government and to differentiate their financial position and results of operations from those of the primary government.

PR-CCD-0009650

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 2

Generally, each component unit issues audited financial statements, which can be obtained from the component unit's administrative offices. The basic financial statements included in the financial section of this CAFR provide descriptions of the operations of each of the following component units of the Commonwealth:

*Blended Component Units:*

Public Buildings Authority
Puerto Rico Maritime Shipping Authority
The Children's Trust

*Discretely Presented Component Units:*

Agricultural Services and Development Administration
Automobile Accident Compensation Administration
Cardiovascular Center Corporation of Puerto Rico and the Caribbean
Caribbean Basin Projects Financing Authority
Culebra Conservation and Development Authority
Economic Development Bank for Puerto Rico
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Governing Board of the 9-1-1 Service
Government Development Bank for Puerto Rico
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Land Authority of Puerto Rico
Musical Arts Corporation
National Parks Company of Puerto Rico
Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives
Puerto Rico Aqueduct and Sewer Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District Authority
Puerto Rico Council on Higher Education
Puerto Rico Electric Power Authority
Puerto Rico Government Investment Trust Fund
Puerto Rico Health Insurance Administration
Puerto Rico Highways and Transportation Authority
Puerto Rico Industrial Development Company
Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
    Financing Authority

Puerto Rico Infrastructure Financing Authority
Puerto Rico Land Administration
Puerto Rico Medical Services Administration
Puerto Rico Metropolitan Bus Authority
Puerto Rico Municipal Finance Agency
Puerto Rico Ports Authority

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 3

Puerto Rico Public Broadcasting Corporation
Puerto Rico Sales Tax Financing Corporation
Puerto Rico School of Plastic Arts
Puerto Rico Solid Waste Authority
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Right to Employment Administration
Special Communities Perpetual Trust
State Insurance Fund Corporation
University of Puerto Rico

*Fiduciary Component Units:*

Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities
Puerto Rico Judiciary Retirement System
Puerto Rico System of Annuities and Pensions for Teachers

**Independent Auditors**

Commonwealth statutes require an annual audit by independent certified public accountants. The firm of
KPMG LLP was selected by the Commonwealth to perform the audit of the basic financial statements in
accordance with auditing standards generally accepted in the United States of America for the fiscal year
2006 – 2007. The goal of the independent audit was to provide reasonable assurance that the financial
statements of the Commonwealth for the fiscal year ended June 30, 2007 are fairly stated in accordance
with U.S. generally accepted accounting principles. The independent auditors' report on the basic financial
statements is included in the financial section of this report.

**Internal Controls**

The management of the Commonwealth is responsible for establishing and maintaining internal controls to
ensure that assets of the Commonwealth are protected from loss, theft, or misuse, and that adequate
accounting data is compiled for the preparation of financial statements in conformity with U.S. generally
accepted accounting principles. The internal controls are designed to provide reasonable, but not absolute,
assurance that these objectives are met. The concept of reasonable assurance recognizes that: (1) the cost of
a control should not exceed the benefits likely to be derived, and (2) the valuation of costs and benefits
requires estimates and judgments by management.

As a recipient of federal assistance, the Commonwealth is also responsible for ensuring that internal
controls are in place to ensure that documents and processes are in compliance with applicable laws and
regulations related to such federal financial assistance programs.



Certain departments, agencies, and political subdivisions are subject to the requirements of the U.S. Office
of Management and Budget (OMB) Circular A-133. As a result, these entities are audited for compliance
with the requirements of the federal financial assistance programs. These audits are performed at the
department or agency level. The Commonwealth has provided for the possible cost disallowance that may
arise from these audits, as well as from other audits that may be performed by federal grantors.

 SECRETARIO DE HACIENDA

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 4

## Budget and Fiscal Policy

The fiscal year of the Commonwealth begins each July 1. The Governor is constitutionally required to submit to the Legislature an annual balanced budget of capital improvements and operating expenses of the central government for the ensuing fiscal year.

The annual budget is prepared by the Puerto Rico Office of Management and Budget, working with the Puerto Rico Planning Board, the Puerto Rico Department of the Treasury, and other government offices and agencies. Section 7 of Article 6 of the Constitution provides that *"The appropriations made for any fiscal year shall not exceed the total revenue, including available surplus, estimated for the said fiscal year unless the imposition of taxes sufficient to cover the said appropriations is provided by law."*

The Commonwealth's budgeted expenditures for fiscal year 2007 of $9,488 billion exceeded projected revenues of $9,163 billion by approximately $325 million. The Commonwealth expected to cover this budget deficit through the implementation of additional expenditure reducing measures, a possible increase in tax revenues resulting from the reduction of the uncertainty surrounding the government's fiscal crisis, and cash management mechanisms. The possible increase in tax revenues was tempered by the adverse economic impact resulting from increases in the price of oil and the implementation of the sales and use tax.

The Commonwealth maintains extensive budgetary controls. The objective of these controls is to ensure compliance with legal provisions embodied in the annual appropriated budget approved by the Legislature. Activities of the general fund are included in the annual appropriated budget. Budgetary control resides at the department level. The Commonwealth also maintains an encumbrance accounting system as one method of maintaining budgetary control.

The annual budget, which is developed using elements of program budgeting, includes an estimate of revenue and other resources for the ensuing fiscal year under laws existing at the time the budget is submitted and legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year investment plan prepared by the Puerto Rico Planning Board.

The Legislature may amend the budget submitted by the Governor, but may not increase items that would cause a deficit without imposing additional taxes to cover such deficit. Once approved by the Legislature, the budget is referred to the Governor, who may decrease or eliminate any item, but may not increase or insert new items in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by a two-thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, as originally approved by the Legislature and the Governor, it is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislature and the Governor. This allows the Commonwealth to continue to pay operating and other expenses until a new budget is approved.



## Governmental Activities

General governmental activities of the Commonwealth are accounted for in four governmental funds. These funds are: general, special revenue, debt service, and capital project. The general fund is the primary operating fund of the Commonwealth. The general fund is used to account for resources traditionally

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 5

associated with government, which are not required legally or by sound financial management to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, education, and economic development. Other major funds are the debt service fund, which accounts for the accumulation of resources predominantly for, and the payment of, the Commonwealth general long-term bonds' principal, interest, and related costs; the Public Buildings Authority capital projects fund, which accounts for the financial resources used for the acquisition and construction of major capital facilities; and The Children's Trust special revenue fund, which accounts for the moneys received by the Commonwealth from a global settlement agreement dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The financial resources received by this fund are used to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico. Nonmajor governmental funds are combined in a single column in the governmental fund financial statements, and individually identified in the supplementary combining nonmajor governmental funds' financial statements of this report.

**Business-Type Activities**

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises, where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges or where the government has decided that periodic determination of net income is appropriate for accountability purposes.

The Commonwealth's proprietary operations comprise the following activities: the Unemployment Insurance Trust Fund and the Lottery of Puerto Rico and the Additional Lottery System (the Lotteries Fund) and both major funds. The Puerto Rico Water Pollution Control Revolving Fund, the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, the Disability Insurance Fund, and the Drivers' Insurance Fund are all nonmajor proprietary funds combined in a single column in the proprietary fund financial statements, and individually identified in the supplementary combining nonmajor proprietary funds' financial statements of this report.

**Fiduciary Operations**

Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity or as an agent for individuals, private organizations, and other governmental units. These include the pension trust and agency funds. Pension trust funds are established through trust agreements specifying how the fund will operate. Agency funds are custodial in nature and do not report fund balances. The pension trust funds include the Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities, the Puerto Rico Judiciary Retirement System, and the Puerto Rico System of Annuities and Pensions for Teachers.



Agency funds consist of the Special Deposits Fund. This agency fund includes deposits under the custody of the Courts of Justice for alimony payments, deposits under the custody of the Commissioner of Insurance of the Commonwealth for escheated property, and for insurance companies under bankruptcy.



SECRETARIO DE HACIENDA

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 6

**Cash Management Policies and Practices**

The Commonwealth maintains a cash pool for its cash and cash equivalents. The balance in the pooled cash accounts is available to meet current operating requirements and any excess is invested in various interest-bearing accounts in the Government Development Bank for Puerto Rico (GDB), a discretely presented component unit. In addition, the Puerto Rico Government Investment Trust Fund (PRGITF) was created by the Commonwealth pursuant to Act No. 176 of August 11, 1995, and began operations on December 4, 1995. PRGITF is a no-load diversified collective investment trust that was created for the purpose of providing eligible investors with a convenient and economical way to invest in a professionally managed money market portfolio. The deposits on hand and the investments purchased are not collateralized, secured, or guaranteed by the Commonwealth or any of its agencies, instrumentalities, or political subdivisions.

The Commonwealth's investment policy is to minimize credit and market risk while maintaining a competitive yield on its portfolio. The cash temporarily idle during this year was invested mainly in U.S. government securities, stocks, corporate bonds, repurchase agreements, Commonwealth securities other trading securities, and short-term investments. These are primary government investments that are restricted and unrestricted.

**Capital Assets**

These basic financial statements include the capital assets of the Commonwealth. A discussion of capital assets accounting is included in the MD&A that is part of the basic financial statements. More detailed information about capital assets can be found in the notes to the basic financial statements.

**Debt Administration**

As of June 30, 2007, the Commonwealth had a number of debt issues outstanding. The Commonwealth has a BBB- credit rating from Standard & Poor's Rating Services and a Baa3 from Moody's Investor Service on general obligation bond issues; these classifications may vary in future years. Section 2 of Article VI of the Constitution of Puerto Rico provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit and taxing power of the Commonwealth shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceeds 15% of the average annual revenue raised under the provisions of the Commonwealth Legislation and covered into the Treasury of Puerto Rico in the two fiscal years preceding the current fiscal year. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded. See the computation of the legal debt margin on page 6 in the statistical section. More detailed information about long-term debt can be found in the notes to the basic financial statements.



**Risk Financing**

The Commonwealth purchases commercial insurance to cover casualty, theft, tort claims, and other losses. The current insurance policies have not been canceled or terminated. As it relates to workers' compensation, the Commonwealth's discretely presented component unit, the State Insurance Fund Corporation, provides workers' compensation to both public and private employees.

PR-CCD-0009655

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 7

**Financial Advisor and Fiscal Agent**

The principal functions of GDB are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities, and public corporations, in connection with the issuance of bonds and notes, and to make loans to private enterprises to aid the economic development of Puerto Rico.

**Economic Conditions and Outlook**

The economy of Puerto Rico is closely linked to the U.S. economy. The following exogenous variables are affected by the U.S. economy: exports, direct investment, transfer payments, interest rates, inflation, and tourist expenditures.

Puerto Rico has a diversified economy with manufacturing and services comprising its principal sectors. Manufacturing is the largest sector in terms of gross domestic product. Manufacturing in Puerto Rico is now more diversified than during the earlier phases of its industrial development and includes several industries less prone to business cycles. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor.

The services sector, which includes finance, insurance, real estate, wholesale and retail trade, tourism, and other services, has shown a strong interaction with manufacturing, tourism, construction, and agriculture.

Tourism makes a significant contribution to economic activity. An estimated $3.4 billion were spent by visitors in Puerto Rico during fiscal year 2007. San Juan has become the largest home port for cruise ships in the Caribbean and the fourth largest home port for cruise ships in the world. During the fiscal year 2007, the number of visitors increased 0.8% compared with fiscal year 2006. The construction sector is an integral part of the economic activity from fiscal year 1999 through fiscal year 2007. Puerto Rico is heavily dependent on oil imports for the production of electricity; however, as a result of the construction of two cogeneration plants, one of which is fueled by liquefied natural gas and the other by coal, Puerto Rico's dependence on oil imports for the production of electricity has been reduced from 99.0% to 74.0%. Currently, as part of the Puerto Rico Electric Power Authority's capital improvement plan, the Puerto Rico Electric Power Authority is considering building an additional cogeneration power plant fueled by liquefied natural gas in the municipality of Mayagüez.

The Puerto Rico Planning Board's preliminary reports of the performance of the Puerto Rico economy during fiscal year 2007 indicate that the economy registered a decrease of 1.8% in total real gross product. Gross product in fiscal year 2000 was $41.4 billion and gross product in fiscal year 2007 was $58.7 billion. This represents an increase in gross product of 42.0% from fiscal year 2000 to fiscal year 2007.

 In terms of personal income, in fiscal year 2007, personal income per capita was $13,491 compared to $13,033 in 2006 and $10,204 in 2000.

According to the Puerto Rico Department of Labor and Human Resources, during fiscal year 2007, the labor force was 1.41 million compared to 1.42 million in fiscal year 2006. The average unemployment rate decreased from 11.7% during fiscal year 2006 to 10.4% in fiscal year 2007.



SECRETARIO DE HACIENDA

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 8

## Major Initiatives

### Tax Regime for Companies Doing Business in Puerto Rico

In order to enhance the desirability for U.S. companies to establish operations in Puerto Rico, after the elimination of Section 936 of the U.S. Internal Revenue Code (IRC), the Commonwealth has tried different efforts to improve its tax treatment to foreign companies. It pursued an amendment to Section 956 of the IRC during 2001 to 2003, and it introduced several changes to the tax incentive law of 1997. Also, during May 2008, the Commonwealth approved a new tax incentive law. All these efforts are expected to advance the manufacturing sector, which has a great impact on the rest of the economic activity.

### Public Sector Debt

Historically, the Commonwealth has maintained, as a matter of fiscal policy, a prudent relationship between the growth of public sector debt and the growth of the economic base required to service that debt. During certain fiscal years, however, public sector debt increased at a greater rate than the rate of gross product primarily due to an increase in the amount of debt incurred to finance certain key infrastructure projects, which are important to the development of the economy and are expected to produce long-term economic benefits, and debt incurred to refinance outstanding debt to enable Puerto Rico to benefit from the historically low levels of interest rates and realize debt service savings. During fiscal year 2007, public sector debt increased 7.22%.

### Prospects for the Future

The Commonwealth is committed to research and pursue solutions to improve the Commonwealth's competitive economic performance and the quality of life for its people. The Commonwealth's economic development program is focused on initiatives aimed at producing more diversified and sustainable economic development. The six principal elements of these initiatives, as expressed in the Governor's Economic Development and Government Transformation Plan for Puerto Rico, are the following: (i) developing world-class infrastructure, while encouraging private investment with innovative financial models and agile, effective evaluation processes; (ii) accelerating Puerto Rico's entry into the knowledge economy by creating a center of excellence in biotechnology, engineering and computing; (iii) promoting local enterprise and supporting local businesses (in Spanish, Apoyo al de Aquí) by providing innovative financing alternatives and access to domestic and foreign markets; (iv) transforming the tourist industry into a vehicle for Puerto Rico's economic development; (v) diversifying energy-generating sources to reduce dependence on petroleum by half; and (vi) transforming Puerto Rico's government, without the need for layoffs or privatization, through effective agency consolidation and decentralization functions to offer first-class services to all citizens in a sensible, effective and agile manner and to contribute to Puerto Rico's socio-economic development. subsidies provided to governmental entities; and (5) refocused strategic projects related to the citizen's health.

 The tax reform which is in force since November 15, 2006 replaced the Commonwealth's general excise tax (5%) with the sales and use tax. This new tax regime included compensatory income tax credits in order to address any regressive effect that the consumption tax may have and eliminated the marriage penalty, beginning with the tax year 2008. The Puerto Rico Department of the Treasury expects that the tax reform will provide a net increase in the general fund's annual revenues, after taking into consideration projected reductions in income taxes, in an amount sufficient to reduce and eventually eliminate the structural budget imbalance.

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 9

The proposed fiscal reform includes a long-term plan to reduce and improve the management of the Commonwealth's public debt. Upon the elimination of the structural budget imbalance, which elimination must be certified to the Legislative Assembly and the Governor by the Secretary of the Treasury, the Director of OMB, and the President of GDB, the Commonwealth's operating budget will include an annual contribution to the public improvement fund equal to 2% of the total amount of the public improvement bonds authorized for that fiscal year. The annual contribution to the public improvement fund will increase by an additional 2% of the then-current authorization for each fiscal year thereafter, up to a maximum of 20% of the current year's authorized public improvement bond issuance. This contribution is intended to reduce proportionally each year the amount of the Commonwealth's public improvement bond issues.

The Commonwealth faces other fiscal challenges besides its current budgetary issues. The principal one involves resolving the increasing unfunded pension liability of the Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities (Employees' Retirement System) and the Puerto Rico System of Annuities and Pensions for Teachers (the Teachers Retirement System). The Commonwealth expects to reduce the unfunded liability of the Employees' Retirement System based on proposed legislation, which provides for increased employer and employee contributions and the issuance of up to $2 billion of pension obligation bonds, which would be payable from the Commonwealth's general fund. Besides, the Employees' Retirement System is considering an issue of bonds to improve unfunded pension liability of the fund. The Employees' Retirement System and the Teachers Retirement System are also seeking reimbursement from the Commonwealth for certain special retirement benefits paid by them in prior fiscal years under legislation providing such retirement benefits.

**Financial Condition**

The MD&A, which can be found immediately following the independent auditors' report, provides an overview of the Commonwealth's financial activities addressing both governmental and business-type activities reported in the governmentwide financial statements. In addition, the MD&A focuses on the Commonwealth's major funds. Component units and fiduciary activities are excluded from the MD&A.

*Estimated Fiscal Year 2008 Compared to Actual Fiscal Year 2007*

As revised, estimated general fund total revenue for fiscal year 2008 is $8.821 billion, representing a decrease of $41.5 million from fiscal year 2007 revenue. The 2007 revenue projections and subsequent revision take into account (i) the Puerto Rico Planning Board's downward revision of its forecast for real growth in gross national product from 0.6% to 1.8%, (ii) the substitution of the sales and use tax for the 5.0% general excise tax, and (iii) certain income tax rate reductions included in the tax reform legislation of 2006.

**Other Information**

*Acknowledgements*



The preparation of this report requires the collective efforts of numerous finance personnel throughout the Commonwealth and is made possible only with the cooperation and support of the Executive, Legislative, and Judicial branch agencies, and component units of the Commonwealth. We sincerely appreciate the dedicated efforts of all these individuals.

The report could not have been accomplished without the professionalism and dedication of Juan B. Torré Martínez, CPA, from our accounting team as well as the rest of the personnel of the Central Government

SECRETARIO DE HACIENDA

The Honorable Governor of Puerto Rico
Members of the Legislature, and People of Puerto Rico
June 15, 2008
Page 10

Accounting area. Also, we would like to give special thanks to our independent auditors, KPMG LLP, for their advice and commitment.

This report continues our commitment to the people of the Commonwealth of Puerto Rico, the Governor, the Legislature, and the financial community to maintain our basic financial statements in conformance with the highest standards of financial accountability.

Respectfully submitted,

Angel Ortiz García
Acting Secretary of the Treasury

# COMMONWEALTH OF PUERTO RICO

## PRINCIPAL OFFICIALS

**Aníbal Acevedo Vilá**
Governor

Members of Cabinet

**Jorge P. Silva Puras**
Chief of Staff

| | | |
|---|---|---|
| **Fernando J. Bonilla Ortiz**<br>Secretary of State | **Roberto J. Sánchez Ramos**<br>Secretary of Justice | **Ángel Ortiz García**<br>Acting Secretary of the<br>Treasury |
| **Rafael Aragunde Torres**<br>Secretary of Education | **Román Velasco González**<br>Secretary of Labor and Human Resources | **Rosa Pérez Perdomo**<br>Secretary of Health |
| **Gabriel Figueroa Herrera**<br>Secretary of Agriculture | **Carlos González Miranda**<br>Secretary of Transportation and<br>Public Works | **Bartolomé Gamundi Cestero**<br>Secretary of Economic<br>Development and Commerce |
| **Félix Matos Rodríguez**<br>Secretary of Family Affairs | **Jorge Rivera Jiménez**<br>Secretary of Housing | **Javier Vélez Arocho**<br>Secretary of Natural and<br>Environmental Resources |
| **Víctor A. Suárez Meléndez**<br>Secretary of Consumer Affairs | **David E. Bernier Rivera**<br>Secretary of Sports and Recreation | **Miguel A. Pereira Castillo**<br>Secretary of Corrections and<br>Rehabilitation |

---

## LEGISLATIVES OFFICERS

**Kenneth D. McClintock Hernández**
President, Senate

**José F. Aponte Hernández**
Speaker, House of Representatives

---

## FISCAL OFFICERS

**Armando A. Valdés Prieto**
Director, Office of Management and
Budget

**Jorge Irizarry Herrans**
President, Government
Development Bank for Puerto
Rico

11

PR-CCD-0009660



COMMONWEALTH OF PUERTO RICO
FUNCTIONAL ORGANIZATIONAL STRUCTURE

# FINANCIAL SECTION

PR-CCD-0009662

## Independent Auditors' Report

The Honorable Governor and Legislature of the
Commonwealth of Puerto Rico
San Juan, Puerto Rico

We have audited the accompanying financial statements of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth of Puerto Rico (the Commonwealth) as of and for the year ended June 30, 2007, which collectively comprise the Commonwealth's basic financial statements as listed in the table of contents. These financial statements are the responsibility of the Commonwealth's management. Our responsibility is to express opinions on these financial statements based on our audit. We did not audit the financial statements of the Public Buildings Authority capital project fund or The Children's Trust special revenue fund (major funds), which represents 1% and 0%, respectively, of the assets and revenue of the government activities. We also did not audit the financial statements of the following activities, funds, and component units:

- Puerto Rico Public Housing Administration, the Office for the Improvements of Public Schools, Human Resources and Occupational Development Council, and the Office for the Administration of the Assets of the Urban Renovation and Housing Corporation of the Commonwealth of Puerto Rico, which collectively represent 17% and 3%, respectively, of the assets and revenue of the general fund and 6% and 5%, respectively, of the assets and revenue of the governmental activities,

- The Additional Lottery System, which represents 68% and 39%, respectively, of the assets and revenue of the lotteries fund and 13% and 29%, respectively, of the assets and revenue of the business-type activities;

- Public Buildings Authority special revenue and debt service funds, which collectively represent 5% and 1%, respectively, of the assets and revenue of the aggregate remaining fund information and 3% and 0%, respectively, of the assets and revenue of the governmental activities;

- The pension trust funds, which represents 74% and 93%, respectively, of the assets and revenue of the aggregate remaining fund information; and

- Entities identified in note 2 that are presented as discretely presented component units, which collectively represent 87% and 90%, respectively, of the assets and revenue of the aggregate discretely presented component units.

These financial statements were audited by other auditors whose reports thereon have been furnished to us, and our opinions, insofar as they relate to the amounts included for the activities, funds, and component units indicated above, are based on the reports of the other auditors.

PR-CCD-0009663

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Commonwealth's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinions.

In our opinion, based on our audit and the reports of the other auditors, the financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth of Puerto Rico as of June 30, 2007, and the respective changes in financial position, and, where applicable, cash flows thereof and the respective budgetary comparison for the general fund for the year then ended in conformity with U.S. generally accepted accounting principles.

The management's discussion and analysis on pages 3 through 20 and the schedule of funding progress on pages 154 through 155 are not a required part of the basic financial statements but are supplementary information required by U.S. generally accepted accounting principles. We and the other auditors have applied certain limited procedures, which consisted principally of inquiries of management regarding the methods of measurement and presentation of the required supplementary information. However, we did not audit the information and express no opinion on it.

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the Commonwealth's basic financial statements. The combining and individual fund financial statements and schedules listed in the table of contents are presented for purposes of additional analysis and are not a required part of the basic financial statements. These financial statements and combining schedules have been subjected to the auditing procedures applied by us and the other auditors in the audit of the basic financial statements and, in our opinion, are fairly stated in all material respects in relation to the basic financial statements taken as a whole. The introductory and statistical sections of this report listed in the table of contents have not been subjected to the auditing procedures applied in the audit of the basic financial statements and, accordingly, we express no opinion on them.

KPMG LLP

June 15, 2008

Stamp No. 2222539 of the Puerto Rico
Society of Certified Public Accountants
was affixed to the record copy of this report.

2

PR-CCD-0009664

# COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2007

Management of the Commonwealth of Puerto Rico (the Commonwealth) provides this Management's Discussion and Analysis for the readers of the Commonwealth's basic financial statements. This narrative overview and analysis of the financial activities of the Commonwealth is for the fiscal year ended June 30, 2007, and is intended to provide an easily readable explanation of the information provided in the attached basic financial statements. We encourage readers to consider this information with the Commonwealth's basic financial statements that follow.

## Financial Highlights – Primary Government

### *Government-wide Highlights*

- The Commonwealth reported a deficit of $17.7 billion as of June 30, 2007, a deterioration in the financial position of $1.3 billion from last year's balances. The accumulated deficit is principally the result of the Commonwealth's practice of issuing debt and transferring such funds to its discretely presented component units in order for them to carry out the corresponding construction programs and to borrowings made by the primary government of the Commonwealth to cover operational needs.

- The Commonwealth's total deficit increased by $1.3 billion (a 8% increase) as a result of this year's operations. The governmental activities' deficit increased by $1.2 billion (a 7% increase), while net assets of the business-type activities showed a decrease of $20 million (an 3% decrease).

- The Commonwealth's governmental activities had total revenue of $15.1 billion, which were exceeded by total expenses of $16.7 billion, excluding transfers received from business-type activities amounting to $343 million.

- The Commonwealth's business-type activities had total revenue of $1.5 billion, which exceeded total expenses of $899 million, excluding transfers made to the governmental activities amounting to $343 million.

### *Fund Highlights*

- As of June 30, 2007, the Commonwealth's governmental funds reported a combined ending fund balance of $107 million, a decrease of $304 million in comparison with the prior year, while the business-type activities decreased by $20 million to reach $757 million.

- The general fund reported a deficit of $511 million as of June 30, 2007, an increase of $127 million in comparison with the prior year.

- The unemployment insurance trust fund reported net assets of $459 million while the lotteries fund reported a deficit of $153 million. The deficit in the lottery funds was a result of the transfers of investments made to the general fund a few years ago.

### *Long-Term Debt*

- Total long-term obligations as of June 30, 2007 were $28 billion, from which $2 billion are due within one year. The long-term obligation of the governmental activities increased by $1 billion (4%) to $28 billion when compared to the prior year, while the business-type activities decreased by $26 million

3 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

(7%) to $356 million. The increase in governmental activities' long-term obligations was mainly due to borrowings made by the Department of the Treasury of the Commonwealth to cover operational needs.

**Overview of the Financial Statements**

This discussion and analysis is intended to serve as an introduction to the Commonwealth's basic financial statements. The Commonwealth's basic financial statements include three components: (1) government-wide financial statements, (2) fund financial statements, and (3) notes to the financial statements. This report also contains additional required supplementary information in addition to the basic financial statements themselves. These components are described below:

*Basic Financial Statements*

The basic financial statements include two kinds of financial statements that present different views of the Commonwealth—the government-wide financial statements and the fund financial statements and combining major component units financial statements. These financial statements also include the notes to the basic financial statements that explain some of the information in the financial statements and provide more detail.

**Government-wide Financial Statements**

The government-wide financial statements provide a broad view of the Commonwealth's operations in a manner similar to a private sector business. The statements provide both short- and long-term information about the Commonwealth's financial position, which assists in assessing the Commonwealth's economic condition at the end of the fiscal year. These are prepared using the flow of economic resources measurement focus and the accrual basis of accounting. This basically means they follow methods that are similar to those used by most businesses. They take into account all revenue and expenses connected with the fiscal year even if cash involved has not been received or paid. The government-wide financial statements include two statements:

- *Statement of Net Assets* – This presents all of the government's assets and liabilities with the difference between the two reported as net assets (deficit). Over time, increases or decreases in the Commonwealth's net assets (deficit) may serve as a useful indicator of whether the financial position of the Commonwealth is improving or deteriorating.

- *Statement of Activities* – This presents information showing how the government's net assets changed during the most recent fiscal year. All changes in net assets are reported as soon as the underlying event giving rise to the change occurs, regardless of the timing of related cash flows. Thus, revenue and expenses are reported in this statement for some items that will not result in cash flows until future fiscal periods (such as uncollected taxes and earned but unused vacation leave). This statement also presents a comparison between direct expenses and program revenue for each function of the Commonwealth.

Both of the above financial statements have separate sections for three different types of Commonwealth programs or activities. These three types of activities are as follows:

- *Governmental Activities* – The activities in this section are mostly supported by taxes and intergovernmental revenue (federal grants). Most services normally associated with Commonwealth government fall into this category, including general government, public safety, health, public housing and welfare, education, and economic development.

4                                                          (Continued)

PR-CCD-0009666

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

• *Business-Type Activities* – These functions normally are intended to recover all or a significant portion of their costs through user fees and charges to external users of goods and services. These business-type activities of the Commonwealth include the operations of the following major funds: unemployment insurance trust fund (administered by the Commonwealth Employment Security Bureau) and the lotteries.

• *Component Units* – These are organizations that are legally separate from the Commonwealth, but either the Commonwealth is financially accountable for them or the nature and significance of their relationship with the Commonwealth are such that their exclusion would cause the Commonwealth's financial statements to be misleading or incomplete. The Commonwealth has both blended and discretely presented component units.

• *Blended Component Units* – Although legally separate entities, these are in substance part of the primary government's operations. Therefore, data from blended component units are integrated into the appropriate funds for reporting purposes.

The Commonwealth's three blended component units are:

- Public Buildings Authority
- Puerto Rico Maritime Shipping Authority
- The Children's Trust

• *Discretely Presented Component Units* – These are operations for which the Commonwealth has financial accountability, but they have certain independent qualities as well. For the most part, these entities operate similar to private sector businesses and the business-type activities described above. The Commonwealth's discretely presented component units are presented in two categories, major and nonmajor. This separation is determined by the relative size of the entities' assets, liabilities, revenue, and expenses in relation to the total of all component units.

The Commonwealth's 36 discretely presented nonmajor component units are combined into a single column for reporting in the fund financial statements. Complete financial statements of the individual component units can be obtained from their respective administrative offices. Addresses and other additional information about the Commonwealth's component units are presented in note 1 to the basic financial statements.

The Commonwealth's eight discretely presented major component units are:

- Government Development Bank for Puerto Rico
- Puerto Rico Highways and Transportation Authority
- Puerto Rico Electric Power Authority
- Puerto Rico Aqueduct and Sewer Authority

(Continued)

PR-CCD-0009667

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

- Puerto Rico Infrastructure Financing Authority
- Puerto Rico Health Insurance Administration
- Puerto Rico Sales Tax Financing Corporation
- University of Puerto Rico

The government-wide financial statements can be found immediately following this discussion and analysis.

**Fund Financial Statements**

A fund is a grouping of related accounts that is used to maintain control over resources that have been segregated for specific activities or objectives. The Commonwealth, like other states and local governments, uses fund accounting to help ensure and demonstrate compliance with finance-related legal requirements. The fund financial statements focus on individual parts of the Commonwealth government, reporting the Commonwealth's operations in more detail than the government-wide financial statements. All of the funds of the Commonwealth can be divided into three categories. It is important to note that these fund categories use different accounting approaches and should be interpreted differently. The three categories of funds are the following:

- *Governmental Funds Financial Statements* – Most of the basic services provided by the Commonwealth are financed through governmental funds. Governmental funds are used to account for essentially the same functions reported as governmental activities in the government-wide financial statements. However, unlike the government-wide financial statements, the governmental fund financial statements focus on near-term inflows and outflows of expendable resources. They also focus on the balances of expendable resources available at the end of the fiscal year. Such information may be useful in evaluating the government's near-term financing requirements. This approach is known as using the flow of current financial resources measurement focus and the modified-accrual basis of accounting. These statements provide a detailed short-term view of the Commonwealth's finances that assist in determining whether there will be adequate financial resources available to meet the current needs of the Commonwealth. Because the focus of governmental funds is narrower than that of the government-wide financial statements, it is useful to compare the information presented for governmental funds with similar information presented for governmental activities in the government-wide financial statements. By doing so, readers may better understand the long-term impact of the government's near-term financing decisions. Both the governmental fund balance sheet and the governmental fund statement of revenue, expenditures, and changes in fund balances provide a reconciliation to facilitate this comparison between governmental funds and the governmental activities. These reconciliations are presented on the page immediately following each governmental fund financial statement.

    The Commonwealth has four major governmental funds. That is, each major fund is presented in a separate column in the governmental funds balance sheet and in the governmental funds statement of revenue, expenditures, and changes in fund balances. The Commonwealth's four major governmental funds are the general fund, The Children's Trust special revenue fund, the debt service fund, and the Public Buildings Authority capital projects fund. The remaining nonmajor governmental funds are grouped and presented in a single column in the governmental funds

PR-CCD-0009668

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

financial statements. The basic governmental funds financial statements can be found immediately following the government-wide financial statements.

• *Proprietary Funds Financial Statements* – These funds are used to show activities that operate more like those of commercial enterprises. Because these funds charge fees for services provided to outside customers including local governments, they are known as enterprise funds. Proprietary funds provide the same type of information as the government-wide financial statements, only in more detail. Like the government-wide financial statements, proprietary fund financial statements use the accrual basis of accounting. There is no reconciliation needed between the government-wide financial statements for business-type activities and the proprietary fund financial statements. The Commonwealth has two major enterprise funds. As previously mentioned, they are the operations of the unemployment insurance trust fund (administered by the Commonwealth's Employment Security Bureau) and the lotteries. Other nonmajor proprietary funds are grouped and presented in a separate column in the proprietary funds financial statements. The basic proprietary funds financial statements can be found immediately following the governmental fund financial statements.

• *Fiduciary Funds and Similar Component Units Financial Statements* – These funds are used to account for resources held for the benefit of parties outside the Commonwealth government. Fiduciary funds are not reflected in the government-wide financial statements because the resources of these funds are not available to support the Commonwealth's own programs. The accounting used for fiduciary funds is much like that used for proprietary funds. They use the accrual basis of accounting. The Commonwealth's fiduciary funds are the pension trust funds (three separate retirement systems for employees, which are fiduciary component units of the Commonwealth) and the agency funds (which account for the assets held for distribution by the Commonwealth as an agent for other governmental units, other organizations, or individuals). The basic fiduciary funds and similar component units' financial statements can be found immediately following the proprietary funds financial statements.

**Component Units Financial Statements**

As mentioned above, these are operations for which the Commonwealth has financial accountability, but they have certain independent qualities as well, and they operate similar to private sector businesses. The government-wide financial statements present information for the component units in a single column on the statement of net assets. Also, some information on the statement of changes in net assets is aggregated for component units. The combining statements of net assets and the combining statement of activities provide detail for each major component unit and the nonmajor component units in aggregate. The basic combining financial statements for major component units can be found immediately following the fiduciary funds financial statements.

**Notes to Basic Financial Statements**

The notes provide additional information that is essential to a full understanding of the data provided in the government-wide and the fund financial statements. The notes to the basic financial statements can be found immediately following the component units' financial statements.

(Continued)

PR-CCD-0009669

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

**Required Supplementary Information**

The basic financial statements include within its notes a section of required supplementary information. This section includes information of funding progress for the Commonwealth's three separate retirement systems.

**Government-Wide Financial Analysis**

*Net Assets*

As noted earlier, net assets may serve over time as a useful indicator of a government's financial position. Total assets and total liabilities of the Commonwealth's primary government at June 30, 2007 amounted to $14.6 billion and $32.3 billion, respectively, for a net deficit of $17.7 billion, compared to a $16.4 billion net deficit at the beginning of the current year, as restated.

A portion of the Commonwealth's net assets (deficit) reflects its investment in capital assets such as land, buildings, and equipment, less any related debt used to acquire those assets that are still outstanding. The Commonwealth uses these capital assets to provide services to its residents; consequentially, these assets are not available for future spending. Although the Commonwealth's investment in its capital assets is reported net of related debt, it should be noted that the resources needed to repay this debt must be provided from other sources, since the capital assets themselves cannot be used to liquidate these liabilities.

An additional portion of the Commonwealth's net assets (deficit) represents resources that are subject to external restrictions on how they may be used. An otherwise positive remaining balance would be used to meet the Commonwealth's ongoing obligations to its residents and creditors. Internally imposed designations of resources are not presented as restricted net assets. At the end of the current fiscal year, the Commonwealth is able to report positive balances in two categories of net assets, and a deficit, both for the government as a whole as well as for its separate governmental and business-type activities.

As explained earlier, the net deficit of the primary government primarily results from the Commonwealth's practice of issuing debt and transferring such funds to the component units so that they can carry out the construction projects. The primary government retains the debt while the component units report the corresponding asset financed by such debt.

Total assets decreased by $248 million during fiscal year 2007 when compared to the prior fiscal year. This decrease is the net effect of various increases and decreases as follows:

- Unrestricted and restricted cash decreased by $1.1 billion when compared to the prior year. The decrease was mainly due to an increase of approximately $922 million in expenditures when compared to the prior year.

- Net increase of $535 million in the receivables was mainly due to the timing of cash collections when compared to prior year.

- Additions to capital assets, retirements, and depreciation expense amounted to approximately $478 million, $54 million, and $236 million, respectively.

8

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

Total liabilities increased $989 million during the current fiscal year when compared to the prior fiscal year. This fluctuation is mainly prompted by the issuance during fiscal year 2007 of Commonwealth's bonds amounting to $1.1 billion and an increase in the liabilities associated with compensated absences and legal claims totaling $1 billion and $175 million, respectively. The latter were offset by repayments of bonds of $303 million, compensated absences of $966 million and legal claims of $26 million.

**Commonwealth's Net Assets – Primary Government**

June 30, 2007

(Expressed in thousands)

|  |  | Governmental activities | Business-type activities | Total |
|---|---|---:|---:|---:|
| Current assets | $ | 3,658,200 | 849,289 | 4,507,489 |
| Capital assets | | 7,407,848 | 674 | 7,408,522 |
| Other assets | | 2,389,190 | 297,636 | 2,686,826 |
| Total assets | $ | 13,455,238 | 1,147,599 | 14,602,837 |
| Current liabilities | $ | 6,658,987 | 151,299 | 6,810,286 |
| Noncurrent liabilities | | 25,235,145 | 238,965 | 25,474,110 |
| Total liabilities | $ | 31,894,132 | 390,264 | 32,284,396 |
| Invested in capital assets, net of related debt | $ | 3,635,271 | 674 | 3,635,945 |
| Restricted | | 331,051 | 910,479 | 1,241,530 |
| Unrestricted | | (22,405,216) | (153,818) | (22,559,034) |
| Total net assets (deficit) | $ | (18,438,894) | 757,335 | (17,681,559) |

9

(Continued)

PR-CCD-0009671

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

**Commonwealth's Net Assets – Primary Government**

June 30, 2006

(Expressed in thousands)

|  | | Governmental activities | Business-type activities | Total |
|---|---|---|---|---|
| Current assets | $ | 3,665,245 | 939,895 | 4,605,140 |
| Capital assets | | 7,183,178 | 1,008 | 7,184,186 |
| Other assets | | 2,817,053 | 255,993 | 3,073,046 |
| Total assets | $ | 13,665,476 | 1,196,896 | 14,862,372 |
| Current liabilities | $ | 6,378,707 | 149,673 | 6,528,380 |
| Noncurrent liabilities | | 24,496,332 | 269,723 | 24,766,055 |
| Total liabilities | $ | 30,875,039 | 419,396 | 31,294,435 |
| Invested in capital assets, net of related debt | $ | 3,485,882 | 1,008 | 3,486,890 |
| Restricted | | 280,078 | 947,507 | 1,227,585 |
| Unrestricted | | (20,975,523) | (171,015) | (21,146,538) |
| Total net assets (deficit) | $ | (17,209,563) | 777,500 | (16,432,063) |

The net assets of the governmental activities as of June 30, 2006 were restated by $14.7 million as a result of an underestimation of capital assets.

*Changes in Net Assets*

The Commonwealth's net deficit increased by $1.3 billion or 8% from last year's total net deficit. Approximately 52% of the Commonwealth's total revenue came from taxes, while 32% resulted from grants and contributions (primarily federal financial assistance). Charges for various goods and services provided represented 12% of the total revenue. The Commonwealth's expenses cover a range of services. The largest expenses were for education, public housing and welfare, public safety, and general government. In 2007, governmental activities' expenses exceeded program revenue by $11 billion, resulting in the use of $9.6 billion in general revenue (mostly taxes) and transfers. On the other hand, program revenue from business-type activities in 2007 exceeded expenses by approximately $285 million. Total governmental activities' expenses increased by $922 million when compared with 2006. Such increase was due to the effect of increases in expenses incurred in 2007 to fulfill the requirements of federal government grants and contributions in 2007 which increased by $548 million and normal increases in costs of goods and services. In addition, the business-type activities had unrestricted investments earnings of $37 million and transfer to the governmental activities amounting to $342 million.

Governmental activities increased the Commonwealth's net deficit by $1.2 billion. The Commonwealth implemented the sales and use tax during fiscal year 2007. This sales and use tax resulted in higher tax revenues. The Commonwealth expects that the effort to decrease expenses and the increase in tax revenue with the sales and use tax will eliminate or significantly lower the deficit in future years.

Business-type activities decreased the Commonwealth's net assets by $20 million.

10 (Continued)

# COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2007

## Commonwealth of Puerto Rico's Changes in Net Assets – Primary Government

Year ended June 30, 2007

(Expressed in thousands)

| | | Governmental activities | Business-type activities | Total |
|---|---|---:|---:|---:|
| **Revenue:** | | | | |
| Program revenue: | | | | |
| Charges for services | $ | 757,724 | 1,140,539 | 1,898,263 |
| Operating grants and contributions | | 4,773,174 | 43,480 | 4,816,654 |
| Capital grants and contributions | | 257,514 | — | 257,514 |
| | | 5,788,412 | 1,184,019 | 6,972,431 |
| General revenue: | | | | |
| Income taxes | | 6,488,211 | — | 6,488,211 |
| Excise taxes | | 1,475,311 | — | 1,475,311 |
| Sales and use tax | | 583,639 | — | 583,639 |
| Other taxes | | 4,663 | — | 4,663 |
| Revenue from component units | | 381,336 | — | 381,336 |
| Other | | 383,777 | 37,177 | 420,954 |
| | | 9,316,937 | 37,177 | 9,354,114 |
| Total revenue | | 15,105,349 | 1,221,196 | 16,326,545 |
| **Expenses:** | | | | |
| General government | | 2,847,596 | — | 2,847,596 |
| Public safety | | 1,983,782 | — | 1,983,782 |
| Health | | 1,943,582 | — | 1,943,582 |
| Public housing and welfare | | 3,157,877 | — | 3,157,877 |
| Education | | 4,748,008 | — | 4,748,008 |
| Economic development | | 554,271 | — | 554,271 |
| Intergovernmental | | 593,264 | — | 593,264 |
| Interest and other | | 863,723 | 26,860 | 890,583 |
| Lotteries | | — | 679,274 | 679,274 |
| Unemployment | | — | 192,484 | 192,484 |
| Total expenses | | 16,692,103 | 898,618 | 17,590,721 |
| (Decrease) increase in net assets before transfers | | (1,586,754) | 322,578 | (1,264,176) |
| Transfers | | 342,743 | (342,743) | — |
| (Decrease) increase in net assets | | (1,244,011) | (20,165) | (1,264,176) |
| Net assets (deficit), beginning of year (as restated) | | (17,194,883) | 777,500 | (16,417,383) |
| Net assets (deficit), end of year | $ | (18,438,894) | 757,335 | (17,681,559) |

11

(Continued)

PR-CCD-0009673

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

**Commonwealth of Puerto Rico's Changes in Net Assets – Primary Government**

Year ended June 30, 2006

(Expressed in thousands)

|  | | Governmental activities | Business-type activities | Total |
|---|---|---|---|---|
| Revenue: | | | | |
| Program revenue: | | | | |
| Charges for services | $ | 828,993 | 1,149,426 | 1,978,419 |
| Operating grants and contributions | | 4,365,711 | 59,613 | 4,425,324 |
| Capital grants and contributions | | 100,990 | — | 100,990 |
| | | 5,295,694 | 1,209,039 | 6,504,733 |
| General revenue: | | | | |
| Income taxes | | 6,255,391 | — | 6,255,391 |
| Excise taxes | | 2,013,998 | — | 2,013,998 |
| Other taxes | | 15,145 | — | 15,145 |
| Revenue from component units | | 68,745 | — | 68,745 |
| Other | | 601,225 | 33,165 | 634,390 |
| | | 8,954,504 | 33,165 | 8,987,669 |
| Total revenue | | 14,250,198 | 1,242,204 | 15,492,402 |
| Expenses: | | | | |
| General government | | 2,844,494 | — | 2,844,494 |
| Public safety | | 2,217,294 | — | 2,217,294 |
| Health | | 1,422,813 | — | 1,422,813 |
| Public housing and welfare | | 3,287,559 | — | 3,287,559 |
| Education | | 4,110,669 | — | 4,110,669 |
| Economic development | | 564,447 | — | 564,447 |
| Intergovernmental | | 440,390 | — | 440,390 |
| Interest and other | | 882,163 | 25,043 | 907,206 |
| Lotteries | | — | 670,425 | 670,425 |
| Unemployment | | — | 207,483 | 207,483 |
| Total expenses | | 15,769,829 | 902,951 | 16,672,780 |
| (Decrease) increase in net assets before transfers | | (1,519,631) | 339,253 | (1,180,378) |
| Transfers | | 242,642 | (242,642) | — |
| (Decrease) increase in net assets | | (1,276,989) | 96,611 | (1,180,378) |
| Net assets (deficit), beginning of year | | (15,932,574) | 680,889 | (15,251,685) |
| Net assets (deficit), end of year | $ | (17,209,563) | 777,500 | (16,432,063) |

12

(Continued)

PR-CCD-0009674

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

**Revenue – Governmental Activities**

Year ended June 30, 2007



Taxes
56.6%

Grants &
Contributions
31.6%

Charges for services
5.0%

Other
4.3%

Revenue from
component units
2.5%

PR-CCD-0009675

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

**Governmental Activities**

Governmental activities increased the Commonwealth's net deficit to $18.4 billion. The decrease in net assets by the business-type activities is explained below. A comparison of the cost of services by function for the Commonwealth's governmental activities is shown below, along with the revenue used to cover the net expenses of the governmental activities (expressed in thousands).

**Governmental Activities – Expenses Net of Program Revenue**

Year ended June 30, 2007

(Expressed in thousands)

| | | |
|---|---|---:|
| Net expense: | | |
| General government | $ | (2,274,426) |
| Public safety | | (1,849,517) |
| Health | | (1,081,383) |
| Public housing and welfare | | (498,877) |
| Education | | (3,269,028) |
| Economic development | | (473,473) |
| Intergovernmental | | (593,264) |
| Interest and other | | (863,723) |
| Total governmental activities expenses, net program revenue | | (10,903,691) |
| General revenue: | | |
| Taxes | | 8,551,824 |
| Revenue from component units | | 381,336 |
| Transfers from business-type activities | | 342,743 |
| Other revenue | | 383,777 |
| Increase in governmental activities' net deficit | $ | (1,244,011) |

**Business-Type Activities**

The business-type activities decreased the Commonwealth's net assets by $20 million. This resulted from the decrease of approximately $20 million in contributions from federal government when compared to prior year.

**Financial Analysis of the Commonwealth's Individual Funds**

As noted earlier, the Commonwealth uses fund accounting to help ensure and demonstrate compliance with finance-related legal requirements.

(Continued)

PR-CCD-0009676

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

*Governmental Funds*

The focus of the Commonwealth's governmental funds is to provide information on near-term inflows, outflows, and balances of expendable resources. Such information is useful in assessing the Commonwealth's financing requirements. In particular, unreserved fund balance may serve as a useful measure of a government's net resources available for spending at the end of the fiscal year. As of the end of fiscal year 2007, the Commonwealth's governmental funds reported combined ending fund balance of $107 million, a decrease of net assets of $304 million in comparison with the prior year. The expenditures exceeded the revenues by $2.2 billion. However, this was offset by other financing sources amounting to $1.9 billion in the fund balance of the governmental funds. This year, the excess of expenditures over revenue increased by $368 million compared with the prior year. There is $993 million of fund balance reserved to indicate that it is not available for new spending because it has already been committed (1) to liquidate contracts and purchase orders of the prior fiscal year or (2) for a variety of other restricted purposes.

The general fund is the chief operating fund of the Commonwealth. At the end of the current fiscal year, unreserved fund deficit of the general fund was $1.5 billion, while the total fund balance has a total deficit of $511 million. The fund deficit of the Commonwealth's general fund increased by $127 million as a result of the current fiscal year's change in financial position. This is a 33% increase when compared to total fund balance reported in fiscal year 2006. Also, see additional related comments in the following section titled general fund budgetary highlights.

The debt service fund is the fund in which the Commonwealth accumulates the resources for the payment of the long-term debt. At end of the year, the fund balance of the debt service fund decreased by $20.7 million. Bonds and interest payable increased by $22 million or 6% compared with the prior year mainly due to the accumulation or resources for the payment of debt.

The PBA capital projects fund received resources only from transfers from other funds amounting to $146 million and had expenditures of $148 million, which resulted in a $2 million deficit in 2007. The total deficit at June 30, 2007 amounted to $34 million. The fund's total assets decreased $27 million or 47% compared with the prior year because of a decrease in cash in commercial banks, which was used to acquire capital assets.

The fund balance of The Children's Trust special revenue fund had a decrease of $45 million. The decrease was mainly due to a reduction in revenues. Particular of fiscal year 2006, there were $54 million transferred from GDB from investments related to QZAB bonds. No similar event occurred in the current year.

Although the revenue of other governmental funds (nonmajor) increased by $2 million or 2% during the year compared with the prior year, the expenditures increased by $226 million or 41%; the most significant increases in expenditures were noted in general government and intergovernmental activities of $53 million and $165 million, respectively. The fund had $546 million in other financing sources. All of the foregoing led to a net decrease of $109 million in the fund balance. Total assets of nonmajor funds decreased by $349 million or 28% compared with the prior year.

*Proprietary Funds*

The Commonwealth's proprietary funds provide the same type of information found in the government-wide financial statements, but in more detail. As discussed in the business-type activities above, the Commonwealth's net assets decreased by $20 million as a result of operations in the proprietary funds. This resulted from a

15                                                                                         (Continued)

# COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2007

$16.9 million increase in net assets by the lotteries fund, a decrease in net assets of $84.4 million by the unemployment insurance fund, and an increase of net assets of $47.4 million by the Commonwealth's other nonmajor enterprise funds.

## General Fund Budgetary Highlights

Actual revenues of $8,718 million were fairly consistent with final budgeted revenues ($8,762 million). Nonetheless, actual revenues were $347 million less than originally budgeted ($9,065 million). The reduction is primarily attributable to (i) decrease in the gross national product, as reported by the Puerto Rico Planning Board, from 2.5% to 0.6%, (ii) the substitution of the sales and use tax for the 5% general excise tax, and (iii) certain income tax rate reductions included in the tax reform legislation approved on July 2006. The major categories of income affected with the abovementioned factors were the excise taxes with a decrease of $195.8 million, income taxes with $73.8 million, sales and use taxes with $60.4 million and charges for services with $44.8 million.

The actual expenditures reflected an increase of $238 million when compared to the final budgeted amounts. The excess in expenditures was predominantly caused by the Department of Education of the Commonwealth with $191 million, the Puerto Rico Health Insurance Administration with $174 million and the Puerto Rico Medical Service Administration with $50 million. These excess were partially neutralized by the savings achieved by the Executive Branch as part of the 10% budgetary reserve imposed to the agencies. Most of these variances were financed through the use of borrowings, approved by law or joint resolutions, from the Government Development Bank for Puerto Rico loans that provided resources of $340 million.

16 (Continued)

PR-CCD-0009678

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

**Expenditures – General Fund**

**Budget vs. Actual**

Year ended June 30, 2007

(Expressed in thousands)



As of June 30, 2007, there was an excess of expenditures and other financing uses over revenue and other financing sources of $505 million.

**Capital Assets and Debt Administration**

*Capital Assets*

The Commonwealth's investment in capital assets for its governmental and business-type activities as of June 30, 2007 amounts to $10.1 billion, less accumulated depreciation of $2.7 billion, leaving a book value of $7.4 billion. This investment in capital assets includes land, buildings, building improvements, equipment, and construction in progress as infrastructure.

The net book value of capital assets at June 30, 2007 is distributed by function/activity in the following proportions: general government, 41%; public safety, 5%; health, 1%; public housing and welfare, 34%; education, 7%; and economic development, 12%. Actual capitalized assets were approximately $842 million for the year. Depreciation charges for the year totaled $236 million.

The infrastructure assets representing items that are normally immovable and of value only to the Commonwealth as roads, highways, bridges, toll facilities, water and sewer systems, lighting production, transmission and distribution systems, and similar items are principally owned by the component units of the Commonwealth. Therefore, the infrastructure assets are reported within depreciable capital assets under the discretely presented component units column. Additional information on the Commonwealth's capital assets can be found in note 12 to the basic financial statements that accompany this report.

17

(Continued)

# COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2007

### Commonwealth's Capital Assets – Primary Government

June 30, 2007

(Expressed in thousands)

|  | Governmental activities | Business-type activities |
|---|---|---|
| Land | $ 844,533 | — |
| Construction in progress | 1,434,978 | — |
| Buildings and building improvements, net | 4,553,568 | — |
| Equipment, furniture, fixtures and vehicles, net | 226,050 | 674 |
| Infrastructure, net | 348,719 | — |
| Total capital assets | $ 7,407,848 | 674 |

## Debt Administration

General obligation bonds are backed by the full faith and credit of the Commonwealth, including the Commonwealth's power to levy additional taxes to help ensure repayment of the debt.

The Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth are not to be issued if the amount of the principal of, and interest on, such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenue raised under the provisions of Commonwealth legislation and conveyed into the treasury in the two fiscal years preceding the then current fiscal year. Section 2, Article VI of the Constitution of the Commonwealth does not limit the amount of debt that the Commonwealth may guarantee as long as the 15% limitation is not exceeded. At June 30, 2007, the Commonwealth is in compliance with the debt limitation requirement.

Moody's Investor Service lowered the rating on the Commonwealth's outstanding general obligation debt and appropriation debt from "Baa2" to "Baa3." Standard & Poor's Rating Services (S&P) had also lowered its rating on the Commonwealth's general obligation debt earlier in the year to BBB-, reflecting a long history of structural imbalance and the ongoing difficulties anticipated with further efforts to reduce the accrued deficit. The outlook was defined as stable.

The rating on the appropriation debt, typically rated one notch below the general obligation debt, has not been lowered, reflecting the improvements that have been made. S&P does not believe that Puerto Rico's appropriation credit is speculative grade.

S&P noted that Puerto Rico's debt, which is already high, is likely to increase. Although a major new revenue source of a 5.5% sales and use tax was added on November 16, 2006, balances remain difficult to achieve, requiring expense cuts and use of one-time revenue sources. Gap forecast suggests that balance will not be achieved until 2010, and that forecast is based on the expectation of flat expense growth.

(Continued)

PR-CCD-0009680

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2007

Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency.

The Commonwealth's total long-term obligations increased by $1 billion during the current fiscal year, representing a 4% increase. Additional information on the Commonwealth's long-term obligations can be found in note 14 to the basic financial statements of this report.

**Economic Factors and Next Year's Budgets and Rates**

The average unemployment rate for the Commonwealth in 2007 was 10.4% down from the 2006 average rate of 11.7%. In terms of production, the real gross national product registered a decrease of 1.8%.

Based on the projections of the Puerto Rico Planning Board, the Puerto Rico economy is expected to reflect another decrease of 2.1% for the fiscal year 2008.

In an effort to address the Commonwealth's structural budget imbalance and its other fiscal difficulties, the Executive Branch and the Legislature enacted and the Governor signed legislation providing for tax reform and fiscal reforms. The tax reform legislation is aimed at increasing revenues by expanding the tax base through the implementation of a broad-based sales and use tax. The fiscal reform legislation is aimed at limiting expenditures in relation to past-spending rates and stabilizing expenditure growth at a level below that of recurring revenues.

On July 4, 2006, Act No. 117 (Act 117) was approved, which amends the Puerto Rico Internal Revenue Code of 1994 (the PR Code) to provide, among other things, for a general sales and use tax of 5.5% to be imposed by the central government (the Central Government Sales Tax). Act 117 also authorizes each municipal government to impose a municipal sales and use tax of 1.5% (the Municipal Sales Tax and, together with the Central Government Sales Tax, the Sales Tax). In general, the Municipal Sales Tax has the same tax base, exemptions (except for unprocessed foods) and limitations as those provided for the Central Government Sales Tax. Act 117 also provides certain income tax reductions, beginning during the tax year 2007, to address the regressive effect of the Sales Tax on taxpayers in lower income tax brackets. Act 117 repeals the 5.0% general excise tax imposed on imported goods and on goods manufactured in Puerto Rico. Certain items, such as fuel, crude oil and petroleum products, and vehicles, however, remain subject to the excise tax previously applicable to such items and will not be subject to the Sales Tax. The effective date of the repeal of the 5.0% general excise tax was October 17, 2006 pursuant to Act 229.

The Sales Tax became effective on November 15, 2006. Municipalities, however, were authorized to implement the Municipal Sales Tax starting on July 1, 2006. The revenues derived from the Sales Tax will be distributed as follows: (i) municipal governments will retain 1.5% of the Sales Tax, (ii) the Dedicated Sales Tax, created by Act No. 91 on May 13, 2006, as amended, will receive 1.0% of the Sales Tax, and (iii) the General Fund will receive 4.5% of the Sales Tax. The revenues to be generated by the Sales Tax will be partly offset by the partial elimination of the 5.0% general excise tax and the effect of the income tax reduction measures included in Act 117.

19

(Continued)

# COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2007

Act 117 also provided for special income tax rates with respect to certain transactions occurred on and between July 1, 2006 and December 31, 2006. These special tax rates will apply to eligible dividends declared by domestic corporations or partnerships and "built-in" gains associated with capital assets held for periods in excess of six months, as well as certain withdrawals from retirement accounts. These special tax rates are only available for transactions in connection with capital assets consisting of stock or participations of domestic and foreign corporations and partnerships, and real property located in Puerto Rico. In the case of resident corporations and partnerships, these special tax rates apply only to real property located in Puerto Rico.

The consolidated budget for the fiscal year 2006 – 07 amounts to $26.5 billion. From this amount, $20 billion is assigned to operating expenses, $3 billion to a permanent capital improvements program, and $3.5 billion for the debt service. For fiscal year 2007 – 08 the figures are: consolidated budget of $26.9 billion, of which $20.6 billion are assigned to operating expenses, $2.9 billion to the capital improvements program, and $3.5 billion to debt service.

## Requests for Information

This financial report is designed to provide a general overview of the Commonwealth's finances for all of the Commonwealth's residents, taxpayers, customers, investors, and creditors. This financial report seeks to demonstrate the Commonwealth's accountability for the money it receives. Questions concerning any of the information provided in this report or requests for additional information should be addressed to: Department of the Treasury of the Commonwealth of Puerto Rico, Área de Contabilidad Central, P.O. Box 9024140, San Juan, PR 00902-4140.

PR-CCD-0009682

**COMMONWEALTH OF PUERTO RICO**

Statement of Net Assets (Deficit)

June 30, 2007

(In thousands)

| | Primary government | | | |
| | Governmental activities | Business-type activities | Total primary government | Component units |
|---|---:|---:|---:|---:|
| Assets: | | | | |
| Cash and cash equivalents in commercial banks and U.S. Treasury $ | 83,625 | 161,104 | 244,729 | 3,135,274 |
| Cash and cash equivalents in governmental banks | 935,071 | 610,870 | 1,545,941 | 629,592 |
| Investments, including collateral from securities lending transactions | 163,900 | — | 163,900 | 2,474,213 |
| Receivables, net of allowance for uncollectibles: | | | | |
| Taxes | 1,275,882 | — | 1,275,882 | — |
| Unemployment and other insurance premiums | — | 58,884 | 58,884 | 108,709 |
| Intergovernmental | 716,561 | — | 716,561 | 30,856 |
| Accounts | 132,276 | — | 132,276 | 894,660 |
| Loans and advances | 6,207 | — | 6,207 | 4,815,273 |
| Accrued interest | 22,298 | 3,059 | 25,357 | 512,001 |
| Other | 118,647 | 14,796 | 133,443 | 523,190 |
| Due from: | | | | |
| Primary government | — | — | — | 392,685 |
| Component units | 149,545 | 8,847 | 158,392 | 483,605 |
| Other governmental entities | 394 | — | 394 | 294,645 |
| Internal balances | 8,271 | (8,271) | — | — |
| Inventories | 37,774 | — | 37,774 | 370,144 |
| Prepaid expenses | 7,749 | — | 7,749 | 49,137 |
| Restricted assets: | | | | |
| Cash and cash equivalents in commercial banks | 720,425 | — | 720,425 | 867,106 |
| Cash and cash equivalents in governmental banks | 1,392,826 | — | 1,392,826 | 798,283 |
| Investments and other restricted assets | 33,605 | 35,606 | 69,211 | 7,039,100 |
| Long-term investments | — | — | — | 1,564,448 |
| Long-term receivables from: | | | | |
| Loans | — | — | — | 122,831 |
| Interest-bearing deposits with other banks | — | — | — | 5,174 |
| Other | — | — | — | 481 |
| Long-term amounts due from: | | | | |
| Primary government | — | — | — | 102,925 |
| Component units | — | 220,326 | 220,326 | 1,073,250 |
| Other governmental entities | — | — | — | 31,617 |
| Real estate held for sale or future development | 55,434 | — | 55,434 | 249,164 |
| Deferred expenses and other assets | 186,900 | 41,704 | 228,604 | 490,477 |
| Capital assets (net of accumulated depreciation): | | | | |
| Land and other nondepreciable assets | 2,279,511 | — | 2,279,511 | 9,043,126 |
| Depreciable assets | 5,128,337 | 674 | 5,129,011 | 18,664,972 |
| Total assets $ | 13,455,238 | 1,147,599 | 14,602,837 | 54,766,938 |

See accompanying notes to basic financial statements.

(Continued)

PR-CCD-0009683

COMMONWEALTH OF PUERTO RICO

Statement of Net Assets (Deficit)

June 30, 2007

(In thousands)

| | | Primary government | | | |
|---|---|---|---|---|---|
| | | Governmental activities | Business-type activities | Total primary government | Component units |
| **Liabilities:** | | | | | |
| Accounts payable and accrued liabilities | $ | 1,986,379 | 7,162 | 1,993,541 | 2,494,432 |
| Deposits and escrow liabilities | | — | — | — | 6,174,210 |
| Tax refunds payable | | 312,041 | — | 312,041 | — |
| Due to: | | | | | |
| Primary government | | — | — | — | 151,464 |
| Component units | | 388,744 | — | 388,744 | 498,968 |
| Other governmental entities | | 3,211 | — | 3,211 | 23,294 |
| Securities lending transactions and reverse repurchase agreements | | — | — | — | 812,877 |
| Interest payable | | 564,623 | — | 564,623 | 497,168 |
| Deferred revenue | | 108,970 | 26,900 | 135,870 | 124,454 |
| Tax revenue anticipation notes payable | | 881,484 | — | 881,484 | — |
| Due to primary government – long-term portion | | — | — | — | 227,254 |
| Due to component units – long-term portion | | — | — | — | 1,051,379 |
| Deferred revenue long-term portion | | — | — | — | 21,537 |
| Insurance benefits payable | | — | 57,915 | 57,915 | — |
| Liability for automobile accident insurance and workmen's compensation claims | | — | — | — | 806,102 |
| Liabilities payable within one year: | | | | | |
| Commonwealth appropriation bonds | | 99,971 | — | 99,971 | 21,017 |
| Bonds | | 318,380 | — | 318,380 | 685,753 |
| Notes | | 748,338 | — | 748,338 | 1,230,548 |
| Capital leases | | 4,808 | — | 4,808 | — |
| Compensated absences | | 1,065,805 | 3,945 | 1,069,750 | 253,190 |
| Lottery awards | | — | 55,377 | 55,377 | — |
| Other long-term liabilities | | 176,233 | — | 176,233 | 120,008 |
| Liabilities payable after one year: | | | | | |
| Commonwealth appropriation bonds | | 2,463,421 | — | 2,463,421 | 1,367,292 |
| Bonds | | 12,900,146 | — | 12,900,146 | 20,705,232 |
| Notes | | 2,780,665 | — | 2,780,665 | 3,665,209 |
| Capital leases | | 137,003 | — | 137,003 | — |
| Net pension obligation | | 5,096,324 | — | 5,096,324 | — |
| Compensated absences | | 728,310 | 2,052 | 730,362 | 334,895 |
| Lottery awards | | — | 236,913 | 236,913 | — |
| Other long-term liabilities | | 1,129,276 | — | 1,129,276 | 344,546 |
| Total liabilities | | 31,894,132 | 390,264 | 32,284,396 | 41,610,829 |
| **Net assets (deficit):** | | | | | |
| Invested in capital assets, net of related debt | | 3,635,271 | 674 | 3,635,945 | 10,556,494 |
| Restricted for: | | | | | |
| Trust – nonexpendable | | — | — | — | 1,404,008 |
| Capital projects | | 11,601 | 298,309 | 309,910 | 1,136,460 |
| Debt service | | 159,817 | — | 159,817 | 703,010 |
| Payment of unemployment and related benefits | | — | 612,170 | 612,170 | — |
| Affordable housing and related loan insurance programs | | 159,633 | — | 159,633 | 692,349 |
| Student loans and other educational purposes | | — | — | — | 15,415 |
| Other | | — | — | — | 190,318 |
| Unrestricted deficit | | (22,405,216) | (153,818) | (22,559,034) | (1,541,945) |
| Total net assets (deficit) | $ | (18,438,894) | 757,335 | (17,681,559) | 13,156,109 |

PR-CCD-0009684

COMMONWEALTH OF PUERTO RICO
Statement of Activities
Year Ended June 30, 2007
(In thousands)

| Functions | Expenses | Program revenue Charges for services | Program revenue Operating grants and contributions | Program revenue Capital grants and contributions | Net (expense) revenue and changes in net assets Primary government Governmental activities | Net (expense) revenue and changes in net assets Primary government Business-type activities | Net (expense) revenue and changes in net assets Total | Component units |
|---|---|---|---|---|---|---|---|---|
| **Primary government:** | | | | | | | | |
| **Governmental activities:** | | | | | | | | |
| Current: | | | | | | | | |
| General government | $ 2,847,396 | 501,922 | 69,248 | --- | (2,274,426) | --- | (2,274,426) | --- |
| Public safety | 1,983,782 | 51,900 | 82,219 | 146 | (1,849,517) | --- | (1,849,517) | --- |
| Health | 1,943,582 | 113,449 | 736,399 | 2,351 | (1,081,383) | --- | (1,081,383) | --- |
| Public housing and welfare | 3,157,877 | 24,643 | 2,497,540 | 136,817 | (498,877) | --- | (498,877) | --- |
| Education | 4,748,001 | 2,747 | 1,375,326 | 100,907 | (3,269,021) | --- | (3,269,021) | --- |
| Economic development | 556,271 | 51,063 | 12,642 | 17,293 | (475,473) | --- | (475,473) | --- |
| Intergovernmental | 593,264 | --- | --- | --- | (593,264) | --- | (593,264) | --- |
| Interest and other | 863,723 | --- | --- | --- | (863,723) | --- | (863,723) | --- |
| Total governmental activities | 16,692,110 | 757,724 | 4,773,174 | 257,514 | (10,903,691) | --- | (10,903,691) | --- |
| **Business-type activities:** | | | | | | | | |
| Lotteries | 679,274 | 869,221 | --- | --- | --- | 189,947 | 189,947 | --- |
| Unemployment insurance | 192,434 | 243,571 | 4,540 | --- | --- | 57,667 | 57,667 | --- |
| Other | 26,860 | 27,767 | 36,900 | --- | --- | 37,787 | 37,787 | --- |
| Total business-type activities | 898,611 | 1,140,539 | 43,440 | --- | --- | 285,401 | 285,401 | --- |
| Total primary government | $ 17,590,721 | 1,891,263 | 4,816,654 | 257,514 | (10,903,691) | 285,401 | (10,618,290) | --- |
| **Component units:** | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 798,285 | 773,804 | --- | 124,358 | --- | --- | --- | 99,877 |
| Puerto Rico Highways and Transportation Authority | 929,314 | 288,435 | --- | 126,718 | --- | --- | --- | (522,161) |
| Puerto Rico Electric Power Authority | 3,794,245 | 3,684,300 | --- | --- | --- | --- | --- | (117,855) |
| Puerto Rico Aqueduct and Sewer Authority | 621,742 | 755,538 | 23,162 | --- | --- | --- | --- | (43,042) |
| Puerto Rico Infrastructure Financing Authority | 146,164 | --- | --- | --- | --- | --- | --- | (146,100) |
| Puerto Rico Health Insurance Administration | 1,594,330 | 501,090 | --- | --- | --- | --- | --- | (1,090,240) |
| University of Puerto Rico | 1,331,332 | 159,724 | 140,422 | --- | --- | --- | --- | (1,031,186) |
| Puerto Rico Sales Tax Financing Corporation | 240,238 | --- | --- | --- | --- | --- | --- | (240,238) |
| Other component units | 2,621,106 | 1,790,211 | 37,748 | 20,393 | --- | --- | --- | (772,754) |
| Total component units | $ 12,280,760 | 7,941,192 | 201,332 | 271,469 | --- | --- | --- | (3,866,767) |

| | | | |
|---|---|---|---|
| **General revenue:** | | | |
| Taxes: | | | |
| Income taxes | $ 6,488,211 | --- | 6,488,211 | 309,778 |
| Excise taxes | 1,475,311 | --- | 1,475,311 | --- |
| Sales and use tax | 583,639 | --- | 583,639 | 126,712 |
| Other taxes | 4,663 | --- | 4,663 | 51,929 |
| Revenue from global tobacco settlement agreement | 69,604 | --- | 69,604 | --- |
| Revenue from Puerto Rico Tourism Company | 23,128 | --- | 23,128 | --- |
| Revenue from Governing Board of 9-1-1 Services | 9,191 | --- | 9,191 | --- |
| Revenue from Puerto Rico Sales Tax Financing Corporation | 240,238 | --- | 240,238 | --- |
| Revenue from State Insurance Fund Corporation | 39,175 | --- | 39,175 | --- |
| Grants and contributions not restricted to specific programs | 135,916 | --- | 135,916 | 176,169 |
| Payments from primary government | --- | --- | --- | 2,614,065 |
| Unrestricted investment earnings | 176,674 | 37,177 | 213,851 | 518,003 |
| Gain on sale of assets | --- | --- | --- | 35,669 |
| Other | 71,187 | --- | 71,187 | 56,350 |
| Transfers | 342,543 | (342,543) | --- | --- |
| Total general revenue and transfers | 9,659,680 | (305,366) | 9,354,314 | 3,878,636 |
| Change in net assets | (1,244,011) | (20,165) | (1,264,176) | 11,919 |
| Net assets (deficit) - beginning of year (as restated) | (17,194,883) | 777,500 | (16,417,383) | 13,144,190 |
| Net assets (deficit) - end of year | $ (18,438,894) | 757,335 | (17,681,559) | 13,156,109 |

See accompanying notes to basic financial statements.

PR-CCD-0009685

**COMMONWEALTH OF PUERTO RICO**

Balance Sheet – Governmental Funds

June 30, 2007

(In thousands)

| Assets | General | Debt service | PBA capital projects | The Children's Trust special revenue | Other governmental | Totals governmental |
|---|---|---|---|---|---|---|
| Cash and cash equivalents in commercial banks | $ 39,481 | — | — | — | 44,144 | 83,625 |
| Cash and cash equivalents in governmental banks | 110,866 | 423,190 | — | 72,911 | 328,104 | 935,071 |
| Investments | — | — | — | 49,038 | 114,862 | 163,900 |
| Receivables, net of allowance for uncollectibles: | | | | | | |
| Taxes | 1,275,882 | — | — | — | — | 1,275,882 |
| Intergovernmental | 704,776 | 11,785 | — | — | — | 716,561 |
| Accounts | 121,667 | — | — | — | 10,609 | 132,276 |
| Loans | 6,171 | — | — | — | 36 | 6,207 |
| Accrued interest | 20,205 | 1,327 | — | 317 | 449 | 22,298 |
| Other | 278 | — | — | — | — | 278 |
| Due from: | | | | | | |
| Other funds | 61,446 | — | — | — | 178,011 | 239,457 |
| Component units | 105,471 | — | — | — | 44,074 | 149,545 |
| Other governmental entities | — | — | — | — | 394 | 394 |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | 540,571 | — | 29,754 | — | 150,100 | 720,425 |
| Cash and cash equivalents in governmental banks | 1,392,826 | — | — | — | — | 1,392,826 |
| Other assets | 33,605 | — | — | — | — | 33,605 |
| Real estate hold for sale or future development | 39,196 | — | — | — | 16,238 | 55,434 |
| Total assets | $ 4,452,441 | 436,302 | 29,754 | 122,266 | 887,021 | 5,927,784 |

See accompanying notes to basic financial statements.

(Continued)

PR-CCD-0009686

COMMONWEALTH OF PUERTO RICO

Balance Sheet – Governmental Funds

June 30, 2007

(In thousands)

| Liabilities and fund balances | General | Debt service | PBA capital projects | The Children's Trust special revenue | Other governmental | Totals governmental |
|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | |
| Accounts payable and accrued liabilities | $ 1,870,992 | 5,689 | 63,976 | 932 | 76,684 | 2,018,273 |
| Tax refunds payable | 312,041 | — | — | — | — | 312,041 |
| Due to: | | | | | | |
| Other funds | 231,186 | — | — | — | — | 231,186 |
| Other governmental entities | 3,211 | — | — | — | — | 3,211 |
| Component units | 368,370 | — | — | — | 20,374 | 388,744 |
| Notes payable | 169,963 | — | — | — | 129,112 | 299,075 |
| Bonds payable | — | 208,460 | — | — | 75,690 | 284,150 |
| Interest payable | 55,395 | 194,118 | — | — | 82,041 | 331,554 |
| Deferred revenues | 1,070,957 | — | — | — | — | 1,070,957 |
| Tax revenue anticipation notes payable | 881,484 | — | — | — | — | 881,484 |
| Total liabilities | 4,963,599 | 408,267 | 63,976 | 932 | 383,901 | 5,820,675 |
| **Fund balances (deficit):** | | | | | | |
| Reserved for: | | | | | | |
| Encumbrances | 744,950 | — | — | — | 97,721 | 842,671 |
| Debt service | — | 28,035 | — | — | — | 28,035 |
| Capital projects | 13,797 | — | — | — | — | 13,797 |
| Assets in liquidation | 74,940 | — | — | — | — | 74,940 |
| Low income housing assistance | 159,633 | — | — | — | — | 159,633 |
| Unreserved (deficit): | | | | | | |
| General fund | (1,504,478) | — | — | — | — | (1,504,478) |
| Debt service funds | — | — | — | — | 131,782 | 131,782 |
| Special revenue funds | — | — | — | 121,334 | 15,952 | 137,286 |
| Capital projects funds | — | — | (34,222) | — | 257,665 | 223,443 |
| Total fund balances (deficit) | (511,158) | 28,035 | (34,222) | 121,334 | 503,120 | 107,109 |
| Total liabilities and fund balances (deficit) | $ 4,452,441 | 436,302 | 29,754 | 122,266 | 887,021 | 5,927,784 |

PR-CCD-0009687

**COMMONWEALTH OF PUERTO RICO**

Reconciliation of the Balance Sheet to the Statement of Net Assets –
Governmental Funds

Year ended June 30, 2007

(In thousands)

| | | |
|---|---|---:|
| Amounts reported for governmental activities in the statement of net assets are different because: | | |
| Total fund balances of governmental funds | $ | 107,109 |
| Inventories and prepaid expenses that are not available to pay for current period expenditures and therefore are not recognized in the funds | | 45,523 |
| Capital assets used in governmental activities are not financial resources and therefore are not reported in the funds | | 7,407,848 |
| Long-term account receivable from global tobacco settlement agreement and PBA | | 118,369 |
| Deferred revenue in governmental funds that are recognized as revenue in the governmental activities | | 961,987 |
| Debt issued by the Commonwealth have associated costs that are paid from current available resources in the funds. However, these costs are deferred on the statement of net assets | | 182,536 |
| Net pension asset of the Puerto Rico Judiciary Retirement System recognized in governmental activities is not a financial resource and, therefore, is not reported in the funds | | 4,364 |
| Liabilities, including appropriation bonds ($2,563,392), bonds payable ($12,934,376), notes payable ($3,229,928), capital leases payable, ($141,811), compensated absences ($1,769,803), net pension obligation ($5,096,324), and other long-term liabilities ($1,297,927) are not due and payable in the current period and therefore are not reported in the funds | | (27,033,561) |
| Interest liabilities are not due and payable in the current period and, therefore, are not reported in the funds | | (233,069) |
| Deficit of governmental activities | $ | (18,438,894) |

See accompanying notes to basic financial statements.

26

PR-CCD-0009688

**COMMONWEALTH OF PUERTO RICO**

Statement of Revenue, Expenditures, and Changes in Fund Balances –
Governmental Funds

Year ended June 30, 2007
(In thousands)

| | General | Debt service | PBA capital projects | The Children's Trust special revenue | Other governmental | Totals governmental |
|---|---|---|---|---|---|---|
| Revenue: | | | | | | |
| Taxes: | | | | | | |
| Income taxes | $ 6,389,973 | — | — | — | — | 6,389,973 |
| Excise taxes | 1,475,311 | — | — | — | — | 1,475,311 |
| Sales and use tax | 583,639 | — | — | — | — | 583,639 |
| Other taxes | 4,663 | — | — | — | — | 4,663 |
| Charges for services | 757,724 | — | — | — | — | 757,724 |
| Revenue from global tobacco settlement agreement | — | — | — | — | 68,665 | 68,665 |
| Revenues from component units: | | | | | | |
| Governing Board of 9-1-1 Services | 9,191 | — | — | — | — | 9,191 |
| Tourism Company of Puerto Rico | 23,128 | — | — | — | — | 23,128 |
| Puerto Rico Sales Tax Financing Corporation | 223,282 | — | — | — | 16,956 | 240,238 |
| State Insurance Fund Corporation | 39,175 | — | — | — | — | 39,175 |
| Intergovernmental | 5,029,854 | 120,441 | — | — | 16,309 | 5,166,604 |
| Interest and investment earnings | 148,638 | 8,518 | — | 7,376 | 12,142 | 176,674 |
| Other | 39,725 | 8,638 | — | — | 5,264 | 53,627 |
| Total revenue | 14,724,303 | 137,597 | — | 7,376 | 119,336 | 14,988,612 |
| Expenditures: | | | | | | |
| Current: | | | | | | |
| General government | 2,313,735 | — | — | — | 224,264 | 2,537,999 |
| Public safety | 1,863,148 | — | — | — | 1,108 | 1,864,256 |
| Health | 1,940,520 | — | — | 622 | 7,059 | 1,948,201 |
| Public housing and welfare | 3,046,812 | — | — | — | 1,773 | 3,048,585 |
| Education | 4,556,304 | — | — | 20,514 | 23,503 | 4,600,321 |
| Economic development | 512,966 | — | — | 1,381 | 18,906 | 533,253 |
| Intergovernmental | 426,352 | — | — | — | 166,895 | 593,247 |
| Capital outlays | 308,370 | — | 148,009 | — | 56,445 | 512,824 |
| Debt service: | | | | | | |
| Principal | 608,410 | 208,474 | — | — | 87,720 | 904,604 |
| Interest and other | 219,419 | 408,980 | — | 253 | 174,990 | 803,642 |
| Debt issuance costs | — | 2,751 | — | — | 8,330 | 11,081 |
| Total expenditures | 15,596,036 | 620,205 | 148,009 | 22,770 | 770,993 | 17,158,013 |
| Excess of expenditures over revenue | (871,733) | (482,608) | (148,009) | (15,394) | (651,657) | (2,169,401) |
| Other financing sources (uses): | | | | | | |
| Transfers in | 774,480 | 82,386 | 145,813 | 243 | 162,153 | 1,165,075 |
| Transfers out | (414,916) | — | — | (71,627) | (335,789) | (822,332) |
| Long-term debt issued | 381,791 | — | — | 42,000 | 716,565 | 1,140,356 |
| Capital leases | 2,975 | — | — | — | — | 2,975 |
| Refunding bonds issued | — | 379,498 | — | — | — | 379,498 |
| Total other financing sources (uses) | 744,330 | 461,884 | 145,813 | (29,384) | 542,929 | 1,865,572 |
| Net change in fund balances (deficit) | (127,403) | (20,724) | (2,196) | (44,778) | (108,728) | (303,829) |
| Fund balances (deficit) at beginning of year | (383,755) | 48,759 | (32,026) | 166,112 | 611,848 | 410,938 |
| Fund balances (deficit) at end of year | $ (511,158) | 28,035 | (34,222) | 121,334 | 503,120 | 107,109 |

See accompanying notes to basic financial statements.

PR-CCD-0009689

**COMMONWEALTH OF PUERTO RICO**

Reconciliation of the Statement of Revenue, Expenditures, and Changes in Fund Balances
to the Statement of Activities — Governmental Funds

Year ended June 30, 2007

(In thousands)

| | | |
|---|---|---:|
| Amounts reported for governmental activities in the statement of activities are different because: | | |
| Net change in fund balances — total governmental funds | $ | (303,829) |
| Governmental funds report capital outlays as expenditures. However, in the statement of activities, the cost of those assets is allocated over their estimated useful lives as depreciation expense. This is the amount by which capital outlays ($517,572) exceeded depreciation ($235,691) in the current period. | | 281,881 |
| Impairment of capital assets are expensed in the statement of activities but not reported in the governmental funds as such impairment does not require the use of current financial resources. | | (3,421) |
| Revenue in the statement of activities that do not provide current financial resources are not reported as revenue in the governmental funds. | | 18,499 |
| Debt proceeds provide current financial resources to governmental funds, but issuing debt increases long-term liabilities in the statement of net assets. Repayment of debt principal is an expenditure in the governmental funds, but the repayment reduces long-term liabilities in the statement of net assets. This is the amount by which net proceeds ($1,522,750) exceeded repayments ($904,604). | | (618,146) |
| Income tax revenue that are not currently available are deferred in the governmental funds, but are accruable as revenue in the statement of activities. This is the amount by which deferred revenue increased during the year. | | 98,239 |
| Governmental funds do not report transfers of long-term assets or liabilities because such transfers do not represent financial resources; however, they are recorded in the statement of activities. This amount represents the transfer of property by the Commonwealth to certain municipalities (note 12). | | (28,659) |
| Generally, inventory and prepayments are recorded as expenditures in the governmental funds when purchased rather than capitalized as an asset. However, these assets are capitalized in the statement of net assets. This is the sum of the increase in inventory ($14,764) and net pension asset ($2,921) for the year. | | 11,843 |
| Debt issuance costs are expenditures to governmental funds, but are deferred assets in the statement of net assets. This is the amount of debt issue costs for the year. | | 11,081 |
| Certain interest and other costs reported in the statement of activities do not require the use of current financial resources and therefore are not reported as expenditures in the governmental funds. This is the amount equivalent to the increase in interest payable ($60,234), combined with the amortization of debt issue costs ($11,220), and the net accretion and amortization of debt issue discount and deferred losses ($34,996). | | (106,450) |
| Some expenses reported in the statement of activities do not require the use of current financial resources and, therefore, are not reported as expenditures in the governmental funds. This is the amount by which the net increases in net pension obligation ($351,154), accrued compensated absences ($110,162), and liability for claims and judgments ($149,109) exceeded the net decreases in Christmas bonus liability ($2,488) and liability in federal cost disallowances ($2,888). | | (605,049) |
| Change in deficit of governmental activities | $ | (1,244,011) |

See accompanying notes to basic financial statements.

PR-CCD-0009690

**COMMONWEALTH OF PUERTO RICO**

Statement of Revenue and Expenditures — Budget and Actual —
Budget Basis — General Fund

Year ended June 30, 2007

(In thousands)

| | Original budget | Amended budget | Actual | Variance |
|---|---|---|---|---|
| Revenue: | | | | |
| Income taxes | $ 6,261,000 | 6,238,000 | 6,187,115 | (50,885) |
| Excise taxes | 1,673,000 | 1,489,000 | 1,477,178 | (11,822) |
| Other taxes | 109,000 | 101,000 | 103,073 | 2,073 |
| Sales and use taxes | 643,000 | 576,000 | 582,560 | 6,560 |
| Charge for services | 245,000 | 214,000 | 200,200 | (13,800) |
| Intergovernmental | 14,000 | 15,000 | 14,504 | (496) |
| Revenue from component units | 24,000 | 24,000 | 23,128 | (872) |
| Other | 96,000 | 105,000 | 129,864 | 24,864 |
| Total revenue | 9,065,000 | 8,762,000 | 8,717,622 | (44,378) |
| Expenditures: | | | | |
| Current: | | | | |
| General government | 476,391 | 480,976 | 471,385 | 9,591 |
| Public safety | 2,059,411 | 2,077,070 | 2,053,900 | 23,170 |
| Health | 1,428,648 | 1,432,705 | 1,580,444 | (147,739) |
| Public housing and welfare | 478,586 | 479,342 | 439,626 | 39,716 |
| Education | 3,311,426 | 3,313,911 | 3,494,585 | (180,674) |
| Economic development | 374,245 | 380,324 | 363,512 | 16,812 |
| Intergovernmental | 382,608 | 382,859 | 382,054 | 805 |
| Total expenditures | 8,511,315 | 8,547,187 | 8,785,506 | (238,319) |
| Excess (deficiency) of revenue over (under) expenditures | 553,685 | 214,813 | (67,884) | (282,697) |
| Other financing sources (uses): | | | | |
| Notes payable issued | — | — | 339,564 | 339,564 |
| Transfer in | 98,000 | 121,000 | 144,829 | 23,829 |
| Transfer out | (976,686) | (940,813) | (921,373) | 19,440 |
| Total other financing sources (uses) | (878,686) | (819,813) | (436,980) | 382,833 |
| Excess of expenditures and other financing uses over revenue and other financing sources | $ (325,001) | (605,000) | (504,864) | 100,136 |

See accompanying notes to basic financial statements.

29

**COMMONWEALTH OF PUERTO RICO**

Statement of Net Assets – Proprietary Funds

June 30, 2007

(In thousands)

| Assets | Unemployment insurance | Lotteries | Other proprietary | Total |
|---|---|---|---|---|
| Current assets: | | | | |
| Cash and cash equivalents in commercial banks | $ — | 57,897 | 103,207 | 161,104 |
| Cash and cash equivalents in governmental banks | 461,945 | 68,866 | 80,059 | 610,870 |
| Receivable, net: | | | | |
| Insurance premiums, net | 54,284 | — | 4,600 | 58,884 |
| Component units | — | — | 8,847 | 8,847 |
| Accrued interest | 569 | — | 2,490 | 3,059 |
| Other | 8,929 | 5,443 | 424 | 14,796 |
| Total current assets | 525,727 | 132,206 | 199,627 | 857,560 |
| Noncurrent assets: | | | | |
| Loans receivable from component units, excluding current portion, net | — | — | 220,326 | 220,326 |
| Due from other funds | — | 53,175 | — | 53,175 |
| Restricted investments | — | — | 35,606 | 35,606 |
| Capital assets, net | — | 674 | — | 674 |
| Other | — | 39,994 | 1,710 | 41,704 |
| Total assets | $ 525,727 | 226,049 | 457,269 | 1,209,045 |
| **Liabilities and Net Assets (Deficit)** | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | $ — | 4,675 | 2,487 | 7,162 |
| Due to other funds | — | 61,446 | — | 61,446 |
| Deferred revenue | 10,156 | 16,716 | 28 | 26,900 |
| Compensated absences | — | 2,346 | 1,599 | 3,945 |
| Lottery awards | — | 55,377 | — | 55,377 |
| Insurance benefits payable | 56,781 | — | 1,134 | 57,915 |
| Total current liabilities | 66,937 | 140,560 | 5,248 | 212,745 |
| Noncurrent liabilities: | | | | |
| Compensated absences | — | 1,720 | 332 | 2,052 |
| Lottery awards | — | 236,913 | — | 236,913 |
| Total liabilities | $ 66,937 | 379,193 | 5,580 | 451,710 |
| Net assets (deficit): | | | | |
| Invested in capital assets | $ — | 674 | — | 674 |
| Restricted for: | | | | |
| Payment of insurance benefits | 458,790 | — | 153,380 | 612,170 |
| Capital projects | — | — | 298,309 | 298,309 |
| Unrestricted | — | (153,818) | — | (153,818) |
| Total net assets (deficit) | $ 458,790 | (153,144) | 451,689 | 757,335 |

See accompanying notes to basic financial statements.

PR-CCD-0009692

**COMMONWEALTH OF PUERTO RICO**

Statement of Revenue, Expenses and Changes in Net Assets —
Proprietary Funds

Year ended June 30, 2007

(In thousands)

| | Unemployment insurance | Lotteries | Other proprietary funds | Total |
|---|---|---|---|---|
| Operating revenues: | | | | |
| Lottery ticket sales | $ — | 869,168 | — | 869,168 |
| Insurance premiums | 243,571 | — | 20,313 | 263,884 |
| Interest | — | — | 7,434 | 7,434 |
| Other | — | 53 | — | 53 |
| Total operating revenues | 243,571 | 869,221 | 27,747 | 1,140,539 |
| Operating expenses: | | | | |
| Lottery awards | — | 544,138 | — | 544,138 |
| Insurance benefits | 192,484 | — | 4,510 | 196,994 |
| General, administrative, and other operating expenses | — | 134,802 | 22,350 | 157,152 |
| Depreciation and amortization | — | 334 | — | 334 |
| Total operating expenses | 192,484 | 679,274 | 26,860 | 898,618 |
| Operating income | 51,087 | 189,947 | 887 | 241,921 |
| Nonoperating revenue: | | | | |
| Contributions from federal government | 6,580 | — | 36,900 | 43,480 |
| Interest and investment earnings | 27,872 | 7,097 | 2,208 | 37,177 |
| Total nonoperating revenue | 34,452 | 7,097 | 39,108 | 80,657 |
| Income before transfers | 85,539 | 197,044 | 39,995 | 322,578 |
| Transfers from general fund | — | 16,863 | 7,458 | 24,321 |
| Transfers to general fund | (169,933) | (197,044) | (87) | (367,064) |
| Net change in net assets (deficit) | (84,394) | 16,863 | 47,366 | (20,165) |
| Net assets (deficit) at beginning of year | 543,184 | (170,007) | 404,323 | 777,500 |
| Net assets (deficit) at end of year | $ 458,790 | (153,144) | 451,689 | 757,335 |

See accompanying notes to basic financial statements.

31

PR-CCD-0009693

**COMMONWEALTH OF PUERTO RICO**

Statement of Cash Flows –
Proprietary Funds

Year ended June 30, 2007

(In thousands)

| | Unemployment insurance | Lotteries | Other proprietary | Total |
|---|---|---|---|---|
| Cash flows from operating activities: | | | | |
| Receipts from customers and users | $ 244,304 | 868,280 | 23,855 | 1,136,439 |
| Other receipts | — | 53 | 15,429 | 15,482 |
| Payments to suppliers and employees | — | (138,084) | (22,217) | (160,301) |
| Payment of lottery prizes | — | (555,550) | — | (555,550) |
| Payments of insurance benefits | (205,537) | — | (4,623) | (210,160) |
| Other payments | — | — | (50,874) | (50,874) |
| Net cash provided by (used in) operating activities | 38,767 | 174,699 | (38,430) | 175,036 |
| Cash flows from noncapital financing activities: | | | | |
| Intergovernmental grants and contributions | 6,580 | — | 36,900 | 43,480 |
| Transfers from general fund | — | — | 7,458 | 7,458 |
| Transfers to other funds | (146,923) | (176,242) | (87) | (323,252) |
| Net cash provided by (used in) noncapital financing activities | (140,343) | (176,242) | 44,271 | (272,314) |
| Cash flows from investing activities: | | | | |
| Interest received on deposits and investments | 27,870 | 7,097 | 2,178 | 37,145 |
| Purchases of investments | — | — | (2,133) | (2,133) |
| Net cash provided by (used in) investing activities | 27,870 | 7,097 | 45 | 35,012 |
| Net increase (decrease) in cash and cash equivalents | (73,706) | 5,554 | 5,886 | (62,266) |
| Cash and equivalents at beginning of year | 535,651 | 121,209 | 177,380 | 834,240 |
| Cash and cash equivalents at end of year | $ 461,945 | 126,763 | 183,266 | 771,974 |
| Reconciliation of operating income to net cash provided by (used in) operating activities: | | | | |
| Operating income | $ 51,086 | 189,947 | 887 | 241,920 |
| Adjustments to reconcile operating income to net cash provided by (used in) operating activities: | | | | |
| Depreciation and amortization | — | 334 | — | 334 |
| Interests earned on deposits loans and investments | — | — | (173) | (173) |
| Changes in operating assets and liabilities: | | | | |
| Decrease (increase) in accounts and loans receivable | 2,322 | (888) | (37,468) | (36,034) |
| Decrease in other assets | — | 378 | 11 | 389 |
| Decrease in obligation for unpaid lottery awards | — | (11,412) | — | (11,412) |
| Decrease in due to other funds | — | (2,269) | — | (2,269) |
| Increase (decrease) in deferred revenues | (1,589) | (2,299) | 2 | (3,886) |
| Increase (decrease) in compensated absences | — | (251) | (1,186) | (1,437) |
| Increase (decrease) in liability for insurance benefits payable | (13,052) | — | (113) | (13,165) |
| Increase (decrease) in accounts payable and accrued liabilities | — | 1,159 | (390) | 769 |
| Total adjustments | (12,319) | (15,248) | (39,317) | (66,884) |
| Net cash provided by (used in) operating activities | $ 38,767 | 174,699 | (38,430) | 175,036 |

See accompanying notes to basic financial statements.

PR-CCD-0009694

# COMMONWEALTH OF PUERTO RICO

Statement of Fiduciary Net Assets

June 30, 2007

(In thousands)

| Assets | | Pension trust | Special deposits – agency |
|---|---|---|---|
| Cash and cash equivalents in commercial banks and U.S. Treasury | $ | 77,642 | 653,310 |
| Cash and cash equivalents in governmental banks: | | | |
| Unrestricted | | 269,953 | 189,454 |
| Restricted | | 2,310 | — |
| Investments: | | | |
| Debt and equity securities, at fair value | | 4,618,650 | — |
| Other | | 94,470 | 15,606 |
| Receivables, net: | | | |
| Accounts | | 119,890 | — |
| Loans and advances | | 941,691 | — |
| Accrued interest and dividends | | 9,668 | — |
| Due from general fund | | 4,615 | — |
| Other | | 31,639 | — |
| Capital assets, net | | 34,366 | — |
| Other assets | | 8,071 | — |
| Total assets | | 6,212,965 | 858,370 |
| **Liabilities** | | | |
| Accounts payable and accrued liabilities | | 75,701 | 858,370 |
| Other liabilities | | 1,570 | — |
| Total liabilities | | 77,271 | 858,370 |
| **Net Assets** | | | |
| Net assets held in trust for pension and other benefits | $ | 6,135,694 | — |

See accompanying notes to basic financial statements.

33

PR-CCD-0009695

## COMMONWEALTH OF PUERTO RICO

Statement of Changes in Fiduciary Net Assets – Pension Trust Funds

Year ended June 30, 2007

(In thousands)

| | | |
|---|---|---:|
| **Additions:** | | |
| Contributions: | | |
| Sponsor | $ | 497,346 |
| Participants | | 469,428 |
| Special | | 156,453 |
| Total contributions | | 1,123,227 |
| Interest and investment income: | | |
| Interest | | 135,045 |
| Dividends | | 28,372 |
| Net change in fair value of investments | | 782,754 |
| Investment expenses | | (19,349) |
| Net interest and investment income | | 926,822 |
| Other income | | 21,171 |
| Total additions | | 2,071,220 |
| **Deductions:** | | |
| Pension and other benefits | | 1,255,681 |
| Refunds of contributions | | 38,790 |
| General and administrative | | 62,123 |
| Total deductions | | 1,356,594 |
| Net change in net assets held in trust for pension and other benefits | | 714,626 |
| Net assets held in trust for pension and other benefits: | | |
| Beginning of year | | 5,421,068 |
| End of year | $ | 6,135,694 |

See accompanying notes to basic financial statements.

PR-CCD-0009696

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Net Assets —
Major Component Units

June 30, 2007

(In thousands)

| Assets | | Government Development Bank for Puerto Rico | Puerto Rico Aqueduct and Sewer Authority | Puerto Rico Electric Power Authority | Puerto Rico Health Insurance Administration | Puerto Rico Highways and Transportation Authority | Puerto Rico Infrastructure Financing Authority | Puerto Rico Sales Tax Financing Corporation | University of Puerto Rico | Total nonmajor component units | Total component units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ | 2,821,798 | 45,420 | 40,441 | 49,821 | 37,299 | — | — | 9,108 | 131,387 | 3,135,274 |
| Cash and cash equivalents in governmental banks | | — | 514 | — | — | 30,270 | 41,076 | — | 42,534 | 515,198 | 629,592 |
| Investments, including collateral from securities lending transactions | | 794,926 | — | — | — | — | — | — | — | 1,679,287 | 2,474,213 |
| Receivables, net: | | | | | | | | | | | |
| Insurance premium | | — | — | — | — | — | — | — | — | 108,709 | 108,709 |
| Intergovernmental | | — | 6,104 | — | — | — | — | — | 22,330 | 2,422 | 30,856 |
| Accounts | | — | 115,562 | 543,225 | — | 9,414 | — | 16,737 | 14,367 | 195,355 | 894,660 |
| Loans and advances | | 4,755,973 | — | — | — | — | — | — | — | 59,300 | 4,815,273 |
| Accrued interest | | 469,702 | — | 6,481 | 194 | — | 1,818 | 319 | — | 33,487 | 512,001 |
| Other governmental entities | | — | 74,043 | 128,046 | 20,610 | — | 11,569 | — | — | 60,377 | 294,645 |
| Other | | — | — | 109,261 | 11,459 | — | 34,226 | — | 73,214 | 295,030 | 523,190 |
| Due from: | | | | | | | | | | | |
| Primary government | | — | — | 145,218 | 148,900 | — | — | — | 23,355 | 75,212 | 392,685 |
| Component units | | 411,374 | — | 31,909 | — | — | — | — | 19,337 | 20,985 | 483,605 |
| Inventories | | — | 16,912 | 308,739 | — | — | — | — | 6,438 | 38,055 | 370,144 |
| Prepaid expenses | | — | 742 | 6,177 | 189 | 2,881 | 808 | — | 23,527 | 14,813 | 49,137 |
| Total current assets | | 9,253,773 | 259,297 | 1,319,497 | 231,173 | 79,864 | 89,497 | 17,056 | 234,210 | 3,229,617 | 14,713,984 |
| Noncurrent assets: | | | | | | | | | | | |
| Restricted assets: | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | | 82,755 | 126,341 | 427,236 | — | 2,355 | 87,695 | — | 11,455 | 131,269 | 867,106 |
| Cash and cash equivalents in governmental banks | | — | 33,166 | — | — | 37,922 | 20,171 | 110,778 | 3,525 | 592,721 | 798,283 |
| Investments and other restricted assets | | 1,381,798 | — | 581,977 | — | 823,001 | 1,956,429 | — | 360,261 | 1,935,634 | 7,039,100 |
| Investments | | — | — | — | — | — | — | — | — | 1,564,448 | 1,564,448 |
| Receivables: | | | | | | | | | | | |
| Loans, interest, and other | | — | — | — | — | — | — | — | 2,975 | 119,856 | 122,831 |
| Interest-bearing deposits with other banks | | — | — | — | — | — | — | — | — | 5,174 | 5,174 |
| Other governmental entities | | — | — | — | — | — | — | — | — | 31,617 | 31,617 |
| Other | | — | — | — | — | — | — | — | — | 481 | 481 |
| Due from: | | | | | | | | | | | |
| Primary government | | — | — | 30,427 | — | — | — | — | 72,498 | — | 102,925 |
| Component units | | 1,064,208 | — | — | — | — | — | — | — | 9,042 | 1,073,250 |
| Real estate held for sale and future development | | 66,688 | — | — | — | — | — | — | — | 182,476 | 249,164 |
| Capital assets, not being depreciated | | 10,971 | 1,039,907 | 2,348,484 | — | 2,997,138 | 1,228,334 | — | 140,147 | 1,278,145 | 9,043,126 |
| Capital assets, depreciable, net | | 13,554 | 4,207,861 | 3,406,084 | 571 | 8,242,044 | 173 | — | 660,198 | 2,134,487 | 18,664,972 |
| Deferred expenses and other assets | | 53,337 | 29,136 | 127,985 | — | 160,371 | 60,923 | — | — | 58,725 | 490,477 |
| Total noncurrent assets | | 2,673,311 | 5,434,411 | 6,922,193 | 571 | 12,262,831 | 3,353,725 | 110,778 | 1,251,059 | 8,044,075 | 40,052,954 |
| Total assets | $ | 11,927,084 | 5,693,708 | 8,241,690 | 231,744 | 12,342,695 | 3,443,222 | 127,834 | 1,485,269 | 11,273,692 | 54,766,938 |

See accompanying notes to basic financial statements.

(Continued)

PR-CCD-0009697

COMMONWEALTH OF PUERTO RICO

Combining Statement of Net Assets –
Major Component Units

June 30, 2007

(In thousands)

| Liabilities and Net Assets | Government Development Bank for Puerto Rico | Puerto Rico Aqueduct and Sewer Authority | Puerto Rico Electric Power Authority | Puerto Rico Health Insurance Administration | Puerto Rico Highways and Transportation Authority | Puerto Rico Infrastructure Financing Authority | Puerto Rico Sales Tax Financing Corporation | University of Puerto Rico | Total nonmajor component units | Total component units |
|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 103,361 | 301,159 | 653,162 | 146,948 | 141,560 | 89,771 | — | 115,454 | 943,037 | 2,494,452 |
| Deposits and escrow liabilities | 5,469,794 | 5,429 | 159,104 | — | — | — | — | — | 539,883 | 6,174,210 |
| Due to: | | | | | | | | | | |
| Primary government | — | 9,027 | — | 27,600 | — | — | — | — | 114,837 | 151,464 |
| Component units | — | 76,054 | 41,732 | — | — | 1,364 | — | 15,368 | 364,450 | 498,968 |
| Other governmental entities | — | — | — | — | — | — | — | 41 | 23,253 | 23,294 |
| Securities lending transactions and reverse repurchase agreements | 455,000 | — | — | — | — | — | — | — | 357,877 | 812,877 |
| Interest payable | 48,311 | 10,591 | 102,935 | — | 139,136 | 63,249 | — | 5,833 | 127,113 | 497,168 |
| Deferred revenue | — | 21,901 | — | — | — | 77 | — | 36 | 102,440 | 124,454 |
| Notes payable, current portion | 692,846 | 18,409 | 387,277 | — | — | 40 | — | — | 150,425 | 1,230,568 |
| Commonwealth appropriation bonds, current portion | 39 | — | — | — | — | 40 | — | — | 2,529 | 21,017 |
| Bonds payable, current portion | 70,698 | 19,989 | 361,694 | — | 66,020 | 32,225 | — | 22,790 | 113,882 | 687,298 |
| Compensated absences | 5,015 | 12,386 | 95,882 | 453 | 15,985 | 128 | — | 24,920 | 98,421 | 253,190 |
| Workers compensation claims | — | — | — | — | — | — | — | — | 687,829 | 687,829 |
| Liability for automobile accident benefit payments | — | — | — | — | — | — | — | — | 118,273 | 118,273 |
| Current portion of other long-term liabilities | — | — | 78,226 | — | 3,393 | — | — | 1,100 | 37,289 | 120,008 |
| Total current liabilities | 6,845,064 | 474,925 | 1,880,012 | 175,001 | 366,094 | 186,854 | — | 185,542 | 3,781,538 | 13,895,030 |
| **Noncurrent liabilities:** | | | | | | | | | | |
| Due to: | | | | | | | | | | |
| Primary government | — | 220,146 | — | — | — | — | — | 7,108 | 227,254 | |
| Component units | — | 63,470 | 7,757 | — | — | 51,926 | 303,024 | 21,903 | 603,299 | 1,051,379 |
| Deferred revenue | — | — | — | — | — | — | — | — | 21,537 | 21,537 |
| Notes payable | 1,587,067 | 250,000 | 467,784 | — | — | — | — | — | 1,360,358 | 3,665,209 |
| Commonwealth appropriation bonds | 10,160 | 1,052,759 | — | — | — | 10,467 | — | — | 293,906 | 1,367,292 |
| Bonds payable | 1,212,556 | 1,270,664 | 5,286,015 | — | 6,939,220 | 3,065,378 | — | 715,062 | 2,208,782 | 20,703,687 |
| Compensated absences | 997 | 54,165 | 128,714 | 302 | 10,691 | 222 | — | 119,608 | 20,196 | 334,895 |
| Other long-term liabilities | — | 63,595 | — | — | 31,940 | 6,000 | — | 79,727 | 163,284 | 344,546 |
| Total noncurrent liabilities | 2,810,780 | 2,980,799 | 5,890,270 | 302 | 6,981,861 | 3,133,993 | 303,024 | 936,300 | 4,678,470 | 27,715,799 |
| Total liabilities | 9,655,844 | 3,455,724 | 7,770,282 | 175,303 | 7,347,955 | 3,320,847 | 303,024 | 1,121,842 | 8,460,008 | 41,610,829 |
| **Net assets:** | | | | | | | | | | |
| Invested in capital assets, net of related debt | 24,525 | 2,987,685 | 168,307 | 571 | 4,281,724 | 1,228,507 | — | 231,026 | 1,634,149 | 10,556,494 |
| Restricted for: | | | | | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | 1,341,602 | — | 62,406 | — | 1,404,008 |
| Capital projects | — | — | 315,154 | — | 71,674 | 624,911 | — | 24,791 | 99,930 | 1,136,460 |
| Debt service | 25,504 | — | — | — | 630,893 | 14,362 | (175,190) | 56,234 | 151,207 | 703,010 |
| Affordable housing and related loan insurance programs | 274,422 | — | — | — | — | — | — | — | 417,927 | 692,349 |
| Student loans and other educational purposes | — | — | — | — | — | — | — | 7,686 | 7,729 | 15,415 |
| Other specified purposes | — | 19,284 | — | — | — | 18,886 | — | 32,136 | 120,012 | 190,318 |
| Unrestricted (deficit) | 1,946,789 | (768,985) | (12,053) | 55,870 | 10,449 | (3,105,893) | — | (50,852) | 382,730 | (1,541,945) |
| Total net assets (deficit) | 2,271,240 | 2,237,984 | 471,408 | 56,441 | 4,994,740 | 122,375 | (175,190) | 363,427 | 2,813,684 | 13,156,109 |
| Total liabilities and net assets (deficit) | $ 11,927,084 | 5,693,708 | 8,241,690 | 231,744 | 12,342,695 | 3,443,222 | 127,834 | 1,485,269 | 11,273,692 | 54,766,938 |

PR-CCD-0009698

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Activities –
Major Component Units

Year ended June 30, 2007

(in thousands)

| | Expenses | Program revenues | | | Net revenue (expenses) and changes in net assets | General revenues | | | | | | | Change in net assets | Net assets, beginning of year | Net assets, (deficit) end of year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Charges for services | Operating grants and contributions | Capital grants and contributions | | Payments from primary government | Payments from (to) component units | Contributions not restricted to specific programs | Taxes | Interest and investment earnings | Gain on sale of assets | Other | | | |
| Major component units: | | | | | | | | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 738,285 | 773,804 | — | 124,358 | 99,877 | 65,850 | 608 | — | — | 7,560 | — | 8,469 | 174,604 | 2,096,436 | 2,271,240 |
| Puerto Rico Aqueduct and Sewer Authority | 831,742 | 755,538 | 22,162 | — | (45,042) | 700 | 43,648 | — | — | — | — | — | 14,168 | 2,223,816 | 2,237,984 |
| Puerto Rico Electric Power Authority | 3,798,245 | 3,680,950 | — | — | (117,855) | — | — | 57,137 | — | 20,992 | — | — | (39,726) | 511,184 | 471,408 |
| Puerto Rico Health Insurance Administration | 1,504,330 | 501,090 | — | — | (1,003,240) | 1,142,347 | — | — | — | 4,129 | — | — | 53,236 | 3,205 | 56,441 |
| Puerto Rico Highways and Transportation Authority | 929,314 | 280,435 | — | 126,718 | (522,161) | — | — | — | 302,871 | 29,185 | — | — | (190,105) | 5,184,845 | 4,994,740 |
| Puerto Rico Infrastructure Financing Authority | 146,168 | — | — | — | (146,168) | 98,320 | 125 | — | — | 93,737 | — | — | 46,014 | 76,361 | 122,375 |
| Puerto Rico Sales Tax Financing Corporation | 240,238 | — | — | — | (240,238) | — | (62,786) | — | 126,712 | 1,122 | — | — | (175,190) | — | (175,190) |
| University of Puerto Rico | 1,331,332 | 159,724 | 140,422 | — | (1,031,186) | 861,502 | 70,338 | 115,955 | — | 9,116 | — | 7,486 | 33,212 | 330,215 | 363,427 |
| Nonmajor component units | 2,621,106 | 1,790,211 | 37,548 | 20,393 | (772,754) | 445,345 | (51,933) | 3,068 | 58,836 | 352,142 | 25,669 | 55,193 | 95,556 | 1,718,118 | 1,813,684 |
| | $ 12,280,760 | 7,941,192 | 201,532 | 231,469 | (3,866,767) | 2,614,065 | — | 176,160 | 488,419 | 518,823 | 25,669 | 56,350 | 11,919 | 13,146,190 | 13,156,109 |

See accompanying notes to basic financial statements.

PR-CCD-0009699

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

## (1) Summary of Significant Accounting Policies

The Commonwealth of Puerto Rico (the Commonwealth) was constituted on July 25, 1952, under the provisions of its Constitution as approved by the people of Puerto Rico and the U.S. Congress. The Commonwealth's Constitution provides for the separation of powers of the executive, legislative, and judicial branches of the government. The Commonwealth assumes responsibility for public safety, health, public housing and welfare, education, and economic development.

The accompanying basic financial statements of the Commonwealth have been prepared in conformity with U.S. generally accepted accounting principles (GAAP) as prescribed by the Governmental Accounting Standards Board (GASB).

The accompanying basic financial statements present the financial position of the Commonwealth and its various funds, the results of operations of the Commonwealth and its various funds and fund types, and the cash flows of the proprietary funds. The basic financial statements are presented as of June 30, 2007 and for the year then ended. The basic financial statements include the various departments, agencies, boards, commissions, public trusts and public corporations, and any other organizational units governed by the Puerto Rico Legislature and/or officers of the Commonwealth.

### (a) The Financial Reporting Entity

The accompanying basic financial statements include all departments, agencies, and governmental entities whose funds are under the custody and control of the Secretary of the Treasury of the Commonwealth and the Commonwealth's component units pursuant to Act No. 230 of July 23, 1974, as amended, known as Commonwealth of Puerto Rico Accounting Law. The Commonwealth has considered all potential component units for which it is financially accountable and other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading or incomplete. The GASB has set forth criteria to be considered in determining financial accountability. These criteria include appointing a voting majority of an organization's governing body and (1) the ability of the Commonwealth to impose its will on that organization or (2) the potential for the organization to provide specific financial benefits to, or impose specific financial burdens on, the Commonwealth.

As required by U.S. GAAP, these basic financial statements present the Commonwealth and its component units.

### (b) Component Units

Component units are entities that are legally separate organizations for which the Commonwealth's elected officials are financially accountable or other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading and incomplete. GAAP details two methods of presentation: blending the financial data of the component units' balances and transactions in a manner similar to the presentation of the Commonwealth's balances and transactions; or discrete presentation of the component units' financial data in columns separate from the Commonwealth's balances and transactions. The Commonwealth is financially accountable

38 (Continued)

PR-CCD-0009700

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

because it appoints the members of the governing authorities of each of the component units and because it is able to impose its will on these organizations or because the organizations provide financial benefits or impose financial burdens on the Commonwealth. The financial statements of the component units discussed below have been included in the financial reporting entity either as blended component units or as discretely presented component units in accordance with GASB Statement No. 14, *The Financial Reporting Entity*, as amended by GASB Statement No. 39, *Determining Whether Certain Organization are Component Units*.

**Blended Component Units**

The following entities, while legally separate from the Commonwealth, meet the criteria to be reported as part of the primary government because they provide services entirely or almost entirely to the Commonwealth.

*Public Buildings Authority (PBA)* – PBA is governed by a six-member board comprised by the Secretary of the Department of Transportation and the Public Works (DTPW), the Secretary of the Department of Education of the Commonwealth, the Interim President of the Government Development Bank for Puerto Rico (GDB), and three members appointed by the Governor of Puerto Rico with the advice and consent of the Senate. It is a legally separate entity, whose activities are blended within the primary government because it exists to construct, purchase, or lease office, school, health, correctional, social welfare, and other facilities for lease to the Commonwealth's departments, component units, and instrumentalities. Bonds issued by PBA to finance such facilities are payable from lease collections, which are largely derived from Commonwealth appropriations and are further secured by the Commonwealth's guaranty.

*Puerto Rico Maritime Shipping Authority (PRMSA)* – PRMSA is governed by the President of GDB. The operations of PRMSA consist of servicing the long-term liability to third parties that resulted from the sale of certain maritime operations formerly owned and operated by PRMSA. The Commonwealth is required to annually appropriate funds in its general operating budget to provide for the payment of principal and interest on such debt [see note 14 (d)].

*The Children's Trust (the Trust)* – The Trust is governed by a seven-member board comprised by the Governor, who designated the president of the board, the President of GDB, the Director of the Office of Management and Budget (OMB) of the Commonwealth, the Secretary of Justice of the Commonwealth, and three private citizens appointed by the Governor with the consent of the Senate. The Trust's sole operation consists of providing financial assistance principally to the Commonwealth's departments to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico, especially in the areas of education, recreation, and health. The operation of the Trust is financed with the moneys being received by the Commonwealth from a global settlement agreement (GSA) dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The agreement calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies shall continue making contributions in perpetuity.

(Continued)

PR-CCD-0009701

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

The blended component units are composed of various funds. The PBA capital projects fund and the Trust special revenue fund are presented as major governmental funds. All other funds are reported in the other governmental funds column. Complete financial statements of the blended component units can be obtained directly by contacting their respective administrative offices at:

Public Buildings Authority
P.O. Box 41029 Minillas Station
San Juan, PR 00940-1029

Puerto Rico Maritime
Shipping Authority
P.O. Box 42001
San Juan, PR 00940-2001

The Children's Trust
P.O. Box 42001
San Juan, PR 00940-2001

**Discretely Presented Component Units**

The following component units, consistent with GASB No. 14, are discretely presented in the basic financial statements because of the nature of the services they provide, the Commonwealth's ability to impose its will, principally through the appointment of their governing authorities, and because the component units provide specific financial benefits to, or impose financial burdens on, the Commonwealth. These have been classified by management between major and nonmajor component units. A major discretely presented component unit is defined as those component units that meet ten percent or more of total assets, liabilities, net assets, revenue or expenses of all discretely presented component units. If a component unit is expected to meet the minimum criteria for inclusion as major component unit in a future year, the Commonwealth may elect to report as a major component unit.

**Major Component Units**

*Government Development Bank for Puerto Rico (GDB)* – GDB is governed by a seven-member board appointed by the Governor. GDB acts as fiscal agent, depository of funds, disbursing agent, investor and financial advisor for the Commonwealth, its public corporations, and municipalities in connection with the issuance of bonds and notes; and it also makes loans and advances funds predominantly to the Commonwealth's departments, component units, and municipalities. GDB's board of directors' members are executives on a trustworthy position, named and supervised by the Governor.

*Puerto Rico Aqueduct and Sewer Authority (PRASA)* – PRASA is governed by a nine-member board comprising five members appointed by the Governor, the Secretary of DTPW, the President of GDB, and two members elected in a referendum carried out by the Puerto Rico Consumer Affairs Department. PRASA owns and operates the system of public water supply and sanitary sewer facilities. PRASA is authorized, among other things, to borrow money and issue revenue bonds for any of its corporate purposes. Through the approval of Act No. 328 of 1998, as discussed in note 15(a), the Commonwealth guarantees the principal and interest payments of certain outstanding bonds and of all future bonds issued to refinance those outstanding bonds, and other loans under the State Revolving Fund Program (SRFP).

40                                                                                              (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

***Puerto Rico Electric Power Authority (PREPA)*** – PREPA is governed by a nine-member board comprising the Secretary of DTPW, six members appointed by the Governor with the consent of the Senate, and two members representing the consumers' interest elected in a referendum carried out by the Puerto Rico Consumer Affairs Department. Board members are appointed or elected for a period of four years. PREPA is responsible for conserving, developing, and utilizing the power resources of Puerto Rico and owns and operates the Commonwealth's electrical power generation, transmission, and distribution system. The Commonwealth provides financial support to PREPA through legislative appropriation.

***Puerto Rico Health Insurance Administration (PRHIA)*** – PRHIA is governed by a nine-member board comprising the Secretary of Health of the Commonwealth, the Secretary of the Treasury of the Commonwealth, and the Insurance Commissioner of Puerto Rico, being these members inherent by law, and six additional members appointed by the Governor, with the consent of the Senate. PRHIA was created for implementing, administering, and negotiating a health insurance system through contracts with insurance underwriters to provide quality medical and hospital care to low-income individuals, employees of the Commonwealth, and policemen who voluntarily subscribe to the Puerto Rico health insurance medical plan. The board of directors' president is elected by the Governor and all board of directors' members is executives on a trustworthy position. The Commonwealth provides financial support to PRHIA through legislative appropriations.

***Puerto Rico Highways and Transportation Authority (PRHTA)*** – PRHTA is governed by the Secretary of DTPW. PRHTA has broad powers to carry out its responsibilities in accordance with DTPW's overall transportation policies. These powers include, among other things, the complete control and supervision of any highway facilities constructed, owned, or operated by PRHTA, the ability to set tolls for the use of the highway facilities, and the power to issue bonds, notes, or other obligations. PRHTA plans and manages the construction of all major projects relating to the Commonwealth's toll highway system, undertakes major repairs, and maintains the toll ways. The Commonwealth has the ability to significantly influence rates charged by PRHTA.

***Puerto Rico Infrastructure Financing Authority (PRIFA)*** – PRIFA is governed by the board of directors of GDB and the Secretary of the Treasury of the Commonwealth. Its responsibilities are to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other component units and governmental instrumentalities of the Commonwealth, which are authorized to develop infrastructure facilities and to establish alternate means for financing them. PRIFA's boards of directors' members are executives on a trustworthy position, named and supervised by the Governor. The Commonwealth provides financial support to PRIFA through legislative appropriations.

***Puerto Rico Sales Tax Financing Corporation (known as COFINA by its Spanish acronym)*** – COFINA was created by Act No. 291 of December 26, 2006 as an independent governmental instrumentality to own and hold the dedicated sales tax fund (known as FIA by its Spanish acronym), for the purpose of financing the repayments and refundings of the Commonwealth's extra-constitutional debt. The FIA Fund was created by Act No. 91 of May 13, 2006 to receive and account for the first 1% of the new sales and use tax established as described in note 3(c). The members of the board of directors of COFINA are the same as the ones of GDB.

41                                                              (Continued)

PR-CCD-0009703

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*University of Puerto Rico (UPR)* – UPR is governed by a thirteen-member board of trustees comprising one full-time student, two permanent professors, and ten community citizens of the private sector, of which at least one must be graduated from the institution. Community citizens are designated by the Governor with the advice and consent of the Senate. Members designated by the Governor are appointed for a period of four to eight years. The terms for the student and professors are one year. The Commonwealth provides financial support to UPR through legislative appropriations.

**Nonmajor Component Units**

*Agricultural Services and Development Administration (ASDA)* – ASDA is governed by the Secretary of Agriculture of the Commonwealth. The purpose of ASDA is to provide a wide variety of services and incentives to the agricultural sector. The government has the ability to impose its will. The Commonwealth provides financial support to ASDA through legislative appropriations.

*Automobile Accidents Compensations Administration (AACA)* – AACA is governed by a four-member board appointed by the Governor with the advice and consent of the Senate. AACA operates a system of compulsory insurance coverage for all registered motor vehicles and compensates citizens for injuries arising from motor vehicle accidents. The Commonwealth has the ability to significantly influence rates charged by AACA.

*Cardiovascular Center Corporation of Puerto Rico and the Caribbean (CCCPRC)* – CCCPRC is governed by a five-member board comprising of the Secretary of Health of the Commonwealth, the Director of the Medical Sciences Campus of the UPR, the Executive Director of the Puerto Rico Medical Services Administration, and two additional members appointed by the Governor with the consent of the Senate, one of which should be from the Cardiology Society of Puerto Rico and another a member of a cardiology foundation properly registered in the Department of State of the Commonwealth. The purpose of the CCCPRC is to provide special treatment to patients suffering from cardiovascular diseases. The Commonwealth provides financial support to CCCPRC through legislative appropriations.

*Caribbean Basin Projects Financing Authority (CBPFA)* – CBPFA is governed by a seven-member board comprising of the Secretary of State of the Commonwealth, the Executive Director of the Puerto Rico Industrial Development Company (PRIDCO), the President of GDB, the President of the Economic Development Bank for Puerto Rico (EDB), and three citizens, including at least two from the private sector, appointed by the Governor with the advice and consent of the Senate. CBPFA is authorized to issue revenue bonds and to lend the proceeds thereof to finance projects for the development of the Caribbean Basin countries that were authorized to receive investments of funds under the provisions of Section 936 of the U.S. Internal Revenue Code. The Commonwealth has access to CBPFA's resources.

*Culebra Conservation and Development Authority (CCDA)* – CCDA is a component unit of the Commonwealth created by Law No. 66 of June 22, 1975, as amended, to formulate, adopt, and administer the program and plan for the conservation, use, and development of natural resources of the municipality of Culebra. CCDA is administered through a board of directors composed of seven members, including the Mayor of Culebra. The administration and operations of the CCDA are conducted by an executive director elected by the board of directors.

(Continued)

PR-CCD-0009704

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*Economic Development Bank for Puerto Rico (EDB)* – EDB is governed by a nine-member board comprising the President of GDB, who is the Chairman, the Secretary of Agriculture of the Commonwealth, the Secretary of the Department of Economic Development and Commerce of the Commonwealth, the Executive Director of the Puerto Rico Industrial Development Company, the Executive Director of the Tourism Company of Puerto Rico, and four other members representing the private sector and appointed by the Governor with the consent of the Senate. Private sector members are appointed for a maximum period of three years. EDB is responsible for the promotion and development of the private sector economy of the Commonwealth. This purpose is to be met by granting direct loans, loan guarantees, loan participation, and/or direct investments to any person or business organization devoted to manufacturing, agriculture, trade, tourism, or other service enterprises with preference to but not limited to economic activities that may have the effect of substituting imports. The Commonwealth has the ability to impose its will on this component unit.

*Employment and Training Enterprises Corporation (ETEC)* – ETEC is governed by a consultant board, which includes two private citizens appointed by the Governor with the consent of the Senate. The purpose of ETEC is to provide training, management, development, and employment for inmates of the correctional institutions of the Commonwealth. The Commonwealth provides financial support to ETEC through legislative appropriations.

*Farm Insurance Corporation of Puerto Rico (FICPR)* – FICPR is governed by a five-member board consisting of the Secretary of Agriculture of the Commonwealth, the Dean of the Agricultural Sciences Faculty of the UPR Mayaguez Campus, a representative of GDB, and two bona fide farmers appointed by the Governor with the consent of the Senate. The purpose of the FICPR is to provide insurance to farmers against losses in their farms caused by natural disasters.

*Fine Arts Center Corporation (FACC)* – FACC is governed by a nine-member board comprising the President of the Musical Arts Corporation and eight members named by the Governor. FACC was created with the purpose of administering the Fine Arts Center. The Commonwealth provides financial support to FACC through legislative appropriations.

*Governing Board of the 9-1-1 Service (911 Service)* – The Governing Board of 911 Service (the Board) is governed by a five-member board comprising the Chief of Police, the Executive Director of the Medical Emergency Services, the Director of the State Emergency Management Agency, the Chief of the Puerto Rico Firefighters Corps, and one member appointed by consensus of the four ex-officio members to represent the public interest. The 911 Service is responsible for providing an efficient service of fast response to emergency calls through the 911 number and transferring these to the appropriate response agencies using technological and human resources to safeguard lives and properties. The Commonwealth has access to 911 Service's resources.

*Institute of Puerto Rican Culture (IPRC)* – The Institute is governed by a nine-member board comprising the President of Musical Arts Corporation and eight members appointed by the Governor with the advice and consent of the Senate. The Institute is responsible for implementing the public policy related to the development of Puerto Rican arts, humanities and culture. The Commonwealth provides financial support to IPRC through legislative appropriations.

43                                                (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

***Institutional Trust of the National Guard of Puerto Rico (ITNGPR)*** – ITNGPR is governed by a seven-member board comprising of the National Guard Special Assistant, the President of GDB, the Secretary of Justice of the Commonwealth, three militaries from the Puerto Rico National Guard, and one representative from the community recommended by the National Guard Special Assistant and appointed by the Governor. ITNGPR's purpose is to provide life insurance, retirement benefits, and economic assistance to the active members of the Puerto Rico National Guard and their families. The Commonwealth provides financial support to ITNGPR through legislative appropriations.

***Land Authority of Puerto Rico (LAPR)*** – LAPR is governed by a six-member board consisting of the Secretary of Agriculture of the Commonwealth and five members appointed by the Governor. LAPR was created to carry out the provisions of the Land Law of Puerto Rico. LAPR maintains debt that is paid with Commonwealth's appropriations.

***Musical Arts Corporation (MAC)*** – MAC is governed by a seven-member board appointed by the Governor with the consent of the Senate. MAC was created to promote the development of the arts and cultural programs of the Commonwealth. The Commonwealth provides financial support to MAC through legislative appropriations.

***National Parks Company of Puerto Rico (NPCPR)*** – NPCPR is governed by a nine-member board comprising the Secretary of Recreation and Sports of the Commonwealth (the Secretary), who is the chairman, the Secretary of Education of the Commonwealth, the Executive Director of the Puerto Rico Tourism Company (PRTC), the Secretary of Natural and Environmental Resources of the Commonwealth, and five members appointed by the Governor with the recommendation from the Secretary and with known interest in the development and preservation of parks in the private sector. NPCPR is responsible for the operation of all national parks and the protection, conservation, maintenance and use of parks, beaches, forests, and natural and historical monuments for the optimum enjoyment of present and future generations. The Commonwealth provides financial support to NPCPR through legislative appropriations.

***Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives (PCSDIPRC)*** – PCSDIPRC is governed by a nine-member board consisting of the Administrator of the Cooperative Development Administration, the Commissioner of Financial Institutions of Puerto Rico (the Commissioner of Financial Institutions), the Secretary of the Treasury of the Commonwealth, the Inspector of Cooperatives, three citizens representing the cooperative movement one representative of the Puerto Rico Cooperatives League, and one private citizen representing the public interest. PCSDIPRC has the responsibility of providing to all the cooperatives and the Federation of Cooperatives of Puerto Rico insurance coverage over the stocks and deposits, for monitoring the financial condition of the insured cooperatives, and of uninsured cooperatives when requested by the Commissioner of Financial Institutions.

***Puerto Rico Conservatory of Music Corporation (PRCMC)*** – PRCMC is governed by a six-member board appointed by the Governor, with the consent of the Senate. PRCMC is responsible for providing the Puerto Rican community and especially its youths with the required facilities to educate and perfect their musical skills, including secondary education programs for developing musical arts. It prepares the artistic element that nourishes the Puerto Rico Symphony Orchestra and other musical organizations, and coordinates the governmental efforts to interested industries, private

44

(Continued)

PR-CCD-0009706

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

enterprises, and particular citizens. The Commonwealth provides financial support to PRCMC through legislative appropriations.

*Puerto Rico Convention Center District Authority (PRCCDA)* – PRCCDA is governed by a board comprising of nine members, four of which shall be from the public sector and five from the private sector. The public sector members comprise the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Executive Director of the PRTC, the president of GDB, and one member from the public sector. The private sector members are individuals having experience in the areas of hospitality, tourism, real estate, or convention centers who are appointed by the Governor with the advice and consent of the Senate. PRCCDA was created to develop, own, finance, plan, design, construct, operate, manage, and promote the new Puerto Rico Convention Center and the Puerto Rico Convention District. The PRCCDA also has the ownership interest as well as other rights and obligations related to the development and operations of the Jose Miguel Agrelot Coliseum. The Commonwealth provides financial support to PRCCDA through legislative appropriations.

*Puerto Rico Council on Higher Education (PRCHE)* – PRCHE is governed by a board comprising eight members appointed by the Governor with the consent of the Senate and the Secretary of Education of the Commonwealth as an ex-officio member. Its purpose is to develop higher education, to administer the licensing and certification of institutions of higher education, and to administer scholarship funds. The Commonwealth provides financial support to PRCHE through legislative appropriations.

*Puerto Rico Government Investment Trust Fund (PRGITF)* – PRGITF is governed by the Secretary of the Treasury of the Commonwealth. GDB is its trustee, custodian, and administrator. PRGITF's main objective is to provide investment opportunities in a professionally managed money market portfolio by investing in high-quality securities with minimal credit risk. Qualified investors include the Commonwealth's central government, its public corporations, instrumentalities and agencies, and the municipalities of Puerto Rico. In conformity with GASB Statement No. 31, *Accounting and Financial Reporting for Certain Investments and for External Investments Pools*, the financial statements of the PRGITF are not included in the accompanying basic financial statements because the primary government and each component unit investor is already presenting as cash or investment their corresponding share of the assets of the PRGITF (see note 5).

*Puerto Rico Industrial Development Company (PRIDCO)* – PRIDCO is governed by a seven-member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Secretary of the Treasury of the Commonwealth, the President of GDB, the President of the Planning Board of Puerto Rico, and three members from the private sector appointed by the Governor with the advice and consent of the Senate. The private sector members are appointed for a period of four years. PRIDCO administers the Commonwealth-sponsored economic development program by providing facilities, general assistance, and special incentive grants to manufacturing companies operating in Puerto Rico. PRIDCO has issued interim notes and revenue bonds to finance manufacturing plants and other facilities. Rentals derived from the leasing of specified facilities of PRIDCO are pledged for the payment of PRIDCO's revenue bonds. PRIDCO maintains debt that is paid with Commonwealth's appropriations.

45 (Continued)

PR-CCD-0009707

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (known as AFICA by its Spanish acronym)* – AFICA is governed by a seven-member board consisting of the Secretary of Economic Development and Commerce, the President of GDB, the Executive Director of PRIFA, the Executive Director of the PRTC, the President of the Environmental Quality Board, and two private citizens appointed by the Governor. AFICA is authorized to issue revenue bonds to finance industrial, tourist, environmental control, medical, and educational facilities in Puerto Rico and the United States of America for use by private companies, nonprofit entities, or governmental agencies. The bonds are payable solely from collections from such private companies, nonprofit entities, or governmental agencies, and do not constitute debt of the Commonwealth or any of its other component units. The Commonwealth has access to AFICA's resources. AFICA maintains debt that is paid with Commonwealth's appropriations.

*Puerto Rico Land Administration (PRLA)* – PRLA is governed by an eight-member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who serves as president, the Secretary of the Treasury of the Commonwealth, the Secretary of Agriculture of the Commonwealth, the Secretary of DTPW of the Commonwealth, the Secretary of Housing of the Commonwealth, the President of the Planning Board of Puerto Rico, and two other members appointed by the Governor with the consent of the Senate. PRLA acquires parcels of land on behalf of government instrumentalities through negotiation or expropriation. The Commonwealth provides financial support to the PRLA through legislative appropriations.

*Puerto Rico Medical Services Administration (PRMSA)* – PRMSA is governed by a ten-member board comprising the Secretary of Health of the Commonwealth, who is the Chairman, the Dean of the Medical Sciences Faculty of the UPR, the President of the Board of the Puerto Rican Cancer Society, the Mayor of the municipality of San Juan, the Administrator of the State Insurance Fund Corporation (SIFC), the Executive Director of PRMSA, the Administrator of the Administration of Mental Health and Anti-Addiction Services, the President of the Medical Policy and Administration Committee, and two consumers appointed by the Secretary of Health of the Commonwealth. Its purpose is to plan, organize, operate, and administer the centralized health services, provided in support of the hospital and other functions, offered by the member institutions and users of the medical complex known as the Puerto Rico Medical Center. The Commonwealth provides financial support to PRMSA through legislative appropriations.

*Puerto Rico Metropolitan Bus Authority (PRMBA)* – PRMBA is governed by the Secretary of DTPW of the Commonwealth. PRMBA provides bus transportation to passengers within the San Juan Metropolitan Area. The Commonwealth provides financial support to PRMBA through legislative appropriations.

*Puerto Rico Municipal Finance Agency (PRMFA)* – PRMFA is governed by a five-member board comprising the President of GDB, who is the Chairman, the Commissioner of Municipal Affairs, and three additional members appointed by the Governor, one of whom shall be either the mayor or chief financial officer of a municipality. PRMFA was organized to create a capital market to assist the municipalities of Puerto Rico in financing their public improvement programs.

PR-CCD-0009708

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Puerto Rico Ports Authority (PRPA)* – PRPA is governed by a five-member board consisting of the Secretary of DTPW of the Commonwealth, who is the Chairman, the Secretary of Economic Development and Commerce of the Commonwealth, the Administrator of the Economic Development Administration, the Executive Director of the PRTC, and one private citizen appointed by the Governor with the consent of the Senate. The purpose of PRPA is to administer all ports and aviation transportation facilities of the Commonwealth and to render other related services. The Commonwealth provides financial support to PRPA through legislative appropriations.

*Puerto Rico Public Broadcasting Corporation (PRPBC)* – PRPBC is governed by an eleven-member board of directors comprising the Secretary of Education of the Commonwealth, the President of the UPR, the Executive Director of IPRC, and eight private citizens appointed by the Governor with the advice and consent of the Senate. At least three of these private citizens must have proven interest, knowledge, and experience in education, culture, art, science, or radio and television. PRPBC was created for the purpose of integrating, developing, and operating the radio, television, and electronic communication facilities that belong to the Commonwealth. The Commonwealth provides financial support to PRPBC through legislative appropriations.

*Puerto Rico School of Plastic Arts (PRSPA)* – PRSPA is governed by a seven-member board. Four members are appointed by the board of directors of IPRC, representing the public educational and cultural interests. Board members may not be employees of the PRSPA. The remaining three members are elected from among the members of the board of directors of IPRC, one of whom will serve as president. PRSPA was created to develop, promote, plan, and coordinate programs of study in higher education oriented to the plastic arts, teaching, artistic techniques, and to help students to develop humanistic values. The Commonwealth provides financial support to PRSPA through legislative appropriations.

*Puerto Rico Solid Waste Authority (PRSWA)* – PRSWA is governed by a government board appointed by the Secretary of the Department of Natural Resources, whereby, the Secretary and the Executive Director of PRSMA periodically meet. PRSWA provides alternatives for processing of solid waste and encourages recycling, reuse, and recovery of resources from waste. The Commonwealth provides financial support to PRSWA through legislative appropriations.

*Puerto Rico Telephone Authority (PRTA)* – PRTA is governed by a five-member board comprising the President of GDB and four members that are appointed by the board of directors of GDB. PRTA is the legal entity responsible to account for the equity interest in Telecomunicaciones de Puerto Rico, Inc. for the benefit of the Employees' Retirement System of the Government of Puerto Rico and its instrumentalities (ERS). The Commonwealth provides financial support to PRTA through legislative appropriations.

*Puerto Rico Tourism Company (PRTC)* – PRTC is governed by a seven-member board comprising representatives of different tourist-related sectors appointed by the Governor with the consent of the Senate. At least one member must represent internal tourism and two must not be residents of the metropolitan area. Its purpose is to promote the tourism industry of Puerto Rico. The Commonwealth provides financial support to PRTC through legislative appropriations.

(Continued)

PR-CCD-0009709

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*Puerto Rico Trade and Export Company (PRTEC)* – PRTEC is governed by an eight-member board comprising the Secretary of Department of Economic Development and Commerce, who is the Chairman, the Executive Director of the Ports Authority, the Secretary of the Department of Agriculture, the President of EDB, the Executive Director of PRIDCO, the Legal Division Director of PRTEC, and two private citizens. PRTEC has the responsibility to promote the highest efficiency in the services provided to the commercial sector, with emphasis on small- and medium-sized enterprises while promoting the export of products and services from Puerto Rico to other countries. The Commonwealth provides financial support to PRTEC through legislative appropriations.

*Right to Employment Administration (REA)* – REA is governed by an administrator appointed by the Governor with the consent of the Senate. The Commonwealth provides financial support to REA through legislative appropriations and federal funds.

*Special Communities Perpetual Trust (SCPT)* – SCPT is governed by a board of directors composed of eleven members: the Secretary of Housing of the Commonwealth, the Secretary of the DTPW of the Commonwealth, the Coordinator for the Social and Economic Financing of the Special Communities, one major of a municipality of Puerto Rico, one community leader resident in one special community, four private citizens representing the public interest, and two public employees. All members of the board of directors are appointed by the Governor. SCPT's principal purpose is o fund development projects that address the infrastructure and housing needs of the underprivileged communities. The Commonwealth provides financial support to SCPT through legislative appropriations.

*State Insurance Fund Corporation (SIFC)* – SIFC is governed by a six-member board appointed by the Governor with the advice and consent of the Senate. The board comprises the Commissioner of Insurance of Puerto Rico, an officer from the Department of Labor and Human Resources of the Commonwealth, an officer from the Department of Health of the Commonwealth (DOH), a representative of the employer's interest, a representative of the employees' interest, and two members without any of these interests. One of these members is appointed by the Governor as president of the board for a period of six years. The three public officials are appointed for a period of five years, and the rest of the members for four, three, two, and one year, respectively. SIFC provides workers' compensation and disability insurance to public and private employees. The Commonwealth has access to SIFC's resources.

Complete financial statements of the discretely presented component units can be obtained directly by contacting their administrative offices:

Government Development Bank for Puerto Rico
P.O. Box 42001
San Juan, PR 00940 – 2001

Puerto Rico Aqueduct and Sewer Authority
P.O. Box 7066
San Juan, PR 00916-7066

Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, PR 00936-4267

Puerto Rico Health Insurance Administration
P.O. Box 195661
San Juan PR 00919-5661

(Continued)

PR-CCD-0009710

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

Puerto Rico Highways and Transportation
  Authority
P.O. Box 42007
San Juan, PR 00940-2007

Puerto Rico Infrastructure Financing Authority
Capital Center
235 Ave. Arterial Hostos, Suite 1600
San Juan, PR 00918-1433

Puerto Rico Sales Tax Financing Corporation
P.O. Box 42001
San Juan PR 00940-2001

University of Puerto Rico
Jardin Botanico Sur 1187
Calle Flamboyan
San Juan, PR 00926-1117

Agricultural Services and Development
Administration
P.O. Box 9200
San Juan, PR 00908-0202

Automobile Accidents Compensations
Administration
P.O. Box 364847
San Juan, PR 00936-4847

Cardiovascular Center Corporation of
Puerto Rico and the Caribbean
P.O. Box 366528
San Juan, PR 00936-6528

Caribbean Basin Projects Financing Authority
P.O. Box 42001
San Juan, PR 00940-2001

Culebra Conservation and Development
Authority
P.O. Box 217
Culebra, PR 00775-0217

Economic Development Bank for Puerto Rico
P.O. Box 2134
San Juan, PR 00922-2134

Employment and Training Enterprises
Corporation
P.O. Box 366505
San Juan, PR 00936-6505

Farm Insurance Corporation of Puerto Rico
P.O. Box 9200
Santurce, PR 00908

Fine Arts Center Corporation
P.O. Box 41287 – Minillas Station
San Juan, PR 00940-1287

Governing Board of the 9-1-1 Service
P.O. Box 270200
San Juan, PR 00927-0200

Institute of Puerto Rican Culture
P.O. Box 9024184
San Juan, PR 00902-4184

Institutional Trust of the National Guard of
Puerto Rico
P.O. Box 9023786
San Juan, PR 00902-3786

(Continued)

PR-CCD-0009711

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

Land Authority of Puerto Rico
P.O. Box 9745
San Juan, PR 00908-9745

National Parks Company of Puerto Rico
P.O. Box 902098
San Juan, PR 00902-2089

Puerto Rico Conservatory of Music Corporation
350 Lamar Street and Roosevelt Avenue
San Juan, PR 00918-2199

Puerto Rico Council on Higher Education
P.O. Box 19900
San Juan, PR 00910-1900

Puerto Rico Industrial Development Company
P.O. Box 362350
San Juan, PR 00936-2350

Puerto Rico Land Administration
P.O. Box 363767
San Juan, PR 00936-3767

Puerto Rico Metropolitan Bus Authority
P.O. Box 195349
San Juan, PR 00919-5349

Puerto Rico Ports Authority
P.O. Box 362829
San Juan, PR 00936-2829

Puerto Rico School of Plastic Arts
P.O. Box 9021112
San Juan, PR 00902-1112

Puerto Rico Telephone Authority
P.O. Box 42001
San Juan, PR 00940-2001

Musical Arts Corporation
P.O. Box 41227 – Minillas Station
San Juan, PR 00940-1227

Public Corporation for the Supervision and
Deposit Insurance of Puerto Rico Cooperatives
P.O. Box 195449
San Juan, PR 00919-5449

Puerto Rico Convention Center District Authority
P.O. Box 19269
San Juan, PR 00910-1269

Puerto Rico Government Investment Trust Fund
P.O. Box 42001 – Minillas Station
San Juan, PR 00940-2001

Puerto Rico Industrial, Tourist, Educational,
Medical, and Environmental Control
Facilities Financing Authority
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Medical Services Administration
P.O. Box 2129
San Juan, PR 00922-2129

Puerto Rico Municipal Finance Agency
P.O. Box 42001
San Juan, PR 00940

Puerto Rico Public
Broadcasting Corporation
P.O. Box 19-0909
San Juan, PR 00919-0909

Puerto Rico Solid Waste Authority
P.O. Box 40285 – Minillas Station
San Juan, PR 00940-0285

Puerto Rico Tourism Company
P.O. Box 902-3960
Old San Juan Station
San Juan, PR 00902-3960

50                                                    (Continued)

PR-CCD-0009712

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

| | |
|---|---|
| Puerto Rico Trade and Export Company<br>P.O. Box 195009<br>San Juan, PR 00919-5009 | Right to Employment Administration<br>P.O. Box 364452<br>San Juan, PR 00936-4452 |
| Special Communities<br>Perpetual Trust<br>P.O. Box 42001<br>San Juan, PR 00940-2001 | State Insurance Fund<br>Corporation<br>P.O. Box 365028<br>San Juan, PR 00936-5028 |

The financial statements of the discretely presented component units have a year-end of June 30, 2007, except for the Puerto Rico Telephone Authority, which has a year-end of December 31, 2006.

**Fiduciary Component Units**

The three employee retirement systems administer pension funds for the Commonwealth and its political subdivisions. The three systems are subject to legislative and executive controls, and the administrative expenses are subject to legislative budget controls. These component units, while meeting the definition of a component unit and are legally separate, are presented in the fund financial statements along with other fiduciary funds of the Commonwealth. They have been omitted from the government-wide financial statements.

*Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities (ERS)* – ERS is governed by a board of trustees, which is composed of the Secretary of the Treasury of the Commonwealth, who is the President, the President of GDB, the Commissioner for Municipal Affairs, the Director of the Puerto Rico Central Office of Personnel Administration, two participating employees, and one retiree, who are appointed by the Governor. The Commonwealth reports ERS as a single-employer pension plan. ERS is the administrator of a defined-benefit pension plan, which covers all regular employees of the Commonwealth and its instrumentalities and of certain municipalities and component units not covered by their own retirement systems. On September 24, 1999, an amendment to the law that created ERS was enacted with the purpose of establishing a new defined-contribution plan (System 2000) for employees hired by the government on or after January 1, 2000.

*Puerto Rico Judiciary Retirement System (JRS)* – JRS is governed by the same board of trustees as ERS. JRS is a single-employer defined-benefit plan, administered by ERS, which covers all individuals holding a position as Justice of the Supreme Court, Judge of the Superior Court or the District Court, or Municipal Judges of the Commonwealth.

(Continued)

PR-CCD-0009713

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Puerto Rico System of Annuities and Pensions for Teachers (TRS)* – TRS is governed by a nine-member board comprising the Secretary of Education of the Commonwealth, the Secretary of the Treasury of the Commonwealth, the President of GDB, two active teachers (one of them is a representative of the teachers' organization according to Act No. 45 of February 1998), two retired teachers, one representative of the teachers' organization, and one representative of the public interest appointed by the Governor with the advice and consent of the Senate for four years. The Commonwealth reports TRS as a single-employer pension plan. TRS provides retirement benefits to all teachers of the Department of Education of the Commonwealth, all pensioned teachers, all teachers transferred to an administrative position in the Department of Education of the Commonwealth, teachers who work in the Teachers' Association of Puerto Rico, and those who practice in private institutions accredited by the Department of Education of the Commonwealth. TRS provides retirement, death, and disability benefits.

Complete financial statements of these component units can be obtained directly by contacting their respective administrative offices at:

Employees' Retirement System of the
Government of Puerto Rico and its
Instrumentalities
P.O. Box 42003 – Minillas Station
Santurce, PR 00940

Puerto Rico Judiciary
Retirement System
P.O. Box 42003 – Minillas Station
Santurce, PR 00940

Puerto Rico System of Annuities and Pensions for
Teachers
P.O. Box 191879
San Juan, PR 00919-1879

(c) *Government-wide Financial Statements*

The government-wide financial statements (the statement of net assets and the statement of activities) report information of all of the nonfiduciary activities of the Commonwealth and its component units. For the most part, the effect of interfund activity has been removed from these government-wide financial statements. Governmental activities, which normally are supported by taxes and intergovernmental revenue, are reported separately from business-type activities, which rely to a significant extent on fees and charges for support. Likewise, the primary government is reported separately from the legally separate component units for which the primary government is financially accountable. The statement of net assets presents the reporting entities' nonfiduciary assets and liabilities, with the difference reported as net assets. Net assets are reported in three categories:

• *Invested in Capital Assets, Net of Related Debt* – These consist of capital assets, net of accumulated depreciation and amortization and reduced by outstanding balances for bonds, notes, and other debt that are attributed to the acquisition, construction, or improvement of those assets.

52

(Continued)

PR-CCD-0009714

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

- *Restricted Net Assets* – These result when constraints placed on net assets' use on either externally imposed by creditors, grantors, contributors, and the like or imposed by law through constitutional provisions or enabling legislation.

- *Unrestricted Net Assets* – These consist of net assets that do not meet the definition of the two preceding categories. Unrestricted net assets often are designated to indicate that management does not consider them to be available for general operations. Unrestricted net assets often have constraints on resources that are imposed by management, but can be removed or modified.

When both restricted and unrestricted resources are available for use, generally, it is the Commonwealth's policy to use restricted resources first, then the unrestricted resources as they are needed.

The statement of activities demonstrates the degree to which the direct expenses of a given function, segment, or component unit are offset by program revenue. Direct expenses are those that are clearly identifiable with a specific function, segment, or component unit. Program revenue includes charges to customers who purchase, use, or directly benefit from goods or services provided by a given function, segment, or component unit. Program revenue also includes grants and contributions that are restricted to meeting the operational or capital requirements of a particular function, segment, or component unit. Taxes and other items not properly included among program revenue are reported instead as general revenue. Resources that are dedicated internally are reported as general revenue rather than as program revenue. The Commonwealth does not allocate general government (indirect) expenses to other functions.

(d)    *Measurement Focus, Basis of Accounting, and Financial Statement Presentation*

*Government-wide Financial Statements* – The government-wide financial statements are reported using the economic resources measurement focus and the accrual basis of accounting. Revenue is recorded when earned and expenses are recorded when a liability is incurred, regardless of the timing of related cash flows. Grants and similar items are recognized as revenue as soon as all eligibility requirements have been met.

(Continued)

PR-CCD-0009715

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Governmental Fund Financial Statements* – The governmental fund financial statements are reported using the current financial resources measurement focus and the modified-accrual basis of accounting. Revenue is recognized as soon as it is both measurable and available. Revenue is considered to be available when it is collectible within the current period or soon enough thereafter to pay liabilities of the current period. Principal revenue sources considered susceptible to accrual include tax revenue, net of estimated overpayments (refunds) and amounts considered not collectible, which are recorded as taxpayers earn income (income taxes), as sales are made (consumption, sales and use taxes) and as cash is received (miscellaneous taxes). For this purpose, the Commonwealth considers income tax revenue to be available if collected within 120 days after the end of the current fiscal year-end and consumption sales and are tax if collected within 30 days after the end of the current fiscal year. In applying the susceptible to accrual concept to federal grants, there are essentially two types of revenue. For the majority of grants, moneys must be expended by the Commonwealth on the specific purpose or project before any amounts will be reimbursed. Revenue is, therefore, recognized as expenditures are incurred to the extent available. For the other revenue, moneys are virtually unrestricted and are generally revocable only for failure to comply with prescribed compliance requirements. These resources are reflected as revenue at the time of receipt or earlier if the susceptible to accrual criteria is met. Expenditures are generally recorded when a liability is incurred, as under accrual accounting. Modifications to the accrual basis of accounting include the following:

- Employees' vested annual vacation and sick leave are recorded as expenditures when utilized. The amount of accumulated annual vacation and sick leave unpaid at June 30, 2007 has been reported only in the government-wide financial statements.

- Interest and principal on general long-term obligations are recorded when due, except for interest and principal due on July 1 of the following fiscal year, if resources are available for its payment as of June 30.

- Executory purchase orders and contracts are recorded as a reservation of fund balance.

- Debt service expenditures, federal funds' cost disallowances, other long-term obligations, and amounts subject to judgments under litigation are recorded only when payment is due.

*Proprietary Funds, Fiduciary Funds, and Discretely Presented Component Units Financial Statements* – The financial statements of the proprietary funds, fiduciary funds, and discretely presented component units are reported using the economic measurement focus and the accrual basis of accounting, similar to the government-wide financial statements described above.

Each enterprise fund has the option under GASB Statement No. 20, *Accounting and Financial Reporting for Proprietary Funds and Other Governmental Entities That Use Proprietary Fund Accounting*, to elect and apply all Financial Accounting Standards Board (FASB) pronouncements issued after November 30, 1989, unless these conflict with a GASB pronouncement. The primary government's major enterprise funds have elected not to apply FASB pronouncements issued after November 30, 1989 and two nonmajor enterprise funds elected to adopt the FASB's pronouncements issued after November 30, 1989. Also, certain discretely presented component units have disclosed their election in their separately issued financial statements. The component units follow U.S. GAAP

54 (Continued)

PR-CCD-0009716

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

as issued by GASB and FASB as applicable to each component unit based on the nature of their operations. In addition, the Puerto Rico Government Investment Trust Fund adopted GASB Statement No. 31; *Accounting and Financial Reporting for Certain Investments and for External Investments Pools*; however, such financial statements are not included in the accompanying basic financial statements because the primary government and each component unit's investor already present their corresponding share of the assets of the PRGITF as cash or investments.

Proprietary funds distinguish operating revenue and expenses from nonoperating items. Operating revenue and expenses generally result from providing services and producing and delivering goods in connection with a proprietary fund's principal ongoing operations. Revenue and expenses not meeting this definition are reported as nonoperating revenue and expenses. The major operating revenue of the Commonwealth enterprise funds is as follows:

- Unemployment Insurance Fund – Amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

- Lotteries Fund – Amounts collected from the sale of traditional lottery tickets and electronic lotto games.

*(e)* *Fund Accounting*

The Commonwealth reports its financial position and results of operations in funds, which are considered separate accounting entities, and discrete presentations of those component units, which are not required to be blended. The operations of each fund are accounted for within a set of self-balancing accounts. Fund accounting segregates funds according to their intended purpose and is used to aid management in demonstrating compliance with legal, financial, and contractual provisions. Major funds are determined using a predefined percentage of the assets, liabilities, revenue, or expenditures/expenses of either the fund category or the governmental and enterprise funds combined. The nonmajor funds are combined in a single column in the fund financial statements. The Commonwealth reports the following major funds:

**Governmental Funds**

*General Fund* – The general fund is the primary operating fund of the Commonwealth. It is used to account for all financial transactions, except those required to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, and education.

*Debt Service Fund* – The debt service fund accounts for the accumulation of resources predominantly for, and the payment of, general long-term bonds' principal, interest, and related costs other than bonds payable from the operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following fiscal year are accounted for as a fund liability if resources are available as of June 30 for its payment.

55 (Continued)

PR-CCD-0009717

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*Public Buildings Authority's Capital Projects Fund* – The Public Buildings Authority's capital projects fund is used to account for the financial resources used for the acquisition or construction of major capital facilities not financed by proprietary fund types, pension trust funds, and discretely presented component units.

*The Children's Trust Special Revenue Fund* – The Children's Trust special revenue fund is used to account for the moneys received by the Commonwealth from a global settlement agreement dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The financial resources received by this fund are used to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico.

### Proprietary Funds

These funds account for those activities for which the intent of management is to recover, primarily through user charges, the cost of providing goods or services to the general public.

*Unemployment Insurance Fund* – This fund accounts for amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

*Lotteries Fund* – This fund accounts for the assets and operations of two lottery systems administered by the Commonwealth.

### Fiduciary Funds

Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity, or as an agent for individuals, private organizations, and other governmental units. The following are the Commonwealth's fiduciary funds:

*Pension Trust Funds* – These are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees' retirement systems.

*Agency Funds* – These are custodial in nature (assets equal liabilities) and do not involve measurement of the results of operations.

### Discretely Presented Component Units

Discrete presentation of component units is used to present the financial information of entities that do not qualify to be blended, in accordance with GASB No. 14 as amended by GASB No. 39, with the funds of the primary government. The component units column in the government-wide financial statements is used to report the financial activities of the Commonwealth's discretely presented component units. The financial statements of these component units are presented following the accrual basis of accounting. Under the accrual basis, revenue is recognized when earned and expenses are recorded as liabilities when incurred, without regard to receipt or payment of cash.

56 (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*(f)* *Statutory (Budgetary) Accounting*

The Commonwealth's budget is adopted in accordance with a statutory basis of accounting, which is not in accordance with GAAP. Revenue is generally recognized when cash is received, net of tax refunds claimed by taxpayers as of year-end. Short-term and long-term borrowings may be used to finance budgetary excess of expenditures over revenue. Expenditures are generally recorded when the related expenditure is incurred or encumbered. Encumbrances generally lapse the year following the end of the fiscal year when the encumbrance was established, as established by Act No. 123 of August 17, 2001, which amended the then-existing appropriations and encumbrances lapsing provisions of Act No. 230 of July 23, 1974. Unencumbered appropriations lapse at year-end. Amounts required for settling claims and judgments against the Commonwealth and certain other liabilities are not recognized until they are encumbered or otherwise processed for payment.

Under the statutory basis of accounting, the Commonwealth uses encumbrance accounting to record the full amount of purchase orders, contracts, and other commitments of appropriated resources as deductions from the appropriation prior to actual expenditure. In the governmental funds, encumbrance accounting is a significant aspect of budgetary control.

The statement of revenue and expenditures – budget and actual – budget basis – general fund only presents the information for the general fund for which there is a legally adopted budget, as required by GAAP. See note 3 for a reconciliation of the statement of revenue and expenditures – budget and actual – budget basis – general fund with the statement of revenue, expenditures, and changes in fund balance (deficit) for the general fund. The special revenue funds do not have a legally mandated budget.

*(g)* *Cash and Short-Term Investments*

The Commonwealth follows the practice of pooling cash. The balance in the pooled cash accounts is available to meet current operating requirements, and any excess is invested in various interest-bearing accounts with GDB and with the PRGITF. Cash and cash equivalents include investments with original maturities of 90 days or less from the date of acquisition.

The Commissioner of Financial Institutions requires that private financial institutions deposit collateral securities to secure the deposits of the Commonwealth and all other governmental entities in each of these institutions. The amount of collateral securities to be pledged for the security of public deposits shall be established by the rules and regulations promulgated by the Commissioner of Financial Institutions.

The Puerto Rico Unemployment Insurance Trust Fund is maintained to account for the collection of unemployment insurance contributions from employers and the payment of unemployment benefits to eligible claimants. As required by federal law, all resources not necessary for current benefit payments are placed on deposit with the U.S. Treasury. Interest earned over such deposit is retained in the fund.

Cash and short-term investments and cash equivalents of the component units are maintained in separate bank accounts, from those of the primary government, in their own names.

57                                                                 (Continued)

PR-CCD-0009719

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

### (h) Securities Purchased under Agreements to Resell

Certain component units of the Commonwealth enter into purchases of securities with simultaneous agreements to resell. The securities underlying these agreements mainly consist of U.S. government obligations, mortgage-backed securities, and interest-bearing deposits with other banks.

### (i) Securities Lending Transactions

Certain component units of the Commonwealth enter into securities lending transactions in which governmental entities (lenders) transfer their securities to broker-dealers and other entities (borrowers) for collateral with a simultaneous agreement to return the collateral for the same securities in the future. Securities received as collateral are generally reflected as investments with a corresponding liability resulting from the obligation to return such collateral.

### (j) Investments

Investments include U.S. government and agencies' obligations, mortgage-backed securities, repurchase agreements, commercial paper, local government obligations, investment contracts, and corporate debt and equity obligations. Investment securities, including investments in limited partnerships, are presented at fair value, except for money market investments and participating investment contracts with a remaining maturity at the time of purchase of one year or less and nonparticipating investment contracts, which are presented at cost. Changes in the fair value of investments are presented as investment earnings in the statement of activities, the statement of revenue, expenditures, and changes in balance – governmental funds, and the statement of revenue, expenses, and changes in fund net assets – proprietary funds. Fair value is determined based on quoted market prices. When securities are not listed on national exchanges, quotations are obtained from brokerage firms.

The PRGITF is considered a 2a7-like external investment pool and, as such, reports its investments at amortized cost.

The reverse repurchase agreements reported by certain discretely presented component units are authorized transactions under their respective enabling legislation and authorized by GDB.

### (k) Receivables

Tax receivables in the general fund include predominantly amounts owed by taxpayers for individual and corporate income taxes, net of estimated uncollectible amounts. Income tax receivables are recognized as revenue when they become measurable and available based on actual collections during the 120 days following the fiscal year-end related to tax returns due before year-end. Tax receivables also include amounts owed by taxpayers on income earned in periods prior to June 30, 2007, estimated to be collectible but not currently available, and thus are reported as deferred revenue in the general fund. Unemployment, disability, and driver's insurance receivables in the enterprise funds are stated net of estimated allowances for uncollectible accounts. During the fiscal year 2007 the Commonwealth started imposing a general sales and use tax. The sales and use tax receivable is recognized as revenue when it becomes measurable and available based on actual collections during the 30 days following the fiscal year-end related to sales and use tax returns due before year-end.

58 (Continued)

Case:17-03283-LTS Doc#:478^28 Filed:02/24/18 Entered:02/24/18 20:19:25 Desc:
Exhibit 23 (Part III) Page 423 of 1000

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

Accounts receivable are stated net of estimated allowances for uncollectible accounts, which are determined, based upon past collection experience and current economic conditions. Intergovernmental receivables primarily represent amounts owed to the Commonwealth for reimbursement of expenditures incurred pursuant to federally funded programs. Intergovernmental receivables also include taxes that the Municipal Revenue Collection Center (CRIM, as per its Spanish acronym), a municipal corporation, is required to remit to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations of the Commonwealth. The amount to be remitted is based on the special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, which is levied by the CRIM.

The accounts receivable from nongovernmental customers of the component units are net of estimated uncollectible amounts. These receivables arise primarily from service charges to users. Accounts receivable from the primary government and other component units that arise from service charges do not have allowances for uncollectible accounts, as these are deemed fully collectible.

Loans of the general fund represent predominantly amounts owed by public corporations and municipalities for public insurance and rent paid by the general fund on their behalf.

The loans of the pension trust funds do not have allowances for uncollectible amounts since such loans are secured by mortgage deeds, plan members' contributions, and any unrestricted amounts remaining in escrow. Loans of the component units consist predominantly of loans to the primary government, other component units, and municipalities, and do not have allowances for uncollectible accounts as those are deemed fully collectible. The remaining loans of the component units are to small and medium businesses, agricultural, and low-income housing loans from nongovernmental customers, and are presented net of estimated losses on such portfolios.

(l)  *Inventories*

Generally, inventories are valued at cost and predominantly on the first-in, first-out basis. Governmental fund inventories are recorded as expenditures when purchased rather than capitalized as an asset. Only significant amounts of inventory at the end of the year are capitalized in the governmental funds. However, inventories are always capitalized in the statement of net assets of governmental activities.

(m)  *Restricted Assets*

Funds set aside for the payment and guarantee of notes and interest payable and for other specified purposes are classified as restricted assets since their use is limited for this purpose by applicable agreements or required by law. Restricted assets in the proprietary funds mainly include amounts set aside for the payment of insurance benefits.

(n)  *Real Estate Held for Sale*

Real estate held for sale are carried at the lower of fair value or cost, which is established by a third-party professional assessment or based upon an appraisal, minus estimated costs to sell. Subsequent declines in the value of real estate available for sale are charged to expenditure/expense.

(Continued)

PR-CCD-0009721

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*(o)  Capital Assets*

Capital assets, which include land, buildings, building improvements, equipment, vehicles, construction in process, and infrastructure assets, are reported in the applicable governmental, business-type activities, and component unit columns in the government-wide financial statements. The Commonwealth's primary government defines capital assets as assets that have an initial, individual cost of $25,000 or more at the date of acquisition and have a useful life of five or more years. Capital assets are recorded at historical cost or at estimated historical cost if actual historical cost is not available.

The method to deflate the current cost of the same or a similar asset using an approximate price index was used to estimate the historical cost of certain land, buildings, and building improvements, because invoices and similar documentation were no longer available in certain instances. Donated capital assets are recorded at fair market value at the time of donation. Major outlays for capital assets and improvements are capitalized as projects are constructed. Interest costs are capitalized during the construction period only for business-type activities and most component units. The costs of normal maintenance and repairs that do not add value to the assets or materially extend asset lives are not capitalized.

Capital assets utilized in the governmental funds are recorded as expenditures in the governmental fund financial statements. Depreciation expense is recorded in the government-wide financial statements, as well as the proprietary funds and component units' financial statements.

Capital assets of the primary government are depreciated on the straight-line method over the assets' estimated useful life. There is no depreciation recorded for land and construction in progress. The estimated useful life of capital assets is as follows:

|  | Years |
|---|---|
| Buildings and building improvements | $20 - 50$ |
| Equipment, furniture, fixtures, and vehicles | $5 - 15$ |
| Infrastructure | 50 |

The capital assets of the component units are recorded in accordance with the applicable standards of the component units and under their own individual capitalization thresholds. Depreciation has been recorded when required by these standards based on the types of assets, use and estimated useful lives of the respective assets, and on the nature of each of the component unit's operations.

60 (Continued)

PR-CCD-0009722

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

The estimated useful lives of capital assets reported by the component units are as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 3 – 50 |
| Equipment, furniture, fixtures, and vehicles | 3 – 20 |
| Infrastructure | 10 – 50 |

The Commonwealth follows the provisions of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries—an amendment to GASB Statement No. 34.* This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries.

*(p)* **Tax Refunds Payable**

During the calendar year, the Commonwealth collects individual income taxes through withholdings and payments from taxpayers. At June 30, the Commonwealth estimates the amount owed to taxpayers for overpayments during the first half of the calendar year. These estimated amounts and the actual tax refunds claimed for prior years but not paid at year-end are recorded as tax refunds payable and as a reduction of tax revenue.

*(q)* **Deferred Revenue**

Deferred revenue at the governmental fund level arises when potential revenue does not meet either the "measurable" or the "available" criteria for revenue recognition in the current period. Deferred revenue also arises when resources are received before the Commonwealth has a legal claim to them, as when grant moneys are received prior to incurring the qualifying expenditures. In subsequent periods, when the revenue recognition criteria is met, or when the Commonwealth has a legal claim to the resources, the liability for deferred revenue is removed from the balance sheet, and the revenue is recognized. Deferred revenue at the government-wide and proprietary fund levels arises only when the Commonwealth receives resources before it has a legal claim to them.

*(r)* **Long-Term Debt**

The liabilities reported in the government-wide financial statements include Commonwealth's general obligation bonds and long-term notes, obligations under lease/purchase agreements, and long-term liabilities including vacation, sick leave, long-term liabilities to other governmental entities, net pension obligation, legal claims, and noncurrent federal fund cost disallowances related to expenditures of federal grants. Long-term obligations financed by proprietary fund types and component units are recorded as liabilities in those funds and in the discretely presented component units column.

Premiums, discounts, and issuance costs – in the government-wide financial statements, long-term debt, and other long-term obligations – are presented in the columns for governmental and business-type activities. The same is presented in the proprietary fund financial statements. Bond and note premiums and discounts, as well as issuance costs, are deferred and amortized over the life of

61

(Continued)

PR-CCD-0009723

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

the debt. Bonds and notes payable are reported net of the applicable bond premium or discount. Bond issuance costs are reported as deferred charges in other assets and are amortized over the term of the related debt. In the governmental fund financial statements, governmental funds recognize bond premiums and discounts, as well as bond issuance costs, during the current period. The face amount of debt issued is reported as other financing sources. Premiums received on debt issuance are reported as other financing sources while discounts are reported as other financing uses. Issuance costs, whether or not withheld from the actual debt proceeds received, are reported as expenditures.

*(s)* *Reservations of Fund Balance – Governmental Funds*

The governmental fund financial statements present fund balance reserves for those portions of fund balance (1) not available for appropriation for expenditures or (2) legally segregated for a specific future use. Reserves for encumbrances, debt service, and other specific purposes are examples of the latter.

*(t)* *Accounting for Pension Costs*

For the purpose of applying the requirements of GASB Statement No. 27, *Accounting for Pensions by State and Local Government Employers*, the Commonwealth's financial reporting entity is considered to be a sponsor of three single-employer defined-benefit pension plans: ERS, JRS, and the TRS. This is because substantially all the participants in the three pension trust funds are part of the financial reporting entity of the Commonwealth. For the purpose of the basic financial statements, and as disclosed in note 19, the Commonwealth's annual pension cost, measured on the accrual basis of accounting, for the year ended June 30, 2007 amounted to approximately $999 million. However, the amount recognized as pension expenditure in the governmental funds was recorded under the modified accrual basis, and amounted to approximately $641 million. The excess of the annual required contribution over the statutorily required contributions increased the net pension obligation at June 30, 2007 to approximately $5.1 billion. This amount is presented in the statement of net assets of the governmental activities as of June 30, 2007.

For purposes of the stand-alone financial statements of each of the blended and discretely presented component units, the entities accounted for pension costs from the standpoint of a participant in a multiple-employer cost sharing plan. Accordingly, pension costs recognized are equal to the statutorily or contractually required contributions, with a liability recorded for any unpaid required contributions. The basis of accounting used by the component units was either modified accrual basis or accrual basis, depending upon individual fund structure and type of entity. Most component units did not have pension-related assets or liabilities at transition because they have contributed the statutorily required contributions.

*(u)* *Postemployment Benefits*

In addition to the pension benefits described in note 19, the Commonwealth provides postemployment healthcare benefits, Summer bonus, and a Christmas bonus for its retired employees in accordance with local law. Substantially, all of the employees may become eligible for these benefits if they reach normal retirement age while working for the Commonwealth. Healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share of not more than $100 per month for each retiree.

62 (Continued)

PR-CCD-0009724

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

During the year ended June 30, 2007, the cost of providing healthcare benefits amounted to approximately $148 million for approximately 123,594 retirees. The Christmas bonus paid to these retired employees during the year ended June 30, 2007 was $400 per retiree and the total amount was approximately $49 million. These benefits are recorded as expenditures when paid in the general fund. The summer bonus paid to these retired employees during the year ended June 30, 2007 was $100 per retiree and the total amount was approximately $12 million. These benefits are recorded as an expense in the pension trust fund. During the year ended June 30, 2007, the Commonwealth implemented GASB Statement No. 43, *Financial Reporting for Postemployment Benefit Plans Other Than Pension Plans*. GASB Statement No. 43, which establishes uniform financial reporting standards for other postemployment benefits (OPEB) plans. This statement applies for OPEB trust funds of a plan sponsor or governmental unit employer as well as for stand-alone reports of OPEB plans. For multiple-employer OPEB plans, GASB Statement No. 43 is effective one year prior to the effective date of the related financial statements for the largest participating employer in the plan. The adoption of this statement did not have a significant impact in the accompanying basic financial statements.

(v) *Compensated Absences*

The vacation policy of the Commonwealth generally provides for the accumulation of 2.5 days per month, except for the teachers who accrue 4 days per month. Vacation time accumulated is fully vested to the employees from the first day of work up to a maximum of 60 days. Employees accumulate sick leave generally at a rate of 1.5 days per month up to a maximum of 90 days. Upon retirement, an employee receives compensation for all accumulated unpaid leave at the current rate, if the employee has at least 10 years of service with the Commonwealth. Accrued compensated absences of the primary government at June 30, 2007 amounting to approximately $1.8 billion is presented in the statement of net assets. Compensated absence accumulation policies for the blended component units and discretely presented component units vary from entity to entity based on negotiated agreements and other factors agreed upon between the management of these entities and their employees.

The Public Service Personnel Law requires certain component units and the primary government of the Commonwealth to annually pay the employees the accumulated vacation and sick leave earned in excess of the limits mentioned above.

(w) *Interfund and Intraentity Transactions*

The Commonwealth has the following types of transactions among funds:

*Interfund Transfer* – Legally required transfers that are reported when incurred as transfer-in by the recipient fund and as transfer-out by the disbursing fund, with receivables and payables presented as amounts due to and due from other funds. Advances between funds are also presented as amounts due to and due from other funds. However, these transfers and related amounts receivable and payable are considered internal balances and activities that have been eliminated in the government-wide financial statements.

*Intraentity Transactions* – There are two types of intraentity transactions. First, are resource flows between the primary government and its component units and among the component units. These

63 (Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

resource flows and related outstanding balances are reported as if they were external transactions. However, resource flows between the primary government and blended component units are classified as interfund transactions, as described above. Second, are intraentity balances between the primary government funds and discretely presented component units that are tantamount to long-term debt financing. The primary government's liability is reported in the statement of net assets, the proceeds in the primary government's funds, and the asset in the discretely presented component units' statement of net assets.

*(x)*   *Lottery Revenue and Prizes*

The revenue, expenses, and prizes awarded by the Lottery of Puerto Rico and the Additional Lottery System, reported within the lotteries enterprise fund, are recognized as drawings are held. Moneys collected prior to June 30 for tickets related to drawings to be conducted subsequent to June 30 are reported as deferred revenue. Unpaid prizes awarded as of June 30 are reported as a fund liability. Unclaimed prizes expire after six months and are transferred to the general fund.

*(y)*   *Risk Management*

The Commonwealth purchases commercial insurance covering casualty, theft, tort claims, and other losses for the primary government, most component units, and the municipalities. The Commonwealth is reimbursed for premium payments made on behalf of the component units and the municipalities. The current insurance policies have not been canceled or terminated. For workers' compensation, the Commonwealth has a discretely presented component unit, the SIFC, which provides workers' compensation to both public and private employees. In the past three years, the Commonwealth has not settled claims that exceed insurance coverage.

Certain component units combine commercial insurance with internal self-insurance funds covering specific risks related to their specialized operations.

*(z)*   *GASB Technical Bulletin No. 2004-1*

The Trust follows GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue* (the TB), which provides accounting guidance for entities created to obtain the rights to all or a portion of future tobacco settlement resources and for the governments that create such entities.

The TB indicates that the entity created to obtain the rights, which is called the Tobacco Settlement Authority (TSA), should be considered a component unit of the government that created it and the component unit should be blended. The TB also states that the government receiving the payments from the tobacco companies under the agreement, which are called settling governments, should recognize a receivable and revenue for tobacco settlement resources (TSRs) when an event occurs. The event that results in the recognition of an asset and revenue by the settling government is the domestic shipment of cigarettes. The TB indicates that accruals should be made by the settling government and TSAs for estimated shipments from January 1 to their respective fiscal year-ends, since the annual payments are based on a calendar year. However, under the modified accrual basis of accounting at the fund level, revenue should be recognized only to the extent that resources are available.

64 (Continued)

PR-CCD-0009726

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*(aa) Reclassifications*

Certain reclassifications have been made to the information presented in the separately issued financial statements of certain blended component units and agencies included within the special revenue, debt service, capital projects, proprietary funds, and discretely presented component units to conform to the accounting classifications used by the Commonwealth in the basic financial statements.

*(bb) Use of Estimates*

The preparation of the basic financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the basic financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

*(cc) Future Adoption of Accounting Pronouncements*

The GASB has issued the following accounting standards that have effective dates after June 30, 2007:

- GASB Statement No. 45, *Accounting and Financial Reporting by Employers for Postemployment Benefits Other Than Pensions*. This statement establishes standards for the measurement, recognition, and display of OPEB, expense/expenditures and related liabilities (assets), notes disclosures, and, if applicable, required supplementary information (RSI) in the financial reports of the state and local governmental employers. This Statement is effective for periods beginning after December 15, 2006.

- GASB Statement No. 48, *Sales and Pledges of Receivables and Future Revenues and Intra-Entity Transfer of Assets and Future Revenues*. This statement establishes criteria that governments will use to ascertain whether the proceeds received from the sale and pledge of receivables and future revenues should be reported as revenue or as a liability. Also, this Statement includes a provision that governments should not revalue assets that are transferred between financial reporting entity components. This Statement is effective for periods beginning after December 15, 2006.

- GASB Statement No. 49, *Accounting and Financial Reporting for Pollution Remediation Obligations*. This statement addresses accounting and financial reporting standards for pollution (including contamination) remediation obligations, which are obligations to address the current or potential detrimental effects of existing pollution by participating in pollution remediation activities such as site assessments and cleanups. This Statement is effective for periods beginning after December 15, 2007.

- GASB Statement No. 50, *Pension Disclosures*. This statement amends GASB Statements No. 25 and 27 to require defined benefit pension plans, and sole and agent employers present the following information in their financial statements: (1) disclose the funded status of the plan as the most recent actuarial valuation date; (2) disclose the funded status of the plan, and a schedule of funding progress as required supplementary information

65 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

(RSI), using the entry age actuarial cost method (aggregate actuarial cost method used); (3) include a reference linking the funded status disclosure in the notes to financial statements to the required schedule of funding progress in RSI; (4) if actuarial assumptions are different for successive years, disclose the initial and ultimate rates. This Statement is effective for periods beginning after June 15, 2007.

- GASB Statement No. 51, *Accounting and Financial Reporting for Intangible Assets*. This statement requires that all intangible assets not specifically excluded by its scope provisions be classified as capital assets. This Statement is effective for periods beginning after June 15, 2009.

- GASB Statement No. 52, *Land and Other Real Estates Held as Investment by Endowments*. This statement requires endowments to report their land and other real estate investments at fair value. Governments also are required to report the changes in fair value as investment income and to disclose the method and significant assumptions employed to determine fair value, and other information that they currently present for other investments reported as fair value. This Statement is effective for periods beginning after June 15, 2008.

- GASB Technical Bulletin No. 2004-2, *Recognition of Pensions and Other Postemployment Benefits Expenditures/Expense and Liabilities by Cost-Sharing Employers*. As it relates to pension transactions, this technical bulletin became effective for financial statements for periods ended after December 15, 2004. As it relates to OPEB transactions, it is effective for financial statements for periods beginning after December 15, 2006. The effect of this technical bulletin on the accompanying basic financial statements was not considered material as it relates to pension transactions.

The impact of these statements on the Commonwealth's basic financial statements has not yet been determined.

(2) **Component Units**

The Commonwealth follows the provisions of GASB Statement No. 14, as amended by GASB Statement No. 39. The basic financial statements of the Commonwealth include the financial statements of the following component units that were audited by other auditors:

Blended component units:

> Public Buildings Authority
> Puerto Rico Maritime Shipping Authority
> The Children's Trust

Discretely presented component units:

> Agricultural Services and Development Administration
> Automobile Accidents Compensations Administration
> Cardiovascular Center Corporation of Puerto Rico and the Caribbean
> Caribbean Basin Projects Financing Authority
> Culebra Conservation and Development Authority

66 (Continued)

PR-CCD-0009728

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Governing Board of the 9-1-1 Service
Government Development Bank for Puerto Rico
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Land Authority of Puerto Rico
Musical Arts Corporation
National Parks Company of Puerto Rico
Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District Authority
Puerto Rico Council on Higher Education
Puerto Rico Electric Power Authority
Puerto Rico Government Investment Trust Fund
Puerto Rico Health Insurance Administration
Puerto Rico Highways and Transportation Authority
Puerto Rico Industrial Development Company
Puerto Rico Industrial, Tourist, Educational, Medical, Environmental
    Control Facilities Financing Authority
Puerto Rico Infrastructure Financing Authority
Puerto Rico Land Administration
Puerto Rico Medical Services Administration
Puerto Rico Metropolitan Bus Authority
Puerto Rico Municipal Finance Agency
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico School of Plastic Arts
Puerto Rico Solid Waste Authority
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Right to Employment Administration
Special Communities Perpetual Trust
State Insurance Fund Corporation
University of Puerto Rico

Fiduciary component units:

Employees' Retirement System of the Government
    of Puerto Rico and its Instrumentalities
Puerto Rico Judiciary Retirement System
Puerto Rico System of Annuities and Pension for Teachers

67                                                  (Continued)

PR-CCD-0009729

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

(3) **Stewardship, Compliance, and Accountability**

(a) *Budgetary Control*

The Governor is constitutionally required to submit to the Legislature an annual balanced budget of the Commonwealth for the ensuing fiscal year. The annual budget is prepared by the Commonwealth's OMB and takes into consideration the advice provided by the Puerto Rico Planning Board (annual economic growth forecasts and four-year capital improvements plan), the Department of the Treasury of the Commonwealth (revenue estimates, accounting records, and the comprehensive annual financial report), GDB (fiscal agent), and other governmental offices and agencies. Section 7 of Article VI of the Constitution of Puerto Rico provides that "The appropriations made for any fiscal year shall not exceed the total revenue, including available surplus, estimated for the said fiscal year, unless the imposition of taxes sufficient to cover the said appropriations is provided by law."

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenue and other resources for the ensuing fiscal year under: (1) laws existing at the time the budget is submitted; and (2) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year capital improvements plan adopted by the Puerto Rico Planning Board.

The Legislature may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes or identifying other sources of revenue to cover such deficit. Upon passage by the Legislature, the budget is referred to the Governor who may decrease or eliminate any line item but may not increase or insert any new line item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by two-thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, the annual budget for the preceding fiscal year, as approved by the Legislature and the Governor, is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislature and the Governor. This permits the Commonwealth to continue making payments for its operating and other expenses until the new budget is approved. The appropriated annual budget for fiscal year 2007 amounted to approximately $5.6 billion. The Legislature also made several special budgetary appropriations to the general fund throughout the year, which amounted to approximately $3.8 billion.

The OMB has authority to amend the budget within a department, agency, or government unit without legislative approval.

For budgetary purposes, encumbrance accounting is used. The encumbrances (that is, purchase orders, contracts) are considered expenditures when a commitment is made. For GAAP reporting purposes, encumbrances outstanding at year-end are reported as reservations of budgetary appropriations within GAAP fund balances and do not constitute expenditures or liabilities on a GAAP basis because the commitments will be honored during the subsequent year. The unencumbered balance of any appropriation of the general fund at the end of the fiscal year lapses immediately. Appropriations, other than in the general fund, are continuing accounts for which the

68 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Legislature has authorized that an unspent balance from the prior year be carried forward and made available for current spending.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislature a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislature for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the " priority norms" established by law for the disbursement of public funds in the following order of priority; first, the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); second, the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and good faith of the Commonwealth; third, current expenditures in the areas of health, protection of persons and property, education, welfare and retirement systems; and fourth, all other purpose.

In addition, the Legislature may direct that certain revenue be retained and made available for spending within a specific appropriation account. Generally, expenditures may not exceed the level of spending authorized for an individual department. However, the Commonwealth is statutorily required to pay debt service, regardless of whether such amounts are appropriated. Appropriations are enacted for certain departments, agencies, and government units included in the balance sheet of the general fund. For these funds, a statement of revenue and expenditures – budget and actual budget basis – general fund is included. Appropriations for capital projects are made for each bond issue and the authorization continues for the expected construction period.

The OMB has the responsibility to ensure that budgetary spending control is maintained on an individual department basis. OMB may transfer part or all of any unencumbered balance within a department to another department subject to legislative approval. Budgetary control is exercised through the Puerto Rico Integrated Financial Accounting System (PRIFAS). PRIFAS ensures that encumbrances or expenditures are not processed if they exceed the department's total available spending authorization, which is considered its budget. The legal level of budgetary control is at the individual department level for general fund expenditures, principal and interest due for the year for the debt service fund, and by bond authorization for capital expenditures.

(Continued)

PR-CCD-0009731

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*(b)* **Budget/GAAP Reconciliation**

The following schedule presents comparisons of the legally adopted budget with actual data on a budget basis. Because accounting principles applied for purposes of developing data on a budget basis differ significantly from those used to present financial statements in conformity with GAAP, a reconciliation of entity, timing, and basis differences in the excess (deficiency) of revenue and other financing sources over expenditures and other financing uses for the year ended June 30, 2007 is presented below for the general fund (expressed in thousands):

| | | |
|---|---|---:|
| Excess of expenditures and other financing uses over revenue and other financing sources – budget basis | $ | (504,864) |
| Entity differences: | | |
| Excess (deficiency) of revenue and other financing sources over expenditures and other financing uses for: | | |
| Nonbudgeted funds | | 705,449 |
| Inclusion of agencies with independent treasuries | | (97,287) |
| Timing differences: | | |
| Adjustment for encumbrances | | 73,908 |
| Current year expenditure against prior year encumbrances | | (39,370) |
| Basis of accounting differences: | | |
| Net increase in taxes receivable (net of tax funds) | | 66,039 |
| Net increase in other receivables | | (60,549) |
| Net decrease in deferred revenue | | (270,729) |
| Excess of expenditures and other financing uses over revenue and other financing sources – GAAP basis | $ | (127,403) |

The Commonwealth's original budgeted expenditures (including transfers) for fiscal year 2007 of $9.488 billion exceeded projected revenues of $9.163 billion by approximately $325 million. The Commonwealth expected to cover this budget deficit through the implementation of additional expenditure reducing measures, a possible increase in tax revenues resulting from the reduction of the uncertainty surrounding the government's fiscal crisis, and cash management mechanisms. The possible increase in tax revenues was tempered by the adverse economic impact resulting from increases in the price of oil and the implementation of the sales and use tax.

*(c)* **Deficit Net Assets**

The following activities, funds, and discretely presented component units reflect deficit fund balance/net assets at June 30, 2007 (expressed in thousands):

| | | |
|---|---|---:|
| Primary government: | | |
| Governmental activities | $ | 18,438,894 |
| General fund | | 511,158 |
| PBA capital projects fund | | 34,222 |
| Enterprise fund – lotteries | | 153,144 |

PR-CCD-0009732

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Component units:

| | | |
|---|---|---|
| Puerto Rico and Sales Tax Financing Corporation | $ | 175,190 |
| Land Authority of Puerto Rico | | 109,521 |
| Agricultural Services and Development Administration | | 106,881 |
| Puerto Rico Medical Services Administration | | 58,971 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | | 37,896 |
| Employment and Training Enterprises Corporation | | 7,066 |
| Puerto Rico Tourism Company | | 3,511 |
| Right to Employment Administration | | 2,121 |
| Musical Arts Corporation | | 1,788 |

The Commonwealth's governmental activities show a deficit of approximately $18.4 billion, mostly attributed to long-term obligations amounting to approximately $28 billion, which are recognized in the statement of net assets. On the other hand, the discretely presented component units report net assets of approximately $13.2 billion. This inverse relationship between the governmental activities and component units' net assets reveal the operational structure of the Commonwealth where the primary government issues debt, the proceeds of which are predominantly transferred to the component units and to other governments as well, that are not presented in these basic financial statements, to finance their capital projects and other operational needs. The Commonwealth includes within the annual budgetary appropriation process the necessary funds to cover the annual debt service requirements of the aforementioned debt, most of which are the result of Act No. 164 of December 17, 2001, described in note 14(d). Also, as part of the fiscal reform referred to below, certain component units will be subject to reductions in future legislative appropriations provided by the primary government, requiring the affected component units to increase their revenue base and fee structure currently being charged to the general public.

In an effort to address the Commonwealth's structural budget imbalance and its other fiscal difficulties, the Executive Branch and the Legislature enacted and the Governor signed legislation providing for tax reform and fiscal reforms. The tax reform legislation is aimed at increasing revenues by expanding the tax base through the implementation of a broad-based sales and use tax further as explained below. The fiscal reform legislation is aimed at limiting expenditures in relation to past spending rates and stabilizing expenditure growth at a level below that of recurring revenues.

On July 4, 2006, the Legislature approved Act No. 117 (Act 117), which amended the Puerto Rico Internal Revenue Code of 1994 (the PR Code), to provide, among other things, for a general sales and use tax of 5.5% to be imposed by the central government (the Central Government Sales Tax). Act 117 also authorizes each municipal government to impose a municipal sales and use tax of 1.5% (the Municipal Sales Tax and, together with the Central Government Sales Tax, the Sales Tax). In general, the Municipal Sales Tax has the same tax base, exemptions (except for unprocessed foods), and limitations as those provided for the Central Government Sales Tax. Act 117 also provides certain income tax reductions to address the regressive effect of the Sales Tax on taxpayers in lower income tax brackets. Act 117 repealed the 5.0% general excise tax imposed on imported goods and on goods manufactured in Puerto Rico. Certain items, such as fuel, crude oil, and petroleum products, and vehicles, however, remain subject to the excise tax previously applicable to such items

71 (Continued)

PR-CCD-0009733

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

and will not be subject to the Sales Tax. The effective date of the repeal of the 5.0% general excise tax was October 17, 2006, pursuant to Act 229.

The Sales Tax became effective on November 15, 2006. Municipalities, however, were authorized to implement the Municipal Sales Tax starting on July 1, 2006, and some did so. The revenues derived from the Sales Tax are distributed as follows: (i) municipal governments will retain 1.5% of the Sales Tax, (ii) the FIA Fund, created by Act No. 91 of May 13, 2006, will receive 1.0% of the Sales Tax, and (iii) the general fund receives 4.5% of the Sales Tax. The revenues to be generated by the Sales Tax will be partly offset by the partial elimination of the 5.0% general excise tax and the effect of the income tax reduction measures included in Act 117.

Act 117 also provided for special income tax rates with respect to certain transactions occurred on and between July 1, 2006 and December 31, 2006. These special tax rates applied to eligible dividends declared by domestic corporations or partnerships and "built-in" gains associated with capital assets held for periods in excess of six months, as well as certain withdrawals from retirement accounts. These special tax rates were only available for transactions in connection with capital assets consisting of stock or participations of domestic and foreign corporations and partnerships, and real property located in Puerto Rico. In the case of resident corporations and partnerships, these special tax rates applied only to real property located in Puerto Rico.

The Additional Lottery System (electronic Lotto Games) activities show a deficit of approximately $153 million, mostly attributed to a payment amounting to $200 million made in 2004 to the Commonwealth. This transaction was authorized pursuant to Act No. 171, dated July 29, 2004, which among other things authorized the Secretary of the Treasury of the Commonwealth to provide funding for the payment of lotto prize annuities upon depletion of other resources available at the Additional Lottery System. It is the opinion of the additional lottery management that the deficiency is not an indication of financial difficulties for the payment of long-term lotto prizes because funds will be provided from either the Additional Lottery System or from financial assistance provided by the Commonwealth.

**(4) Changes in Reporting Entity and Restatement**

The following table illustrates the change to net assets at the beginning of the year as previously reported in the governmental activities' statement of net assets and to fund balances at the beginning of the year as reported in the statement of revenue, expenditures, and changes in fund balances – governmental funds. The changes resulted from the effect of a net understatement in capital assets amounting to $14.7 million. The beginning balances have been restated as follows (expressed in thousands):

|  | Net assets – governmental activities |
|---|---|
| Beginning balance, as previously reported | $ (17,209,563) |
| Noncapitalization of capital assets | 14,680 |
| Beginning balance, as restated | $ (17,194,883) |

72 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The following table summarizes changes to net assets at the beginning of the year as previously reported in the statement of net assets by certain discretely presented component units. The changes resulted primarily from exclusions of nonmajor component units in the current year's presentation, and restatements to correct errors in the prior year's financial statements of certain component units (expressed in thousands):

| | | |
|---|---|---:|
| Beginning net assets, as previously reported | $ | 13,084,624 |
| Restatements of nonmajor component units audited by other auditors | | (21,514) |
| Nonmajor component unit audited by other auditors excluded in fiscal year 2006, but included in fiscal year 2007 | | 81,080 |
| Beginning net assets, as restated | $ | 13,144,190 |

All of the above restatements arise from component units that were audited by other auditors (note 2).

**(5) Puerto Rico Government Investment Trust Fund (PRGITF)**

PRGITF was created by Act No. 176, of August 11, 1995, and began operations on December 4, 1995. PRGITF is a no-load diversified collective investment trust administered by GDB that was created for the purpose of providing eligible governmental investors of Puerto Rico with a convenient and economical way to invest in a professionally managed money market portfolio. PRGITF is not an investment company or a mutual fund and is not subject to regulation or registration under the investment company Act of 1940. Units issued by PRGITF are not subject to regulation or registration under the Securities and Exchange Act of 1933, as amended, because the units are issued by a government entity. The deposits on hand and the investments purchased are not collateralized, secured, or guaranteed by the Commonwealth or any of its agencies, instrumentalities, or political subdivisions.

PRGITF is considered a 2a7-like external investment pool, and as such, reports its investment at amortized cost.

The investment securities on hand at June 30, 2007 consisted of certificates of deposit, bank notes, corporate obligations, commercial paper, and U.S. government and agencies obligations, all of which may be considered highly liquid. However, the participants' investments are subject to the ability of PRGITF to receive payment from the securities' issuer when due. The liquidity of certain investments and changes in interest rates may affect PRGITF's yield and the fair value of its investments.

PR-CCD-0009735

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The dollar amount of the deposits on hand at June 30, 2007 at $1.00 per unit of participation, was reported in the individual financial statements of each of the participants, and combined in the basic financial statements as follows (expressed in thousands):

| | | Balance outstanding | Percentage of total |
|---|---|---|---|
| Primary government: | | | |
| Commonwealth | $ | 298,461 | 77.02% |
| The Children's Trust | | 48,972 | 12.64 |
| Public Buildings Authority | | 82 | 0.02 |
| Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities | | 2 | — |
| Total for primary government | | 347,517 | 89.68 |
| Discretely presented component units: | | | |
| Puerto Rico Aqueduct and Sewer Authority | | 18,024 | 4.65 |
| Government Development Bank for Puerto Rico | | 14,519 | 3.75 |
| Institutional Trust of National Guard of Puerto Rico | | 3,691 | 0.95 |
| Puerto Rico Highways and Transportation Authority | | 181 | 0.05 |
| Puerto Rico Land Administration | | 643 | 0.17 |
| Puerto Rico Solid Waste Authority | | 589 | 0.15 |
| State Insurance Fund Corporation | | 435 | 0.11 |
| Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | | 431 | 0.11 |
| Puerto Rico Infrastructure Financing Authority | | 208 | 0.05 |
| Puerto Rico Electric Power Authority | | 528 | 0.14 |
| | | 39,249 | 10.13 |
| Other governmental entities | | 762 | 0.19 |
| Total for all participants | $ | 387,528 | 100.00% |

The deposits at June 30, 2007 were invested in securities with a cost that approximates fair value, plus accrued interest, for approximately $387.5 million. The external portion of PRGITF was not considered significant for separate reporting in the accompanying basic financial statements.

Following is a table of the investments and other assets held at June 30, 2007, presented at amortized cost (in thousands):

74

(Continued)

PR-CCD-0009736

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

| | | |
|---|---|---:|
| Commercial paper | $ | 129,203 |
| U.S. government and agencies' obligations | | 81,400 |
| Securities purchased under agreements to resell | | 67,638 |
| Corporate obligations | | 40,146 |
| Certificates of deposits | | 55,200 |
| Time deposits | | 12,000 |
| Interest receivable | | 1,941 |
| Total | $ | 387,528 |

**(6) Deposits and Investments**

Pursuant to the provisions of Act No. 91 of March 29, 2004 the primary government may invest in different types of securities, including domestic, international, and fixed income securities, among others.

The primary government maintains a cash and investment pool that is available for use by all funds, except for the fiduciary funds. Each fund's portion of this pool is reported on the statement of net assets as cash and cash equivalents. The fiduciary funds investments are held and managed separately from those of other primary government funds.

*Primary Government*

Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, bank investment contracts, and deposits invested in PRGITF (see note 5).

The carrying amount of deposits of the primary government at June 30, 2007 consists of the following (expressed in thousands):

| | | Carrying amount | | | Bank |
|---|---|---|---|---|---|
| | | Unrestricted | Restricted | Total | balance |
| Commercial banks and U.S. | | | | | |
| Treasury | $ | 244,729 | 720,425 | 965,154 | 1,477,758 |
| Component unit banks | | 1,545,941 | 1,392,826 | 2,938,767 | 2,669,076 |
| Total | $ | 1,790,670 | 2,113,251 | 3,903,921 | 4,146,834 |

Custodial credit risk is the risk that in the event of bank failure, the primary government's deposit might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by banks in the Commonwealth's name. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

At year-end, the Commonwealth's bank balance of deposits in commercial banks amounting to $936 million was covered by federal depository insurance or by collateral held by the Commonwealth's agent in the Commonwealth's name. Deposits of approximately $541 million with the U.S. Treasury represent unemployment insurance taxes collected from employers that are transferred to the federal Unemployment Insurance Trust Fund in the U.S. Treasury. These deposits are uninsured and

75 (Continued)

PR-CCD-0009737

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

uncollateralized. The bank balance of deposits in component unit banks, which as of June 30, 2007 amounted to approximately $2.7 billion are also uninsured and uncollateralized. These deposits in component unit's banks are maintained with GDB and EDB. Deposits maintained in GDB and EDB are exempt from the collateral requirement established by the Commonwealth and thus represent a custodial credit risk, because in the event of GDB's or EDB's failure, the Commonwealth may not be able to recover these deposits.

Deposits in component units banks represent the balance of interest and noninterest-bearing accounts in GDB and EDB. The deposit liability at GDB and EDB is substantially related to deposits from other component units and of the Commonwealth. The deposit liability does not agree with the governmental cash balances shown above because of reconciling items such as outstanding checks and deposits in transit.

The bank balance of GDB's and EDB's deposits at June 30, 2007 is broken down as follows (expressed in thousands):

| | | |
|---|---|---|
| Primary government | $ | 2,239,589 |
| Discretely presented components units | | 1,840,875 |
| Total pertaining to the Commonwealth | | 4,080,464 |
| Municipalities of Puerto Rico | | 567,727 |
| Other nongovernmental entities | | 911,172 |
| Certificates of indebtedness | | 11,800 |
| Escrow accounts | | 186,498 |
| Total deposits per GDB and EDB | $ | 5,757,661 |

Unrestricted deposits include approximately $298.5 million that are invested in PRGITF (see note 5). Such amount has been included as cash and cash equivalents in the primary government's statement of net assets.

**Investments**

*Custodial Credit Risk*

Custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to the transaction, the primary government may not be able to recover the value of the investment or collateral securities that are in the possession of an outside party. At June 30, 2007, securities investments were registered in the name of the Commonwealth and were held in the possession of the Commonwealth's custodian bank.

76

(Continued)

PR-CCD-0009738

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

### Primary Government

The fair value by investment type, credit quality ratings, and maturity of the unrestricted investments reported by the governmental activities at June 30, 2007 consist of the following (expressed in thousands):

| | | Fair market value | Investment rating | | Maturity less than one year |
| --- | --- | --- | --- | --- | --- |
| | | | AAA to A | Not rated | |
| Investment pool | $ | 31,178 | 31,178 | — | 31,178 |
| Guaranteed investment contract | | 83,685 | 83,685 | — | 83,685 |
| PRGITF | | 48,972 | 48,972 | — | 48,972 |
| Other | | 65 | 65 | — | 65 |
| Total investments | $ | 163,900 | 163,900 | — | 163,900 |

### Business-type Activities

The fair value by investment type, credit quality ratings, and maturity of the restricted investments reported by the business-type activities at June 30, 2007 consists of the following (expressed in thousands):

| | | | Investment rating | | |
| --- | --- | --- | --- | --- | --- |
| | | Fair value | AAA to A | BBB+ | Not rated |
| Mortgage-backed securities | $ | 5,132 | 1,676 | — | 3,456 |
| U.S. government and agency securities | | 8,044 | 8,044 | — | — |
| U.S. equity securities | | 12,199 | 12,199 | — | — |
| U.S. corporate debt securities | | 5,216 | 4,527 | 689 | — |
| Other | | 5,015 | 5,015 | — | — |
| Total | $ | 35,606 | 31,461 | 689 | 3,456 |

| | | | Maturity (in years) | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fair value | Less than 1 year | 1 to 5 years | 6 to 10 years | More than 10 years |
| Mortgage-backed securities | $ | 5,132 | — | — | — | 5,132 |
| U.S. government and agency securities | | 8,044 | — | 6,797 | — | 1,247 |
| U.S. equity securities | | 12,199 | 12,199 | — | — | — |
| U.S. corporate debt securities | | 5,216 | — | — | 5,216 | — |
| Other | | 5,015 | 1,697 | 1,185 | — | 2,133 |
| Total | $ | 35,606 | 13,896 | 7,982 | 5,216 | 8,512 |

(Continued)

PR-CCD-0009739

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Component Units*

Cash, and cash equivalents, of the component units at June 30, 2007 consist of (expressed in thousands):

| | | Carrying amount | | | Bank |
| | | Unrestricted | Restricted | Total | balance |
|---|---|---|---|---|---|
| Commercial banks | $ | 3,135,274 | 867,106 | 4,002,380 | 4,055,620 |
| Component unit banks | | 629,592 | 798,283 | 1,427,875 | 1,424,517 |
| Total | $ | 3,764,866 | 1,665,389 | 5,430,255 | 5,480,137 |

Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, and bank investment contracts.

Custodial credit risk is the risk that, in the event of bank failure, the component unit's deposits might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by the Secretary of the Treasury of the Commonwealth. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

Deposits maintained in GDB and EDB are exempt from the collateral requirement established by the Commonwealth and thus represent a custodial credit risk because in the event of GDB's or EDB's failure, the Commonwealth may not be able to recover the deposits.

The component units were exposed to the following custodial credit risk arising from the balance of deposits maintained in commercial and component unit banks at June 30, 2007 (expressed in thousands):

| | | |
|---|---|---|
| Uninsured and uncollateralized | $ | 4,485,688 |
| Uninsured and collateralized, with securities held by the pledging financial institutions | | 957,339 |
| Uninsured and collateralized, with securities held by the pledging financial institutions but not in the component unit's name | | 37,110 |
| Total | $ | 5,480,137 |

**Investments**

The component units' investment policies allow management to purchase or enter into the following investment instruments:

- U.S. government and agencies obligations

- Certificates and time deposits

- Bankers' acceptances

- Obligations of the Commonwealth of Puerto Rico and municipalities

78

(Continued)

PR-CCD-0009740

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

- Federal funds sold

- Securities purchased under agreements to resell

- World Bank securities

- Corporate debt, including investment contracts

- External investment pools

- Stock of corporations created under the laws of the United States of America or the Commonwealth

- Options, futures, and interest-rates swap agreements for hedging and risk control purposes, as well as for the creation of synthetic products that qualify under any of the foregoing investment categories.

- Open-end mutual funds with acceptable underlying assets and rated AAA by Standard & Poor's or AAA by Moody's Investors Service

- A few component units, principally SIFC, are also allowed to enter into foreign currency investments, under certain limitations

The component units' investment policies establish limitations and other guidelines on amounts to be invested in the aforementioned investment categories and by issuer/counterparty and on exposure by country. In addition, such policies provide guidelines on the institutions with which investment transactions can be entered into.

The component units' investment policies provide that investments transactions shall be entered into only with counterparties that are rated BBB+/A-1 or better by the Standard & Poor's or equivalent rating by Fitch or Moody's Investors Service, depending on the type and maturity of the investment and the counterparty to the transaction. Also, the investment policy specifies that no more than 5% of a manager's assets at fair value shall be invested in the securities of any single issuer.

79

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

All investments in U.S. Treasury securities and mortgage-backed securities guaranteed by GNMA carry the explicit guarantee of the U.S. government and are presented as "not rated" in the table below. The credit qualifying ratings for investments held by the component units at June 30, 2007 are as follows (expressed in thousands):

| | Fair value | | | Investment rating | | |
|---|---|---|---|---|---|---|
| | Unrestricted | Restricted | Total | Rating AAA to A | BBB+ | Not rated |
| Mortgage-backed securities $ | 392,498 | 823,382 | 1,215,880 | 1,204,260 | 265 | 11,355 |
| U.S. government and agency securities | 1,120,902 | 1,748,253 | 2,869,155 | 2,867,473 | — | 1,682 |
| U.S. sponsored agencies notes | 210,574 | 614,124 | 824,698 | 824,698 | — | — |
| Negotiable certificates of deposit | 255,987 | 434,999 | 690,986 | 624,581 | — | 66,405 |
| U.S. corporate stocks | 76,069 | 19,927 | 95,996 | 19,927 | — | 76,069 |
| Non-U.S. corporate stocks | 22,027 | 1,850 | 23,877 | — | — | 23,877 |
| U.S. corporate bonds | 473,604 | 74,979 | 548,583 | 454,473 | 84,466 | 9,644 |
| Commercial paper | 10,369 | — | 10,369 | — | 10,369 | — |
| Repurchase agreement | 20,000 | — | 20,000 | 20,000 | — | — |
| Puerto Rico agencies and municipal bonds | 8,810 | 1,423,398 | 1,432,208 | 9,741 | 1,422,467 | — |
| Money market fund | 188,016 | 46,646 | 234,662 | 234,662 | — | — |
| Guaranteed investment contract | 75,618 | 1,638,505 | 1,714,123 | 998,529 | 679,743 | 35,851 |
| PRGITF | 15,216 | — | 15,216 | 14,786 | — | 430 |
| Investment pool | 339,453 | — | 339,453 | 199,441 | 111,589 | 28,423 |
| Security lending transactions | 207,999 | — | 207,999 | 149,018 | — | 58,981 |
| Investment in other equity securities | 472,635 | — | 472,635 | — | — | 472,635 |
| Other | 148,884 | 59,097 | 207,981 | 6,029 | 129,986 | 71,966 |
| Total investments $ | 4,038,661 | 6,885,160 | 10,923,821 | 7,627,618 | 2,438,885 | 857,318 |

Certain component units classified approximately $24 million of investments presented in PRGITF as cash and cash equivalents.

(Continued)

PR-CCD-0009742

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The following table summarizes the type and maturities of investments held by the component units at June 30, 2007 (expressed in thousands):

| | Fair value | Maturity (in years) | | | | |
| | | Less than 1 year | 1 – 5 years | 6 – 10 years | More than 10 years | No stated maturity date |
| --- | --- | --- | --- | --- | --- | --- |
| Mortgage-backed securities | 1,215,880 | 5,601 | 105,438 | 155,850 | 948,991 | — |
| U.S. government and agency securities | 2,869,155 | 135,288 | 268,581 | 227,922 | 2,237,364 | — |
| U.S. sponsored agencies notes | 824,698 | 115,831 | 625,127 | 82,656 | 1,084 | — |
| Negotiable certificates of deposit | 690,986 | 690,986 | — | — | — | — |
| U.S. corporate stocks | 95,996 | — | — | — | — | 95,996 |
| Non-U.S. corporate stocks | 23,877 | — | — | — | — | 23,877 |
| U.S. corporate bonds | 548,583 | 72,301 | 238,928 | 149,019 | 88,335 | — |
| Commercial paper | 10,369 | 10,369 | — | — | — | — |
| Repurchase agreement | 20,000 | — | 20,000 | — | — | — |
| Puerto Rico agencies and municipal bonds | 1,432,208 | 96,572 | 374,958 | 439,295 | 521,383 | — |
| Money market fund | 234,662 | 187,552 | — | — | 464 | 46,646 |
| Guaranteed investment contract | 1,714,123 | 883,688 | 35,851 | — | 794,584 | — |
| PRGITF | 15,216 | 15,216 | — | — | — | — |
| Investment pool | 339,453 | 311,365 | — | — | — | 28,088 |
| Security lending transactions | 207,999 | 149,018 | — | — | — | 58,981 |
| Investment in other equity securities | 472,635 | — | — | — | 410,840 | 61,795 |
| Other | 207,981 | 81,015 | 60,909 | — | — | 66,057 |
| Total investments | $ 10,923,821 | 2,754,802 | 1,729,792 | 1,054,742 | 5,003,045 | 381,440 |

The component units were exposed to the following custodial credit risk for investments held at June 30, 2007 (expressed in thousands):

| | | |
| --- | --- | --- |
| Insured or registered | $ | 2,653,914 |
| Uninsured and registered, with securities held by the counterparty's trust department or agent in the component units' name | | 8,173,872 |
| Uninsured and unregistered, with securities held by the counterparty's trust department or agent, but not in the component units' name | | 96,035 |
| Total | $ | 10,923,821 |

81

(Continued)

PR-CCD-0009743

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**Foreign Currency Risk**

SIFC limits its exposure to foreign currency risk by limiting the total amount invested to 5% of the portfolio. The SIFC investments were presented as follow (in thousands):

| Investment type | Local currency | Fair value |
|---|---|---|
| Money market funds | British pound | $ 61 |
| | Hong Kong dollar | 73 |
| | Japanese yen | 158 |
| | | $ 292 |
| Common stocks | British pound | $ 16,733 |
| | Canadian dollar | 1,603 |
| | Danish krone | 853 |
| | European monetary unit | 20,738 |
| | Hong Kong dollar | 2,177 |
| | Japanese yen | 15,653 |
| | Norwegian krone | 890 |
| | Swedish krone | 3,024 |
| | Swiss franc | 6,768 |
| | Euro | 800 |
| | | $ 69,239 |

Unrestricted repurchase agreements of approximately $20 million belong to EDB. As of June 30, 2007, the fair value of the collateral for the repurchase agreements amounted to approximately $20 million for EDB, which consisted primarily of investment securities held in custody by EDB's agent.

*Fiduciary Funds*

Cash and cash equivalents of the fiduciary funds at June 30, 2007 consist of the following (expressed in thousands):

| | Carrying amount | | | Bank balance |
|---|---|---|---|---|
| | Unrestricted | Restricted | Total | |
| Commercial banks and U.S. Treasury | $ 730,952 | — | 730,952 | 731,252 |
| Component unit banks | 459,407 | 2,310 | 461,717 | 468,838 |
| Total | $ 1,190,359 | 2,310 | 1,192,669 | 1,200,090 |

Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, and bank investment contracts.

(Continued)

PR-CCD-0009744

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Custodial Risk*

Custodial credit risk is the risk that, in the event of a bank failure, the fiduciary funds' deposits might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by the Secretary of the Treasury of the Commonwealth. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

Deposits maintained in component unit banks are exempt from the collateral requirement established by the Commonwealth and thus represent a custodial credit risk because in the event of the component unit bank's failure, the Commonwealth may not be able to recover these deposits.

As of June 30, 2007, $279.4 million was exposed to custodial credit risk. Cash exposed to foreign currency risk as of June 30, 2007 is as follows (expressed in thousands):

| Investment type | Currency | Fair value at U.S. dollar currency |
|---|---|---|
| Foreign currency | Euro | $ 916 |
| Foreign currency | Danish krone | 507 |
| Foreign currency | Pound sterling | 79 |
| Foreign currency | Japanese yen | 75 |
| Foreign currency | Australian dollar | 39 |
| Foreign currency | Singapore dollar | 5 |
| | | $ 1,621 |

*Investments*

The investment policies of the pension trust funds limit the investment in corporate debt securities to the top rating issued by nationally recognized credit rating organizations. The portfolio is expected to maintain a minimum weighted average credit quality of either "A" or better using either Standard and Poor's or Moody's credit ratings. The following table summarizes the fair value by investment type and maturities of investments held by the pension trust funds at June 30, 2007 (expressed in thousands):

| Investments type | Less than 1 year | 1 – 5 years | 6 – 10 years | More than 10 years | No stated maturity date | Total |
|---|---|---|---|---|---|---|
| Non-U.S. equity securities | $ — | — | — | — | 1,254,122 | 1,254,122 |
| U.S. equity securities | — | — | — | — | 2,725,709 | 2,725,709 |
| U.S. government and agencies securities | 113,738 | 47,793 | 50,068 | 191,468 | — | 403,067 |
| U.S. corporate debt securities | 692 | 66,599 | 64,638 | 103,823 | — | 235,752 |
| Limited partnership/private equity | — | — | — | — | 94,470 | 94,470 |
| Other | — | — | — | — | 15,606 | 15,606 |
| Total | $ 114,430 | 114,392 | 114,706 | 295,291 | 4,089,907 | 4,728,726 |

83 (Continued)

PR-CCD-0009745

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Expected maturities will differ from contractual maturities, because borrowers may have the right to call or prepay obligations with or without call or prepayment penalties.

The following table summarizes the credit quality ratings for investments held by the pension trust funds at June 30, 2007 (expressed in thousands):

| Investments type | Fair value | AAA to A | BBB+ | Not rated |
|---|---|---|---|---|
| Non-U.S. equity securities | $ 1,254,122 | — | — | 1,254,122 |
| U.S. equity securities | 2,725,709 | — | — | 2,725,709 |
| U.S. government and agencies securities | 403,067 | 398,403 | 469 | 4,195 |
| U.S. corporate debt securities | 235,752 | 142,397 | 88,051 | 5,304 |
| Limited partnership/private equity | 94,470 | — | — | 94,470 |
| Other | 15,606 | — | — | 15,606 |
| Total | $ 4,728,726 | 540,800 | 88,520 | 4,099,406 |

At June 30, 2007, securities investments amounting to $4.7 billion were registered in the name of the pension trust funds and were held in the possession of the pension's trust funds custodian banks.

The investment in non-U.S. stocks is expected to achieve long-term, aggressive capital appreciation by investing in Core EAFE (Europe Australasia and the Far East) securities. The portfolio is expected to be broadly diversified with respect to exposures to countries, economic sectors, industries, and individual stock. No single issue is expected to exceed 5% (at market) of the portfolio.

(Continued)

PR-CCD-0009746

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Investments exposed to foreign currency risk as of June 30, 2007 are as follows (expressed in thousands):

| Investment type | Currency | Fair value at U.S. dollar currency |
|---|---|---:|
| Equity securities | Euro | $ 360,279 |
| Equity securities | Japanese yen | 270,355 |
| Equity securities | British pound sterling | 260,959 |
| Equity securities | Swiss franc | 87,106 |
| Equity securities | Swedish krone | 51,919 |
| Equity securities | Australian dollar | 40,065 |
| Depository receipts | Commingled | 37,285 |
| Equity securities | Hong Kong dollar | 23,338 |
| Equity securities | Norwegian krone | 21,479 |
| Equity securities | Singapore dollar | 13,926 |
| Equity securities | Danish krone | 12,365 |
| Equity securities | Brazilian real | 11,071 |
| Equity securities | Chinese yuan | 10,325 |
| Equity securities | Indian rupees | 8,719 |
| Equity securities | Canadian dollar | 7,151 |
| Mutual funds | British pound sterling | 6,844 |
| Equity securities | Mexican pesos | 6,023 |
| Equity securities | Russian rubles | 5,679 |
| Preferred stock | Swiss franc | 3,517 |
| Equity securities | Polish zlotys | 3,499 |
| Equity securities | South Korean won | 3,212 |
| Equity securities | Indonesian rupiahs | 2,753 |
| Equity securities | Danish kroner | 2,353 |
| Equity securities | Turkey lira | 1,262 |
| Equity securities | South African rand | 803 |
| Equity securities | Taiwan new dollars | 803 |
| Equity securities | Malaysian ringgits | 459 |
| Equity securities | Colombian pesos | 287 |
| Equity securities | Cyprus pounds | 229 |
| Equity securities | New Zealand dollar | 57 |
| | | $ 1,254,122 |

(7) **Securities Lending Transactions**

During the year, the pension trust funds, included within the fiduciary funds, SIFC and AACA, two discretely presented component units, entered into securities lending transactions. These transactions are explained below:

PR-CCD-0009747

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**Pension Trust Funds**

The Retirements System participates in a security lending program whereby securities are transferred to an independent broker or dealer in exchange for collateral in the form of cash, government securities, and irrevocable bank letters of credit equal to approximately 102% of the market value of the domestic securities on loan and 105% of the market value of the international securities on loan, with a simultaneous agreement to return the collateral for the same securities in the future. Collateral is marked to market daily, and the agent places a request for additional collateral from brokers if needed. The custodian bank is the agent for the securities lending program.

Securities lending obligations for which collateral was received as of June 30, 2007 consist of the following (expressed in thousands):

| Securities lent | | Fair value of underlying securities |
|---|---|---|
| U.S. corporate debt securities | $ | 17,370 |
| U.S. government securities | | 25,145 |
| U.S. equity securities | | 198,844 |
| Non-U.S. equity securities | | 57,915 |
| | $ | 299,274 |

The collateral received amounted to approximately $309 million. The collateral securities cannot be pledged or sold unless the borrower defaults; therefore, these transactions are not reported as assets and liabilities in the statements of fiduciary net assets. Collateral received was invested as follows (expressed in thousands):

| Collateral | | Fair value |
|---|---|---|
| Commercial paper | $ | 114,327 |
| Certificate of deposit | | 65,015 |
| Corporate | | 44,529 |
| Bank note | | 4,665 |
| TD | | 10,339 |
| Repo | | 7,718 |
| ABCP | | 1,611 |
| CP | | 2,236 |
| Reverse repurchase agreement U.S. agency delivered | | 6,577 |
| Reverse repurchase agreement U.S. mortgage-backed triparty | | 52,000 |
| | $ | 309,017 |

The relationship between the investment maturities and the Retirement Systems' loans cannot be determined.

86

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

At year-end, the Retirement Systems have no credit risk exposure to borrowers because the amounts that the Retirement Systems owe the borrowers exceed the amounts the borrowers owe to the Retirement Systems. The Retirement Systems' rights to collateral are defined in the contractual agreements. The borrower's creditworthiness is also proactively reviewed by the lending agent.

*Component Units*

**SIFC**

The Commonwealth statutes and the SIFC's board of directors' policies permit SIFC to use its investments to enter into securities lending transactions. The SIFC's securities custodian, as agent of SIFC, manages the securities lending program and receives cash, securities, or irrevocable bank letters of credit as collateral. The collateral securities cannot be pledged or sold by SIFC unless the borrower defaults. The collateral requirement is equal to 102% for securities issued in the United States of America and 105% for securities issued outside of the United States of America of the fair value of the securities lent. Additional collateral has to be provided by the next business day if its value falls to less than 100% of the fair value of the securities lent. At year-end, SIFC has no credit risk exposure to borrowers because the amounts SIFC owes the borrowers exceed the amounts the borrowers owe SIFC. Contracts with the lending agents require them to indemnify SIFC if the borrowers fail to return the securities (and if the collateral is inadequate to replace the securities lent) or fail to pay SIFC for income distributions by the securities' issuers while the securities are on loan.

All security loans can be terminated on demand by either SIFC or the borrower, although the average term of the loans is two weeks. In lending securities, the term to maturity of the securities loans is matched with the term to maturity of the investment of the cash collateral. Such matching existed at year-end. Securities lending obligations for which cash was received as collateral as of June 30, 2007 consist of the following (expressed in thousands):

| Securities lent | | Fair value of underlying securities |
|---|---|---|
| Equity securities | $ | 38,869 |
| U.S. government, agencies, instrumentalities obligations | | 90,760 |
| Corporate bonds and notes | | 17,650 |
| | $ | 147,279 |

Cash collateral received amounted to $149 million and it was invested in repurchase agreements. These secured lending activities are included in the accompanying statement of net assets, since cash was received as collateral but reinvested as explained above.

(Continued)

PR-CCD-0009749

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

In addition, SIFC had the following securities lending obligations collateralized by securities as of June 30, 2007 (expressed in thousands):

| Securities lent | | Fair value of underlying securities | Securities collateral received |
|---|---|---|---|
| U.S. government, agencies, instrumentalities obligations | $ | 67,032 | 72,325 |

These securities lending transactions are collateralized by securities that cannot be pledged or sold unless the borrower defaults; therefore, they are not reported as assets and liabilities in the accompanying balance sheets.

**AACA**

AACA lends securities to broker/dealers and other entities (borrowers) for collateral that will be returned in the future for the same securities. The custodial bank manages the securities lending program and receives cash, government securities, and letters of credit as collateral. The program provides for an initial minimum collateralization of 102% of the market value of the securities lent plus accrued income. Additional collateral has to be provided by the close of the next business day if its value falls to less than 100%. The contract with the custodial bank requires that should a collateral deficiency occur beyond the custodian's responsibilities, the deficiency should be allocated pro rata among all client lenders within the program.

Either the custodian bank or the borrower can terminate all security loans at any time. Cash collateral is invested in the program's agent short-term investment pools, which at fiscal year-end had a weighted average maturity of approximately 30 days. The relationship between securities of the investment pool and AACA loans cannot be determined.

The following represents the balances relating to the securities lending transactions as of June 30, 2007 (expressed in thousands):

| Securities lent | | Fair value of underlying securities | Cash collateral received | Noncash collateral received |
|---|---|---|---|---|
| U.S. Treasury bills, bonds, and notes | $ | 29,478 | 28,618 | 1,400 |
| Common stocks and preferred stocks | | 27,302 | 27,380 | 612 |
| Corporate bonds | | 800 | 823 | — |
| U.S. agencies | | 2,121 | 2,160 | — |
| Total | $ | 59,701 | 58,981 | 2,012 |

Secured lending transactions where cash collateral was received and reinvested are presented as assets and liabilities in the accompanying statement of net assets. Securities lending transactions collateralized by noncash collateral cannot be pledged or sold unless the borrower defaults are not reported as assets or

88 (Continued)

PR-CCD-0009750

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

liabilities in the statement of net assets. At year-end, AACA has no credit risk exposure to borrowers because the amounts AACA owes the borrowers exceed the amounts the borrowers owe AACA.

**(8) Investments in Limited Partnerships**

Pursuant to the Statement of Investment Guidelines for the Government of Puerto Rico, the pension trust funds and a component unit invested approximately $17.3 million in limited partnerships during the year ended June 30, 2007. The investments were as follows:

- During fiscal year 2007, there were $403,873 contributions made during fiscal year 2007 in Guayacán Funds of Funds, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc. as general partner, which has total commitments of $55.5 million (of which $45 million are from pension trust funds and the remaining balances from private corporate invetors). This fund invests in the United States of America and international private equity partnerships that in turn invest in private companies.

- During fiscal year 2007, $7.5 million was invested in Guayacán Fund of Funds II, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc. as general partner, that has total commitments of $62 million (of which $50 million are from the pension trust funds and the remaining balances from private corporate invetors). The fund invests in a broad range of U.S. and international private equity investment partnerships that, in turn, will make equity and equity-related investments primarily in private businesses.

- During fiscal year 2007, there were no contributions in Guayacán Private Equity Fund, L.P., a Delaware limited partnership, organized by Advent-Morro Equity Partners, Inc. as general partner, that has total commitments of $42 million (of which $10 million are from the pension trust funds, $22.5 million are from component units and the remaining balance from the private corporate investors in Puerto Rico). This fund invests in Puerto Rico private equity.

- During fiscal year 2007, $4 million was invested in Guayacán Private Equity Fund, L.P. II, a Delaware limited partnership, organized by Advent/Morro Partners as general partner, has total commitments of $54 million (of which $35 million are from components units, $15 million are from pension trust funds and the remaining balance from the private corporate investors in Puerto Rico). This fund invests in Puerto Rico private equity.

- During fiscal year 2007, $251,000 was invested in Invesco Venture Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner in which the pension trust fund has a total commitment of $5.5 million. The partnership was organized to invest in other collective investments funds investing in alternative assets, including primarily U.S. and international funds that focus on both early- and later-stage venture capital investments.

- During fiscal year 2007, there were no contributions to Invesco Non-U.S. Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner, in which the pension trust fund has a total commitment of $4.5 million. The partnership was organized to invest in other collective investments funds investing in alternative assets, including primarily investments focusing on non-U.S. buyouts, expansion capital, turnaround, mezzanine, and distressed investment partnership.

- During fiscal year 2007, $354,000 was invested in Invesco U.S. Buyout & Expansion Capital Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III,

89 (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

LLC as general partner, in which the pension trust fund has a total commitment of $3.7 million. The partnership was organized to invest in other collective funds investing in alternative assets, including primarily investments focusing on small, mid-size, and large domestic buyout transactions.

- During fiscal year 2007, $534,000 was invested in Chase Capital Partners Private Equity Fund of Funds II, LTD, a limited partnership, organized by Chase as general partner, in which the pension trust fund has a total commitment of $15 million. The fund's investment strategy is to capitalize on a globally diversified portfolio of private equity investments opportunities across various sectors, including buyouts, growth equity, venture capital and other special situations through partnership, investments, and direct investments.

- During fiscal year 2007, there were no additional contributions to Venture Capital Fund, Inc., a Puerto Rico Corporation, organized pursuant to Act No. 3 of October 6, 1987, as amended, known as the Puerto Rico Capital Investment Funds Act that is managed by Advent-Morro Equity Partners (Advent-Morro Equity Partners, Inc.) in which the pension trust fund has a total commitment of $800,000. Advent-Morro is a Puerto Rico based private equity firm. The fund was created to make private equity investments in operating companies that are based, or are operating or a combination of both, in Puerto Rico. Since inception, the fund has invested in 25 companies some of which it continues to provide capital for their expansion.

- During fiscal year 2007, $3.1 million was invested in GF Capital Private Equity Fund, L.P., a limited partnership, organized under the laws of the State of Delaware, in which the pension trust fund has a total commitment of $25 million. The purpose of the partnership is to make private equity investments in a variety of industries including media and entertainment, branded consumer products, and software for media and telecommunications applications. The partnership initiatives are focused on companies capitalized at between $20 million to $400 million with a representation of buyouts, growth capital, and recapitalizations.

- During fiscal year 2007, $1.1 million was invested in Chase Capital Partners Private Equity Fund of Funds Corporate Investors II, LTD a limited partnership, organized by Chase as general partner in which the pension trust fund has a total commitment of $20 million. The fund's investment strategy is to capitalize on a globally diversified portfolio of private equity investment opportunities across various sectors including buyouts, growth equity, venture capital, and other special situations through partnership and direct investments.

The fair value of these investments at June 30, 2007 amounted to $94.5 million and is presented within investments in the statement of fiduciary net assets. The fair values of these investments have been estimated by the corresponding general partner or fund manager of these partnerships and disclosed in its respective separate audited financial statements. The allocations of net gain and net loss to the limited partners are based on certain percentages, as established in the limited partnership agreements. The difference between the fair value of the investments and the total cumulative contributions is mostly due to distributions made.

90 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

As of June 30, 2007, the pension trust funds and discretely presented component units had capital commitments and contributions as follows (expressed in thousands):

| Guayacán Funds of Funds, L.P. | Public sector commitments | Fiscal year contributions | Cumulative contributions |
|---|---|---|---|
| Primary government: | | | |
| Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities | $ 25,000 | 224 | 23,503 |
| Puerto Rico System of Annuities and Pensions for Teachers | 20,000 | 180 | 18,803 |
| Subtotal | 45,000 | 404 | 42,306 |
| **Guayacán Funds of Funds II, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities | $ 25,000 | 3,772 | 23,411 |
| Puerto Rico System of Annuities and Pensions for Teachers | 25,000 | 3,772 | 23,411 |
| Subtotal | 50,000 | 7,544 | 46,822 |

(Continued)

PR-CCD-0009753

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

| Guayacán Private Equity Fund, L.P. | Public sector commitments | Fiscal year contributions | Cumulative contributions |
|---|---|---|---|
| Primary government: | | | |
| Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities | 5,000 | — | 4,407 |
| Puerto Rico System of Annuities and Pensions for Teachers | 5,000 | — | 4,407 |
| Component unit: | | | |
| Economic Development Bank for Puerto Rico | 20,000 | — | 17,625 |
| UPR Employees Retirement System | 2,500 | — | 2,203 |
| Subtotal | 32,500 | — | 28,642 |
| **Guayacán Private Equity Fund, L.P. II** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities | 15,000 | 1,200 | 1,200 |
| Component unit: | | | |
| Economic Development Bank for Puerto Rico | 20,000 | 1,600 | 1,600 |
| State Insurance Fund Corporation | 10,000 | 800 | 800 |
| UPR Employees Retirement System | 5,000 | 400 | 400 |
| Subtotal | 50,000 | 4,000 | 4,000 |
| **Other Funds** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities | 47,596 | 4,193 | 23,690 |
| Puerto Rico System of Annuities and Pensions for Teachers | 28,714 | 1,139 | 24,687 |
| Subtotal | 76,310 | 5,332 | 48,377 |
| Total | $ 253,810 | 17,280 | 170,147 |

92

(Continued)

PR-CCD-0009754

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**(9)  Receivables and Payables**

Receivables in the governmental funds include approximately $1.3 billion of accrued income, excise and sales and use taxes. Other receivables are $704 million receivable from the federal government and $11.8 million from the CRIM. In addition, the enterprise funds include $58.9 million of unemployment, disability, and drivers' insurance premium receivable.

Payables in the governmental funds include approximately $1.2 billion of trade accounts due to suppliers for purchase of merchandise and services rendered, $312 million of tax refunds liability, and $32 million of other payables. Also at June 30, 2007, excess of checks drawn over the pooled bank balance amounted to approximately $809 million and is reported within accounts payable and accrued liabilities of the governmental activities.

In accordance with GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue* (the TB), a receivable of $37 million was recorded as other receivable in the government-wide financial statements for estimated shipments from January 1 to June 30, 2007, which will be applied to debt service upon collection. Additionally, the TB indicated that the Trust designated as the Tobacco Settlement Authority (TSA) should recognize a liability for the bonds payable and an expense (and liability if unpaid) in the same period in its stand-alone financial statements. The expense (and liability if unpaid) recognizes the contractual obligation to remit the proceeds of the bond sold. Since the Trust is reported as a blended component unit, the TB indicates these remittances should be reported as transfers into the fund receiving the proceeds and transfers out in the fund that accounts for the activities of the TSA. Since the Trust has no contractual obligation, under its enabling legislation or elsewhere, to remit all bond proceeds or assets related to the GSA to the settling government (the Commonwealth), the Trust has not recognized an expense and liability for unpaid proceeds from the bonds since it records the expense as amounts are disbursed as grants to its settling government (including its instrumentalities) or third parties.

**(10)  Interfund and Intraentity Transactions**

Interfund receivables and payables at June 30, 2007 are summarized as follows (expressed in thousands):

| Receivable fund | Payable fund | | Amount |
|---|---|---|---|
| Nonmajor governmental fund | General fund | $ | 178,011 |
| Lotteries | General fund | | 53,175 |
| General fund | Lotteries | | 61,446 |
| | | $ | 292,632 |

93

(Continued)

PR-CCD-0009755

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Transfers from (to) other funds for the year ended June 30, 2007 are summarized as follows (expressed in thousands):

| Transferee fund | Transferor fund | | Amount |
|---|---|---|---|
| General | Nonmajor governmental | $ | 335,789 |
| General | Unemployment insurance | | 169,933 |
| General | Lotteries | | 197,044 |
| Nonmajor governmental | General | | 162,153 |
| PBA capital projects | General | | 145,813 |
| Debt service | General | | 82,386 |
| General | The Children's Trust special revenue | | 71,627 |
| Lotteries | General | | 16,863 |
| Nonmajor enterprise | General | | 7,458 |
| The Children's Trust special revenue | General | | 243 |
| General | Nonmajor enterprise | | 87 |
| | | $ | 1,189,396 |

The principal purposes of the interfund transfers are to (expressed in thousands):

1. Distribute the increase in net assets of the lotteries fund for the use of the general fund, as required by the lotteries enabling legislation ($197,044).

2. Unemployment insurance fund's distribution of surplus cash belonging to the general fund for the payment of administrative expenses ($169,933).

3. Recognize as transfers the rental payments made by the Commonwealth's agencies on properties leased by PBA, a blended component unit of the Commonwealth ($162,153) to the nonmajor funds of PBA and $145,813 to the PBA capital project fund.

4. Make funds available for debt service payments in the debt service fund ($82,386).

5. Transfer from The Children's Trust special revenue fund to the general fund in order to provide financial assistance to carry out project aimed at promoting the well-being of children and youth of Puerto Rico ($71,627).

6. Transfer from the general fund to Additional Lottery to cover prizes settlement pursuant Act No. 171 of July 28, 2004 ($16,863).

7. Transfer from (a non major governmental fund, mainly the capital project fund) for repayment of the general fund's lines of credit, pursuant to such line of credit agreement ($335,789).

8. To provide local matching funds from the general fund related to the federal capital grants of the Puerto Rico Water Pollution Revolving Fund and Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, two nonmajor enterprise funds of the Commonwealth ($7,458).

94 (Continued)

PR-CCD-0009756

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

9.  Transfer of $243 from the tobacco settlement asset-backed bonds debt service fund to The Children's Trust special revenue fund in order to provide funds for operating expenses.

10. Transfer of $87 from the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund to the general fund attributed to a reimbursement representing an excess matching contribution corresponding to previous years.

Interfund receivables and payables represent the pending settlements of the aforementioned transfers or transactions from prior years.

Due from (to) primary government and component units are as follows (expressed in thousands):

| Receivable entity/fund | Amount | Payable entity/fund | Amount |
|---|---|---|---|
| Business-type activities | $ 229,173 | Puerto Rico Aqueduct and Sewer Authority | $ 229,173 |
| | | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 44,074 |
| | | Puerto Rico Medical Services Administration | 43,070 |
| | | Puerto Rico Health Insurance Administration | 27,600 |
| | | Puerto Rico Tourism Company | 22,178 |
| | | Employment and Training Enterprises Corporation | 7,108 |
| Governmental activities | 149,545 | Governing Board of the 911 Service | 5,515 |
| | $ 378,718 | | $ 378,718 |
| Puerto Rico Electric Power Authority | $ 175,645 | Governmental activities | $ 495,610 |
| Puerto Rico Health Insurance Administration | 148,900 | | |
| University of Puerto Rico | 95,853 | | |
| Puerto Rico Medical Services Administration | 33,983 | | |
| Puerto Rico Industrial Development Company | 23,403 | | |
| Puerto Rico Conservatory of Music | 14,189 | | |
| Land Authority of Puerto Rico | 3,637 | | |
| | $ 495,610 | | $ 495,610 |

The amount owed by PRASA of $229 million represents construction loans granted by the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, nonmajor enterprise funds, to finance the construction of capital assets for PRASA.

95                                          (Continued)

PR-CCD-0009757

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The amount receivable by PREPA from the primary government includes approximately $43 million representing an agreement with the Commonwealth by which the Commonwealth will pay the outstanding fuel adjustment subsidy and certain other accumulated debt. The amount owed by the Commonwealth is presented within notes payable in the statement of net assets of the governmental activities.

The amount receivable by the UPR from the primary government includes a resolution approved by the Legislature of the Commonwealth to pay $94.7 million to the UPR on behalf of the Department of Health of the Commonwealth over eight years, including the financing of additional debts of approximately $71.2 million. The related outstanding balance of $63.8 million is presented by the Commonwealth within notes payable in the statement of net assets of the governmental activities.

(Continued)

PR-CCD-0009758

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Due from (to) component units are as follows (expressed in thousands):

| Receivable entity/fund | Amount | Payable entity/fund | Amount |
|---|---|---|---|
| Puerto Rico Electric Power Authority | $ 31,909 | Puerto Rico Medical Services Administration | $ 44,054 |
| University of Puerto Rico | 19,337 | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 7,192 |
| State Insurance Fund Corporation | 3,500 | Puerto Rico Solid Waste Authority | 3,500 |
| Puerto Rico Land Administration | 3,916 | Puerto Rico Industrial Development Company | 3,916 |
| Farm Insurance Corporation of Puerto Rico | 13,257 | Agricultural Services and Development Administration | 16,180 |
| Land Authority of Puerto Rico | 9,354 | Farm Insurance Corporation of Puerto Rico | 6,431 |
| | 81,273 | Sub total | 81,273 |
| Governmental Development Bank for Puerto Rico | 1,475,582 | Special Communities Perpetual Trust | 385,152 |
| | | Puerto Rico Sales Tax Financing Corporation Authority | 303,024 |
| | | | 155,221 |
| | | Puerto Rico Aqueduct and Sewer Authority | 139,524 |
| | | Agricultural Services and Development Administration | 127,578 |
| | | Puerto Rico Industrial Development Company | 81,075 |
| | | Puerto Rico Solid Waste Authority | 59,497 |
| | | Puerto Rico Infrastructure Financing Authority | 53,290 |
| | | Puerto Rico Electric Power Authority | 49,489 |
| | | University of Puerto Rico | 37,271 |
| | | Land Authority of Puerto Rico | 36,741 |
| | | Institute of Puerto Rican Culture | 22,756 |
| | | Economic Development Bank for Puerto Rico | 11,876 |
| | | National Parks Company of Puerto Rico | 3,830 |
| | | Puerto Rico Ports Authority | 2,750 |
| | | Puerto Rico Convention Center District | |
| | | | 1,469,074 |
| | $ 1,556,855 | | $ 1,550,347 |

The difference amounting to $6.5 million between due from (to) component units resulted from the time lag between the dates that transactions are recorded by each discretely presented component unit and other reconciling items. The balance due to GDB amounting to approximately $1.5 billion represents loans payable to GDB at June 30, 2007.

97

(Continued)

PR-CCD-0009759

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The rest of the loans receivable reported by GDB consists of the following (expressed in thousands):

| | | |
|---|---|---:|
| Primary government – governmental activities | $ | 3,422,137 |
| Other governmental entities and municipalities | | 926,338 |
| Private sector (net of $10,206 presented within restricted assets) | | 407,498 |
| Total loans receivable reported by GDB | $ | 4,755,973 |

The loans to the primary government are presented by the Commonwealth within notes payable in the statement of net assets.

Expenses of the primary government include approximately $2.6 billion in capital and operational contributions made by the primary government to the component units comprise the following (expressed in thousands):

| | | |
|---|---|---:|
| Puerto Rico Health Insurance Administration | $ | 1,142,347 |
| University of Puerto Rico | | 861,503 |
| Puerto Rico Infrastructure Financing Authority | | 98,320 |
| Government Development Bank for Puerto Rico | | 65,850 |
| Puerto Rico Aqueduct and Sewer Authority | | 700 |
| Nonmajor component units | | 445,345 |
| Total contributions made by primary government to component units | $ | 2,614,065 |

(11) **Restricted Assets**

Restricted assets of the primary government included in the basic financial statements at June 30, 2007 consist of cash, investments, and other assets to be used for the following purposes (expressed in thousands):

| | | |
|---|---|---:|
| Debt service and sinking fund | $ | 1,490,524 |
| Public Housing Administration – funds received from HUD | | 450,112 |
| Assets held in trust for repayment of QZAB | | 73,051 |
| Construction and betterment funds | | 50,036 |
| Investment held for disability insurance benefits | | 35,606 |
| Construction of governmental facilities | | 29,754 |
| Assets held for development of urban forest | | 19,200 |
| Emergency fund | | 574 |
| Other | | 33,605 |
| | $ | 2,182,462 |

98 (Continued)

PR-CCD-0009760

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Liabilities of the primary government payable from restricted assets consist of the following (expressed in thousands):

| | | |
|---|---|---:|
| Governmental activities: | | |
| Qualified Zone Academic Bonds | $ | 184,124 |
| Tax revenue anticipation notes | | 881,484 |
| Deferred revenue | | 108,970 |
| Interest payable | | 564,623 |
| Liabilities payable from restricted assets – governmental activities | $ | 1,739,201 |
| Business-type activities: | | |
| Disability insurance benefit payable | $ | 851 |
| Liabilities payable from restricted assets – business-type activities | $ | 851 |
| | | |
| Governmental activities restricted net assets: | | |
| Restricted for capital project | $ | 11,601 |
| Restricted for debt service | | 159,817 |
| Other purpose | | 159,633 |
| Total restricted net assets | $ | 331,051 |

Restricted assets of the component units included in the basic financial statements at June 30, 2007 are to be used for the following purposes (expressed in thousands):

| | | |
|---|---|---:|
| Debt service and sinking fund requirements | $ | 5,566,347 |
| Construction and betterments funds | | 1,977,951 |
| Collateral for underlying securities | | 716,800 |
| Other uses | | 164,914 |
| Educational fund | | 148,774 |
| Malpractice insurance fund | | 73,461 |
| Maintenance reserve fund | | 51,649 |
| Industrial incentives | | 4,446 |
| Escrow | | 145 |
| Incentive to farmers | | 2 |
| Total for components units | $ | 8,704,489 |

99

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**(12) Capital Assets**

Capital assets activity for the year ended June 30, 2007 is as follows (expressed in thousands):

***Primary Government***

|  | Beginning balance (as restated) | Increases | Decreases | Ending balance |
|---|---|---|---|---|
| Governmental activities: | | | | |
| Capital assets, not being depreciated: | | | | |
| Land | $ 848,443 | 9,108 | 13,018 | 844,533 |
| Construction in progress | 1,396,503 | 401,727 | 363,252 | 1,434,978 |
| Total capital assets, not being depreciated | 2,244,946 | 410,835 | 376,270 | 2,279,511 |
| Capital assets, being depreciated: | | | | |
| Buildings and building improvements | 6,595,302 | 362,624 | 32,553 | 6,925,373 |
| Equipment furniture, fixtures and vehicles | 390,631 | 68,329 | 8,850 | 450,110 |
| Infrastructure | 441,500 | — | — | 441,500 |
| Total capital assets, being depreciated | 7,427,433 | 430,953 | 41,403 | 7,816,983 |
| Less accumulated depreciation for: | | | | |
| Buildings and building improvements | 2,200,152 | 190,207 | 18,554 | 2,371,805 |
| Equipment furniture, fixtures and vehicles | 190,418 | 36,654 | 3,012 | 224,060 |
| Infrastructure | 83,951 | 8,830 | — | 92,781 |
| Total accumulated depreciation | 2,474,521 | 235,691 | 21,566 | 2,688,646 |
| Total capital assets, being depreciated, net | 4,952,912 | 195,262 | 19,837 | 5,128,337 |
| Governmental activities capital assets, net | $ 7,197,858 | 606,097 | 396,107 | 7,407,848 |
| Business-type activities: | | | | |
| Total capital assets, being depreciated – equipment | $ 5,043 | — | 233 | 4,810 |
| Less accumulated depreciation of equipment | 4,035 | 334 | 233 | 4,136 |
| Total business-type activities capital assets, being depreciated, net | $ 1,008 | (334) | — | 674 |

100

(Continued)

PR-CCD-0009762

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Depreciation expense was charged to functions/programs of the primary government for the year ended June 30, 2007 as follows (expressed in thousands):

| | | |
|---|---|---:|
| Governmental activities: | | |
| General government | $ | 76,697 |
| Public safety | | 24,112 |
| Health | | 6,297 |
| Public housing and welfare | | 83,684 |
| Education | | 30,374 |
| Economic development | | 14,527 |
| Total depreciation expense – governmental activities | $ | 235,691 |
| Total depreciation business-type activities – lotteries | $ | 334 |

The net book value of capital assets of the primary government as of beginning of the year was increased to reflect the noncapitalization of capital assets payable by approximately $14.7 million.

The Commonwealth follows the provision of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries*, an amendment to GASB Statement No. 34. This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries. The Commonwealth recognized an impairment loss of $3.4 million in the statement of activities, related to the reduction in use of educational facilities.

General infrastructure assets include $417 million representing the estimated cost of assets transferred to the Department of Natural and Environmental Resources (DNER) of the Commonwealth in 1997 upon completion of the Cerrillos Dam and Reservoir and the Portugues-River and Bucana-River Projects by the U.S. Army Corps of Engineers. These infrastructure assets are reported within governmental activities and include dams, intake facilities, and similar items built for flood control, water supply, and recreational purposes. The Commonwealth also recorded a payable due to the U.S. Army Corps of Engineers, amounting to $205 million, for its estimated allocated share of the construction costs associated with these projects, including accrued interest of $5 million. The final debt agreement between DNER and the U.S. Army Corps of Engineers has not been finalized, and therefore, terms and conditions could differ from those estimated. The depreciation is computed using the straight-line method over an estimated useful life of 50 years from the transfer date of the property. The related debt is expected to be payable on an annual basis over a 50-year period. However, the debt has been presented as a long-term payable after one year in the accompanying statement of net assets since the commencement date of repayment has not yet been determined.

On August 17, 2001, the Legislature of the Commonwealth approved Act No. 120, which requires the conditional transfer of the ownership of certain real properties under the name of the Department of Recreation and Sports (DRS) of the Commonwealth to the municipalities of the Commonwealth. The land and the facilities were transferred at no cost to the municipalities. During fiscal year ended June 30, 2007, land, building, and building improvements with a total carrying amount of $29 million were transferred to several municipalities and recorded as an expense in the accompanying statement of activities.

101                                                          (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Discretely Presented Component Units*

| | Beginning balance (as restated) | Increases | Decreases | Ending balance |
|---|---|---|---|---|
| Capital assets, not being depreciated: | | | | |
| Land | $ 2,539,366 | 135,565 | 46,119 | 2,628,812 |
| Art works | 8,603 | 4 | — | 8,607 |
| Construction in progress | 6,238,211 | 1,858,801 | 1,691,305 | 6,405,707 |
| Total capital assets, not being depreciated | 8,786,180 | 1,994,370 | 1,737,424 | 9,043,126 |
| Capital assets, being depreciated: | | | | |
| Buildings and buildings improvements | 8,958,948 | 397,789 | 240,311 | 9,116,426 |
| Equipment, furniture, fixtures and vehicles | 1,308,083 | 383,340 | 31,386 | 1,660,037 |
| Infrastructure | 22,576,754 | 1,199,151 | 3,004 | 23,772,901 |
| Total capital assets, being depreciated | 32,843,785 | 1,980,280 | 274,701 | 34,549,364 |
| Less accumulated depreciation for: | | | | |
| Buildings and buildings improvements | 5,047,766 | 369,497 | 207,611 | 5,209,652 |
| Equipment, furniture, fixtures and vehicles | 769,522 | 132,778 | 21,578 | 880,722 |
| Infrastructure | 9,141,492 | 654,946 | 2,420 | 9,794,018 |
| Total accumulated depreciation | 14,958,780 | 1,157,221 | 231,609 | 15,884,392 |
| Total capital assets, being depreciated, net | 17,885,005 | 823,059 | 43,092 | 18,664,972 |
| Capital assets, net | $ 26,671,185 | 2,817,429 | 1,780,516 | 27,708,098 |

The restatements in the beginning balance of capital assets by approximately $60.3 million is related to several component units sustaining restatements included in note 4.

**(13) Tax Revenue Anticipation Notes Payable**

Tax revenue anticipation notes (TRANS) reported in the general fund were issued on October 26, 2006 at interest rates of 4.5% and were paid on July 30, 2007. The TRANS amounted to $881 million at June 30, 2007 plus accrued interest of approximately $27 million. The proceeds of the TRANS were used to cover temporary cash deficiencies resulting from the timing differences between tax collections and the payments of current expenditures.

(Continued)

PR-CCD-0009764

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**(14) Short and Long-Term Obligations**

**Primary Government**

**(a)** *Summary of Short and Long-Term Obligations*

Short and long-term obligations at June 30, 2007 and changes for the year then ended are as follows (expressed in thousands):

| | Balance at June 30, 2006 | Debt issued | Capitalized interest | Debt paid | Original issue (discounts) premiums | Other net increases (decreases) | Balance at June 30, 2007 | Due within one year |
|---|---|---|---|---|---|---|---|---|
| Governmental activities: | | | | | | | | |
| General obligation and revenue bonds | $ 12,195,083 | 1,065,390 | 31,247 | (303,360) | 21,233 | 24,809 | 13,034,402 | 318,380 |
| Commonwealth appropriation bonds | 2,642,194 | — | 1,551 | (84,189) | — | 3,836 | 2,563,392 | 99,971 |
| Qualified Zone Academy Bonds | 184,124 | — | — | — | — | — | 184,124 | — |
| Notes payable to component units: | | | | | | | | |
| GDB (short term) | 526,044 | 100,233 | — | (327,202) | — | — | 299,075 | 299,075 |
| GDB | 3,179,083 | 433,231 | — | (489,252) | — | — | 3,123,062 | 413,254 |
| Other | 114,651 | — | — | (7,785) | — | — | 106,866 | 36,009 |
| Total bonds and notes payable | 18,841,179 | 1,598,854 | 32,798 | (1,211,788) | 21,233 | 28,645 | 19,310,921 | 1,166,689 |
| Compensated absences | 1,683,953 | — | — | (962,323) | — | 1,072,485 | 1,794,115 | 1,065,805 |
| Net pension obligation | 4,740,806 | — | — | — | — | 355,518 | 5,096,324 | — |
| Obligation under capital lease arrangements | 144,501 | 2,975 | — | (4,663) | — | (1,002) | 141,811 | 4,808 |
| Other liabilities: | | | | | | | | |
| Employees' Christmas bonus | 102,562 | — | — | (175,821) | — | 173,333 | 100,074 | 100,074 |
| Liability for federal cost disallowances | 53,047 | — | — | — | — | (2,888) | 50,159 | 50,159 |
| Liability for legal claims and judgments | 801,167 | — | — | (26,076) | — | 175,185 | 950,276 | 26,000 |
| Other | 205,000 | — | — | — | — | — | 205,000 | — |
| Total governmental activities | 26,572,215 | 1,601,829 | 32,798 | (2,380,671) | 21,233 | 1,801,276 | 27,648,680 | 2,413,535 |
| Business-type activities: | | | | | | | | |
| Compensated absences | 7,365 | — | — | (3,857) | — | 2,489 | 5,997 | 3,945 |
| Obligation for unpaid lottery prizes | 303,703 | — | — | (37,488) | — | 26,075 | 292,290 | 55,377 |
| Claims liability for insurance benefits | 70,973 | — | — | (70,973) | — | 57,915 | 57,915 | 57,915 |
| Total business-type activities | 382,041 | — | — | (112,318) | — | 86,479 | 356,202 | 117,237 |
| Total governmental and business-type | $ 26,954,256 | 1,601,829 | 32,798 | (2,492,989) | 21,233 | 1,887,755 | 28,004,882 | 2,530,772 |

103

(Continued)

PR-CCD-0009765

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The balances of long-term debt issued included within other financing sources and debt service principal expenditures as reported in the statement of revenue, expenditures, and changes in fund balances – governmental funds do not agree with amounts reported as debt issued and paid in the above table primarily because the above table includes debt issued and paid on short-term obligations, which amounted to approximately $100.2 million and $327.2 million, respectively. The receipt and payment of short-term obligations is reported as a balance sheet transaction in the fund financial statements.

The other net increases in bonds and notes payable consist of deferred losses on refunding, net of amortization, and net amortization of premiums and discounts on bonds. These adjustments did not require any source or use of cash.

Compensated absences, net pension obligation, obligation for unpaid lottery awards, liability for insurance benefits, and other long-term liabilities reflect other net increases (decreases) resulting from adjustments and changes to agree these obligations to their new estimated balances at June 30, 2007.

**(b)  *Debt Limitation***

The Constitution of the Commonwealth authorizes the contracting of debts as determined by the Legislature. Nevertheless, the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth are not to be issued if the amounts of the principal of, and interest on, such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceeds 15% of the average annual revenue raised under the provisions of Commonwealth legislation and conveyed into the Treasury (hereinafter internal revenue) in the two fiscal years preceding the then current fiscal year. Section 2, Article VI of the Constitution does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded. Internal revenue consists principally of income taxes and excise taxes. Certain revenue, such as federal excise taxes on offshore shipments of alcoholic beverages, tobacco products, and customs duties, which are collected by the U.S. government and returned to the Commonwealth, motor vehicle fuel taxes and license fees, which are allocated to the PRHTA, a discrete component unit, and a portion of the sales and use tax allocated to service the bonds issued by COFINA are not included as revenue for the purpose of calculating the debt limit, although they may be available for the payment of debt service. At June 30, 2007, the Commonwealth is in compliance with the debt limitation requirement.

**(c)  *Bonds Payable***

The Constitution of the Commonwealth provides that public debt will constitute a first claim on the available revenue of the Commonwealth. Public debt includes general obligations and notes of the Commonwealth and any payment required to be made by the Commonwealth under its guarantees of bonds issued by blended or discretely presented component units. The good faith, credit, and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal and interest of the general obligation bonds.

(Continued)

PR-CCD-0009766

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Act No. 83 of August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation. The levy is made by CRIM, a municipal corporation, not a component unit of the Commonwealth. CRIM is required to remit the 1.03% of property tax collected to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations of the Commonwealth. During the year ended June 30, 2007, the total revenue and receivable reported by the Commonwealth amounted to approximately $120 million and $11.8 million, respectively, which are included in the debt service fund.

For financial reporting purposes, the outstanding amount of bonds represents the total principal to be repaid, net of unamortized premiums, discount, and deferred refunding losses; for capital appreciation bonds, it represents total principal and accreted interest to be repaid.

Bonds payable outstanding at June 30, 2007 are as follows (expressed in thousands):

| | General obligation | Revenue bonds | Total |
|---|---|---|---|
| Term bonds payable through 2036; interest payable semiannually at rates varying from 3% to 8%. | $ 3,293,025 | 1,588,655 | 4,881,680 |
| Serial bonds payable through 2024; interest payable semiannually at rates varying from 3.75% to 7.50%. | 4,519,080 | 1,054,740 | 5,573,820 |
| Capital appreciation bonds payable through 2031; no interest rate, yield ranging from 4.42% to 7.80%. Net of accreted discount of $168 million. | 239,160 | 143,987 | 383,147 |
| The Children's Trust Fund tobacco settlement asset-backed bonds payable through 2026; interest payable annually at rates varying from 4.625% to 6.000%. | — | 1,234,904 | 1,234,904 |
| Capital Fund Program Bonds, maturing in various dates payable through 2024; interest payable at rates varying from 2% to 5%. | — | 619,105 | 619,105 |
| Bond payment obligation payable through 2010; interest payable at rates varying from 1.5% to 5.5%. | 125,910 | — | 125,910 |
| Balance carried forward | $ 8,177,175 | 4,641,391 | 12,818,566 |

105

(Continued)

PR-CCD-0009767

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

|  | | General obligation | Revenue bonds | Total |
|---|---|---|---|---|
| Balance brought forward | $ | 8,177,175 | 4,641,391 | 12,818,566 |
| Yield curve bonds payable from 2009 through 2011; no interest rate, yield of 8.914%. | | 15,000 | — | 15,000 |
| Yield retail bonds payable from 2009 through 2011; interest payable at rates varying from 2.875% to 5.000%. | | 21,000 | — | 21,000 |
| Tax-exempt components maturing through 2007 and 2008; interest payable at rates ranging from 5.5% to 5.6%. | | — | 72,160 | 72,160 |
| Inverse rate bonds payable from 2009 through 2011; interest payable at a rate of 6%. | | 15,000 | — | 15,000 |
| Insured bonds payable from 2014 through 2018; interest payable at a rate of 5%. | | 64,360 | — | 64,360 |
| Total | | 8,292,535 | 4,713,551 | 13,006,086 |
| Unamortized premium, net | | 222,319 | 17,836 | 240,155 |
| Deferred charges arising from debt refunding | | (66,284) | (145,786) | (212,070) |
| Savings bonds | | 231 | — | 231 |
| Total bonds payable | $ | 8,448,801 | 4,585,601 | 13,034,402 |

(Continued)

PR-CCD-0009768

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

During the year ended June 30, 2007, the following changes occurred in the bonds payable (expressed in thousands):

| | | Outstanding at June 30, 2006 | Issued | Premiums/ discount (redemptions) | Outstanding at June 30, 2007 |
|---|---|---|---|---|---|
| Term bonds | $ | 4,406,850 | 517,125 | (42,295) | 4,881,680 |
| Serial bonds | | 5,189,555 | 548,265 | (164,000) | 5,573,820 |
| Capital appreciation bonds | | 419,634 | — | (36,487) | 383,147 |
| The Children's Trust Fund tobacco settlement asset-backed bonds | | 1,239,015 | — | (4,111) | 1,234,904 |
| Capital Fund Program Bonds | | 641,325 | — | (22,220) | 619,105 |
| Bond payment obligations | | 125,910 | — | — | 125,910 |
| Yield curve bonds | | 15,000 | — | — | 15,000 |
| Yield retail bonds | | 24,000 | — | (3,000) | 21,000 |
| Tax-exempt components | | 72,160 | — | — | 72,160 |
| Inverse rate bonds | | 79,360 | — | — | 79,360 |
| Subtotal | | 12,212,809 | 1,065,390 | (272,113) | 13,006,086 |
| Unamortized premium | | 243,449 | 21,233 | (24,527) | 240,155 |
| Deferred charges arising from debt refunding | | (261,406) | — | 49,336 | (212,070) |
| Savings bonds | | 231 | — | | 231 |
| Total | $ | 12,195,083 | 1,086,623 | (247,304) | 13,034,402 |

107

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Maturities of general obligations and of revenue bonds payable, including accrued interest of capital appreciation bonds, are as follows (expressed in thousands):

| Year ending June 30: | Principal | Interest | Total |
|---|---|---|---|
| 2008 | $ 318,380 | 611,882 | 930,262 |
| 2009 | 326,531 | 652,449 | 978,980 |
| 2010 | 384,080 | 606,611 | 990,691 |
| 2011 | 403,700 | 585,890 | 989,590 |
| 2012 | 415,544 | 578,730 | 994,274 |
| 2013 – 2017 | 2,256,133 | 2,584,324 | 4,840,457 |
| 2018 – 2022 | 2,725,407 | 1,977,416 | 4,702,823 |
| 2023 – 2027 | 2,313,699 | 1,330,936 | 3,644,635 |
| 2028 – 2032 | 2,103,071 | 812,700 | 2,915,771 |
| 2033 – 2037 | 1,303,661 | 292,228 | 1,595,889 |
| 2038 – 2042 | 256,362 | 81,782 | 338,144 |
| 2043 – 2047 | 37,164 | 4,578 | 41,742 |
| Total | 12,843,732 | $ 10,119,526 | 22,963,258 |
| Plus accreted discount | 162,585 | | |
| Plus unamortized premium | 240,155 | | |
| Less deferred charges arising from debt refunding | (212,070) | | |
| Total | $ 13,034,402 | | |

*(d)* *Commonwealth Appropriation Bonds*

Over the years, GDB, as fiscal agent and bank for the Commonwealth, had extended lines of credit, advances, and loans to several agencies and component units in order to finance their capital improvement projects and to cover their operational deficits at the time. At different points in time, these loans were refunded through the issuance of Commonwealth appropriation bonds issued by the Puerto Rico Public Finance Corporation (PFC), a blended component unit of GDB. PFC is the financing arm of GDB, which serves only as a conduit for the issuance of the bonds.

During June 2004, PFC advance refunded through the PFC 2004 Series A and B and PFC 2003 Series A through C Refunding Commonwealth Appropriation Bonds, a portion of certain of its outstanding Commonwealth Appropriation Bonds issued in prior years (except for the Health Facilities and Services Administration bonds described below, where no portion was refunded). The Commonwealth recognized a mirror effect of this advance refunding by PFC in its own debt in proportion to the portion of the Commonwealth's notes included in the PFC refunding. As a result, the Commonwealth considered defeased and, therefore, removed from the balance sheet the portion refunded of $775.7 million. The repayment source for these bonds (both the refunding and unrefunded portions) consisted until June 30, 2006 of Commonwealth appropriations submitted for approval of the Legislature annually during the budget preparation process of the Commonwealth.

(Continued)

PR-CCD-0009770

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

During July 2006, the source for the 2007 debt service of these appropriation bonds came from PFC instead (not from legislative appropriations), through an advance of approximately $303 million. PFC will get its advance repaid by COFINA, a discretely presented component unit created in 2007 with the capacity to issue bonds to repay or refinance the advance from PFC, the appropriation bonds, the Qualified Zone Academic Bonds (QZAB) bonds and other debt obligations to GDB, collectively referred as the extra-constitutional debt. The COFINA debt in turn will be serviced with the revenues generated from the collection of the first 1% of the sales and use tax, which came in effect on November 15, 2006 (note 3(c)).

The outstanding balance of the Commonwealth appropriation bonds (both the refunding and unrefunded portion combined) comprises the following obligations (expressed in thousands):

| | | |
|---|---|---:|
| Act No. 164 restructuring | $ | 1,458,343 |
| Health Facilities and Services Administration | | 410,701 |
| Office for the Improvement of Public Schools of Puerto Rico | | 319,272 |
| Puerto Rico Maritime Shipping Authority | | 280,157 |
| Property tax settlement | | 94,919 |
| Total Commonwealth appropriation bonds | $ | 2,563,392 |

On December 17, 2001, Act No. 164 was approved, which authorized certain government agencies and discretely presented component units to refund approximately $2.4 billion of their outstanding obligations with GDB, for which no repayment source existed, over a period not exceeding 30 years, and to be repaid with annual Commonwealth appropriations not to exceed $225 million. This refunding was done with Commonwealth appropriation bonds through several series issued by PFC during the period between December 2001 and June 2002.

(Continued)

PR-CCD-0009771

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Approximately $1.5 billion of the aforementioned outstanding obligations belonged to the primary government, predominantly the Department of Health of the Commonwealth (health reform financing and other costs for approximately $1.1 billion) and the Department of the Treasury of the Commonwealth (the fiscal year 2001 deficit financing of $268 million and the obligation assumed for defective tax liens in the amount of approximately $132 million). The new combined bonds balance of the Act No. 164 restructuring bears interest at rates ranging from 1.25% to 5.80%. Debt service requirements in future years are as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2008 | $ 35,076 | 81,944 | 117,020 |
| 2009 | 37,031 | 79,997 | 117,028 |
| 2010 | 34,707 | 80,860 | 115,567 |
| 2011 | 35,799 | 77,198 | 112,997 |
| 2012 | 38,506 | 75,288 | 113,794 |
| 2013-2017 | 245,683 | 332,521 | 578,204 |
| 2015-2022 | 332,797 | 241,162 | 573,959 |
| 2023-2027 | 369,396 | 117,145 | 486,541 |
| 2028-2031 | 348,769 | 28,913 | 377,682 |
| Total | 1,477,764 | $ 1,115,028 | 2,592,792 |
| Plus unamortized premium | 21,611 | | |
| Less deferred charges arising from debt refunding | (41,032) | | |
| Total | $ 1,458,343 | | |

As of July 1, 1999, approximately $595 million (including unpaid interest) of a promissory note of the Health Facilities and Services Administration (HFSA) due to GDB was transferred to the Department of Health of the Commonwealth and restructured through Commonwealth appropriation bonds. The bonds bear interest at rates ranging between 5.90% and 6.20%. Principal and interest on the bonds are payable solely from legislative appropriations to be made pursuant to Act No. 223 of August 9, 1998. The act provides that OMB shall include in the annual budget of the Commonwealth an amount equal to $56.5 million for the fiscal year 1998-99, and for the next succeeding 15 fiscal years the amount necessary to pay the principal of and interest on the bonds, up to a maximum annual amount of $57.7 million. As of June 30, 2007, approximately $411 million was still outstanding.

(Continued)

PR-CCD-0009772

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Debt service requirements in future years are as follows (expressed in thousands):

| Year ending June 30: | Principal | Interest | Total |
|---|---|---|---|
| 2008 | $ 39,600 | 18,074 | 57,674 |
| 2009 | 42,125 | 15,555 | 57,680 |
| 2010 | 44,865 | 12,821 | 57,686 |
| 2011 | 25,018 | 32,714 | 57,732 |
| 2012 | 31,200 | 26,496 | 57,696 |
| 2013 – 2017 | 208,915 | 76,540 | 285,455 |
| 2018 | 18,978 | 38,732 | 57,710 |
| Total | $ 410,701 | 220,932 | 631,633 |

Previous public schools infrastructure improvement loans provided additional funds for major repairs and improvements to the public schools in Puerto Rico. This activity is administered by the Office for the Improvement of the Public Schools of Puerto Rico (OIPS), included as part of the general fund of the primary government. These loans were refunded originally through the issuance of Commonwealth appropriation bonds pursuant to Act No. 85 of June 13, 1998 (Act 85). The new combined bonds bear interest at rates ranging from 5.00% to 5.85%. As of June 30, 2007, approximately $319 million was outstanding.

Debt service requirements in future years are as follows (expressed in thousands):

| Year ending June 30: | Principal | Interest | Total |
|---|---|---|---|
| 2008 | $ 9,945 | 17,648 | 27,593 |
| 2009 | 10,465 | 17,125 | 27,590 |
| 2010 | 10,990 | 16,602 | 27,592 |
| 2011 | 11,580 | 16,011 | 27,591 |
| 2012 | 12,200 | 15,555 | 27,755 |
| 2013 – 2017 | 77,675 | 58,674 | 136,349 |
| 2018 – 2022 | 87,950 | 37,807 | 125,757 |
| 2023 – 2026 | 105,880 | 11,816 | 117,696 |
| Total | 326,685 | $ 191,238 | 517,923 |
| Plus unamortized premium | 5,941 | | |
| Less deferred charges arising from debt refunding | (13,354) | | |
| Total | $ 319,272 | | |

A promissory note payable owed by PRMSA to GDB was assumed by the Commonwealth in connection with the sale of the maritime operations of PRMSA. Commonwealth appropriation bonds were issued to refund this liability. The new combined bonds balance bears interest at a variable rate

111                                                          (Continued)

PR-CCD-0009773

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

ranging from 3.00% to 7.30%. Debt service requirements in future years are as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2008 | $ — | 16,907 | 16,907 |
| 2009 | — | 16,907 | 16,907 |
| 2010 | 3,415 | 16,793 | 20,208 |
| 2011 | 9,390 | 16,443 | 25,833 |
| 2012 | 7,280 | 16,132 | 23,412 |
| 2013 – 2017 | 67,375 | 71,494 | 138,869 |
| 2018 – 2022 | 85,810 | 51,852 | 137,662 |
| 2023 – 2027 | 107,240 | 26,353 | 133,593 |
| 2028 – 2030 | 47,985 | 2,248 | 50,233 |
| Total | 328,495 | $ 235,129 | 563,624 |
| Less unamortized discount | (599) | | |
| Less deferred charges arising from debt refunding | (47,739) | | |
| Total | $ 280,157 | | |

During fiscal year 1996, the Commonwealth refinanced the liability for the settlement of the property taxes owed to the municipalities of Puerto Rico. Commonwealth appropriation bonds were issued to refund this liability. The new combined bonds balance bears interest at rates ranging from 5.87% to 7.25%. Debt service requirements in future years are as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2008 | $ 15,350 | 3,040 | 18,390 |
| 2009 | 16,505 | 1,885 | 18,390 |
| 2010 | 31,563 | 5,225 | 36,788 |
| 2011 | 13,001 | 5,389 | 18,390 |
| 2012 | 12,184 | 6,211 | 18,395 |
| 2013 – 2016 | 22,247 | 14,553 | 36,800 |
| Total | 110,850 | $ 36,303 | 147,153 |
| Plus accreted discount | 8,962 | | |
| Less deferred charges arising from debt refunding | (24,893) | | |
| Total | $ 94,919 | | |

112

(Continued)

PR-CCD-0009774

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*(e)*    ***Qualified Zone Academy Bonds***

During November 2001, the Department of Education of the Commonwealth issued a certification whereby certain Commonwealth public schools were designated as a "qualified zone academy" pursuant to Section 1397E of the U.S. Internal Revenue Code of 1986, as amended. On May 18, 2004, PFC, a blended component unit of GDB, issued $47.9 million of Qualified Zone Academic Bonds (QZAB) to finance expenditures of the Department of Education of the Commonwealth under the aforementioned program, including rehabilitation and repairs of school buildings and other facilities, the development and implementation of academic curricula, technology training for some schools, and the costs of issuance of the bonds. This May 2004 QZAB is payable upon its maturity on May 2020, since the U.S. government grants tax exemptions to bond holders in lieu of an interest rate.

During January 2006, another QZAB in the amount of $39.4 million was issued for similar purposes. The January 2006 QZAB is payable upon its maturity in January 2022.

Also during January 2006, the Commonwealth unwound the 2001 defeasance of the QZAB issued in December 2001, therefore, reverting back the transaction and recognizing in the statement of net assets for the governmental activities such QZAB obligation in the amount of $96.8 million.

During fiscal year 2007 annual appropriations of $12.4 million for the future settlement of the QZABs were not provided by the general fund as it was originally intended. Instead, annual required escrow deposits were funded with monies borrowed by PFC. These advances from PFC would be repaid by COFINA under the same mechanism fully described in note 14 (d).

(Continued)

PR-CCD-0009775

Case:17-03283-LTS Doc#:478-28 Filed:02/24/18 Entered:02/24/18 20:19:25 Desc:
Exhibit DX (Part Part II) Page 476 of 1000

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*(f)* *Notes Payable to Component Units*

The Commonwealth has entered into various interim line-of-credit agreements with GDB consisting of the following at June 30, 2007 (expressed in thousands):

| Agency | Purpose | Interest rate | Line of credit | Outstanding balance |
|---|---|---|---|---|
| Department of the Treasury | Resources to meet appropriations in annual budget of the Commonwealth (fiscal year 2004) and Federal program expenditures | 125bp over three-month LIBOR | $ 640,000 | 156,744 |
| Public Buildings Authority | Interim construction activities | 150bp over GDB's commercial paper rate | 256,000 | 129,112 |
| Department of Transportation and Public Works | Construction and repavement of roads | 150bp over GDB's commercial paper rate | 15,000 | 11,604 |
| Department of Recreation and Sports | Recreational projects at various municipalities | 150bp over GDB's commercial paper rate | 16,000 | 1,615 |
| | | | $ 927,000 | 299,075 |

(Continued)

PR-CCD-0009776

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The Commonwealth financed certain other long-term liabilities through GDB and other component units. The outstanding balance on the financing provided by GDB comprises the following (expressed in thousands), all within governmental activities:

**GDB:**

| | | |
|---|---|---|
| Department of the Treasury | $ | 2,173,659 |
| Department of Health | | 301,101 |
| Department of Education | | 124,539 |
| Public Buildings Authority | | 75,000 |
| Office of Management and Budget | | 74,772 |
| Department of Transportation and Public Works | | 68,640 |
| Department of Agriculture | | 61,173 |
| Department of Justice | | 49,176 |
| The Children's Trust | | 42,000 |
| Puerto Rico Court Administration Office | | 35,092 |
| Police Department | | 23,143 |
| Department of Recreation and Sports | | 22,755 |
| Public Housing Administration | | 21,847 |
| Department of Housing | | 16,688 |
| Correction Administration | | 11,892 |
| Office of the Superintendent of the Capitol | | 9,885 |
| Administration for the Care and Development of the Childhood | | 5,257 |
| Department of Natural and Environmental Resources | | 3,056 |
| State Office for the Historic Conservation | | 2,252 |
| Office of Veterans' Affairs | | 1,135 |
| Notes payable to GDB | $ | 3,123,062 |

**Other Components Unit:**

| | | |
|---|---|---|
| Health facilities agreement payable to the Medical Science Campus of UPR | $ | 63,785 |
| Note payable to PREPA | | 43,081 |
| Notes payable to other component units | $ | 106,866 |

115

(Continued)

PR-CCD-0009777

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

As of June 30, 2007, the Department of the Treasury of the Commonwealth has entered into various line-of-credit agreements with GDB amounting to a maximum of $2.4 billion for different purposes as presented in the following tables. The purpose, interest rate, maturity date, and amount outstanding under each individual agreement at June 30, 2007 consist of the following (expressed in thousands):

| Purpose | Interest rate | Maturity | Line of credit | Outstanding balance |
|---|---|---|---|---|
| To finance payroll and operational expenditures of the Commonwealth for fiscal year 2006 | 5.50% | June 30, 2036 | $ 741,000 | 741,000 |
| To provide additional resources to meet the appropriations in the annual budget of the Commonwealth for fiscal year 2005 | 125 bp over three-month LIBOR | June 30, 2014 | 550,000 | 550,000 |
| Replenishment of income tax refund reserve for fiscal year 2004 | 125 bp over three-month LIBOR | June 30, 2008 | 250,000 | 238,924 |
| Resources to meet appropriations in annual budget of Commonwealth and partial repayments of TRANS (fiscal year 2004) | 125 bp over three-month LIBOR | June 31, 2009 | 233,000 | 233,000 |
| Capital improvement projects of agencies and municipalities | 150 bp over GDB's commercial paper rate | June 30, 2019 | 130,000 | 91,035 |
| Acquisition of safety and security equipment for certain Commonwealth agencies | 150 bp over GDB's commercial paper rate | September 30, 2007 | 105,000 | 79,832 |
| Resources to cover the operational needs of the catastrophic disasters fund (fiscal year 2004) | 125 bp over three-month LIBOR | September 30, 2012 | 100,000 | 78,130 |
| Balance brought forward | | | $ 2,109,000 | 2,011,921 |

116

(Continued)

PR-CCD-0009778

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

| Purpose | Interest rate | Maturity | Line of credit | Outstanding balance |
|---|---|---|---|---|
| Balance brought forward | | | $ 2,109,000 | 2,011,921 |
| To meet program expenditures of the Puerto Rico Health Insurance Administration and the Department of the Family | 125 bp over three-month LIBOR | September 30, 2015 | 79,930 | 43,392 |
| To cover deficit in certain elderly and child care programs of the Department of the Family | 125 bp over three-month LIBOR | September 30, 2011 | 30,000 | 29,928 |
| To fund information technology project | 150 bp over GDB's commercial paper rate | June 30, 2008 | 44,868 | 14,783 |
| To pay debt with Municipal Revenue Collection Center | 125 bp over three-month LIBOR | June 30, 2011 | 16,241 | 16,241 |
| Resources to various agencies to pay outstanding debt with PBA | 125bp over three-month LIBOR | September 30, 2008 | 40,000 | 14,182 |
| To stimulate economy in municipalities of Ceiba and Naguabo | 125 bp over three-month LIBOR | September 30, 2012 | 14,500 | 12,665 |
| To pay outstanding debt of various agencies with the Puerto Rico Telephone Company | 125 bp over three-month LIBOR | September 30, 2008 | 16,000 | 12,157 |
| To acquire correctional facilities | 125 bp over three-month LIBOR | June 30, 2010 | 15,000 | 9,868 |
| Resources to cover the operational needs of the catastrophic disasters fund (fiscal year 2004) | 125 bp over three-month LIBOR | July 31, 2007 | 8,000 | 5,825 |
| Purchase of mobile X-ray machines | 125 bp over three-month LIBOR | June 30, 2008 | 12,000 | 2,697 |
| | | | $ 2,385,539 | 2,173,659 |

On November 17, 2006, Act No. 249 was enacted creating the Special Health Fund (SHF), ascribed to the DOH, to cover budgetary deficiencies at the Puerto Rico Health Insurance Administration (PRHIA) in the implementation of the health reform and to finance the needs of the Puerto Rico Medical Services Administration (PRMSA) in the treatment and trauma programs. Act. No. 249 authorized GDB to provide funding to the SHF up to a maximum of $253 million to finance these

117

(Continued)

PR-CCD-0009779

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

needs. On December 22, 2006, GDB provided the aforementioned financing, payable in annual installments for a term of six years until 2013, beginning on September 15, 2007, including interest at the rate of 7.50%. The source of the repayment will come from annual contributions from the State Insurance Fund Corporation, which in turn are expected to be funded with future Commonwealth appropriations for the same amounts. As of June 30, 2007, this line of credit amounted to $253 million.

On August 2003, the Department of Health of the Commonwealth entered into a $30 million line-of-credit agreement with GDB in order to repay certain outstanding debts that the PRMSA had with other agencies and suppliers. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon maturity of the line of credit on June 30, 2012. As of June 30, 2007, $28.9 million related to this line-of-credit agreement was outstanding. On November 8, 2004, the Department of Health entered into an additional $58.5 million line-of-credit agreement with GDB for the financing of a project of the Department of Health and PRMSA. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on October 31, 2014. As of June 30, 2007, this line-of-credit agreement amounted to $19.2 million.

On February 6, 2003, the Department of Education of the Commonwealth entered into a $25 million line-of-credit agreement with GDB for the purchase of equipment and for school improvements. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2008. As of June 30, 2007, $9.5 million was outstanding. On August 4, 2002, the Department of Education of the Commonwealth entered into an additional $140 million line-of-credit agreement with GDB in order to reimburse the Department of the Treasury of the Commonwealth for payments made on their behalf for state funds used to fund federal program expenditures. Borrowings under this line of credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2007. As of June 30, 2007, $115 million was outstanding related to the borrowing. The line of credit will be repaid with federal grants. On August 30, 2002, the Department of Education of the Commonwealth also entered into a $2.3 million line-of-credit agreement with GDB for the construction of school facilities. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on July 1, 2006. At June 30, 2007, no amounts had been drawn under this line of credit.

On April 6, 2006, the Public Buildings Authority executed a loan agreement with GDB for $75 million bearing interest at a variable rate based on 125 basis points over the three-month London Interbank Offered Rate (LIBOR) index. The loan, obtained for operational needs, is due on June 30, 2010 and is collateralized with two of PBA's properties. At June 30, 2007, $75 million remained outstanding.

On June 5, 2006, the Office of Management and Budget entered into a $150 million line-of-credit agreement with GDB to provide economic assistance for disasters and emergencies. Borrowings under this line-of-credit agreement bear interest at variable rates based on 125 basis points over three-month LIBOR, and are payable upon the maturity of the line of credit on September 30, 2011. As of June 30, 2007, $74.8 million was outstanding.

(Continued)

PR-CCD-0009780

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

On March 8, 2004, the Department of Transportation and Public Works (DTPW), entered into a $26 million line-of-credit agreement with GDB for the improvement and maintenance of the roads around the island. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2010. As of June 30, 2007, this line of credit has an outstanding balance of approximately $21.2 million. On November 16, 2004, the DTPW entered into another $33 million line-of-credit agreement with GDB for similar purposes. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on October 31, 2010. As of June 30, 2007, $14.4 million remains outstanding related to these borrowings. On June 23, 2005, the DTPW entered into an additional $44 million line-of-credit agreement with GDB to meet program expenditures. Borrowings under this line-of-credit agreement bear interest at a fixed rate of 2.5% and are payable upon the maturity of the line of credit on September 30, 2008. As of June 30, 2007, this line of credit has an outstanding balance of approximately $33 million. On June 29, 2006, all three mentioned line-of-credit agreements were amended in order to change interest rates, from a variable rate based on 125 basis over GDB's commercial paper to the interest stated above.

On August 9, 1999, the Department of Agriculture of the Commonwealth entered into a $125 million nonrevolving line-of-credit agreement with GDB to provide economic assistance to the agricultural sector, which sustained severe damages caused by Hurricane Georges in 1998. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2014. As of June 30, 2007, $61.2 million remains outstanding.

On October 2, 2002, the Department of Justice of the Commonwealth entered into a $90 million line-of-credit agreement with GDB for the financing of 12 public improvement projects for the Municipality of Ponce pursuant to a court order. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on September 30, 2014. As of June 30, 2007, $21.5 million related to this line-of-credit agreement was outstanding. On July 8, 2005, the Department of Justice of the Commonwealth entered into an additional $63.4 million line-of-credit agreement with GDB for various projects in Ponce. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on September 30, 2014. As of June 30, 2007, this line-of-credit agreement amounted to $27.6 million.

On June 29, 2007, The Trust entered into a loan agreement with GDB to advance the payment of grants to the Department of Health. This loan bears variable interest of 4.15% subject to tax exempt commercial paper. The loan's outstanding balance at June 30, 2007 was $42 million and matures on December 29, 2007. Principal and interest are payable from a future issuance of the tobacco settlement asset-backed bonds.

On May 7, 2001, the Puerto Rico Court Administration Office (the Office) entered into a $49.4 million nonrevolving line-of-credit agreement with GDB for operating purposes. Borrowings under this line-of-credit agreement bear interest at a variable rate of three-month LIBOR plus 1%, not to exceed 8%. The Office must deposit $6 million a year, from the total fees collected on the filing of civil cases, in a special fund created by the Department of the Treasury of the Commonwealth, which is pledged for repayment until July 31, 2015. As of June 30, 2007, approximately $35 million remains outstanding.

119

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

On July 29, 2004, the Police Department entered into a $48 million line-of-credit agreement with GDB for the acquisition of vehicles and high technology equipment. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on September 30, 2014. The outstanding balance of this line-of-credit agreement amounted to $23.1 million at June 30, 2007.

On October 23, 2002, the Department of Recreation and Sports of the Commonwealth (DRS) entered into a $17.5 million line-of-credit agreement with GDB for the development of a recreational complex and other facilities in San Juan, which will eventually become the DRS' principal office headquarters. During fiscal year 2007, this line of credit was combined with a May 25, 2006 line of credit issued for an additional $3 million for the development of a series of recreational projects at different municipalities. Borrowings under this combined line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on September 30, 2008. As of June 30, 2007, $13 million was outstanding. On January 18, 2005, the DRS also entered into a $17.2 million line-of-credit agreement with GDB for the development of a series of recreational projects at different municipalities. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2010. As of June 30, 2007, $9.7 million was outstanding.

The Public Housing Administration has available a $97.1 million of a line of credit secured by the Department of Housing and Urban Development of the United States of America. It bears interest at the daily weighted average rate of the GDB outstanding commercial paper notes plus a required margin cost (5.67% at June 30, 2006). At June 30, 2007, the outstanding balance under this line of credit was $21.8 million.

On March 8, 2007, the Department of Housing and entered into a $19 million line-of-credit agreement with GDB, to reimburse the Puerto Rico Housing Finance Authority, a blended component unit of GDB for certain advances made for the Santurce Revitalization Program. Borrowings under this line-of-credit agreement bear interest at a variable rate of three-month LIBOR plus 1.25%, not to exceed 4% and are payable upon the maturity of the line of credit on March 15, 2009. It also can be prepaid without any penalty during said term. The line of credit will be repaid from the proceeds on the sale and development of the properties acquired under the Revitalization Program. As of June 30, 2007, the line of credit has an outstanding balance of $16.7 million.

On August 28, 2000, GDB approved an amendment to the terms of two line-of-credit agreements of the Correction Administration by which such debts would be repaid between fiscal years 2000 and 2007. The two agreements were issued by GDB in August 1998 to partially fund permanent improvements to correctional facilities. The agreements have variable interest rates and limits of $60 million and $15 million. These two lines of credits were fully repaid during fiscal year 2007. On May 12, 2004, the Correction Administration entered into an additional $60 million line-of-credit agreement with GDB for improvements to certain correctional facilities. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2010. As of June 30, 2007, $11.9 million was outstanding.

On June 21, 2001, the Office of the Superintendent of the Capitol (Superintendent) entered into a $10 million line-of-credit agreement with GDB for the construction of a parking lot. Borrowings

PR-CCD-0009782

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

under this line-of-credit agreement bear interest at a fixed rate of 8% and are payable from Commonwealth appropriations commencing in fiscal year 2003 through fiscal year 2007. As of June 30, 2007, $2.9 million related to the line-of-credit agreement remained outstanding. On February 15, 2002, the Superintendent entered into an additional $35 million line-of-credit agreement with GDB for the acquisition and remodeling of several buildings under their jurisdiction. Borrowings under this line-of-credit agreement bear interest at a fixed rate of 8% and have been payable through fiscal year 2008. As of June 30, 2007, $6.9 million remained outstanding from the line-of-credit agreement.

On February 24, 2006 the Administration for the Care and Development of the Childhood entered into an $8 million line-of-credit agreement with GDB to provide economic assistance for the summer program known as "Care and Development of the Child Program". Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on September 30, 2009. As of June 30, 2007, $5.3 million was outstanding.

On August 21, 2002, the Department of Natural and Environmental Resources of the Commonwealth entered into a $22.7 million line-of-credit agreement with GDB for the canalization of the Bucana River. Borrowings under this line-of-credit agreement carried interest at variable rates and were fully repaid on its maturity at June 30, 2007. On September 3, 2003, the DNER entered into a $2 million line-of-credit agreement with GDB for the canalization of Guayanilla River. Borrowings under this line-of-credit agreement bear interest at variables rates and are payable upon the maturity of the line of credit on June 30, 2007. As of June 30, 2007, $56 thousands remained outstanding. On August 22, 2005, the DNER entered into an additional $3.5 million line-of-credit agreement with GDB for the canalization of Fajardo River. Borrowings under this line-of-credit agreement bear interest at variables rates and are payable upon the maturity of the line of credit on September 30, 2007. As of June 30, 2007, $3 million was outstanding.

On August 1, 2001, the State Office for the Historic Conservation entered into a $4.5 million line-of-credit agreement with GDB for the construction and conservation of the Santa Catalina Palace and the Real Audience building. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on December 31, 2008. As of June 30, 2007, the outstanding balance of this line-of-credit agreement amounts to $2.3 million.

On October 20, 2004, the Office of Veterans' Affairs entered into a $1.6 million line-of-credit agreement with GDB to provide economic assistance and housing-leasing services to Puerto Rican veterans. Borrowings under this line-of-credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2006. As of June 30, 2007, $1.1 million was outstanding.

(Continued)

PR-CCD-0009783

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

As of July 1, 1999, debts of approximately $102 million payable to UPR, a discretely presented component unit, in relation to outstanding noninterest-bearing debt accumulated in prior years by HFSA were transferred to the Commonwealth. On September 7, 2004, additional debts of approximately $71.2 million were also restructured and combined with the previous financing arrangement. As of June 30, 2007, $63.8 million remains outstanding. Future amounts required to pay principal balances at June 30, 2007 are expected to be as follows (expressed in thousands):

| Year ending June 30: | | |
|---|---|---|
| 2008 | $ | 23,355 |
| 2009 | | 7,570 |
| 2010 | | 7,570 |
| 2011 | | 7,570 |
| 2012 | | 8,000 |
| 2013 – 2015 | | 9,720 |
| Total | $ | 63,785 |

The noninterest-bearing note payable to PREPA, a discretely presented component unit, consists of $19 million of fuel adjustment subsidy due by the Commonwealth and the refinancing during 2004 of $24.1 million of other accumulated debt by the Commonwealth's agencies with PREPA. Future amounts required to pay principal balances at June 30, 2007 are expected to be as follows (expressed in thousands):

| Year ending June 30: | | |
|---|---|---|
| 2008 | $ | 12,654 |
| 2009 | | 6,327 |
| 2010 | | 24,100 |
| Total | $ | 43,081 |

With the exception of a few lines of credit having a defined source of repayment, the remaining lines of credit described above used Commonwealth appropriations as the source of repayment until June 30, 2007. Beginning with fiscal year 2008, these lines of credit are expected to be repaid or refunded with a combination of Commonwealth appropriations and COFINA under the mechanism fully described in note 14(d).

*(g)* *Compensated Absences*

Long-term debt includes approximately $1,800 million of accrued vacation and sick leave benefits at June 30, 2007. The total liability of compensated absences recorded as governmental and business-type activities amounted to $1,794 million and $6 million, respectively.

*(h)* *Net Pension Obligation*

The amount reported as net pension obligation of approximately $5.1 billion represents the cumulative amount owed by the Commonwealth for the unfunded prior years' actuarially required pension contributions to the ERS and the TRS (collectively known as the pension plans)

PR-CCD-0009784

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

(see note 19). The net pension obligation has been recorded as a liability in governmental activities in the accompanying statement of net assets.

*(i)* *Unpaid Lottery Prizes*

The amount reported as unpaid lottery prizes represents the lottery prizes payable of the Lottery of Puerto Rico (commonly known as Traditional Lottery) and the Additional Lottery System (commonly known as Lotto) jointly known as the Lottery Systems at June 30, 2007. The minimum annual payments related to unpaid awards of both lotteries are as follows (expressed in thousands):

| | | Principal | Interest | Total |
|---|---|---|---|---|
| Year(s) ending June 30: | | | | |
| 2008 | $ | 55,377 | 3,489 | 58,866 |
| 2009 | | 31,547 | 5,151 | 36,698 |
| 2010 | | 29,968 | 6,730 | 36,698 |
| 2011 | | 28,468 | 8,230 | 36,698 |
| 2012 | | 24,836 | 8,856 | 33,692 |
| 2013 – 2017 | | 81,959 | 45,841 | 127,800 |
| 2018 – 2022 | | 32,844 | 32,307 | 65,151 |
| 2023 – 2026 | | 7,291 | 10,211 | 17,502 |
| Total | $ | 292,290 | 120,815 | 413,105 |

The liability for unpaid lottery prizes is reported in the accompanying statement of net assets and the statement of net assets – business-type activities – proprietary funds.

*(j)* *Claims Liability for Insurance Benefits*

The Commonwealth provides unemployment compensation, nonoccupational disability, and drivers' insurance coverage to public and private employees through various insurance programs administered by the Department of Labor and Human Resources of the Commonwealth. These insurance programs cover workers against unemployment, temporary disability, or death because of work- or employment-related accidents or because of illness suffered as a consequence of their employment.

The Commonwealth establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. Insurance benefit claim liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. The liability for insurance benefits claims is reported as a current liability in the accompanying statement of net assets and the statement of net assets – business-type activities – proprietary funds.

*(k)* *Obligations under Capital Lease Arrangements*

The Commonwealth is obligated under capital leases with third parties that expire through 2034 for land, buildings, and equipment. At June 30, 2007, the capitalized cost of the land, buildings, and

123 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

equipment amounted to approximately $167 million and is included in the accompanying government-wide statement of net assets within capital assets.

The present value of future minimum capital lease payments at June 30, 2007 reported in the accompanying government-wide statement of net assets is as follows (expressed in thousands):

| Year(s) ending June 30: | | |
|---|---|---|
| 2008 | $ | 15,818 |
| 2009 | | 14,811 |
| 2010 | | 14,569 |
| 2011 | | 14,258 |
| 2012 | | 13,886 |
| 2013 – 2017 | | 66,943 |
| 2018 – 2022 | | 57,883 |
| 2023 – 2027 | | 56,934 |
| 2028 – 2032 | | 46,252 |
| 2033 – 2037 | | 1,708 |
| Total future minimum lease payments | | 303,062 |
| Less amount representing interest costs | | (161,251) |
| Present value of minimum lease payments | $ | 141,811 |

Leased land, buildings, and equipment under capital leases in capital assets at June 30, 2007, include the following (expressed in thousands):

| | | |
|---|---|---|
| Land | $ | 7,960 |
| Buildings | | 146,202 |
| Equipment | | 12,401 |
| Subtotal | | 166,563 |
| Less accumulated amortization | | (28,661) |
| Total | $ | 137,902 |

Amortization charge applicable to capital leases and included within depreciation expense of capital assets amounted to approximately $5 million in 2007.

The Commonwealth is also committed under numerous operating leases, covering land, office facilities, and equipment. Rental expenditures within the governmental funds for the year ended June 30, 2007 under such operating leases were approximately $148 million.

124

(Continued)

PR-CCD-0009786

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

The future minimum lease payments for these leases are as follows (expressed in thousands):

| Year(s) ending June 30: | | |
|---|---|---|
| 2008 | $ | 108,166 |
| 2009 | | 83,547 |
| 2010 | | 55,698 |
| 2011 | | 41,444 |
| 2012 | | 29,183 |
| 2013 – 2017 | | 64,943 |
| 2018 – 2022 | | 4,957 |
| 2023 – 2027 | | 2,013 |
| Total future minimum lease payments | $ | 389,951 |

(l)  **Other Long-Term Liabilities**

The remaining long-term liabilities of governmental activities at June 30, 2007 include (expressed in thousands):

| | | |
|---|---|---|
| Employees' Christmas bonus | $ | 100,074 |
| Liability for federal cost disallowances | | 50,159 |
| Liability for legal claims and judgments (note 18) | | 950,276 |
| Liability to U.S. Army Corps of Engineers (note 12) | | 205,000 |
| Total | $ | 1,305,509 |

As described in note 12, the Commonwealth has a debt obligation with the U.S. Army Corps of Engineers in relation to the construction of the Cerrillos Dam and Reservoir project and the Portugues river and the Bucana river projects.

(m)  **Advance Refunding, Defeased Bonds, and Refunding of Special Promissory Notes**

In prior years, the Commonwealth defeased certain general obligation and other bonds by placing the proceeds of the bonds in an irrevocable trust to provide for all future debt service payments on the refunded bonds. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the basic financial statements. At June 30, 2007, approximately $1.5 billion of bonds outstanding from prior years advance refunding are considered defeased.

In addition, PBA, a blended component unit, has defeased certain revenue bonds in prior years by placing the proceeds of new bonds in an irrevocable trust to provide for all future debt service payments on the old debts. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the statement of net assets. As of June 30, 2007, approximately $655 million of PBA bonds are considered defeased.

(Continued)

PR-CCD-0009787

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**Fiduciary Funds**

On June 29, 2006, the ERS entered into a credit agreement with a financial institution in which loans could be made from time to time in the aggregate principal amount not exceeding $112 million. The outstanding balance of $60 million at June 30, 2006 was fully repaid during fiscal year 2007.

On August 1, 1996, the TRS entered into a loan agreement with AFICA, a discretely presented component unit, to secure AFICA's issuance of $26.9 million of industrial revenue term bonds. The bonds were issued under a trust agreement and are secured by a pledge of certain marketable securities of the TRS. The proceeds from the sale of the bonds were lent by AFICA to TRS to finance the acquisition of certain buildings and related facilities and to pay certain expenses incurred in connection with the issuance and sale of the bonds.

On March 15, 2007, the bonds were paid in full from the TRS assets and from the TRS account with the trustee. Once the bonds were paid in full, the pledged collateral was released and contributed to TRS investment portfolio. The following is a summary of changes in the bonds payable principal balance (expressed in thousands):

| | Balance June 30, 2006 | Additions | Deductions | Balance June 30, 2007 |
|---|---|---|---|---|
| 6.65% Term Bonds Series A due July 1, 2011 | $ 5,220 | — | 5,220 | — |
| 5.50% Term Bonds Series B due July 1, 2016 | 6,575 | — | 6,575 | — |
| 5.50% Term Bonds Series B due July 1, 2021 | 8,635 | — | 8,635 | — |
| Total | $ 20,430 | — | 20,430 | — |

**Discretely Presented Component Units**

Notes and bonds payable are those liabilities that are paid out of the component units' own resources. These notes and bonds do not constitute a liability or debt of the Commonwealth.

(Continued)

PR-CCD-0009788

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The outstanding balance of notes payable at June 30, 2007 is as follows (expressed in thousands):

| Component unit | Interest rate | Maturity through | Beginning balance | Additions | Reductions | Ending balance | Due within one year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 4.1% – 7.5% | 2031 | $ 2,734,957 | 2,440,380 | 2,895,424 | 2,279,913 | 692,846 |
| Puerto Rico Electric Power Authority | 2.60% – 5.47% | 2012 | 411,835 | 452,850 | 9,624 | 855,061 | 387,277 |
| State Insurance Fund Corporation | Discounted notes from 6.31% to 6.84% | 2019 | 53,592 | — | 1,956 | 51,636 | 2,278 |
| Economic Development Bank for Puerto Rico | 4.18% – 5.22% | 2025 | 500,000 | — | — | 500,000 | — |
| Puerto Rico Industrial Development Company | 5.00% – 6.73% | 2025 | 68,319 | 31,705 | 3,543 | 96,481 | 4,382 |
| Land Authority of Puerto Rico | 4.87 | 2010 | 8,483 | — | 2,121 | 6,362 | 2,121 |
| Puerto Rico Ports Authority | Variable | 2028 | 134,949 | 446,305 | 30,353 | 550,901 | 127,091 |
| Agricultural and Services Development Administration | Variable | 2007 | 10,238 | — | 405 | 9,833 | 9,833 |
| Puerto Rico Trade & Export Company | 5.20% – 6.20% | 2026 | 400,000 | 50,000 | 200,000 | 250,000 | — |
| Puerto Rico Aqueduct and Sewer Authority | 6.51% | 2012 | — | 250,000 | — | 250,000 | — |
| Puerto Rico Metropolitan Bus Authority | Variable | 2012 | — | 46,000 | 430 | 45,570 | 4,720 |
| Total notes payable – component units | | | $ 4,322,373 | 3,717,240 | 3,143,856 | 4,895,757 | 1,230,548 |

Debt service requirements on component units' notes payable with fixed maturities at June 30, 2007 were as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year(s) ending June 30: | | | |
| 2008 | $ 1,230,548 | 220,642 | 1,451,190 |
| 2009 | 147,064 | 200,717 | 347,781 |
| 2010 | 485,696 | 176,220 | 661,916 |
| 2011 | 91,900 | 164,235 | 256,135 |
| 2012 | 406,052 | 147,184 | 553,236 |
| 2013 – 2017 | 524,439 | 591,249 | 1,115,688 |
| 2018 – 2022 | 440,161 | 514,802 | 954,963 |
| 2023 – 2027 | 649,640 | 355,464 | 1,005,104 |
| 2028 – 2032 | 920,170 | 196,918 | 1,117,088 |
| Premium, net | 87 | — | 87 |
| Total | $ 4,895,757 | 2,567,431 | 7,463,188 |

(Continued)

PR-CCD-0009789

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Commonwealth appropriation bonds payable outstanding at June 30, 2007 are as follows (expressed in thousands):

| Component unit | Interest rate | Maturity through | Beginning balance | Additions | Reductions | Ending balance | Due within one year |
|---|---|---|---|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority | 4% – 6.15% | 2031 | $ 1,072,286 | 8,189 | 9,307 | 1,071,168 | 18,409 |
| Puerto Rico Tourism Company | 4% – 6.15% | 2031 | 126,527 | — | 409 | 126,118 | 1,916 |
| Land Authority of Puerto Rico | 4% – 6.15% | 2031 | 163,335 | — | 719 | 162,616 | 613 |
| Government Development Bank for Puerto Rico | 4% – 6.15% | 2031 | 10,244 | — | 45 | 10,199 | 39 |
| Puerto Rico Infrastructure Financing Authority | 7.50% | 2031 | 10,553 | — | 46 | 10,507 | 40 |
| Puerto Rico Solid Waste Authority | 1.25% – 5.75% | 2031 | 7,701 | — | — | 7,701 | — |
| Total appropriation bonds – component units | | | $ 1,390,646 | 8,189 | 10,526 | 1,388,309 | 21,017 |

Debt service requirements on component units' appropriation bonds payable with fixed maturities at June 30, 2007 were as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year(s) ending June 30: | | | |
| 2008 | $ 21,017 | 77,173 | 98,190 |
| 2009 | 23,976 | 76,130 | 100,106 |
| 2010 | 23,767 | 74,956 | 98,723 |
| 2011 | 22,115 | 75,388 | 97,503 |
| 2012 | 23,122 | 75,098 | 98,220 |
| 2013 – 2017 | 158,582 | 293,377 | 451,959 |
| 2018 – 2022 | 230,333 | 235,291 | 465,624 |
| 2023 – 2027 | 340,806 | 165,566 | 506,372 |
| 2028 – 2032 | 566,016 | 51,577 | 617,593 |
| Premium | 44,441 | — | 44,441 |
| Deferred loss, net | (65,866) | — | (65,866) |
| Total | $ 1,388,309 | 1,124,556 | 2,512,865 |

128

(Continued)

PR-CCD-0009790

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Bonds payable outstanding at June 30, 2007 are as follows (expressed in thousands):

| Component unit | Interest rate | Maturity through | Beginning balance (as restated) | Additions | Reductions | Ending balance | Amounts due within one year |
|---|---|---|---|---|---|---|---|
| Government Development for Puerto Rico | Variable | 2038 | $ 1,380,097 | 150,664 | 247,507 | 1,283,254 | 70,698 |
| Puerto Rico Infrastructure Financing Authority | Variable | 2046 | 2,582,257 | 547,899 | 32,553 | 3,097,603 | 32,225 |
| University of Puerto Rico | 3% – 5.75% | 2030 | 466,186 | 575,494 | 303,828 | 737,852 | 22,790 |
| Puerto Rico Municipal Finance Authority | 3.50% – 8.62% | 2031 | 1,616,565 | — | 118,622 | 1,497,943 | 99,035 |
| Puerto Rico Ports Authority | 5.00% – 7.30% | 2021 | 66,204 | 205 | 4,545 | 61,864 | 4,855 |
| Puerto Rico Aqueduct and Sewer Authority | 3.5% – 8.22% | 2044 | 463,840 | 850,000 | 17,187 | 1,296,653 | 19,989 |
| Puerto Rico Highways and Transportation Authority | 2.25% – 6.50% | 2046 | 6,641,212 | 2,712,362 | 2,348,324 | 7,005,250 | 66,020 |
| Puerto Rico Industrial Development Company | 1.50% – 6.71% | 2029 | 289,972 | 1,621 | 10,458 | 281,135 | 6,992 |
| Puerto Rico Convention Center District Authority | 4.00% – 5.00% | 2037 | 482,589 | — | 867 | 481,722 | 3,000 |
| Puerto Rico Electric Power Authority | 3.00% – 7.00% | 2037 | 5,156,530 | 2,531,369 | 2,040,190 | 5,647,709 | 361,694 |
| Total bonds – component units | | | $ 19,145,452 | 7,369,614 | 5,124,081 | 21,390,985 | 687,298 |

Debt service requirements on component units' bonds payable with fixed maturities at June 30, 2007 were as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year(s) ending June 30: | | | |
| 2008 | $ 687,298 | 1,083,444 | 1,770,742 |
| 2009 | 1,362,174 | 932,497 | 2,294,671 |
| 2010 | 735,553 | 900,659 | 1,636,212 |
| 2011 | 548,535 | 869,198 | 1,417,733 |
| 2012 | 566,206 | 843,151 | 1,409,357 |
| 2013 – 2017 | 3,695,113 | 3,733,004 | 7,428,117 |
| 2018 – 2022 | 3,307,507 | 2,909,528 | 6,217,035 |
| 2023 – 2027 | 3,442,964 | 2,150,737 | 5,593,701 |
| 2028 – 2032 | 2,634,643 | 1,844,306 | 4,478,949 |
| 2033 – 2037 | 2,224,897 | 1,088,022 | 3,312,919 |
| 2038 – 2042 | 1,846,833 | 403,480 | 2,250,313 |
| 2043 – 2046 | 676,224 | 332,506 | 1,008,730 |
| Discount, net | (336,962) | — | (336,962) |
| Total | $ 21,390,985 | 17,090,532 | 38,481,517 |

(Continued)

PR-CCD-0009791

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Several component units have defeased certain revenue bonds by placing the proceeds of new bonds in irrevocable trusts to provide for all future debt service payments on the old debts. Accordingly, the trust accounts' assets and liabilities for the defeased bonds are not included in the statement of net assets. As of June 30, 2007, the following bonds are considered defeased:

|  | Amount outstanding (In millions) |
|---|---|
| Puerto Rico Electric Power Authority | $ 3,224 |
| Puerto Rico Highways and Transportation Authority | 3,169 |
| Puerto Rico Infrastructure Financing Authority | 699 |
| Puerto Rico Municipal Finance Agency | 300 |
|  | $ 7,392 |

**(15) Guaranteed and Appropriation Debt**

**(a) Guaranteed Debt**

The Commonwealth may provide guarantees for the repayment of certain borrowings of component units to carry out designated projects. At June 30, 2007, the following component unit debts are guaranteed by the Commonwealth (expressed in thousands):

|  | Maximum guarantee | Outstanding balance |
|---|---|---|
| Blended component unit: |  |  |
| Public Buildings Authority | $ 3,325,000 | 2,789,927 |
| Discretely presented component units: |  |  |
| Puerto Rico Aqueduct and Sewer Authority | 838,623 | 716,158 |
| Port of the Americas Authority (a component unit of Puerto Rico Infrastructure Financing Authority) | 250,000 | 87,390 |
| Government Development Bank for Puerto Rico | 342,000 | 267,000 |
| Total | $ 4,755,623 | 3,860,475 |

130

(Continued)

PR-CCD-0009792

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The Commonwealth has guaranteed the payments of rentals of its departments, agencies, and component units to PBA, a blended component unit, under various lease agreements executed pursuant to the law that created PBA. Such rental payments include the amounts required by PBA for the payment of principal and interest on the guaranteed debt, as authorized by law. The rental commitment to cover principal and interest on the guaranteed debt (excluding premiums and deferred refunding losses) as of June 30, 2007 and for the next five years and thereafter follows (expressed in thousands):

|  | Principal | Interest | Total |
|---|---|---|---|
| Year(s) ending June 30: |  |  |  |
| 2008 | $ 75,690 | 138,934 | 214,624 |
| 2009 | 80,684 | 134,992 | 215,676 |
| 2010 | 86,740 | 128,120 | 214,860 |
| 2011 | 89,455 | 123,273 | 212,728 |
| 2012 | 85,802 | 132,313 | 218,115 |
| 2013 – 2017 | 396,795 | 560,261 | 957,056 |
| 2018 – 2022 | 380,545 | 449,027 | 829,572 |
| 2023 – 2027 | 433,080 | 353,042 | 786,122 |
| 2028 – 2032 | 507,369 | 275,211 | 782,580 |
| 2033 – 2037 | 694,105 | 86,674 | 780,779 |
|  | 2,830,265 | 2,381,847 | $ 5,212,112 |
| Add (deduct) accreted discount | 29,277 | (29,277) |  |
| Unamortized premiums, discounts, and deferred losses, net | (69,615) | — |  |
|  | $ 2,789,927 | 2,352,570 |  |

Rental income of PBA funds amounted to approximately $290 million during the year ended June 30, 2007, of which $214 million was used to cover debt service obligations.

Act No. 45 of July 28, 1994 states that the Commonwealth guarantees the payment of principal and interest of all outstanding bonds at the date the law was enacted and of all future bond issues to refinance those outstanding bonds of PRASA. During December 1995, PRASA issued refunding bonds to refinance all outstanding bonds amounting to approximately $400 million. The outstanding balance of these refunding bonds at June 30, 2007 amounted to $277.8 million. Act No. 140 of August 3, 2000 amended Act No. 45 to extend the commonwealth guarantee to include the principal and interest payments of the Rural Development Serial Bonds and the loans under the State Revolving Fund Program (SRFP) outstanding at the effective date of Act No. 140, and of all future bonds and SRFP loans that may be issued until June 30, 2005. Act No. 386 of September 21, 2004 extended the commonwealth guarantee to June 30, 2010. The outstanding balance of the Rural Development Serial Bonds and SRFP loans at June 30, 2007 amounted to $209.2 million and $229.2 million, respectively.

131

(Continued)

PR-CCD-0009793

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The Commonwealth guarantees the Adjustable Refunding Bonds, Series 1985, issued by GDB, a discretely presented component unit. The outstanding balance of these bonds amounts to $267 million at June 30, 2007. The Puerto Rico Housing Bank, a former component unit of the Commonwealth, which merged with and into GDB during 2002, insured mortgages granted to low- and moderate-income families through its mortgage loan insurance program. The Commonwealth guarantees up to $75 million of such mortgage loans. As of June 30, 2007, the mortgage loan insurance program was insuring loans aggregating $203 million. Currently, the Commonwealth has not been called to make any direct payments pursuant to these guarantees.

At various times during fiscal years ended 2005 and 2006, the Port of the Americas Authority, currently a component unit of the Puerto Rico Infrastructure Financing Authority, entered into bond purchase agreements with GDB, whereby GDB agreed to disburse to the Port of the Americas Authority from time to time certain bond principal advances up to a maximum aggregate principal amount of $70 million (Port of the Americas Authority 2005 Series A Bond), $40 million (Port of the Americas Authority 2005 Series B Bond), and $140 million (Port of the Americas Authority 2005 Series C Bond). The proceeds of the bonds are to be used to finance the cost of development and construction of the Port of the Americas. The aggregate unpaid principal balance of all outstanding bond principal advances shall be payable in full on January 1, 2015. The principal amount may be paid with any of the following: a long-term bond issuance once the projects are completed, other revenue of the Port of the Americas Authority or legislative appropriations as established in Act 409 of September 22, 2004 (Act No. 409). Principal and interests payments are guaranteed by the Commonwealth by Act No. 409. As of June 30, 2007, the principal outstanding under those bond purchase agreements amounted to $87.4 million.

132

(Continued)

PR-CCD-0009794

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*(b)*  *Appropriation Debt*

At June 30, 2007, the outstanding balances of debt payable by Commonwealth appropriations or sales and use tax revenue through COFINA, as described in note 14(d), which are included in the individual financial statements of the following discretely presented component units, are as follows (expressed in thousands):

| | | |
|---|---|---:|
| Puerto Rico Aqueduct and Sewer Authority | $ | 1,071,168 |
| Special Communities Perpetual Trust | | 385,152 |
| Puerto Rico Public Finance Corporation (a blended component unit of GDB) | | 302,265 |
| Land Authority of Puerto Rico | | 162,616 |
| Puerto Rico Convention Center District Authority | | 155,221 |
| Puerto Rico Tourism Company | | 126,118 |
| Puerto Rico Solid Waste Authority | | 74,500 |
| Agricultural Services and Development Administration | | 62,578 |
| Puerto Rico Industrial Development Company | | 43,403 |
| Puerto Rico Electric Power Authority | | 39,718 |
| Puerto Rico Housing Finance Authority (a blended component unit of GDB) | | 25,564 |
| Institute of Puerto Rican Culture | | 22,755 |
| University of Puerto Rico | | 20,288 |
| Puerto Rico Infrastructure Financing Authority | | 10,507 |
| National Parks Company of Puerto Rico | | 3,830 |
| Other governmental entities | | 31,128 |
| Total | $ | 2,536,811 |

These balances are reported in the statement of net assets as Commonwealth appropriation bonds payable and notes payable.

133

(Continued)

PR-CCD-0009795

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**(16) Conduit Debt Obligations and No-Commitment Debt**

From time to time, certain of the Commonwealth's component units issue revenue bonds to provide financial assistance to private-sector entities for the acquisition and construction of transportation, environmental, industrial, tourism, educational, and commercial facilities, deemed to be in the public interest and that are expected to provide benefits to Puerto Rico. These bonds are secured by the property financed and are payable solely from payments received on the underlying mortgage loans. Upon repayment of the bonds, ownership of the acquired facilities is retained by the private-sector entity served by the bond issuance. Neither the Commonwealth nor any political subdivision or component unit thereof is obligated in any manner for the repayment of the bonds. Accordingly, the bonds are not reported as liabilities in the basic financial statements of the issuing entities. As of June 30, 2007, conduit debt obligations consisted of the following bonds issued by component units (expressed in thousands):

| Issuing entity | | Issued since inception to date | Amount outstanding |
|---|---|---|---|
| Discretely presented component units: | | | |
| Puerto Rico Ports Authority | $ | 155,410 | 155,410 |
| Puerto Rico Highways and Transportation Authority | | 270,000 | 157,024 |
| Government Development Bank for Puerto Rico | | 663,000 | 619,000 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | | 5,973,000 | 1,582,000 |

*(a)* *Puerto Rico Ports Authority (PRPA)*

PRPA issued Special Facilities Revenue Bonds under the provisions of two trust agreements between PRPA and a private bank. The proceeds from the sale of the bonds were used to finance the construction, acquisition of equipment, and improvement of certain facilities at Luis Munoz Marin International Airport, for the benefit of a major private airline. The property is owned by PRPA and leased to the private company. Pursuant to the agreements between PRPA and the private company, the bonds will be paid from the rent collected from the airline in amounts sufficient to pay principal, premium (if any), and interest on the bonds. The airline has guaranteed these payments.

*(b)* *Puerto Rico Highways and Transportation Authority (PRHTA)*

In March 1992, PRHTA issued Special Facility Revenue Bonds for approximately $117 million for the construction of a toll bridge. The proceeds from the sale of these bonds were transferred by PRHTA to a private entity, Autopistas de Puerto Rico (Autopistas), pursuant to a signed agreement for the construction, transfer, and operation of the bridge. On October 2003, PRHTA issued Special Facility Revenue Refunding Bonds, 2004 Series A, amounting to approximately $153 million for the purpose of refunding the Authority's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the bridge, and to pay the cost of issuance of the bonds. The bonds shall be paid from the proceeds received by Autopistas from the operation of the bridge.

Under certain circumstances, the concession agreement may be terminated and the authority is then obligated to assume the Autopista's entire obligation to pay principal of and interest, which pursuant

134

(Continued)

PR-CCD-0009796

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

to the signed agreement, will be paid from the net revenues of the use and operation of the bridge. The authority does not currently expect the concession agreement to terminate. The outstanding bonds (including accrued interest) at June 30, 2007 amounted to approximately $157 million.

*(c)*   ***GDB***

GDB, through its Housing Finance Authority, issued $663 million in Capital Fund Program Bonds Series 2003 to fund PHA in its financing of improvements to various public low- and moderate-income housing projects. Certain of the obligations issued are considered no-commitment debt and are excluded, along with the related assets held in trust, from the accompanying basic financial statements. These bonds are limited obligations of the Housing Finance Authority, which will be paid solely from an annual allocation of public housing capital funds when received from the U.S. Department of Housing and Urban Development; accordingly, these bonds are considered no-commitment debt. The outstanding balance of these bonds amounted to $619 million at June 30, 2007.

*(d)*   ***AFICA***

The revenue bonds of AFICA are used to finance facilities for environmental control, development of industrial and commercial companies, tourism projects, hospitals, and educational facilities. Pursuant to the loan agreements, the proceeds from the sales were borrowed by corporations and partnerships operating in Puerto Rico. The bonds are limited obligations of AFICA and, except to the extent payable from bond proceeds and investment thereof, will be payable solely from and secured by a pledge and assignment of the amounts payable under the loan agreements between AFICA and each borrower. Furthermore, payment of the principal and interest on the revenue bonds is unconditionally guaranteed by each of the borrowers, their parent companies, or letters of credit from major U.S. banks or U.S. branches of international banks.

(Continued)

PR-CCD-0009797

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

## (17) Risk Management

The risk management program of the Commonwealth and most of its discretely component units are described in note 1(y). The following describes the risk management programs separately administered by certain discretely presented component units:

### (a) UPR

UPR is exposed to various risks of loss related to torts; theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. Through January 1993, UPR was insured under claims-made insurance policies with respect to medical malpractice risks for $250,000 per occurrence up to an annual aggregate of $500,000. Subsequent to such date, UPR was unable to obtain insurance at a cost it considered to be economically justifiable; consequently, UPR is now self-insured for such risks. Under Act No. 98 of August 24, 1994, the responsibility of UPR is limited to a maximum amount of $75,000 per person, or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Self-insured risk liabilities are reported when it is probable that a loss has occurred and the amount of the loss can be reasonably estimated. Liabilities include an amount for claims that have been incurred but not reported. Because actual claims liabilities depend upon such complex factors as inflation, changes in legal doctrines, and damage awards, the process used in computing claims liabilities does not necessarily result in an exact amount. Claims liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. Changes in the claims liability amount in fiscal years 2007 and 2006 were as follows (expressed in thousands):

|  | | 2007 | 2006 |
|---|---|---|---|
| Claims payable – July 1 | $ | 18,332 | 20,260 |
| Incurred claims and changes in estimates | | 34,279 | 27,378 |
| Payments for claims and adjustments expenses | | (30,551) | (29,306) |
| Claims payable – June 30 | $ | 22,060 | 18,332 |

UPR continues to carry commercial insurance for all other risks of loss. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

### (b) PREPA

PREPA is exposed to various risks of losses related to torts; thefts of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. The PREPA obtains insurance policies covering all-risk property (excluding transmission and distribution lines), boiler and machinery, and public liability. The all-risk property and boiler and machinery policies have a combined coverage of $650 million per occurrence. The policies' self-retention in case of earthquake and windstorm losses is $25 million and $2 million for all other covered risks. The public general liability policy covers property damage and bodily injury to third parties with a $75 million aggregate limit in excess of the self-retention limit of $1 million per occurrence.

136 (Continued)

PR-CCD-0009798

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

PREPA has a cost plus health insurance program covering substantially all employees. PREPA contracted an administrator for the processing, approval, and payment of claims plus an administrative fee. The accrual for employees' health plan includes the liability for claims processed and an estimate for claims incurred but not reported.

In addition, PREPA is self-insured for its transmission and distribution lines. Transmission and distribution lines amounted to approximately $3.6 billion at June 30, 2007. PREPA's self-insurance fund provides for its self-insurance risk. This fund represents principally net assets and restricted assets set aside for self-insurance amounting to approximately $68.9 million at June 30, 2007.

Changes in the balances of the health insurance program and other self-insurance risks during fiscal years 2007 and 2006 were as follows (expressed in thousands):

|  | 2007 | 2006 |
|---|---|---|
| Claims payable at beginning of year | $ 44,052 | 32,603 |
| Incurred claims | 139,238 | 130,755 |
| Claim payments | (134,034) | (119,306) |
| Claims payable at end of year | $ 49,256 | 44,052 |

*(c)*    *PRASA*

PRASA is exposed to various risk losses related to torts; thefts of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. Under the property insurance program, PRASA has $600 million blanket insurance on all real and personal property. The deductible for windstorm and flood is 2%, and 5% for earthquake with a maximum amount of $7.5 million, and $3 million for flood. This policy has a general limit of $10 million per occurrence.

The comprehensive general liability and automobile liability have basic limits of $2 million and the umbrella is $20 million in excess of $2 million, per occurrence. Also, there is an excess of loss coverage of $45 million for losses in excess of $28 million. In the past three years, PRASA has not settled claims in excess of insurance coverage.

137 (Continued)

PR-CCD-0009799

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*(d)* **SIFC**

SIFC provides workers' compensation insurance to public and private employees. This insurance covers workers against injuries, disability, or death because of work- or employment-related accidents, or because illness is suffered as a consequence of their employment. SIFC establishes liabilities for estimated incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid benefits and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

|  | | 2007 | 2006 |
|---|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ | 696,922 | 733,762 |
| Total incurred benefits | | 416,080 | 380,629 |
| Total benefit payments | | (425,173) | (417,469) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ | 687,829 | 696,922 |

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liabilities for automobile accident insurance and workmen's compensation claims in the accompanying statement of net assets.

The liability for compensation benefits is based on historical claims experience data, assumptions and projections as to future events, including claims frequency, severity, persistency, and inflationary trends determined by an independent actuary. The actuarial study also included estimates for medical benefits, benefit adjustment expenses, and reimbursement of premiums. The assumptions used in estimating and establishing the liabilities are reviewed annually based on current circumstances and any adjustments resulting thereof are reflected in operations in the current period.

*(e)* **AACA**

AACA operates a system of compulsory insurance for vehicles licensed to be used on public roads and highways in Puerto Rico. This insurance covers death and bodily injuries caused by automobile accidents. The annual premium is $35 per motor vehicle.

138 (Continued)

PR-CCD-0009800

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The following table provides a reconciliation of the beginning and ending liability for the future benefits for the two most recent fiscal years (expressed in thousands):

|  | | 2007 | 2006 |
|---|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ | 114,388 | 107,817 |
| Total incurred benefits | | 62,806 | 64,835 |
| Total benefit payments | | (58,921) | (58,264) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ | 118,273 | 114,388 |

The liability for future benefits is reported as liability for automobile accident insurance and workmen's compensation claims in the accompanying statement of net assets. AACA has recorded this liability, including administrative expenses for claim processing, based on the results of actuarial reports prepared by independent actuaries, determined under two different methods. Death, funeral, disability, dismemberment, and the basic medical hospitalization liabilities were determined using a triangulation method. The extended benefits medical hospitalization reserve uses a regression methodology to predict the ultimate incurred claims for each incurred calendar quarter. Additionally, assumptions are made about the mortality rates of the extended benefit claimants, recognizing the impact of their traumatic injuries on life span.

Changes in the ultimate liabilities for benefit payments may be required as information develops, which varies from experience, provides additional data, or, in some cases, augments data, which previously were not considered sufficient for use in determining the claim liabilities.

*(f)*  ***PRIFA***

PRIFA is responsible for assuring that its property is properly insured. Annually, PRIFA compiles the information of all property owned and its respective market value and purchases its property and casualty insurance policies. Insurance coverage for fiscal year 2007 remained similar to those of prior years. For the last three years, insurance settlements have not exceeded the amount of coverage.

**(18)  Commitments and Contingencies**

***Primary Government***

The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended, persons are authorized to sue the Commonwealth only for causes of actions set forth in said act to a maximum amount of $75,000 or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the payment of such judgments.

(Continued)

PR-CCD-0009801

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

With respect to pending and threatened litigation, excluding the litigation mentioned in the following paragraphs, the Commonwealth reported approximately $400 million as an amount to cover for awarded and anticipated unfavorable judgments at June 30, 2007. This amount was included as other long-term liabilities in the accompanying statement of net assets, and represents the amount estimated as probable liability or a liability with a fixed or expected due date that will require future available financial resources for its payment. The amounts claimed exceed $6 billion; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated. Management believes that the ultimate liability in excess of amounts provided, if any, would not be significant.

The Commonwealth is also a defendant in a lawsuit filed in a local district court by an association of primary care health centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health of the Commonwealth since 1997. In June 2004, the First Circuit Court of San Juan determined that the Commonwealth must return these funds. The Commonwealth appealed this decision. As of June 30, 2007, the Commonwealth accrued $50 million for this legal contingency.

The Commonwealth is a defendant in a class action presented by parents of special education students in the areas of education and healthcare. In October 2006, the San Juan Court of Appeals decided in favor of the parents' request to include damage claims pursuant to the same class action case although not as a remedy in the class action per se. The court now may award damages to the members of the class action and to do so it may look at the claims by dividing them into groups or consider each case individually. This will require that the parents prove the damages suffered. The Commonwealth plans to defend vigorously each individual case. As of June 30, 2007, the Commonwealth accrued $450 million for this legal contingency.

The Commonwealth is a defendant in a lawsuit filed by a group of vehicle owners in the First Circuit Court of San Juan which questions the legitimacy of Act No. 42 of August 1, 2005, as amended. According to this Act, all luxury motor vehicles which are used for private purpose are obligated to pay additional annual fees for the use of the motor vehicle. On March 15, 2007, the First Circuit Court of San Juan ruled against the Commonwealth and ordered the Commonwealth to return the funds collected. The Commonwealth appealed this decision to the Court of Appeals. On January 29, 2008, the Court of Appeals upheld the decision of the First Circuit Court of San Juan. As of June 30, 2007, the Commonwealth accrued $50 million for this legal contingency.

The Commonwealth receives financial assistance from the federal government in the form of grants and entitlements. Receipt of grants is generally conditioned upon compliance with terms and conditions of the grant agreements and applicable federal law and regulations, including the expenditure of resources for eligible purposes. Substantially, all grants are subject to audit under Circular A-133 of the Office of Management and Budget of the United States of America (OMB Circular A-133), all of which are performed at the individual department or agency level. Disallowance as a result of these audits may become liabilities of the Commonwealth. At June 30, 2007, based on an evaluation of pending federal disallowances, the Commonwealth has recorded approximately $50 million as other long-term liabilities in the accompanying statement of net assets. Expenditures that are still subject to audit could be disallowed but management believes any such future disallowances would not be material to the basic financial statements.

PR-CCD-0009802

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

Construction commitments at June 30, 2007, entered by PBA, amounted to approximately $238.9 million. In addition, the Commonwealth's construction commitments for public housing facilities amounted to approximately $346.8 million at June 30, 2007.

On November 23, 1998, a global settlement agreement (the Agreement) was entered into by and between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The agreement calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies are to continue making contributions in perpetuity. Pursuant to Act No. 173 of July 30, 1999, which created the Children's Trust (a blended component unit), the Commonwealth assigned and transferred to the Trust all payments that the Commonwealth is entitled to receive under the agreement. Payments received under the agreement and recognized as revenue during the year ended June 30, 2007 amounted to approximately $68.7 million.

Following is a summary of estimated payments to be received by the Trust through the year ending June 30, 2025 (expressed in thousands):

| Year ending June 30: | |
|---|---:|
| 2008 | $ 78,679 |
| 2009 | 79,854 |
| 2010 | 80,913 |
| 2011 | 82,070 |
| 2012 | 83,225 |
| 2013-2017 | 432,723 |
| 2018-2022 | 518,021 |
| 2023-2025 | 328,129 |
| Total | $ 1,683,614 |

At June 30, 2007, the Trust had approved commitments to provide assistance to several entities through 58 contracts with balances amounting to approximately $69.6 million.

*Discretely Presented Component Units*

In the normal course of their operations, the various component units are subject to guarantees, actions brought by third parties seeking damages or entering into commitments. Such actions are disclosed in the separately issued reports of the components units, some of which are summarized below:

*(a)*     *GDB*

At June 30, 2007, GDB has financial guarantees for public entities for approximately $125 million and for private sector of approximately $128 million. In addition, standby letters of credit to public entities were approximately $521 million and to private sector were approximately $19 million. Commitments to extend credit to public entities were approximately $14 million.

GDB enters into sales of securities under agreements to repurchase. These agreements generally represent short-term debts and are presented as a liability in the statement of net assets. The

     (Continued)

PR-CCD-0009803

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

securities underlying these agreements are usually held by the broker, or its agent, with whom the agreement is transacted. As of June 30, 2007, there were agreements outstanding for $455 million, and during the year, the average amount outstanding was approximately $462 million, the maximum amount outstanding at any month-end was approximately $544 million, and the weighted average interest rate for the year and at year-end was approximately 4.96% and 4.87%, respectively.

GDB issues commercial paper in the U.S. taxable and tax-exempt commercial paper markets, the Euro commercial paper market, and to corporations that have tax exemption under the Commonwealth's Industrial Incentives Act. Commercial paper represents unsecured obligations of GDB. The carrying amount of commercial paper at June 30, 2007 was approximately $576 million.

At June 30, 2007, GDB had outstanding interest rate swap agreements with other financial institutions in the aggregate notional amounts of $1.2 billion, having a fair value (payable position) of approximately $29 million. GDB is exposed to credit loss in the event of nonperformance by counterparties.

During 2007, the Development Fund, a blended component unit of GDB, recorded an accrued legal contingency liability of $10 million due to a legal claim for which the court has issued an adverse judgment. The claim was brought by a former industrial client to whom the Development Fund had approved a line of credit to enhance their production capabilities. However, due to noncompliance of client with the conditions of the commitment letter issued by the Development Fund, as well as uncertainties regarding the client's ability to repay the financial facility, the Development Fund was prompted to cancel the commitment letter. The client sued the Development Fund claiming it was responsible for losses sustained. The court held that claimant had incurred in significant expenses to increase their production based on the resources they expected to have available through the line of credit. Eventually, they had to cease their operations. Management has estimated the amount of the claim to be $10 million based on consultation with its internal legal counsel. However, the ultimate liability is still pending court resolution and could differ from the estimated amount.

*(b)*  *PRHTA*

PRHTA entered into a System and Test Track Turnkey Contract (STTT Contract) with Siemens Transportation Partnership Puerto Rico, S.E. (STT), Juan R. Requena y Asociados, and Alternate Concepts, Inc. (all together known as Siemens) for the purposes of operating and maintaining the urban train system known as the "Tren Urbano." The STTT Contract became effective during 2005 for an initial form of five years with an option by PRHTA to extend the term for an additional five years. The compensation is based on a schedule included in the master agreement, which approximates $4 million on a monthly basis. The total annual operating and maintenance cost including cost of insurance and electricity for fiscal year 2007 was approximately $51.3 million.

In connection with the responsibilities of the PRHTA for mass transportation systems, the Metrobus project was developed. The project consists of bus operations in part of the San Juan metropolitan area named Metrobus I, which operations are conducted by First Transit, a private company, under an agreement of $5.8 million, which expired on June 30, 2007. In addition, the project consists of bus operations between Bayamón and Stop 18 named Metrobus II, which operations are conducted by the Metropolitan Bus Authority (MBA), a discretely presented component unit, under a 36-month

142                                                                                              (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

agreement of $13.5 million, which expired on June 30, 2007. During June 2003, January 2004, and July 2006, the PRHTA amended the MBA service contract for the purpose of adding certain additional routes to the mass transportation system. The amendment added to the original service contract the amount of $53.1 million with a month-to-month term, which expired on June 30, 2007.

During December 2004, MBA entered into a contract agreement with PRHTA to integrate the Metrobus with the Tren Urbano mass transportation system. The total amount of this contract is approximately $22.2 million and expired on June 30, 2007.

During 1995, MBA entered into a contract agreement with the PRHTA to operate and maintain one of Metrobus' routes from Río Piedras to Old San Juan, provide service for para-transit, and maintain the transfer stations. This contract is renewable every year with an increase of 6% over the last year's contract amount. The total amount of this contract is approximately $1 million and expired on June 30, 2007.

Through Resolution 2007-40, the PRHTA renegotiated and combined all services contracts described above. The resolution established a total service contract amount payable to MBA in the amount of $23.2 million, which will be payable on a monthly basis through June 30, 2008.

At June 30, 2007, PRHTA had outstanding interest rate swap agreements with other financial institutions in the aggregate notional amounts of $589 million, having a fair value (net receivable position) of approximately $1.2 million. PRHTA is exposed to credit loss in the event of nonperformance by the other parties to the swap agreements. However, PRHTA does not anticipate nonperformance by the counterparties.

On February 28, 2003, STT and other parties filed legal claims against PRHTA in the amount of approximately $50 million for damages, amounts withheld, acceleration of work, and other causes of action in connection with the construction of the Tren Urbano. This claim was amended during 2005 to increase the amount to $120 million. PRHTA has responded with several counter claims to STT and other contractors in the Tren Urbano project in amounts exceeding $200 million.

On April 20, 2007, the administrative judge designated this case as a complex litigation and remitted it to the Chief Justice of the Supreme Court who has to assign a presiding judge for the case. The parties are still awaiting such designation. In the opinion of legal counsel, although discovery up to date has shown that it is unlikely that STT will prevail in its allegation against PRHTA, due to the complexities of the case, it is not possible to estimate the amount of any potential loss.

*(c)* **PREPA**

In October 1994, PREPA signed a contract with AES Puerto Rico, L.P. (AES) to purchase power of approximately 454 megawatts generated from a coal fluidized bed combustion facility. The term of the agreement is for 25 years. This project commenced operations in November 2002. In March 1995, the authority also signed a contract with EcoEléctrica, L.P. (EcoEléctrica) to purchase power of approximately 507 megawatts from a gas-fired combined cycle power plan. The term of the agreement is for 22 years. This project has been in operation since 2000.

143 (Continued)

PR-CCD-0009805

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

In May 1998, the Municipality of Ponce filed a complaint against PREPA in the San Juan Superior Supreme Court requesting the payment by PREPA of the full contributions in lieu of taxes and electric energy sales set aside for prior fiscal years. The complaint challenges the application of the net revenues by the authority in making deposits to certain funds under the 1974 Agreement and under a prior trust indenture (now terminated) for the purposes of paying cost of capital improvement and seeks a payment by PREPA in the amount by which the amount available to pay contributions in lieu of taxes and electric energy sales set aside to the Municipality of Ponce has been reduced as a result of such application. PREPA understands that because the Act provided that the contributions in lieu of taxes and electric energy sales set aside are only payable after complying with the PREPA's deposit obligations under the 1974 Agreement and the prior indenture, and that shortfalls do not carry forward as future liabilities of PREPA as describe above, it is legally entitled to make such deposits even if the effect is to reduce such contributions and set aside available to municipalities.

On April 14, 2003, PREPA made a settlement offer consisting of a payment in cash of $68 million and $57 million for electric infrastructure projects in the municipalities. As part of the settlement agreement, the municipalities supported an amendment to the Act that was proposed by PREPA that the amount payable to municipalities be calculated based on a percentage of the net revenues defined on the 1974 Bond Indenture Agreement. Prior to fiscal year 2005, 76 of the 78 municipalities of Puerto Rico had accepted the settlement receiving an aggregate amount of $63.6 million. During fiscal year 2005, the remaining municipalities accepted the settlement offer, receiving $4.4 million. The settlement required PREPA to submit legislation to change the CLT calculation. The new law signed in August 2004 included a transition clause regarding the $68 million payment, stating that this amount was a special CLT that the accepting municipalities would receive with financing provided by GDB. The debt to GDB is guaranteed with the CLT. In connection with the same litigation, GDB approved a line of credit of $57 million, for electric infrastructure projects on municipalities. As of June 30, 2007, PREPA has drawn $41.7 million.

In June 2004, the Office of the Comptroller of the Commonwealth of Puerto Rico (the Comptroller) issued a report stating that PREPA overcharged its clients by approximately $49.8 million, and should reimburse this amount to such clients. After this report was made public, two lawsuits were filed by clients of PREPA demanding the reimbursement of such alleged overcharges. PREPA denies that any overcharges have been made.

On December 2006, two fires damaged one of the PREPA's generating units and the control room, which controls all four units located at Palo Seco plant. As a result, 602 megawatts of oil-fired capacity, representing 11% of the production plant installed; dependable capacity is not currently available. PREPA submitted claims to insurance companies of $122.1 million, including the extra fuel expenses, and has received payments of $5 million during the fiscal year ended June 30, 2007. In addition to the damages to the utility, plant, administrative, and general expenses charged to operations related to noncapitalizable activities amounted to $8 million.

*(d)* ***PRIFA***

The law that created PRIFA (as amended) requires that, in each fiscal year after fiscal year 2006 through fiscal year 2052, the first $90 million of federal excise taxes received by the Commonwealth

PR-CCD-0009806

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

be transferred to PRIFA for deposit to PRIFA's infrastructure fund ( the Infrastructure Fund). These federal excise taxes consist of taxes received by the Commonwealth from the United States of America in connection with rum and other articles produced in Puerto Rico and sold in the United States of America that are subject to federal excise tax.

A related trust agreement requires PRIFA to deposit to the credit of a sinking fund the federal excise taxes and other moneys deposited to the credit of the Infrastructure Fund in such amounts as are required to meet debt service requirements with respect to certain related bonds. Rum is the only article currently produced in Puerto Rico subject to federal excise tax, the proceeds of which are required to be transferred from the federal government to the Commonwealth.

The federal excise taxes securing the bonds are subject to a number of factors, including the continued imposition and remittance of such taxes to the Commonwealth and conditions affecting the Puerto Rico rum industry. If the federal excise taxes received by the Commonwealth in any fiscal year are insufficient to deposit the amount required by the law into the Infrastructure Fund, the law that enacted PRIFA requires that PRIFA request the director of the OMB to include in the annual budget of the Commonwealth for the corresponding fiscal year an appropriation necessary to cover such deficiency. The Commonwealth's Legislature, however, is not legally obligated to make the necessary appropriation to cover such deficiency.

*(e)* *PRASA*

On June 29, 2007, PRASA entered into two forward interest rate swap agreements for the purpose of reducing the risk that an increase in long-term interest rates would have on the amount of money PRASA could borrow to implement its capital improvements program, at the time it is ready to issue its senior lien revenue bonds. The intention of the swaps is to effectively change the PRASA variable interest rate on the bonds to be issued on a future date to a synthetic fixed rate. The floating rate of these agreements will be based upon the Securities Industry and Financial Markets Association (SIFMA) municipal swap index. The aggregate notional amount under such agreements is $930 million on the basis of the PRASA estimate regarding the total principal amount of senior lien, net revenue bonds expected to be issued by PRASA. The agreements evidencing these swaps permit PRASA to terminate them on or prior to the effective date of March 12, 2008, at the agreements' fair market value. The structure of the agreements is such that should long-term market interest rates increase from their date of execution to March 12, 2008, PRASA would receive a termination payment approximating the present value increase in borrowing costs on PRASA senior net revenue bonds, and should long-term market interest rates instead decrease, PRASA would be obligated to make a termination payment that approximates the decrease in such borrowing costs (similarly computed). It is expected that PRASA will execute its option to terminate the swaps at the time it issues the senior revenue bonds to finance a portion of its capital improvement program.

PRASA is defendant in a class action lawsuit presented by customers alleging that the PRASA has over billed them due to the methodology used to estimate consumption. The plaintiffs seek recovery of damages in the amount of $175 million and an injunction enjoining PRASA from continuing to bill using the current methodology. PRASA's potential exposure from this class action lawsuit cannot be presently determined, and as such, no liability is being reported on the accompanying basic financing statements.

145

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

*(f)* **PRTA**

PRTA, through its subsidiary PRTA Holdings, holds shares of Telecomunicaciones de Puerto Rico, Inc. (TELPRI), is the Puerto Rico corporation that was organized for the purpose of acquiring the stock of the Puerto Rico Telephone Company (PRTC) and Celulares Telefonica (CT) from PRTA in connection with the sale transaction of March 2, 1999, where a subsidiary of Verizon, Popular, Inc., and TELPRI's employee stock ownership plan acquired 57% of TELPRI and completed the privatization of PRTC and CT. It is contemplated that all shares of TELPRI held by PRTA Holdings will be sold in public offerings and private placements, and all dividends and proceeds received from the sale of the shares will be distributed to the ERS. The PRTA's 43% investment in TELPRI was carried on the equity method of accounting through December 28, 2000. Although the ownership of the common stock of PRTA Holdings entitles PRTA to the voting right over TELPRI shares, no carrying value is recorded for its investment after the transfer of PRTA Holdings' preferred stock to the Retirement System on December 28, 2000, since such preferred stock entitled the Retirement System to all the economic benefits of the investments in TELPRI.

On March 31, 2000, Verizon delivered notice of claim for indemnity to PRTA related to certain alleged actions of PRTA that occurred before the closing of the purchase transaction describe above. The amount of indemnity sought by Verizon is approximately $105 million, related to several matters including PRTC's exposure to a potential reduction in tariffs or required rebate to clients as a result of an adverse decision by the Federal Communications Commission (FCC) on a regulatory matter. The FCC's decision has been appealed by PRTC and FCC denied such request. In June 2000, PRTA requested Verizon to provide additional information that would enable it to evaluate the merit of claims made, but to date, the additional information has not been submitted.

Management believes that the final resolution of the legal cases will not have a material adverse effect on the financial position and results of operations of PRTA.

*(g)* **LAPR**

At year-end, LAPR had approximately $28.2 million in accruals to cover the estimated costs related to the liquidation of the Sugar Corporation of Puerto Rico, a blended component unit of LAPR, including, among others: employee severance, pending legal cases, environmental cleanup costs, refinery repair costs, and estimated future losses to be incurred. Management believes these accruals to be sufficient; however, given the many uncertainties involved, the ultimate outcome cannot be determined with certainty at this time, and the actual liquidation costs could be higher or lower than the estimates made. LAPR is also a defendant in various claims amounting to approximately $138.3 million. LAPR is in the process of litigating such claims and the ultimate liability, if any, cannot be presently determined.

*(h)* **PCSDIPRC**

PCSDIPRC provides insurance coverage over the stocks and deposits of all the cooperatives and the Federation of Cooperatives of Puerto Rico. The deposit base of the cooperatives approximates $6 billion at June 30, 2007.

PR-CCD-0009808

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

**Fiduciary Component Unit**

On June 29, 2007, ERS executed the repurchase agreement with the counterparty, liquidating the liability associated with this transaction and liberating the associated collateral, using the sales proceeds of the investment in PRTA Holdings.

As of June 30, 2007, ERS entered into various contracts with outside contractors for construction and remodeling the building facilities. ERS records the liability for these contracts as progress billings are received, based on completed work. The uncompleted portion of these contracts approximated $2 million as of June 30, 2007.

**Environmental Commitments and Contingencies**

The following component units' operations include activities that are subject to state and federal environmental regulations:

- **PREPA** – Facilities and operations of PREPA are subject to regulations under numerous federal and commonwealth environmental laws, including the Clean Air Act, Clean Water Act, and the National Pollutant Discharge Elimination System (NPDES). In February 1992, the Environmental Protection Act (EPA) performed an inspection of various facilities of PREPA and became aware of deficiencies in different areas, principally air opacity; water quality; spill prevention control and countermeasures; and underground storage tanks. As result, PREPA agreed to, among other things, make certain capital improvements, undertake supplemental environment projects, and use fuel oil not exceeding certain predetermined levels of sulfur, vanadium, and asphalt in its content.

- **PRSWA** – PRSWA is currently involved in the implementation and development of the Infrastructure Regional Plan for recycling and disposal of solid waste in Puerto Rico. As of June 30, 2007, PRSWA believes that there is no sufficient information available to determine the potential amount of related losses, if any, and no provision for losses has been made to the financial statement. Nevertheless, preventive infrastructure has been constructed to minimize any possible impact or events that occur. In addition, operational plans have been developed to incorporate good maintenance practices.

- **PRIDCO** – Financial responsibility for cleanup costs has been and/or are being undertaken by the industrial potentially responsible parties (PRPs) at the two Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA) sites (Vega Alta and Guayama) where the federal government named PRIDCO as a PRP solely for being a part-owner of both sites. Under CERCLA and its regulations, liability for the cleanup cost and damage to natural resources and any assessment of health effects may be imposed on the present and past owners or operators of a facility from which there was a release of hazardous substances. In addition, any person who arranged for the disposal or treatment of hazardous substances at a site from which there was a release may also be liable. The resolution of those legal actions included various environmental issues to which PRIDCO did not stipulate liability under the CERCLA and other federal legislation. CERCLA establishes procedures and standards for responding to the release of hazardous substances, pollutants, and contaminants.

147

(Continued)

PR-CCD-0009809

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

**Construction Commitments**

As of June 30, 2007, the following component units maintained various unspent construction agreements as follows (expressed in thousands):

| | | |
|---|---|---|
| Puerto Rico Highways and Transportation Authority | $ | 762,050 |
| Puerto Rico Electrical Power Authority | | 475,000 |
| Puerto Rico Aqueduct and Sewer Authority | | 404,000 |
| Special Communities Perpetual Trust | | 348,060 |
| University of Puerto Rico | | 160,305 |
| Puerto Rico Solid Waste Authority | | 110,722 |
| Puerto Rico Ports Authority | | 80,042 |
| Puerto Rico Medical Services Authority Administration | | 52,058 |
| Puerto Rico Infrastructure Financing Authority | | 35,306 |
| Puerto Rico Conservatory of Music Corporation | | 17,942 |
| Puerto Rico Trade and Export Company | | 12,365 |
| Institute of Puerto Rican Culture | | 10,552 |
| Puerto Rico Industrial Development Company | | 10,375 |
| Fine Arts Center Corporation | | 808 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | | 567 |
| Institutional Trust of the National Guard of Puerto Rico | | 440 |
| Total | $ | 2,480,592 |

**(19) Retirement Systems**

The Commonwealth sponsors three contributory pension plans (collectively known as the Retirement Systems), which are reported in the accompanying statement of fiduciary net assets:

- Employees' Retirement System of the Government of Puerto Rico and its instrumentalities (ERS)

- The Puerto Rico Judiciary Retirement System (JRS)

- Puerto Rico System of Annuities and Pensions for Teachers (TRS)

Each system is independent; thus, their assets or liabilities may not be transferred from one system to another or used for any purpose other than to benefit the participants of each system.

The Retirement Systems issue financial reports, which are publicly available and include the basic financial statements, the required trend information, and any other required supplementary information. These reports may be obtained by written request to the corresponding retirement system administrator at the addresses detailed in note 1 of each retirement system's basic financial statements.

*(a)* **ERS**

**Plan Description**

The System is a cost-sharing multi-employer defined-benefit plan sponsored by the Commonwealth. ERS was created under Act No. 447 (the Act), approved on May 15, 1951, as amended, and became

148 (Continued)

PR-CCD-0009810

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

effective on January 1, 1952. ERS covers substantially all full-time employees of: (1) the Commonwealth's primary government and (2) certain municipalities of Puerto Rico and certain component units of the Commonwealth not having their own retirement systems. Appointed and temporary commonwealth employees become plan members upon their date of employment. Plan members are eligible for a retirement annuity upon reaching the following age:

| Police and firemen | Other employees |
|---|---|
| 50 with 25 years of credited service | 55 with 25 years of credited service |
| 58 with 10 years of credited service | 58 with 10 years of credited service |

Plan members are eligible for merit annuity with a minimum of 30 years or more of credited service.

On the coordinated plan, a participating employee contributes 5.775% of the monthly salary for the first $550 and 8.275% for the excess over $550. By the time the employee reaches 65 years of age and begins to receive social security benefits, the pension benefits are reduced by the following:

- $165 per month if retired with 55 years of age and 30 years of credited service

- $110 per month if retired with less than 55 years of age and 30 years of credited service

- All other between $82 and $100 per month

- Disability annuities under the coordinated plan are also adjusted at age 65 and in some cases are reduced over $165 per month.

On the noncoordinated plan, the participating employee contributes 8.275% of the monthly salary and does not have any change on the pension benefits upon receipt of social security benefits.

Death benefits are divided into occupational, nonoccupational, and postretirement. Under the occupational benefits, a surviving spouse may receive an annuity equal to 50% of the participating employee's salary at the date of death and each child may receive $10 per month for minor, or student, up to a maximum benefit per family of 100% of the participating employee's salary at the date of death. If no spouse survives, or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies. Under the nonoccupational benefits, the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death are paid. Under the postretirement benefits, the beneficiary with a surviving spouse and child 18 or under receive up to 50% (60%, if not covered under Title II of the Social Security Act) of the retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $750.

On September 24, 1999, an amendment to the Act, which created ERS, was enacted to establish a defined-contribution plan known as System 2000.

System 2000 became effective on January 1, 2000. Employees participating in the defined-benefit plan system at December 31, 1999 had the option to either stay in the defined-benefit plan or transfer

149

(Continued)

PR-CCD-0009811

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

to System 2000. Persons employed on or after January 1, 2000 are only allowed to become members of System 2000.

System 2000 is a hybrid defined-contribution plan, also known as a cash balance plan. Under this new plan, there will be a pool of plan assets, which will be invested by ERS, together with those of the defined-benefit plan. Benefits at retirement age will not be guaranteed by the Commonwealth. The annuity will be based on a formula that assumes that each year the participants' contributions (with a minimum of 8.275% of the participants' salary up to a maximum of 10%) will be invested as instructed by the participant in an account, which will: (1) earn a fixed rate based on the two-year Constant Maturity Treasury Notes; (2) earn a rate equal to 75% of the return of ERS's investment portfolio (net of management fees); or (3) earn a combination of both alternatives. Participants receive periodic account statements similar to those of defined-contribution plans showing their accrued balances. Disability pensions are not being granted under System 2000. The sponsors' contributions (9.275% of the participants' salary) will be used to fund the defined benefit plan.

System 2000 reduces the retirement age from 65 years to 60 for those employees who joined the original plan on or after January 1, 2000.

**Funding Policy**

Contribution requirements, which are established by law and are not actuarially determined, are as follows:

| | |
|---|---|
| Commonwealth and other sponsors | 9.275% of applicable payroll |
| Participants: | |
| Hired on or before March 31, 1990 | 5.775% of monthly gross salary up to $550 |
| | 8.275% of monthly gross salary in excess of $550 |
| Hired on or after April 1, 1990 | 8.275% of monthly gross salary |

**(b)  JRS**

**Plan Description**

The JRS is a single-employer defined-benefit plan, which is also administered by the ERS. The system was created under Act No. 12, approved on October 19, 1954. Membership is made up of all judges of the Judiciary Branch of the Commonwealth.

The system provides retirement as well as death and disability benefits. Benefits vest after 10 years of service and upon reaching 60 years of age.

Retirement benefits are determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the last month of compensation.

The retirement annuity, for which the plan participant is eligible, is limited to a minimum of 25% and a maximum of 75% of the average compensation, except for judges of the Supreme Court for

PR-CCD-0009812

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

whom the annuity is limited to a minimum of 50% and a maximum of 100% of the average compensation.

Death benefits are divided into occupational, nonoccupational, and postretirement. Under the occupational benefits, a surviving spouse may receive an annuity equal to 50% of the participating employee's salary at the date of death and each child may receive $10 per month for each child, minor, or student, up to a maximum benefit per family of 75% of the participating employee's salary at the date of death. If no spouse survives or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies. Under the nonoccupational benefits, the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death is paid. Under the postretirement benefits, the beneficiary with surviving spouse age 60 or over and child age 21 or under will receive up to 60% of the retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $500.

During 1997, JRS enacted Act No. 177 that provides, effective January 1, 1999, for increases of 3%, every three years, of the pension benefits paid by JRS to those plan participants with three or more years of retirement.

**Funding Policy**

All participants are required to make contributions to the plan equal to 8% of the applicable payroll. The Commonwealth, as sponsor, must contribute 20% of the applicable payroll. Contributions are established by law and are not actuarially determined.

*(c)*    **TRS**

**Plan Description**

The TRS is a single-employer defined-benefit plan sponsored by the Commonwealth. All active teachers of the Department of Education of the Commonwealth are covered by the system under the terms of Act No. 91 of March 29, 2004 that superseded Act No. 218 of 1951. Licensed teachers working in private schools may also participate in the system as long as the required employer and employee contributions are satisfied.

The plan provides retirement, death, and disability benefits. Benefits vest after completion of a given number of years of credited service based on age. Benefits are determined by the application of stipulated benefit ratios to the members' average compensation. Average compensation is computed based on the highest three years of compensation recognized by TRS.

The annuity for which a plan member is eligible is limited to a minimum of $300 per month and a maximum of 75% of the average compensation.

*Funding Policy*

Effective January 27, 2000, participant contributions were increased to 9% of their compensation, as provided by Act No. 45 of 2000. The Commonwealth, as sponsor, matches the participants'

PR-CCD-0009813

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

contributions at a rate of 8.5% of the applicable payroll. Contribution rates are established by law and are not actuarially determined.

Other relevant information on the Commonwealth's Retirement Systems is presented below (as of July 1, 2005, for JRS and ERS, and July 1, 2007 for TRS, for latest valuation date):

*Membership*

| | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 99,851 | 367 | 28,966 | 129,184 |
| Current participating employees | 107,256 | 370 | 48,505 | 156,131 |
| Total | 207,107 | 737 | 77,471 | 285,315 |

*Annual Pension Cost and Net Pension Obligation (Asset)*

The Commonwealth's annual pension cost and net pension obligation (asset) of the three pension plans for the year ended June 30, 2007 were as follows (expressed in thousands):

| | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Annual required contributions | $ 564,217 | 9,735 | 341,160 | 915,112 |
| Interest on net pension obligation (asset) | 332,802 | (859) | 64,790 | 396,733 |
| Adjustment to annual required sponsors' contributions | (262,137) | 677 | (50,543) | (312,003) |
| Annual pension cost | 634,882 | 9,553 | 355,407 | 999,842 |
| Statutory sponsors' contributions made | (460,491) | (6,632) | (174,280) | (641,403) |
| Increase in net pension obligation | 174,391 | 2,921 | 181,127 | 358,439 |
| Net pension obligation (asset) at beginning of year | 4,135,143 | (7,285) | 605,663 | 4,733,521 |
| Net pension obligation (asset) at end of year | $ 4,309,534 | (4,364) | 786,790 | 5,091,960 |

The net pension obligation for ERS and TRS, and the net pension asset of JRS of $5,096 million and $4 million, respectively, are recorded in the accompanying statement of net assets.

152

(Continued)

PR-CCD-0009814

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

The annual required contribution was determined by actuarial valuations for each of the pension plans as described below:

|  | ERS | JRS | TRS |
|---|---|---|---|
| Date of latest actuarial valuation | July 1, 2005 | July 1, 2005 | July 1, 2007 |
| Actuarial-cost method | Projected unit credit cost | Projected unit credit cost | Entry age normal |
| Amortization method | Level percentage of the projected payroll | Level percentage of the projected payroll | Level percentage closed 5% payroll increase per year |
| Remaining amortization period | 21 years | 21 years | 16 years |
| Amortization approach | Closed | Closed | Closed |

|  | ERS | JRS | TRS |
|---|---|---|---|
| Asset-valuation method | Market value | Market value | Market value |
| Actuarial assumptions: |  |  |  |
| Inflation | 3.5% | 3.5% | 3.5% |
| Investment rate of return | 8.5 | 8.5 | 8.5 |
| Projected salary increases per annum | 5.0 | 5.0 | 5.0 |
| Cost-of-living adjustments | None | None | None |

(Continued)

PR-CCD-0009815

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

### *Three-Year Trend Information*

The three-year trend information is as follows (expressed in thousands):

|  |  | ERS | JRS | TRS |
|---|---|---|---|---|
| Annual pension cost (APC): |  |  |  |  |
| Year ended June 30, 2007 | $ | 634,882 | 9,553 | 355,407 |
| Year ended June 30, 2006 |  | 634,882 | 9,553 | 221,449 |
| Year ended June 30, 2005 |  | 652,252 | 8,380 | 221,449 |
| Percentage of APC contributed: |  |  |  |  |
| Year ended June 30, 2007 |  | 72.5% | 69.4% | 49.0% |
| Year ended June 30, 2006 |  | 65.0 | 70.0 | 81.0 |
| Year ended June 30, 2005 |  | 60.0 | 77.0 | 82.0 |
| Net pension obligation (asset): |  |  |  |  |
| Year ended June 30, 2007 | $ | 4,309,534 | (4,364) | 786,790 |
| Year ended June 30, 2006 |  | 4,135,141 | (7,285) | 605,663 |
| Year ended June 30, 2005 |  | 3,915,315 | (10,111) | 564,480 |

### *Schedule of Funding Progress (Required Supplementary Information – Unaudited)*

Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities (expressed in thousands):

| Actuarial valuation date | Actuarial value of assets | Actuarial accrued liability (AAL) | Unfunded AAL (UAAL) | Funded ratio | Covered payroll | UAAL as a percentage of covered payroll |
|---|---|---|---|---|---|---|
| July 1, 2005 | $ 2,327,871 | 12,283,865 | 9,955,994 | 19% $ | 4,125,866 | 241% |
| July 1, 2004 | 2,141,442 | N/A | N/A | N/A | N/A | N/A |
| July 1, 2003 | 1,947,402 | 11,191,357 | 9,243,955 | 17 | 3,334,441 | 277 |

The Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial valuation date | Actuarial value of assets | AAL | UAAL | Funded ratio | Covered payroll | UAAL as a percentage of covered payroll |
|---|---|---|---|---|---|---|
| July 1, 2005 | $ 69,797 | 174,454 | 104,657 | 40% $ | 29,331 | 357% |
| July 1, 2004 | 67,851 | N/A | N/A | N/A | N/A | N/A |
| July 1, 2003 | 61,781 | 166,732 | 104,951 | 37 | 25,711 | 408 |

154

(Continued)

PR-CCD-0009816

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2007

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial valuation date | Actuarial value of assets | AAL | UAAL | Funded ratio | Covered payroll | UAAL as a percentage of covered payroll |
|---|---|---|---|---|---|---|
| July 1, 2007 | $ 3,163,000 | 7,756,000 | 4,593,000 | 41% | 1,370,000 | 335% |
| July 1, 2004 | 2,403,000 | 4,702,000 | 2,299,000 | 51 | 1,294,000 | 178 |
| July 1, 2003 | 2,143,000 | 4,540,000 | 2,397,000 | 47 | 1,195,000 | 201 |

On August 12, 2000, Act No. 174 was approved to allow certain ERS participants to be eligible for early retirement upon attaining at least age 55 with 25 years of service, provided they made their election on or before April 1, 2001. Those who elected early retirement under this law will receive monthly benefits of 75% (if 25 or more years of service and age 55, or 30 or more years of service and age 50) or benefits of 65% (if 25 years of service by less than age 55) of their average compensation, which is computed based on the highest 36 months of compensation recognized by ERS. In these cases, the sponsor is responsible for contributing to ERS amounts to cover the benefit payments and the sponsor contribution with respect to the participants covered until the participants reach the normal retirement age.

## (20) Subsequent Events

### Primary Government

On September 19, 2007 the Commonwealth issued Public Improvement Bonds of 2007, Series A amounting to $408.8 million and Public Improvement Bonds of 2007, Series B amounting to $91.2 million. The net proceeds will be used to carry out certain capital improvements programs authorized by the law. The bonds are payable through 2034 and bear annual interest rates ranging between 5.00% and 5.25%.

On October 18, 2007, the Commonwealth issued tax and revenue anticipation notes amounting to $1,010 million for the purpose of funding a portion of the projected cash flow requirements of the general fund in fiscal year 2008, which requirements result from timing differences between expected disbursements and receipts of taxes and other revenue. The notes are due on July 30, 2008 and bear an annual interest rate of 4.25%.

On May 7, 2008, the Commonwealth issued its $1,099 million Public Improvement Refunding Bonds, Series 2008 A, 2008 B and 2008 C. These bonds were issued for the purpose of (i) reducing the Commonwealth's market risk associated with certain types of variable rate products, including auction rate securities and variable rate demand obligations insured by monocline bond insurers that have recently been downgraded by the rating agencies, and (ii) realizing debt service savings. The bonds are payable through 2032 and bear annual interest rates ranging between 4.00% and 5.63%.

155 (Continued)

PR-CCD-0009817

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

*Component Units*

(a) *PREPA*

On September 13, 2007, PREPA and GDB entered into an agreement for a line of credit of $100 million to be used in the recovery of the Palo Seco Plant from fire damages sustained during December 2006. On December 19, 2007, PREPA and a commercial bank entered into an agreement for a line of credit of $100 million to be used also for the recovery of the Palo Seco Plant. For the seven-month period ended January 31, 2008, PREPA received $69.4 million from insurance companies related to its Palo Seco Plant claim for the fire damage recovery.

On September 5, 2007, PREPA entered into an interest-rate swap transaction with UBS AG and Goldman Sachs Capital Markets for two-third and one-third, respectively, of a notional amount of $600 million in bonds to be issued by PREPA. The transaction will expire on September 1, 2008, or the date before the bonds will be issued, if earlier than September 1, 2008. The transaction fixed rate was established at 3.652% per annum. The interest-rate swap transaction is subject to the terms and conditions of an ISDA Master Agreement entered between PREPA and UBS AG on April 18, 2007, and on September 5, 2007 with Goldman Sachs Capital Markets.

On January 30, 2008, PREPA and Bank of America entered into an agreement for line of credit of $50 million to be used for financing fuel purchases.

(b) *PRASA*

On September 27, 2007, PRASA issued $39.1 million of Series EE of USDA Rural Development Program Bonds, at 4.25% of interest, payable semiannually and maturing in semiannually installments through July 1, 2047. The funds raised by this issuance were used to partially repay the outstanding balance of USDA Rural Development Program lines of credit for construction projects from GDB. The payment of principal and interest on these bonds is guaranteed by the Commonwealth.

On February 14, 2008, PRASA terminated its two forward interest rate swap agreements entered into on June 29, 2007, and is obligated to make a termination payment of approximately $75 million to the holders of the agreements. PRASA funded the termination payment from the proceeds of a revenue bond issuance that occurred on March 2008, as described below. PRASA will report additional interest expense of approximately $75 million during the year ended June 30, 2008 related to the termination payment.

On March 7, 2008, PRASA issued $1,316.2 million of 2008 Series A Revenue Bonds and $22.4 million of 2008 Series B Revenue Bonds to pay a portion of the cost of its capital improvement program and to refinance certain outstanding bond anticipation notes and lines of credit. On March 7, 2008, PRASA also issued $159.1 million 2008 of Series A Revenue Refunding Bonds and $125.7 million of 2008 Series B Revenue Refunding Bond that are both guaranteed by the Commonwealth for the refinancing of its Commonwealth-guaranteed 1995 Series Revenue Refunding Bonds.

156 (Continued)

PR-CCD-0009818

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

(c) **PRIFA**

On October 25, 2007, the Authority issued $43.3 million in revenue bonds for the purpose of repaying the term loan agreement entered into by PRIFA with GDB for $34.2 million related to the acquisition of certain medical facilities.

(d) **PRHIA**

On October 2007, PRHIA entered into a contract with the Municipality of Guaynabo (the Municipality) with 13,592 covered lives. Under this contract, the Municipality bears the risk of the basic and special coverage and PRHIA bears the risk of dental and mental coverage. A third-party administrator handles all the administrative work related to the payment of claims for the services provided outside the Municipality's facilities. As a result of this arrangement, PRHIA no longer receives the contribution portion of the Municipality.

(e) **COFINA**

On July 31, 2007, COFINA issued $2,668 million 2007 Series A bonds, and $1,333 million 2007 Series B bonds for the payment and retirement of a portion of the extra-constitutional debt owed to GDB and PFC, which was outstanding as of June 30, 2007. GDB received $1.7 billion in partial payment of the $2.8 billion of its public sector loans considered extra constitutional debt.

*Fiduciary Funds*

On January 29, 2008 and May 28, 2008 ERS issued senior pension funding bonds amounting to $1,589 million and $1,059 million respectively to increase funds currently available to pay benefits and reduce its unfunded accrued actuarial pension liability. The bonds are payable through 2058 and bear annual interest rates ranging between 5.85% and 6.45%

(21) **Debt Service Deposit Agreements**

On May 26, 2005 (but effective on July 1, 2005), the Commonwealth, PFC, and GDB (together the Commonwealth) and Lehman Brothers Special Financing Inc. (Lehman) entered into Debt Service Deposit Agreements (DSD Agreements), the objective of which was for the Commonwealth to secure an upfront payment in exchange for granting Lehman the rights to earnings generated from eight of its debt service funds. Seven of the funds are associated with the commonwealth's PFC bonds, presented in the accompanying basic financial statements as commonwealth appropriation bonds, and one fund is associated with the Commonwealth's general obligation bonds. The upfront payment, which amounted to $82.7 million, was received on May 26, 2005 and equaled the present value of the projected earnings income adjusted for credit timing risks as well as an appropriate amount of compensation for Lehman.

With the upfront payment made as explained above, the Commonwealth delivers to Lehman the required and scheduled debt service deposits and Lehman delivers qualified government debentures, which will mature before the next debt service payment date at an amount approximating such next debt service payment. Lehman will attempt to earn sufficient funds on the debt service deposit amounts, less its cost for the qualified government debentures, to make back the $82.7 million over time. At the same time, the Commonwealth will be managing its borrowings and investments by increasing the predictability of its cash flows from earnings on its investments and not for purpose of speculation. The Commonwealth

157 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

acknowledges that, in exchange for the upfront payment received, it is foregoing its right to receive investment earnings on the deposit amounts referred to above in the future and that, by accepting the upfront payment, the Commonwealth has minimized the risks resulting from fluctuations in interest rates during the term of the DSD Agreements but also has foregone the possibility of receiving greater returns on such amounts from such fluctuations.

Under the DSD Agreements, the Commonwealth will be exposed to the payment to Lehman of a Termination Amount, as defined in the agreement, principally upon the occurrence of redemption or a defeasance of the related bonds on or prior to the last scheduled deposit date. The amount of the Termination Amount will vary depending on various market conditions, as defined in the DSD Agreements. Under certain market conditions, the Termination Amount owed to Lehman by the Commonwealth may exceed the amount of the original upfront payment received.

The $82.7 million upfront payment received by the Commonwealth was recognized as other revenue for budgetary purposes in 2005; however, under U.S. generally accepted accounting principles, such upfront payment was deferred and is being recognized proportionally over the future periods the Commonwealth would have otherwise earned such interest earnings. As the effective date of DSD Agreements was July 1, 2005, all of the $82.7 million upfront payment received in 2005 had been recorded as deferred revenue. During fiscal year 2007, approximately $6.5 million was amortized into other revenue in the accompanying statement of activities.

(22)  **Derivatives**

As of June 30, 2007, the Commonwealth was party to the following interest-rate swap agreements (notional amount and fair value in thousands):

| Date | Notional amount | Floating rate indicator (pays) | Receives Type | Receives Rate | Pays Type | Pays Rate | Maturity date | Fair value June 30, 2007 |
|---|---|---|---|---|---|---|---|---|
| April 13, 2004 | $ 51,600 | LIBOR | Fixed | 3.3080% | Variable | 0.2500% | May 27, 2021 | $ 1,076 |
| April 13, 2004 | 56,000 | LIBOR | Fixed | 3.5820 | Variable | 3.4313% | June 27, 2024 | 412 |
| April 13, 2004 | 56,000 | LIBOR | Fixed | 3.5590 | Variable | 3.3415% | June 29, 2027 | (535) |
| April 13, 2004 | 55,975 | LIBOR | Fixed | 3.5750 | Variable | 3.3415% | June 29, 2028 | (595) |
| April 13, 2004 | 19,290 | LIBOR | Fixed | 3.5700 | Variable | 3.3415% | June 29, 2029 | (185) |
| April 13, 2004 | 30,710 | LIBOR | Fixed | 3.5700 | Variable | 3.3415% | June 29, 2029 | (297) |
| April 13, 2004 | 50,000 | LIBOR | Fixed | 3.5730 | Variable | 3.3415% | June 29, 2029 | (496) |
| April 13, 2004 | 61,975 | LIBOR | Fixed | 3.5740 | Variable | 3.3415% | June 29, 2029 | (582) |
| April 13, 2004 | 62,000 | LIBOR | Fixed | 3.5090 | Variable | 3.2883% | June 29, 2029 | (395) |
| June 21, 2006 | 1,273,778 | 3 m LIBOR | 3 m LIBOR X .67 | 3.0820 | BMA | 3.7300% | July 1, 2035 | 13,475 |
|  |  | BMA | Fixed | 0.0441 | N/A | N/A | N/A | 4,492 |
| August 10, 2006 | 30,005 | N/A | CPI + 0.98 | 2.2850 | Fixed | 4.26 | July 1, 2018 | (1,495) |
| August 10, 2006 | 31,280 | N/A | CPI + 1.00 | 2.3050 | Fixed | 4.29 | July 1, 2019 | (1,560) |
| August 10, 2006 | 32,625 | N/A | CPI + 1.02 | 2.3250 | Fixed | 4.32 | July 1, 2020 | (1,629) |
| August 10, 2006 | 32,815 | N/A | CPI + 0.90 | 2.2050 | Fixed | 4.20 | July 1, 2021 | (1,639) |
|  | $ 1,844,053 |  |  |  |  |  |  | 10,047 |

The purpose of the interest rate agreements issued on April 13, 2004 in the notional amount of $448 million was to hedge the Commonwealth's variable rate debt exposure and the interest rate risks associated therewith in relation to the Puerto Rico Public Improvement Refunding Bonds, Series 2004 B.

PR-CCD-0009820

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2007

On June 21, 2006 (with effective date of July 1, 2006), the Commonwealth entered into a basis swap agreement in the notional amount of $1.3 billion with an amortization schedule matching the long-term maturities of outstanding general obligation and refunding bonds issued in various years from 1998 to 2005. Additional-basis swap agreements are expected to cover the 2006 General Obligation Bonds awaiting issuance. Under the terms of a master swap agreement, the Commonwealth will pay quarterly commencing on October 1, 2006 a floating rate equal to the tax-exempt Bond Market Association (BMA) index in exchange for receiving a floating rate equal to 67% of the taxable LIBOR index reset each week and a fixed rate payment of 0.4409% per annum, quarterly for the term of swaps. This basis swap provides the Commonwealth the cash flow benefit of the basis annuity in exchange for the Commonwealth taking tax and other basis risks similar to the risks taken in its outstanding LIBOR-hedged synthetic fixed rate Public Refunding Bonds, Series 2004 described above.

On August 2, 2006 (with effective date of August 10, 2006), the Commonwealth entered into an interest rate swap agreement in the notional amount of $126.7 million. Said agreement is in connection with the issuance of the Public Improvement Bonds of 2006, Series A, subject to bear interest at the Consumer Price Index (CPI) rate. Through this agreement, the Commonwealth is required to pay a fixed interest rate and is entitled to receive a floating interest rate equal to the CPI rate, each based on a notional amount equal to the principal amount of the CPI bonds.

By using derivative financial instruments to hedge the exposure to changes in interest rates, the Commonwealth exposes itself to credit risk, market-access risk, and basis risk. Credit risk is the failure of the counterparty to perform under the terms of the derivative contract. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. When the fair value of the derivative contract is negative, the Commonwealth owes to the counterparty and, therefore, does not possess credit risk. The Commonwealth minimizes the credit risk in derivative instruments by entering into transactions with high-quality counterparties whose credit rating is acceptable under the investment policies of the Commonwealth.

Market risk is the adverse effect on the value of a financial statement instrument that results from a change in interest rates. The market risk associated with an interest rate swap contract is managed by establishing and monitoring parameters that limit the types and degree of market risk that may be undertaken. The Commonwealth assesses interest rate cash flows risk by continually identifying and monitoring changes in interest rate exposures that may adversely impact expected cash flows and evaluating hedging opportunities. The Commonwealth maintains risk management control systems to monitor interest rate cash flow risk attributable to both the Commonwealth outstanding or forecasted debt obligations as well as the Commonwealth offsetting hedge positions.

Basis risk arises when different indexes are used in connection with a derivative. The 2006 swap exposes the government to basis risk should the relationship between LIBOR and BMA converge, changing the synthetic rate on the bonds. If a change occurs that results in the rates moving to convergence, the expected cost savings may not be realized. The Commonwealth assesses basis risk by following the aforementioned market risks control system.

159

# COMBINING, INDIVIDUAL FUND
# FINANCIAL STATEMENTS AND SCHEDULES

PR-CCD-0009822

## GENERAL FUND

The general fund is the primary operating fund of the Commonwealth. The general fund is used to account for resources traditionally associated with government, which are not required legally or by sound financial management to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, education, and economic development. Following is the supplemental schedule of expenditures – budget and actual – general fund.

PR-CCD-0009823

**COMMONWEALTH OF PUERTO RICO**

Supplemental Schedule of Expenditures by Agency – Budget and Actual –
Statutory Basis – General Fund

Year ended June 30, 2007

(In thousands)

| | Original budget | Amended budget | Actual | Variance |
|---|---|---|---|---|
| Expenditures: | | | | |
| Current: | | | | |
| General government | | | | |
| Senate of Puerto Rico | $ 33,599 | 33,219 | 33,219 | — |
| House of Representatives of Puerto Rico | 44,422 | 44,422 | 45,358 | (936) |
| Comptroller's Office | 41,733 | 41,733 | 42,005 | (272) |
| Governor's Office | 5,104 | 4,648 | 4,157 | 491 |
| Office of Management and Budget | 42,837 | 42,990 | 36,910 | 6,080 |
| Planning Board | 16,146 | 15,838 | 14,138 | 1,700 |
| Constructions and Land Subdivisions Appeals Board | 1,409 | 1,401 | 1,260 | 141 |
| Department of State | 7,679 | 7,658 | 7,658 | — |
| Department of the Treasury | 162,568 | 166,444 | 164,137 | 2,307 |
| Central Office of Personnel Administration | 7,321 | 7,306 | 7,078 | 228 |
| Commonwealth Elections Commission | 33,816 | 34,273 | 37,735 | (3,462) |
| Federal Affairs Administration | 6,255 | 6,255 | 6,034 | 221 |
| General Services Administration | 572 | 601 | 559 | 42 |
| Municipal Complaints Hearing Commission | 4,587 | 5,460 | 4,613 | 847 |
| Civil Rights Commission | 867 | 867 | 868 | (1) |
| Office of the Citizen's Ombudsman | 5,049 | 5,200 | 4,992 | 8 |
| Appellative Board of the Personnel System Administration | 1,708 | 1,705 | 1,612 | 93 |
| Rules and Permits Administration | 6,281 | 6,275 | 5,696 | 579 |
| Commonwealth's Commission to Settle Municipal Complaints | 185 | 180 | 179 | 1 |
| Legislative Affairs Office | 975 | 775 | 525 | 250 |
| Commission for the Public Service Work Relations | 2,287 | 2,233 | 2,004 | 229 |
| Government Ethics Board | 9,890 | 9,890 | 9,890 | — |
| Legislative Affairs Office | 7,763 | 7,763 | 7,457 | 306 |
| Office of the Superintendent of the Capitol | 10,022 | 10,022 | 10,032 | (10) |
| Comptroller's Special Reports Joint Commission | 636 | 636 | 636 | — |
| Legislative Donation Commission | 671 | 746 | 670 | 76 |
| Coordination Office for Special Communities of Puerto Rico | 8,900 | 9,090 | 8,916 | 174 |
| Public Affairs | 4,230 | 4,230 | 3,807 | 423 |
| Governor's Secretary Office | 9,384 | 9,316 | 9,240 | 76 |
| Total general government | 476,391 | 480,976 | 471,385 | 9,591 |
| Public safety | | | | |
| Puerto Rico General Court of Justice | 313,103 | 313,171 | 321,514 | (8,343) |
| State Civil Defense Agency | — | 328 | 328 | — |
| Commission of Investigation, Processing and Appeals Board | 676 | 671 | 671 | — |
| Department of Justice | 142,924 | 144,230 | 134,739 | 9,491 |
| Puerto Rico Police Department | 839,757 | 849,785 | 840,798 | 8,987 |
| Puerto Rico Firefighters Corps | 69,777 | 69,328 | 64,013 | 5,315 |
| Puerto Rico National Guard | 8,247 | 8,680 | 8,680 | — |
| Public Service Commission | 12,286 | 12,284 | 11,265 | 1,019 |
| Consumer Affairs Department | 13,558 | 13,506 | 12,013 | 1,493 |
| Juvenile Institutions Administration | 90,014 | 91,847 | 92,100 | (253) |
| Corrections Administration | 377,757 | 377,045 | 374,921 | 2,124 |
| Natural Resources Administration | 44,494 | 49,193 | 44,743 | 4,450 |
| Department of Correction and Rehabilitation | 4,602 | 4,766 | 4,766 | — |
| Parole Board | 2,879 | 2,796 | 2,546 | 250 |
| Forensic Sciences Institute | 15,325 | 15,325 | 14,653 | 672 |
| Special Prosecutor Panel | 1,925 | 1,925 | 1,925 | — |
| Pre-Trial Services Office | 7,422 | 7,421 | 6,884 | 537 |
| Correctional Health | 81,282 | 81,279 | 85,083 | (3,804) |
| Criminal Justice College | 7,323 | 7,323 | 6,591 | 732 |
| Medical Emergencies Service | 26,060 | 26,167 | 25,667 | 500 |
| Total public safety | 2,059,411 | 2,077,070 | 2,053,900 | 23,170 |
| Health | | | | |
| Environmental Quality Board | 12,308 | 13,018 | 12,021 | 997 |
| Department of Health | 299,339 | 303,074 | 265,273 | 37,801 |
| Mental Health and Drug Addiction Services Administration | 121,291 | 159,678 | 122,160 | 37,518 |
| Puerto Rico Medical Service Administration | 1,700 | 1,700 | 51,700 | (50,000) |
| Solid Waste Authority of Puerto Rico | 4,624 | 4,624 | 4,385 | 239 |
| Puerto Rico Health Insurance Administration | 989,386 | 950,611 | 1,124,905 | (174,294) |
| Total health | 1,428,648 | 1,432,705 | 1,580,444 | (147,739) |

161

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Supplemental Schedule of Expenditures by Agency – Budget and Actual –
Statutory Basis – General Fund

Year ended June 30, 2007

(In thousands)

| | Original budget | Amended budget | Actual | Variance |
|---|---|---|---|---|
| Public housing and welfare | | | | |
| Rural Housing Administration | — | — | 1,298 | (1,298) |
| Office of Youth Affairs | 6,919 | 6,864 | 6,427 | 437 |
| Puerto Rico Volunteers Service Corps | 9,830 | 10,925 | 10,425 | 500 |
| Department of Labor and Human Resources | 2,041 | 2,021 | 1,825 | 196 |
| Labor Relations Board | 994 | 994 | 960 | 34 |
| Department of Housing | 25,726 | 26,902 | 24,329 | 2,573 |
| Department of Recreation and Sports | 51,991 | 53,047 | 49,394 | 3,653 |
| Administration for the Horse Racing Sport and Industry | 4,007 | 4,535 | 4,183 | 352 |
| Women's Affairs Commission | 5,331 | 5,231 | 4,468 | 763 |
| Office of the Veteran's Ombudsman | 3,245 | 3,244 | 3,132 | 112 |
| Department of Family | 54,808 | 55,027 | 51,726 | 3,301 |
| Family and Children Administration | 150,715 | 150,665 | 144,728 | 5,937 |
| Minors Support Administration | 10,927 | 10,912 | 10,612 | 300 |
| Vocational Rehabilitation Administration | 13,455 | 13,452 | 13,623 | (171) |
| Social Economic Development Administration | 97,710 | 94,447 | 75,889 | 18,558 |
| Office of the Disabled Persons Ombudsman | 3,580 | 3,804 | 3,645 | 159 |
| Office for Elderly Affairs | 3,740 | 3,740 | 3,353 | 387 |
| Patient Ombudsman | 4,399 | 4,357 | 3,917 | 440 |
| Right to Employment Administration | 15,463 | 15,974 | 13,688 | 2,286 |
| Cantera's Peninsula Integral Development Company | 413 | 413 | 392 | 21 |
| Industries for the Blind, Mentally Retarded, and Other Disabled Persons of Puerto Rico | 150 | 150 | 150 | — |
| Administration for the Care and Development of the Childhood | 13,142 | 12,638 | 11,462 | 1,176 |
| Total public housing and welfare | 478,586 | 479,342 | 439,626 | 39,716 |
| Education | | | | |
| Department of Education | 2,417,401 | 2,419,637 | 2,610,937 | (191,300) |
| State Office for Historic Preservation | 2,144 | 2,203 | 2,205 | (2) |
| General Education Council | 2,023 | 2,013 | 1,838 | 175 |
| Athenaeum of Puerto Rico | 475 | 475 | 475 | — |
| Institute of Puerto Rico Culture | 30,242 | 30,291 | 28,357 | 1,934 |
| School of Plastics Arts | 3,096 | 3,247 | 3,077 | 170 |
| University of Puerto Rico | 790,746 | 790,746 | 786,746 | 4,000 |
| Musical Arts Corporation | 6,182 | 6,182 | 5,884 | 298 |
| Fine Arts Center Corporation | 5,642 | 5,642 | 5,278 | 364 |
| Puerto Rico Public Broadcasting Corporation | 19,379 | 19,379 | 18,454 | 925 |
| Puerto Rico Conservatory of Music Corporation | 4,556 | 4,556 | 4,243 | 313 |
| Puerto Rico Council of Higher Education | 29,540 | 29,540 | 27,091 | 2,449 |
| Total education | 3,311,426 | 3,313,911 | 3,494,585 | (180,674) |
| Economic development | | | | |
| Department of Transportation and Public Works | 73,940 | 74,443 | 69,677 | 4,766 |
| Department of Natural and Environmental Resources | 1,857 | 1,926 | 2,631 | (705) |
| Department of Agriculture | 22,790 | 24,274 | 23,375 | 899 |
| Department of Economic Development and Commerce | 68 | (12) | (12) | — |
| Cooperative Enterprises Development Administration | 3,162 | 3,113 | 3,031 | 82 |
| Puerto Rico Highway and Transportation Authority | 6,000 | 6,000 | 6,000 | — |
| Cooperative Enterprises Inspector's Office | 792 | 961 | 882 | 79 |
| Rural Development Corporation | 4,016 | 4,016 | 3,914 | 102 |
| Department of Economic Development and Commerce | 3,292 | 3,292 | 2,843 | 449 |
| Energy Affairs Administration | 149 | 156 | 141 | 15 |
| Culebra Conservation and Development Authority | 654 | 654 | 589 | 65 |
| Puerto Rico Infrastructure Financing Agency | 90,000 | 90,000 | 87,000 | 3,000 |
| Puerto Rico Industrial Development Company | 15,000 | 14,999 | 14,999 | — |
| Government Development Bank for Puerto Rico | 1,000 | 1,000 | 1,000 | — |
| Puerto Rico Metropolitan Bus Authority | 5,500 | 8,500 | 6,500 | 2,000 |
| Puerto Rico Maritime Transportation Authority | 12,000 | 14,500 | 11,750 | 2,750 |
| Puerto Rico Tourism Company | 4,259 | 4,259 | 3,034 | 1,225 |
| Agricultural Services and Development Administration | 95,105 | 93,530 | 93,530 | — |
| National Parks Company of Puerto Rico | 23,000 | 23,000 | 21,500 | 1,500 |
| Corporation for the Development of the Film Industry in Puerto Rico | 1,164 | 1,148 | 1,032 | 116 |
| Puerto Rico Land Administration | 313 | 313 | 313 | — |
| Puerto Rico Trade and Export Corporation | 10,184 | 10,252 | 9,783 | 469 |
| Total economic development | 374,245 | 380,324 | 363,512 | 16,812 |

162

(Continued)

PR-CCD-0009825

**COMMONWEALTH OF PUERTO RICO**

Supplemental Schedule of Expenditures by Agency -- Budget and Actual --
Statutory Basis -- General Fund

Year ended June 30, 2007

(In thousands)

| | Original budget | Amended budget | Actual | Variance |
|---|---|---|---|---|
| Intergovernmental | | | | |
| Municipal Service Administration | 382,608 | 382,859 | 382,054 | 805 |
| Total intergovernmental | 382,608 | 382,859 | 382,054 | 805 |
| Total expenditures | $ 8,511,315 | 8,547,187 | 8,785,506 | (238,319) |
| Operating transfer-out to other funds: | | | | |
| Office of Management and Budget | $ 177,900 | 177,900 | 177,900 | — |
| Employees' Retirement System of the Government | | | | |
| of Puerto Rico and its Intramentalities | 211,033 | 211,035 | 206,220 | 4,815 |
| Puerto Rico System of Annuities and Pensions for Teachers | 60,960 | 60,960 | 57,960 | 3,000 |
| Contributions to Political Parties | 603 | 900 | 900 | — |
| Transfer of Unused Appropriation Fund (Legislative Branch Only) | 13,993 | 13,993 | 13,993 | — |
| Transfer of Treasury — Transfer to Debt Service | 512,197 | 476,025 | 464,400 | 11,625 |
| | $ 976,686 | 940,813 | 921,373 | 19,440 |

163

PR-CCD-0009826

# NONMAJOR GOVERNMENTAL FUNDS

## *Special Revenue Funds*

Special revenue funds are used to account for the proceeds of specific revenue sources that are legally restricted to expenditure for specific purposes.

**Public Buildings Authority Special Revenue Fund:** The operating fund of a blended component unit used to account for the operation, maintenance, equipment replacement, and other extraordinary operation and maintenance costs of the buildings and facilities that, when constructed, are leased to the Commonwealth's primary government agencies.

## *Debt Service Funds*

The debt service funds are used to account for the accumulation of resources predominantly for, and the payment of, general long-term bonds principal, interest, and related costs other than bonds payable from operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following year are accounted for as a fund liability if resources are available as of June 30 for its payment.

**The Children's Trust Debt Service Fund:** The debt service fund of The Children's Trust (a blended component unit) accounts for the accumulation of resources for payment of interest and principal on long-term obligations financed with moneys to be received by the Commonwealth from the global settlement agreement signed by certain tobacco companies.

**Public Buildings Authority Debt Service Fund:** A blended component unit engaged in the construction and/or acquisition of building facilities for lease mainly to the Commonwealth's primary government agencies. Its debt service fund is used to account for the accumulation of resources for the payment of revenue bonds and other liabilities incurred to finance the construction of the buildings and facilities.

**Puerto Rico Maritime Shipping Authority Debt Service Fund:** This is the remainder of a former shipping company owned by the Commonwealth. Its debt service fund is used to account for the accumulation of resources for the payment of the long-term liability that resulted from the sale of its marine operations. This fund is mainly subsidized from appropriations and operating transfers from the general fund.

## *Capital Project Funds*

Capital project funds are used to account for the financial resources used for the acquisition or construction of major capital facilities not being financed by proprietary fund types, pension trust funds, and discretely presented component units.

**Commonwealth Public Improvements Funds and Other Funds:** These funds present the activities of the capital improvements program of the Commonwealth, financed with the proceeds of the general obligation bonds.

**COMMONWEALTH OF PUERTO RICO**

Combining Balance Sheet — Nonmajor Governmental Funds

June 30, 2007

(In thousands)

| | Special revenue | Debt service | | | | Capital projects | Total nonmajor governmental funds |
| | Public Buildings Authority | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Total | Commonwealth of Puerto Rico | |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 9,051 | — | — | 1,591 | 1,591 | 33,502 | 44,144 |
| Cash and cash equivalents in component unit banks | 9,108 | — | — | 1,940 | 1,940 | 317,056 | 328,104 |
| Investments | — | 114,862 | — | — | 114,862 | — | 114,862 |
| Receivables, net: | | | | | | | |
| Accounts | 9,938 | — | — | — | — | 671 | 10,609 |
| Loans and advances | — | — | — | — | — | 36 | 36 |
| Accrued interest | — | 441 | — | 8 | 449 | — | 449 |
| Due from: | | | | | | | |
| Other funds | 125,450 | — | 21,347 | — | 21,347 | 31,214 | 178,011 |
| Component units | 44,074 | — | — | — | — | — | 44,074 |
| Other governmental entities | 394 | — | — | — | — | — | 394 |
| Restricted cash and cash equivalents in commercial banks | — | — | 150,100 | — | 150,100 | — | 150,100 |
| Real estate held for future development | 14,386 | — | — | — | — | 1,852 | 16,238 |
| Total assets | $ 212,401 | 115,303 | 171,447 | 3,539 | 290,289 | 384,331 | 887,021 |
| **Liabilities and Fund Balances** | | | | | | | |
| **Liabilities:** | | | | | | | |
| Accounts payable and accrued liabilities | $ 46,963 | — | — | 776 | 776 | 28,945 | 76,684 |
| Due to component units | 20,374 | — | — | — | — | — | 20,374 |
| Interest payable | — | — | 80,608 | 1,433 | 82,041 | — | 82,041 |
| Notes payable | 129,112 | — | — | — | — | — | 129,112 |
| Bonds payable | — | — | 75,690 | — | 75,690 | — | 75,690 |
| Total liabilities | 196,449 | — | 156,298 | 2,209 | 158,507 | 28,945 | 383,901 |
| **Fund balances:** | | | | | | | |
| Reserved for: | | | | | | | |
| Encumbrances | — | — | — | — | — | 97,721 | 97,721 |
| Unreserved reported in: | | | | | | | |
| Debt service funds | — | 115,303 | 15,149 | 1,330 | 131,782 | — | 131,782 |
| Special revenue funds | 15,952 | — | — | — | — | — | 15,952 |
| Capital projects funds | — | — | — | — | — | 257,665 | 257,665 |
| Total fund balances | 15,952 | 115,303 | 15,149 | 1,330 | 131,782 | 355,386 | 503,120 |
| Total liabilities and fund balances | $ 212,401 | 115,303 | 171,447 | 3,539 | 290,289 | 384,331 | 887,021 |

See accompanying independent auditors' report.

165

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Revenue, Expenditures, and Changes in
Fund Balances – Nonmajor Governmental Funds

Year ended June 30, 2007

(In thousands)

| | Special revenue | | Debt service | | | Capital projects | Total nonmajor governmental funds |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Public Buildings Authority | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Total | Commonwealth of Puerto Rico | |
| Revenue: | | | | | | | |
| Revenue from global tobacco settlement agreement | $ — | 68,665 | — | — | 68,665 | — | 68,665 |
| Interest and investment earnings | 7,438 | 4,468 | — | 236 | 4,704 | — | 12,142 |
| Revenue from Puerto Rico Sales Tax Financing Corporation | — | — | — | 16,956 | 16,956 | — | 16,956 |
| Intergovernmental | — | — | — | — | — | 16,309 | 16,309 |
| Other | 5,251 | — | — | 13 | 13 | — | 5,264 |
| Total revenue | 12,689 | 73,133 | — | 17,205 | 90,338 | 16,309 | 119,336 |
| Expenditures: | | | | | | | |
| Current: | | | | | | | |
| General government | 182,623 | — | — | — | — | 41,641 | 224,264 |
| Public safety | — | — | — | — | — | 1,108 | 1,108 |
| Health | — | — | — | — | — | 7,059 | 7,059 |
| Public housing and welfare | — | — | — | — | — | 1,773 | 1,773 |
| Education | — | — | — | — | — | 23,503 | 23,503 |
| Economic development | — | — | — | 814 | 814 | 18,092 | 18,906 |
| Intergovernmental | — | — | — | — | — | 166,895 | 166,895 |
| Capital outlays | — | — | — | — | — | 56,445 | 56,445 |
| Debt service: | | | | | | | |
| Principal | — | 12,030 | 75,690 | — | 87,720 | — | 87,720 |
| Interest and other | — | 60,470 | 97,564 | 16,956 | 174,990 | — | 174,990 |
| Debt issue costs | — | — | — | — | — | 8,330 | 8,330 |
| Total expenditures | 182,623 | 72,500 | 173,254 | 17,770 | 263,524 | 324,846 | 770,993 |
| Excess (deficiency) of revenue over (under) expenditures | (169,934) | 633 | (173,254) | (565) | (173,186) | (308,537) | (651,657) |
| Other financing sources (uses): | | | | | | | |
| Transfers in | — | — | 162,153 | — | 162,153 | — | 162,153 |
| Transfers out | (6,454) | (243) | — | (674) | (917) | (328,418) | (335,789) |
| Long-term debt issued | — | — | — | — | — | 716,565 | 716,565 |
| Total other financing sources (uses) | (6,454) | (243) | 162,153 | (674) | 161,236 | 388,147 | 542,929 |
| Net change in excess (deficiency) of revenue and other fund balances (deficit) | (176,388) | 390 | (11,101) | (1,239) | (11,950) | 79,610 | (108,728) |
| Fund balances, beginning of year | 192,340 | 114,913 | 26,250 | 2,569 | 143,732 | 275,776 | 611,848 |
| Fund balances, end of year | $ 15,952 | 115,303 | 15,149 | 1,330 | 131,782 | 355,386 | 503,120 |

See accompanying independent auditors' report.

PR-CCD-0009829

## NONMAJOR PROPRIETARY FUNDS

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges.

**Disability Insurance:** It was created by Act 139 on June 26, 1968. It is used to account for disability benefits to remedy temporarily the loss of income as a result of disability caused by sickness or accident unrelated to the employment.

**Drivers' Insurance:** It was created by Act 428 on May 15, 1950. It is used to account for contributions made by the drivers and their employers to provide a social security plan for the benefit of the drivers in Puerto Rico. The plan also includes payment of benefits for health and life insurance.

**Puerto Rico Water Pollution Control Revolving Fund:** It was created by Act No. 44 on June 21, 1988, as amended. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Environmental Quality Board (EQB). Pursuant to such Act, EQB is authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection Agency (EPA) for lending activities.

**Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund:** It was created by Act No. 32 on July 7, 1997. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Department of Health (DOH). Pursuant to such act, DOH, on behalf of the Commonwealth, is authorized to enter into operating and capitalization grant agreements with the EPA for lending activities.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Net Assets – Nonmajor Proprietary Funds

June 30, 2007

(In thousands)

| Assets | | Business type activities – nonmajor enterprise funds | | | | |
|---|---|---|---|---|---|---|
| | | Disability insurance | Drivers' insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| Current assets: | | | | | | |
| Cash and cash equivalents in commercial banks | $ | — | 37,585 | 59,013 | 6,609 | 103,207 |
| Cash and cash equivalents in governmental banks | | 80,059 | — | — | — | 80,059 |
| Receivables, net: | | | | | | |
| Insurance premiums, net | | 3,545 | 1,055 | — | — | 4,600 |
| Component units | | — | — | 7,519 | 1,328 | 8,847 |
| Accrued interest | | 217 | 80 | 1,501 | 692 | 2,490 |
| Other | | 203 | 36 | 109 | 76 | 424 |
| Total current assets | | 84,024 | 38,756 | 68,142 | 8,705 | 199,627 |
| Noncurrent assets: | | | | | | |
| Loans receivable from component units, excluding current portion, net | | — | — | 148,406 | 71,920 | 220,326 |
| Restricted investments | | 35,606 | — | — | — | 35,606 |
| Other | | — | — | 1,710 | — | 1,710 |
| Total assets | | 119,630 | 38,756 | 218,258 | 80,625 | 457,269 |
| **Liabilities and Net Assets** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable and accrued liabilities | | 1,730 | 183 | 417 | 157 | 2,487 |
| Deferred revenue | | — | 28 | — | — | 28 |
| Compensated absences | | 887 | 712 | — | — | 1,599 |
| Insurance benefits payable | | 851 | 283 | — | — | 1,134 |
| Total current liabilities | | 3,468 | 1,206 | 417 | 157 | 5,248 |
| Noncurrent liabilities – compensated absences | | 332 | — | — | — | 332 |
| Total liabilities | | 3,800 | 1,206 | 417 | 157 | 5,580 |
| Net assets: | | | | | | |
| Restricted for: | | | | | | |
| Payment of insurance benefits | | 115,830 | 37,550 | — | — | 153,380 |
| Capital projects | | — | — | 217,841 | 80,468 | 298,309 |
| Total net assets (deficit) | $ | 115,830 | 37,550 | 217,841 | 80,468 | 451,689 |

See accompanying independent auditors' report.

PR-CCD-0009831

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Revenue, Expenses and Changes in Net Assets –
Nonmajor Proprietary Funds

Year ended June 30, 2007

(In thousands)

| | | | | Business type activities – nonmajor enterprise funds | | | |
| | | Disability Insurance | Drivers' Insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Operating revenues: | | | | | | |
| Insurance premiums | $ | 15,711 | 4,602 | — | — | 20,313 |
| Interest | | — | — | 5,860 | 1,574 | 7,434 |
| Total operating revenues | | 15,711 | 4,602 | 5,860 | 1,574 | 27,747 |
| Operating expenses: | | | | | | |
| Disability and drivers' insurance benefits | | 3,352 | 1,158 | — | — | 4,510 |
| General, administrative, and other operating expenses | | 17,232 | 3,981 | 587 | 550 | 22,350 |
| Total operating expenses | | 20,584 | 5,139 | 587 | 550 | 26,860 |
| Operating income (loss) | | (4,873) | (537) | 5,273 | 1,024 | 887 |
| Nonoperating revenue: | | | | | | |
| Contributions from federal government | | — | — | 16,821 | 20,079 | 36,900 |
| Interest and investment earnings | | 1,241 | 967 | — | — | 2,208 |
| Total nonoperating revenue | | 1,241 | 967 | 16,821 | 20,079 | 39,108 |
| Income (loss) before transfers | | (3,632) | 430 | 22,094 | 21,103 | 39,995 |
| Transfers from general fund | | — | — | 3,364 | 4,094 | 7,458 |
| Transfers to general fund | | — | — | — | (87) | (87) |
| Net change in net assets | | (3,632) | 430 | 25,458 | 25,110 | 47,366 |
| Net assets, at beginning of year | | 119,462 | 37,120 | 192,383 | 55,358 | 404,323 |
| Net assets, at end of year | $ | 115,830 | 37,550 | 217,841 | 80,468 | 451,689 |

See accompanying independent auditors' report.

PR-CCD-0009832

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Cash Flows – Nonmajor Proprietary Funds

Year ended June 30, 2007

(In thousands)

| | | | Business type activities – nonmajor enterprise funds | | |
|---|---|---|---|---|---|
| | Disability Insurance | Drivers' Insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| Cash flows from operating activities: | | | | | |
| Receipts from customers and users | $ 19,316 | 4,539 | — | — | 23,855 |
| Other receipts | — | — | 13,209 | 2,220 | 15,429 |
| Payments to suppliers and employees | (17,774) | (4,443) | — | — | (22,217) |
| Payments of insurance benefits | (3,391) | (1,232) | — | — | (4,623) |
| Other payments | — | — | (24,835) | (26,039) | (50,874) |
| Net cash used in operating activities | (1,849) | (1,136) | (11,626) | (23,819) | (38,430) |
| Cash flows from noncapital financing activities: | | | | | |
| Intergovernmental grants and contributions | — | — | 16,821 | 20,079 | 36,900 |
| Transfers from general fund | — | — | 3,364 | 4,094 | 7,458 |
| Transfers to other funds | — | — | — | (87) | (87) |
| Net cash provided by noncapital financing activities | — | — | 20,185 | 24,086 | 44,271 |
| Cash flows from investing activities: | | | | | |
| Interest received on deposits and investments | 1,214 | 964 | — | — | 2,178 |
| Purchases of investments | (2,133) | — | — | — | (2,133) |
| Net cash provided by (used in) investing activities | (919) | 964 | — | — | 45 |
| Net increase (decrease) in cash and cash equivalents | (2,768) | (172) | 8,559 | 267 | 5,886 |
| Cash and cash equivalents at beginning of year | 82,827 | 37,757 | 50,454 | 6,342 | 177,380 |
| Cash and cash equivalents at end of year | $ 80,059 | 37,585 | 59,013 | 6,609 | 183,266 |
| Reconciliation of operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Operating income (loss) | $ (4,873) | (537) | 5,273 | 1,024 | 887 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Interests earned on deposits loans and investments | — | — | 62 | (235) | (173) |
| Changes in operating assets and liabilities: | | | | | |
| Decrease (increase) in accounts and loan receivable | 3,605 | (63) | (16,546) | (24,464) | (37,468) |
| Increase (decrease) in deferred revenues | — | 1 | — | — | 2 |
| Increase (decrease) in compensated absences | (632) | (554) | — | — | (1,186) |
| Increase (decrease) in liability for insurance benefits payable | (39) | (74) | — | — | (113) |
| Increase (decrease) in accounts payable and accrued liabilities | 90 | 90 | (415) | (155) | (390) |
| Decrease in other assets | — | — | — | 11 | 11 |
| Total adjustments | 3,024 | (599) | (16,899) | (24,843) | (39,317) |
| Net cash used in operating activities | $ (1,849) | (1,136) | (11,626) | (23,819) | (38,430) |

See accompanying independent auditors' report.

PR-CCD-0009833

# FIDUCIARY FUNDS

Fiduciary funds are used to account for held by the Commonwealth in a trustee capacity, or as an agent for individuals, organizations, and other governmental units. Following are the Commonwealth's fiduciary funds:

### Pension Trust Funds

The pension trust funds are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees of the Commonwealth.

**Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities (ERS):** ERS is the administrator of a defined-benefit pension plan, which covers all regular employees of the Commonwealth and its instrumentalities and of certain municipalities and component units not covered by their retirement systems. On September 24, 1999, an amendment to the law that created ERS was enacted with the purpose of establishing a new defined-contribution pension plan (System 2000) for persons joining the government on or after January 1, 2000.

**Puerto Rico System of Annuities and Pensions for Teachers (TRS):** TRS provides retirement benefits to all teachers of the Department of Education of the Commonwealth, all pensioned teachers who work in the Teachers' Association of Puerto Rico, and those who practice in private institutions accredited by the Department of Education of Commonwealth. TRS provides retirement, death, and disability benefits.

**Puerto Rico Judiciary Retirement System (JRS):** JRS is administered by the ERS and covers all individuals holding a position as Justice of the Supreme Court, Judge of the former Superior Court, Judge of District Court, or the Municipal Judges of the Commonwealth. The system provides retirement as well as death and disability benefits.

### Agency Fund

Agency fund is used to account for assets held by the Commonwealth as an agent for individuals, private organizations, and other governments. This fund is custodial in nature (assets equal liabilities) and does not involve measurement of the results of operations.

**Special Deposits:** This fund acts in a fiduciary capacity in order to account for moneys received with specified purposes for which the law does not specify its recording in any other fund. It mainly includes deposits under the custody of the courts of justice for alimony payments.

PR-CCD-0009834

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Fiduciary Net Assets – Pension Trust Funds

June 30, 2007

(In thousands)

| Assets | | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
|---|---|---|---|---|---|
| Cash and cash equivalents in commercial banks and U.S. Treasury | $ | 41,365 | 33,542 | 2,735 | 77,642 |
| Cash and cash equivalents in governmental banks: | | | | | |
| Unrestricted | | 266,633 | 3,123 | 197 | 269,953 |
| Restricted | | 2,310 | — | — | 2,310 |
| Investments: | | | | | |
| Debt equity securities, at fair value | | 1,842,783 | 2,686,485 | 89,382 | 4,618,650 |
| Other | | 47,784 | 46,686 | — | 94,470 |
| Receivables, net: | | | | | |
| Accounts | | 119,890 | — | — | 119,890 |
| Loans and advances | | 577,314 | 364,121 | 256 | 941,691 |
| Accrued interest and dividends | | 3,119 | 6,312 | 237 | 9,668 |
| Due from (to) other pension trust funds | | 5,113 | — | (5,113) | — |
| Due from general fund | | 4,615 | — | — | 4,615 |
| Other | | 4,527 | 26,882 | 230 | 31,639 |
| Capital assets, net | | 8,476 | 25,890 | — | 34,366 |
| Other assets | | 7,371 | 700 | — | 8,071 |
| Total assets | | 2,931,300 | 3,193,741 | 87,924 | 6,212,965 |
| **Liabilities** | | | | | |
| Accounts payable and accrued liabilities | | 38,233 | 31,017 | 6,451 | 75,701 |
| Other liabilities | | 1,566 | 4 | — | 1,570 |
| Total liabilities | | 39,799 | 31,021 | 6,451 | 77,271 |
| **Net Assets** | | | | | |
| Net assets held in trust for pension and other benefits | $ | 2,891,501 | 3,162,720 | 81,473 | 6,135,694 |

See accompanying independent auditors' report.

PR-CCD-0009835

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Changes in Fiduciary Net Assets – Pension Trust Funds

Year ended June 30, 2007

(In thousands)

| | | Pension Trust Funds | | |
| | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
|---|---|---|---|---|
| **Additions:** | | | | |
| Contributions: | | | | |
| Sponsor | $ 374,394 | 116,320 | 6,632 | 497,346 |
| Participants | 338,791 | 127,809 | 2,828 | 469,428 |
| Special | 86,097 | 70,356 | — | 156,453 |
| Total contributions | 799,282 | 314,485 | 9,460 | 1,123,227 |
| **Interest and investment income:** | | | | |
| Interest | 68,231 | 65,367 | 1,447 | 135,045 |
| Dividends | 14,494 | 13,654 | 224 | 28,372 |
| Net change in fair value of investments | 364,185 | 406,131 | 12,438 | 782,754 |
| Investment expenses | (12,940) | (6,217) | (192) | (19,349) |
| Net interest and investment income | 433,970 | 478,935 | 13,917 | 926,822 |
| Other income | 19,872 | 1,299 | — | 21,171 |
| Total additions | 1,253,124 | 794,719 | 23,377 | 2,071,220 |
| **Deductions:** | | | | |
| Pension and other benefits | 831,658 | 410,562 | 13,461 | 1,255,681 |
| Refunds of contributions | 33,305 | 5,447 | 38 | 38,790 |
| General and administrative | 37,991 | 22,877 | 1,255 | 62,123 |
| Total deductions | 902,954 | 438,886 | 14,754 | 1,356,594 |
| Net change in net assets held in trust for pension and other benefits | 350,170 | 355,833 | 8,623 | 714,626 |
| **Net assets held in trust for pension and other benefits:** | | | | |
| Beginning of year | 2,541,331 | 2,806,887 | 72,850 | 5,421,068 |
| End of year | $ 2,891,501 | 3,162,720 | 81,473 | 6,135,694 |

See accompanying independent auditors' report.

PR-CCD-0009836

**COMMONWEALTH OF PUERTO RICO**

Statement of Changes in Assets and Liabilities – Agency Fund

Year ended June 30, 2007

(In thousands)

| Assets | | Balance June 30, 2006 | Additions | Deletions | Balance June 30, 2007 |
|---|---|---|---|---|---|
| Cash and cash equivalents in commercial banks and U.S. Treasury | $ | 583,196 | 70,114 | — | 653,310 |
| Cash and cash equivalents in governmental banks | | 46,984 | 3,501,221 | 3,358,751 | 189,454 |
| Investments | | 27,013 | — | 11,407 | 15,606 |
| Total assets | $ | 657,193 | 3,571,335 | 3,370,158 | 858,370 |
| **Liabilities** | | | | | |
| Accounts payables and accrued liabilities | $ | 657,193 | 4,277,726 | 4,076,549 | 858,370 |
| Total liabilities | $ | 657,193 | 4,277,726 | 4,076,549 | 858,370 |

See accompanying independent auditors' report.

PR-CCD-0009837

## NONMAJOR COMPONENT UNITS

These entities are presented because the nature and significance of their relationship with the primary government are such that their exclusion would cause the basic financial statements to be misleading. These are discretely presented in a separate column in the basic financial statements due to nature of the services they provide. The accounting principles followed by each of the component units included herein may vary depending on the type of industries they are involved in (that is, banking, construction, public utilities, and so forth). The detailed information for each of these entities may be obtained directly from the administrative offices of the corresponding entities, as described in note 1 to the basic financial statements included in the financial section of this report.

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units –
Statement of Net Assets

June 30, 2007

| Assets | Agricultural Services and Development Corporation | Automobile Accidents Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Caribbean Basin Projects Financing Authority | Culebra Conservation and Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1 Service | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets: | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 12 | 2,210 | 2,910 | — | 308 | 1,984 | — | 1,692 | 2,804 | — | 4,189 | — |
| Cash and cash equivalents in governmental banks | — | 5,142 | — | 4 | — | 28 | 9 | — | 301 | 21,457 | — | 66,743 |
| Investments, including collateral from securities lending transactions | — | 233,167 | — | — | — | 177,989 | — | — | — | — | — | 694 |
| Receivables, net: | | | | | | | | | | | | |
| Insurance premium | — | — | — | — | — | — | — | — | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — | — | — | — | — | — | — |
| Accounts | 6,365 | 3,059 | 20,862 | — | — | — | 485 | 2,820 | 191 | 4,105 | 338 | — |
| Loans and advances | — | — | — | — | — | 57,334 | — | — | — | — | — | — |
| Accrued interest | — | 1,153 | — | — | — | 10,954 | — | — | — | 67 | — | — |
| Other governmental entities | 18,732 | — | — | — | — | — | — | — | 1 | 128 | 458 | — |
| Other | 236,626 | 3,457 | 1,243 | — | — | — | — | — | — | — | — | 5,476 |
| Due from: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | 13,257 | — | — | — | — |
| Component units | — | — | — | — | — | — | — | — | — | — | — | — |
| Inventories | 14,735 | — | 2,638 | — | — | — | 341 | — | — | 31 | 1,502 | — |
| Prepaids | 629 | — | 419 | — | — | — | — | 324 | 161 | — | — | — |
| Total current assets | 277,099 | 248,188 | 28,072 | 4 | 308 | 248,289 | 835 | 18,093 | 3,458 | 25,788 | 6,487 | 72,913 |
| Noncurrent assets: | | | | | | | | | | | | |
| Restricted assets: | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | 2 | 245 | 500 | — | — | — | 1,025 | 4,036 | 410 | — | 14,061 | — |
| Cash and cash equivalents in governmental banks | — | — | — | — | — | — | 703 | — | — | 20,247 | 4,739 | 3,000 |
| Investments and other restricted assets | — | — | — | — | — | — | — | — | 1,138 | — | — | — |
| Investments | — | — | — | — | — | 712,610 | — | — | 2,592 | — | — | — |
| Receivables: | | | | | | | | | | | | |
| Loans, interest and other | — | — | — | — | — | 112,796 | — | — | — | — | — | — |
| Interest-bearing deposits with other banks | — | — | — | — | — | — | — | — | — | — | — | — |
| Other governmental entities | — | — | — | — | — | — | — | — | — | — | — | — |
| Other | — | — | — | — | — | — | — | — | — | — | — | — |
| Due from: | | | | | | | | | | | | |
| Component units | — | — | — | — | — | — | — | — | — | — | — | — |
| Property held for sale and future development | 6,817 | 901 | 5,024 | — | 640 | — | — | — | 3,100 | — | 14,121 | 5,483 |
| Capital assets, not being depreciated | 28,650 | 8,882 | 6,650 | — | 434 | 10,200 | 323 | 219 | 14,759 | 4,422 | 73,267 | 4,461 |
| Capital assets, depreciable, net | 543 | 37 | — | — | — | 4,592 | — | — | — | — | — | 2,059 |
| Deferred expenses and other assets | | | | | | | | | | | | |
| Total noncurrent assets | 36,012 | 10,065 | 12,174 | — | 1,074 | 840,198 | 2,053 | 4,255 | 21,999 | 24,669 | 106,188 | 15,003 |
| Total assets | $ 313,111 | 258,253 | 40,246 | 4 | 1,382 | 1,088,487 | 2,888 | 22,348 | 25,457 | 50,457 | 112,675 | 87,916 |

See accompanying independent auditors' report.

(Continued)

PR-CCD-0009839

COMMONWEALTH OF PUERTO RICO
Nonmajor Discretely Presented Component Units –
Statement of Net Assets
June 30, 2007

| Assets | Land Authority of Puerto Rico | Musical Arts Corporation | National Parks Company of Puerto Rico | Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | Puerto Rico Land Administration | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | 2,700 | 2,009 | — | — | 257 | 20,818 | — | 39,295 | — | 612 | — | 800 |
| Cash and cash equivalents in governmental banks | 47,039 | — | 3,253 | 549 | — | 1,078 | 1,670 | 37,337 | 8,547 | 79,837 | — | 6 |
| Investments, including collateral from securities lending transactions | — | — | — | 139,930 | — | — | — | — | — | 29,677 | — | — |
| Receivables, net: | | | | | | | | | | | | |
| Insurance premium | — | — | — | — | — | — | — | — | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — | — | — | — | — | — | 2,422 |
| Accounts | 12,428 | 89 | 1,159 | — | — | 13,876 | 102 | 22,612 | — | 5,392 | 9,174 | — |
| Loans and advances | 546 | — | — | — | — | — | — | 473 | — | — | 947 | — |
| Accrued interest | 736 | — | — | 2,203 | — | — | — | 330 | 33 | 969 | — | — |
| Other governmental entities | — | 361 | 443 | — | 71 | — | 1,000 | — | — | — | 34,785 | — |
| Other | 498 | 9 | — | 151 | 9 | 78 | — | 23,293 | — | 6 | — | 6,746 |
| Due from: | | | | | | | | | | | | |
| Primary government | 3,637 | — | — | — | 14,189 | — | — | 23,403 | — | — | 33,983 | — |
| Component units | 2,923 | — | — | — | — | — | — | — | — | 1,305 | — | — |
| Inventories | — | — | — | — | — | — | — | — | — | — | 4,331 | 6,398 |
| Prepaids | — | — | 626 | — | 30 | 987 | — | 2,098 | — | 121 | 621 | — |
| Total current assets | 70,507 | 2,468 | 5,481 | 142,833 | 14,556 | 36,837 | 2,772 | 149,841 | 8,580 | 117,919 | 83,841 | 16,372 |
| **Noncurrent assets:** | | | | | | | | | | | | |
| **Restricted assets:** | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | 647 | 396 | — | — | 1,452 | — | — | 56,854 | — | — | 2,751 | — |
| Cash and cash equivalents in governmental banks | 800 | — | 22,828 | — | — | — | 4,577 | — | — | 400 | — | 267 |
| Investments and other restricted assets | — | — | — | — | — | 82,442 | — | 4,372 | — | — | — | — |
| Investments | 5,909 | — | — | 8,964 | — | — | — | — | — | — | — | — |
| Receivables: | | | | | | | | | | | | |
| Loans, interest and other | 994 | — | — | — | — | — | — | 1,739 | — | — | 236 | — |
| Interest-bearing deposits with other banks | — | — | — | — | — | 5,174 | — | — | — | — | — | — |
| Other governmental entities | — | — | — | — | — | — | — | — | — | 771 | — | — |
| Other | — | — | — | — | — | — | — | 481 | — | — | — | — |
| Due from: | | | | | | | | | | | | |
| Component units | 6,431 | — | — | — | — | — | — | — | — | 2,611 | — | — |
| Property held for sale and future development | — | — | — | — | — | 3,650 | — | 36,481 | — | 140,345 | — | — |
| Capital assets, not being depreciated | 80,501 | 153 | 26,781 | — | 31,385 | 238,358 | — | 268,246 | — | 23,341 | 8,131 | 2,569 |
| Capital assets, depreciable, net | 10,890 | 401 | 212,389 | 220 | 1,761 | 442,032 | 374 | 454,616 | — | 5,329 | 43,008 | 56,307 |
| Deferred expenses and other assets | 2 | — | — | — | — | 16,525 | — | 3,174 | — | — | — | — |
| Total noncurrent assets | 106,183 | 950 | 261,998 | 9,184 | 34,598 | 790,181 | 4,951 | 825,963 | — | 172,797 | 54,126 | 59,143 |
| Total assets | 176,690 | 3,418 | 267,479 | 152,017 | 49,154 | 827,018 | 7,723 | 975,804 | 8,580 | 290,716 | 137,967 | 75,515 |

See accompanying independent auditors' report.

177

(Continued)

PR-CCD-0009840

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units –
Statement of Net Assets

June 30, 2007

| Assets | Puerto Rico Municipal Finance Agency | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico School of Plastic Arts | Puerto Rico Solid Waste Authority | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | — | 1,621 | 4,024 | — | — | — | 36,613 | 3,248 | — | — | 3,281 | 131,387 |
| Cash and cash equivalents in governmental banks | 3,464 | 103 | — | 304 | 348 | 579 | — | 3,613 | 2,905 | — | 230,982 | 515,198 |
| Investments, including collateral from securities lending transactions | 244,319 | — | — | — | 2,843 | — | 57,072 | — | — | — | 793,596 | 1,679,287 |
| Receivables, net: | | | | | | | | | | | | |
| Insurance premium | — | — | — | — | — | — | — | — | — | — | 108,709 | 108,709 |
| Intergovernmental | — | — | — | — | — | — | — | — | — | — | — | 2,422 |
| Accounts | — | 81,005 | 441 | 765 | 2,510 | — | 6,213 | 364 | — | — | — | 195,355 |
| Loans and advances | — | — | — | — | — | — | — | — | — | — | — | 59,300 |
| Accrued interest | — | — | — | — | — | — | — | 3,795 | — | 3,736 | 9,511 | 33,487 |
| Other governmental entities | — | — | 276 | — | — | — | — | 87 | 4,035 | — | — | 60,377 |
| Other | — | — | 559 | — | — | — | 807 | — | 27 | 146 | 15,899 | 295,030 |
| Due from: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | — | 75,212 |
| Component units | — | — | — | — | — | — | — | — | — | — | 3,500 | 20,985 |
| Inventories | — | 320 | — | — | — | — | 4 | — | — | — | 7,759 | 38,055 |
| Prepaids | 45 | 6,030 | 84 | — | 158 | — | 4 | 2,521 | — | — | — | 14,813 |
| **Total current assets** | 247,783 | 89,079 | 5,384 | 969 | 5,859 | 579 | 100,709 | 13,628 | 6,967 | 3,882 | 1,173,237 | 3,229,617 |
| **Noncurrent assets:** | | | | | | | | | | | | |
| **Restricted assets:** | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | 4,439 | 39,316 | 2,626 | 139 | — | 15,275 | — | 12,370 | — | — | — | 131,269 |
| Cash and cash equivalents in governmental banks | — | 46,227 | — | 216 | 5,561 | 1,850 | — | 12,177 | 380 | 455,315 | — | 592,721 |
| Investments and other restricted assets | 1,596,263 | — | — | 865 | — | — | 34,733 | 250,000 | 3,036 | — | — | 1,935,634 |
| Investments | — | 1,000 | — | — | 12,452 | — | — | — | — | — | 781,816 | 1,564,448 |
| Receivables: | | | | | | | | | | | | |
| Loans, interest and other | — | — | — | — | — | 131 | — | 218 | — | 3,742 | — | 119,856 |
| Interest-bearing deposits with other banks | — | — | — | — | — | — | — | — | — | — | — | 5,174 |
| Other governmental entities | — | 30,846 | — | — | — | — | — | — | — | — | — | 31,617 |
| Other | — | — | — | — | — | — | — | — | — | — | — | 481 |
| Due from: | | | | | | | | | | | | |
| Component units | — | — | — | — | — | — | — | — | — | — | — | 9,042 |
| Property held for sale and future development | — | — | — | — | — | — | — | — | — | — | — | 182,476 |
| Capital assets, not being depreciated | — | 422,581 | 708 | — | 41,952 | — | 14,235 | 69,708 | — | — | 13,010 | 1,278,145 |
| Capital assets, depreciable, net | — | 418,653 | 21,521 | 8,595 | 140,864 | — | 25,628 | 45,294 | 399 | — | 93,937 | 2,134,487 |
| Deferred expense and other assets | 45 | 9,663 | 215 | — | — | — | 21,866 | 4 | — | — | — | 58,725 |
| **Total noncurrent assets** | 1,600,747 | 958,686 | 25,070 | 9,815 | 200,829 | 17,256 | 56,462 | 389,771 | 3,855 | 459,057 | 888,763 | 8,044,075 |
| **Total assets** | 1,848,530 | 1,047,765 | 30,454 | 10,784 | 206,688 | 17,835 | 157,171 | 403,399 | 10,822 | 462,939 | 2,062,000 | 11,273,692 |

See accompanying independent auditors' report.

(Continued)

PR-CCD-0009841

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units –
Statement of Net Assets

June 30, 2007

| Liabilities and Net Assets | Agricultural Services and Development Corporation | Automobile Accidents Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Caribbean Basin Projects Financing Authority | Culebra Conservation and Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprise Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1 Service | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 247,996 | 7,609 | 22,755 | 4 | 27 | 287,867 | 1,792 | 783 | 284 | 2,022 | 7,755 | 1,379 |
| Deposits and escrow liabilities | — | — | — | — | — | 287,867 | — | — | 125 | — | — | — |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | 44,074 | — | — | — | — | — | — | 5,515 | — | — |
| Component units | 16,180 | — | 7,192 | — | — | 352 | — | — | — | — | — | — |
| Other governmental entities | 7,677 | — | — | — | — | — | — | — | — | — | — | — |
| Securities lending transactions and reverse repurchase agreements | — | 58,981 | — | — | — | 149,878 | — | — | — | — | — | — |
| Interest payable | — | — | — | — | — | 8,421 | — | — | — | — | — | — |
| Deferred revenue | — | 36,376 | — | — | 26 | — | — | 5,232 | 808 | — | — | — |
| Notes payable, current portion | 9,833 | — | — | — | — | — | — | — | — | — | — | — |
| Commonwealth appropriation bonds, current portion | — | — | — | — | — | — | — | — | — | — | — | — |
| Bonds payable, current portion | — | — | — | — | — | — | — | — | — | — | — | — |
| Accrued compensated absences | 10,205 | 4,206 | 2,474 | — | 79 | — | 266 | 414 | 49 | 755 | 338 | 105 |
| Workers' compensation claims | — | 118,273 | — | — | — | — | — | — | — | — | — | — |
| Liability for automobile accident benefit payments | — | — | — | — | — | — | — | — | — | — | — | — |
| Current portion of other long-term liabilities | 236 | — | 273 | — | — | 3,410 | — | — | — | — | — | — |
| **Total current liabilities** | 292,127 | 225,445 | 76,768 | 4 | 132 | 449,928 | 2,058 | 6,429 | 1,266 | 8,292 | 8,093 | 1,484 |
| **Noncurrent liabilities:** | | | | | | | | | | | | |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | 7,108 | — | — | — | — | — |
| Component units | 127,578 | — | — | — | — | 11,524 | — | 6,431 | — | — | 22,756 | — |
| Deferred revenue | — | — | — | — | — | — | 788 | — | — | — | — | — |
| Notes payable | — | — | — | — | — | 500,000 | — | — | — | — | — | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | — | — | — | — | — | — | — |
| Compensated absences | — | — | — | — | 72 | 2,310 | — | — | 575 | — | 3,311 | — |
| Other long-term liabilities | 287 | — | 1,374 | — | — | 788 | — | — | — | — | — | — |
| **Total noncurrent liabilities** | 127,865 | — | 1,374 | — | 72 | 514,622 | 7,896 | 6,431 | 575 | — | 26,067 | — |
| **Total liabilities** | 419,992 | 225,445 | 78,142 | 4 | 204 | 964,550 | 9,954 | 12,860 | 1,841 | 8,292 | 34,160 | 1,484 |
| **Net assets:** | | | | | | | | | | | | |
| Invested in capital assets, net of related debt | — | 9,783 | 11,674 | — | 1,074 | (1,675) | 325 | 219 | 17,353 | 4,352 | 62,792 | 9,943 |
| Restricted for: | | | | | | | | | | | | |
| Capital projects | — | — | 500 | — | — | — | — | — | 1,548 | — | 5,747 | — |
| Debt service | — | — | — | — | — | — | — | — | — | — | — | — |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — | — | — | — | — | — | — |
| Student loans and other educational purposes | — | — | — | — | — | — | — | — | — | — | — | 500 |
| Other specified purposes | — | — | — | — | — | 9,665 | — | 4,016 | — | 20,247 | 8,065 | 2,500 |
| Unrestricted (deficit) | (106,881) | 245 | 22,780 | — | 104 | 115,947 | (7,391) | 5,233 | 4,715 | 17,566 | 1,911 | 73,489 |
| **Total net assets (deficit)** | (106,881) | 32,808 | (37,896) | — | 1,178 | 123,937 | (7,066) | 9,488 | 23,616 | 42,165 | 78,515 | 86,432 |
| **Total liabilities and net assets (deficit)** | $ 313,111 | 258,253 | 40,246 | 4 | 1,382 | 1,088,487 | 2,888 | 22,348 | 25,457 | 50,457 | 112,675 | 87,916 |

179

PR-CCD-0009842

**COMMONWEALTH OF PUERTO RICO**

Nonmajor Discretely Presented Component Units –
Statement of Net Assets

June 30, 2007

| Liabilities and Net Assets | Land Authority of Puerto Rico | Musical Arts Corporation | National Parks Company of Puerto Rico | Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | Puerto Rico Land Administration | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 61,587 | 1,505 | 7,308 | 12,886 | 2,711 | 8,200 | 303 | 54,689 | 100 | 3,077 | 81,319 | 12,459 |
| Deposits and escrow liabilities | 10,647 | — | — | — | — | 3,083 | — | 4,034 | — | 1,405 | — | — |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | 43,070 | — |
| Component units | 36,741 | — | 3,830 | — | — | 155,221 | — | 82,380 | — | — | 44,054 | — |
| Other governmental entities | 260 | — | 2,265 | — | — | — | — | — | — | — | 12,212 | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — | — | — | — | — |
| Interest payable | 3,576 | — | 392 | — | 316 | 33,393 | — | 8,586 | — | — | — | 252 |
| Deferred revenue | — | 1,097 | — | — | — | 5,395 | — | 4,555 | — | — | — | 191 |
| Notes payable, current portion | 2,121 | — | — | — | — | — | — | 4,382 | — | — | — | 4,720 |
| Commonwealth appropriation bonds, current portion | 613 | — | — | — | — | — | — | — | — | — | — | — |
| Bonds payable, current portion | — | — | — | — | — | 3,900 | — | 6,992 | — | — | — | — |
| Accrued compensated absences | 1,359 | 137 | 222 | 1,110 | 165 | 294 | — | 5,652 | — | — | 8,710 | 3,598 |
| Workers compensation claims | — | — | — | — | — | — | — | — | — | — | — | — |
| Liability for automobile accident benefit payments | — | — | — | — | — | — | — | 74 | — | — | 496 | — |
| Current portion of other long-term liabilities | 3,063 | — | 6,420 | — | — | — | — | — | — | — | — | — |
| **Total current liabilities** | 119,967 | 2,739 | 20,637 | 13,996 | 3,192 | 208,586 | 303 | 171,364 | 100 | 4,482 | 189,870 | 21,220 |
| **Noncurrent liabilities:** | | | | | | | | | | | | |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | — | — |
| Component units | — | — | — | — | — | — | — | 2,611 | — | — | — | — |
| Deferred revenue | — | — | — | — | — | 5,318 | — | 11,284 | — | — | — | — |
| Notes payable | 4,241 | — | — | — | — | — | — | 92,099 | — | — | — | 40,850 |
| Commonwealth appropriation bonds | 162,003 | — | — | — | — | — | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | 478,722 | — | 274,143 | — | — | — | — |
| Compensated absences | — | 25 | 5,856 | — | 753 | — | 315 | — | — | 799 | — | — |
| Other long-term liabilities | — | 2,442 | 976 | — | 1,065 | — | — | 85 | — | 38,342 | 7,068 | 5,640 |
| **Total noncurrent liabilities** | 166,244 | 2,467 | 6,832 | — | 1,818 | 484,040 | 315 | 380,222 | — | 39,141 | 7,068 | 46,490 |
| **Total liabilities** | 286,211 | 5,206 | 27,469 | 13,996 | 5,010 | 692,626 | 618 | 551,586 | 100 | 43,623 | 196,938 | 67,710 |
| **Net assets:** | | | | | | | | | | | | |
| Invested in capital assets, net of related debt | 91,341 | 554 | 234,749 | 220 | 33,146 | 44,956 | 374 | 341,471 | — | 28,670 | 47,543 | 58,877 |
| Restricted for: | | | | | | | | | | | | |
| Capital projects | 809 | — | — | — | 10,095 | 35,851 | — | — | — | — | — | 207 |
| Debt service | — | — | — | — | — | 32,482 | — | 45,404 | — | — | — | — |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — | — | — | — | — | — | — |
| Student loans and other educational purposes | — | — | — | — | 903 | — | 5,461 | — | — | — | — | — |
| Other specified purposes | — | — | 396 | 61,700 | — | — | 1,171 | — | 8,480 | 400 | 3 | — |
| Unrestricted (deficit) | (201,671) | (2,726) | 5,261 | 76,101 | — | 21,103 | 99 | 37,643 | — | 218,023 | (105,517) | (51,339) |
| **Total net assets (deficit)** | (109,521) | (1,788) | 240,406 | 138,021 | 44,144 | 134,392 | 7,105 | 424,218 | 8,480 | 247,093 | (58,971) | 7,805 |
| **Total liabilities and net assets (deficit)** | 176,690 | 3,418 | 267,479 | 152,017 | 49,154 | 827,018 | 7,723 | 975,804 | 8,580 | 290,716 | 137,967 | 75,515 |

180

PR-CCD-0009843

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units –
Statement of Net Assets

June 30, 2007

| Liabilities and Net Assets | Puerto Rico Municipal Finance Agency | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico School of Plastic Arts | Puerto Rico Solid Waste Authority | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities:** | | | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 1,585 | 116,876 | 2,626 | 761 | 13,910 | 17 | 47,235 | 6,339 | 9,111 | 41,156 | 164,871 | 943,037 |
| Deposits and escrow liabilities | 231,428 | 1,294 | — | — | — | — | — | — | — | — | — | 339,883 |
| Due to: | | | | | | | | | | | | |
| Primary governmental | — | — | — | — | — | — | 22,178 | — | — | — | — | 114,832 |
| Component units | — | — | — | — | 18,500 | — | — | — | — | — | — | 364,450 |
| Other governmental entities | — | — | — | — | — | — | — | — | 839 | — | — | 23,253 |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — | — | — | 149,018 | 357,877 |
| Interest payable | 31,357 | 2,133 | — | — | — | — | — | 3,170 | — | 35,317 | — | 127,113 |
| Deferred revenue | — | 367 | 276 | — | — | — | — | — | 53 | — | 48,064 | 102,440 |
| Notes payable, current portion | — | 127,093 | — | — | — | — | — | — | — | — | 2,278 | 150,425 |
| Commonwealth appropriation bonds, current portion | — | — | — | — | — | — | 1,916 | — | — | — | — | 2,529 |
| Bonds payable, current portion | 99,035 | 4,855 | — | — | — | — | — | — | — | — | — | 113,882 |
| Accrued compensated absences | — | 5,582 | 961 | 37 | 456 | — | 2,025 | 1,861 | 1,572 | — | 45,760 | 98,421 |
| Workers compensation claims | — | — | — | — | — | — | — | — | — | — | 687,829 | 687,829 |
| Liability for automobile accident benefit payments | — | — | — | — | — | — | — | — | — | — | — | 118,273 |
| Current portion of other long-term liabilities | — | 12,012 | — | — | — | 10,801 | 129 | — | — | — | 375 | 37,289 |
| Total current liabilities | 363,405 | 270,210 | 3,863 | 798 | 32,866 | 10,818 | 73,483 | 11,370 | 11,575 | 76,473 | 1,098,195 | 3,781,538 |
| **Noncurrent liabilities:** | | | | | | | | | | | | |
| Due to: | | | | | | | | | | | | |
| Primary government | — | — | — | — | — | — | — | — | — | — | — | 7,108 |
| Component units | — | 2,750 | — | — | 44,497 | — | — | — | — | 385,152 | — | 603,299 |
| Deferred revenue | — | 4,147 | — | — | — | — | — | — | — | — | — | 21,537 |
| Notes payable | — | 423,810 | — | — | — | — | — | 250,000 | — | — | 49,358 | 1,360,358 |
| Commonwealth appropriation bonds | — | — | — | — | 7,701 | — | 124,202 | — | — | — | — | 293,906 |
| Bonds payable | 1,398,908 | 57,009 | — | — | — | — | — | — | — | — | — | 2,208,782 |
| Compensated absences | — | — | 1,503 | 290 | 557 | — | 2,462 | — | 1,368 | — | — | 20,196 |
| Other long-term liabilities | 16,345 | 318 | — | — | — | — | 535 | 3,795 | — | — | 84,224 | 163,284 |
| Total noncurrent liabilities | 1,415,253 | 488,034 | 1,503 | 290 | 52,755 | — | 127,199 | 253,795 | 1,368 | 385,152 | 133,582 | 4,678,470 |
| Total liabilities | 1,778,658 | 758,244 | 5,366 | 1,088 | 85,621 | 10,818 | 200,682 | 265,165 | 12,943 | 461,625 | 1,231,777 | 8,460,008 |
| **Net assets:** | | | | | | | | | | | | |
| Invested in capital assets, net of related debt | — | 318,340 | 22,229 | 8,595 | 110,148 | — | 39,604 | 115,002 | 399 | — | 22,391 | 1,634,149 |
| Restricted for: | | | | | | | | | | | | |
| Capital projects | — | 41,816 | 1,131 | — | 2,166 | — | — | — | — | — | — | 99,930 |
| Debt service | 55,057 | 18,264 | — | — | — | — | — | — | — | — | — | 151,207 |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — | — | — | — | 417,927 | — | 417,927 |
| Student loans and other educational purposes | — | — | — | 865 | — | — | — | — | — | — | — | 7,729 |
| Other specified purposes | — | 3,409 | 1,220 | — | — | 6,455 | — | 500 | — | — | — | 120,012 |
| Unrestricted (deficit) | 14,815 | (92,308) | 508 | 236 | 8,753 | 562 | (43,115) | 22,732 | (2,520) | (416,613) | 807,832 | 382,730 |
| Total net assets (deficit) | 69,872 | 289,521 | 25,088 | 9,696 | 121,067 | 7,017 | (3,511) | 138,234 | (2,121) | 1,314 | 830,223 | 2,813,684 |
| Total liabilities and net assets (deficit) | 1,848,530 | 1,047,765 | 30,454 | 10,784 | 206,688 | 17,835 | 197,171 | 403,399 | 19,822 | 462,939 | 2,062,000 | 11,273,692 |

181

PR-CCD-0009844

COMMONWEALTH OF PUERTO RICO

Nonmajor Discretely Presented Component Units –
Statement of Activities

Year ended June 30, 2007

(In thousands)

| Component units | Expenses | Program revenues Charges for services | Program revenues Operating grants and contributions | Program revenues Capital grants and contributions | Net revenues (expenses) and changes in net assets | General revenues Payments from Primary government | General revenues Payments from (to) other component units | General revenues Contributions not restricted to specific programs | General revenues Taxes | General revenues Interest and investment earnings | General revenues Gain in sale of assets | General revenues Miscellaneous | Change in net assets | Net assets, beginning of year (as restated) | Net assets, end of year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nonmajor: | | | | | | | | | | | | | | | |
| Agricultural Services and Development Corporation | 170,304 | 72,858 | — | — | (97,446) | 97,415 | — | — | — | — | — | 824 | 793 | (107,674) | (106,881) |
| Automobile Accidents Compensations Administration | 109,868 | 79,708 | — | — | (29,360) | — | — | — | — | 24,943 | — | — | (4,417) | 37,235 | 32,808 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 75,108 | 67,310 | — | — | (7,798) | 2,500 | — | — | — | 291 | — | — | (5,007) | (32,889) | (37,896) |
| Caribbean Basin Projects Financing Authority | 103 | — | — | — | (103) | — | — | — | — | 4 | — | — | (99) | 99 | — |
| Culebra Conservation and Development Authority | 848 | 240 | 10 | — | (598) | 589 | — | — | — | — | — | — | (9) | 1,187 | 1,178 |
| Economic Development Bank for Puerto Rico | 66,482 | 66,794 | — | — | 312 | — | — | — | — | 4,725 | — | — | 5,037 | 118,900 | 123,937 |
| Employment and Training Enterprises Corporation | 3,680 | 2,338 | 210 | — | (1,132) | — | — | — | — | 95 | — | 5 | (1,032) | (6,034) | (7,066) |
| Fine Insurance Corporation of Puerto Rico | 8,169 | 9,102 | 2,003 | — | 2,936 | — | — | — | — | 247 | — | 98 | 3,281 | 6,207 | 9,488 |
| Fine Arts Center Corporation | 5,528 | 2,410 | — | — | (3,118) | 5,403 | — | — | — | 267 | — | — | 2,552 | 21,064 | 23,616 |
| Governing Board of the 911 Service | 17,728 | 21,292 | — | — | 3,564 | — | — | — | — | 1,934 | — | 497 | 5,995 | 36,170 | 42,165 |
| Institute of Puerto Rican Culture | 26,704 | — | — | 369 | (26,335) | 23,360 | — | — | — | — | — | — | (2,565) | 81,080 | 78,515 |
| Institutional Trust of the National Guard of Puerto Rico | 8,305 | 19,708 | — | — | 11,113 | — | — | — | — | 3,100 | — | — | 14,213 | 72,219 | 86,432 |
| Land Authority of Puerto Rico | 35,785 | 29,106 | — | — | (6,679) | — | 9,690 | — | 6,697 | 1,845 | — | 5,441 | 16,994 | (126,515) | (109,521) |
| Musical Arts Corporation | 8,264 | 449 | 892 | — | (6,923) | 5,530 | — | — | 210 | — | — | 345 | (838) | (950) | (1,788) |
| National Parks Company of Puerto Rico | 45,320 | 12,935 | — | — | (32,385) | 24,633 | — | — | — | 1,242 | — | 306 | (5,702) | 245,712 | 240,010 |
| Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | 9,543 | 12,789 | — | 629 | 3,875 | — | — | — | — | 7,972 | — | — | 11,847 | 126,174 | 138,021 |
| Puerto Rico Conservatory of Music Corporation | 7,319 | 2,322 | 78 | — | (4,919) | 4,931 | — | — | — | 12 | — | — | (326) | 44,480 | 44,144 |
| Puerto Rico Convention Center District Authority | 82,047 | 28,598 | — | — | (53,539) | 39,500 | — | — | 30,582 | 4,718 | — | 796 | 22,057 | 112,335 | 134,392 |
| Puerto Rico Council on Higher Education | 34,231 | 183 | 3,789 | — | (30,259) | 27,693 | — | — | — | 581 | — | 47 | (2,540) | 9,645 | 7,105 |
| Puerto Rico Industrial Development Company | 86,259 | 64,231 | — | 207 | (21,821) | 3,454 | — | — | — | 6,558 | 21,270 | — | 9,541 | 414,577 | 424,218 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental, Control Facilities Financing Authority | 61 | — | — | — | (61) | — | — | — | — | 389 | — | — | 328 | 8,152 | 8,480 |
| Puerto Rico Land Administration | 9,978 | 9,338 | — | — | (640) | 1 | — | — | — | 5,745 | — | 282 | 5,388 | 241,703 | 247,093 |
| Puerto Rico Medical Services Administration | 164,675 | 112,784 | — | — | (51,891) | 28,460 | — | — | — | 838 | 1,886 | — | (10,707) | (48,264) | (58,971) |
| Puerto Rico Metropolitan Bus Authority | 83,070 | 31,665 | 13,262 | — | (38,143) | 26,761 | — | — | — | 7 | — | — | (11,375) | 19,180 | 7,805 |
| Puerto Rico Municipal Finance Agency | 86,697 | — | — | — | (86,697) | — | — | — | — | 96,375 | — | — | 9,678 | 60,194 | 69,872 |
| Puerto Rico Ports Authority | 195,389 | 146,368 | — | 14,413 | (34,608) | — | — | — | — | 2,335 | — | 25,771 | (6,502) | 296,020 | 289,521 |
| Puerto Rico Public Broadcasting Corporation | 29,737 | 1,820 | — | — | (27,917) | 25,295 | — | 3,068 | — | 400 | — | 521 | 1,367 | 23,721 | 25,088 |
| Puerto Rico School of Plastic Arts | 5,959 | 911 | 1,221 | — | (3,827) | 3,503 | — | — | — | 100 | — | — | (224) | 9,920 | 9,696 |
| Puerto Rico Solid Waste Authority | 22,883 | 1,105 | — | — | (21,780) | 49,017 | 992 | — | — | 1,114 | — | 107 | 20,428 | 100,617 | 121,067 |
| Puerto Rico Telephone Authority | 502 | — | — | — | (502) | — | — | — | — | 516 | — | — | 14 | 7,003 | 7,017 |
| Puerto Rico Tourism Company | 324,357 | 523,292 | — | — | (1,044) | 3,033 | (62,615) | — | 21,347 | 8,163 | 2,413 | — | (28,705) | 25,194 | (3,511) |
| Puerto Rico Trade and Export Company | 44,785 | 17,239 | — | 4,775 | (22,771) | 9,744 | — | — | — | 19,991 | — | 143 | 7,107 | 131,127 | 138,234 |
| Right to Employment Administration | 29,886 | — | 16,283 | — | (13,603) | 13,677 | — | — | — | 332 | — | — | 406 | (2,527) | (2,121) |
| Special Communities Perpetual Trust | 155,844 | — | — | — | (155,844) | 50,526 | — | — | — | 27,764 | — | — | (77,774) | 79,088 | 1,314 |
| State Insurance Fund Corporation | 666,126 | 653,405 | — | — | (12,721) | — | — | — | — | 129,061 | — | — | 116,340 | 712,883 | 839,223 |
| **Total nonmajor component units** | **$ 2,621,106** | **1,760,213** | **37,748** | **20,393** | **(772,754)** | **445,345** | **(51,933)** | **3,068** | **58,836** | **352,142** | **25,669** | **35,183** | **95,556** | **2,718,128** | **2,813,684** |

See accompanying independent auditors' report.

PR-CCD-0009845

# STATISTICAL SECTION

PR-CCD-0009846

# STATISTICAL SECTION

This part of the Commonwealth of Puerto Rico's comprehensive annual financial report presents detailed information as a context for understanding what the information in the financial statements, note disclosures, and required supplementary information says about the Commonwealth's overall financial health.

| Contents | Pages |
|---|---|
| Financial Trends | 1 – 4 |

These schedules contain trend information to help the reader understand how the Commonwealth's financial performance and well-being have changed over time.

| Revenue Capacity | 5 |
|---|---|

This schedule contains information to help the reader assess the Commonwealth's most significant local revenue sources.

| Debt Capacity | 6 – 7 |
|---|---|

These schedules present information to help the reader assess the affordability of the Commonwealth's current levels of outstanding debt and the Commonwealth's ability to issue additional debt in the future.

| Demographic and Economic Information | 8 – 10 |
|---|---|

These schedules offer demographic and economic indicators to help the reader understand the environment within which the Commonwealth's financial activities take place.

| Operating Information | 11 |
|---|---|

This schedule contains service data to help the reader understand how the information in the Commonwealth's financial report relates to the services the government provides and the activities it performs.

Sources: Unless otherwise noted, the information in these schedules is derived from the comprehensive annual financial reports for the relevant year.

PR-CCD-0009847

**COMMONWEALTH OF PUERTO RICO**

Changes in Net Assets (Unaudited)

Last Four Fiscal Years

Accrual Basis of Accounting

(In thousands)

| | 2007 | 2006 | 2005 | 2004 |
|---|---:|---:|---:|---:|
| **Expenses:** | | | | |
| Governmental activities: | | | | |
| General government | $ 2,847,596 | 2,844,494 | 1,827,816 | 1,963,879 |
| Public safety | 1,983,782 | 2,217,294 | 2,580,951 | 1,950,635 |
| Health | 1,943,582 | 1,422,813 | 2,364,110 | 2,386,735 |
| Public housing and welfare | 3,157,877 | 3,287,559 | 3,443,886 | 2,919,315 |
| Education | 4,748,008 | 4,110,669 | 5,000,686 | 3,684,331 |
| Economic development | 554,271 | 564,447 | 1,006,945 | 896,925 |
| Intergovernmental | 593,264 | 440,390 | — | 591,237 |
| Interest and other | 863,723 | 882,163 | 845,556 | 778,700 |
| Total governmental activities | 16,692,103 | 15,769,829 | 17,069,950 | 15,171,757 |
| **Business-type activities:** | | | | |
| Lotteries | 679,274 | 670,425 | 699,407 | 731,344 |
| Unemployment | 192,484 | 207,483 | 197,967 | 142,652 |
| Other | 26,860 | 25,043 | 32,437 | 26,763 |
| Total business-type activities | 898,618 | 902,951 | 929,811 | 900,759 |
| Total primary government expenses | 17,590,721 | 16,672,780 | 17,999,761 | 16,072,516 |
| **Program revenue:** | | | | |
| Governmental activities: | | | | |
| Charges for services | 757,724 | 828,993 | 702,691 | 769,207 |
| Operating grants and contributions | 4,773,174 | 4,365,711 | 4,096,204 | 1,038,776 |
| Capital grants and contributions | 257,514 | 100,990 | 121,083 | 2,592,055 |
| Total governmental activities | 5,788,412 | 5,295,694 | 4,919,978 | 4,400,038 |
| **Business activities:** | | | | |
| Charges for services | 1,140,539 | 1,149,426 | 1,187,009 | 1,136,705 |
| Operating grants and contributions | 43,480 | 59,613 | 22,315 | 59,728 |
| Total business-type activities | 1,184,019 | 1,209,039 | 1,209,324 | 1,196,433 |
| **Net (expense) revenue:** | | | | |
| Governmental activities | (10,903,691) | (10,474,135) | (12,149,972) | (10,771,719) |
| Business-type activities | 285,401 | 306,088 | 279,513 | 295,674 |
| Total primary government net expense | $ (10,618,290) | (10,168,047) | (11,870,459) | (10,476,045) |
| **General revenue:** | | | | |
| Governmental activities: | | | | |
| Taxes: | | | | |
| Income | $ 6,488,211 | 6,255,391 | 5,526,006 | 5,191,080 |
| Excise | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 |
| Sales and use tax | 583,639 | — | — | — |
| Other | 4,663 | 15,145 | 7,128 | 19,211 |
| Revenue from global settlement agreement | 69,604 | 66,796 | 106,521 | 70,420 |
| Unrestricted investment earnings | 176,674 | 117,080 | 116,686 | 60,585 |
| Revenue from component units | 311,332 | 68,745 | 474,069 | 175,729 |
| Grants and contributions not restricted to specific programs | 135,916 | 196,721 | 102,691 | 5,706 |
| Payment from agency fund | — | — | — | — |
| Special item | — | (2,485) | — | (35,646) |
| Gain on sale of assets | — | 19,588 | — | — |
| Transfers | 342,743 | 242,642 | 492,796 | 203,258 |
| Other | 71,187 | 203,525 | 322,185 | 384,719 |
| Total governmental activities | 9,659,680 | 9,197,146 | 9,249,298 | 7,999,672 |
| **Business-type activities:** | | | | |
| Unrestricted investments earnings | 37,177 | 33,165 | 32,284 | 23,831 |
| Revenue from component units | — | — | — | — |
| Grants and contributions not restricted to specific programs | — | — | — | — |
| Transfers | (342,743) | (242,642) | (492,796) | (203,258) |
| Total business-type activities | (305,566) | (209,477) | (460,512) | (179,427) |
| Total primary government | 9,354,114 | 8,987,669 | 8,788,786 | 7,820,245 |
| **Change in net assets:** | | | | |
| Governmental activities | (1,244,011) | (1,276,989) | (2,900,674) | (2,772,047) |
| Business-type activities | (20,165) | 96,611 | (180,999) | 116,247 |
| Total primary government | $ (1,264,176) | (1,180,378) | (3,081,673) | (2,655,800) |

1

PR-CCD-0009848

**COMMONWEALTH OF PUERTO RICO**

Net Assets by Component (Unaudited)

Last Four Fiscal Years

Accrual Basis of Accounting

(In thousands)

|  | | 2007 | 2006 | 2005 | 2004 |
|---|---|---|---|---|---|
| Governmental activities: | | | | | |
| Invested in capital assets, net of related debt | $ | 3,635,271 | 3,485,882 | 3,774,098 | 3,133,230 |
| Restricted | | 331,051 | 280,078 | 296,692 | — |
| Unrestricted deficit | | (22,405,216) | (20,975,523) | (19,987,579) | (16,789,576) |
| Total governmental activities net assets | | (18,438,894) | (17,209,563) | (15,916,789) | (13,656,346) |
| Business-type activities: | | | | | |
| Invested in capital assets, net of related debt | | 674 | 1,008 | 847 | 1,672 |
| Restricted | | 910,479 | 947,507 | 872,215 | 853,194 |
| Unrestricted deficit | | (153,818) | (171,015) | (202,212) | (3,037) |
| Total business-type activities net assets | | 757,335 | 777,500 | 670,850 | 851,829 |
| Primary government: | | | | | |
| Invested in capital assets, net of related debt | | 3,635,945 | 3,486,890 | 3,774,945 | 3,134,902 |
| Restricted | | 1,241,530 | 1,227,585 | 1,168,907 | 853,194 |
| Unrestricted deficit | | (22,559,034) | (21,146,538) | (20,189,791) | (16,792,613) |
| Total primary government net assets | $ | (17,681,559) | (16,432,063) | (15,245,939) | (12,804,517) |

2

PR-CCD-0009849

**COMMONWEALTH OF PUERTO RICO**

Changes in Fund Balances of Governmental Funds (Unaudited)

All Governmental Fund Types

Last Ten Fiscal Years

(In thousands)

| | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | |
| Taxes: | | | | | | | | | | |
| Income | $ 6,389,973 | 6,181,995 | 3,564,673 | 5,061,761 | 4,874,795 | 4,845,852 | 4,536,840 | 4,967,138 | 4,413,860 | 3,989,239 |
| Excise | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 | 1,713,098 | 1,788,992 | 1,736,539 | 1,714,444 | 1,884,348 |
| Sales and use tax | 583,639 | — | — | — | — | — | — | — | — | — |
| Other | 4,663 | 15,145 | 7,128 | 19,211 | 3,055 | 1,963 | 92,024 | 87,523 | 78,926 | 73,426 |
| Charges for services | 757,724 | 828,993 | 702,691 | 750,978 | 780,905 | 535,423 | 645,806 | 617,020 | 457,454 | 569,096 |
| Intergovernmental | 5,166,606 | 4,663,422 | 4,319,977 | 3,654,769 | 4,107,706 | 3,634,358 | 3,807,049 | 2,971,528 | 3,417,647 | 3,009,169 |
| Interest | 176,674 | 117,080 | 116,686 | 58,914 | 85,565 | 90,940 | 67,020 | 91,525 | 97,880 | 116,030 |
| Other | 434,024 | 334,591 | 869,338 | 629,426 | 436,668 | 839,240 | 270,711 | 383,548 | 162,228 | 189,476 |
| Total revenue all governmental fund types | 14,988,612 | 14,155,224 | 13,681,709 | 12,099,666 | 12,183,423 | 11,658,874 | 11,208,442 | 10,854,821 | 10,342,439 | 9,830,784 |
| **Expenditures:** | | | | | | | | | | |
| General government | 2,537,999 | 2,489,093 | 1,675,428 | 1,777,365 | 1,774,156 | 1,279,750 | 739,099 | 853,040 | 526,629 | 484,347 |
| Public safety | 1,864,256 | 2,108,152 | 2,409,668 | 1,765,199 | 1,424,846 | 1,659,280 | 1,623,362 | 1,310,322 | 1,103,606 | 1,241,762 |
| Health | 1,948,201 | 1,429,888 | 2,344,522 | 2,176,741 | 1,908,717 | 1,983,727 | 954,563 | 972,757 | 625,475 | 656,498 |
| Public housing and welfare | 3,048,585 | 3,130,373 | 3,320,849 | 2,738,016 | 2,953,189 | 2,726,129 | 2,315,899 | 2,102,410 | 2,485,092 | 1,902,902 |
| Education | 4,400,321 | 4,101,980 | 4,177,664 | 3,474,013 | 3,297,248 | 3,343,002 | 2,308,479 | 2,436,267 | 2,272,003 | 2,744,630 |
| Economic development | 533,253 | 516,444 | 706,066 | 868,926 | 428,621 | 637,794 | 170,937 | 337,255 | 314,897 | 186,296 |
| Intergovernmental | 593,247 | 409,727 | — | 528,829 | 465,699 | 466,169 | 222,721 | 373,016 | 318,664 | 55,739 |
| Capital outlays | 512,824 | 502,348 | 665,630 | 581,788 | 1,184,976 | 507,634 | 1,020,344 | 833,597 | 642,016 | 1,515,230 |
| Debt service: | | | | | | | | | | |
| Principal | 904,604 | 446,281 | 391,554 | 526,572 | 350,346 | 2,062,059 | 466,467 | 416,369 | 351,722 | 620,866 |
| Interest and other | 814,723 | 822,234 | 733,931 | 737,502 | 1,158,749 | 614,347 | 545,001 | 444,595 | 442,614 | 595,053 |
| Total expenditures all governmental fund types | 17,158,013 | 15,956,520 | 16,425,312 | 15,174,951 | 14,926,547 | 15,279,891 | 10,366,782 | 10,079,628 | 9,083,618 | 10,003,523 |
| **Other financing sources (uses):** | | | | | | | | | | |
| Transfers in | 1,918,567 | 1,423,240 | 1,745,992 | 1,034,090 | 1,664,278 | 966,935 | 736,229 | 1,026,581 | 992,667 | 1,116,455 |
| Transfers out | (1,575,824) | (1,180,598) | (1,253,216) | (830,832) | (1,385,218) | (779,752) | (2,864,056) | (2,646,732) | (2,841,350) | (2,156,852) |
| Long-term debt issued | 1,140,356 | 1,518,355 | 1,619,562 | 3,001,116 | 2,241,190 | 3,107,821 | 834,396 | 474,471 | 479,610 | 1,971,960 |
| Discount on bonds issued | — | (323) | (6,078) | (23,061) | (36,204) | (16,075) | — | — | — | — |
| Capital leases | 2,975 | 4,580 | 847 | 2,500 | 58,897 | — | — | — | — | — |
| Refunding bonds issued | 379,498 | — | — | 2,372,689 | 1,754,686 | 1,636,838 | 329,370 | 54,645 | 117,529 | 631,906 |
| Payment to refunded bond escrow agent | — | — | — | (2,316,910) | (1,754,686) | (1,665,811) | (227,369) | (54,645) | (117,529) | (632,822) |
| Other | — | 54,135 | — | — | — | 327,785 | — | — | — | 140,000 |
| Total other financing sources (uses) all governmental fund types | 1,865,572 | 1,819,389 | 2,107,107 | 3,239,392 | 2,542,943 | 3,577,741 | (1,171,430) | (1,145,680) | (1,369,053) | 1,070,647 |
| Net change in fund balances (deficit) | $ (303,829) | 18,093 | (636,496) | 164,107 | (200,181) | (43,276) | (329,770) | (370,487) | (110,232) | 897,908 |

The annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, collected by the Municipal Revenue Collection Center on the Commonwealth's behalf, is presented as property tax from 2002 henceforth but as intergovernmental revenue in prior years.

In 2002, the Commonwealth adopted GASB No. 34. This statement requires that component units be included as expenditure by function. In prior years, such payments were reported as operating transfers-out to component units.

PR-CCD-0009850

**COMMONWEALTH OF PUERTO RICO**

Fund Balances of Governmental Funds (Unaudited)

Last Four Fiscal Years

Modified-Accrual Basis of Accounting

(In thousands)

|  | | 2007 | 2006 | 2005 | 2004 |
|---|---|---|---|---|---|
| General fund: | | | | | |
| Reserved | $ | 993,320 | 770,628 | 810,314 | 1,102,232 |
| Unreserved deficit | | (1,504,478) | (1,154,383) | (1,321,585) | (1,468,182) |
| Total general fund | $ | (511,158) | (383,755) | (511,271) | (365,950) |
| All other governmental funds: | | | | | |
| Reserved | $ | 125,756 | 73,346 | 45,546 | 72,455 |
| Unreserved reported in: | | | | | |
| Debt service funds | | 131,782 | 143,732 | 156,564 | 119,830 |
| Special revenue funds | | 137,286 | 358,452 | 256,949 | 449,455 |
| Capital project funds | | 223,443 | 219,163 | 437,923 | 744,577 |
| Total all other governmental funds | $ | 618,267 | 794,693 | 896,982 | 1,386,317 |

4

PR-CCD-0009851

**COMMONWEALTH OF PUERTO RICO**

General Fund Net Revenue for the Last Ten Fiscal Years (Unaudited)

(In thousands)

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Administrative measures | $ — | — | — | — | 244,097 | — | — | — | — | — |
| Excises on off-shore shipments rum | 200,260 | 217,296 | 245,750 | 286,890 | 314,253 | 309,558 | 328,921 | 341,166 | 346,272 | 377,872 |
| Custom duties | 72,206 | 61,355 | 50,231 | 43,154 | 30,595 | 25,918 | 34,266 | 26,731 | 9,553 | 14,504 |
| From noninternal revenues | 272,466 | 278,651 | 295,981 | 330,044 | 344,848 | 335,876 | 363,187 | 367,897 | 355,825 | 392,376 |
| Miscellaneous | 158,568 | 176,669 | 169,246 | 210,665 | 238,116 | 314,857 | 379,501 | 430,534 | 331,803 | 330,064 |
| Transfer from nonbudgeted funds | — | — | — | — | 89,093 | 80,000 | 123,600 | — | — | — |
| Electronic lottery | 54,681 | 53,013 | 70,209 | 70,211 | 57,897 | 89,443 | 86,115 | 68,011 | 55,212 | 71,815 |
| Traditional lottery | 57,986 | 59,206 | 63,779 | 57,482 | 61,358 | 67,621 | 65,387 | 64,638 | 62,729 | 73,014 |
| Nontax revenues | 271,235 | 288,888 | 303,234 | 427,451 | 437,371 | 595,521 | 531,003 | 563,183 | 449,744 | 474,893 |
| Alcoholic beverages and others | 12,572 | 14,832 | 14,123 | 15,182 | 14,805 | 13,518 | 14,200 | 14,528 | 14,804 | 15,179 |
| Entertainment machines | 7,327 | 9,235 | 10,545 | 11,332 | 12,874 | 13,932 | 14,393 | 15,019 | 16,981 | 16,930 |
| Motor vehicles | 46,268 | 46,781 | 49,133 | 49,834 | 54,896 | 58,426 | 55,638 | 55,669 | 59,525 | 65,501 |
| Licenses | 66,167 | 70,848 | 73,801 | 76,338 | 82,575 | 85,876 | 84,231 | 85,216 | 91,310 | 97,610 |
| Others | 13,271 | 17,273 | 15,194 | 16,686 | 64,626 | 20,539 | 24,334 | 29,927 | 25,681 | 20,235 |
| Hotel rooms | 13,259 | 15,923 | 17,235 | — | — | 9,056 | — | — | — | — |
| 5% general excise tax | 468,425 | 520,351 | 525,561 | 508,972 | 486,302 | 505,709 | 535,381 | 557,323 | 551,723 | 193,949 |
| Crude oil and derived products | 51,636 | 70,056 | 24,786 | 1,901 | 38,619 | 12,925 | — | — | — | — |
| Slot machines | 12,230 | 26,330 | 30,869 | — | 36,953 | 90,018 | 76,966 | 85,513 | 23,167 | 23,128 |
| Cement | 1,702 | 2,417 | 2,531 | 2,707 | 3,426 | 3,279 | 3,432 | 3,228 | 2,919 | 2,627 |
| Insurance premiums | 19,364 | 20,368 | 21,564 | 22,845 | 24,290 | 26,771 | 27,217 | 28,324 | 43,055 | 39,032 |
| Horse races | 27,401 | 21,405 | 26,351 | 18,893 | 22,033 | 28,872 | 28,865 | 31,463 | 30,786 | 29,321 |
| Motor vehicle | 350,004 | 411,573 | 389,995 | 406,252 | 418,024 | 499,252 | 551,181 | 606,662 | 533,957 | 396,667 |
| Petroleum products | 6,172 | 5,562 | 4,689 | 7,046 | 5,065 | 5,860 | 4,934 | 5,143 | 5,146 | 6,028 |
| Cigarettes | 111,094 | 119,105 | 115,157 | 119,135 | 116,055 | 149,487 | 144,733 | 146,527 | 135,267 | 132,399 |
| General taxes, total | 1,074,598 | 1,230,363 | 1,173,972 | 1,104,437 | 1,215,423 | 1,351,768 | 1,397,043 | 1,494,110 | 1,351,701 | 843,406 |
| Other beverages | 11,619 | 14,597 | 16,884 | 13,101 | 18,234 | 17,884 | 17,428 | 19,692 | 18,745 | 18,704 |
| Beer | 178,465 | 181,348 | 170,065 | 177,448 | 179,737 | 223,309 | 217,568 | 221,902 | 219,379 | 207,813 |
| Distilled spirits | 48,034 | 47,519 | 49,425 | 46,963 | 51,734 | 58,389 | 61,306 | 56,641 | 54,056 | 52,283 |
| Alcoholic beverages, total | 238,118 | 243,464 | 236,374 | 237,512 | 249,705 | 299,582 | 296,302 | 298,235 | 292,180 | 279,028 |
| Excise taxes, total | 1,312,716 | 1,473,827 | 1,410,346 | 1,341,949 | 1,465,128 | 1,651,350 | 1,693,345 | 1,792,345 | 1,643,881 | 1,122,434 |
| Sales and use tax | — | — | — | — | — | — | — | — | — | 582,560 |
| Inheritance and gift taxes | 1,380 | 1,811 | 3,109 | 7,475 | 1,962 | 2,825 | 15,691 | 7,129 | 9,466 | 4,663 |
| Taxes on dividends to 10% | 39,616 | 38,996 | 39,664 | 58,580 | 62,548 | 49,790 | 70,192 | 80,398 | 66,721 | 138,859 |
| Interest subject to 17% | 11,406 | 10,666 | 11,674 | 14,782 | 14,310 | 11,278 | 10,108 | 10,489 | 11,536 | 12,112 |
| Tollgate tax | 170,953 | 114,533 | 111,130 | 49,511 | 59,515 | 45,321 | 31,579 | 22,975 | 27,396 | 25,083 |
| Withholding to nonresidents | 192,463 | 369,384 | 557,276 | 696,835 | 583,256 | 517,141 | 631,100 | 612,005 | 921,260 | 933,728 |
| Partnerships | 4,404 | 2,087 | 2,339 | 3,026 | 2,670 | 2,101 | 3,005 | 3,245 | 2,787 | 2,960 |
| Corporations | 1,527,415 | 1,653,762 | 1,781,862 | 1,696,766 | 1,706,137 | 1,776,983 | 1,831,027 | 1,870,917 | 1,872,458 | 2,002,718 |
| Individuals | 2,026,612 | 2,244,376 | 2,352,066 | 2,259,090 | 2,449,982 | 2,767,678 | 2,720,920 | 2,885,903 | 3,087,748 | 3,071,655 |
| Income taxes, total | 3,972,869 | 4,433,804 | 4,856,011 | 4,778,590 | 4,878,418 | 5,170,294 | 5,297,931 | 5,483,950 | 5,989,906 | 6,187,115 |
| Property taxes | 5,673 | 2,214 | 1,131 | 287 | — | — | — | 3,949 | 1,106 | 800 |
| Tax revenues | 5,358,805 | 5,982,504 | 6,344,398 | 6,204,639 | 6,428,083 | 6,910,345 | 7,091,198 | 7,374,589 | 7,735,669 | 7,995,182 |
| From internal revenues | 5,630,040 | 6,271,392 | 6,647,632 | 6,632,090 | 6,865,454 | 7,505,866 | 7,622,201 | 7,937,772 | 8,185,413 | 8,470,075 |
| Total | $ 5,902,506 | 6,550,043 | 6,943,613 | 6,962,134 | 7,454,399 | 7,841,742 | 7,985,388 | 8,305,669 | 8,541,238 | 8,862,451 |

Note: The net revenue presented above include the actual revenue and the operating transfers-in from other funds presented in the combined statement of revenue and expenditures – budget and actual – budget basis.

Source: Puerto Rico Treasury Department.

5

COMMONWEALTH OF PUERTO RICO
Legal Debt Margin Information (Unaudited)
Last Ten Fiscal Years
(In thousands)

| | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Internal revenue average for two years | $ | 8,327,744 | 8,061,593 | 7,779,987 | 7,564,034 | 7,185,660 | 6,748,772 | 6,639,861 | 6,459,512 | 5,950,716 | 5,482,960 |
| Legal debt limit – 15% of internal revenue average for two years | | 1,249,162 | 1,209,239 | 1,166,998 | 1,134,605 | 1,077,849 | 1,012,316 | 995,979 | 968,927 | 892,607 | 822,444 |
| Maximum debt service requirement | | 719,927 | 680,762 | 630,685 | 598,547 | 599,611 | 521,015 | 588,359 | 561,918 | 532,324 | 533,241 |
| Additional legal debt service requirement margin | | — | — | 536,313 | 536,058 | 478,238 | 491,281 | 40,762 | 407,009 | 360,283 | 289,203 |
| Total maximum debt service requirement as a percentage of internal revenue average for two years | | 8.64% | 8.44% | 8.11% | 7.91% | 8.34% | 7.72% | 8.86% | 8.70% | 8.95% | 9.73% |

| | | |
|---|---|---|
| Legal debt margin calculation for fiscal year 2007: | | |
| Internal revenue for the year ended June 30, 2006 | $ | 8,185,413 |
| Internal revenue for the year ended June 30, 2007 | | 8,470,075 |
| Total internal revenue for the years ended June 30, 2006 and 2007 | $ | 16,655,488 |
| Internal revenue average for the two years | $ | 8,327,744 |
| Legal debt limit – 15% of internal revenue average for the two years | $ | 1,249,162 |
| Maximum debt service requirement | | 719,927 |
| Additional legal debt service requirement as a percentage of internal revenue average for two years | $ | 529,235 |

Source: Governmental Development Bank for Puerto Rico General obligation debt service may not exceed 15% of the average of the internal revenues for the last two fiscal years.

8

PR-CCD-0009853

### COMMONWEALTH OF PUERTO RICO

Ratio of Annual Debt Service for General
Bonded Debt to Total General Expenditures (Unaudited)

Last Ten Fiscal Years

(In thousands)

| Fiscal year: | | Total debt service | Total governmental expenditures | Ratio |
|---|---|---|---|---|
| 2007 | $ | 606,800 | 17,158,013 | 3.5% |
| 2006 | | 565,137 | 15,849,707 | 3.6 |
| 2005 | | 491,394 | 16,425,312 | 3.0 |
| 2004 | | 459,336 | 15,174,951 | 3.0 |
| 2003 | | 362,136 | 14,926,547 | 2.4 |
| 2002 | | 608,674 | 15,279,891 | 4.0 |
| 2001 | | 538,436 | 10,366,782 | 5.2 |
| 2000 | | 507,336 | 10,079,628 | 5.0 |
| 1999 | | 468,970 | 9,083,618 | 5.2 |
| 1998 | | 435,894 | 10,003,523 | 4.4 |

PR-CCD-0009854

## COMMONWEALTH OF PUERTO RICO

Demographic and Economic Statistics (Unaudited)

Last Ten Fiscal Years

| Fiscal year: | Population * | Per capita income | Median age | Life expectancy | School enrollment (r) | Labor force (in thousands) | Unemployment rate | Gross product (current prices $)** | Real gross product (2000 prices $)** |
|---|---|---|---|---|---|---|---|---|---|
| 2007 | 3,941 | $ 13,491(p) | 34.4 | 76.8 | 716,755 | 1,409 | 10.4 | $ 58,712(p) | $ 44,213(p) |
| 2006 | 3,928 | 13,033(r) | 34.4 | 76.8 | 774,381 | 1,422(r) | 11.7 | 56,733(r) | 45,009(r) |
| 2005 | 3,912 | 12,507(r) | 34.4 | 76.8 | 786,819 | 1,385 | 10.6 | 53,752(r) | 44,785(r) |
| 2004 | 3,895 | 11,724 | 33.8 | 76.8 | 715,615 | 1,360 | 11.4 | 50,709 | 43,950(r) |
| 2003 | 3,879 | 11,429 | 33.3 | 76.8 | 776,095 | 1,352 | 12.1 | 47,479 | 42,795 |
| 2002 | 3,859 | 10,921 | 32.9 | 75.2 | 753,317 | 1,309 | 12.1 | 45,071 | 41,901 |
| 2001 | 3,840 | 10,732 | 32.6 | 74.0 | 816,057 | 1,278 | 10.5 | 44,047 | 42,044 |
| 2000 | 3,816 | 10,204 | 32.2 | 74.0 | 745,513 | 1,292 | 11.0 | 41,419 | 41,419 |
| 1999 | 3,800 | 9,659 | 31.8 | 75.0 | 749,192 | 1,306 | 12.5 | 38,281 | 40,225 |
| 1998 | 3,781 | 9,108 | 31.4 | 73.0 | 726,898 | 1,318 | 13.7 | 35,111 | 38,658 |

Source: Puerto Rico Planning Board, Department of Education, Department of Labor and Human Resources, and General Council of Education of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.

\* Population as of July 1 (in thousands).
\*\* Amounts expressed in millions.
(p) Preliminary figures.
(r) Revised figures.

PR-CCD-0009855

**COMMONWEALTH OF PUERTO RICO**

Average Employment by Sector (Unaudited)

Last Ten Fiscal Years

(In thousands)

| Sector | 2007 (p) | 2006 (r) | 2005 (r) | 2004 (r) | 2003 (r) | 2002 (r) | 2001 (r) | 2000 (r) | 1999 (r) | 1998 (r) |
|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture | 16 | 22 | 26 | 25 | 24 | 23 | 21 | 24 | 27 | 31 |
| Manufacturing | 135 | 136 | 138 | 136 | 134 | 137 | 157 | 158 | 159 | 161 |
| Mining | a/ | a/ | 1 | a/ | a/ | a/ | a/ | a/ | a/ | a/ |
| Construction | 94 | 88 | 87 | 88 | 82 | 84 | 84 | 84 | 78 | 69 |
| Trade | 260 | 271 | 261 | 253 | 252 | 236 | 239 | 237 | 228 | 236 |
| Finance, insurance, and real estate | 45 | 46 | 43 | 41 | 42 | 42 | 39 | 42 | 42 | 40 |
| Transportation, communications, and public utilities | 53 | 58 | 59 | 55(r) | 57 | 62 | 56 | 55 | 59 | 59 |
| Services | 364 | 355 | 349 | 340 | 328 | 311 | 298 | 304 | 306 | 297 |
| Government (1) | 296 | 280 | 274 | 268 | 269 | 257 | 248 | 247 | 245 | 245 |
| Total (2) | 1,263 | 1,256 | 1,238 | 1,151 | 1,188 | 1,152 | 1,142 | 1,151 | 1,144 | 1,138 |

(p) Preliminary figures.
a/ Less than 2,000.
(r) Figures revised in accordance with the Census of Population and Housing of 2000.

(1) Includes the Commonwealth, its municipalities, and federal government, and excludes public corporations.
    Sources: Puerto Rico Department of Labor and Human Resources, Household Survey, and Puerto Rico Planning Board.
(2) Totals may not add due to rounding.

9

PR-CCD-0009856

COMMONWEALTH OF PUERTO RICO

Tourism Indicators (Unaudited)

Last Ten Fiscal Years

| | | 2007 (p) | 2006 (r) | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All hotels and hostelry registration | | 2,049,839 | 2,160,455(r) | 2,097,606 | 2,008,730 | 1,964,963 | 1,821,274 | 1,836,377 | 1,674,092 | 1,637,620 | 1,570,683 |
| Occupancy rates | | 68.4% | 67.9% | 67.7% | 68.9% | 64.9% | 67.8% | 66.7% | 70.7% | 71.9% | 67.3% |
| Number of rooms | | 13,600 | 13,577 | 13,459 | 12,864 | 12,788 | 12,768 | 12,353 | 11,928 | 11,102 | 11,848 |
| Visitors' expenditures* | $ | 3,414 | 3,369 | 3,239 | 3,024 | 2,677 | 2,486 | 2,728 | 2,388 | 2,139 | 2,233 |

* Amounts expressed in millions of dollars.
(p) Preliminary figures.
(r) Revised figures.

Sources: Puerto Rico Tourism Company and Puerto Rico Planning Board.

(Continued)

PR-CCD-0009857

COMMONWEALTH OF PUERTO RICO

Operating Indicators by Function (Unaudited)

Last Ten Fiscal Years

| Function | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fire protection:** | | | | | | | | | | |
| Number of stations | 94 | 94 | 94 | 98 | 93 | 93 | 92 | 96 | 92 | 91 |
| Fire personnel and officers | 2,232 | 2,233 | 2,233 | 1,851 | 1,894 | 1,867 | 1,852 | 1,818 | 2,004 | 2,004 |
| Calls answered | 10,441 | 10,435 | 11,514 | 10,716 | 12,340 | 13,256 | 14,271 | 31,681 | 28,575 | 23,299 |
| Building inspections conducted | 73,478 | 73,360 | 71,610 | 56,093 | 53,750 | 41,415 | 31,693 | 44,396 | 14,621 | 30,139 |
| **Police protection:** | | | | | | | | | | |
| Number of stations | 238 | 238 | 234 | 231 | 228 | 235 | 239 | 238 | 236 | 234 |
| Police personnel and officers | 19,069 | 20,552 | 20,806 | 21,185 | 21,079 | 20,468 | 20,800 | 20,822 | 20,305 | 19,934 |
| Calls answered | 7,101 | 7,146 | 7,178 | 6,907 | 5,538 | 4,673 | 4,957 | 5,059 | 4,545 | 4,748 |
| **Water system:** | | | | | | | | | | |
| Customers | 1,290,497 | 1,285,732 | 1,251,699 | 1,256,981 | 1,238,461 | 1,209,834 | 1,195,038 | 1,179,109 | 1,163,673 | 1,148,284 |
| Water consumption (millions of cubic meters) | 350 | 365 | 356 | 359 | 350 | 349 | 348 | 350 | 348 | 343 |
| **Electric distribution system:** | | | | | | | | | | |
| Customers | 1,452,529 | 1,450,227 | 1,438,699 | 1,419,602 | 1,401,301 | 1,383,888 | 1,365,668 | 1,344,907 | 1,326,055 | 1,309,954 |
| Electricity consumption (millions of kilowatt) | 20,672 | 20,620 | 20,507 | 20,260 | 19,887 | 19,130 | 18,723 | 18,144 | 16,989 | 17,457 |
| Electricity production (millions of kilowatt) | 25,082 | 24,870 | 24,500 | 24,100 | 23,717 | 22,514 | 22,132 | 21,461 | 20,140 | 20,725 |
| **Education:** | | | | | | | | | | |
| Enrollment in public schools: | | | | | | | | | | |
| Kindergarten to sixth grade | 293,796 | 306,073 | 323,270 | 321,653 | 326,606 | 334,929 | 341,467 | 341,470 | 350,714 | 354,098 |
| Seventh to ninth grade | 133,171 | 135,166 | 137,717 | 142,305 | 146,896 | 146,837 | 145,858 | 145,908 | 144,157 | 143,382 |
| Tenth to twelfth grade | 117,400 | 122,251 | 118,491 | 116,829 | 118,519 | 117,072 | 119,162 | 118,498 | 114,684 | 111,798 |
| Enrollment in private schools: | | | | | | | | | | |
| Kindergarten to sixth grade | 105,724 | 124,483(r) | 128,645(r) | 83,548(r) | 117,622 | 98,719(r) | 135,656(r) | 90,577(r) | 90,577(r) | 75,169(r) |
| Seventh to ninth grade | 35,437 | 44,140(r) | 41,888(r) | 27,612(r) | 37,226 | 31,245(r) | 41,273(r) | 27,366(r) | 27,366(r) | 23,777(r) |
| Tenth to twelfth grade | 31,227 | 42,268(r) | 36,808(r) | 23,668(r) | 29,226 | 24,515(r) | 32,642(r) | 21,694(r) | 21,694(r) | 18,674(r) |
| Enrollment in universities and colleges: | | | | | | | | | | |
| Public | 66,990 | 68,813 | 71,044 | 74,056 | 74,801 | 73,974 | 73,846 | 73,846 | 72,010 | 70,765 |
| Private | 158,412 | 140,734 | 136,650 | 132,735 | 125,041 | 117,578 | 100,704 | 100,704 | 103,623 | 101,020 |

Source: Various agencies and component units of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.

PR-CCD-0009858

# APPENDIX III

## FORM OF OPINION OF BOND COUNSEL

PR-CCD-0009859

[This page intentionally left blank]

PR-CCD-0009860



SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, D.C. |

FOUNDED 1866

September __, 2008

Hon. Ángel Ortíz García
Acting Secretary of the Treasury of Puerto Rico
San Juan, Puerto Rico

Dear Sir:

As Bond Counsel to the Commonwealth of Puerto Rico, we have examined Act No. 243 of the Legislature of Puerto Rico (the "Legislature"), approved August 9, 2008, as supplemented by Joint Resolution No. 905 of the Legislature, approved August 9, 2008, as amended (collectively, the "Act"), and certified copies of the legal proceedings, including a resolution adopted by the Acting Secretary of the Treasury of the Commonwealth of Puerto Rico and approved by the Governor of the Commonwealth of Puerto Rico (the "Resolution"), the Tax Certificate executed and delivered by the Commonwealth of Puerto Rico in connection with the issuance of the Bonds, as hereinafter defined (the "Tax Certificate"), the opinion, dated September __, 2008, of Squire, Sanders & Dempsey L.L.P., Bond Counsel with respect to the conversion by Puerto Rico Public Buildings Authority of its $150,000,000 Government Facilities Revenue Refunding Bonds, Series M-3, Guaranteed by the Commonwealth of Puerto Rico (the "Converted Series M-3 Bonds") and other proofs submitted relative to the issuance and sale of the following described bonds (the "Bonds"):

$250,000,000

### COMMONWEALTH OF PUERTO RICO

### PUBLIC IMPROVEMENT BONDS OF 2008, SERIES A

### Dated: Date of Delivery.

Maturing on July 1 of the years and in such principal amounts, subject to redemption and bearing interest at the rates, all as set forth in the Resolution. The Bonds are issuable as registered Bonds without coupons in the manner and in accordance with the terms and conditions of the Resolution.

We have also examined one of the Bonds as executed and authenticated.

In addition, for purposes of rendering the opinion described in paragraph 4, we are relying

III-1

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



September __, 2008
Page 2

upon the aforementioned opinion of Squire, Sanders & Dempsey L.L.P., Bond Counsel with respect to the Converted Series M-3 Bonds, that interest on the Converted Series M-3 Bonds is excluded from gross income for federal income tax purposes pursuant to Section 103 of the Internal Revenue Code of 1986, as amended (the "Code").

From such examination we are of the opinion that:

1.      The Act is valid.

2.      Said proceedings have been validly and legally taken.

3.      The Act and said proceedings and proofs show lawful authority for the issuance and sale of the Bonds, and the Bonds constitute valid and binding general obligations of the Commonwealth of Puerto Rico for the payment of the principal of and the interest on which the good faith, credit and taxing power of the Commonwealth of Puerto Rico are pledged.

4.      Under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, (i) subject to continuing compliance with the covenants of the Commonwealth of Puerto Rico and Puerto Rico Public Buildings Authority referred to below and requirements of the Code, and the Resolution regarding the use, expenditure and investment of Bond proceeds and the timely payment of certain investment earnings to the Treasury of the United States, if required, interest on the Bonds is not includable in gross income for federal income tax purposes; and (ii) the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation. We express no opinion as to the effect of any change to any document pertaining to the Bonds or the Converted Series M-3 Bonds or of any action taken or not taken where such change is made or action is taken or not taken without our approval or in reliance upon the advice of counsel other than ourselves with respect to the exclusion from gross income of the interest on the Bonds for federal income tax purposes.

Interest on the Bonds is not a specific item of tax preference for the purposes of the federal alternative minimum tax imposed on individuals and corporations. Interest on the Bonds is, however, includable in the computation of the alternative minimum tax on corporations imposed by the Code. The Code contains other provisions that could result in tax consequences, upon which we express no opinion, as a result of (a) ownership of Bonds or (b) the inclusion in certain computations (including, without limitation, those related to the corporate alternative minimum tax) of interest that is excluded from gross income.

The Commonwealth of Puerto Rico has covenanted to comply, to the extent permitted by the Constitution and laws of the Commonwealth of Puerto Rico, with the requirements of the Code so that interest on the Bonds will remain exempt from federal income taxes to which it is not subject on the date of issuance of the Bonds. Puerto Rico Public Buildings Authority has covenanted to comply, to the extent permitted by the Constitution and laws of the Commonwealth

III-2

PR-CCD-0009862



September __, 2008
Page 3

of Puerto Rico, with the requirements of the Code so that interest on the Converted Series M-3 Bonds will remain exempt from federal income taxes to which it is not subject on the date of issuance of the Bonds. We are not aware of any provisions of the Constitution or laws of the Commonwealth of Puerto Rico which would prevent the Commonwealth of Puerto Rico or said Authority from complying with the requirements of the Code.

Respectfully submitted,

[To be signed "Sidley Austin LLP"]

III-3

PR-CCD-0009863

Case:17-03283-LTS Doc#:378-23 Filed:02/24/18 Entered:02/24/18 18:12:25 Desc:
Exhibit 22 (Part III of III) Page 26 of 27

[This page intentionally left blank]

PR-CCD-0009864

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT BONDS OF 2003, SERIES A (GENERAL OBLIGATION BONDS)



Printed on Recycled Paper
MARGRAFTER (CO.CS2.01/02

PR-CCD-0009865

# Exhibit 23

NEW ISSUE - BOOK-ENTRY ONLY
See "Book-Entry Only System" under THE BONDS

*In the opinion of Bond Counsel, subject to compliance with certain tax covenants, interest on the Bonds is not includable in gross income for federal income tax purposes under existing statutes, regulations, rulings and court decisions. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations and will not be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. However, see TAX MATTERS for a description of certain other federal tax consequences of ownership of the Bonds. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation.*

**$3,425,000**
## COMMONWEALTH OF PUERTO RICO
**Public Improvement Refunding Bonds, Series 2009 A**
**(General Obligation Bonds)**

**Dated: Date of Delivery**        **Due: July 1, as shown on the inside cover**

The Bonds are issuable as registered bonds without coupons in denominations of $5,000 and whole multiples thereof and will be initially registered only in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"), which will act as securities depository for the Bonds. See "Book Entry Only System" under THE BONDS. Interest on the Bonds will accrue from their date of issuance and will be payable semi-annually on each January 1 and July 1, commencing on January 1, 2010. The Bonds are subject to redemption prior to maturity as set forth herein, the earliest possible date of redemption being July 1, 2014.

Concurrently with the issuance of the Bonds, the Commonwealth is converting $93,835,000 principal amount of its Public Improvement Refunding Bonds, Series 2007 A-4, maturing on July 1, 2031 and insured by Financial Security Assurance, Inc. (the "FSA Insured Bonds") from a variable-based interest rate to a fixed interest rate and remarketing the FSA Insured Bonds. The FSA Insured Bonds are being reoffered pursuant to a separate Remarketing Circular.

**The Bonds are general obligations of the Commonwealth. The good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.**

The Bonds are offered for delivery when, as and if issued and accepted by the Underwriters, subject to the approval of legality of Greenberg Traurig, LLP, Boston, Massachusetts, Bond Counsel, and certain other conditions. Certain legal matters will be passed upon for the Underwriters by Pietrantoni Méndez & Alvarez LLP, San Juan, Puerto Rico. It is expected that the Bonds will be available for delivery through the facilities of DTC on or about September 17, 2009.

**Morgan Stanley**                                                **JP Morgan**

**Barclays Capital**      **Goldman, Sachs & Co.**      **Merrill Lynch**      **Ramírez & Co. Inc.**
Popular Securities        Santander Securities      **UBS Financial Services Incorporated of Puerto Rico**

September 11, 2009

$3,425,000
# COMMONWEALTH OF PUERTO RICO
## Public Improvement Refunding Bonds, Series 2009 A
## (General Obligation Bonds)

$3,425,000 5.625% Term Bonds due July 1, 2031-Yield 5.625%   CUSIP[*] 74514LVV6

---

[*] Copyright 2009, American Bankers Association. CUSIP data herein are provided by Standard & Poor's CUSIP Service Bureau, a division of The McGraw-Hill Companies, Inc. The CUSIP number listed above is being provided solely for the convenience of bondholders and the Commonwealth does not make any representation with respect to such number or undertake any responsibility for its accuracy now or at any time in the future. The CUSIP number is subject to being changed after the issuance of the Bonds as a result of various subsequent actions including, but not limited to, a refunding in whole or in part of the Bonds.

# Commonwealth of Puerto Rico

### Governor

LUIS G. FORTUÑO

### Members of the Cabinet

JUAN CARLOS BLANCO
*Chief of Staff*

| | | |
|---|---|---|
| KENNETH D. MCCLINTOCK<br>*Secretary of State* | ANTONIO M. SAGARDÍA<br>*Secretary of Justice* | JUAN C. PUIG<br>*Secretary of the Treasury* |
| CARLOS A. CHARDÓN<br>*Secretary of Education* | MIGUEL ROMERO<br>*Secretary of Labor and<br>Human Resources* | DR. LORENZO GONZÁLEZ<br>*Acting Secretary of Health* |
| JAVIER RIVERA AQUINO<br>*Secretary of Agriculture* | RUBÉN A. HERNÁNDEZ<br>*Secretary of Transportation<br>and Public Works* | JOSE R. PÉREZ-RIERA<br>*Secretary of Economic<br>Development and Commerce* |
| YANITSIA IRIZARRY<br>*Secretary of Family Affairs* | YESEF Y. CORDERO<br>*Secretary of Housing* | DANIEL J. GALÁN<br>*Secretary of Natural and<br>Environmental Resources* |
| LUIS G. RIVERA MARÍN<br>*Secretary of<br>Consumer Affairs* | HENRY NEWMANN<br>*Secretary of Sports and Recreation* | CARLOS M. MOLINA<br>*Secretary of Corrections<br>and Rehabilitation* |

---

| *Legislative Officers* | *Fiscal Officers* |
|---|---|
| THOMÁS RIVERA SCHATZ<br>President, Senate | MARÍA SÁNCHEZ BRAS<br>Director, Office of<br>Management and Budget |
| JENNIFFER GÓNZALEZ<br>Speaker, House of<br>Representatives | CARLOS M. GARCÍA<br>President,<br>Government Development<br>Bank for Puerto Rico |

PR-CCD-0007776

No dealer, broker, sales representative or other person has been authorized by the Commonwealth or the Underwriters to give any information or to make any representations other than those contained herein and, if given or made, such other information or representations must not be relied upon as having been authorized by the Commonwealth or any Underwriter. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such an offer, solicitation or sale. The information set forth herein has been obtained from the Commonwealth and other official sources that are believed to be reliable. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Commonwealth since the date hereof. The Underwriters have provided the following sentence and paragraph for inclusion in this Official Statement. The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

**In connection with offering of the Bonds, the Underwriters may effect transactions which stabilize or maintain the market prices of the Bonds and the Commonwealth's outstanding general obligation bonds at levels above those which might otherwise prevail in the open market. Such stabilizing, if commenced, may be discontinued at any time.**

**Certain statements contained in this Official Statement reflect not historical facts but forecasts and "forward-looking statements." These statements are based upon a number of assumptions and estimates that are subject to significant uncertainties, many of which are beyond the control of the Commonwealth. In this respect, the words "estimates," "projects," "anticipates," "expects," "intends," "believes" and similar expressions are intended to identify forward-looking statements. All projections, forecasts, assumptions, expressions of opinions, estimates and other forward-looking statements are expressly qualified in their entirety by this cautionary statement: actual results may differ materially from those expressed or implied by forward-looking statements.**

PR-CCD-0007777

# TABLE OF CONTENTS

**Page**

INTRODUCTORY STATEMENT ........................................................................................................ 1
OVERVIEW ....................................................................................................................................... 3
RECENT DEVELOPMENTS ............................................................................................................. 4
    Revised Economic Data for Fiscal Year 2009 and 2010 ........................................................... 4
    Results for Fiscal Year 2009 .................................................................................................... 4
    Approved Budget for Fiscal Year 2010 ................................................................................... 5
    Actuarial Valuation and Cash Shortfall of the Employees Retirement System .......................... 5
    Amendments to Act No. 7 of March 9, 2009 ........................................................................... 6
    Approval of Public-Private Partnerships Act ........................................................................... 6
    Recent Bond Issues by Certain Instrumentalities of the Commonwealth .................................. 6
PLAN OF FINANCING ...................................................................................................................... 7
    Sources and Uses of Funds ....................................................................................................... 7
THE BONDS ...................................................................................................................................... 8
    General .................................................................................................................................... 8
    Book-Entry Only System .......................................................................................................... 8
    Authorization ........................................................................................................................... 8
    Redemption .............................................................................................................................. 8
    Notice of Redemption; Effect of Redemption ........................................................................... 9
    Security ................................................................................................................................... 10
    Payment Record ..................................................................................................................... 11
    Debt Limitation ...................................................................................................................... 11
    Maturity Limitation ................................................................................................................ 14
PUBLIC SECTOR DEBT OF THE COMMONWEALTH ................................................................. 14
    Public Sector Debt ................................................................................................................. 14
    Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt ......... 15
TAX MATTERS ............................................................................................................................... 16
LEGAL MATTERS .......................................................................................................................... 17
LEGAL INVESTMENT .................................................................................................................... 17
UNDERWRITING ............................................................................................................................ 17
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO ..................................................... 18
RATINGS ......................................................................................................................................... 18
CONTINUING DISCLOSURE .......................................................................................................... 18
MISCELLANEOUS .......................................................................................................................... 22

Appendix I – Commonwealth of Puerto Rico Financial Information and Operating Data Report,
    dated May 15, 2009 ...........................................................................................................I-1

Appendix II – Form of Opinion of Bond Counsel ........................................................................... II-1

Appendix III – Description of the Book-Entry System ...................................................................... III-1

i

(This page intentionally left blank)

$3,425,000

# COMMONWEALTH OF PUERTO RICO
## Public Improvement Refunding Bonds, Series 2009 A
## (General Obligation Bonds)

### INTRODUCTORY STATEMENT

This Official Statement of the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico"), which includes the cover page, the inside cover page, the table of contents and the appendices, provides certain information in connection with the sale of $3,425,000 Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2009 A (the "Bonds"). Concurrently with the issuance of the Bonds, the Commonwealth is converting $93,835,000 principal amount of its Public Improvement Refunding Bonds, Series 2007 A-4, maturing on July 1, 2031 and insured by Financial Security Assurance, Inc. (the "FSA Insured Bonds") from a variable-based interest rate to a fixed interest rate and remarketing the FSA Insured Bonds. The FSA Insured Bonds are being reoffered pursuant to a separate Remarketing Circular.

The Bonds are being issued under the provisions of Act No. 33 of the Legislative Assembly of Puerto Rico, approved on December 7, 1942, as amended (the "Act"), and pursuant to a resolution authorizing the issuance of the Bonds (the "Bond Resolution") adopted in accordance with the Act by the Secretary of the Treasury of the Commonwealth (the "Secretary") and approved by the Governor of Puerto Rico on September 10, 2009.

Under the Act, the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.

This Official Statement includes the Commonwealth's Financial Information and Operating Data Report, dated May 15, 2009 (the "Commonwealth Report"), attached hereto as *Appendix I*. The Comprehensive Annual Financial Report of the Commonwealth for the fiscal year ended June 30, 2008, prepared by the Department of the Treasury of the Commonwealth (the "Commonwealth's Annual Financial Report"), includes the basic financial statements of the Commonwealth as of and for the fiscal year ended June 30, 2008, which is incorporated by reference herein.

The Commonwealth Report attached hereto as *Appendix I* includes important operating and financial information about the Commonwealth, including information about its economy, historical revenues and expenditures of its General Fund, the estimated year-end results of fiscal year 2009, the proposed budget for fiscal year 2010, and the debt of the Commonwealth's public sector, and should be read in its entirety and in connection with the information included under RECENT DEVELOPMENTS herein. The Commonwealth's Annual Financial Report includes the basic financial statements of the Commonwealth as of and for the fiscal year ended June 30, 2008, together with the independent auditor's report thereon, dated August 12, 2009, of KPMG LLP, certified public accountants. KPMG LLP did not audit the financial statements of the Public Buildings Authority's capital project fund or The Children's Trust special revenue fund (major funds), and certain activities, funds and component units separately identified in its report. Those financial statements were audited by other auditors whose reports have been furnished to KPMG LLP, and its opinion as to the basic financial statements, insofar as it relates

1

PR-CCD-0007780

to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors. The report by KPMG LLP contains an emphasis paragraph for the adoption of Governmental Accounting Standards Board (GASB) Statement No. 45, *Accounting and Financial Reporting by Employers for Postemployment Benefits other than Pensions*, during the year ended June 30, 2008. The Commonwealth's Annual Financial Report has been filed by the Commonwealth with the Municipal Securities Rulemaking Board ("MSRB") through the Electronic Municipal Market Access System ("EMMA") (http://emma.msrb.org).

Any appendix of an Official Statement of the Commonwealth or of any instrumentality of the Commonwealth containing any revision to the Commonwealth Report or to the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, or any new or revised Commonwealth Report or Commonwealth's Annual Financial Report or other document containing information that modifies or supersedes the information contained in the Commonwealth Report or in the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, in each case after the date hereof and prior to the termination of the offering of the Bonds, shall be deemed to be incorporated by reference into this Official Statement and to be part of this Official Statement from the date of filing of such document. Any statement contained in the Commonwealth's Annual Financial Report shall be deemed to be modified or superseded for purposes of this Official Statement to the extent that a statement contained herein or in any such subsequently filed document modifies or supersedes such statement. Any statement contained in the Commonwealth Report or elsewhere herein shall also be deemed to be modified or superseded to the extent that a statement contained in any such subsequently filed document modifies or supersedes such statement. Any such statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Official Statement.

Under its existing continuing disclosure agreements, the Commonwealth is obligated to file on or before May 1 in each year updates of its financial and demographic information through the end of the prior fiscal year, including the Commonwealth's Annual Financial Report. In the recent past, the Commonwealth has been unable, due to accounting rules changes and other reasons (mostly related to delays in receipt of component units' audited financial statements), to file the Commonwealth's Annual Financial Report by the May 1 continuing disclosure update filing deadline. The Commonwealth's Annual Financial Report for the fiscal year ended June 30, 2008 was not filed prior to the deadline of May 1, 2009 because various component units did not submit their audited financial statements to the central government's external auditors on time. Finally, the Commonwealth Report for the fiscal year ended June 30, was filed after the Commonwealth's filing deadline of May 1, 2009.

The Commonwealth will provide without charge to any person to whom this Official Statement is delivered, on the written or oral request of such person, a copy of the Commonwealth Report or the Commonwealth's Annual Financial Report incorporated herein by reference. Requests should be directed to Executive Vice President, Government Development Bank for Puerto Rico, 135 West 50th Street, 22nd Floor, New York, New York 10020, telephone number (212) 333-0364, or to Vice President - General Obligations Division, Government Development Bank for Puerto Rico, P.O. Box 42001, San Juan, Puerto Rico 00940, telephone number (787) 722-7060.

A copy of the Commonwealth's Annual Financial Report and the Commonwealth Report may also be obtained through EMMA at http://emma.msrb.org (but only for filings made after

2

June 30, 2009) or by visiting the Government Development Bank's website at www.gdbpr.com. No additional information on Government Development Bank's website is deemed to be part of or incorporated by reference in this Official Statement.

## OVERVIEW

Puerto Rico is located approximately 1,600 miles southeast of New York City. According to the U.S. Census Bureau, its population was 3,808,610 in 2000 (3,954,037 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate). Puerto Rico's constitutional status is that of a territory of the United States, and, pursuant to the territorial clause of the U.S. Constitution, the ultimate source of power over Puerto Rico is the U.S. Congress. The relationship between the United States and Puerto Rico is referred to as commonwealth status.

The United States and the Commonwealth share a common defense, market, currency and citizenship. The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner that has a voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs). Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

Puerto Rico has a diversified economy with manufacturing and services comprising its principal sectors. Puerto Rico's economy is closely linked to the United States economy. In fiscal year 2008 (which ended on June 30, 2008), the Commonwealth's gross national product (preliminary, in current dollars) was $60.8 billion, and personal income per capita (preliminary, in current dollars) was $14,237.

The Constitution of Puerto Rico limits the amount of general obligation debt that the Commonwealth can issue. The Commonwealth's policy has been and continues to be to maintain the level of such debt within a prudent range below the constitutional limitation.

Fiscal responsibility for the Commonwealth is shared among the Department of the Treasury, the Office of Management and Budget ("OMB") and Government Development Bank for Puerto Rico ("Government Development Bank" or the "Bank"). The Department of the Treasury is responsible for collecting most of the Commonwealth's revenues, overseeing preparation of its financial statements and contributing to the preparation of the budget. OMB prepares the Commonwealth's budget and is responsible for monitoring expenditures. Government Development Bank is the fiscal agent and financial advisor to the Commonwealth and its agencies, public corporations and municipalities and coordinates the management of public finances.

Additional information about the Commonwealth can be found in the Commonwealth Report attached hereto as *Appendix I*, including information about the economy, historical revenues and expenditures of the Commonwealth's General Fund, the estimated year-end results

3

PR-CCD-0007782

of fiscal year 2009, the proposed budget for fiscal year 2010, and the debt of the Commonwealth's public sector. The Commonwealth Report should be read in its entirety.

**RECENT DEVELOPMENTS**

This section supplements the information appearing in the Commonwealth Report and should be read in conjunction therewith.

**Revised Economic Data for Fiscal Years 2009 and 2010**

In August 2009, the Planning Board revised its gross national product forecast for fiscal year 2009 by projecting a base case scenario decline of 4.8% in constant dollars, a further decline of 1.4% from the projection released in February 2009. The Planning Board, however, made an upward revision of its gross national product forecast for fiscal year 2010 by projecting an increase of 0.7% in constant dollars. The Planning Board's revised forecast for fiscal year 2010 takes into account the estimated effect on the Puerto Rico economy of the Government's fiscal stabilization plan and of the activity expected to be generated by $1.73 billion from the American Recovery and Reinvestment Act of 2009 ("ARRA") and $280.3 million from the Government's local stimulus package. For a discussion of these plans, see "Fiscal Stabilization and Economic Reconstruction" under THE ECONOMY in *Appendix I*. The revised forecast also considers the effect on the Puerto Rico economy of general global economic conditions, the U.S. economy, the volatility of oil prices, interest rates and the behavior of local exports, including expenditures by visitors.

Puerto Rico expects to receive approximately $6 billion in stimulus funds from ARRA, of which approximately $3.3 billion will be used to provide consumer and tax payer relief. As of August 2009, the Puerto Rico Infrastructure Financing Authority ("PRIFA"), which is responsible for the administration of ARRA in Puerto Rico, reported that approximately $609 million in ARRA funds for use in health, housing, and education related projects, among others, had been disbursed.

The Government has also begun disbursing funds under the local stimulus program. Most municipalities have received disbursements earmarked to pay outstanding debts and fund local projects. The Government has also disbursed funds allocated towards job training programs, a strategic water distribution project in a southern municipality and the revamping of the Puerto Rico permits system.

According to the Household Survey, total employment for fiscal year 2009 averaged 1,168,200, a decrease of 4.1% from the previous fiscal year. The unemployment rate for fiscal year 2009 was 13.4%, an increase from 11% for fiscal year 2008. For the month of July 2009, the unemployment rate was 16.5%.

**Results for Fiscal Year 2009**

Total preliminary General Fund revenues for fiscal year 2009 are $7.76 billion, representing a decrease of $598.6 million, or 7.2%, from preliminary fiscal year 2008 revenues. The major changes from fiscal year 2008 were: (i) decreases in income taxes from individuals of $145.4 million and in corporate income taxes of $201.2 million, (ii) a decrease of $51.9 in motor vehicle excise taxes, (iii) a decrease of $60.1 million in miscellaneous non-tax revenues, and (iv) a decrease of $16.1 million in sales and use tax revenues. In fiscal year 2008, General Fund

4

PR-CCD-0007783

revenues also included $145 million of non-recurring revenues from the sale of certain properties owned by the Commonwealth. The continued decline in General Fund tax revenues reflects primarily the impact of the ongoing economic recession and the effect of tax benefits and incentives granted to certain individual and corporate taxpayers pursuant to previous legislation designed to stimulate economic development. For a detailed explanation of the previous estimate of General Fund revenues for fiscal year 2009, see "Summary and Management's Discussion of General Fund Results" under PUERTO RICO TAXES, OTHER REVENUES AND EXPEDITURES in *Appendix I.*

Total preliminary General Fund revenues for fiscal year 2009 of $7.76 billion exceeded the revised estimate (made in February 2009) of General Fund revenues for fiscal year 2009 of $7.60 billion by approximately $160 million, or 2.1%. The major changes from the revised estimate for fiscal year 2009 were: (i) an increase of $190.4 million in income taxes withheld from non-residents pursuant to certain closing agreements with the Department of the Treasury, and (ii) an increase of $59 million in income taxes from individuals.

**Approved Budget for Fiscal Year 2010**

On July 1, 2009, the Governor signed a General Fund budget for fiscal year 2010 of $7.670 billion. The approved budget is approximately 19% lower than the $9.48 billion budget approved for fiscal year 2009. The approved budget is lower than the preliminary General Fund net revenues for fiscal year 2009 by $90 million, or 1.2%, and creates a payment schedule for certain Commonwealth debts or other obligations, such as borrowings from Government Development Bank that did not have a dedicated source of repayment, and accounts payable to public corporations. The General Fund budget excludes a $2.5 billion Stabilization Fund that will facilitate the orderly implementation of certain expense reduction measures adopted by the Government of the Commonwealth pursuant to Act No. 7 of March 9, 2009. The Stabilization Fund will provide (i) $1 billion to finance the cost of transitioning public employees to non-governmental sectors and providing vouchers for re-training, self-employment, relocation and salary subsidy alternatives, and (ii) $1.5 billion to cover payroll and operating expenses that are expected to be reduced through fiscal year 2010, but whose savings will not be realized in such fiscal year. The Stabilization Fund will be funded with proceeds from the bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA"), as described below.

**Actuarial Valuation and Cash Shortfall of the Employees Retirement System**

According to the most recent actuarial valuation of the Employees Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2007, the actuarial accrued liability was $16.770 billion and the actuarial value of assets was $2.892 billion, representing a funding ratio of 17.2% and the resulting unfunded actuarial accrued liability was $13.878 billion.

During fiscal year 2009, the Employees Retirement System had a cash shortfall of approximately $385 million. This cash shortfall was covered from the sale of certain investments. The Employees Retirement System's projected cash flow shortfall for fiscal year 2010 is approximately $400 million, which is expected to be covered from resources available to the Employees Retirement System, including the sale of certain investments. The Employees Retirement System's cash flow shortfall for fiscal year 2010 could also be affected by the implementation of the fiscal stabilization plan. The Employees Retirement System continues to

5

PR-CCD-0007784

evaluate measures to improve the System's cash flow and funding ratio, as well as the potential impact of the fiscal stabilization plan.

For detailed information regarding the Employees Retirement System, see RETIREMENT SYSTEMS in *Appendix I.*

**Amendments to Act No. 7 of March 9, 2009**

The Legislative Assembly approved a series of amendments to Act No. 7 of March 9, 2009 ("Act No. 7"), which declared a state of fiscal emergency in Puerto Rico and adopted a comprehensive plan for fiscal and economic stabilization. The amendments do not alter the forecast of General Fund revenues for fiscal year 2010, nor do they affect the adoption of on-going expense reduction measures. Act No. 7 was amended to, among other things: (i) restore the tax-exemption enjoyed by certain securities that were affected by recent changes under the Alternative Minimum Tax; and (ii) introduce, with certain exceptions, a total cap of $40 million for granting tax credits related to Act No. 212 of 2002 (Urban Renewal projects) and establish specific limitations on the claim of such credits. These amendments also re-introduced the Sales and Use Tax Resale Exemption Certificate to retailers with a proven sales volume higher than $500,000. Retailers with a lower sales volume may enjoy the exemption subject to approval from the Secretary. The Secretary retains the right to revoke any Exemption Certificate for the period of a year if a retailer fails to comply with filing requirements related to the Sales and Use Tax. Finally, the amendments extended the temporary Commonwealth property tax to commercial real estate. The applicable Commonwealth property tax will be 0.591%. This temporary tax will be levied for three years or until an aggregated amount of $690 million is collected from this tax, whichever event occurs first.

On August 5, 2009, the U.S. District Court for the District of Puerto Rico denied the preliminary injunction requested by a group of government employees and labor organizations in a complaint filed on April 13, 2009 challenging the constitutionality of Act No. 7 and seeking to enjoin its enforcement. The District Court's decision allows the Government to continue with the implementation of Act No. 7. The Government has moved to dismiss the complaint and will continue to vigorously defend the constitutionality of Act No. 7. For a detailed explanation of this lawsuit, see LITIGATION in *Appendix I.*

**Approval of Public-Private Partnerships Act**

On June 8, 2009, the Legislative Assembly approved Act No. 29, establishing a clear public policy and legal framework for public-private partnerships in Puerto Rico to further the development and maintenance of infrastructure facilities, improve the services rendered by the Government and foster the creation of jobs. On September 1, 2009, the Governor constituted the Board of Directors of the Public-Private Partnerships Authority, the entity tasked with implementing the Government's public policy regarding public-private partnerships.

**Recent Bond Issues by Certain Instrumentalities of the Commonwealth**

On June 18, 2009, COFINA issued its Sales Tax Revenue Bonds, First Subordinate Series 2009 A and Sales Tax Revenue Bonds, Senior Series 2009C in the aggregate principal amount at issuance of $4,118,153,700 and $237,875,000, respectively. On June 25, 2009, COFINA issued to Puerto Rico investors its Sales Tax Revenue Bonds, First Subordinate Series 2009B in the aggregate principal amount at issuance of $1,217,915,799. On July 23, 2009,

6

COFINA issued to a Puerto Rico institutional investor its Sales Tax Revenue Bonds, First Subordinate Series 2009D Bond Anticipation Notes in an aggregate principal amount of $250,000,000 and committed to borrow an additional $250,000,000. The bond proceeds were used for the purpose of, among other things, paying or financing certain obligations of the Commonwealth, paying or financing a portion of the Commonwealth's operational expenses, and funding the Puerto Rico Economic Stimulus Fund, the Commonwealth Emergency Fund and the Economic Cooperation and Public Employees Alternatives Fund.

On July 1, 2009, the Puerto Rico Public Buildings Authority ("PBA") issued its Government Facilities Revenue Refunding Bonds, Series P in the in the aggregate principal amount of $330,935,000. The bond proceeds were used to refund certain of PBA's outstanding bonds and fund certain swap termination payments.

## PLAN OF FINANCING

The Bonds are being issued for the purpose of (i) refunding on a current basis a portion of the following general obligations bonds of the Commonwealth (the "Refunded Bonds"), and (ii) funding a portion of a termination payment under a certain interest rate swap agreement entered into in connection with the issuance of the Refunded Bonds:

| Refunded Bonds | Principal Amount to be Refunded | Interest Rate | Maturity Date July 1, | Redemption Price (% of Par) |
|---|---|---|---|---|
| Public Improvement Refunding Bonds, Series 2007 A-4 | $2,990,000.00 | Variable | 2031 | 100% |

The Refunding Bonds will be redeemed in full on the date of issuance of the Bonds, upon repayment in full to the liquidity provider for the Refunded Bonds, which currently holds all Refunded Bonds as Bank Bonds under a Standby Bond Purchase Agreement for the Refunded Bonds.

### Sources and Uses of Funds

Sources:

| | |
|---|---|
| Principal amount of the Bonds | $3,425,000.00 |
| Total sources | $3,425,000.00 |

Uses:

| | |
|---|---|
| Redemption of the Refunded Bonds | $2,996,976.67 |
| Underwriting discount, legal, printing, and other financing expenses[*] | 428,023.33 |
| Total uses | $3,425,000.00 |

---
[*] Includes a portion of the cost to the Commonwealth (approximately $384,000) of terminating an interest rate swap agreement entered into in connection with the issuance of the Refunded Bonds.

7

PR-CCD-0007786

# THE BONDS

**General**

The Bonds will be dated, bear interest at such rates, be payable at such times, and mature on the dates and in the principal amounts set forth on the cover and inside cover page of this Official Statement. Certain of the Bonds are subject to redemption at the times and at the prices set forth below in "Redemption." Banco Popular de Puerto Rico will serve as paying agent and registrar (the "Registrar") for the Bonds.

**Book-Entry Only System**

*Appendix III* to this Official Statement contains information concerning DTC and DTC's book-entry only system. The information contained in *Appendix III* to this Official Statement has been obtained from sources that the Commonwealth believes to be reliable, but the Commonwealth takes no responsibility for the accuracy thereof.

The Commonwealth cannot and does not give any assurances that DTC, DTC Direct or Indirect Participants will distribute to the Beneficial Owners of the Bonds: (i) payments of principal and interest payments (including redemption payments) with respect to the Bonds; (ii) confirmation of ownership interest in the Bonds; or (iii) notices sent to DTC or Cede & Co., its nominee, as the registered owner of the Bonds, or that they will do so on a timely basis, or that DTC or the DTC Participants will serve and act in the manner described in this Official Statement.

None of the Commonwealth nor the Registrar or any agent of the Commonwealth or the Registrar will have any responsibility or obligations to DTC, the DTC Participants, or the Beneficial Owners with respect to: (i) the accuracy of any records maintained by DTC or any DTC Participants; (ii) the payment by DTC or any DTC Participants of any amount due to any Beneficial Owner in respect of principal and interest payments (including redemption payments) on the Bonds; (iii) the delivery by DTC or any DTC Participants of any notice to any Beneficial Owner that is required or permitted to be given to owners under the terms of the Bonds; or (iv) any consent given or other action taken by DTC as registered owner of the Bonds. See *Appendix III - Book-Entry Only System*.

**Authorization**

Section 2 of Article VI of the Constitution of the Commonwealth provides that the power of the Commonwealth to contract and to authorize the contracting of debts shall be exercised as determined by the Legislative Assembly. Pursuant to this power, the Legislative Assembly enacted the Act, which authorizes the Secretary to issue the Bonds pursuant to one or more resolutions adopted by the Secretary and approved by the Governor. In accordance with the Act, the Secretary adopted and the Governor approved the Bond Resolution.

**Redemption**

*Optional Redemption.* At the option of the Secretary of the Treasury and upon at least 30 days' notice, the Bonds maturing on July 1, 2031 are subject to redemption, from any moneys that may be available for that purpose (other than from moneys set aside in respect of an amortization requirement), prior to maturity, commencing on July 1, 2014, either in whole or in

8

part (and if in part, in such order of maturity as directed by the Secretary), on any date, at a redemption price of par, plus accrued interest to the date fixed for redemption.

*Mandatory Redemption.* The Bonds maturing July 1, 2031 are subject to redemption to the extent of the respective amortization requirements therefor set forth below (less the amount applied to the purchase of any such Bonds and otherwise subject to adjustment as described below), commencing on July 1, 2030, and on July 1 of each year thereafter as set forth below at a redemption price of par, plus accrued interest to the dates fixed for redemption:

## Amortization Requirements for the Bonds

| Year | Amount |
| --- | --- |
| 2030 | $1,380,000.00 |
| 2031 | 2,045,000.00* |

* Maturity

If the amount of the Bonds purchased or redeemed in any fiscal year exceeds the amount of the amortization requirement due on such Bonds for such fiscal year, the amortization requirement for such Bonds may be decreased for such subsequent fiscal years and in such amounts aggregating the amount of such excess as the Secretary of the Treasury shall determine.

**Notice of Redemption; Effect of Redemption**

Any redemption of the Bonds, either in whole or in part, shall be made upon at least a 30-day prior notice by mail to DTC or, if the book-entry only system described above has been discontinued, by registered or certified mail, postage prepaid, to all registered owners of the Bonds to be redeemed in the manner and under the terms and conditions provided in the Bond Resolution. On the date designated for redemption, notice having been given as provided in the Bond Resolution and moneys for payment of the principal of and accrued interest on the Bonds or portions thereof so called for redemption being held by the Registrar, interest on the Bonds or portions thereof so called for redemption shall cease to accrue.

Each notice of redemption shall contain, among other things, the particular Bonds (or portions thereof) being called for redemption, the redemption date and price and the address at which such Bonds are to be surrendered for payment of the redemption price. Any defect in such notice or the failure so to mail any such notice to DTC in respect of, or the registered owner of, any Bond will not affect the validity of the proceedings for the redemption of any other Bond.

Any notice of optional redemption may state that the redemption is conditional and, if so, the notice shall state what the conditions are. If at the time of mailing a notice of optional redemption there shall not have been deposited with the Registrar moneys sufficient to redeem the Bonds called for redemption, such notice shall state that it is subject to the deposit of the redemption moneys with the Registrar not later than the opening of business on the redemption date, and such notice shall be of no effect unless such moneys are so deposited.

If less than all the Bonds of any maturity are called for redemption, the particular Bonds so called for redemption shall be selected by the Registrar by such method as it deems fair and appropriate, except that so long as the book-entry only system shall remain in effect, in the event

9

PR-CCD-0007788

of any such partial redemption, DTC shall reduce the credit balances of the applicable DTC Participants in respect of the Bonds and such DTC Participants shall in turn select those Beneficial Owners whose ownership interests are to be extinguished by such partial redemption, each by such method as DTC or such DTC Participant, as the case may be, in its sole discretion, deems fair and appropriate.

## Security

### Provision for Payment of Public Debt

The Act provides that the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the bonds issued under the provisions of the Act. The Secretary of the Treasury is authorized and directed under the Act to pay the principal of and interest on the Bonds as the same become due and payable from any funds available for such purpose at the Department of the Treasury in the fiscal year in which such payment is due. The Act provides that the provisions contained therein with respect to the payment of the principal of and interest on the Bonds shall be considered to be a continuous appropriation for the Secretary of the Treasury to make such payments, even though no specific appropriations are made for such purposes. The payments under the Act are required to be made pursuant to the provisions of the laws of the Commonwealth that regulate the disbursement of public funds.

The Constitution of Puerto Rico provides that public debt of the Commonwealth will constitute a first claim on available Commonwealth resources. Public debt includes general obligation bonds and notes of the Commonwealth and any payments required to be made by the Commonwealth under its guarantees of bonds and notes issued by its public instrumentalities.

The Commonwealth has allocated certain motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees to Puerto Rico Highways and Transportation Authority (the "Highways Authority"). The amounts so allocated, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Since fiscal year 1989, the Commonwealth has pledged to Puerto Rico Infrastructure Financing Authority certain federal excise taxes imposed on alcoholic beverages and tobacco products produced in Puerto Rico and sold in the United States, which taxes are returned to the Commonwealth. The amounts so pledged, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Act No. 91 of May 13, 2006, as amended ("Act No. 91"), allocated a portion of the Commonwealth sales and use tax to pay debt service the bonds issued by COFINA for the purpose of, among other things, paying or financing certain obligations of the Commonwealth, paying or financing a portion of the Commonwealth's operational expenses, and funding the Puerto Rico Economic Stimulus Fund, the Commonwealth Emergency Fund and the Economic Cooperation and Public Employees Alternatives Fund. Act No. 91 provides that the Dedicated Sales Tax Fund created by Act No. 91, the funds on deposit therein and

10

PR-CCD-0007789

Commonwealth the sales and use tax pledged to COFINA do not constitute "available resources" of the Commonwealth for purposes of Section 2 and Section 8 of Article VI of the Constitution of Puerto Rico and are not available for use by the Secretary. As a result, the portion of the Commonwealth sales and use tax allocated to COFINA is not available for the payment of principal of and interest on the Bonds.

The Constitution expressly empowers a holder of bonds and notes evidencing public debt to bring suit against the Secretary to require application of available resources, including surplus, to the payment of principal of and interest on public debt when due.

*Special Fund for the Bonds (General Obligation) Debt Service*

Act No. 83 of the Legislative Assembly of Puerto Rico, approved on August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exempt from taxation. The proceeds of said tax are credited to the Commonwealth Debt Redemption Fund (the "Redemption Fund"), for application to the payment of general obligation bonds and notes of the Commonwealth.

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on May 13, 1976, as amended ("Act No. 39"), requires the Secretary of the Treasury to transfer each month from available funds of the Commonwealth to the Redemption Fund such amounts which, together with certain other funds deposited therein, will be equal to the sum of one-sixth of the interest to be paid in the next six months and one-twelfth of the principal to be paid or required to be amortized within the next twelve months on all bonds and notes of the Commonwealth for which its full faith and credit are pledged as the same become due and all bonds and notes of the Commonwealth for which the guaranty of the Commonwealth has been exercised. Moneys in the Redemption Fund are held in trust by Government Development Bank. Act No. 39 provides that the obligation of the Secretary of the Treasury to make the above transfers is cumulative, and the amount of any deficiency in any month shall be added to the amount of transfers required in future months until such deficiency has been fully paid.

Act No. 39 expressly relates to direct obligations of the Commonwealth. It does not apply to the payment of bonds and other obligations of public corporations guaranteed by the Commonwealth issued after the date of its adoption.

**Payment Record**

The Commonwealth has never defaulted on the payment of principal of or interest on any of its debt.

**Debt Limitation**

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of

11

PR-CCD-0007790

such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury and motor vehicle fuel taxes and license fees, which are allocated to the Highways Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the sales and use tax allocated to COFINA is also not included as internal revenues consistent with the legislation creating COFINA, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's and S&P), none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Joint Resolution No. 2104 of the Legislative Assembly of Puerto Rico, approved on September 30, 2004 ("Joint Resolution No. 2104"), authorized the Commonwealth to enter into interest rate exchange agreements with respect to the Commonwealth's $447,875,000 Public Improvement Refunding Bonds, Series 2004B (the "Series 2004B Bonds"), which were issued as variable rate bonds. Joint Resolution No. 2104 allows the Commonwealth to calculate the constitutional debt limitation using (i) the fixed rate it is required to pay under any interest rate exchange agreement entered into by the Commonwealth in connection with the Series 2004B Bonds, and (ii) the lesser of (A) the maximum interest rate allowed by law, and (B) the maximum interest rate set forth in the resolution approving the bonds, if any, in connection with the Commonwealth's $279,240,000 Public Improvement Refunding Bonds, Series 2004A (the "Series 2004A Bonds") and any Series 2004B Bonds for which no interest rate exchange agreement is executed. In November 2004, the Commonwealth entered into two interest rate exchange agreements with respect to the Series 2004B Bonds.

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on August 1, 2005, as amended ("Act No. 39 of 2005") authorizes the Commonwealth to enter into interest rate exchange agreements with respect to its general obligation bonds, subject to certain conditions, including that the agreements are entered into to reduce certain financial risks associated with issuing variable rate obligations. The Secretary is also authorized to pledge the full faith, credit and taxing power of the Commonwealth for the payment of the obligations incurred under such interest rate exchange agreements. In August 2006, the Commonwealth issued its $500,000,000 Public Improvement Bonds of 2006, Series A, a portion of which bonds bear interest at a rate that will change periodically based on changes in the United States consumer price index, and in connection with such consumer price index floating rate bonds (said portion, the "2006 CPI Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In August and September 2006, the Commonwealth entered into interest rate exchange agreements, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect of a portion of the Commonwealth's outstanding $1,018,245,000 Public Improvement Refunding

12

Bonds, Series 2003C (said portion, the "2003C Swap Bonds") and whose payments commenced on July 1, 2008, the end of an initial fixed rate period on the 2003C Swap Bonds. In October 2007, the Commonwealth issued its $926,570,000 Public Improvement Refunding Bonds, Series 2007 A, a portion of which bonds bear interest at a variable rate and, in connection with said bonds (said portion, the "2007 Swap Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In May 2008, the Commonwealth issued its $173,975,000 Public Improvement Refunding Bonds, Series 2008B (the "2008 Swap Bonds"), which bear interest at a variable rate, for the purpose of refunding a portion of the Series 2004B Bonds, and, in connection therewith, continued the swap related to such refunded Series 2004B Bonds. Act No. 39 of 2005 allows the Commonwealth to calculate the constitutional debt limit in a manner identical to that utilized in Joint Resolution No. 2104. In addition, the Commonwealth has also executed under the authority granted in Act No. 39 of 2005, interest rate exchange agreements in which the Commonwealth is making payments (1) on $1,698,370,000 notional amount of public improvement bonds based on a short-term interest rate index published by Securities Industry and Financial Markets Association ("SIFMA") and is receiving from its counterparties payments on the same notional amount based on the published three-month London Interbank Offered Rate index (the "basis swap") and (2) on $850,000,000 notional amount of public improvement bonds based on the published short-term SIFMA municipal swap rate and is receiving from its counterparties payments on the same notional amount based on a published index of municipal bonds having a maturity of 10 years (the "constant maturity swap").

After giving effect to the issuance of the Bonds and the remarketing of the FSA Insured Bonds, future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $949,276,446 in the fiscal year ending June 30, 2016 (based on the assumption that (i) the bonds refunded with non-eligible investments are treated as being outstanding, (ii) the Series 2004A Bonds bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, (iii) the outstanding 2003C Swap Bonds, Series 2004B Bonds, 2006 CPI Bonds, 2007 Swap Bonds and the 2008 Swap Bonds, bear interest at 12% per annum and (iv) the public improvement bonds to which the basis swap and the constant maturity swap relate bear interest at their stated interest rates rather than the rates set forth in said swaps). This amount ($949,276,446) is equal to 12.36% of $7,679,421,000, which is the average of the adjusted internal revenues for the fiscal year ended June 30, 2008 and the preliminary adjusted internal revenues for the fiscal year ended June 30, 2009. If the bonds refunded with non-eligible investments were treated as not being outstanding, and the interest on the outstanding bonds described in items (i) through (iv) above is calculated using the fixed rate paid by the Commonwealth under the interest rate exchange agreements executed in connection with such bonds, the percentage referred to in the preceding sentence would be 10.21%.

Debt service for the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed bonds of approximately $30 million was paid by PRASA during the last two fiscal years and, thus, is not included in the calculation of the 15% debt limitation. See "Other Public Corporations – Aqueduct and Sewer Authority" under *Public Corporations* in *Appendix I*. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund and such debt service would, to the extent paid by the Commonwealth, be included in the calculation of the 15% debt limitation.

PR-CCD-0007792

**Maturity Limitation**

The Constitution provides that no bonds or notes of the Commonwealth shall mature later than 30 years from their date of issue, except bonds or notes for housing facilities, which shall mature in no more than 40 years.

## PUBLIC SECTOR DEBT OF THE COMMONWEALTH

**Public Sector Debt**

The following table presents a summary of the public sector debt of the Commonwealth as of June 30, 2009. The table also shows the public sector debt as adjusted by the inclusion of the Bonds, the exclusion of the Refunded Bonds, and the Commonwealth's $78 million payment of principal on general obligation bonds on July 1, 2009. The table should be read in conjunction with the information set forth under DEBT in *Appendix I.*

### Commonwealth of Puerto Rico
### Public Sector Debt*
### (in millions)

|  | June 30, 2009 | As Adjusted |
|---|---|---|
| Direct full faith and credit obligations[1] | $ 9,006 | $ 8,928 |
| Sales Tax debt[2] | 12,015 | 12,015 |
| Municipal debt | 2,997 | 2,997 |
| Puerto Rico guaranteed debt[3] | 4,145 | 4,145 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,455 | 1,455 |
| Public corporations and agencies | 22,143 | 22,143 |
| Sub-total | $51,761 | $51,683 |
| Limited obligation/non-recourse debt[5] | 5,435 | 5,435 |
| Total public sector debt | $57,196 | $57,118 |

* Totals may not add due to rounding.
(1) Includes general obligation bonds.
(2) Includes Public Finance Corporation and COFINA bonds.
(3) Consists of $594.6 million of bonds issued by Aqueduct and Sewer Authority, $304.9 million of State Revolving Fund Loans incurred under various federal water laws, $181.7 million of bonds issued by Port of the Americas Authority and $3.047 billion of Public Buildings Authority bonds (does not include the issuance in July 2009 of $330,935,000 Government Facilities Revenue Refunding Bonds, Series P). Excludes $267 million of Government Development Bank bonds payable from available moneys of Government Development Bank.
(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.
(5) Includes the following: $1.4 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $197 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $152.6 million of Special Facilities Revenue Bonds issued by Highways Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; approximately $82.4 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; and $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds.

*Source*: Government Development Bank for Puerto Rico

14

**Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt**

The following table presents the debt service requirements for (i) Commonwealth general obligation bonds outstanding on June 30, 2009 (excluding the $96,825,000 Public Improvement Refunding Bonds, Series 2007 A-4); (ii) the Bonds and the FSA Insured Bonds; and (iii) total Commonwealth general obligation bonds, adjusted for the issuance of the Bonds and the remarketing of the FSA Insured Bonds. The table excludes debt service on Commonwealth general obligation bonds that have been refunded with the proceeds of refunding bonds invested in non-eligible investments, notwithstanding that such bonds will be considered to be outstanding under their authorizing resolution and for purposes of calculating the Commonwealth's debt limitation. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

**Commonwealth of Puerto Rico**
**Debt Service Requirements\***
**(in thousands)**

| Fiscal Year Ending June 30 | Outstanding Bonds Total Debt Service[(1)] | The Bonds and the FSA Insured Bonds | | Grand Total |
|---|---|---|---|---|
| | | Principal | Interest | |
| 2010 | $ 759,779 | $ - | $ 3,938 | $ 763,716 |
| 2011 | 757,227 | - | 4,991 | 762,218 |
| 2012 | 763,973 | - | 4,991 | 768,964 |
| 2013 | 767,089 | - | 4,991 | 772,080 |
| 2014 | 754,623 | - | 4,991 | 759,614 |
| 2015 | 768,698 | - | 4,991 | 773,689 |
| 2016 | 768,551 | - | 4,991 | 773,542 |
| 2017 | 694,250 | - | 4,991 | 699,241 |
| 2018 | 678,302 | - | 4,991 | 683,293 |
| 2019 | 746,969 | - | 4,991 | 751,960 |
| 2020 | 781,892 | - | 4,991 | 786,883 |
| 2021 | 629,580 | - | 4,991 | 634,571 |
| 2022 | 540,128 | - | 4,991 | 545,119 |
| 2023 | 494,544 | - | 4,991 | 499,535 |
| 2024 | 472,465 | - | 4,991 | 477,456 |
| 2025 | 474,132 | - | 4,991 | 479,123 |
| 2026 | 464,521 | - | 4,991 | 469,512 |
| 2027 | 462,838 | - | 4,991 | 467,829 |
| 2028 | 463,245 | - | 4,991 | 468,236 |
| 2029 | 419,367 | - | 4,991 | 424,358 |
| 2030 | 371,294 | 44,170 | 4,991 | 420,455 |
| 2031 | 366,996 | 53,090 | 2,667 | 422,754 |
| 2032 | 241,497 | - | - | 241,497 |
| 2033 | 203,539 | - | - | 203,539 |
| 2034 | 149,512 | - | - | 149,512 |
| 2035 | 79,001 | - | - | 79,001 |
| 2036 | 51,178 | - | - | 51,178 |
| 2037 | 51,186 | - | - | 51,186 |
| 2038 | 17,506 | - | - | 17,506 |
| Total | $14,193,876 | $97,260 | $106,433 | $14,397,569 |

---

\*   Totals may not add due to rounding. Includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

[(1)]  In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantees from the General Fund.

Sources: Government Development Bank and Department of the Treasury

15

PR-CCD-0007794

## TAX MATTERS

The Internal Revenue Code of 1986, as amended (the "Code"), includes requirements which the Commonwealth must continue to meet after the issuance of the Bonds in order that interest on the Bonds not be included in gross income for federal income tax purposes. The Commonwealth's failure to meet these requirements may cause interest on the Bonds to be included in gross income for federal income tax purposes retroactive to their date of issuance. The Commonwealth has covenanted in the Bond Resolution to comply, to the extent permitted by the Constitution and the laws of the Commonwealth, with the requirements of the Code in order to maintain the exclusion from gross income for federal income tax purposes of interest on the Bonds. Bond Counsel is not aware of any provision of the Constitution or laws of the Commonwealth which would prevent the Commonwealth from complying with the requirements of the Code.

In the opinion of Bond Counsel, subject to continuing compliance by the Commonwealth with the tax covenant referred to above, under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, interest on the Bonds will not be included in gross income for federal income tax purposes. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations and will not be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth and local income taxation.

Ownership of tax-exempt obligations such as the Bonds may result in collateral federal income tax consequences to certain taxpayers, including, without limitation, financial institutions, property and casualty insurance companies, certain foreign corporations, certain S Corporations with excess passive income, individual recipients of Social Security or Railroad Retirement benefits, taxpayers who may be deemed to have incurred or continued indebtedness to purchase or carry tax-exempt obligations, and taxpayers who may be eligible for the earned income tax credit.

Ownership of tax-exempt obligations may also result in collateral income tax consequences under Puerto Rico law to financial institutions doing business in Puerto Rico.

Prospective purchasers of the Bonds should consult their tax advisors as to their specific taxation circumstances and the applicability and impact of any collateral consequences.

Legislation affecting municipal securities is constantly being considered by the United States Congress. There can be no assurance that legislation enacted after the date of issuance of the Bonds will not have an adverse effect on the tax-exempt status of the Bonds. Legislative or regulatory actions and proposals may also affect the economic value of tax exemption or the market price of the Bonds.

PR-CCD-0007795

## LEGAL MATTERS

The proposed form of opinion of Greenberg Traurig LLP, Boston, Massachusetts, Bond Counsel, is set forth in *Appendix II* to this Official Statement. Certain legal matters will be passed upon for the Underwriters by Pietrantoni Méndez & Alvarez LLP, San Juan, Puerto Rico.

## LEGAL INVESTMENT

The Bonds will be eligible for deposit by banks in Puerto Rico to secure public funds and will be approved investments for insurance companies to qualify them to do business in Puerto Rico, as required by law.

## UNDERWRITING

The Underwriters have jointly and severally agreed, subject to certain conditions, to purchase the Bonds from the Commonwealth at an aggregate discount of $24,208.43 from the initial offering prices of the Bonds set forth or derived from information set forth on the inside cover hereof. The obligation of the Underwriters to purchase the Bonds is subject to certain conditions precedent, and they will be obligated to purchase all the Bonds if any Bonds are purchased. The Underwriters may offer to sell the Bonds to certain dealers (including dealers depositing the Bonds into unit investment trusts, certain of which may be sponsored or managed by the Underwriters) and others at prices lower than the initial public offering prices. The offering prices may be changed from time to time by the Underwriters.

Popular Securities, Inc, ("Popular") has entered into a joint venture agreement (the "JV Agreement") with Morgan Stanley & Co. Incorporated ("Morgan Stanley"), under which the parties shall provide services and advice to each other related to the structuring and execution of certain municipal finance transactions in the U.S. capital markets with governmental entities located in the Commonwealth. Pursuant to the terms of the JV Agreement and in compliance with applicable rules, the parties will be entitled to receive a portion of each other's net profits from the underwriting of the Bonds as consideration for their professional services.

Morgan Stanley, parent company of Morgan Stanley & Co. Incorporated, an underwriter of the Bonds, has entered into a retail brokerage joint venture with Citigroup Inc. As part of the joint venture, Morgan Stanley & Co. Incorporated will distribute municipal securities to retail investors through the financial advisor network of a new broker-dealer, Morgan Stanley Smith Barney LLC. This distribution arrangement became effective on June 1, 2009. As part of this arrangement, Morgan Stanley & Co. Incorporated will compensate Morgan Stanley Smith Barney LLC for its selling efforts with respect to the Bonds.

Santander Securities Corporation ("SSC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill") have agreed to provide services and advice to each other related to the structuring and execution of the underwriting of the Series 2009 A Bonds in accordance with the terms and provisions of a joint venture agreement which was entered into between SSC and Banc of America Securities LLC ("BAS") (Merrill and BAS are now affiliated broker-dealers). SSC and Merrill will be entitled to receive a portion of each other's revenues from the underwriting of the Series 2009 A Bonds as consideration for their professional services.

PR-CCD-0007796

Goldman, Sachs & Co. and UBS Financial Services Incorporated of Puerto Rico have agreed to cooperate with respect to structuring and coordinating the marketing and execution of bond offerings in the United States and global capital markets, other than bond issuances offered exclusively in the Puerto Rico market, for the Commonwealth's governmental entities and other municipal bonds issuers. Compensation with respect to the underwriting of the securities will be allocated between them.

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

As required by Act No. 272 of the Legislative Assembly of Puerto Rico, approved May 15, 1945, as amended, Government Development Bank has acted as financial advisor to the Commonwealth in connection with the Bonds offered hereby. As financial advisor, Government Development Bank participated in the selection of the Underwriters of the Bonds. Certain of the Underwriters have been selected by Government Development Bank to serve from time to time as underwriters of its obligations and the obligations of the Commonwealth, its instrumentalities and public corporations. Certain of the Underwriters or their affiliates participate in other financial transactions with Government Development Bank.

## RATINGS

Moody's Investors Service and Standard & Poor's Rating Services have assigned the Bonds ratings of "Baa3" and "BBB-," respectively. Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency. Such rating agencies were provided with materials relating to the Commonwealth and the Bonds and other relevant information, and no application has been made to any other rating agency for the purpose of obtaining a rating on the Bonds.

There is no assurance that such ratings will remain in effect for any given period of time or that they will not be revised downward or withdrawn entirely by either or both of such rating agencies, if in the judgment of either or both, circumstances so warrant. Any such downward revision or withdrawal of such ratings, or either of them, may have an adverse effect on the market prices of the Bonds.

## CONTINUING DISCLOSURE

In accordance with the requirements of Rule 15c2-12, as amended (the "Rule"), promulgated by the Securities and Exchange Commission ("SEC"), the Commonwealth has covenanted in the Bond Resolution for the benefit of the Beneficial Owners (as defined in the Bond Resolution) as follows:

1.  to file, within 305 days after the end of each fiscal year commencing with the fiscal year ending June 30, 2009, with the MSRB through EMMA, core financial information and operating data for the prior fiscal year, including (i) the Commonwealth's audited financial statements, prepared in accordance with generally accepted accounting principles in effect from time to time, and (ii) material historical quantitative data (including financial information and operating

18

data) on the Commonwealth and its revenues, expenditures, financial operations and indebtedness, in each case generally found in this Official Statement; and

2. to file, in a timely manner, with the MSRB through EMMA, notice of any failure of the Commonwealth to comply with paragraph 1 above and of the occurrence of any of the following events with respect to the Bonds, if material:

  a. principal and interest payment delinquencies;
  b. non-payment related defaults;
  c. unscheduled draws on debt service reserves reflecting financial difficulties;
  d. unscheduled draws on credit enhancements reflecting financial difficulties;
  e. substitution of credit or liquidity facility providers, or their failure to perform;
  f. adverse opinions or events affecting the tax-exempt status of the Bonds;
  g. modifications to rights of the holders (including Beneficial Owners) of the Bonds;
  h. bond calls;
  i. defeasances;
  j. release, substitution, or sale of property securing repayment of the Bonds; and
  k. rating changes.

Event (c) is included pursuant to a letter from the SEC staff to the National Association of Bond Lawyers, dated September 19, 1995. However, event (c) may not be applicable, since the terms of the Bonds do not provide for "debt service reserves." In addition, with respect to the following events:

Events (d) and (e). The Commonwealth does not undertake to provide any notice with respect to credit enhancement added after the primary offering of the Bonds, unless the Commonwealth applies for or participates in obtaining the enhancement.

Event (f). For information on the tax status of the Bonds, see TAX MATTERS.

Event (h). The Commonwealth does not undertake to provide the above-described event notice of a mandatory scheduled redemption, not otherwise contingent upon the occurrence of an event, if the terms, dates and amounts of redemption are set forth in detail in this Official Statement under "Redemption" in THE BONDS, the only open issue is which Bonds will be redeemed in the case of a partial redemption, notice of redemption is given to the Bondholders as required under the terms of the Bonds, and public notice of the redemption is given pursuant to Securities Exchange Act of 1934 Release No. 34-23856 of the SEC, even if the originally scheduled amounts are reduced by prior optional redemptions or purchases of Bonds.

The Commonwealth expects to provide the information described in paragraph 1 above by filing its first bond official statement that includes such information for the preceding

PR-CCD-0007798

fiscal year or, if no such official statement is issued by the 305-day deadline, by filing a separate document containing such information.

The Commonwealth has made similar continuing disclosure covenants in connection with prior bond issuances, and has complied with all such covenants, except as hereinafter noted. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2002 were filed after the Commonwealth's filing deadline of May 1, 2003 because of delays in finalizing such financial statements resulting from the implementation of GASB Statement No. 34 ("GASB 34"). The Commonwealth's audited financial statements for the fiscal year ended June 30, 2003 were also filed after the Commonwealth's filing deadline of April 30, 2004, because of delays in finalizing the financial statements of certain of the Commonwealth's reporting units due to the implementation of GASB 34. The Commonwealth's audited financial statements for the fiscal years ended June 30, 2004, 2006, 2007 and 2008 were also filed after the Commonwealth's respective filing deadlines of May 1, 2005, 2007, 2008 and 2009, because various governmental agencies did not submit their audited financial statements to the central government's external auditors on time, thereby delaying submission of the Commonwealth's audited financial statements. Finally, the Commonwealth Report for the fiscal year ended June 30, 2008 containing the information described in paragraph 1 above, was filed after the Commonwealth's filing deadline of May 1, 2009.

As of the date of this Official Statement, there is no Commonwealth information repository. All continuing disclosure filing must be made with the MSRB through EMMA.

The Commonwealth may from time to time choose to provide notice of the occurrence of certain other events in addition to those listed above if, in the judgment of the Commonwealth, such other events are material with respect to the Bonds, but the Commonwealth does not undertake to provide any such notice of the occurrence of any material event except those events listed above.

The Commonwealth acknowledges that its undertaking pursuant to the Rule described above is intended to be for the benefit of the Beneficial Owners of the Bonds, and shall be enforceable by any such Beneficial Owners; provided that the right to enforce the provisions of its undertaking shall be limited to a right to obtain specific enforcement of the Commonwealth's obligations thereunder.

No Beneficial Owner may institute any suit, action or proceeding at law or in equity ("Proceeding") for the enforcement of the foregoing covenants (the "Covenants") or for any remedy for breach thereof, unless such Beneficial Owner shall have filed with the Commonwealth written notice of any request to cure such breach, and the Commonwealth shall have refused to comply within a reasonable time. All Proceedings shall be instituted only in a Commonwealth court located in the Municipality of San Juan, Puerto Rico for the equal benefit of all Beneficial Owners of the outstanding Bonds benefited by the Covenants, and no remedy shall be sought or granted other than specific performance of any of the Covenants at issue. Moreover, Proceedings filed by Beneficial Owners against the Commonwealth may be subject to the sovereign immunity provisions of Section 2 and 2A of Act No. 104, approved June 29, 1955, as amended, which governs the scope of legal actions against the Commonwealth, substantially limits the amount of monetary damages that may be awarded against the Commonwealth and

provides certain notice provisions, the failure to comply with which may further limit any recovery.

The Covenants may only be amended if

(1)    the amendment is made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the Commonwealth, or type of business conducted; the Covenants, as amended, would have complied with the requirements of the Rule at the time of award of the Bonds, after taking into account any amendments or change in circumstances; and the amendment does not materially impair the interest of Beneficial Owners, as determined by persons unaffiliated with the Commonwealth; or

(2)    all or any part of the Rule, as interpreted by the staff of the SEC at the date of the adoption of such Rule, ceases to be in effect for any reason, and the Commonwealth elects that the Covenants shall be deemed amended accordingly.

The Commonwealth has further agreed that the annual financial information containing any amended operating data or financial information will explain, in narrative form, the reasons for the amendment and the impact of the change in the type of operating data or financial information being provided.

Any assertion of beneficial ownership must be filed, with full documentary support, as part of the written request described above.

21

## MISCELLANEOUS

The foregoing summaries of or references to the Act, the Bonds, the Bond Resolution and the summaries of or references to the various acts contained in the Commonwealth Report, are made subject to all the detailed provisions thereof to which reference is hereby made for further information and do not purport to be complete statements of any or all of such provisions.

Appended to and constituting a part of this Official Statement are the Commonwealth Report (*Appendix I*), the proposed form of opinion of Bond Counsel (*Appendix II*), and a description of the Book-Entry System (*Appendix III*).

The information set forth in this Official Statement and incorporated herein by reference, except for information pertaining to DTC, and the information appearing in UNDERWRITING, was supplied by certain officials of the Commonwealth or certain of its agencies or instrumentalities, in their respective official capacities, or was obtained from publications of the Commonwealth or certain of its agencies or instrumentalities, and is included or incorporated by reference in this Official Statement on the authority of such officials or the authority of such publications as public official documents. The information pertaining to DTC was supplied by DTC.

This Official Statement will be filed with the MSRB through EMMA.

COMMONWEALTH OF PUERTO RICO

By: _____/s/ Juan C. Puig_____
                        Secretary of the Treasury

22

PR-CCD-0007801

APPENDIX I

**COMMONWEALTH OF PUERTO RICO**
Financial Information and Operating Data Report
May 15, 2009

(This page intentionally left blank)

PR-CCD-0007803

# TABLE OF CONTENTS

**Page**

INTRODUCTION ......................................................................................................... I-1
    General ................................................................................................................ I-1
    Forward-Looking Statements.............................................................................. I-1
    Overview of Economic and Fiscal Condition..................................................... I-1
    Geographic Location and Demographic Trends .................................................. I-4
    Relationship with the United States ................................................................... I-4
    Governmental Structure ..................................................................................... I-5
    Principal Officers Responsible for Fiscal Matters ............................................. I-5
    Political Trends .................................................................................................. I-6

THE ECONOMY........................................................................................................... I-7
    General ................................................................................................................ I-7
    Fiscal Stabilization and Economic Reconstruction............................................ I-12
    Employment and Unemployment ....................................................................... I-19
    Economic Performance by Sector....................................................................... I-20
    Higher Education ................................................................................................ I-33
    Tax Incentives .................................................................................................... I-34

DEBT ............................................................................................................................ I-37
    Public Sector Debt ............................................................................................. I-37
    Debt Service Requirements for Commonwealth General Obligation Bonds ...... I-40
    Interest Rate Exchange Agreements ................................................................... I-42
    Variable Rate Bonds and Mandatory Tender Bonds .......................................... I-43
    Ratings of Commonwealth General Obligation Bonds ...................................... I-44
    Commonwealth Guaranteed Debt....................................................................... I-44
    Trends of Public Sector Debt ............................................................................. I-45

PUBLIC CORPORATIONS............................................................................................ I-46
    Government Development Bank for Puerto Rico................................................. I-47
    Other Public Corporations ................................................................................. I-51

INSURANCE MATTERS .............................................................................................. I-59

RETIREMENT SYSTEMS ............................................................................................ I-59

COMMONWEALTH FINANCIAL STATEMENTS....................................................... I-71

PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES ....................... I-71
    Summary and Management's Discussion of General Fund Results...................... I-71
    Major Sources of General Fund Revenues .......................................................... I-75
    Measures to Increase Collections of Income, Sales, and Excise Taxes............... I-81
    Transfers to General Obligation Redemption Fund ............................................ I-81
    Components of General Fund Expenditures ........................................................ I-82

i

Federal Grants ....................................................................................................... I-83
BUDGET OF THE COMMONWEALTH OF PUERTO RICO ............................................. I-84
Office of Management and Budget ...................................................................... I-84
Budgetary Process ............................................................................................... I-84
Financial Control and Adjustment Procedures ................................................... I-85
Appropriations .................................................................................................... I-86
Projected Budget for Fiscal Year 2010 ............................................................... I-87
Budget for Fiscal Year 2009 ............................................................................... I-89
Expense Reduction Plan to Achieve Fiscal Balance ........................................... I-93
Differences between Budget and Basic Financial Statements ............................ I-93
LITIGATION ............................................................................................................... I-94

ii

**COMMONWEALTH OF PUERTO RICO**
**Financial Information and Operating Data Report**
**May 15, 2009**

# INTRODUCTION

## General

The operating and financial information about the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico") included in this Report has been updated as of April 30, 2009, except as otherwise provided herein. The fiscal years of the Commonwealth run from July 1 through June 30 of the following year. References in this Report to a particular fiscal year are to the year in which such fiscal year ends.

## Forward-Looking Statements

The information included in this Report contains certain "forward-looking" statements. These forward-looking statements may relate to the Commonwealth's fiscal and economic condition, economic performance, plans, and objectives. All statements contained herein that are not clearly historical in nature are forward-looking, and the words "anticipates," "believes," "continues," "expects," "estimates," "intends," "aims," "projects," and similar expressions, and future or conditional verbs such as "will," "would," "should," "could," "might," "can," "may," or similar expressions, are generally intended to identify forward-looking statements.

These statements are not guarantees of future performance and involve certain risks, uncertainties, estimates, and assumptions by the Commonwealth that are difficult to predict. The economic and financial condition of the Commonwealth is affected by various financial, social, economic, environmental, and political factors. These factors can be very complex, may vary from one fiscal year to the next, and are frequently the result of actions taken or not taken, not only by the Commonwealth and its agencies and instrumentalities, but also by entities, such as the federal government or other nations, that are not under the control of the Commonwealth. Because of the uncertainty and unpredictability of these factors, their impact cannot, as a practical matter, be included in the assumptions underlying the Commonwealth's projections.

## Overview of Economic and Fiscal Condition

### Economic Condition

Puerto Rico's economy has been in a recession, which commenced in the fourth quarter of fiscal year 2006. Although Puerto Rico's economy is closely linked with the United States economy, for fiscal years 2007 and 2008, Puerto Rico's real gross national product decreased by 1.9% and 2.5%, respectively, while the United States economy grew at a rate of 1.8% and 2.8%, respectively, during the same periods. According to the Puerto Rico Planning Board's (the "Planning Board") latest projections, the economic contraction has accelerated in fiscal year 2009, with an expected further reduction in real gross national product of 3.4%. While this trend was expected to continue in fiscal year 2010, the expected positive impact of the U.S. federal and local economic stimulus measures discussed below led the Planning Board to announce on April

PR-CCD-0007806

29, 2009 revised projections for fiscal year 2010 reflecting a projected increase in real gross national product of 0.1%.

*Fiscal Condition*

The Commonwealth is experiencing a fiscal crisis as a result of the structural imbalance between recurring government revenues and expenses. The structural imbalance has been exacerbated during fiscal years 2008 and 2009, with recurring government expenses significantly higher than recurring revenues, which have declined as a result of the multi-year economic contraction mentioned above. In order to bridge the deficit resulting from the structural imbalance, the government has used non-recurring measures, such as borrowing from Government Development Bank for Puerto Rico ("GDB") or in the bond market, and postponing the payment of various government expenses, such as payments to suppliers and utilities providers.

As discussed below, the estimated structural deficit for fiscal year 2009 is projected to be $3.2 billion.

*Rating Downgrades*

The continued fiscal imbalance led to successive downgrades in the Commonwealth's general obligation debt ratings, from "Baa1" by Moody's Investors Service ("Moody's") and "A–" by Standard & Poor's Rating Services ("S&P") in fiscal year 2004 to "Baa3" by Moody's and "BBB–" by S&P currently. Each of the rating agencies has a stable outlook on the Commonwealth's general obligation debt.

*Fiscal Year 2009 Estimated Structural Deficit*

For fiscal year 2009, estimated revenues of the General Fund (the primary operating fund of the Commonwealth) are $7.6 billion (down from the original budgeted revenues of $8.5 billion). Although budgeted expenditures for the fiscal year were $9.5 billion, the government has identified additional expenses for fiscal year 2009 that were not included in the budget. Unbudgeted expenses for fiscal year 2009 are estimated at $1.4 billion. Thus, the resulting estimated structural deficit for fiscal year 2009 is currently $3.2 billion.

*General Fund Revenues (Nine Months)*

Preliminary General Fund revenues for the first nine months of fiscal year 2009 (from July 2008 through March 2009) were $5.44 billion, a decline of 4.9% from the $5.72 billion for the same period in the prior fiscal year. The continued decline in General Fund tax revenues reflects primarily the impact of the ongoing economic recession.

*Fiscal Stabilization Plan*

The new government administration, which commenced on January 2, 2009 and controls the Executive and Legislative branches of government, has developed and commenced implementing a multi-year plan designed to achieve fiscal balance and restore economic growth. The fiscal stabilization plan seeks to achieve budgetary balance on or before fiscal year 2013,

I-2

PR-CCD-0007807

while addressing expected fiscal deficits in the intervening years through the implementation of a number of initiatives, including the following: (i) a $2 billion operating expense-reduction plan during fiscal year 2010, through government reorganization and reduction of operating expenses, including payroll which is the main component of government expenditures; (ii) a combination of temporary and permanent tax increases, coupled with additional tax enforcement measures; and (iii) a bond issuance program through Puerto Rico Sales Tax Financing Corporation ("COFINA" by its Spanish-language acronym).  Before the temporary measures expire in 2013, the administration intends to design and adopt a comprehensive reform of the tax system and a long-term economic development plan to complement the economic reconstruction and supplemental stimulus initiatives described below.  The proceeds expected to be obtained from the COFINA bond issuance program will be used to repay existing government debt (including debts with GDB), finance operating expenses of the Commonwealth for fiscal years 2009 through 2011 (and for fiscal year 2012, to the extent included in the government's annual budget for such fiscal year), including costs related to the implementation of a workforce reduction plan, the funding of an economic stimulus plan, as described below, and for other purposes to address the fiscal imbalance while the fiscal stabilization plan is being implemented.  The fiscal stabilization plan seeks to safeguard the investment grade ratings of the Commonwealth's general obligation debt and lay the foundation for sustainable economic growth.  Legislation has already been enacted authorizing the implementation of all the measures in the fiscal stabilization plan and the Office of Management and Budget ("OMB") has certified projected savings of $237 million for fiscal year 2010 from implemented measures to date.

*Economic Reconstruction Plan*

The new administration has also developed and commenced implementing a short-term economic reconstruction plan.  The cornerstone of this plan is the implementation of U.S. federal and local economic stimulus programs.  Puerto Rico will benefit from the American Recovery and Reinvestment Act of 2009 ("ARRA") enacted by the U.S. government to stimulate the U.S. economy in the wake of the global economic downturn.  Puerto Rico expects to receive approximately $5.0 billion from ARRA during the next two fiscal years, which includes tax relief, expansion of unemployment benefits and other social welfare provisions, and domestic spending in education, health care, and infrastructure, among other measures.  The administration will seek to complement the U.S. federal stimulus with additional short- and medium-term supplemental stimulus measures seeking to address specific local challenges and providing investment in strategic areas.  These measures include a local $500 million economic stimulus plan to supplement the federal plan.  In addition, to further stimulate economic development and cope with the fiscal crisis, the administration is in the process of establishing a legal framework to authorize and promote the use of public-private partnerships to finance and develop infrastructure projects and operate and manage certain public assets.

The new administration is also developing a comprehensive long-term economic development plan aimed at improving Puerto Rico's overall competitiveness and business environment and increasing private-sector participation in the Puerto Rico economy.  As part of this plan, the administration will emphasize (i) the simplification and shortening of the permitting and licensing process; (ii) the strengthening of the labor market by encouraging greater labor-force participation and bringing out-of-date labor laws and regulations in line with U.S. and international standards and (iii) the adoption of a new energy policy that seeks to lower

I-3

PR-CCD-0007808

energy costs and reduce energy-price volatility by reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies.

The fiscal and economic reconstruction plan is described in further detail in below under "The Economy—Fiscal and Economic Reconstruction."

*Proposed Fiscal Year 2010 Budget*

On April 29, 2009, the Governor submitted to the Legislature a proposed budget for fiscal year 2010. The proposed budget provides for total General Fund revenues and appropriations of $7.67 billion, compared to estimated General Fund revenues of $7.60 billion for fiscal year 2009. Budgeted General Fund expenditures total $7.67 billion, a decrease of $1.81 billion, or 19%, from the fiscal year 2009 budgeted expenditures of $9.48 billion. To cover approximately $2 billion of additional transitory expenses for fiscal year 2010 related to the implementation of the expense-reduction plan (including expenses that will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years) and a $500 million projected remaining structural deficit, the Commonwealth will establish a Stabilization Fund to be funded with proceeds from COFINA bond issues.

The projections and assumptions used in the proposed fiscal year 2010 budget are subject to a number of risks, including risks related to the economic forecasts, the implementation of the expense-reduction plan, and the execution of certain transactions contemplated in the fiscal stabilization plan (such as the COFINA financings). Many complex political, social, environmental, and economic forces influence the Commonwealth's economy and finances unpredictably from fiscal year to fiscal year. The budget is necessarily based on forecasts of economic activity, which have frequently failed to accurately predict the timing and magnitude of specific cyclical changes in the U.S. and local economy. There can be no assurance that the Commonwealth's economy will not experience results in the current and ensuing fiscal years that are materially worse than predicted, with corresponding material and adverse effects on the Commonwealth's projections of receipts and disbursements.

**Geographic Location and Demographic Trends**

Puerto Rico, the fourth largest of the Caribbean islands, is located approximately 1,600 miles southeast of New York City. It is approximately 100 miles long and 35 miles wide.

According to the United States Census Bureau, the population of Puerto Rico was 3,808,610 in 2000 (3,954,037 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate), compared to 3,522,000 in 1990. As of 2000, the population of San Juan, the island's capital and largest city, was 434,375 (422,665 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate).

**Relationship with the United States**

Puerto Rico's constitutional status is that of a territory of the United States, and, pursuant to the territorial clause of the U.S. Constitution, the ultimate source of power over Puerto Rico is the U.S. Congress. The relationship between the United States and Puerto Rico is referred to herein as commonwealth status.

I-4

Puerto Rico came under United States sovereignty pursuant to the Treaty of Paris, signed on December 10, 1898, which ended the Spanish-American War. Puerto Ricans have been citizens of the United States since 1917. In 1950, after a long evolution toward greater self-government, Congress enacted Public Law 600, which provided that the existing political, economic and fiscal relationship between Puerto Rico and the United States would remain the same, but Puerto Rico would be authorized to draft and approve its own Constitution, guaranteeing a republican form of government. The Constitution was drafted by a popularly elected constitutional convention, approved in a special referendum by the people of Puerto Rico, amended and ratified by the U.S. Congress, and subsequently approved by the President of the United States.

The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner that has a voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs). Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

**Governmental Structure**

The Constitution of Puerto Rico provides for the separation of powers of the executive, legislative, and judicial branches of government. The Governor is elected every four years. The Legislative Assembly consists of a Senate and a House of Representatives, the members of which are elected for four-year terms. The highest court within the local jurisdiction is the Supreme Court of Puerto Rico. Decisions of the Supreme Court of Puerto Rico may be appealed to the Supreme Court of the United States under the same terms and conditions as decisions from state courts. Puerto Rico constitutes a District in the federal judiciary and has its own United States District Court. Decisions of this court may be appealed to the United States Court of Appeals for the First Circuit and from there to the Supreme Court of the United States.

Governmental responsibilities assumed by the central government of the Commonwealth are similar in nature to those of the various state governments. In addition, the central government assumes responsibility for local police and fire protection, education, public health and welfare programs, and economic development.

**Principal Officers Responsible for Fiscal Matters**

**Luis G. Fortuño** was sworn in as Governor of Puerto Rico on January 2, 2009. From 2005 until becoming Governor, Mr. Fortuño was Puerto Rico's elected Resident Commissioner in the U.S. House of Representatives. Mr. Fortuño was an attorney in private practice from 1985 to 1993, and again from 1997 to 2003. From 1994 to 1996, Mr. Fortuño served as the first

I-5

PR-CCD-0007810

Secretary of the Department of Economic Development and Commerce. Mr. Fortuño was the Executive Director of the Tourism Company from 1993 to 1996. Mr. Fortuño holds a Bachelor's Degree from the Edmund A. Walsh School of Foreign Service at Georgetown University and a Juris Doctor from the University of Virginia School of Law.

**Juan Carlos Puig Morales** was designated as Secretary of the Department of the Treasury (the "Treasury") on January 4, 2009 and unanimously confirmed by the Senate of Puerto Rico on March 6, 2009. From 1998 to 2008, Mr. Puig Morales served as a Director in the Taxpayer Advocate Service, an independent office within the U.S. Internal Revenue Service, in Puerto Rico and South Florida. From 1994 to 1998, Mr. Puig Morales served in various positions in the Treasury, including Assistant Undersecretary of Internal Revenue, Project Manager of the Master Tax Archive, and Director of Administrative Reform. From 1990 to 1994, Mr. Puig Morales served as a Senior Tax Administration Advisor with the U.S. Internal Revenue Service. Mr. Puig Morales holds a Bachelor of Arts Degree from the University of Turabo, where he majored in Economics.

**María Sánchez Brás** was appointed Executive Director of OMB on January 2, 2009. From 2004 to 2008, Ms. Sánchez Brás worked as the principal financial officer of several companies in the insurance and pharmaceuticals sectors in Puerto Rico. From 1998 to 2004, Ms. Sánchez Brás served as Controller for McDonald's Caribbean region. From 1990 to 1998, Ms. Sánchez Brás worked with various manufacturing companies in different managerial and financial roles. Prior to 1990, Ms. Sánchez Brás worked with KPMG Peat Marwick. Ms. Sánchez Brás holds a Bachelor's Degree from the University of Puerto Rico – Río Piedras Campus, where she majored in Accounting. Ms. Sánchez Brás has been a Certified Public Accountant (CPA) since 1991 and a Certified Internal Auditor (CIA) since 1992 and is a member of the Association of Certified Fraud Examiners (ACFE).

**Carlos M. García** was ratified as President and Chairman of the Board of GDB on January 7, 2009. Mr. García served as President of Banco Santander Puerto Rico from August 2008 to January 2009 and Senior Executive Vice President and Chief Operating Officer of Santander BanCorp and Banco Santander Puerto Rico from January 2004 to January 2009. Mr. García served as a member of the Board of Directors of Santander BanCorp and several of Santander BanCorp's subsidiaries and affiliates. Mr. García serves as Director of Make-a-Wish Foundation of Puerto Rico. Mr. García served as President and Chief Executive Officer of Santander Securities Corporation from August 2001 to January 2006. Mr. García joined Santander Securities Corporation in 1997 as Director of its Investment Banking Department, and Banco Santander Puerto Rico in October 2003 as Executive Vice President of Wholesale Banking. From 1993 to 1995, Mr. García worked at Credit Suisse First Boston Puerto Rico, Inc., which later was acquired by Popular Securities, Inc., for which he worked from 1995 to 1997. Mr. García holds a dual degree in Business from the Wharton School and in Comparative Literature from the College of Arts and Sciences of the University of Pennsylvania.

**Political Trends**

For many years there have been two major views in Puerto Rico with respect to Puerto Rico's relationship with the United States: one favoring statehood, represented by the New Progressive Party, and the other favoring the existing commonwealth status, represented by the

I-6

PR-CCD-0007811

Popular Democratic Party. The following table shows the percentages of the total votes received by the gubernatorial candidates of the various parties in the last five elections. While the electoral choices of Puerto Rico's voters are not based solely on party preferences regarding Puerto Rico's relationship with the United States, candidates who support a continuing relationship between Puerto Rico and the United States have prevailed in elections for many years.

|  | 1992 | 1996 | 2000 | 2004 | 2008 |
|---|---|---|---|---|---|
| New Progressive Party | 49.9% | 51.1% | 45.7% | 48.2% | 52.8% |
| Popular Democratic Party | 45.9% | 44.5% | 48.6% | 48.4% | 41.3% |
| Puerto Rico Independence Party | 4.2% | 3.8% | 5.2% | 2.7% | 2.0% |
| Others, Blank or Void | - | 0.5% | 0.5% | 0.6% | 3.9% |

With the results of the 2008 election, control of the legislative branch continued under the New Progressive Party, while the executive branch is now also controlled by the New Progressive Party. The current membership of the Senate and House of Representatives by political party is as follows:

|  | Senate | House |
|---|---|---|
| New Progressive Party | 21 | 37 |
| Popular Democratic Party | 8 | 17 |
| Total | 29 | 54 |

The next general election (gubernatorial, municipal, and legislative) in Puerto Rico will be held in November 2012.

## THE ECONOMY

### General

The Commonwealth in the past has established policies and programs directed principally at developing the manufacturing sector and expanding and modernizing the Commonwealth's infrastructure. Domestic and foreign investments have historically been stimulated by selective tax exemptions, development loans, and other financial and tax incentives. Infrastructure expansion and modernization have been to a large extent financed by bonds and notes issued by the Commonwealth, its public corporations, and municipalities. Economic progress has been aided by significant increases in the levels of education and occupational skills of the population.

Puerto Rico's economy experienced a considerable transformation during the past sixty-five years, passing from an agriculture economy to an industrial one. Virtually every sector of the economy participated in this expansion. Factors contributing to this expansion include government-sponsored economic development programs, increases in the level of federal transfer payments, and the relatively low cost of borrowing. In some years, these factors were aided by a significant rise in construction investment driven by infrastructure projects, private investment, primarily in housing, and relatively low oil prices. Nevertheless, the significant oil price increases during the past four years, the continuous contraction of the manufacturing sector, and the budgetary pressures on government finances triggered a general contraction in the

I-7

PR-CCD-0007812

economy. Puerto Rico's economy is currently in a recession that began in the fourth quarter of fiscal year 2006, a fiscal year in which the real gross national product grew by only 0.5%. For fiscal years 2007 and 2008, the real gross national product contracted by 1.9% and 2.5%, respectively. This contraction has continued into fiscal year 2009, for which the Planning Board expects a reduction of 3.4% in real gross national product. While the trend was expected to continue in fiscal year 2010, the Planning Board announced on April 29, 2009 that the expected positive impact of the U.S. federal and local economic stimulus measures discussed below under "Fiscal and Economic Reconstruction" should outweigh the expected negative impact of the Fiscal Stabilization Plan also described below under "Fiscal and Economic Reconstruction" and revised its projections for fiscal year 2010 to reflect an increase of 0.1% in real gross national product. The Planning Board is also projecting increases in real gross national product of 0.9% and 1.0% for fiscal years 2011 and 2012, respectively.

Nominal personal income, both aggregate and per capita, has increased consistently from 1947 to 2008. In fiscal year 2008, aggregate personal income was $56.2 billion ($44.8 billion at 2000 prices) and personal income per capita was $14,237 ($11,341 in 2000 prices).[1] Personal income includes transfer payments to individuals in Puerto Rico under various social programs. Total U.S. federal transfer payments to individuals amounted to $12.3 billion in fiscal year 2008 ($10.5 billion in fiscal year 2007). Entitlements for previously performed services or resulting from contributions to programs such as Social Security, Veterans' Benefits, Medicare, and U.S. Civil Service retirement pensions were $9.3 billion, or 76% of the transfer payments to individuals in fiscal year 2008 ($8.6 billion, or 82%, in fiscal year 2007). The remainder of the federal transfers to individuals is represented by grants, mostly concentrated in the Nutritional Assistance Program (Food Stamps) and Pell Grant (higher education) Scholarships. The increase in federal transfer payments to individuals, and the corresponding decline in the share of entitlements to total transfers to individuals, from fiscal year 2007 to fiscal year 2008 was due almost exclusively to the U.S. federal tax rebates implemented in fiscal year 2008.

Total average annual employment (as measured by the Puerto Rico Department of Labor and Human Resources Household Employment Survey, known as the "Household Survey") has also increased during the last decade. From fiscal year 1999 to fiscal year 2008, total employment has increased at an average annual growth rate of 0.6% to 1,217,500. However, there has been a decrease in employment during the last fiscal year, related to the current recession.

The dominant sectors of the Puerto Rico economy in terms of production and income are manufacturing and what is herein referred to as the service sector. The manufacturing sector has undergone fundamental changes over the years as a result of increased emphasis on higher-wage, high-technology industries, such as pharmaceuticals, biotechnology, computers, microprocessors, professional and scientific instruments, and certain high technology machinery and equipment. The service sector, which includes finance, insurance, real estate, wholesale and retail trade, transportation, communications and public utilities, and other services, plays a major role in the economy. It ranks second to manufacturing in contribution to the gross domestic product and leads all sectors in providing employment.

---

[1] Different price deflators are used for gross national product and personal income statistics. The year 2000 is used as a basis for comparison because that is the year used by the U.S. Department of Commerce.

I-8

PR-CCD-0007813

The following table shows the gross national product for the five fiscal years ended June 30, 2008.

### Commonwealth of Puerto Rico
### Gross National Product
### Fiscal Years Ended June 30,

|  | __2004__ | __2005__ | __2006__ | __2007__ | __2008__[1] |
|---|---|---|---|---|---|
| Gross national product – $ millions[2] | $50,709 | $53,752 | $56,732 | $58,563 | $60,787 |
| Real gross national product – $ millions (2000 prices) | 43,967 | 44,819 | 45,048 | 44,175 | 43,049 |
| Annual percentage increase (decrease) in real gross national product (2000 prices) | 2.7% | 1.9% | 0.5% | (1.9)% | (2.5)% |
| U.S. annual percentage increase in real gross national product (2000 prices) | 4.0% | 3.1% | 3.0% | 1.8% | 2.8% |

(1) Preliminary.
(2) In current dollars.

*Sources:* Puerto Rico Planning Board and Global Insight Inc.

The economy of Puerto Rico is closely linked to the United States economy, as most of the external factors that affect the Puerto Rico economy (other than oil prices) are determined by the policies and performance of the mainland economy. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures. During fiscal year 2008, approximately 74% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 47% of Puerto Rico's imports. In fiscal year 2008, Puerto Rico experienced a positive merchandise trade balance of $19.0 billion.

The following graph compares the growth rate of real gross national product for the Puerto Rico and U.S. economies since fiscal year 1990, and the forecast of the growth rate for fiscal year 2009.

I-9

PR-CCD-0007814

**Real GNP Growth Rate**



Sources: Puerto Rico Planning Board.

\* Estimate for Puerto Rico from the Puerto Rico Planning Board (Apr-2009). Estimate for U.S. from Global Insight (Apr-2009).

Since the 1950s, the Planning Board has prepared a complete set of macroeconomic measures like those prepared for the United States by the Bureau of Economic Analysis ("BEA") of the Department of Commerce, as part of the National Income and Product Accounts ("NIPA"). In contrast with BEA, which computes the economic accounts on a quarterly basis, the Planning Board computes Puerto Rico's NIPA on an annual basis. Like BEA, the Planning Board revises its statistics on a regular basis. The Planning Board classifies its statistics as preliminary until they are revised and made final in conjunction with the release of new data each year. Thus, all macroeconomic accounts for fiscal year 2008 shown in this report are preliminary until the revised figures are released and the forecasts for fiscal years 2009 and 2010 are revised.

*Forecast for Fiscal Years 2009 and 2010*

The Planning Board's gross national product forecast for fiscal year 2009, which was released in February 2009, projected a decline of 3.4% in constant dollars, or an increase of 1.5% in current dollars. Personal income is expected to decline by 1.5% in real terms, or to increase by 2.3% in nominal terms (see footnote 1 on page 8). While a prolongation of the economic contraction through fiscal year 2010 had been expected, the Planning Board announced on April 29, 2009 that the expected positive impact of the U.S. federal and local economic stimulus measures discussed below should outweigh the expected negative impact of the Fiscal Stabilization Plan also described below, leading it to adjust its projections for fiscal year 2010.

PR-CCD-0007815

The Planning Board is now projecting a slight increase in gross national product of 0.1% in constant dollars or 3.4% in current dollars. The major factors affecting the economy at this point are, among others, the current contraction of U.S. economic activity; the difficulties of the U.S. and local financial systems, which affect the local economy directly; the increase in federal transfers associated to the economic stimulus enacted by the U.S. government; and the local difficulties associated with the Commonwealth's prolonged fiscal crisis, including the cost-reduction initiatives to be implemented as part of the fiscal stabilization plan discussed below.

The number of persons employed in Puerto Rico during the first nine months of fiscal year 2009, from July 2008 to March 2009, averaged 1,179,900, a decrease of 3.1% from the same period of the previous year. Moreover, for the first nine months of the current fiscal year, the unemployment rate was 13.0%, an increase from 11.0% for the first nine months of fiscal year 2008.

*Fiscal Year 2008*

The Planning Board's preliminary reports on the performance of the Puerto Rico economy for fiscal year 2008 indicate that real gross national product decreased 2.5% (3.8% in current dollars) over fiscal year 2007. Nominal gross national product was $60.8 billion in fiscal year 2008 ($43.0 billion in 2000 prices), compared to $58.6 billion in fiscal year 2007 ($44.2 billion in 2000 prices). Aggregate personal income increased from $52.3 billion in fiscal year 2007 ($43.4 billion in 2000 prices) to $56.2 billion in fiscal year 2008 ($44.8 billion in 2000 prices), and personal income per capita increased from $13,269 in fiscal year 2007 ($11,012 in 2000 prices) to $14,237 in fiscal year 2008 ($11,341 in 2000 prices). The significant increase in personal income in fiscal year 2008 is due in part to the tax rebate program implemented by the Bush Administration during that fiscal year.

According to the Household Survey, total employment for fiscal year 2008 averaged 1,217,500, a decrease of 3.6% compared to 1,262,900 for fiscal year 2007. At the same time, the unemployment rate for fiscal year 2008 was 11.0%, an increase from 10.4% for fiscal year 2007.

Among the variables contributing to the decrease in gross national product were the continuous contraction of the manufacturing and construction sectors, as well as the current contraction of U.S. economic activity. Furthermore, the decline in Puerto Rico's gross national product was not offset by the federal tax rebates due to the high levels of oil prices during fiscal year 2008. The persistent high level of the price of oil and its derivatives (such as gasoline) during that period served to reduce the income available for other purchases and, thereby, negatively affected domestic demand. Due to the Commonwealth's dependence on oil for power generation and gasoline (in spite of its recent improvements in power-production diversification), the high level of oil prices accounted for an increased outflow of local income in fiscal year 2008. The current difficulties associated with the financial crisis resulted in lower short-term interest rates, but this did not translate into an improvement in the construction sector.

PR-CCD-0007816

*Fiscal Year 2007*

The Planning Board's reports on the performance of the Puerto Rico economy during fiscal year 2007 indicate that the real gross national product fell by 1.9%. Nominal gross national product was $58.6 billion ($44.2 billion in 2000 prices), compared to $56.7 billion in fiscal year 2006 ($45.0 billion in 2000 prices). This represents an increase in nominal gross national product of 3.2%. Aggregate personal income was $52.3 billion in fiscal year 2007 ($43.4 billion in 2000 prices), as compared to $50.8 billion in fiscal year 2006 ($43.4 billion in 2000 prices), and personal income per capita was $13,269 in fiscal year 2007 ($11,012 in 2000 prices), as compared to $12,944 in fiscal year 2006 ($11,052 in 2000 prices).

According to the Household Survey, total employment for fiscal year 2007 averaged 1,262,900, an increase of 0.8% compared to 1,253,400 for fiscal year 2006. The driving force behind total employment was self-employment. The unemployment rate for fiscal year 2007 was 10.4%, a decrease from 11.7% for fiscal year 2006.

## Fiscal Stabilization and Economic Reconstruction

The new administration has developed and commenced implementing a multi-year Fiscal Stabilization and Economic Reconstruction Plan that seeks to achieve fiscal balance and restore economic growth. The administration believes that fiscal stabilization is central to safeguarding the Commonwealth's investment-grade credit rating and restoring Puerto Rico's economic growth and development. During the first quarter of 2009, the Legislative Assembly enacted three bills providing for the implementation of this plan, which is composed of two main elements: the Fiscal Stabilization Plan (the "Fiscal Plan") and the Economic Reconstruction Plan (the "Economic Plan").

In addition, the new administration is in the process of designing and implementing a series of economic development initiatives with the aim of enhancing Puerto Rico's competitiveness and strengthening specific industry sectors. These economic development initiatives are intended to support the prospects of long-term and sustainable growth.

*Fiscal Stabilization Plan*

The Fiscal Plan has three main objectives: (i) stabilize the short-term fiscal situation, (ii) safeguard and strengthen the Commonwealth's credit rating, and (iii) achieve budgetary balance by fiscal year 2013. The Fiscal Plan, which is generally contained in Act No. 7 of March 9, 2009 ("Act 7"), includes operating expense-reduction measures, tax revenue enforcement measures, tax increases, and financial measures, as discussed below.

*Expense Reduction Measures.* A significant portion of Puerto Rico's current budget deficit is attributable to the accumulated effect of high operating expenses in the government. The Fiscal Plan seeks to reduce the recurring expense base of the government to make it consistent with the level of government revenues. The Fiscal Plan establishes a government-wide operating expense-reduction program aimed at reducing payroll and other operating expenses by $2 billion.

I-12

Payroll expense is the most significant component of the government's recurring expense base. The reduction in payroll expenses contemplated by the Fiscal Plan will be implemented in three phases and includes certain benefits conferred to participating employees, as follows:

- *Phase I: Incentivized Voluntary Resignation and Voluntary Permanent Workday Reduction Programs:* The Incentivized Voluntary Resignation Program offered public employees a compensation incentive based on the time of service in the government. The Voluntary Permanent Workday Reduction Program was available to public employees with 20 or more years of service. The Workday Reduction Program consists of a voluntary reduction of one regular workday every fifteen calendar days, which is equivalent to approximately a 10% reduction in annual workdays. Phase I commenced in March 2009 and public employees had until April 27, 2009 to submit the required information to participate in the voluntary programs available under Phase I and be eligible for the Public Employees Alternatives Program. On May 14, 2009, OMB announced that based on the number of employees who agreed to participate in these programs, the expected reduction in expenses for fiscal year 2010 would be $50 million.

- *Phase II: Involuntary Layoff Plan:* As provided in Act 7, Phase II will go into effect because the objective of reducing $2 billion in expenses was not achieved after implementation of Phase I and Phase III (see below). Under Phase II, subject to certain exceptions, all employees with transitory, non-permanent positions will be terminated. In addition, Phase II provides for one or more rounds of involuntary layoffs and applies to all public employees unless specifically excluded by Act 7, strictly according to seniority in public service, starting with employees with least seniority. The plan excludes employees listed in Act 7 as providing "essential" services, those paid by federal funds, those on military leave, and political appointees and their trust employees (political appointees and their trust employees, who do not hold a permanent or career position in the government, are referred to herein as "non-career" employees). Employees in Phase II will receive a severance package that includes health coverage payment for up to a maximum of six months or until the former public employee is eligible for health insurance coverage at another job.

- *Phase III: Temporary Suspension of Certain Provisions of Laws, Collective Bargaining Agreements, and Other Agreements:* Phase III, which went into effect on March 9, 2009, imposes a temporary freeze of salary increases and other economic benefits included in laws, collective bargaining agreements, and any other agreements. Phase III will remain in effect for a period of two years, but this term may be shortened by the Governor by means of an Executive Order should OMB certify that the savings resulting from the implementation of Act 7's expense-reduction measures are sufficient to cover the law's objectives. OMB has indicated that the expected savings from the implementation of these measures is $187 million for fiscal year 2010.

- *Public Employees Alternatives Program:* The employees that elected to participate in the Incentivized Voluntary Resignation Program or the Voluntary Permanent Workday Reduction Program under Phase I, or that are subject to involuntary layoffs under Phase II, will be eligible for the Public Employees Alternatives Program. This program assists public employees in their transition to other productive alternatives, and offers vouchers

I-13

PR-CCD-0007818

for college education, technical education, and professional training, as well as for establishing a business and for relocation.

In addition, Act 7 provides that, for a period of two years, collective bargaining agreements that have already expired or that expire while the law is in effect and that relate to public employees may not be renegotiated or renewed.

On April 13, 2009, a group of government employees along with labor organizations that represent governmental employees filed a complaint in the U.S. District Court for the District of Puerto Rico seeking, among other relief, an injunction to stop the Government of Puerto Rico from implementing the expense-reduction provisions of Act 7 under the theory that such provisions violate United States and Puerto Rico law prohibitions on impairment of contracts and retroactive application of laws. The administration intends to defend vigorously the constitutionality of Act 7 and continues with its implementation. See "Litigation."

The second element of the expense-reduction measures, which pertains to other operating expenses, will be conducted through an austerity program in combination with other measures, such as reduction in expenses of the public health plan, Executive Branch reorganization, and efficiency measures supported by budgeting and accounting processes, and information technology. The austerity program mandates a 10% reduction in other operational expenses, including cellular phone use, credit cards, and official vehicles.

*Tax Revenue Enforcement Measures.* The Fiscal Plan seeks to increase tax revenues by implementing a more rigorous and ongoing tax enforcement and compliance strategy. Specific tax enforcement initiatives include: (i) enhancements to federal grants and fund receipts, (ii) stronger collections and auditing efforts on Puerto Rico's sales and use tax, and (iii) a voluntary tax compliance program.

*Tax Increases.* The goal of achieving fiscal and budgetary balance requires a combination of measures that include the introduction of permanent and temporary tax increases. The Fiscal Plan includes six temporary and four permanent revenue increasing measures. With respect to temporary revenue increasing measures, the administration will implement: (i) a 5% surtax on income of certain individuals, (ii) a 5% surtax on income of certain corporations, (iii) a 5% income tax on credit unions (commonly known as *cooperativas* in Puerto Rico), (iv) a 5% income tax on Puerto Rico international banking entities, (v) a special property tax on residential real estate, and (vi) a moratorium on certain tax credits. The majority of these temporary measures will be in effect for three fiscal years beginning in fiscal year 2010. The permanent measures include (i) modifications to the alternative minimum tax for individuals and corporations, (ii) an increase in the excise taxes on cigarettes, (iii) new excise taxes on motorcycles, and (iv) an increase in the excise taxes on alcoholic beverages.

*Financial Measures.* The administration expects to carry out several financial initiatives in order to achieve fiscal stability throughout the implementation period of the Fiscal Plan. These financial measures include, among others, a financing or bond issuance program the proceeds of which would be used to bridge the structural budgetary imbalance during the implementation period of the Fiscal Plan and funding some initiatives in the Economic Plan.

I-14

PR-CCD-0007819

The financial measures are mainly anchored on the bond-issuance program of COFINA. Act 7, in conjunction with Act No. 91 of May 13, 2006, as amended ("Act 91"), and Act No. 1 of January 14, 2009 ("Act 1"), allocated to COFINA, commencing on July 1, 2009, 2.75% (one-half of the tax rate of 5.5%) of the sales and use tax imposed by the central government, which increased COFINA's financing capacity and allows the Commonwealth to achieve fiscal stability throughout the implementation period of the Fiscal Plan.

In addition to the increased tax allocations to COFINA, the financial initiatives that were enacted into law include the creation of the Savings Notes for the Economic Cooperation of Puerto Rico (the "Saving Notes Program") and allows for the refinancing of a portion of the existing debt of the Puerto Rico Public Buildings Authority. The Savings Notes Program consists of an issuance of up to $20 million in short-term general obligation notes for retail distribution to Puerto Rico residents.

The administration expects that its Fiscal Plan will provide more fiscal stability, thereby safeguarding and strengthening Puerto Rico's credit rating. The administration further expects that the resulting fiscal structure will be sustainable and conducive to economic growth and development.

*Economic Reconstruction Plan*

To balance the impact of the Fiscal Plan, the administration has developed and is implementing an economic reconstruction program to stimulate growth in the short term and lay the foundation for long-term economic development. In addition, the administration is developing a comprehensive, long-term, economic development program aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment, and increasing private-sector capital formation and participation in the economy.

The Economic Plan consists of three main components: (i) two economic stimulus programs, (ii) Public-Private Partnerships, and (iii) a supplemental stimulus plan.

*Economic Stimulus Programs.* The cornerstone of Puerto Rico's short-term economic reconstruction plan is the implementation of two economic stimulus programs aimed at reigniting growth and counterbalancing any adverse effects associated with the Fiscal Plan. The economic stimulus programs consist of Puerto Rico's participation in ARRA (also referred to herein as the "Federal Stimulus") and a local plan (the "Local Stimulus") designed to complement the Federal Stimulus.

- *Federal Stimulus Program*: Puerto Rico is eligible to participate in ARRA because of its status as a U.S. jurisdiction. Puerto Rico expects to receive up to $5 billion in stimulus funds from ARRA. The funds will be distributed in four main categories: relief to individuals, budgetary and fiscal relief, taxpayers' relief, and capital improvements. This Federal Stimulus coming from ARRA places an emphasis in relief for individuals and taxpayers. In terms of government programs, the Federal Stimulus allocates funds to education, agriculture and food assistance, health, housing and urban development, labor, and transportation, among others.

PR-CCD-0007820

- *Local Stimulus Program*: The administration has formulated the Local Stimulus to supplement the Federal Stimulus and ameliorate specific local challenges associated with the local mortgage market, the availability of credit, and the infrastructure and construction sectors. Despite the fact that the Local Stimulus amounts to a $500 million investment by the government, it has been estimated that its effect will be greater due to its loan-guarantee programs, which will be coordinated in collaboration with commercial banks in Puerto Rico. The Local Stimulus is composed of three main elements: (i) capital improvements, (ii) stimulus for small- and medium-sized businesses, and (iii) consumer relief in the form of direct payments to retirees, mortgage-debt restructuring for consumers that face risk of default, and consumer stimulus for the purchase of housing.

*Public-Private Partnerships*. The administration believes that Public-Private Partnerships ("PPPs") represent an important tool for economic development, particularly in times of fiscal imbalance. PPPs are collaborations between government and non-governmental entities—such as private-sector, non-profit organizations, credit unions, and township corporations (*corporaciones municipales*)—to develop infrastructure projects, manage government assets or provide services. The non-governmental partner takes on certain responsibilities and risks related to the development of the project in exchange for receiving the benefits of operating it.

PPPs provide the opportunity for lower project development costs, reduction of financial risk, creation of additional revenue sources, establishment of service quality metrics, and re-direction of government resources to focus on the implementation of public policy.

The administration is working on establishing the legal framework that will implement the procedures for establishing PPPs. Puerto Rico has opportunities for the establishment of PPPs in the areas of highways, ports, transportation, solid waste, potable water, and renewable energy, among others.

*Supplemental Stimulus Plan*. The Economic Plan includes a Supplemental Stimulus Plan, which will provide investment in strategic areas with the objective of laying the foundations for long-term growth in Puerto Rico. The Supplemental Stimulus will begin after the first year of implementation of the Federal and Local Stimuli. The coordinated implementation of the Supplemental Stimulus during the second year of the Federal and Local Stimuli will reinforce continuity in reigniting economic growth while making key investments for long-term development.

The Supplemental Stimulus will be conducted by GDB through a combination of direct investments and guaranteed lending. Specifically, the Supplemental Stimulus will target critical areas such as the banking system, key infrastructure projects, public capital improvement programs, private-sector lending to specific industries, and the export and research-and-development knowledge industries. The Supplemental Stimulus will take into account the strategic needs that Puerto Rico must fulfill in order to become a more competitive player in its region and in the global economy.

PR-CCD-0007821

The Supplemental Stimulus is intended to complement a comprehensive Economic Development Program that will be implemented by the Department of Economic Development and Commerce, as discussed below.

*Economic Development Program*

The Department of Economic Development and Commerce ("DEDC"), in coordination with other government agencies, is in the process of formulating and implementing a series of economic development initiatives with the goal of laying the groundwork for sustainable economic growth. These initiatives are centered on the dual mission of fostering multi-sector growth while reducing costs and barriers to business and investment, and are a medium-to-long-term counterpart to the Economic Reconstruction Plan and the Supplemental Stimulus Plan described above. The economic development initiatives are aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment and seek to increase private-sector capital formation and participation in the Puerto Rico economy.

The administration will emphasize three main initiatives to enhance Puerto Rico's competitive position: (i) overhauling the permitting process, (ii) reforming the labor market, and (iii) reducing energy costs.

The first initiative, the reengineering of Puerto Rico's permitting and licensing process, has already been initiated and legislation has been filed. In the short term, this restructuring is focused on eliminating the significant backlog of unprocessed permits that are currently in the pipeline of various government agencies. Longer term, this effort seeks to significantly reduce the number of inter-agency processes and transactions currently required by creating a centralized, client-focused system that simplifies and shortens the permitting process for applicants.

Initiatives will also be undertaken with the purpose of strengthening Puerto Rico's labor market. The administration seeks to encourage greater labor-force participation by providing the private sector with more flexibility in establishing feasible labor arrangements. One focus of the labor-market reform will be the modernization of Puerto Rico's regulatory framework. Legislative changes to be introduced will focus on bringing out-of-date labor laws and regulations in line with U.S. and international standards with respect to such matters as flex-time arrangements, overtime rules, workers' compensation, and benefit requirements, among others. This labor reform is expected to provide a significant improvement in Puerto Rico's competitiveness in the global marketplace.

The administration considers the adoption of a new energy policy to be critical for Puerto Rico's competitiveness. Presently, fluctuations in oil prices have a significant effect on Puerto Rico's overall economic performance. The administration will focus on reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies. By implementing a new energy policy, the Commonwealth will seek to lower energy costs, reduce energy-price volatility, and establish environmentally sustainable energy production through a reduction in ecologically harmful emissions. The Commonwealth is facilitating the development of several initiatives, including the wheeling of energy, conservation efforts, and the installation of new renewable generation capacity, among others. These

I-17

PR-CCD-0007822

initiatives are expected not only to address energy prices in Puerto Rico, but also to provide for a means of attracting investment in the energy sector.

The Commonwealth will complement these competitive initiatives with specific strategic initiatives with the objective of creating jobs and increasing economic activity across various sectors of the Puerto Rico economy. The Commonwealth has natural or structural competitive advantages in several areas, such as pharmaceutical and biotechnology manufacturing. These advantages provide opportunities to further economic activities in manufacturing, science and technology, tourism, renewable energy, trade, and professional services. The specific initiatives will be designed to promote sustainable economic growth while diversifying Puerto Rico's economic base.

*Puerto Rico Tax Incentives*

One of the benefits enjoyed by the Commonwealth is that corporations operating in Puerto Rico (other than corporations organized in the United States with a local branch) and individuals residing in Puerto Rico generally are not subject to federal income taxes on income derived in Puerto Rico. This enables the Commonwealth to utilize local tax legislation as a tool for stimulating economic development, and it has done so for many years. See "Tax Incentives" below.

In this regard, the Commonwealth has enacted legislation providing tax exemptions and tax incentives for businesses operating within certain sectors of the economy. Tax incentives laws have existed in Puerto Rico for over fifty years. The Economic Incentives Act, the most recent tax incentives act, covers companies dedicated to manufacturing and the export of services and was enacted on May 28, 2008. All eligible businesses operating under previous tax incentives laws may apply for the benefits provided by the Economic Incentives Act.

The Economic Incentives Act streamlines the process for obtaining tax incentives and provides recipients with certainty as to the amount of benefits they will receive over time. The Economic Incentives Act expands the definition of manufacturing to include cluster and supply chain concepts, addresses issues of cost competitiveness, and simplifies the applicable rules. The tax structure established by the Economic Incentives Act generally has a 4% income tax rate and a 12% withholding tax rate for royalties. An alternative structure has an 8% income tax rate and a 2% withholding tax on royalties. For existing businesses with tax rates between 2% and 4%, the Secretary of Economic Development has the discretion to grant the same tax benefits if doing so is considered to be in the best interests of Puerto Rico's economy. Income tax rates may be reduced by an additional 0.5% for projects located in low-or mid-economic development areas. Additional exceptions to the general tax structure exist for pioneering activities, local firms and small businesses. Pioneering activities may have a 1% income tax rate, or no income taxes if the research and development activity is located completely within Puerto Rico. Local firms may enjoy a tax rate as low as 3%, and for small- and medium-sized businesses the tax rate may be as low as 1%, provided such activities are eligible for certain credits provided by the Economic Incentives Act.

A variety of tax credits are available under the Economic Incentives Act, including: for the purchase of products manufactured in Puerto Rico; for job creation; for investment in

PR-CCD-0007823

research and development; for investment in energy-generation equipment; to reduce the cost of
energy; to transfer technology; and for investors who acquire exempt operations in the process of
shutting down. There are also investment credits for projects classified as strategic projects.
Some of these credits can be carried forward and others can be sold.

**Employment and Unemployment**

The number of persons employed in Puerto Rico during fiscal year 2008 averaged
1,217,500, a 3.6% decrease from 1,262,900 in fiscal year 2007. For the first nine months of
fiscal year 2009, the number of persons employed averaged 1,179,900, a decrease of 3.1%
compared to the same period of the previous fiscal year. Currently, the unemployment rate in
Puerto Rico is slightly less than twice the U.S. average.

The following table presents annual statistics of employment and unemployment for
fiscal year 2004 through fiscal year 2008, and the average figures for the first nine months of
fiscal year 2009. These employment figures are based on the Household Survey, which includes
self-employed individuals, instead of the non-farm, payroll employment survey (the "Payroll
Survey"), which does not. The number of self-employed individuals represents around 15% of
civilian employment in Puerto Rico, more than double the level in the United States.

PR-CCD-0007824

**Commonwealth of Puerto Rico**
**Employment and Unemployment[1]**
**(persons age 16 and over)**
**(in thousands)**

| Fiscal Years Ended June 30, | Labor Force | Employed | Unemployed | Unemployment Rate[2] |
|---|---|---|---|---|
| | | (Annual Average) | | |
| 2004 | 1,360 | 1,206 | 155 | 11.4% |
| 2005 | 1,385 | 1,238 | 147 | 10.6 |
| 2006 | 1,420 | 1,253 | 167 | 11.7 |
| 2007 | 1,410 | 1,263 | 147 | 10.4 |
| 2008 | 1,368 | 1,218 | 151 | 11.0 |
| 2009[3] | 1,356 | 1,180 | 176 | 13.0 |

_____
(1) Totals may not add due to rounding.
(2) Unemployed as percentage of labor force.
(3) Average from July 2008 to March 2009.

*Source:* Department of Labor and Human Resources – Household Survey

**Economic Performance by Sector**

From fiscal year 2004 to fiscal year 2008, the manufacturing and service sectors generated the largest portion of gross domestic product. The manufacturing, service, and government sectors were the three sectors of the economy that provide the most employment in Puerto Rico.

I-20

The following table presents annual statistics of gross domestic product by sector and gross national product for fiscal years 2004 to 2008.

### Commonwealth of Puerto Rico
### Gross Domestic Product by Sector and Gross National Product
### (in millions at current prices)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
| Manufacturing | $33,267 | $34,534 | $35,638 | $36,309 | $38,458 |
| Service[2] | 30,476 | 32,449 | 33,785 | 35,608 | 37,068 |
| Government[3] | 7,389 | 8,151 | 8,424 | 8,585 | 8,762 |
| Transportation, communication, and public utilities | 5,343 | 5,309 | 5,907 | 6,111 | 6,020 |
| Agriculture, forestry, and fisheries | 414 | 375 | 394 | 418 | 386 |
| Construction[4] | 1,905 | 1,848 | 1,788 | 1,929 | 1,991 |
| Statistical discrepancy | 417 | 141 | 221 | (58) | 578 |
| Total gross domestic product[5] | $79,209 | $82,809 | $86,158 | $88,902 | $93,263 |
| Less: net payment abroad | (28,501) | (29,056) | (29,425) | (30,339) | (32,476) |
| Total gross national product[5] | $50,709 | $53,752 | $56,732 | $58,563 | $60,792 |

(1) Preliminary.
(2) Includes wholesale and retail trade, finance, insurance and real estate, and other services.
(3) Includes the Commonwealth, its municipalities and certain public corporations, and the federal government. Excludes certain other public corporations, such as the Electric Power Authority and the Aqueduct and Sewer Authority, whose activities are included under Service in the table.
(4) Includes mining.
(5) Totals may not add due to rounding.

*Source:* Planning Board

The data for employment by sector or industries presented here, like in the United States, are based on the Payroll Survey, which is designed to measure number of payrolls by sector. The Payroll Survey excludes agricultural employment and self-employed persons.

PR-CCD-0007826

The following table presents annual statistics of average employment based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

## Commonwealth of Puerto Rico
## Non-Farm, Payroll Employment by Economic Sector[1]
### (persons age 16 and over)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[2] |
| Natural resources and construction | 69,300 | 68,233 | 67,442 | 66,589 | 60,023 |
| Manufacturing | | | | | |
| Durable goods | 48,808 | 48,067 | 46,350 | 45,427 | 43,185 |
| Non-durable goods | 69,633 | 69,250 | 66,233 | 62,447 | 61,013 |
| Sub-total | 118,442 | 117,317 | 112,583 | 107,874 | 104,198 |
| Trade, transportation, warehouse, and Utilities | | | | | |
| Wholesale trade | 33,300 | 33,717 | 33,992 | 33,267 | 33,821 |
| Retail trade | 132,008 | 136,192 | 137,358 | 133,744 | 131,178 |
| Transportation, warehouse, and utilities | 17,042 | 17,617 | 17,433 | 16,988 | 16,840 |
| Sub-total | 182,350 | 187,526 | 188,783 | 183,999 | 181,839 |
| Information | 21,917 | 22,608 | 22,675 | 22,639 | 21,342 |
| Finance | 46,850 | 48,633 | 49,767 | 49,094 | 48,125 |
| Professional and business | 101,900 | 103,767 | 106,517 | 108,796 | 108,660 |
| Educational and health | 98,108 | 99,967 | 103,650 | 105,226 | 108,743 |
| Leisure and hospitality | 70,317 | 72,592 | 74,767 | 73,562 | 73,750 |
| Other services | 20,650 | 21,258 | 20,567 | 18,233 | 17,354 |
| Government[3] | 303,408 | 307,825 | 302,492 | 298,108 | 297,666 |
| Total non-farm | 1,033,242 | 1,049,725 | 1,049,242 | 1,034,118 | 1,021,699 |

(1) The figures presented in this table are based on the Payroll Survey prepared by the Bureau of Labor Statistics of the Puerto Rico Department of Labor and Human Resources. There are numerous conceptual and methodological differences between the Household Survey and the Payroll Survey. The Payroll Survey reflects information collected from payroll records of a sample of business establishments, while the Household Survey is based on responses to a series of questions by persons in a sample of households. The Payroll Survey excludes the self-employed and agricultural employment. Totals may not add due to rounding.
(2) Preliminary.
(3) Includes state, local, and federal government employees.

*Source:* Puerto Rico Department of Labor and Human Resources, Current Employment Statistics Survey (Establishment Survey – NAICS Codes)

*Manufacturing*

Manufacturing is the largest sector of the Puerto Rico economy in terms of gross domestic product. The Planning Board figures show that in fiscal year 2008 manufacturing generated $38.5 billion, or 41.2%, of gross domestic product. During fiscal year 2008, payroll employment for the manufacturing sector was 104,200, a decrease of 3.4% compared with fiscal year 2007. For the first nine months of fiscal year 2009, the average manufacturing employment was 99,300, a decrease of 5.3% compared to the same period of the prior fiscal year. Most of Puerto Rico's manufacturing output is shipped to the U.S. mainland, which is also the principal

I-22

source of semi-finished manufactured articles on which further manufacturing operations are performed in Puerto Rico. Federal minimum wage laws are applicable in Puerto Rico. For fiscal year 2008, the average hourly manufacturing wage rate in Puerto Rico was approximately 68.5% of the average mainland U.S. rate.

Manufacturing in Puerto Rico is concentrated in two major industries. Pharmaceuticals and other chemical products and machinery and metal products constituted 90% of the total manufacturing production in fiscal year 2008. Although the manufacturing sector is less prone to business cycles than the agricultural sector, that does not guarantee the avoidance of the effects of a general downturn of manufacturing on the rest of the economy. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor. This gradual shift in emphasis is best exemplified by large investments over the last decade in the pharmaceutical and medical-equipment industries in Puerto Rico. One of the factors encouraging the development of the manufacturing sector had been the tax incentives offered by the federal and Puerto Rico governments. Federal legislation enacted in 1996, however, which amended Section 936 of the U.S. Internal Revenue Code of 1986, as amended (the "U.S. Code"), phased out these federal tax incentives during a ten-year period that ended in 2006. This change has had a long-term impact on local manufacturing activity. See "Tax Incentives—Incentives under the U.S. Code" under "The Economy."

The following table sets forth gross domestic product by manufacturing sector for fiscal years 2004 to 2008.

## Commonwealth of Puerto Rico
### Gross Domestic Product by Manufacturing Sector
### (in millions at current prices)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[3] |
| Pharmaceuticals | $19,814 | $20,705 | $21,024 | $21,273 | $21,735 |
| Machinery and metal products: | | | | | |
|     Machinery, except electrical | 3,372 | 3,307 | 3,252 | 3,428 | 3,920 |
|     Electrical machinery | 1,818 | 1,904 | 1,855 | 1,840 | 2,342 |
|     Professional and scientific instruments | 3,540 | 3,698 | 4,166 | 4,293 | 4,705 |
|     Other machinery and metal products | 274 | 282 | 276 | 280 | 300 |
| Food products | 2,202 | 2,312 | 2,875 | 2,970 | 3,065 |
| Other chemical and allied products | 591 | 613 | 663 | 691 | 792 |
| Apparel | 344 | 325 | 253 | 213 | 234 |
| Other[1] | 1,312 | 1,387 | 1,273 | 1,321 | 1,364 |
| Total gross domestic product of manufacturing sector[2] | $33,267 | $34,534 | $35,638 | $36,309 | $38,458 |

(1) Includes petroleum products; petrochemicals; tobacco products; stone, clay and glass products; textiles and others.
(2) Totals may not add due to rounding.
(3) Preliminary.

*Source:* Planning Board

I-23

PR-CCD-0007828

The following table presents annual statistics of average manufacturing employment by industry based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Manufacturing Employment by Industry Group***
**(persons age 16 years and over)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| Industry group | 2004 | 2005 | 2006 | 2007 | 2008[1] |
| **Durable goods** | | | | | |
| Nonmetallic mineral products manufacturing | 4,708 | 4,467 | 4,100 | 3,823 | 3,772 |
| Cement and concrete products manufacturing | 3,850 | 3,750 | 3,533 | 3,300 | 3,389 |
| Fabricated metal products | 6,483 | 6,442 | 5,775 | 5,677 | 5,368 |
| Computer and electronic | 10,575 | 10,667 | 10,808 | 10,101 | 8,612 |
| Electrical equipment | 7,750 | 7,650 | 6,842 | 6,619 | 6,659 |
| Electrical equipment manufacturing | 4,933 | 4,975 | 4,700 | 4,517 | 4,383 |
| Miscellaneous manufacturing | 11,100 | 11,158 | 11,258 | 12,299 | 11,978 |
| Medical equipment and supplies manufacturing | 11,067 | 10,467 | 10,533 | 11,574 | 11,341 |
| Other durable goods manufacturing | 8,192 | 7,683 | 7,567 | 6,908 | 6,796 |
| Total – durable goods | 48,808 | 48,067 | 46,350 | 45,427 | 43,185 |
| | | | | | |
| **Non-durable goods** | | | | | |
| Food manufacturing | 13,242 | 13,050 | 12,650 | 12,194 | 11,630 |
| Beverage and tobacco products manufacturing | 3,042 | 3,175 | 3,392 | 3,251 | 3,270 |
| Apparel manufacturing | 8,533 | 8,875 | 8,258 | 7,717 | 9,637 |
| Cut and sew apparel manufacturing | 8,533 | 8,850 | 8,017 | 7,078 | 8,610 |
| Chemical manufacturing | 32,367 | 32,883 | 32,317 | 30,463 | 28,061 |
| Pharmaceutical and medicine manufacturing | 28,158 | 28,567 | 28,017 | 26,123 | 24,204 |
| Plastics and rubber products | 3,217 | 2,750 | 2,325 | 2,192 | 1,986 |
| Plastics product manufacturing | 2,917 | 2,258 | 2,133 | 2,032 | 1,839 |
| Other non-durable goods manufacturing | 9,232 | 8,517 | 7,291 | 6,630 | 6,429 |
| Total – non-durable goods | 69,633 | 69,250 | 66,233 | 62,447 | 61,013 |
| | | | | | |
| Total manufacturing employment | 118,442 | 117,317 | 112,583 | 107,874 | 104,198 |

\*   Totals may not add due to rounding.
(1) Preliminary.

*Source:*  Department of Labor and Human Resources, Current Employment Statistic Survey (Establishment Survey – NAICS Codes)

Total employment in the manufacturing sector decreased by 14,200 from fiscal year 2004 to fiscal year 2008.  Manufacturing employment had been declining during the past decade, but the decline accelerated during fiscal years 2002 and 2003, falling 10.6% and 4.8%, respectively.

I-24

PR-CCD-0007829

Thereafter, manufacturing employment seemed to stabilize around 118,000 jobs, but the acceleration in job losses reappeared in fiscal year 2006 with the sector experiencing another significant drop of 4.0%. For fiscal years 2007 and 2008, manufacturing employment decreased by 4.2% and 3.4%, respectively. For the first nine months of fiscal year 2009, the sector lost an average of 5,600 jobs, or 5.3% compared to the same period of the previous year. In summary, the manufacturing sector lost nearly 17,000 jobs from calendar year 2005 to 2008, and, according to the trend observed for the first months of 2009, it is likely that it will lose more than 5,000 additional jobs in calendar year 2009. Given that this sector used to pay the highest wages, on average, in Puerto Rico, its general downturn has represented a major difficulty for restoring growth for the whole economy. There are several reasons that explain this sector's job shrinkage: the end of the phase-out of Section 936 of the U.S. Code, the net loss of patents on certain pharmaceutical products, the escalation of manufacturing production costs (particularly labor and electricity), the increased use of job outsourcing, and, currently, the effects of the global economic decline. Puerto Rico's manufacturing sector is facing increased international competition, and new ideas and initiatives are needed to improve it.

*Service Sector*

Puerto Rico has experienced significant growth in the service sector, which, for purposes of the data set forth below, includes finance, insurance, real estate, wholesale and retail trade, and other services. This sector has expanded in terms of both income and employment over the past decade, following the general trend of other industrialized economies, but with differences on the magnitudes of those changes. During the period between fiscal years 2004 and 2008, the gross domestic product in this sector, in nominal terms, increased at an average annual rate of 5.0%, while payroll employment in this sector increased at an average annual rate of 0.8%. In the Puerto Rico labor market, self-employment, which is not accounted for in the Payroll Survey, represents approximately 15% of total employment according to the Household Survey. Most of the self-employment is concentrated in the service and construction sectors. The development of the service sector has been positively affected by demand generated by other sectors of the economy, such as manufacturing and construction.

The high degree of knowledge, skills, and expertise in professional and technical services available in Puerto Rico places the island in a favorable competitive position with respect to Latin America and other trading countries throughout the world.

The service sector ranks second to manufacturing in its contribution to gross domestic product, and it is the sector with the greatest employment. In fiscal year 2008, the service sector generated $37.1 billion of gross domestic product, or 40% of the total. Service-sector employment grew from 542,092 in fiscal year 2004 to 559,811 in fiscal year 2008 (representing 54.8% of total, non-farm, payroll employment). This represents a cumulative increase of 3.3% during such period. For the first nine months of fiscal year 2009, the average service-sector employment was 546,108, a decrease of 2.6% compared to the same period of the prior fiscal year. Wholesale and retail trade, finance, insurance, and real estate experienced growth in fiscal years 2004 to 2008, as measured by gross domestic product at current prices. From fiscal year 2004 to 2008, gross domestic product increased in the trade sector from $9.8 billion to $11.8 billion, and in finance, insurance, and real estate from $13.0 billion to $16.4 billion.

I-25

PR-CCD-0007830

Puerto Rico has a developed banking and financial system. As of December 31, 2008, there were thirteen commercial banks operating in Puerto Rico. Commercial banks in Puerto Rico are generally regulated by the Federal Deposit Insurance Corporation (the "FDIC") or the Board of Governors of the Federal Reserve System and by the Office of the Commissioner of Financial Institutions of Puerto Rico (the "OCFI"). The OCFI reports that total assets of these institutions (excluding assets of units operating as international banking entities) as of December 31, 2008 were $87.5 billion, as compared to $87.9 billion as of December 31, 2007.

Broker-dealers in Puerto Rico are regulated by the Financial Industry Regulatory Authority and the OCFI and are mainly dedicated to serve investors that are residents of Puerto Rico. According to the OCFI, assets under management of broker-dealers in Puerto Rico totaled $26.5 billion as of December 31, 2008, down from $27.9 billion on December 31, 2007. Another relevant component of the financial sector in Puerto Rico is the mutual-fund industry. Local mutual funds are organized as investment companies and recorded assets under management of $13.9 billion as of December 31, 2008, down slightly from $14.1 billion as of December 31, 2007 according to the OCFI. Most of the assets under management of local mutual funds are reflected in the amount of assets under management of broker-dealers stated above.

Other components of the financial sector in Puerto Rico include international banking entities ("IBEs") and credit unions (locally known as *cooperativas*). IBEs are licensed financial businesses that conduct offshore banking transactions. As of December 31, 2008, there were 33 international banking entities (including units of commercial banks) operating in Puerto Rico licensed to conduct offshore banking transactions, with total assets of $63.8 billion, a decrease from $75.8 billion in total assets as of December 31, 2007. Meanwhile, credit unions, which tend to emphasize basic consumer financial services, reached $6.7 billion in assets as of December 31, 2008, a slight increase from $6.5 billion as of December 31, 2007.

In addition, there are specialized players in the local financial industry that include mortgage-origination companies and auto and personal finance companies.

The following tables set forth gross domestic product and employment for the service sector for fiscal years 2004 to 2008.

PR-CCD-0007831

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Service Sector\***
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
| | **2004** | **2005** | **2006** | **2007** | **2008[1]** |
|---|---|---|---|---|---|
| Wholesale and retail trade | $ 9,802 | $10,217 | $10,675 | $11,110 | $11,811 |
| Finance, insurance, and real estate | 13,029 | 14,267 | 14,833 | 15,927 | 16,391 |
| Other services[2] | 7,646 | 7,965 | 8,277 | 8,572 | 8,867 |
| Total | $30,476 | $32,449 | $33,785 | $35,608 | $37,068 |

\*   Totals may not add due to rounding.
(1) Preliminary.
(2) Includes tourism.

*Source*:   Planning Board.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Employment by Service Sector\***
**(thousands of persons age 16 and over)**

| | Fiscal Years Ended June 30, | | | | |
| | **2004** | **2005** | **2006** | **2007** | **2008[1]** |
|---|---|---|---|---|---|
| Wholesale trade | 33,300 | 33,717 | 33,992 | 33,267 | 33,821 |
| Retail trade | 132,008 | 136,192 | 137,358 | 133,744 | 131,178 |
| Transportation, warehouse and utilities | 17,042 | 17,617 | 17,433 | 16,988 | 16,840 |
| Trade, transportation, warehouse, and utilities | 182,350 | 187,525 | 188,783 | 183,998 | 181,838 |
| Information | 21,917 | 22,608 | 22,675 | 22,639 | 21,342 |
| Finance | 46,850 | 48,633 | 49,767 | 49,094 | 48,125 |
| Professional and business | 101,900 | 103,767 | 106,517 | 108,796 | 108,660 |
| Educational and health | 98,108 | 99,967 | 103,650 | 105,226 | 108,743 |
| Leisure and hospitality | 70,317 | 72,592 | 74,767 | 73,562 | 73,750 |
| Other services | 20,650 | 21,258 | 20,567 | 18,233 | 17,354 |
| Total | 542,092 | 556,351 | 566,726 | 561,549 | 559,813 |

\*   Totals may not add due to rounding.
(1) Preliminary.

*Source:* Department of Labor and Human Resources, Benchmark on Employment, Hours and Earnings

*Hotels and Related Services—Tourism*

During fiscal year 2006, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,922,500, an increase of 3.8% over the number of persons registered during the same period in fiscal year 2005. The number of non-resident tourists registered in tourist hotels during fiscal year 2006 increased by 3.5% compared to fiscal year 2005. Tourist hotel rooms available during fiscal year 2006 increased by 3.9% to 10,739 rooms, compared to fiscal year 2005. The average occupancy rate in tourist hotels during fiscal years 2005 and 2006 was 70.8%.

During fiscal year 2007, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,792,300, a decrease of 6.8% over the number of

PR-CCD-0007832

persons registered during fiscal year 2006. The average occupancy rate in tourist hotels during fiscal year 2007 was 71.7%, compared to 70.8% in fiscal year 2006. The average number of rooms available in tourist hotels decreased by 6.5% to 10,044 rooms from fiscal year 2006 to fiscal year 2007 as the completion of regular maintenance and rehabilitation of rooms (that normally results in a certain number of rooms being unavailable at any time) took longer to complete than in the past.

For fiscal year 2008, the number of persons registered in tourist hotels was 1,745,000, a further decline of 2.6% over the number of persons registered during fiscal year 2007. The average occupancy rate in tourist hotels during fiscal year 2008 was 70.3%, compared to 71.7% in fiscal year 2007. The average number of rooms available in tourist hotels increased by 2.1% to 10,253 rooms from fiscal year 2007 to fiscal year 2008.

The number of persons registered in tourist hotels during the first six months of fiscal year 2009 was 826,300, a decrease of 0.8% over the number of persons registered during the same period of fiscal year 2008. The average occupancy rate in tourist hotels during the first semester of fiscal year 2009 was 63.7%, compared to 67.5% in the period for fiscal year 2008. During the first six months of fiscal year 2009, the average number of rooms available in tourist hotels increased by 2.7% to 10,220 rooms compared with the same period in fiscal year 2008.

In terms of employment figures, this sector has shown a behavior consistent with the local business cycle, accentuated by the contraction of U.S. economic activity. For the first nine months of fiscal year 2009, employment in hotels and lodging places was reduced by 3.9% to 13,700 jobs.

San Juan is the largest homeport for cruise ships in the Caribbean and one of the largest homeports for cruise ships in the world.

PR-CCD-0007833

The following table presents data relating to visitors to Puerto Rico and tourist expenditures for the five fiscal years ended June 30, 2008.

## Commonwealth of Puerto Rico
### Tourism Data[1]

**Number of Visitors**

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2004 | 1,307,000 | 1,348,200 | 2,234,000 | 4,889,200 |
| 2005 | 1,361,643 | 1,386,925 | 2,324,274 | 5,072,842 |
| 2006 | 1,424,166 | 1,300,115 | 2,297,839 | 5,022,120 |
| 2007 | 1,353,376 | 1,375,433 | 2,333,597 | 5,062,406 |
| 2008[4] | 1,276,989 | 1,496,853 | 2,617,348 | 5,391,190 |

**Total Visitors' Expenditures**
**(in millions)**

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2004 | $ 1,334.1 | $ 154.0 | $ 1,536.0 | $ 3,024.0 |
| 2005 | 1,428.4 | 167.1 | 1,643.1 | 3,238.6 |
| 2006 | 1,537.7 | 160.9 | 1,670.7 | 3,369.3 |
| 2007 | 1,501.6 | 172.2 | 1,740.1 | 3,413.9 |
| 2008[5] | 1,451.2 | 194.3 | 1,998.9 | 3,644.5 |

(1) Only includes information about non-resident tourists registering in tourist hotels. They are counted once even if registered in more than one hotel.
(2) Includes visitors in guesthouses.
(3) Includes cruise ship visitors and transient military personnel.
(4) Includes visitors in homes of relatives, friends, and in hotel apartments.
(5) Preliminary.

*Sources:* Puerto Rico Tourism Company and the Planning Board

The Commonwealth, through the Puerto Rico Convention Center District Authority ("PRCDA"), has completed the development of the largest convention center in the Caribbean, and the centerpiece of a 100-acre, private development, to include hotels, restaurants, office space, and housing. The convention center district is being developed at a total cost of $1.3 billion in a public/private partnership effort to improve Puerto Rico's competitive position in the convention and group-travel segments. The convention center opened on November 17, 2005 and, since its inauguration, the facility has hosted more than 1,000 events accounting for more than 1,000,000 attendees. A 500-room hotel is scheduled to commence operations at the end of 2009.

The PRCDA also owns an 18,500-person capacity multipurpose arena, known as the José Miguel Agrelot Coliseum, located in San Juan, Puerto Rico. The coliseum was inaugurated in 2004 and has hosted more than 2.5 million people enjoying over 400 world-caliber events. The venue has received numerous awards including "Best International Large Venue of the Year" from Pollstar magazine in 2005.

I-29

PR-CCD-0007834

*Government*

The government sector of Puerto Rico plays an important role in the economy. It promoted the transformation of Puerto Rico from an agricultural economy to an industrial one during the second half of the previous century, providing the basic infrastructure and services necessary for the modernization of the Island.

In fiscal year 2008, the government accounted for $8.8 billion, or 9.4%, of Puerto Rico's gross domestic product. The Puerto Rico government is also a significant employer, providing jobs for 282,900 workers (state and local), or 27.7% of total, non-farm, payroll employment in fiscal year 2008. From fiscal year 2005 to fiscal year 2008, Commonwealth and municipal government employment has been reduced by approximately 10,100 positions. Nevertheless, during the first nine months of fiscal year 2009, state and local government employment increased by 1.2% or by 3,300 jobs to 284,400. According to the payroll survey, the distribution of these job increases was 600 jobs in the state government and 2,700 jobs in local government.

On February 25, 1998, legislation was enacted permitting the unionization of employees of the central government, which excludes municipal employees and employees of public corporations. Under this law, government employees are given collective bargaining rights subject to a number of limitations. Among those limitations are: employees are prohibited from striking; salary increases are contingent on the availability of budgeted revenues; employees cannot be required to become union members and pay union dues; and collective bargaining negotiations cannot occur in an election year. Currently, approximately 70,000 employees of the central government are unionized under this law.

As discussed previously, Act 7, enacted on March 9, 2009, establishes, among other things, a temporary freeze of salary increases and other economic benefits included in laws, collective bargaining agreements, and any other agreements. In addition, Act 7 provides that, for a period of two years, collective bargaining agreements that have already expired or that expire while the law is in effect and that relate to public employees may not be renegotiated or renewed. See "Fiscal and Economic Reconstruction—Expense Reduction Measures." Certain individuals and labor organizations have challenged in court the validity of certain provisions of Act 7. See "Litigation."

*Transportation*

Thirty-four shipping lines offer regular ocean freight service to eighty United States and foreign ports. San Juan is the island's leading seaport, but there are also seaport facilities at other locations in Puerto Rico including Arecibo, Culebra, Fajardo, Guayama, Guayanilla, Mayagüez, Ponce, Vieques, and Yabucoa.

In general, Puerto Rico's airport facilities are located in Carolina, San Juan, Ponce, Mayaguez, Aguadilla, Fajardo, Arecibo, Ceiba, Vieques, Culebra, and Humacao.

Luis Muñoz Marín International Airport in the San Juan metropolitan area is currently served by 24 domestic and international airlines. The airport receives over 10 million passengers per year, making it the busiest airport in the Caribbean. At present, there is daily direct service between San Juan and Atlanta, Baltimore, Boston, Chicago, Dallas, Miami, New York, Orlando,

PR-CCD-0007835

Philadelphia, and numerous other destinations within the U.S. mainland. San Juan has also become a hub for intra-Caribbean service for a major airline. While the main hubs in the U.S. mainland serve as the gateway from San Juan to most international destinations, Latin American destinations are also served through Panama City, Panama, with connections to Central and South America, while European cities are also served through Madrid, Spain.

Regarding other airports, Rafael Hernandez Airport in Aguadilla has regularly scheduled service to and from Fort Lauderdale, New York, Newark and Orlando; and Ponce's Mercedita Airport has regularly scheduled service to and from New York and Orlando. Both of these airports also have scheduled service to other Caribbean islands. Smaller regional airports serve intra-island traffic. Cargo operations are served by both Federal Express and United Parcel Service (UPS) at the airports in San Juan and Aguadilla.

The island's major cities are connected by a modern highway system, which, as of December 31, 2008, totaled approximately 4,625 miles and 11,774 miles of local streets and adjacent roads. The highway system comprises 425 miles of primary system highways, which are the more important interregional traffic routes and include PR-52, PR-22, PR-53, PR-5, PR-66, and PR-20 toll highways, 252 miles of primary urban system highways, 959 miles of secondary system highways serving the needs of intra-regional traffic, and 3,051 miles of tertiary highways and roads serving local, intra-regional traffic.

The first phase of a new mass transit system, known as Tren Urbano, has been completed. Tren Urbano serves a portion of metropolitan San Juan and is expected eventually to serve the municipalities of Carolina and Caguas as well. It currently has ridership of about 35,000 per day.

The Port of the Americas is a deep draft port on the south coast of Puerto Rico that is under development by the Port of the Americas Authority. The Port of the Americas is expected to be used for broad operations such as domestic cargo, bulk, and liquid shipments for Puerto Rico, as well as transshipments. The first phase of the development was completed in 2004, and the second phase is substantially complete. A third development phase is currently underway, which is to result in a processing capacity of 500,000 Twenty-Foot Equivalent Units per year. See "Other Public Corporations—Port of the Americas Authority" under "Public Corporations."

*Construction*

Although the construction industry represents a relatively small segment of the economy compared to other sectors, it has made significant contributions to the growth of economic activity due to its multiplier effect on the whole economy. During the period from fiscal year 2001 through fiscal year 2008, however, real construction investment has decreased at an average annual rate of 5.4%. During the same time period, the total value of construction permits, in current dollars, increased at an average annual rate of 0.3%, but, adjusting the value of construction permits by the construction investment price deflator, the total value of permits, in constant dollars, declined at an average annual rate of 2.3%.

Public investment has been an important component of construction investment. During fiscal year 2008, approximately 50.2% of the total investment in construction was related to

I-31

public projects. The total value of construction permits increased 12.9% in fiscal year 2008 as compared to fiscal year 2007, but total sales of cement decreased by 10.7%, the largest decline during the last decade. Average payroll employment in the construction sector during fiscal year 2008 was 60,000, a reduction of 9.9% from fiscal year 2007.

Total construction investment for fiscal year 2008 decreased in real terms by 8.8%, following a 7.6% real decline in fiscal year 2007, due principally to the drop in construction-related public projects. The Planning Board has estimated a construction investment decrease of 11.5% in real terms during fiscal year 2009. Public investment in construction has been negatively affected by the Commonwealth's fiscal difficulties and the decline in construction investment is highly related to these difficulties. While the Planning Board had originally projected a further construction investment decrease of 10.5% in real terms for fiscal year 2010, it announced on April 29, 2009 that the expected positive impact of the Federal Stimulus and the Local Stimulus had led it to reduce its projected decrease in construction investment to 5.6% in real terms. Public investment will be primarily in housing, new schools (and school reconstruction programs), water projects, and other public infrastructure projects.

During the first four months of fiscal year 2009, the number of construction permits decreased 4.8%, while the total value of construction permits dropped 12.9% compared to the same period in fiscal year 2008. For the first nine months of fiscal year 2009, cement sales have declined by 23.0%, reaching levels not seen in more than a decade.

*Agriculture*

The Department of Agriculture and related agencies have directed their efforts at increasing and improving local agricultural production, increasing efficiency and the quality of produce, and stimulating the consumption of locally produced agricultural products. It should be noted, however, that agriculture production represents less than 1% of Puerto Rico's gross domestic product. During fiscal year 2008, gross income from agriculture was $792 million, an increase of 1.2% compared with fiscal year 2007. The largest contributors to gross income in agriculture during fiscal year 2008 were livestock products (48% of the sector's gross income) and starchy vegetables (13%).

The Commonwealth supports agricultural activities through incentives, subsidies, and technical and support services, in addition to income tax exemptions for qualified income derived by bona fide farmers. Act No. 225 of 1995 ("Act 225") provides a 90% income tax exemption for income derived from agricultural operations, grants for investments in qualified agricultural projects, and a 100% exemption from excise taxes, real and personal property taxes, municipal license taxes and tariff payments. It also provides full income tax exemption for interest income from bonds, notes and other debt instruments issued by financial institutions to provide financing to agricultural businesses.

Policy changes have been implemented to promote employment and income generated by the agricultural sector. The policy initiatives include a restructuring of the Department of Agriculture, an increase in government purchases of local agricultural products, new programs geared towards increasing the production and sales of agricultural products, and a new system of agricultural credits and subsidies for new projects.

I-32

PR-CCD-0007837

## Higher Education

During the five decades from 1950 to 2000, Puerto Rico made significant advances in the field of education, particularly at the college and graduate-school level. The transformation of Puerto Rico during the 1950s and 1960s from an agricultural economy to an industrial economy brought about an increased demand for educational services at all levels. During the 1970s and 1980s, certain higher-wage, higher-technology industries became more prominent in Puerto Rico. More recently, employment in the service sector has increased significantly. This has resulted in an increased demand for workers having a higher level of education and greater expertise in various technical fields. During the same time period, enrollments in institutions of higher learning rose very rapidly due to growth in the college-age population, and the increasing percentage of college attendance by such population. During the 1990s and into the current decade, college attendance and college attendance as a percentage of the college-age population continued to increase, although the college-age population has declined since 2000.

The following table presents comparative trend data for Puerto Rico and the United States mainland with respect to college-age population and the percentage of such population attending institutions of higher learning.

### Commonwealth of Puerto Rico
### Trend in College Enrollment

| | Commonwealth of Puerto Rico | | | United States Mainland | | |
|---|---|---|---|---|---|---|
| Academic Year | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] |
| 1970 | 341,448[2] | 57,340 | 16.8% | 23,714,000[2] | 8,580,887 | 36.2% |
| 1980 | 397,839[2] | 130,105 | 32.7% | 30,022,000[2] | 12,096,895 | 40.3% |
| 1990 | 417,636[2] | 156,147 | 37.4% | 26,961,000[2] | 13,621,000 | 50.5% |
| 2000 | 428,892[2] | 176,015 | 41.0% | 27,143,455[2] | 15,313,000 | 56.4% |
| 2001 | 426,194[3] | 185,015 | 43.4% | 27,971,000[3] | 15,928,000 | 56.9% |
| 2002 | 423,852[3] | 190,776 | 45.0% | 28,463,000[3] | 16,612,000 | 58.4% |
| 2003 | 420,295[3] | 199,842 | 47.5% | 28,947,000[3] | 16,900,000 | 58.4% |
| 2004 | 416,020[3] | 207,074 | 49.8% | 29,245,000[3] | 17,272,000 | 59.1% |
| 2005 | 411,580[3] | 208,032 | 50.5% | 29,307,000[3] | 17,428,000 | 59.5% |
| 2006 | 407,134[3] | 209,547 | 51.5% | 29,312,950[3] | 17,672,000 | 60.3% |
| 2007 | 396,057[3] | 225,402 | 56.9% | 29,492,415[3] | 17,959,000 | 60.9% |

(1) Number of persons of all ages enrolled in institutions of higher education as percent of population 18-24 years of age.
(2) Based on census population as of April 1 of the stated year.
(3) Estimated population (reference date July 1 of the stated year).

*Sources*: United States Census Bureau (U.S. Mainland Population), United States National Center for Education Statistics, Planning Board (Puerto Rico Population) and Council on Higher Education of Puerto Rico

The University of Puerto Rico, the only public university in Puerto Rico, has eleven campuses located throughout the island. The University's total enrollment for academic year 2007-2008 was approximately 63,205 students. The Commonwealth is legally bound to appropriate annually for the University of Puerto Rico an amount equal to 9.60% of the average

I-33

PR-CCD-0007838

annual revenue from internal sources for each of the two fiscal years immediately preceding the current fiscal year.

In addition to the University of Puerto Rico, there are 40 public and private institutions of higher education located in Puerto Rico. Such institutions had an enrollment during academic year 2007-2008 of approximately 164,341 students and provide programs of study in liberal arts, education, business, natural sciences, technology, secretarial and computer sciences, nursing, medicine, and law. Degrees are offered by these institutions at the associate, bachelor, master, and doctoral levels.

Enrollment at other postsecondary education programs, including technical and vocational programs, amounted to an additional 36,781 students at approximately 76 institutions. This figure represents enrollment at federal Title IV-eligible, non-degree granting institutions reporting data to the National Center for Education Statistics (Integrated Postsecondary Education Data System).

Institutions providing education in Puerto Rico must satisfy state licensing requirements to operate. Also, the vast majority of educational institutions are accredited by U.S. Department of Education-recognized accrediting entities.

## Tax Incentives

One factor that has promoted and continues to promote the development of the manufacturing and service sector in Puerto Rico is the various local and federal tax incentives available, particularly those under Puerto Rico's Industrial Incentives Program and, until recently, Sections 30A and 936 of the U.S. Code. Tax and other incentives have also been established to promote the development of the tourism industry. These incentives are summarized below.

### Industrial Incentives Program

Since 1948, Puerto Rico has had various incentives laws designed to promote investment and job creation. Under these laws, companies engaged in manufacturing and certain other designated activities were eligible to receive full or partial exemption from income, property, and other local taxes. The most recent of these incentives laws is the Economic Incentives Act.

The benefits provided by the Economic Incentives Act are available to new companies as well as companies currently conducting tax-exempt operations in Puerto Rico that choose to renegotiate their existing tax exemption grant, expand current operations or commence operating a new eligible business. The activities eligible for tax exemption under the Economic Incentives Act include manufacturing, certain designated services performed for markets outside Puerto Rico (including the United States), the production of energy from local renewable sources for consumption in Puerto Rico and laboratories for research and development. The Economic Incentives Act expands the definition of manufacturing activity from that included in Act No. 135 of December 2, 1997, as amended (the "1998 Tax Incentives Act"), to include clusters and supply chains. Companies qualifying thereunder can benefit from a simplified income tax system: in most cases, an income tax rate of 4% and a withholding tax rate of 12% on royalty payments. Alternatively, the income tax rate can be 8% and a withholding rate of 2% on royalty

I-34

PR-CCD-0007839

payments. Special rates apply to projects located in low and mid-development zones (an income tax reduction of 0.5%), certain local projects (an income tax rate as low as 3%), certain small- and medium-sized businesses (an income tax rate as low as 1%) and pioneering activities (an income tax rate of 1%, but for those using intangible property created or developed in Puerto Rico the income tax rate may be 0%). In addition, as with the 1998 Tax Incentives Act, the Economic Incentives Act grants 90% exemption from property taxes, 100% exemption from municipal license taxes during the first three semesters of operations and at least 60% thereafter, and 100% exemption from excise taxes with respect to the acquisition of raw materials and certain machinery and equipment used in the exempt activities.

The Economic Incentives Act is designed to stimulate employment and productivity, research and development, capital investment, reduction in the cost of energy and increased purchase of local products.

Under the Economic Incentives Act, as with the 1998 Tax Incentives Act, companies can repatriate or distribute their profits free of Puerto Rico dividend taxes. However, Puerto Rico resident individuals, as well as non-resident individuals who are U.S. citizens, must include as income for purposes of computing their potential alternative minimum tax liability dividends derived from companies covered by the Economic Incentives Act and the 1998 Tax Incentives Act. In addition, passive income derived from the investment of eligible funds in Puerto Rico financial institutions, obligations of the Commonwealth, and other designated investments is fully exempt from income and municipal license taxes. Gain from the sale or exchange of shares of an exempted business by its shareholders during the exemption period that is otherwise subject to Puerto Rico income tax would be subject to a special Puerto Rico income tax rate of 4%.

The Economic Incentives Act, like the 1998 Tax Incentives Act, also provides investors that acquire an exempted business that is in the process of closing its operations in Puerto Rico a 50% credit in connection with the cash purchase of such corporation's stocks or assets.

*Tourism Incentives Program*

For many years, Puerto Rico has enacted incentives laws designed to stimulate investment in hotel operations on the island. The Tourism Incentives Act of 1993 (the "Tourism Incentives Act") provides partial exemptions from income, property, and municipal license taxes for a period of up to ten years. The Tourism Incentives Act also provides certain tax credits for qualifying investments in tourism activities, including hotel and condo-hotel development projects. Other legislation enacted in 2001 and 2002 provides further tourism incentives by granting certain tax exemptions on interest income received from permanent or interim financing of tourism development projects and fees derived from credit enhancements provided to the financing of such projects. See "Government Development Bank for Puerto Rico—Tourism Development Fund" under "Public Corporations."

As part of the incentives to promote the tourism industry, in 1993 the Commonwealth established the Tourism Development Fund as a subsidiary of GDB with the authority to (i) make investments in or provide financing to entities that contribute to the development of the tourism industry and (ii) provide financial guarantees and direct loans for financing hotel

PR-CCD-0007840

development projects. To date, the Fund has provided direct loans and financial guarantees for loans made or bonds issued to finance the development of eighteen hotel projects representing over 4,700 new hotel rooms.

*Incentives under the U.S. Code*

United States corporations operating in Puerto Rico have been subject to special tax provisions since the Revenue Act of 1921. Prior to enactment of the Tax Reform Act of 1976, under Section 931 of the U.S. Code, United States corporations operating in Puerto Rico (and meeting certain source of income tests) were taxed only on income arising from sources within the United States.

The Tax Reform Act of 1976 created Section 936 of the U.S. Code, which revised the tax treatment of United States corporations operating in Puerto Rico by taxing such corporations on their worldwide income in a manner similar to that applicable to any other United States corporation but providing such corporations a full credit for the federal tax on their business and qualified investment income from Puerto Rico. The credit provided an effective 100% federal tax exemption for operating and qualifying investment income from Puerto Rico sources.

As a result of amendments to Section 936 of the U.S. Code made in 1996, its income tax credit based on operating and certain investment income was phased out over a ten-year period for companies that were operating in Puerto Rico in 1995, and is no longer available.

*Controlled Foreign Corporations*

Because of the modification and phase-out of the federal tax incentives under Section 936 of the U.S. Code, many corporations previously operating thereunder reorganized their operations in Puerto Rico to become controlled foreign corporations ("CFCs"). A CFC is a corporation that is organized outside the United States (including, for these purposes, in Puerto Rico) and is controlled by United States shareholders. In general, a CFC may defer the payment of federal income taxes on its trade or business income until such income is repatriated to the United States in the form of dividends or through investments in certain United States properties. The Puerto Rico Office of Industrial Tax Exemption has received notification from numerous corporations that have converted part or all of their operations to CFCs. These include most of the major pharmaceutical, instrument and electronics manufacturing companies in Puerto Rico.

CFCs operate under transfer pricing rules for intangible income that are different from those applicable to United States corporations operating under Section 936 of the U.S. Code ("Section 936 Corporations"). In many cases, they are allowed to attribute a larger share of this income to their Puerto Rico operation but must make a royalty payment "commensurate with income" to their U.S. affiliates. Section 936 Corporations were exempted from Puerto Rico withholding taxes on any cost-sharing payments they might have opted to make, but CFCs are subject to a 15% Puerto Rico withholding tax on royalty payments.

For taxable years beginning after December 31, 2005 and before January 1, 2010, the special deduction granted under Section 199 of the U.S. Code against income derived from domestic production activities is extended to taxpayers operating in Puerto Rico that are subject

I-36

PR-CCD-0007841

to U.S. federal income taxation at gradual rates, such as branches of U.S. companies operating in Puerto Rico.

In May 2009, the U.S. Department of the Treasury announced proposed changes to the U.S. Code that include, among others, changes to remove incentives for shifting jobs overseas. Several of these initiatives could affect CFCs operating in Puerto Rico. It is not possible at this time to determine the legislative changes that may be made to the U.S. Code, or their effect on the long-term outlook on the economy of Puerto Rico. The administration has commenced evaluating the impact of these proposals and will develop policy responses to the U.S. government to seek to safeguard Puerto Rico's economic reconstruction and development plans.

<h2>DEBT</h2>

**Public Sector Debt**

Public sector debt comprises bonds and notes of the Commonwealth, its municipalities, and public corporations ("notes" as used in this section refers to certain types of non-bonded debt regardless of maturity), subject to the exclusions described below.

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury and motor vehicle fuel taxes and license fees, which are allocated to the Highway and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the Sales Tax (as defined under "Major Sources of General Fund Revenues—Sales and Use Taxes" under "Puerto Rico Taxes, Other Revenues, and Expenditures" below) allocated to COFINA is also not included as internal revenues consistent with the legislation creating the Sales Tax Financing Corporation, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's and S&P, none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with

I-37

proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $948,102,368 in the fiscal year ending June 30, 2016 (based on the assumption that the Public Improvement Refunding Bonds, Series 2004 A, which are variable rate bonds, bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, and the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, a portion of the Public Improvement Refunding Bonds, Series 2003 C, a portion of the Public Improvement Bonds of 2006, Series A, and a portion of the Public Improvement Refunding Bonds, Series 2007A, each of which are also variable rate bonds, bear interest at 12% per annum).  This amount ($948,102,368) is equal to 11.59% of $8,178,090,500, which is the average of the adjusted internal revenues for the fiscal years ended June 30, 2007 and June 30, 2008.  If bonds refunded with non-eligible investments described in the preceding paragraph were treated as not being outstanding, and the interest on the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, the portion of the Public Improvement Refunding Bonds, Series 2003 C, the portion of the Public Improvement Bonds of 2006, Series A, and the portion of the Public Improvement Refunding Bonds, Series 2007A, was calculated using the effective fixed interest rate payable by the Commonwealth under the interest rate exchange agreements entered into in respect thereof, the percentage referred to in the preceding sentence would be 9.60% and future maximum annual debt service for the Commonwealth's outstanding general obligation debt would be $785,297,901 in the fiscal year ending June 30, 2020.  Annual debt service payments on bonds guaranteed by the Commonwealth are not included in the calculation of the 15% debt limitation.  In the event any of the future public corporations issuers of guaranteed bonds are unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund, and such debt service would be included in the calculation of the 15% debt limitation.

The Commonwealth's policy has been and continues to be to maintain the amount of such debt prudently below the constitutional limitation.  Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes and municipal license taxes.  Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products.  See "Public Corporations."  However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case.  Debt of the municipalities is issued pursuant to ordinances adopted by the respective municipal legislatures.  Debt of public corporations is issued in accordance with their enabling statutes.  GDB, as fiscal agent of the Commonwealth and its municipalities and public corporations, must approve the specific terms of each issuance.

The following table presents a summary of public sector debt as of December 31, 2008.  This table includes debt not primarily payable from either Commonwealth or municipal taxes, Commonwealth appropriations or rates charged by public corporations for services or products, some of which debt is set forth in footnote 5 below.  Excluded from the table is debt the

inclusion of which would reflect double counting including, but not limited to, $1.26 billion of outstanding bonds (as of December 31, 2008) issued by Municipal Finance Agency to finance its purchase of bonds of Puerto Rico municipalities, and $1.6 billion of obligations of Public Finance Corporation issued to purchase certain Commonwealth public sector debt.

**Commonwealth of Puerto Rico**
**Public Sector Debt***
**(in millions)**

|  | December 31, 2008 |
|---|---|
| Direct full faith and credit obligations[1] | $ 10,894 |
| TRANs line of credit | 612 |
| Sales Tax debt[2] | 7,615 |
| Municipal debt | 2,838 |
| Puerto Rico guaranteed debt[3] | 4,106 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,412 |
| Public corporations and agencies | 22,490 |
| Sub-total | 49,967 |
| Limited obligation/non-recourse debt[5] | 6,489 |
| Total public sector debt | $ 56,455 |

* Totals may not add due to rounding.
(1) Includes general obligation bonds and tax and revenue anticipation notes ("TRANs").
(2) Includes Public Finance Corporation and Sales Tax Financing Corporation bonds.
(3) Consists of $597.1 million of bonds issued by Aqueduct and Sewer Authority, $304.9 million of State Revolving Fund Loans incurred under various federal water laws, $154.8 million of bonds issued by Port of the Americas Authority and $3.049 billion of Public Buildings Authority bonds. Excludes $267 million of GDB bonds payable from available moneys of GDB.
(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.
(5) Includes the following: $1.4 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $197 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $152.6 million of Special Facilities Revenue Bonds issued by Highways and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; approximately $83.1 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; and $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds.

*Source:* Government Development Bank for Puerto Rico

No deductions have been made in the table above for deposits on hand in debt service funds and debt service reserve funds. The table above and the amounts shown throughout this section as representing outstanding debt include outstanding capital appreciation bonds at their respective original principal amounts and do not include any accretion thereon.

I-39

PR-CCD-0007844

**Debt Service Requirements for Commonwealth General Obligation Bonds**

The following table presents the debt service requirements for Commonwealth general obligation bonds outstanding as of December 31, 2008.

The table excludes debt service on $1.08 billion of general obligation bonds refunded with refunding bonds the proceeds of which, pending the redemption of the refunded bonds, were invested in guaranteed investment contracts or other securities not eligible to effect a legal defeasance. Such refunded bonds will be considered to be outstanding under their respective authorizing resolutions and for purposes of calculating the Commonwealth's constitutional debt limitation described above.

In addition, in respect of certain variable rate general obligation bonds, as to which the Commonwealth has entered into interest rate exchange agreements, the interest in the table is calculated by using the respective fixed rates of interest that the Commonwealth is paying under said agreements. In April 2009, approximately $96.8 million of variable rate bonds became subject to an increase in interest rates and accelerated amortization schedule upon the expiration of the liquidity facility with respect to said bonds. The table does not take into account the new debt service requirements with respect to these bonds, which the Commonwealth intends to refinance as fixed rate bonds prior to the next scheduled principal payment in October 2009.

Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

PR-CCD-0007845

## Puerto Rico Debt Service Requirements*
### (In thousands)

| Fiscal Year Ending June 30 | Outstanding Bonds | | |
|---|---|---|---|
| | Principal | Interest | Debt Service |
| 2009 | 78,650 | 335,317 | 413,967 |
| 2010 | 317,855 | 445,330 | 763,185 |
| 2011 | 332,472 | 428,160 | 760,633 |
| 2012 | 362,335 | 405,044 | 767,379 |
| 2013 | 387,005 | 383,490 | 770,495 |
| 2014 | 374,613 | 383,416 | 758,029 |
| 2015 | 406,765 | 365,339 | 772,104 |
| 2016 | 426,790 | 345,167 | 771,957 |
| 2017 | 373,392 | 324,264 | 697,656 |
| 2018 | 376,110 | 305,598 | 681,708 |
| 2019 | 479,356 | 271,019 | 750,375 |
| 2020 | 546,400 | 238,898 | 785,298 |
| 2021 | 421,540 | 211,446 | 632,986 |
| 2022 | 351,420 | 192,114 | 543,534 |
| 2023 | 321,255 | 176,695 | 497,950 |
| 2024 | 312,875 | 162,996 | 475,871 |
| 2025 | 327,060 | 150,478 | 477,538 |
| 2026 | 332,845 | 135,082 | 467,927 |
| 2027 | 348,020 | 118,224 | 466,244 |
| 2028 | 366,700 | 99,951 | 466,651 |
| 2029 | 339,095 | 83,678 | 422,773 |
| 2030 | 352,120 | 66,630 | 418,750 |
| 2031 | 371,080 | 50,548 | 421,628 |
| 2032 | 208,070 | 33,427 | 241,497 |
| 2033 | 180,325 | 23,214 | 203,539 |
| 2034 | 133,865 | 15,647 | 149,512 |
| 2035 | 69,245 | 9,756 | 79,001 |
| 2036 | 45,095 | 6,083 | 51,178 |
| 2037 | 47,580 | 3,606 | 51,186 |
| 2038 | 16,515 | 991 | 17,506 |
| | $ 9,006,447 | $ 5,771,609 | $ 14,778,055 |

* Totals may not add due to rounding. Excludes the debt service on certain economically (but not legally) defeased general obligation bonds and includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

*Sources*: Government Development Bank for Puerto Rico and Department of the Treasury

I-41

PR-CCD-0007846

**Interest Rate Exchange Agreements**

As of December 31, 2008, the Commonwealth was a party to various interest rate exchange agreements or swaps with an aggregate notional amount of $4.3 billion. These interest rate exchange agreements involve nine different counterparties. The purpose of most of the interest rate exchange agreements is to hedge the Commonwealth's variable rate debt exposure and the interest rate risks associated therewith. The interest rate exchange agreements also include basis swap agreements in the notional amount of $1.7 billion, pursuant to which the Commonwealth makes payments on a notional amount based on a specified interest rate index and receives from its counterparties payments on the same notional amount based on a different interest rate index.

Generally, the interest rate exchange agreements may be terminated by the Commonwealth at any time at their then current market values. The agreements may also be terminated upon the occurrence of certain credit events. If a termination occurs due to a credit event, the Commonwealth may be obligated to pay to the applicable swap provider an amount based on the terminating swap's market value, which may be substantial, and vice versa. As of December 31, 2008, the net mark-to-market value of all outstanding interest rate exchange agreements (the aggregate termination amount) was approximately $565 million, which is the total amount the Commonwealth would have to pay to the counterparties should all the agreements be terminated. The mark-to-market value fluctuates with interest rates and other market conditions. The Commonwealth's obligations under the interest rate exchange agreements are secured by the full faith, credit and taxing power of the Commonwealth.

By using derivative financial instruments, the Commonwealth exposes itself to credit risk (based on the counterparty's ability to perform under the terms of the agreement), market risk (based on the changes in the value of the instrument resulting from changes in interest rates) and basis risk (based on changes to the relationship between different indexes used in connection with a derivative). GDB, as fiscal agent, regularly monitors and attempts to minimize these risks.

In addition, under various interest rate exchange agreements, the Commonwealth is required to deliver collateral to the counterparties to guarantee its performance under the agreements. Because of the ongoing credit market crisis, as of December 31, 2008, the Commonwealth has delivered approximately $241.4 million in collateral to its counterparties on certain interest rate exchange agreements entered into in June 2006, and the collateral posting obligation contained in such agreements may require further deliveries by the Commonwealth. The Commonwealth satisfied these collateral posting obligations from the issuance of approximately $1 billion in Tax Anticipation Bonds, Series 2008A purchased by GDB during the fourth quarter of 2008.

During fiscal year 2008, the Commonwealth terminated approximately $150 million in notional amount of interest rate exchange agreements at a loss of $8.6 million. On April, 2009, and as part of GDB's efforts to minimize the Commonwealth's exposure to interest rate risk, the Commonwealth terminated approximately $568 million in notional amount of interest rate exchange agreements at a gain of $12.1 million. GDB continues to actively manage the Commonwealth's exposure to interest rate risks.

I-42

PR-CCD-0007847

**Variable Rate Bonds and Mandatory Tender Bonds**

As of December 31, 2008, the Commonwealth had approximately $1.6 billion of outstanding variable rate general obligation bonds, which consist of approximately $1.4 billion of variable rate demand bonds ("VRDO Bonds") and approximately $126.7 million of bonds bearing interest at a rate that changes periodically based on changes in the United States consumer price index ("CPI Bonds"). The Commonwealth has hedged its variable rate debt exposure by entering into interest rate exchange agreements with certain swap providers with respect to all VRDO Bonds and CPI Bonds. Pursuant to these agreements, the Commonwealth receives a variable rate payment expected to approximate the costs of the variable rate bonds, and pays a fixed rate. See "Interest Rate Exchange Agreements."

The VRDO Bonds bear a floating interest rate adjusted at specified intervals (such as daily or weekly) and provide investors the option to tender or put the bonds at par. The tendered bonds are then resold by a remarketing agent in the secondary market to other investors. Most of the VRDO Bonds are secured by letters of credit or other liquidity or credit facilities ("credit/liquidity facilities") that provide for the payment of the purchase price payable upon the tender of the bonds. The credit/liquidity facilities expire prior to the final maturity of the bonds. If upon the expiration or termination of any credit/liquidity facility with respect to a series of VRDO Bonds, the Commonwealth is unable to renew or replace such facility with an alternate credit/liquidity facility, the VRDO Bonds of such series are subject to mandatory tender for purchase by the credit/liquidity facility provider and generally become subject to higher interest rates and accelerated amortization schedules.

In the case of the VRDO Bonds for which the Commonwealth has entered into interest rate exchange agreements, if the Commonwealth cannot renew or replace a credit/liquidity facility upon its expiration and remarket the related series of bonds successfully upon their mandatory tender as variable rate bonds, the Commonwealth may have to terminate the interest rate exchange agreements associated with such series of bonds. Termination of the applicable interest rate exchange agreement may result, depending on then current interest rate levels, in the payment of a termination amount by the Commonwealth to compensate the counterparty for its economic losses. If interest rate levels were then lower than the fixed interest rate swap rate paid by the Commonwealth, the cost of termination to the Commonwealth could be substantial.

In April 2009, the liquidity facility with respect to approximately $96.8 million of VRDO Bonds expired and, due to market conditions, the Commonwealth was not able to renew the liquidity facility. These bonds were therefore purchased by the liquidity provider and became subject to a higher interest rate and an accelerated amortization schedule beginning in October 2009. The Commonwealth expects to refinance these bonds on a fixed rate basis prior to this date.

VRDO Bonds subject to mandatory tender upon expiration of the applicable credit/liquidity facilities and for which there is a related interest rate exchange agreement amount to approximately $100.0 million for fiscal year 2010, $472.9 million for fiscal year 2011 and $769.7 million for fiscal year 2012.

PR-CCD-0007848

As of December 31, 2008, the Commonwealth also had outstanding approximately $279.2 million of general obligation bonds bearing interest at a fixed rate but subject to mandatory tender, payable from the remarketing of the bonds, on July 1, 2012 (the "Mandatory Tender Bonds"). After the mandatory tender date, the Commonwealth may from time to time change the method of determining the interest on the Mandatory Tender Bonds, which may be a fixed or variable rate. The Commonwealth has not provided any liquidity facility for the payment of the purchase price payable upon the mandatory tender, which purchase price is expected to be obtained from the remarketing of the bonds.

With respect to approximately $69.2 million of the Mandatory Tender Bonds, the Commonwealth has entered into forward starting interest rate exchange agreements that assume that the Mandatory Tender Bonds will be remarketed as variable rate bonds after the mandatory tender date of July 1, 2012. If the Commonwealth cannot remarket these bonds as variable rate bonds at that time, the Commonwealth may have to terminate the forward starting interest rate exchange agreements, which may result in the payment of a termination amount by the Commonwealth.

In addition, several of the Commonwealth's public corporations also have outstanding variable rate bonds and bonds subject to mandatory tender.

### Ratings of Commonwealth General Obligation Bonds

On September 3, 2008, Moody's confirmed its "Baa3" rating on the Commonwealth's general obligation debt, and its stable ratings outlook thereon.

On September 3, 2008, S&P confirmed its "BBB−" rating of the Commonwealth's general obligation and appropriation debt, and its stable outlook thereon.

### Commonwealth Guaranteed Debt

As of December 31, 2008, $3.05 billion of Commonwealth guaranteed bonds of the Public Buildings Authority were outstanding. Maximum annual debt service on these bonds is $236.2 million in fiscal year 2011, with their final maturity being July 1, 2037. No payments under the Commonwealth guaranty have been required to date for these bonds.

As of December 31, 2008, $267 million of Commonwealth guaranteed bonds of GDB were outstanding. No payments under the Commonwealth guaranty have been required for these bonds.

As of December 31, 2008, GDB held approximately $154.8 million of the Port of the Americas Authority's outstanding bonds, which are guaranteed by the Commonwealth. The Authority is authorized to issue and GDB is authorized to purchase its bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port of the Americas. No payments under the Commonwealth guaranty have been required for these bonds. See "Other Public Corporations—Port of the Americas Authority" under "Public Corporations" below

PR-CCD-0007849

As of December 31, 2008, the aggregate outstanding principal amount of obligations of the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed by the Commonwealth was $902.0 million. This amount consisted of $284.7 million in revenue bonds sold to the public, $312.4 million in bonds issued to the United States Department of Agriculture, Rural Development, and $304.9 million of loans by the State Revolving (Clean Water and Safe Drinking Water Act) Funds for the benefit of PRASA. From January 1997 through fiscal year 2005, the Commonwealth made debt service payments under its guaranty. Beginning with the debt service payment due January 1, 2006, the Commonwealth stopped making guarantee payments on these obligations and PRASA resumed making payment on this debt. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed obligations, the Commonwealth would be required once more to make such payments from the General Fund under its guarantee. See "Other Public Corporations—Puerto Rico Aqueduct and Sewer Authority" under "Public Corporations" below.

**Trends of Public Sector Debt**

The following table shows the growth rate of short-term and long-term public sector debt and the growth rate of gross national product (in current dollars) for the five fiscal years ended June 30, 2008 and for the first six months of fiscal year 2009. As of December 31, 2008, outstanding short-term debt, relative to total debt, was 12.6%.

**Commonwealth of Puerto Rico**
**Public Sector Debt and Gross National Product**
**(dollars in millions)[*]**

| June 30, | Long Term[2] | Short Term[3] | Short Term as % of Total | Total | Rate of Increase | Amount | Rate of Increase |
|---|---|---|---|---|---|---|---|
| | | | **Public Sector** | | | **Gross National Product[1]** | |
| 2004 | $31,767 | $2,175[4] | 6.4% | $33,942 | 14.3% | $50,709 | 6.8% |
| 2005 | 34,789 | 1,914[4] | 5.2 | 36,703 | 8.1 | 53,752 | 6.0 |
| 2006 | 37,313 | 2,620[4][5] | 6.6 | 39,933 | 8.8 | 56,732 | 5.5 |
| 2007 | 39,492 | 3,326 | 7.8 | 42,818 | 7.2 | 58,563 | 3.2 |
| 2008 | 43,413 | 3,269 | 7.0 | 46,682 | 9.0 | 60,787 | 3.8 |
| December 31, 2008 | 43,675 | 6,292 | 12.6 | 49,967 | 7.0 | - | - |

[*]  Totals may not add due to rounding.
(1)  In current dollars.
(2)  Does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico—Public Sector Debt," which would have been issued and outstanding at the time, all of which would be considered long-term debt.
(3)  Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(4)  Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(5)  Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source*: Government Development Bank for Puerto Rico

The following table shows the trend of public sector debt by major category for the five fiscal years ended June 30, 2008 and for the first six months of fiscal year 2009.

PR-CCD-0007850

**Commonwealth of Puerto Rico**
**Public Sector Debt by Major Category**
**(dollars in millions)**[*]

| June 30, | Commonwealth | | | Municipalities | | | Public Corporation[(1)] | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Long Term | Short Term[(2)] | Total | Long Term | Short Term[(2)] | Total | Long Term | Short Term[(2)] | Total | Long Term | Short Term[(2)] | Total |
| 2004 | $7,758 | $761[(3)] | $8,519 | $1,820 | $226 | $2,046 | $22,190 | $1,187 | $23,377 | $31,767 | $2,175 | $33,942 |
| 2005 | 8,761 | 257[(3)] | 9,018 | 1,927 | 254 | 2,181 | 24,101 | 1,403 | 25,504 | 34,789 | 1,914 | 36,703 |
| 2006 | 9,841 | 552[(3)(4)] | 10,393 | 2,037 | 293 | 2,330 | 25,435 | 1,775 | 27,210 | 37,313 | 2,620 | 39,933 |
| 2007 | 10,335 | 224 | 10,559 | 2,164 | 299 | 2,463 | 26,993 | 2,803 | 29,796 | 39,492 | 3,326 | 42,818 |
| 2008 | 9,273 | 519 | 9,792 | 2,507 | 313 | 2,820 | 31,633 | 2,437 | 34,070 | 43,413 | 3,269 | 46,682 |
| December 31, 2008 | 9,525 | 2,809 | 12,334 | 2,550 | 288 | 2,838 | 31,599 | 3,195 | 34,794 | 43,675 | 6,292 | 49,967 |

* Totals may not add due to rounding.
(1) Includes Commonwealth guaranteed debt; does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico—Public Sector Debt."
(2) Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(3) Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(4) Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source*: Government Development Bank for Puerto Rico

## PUBLIC CORPORATIONS

In Puerto Rico, many governmental and quasi-governmental functions are performed by public corporations created by the Legislative Assembly with varying degrees of independence from the central government to perform generally a single function or a limited number of related functions. Most public corporations obtain revenues from rates charged for services or products, but many are subsidized to some extent by the central government. Most public corporations are governed by boards whose members are appointed by the Governor with the advice and consent of the Senate, but some public corporations are attached to departments of the central government. Capital improvements of most of the larger public corporations are financed by revenue bonds issued under trust agreements or bond resolutions, or by notes issued under loan agreements. The following table presents the outstanding bonds and notes of certain of the public corporations as of December 31, 2008 ("notes" as used in this section refers primarily to certain types of non-bonded debt regardless of maturity). Debt of certain other public corporations is excluded from this table because such debt is payable primarily from funds or grants provided by the federal government, is payable from sources other than Commonwealth appropriations or taxes or revenues of public corporations, or is payable from revenues derived from private sector services or products, such as industrial development bonds. Also excluded from this table is debt of certain public corporations the inclusion of which would reflect double counting. No deductions have been made in the table for debt service funds and debt service reserve funds. More detailed information about the major public corporations is presented in the following sections.

PR-CCD-0007851

**Commonwealth of Puerto Rico**
**Outstanding Debt of Public Corporations**
**December 31, 2008**
**(in thousands)**

| | With Guaranty | Bonds Without Guaranty | Total | With Guaranty | Notes Without Guaranty | Total | Total Bonds and Notes With Guaranty | Without Guaranty | Total |
|---|---|---|---|---|---|---|---|---|---|
| Aqueduct and Sewer Authority | $ 597,142 | $ 1,338,650 | $ 1,935,792 | $304,881 | $586,288 | $891,169 | $ 902,023 | $ 1,924,938 | $ 2,826,961 |
| Convention Center District Authority | - | 461,800 | 461,800 | - | 150,930 | 150,930 | - | 612,730 | 612,730 |
| Electric Power Authority | - | 6,031,091 | 6,031,091 | - | 1,257,605 | 1,257,605 | - | 7,288,696 | 7,288,696 |
| Highway and Transportation Authority | - | 6,344,134[1] | 6,344,134 | - | 671,096 | 671,096 | - | 7,015,230 | 7,015,230 |
| Housing Finance Authority[2] | - | 541,392 | 541,392 | - | 53,924 | 53,924 | - | 595,316 | 595,316 |
| Industrial Development Company | - | 258,047 | 258,047 | - | 89,075 | 89,075 | - | 347,122 | 347,122 |
| Infrastructure Financing Authority | - | 1,853,083[3] | 1,853,083 | - | 34,000 | 34,000 | - | 1,887,083 | 1,887,083 |
| Port of the Americas Authority | 154,840 | - | 154,840 | - | - | - | 154,840 | - | 154,840 |
| Ports Authority | - | 58,545[4] | 58,545 | - | 645,536 | 645,536 | - | 704,081 | 704,081 |
| Public Buildings Authority | 3,048,799 | - | 3,048,799 | - | 86,182 | 86,182 | 3,048,799 | 86,182 | 3,134,981 |
| Public Finance Corporation | - | 1,635,174[5] | 1,635,174 | - | 101,324 | 101,324 | - | 1,736,498 | 1,736,498 |
| P.R. Sales Taxes Financing Corp. (COFINA) | - | 5,237,749 | 5,237,749 | - | - | - | - | 5,237,749 | 5,237,749 |
| University of Puerto Rico | - | 584,998[6] | 584,998 | - | 34,128 | 34,128 | - | 619,126 | 619,126 |
| Others[7] | - | - | - | - | 2,633,967 | 2,633,967 | - | 2,633,967 | 2,633,967 |
| Total[8] | $3,800,781 | $24,344,663 | $28,145,444 | $304,881 | $6,344,055 | $6,648,936 | $4,105,662 | $30,688,718 | $34,794,380 |

(1) Excludes $153 million of Special Facilities Revenue Bonds issued by the Highway and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge.
(2) Excludes the $197 million of Housing Finance Authority bonds, which are payable solely from Puerto Rico Public Housing Administration's annual allocation of Public Housing Capital Funds from the U.S. Department of Housing and Urban Development.
(3) Excludes $1 billion of outstanding bonds of Infrastructure Financing Authority, which bonds are payable solely from the investment income of funds on deposit in the Infrastructure Development Fund consisting of proceeds from the sale of a controlling interest in Puerto Rico Telephone Company. See "Puerto Rico Infrastructure Financing Authority" under "Other Public Corporations" below.
(4) Excludes $155 million of Special Facilities Bonds issued by the Ports Authority, which bonds are payable solely from the pledge of certain payments made by a private corporation under a special facilities agreement.
(5) Payable primarily from Commonwealth appropriations.
(6) Excludes $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by AFICA, which bonds are payable from rent payments made by the University of Puerto Rico.
(7) Includes lines of credit with GDB.
(8) Excludes accretion of interest from the respective issuance dates on capital appreciation bonds. Also excludes $1.4 billion original principal amount of Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2002, which bonds will be repaid from payments made by certain tobacco companies under a master settlement agreement. See "Children's Trust" under "Other Public Corporations" below.

*Source:* Government Development Bank for Puerto Rico

## Government Development Bank for Puerto Rico

The principal functions of GDB are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities and public corporations in connection with the issuance of bonds and notes, to make loans and advances to public corporations and municipalities, and to make loans to private enterprises to aid in the economic development of Puerto Rico.

PR-CCD-0007852

As of December 31, 2008, $1.76 billion of bonds and notes of GDB (excluding its subsidiaries) were outstanding, consisting of $267 million in Commonwealth guaranteed bonds and $1.5 billion of medium term senior notes. Act No. 12 of May 1, 1975, as amended, provides that the payment of principal of and interest on specified notes and other obligations of GDB, not exceeding $550 million, may be guaranteed by the Commonwealth, of which $267 million were outstanding as of December 31, 2008. As of said date, GDB also had $6.1 billion in loans outstanding to the central government of the Commonwealth and its public corporations and municipalities.

Act No. 82 of June 16, 2002 ("Act 82") amended GDB's Charter to authorize GDB to transfer annually to the General Fund, beginning with fiscal year 2001, up to 10% of its audited net income or $10,000,000, whichever is greater. GDB is not required by Act 82 to transfer any funds. GDB made payments to the General Fund of $11.6 million for fiscal year 2003 and $18.4 million for fiscal year 2004. GDB did not make a payment to the General Fund under Act 82 for fiscal years 2005, 2006, 2007 and 2008 and does not expect to make a payment for fiscal year 2009.

Under Act No. 271 of November 21, 2002, GDB made a required special capital contribution to the Special Communities Perpetual Trust (the "Perpetual Trust") of $500 million and provided the Perpetual Trust with a $500 million, non-revolving, line of credit. The amounts transferred to the Perpetual Trust were deposited in two investment accounts held by GDB for the benefit of the Perpetual Trust. As of December 31, 2008, the Perpetual Trust had repaid $123.9 million of its line of credit and had an outstanding balance of $376 million and interest due of $40 million. The line of credit is payable from legislative appropriations.

GDB has several subsidiaries that perform various functions. The principal subsidiaries and their functions are listed below:

*Puerto Rico Housing Finance Authority.* Puerto Rico Housing Finance Authority ("Housing Finance Authority") (formerly known as Housing Finance Corporation) was created to provide needed rental housing units and stimulate the construction industry under federally subsidized programs. Effective February 8, 2002, Housing Finance Corporation became the Housing Finance Authority and the Housing Bank and Finance Agency was dissolved and its powers transferred to the Housing Finance Authority. Housing Finance Authority provides financing for rental housing units, stimulates the construction industry under federally subsidized programs and provides interim financing for low-income housing projects and single-family homeownership programs. It is also engaged in insuring and servicing mortgages originated by the former Housing Bank and Finance Agency. As of December 31, 2008, Housing Finance Authority's total outstanding loans to the private sector for development of housing projects targeted to low and moderate income families were $109.7 million. The Authority's mortgage loans to low and moderate income homeowners represented an additional $117.5 million as of the same date.

Housing Finance Authority has outstanding tax-exempt revenue bonds and notes that were issued to finance the construction of housing units approved for federal rental subsidies and to finance home ownership of single family housing units. Such bonds and notes are generally limited obligations of Housing Finance Authority payable solely from revenues collected from

I-48

such housing units, with certain exceptions. As of December 31, 2008, $1.118 billion of Housing Finance Authority bonds were outstanding.

As of December 31, 2008, the Housing Finance Authority also had outstanding $527 million of bonds and notes issued to fund certain payments of the Commonwealth under its mortgage subsidy and other programs for low and moderate income families, and to guarantee certain insurance obligations of the former Housing Bank and Finance Agency.

As of December 31, 2008, the Housing Finance Authority had total notes and bonds outstanding of $1.229 billion (including $53.9 million of debt outstanding under GDB lines of credit, $4.8 million in notes payable and $52.4 million owed under repurchase agreements) and total unrestricted net assets of $291.5 million.

*Puerto Rico Tourism Development Fund.* Puerto Rico Tourism Development Fund ("TDF") promotes Puerto Rico's hotel and tourism industry by making available direct loans and guarantees to secure the private financing for new hotel development projects. TDF is also authorized to make capital investments in tourism related projects. As of December 31, 2008, TDF had outstanding direct loans in an aggregate principal amount of $285.1 million and guarantees issued in the outstanding amount of $117.7 million to finance several hotels and tourism-related projects.

TDF has made payments under its guarantees and letters of credit in the aggregate amount of approximately $313.4 million with respect to several projects, including $282 million disbursed to pay in full the bonds issued to finance three projects, which bonds had been declared due and payable at the direction of TDF due to the failure of the applicable borrowers to comply with their obligations under the related reimbursement agreements. Of the total amount disbursed, TDF has been able to recover approximately $199.7 million from the borrowers. After taking these payments and all related recoveries into account, the unrestricted net assets of TDF as of December 31, 2008, were approximately $153.4 million, and its allowances for losses on guarantees, loans, other assets and letters of credit were approximately $37.4 million.

*Government Development Bank for Puerto Rico Capital Fund.* The Government Development Bank for Puerto Rico Capital Fund (the "Capital Fund") invests and trades in debt obligations and publicly traded shares of domestic and foreign corporations separate from GDB's general investment operations. As of December 31, 2008, the Capital Fund had assets of $61.5 million, of which $27.7 million were invested in an equity index fund that invests mainly in growth, value, small cap and international stocks. In addition, $23 million were invested in structured notes.

*Development Fund.* The Puerto Rico Development Fund (the "Development Fund") provides an alternate source of financing to private enterprises in Puerto Rico that have difficulties in obtaining financing from traditional sources. The Development Fund also guarantees obligations of these enterprises and invests in their equity securities. As of December 31, 2008, the Development Fund had an investment of $2.6 million in preferred shares of a private entity. In addition, the Development Fund provided guarantees of $13.1 million, to guarantee 33% of loans under the "Key to Your Business" program of the Economic

I-49

PR-CCD-0007854

Development Bank. As of December 31, 2008, the allowance for losses on guarantees was approximately $962,258.

*Puerto Rico Public Finance Corporation.* Puerto Rico Public Finance Corporation ("PFC") provides agencies and instrumentalities of the Commonwealth with alternate means of meeting their financing requirements. PFC currently holds notes payable by the Commonwealth, the Maritime Shipping Authority, the Office for the Improvement of Public Schools, the Department of Health, and the Aqueduct and Sewer Authority, among others. As of December 31, 2008, it had $1.6 billion aggregate principal amount of bonds outstanding. All such bonds are limited, non-recourse obligations of PFC payable from Commonwealth appropriations made to pay the notes held by PFC. In addition, PFC had $101.3 million of notes outstanding under a line of credit with GDB whose proceeds were used to pay fiscal year 2007 debt service on its bonds due to the failure of the Commonwealth to make the required debt service appropriations on account of its fiscal problems.

*Puerto Rico Sales Tax Financing Corporation.* COFINA is an independent governmental instrumentality of the Commonwealth created by Act 91. COFINA was originally created for the purpose of financing the payment, retirement, or defeasance of certain appropriation-backed debt outstanding as of June 30, 2006, payable to GDB and PFC. As of December 31, 2008, COFINA had approximately $5.2 billion outstanding of its Sales Tax Revenue Bonds (excluding all accretion on capital appreciation bonds).

Recently, the Legislative Assembly of Puerto Rico expanded the purposes for which COFINA was created and, correspondingly, increased its revenues by increasing from 1% to 2.75% (one-half of the tax rate of 5.5%) the portion that is transferred to COFINA of the sales and use tax imposed by the central government. As a result, COFINA was authorized to issue bonds for the following additional purposes: (i) to pay, in whole or in part, the debt of the Secretary of Treasury with GDB in the amount of $1 billion, the proceeds of which were used to cover the budgetary deficit for fiscal year 2009, (ii) to pay, in whole or in part, certain financing granted to the Secretary of the Treasury by GDB payable from future Commonwealth general obligation bonds, and any debt of the Commonwealth outstanding as of December 31, 2008 that did not have a source of repayment or was payable from budgetary appropriations, (iii) to pay, in whole or in part, the accounts payable to suppliers of the Commonwealth, (iv) to pay or finance operational expenses of the Commonwealth for fiscal years 2009, 2010, and 2011, (v) to pay or finance operational expenses of the Commonwealth for fiscal year 2012, which would have to be included in the annual budget of the Government of Puerto Rico, (vi) to fund the Puerto Rico Economic Stimulus Fund, (vii) to fund the Commonwealth Emergency Fund in order to cover expenses resulting from catastrophic events such as hurricanes or floods, and (viii) to generate moneys to fund the Economic Cooperation and Public Employees Alternatives Fund. In March 2009, COFINA borrowed $500 million and $250 million from a local commercial bank and GDB, respectively. These loans, which are subordinate to the outstanding bonds and will be repaid from proceeds of future bonds issues, were used to make payments to the Commonwealth's suppliers of goods and services.

A description of certain other affiliates of GDB is provided in "Other Public Corporations" below.

I-50

PR-CCD-0007855

**Other Public Corporations**

*Puerto Rico Aqueduct and Sewer Authority.* PRASA owns and operates Puerto Rico's public water supply and sanitary sewer facilities systems.

PRASA reported net operating losses of $103.4 million for fiscal year 2008, compared to net operating income of $31.2 million for fiscal year 2007, and net operating losses of $220.4 million for fiscal year 2006. The total debt of PRASA was $2.8 billion as of December 31, 2008. This debt includes outstanding bonds of $1.9 billion, interim financing for capital improvements of $756.8 million and interim financing for operations of $134.4 million. PRASA's senior debt is rated Baa3, BBB– and BBB– by Moody's, S&P and Fitch Ratings ("Fitch"), respectively.

As part of its efforts to regain fiscal independence, in 2005 PRASA approved the implementation in two phases of a substantial increase of 128% in water and wastewater service rates. The first phase took effect on October 10, 2005 and the second phase took effect on July 1, 2006. In addition, PRASA approved annual rate adjustments of up to 4.5% starting in fiscal year 2010, up to a cumulative increase of 25%. Increases beyond the 4.5% annual adjustment or the 25% limit are subject to public hearings.

The Commonwealth guarantees the principal and interest payments on the outstanding revenue refunding bonds, 2008 Series A and B, any bonds issued on or before June 30, 2010 to the United States Department of Agriculture, Rural Development, and the loans granted on or before June 30, 2010 by the Clean Water and Drinking Water State Revolving Funds for the benefit of PRASA. In the event that PRASA is unable to make all or any portion of the future debt service payments on these guaranteed debts, the Commonwealth will be responsible for covering such payments.

In June 2006, PRASA entered into an agreement to plead guilty to an indictment charging 15 felony counts of violating the federal Clean Water Act through the illegal discharge of pollutants from nine sanitary wastewater treatment plants and five drinking water treatment plants. PRASA and the United States also reached a comprehensive civil settlement to resolve repeated environmental violations of various wastewater treatment plants throughout the Commonwealth. In December 2006, PRASA and the Commonwealth Department of Health executed a settlement agreement superseding 180 administrative orders against, and three prior settlement agreements with, PRASA. Under the terms of this agreement, PRASA agreed to implement short, medium and long-term work plans, as well as interim mitigation and preventative measures, all to bring PRASA's water system into compliance with federal and Commonwealth potable water regulations.

In March 2008 PRASA issued its 2008 Series A and B Senior Lien Bonds and Series A and B Commonwealth Guaranteed Refunding Bonds for a total aggregate amount of $1.62 billion. The Senior Lien Bonds were issued under the provisions of its 2008 Master Agreement of Trust and the Refunding Bonds were issued under the provisions of its 1995 Bond Resolution. The proceeds of the Senior Lien Bonds were used mainly to refinance certain interim debts, to partially cover its capital improvement program and to make a swap agreement termination payment, among other uses. The Refunding Bonds were issued to refund its Series 1995 Commonwealth Guaranteed Bonds.

PR-CCD-0007856

*Children's Trust.* The Children's Trust is a not-for-profit corporate entity created in 1999 as a public instrumentality of the Commonwealth. The Commonwealth has transferred to the Children's Trust all of its rights, title and interest under the tobacco litigation Master Settlement Agreement, including the Commonwealth's right to receive initial, annual and strategic contribution payments to be made by the participating cigarette manufacturers under the Master Settlement Agreement.

Children's Trust issued $1.2 billion Tobacco Settlement Asset-Backed Bonds in October 2002. The bond proceeds were used, among other things, to pay the cost of certain capital expenses of the Commonwealth and certain capital and working capital expenses of PRASA. On June 30, 2005, the Children's Trust issued $108.2 million subordinate Tobacco Settlement Asset-Backed Bonds to pay working capital expenses of the Commonwealth. On May 1, 2008, Children's Trust issued an additional $195.9 million of subordinate Tobacco Settlement Asset-Backed Bonds. As of December 31, 2008, the Children's Trust had outstanding bonds in the principal amount of $1.4 billion. These bonds and any other additional senior bonds issued by Children's Trust are payable solely from, and secured by a statutory pledge of, the payments made and to be made by the participating cigarette manufacturers under the Master Settlement Agreement. To date, all principal and interest payments required to be made by the Children's Trust on its outstanding bonds have been made on a timely basis from contribution payments made by the participating cigarette manufacturers under the Master Settlement Agreement.

*Puerto Rico Convention Center District Authority.* The Puerto Rico Convention Center District Authority (the "Convention Center District Authority") was created to own, develop, finance, plan, design, build, operate, maintain, administrate and promote a new convention center and designated private parcels located within the Convention Center District in San Juan. The convention center opened on November 17, 2005.

AFICA financed the construction of a multipurpose coliseum in San Juan, known as the José Miguel Agrelot Coliseum, with a line of credit provided by GDB. The Coliseum was transferred to the Convention Center District Authority along with the associated line of credit. As of December 31, 2008, this line of credit with GDB had an outstanding balance of $150.9 million, which is expected to be paid from the proceeds of Commonwealth general obligation bonds. The Convention Center District Authority's debt as of December 31, 2008 was $612.7 million, including $461.8 million in outstanding bonds issued in March 2006 to finance the Convention Center and payable from a portion of a hotel room tax.

*Puerto Rico Electric Power Authority.* The Puerto Rico Electric Power Authority ("PREPA") owns and operates Puerto Rico's electric public system.

PREPA reported net operating income of $181.1 million, $370.9 million and $403.0 million during fiscal years 2008, 2007 and 2006, respectively. The total debt of PREPA was $7.3 billion as of December 31, 2008. This debt includes outstanding bonds of $6.0 billion, interim financing for capitals improvements of $663.1 million and interim financing for operations of $594.5 million. PREPA's debt is rated A3, BBB+ and A− by Moody's, S&P and Fitch, respectively.

PR-CCD-0007857

As a means of reducing its dependency on oil, PREPA has entered into long-term power purchase agreements with private operators of two co-generation plants that use fuels other than oil. Currently, these two co-generation plants provide approximately 30% of PREPA's energy needs.

*Health Insurance Administration.* The Health Insurance Administration was created in 1993 to negotiate and contract for the provision of comprehensive health insurance coverage for qualifying (generally low income) Puerto Rico residents. Under this system, the government selects, through a bidding system, one private health insurance company in each of eight designated regions of the island and pays such insurance company the insurance premium for each eligible beneficiary within such region. The health insurance system covers the entire island, and approximately 1.5 million persons were covered by the system during fiscal year 2008.

In January 2006, the Commonwealth entered into various contracts with several Medicare Advantage Organizations for the provision of health coverage to approximately 200,000 eligible beneficiaries. Pursuant to these agreements, the Commonwealth pays each Medicare Advantage Organization a premium difference to cover services not included in their contracts with the Center for Medicaid and Medicare Services.

The estimated total cost of the health insurance program for fiscal year 2009 is $1.88 billion, compared to $1.67 billion for fiscal year 2008 and $1.59 billion for fiscal year 2007. For fiscal year 2009, the General Fund is expected to cover $1.50 billion of the total cost of the health insurance program. The remaining $379 million will be paid from federal, municipal and other sources. The fiscal year 2010 budget estimates the cost of the health insurance program at $1.86 billion, of which the General Fund is expected to cover $1.0 billion, while the remaining $860 million will be paid from federal, municipal and other sources. The expected decrease in the cost of the health insurance program to the General Fund for fiscal year 2010, as compared to fiscal year 2009, is due to funding expected to be received by the Commonwealth under ARRA for the health sector. See "Budget of the Commonwealth of Puerto Rico."

*Puerto Rico Highways and Transportation Authority.* The Puerto Rico Highways and Transportation Authority ("PRHTA") is responsible for highway construction in Puerto Rico. Such construction is financed by debt (interim notes and revenue bonds), revenues of PRHTA, and federal and Commonwealth grants.

PRHTA reported a net operating loss of $448.7 million for fiscal year 2008, compared to net operating losses of $386.0 million and $56.7 million for fiscal years 2007 and 2006, respectively.

Debt service on PRHTA's revenue bonds constitutes a first lien on its gross revenues, which consist currently of all the proceeds of the tax on gasoline, one-half of the proceeds of the tax on gas oil and diesel oil, all the proceeds of the excise taxes on crude oil, unfinished oil and derivative products, up to $120 million per fiscal year, highway toll revenues and the gross receipts of $15.00 per vehicle per year from certain motor vehicle license fees. Such revenues (except for toll revenues) may be applied first to the payment of debt service on general obligation bonds and notes of the Commonwealth and to payments required to be made by the

PR-CCD-0007858

Commonwealth under its guarantees of bonds and notes, to the extent that no other revenues are available for such purpose. The Commonwealth has never applied such revenues for such payment.

As of December 31, 2008, PRHTA's total debt was $7.0 billion, including $6.3 billion in outstanding bonds and interim, subordinated financings with a private financial institution and GDB. As of April 30, 2009, the financing with the private financial institution was in the principal amount of $400 million and is due in August 2009, and the financings with GDB were in the aggregate principal amount of $302.1 million and are due in June 2009. PRHTA's Senior Transportation Revenues Bonds are rated Baa3 and BBB by Moody's and S&P, respectively.

PRHTA has a mass transit system, known as Tren Urbano, serving a portion of metropolitan San Juan. It was constructed under several design/build contracts and is being privately operated under a five-year contract with an additional five-year option at PRHTA's election. The cost of the project was $2.25 billion, which cost was financed by federal Transit Administration grants, other federal funding sources and PRHTA's own resources, including revenue bonds. Tren Urbano commenced operations in June 2005.

PRHTA is a party to a concession agreement under which a private company designed, constructed and currently is operating a toll bridge spanning the San José Lagoon. The toll bridge was financed with special facility revenue bonds of PRHTA, payable by the private operator of the bridge principally from toll revenues. The concession is for a term of 35 years, subject to earlier termination or extension. The bridge opened for traffic in February 1994. In certain circumstances described in the concession agreement, including where toll revenues are insufficient to generate certain rates of return to the private operator, the private operator may require PRHTA, among other things, to assume the operator's obligations with respect to the special facility revenue bonds. Some of those circumstances, including low toll revenues, exist at this time, but PRHTA does not currently anticipate that the operator will exercise its remedy against PRHTA.

*Puerto Rico Industrial Development Company.* The Puerto Rico Industrial Development Company ("PRIDCO") participates in the Commonwealth-sponsored economic development program by providing physical facilities, general assistance, and special incentive grants to manufacturers. PRIDCO reported consolidated net operating losses of $6.1 million for fiscal year 2008, compared to consolidated net operating income of $2.1 million for fiscal year 2007 and consolidated net losses of $15.6 million for fiscal year 2006. The total debt of PRIDCO was $347.1 million as of December 31, 2008. This debt includes outstanding bonds of $258.0 million and interim financing for operations of $89.1 million. PRIDCO's debt is rated Baa1 and BBB by Moody's and S&P, respectively.

During fiscal years 2006 and 2007 PRIDCO entered into a company reorganization plan establishing an early retirement plan and a voluntary separation plan with the objective of reducing workforce and to achieve expense reductions. This plan was financed by a line of credit from GDB, which had an outstanding balance of $45.7 million as of December 31, 2008.

*Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority.* AFICA was created to finance (through the issuance of its

I-54

PR-CCD-0007859

revenue bonds) industrial, tourist, educational, medical, and environmental control facilities in Puerto Rico for the use of private companies, non-profit entities, or government agencies. The bonds are payable solely from payments to be made to AFICA by such private companies, non-profit entities, or government agencies, and do not constitute a debt of the Commonwealth or any of its other public corporations or municipalities. As of December 31, 2008, approximately $1.5 billion of AFICA's bonds were outstanding.

*Puerto Rico Infrastructure Financing Authority.* The Puerto Rico Infrastructure Financing Authority ("PRIFA") was created to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other public corporations, governmental instrumentalities, political subdivisions and municipalities (collectively, "Benefited Entities") authorized to develop infrastructure facilities and to establish alternate means for financing those facilities. PRIFA is authorized to issue bonds and provide loans, grants and other financial assistance for the construction, acquisition, repair, maintenance and reconstruction of infrastructure projects by Benefited Entities.

As of December 31, 2008, the PRIFA's total debt was $1.89 billion. This debt includes bonds outstanding of $1.85 billion and interim financing for capital improvements of $34 million. PRIFA's debt is rated Baa3 and BBB+ by Moody's and S&P, respectively.

PRIFA oversees the Puerto Rico Infrastructure Fund, which was funded with annual fixed amounts from the first proceeds of federal excise taxes imposed on rum and other articles produced in Puerto Rico and sold in the United States which are transferred to Puerto Rico pursuant to the United States Internal Revenue Code of 1986, as amended. Currently, this amount is $90 million through fiscal year 2009 and will then increase to $117 million annually through fiscal year 2052. Rum is the only article currently produced in Puerto Rico subject to federal excise taxes, the proceeds of which are required to be returned to the Treasury. The Authority is using these amounts to provide financial support for various infrastructure and other projects.

Pursuant to Act No. 8 of March 9, 2009, PRIFA also has the responsibility of implementing in the Commonwealth the applicable provisions of ARRA. One of its main responsibilities regarding ARRA is to maximize the flow of funds from the Federal Government for the appropriate investment in qualified projects and activities. PRIFA also has the responsibility for the receipt, administration and disbursement of such funds and of monitoring those governmental agencies and entities that finally receive the funds under ARRA.

PRIFA is investing a portion of its resources in new infrastructure projects in connection with the holding of the Central American and Caribbean Games in Mayagüez, Puerto Rico, in 2010. In September 2006, the Authority issued $469.8 million of bonds to finance these and other infrastructure projects.

Act No. 3, approved by the Legislature of the Commonwealth on January 14, 2009 ("Act 3"), authorized the sale of the securities of the Corpus Account established under Act No. 92 of June 24, 1998, a perpetual account of the Infrastructure Development Fund, which, in turn, is under the control and custody of PRIFA. The Corpus Account was initially funded with $1.2 billion of the proceeds of the sale of Puerto Rico Telephone Authority and the investment

I-55

interest earned on such Account has been used to pay debt service on PRIFA's $1.1 billion Series 2000 A and B Bonds (limited obligations). Under the provisions of Act 3, PRIFA redeemed the Corpus Account securities in January 2009 and used the proceeds of the sale to: (i) make a deposit into an escrow account which is sufficient to retire the Series 2000 A and B Bonds on October 1, 2010 as PRIFA currently intends, (ii) make a deposit to the General Fund to be applied to the Commonwealth's current budget deficit, (iii) make a transfer to GDB as a capital contribution to GDB, and (iv) make a deposit to the Corpus Account to be invested in a long-term investment agreement with GDB.

*Puerto Rico Municipal Finance Agency.*   The Puerto Rico Municipal Finance Agency ("MFA") is the municipal "bond bank" for Puerto Rico. MFA is authorized to issue bonds to purchase general obligation bonds and notes of Puerto Rico municipalities and to fund a debt service reserve. Debt service on MFA's bonds is payable from debt service payments on municipal bonds and notes held by MFA and from the debt service reserve, including investment income thereon. The Commonwealth has agreed to pay such amounts to the debt service reserve as may be necessary to maintain it at its required level, subject to appropriation by the Legislative Assembly, which appropriation is authorized but not legally required to be made. To date no such payments have been required. As of December 31, 2008, MFA had $1.26 billion of bonds outstanding.

*Port of the Americas Authority.*   The Port of the Americas Authority ("PAA") is responsible for the development and operation of the Port of the Americas (the "Port"), a deep draft port on the south coast of Puerto Rico.

PAA is authorized to issue bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port. Currently, GDB is authorized by law to purchase bonds of PAA in an aggregate principal amount not to exceed $250 million. As of December 31, 2008, GDB held approximately $154.8 million of PAA's outstanding bonds, which are guaranteed by the Commonwealth. In August 2008, PAA made a partial payment of the interest due on these bonds. GDB has not formally requested the balance to the Commonwealth under its guarantee but is in conversations with OMB regarding such payment and the upcoming payment due in August 2009.

The first phase of the Port was completed in fiscal year 2004. This initial phase included the improvement of piers 4, 5, and 6 of the Port and the acquisition of heavy equipment at a cost of $40 million. During calendar year 2005, the PAA began the second phase of the Port, which phase will provide capacity to handle up to 250,000 Twenty-Foot Equivalent Units ("TEU") per year. This second phase includes (i) dredging the entrance channel and adjacent areas of the Port to a depth of 50 feet, (ii) reconstructing the container terminals, (iii) commencing certain required environmental risk mitigation procedures, and (iv) preparing final construction schematics. The second phase is substantially complete, and the remaining items are expected to be completed by May 2009.

A third phase, which will provide for the expansion of the Port's capacity, was initiated in May 2007. This phase includes (i) infrastructure improvements related to access roads, (ii) the development of utility infrastructure, namely, a new storm canal and the relocation of electricity

PR-CCD-0007861

lines and the water and sanitation system, (iii) additional dredging at certain pier locations, and (iv) the expansion of the container terminal. The first expansion under this phase will provide sufficient capacity to process 500,000 TEU annually and is expected to be finished in the second half of 2011.

*Puerto Rico Ports Authority.* The Puerto Rico Ports Authority ("Ports Authority") owns and operates the major airport and seaport facilities in Puerto Rico. Ports Authority derives revenues from a variety of sources, including charges on airplane fuel sales, air terminal space rentals, landing fees, wharfage, dockage and harbor fees, and rentals for the lease of property and seaport equipment. Ports Authority reported net operating losses of $34 million, $20.1 million and $15.7 million during fiscal years 2008, 2007 and 2006, respectively. The total debt of PRPA was $704.1 million as of December 31, 2008. This debt includes outstanding bonds of $58.5 million, credit facilities for capital improvements with GDB and private financial institutions of $233.8 million and a loan for operational purposes with private financial institutions of $411.7 million. The loan for operational purposes and a portion of the credit facilities for capital improvements are guaranteed by GDB. PRPA debt is rated Baa3 and BBB− by Moody's and S&P, respectively.

As of April 30, 2009, the outstanding balance of the credit facilities for capital improvements with private financial institutions was $188.6 million, which is due on June 30, 2009. Of this amount, $92.1 million, plus interest, is guaranteed by GDB.

*Puerto Rico Public Buildings Authority.* The Puerto Rico Public Buildings Authority ("PBA") is authorized to construct, purchase or lease office, school, health, correctional and other facilities for lease to departments, public corporations, and instrumentalities of the Commonwealth. Bonds that have been issued by PBA to finance such facilities (through retirement of interim notes or otherwise) are payable from lease payments, which are largely derived from legislative appropriations and are secured by the Commonwealth's guaranty. PBA is authorized by law to have outstanding at any one time up to $3.325 billion of bonds guaranteed by the Commonwealth. As of December 31, 2008, $3.049 billion of such bonds of PBA were outstanding (not including accretion of interest from the respective issuance dates on capital appreciation bonds). As of December 31, 2008, PBA's line of credit with GDB had an outstanding balance of $86.2 million. PBA debt is rated Baa3 and BBB− by Moody's and S&P, respectively.

*Special Communities Perpetual Trust.* The Perpetual Trust is a public corporation created by law to be an irrevocable and permanent trust. The Perpetual Trust's principal purpose is to fund development projects that address the infrastructure and housing needs of underprivileged communities. GDB has made a special capital contribution to the Perpetual Trust of $500 million and provided the Trust with a $500 million, non-revolving, line of credit. The amounts transferred by GDB were deposited in two investment accounts held by GDB for the benefit of the Perpetual Trust, which generated interests ascending to $89 million as of December 31, 2008. These additional funds were distributed among 56 new identified special communities for the construction of new infrastructure projects in these communities. The Perpetual Trust has disbursed the total amount of $833 million as of December 31, 2008. As of December 31, 2008, the Perpetual Trust's line of credit with GDB had an outstanding balance of $376.1 million. The line of credit is payable from legislative appropriations.

PR-CCD-0007862

*Puerto Rico Telephone Authority.* The Puerto Rico Telephone Authority ("PRTA") was created in July 1974 when the Commonwealth purchased the Puerto Rico Telephone Company ("PRTC") from International Telephone and Telegraph Corporation. PRTC operates the principal telephone system in Puerto Rico.

In 1999, PRTA sold a controlling interest in PRTC to a consortium led by a predecessor of Verizon Communications, Inc ("Verizon"). The net proceeds of $1.2 billion, after PRTC's outstanding debt was retired and certain employee benefits were paid, was deposited into the Infrastructure Development Fund held by PRIFA. In 2002, Verizon exercised an option to purchase additional shares from PRTA for $172 million, leaving PRTA with a 28% ownership interest in PRTC. In 2007, PRTA sold its remaining interest in PRTC to a subsidiary of América Móvil, S.A. de C.V. for $529 million, the proceeds from which were transferred to the Employees Retirement System of the Commonwealth.

*University of Puerto Rico.* The University of Puerto Rico (the "University"), with approximately 64,511 students in academic year 2008-2009, is by far the largest institution of higher education on the island. Government appropriations are the principal source of University revenues, but additional revenues are derived from tuition, student fees, auxiliary enterprises, interest income, federal grants, and other sources. University capital improvements have been financed mainly by revenue bonds. As of December 31, 2008, the University's total debt was $621.1 million, including $585.0 million of outstanding revenue bonds. The University's debt is rated Baa2 and BBB by Moody's and S&P, respectively.

In 2000, AFICA issued its $86,735,000 Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) for the purpose of financing the construction of additional student housing and parking and office space for the University. The project was built, is being operated by Desarrollos Universitarios, Inc., a Puerto Rico not-for-profit corporation, and is leased to the University for a term equal to the term of the bonds, with University lease payments being sufficient to pay debt service on said bonds as they become due. These bonds are not included in the University's total debt or outstanding revenue bonds set forth in the prior paragraph.

In June 2007, the Board of Trustees of the University approved Certification No. 60 establishing a new policy and methodology for tuition fees structure. This new structure covers the tuition fees to be charged to new students until academic year 2012-2013. This policy was adopted to pursue continued development and financial stability of the University.

*Other public corporations.* Public corporations not described above have outstanding debt in the aggregate amount of $2.0 billion as of December 31, 2008. Debt service on $912 million of such outstanding debt is being paid from legislative appropriations. The Commonwealth is not, however, obligated to make any such appropriations. Additional legislative appropriations are made to enable certain of such corporations to pay their operating expenses.

PR-CCD-0007863

## INSURANCE MATTERS

Government-owned property is insured through policies obtained by the Secretary of the Treasury and through self-insurance, except for property owned by the Electric Power Authority and the Puerto Rico Aqueduct and Sewer Authority, whose properties are insured through arrangements and policies obtained by the respective Authorities. Personal injury awards against the Commonwealth are limited by law to $150,000 per occurrence.

## RETIREMENT SYSTEMS

*General.* Public employees of the Commonwealth and its instrumentalities are covered by five retirement systems: the Employees Retirement System, the Puerto Rico System of Annuities and Pensions for Teachers (the "Teachers Retirement System"), the Commonwealth Judiciary Retirement System (the "Judiciary Retirement System"), the Retirement System of the University of Puerto Rico (the "University Retirement System"), and the Employees Retirement System of Puerto Rico Electric Power Authority (the "Electric Power Authority Retirement System").

The University Retirement System and the Electric Power Authority Retirement System apply to employees of the University of Puerto Rico and Electric Power Authority, respectively. The Commonwealth is not required to contribute directly to those two systems, although a large portion of University revenues is derived from legislative appropriations.

*Covered Employees.* The Teachers Retirement System covers public school teachers and certain private school teachers, as well as teachers working in administrative positions. Substantially all active teachers of the Commonwealth's Department of Education are covered by Act No. 91 of March 29, 2004, which superseded Act No. 218 of May 6, 1951. The new law establishes that: (i) the Teachers Retirement System's active employees as of March 29, 2004 (not public school teachers or other Education Department employees) have the option to participate in the Teachers Retirement System or in the Employees Retirement System; (ii) persons hired by Teachers Retirement System after the approval of the new law may only become members of the Teachers Retirement System, (iii) active teacher employees of the Department of Education are members of the Teachers Retirement System, and (iv) licensed teachers working in private schools or other educational organizations may elect to become members of the Teachers Retirement System as long as the required employer and employee contributions are satisfied. The Judiciary Retirement System covers judges, and the Employees Retirement System covers all other employees of the Commonwealth, its municipalities and instrumentalities.

As of June 30, 2008, the total number of participants, including active participants and retirees, in the three systems was as follows: Employees Retirement System, 278,732; Teachers Retirement System, 77,840; and Judiciary Retirement System, 695. The three systems are financed by contributions made by employers (the Commonwealth, public corporations, and municipalities) and employees, and investment income.

*Funding Requirements.* The central government is responsible for approximately 64% of total employer contributions to the Employees Retirement System, and the other 36% is the

I-59

PR-CCD-0007864

responsibility of public corporations and municipalities. The central government is also responsible for 100% and 99% of total employer contributions to the Judiciary and Teachers Retirement Systems, respectively. Retirement and related benefits provided by the systems and required contributions to the systems by employers and employees are determined by law rather than by actuarial requirements. For the Employees Retirement System, required employer contributions are 9.275% of applicable payroll. Required employee contributions for the Employees Retirement System vary according to salary and how the individual employee's retirement benefits are coordinated with social security benefits. For the Judiciary Retirement System, required contributions are 30.34% of applicable payroll for the employer and 8% for the employees. For the Teachers Retirement System, required contributions are 8.5% of applicable payroll for the employer and 9.0% for the employees.

*Actuarial Valuation of Employees Retirement System.* According to the most recent actuarial valuation of the Employees Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the System were $12.284 billion. The unfunded pension benefit obligations of the Employees Retirement System as of the same date were $9.956 billion, representing a funding ratio of 19%. Any amounts receivable from the Commonwealth with respect to benefits under special benefits laws (discussed below) are considered in the actuarial evaluation process to determine the unfunded pension benefit obligation of the Employees Retirement System to the extent receivables are recognized as such by the System. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Employees Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

Based on the preliminary figures for the actuarial valuation of the Employees Retirement System as of June 30, 2007, the actuarial accrued liability was $16.770 billion and the actuarial value of assets was $2.892 billion, representing a funding ratio of 17.2%, and the resulting unfunded actuarial accrued liability was $13.878 billion.

*Actuarial Valuation of Judiciary Retirement System.* According to the most recent actuarial valuation of the Judiciary Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the System were $174 million. The unfunded pension benefit obligations of the Judiciary Retirement System as of the same date were $104 million, representing a funding ratio of 40%. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Judiciary Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

*Actuarial Valuation of Teachers Retirement System.* According to the most recent actuarial valuation of the Teachers Retirement System submitted by a firm of independent

I-60

consulting actuaries, as of June 30, 2007, the accrued actuarial liability of the system was $7.756 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 41%, and the resulting unfunded accrued liability was $4.593 billion. The actuarial valuation assumed an investment return of 8%, yearly salary increases of 3.5%, employee and employer contributions of 9% and 8.5%, respectively, an inflation rate of 2.5%, and a remaining amortization period of 30 years for the unfunded accrued liability. Under the same assumptions, but without taking into account benefits paid under special benefits laws (described below) and excluding the obligations with respect to the prospective payments under the special benefits laws, the funding of which will originate from the Commonwealth's General Fund, as of June 30, 2007, the accrued actuarial liability was $7.227 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 44%, and the resulting unfunded accrued liability was $4.064 billion. Insofar as the statutorily mandated annual deposit to the Teachers Retirement System is insufficient to cover the actuarial pension liability, and since the Teachers Retirement System is a relatively mature retirement system with a significant retiree population, the unfunded pension benefit obligation, according to the 2007 actuarial valuation, will continue to increase, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded liability.

*Special Benefits.* Various special benefits laws enacted in previous years provided additional benefits for the beneficiaries of the Employees Retirement System, Teachers Retirement System and Judiciary Retirement System. Specifically, in the case of the Employees Retirement System, Act No. 10 of May 21, 1992 provided for special benefit increases of 3% every three years. The first 3% increase was granted to retirees who had been receiving their annuities for three or more years as of that date. The second 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1995. This increase is being financed by additional contributions from the employers. The third 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1998. This third increase is being partially funded with additional contributions from some of the employers. In June 2001, the Legislative Assembly approved a fourth 3% increase, effective as of January 1, 2001, in post-retirement annuity payments granted on or prior to January 1, 1998. This increase will be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. In June 2003, the Legislative Assembly approved a fifth increase of 3% in post retirement benefits effective January 1, 2004. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. In June 2007, the Legislative Assembly approved a sixth increase of 3% in post retirement benefits effective January 1, 2007. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. Subsequent increases will depend upon the express approval of the Board of Trustees of the Employees Retirement System and the Legislative Assembly, and must provide a funding source. In the case of the Judiciary Retirement System, Act No. 41 of June 13, 2001 provided a 3% special benefit increase in annuity payments, commencing on January 1, 2002 and every three years thereafter, to retirees who have been receiving their annuities for three or more years as of that date. This increase will be funded by the General Fund.

PR-CCD-0007866

The Teachers Retirement System is seeking reimbursement from the Commonwealth's General Fund in the amount of $119 million for special benefits paid by the System to its beneficiaries through June 30, 2004 pursuant to special benefit laws enacted by the Legislative Assembly.  The Teachers Retirement System's interpretation of these special benefit laws, to the effect that the Commonwealth is required to reimburse the Teachers Retirement System for such special benefits paid, is being disputed by the Office of Management and Budget.  In March 2009 the Department of Education paid to the Teachers Retirement System the amount of $12 million as partial payment. The dispute for the pending amount of $107 million continues under inter-agency arbitration proceedings.  The Employees Retirement System is also seeking reimbursement from the Commonwealth (in connection with other special benefits laws applicable to its beneficiaries) in the amount of $73.9 million, representing cumulative benefits paid to beneficiaries through June 30, 2005.

*Amendments to Employees Retirement System.*  In February 1990, the enabling act of the Employees Retirement System was amended to reduce the future pension liabilities of the Employees Retirement System.  Among other provisions, the legislation increased the level of contributions to the Employees Retirement System and limited the retirement benefits for new employees by increasing the length of employment required for the vesting of certain benefits and reducing the level of benefits in the case of early retirement.  The legislation also reduced the level of occupational disability benefits and death benefits received by new employees.

In 1999, the organic act of the Employees Retirement System was further amended to change it, prospectively, from a defined benefit system to a defined contribution system.  This amendment provides for the establishment of an individual account for each employee hired by the Commonwealth after December 31, 1999 and for those current employees who elect to transfer from the existing defined benefit system.  The individual account of each current employee that transferred to the defined contribution system was credited initially with an amount equal to his aggregate contributions to the Employees Retirement System, plus interest.  Current employees who did not elect to transfer to the new defined contribution system will continue accruing benefits under the current defined benefit system.  The individual account of each participant of the new defined contribution system is credited monthly with the participant's contribution and is credited semiannually with a rate of return based on either of two notional investment returns.  Such accounts are not credited with any contribution by the employer.  Instead, employer contributions will now be used completely to reduce the accumulated unfunded pension benefit obligation of the Employees Retirement System.

*Cash Flow Shortfalls.*  The Employees Retirement System's disbursements of benefits during fiscal years 2004 through 2007 exceeded contributions and investment income for those years.  The cash shortfall for fiscal year 2004 was covered with a loan received from the Department of the Treasury.  Balances owed to the Department of the Treasury and other pending working capital needs through fiscal year 2005 were refinanced through a repurchase agreement with a financial institution in an amount of $138 million collateralized with the assets of the Employees Retirement System.  The cash shortfall for fiscal year 2006 was approximately $70 million.  This shortfall was covered with a line of credit provided by a private financial institution and collateralized with the assets of the Employees Retirement System.  There was no cash shortfall for fiscal year 2007 on account of the receipt of the proceeds from the sale of the Puerto Rico Telephone Company stock that Puerto Rico Telephone Authority held for the benefit

PR-CCD-0007867

of the Trust. Also with these proceeds the Employees Retirement System paid off the balances of the 2005 repurchase agreement and the 2006 line of credit used to cover the respective year's cash shortfalls. For fiscal year 2008, the System experienced a positive cash flow due to various non-recurring sources of income and a series of financings to increase the System's funding ratio and reduce its unfunded pension benefit obligation. The financings involved the issuance by the Employees Retirement System of debt secured by a pledge of future employer contributions over the next 50 years. All net cash generated by these financings was deposited into the Employees Retirement System trust and invested along with its other assets. As of June 30, 2008, the Employees Retirement System had issued three series totaling approximately $2.9 billion of its Senior Pension Funding Bonds.

During fiscal year 2009, the Employees Retirement System expects to have a cash shortfall of approximately $150 million to $250 million. Based on the Puerto Rico Employees Retirement System's estimates, it could have a $362 million cash flow deficit for fiscal year 2010. This negative trend is expected to continue partly due to possible future increases in the cost of living adjustments, changes in demographics of retirees and beneficiaries, and possible higher pension payments due to higher salaries of future retirees.

With respect to the Teachers Retirement System, the cash shortfalls for fiscal years 2006, 2007 and 2008 were $65 million, $40 million, and $75 million respectively. Investments were liquidated to cover these shortfalls. For fiscal year 2009, the Teachers Retirement System expects to have a cash shortfall of approximately $67 million. Based on the Teachers Retirement System's estimates, it could have an $81 million cash flow deficit for fiscal year 2010. This negative trend is expected to continue given that Puerto Rico Teachers Retirement System is in a relatively mature stage.

Based on the current statutory funding requirements, the annual benefit payments and administrative expenses paid by the Teachers Retirement System are significantly larger than the member and employer contributions made to the System. Thus, according to the 2007 actuarial valuation, investment income must be used to cover this negative cash flow.

*Efforts to Address Cash Flow Shortfall and Improve Funding Ratio.* As stated above, the Employees Retirement System anticipates that its future cash flow needs for disbursement of benefits to participants are likely to exceed the sum of the employer and employee contributions received and its investment and other recurring income. The Employees Retirement System is evaluating measures to improve its cash flows and funding ratio. Some of these measures include, but are not limited to, the establishment of a maximum salary to calculate pension benefits and additional collection efforts with respect to employer contributions owed by the Commonwealth, the municipalities, and public corporations.

*Composition and Market Value of Investment Portfolios.* The market value of the investment portfolios (which excludes loans to plan members) held by the retirement plans has been materially adversely affected by the global decline in value of equity securities. This decline has had an adverse effect on the unfunded actuarial accrued liability of the retirement systems.

I-63

PR-CCD-0007868

As of March 31, 2009, the market value of the Employees Retirement System's investment portfolio was $1.9 billion, compared to $2.6 billion as of June 30, 2008. As of that date, the investment portfolio was comprised of approximately 66.8% of U.S. domestic and international equity investments and 31.0% of fixed-income securities.

As of March 31, 2009, the market value of the Teachers Retirement System's investment portfolio was $1.6 billion, compared to $2.3 billion as of June 30, 2008. As of that date, the investment portfolio was comprised of approximately 68.4% of U.S. domestic and international equity investments and 31.6% of fixed income securities.

The following tables present the Statement of Plan Net Assets and Statement of Changes in Plan Net Assets of the Employees Retirement System, the Judiciary Retirement System and Teachers Retirement System, in each case for fiscal years 2006, 2007, and 2008 and for the first six months of fiscal year 2009.

PR-CCD-0007869

**The Commonwealth of Puerto Rico**
**Employees' Retirement System**
**Statements of Plan Net Assets\***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| | December 31, 2008\*\* | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| ASSETS | | | | |
| CASH AND SHORT TERM INVESTMENTS | | | | |
| Deposits at Commercial Banks | $ 36,888 | $ 84,439 | $ 41,365 | $ 27,849 |
| Deposits with Treasury Department | 55,595 | 23,099 | -- | -- |
| Deposits with GDB: | | | | |
| Unrestricted | 74,165 | 54,438 | 266,633 | 25,777 |
| Restricted | 1,147,407 | 1,320,224 | 2,310 | 2,156 |
| Restricted Cash Bonds | 315,573 | 194,819 | -- | -- |
| Total Cash and Short Term Investment | 1,629,629 | 1,677,019 | 310,308 | 55,783 |
| | | | | |
| SECURITIES LENDING, COLLATERAL INVESTED | | | | |
| Marketable Securities: | | | | |
| Notes and Bonds | 557,234 | 547,414 | 149,639 | 6,667 |
| Stocks | 1,436,051 | 2,018,090 | 1,693,144 | 1,376,901 |
| Master Repo | -- | -- | -- | 148,158 |
| Private Equity Investments | 40,752 | -42,294 | 47,784 | 41,609 |
| | | | | |
| Total Cash and Investments | 2,034,037 | 2,607,798 | 1,890,566 | 1,573,336 |
| | | | | |
| LOANS TO PLAN MEMBERS | | | | |
| Mortgage | 121,465 | 116,022 | 107,680 | 96,542 |
| Personal | 858,691 | 771,367 | 440,167 | 406,882 |
| Cultural Trips | 43,220 | 38,344 | 28,933 | 24,894 |
| PEC | 1,787 | 1,098 | 533 | 233 |
| Total Loans to Plan Members | 1,025,162 | 926,831 | 577,314 | 528,552 |
| | | | | |
| Investment in PRTA Holdings | -- | -- | -- | 495,318 |
| Total cash, investments and loans to plan members | 4,688,829 | 5,211,648 | 2,778,188 | 2,652,988 |
| | | | | |
| RECEIVABLES: | | | | |
| Employers | 144,596 | 246,167 | 117,420 | 43,343 |
| General Fund | 319 | 854 | 4,615 | 10,405 |
| Judiciary Retirement System | 17,231 | 16,714 | 5,113 | 3,161 |
| Investment Sales | 8,196 | 9,800 | 2,470 | 1,279 |
| Accrued Interest | 9,315 | 3,279 | 3,119 | 2,385 |
| Dividend Receivable | -- | -- | -- | 23,720 |
| Other | 99,362 | 58,210 | 4,527 | 23,575 |
| Total Receivables | 279,019 | 335,024 | 137,264 | 107,868 |
| | | | | |
| CAPITAL ASSETS | 12,216 | 9,840 | 8,476 | 7,694 |
| OTHER ASSETS | 6,358 | 8,293 | 7,371 | 7,592 |
| Prepaid Bond Cost | 35,462 | 35,462 | -- | -- |
| Total assets | 5,021,884 | 5,600,266 | 2,931,299 | 2,776,142 |
| LIABILITIES | | | | |
| Book overdraft | -- | -- | 1,566 | -- |
| Short Term Obligations | -- | -- | -- | 139,074 |
| Repurchase Obligations | -- | -- | -- | 1,245 |
| Funds of Mortgage Loans and Guarantee Insurance Reserve for Loans | 8,717 | 3,863 | 8,914 | 8,433 |
| Investment Purchases | 9,944 | 12,696 | 2,172 | 1,179 |
| Accounts Payable and Accrued Liabilities | 7,418 | 9,310 | 10,125 | -- |
| Line of Credit | -- | -- | -- | 60,000 |
| Bonds Payable | 2,942,183 | 2,942,184 | -- | -- |
| Other Liabilities | 150,296 | 12,946 | 17,022 | 24,880 |
| Bonds Interest Payable | -- | 12,182 | -- | -- |
| Total Liabilities | 3,118,558 | 2,993,180 | 39,799 | 209,931 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits | $1,903,327 | $2,607,086 | $2,891,501 | $2,566,211 |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

I-65

PR-CCD-0007870

## The Commonwealth of Puerto Rico
## Employees' Retirement System
### Statements of Changes in Plan Net Assets*
#### As of June 30, 2006, 2007, 2008 and December 31, 2008
#### (in thousands)

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $ 201,503 | $ 380,833 | $ 374,394 | $ 398,521 |
| Participating employees | 183,040 | 345,614 | 338,791 | 342,830 |
| Early Retirement | 22,326 | 141,724 | 69,097 | -- |
| Other Special Laws | -- | 16,789 | 17,000 | -- |
| Total Contributions | 406,869 | 884,961 | 799,282 | 758,035 |
| | | | | |
| Investment (loss) Income: | | | | |
| Realized Gain or Loss | (79,758) | 25,129 | 74,304 | 33,023 |
| Unrealized Gain or Loss | (555,331) | (238,509) | 289,881 | 156,492 |
| Dividend Income | 9,113 | 10,347 | 14,494 | 49,939 |
| Interest Income | 99,613 | 115,763 | 68,231 | 63,486 |
| Total | (526,363) | (87,270) | 446,910 | 302,939 |
| | | | | |
| Less Investment Expense | (35) | (6,664) | (12,940) | (10,123) |
| Insurance Premium | -- | 6,197 | 2,441 | 14,492 |
| Other Income | 6,546 | 24,927 | 17,431 | 8,496 |
| Net Investment Income | (519,853) | (62,904) | 453,841 | 315,804 |
| | | | | |
| Total Additions | (112,984) | 822,034 | 1,253,124 | 1,073,839 |
| | | | | |
| **DEDUCTIONS:** | | | | |
| Annuities | 481,867 | 932,701 | 793,883 | 772,647 |
| Benefits Under Special Laws | -- | 16,789 | 17,000 | 16,684 |
| Death Benefits | 2,684 | 18,712 | 13,872 | 14,984 |
| Refunds of Contributions: | | | | |
| Employers | 966 | 3,020 | 5,296 | 1,666 |
| Participating Employees | 13,367 | 37,346 | 28,009 | 20,707 |
| Personal Loans Adjustment | -- | -- | -- | 1,658 |
| Insurance Claims on Loans | -- | 1,092 | 2,118 | 1,216 |
| Other Expenses | 5,865 | 18,204 | 13,569 | -- |
| Administrative Expenses | 16,581 | 31,610 | 29,207 | 30,817 |
| Interest on Bonds | 69,445 | 46,996 | -- | -- |
| | | | | |
| Total Deductions | 590,775 | 1,106,472 | 902,954 | 860,379 |
| | | | | |
| Net (decrease) Increase | (703,759) | (284,415) | 350,170 | 213,459 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 2,607,086 | 2,891,501 | 2,541,331 | 2,327,871 |
| End of Year | $1,903,327 | $2,607,086 | $2,891,501 | $2,541,331 |

* Totals may not add due to rounding.
** Preliminary, unaudited numbers.

PR-CCD-0007871

**The Commonwealth of Puerto Rico**
**Judiciary Retirement System**
**Statements of Plan Net Assets***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash and Investments: | | | | |
| Cash and Cash Equivalents | $ 2,590 | $ 2,519 | $ 2,735 | $ 1,599 |
| Cash Deposited with GDB or Treasury Department: | 398 | 267 | 197 | 179 |
| Total Cash | 2,988 | 2,786 | 2,932 | 1,779 |
| Receivables: | | | | |
| Accrued Interest | 251 | 237 | 237 | 250 |
| Investment Sales | 250 | 196 | 179 | 561 |
| Other | 25 | 25 | 51 | 45 |
| Total receivables | 526 | 458 | 467 | 856 |
| Marketable Securities: | | | | |
| Notes and Bonds | 21,650 | 22,169 | 20,728 | 19,822 |
| Stocks | 42,626 | 61,377 | 68,654 | 56,108 |
| Total Investments | 64,276 | 83,546 | 89,382 | 75,929 |
| Loans and Interest Receivable from Members: | | | | |
| Mortgage | 15 | 8 | 17 | 34 |
| Personal | 425 | 394 | 195 | 191 |
| Cultural Trips | 41 | 45 | 44 | 49 |
| Total Loans to Plan Members | 482 | 448 | 256 | 274 |
| Total cash, investments and loans to plan members | 68,271 | 87,239 | 93,072 | 78,838 |
| **LIABILITIES** | | | | |
| Due to Treasury Department | 263 | -- | 5,415 | 1,902 |
| Due to the Employee's Retirement System of the Government of Puerto Rico | 17,231 | 16,714 | 5,113 | 3,161 |
| Escrow Funds to plan Members and Guarantee Insurance | 57 | 56 | 53 | 52 |
| Investment Purchases | 262 | 345 | 180 | 67 |
| Other Liabilities | 2,824 | 812 | 803 | 807 |
| Total Liabilities | 20,638 | 17,927 | 11,564 | 5,989 |
| **Net Assets Held in trust for Pension Benefits** | $ 47,633 | $ 69,311 | $ 81,473 | $ 72,849 |

* Totals may not add due to rounding.
** Preliminary, unaudited numbers.

I-67

PR-CCD-0007872

# The Commonwealth of Puerto Rico
## Judiciary Retirement System
### Statements of Changes in Plan Net Assets*
### As of June 30, 2006, 2007, 2008 and December 31, 2008
### (in thousands)

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $ 3,484 | $6,705 | $6,632 | $6,727 |
| Participating employees | 1,620 | 3,076 | 2,828 | 2,960 |
| Total Contributions | 5,104 | 9,781 | 9,460 | 9,687 |
| | | | | |
| Investment Income: | | | | |
| Realized Gain or Loss | (1,909) | 1,031 | 1,484 | 1,189 |
| Unrealized Gain | (17,926) | (8,988) | 10,954 | 4,630 |
| Dividend Income | -- | 267 | 224 | 205 |
| Interest Income | 814 | 1,553 | 1,447 | 1,219 |
| | | | | |
| Total | (19,020) | (6,137) | 14,110 | 7,243 |
| Less Investment Expense | -- | (197) | (192) | (279) |
| Other Income | -- | -- | -- | 1 |
| Net Investment Income | (19,020) | (6,333) | 13,918 | 6,965 |
| | | | | |
| Total Additions | (13,916) | 3,448 | 23,378 | 16,652 |
| | | | | |
| **DEDUCTIONS:** | | | | |
| Annuities | 7,244 | 14,419 | 13,461 | 12,273 |
| Refunds to Participating Employees | -- | 169 | 38 | 130 |
| Administrative Expenses | 518 | 1,022 | 1,255 | 1,197 |
| Total Deductions | 7,762 | 15,610 | 14,754 | 13,600 |
| | | | | |
| Net Increase | (21,678) | (12,162) | 8,624 | 3,052 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 69,311 | 81,473 | 72,849 | 69,797 |
| | | | | |
| **End of Year** | $47,633 | $69,311 | $81,473 | $72,849 |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

I-68

PR-CCD-0007873

**The Commonwealth of Puerto Rico**
**Teachers Retirement System**
**Statements of Plan Net Assets\***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

|  | December 31, 2008\*\* | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash: | | | | |
| Cash and cash equivalents | $27,981 | $50,474 | $33,542 | $53,515 |
| Cash with fiscal agent | -- | 297 | -- | -- |
| Cash restricted | -- | -- | -- | 1,717 |
| Cash deposited with Government | | | | |
| Development Bank for Puerto Rico | 3,282 | 3,255 | 3,123 | 2,993 |
| Total Cash | 31,263 | 54,026 | 36,665 | 58,225 |
| Investments, at fair value: | | | | |
| Bonds and notes | 480,455 | 490,007 | 468,452 | 463,474 |
| Stocks | 1,206,417 | 1,796,817 | 2,218,033 | 1,886,625 |
| Total investment at fair value | 1,686,872 | 2,286,824 | 2,686,485 | 2,350,099 |
| Other investments: | | | | |
| Mortgage notes acquired from third parties | | | | - |
| Private equity investments | 32,778 | 37,630 | 46,686 | 46,215 |
| Total investments | 1,750,913 | 2,324,454 | 2,733,171 | 2,396,314 |
| Loan to plan members: | | | | |
| Mortgage | 106,047 | 103,759 | 102,684 | 104,830 |
| Personal | 275,852 | 271,510 | 260,066 | 246,074 |
| Cultural trips | 1,331 | 1,355 | 1,371 | 1,429 |
| Total loans to plan members | 383,229 | 376,624 | 364,121 | 352,333 |
| Total investments and loans | 2,134,143 | 2,755,104 | 3,133,957 | 2,806,872 |
| Accounts receivable: | | | | |
| Receivable for investments sold | 12,000 | 4,693 | 12,242 | 12,163 |
| Accrued interest and dividends receivable | 6,076 | 6,395 | 6,312 | 6,371 |
| Other | 14,694 | 15,141 | 14,640 | 14,932 |
| Total accounts receivable | 32,770 | 26,229 | 33,194 | 33,466 |
| Property and equipment, net | 26,431 | 26,223 | 25,890 | 25,665 |
| Other assets | 451 | 451 | 700 | 691 |
| Total Assets | 2,193,795 | 2,808,007 | 3,193,741 | $2,866,694 |
| **LIABILITIES** | | | | |
| Investments purchased | 8,738 | 7,952 | 11,258 | $11,422 |
| Cash overdraft in cash with fiscal agent | 36,521 | - | 5,619 | 13,949 |
| Accounts payable | 3,266 | 3,688 | 4,152 | 3,043 |
| Obligation under capital lease | 2 | 12 | 35 | 57 |
| Accrued expenses | 5,343 | 5,361 | 4,270 | 4,289 |
| Line of credit | -- | -- | 4 | 4 |
| Escrow fund of mortgage loans and guarantee | | | | |
| insurance reserve for loans to plan members | 4,660 | 4,641 | 4,916 | 5,988 |
| Bonds payable | -- | -- | -- | 20,430 |
| Other liabilities | 953 | 1,007 | 567 | 625 |
| Total liabilities | 59,483 | 22,661 | 31,021 | 59,807 |
| **Net Assets Held in Trust for Pension Benefits** | $2,134,312 | $2,785,346 | $3,162,720 | $2,806,887 |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

I-69

PR-CCD-0007874

**The Commonwealth of Puerto Rico**
**Teachers Retirement System**
**Statements of Changes in Plan Net Assets***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Participating Employees | $ 67,763 | $ 127,566 | $ 127,809 | $ 129,473 |
| Employer | 62,186 | 117,065 | 116,320 | 119,199 |
| Contributions transferred from other systems** | 644 | 4,181 | 12,396 | 921 |
| Special | 46,748 | 68,085 | 57,960 | 61,066 |
| Total contributions | 177,341 | 316,897 | 314,485 | 310,659 |
| Investment Income: | | | | |
| Interest income | 33,059 | 67,825 | 65,367 | 57,899 |
| Dividend Income | 5,640 | 15,629 | 13,654 | 14,684 |
| Net appreciation (depreciation) in fair value of investments | (595,603) | (276,573) | 406,131 | 258,182 |
| | (556,904) | (193,119) | 485,152 | 330,765 |
| Less investment expense | 3,281 | 6,847 | 6,217 | 5,792 |
| Net investment income | (560,185) | (199,966) | 478,935 | 324,973 |
| Other income | 761 | 1,735 | 1,299 | 13,085 |
| **Total additions** | ($ 382,083) | $ 118,666 | $ 794,719 | $ 648,717 |
| **DEDUCTIONS:** | | | | |
| Benefit paid to participants: | | | | |
| Annuities and death benefits | 217,300 | 414,334 | 364,998 | 332,425 |
| Special benefits | 37,264 | 49,742 | 45,564 | 42,837 |
| Refunds of contributions | 2,519 | 6,427 | 5,447 | 4,135 |
| Administrative expenses | 11,867 | 25,537 | 22,877 | 22,651 |
| **Total deductions** | 268,950 | 496,040 | 438,886 | 402,969 |
| Net increase in net assets held in trust for pension benefits | (651,033) | (377,374) | 355,833 | 245,748 |
| **Net assets held in trust for pension benefits** | | | | |
| Beginning of year | 2,785,345 | 3,162,720 | 2,806,887 | 2,561,139 |
| **End of year** | $2,134,312 | $2,785,346 | $3,162,720 | $2,806,887 |

* Totals may not add due to rounding.
** Preliminary, unaudited numbers.

I-70

PR-CCD-0007875

## COMMONWEALTH FINANCIAL STATEMENTS

For fiscal year 2007, the basic financial statements of the Commonwealth were audited by KPMG LLP.  KPMG LLP did not audit the financial statements of the Public Buildings Authority capital project fund or The Children's Trust special revenue funds (major funds), and certain activities, funds and component units identified separately in its report.  Those financial statements were audited by other independent auditors whose reports were furnished to KPMG LLP, and its opinion on the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors.

The Comprehensive Annual Financial Report of the Commonwealth ("CAFR") for fiscal year 2007, which includes the basic financial statements of the Commonwealth for fiscal year 2007, was filed by the Commonwealth with each nationally recognized municipal securities information repository (each, a "NRMSIR") in June 2008.

## PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES

The Secretary of the Treasury has custody of the funds of the central government and is responsible for the accounting, disbursement and investment of such funds.  Central government funds are grouped into three major categories or "types" of funds, as follows:  (i) Governmental Fund Types, which include the General, Special Revenue, Debt Service (also referred to herein as Redemption), and Capital Project Funds; (ii) Proprietary Fund Types, which include the Enterprise and Internal Service Funds; and (iii) Fiduciary Fund Types, which include the Trust and Agency Funds.  These funds do not include funds of the municipalities, because the municipalities are governmental entities with independent treasuries.  The Special Revenue Fund is incorporated into the General Fund for financial reporting purposes (but not for budgetary purposes).

The General Fund is the primary operating fund of the Commonwealth.  General Fund revenues are broadly based and include revenues raised internally as well as those from non-Puerto Rico sources.  Internal revenues consist principally of income, excise and sales taxes.  Revenues from non-Puerto Rico sources are derived from federal excise taxes and customs duties returned to the Commonwealth.  The primary expenditures of the Commonwealth through the General Fund are for grants and subsidies, and personal and other services.

### Summary and Management's Discussion of General Fund Results

The following table presents the actual revenues and expenditures of the General Fund on a cash basis for fiscal years 2006 and 2007, the preliminary revenues and expenditures for fiscal year 2008, and the projected revenues and expenditures for fiscal years 2009 and 2010, respectively.

The amounts shown in the following table as expenditures may be different than those reflected in the budget or in the Commonwealth's financial statements because the table shows only cash disbursements, while the budget includes all authorized expenditures, regardless of when the related cash is actually disbursed.  In addition, transfers to the Redemption Fund (used

PR-CCD-0007876

to pay debt service on the Commonwealth's bonds), which are included in the budget under "debt service," are shown as a deduction from total revenues in calculating "adjusted revenues" in the table and are not included under "expenditures." Finally, certain expenditures incurred in excess of budgeted amounts may not be reflected in the table as expenditures to the extent they are paid from reserve funds, such as moneys in the Budgetary Fund. A discussion of the budget for fiscal years 2009 and 2010 appears below under "Budget of the Commonwealth of Puerto Rico."

Amounts listed under "Other Income" represent recurring General Fund revenues not appropriately attributable to other revenue line items, such as repayment of General Fund advances to municipalities and government agencies and funds. "Other Expenditures" represent recurring General Fund expenditures not appropriately attributable to other expenditures line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law. Amounts listed under "Capital Outlays and Other Debt Service" represent debt service on obligations and capital expenditures for which the Legislative Assembly has by resolution agreed to appropriate funds. General Fund revenues, expenditures, and transfers as presented in the table differ from the General Fund revenues, expenditures, and transfers as presented in the financial statements of the Commonwealth, as the financial statements reflect an expanded General Fund entity in accordance with generally accepted accounting principles.

PR-CCD-0007877

Case:17-03283-LTS   Doc#:47828   Filed:02/24/19   Entered:02/24/19 20:19:25   Desc:
Exhibit DX-GG3 Part 8 Page 205 of 730
Exhibit 28   Page 671 of 1000

**Commonwealth of Puerto Rico**
**General Fund Revenues, Expenditures, and Changes in Cash Balance**
**(in thousands)**

| | 2006 | 2007 | 2008[(g)] | 2009[(e)] | 2010[(b)] |
|---|---|---|---|---|---|
| Beginning cash balance | $ 42,933 | $ (0) | $ (506,261) | $ (1,100,044) | $ (1,282,314) |
| **Revenues from internal sources:** | | | | | |
| **Income Taxes:** | | | | | |
| Individuals | 3,087,748 | 3,071,655 | 2,793,198 | 2,555,000 | 2,614,000 |
| Corporations | 1,872,458 | 2,002,718 | 1,565,458 | 1,412,000 | 1,541,000 |
| Partnerships | 2,787 | 2,960 | 1,942 | 3,000 | 2,000 |
| Withheld from non-residents | 921,260 | 933,728 | 1,087,782 | 891,000 | 836,000 |
| Tollgate taxes | 27,396 | 25,083 | 21,610 | 5,000 | 5,000 |
| Interest | 11,536 | 12,112 | 13,657 | 12,000 | 11,000 |
| Dividends | 66,721 | 138,859 | 59,770 | 57,000 | 49,000 |
| Total income taxes | 5,989,906 | 6,187,115 | 5,543,417 | 4,935,000 | 5,058,000 |
| Sales and use tax | - | 582,560 | 852,927 | 911,000 | 606,000 |
| **Commonwealth excise taxes:** | | | | | |
| Alcoholic beverages | 292,180 | 279,028 | 268,095 | 282,000 | 288,000 |
| Cigarettes | 135,267 | 132,399 | 119,124 | 119,000 | 163,000 |
| Motor vehicles | 533,957 | 396,667 | 366,343 | 339,000 | 334,000 |
| Other excise taxes | 682,477 | 314,340 | 110,017 | 90,000 | 89,000 |
| Total Commonwealth excise taxes | 1,643,881 | 1,122,434 | 863,579 | 830,000 | 874,000 |
| Property taxes | 1,106 | 800 | - | - | 230,000 |
| Inheritance and gift taxes | 9,466 | 4,663 | 6,600 | 5,000 | 5,000 |
| Licenses | 91,310 | 97,610 | 87,631 | 94,000 | 94,000 |
| **Other:** | | | | | |
| Lottery | 62,729 | 73,014 | 46,636 | 59,000 | 63,000 |
| Electronic lottery | 55,212 | 71,815 | 105,346 | 89,000 | 95,000 |
| Miscellaneous non-tax revenues | 431,803[(6)] | 330,064 | 321,897 | 280,000 | 286,000 |
| Total Other | 549,744 | 474,893 | 473,879 | 428,000 | 444,000 |
| Total revenues from internal sources | 8,285,413 | 8,470,075 | 7,828,033 | 7,203,000 | 7,311,000 |
| **Revenues from non-Commonwealth sources:** | | | | | |
| Federal excise taxes[(1)] | 346,272 | 377,872 | 361,827 | 394,000 | 356,000 |
| Customs | 9,553 | 14,504 | 4,796 | 3,000 | 3,000 |
| Total revenues from non-Commonwealth sources | 355,825 | 392,376 | 366,623 | 397,000 | 359,000 |
| Total net revenues | 8,641,238 | 8,862,451 | 8,194,656 | 7,600,000 | 7,670,000 |
| Other Income (refunds)[(2)] | 76,085 | (8,335) | 89,006[(8)] | 44,907 | |
| Transfers to Redemption Fund[(3)] | (484,812) | (512,197) | (202,954) | (288,000) | (520,600) |
| Proceeds of notes and other borrowings[(4)] | 4,115,897[(7)] | 1,872,096 | 2,710,000 | 4,529,000[(9)] | 2,500,000 |
| Repayment of notes and other borrowings[(5)] | (3,005,838) | (1,926,273) | (2,580,764) | (2,872,384) | (2,557,664)[(10)] |
| Adjusted revenues | 9,342,570 | 8,287,742 | 8,209,944 | 9,013,523 | 7,091,736 |
| **Expenditures:** | | | | | |
| Grants and subsidies | 3,944,349 | 3,387,199 | 3,429,217 | 3,239,855 | 3,211,852 |
| Personal services | 4,796,382 | 4,590,962 | 4,630,589 | 5,277,864 | 2,758,907 |
| Other services | 525,377 | 594,345 | 583,897 | 421,386 | 494,524 |
| Materials and supplies | 50,227 | 79,186 | 99,307 | 106,641 | 82,402 |
| Equipment purchases | 19,378 | 27,965 | 49,495 | 45,123 | 35,775 |
| Capital outlays and other debt service | 49,789 | 21,576 | 11,222 | 104,924 | 508,276 |
| Transfers to agencies | - | 92,770 | - | - | - |
| Other disbursements | - | - | - | - | - |
| Total expenditures | 9,385,503 | 8,794,003 | 8,803,727 | 9,195,793 | 7,091,736 |
| Adjusted revenues less expenditures | (42,933) | (506,261) | (593,783) | (182,270) | - |
| Ending cash balance | $ (0) | $ (506,261) | $ (1,100,044) | $ (1,282,314) | $ (1,282,314) |

(p) Preliminary.
(e) Estimated.
(b) Budget, as proposed.
(1) Excludes transfers by the Commonwealth to the Conservation Trust Fund and amounts deposited by the Secretary of the Treasury into a separate account for the promotion of Puerto Rico rums in foreign markets.
(2) Consists of net revenues from the General Fund's non-budgetary funds plus a reserve for future tax refunds reduced by estimated tax refunds.
(3) Consists of amounts to pay principal of and interest on general obligation bonds and notes of the Commonwealth. Does not include amounts deposited directly into the Redemption Fund from non-General Fund revenues.
(4) Consists of proceeds of borrowings from GDB and a syndicate of commercial banks, and proceeds from Commonwealth's Tax and Revenue Anticipation Notes.
(5) Consists of repayments of borrowings from GDB and a syndicate of commercial banks, and repayments of Commonwealth's Tax and Revenue Anticipation Notes.
(6) Includes proceeds of $100 million generated by the issuance of the Commonwealth's Public Improvement Refunding Bonds, Series 2006 A, which were privately placed.
(7) Includes $50 million from the Emergency Fund used for operating expenses.
(8) Includes $147 million related to the sale of properties.
(9) Includes $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables, $750 million borrowed by COFINA and transferred to the Commonwealth, and $169 million transferred to the Commonwealth from the sale of securities in PRIFA's Corpus Account.
(10) Estimated $57.6 million in interest expense related to the Commonwealth's Tax and Revenue Anticipation Notes was included in the 2010 operational budget.

*Source:* Department of the Treasury

PR-CCD-0007878

*Projected Fiscal Year 2010 Compared to Estimated Fiscal Year 2009*

It is projected that General Fund total revenues for fiscal year 2010 will be $7.670 billion, representing an increase of $70 million, or less than 1%, from estimated fiscal year 2009 revenues. The major changes in revenues from fiscal year 2009 are expected to be a projected decrease in the sales and use tax received by the General Fund of $305 million (due to the increased allocation of this tax to COFINA), partly offset by a projected increase in property taxes and excise taxes on cigarettes and alcoholic beverages of approximately $230 million and $50 million, respectively, as a result of the increases in tax revenues imposed under Act 7.

Proposed General Fund expenditures for fiscal year 2010 total $7.670 billion, which is $1.814 billion or 19% lower than the $9.484 billion budgeted for fiscal year 2009. This amount does not include an additional estimated $2.5 billion in expenses to be paid from a Stabilization Fund to be funded from proceeds of COFINA bond issues. These additional expenses, which are included in the consolidated budget of the Commonwealth, include $1 billion of expenses related to the implementation of the payroll reduction plan under Act 7, $1 billion in expenses which will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years as a result of the expense reduction plan under Act 7, and a resulting $500 million of expenses constituting a structural deficit for fiscal year 2010.

*Estimated Fiscal Year 2009 Compared to Fiscal Year 2008*

Total estimated General Fund revenues for fiscal year 2009 are $7.6 billion, representing a decrease of $594.7 million, or 7.3%, from preliminary fiscal year 2008 revenues. The major changes from fiscal year 2008 are expected to be: (i) decreases in income taxes from individuals of $238.2 million and in corporate income taxes of $153.5 million, (ii) a decrease of $196.9 million in income taxes withheld from non-residents, (iii) a decrease of $33.6 in excise taxes, (iv) a decrease of $41.9 million in miscellaneous non-tax revenues, and (v) an increase of $58 million in the sales and use tax revenues. The estimated decrease in revenues for fiscal year 2009 reflects the acceleration of the economic recession during this fiscal year.

Total estimated General Fund expenditures for fiscal year 2009 are $9.484 billion, which represents an increase of $257 million over the original budget for 2008 and an increase of $477 million over the expenditures for 2008.

The approximately $1.884 billion difference between estimated General Fund revenues and estimated General Fund expenditures for fiscal year 2009 was covered principally by a $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables, a transfer of $750 million from COFINA to the Commonwealth, and a transfer of $169 million to the Commonwealth from the sale of securities in PRIFA's Corpus Account.

In addition, during the government transition process, the administration identified additional expenses of $1.349 billion that were not included in the fiscal year 2009 budget. These additional expenses are not included in the General Fund revenues and expenditures table above. These expenses will be budgeted and paid by the Commonwealth in subsequent fiscal years.

PR-CCD-0007879

*Fiscal Year 2008 Compared to Fiscal Year 2007*

Preliminary total General Fund revenues for fiscal year 2008 were $8.195 billion, representing a decrease of $399 million, or 4.6%, from actual revenues for fiscal year 2007 (excluding the collection of $269 million from special temporary tax measures in fiscal year 2007). The major changes from fiscal year 2007 were: (i) decreases in income taxes from individuals of $278 million and in corporate income taxes of $437 million, (ii) a decrease of $259 million in excise taxes, and (iii) an increase of $270 million in the sales and use tax revenues, which was only in effect for seven and a half months of fiscal year 2007. The decrease in 2008 revenues was principally due to the ongoing economic recession and high oil prices, which directly affected income and excise tax collections.

Preliminary total General Fund expenses for fiscal year 2008 amounted to $9.007 billion, which is composed of $8.804 billion of operational expenses and $203 million transferred to the redemption fund. The difference between preliminary revenues and expenses for fiscal year 2008 of $812 million was covered principally by cash-management procedures such as delaying payments to certain vendors and a GDB loan of $190 million.

*Fiscal Year 2007 Compared to Fiscal Year 2006*

General Fund total revenues for the fiscal year 2007 were $8.862 billion, an increase of $221 million, or 2.5%, from fiscal year 2006. This amount includes (i) $5.074 billion in individual and corporate income taxes, (ii) $934 million in non-resident withholding taxes, (iii) $1.122 billion in excise taxes, (iv) $583 million of sales and use tax revenues, and (v) $269 million from special temporary tax measures. A decrease of $521 million in excise taxes was offset by revenues from the sales and use tax, as the repeal of the general excise tax on imported goods and goods manufactured in Puerto Rico was replaced with the sales and use tax commencing on November 15, 2006.

General Fund expenses for fiscal year 2007 were $9.306 billion. This amount does not include $522 million of debt service payments on a portion of the Commonwealth's outstanding appropriation debt, which debt service was excluded from the budget based on the provisions of Act 91, which created the Dedicated Sales Tax Fund to service in part the repayment of such appropriation debt.

The difference between revenues and expenses for fiscal year 2007 of $444 million was covered by a $240 million transfer of funds from GDB that was originally set aside from General Fund appropriations to cover a portion of debt service payments on the Commonwealth's appropriation debt, which set-aside was no longer needed on account of the passage of Act 91. The remaining shortfall was covered principally by cash-management procedures such as delaying payments to certain vendors (carrying over into fiscal year 2008).

**Major Sources of General Fund Revenues**

*Income Taxes*

The Commonwealth's income tax law, the Internal Revenue Code of 1994, as amended (the "PR Code"), imposes a tax on the income of individual residents of Puerto Rico, trusts,

I-75

PR-CCD-0007880

estates, and domestic and foreign (if engaged in a trade or business in Puerto Rico) corporations and partnerships at graduated rates. A flat tax is imposed on certain payments made to non-residents of Puerto Rico, which is collected through an income tax withholding.

*Individuals*. Resident individuals are subject to tax on their taxable income from all sources. The PR Code has four tax brackets for individuals with tax rates of 7%, 14%, 25%, and 33%. Dividend income from Puerto Rico corporations and certain qualifying foreign corporations is taxed at an income tax rate of 10%.

Gain realized from the sale or exchange of a capital asset by resident individuals, if held for more than six months, is taxed at an income tax rate of 10%.

Interest income in excess of $2,000 on deposit with Puerto Rico financial institutions is taxed at an income tax rate of 10%; the first $2,000 of interest income from such institutions is exempt from taxation. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to resident individuals, trusts, estates, corporations and partnerships qualifies for an income tax rate of 10%.

*Corporations and Partnerships*. Puerto Rico corporations and partnerships are subject to tax on income from all sources; foreign corporations and partnerships that are engaged in a trade or business in Puerto Rico are subject to tax on their income from Puerto Rico sources and on income from sources outside Puerto Rico that is effectively connected with the conduct of their trade or business in Puerto Rico. Unless a corporation or partnership qualifies for partial exemption from corporate income and other taxes under the industrial incentives program (see "Tax Incentives" under "The Economy" above), it is subject to tax at graduated rates.

In general, the PR Code provides for six income tax brackets for corporations and partnerships, with the highest rate (39%) applicable to net taxable income in excess of $300,000. Gains realized from the sale or exchange of a capital asset, if held for more than six months, are taxed at a maximum regular income tax rate of 15%. Dividends received by Puerto Rico corporations and partnerships from foreign corporations and partnerships engaged in trade or business in Puerto Rico are subject to general income tax rates. A dividends received credit may be available when the corporation or partnership making the distribution is organized in Puerto Rico. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to corporations and partnerships qualifies for a special tax rate of 10%.

In general, corporations and partnerships operating under a new grant of tax exemption issued under the Economic Incentives Act are subject to a maximum income tax rate of 4% during their basic exemption period. Corporations and partnerships covered by the Tourism Incentives Act are subject to a maximum tax rate of 42% on their taxable income after applying the 90% exemption granted under the Tourism Incentives Act, which results in a maximum effective tax rate of 4.2% on their net tourism development income. The PR Code also provides for an alternative minimum tax of 22%.

The PR Code generally imposes a branch profits tax on resident foreign corporations whose gross income qualifies as income effectively connected with a Puerto Rico trade or

PR-CCD-0007881

business. The branch profits tax is 10% of an annual dividend equivalent amount, and it applies without regard to the Puerto Rico source of income rules.

Interest from Puerto Rico sources paid to non-resident non-affiliated corporate recipients is not subject to any income or withholding tax. Interest paid to certain related non-resident recipients is subject to a withholding tax of 29%. Dividends paid to non-resident corporate recipients are subject to a withholding tax of 10%. Dividends distributed by corporations operating under new grants of tax exemption issued under the Economic Incentives Act are not subject to Puerto Rico income tax. However, royalty payments made by such corporations to non-resident recipients are subject to an income tax withholding of 2% or 12%, depending on certain elections made by the grantee.

Subject to certain exceptions, payments in excess of $1,500 during a calendar year made by the Commonwealth and persons engaged in a trade or business in Puerto Rico in consideration of the receipt of services rendered in Puerto Rico are subject to a 7% income tax withholding.

*Act 7.* Act 7, which was enacted on March 9, 2009 as part of the new administration's Fiscal Plan, seeks, among other things, to increase the tax revenues of the Puerto Rico government by imposing certain permanent and temporary tax increases.

With respect to income taxes, Act 7 includes the following temporary measures that are applicable for taxable years commenced after December 31, 2008 and before January 1, 2012:

    (i)        taxable corporations and individuals whose adjusted gross income equal or exceeds $100,000 (for single individuals) or $150,000 (in the case of married persons filing jointly) would be subject to a surtax of 5% on their total tax liability;

    (ii)      international banking entities that do not operate as bank units will be subject to a 5% income tax on their entire net income computed in accordance with the PR Code (international banking entities operating as bank units will be subject to this 5% tax on their net income that does not constitute excess net income);

    (iii)     credit unions, their subsidiaries, and affiliates will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7);

    (iv)     the Cooperative Bank, its subsidiaries, and affiliates will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7);

    (v)     insurance cooperatives will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7); and

PR-CCD-0007882

(vi)    international insurers and holding companies of international insurers will be subject to a 5% tax on their net income (these entities were totally exempt before the enactment of Act 7).

Act 7 also provides as a permanent measure a change in the method of computing the net income subject to alternative minimum tax ("AMT) in the case of individuals by including in the computation various categories of exempt income and income subject to preferential tax rates under the PR Code, such as: (a) dividends distributed by companies covered under the Economic Incentives Act, the 1998 Tax Incentives Act, and the Tourism Incentives Act; (b) long-term capital gains, which enjoy a preferential tax rate of 10% under the PR Code; (c) dividends that are taxable at the rate of 10% under the PR Code; (d) interest on bank deposits and individual retirement accounts subject to the special 10% and 17% preferential income tax rates, respectively; and (e) interest from notes or bonds eligible for the special 10% tax rate provided by the PR Code.

Another change introduced by Act 7 is an adjustment to the calculation of the net income subject to the AMT in the case of entities taxed as corporations that denies a deduction for expenses paid or accrued for services rendered outside of Puerto Rico. Lastly, different income tax credits awarded to investors under certain special laws for activities such as revitalization of urban centers, venture capital, solid waste, housing infrastructure, and rehabilitation of social-interest housing, among others, may not be claimed or granted for taxable years commenced after December 31, 2008 and before January 1, 2012. However, tax credits associated to manufacturing, tourism, and cinematographic projects are not affected by Act 7.

*Sales and Use Taxes*

Act No. 117 of July 4, 2006 ("Act 117") amended the PR Code to provide, among other things, for a general sales and use tax of 5.5% to be imposed by the central government (the "Commonwealth Sales Tax"). Act 117 also authorized each municipal government to impose a municipal sales and use tax of 1.5% (the "Municipal Sales Tax" and, together with the Commonwealth Sales Tax, the "Sales Tax"). In general, the Municipal Sales Tax has the same tax base, exemptions (except for unprocessed foods) and limitations as those provided for the Commonwealth Sales Tax. Act 117 also provides certain income tax reductions to address the regressive effect of the Sales Tax on taxpayers in lower income tax brackets.

The Sales Tax is imposed on the sale, use, consumption and storage of taxable items, which include tangible personal property, taxable services, admission rights and certain other types of transactions covering separable and identifiable taxable items which are sold for a single price, subject to certain exceptions and limitations. The Sales Tax does not apply to, among other things: (i) motor vehicles, (ii) non-prepared food, (iii) healthcare services and prescription medicines, (iv) certain bakery goods, (v) crude oil and its derivatives, including gasoline, (vi) hotel room charges, (vii) financial services, (viii) services provided by the Commonwealth, including electricity and water, and (ix) local sales of goods to be used as content in a manufactured good, whether or not bound for export.

Act 117 also repealed the 5% general excise tax imposed on imported goods and the 3.6% general excise tax imposed on goods manufactured in Puerto Rico. Other items, such as

I-78

fuel, crude oil and petroleum products, and vehicles, however, remain subject to the excise tax previously applicable to such items, and are not subject to the Sales Tax.

The Sales Tax became effective on November 15, 2006 and the effective date of the repeal of the 5% general excise tax was October 16, 2006. Municipalities were authorized to implement the Municipal Sales Tax starting on July 1, 2006. As stated earlier, the revenues derived from the Sales Tax are distributed as follows: 5.5% goes to the central government and 1.5% to Puerto Rico's municipalities. A portion of the 5.5% Commonwealth Sales Tax is transferred to the Dedicated Sales Tax Fund, created by Act 91, as amended (effective July 1, 2009, one-half of the Commonwealth Sales Tax, which is the equivalent of a 2.75% tax, will go to the Dedicated Sales Tax Fund), with the balance of the Commonwealth Sales Tax going to the General Fund. The 1.5% Municipal Sales Tax is divided as follows: (i) a 1% tax goes to the municipalities, and (ii) a 0.5% tax goes to the Municipal Improvements Fund. The increase in revenues generated by the Sales Tax has been partly offset by the elimination of the 5% general excise tax and the effect of the income tax reduction measures included in Act 117.

For fiscal year 2008, each percentage point of the Sales Tax generated annually approximately $202 million of gross revenues. The Sales Tax generated total annual gross revenues for the General Fund of approximately $853 million for fiscal year 2008.

Act 7 amended various provisions of the Sales Tax to streamline collection efforts and reduce tax evasion. Most significantly, a so-called reseller's exemption to the Sales Tax was eliminated, and a credit for Sales Taxes paid was substituted therefor. This measure is expected to increase Sales Tax collections at higher levels of the trade chain, and provide an incentive for compliance with the Sales Tax at the lower levels (via the credit). However, under proposed legislation being considered by the Legislature, the reseller's exemption will be reestablished for businesses with gross sales of $500,000 or more and other businesses will also be able to request the exemption from Treasury, subject to compliance with certain requirements to be prescribed in Treasury's regulations.

*Excise Taxes*

The PR Code imposes an excise tax on certain articles and commodities, such as cigarettes, alcohol, sugar, cement, motor vehicles and certain petroleum products, which are taxed at different rates.

Under Act 7, the excise tax was increased on certain articles (cigarettes and certain alcoholic beverages) and was expanded with respect to others (motor vehicles). With respect to cigarettes, the increase was approximately 81% per taxable unit. For certain alcoholic beverages, the increase ranges between $0.30 and $0.70 per standard gallon. In the case of motor vehicles, motorcycles and "scooters," which used to be subject to the Sales Tax, will now be taxable as motor vehicles.

*Other Taxes and Revenues*

Motor vehicle license plate and registration fees comprise the major portion of license tax receipts.

PR-CCD-0007884

Non-tax revenues consist principally of lottery proceeds, documentary stamps, permits, fees and forfeits, proceeds of land sales and receipts from public corporations in lieu of taxes.

*Revenues from Non-Commonwealth Sources*

Revenues from non-Commonwealth sources include customs duties collected in Puerto Rico and excise taxes on shipments of rum from the island to the United States mainland. The customs duties and excise taxes on shipments are imposed and collected by the United States and returned to the Commonwealth. The excise tax on shipments of rum from Puerto Rico and other rum producing countries is $13.50 per gallon. Of this amount, the lesser of $13.25 per proof gallon and the actual excise tax imposed is currently returned to the Commonwealth.

*Property Taxes*

Personal property, which accounts for approximately 46% of total collections of taxable property, is self-assessed. Real property taxes are assessed based on 1958 property values. No real property reassessment has been made since 1958, and construction taking place after that year has been assessed on the basis of what the value of the property would have been in 1958. Accordingly, the overall assessed valuation of real property for taxation purposes is substantially lower than the actual market value. Also, an exemption on the first $15,000 of assessed valuation in owner-occupied residences is available.

Property taxes are assessed, determined and collected for the benefit of the municipalities by the Municipal Revenues Collection Center ("CRIM"), a government instrumentality of the Commonwealth. However, 1.03% of the property tax based on the assessed value of all property (other than exempted property) is used for purposes of paying the Commonwealth's general obligation debt and is deposited in the Commonwealth's Redemption Fund.

One of the amendments incorporated in Act 7 was that, for fiscal years 2010 through 2013, the appraisal values of real property in Puerto Rico were increased tenfold and the real personal property tax rates applicable to such values were reduced tenfold so as to offset any increased tax that would have otherwise been applicable due to the increase in appraisal values. This temporary amendment, which is expected to be revenue neutral, was intended to increase the borrowing capacity of Puerto Rico's municipalities.

Act 7 did impose, however, an additional real property tax on residential real properties with appraised values in excess of approximately $210,000 during fiscal years 2010, 2011, 2012 and 2013. The additional real property tax, to be collected by the Treasury, will be equal to 100% of the existing real property tax collected by CRIM over such properties.

The following table presents the assessed valuations and real and personal property taxes collected for fiscal years 2004 to 2008.

I-80

PR-CCD-0007885

**Commonwealth of Puerto Rico
Assessed Valuations and Real and Personal Property Taxes
(Commonwealth and Municipalities Combined)
(in thousands)**

| Fiscal Years Ended June 30, | Assessed Valuations[1] | Taxes Levied | Collections of Current Year | Collections of Previous Years | Total Collections[2] |
|---|---|---|---|---|---|
| 2004 | 23,841,557 | 874,294 | 706,677 | 79,772 | 786,449 |
| 2005 | 25,277,795 | 899,893 | 738,074 | 50,751 | 788,825 |
| 2006 | 25,606,121 | 925,618 | 801,497 | 70,908 | 872,405 |
| 2007 | 26,898,519 | 982,400 | 813,700 | 79,720 | 893,420 |
| 2008* | 27,941,285 | 1,031,277 | 788,364 | 119,062 | 907,426 |

(1) Valuation set as of July 1 of each fiscal year.
(2) During fiscal year 2004 a property tax amnesty was approved by the Legislative Assembly and implemented by CRIM. In addition to the amounts shown, under the amnesty program a total of $105.3 million was collected in fiscal year 2004 and $21.1 million in fiscal year 2005.
* Valuations and taxes levied as of December 31, 2008.

*Source: Municipal Revenues Collection Center.*

## Measures to Increase Collections of Income, Sales, and Excise Taxes

Treasury has elaborated a strategic plan designed to improve tax collections. The plan includes initiatives to foster tax compliance, implement effective enforcement measures, and attack tax evasion. To promote taxpayers' compliance, Treasury has liberalized the procedures to enter into payment plans, offers-in-compromise agreements, and encourage voluntary disclosures agreements.

In addition, Treasury has developed initiatives focused on effective enforcement methods, such as improving the efficiency of its audit selection process, the creation of technological solutions to improve collections, and the establishment of cooperation agreements with federal and local governmental agencies. Treasury is also integrating its databases and establishing a tax intelligence project to identify tax evasion and improve its audit selection process. Moreover, the amendments to the sales and use tax legislation, previously discussed, are designed to improve the collection efficiency of the system, by reducing the amount of taxpayers entitled to a resale exemption certificate and providing a credit in lieu of such resale exemption.

## Transfers to General Obligation Redemption Fund

These consist of transfers from the General Fund to the Redemption Fund for the amortization of the principal of and interest on general obligation bonds and notes of the Commonwealth.

PR-CCD-0007886

## Components of General Fund Expenditures

*Grants and Subsidies*

This category includes grants and contributions to municipalities, public corporations with independent treasuries, and charitable institutions. It also includes items for or included in court awards, damage awards for personal injury or property damage, and payment of taxes and payments in lieu of taxes.

*Personal Services*

This category includes compensation paid for personal services rendered to the Commonwealth and its public instrumentalities by individuals or firms in the form of salaries, wages, *per diems*, fees, commissions, or other forms of compensation.

*Other Services*

This category includes compensation for services other than the services referred to above, including advertising, printing, communications, legal expenses, utilities, building and equipment rental and maintenance expenses, insurance premiums and miscellaneous services.

*Materials and Supplies*

This category includes all articles that ordinarily have a short life and durability, lose their characteristic identity in the process of use, have only nominal value ($25 or less), or are not otherwise chargeable as equipment.

*Equipment Purchases*

This category includes items that have three special characteristics distinguishing them from materials: durability, long useful life, and high unit cost. In addition, these items are subject to centralized inventory control as fixed assets.

*Capital Outlays and Other Debt Service*

Capital outlays are made primarily for land acquisition or interests in land, construction of buildings, roads, bridges and other structures, and permanent improvements and additions. Other debt service includes payments on notes held by GDB to be paid from the General Fund and payments for the amortization of the principal of and interest on non-general obligation debt payable from Commonwealth appropriations.

*Transfers to Agencies*

These transfers include the repayment of loans and advances to other funds, certain refunds, advances from other funds and other receipts, repayment of advances from other funds, grants and contributions to other funds under the custody of the Secretary of the Treasury and other items. The major portion of grants and contributions in recent fiscal years has consisted of transfers to cover the costs of health reform and advances to the municipalities.

PR-CCD-0007887

*Other Expenditures*

This category represents recurring General Fund expenditures not appropriately attributable to other expenditure line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law.

**Federal Grants**

Puerto Rico receives grants under numerous federal programs. Federal grants to the agencies and instrumentalities of the Commonwealth government are estimated to be $5.750 billion for fiscal year 2010, an increase of $1.097 billion, or 23.5%, from fiscal year 2009. The following table presents revenues from federal grants by broad program areas, which are accounted in the central accounting system of the Treasury. The figures for fiscal years 2006 through 2008 are actual figures. The figures for fiscal year 2009 are estimates based on the information submitted by each agency to OMB, and the figures for fiscal year 2010 are the amounts included in the recommended budget.

Puerto Rico expects to receive approximately $5 billion in stimulus funds from ARRA, of which $229.6 million and $1.332 billion are expected to be received by the government during fiscal years 2009 and 2010, respectively. Such amounts are reflected in the table below.

### The Commonwealth of Puerto Rico
### Federal Grants*
### (in thousands)

|  | **2006** | **2007** | **2008** | **2009**[1] | **2010**[2] |
|---|---|---|---|---|---|
| Education | $1,004,138 | $ 986,574 | $ 992,087 | $1,050,756 | $1,789,484 |
| Social Services | 1,888,150 | 1,923,845 | 2,054,897 | 2,206,944 | 2,452,216 |
| Health | 432,868 | 436,892 | 465,466 | 539,633 | 545,405 |
| Labor and Human Resources[3] | 197,296 | 183,228 | 140,186 | 216,809 | 224,302 |
| Crime | 41,461 | 29,631 | 20,319 | 28,394 | 58,158 |
| Housing[4] | 371,104 | 375,581 | 363,589 | 490,852 | 504,955 |
| Drug and Justice | 36,979 | 35,321 | 19,394 | 37,164 | 46,200 |
| Agriculture and Natural Resources | 11,402 | 12,484 | 11,054 | 17,867 | 45,198 |
| Contributions to Municipalities | 53,744 | 48,531 | 49,543 | 48,414 | 60,495 |
| Other | 18,251 | 17,095 | 15,782 | 16,422 | 23,760 |
| TOTAL | $4,055,393 | $4,049,182 | $4,132,317 | $4,653,255 | $5,750,173 |

*\* Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.*

(1) Approved budget.
(2) Estimated.
(3) Amounts include grants to the Right to Work Administration and the Occupational Development and Human Resources Council.
(4) Amounts include grants to the Public Housing Administration.

*Source: Office of Management and Budget*

I-83

PR-CCD-0007888

## BUDGET OF THE COMMONWEALTH OF PUERTO RICO

**Office of Management and Budget**

OMB's predominant mission is to assist the Governor in overseeing the preparation of the budget of the Commonwealth and supervise its administration in the agencies of the Executive Branch. In helping to formulate the Governor's budget, OMB evaluates the effectiveness of agency programs, policies, and procedures, assesses competing funding demands among agencies, and sets funding priorities.

In addition, OMB oversees and coordinates the administration's initiatives in financial management, information technology, general management and organizational structure, and supervises the agencies' compliance with the Governor's program and regulatory policies. In each of these areas, OMB's role is to help improve administrative management, develop better performance measures and coordinating mechanisms, and promote efficiency in the use of public funds.

**Budgetary Process**

The fiscal year of the Commonwealth begins each July 1. The Governor is constitutionally required to submit to the Legislative Assembly an annual balanced budget of revenues, capital improvements, and operating expenses of the central government for the ensuing fiscal year. The annual budget is prepared by OMB, in coordination with the Planning Board, the Treasury, and other government offices and agencies. Section 7 of Article VI of the Constitution provides that "The appropriations made for any fiscal year shall not exceed the total revenues, including available surplus, estimated for said fiscal year unless the imposition of taxes sufficient to cover said appropriations is provided by law."

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenues and other resources for the ensuing fiscal year under (i) laws existing at the time the budget is submitted, and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year investment plan prepared by the Planning Board.

The Legislative Assembly may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes to cover such deficit. Upon passage by the Legislative Assembly, the budget is referred to the Governor, who may decrease or eliminate any item but may not increase or insert any new item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislative Assembly with the Governor's objections. The Legislative Assembly, by a two-thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the commencement of a fiscal year, the budget for such fiscal year shall be the annual budget for the preceding fiscal year as originally approved by the Legislative Assembly and the Governor until a new budget is approved. This permits the Commonwealth to continue making payments of its operating and other expenses until a new budget is approved.

PR-CCD-0007889

**Financial Control and Adjustment Procedures**

Revenue estimates for budgetary purposes are prepared by the Treasury, except for estimates of federal grants, which are prepared by OMB based on information received from the various departments and other recipients of such grants. Revenue and federal grant estimates are under continuous review and, if necessary, are revised at least quarterly during the fiscal year. Fiscal control over expenditures is exercised by the Governor, through the Director of OMB, and the Secretary of the Treasury.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislative Assembly a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislative Assembly for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority; first, the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); second, the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and good faith of the Commonwealth; third, current expenditures in the areas of health, protection of persons and property, education, welfare, and retirement systems; and fourth, all other purposes.

A Budgetary Fund was created by Act No. 147 of June 18, 1980, as amended (the "Budgetary Fund"), to cover the appropriations approved in any fiscal year in which the revenues available for such fiscal year are insufficient, to secure the payment of public debt, and to provide for unforeseen circumstances in the provision of public service. An amount equal to one percent of the General Fund net revenues of the preceding fiscal year is required to be deposited annually into the Fund. In addition, other income (not classified as revenues) that is not assigned by law to a specific purpose is also required to be deposited in the Budgetary Fund. The maximum balance of the Budgetary Fund may not exceed 6% of the total appropriations included in the budget for the preceding fiscal year. During the last two fiscal years, the Legislative Assembly approved joint resolutions to halt temporarily the deposit of funds into the Budgetary Fund, and such funds were used instead to cover the budgetary deficits. As of April 30, 2009, the balance in the Budgetary Fund was $0.

An Emergency Fund was created by Act No. 91 of June 21, 1966, as amended (the "Emergency Fund"), to cover unexpected public needs caused by calamities, such as wars, hurricanes, earthquakes, droughts, floods and plagues, and to protect people's lives and property and the public sector credit. The Emergency Fund is capitalized annually with an amount totaling no less than one percent of the General Fund net revenues of the preceding fiscal year. Act No. 91 was amended in 2003 to set an upper limit to the Emergency Fund of $150 million at the beginning of the fiscal year and was further amended in 2005 to authorize the disbursement of funds from the Emergency Fund to cover certain General Fund expenditures and operational costs of the State Emergency Management Agency. The 2005 amendment also authorizes GDB to lend to the Commonwealth up to $150 million to replenish the Emergency Fund to provide funding for emergency and disaster needs. As of April 30, 2009, the balance in the Emergency

PR-CCD-0007890

Fund was $3.6 million and $31.9 million is still available to be borrowed from GDB pursuant to said 2005 amendment.

**Appropriations**

Appropriations in the central government budget of Puerto Rico consist of the following:

(i)   General Fund appropriations for recurring ordinary operating expenses of the central government and of the Legislative Assembly are made by a single annual law known as the Joint Resolution of the General Budget.

(ii)   General Fund appropriations for special operating expenses, for contributions to municipalities, the University of Puerto Rico and the Judicial Branch and for capital expenditures are authorized by separate law for one or more years for special programs or activities, which may be permanent or transitory.

(iii)   Disbursements of Special Funds for operating purposes and for capital improvements. For the most part, such disbursements do not require annual legislative authorization, because they are authorized by previous legislation or by the United States Congress. Federal grants constitute the major part of the resources of the Special Funds.

(iv)   Bond Fund appropriations for capital expenditures financed by bonds. Such expenditures occur in one or more years.

In Puerto Rico, the central government performs many functions, which in the fifty states are the responsibility of local governments, such as providing public education, police and fire protection. The central government also provides significant annual grants to the University of Puerto Rico and to the municipalities. In addition, the Commonwealth appropriates annually to the Judicial Branch an amount equal to 4% of the average annual revenue from internal sources for each of the two preceding fiscal years. This percentage may be increased upon review, with scheduled reviews every five years.

For each of fiscal years 2008 and 2009, approximately 23% of the General Fund was committed to the payment of fixed charges such as municipal subsidies, grants to the University of Puerto Rico, mandated funding for the Judicial Branch, rent payments to the Public Buildings Authority, and debt service on the direct debt of the Commonwealth. This proportion will increase to 36% in fiscal year 2010 since the Government of Puerto Rico is pledging additional resources to cover outstanding debts.

For fiscal years 2008 and 2009, over 60% of the controllable funds portion of the General Fund was committed for the payment of the central government payroll (not including the University of Puerto Rico and the Judicial Branch). Commencing with fiscal year 2010, the Commonwealth expects to reduce this proportion to 46% due mainly to the savings in operational expenses of $2.0 billion expected from the implementation of the Fiscal Plan. The following table shows a breakdown between controllable and non-controllable General Fund expenses.

I-86

PR-CCD-0007891

## General Fund Expenses Breakdown
### (in millions)

|  | 2008 | 2009* | 2010+ |
|---|---|---|---|
| **Non-Controllable Expenses** |  |  |  |
| Mandated Expenses (Formula) |  |  |  |
|   Contributions to Municipalities | $ 350 | $ 368 | $ 308 |
|   University of Puerto Rico | 808 | 835 | 729 |
|   Judicial Branch | 323 | 348 | 348 |
| Rent Payments to Public Buildings Authority | 259 | 206 | 312 |
| General Obligation Debt Service | 203 | 288 | 521 |
| Other Debt Service | 103 | 105 | 566 |
|   Total of Non-Controllable Expenses | $ 2,046 | $ 2,150 | $ 2,784 |
|   Percent of Total General Fund Expenses | 23% | 23% | 36% |
| **Controllable Expenses** | $ 7,041 | $ 7,334 | $ 4,903 |
| Payroll and Related Costs[1] | 4,244 | 4,695 | 2,260 |
|   Payroll as a Percentage of Controllable Expenses | 60% | 64% | 46% |
| **Total General Fund Expenses** | $ 9,087 | $ 9,484 | $ 7,670 |

---

\*   Estimated.
+   Projected.
(1) Excludes University of Puerto Rico and Judicial Branch.

*Source: Office of Management and Budget*

## Projected Budget for Fiscal Year 2010

On April 29, 2009, the Governor of Puerto Rico submitted a proposed budget for fiscal year 2010 to the Legislative Assembly. The administration expects the budget to be approved before June 30, 2009. The following table presents a summary of the Commonwealth's central government proposed budget for fiscal year 2010.

I-87

PR-CCD-0007892

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2010**
**(in thousands)\***

| | General Fund | Bond Fund | Special Funds | Total |
|---|---:|---:|---:|---:|
| Revenues from internal sources: | | | | |
| Property taxes | $  230,000 | $      - | $  121,585 | $  351,585 |
| Personal income taxes | 2,614,000 | - | - | 2,614,000 |
| Retained non-resident income tax | 836,000 | - | - | 836,000 |
| Corporate income taxes | 1,541,000 | - | - | 1,541,000 |
| Partnership income taxes | 2,000 | - | - | 2,000 |
| Tollgate taxes | 5,000 | - | - | 5,000 |
| 17% withholding tax on interest | 11,000 | - | - | 11,000 |
| 10% withholding tax on dividends | 49,000 | - | - | 49,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 606,000 | - | - | 606,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 288,000 | - | - | 288,000 |
| Motor vehicles and accessories | 334,000 | - | - | 334,000 |
| Cigarettes | 163,000 | - | - | 163,000 |
| Other (excise taxes) | 89,000 | - | 670,082 | 759,082 |
| Licenses | 94,000 | - | - | 94,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 63,000 | - | - | 63,000 |
| Electronic lottery | 95,000 | - | - | 95,000 |
| Registration and document certification fees | 143,000 | - | - | 143,000 |
| Other | 143,000 | - | 331,308 | 474,308 |
| Total revenues from internal sources | 7,311,000 | - | 1,122,975 | 8,433,975 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 356,000 | - | - | 356,000 |
| Federal grants[1] | 0 | - | 5,750,173 | 5,750,173 |
| Customs | 3,000 | - | - | 3,000 |
| Total revenues from non-Commonwealth sources | 359,000 | - | 5,750,173 | 6,109,173 |
| Total revenues | 7,670,000 | - | 6,873,148 | 14,543,148 |
| Other: | | | | |
| Balance from previous year | 0 | - | 556,629 | 556,629 |
| Bonds authorized | 0 | 0 | - | - |
| Total other sources | 0 | 0 | 556,629 | 556,629 |
| Total resources | 7,670,000 | 0 | 7,429,777 | 15,099,777 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 807,739 | - | 69,952 | 877,691 |
| Education | 2,907,209 | - | 2,045,171 | 4,952,380 |
| Health | 1,341,463 | - | 573,049 | 1,914,512 |
| Welfare | 239,678 | - | 2,808,173 | 3,047,851 |
| Economic development | 119,244 | - | 131,078 | 250,322 |
| Public safety and protection | 424,076 | - | 127,827 | 551,903 |
| Transportation and communication | 53,166 | - | 80,823 | 133,989 |
| Housing | 7,982 | - | 481,542 | 489,524 |
| Contributions to municipalities | 369,277 | - | 13,693 | 382,970 |
| Special pension contributions | 313,626 | - | 0 | 313,626 |
| Debt service | 520,600 | - | 121,585 | 642,185 |
| Other debt service (appropriations) | 565,940 | - | 609,000 | 1,174,940 |
| Total appropriations – current expenses | 7,670,000 | - | 7,061,893 | 14,731,893 |
| Capital improvements | 0 | - | 84,480 | 84,480 |
| Total appropriations | 7,670,000 | - | 7,146,373 | 14,816,373 |
| Year-end balance | 0 | - | 283,404 | 283,404 |
| Total appropriations and year-end balance | $ 7,670,000 | - | $ 7,429,777 | $15,099,777 |

---

\*   Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.

*Sources:  Department of the Treasury and Office of Management and Budget*

I-88

Projected revenues for fiscal year 2010 total $15.1 billion and projected General Fund Revenues total $7.7 billion. The major changes in general fund revenues are accounted mainly by increases in property taxes (up $230.6 million), corporate income tax (up $129 million), personal income taxes (up $59 million), and excise taxes on cigarettes and alcoholic beverages (up $50 million) and decreases in the sales and use tax (down $305 million, due principally to the increase in the portion of the tax transferred to COFINA), retained non-resident income tax (down $55 million), federal excise tax on offshore shipments (down $38 million), interest on dividends subject to tax (down $9 million), and excise tax on motor vehicles and accessories (down $5 million).

Estimated expenses for the central government of all budgetary funds total $14.8 billion, a decrease of $66.8 million from fiscal year 2009. The major changes in general fund expenditures by program in fiscal year 2010 are mainly due to increases in general obligation bonds debt service (up $232.6 million) and other debt service appropriations (up $450.9 million) and decreases in public safety and protection (down $1.273 billion), education (down $527.2 million), health (down $217.5 million), general government (down $88.1 million), welfare (down $255.5 million), economic development (down $61.2 million), transportation and communication (down $44.3 million), housing (down $21.2 million), and contributions to municipalities (down $9.1 million).

For fiscal year 2010, the government expects to incur an additional $2.5 billion in expenses, for a total of $10.1 billion in expenses. Approximately $2 billion of this amount is related to (i) transitory expenses related to the implementation of the expense-reduction measures in the Fiscal Plan ($1 billion) and (ii) additional expenses ($1 billion) which will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years as a result of the expense reduction plan being implemented under Act 7. This additional amount of expenses is included in the consolidated budget of the Commonwealth and expected to be covered from the proceeds of COFINA bond issues.

**Budget for Fiscal Year 2009**

The consolidated budget for fiscal year 2009 totals $27.4 billion. Of this amount, $14.9 billion is assigned to the central government. This includes General Fund total resources and appropriations of $9.484 billion, which represents an increase of $396.5 million over approved expenditures for fiscal year 2008. The increase in expenditures is mainly due to University of Puerto Rico, judiciary, and municipal formula increases and salary increases mandated by law or collective bargaining agreements. Due to the fact that general elections were held in November 2008, which fell within fiscal year 2009, an additional $42.3 million was budgeted for the State Elections Commission.

The General Fund revenue projection for fiscal year 2009 was $8.488 billion, an increase of $235 million, or 2.8%, from estimated net revenues for fiscal year 2008 of $8.253 billion. The Commonwealth's budgeted expenditures for fiscal year 2009 of $9.484 billion exceed projected revenues of $8.488 billion by approximately $1 billion. The gap was covered by a $1.0 billion loan from GDB to the Commonwealth secured by certain tax receivables. This loan is expected to be repaid during fiscal year 2009 from COFINA bond issues.

I-89

PR-CCD-0007894

Estimated expenses and capital improvements of all budgetary funds for fiscal year 2009 total $14.9 billion, an increase of $713.8 million from fiscal year 2008. The major changes in General Fund expenditures by program in fiscal year 2009 are mainly due to increases in welfare (up $112.6 million), education (up $92.9 million), debt service on Commonwealth's general obligation and guaranteed debt (up $85.0 million), general government (up $75.1 million), health (up $46.3 million), special pension contribution (up $17.5 million), other debt service (up $12.1 million), contributions to municipalities (up $3.7 million), transportation and communication (up $2.1 million), public safety and protection (up $1.2 million), housing (up $0.6 million) and a decrease in economic development expenses of $28.5 million.

The following table presents a summary of the Commonwealth's central government budget appropriations for the fiscal year ending June 30, 2009.

PR-CCD-0007895

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2009**
**(in thousands)***

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ - | $ - | $ 120,981 | $ 120,981 |
| Personal income taxes | 2,555,000 | - | - | 2,555,000 |
| Retained non-resident income tax | 891,000 | - | - | 891,000 |
| Corporate income taxes | 1,412,000 | - | - | 1,412,000 |
| Partnership income taxes | 3,000 | - | - | 3,000 |
| Tollgate taxes | 5,000 | - | - | 5,000 |
| 17% withholding tax on interest | 12,000 | - | - | 12,000 |
| 10% withholding tax on dividends | 57,000 | - | - | 57,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 911,000 | - | - | 911,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 282,000 | - | - | 282,000 |
| Motor vehicles and accessories | 339,000 | - | - | 339,000 |
| Cigarettes | 119,000 | - | - | 119,000 |
| Other (excise taxes) | 90,000 | - | 41,605 | 131,605 |
| Licenses | 94,000 | - | - | 94,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 59,000 | - | - | 59,000 |
| Electronic lottery | 89,000 | - | - | 89,000 |
| Registration and document certification fees | 137,000 | - | - | 137,000 |
| Other | 143,000 | - | 320,552 | 463,552 |
| Total revenues from internal sources | 7,203,000 | - | 483,138 | 7,686,138 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 394,000 | - | - | 394,000 |
| Federal grants[(1)] | 0 | - | 4,653,255 | 4,653,255 |
| Customs | 3,000 | - | - | 3,000 |
| Total revenues from non-Commonwealth sources | 397,000 | - | 4,653,255 | 5,050,255 |
| Total revenues | 7,600,000 | - | 5,136,393 | 12,736,393 |
| Other: | | | | |
| Other Income | 1,000,000 | - | - | 1,000,000 |
| Balance from previous year | 0 | - | 819,573 | 819,573 |
| Bonds authorized | 0 | - | - | 0 |
| Total other sources | 1,000,000 | - | 819,573 | 1,819,573 |
| Total resources | 8,600,000 | - | 5,955,966 | 14,555,966 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 896,345 | - | 65,934 | 962,279 |
| Education | 3,434,366 | - | 1,277,693 | 4,712,059 |
| Health | 1,558,940 | - | 562,478 | 2,121,418 |
| Welfare | 495,172 | - | 2,550,514 | 3,045,686 |
| Economic development | 180,454 | - | 103,089 | 283,543 |
| Public safety and protection | 1,696,771 | - | 78,456 | 1,775,227 |
| Transportation and communication | 97,515 | - | 69,289 | 166,804 |
| Housing | 29,240 | - | 473,418 | 502,658 |
| Contributions to municipalities | 378,342 | - | 1,764 | 380,106 |
| Special pension contributions | 313,641 | - | 0 | 313,641 |
| Debt service | 288,000 | - | 120,981 | 408,981 |
| Other debt service (appropriations) | 115,006 | - | 0 | 115,006 |
| Total appropriations – current expenses | 9,483,792 | - | 5,303,616 | 14,787,408 |
| Capital improvements | 0 | - | 95,721 | 95,721 |
| Total appropriations | 9,483,792 | - | 5,399,337 | 14,883,129 |
| Year-end balance | (883,792) | - | 556,629 | (327,163) |
| Total appropriations and year-end balance | $8,600,000 | - | $ 5,955,966 | $14,555,966 |

\* Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.

*Sources*: Department of the Treasury and Office of Management and Budget

I-91

Given the expected reduction in revenues due to current economic conditions, the General Fund revenue projection for fiscal year 2009 was adjusted in January 2009 to $7.6 billion, a reduction of $884 million from the original budgeted revenues. For fiscal year 2009, in order to cover a budgetary imbalance between projected revenues of $8.5 billion and budgeted expenditures of $9.5 billion, the original budget included a $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables. In addition, non-budgeted expenses in the amount of $1.349 billion were identified in the government transition process. The projected revenue shortfall of $884 million, plus the $1 billion GDB financing and the additional non-budgeted expenditures of $1.349 billion result in an aggregate structural deficit for fiscal year 2009 of approximately $3.233 billion. These are preliminary figures and are subject to final revision by OMB.

The following table shows a breakdown of these non-budgeted expenses:

### Budgeted and Non-Budgeted Expenses for Fiscal Year 2009

|  | Fiscal Year 2009 Expenses (in millions) |
|---|---|
| Budgeted Expense Base | $ 9,484 |
|  |  |
| Non-Budgeted Expenses |  |
| Public Health Plan and Education Department Deficit | 500 |
| Non-budgeted debt service of Public Improvement Fund payable to GDB | 175 |
| Non-budgeted debt service of other entities payable to GDB | 174 |
| Non-budgeted rent payable to PBA | 145 |
| Financing and collateral expenses related to swap transactions | 111 |
| Deficits attributed to other agencies | 88 |
| Non-budgeted utilities payments | 60 |
| Non-budgeted financing expenses related to TRANs | 54 |
| Interest payments for Treasury line of credit | 27 |
| Environmental Quality Board Early Retirement Plan without repayment source | 15 |
| Total of Non-Budgeted Expenses | $ 1,349 |
|  |  |
| **Total Expenses** | **$ 10,833** |

Act 7, in conjunction with Act 91 and Act 1, allocates to COFINA, commencing on July 1, 2009, a total of one-half of the 5.5% Commonwealth Sales Tax (the equivalent of a 2.75% tax), thus expanding COFINA's capacity to issue bonds. These laws allow for the use of these funds to cover operational expenses of the Commonwealth between fiscal years 2009 and 2012.

PR-CCD-0007897

During the second half of fiscal year 2009, the Governor of Puerto Rico has issued several Executive Orders to implement measures of austerity, fiscal control and expense reduction. Among these initiatives, the Governor ordered government agencies to reduce their operational costs by an amount equal to ten percent (10%) of half of their total budgeted expenses for fiscal year 2009, eliminate thirty percent (30%) of authorized government non-career positions, institute a hiring freeze of government employees, eliminate government credit cards, strictly control travel expenses, and impose limitations on the use of cellular phones and PDAs, agency vehicles, and electric power usage. These measures are currently being implemented by every agency and firmly monitored by OMB.

## Expense Reduction Plan to Achieve Fiscal Balance

The Commonwealth's economic team is working together to enforce spending control measures that have been established to attempt to minimize the budget risk. Payroll expense reduction measures already implemented include: salary reduction of non-career employees and agency heads, salary freezes, ban of new positions, and the elimination of vacant positions. The executive and legislative branches also worked together to approve the legal framework for implementing the expense-reduction plan. As described above, Act 7 established a multiphase, mandatory expense-reduction program of $2 billion from the General Fund for fiscal year 2010. These expense-reduction measures are an important component of the Fiscal Plan and are expected to play a significant part in balancing the budget for subsequent fiscal years. Act 7 also provides for additional tax revenue generation and tax revenue enforcement measures and provides for a number of financial measures intended to eliminate the Commonwealth's recurring structural budget deficit on or before fiscal year 2013. See "Fiscal Stabilization and Economic Reconstruction — Fiscal Stabilization Plan" under *The Economy*.

OMB will also establish a "Continuous Government Reform Agenda" with the objective of reducing Government's size through the implementation of a zero-based budgeting approach for fiscal year 2010. OMB plans to review programs and activities with a "grassroots" approach, rank activities by priority and social impact, and find synergies and efficiencies between programs as the Government merges activities in order to eliminate duplicative efforts.

## Differences between Budget and Basic Financial Statements

Revenues and expenditures, as reported by the Treasury in its Basic Financial Statements, may differ substantially from resources and appropriations in the annual budget for a number of reasons, including the following:

(i) The budgetary accounts are on a cash basis, while financial statements prepared by the Treasury include accruals and other adjustments as required by government accounting standards.

(ii) Expenditures for current purposes in a particular fiscal year may include amounts appropriated for earlier periods but not previously expended and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

(iii) Bonds are authorized by the Commonwealth in accordance with a four-year capital improvement program. Since bond sales are determined by bond market conditions and other

I-93

PR-CCD-0007898

factors, the amounts of bonds sold for these improvements are financed by advances from the General Fund to the Capital Projects Fund, which are later reimbursed from proceeds of bond or notes sales.

## LITIGATION

The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended ("Act 104"), persons are authorized to sue the Commonwealth only for causes of actions specified in said Act. The Commonwealth may be liable under Act 104 for damages up to a maximum amount of $75,000, or $150,000 if the suit involves actions for damages to more than one person or where a single injured party is entitled to several causes of action.

Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees, including directors of public corporations and government instrumentalities and mayors of the municipalities of the Commonwealth, with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the amount of the judgment that may be paid under the act in cases before federal court, but in all other cases the Puerto Rico Secretary of Justice may determine whether, and to what extent, the Commonwealth will assume payment of such judgment.

With respect to pending and threatened litigation, as of June 30, 2007, the Commonwealth has included in its financial statements reported liabilities of approximately $950 million for awarded and anticipated unfavorable judgments. While amounts claimed exceed $6 billion, such amount represents the amount estimated at the time as a probable liability or a liability with a fixed or expected due date, which would require future available financial resources for its payment. The Commonwealth believes that the ultimate liability in excess of amounts provided in the financial statements, if any, would not be significant.

On April 13, 2009, a group of government employees along with labor organizations that represent governmental employees filed a complaint in the U.S. District Court for the District of Puerto Rico against the Governor of Puerto Rico and several agency heads. In the Complaint, the plaintiffs seek, among other relief, an injunction to stop the Government of Puerto Rico from implementing the cost-cutting provisions of Act 7, described above in "Fiscal and Economic Reconstruction—Expense Reduction Measures" under "The Economy."

The main legal basis to seek the injunction is that the referenced Act 7 provisions allegedly violate United States and Puerto Rico law prohibitions on impairment of contracts and retroactive application of laws. Plaintiffs are seeking to have such provisions declared unconstitutional and thus legally unenforceable. The administration intends to defend vigorously the constitutionality of Act 7 and continues with its implementation.

The Commonwealth is a defendant in two lawsuits filed, one in Commonwealth court and one in the U.S. District Court for the District of Puerto Rico, by an association of primary care health centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health since 1997. In June 2004, the Superior Court of the

PR-CCD-0007899

Commonwealth in San Juan determined that the Commonwealth must return those funds. The Supreme Court of Puerto Rico, however, upheld a partial ruling allowing the Commonwealth to deduct from the payments due to the centers certain of the payments received by the centers from the federal government. Currently, audits are being carried out on the plaintiff centers. As of June 30, 2007, the Commonwealth has accrued $50 million for this legal contingency. With respect to the federal case, the Commonwealth disbursed approximately $18 million between April 2004 and January 2007 in compliance with a preliminary injunction issued by the U.S. District Court for the District of Puerto Rico.

The Commonwealth is also a defendant in a class action presented by parents of special-education students before Commonwealth courts alleging that the Puerto Rico Department of Education had failed to provide legally required special education and related services. In October 2006, the San Juan Court of Appeals decided in favor of the parents' request to include damage claims in the same class-action case, and the court may now award damages to the members of the class. When awarding damages, the court may consider the claims in groups or each case individually, and the parents must have proven the damages suffered. The Commonwealth plans to defend vigorously each case. As of June 30, 2007, the Commonwealth had accrued $450 million for this legal contingency.

In addition, the Commonwealth is a defendant in a lawsuit filed by a group of vehicle owners in Commonwealth courts, which suit questions the legitimacy of Act No. 42 of August 1, 2005, as amended ("Act 42"). Act 42 imposes additional annual motor-vehicle fees on all "luxury" motor vehicles that are used for private purposes. On March 15, 2007, the First Circuit Court of San Juan ruled against the Commonwealth and ordered the Commonwealth to return the funds collected. The Commonwealth appealed this decision to the Court of Appeals. On January 29, 2008, the Court of Appeals upheld the decision of the First Circuit Court of San Juan. The Supreme Court of Puerto Rico has granted the Commonwealth's application for certiorari and will hear an appeal of the decision of the Court of Appeals. As of June 30, 2007, the Commonwealth had accrued $450 million for this legal contingency

The Commonwealth and various component units are defendants in other lawsuits alleging violations of civil rights, breach of contract, and other damage claims. Preliminary hearings and discovery proceedings are in progress. The amounts claimed exceed $5 billion; however, the ultimate liability cannot be presently determined. It is the opinion of the Commonwealth that the claims are excessive. No provision for any liability that may result upon adjudication of these lawsuits has been recognized by the Commonwealth. The Commonwealth believes that the ultimate liability, if any, would not be significant.

PR-CCD-0007900

(This page intentionally left blank)

APPENDIX II

## FORM OF OPINION OF BOND COUNSEL

 GreenbergTraurig

[Closing Date]

Secretary of the Treasury of the
    Commonwealth of Puerto Rico
Department of the Treasury
San Juan, Puerto Rico

Re:  $3,425,000 Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series
     2009A (General Obligation Bonds)

Dear Mr. Secretary:

We have acted as bond counsel to the Commonwealth of Puerto Rico in connection with the issuance of the above-captioned bonds, dated the date of delivery thereof (the "Bonds"). In such capacity we have examined Act No. 33 of the Legislature of Puerto Rico, approved December 7, 1942, as amended (the "Act"), such other law and such certified proceedings and other documents as we have deemed necessary to render this opinion, including a resolution adopted by the Secretary of the Treasury of the Commonwealth of Puerto Rico (the "Secretary") and approved by the Governor of the Commonwealth of Puerto Rico (the "Resolution"). We also have examined one of the Bonds as executed and authenticated.

The Bonds are issued pursuant to the Act and the Resolution. The Bonds mature on July 1 of the years and in such principal amounts and bearing interest at the rates, all as set forth in the Resolution. The Bonds are issuable as registered Bonds without coupons in the manner and in accordance with the terms and conditions of the Resolution.

Regarding questions of fact material to our opinion, we have relied on representations of the Secretary contained in the Resolution, and the certified proceedings and other certifications of public officials and others furnished to us without undertaking to verify the same by independent investigation.

Based on the foregoing, we are of opinion that, under existing law:

1.       The Act is valid.

2.       Said proceedings have been validly and legally taken.

3.       The Act and such proceedings and certifications show lawful authority for the issuance and sale of the Bonds, and the Bonds constitute valid and binding general obligations of the Commonwealth of Puerto Rico for the payment of the principal of and the interest on the Bonds, to which the good faith, credit and taxing power of the Commonwealth of Puerto Rico are pledged.

Secretary of the Treasury of the
Commonwealth of Puerto Rico
[Closing Date]
Page 2

    4.    Under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, (i) subject to compliance with the covenant referred to below and requirements of the Internal Revenue Code of 1986, as amended (the "Code"), and the Resolution regarding the use, expenditure and investment of Bond proceeds and the timely payment of certain investment earnings to the Treasury of the United States, if required, interest on the Bonds is not includable in gross income for federal income tax purposes, and (ii) the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico, and local income taxation.

    Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations and will not be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. The Code contains other provisions that could result in tax consequences, upon which we express no opinion, as a result of (i) ownership of Bonds, or (ii) the inclusion in certain computations of interest that is excluded from gross income.

    The Commonwealth of Puerto Rico has covenanted to comply with the requirements of the Code, to the extent permitted by the Constitution and laws of the Commonwealth of Puerto Rico, so that interest on the Bonds will remain exempt from federal income taxes to which it is not subject on the date of issuance of the Bonds. We are not aware of any provisions of the Constitution or laws of the Commonwealth of Puerto Rico which would prevent the Commonwealth of Puerto Rico from complying with the requirements of the Code.

    The opinions expressed herein are for the benefit of the addressees only and may not be quoted, circulated, assigned or delivered to any other person or for any other purpose without our prior written consent. The opinions expressed herein are based on an analysis of existing laws, including regulations, rulings, official interpretations of law issued by the United States Internal Revenue Service, and court decisions on or prior to the date hereof. Such opinions may be adversely affected by actions taken or events occurring, including a change in law, regulation or ruling (or in the application or official interpretation of any law, regulation or ruling) after the date hereof. We have not undertaken to determine, or to inform any person, whether such actions are taken or such events occur, and we have no obligation to update this opinion in light of such actions or events.

                       Respectfully submitted,

                       Greenberg Traurig, LLP

PR-CCD-0007903

APPENDIX III

## BOOK-ENTRY SYSTEM

**The Depository Trust Company**

DTC will act as securities depository for the Bonds. The Bonds will be issued as fully-registered securities registered in the name of Cede & Co. (DTC's partnership nominee) or such other name as may be requested by an authorized representative of DTC. One fully-registered Bond certificate will be issued for each stated maturity of the Bonds, each in the aggregate principal amount (initial principal amount in the case of the Capital Appreciation Bonds and the Convertible Capital Appreciation Bonds) of such maturity, and will be deposited with DTC. SO LONG AS CEDE & CO. IS THE REGISTERED OWNER OF THE BONDS, AS NOMINEE FOR DTC, REFERENCES HEREIN TO BONDHOLDERS OR OWNERS OF THE BONDS (OTHER THAN UNDER THE CAPTION "TAX MATTERS") SHALL MEAN CEDE & CO. AND SHALL NOT MEAN THE BENEFICIAL OWNERS OF THE BONDS. If, however, the aggregate principal amount of any issue exceeds $500 million, one certificate will be issued with respect to each $500 million of principal amount, and an additional certificate will be issued with respect to any remaining principal amount of such issue.

DTC, the world's largest securities depository, is a limited-purpose trust company organized under the New York Banking Law, a "banking organization" within the meaning of the New York Banking Law, a member of the Federal Reserve System, a "clearing corporation" within the meaning of the New York Uniform Commercial Code, and a "clearing agency" registered pursuant to the provisions of Section 17A of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). DTC holds and provides asset servicing for over 3.5 million issues of U.S. and non-U.S. equity issues, corporate and municipal debt issues, and money market instruments (from over 100 countries) that DTC's participants ("Direct Participants") deposit with DTC. DTC also facilitates the post-trade settlement among Direct Participants of sales and other securities transactions in deposited securities, through electronic computerized book-entry transfers and pledges between Direct Participants' accounts. This eliminates the need for physical movement of securities certificates. Direct Participants include both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, clearing corporations, and certain other organizations. DTC is a wholly-owned subsidiary of The Depository Trust & Clearing Corporation ("DTCC"). DTCC is the holding company for DTC, National Securities Clearing Corporation and Fixed Income Clearing Corporation, all of which are registered clearing agencies. DTCC is owned by the users of its regulated subsidiaries. Access to the DTC system is also available to others such as both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, and clearing corporations that clear through or maintain a custodial relationship with a Direct Participant, either directly or indirectly ("Indirect Participants"). DTC has S&P's highest rating: AAA. The DTC Rules applicable to its Participants are on file with the Securities and Exchange Commission ("SEC"). More information about DTC can be found at www.dtcc.com and www.dtc.org.

Purchases of the Bonds under the DTC system must be made by or through Direct Participants, which will receive a credit for the Bonds on DTC's records. The ownership interest of each actual purchaser of the Bonds ("Beneficial Owner") is in turn to be recorded on the Direct and Indirect Participants' records. Beneficial Owners will not receive written confirmation from DTC of their purchase. Beneficial Owners are, however, expected to receive written

PR-CCD-0007904

confirmations providing details of the transaction, as well as periodic statements of their holdings, from the Direct or Indirect Participant through which the Beneficial Owner entered into the transaction. Transfers of ownership interests in the Bonds are to be accomplished by entries made on the books of Direct and Indirect Participants acting on behalf of Beneficial Owners. Beneficial Owners will not receive certificates representing their ownership interests in the Bonds, except in the event that use of the book-entry system for the Bonds is discontinued.

To facilitate subsequent transfers, the Bonds deposited by Direct Participants with DTC are registered in the name of DTC's partnership nominee, Cede & Co., or such other name as may be requested by an authorized representative of DTC. The deposit of the Bonds with DTC and their registration in the name of Cede & Co. or such other DTC nominee do not effect any change in beneficial ownership. DTC has no knowledge of the actual Beneficial Owners of the Bonds; DTC's records reflect only the identity of the Direct Participants to whose accounts such Bonds are credited, which may or may not be the Beneficial Owners. The Direct and Indirect Participants will remain responsible for keeping account of their holdings on behalf of their customers.

Conveyance of notices and other communications by DTC to Direct Participants, by Direct Participants to Indirect Participants, and by Direct Participants and Indirect Participants to Beneficial Owners will be governed by arrangements among them, subject to any statutory or regulatory requirements as may be in effect from time to time. Beneficial Owners of Bonds may wish to take certain steps to augment the transmission to them of notices of significant events with respect to the Bonds, such as redemptions, tenders, defaults, and proposed amendments to the Bonds documents. For example, Beneficial Owners of Bonds may wish to ascertain that the nominee holding the Bonds for their benefit has agreed to obtain and transmit notices to Beneficial Owners. In the alternative, Beneficial Owners may wish to provide their names and addresses to the registrar and request that copies of notices be provided directly to them.

Redemption notices shall be sent to DTC. If less than all of the Bonds within an issue are being redeemed, DTC's practice is to determine by lot the amount of the interest of each Direct Participant in such issue to be redeemed.

Neither DTC nor Cede & Co. (nor any other DTC nominee) will consent or vote with respect to Bonds unless authorized by a Direct Participant in accordance with DTC's MMI Procedures. Under its usual procedures, DTC mails an Omnibus Proxy to the Corporation as soon as possible after the record date. The Omnibus Proxy assigns Cede & Co.'s consenting or voting rights to those Direct Participants to whose accounts the Bonds are credited on the record date (identified in a listing attached to the Omnibus Proxy).

Redemption proceeds, distributions, and dividend payments on the Bonds will be made to Cede & Co., or such other nominee as may be requested by an authorized representative of DTC. DTC's practice is to credit Direct Participants' accounts upon DTC's receipt of funds and corresponding detail information from the Corporation or the Trustee on payable dates in accordance with their respective holdings shown on DTC's records. Payments by Participants to Beneficial Owners will be governed by standing instructions and customary practices, as is the case with securities held for the accounts of customers in bearer form or registered in "street

III-2

name," and will be the responsibility of such Participant and not of DTC, the Trustee, or the Corporation, subject to any statutory or regulatory requirements as may be in effect from time to time. Payment of redemption proceeds, distributions, and dividend payments to Cede & Co. (or such other nominee as may be requested by an authorized representative of DTC) is the responsibility of the Corporation or the Trustee, disbursement of such payments to Direct Participants will be the responsibility of DTC, and disbursement of such payments to the Beneficial Owners will be the responsibility of Direct and Indirect Participants.

DTC may discontinue providing its services as depository with respect to the Bonds at any time by giving reasonable notice to the Corporation or the Trustee. Under such circumstances, in the event that a successor depository is not obtained, Bond certificates are required to be printed and delivered.

The Corporation may decide to discontinue use of the system of book-entry only transfers through DTC (or a successor securities depository). In that event, Bond certificates will be printed and delivered to DTC.

The information in this section concerning DTC and DTC's book-entry system has been obtained from sources that the Corporation believes to be reliable, but the Corporation takes no responsibility for the accuracy thereof.

NONE OF THE CORPORATION, THE TRUSTEE OR THE UNDERWRITERS WILL HAVE ANY RESPONSIBILITY OR OBLIGATION TO DIRECT PARTICIPANTS, INDIRECT PARTICIPANTS OR ANY BENEFICIAL OWNER WITH RESPECT TO (I) THE ACCURACY OF ANY RECORDS MAINTAINED BY DTC, ANY PARTICIPANT OR INDIRECT PARTICIPANT; (II) THE PAYMENT BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY AMOUNT WITH RESPECT TO THE PRINCIPAL OF, OR PREMIUM, IF ANY, OR INTEREST ON, THE BONDS; (III) ANY NOTICE WHICH IS PERMITTED OR REQUIRED TO BE GIVEN TO BONDHOLDERS; (IV) ANY CONSENT GIVEN BY DTC OR OTHER ACTION TAKEN BY DTC AS A BONDHOLDER; OR (V) THE SELECTION BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY BENEFICIAL OWNERS TO RECEIVE PAYMENT IN THE EVENT OF ANY PARTIAL REDEMPTION OF THE BONDS.

PR-CCD-0007906

(This page intentionally left blank)

PR-CCD-0007907

# Exhibit 24

NEW ISSUE - BOOK-ENTRY ONLY
See "Book-Entry Only System" under THE BONDS

*In the opinion of Bond Counsel, subject to compliance with certain tax covenants, interest on the Bonds is not includable in gross income for federal income tax purposes under existing statutes, regulations, rulings and court decisions. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations. However, interest will be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. See TAX MATTERS for a description of certain other federal tax consequences of ownership of the Bonds. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation.*

**$372,685,000**
**COMMONWEALTH OF PUERTO RICO**
**Public Improvement Refunding Bonds, Series 2009 B**
**(General Obligation Bonds)**

**Dated: Date of Delivery**                              **Due: July 1, as shown on the inside cover**

Interest on the Bonds will accrue from their date of issuance and will be payable semi-annually on each January 1 and July 1, commencing on January 1, 2010. The Bonds are subject to redemption prior to maturity as set forth herein.

**The Bonds are general obligations of the Commonwealth of Puerto Rico. The good faith, credit and taxing power of the Commonwealth of Puerto Rico are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth of Puerto Rico, which includes the Bonds, constitutes a first claim on available Commonwealth of Puerto Rico resources.**

The Bonds are issuable as registered bonds without coupons in denominations of $5,000 and whole multiples thereof and will be initially registered only in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"), which will act as securities depository for the Bonds. See "Book Entry Only System" under THE BONDS.

The Bonds are offered for delivery when, as and if issued and accepted by the Underwriters, subject to the approval of legality of Greenberg Traurig, LLP, Boston, Massachusetts, Bond Counsel, and certain other conditions. Certain legal matters will be passed upon for the Underwriters by Fiddler González & Rodríguez, P.S.C., San Juan, Puerto Rico. It is expected that the Bonds will be available for delivery through the facilities of DTC on or about November 17, 2009.

**Morgan Stanley**                                                                                    **JP Morgan**

**Barclays Capital**        **Goldman, Sachs & Co.**        **Merrill Lynch**        **Ramírez & Co. Inc.**

**Popular Securities**        **Santander Securities**        **UBS Financial Services Incorporated of Puerto Rico**

November 4, 2009

**$372,685,000**
## COMMONWEALTH OF PUERTO RICO
### Public Improvement Refunding Bonds, Series 2009 B
### (General Obligation Bonds)

$35,730,000 5.875% Term Bonds due July 1, 2036 - Yield 5.875% - CUSIP[*] 74514LVX2

$75,000,000 6.500% Term Bonds due July 1, 2037 - Yield 5.900% - CUSIP[*] 74514LVY0

$121,955,000 5.750% Term Bonds due July 1, 2038 - Yield 6.000% - CUSIP[*] 74514LVZ7

$140,000,000 6.000% Term Bonds due July 1, 2039 - Yield 6.000% - CUSIP[*] 74514LVW4

[*]      Copyright 2009, American Bankers Association. CUSIP data herein are provided by Standard & Poor's CUSIP Service Bureau, a division of The McGraw-Hill Companies, Inc. The CUSIP number listed above is being provided solely for the convenience of bondholders and the Commonwealth does not make any representation with respect to such number or undertake any responsibility for its accuracy now or at any time in the future. The CUSIP number is subject to being changed after the issuance of the Bonds as a result of various subsequent actions including, but not limited to, a refunding in whole or in part of the Bonds.

# Commonwealth of Puerto Rico

### Governor

LUIS G. FORTUÑO

### Members of the Cabinet

MARCOS RODRÍGUEZ-EMA
*Chief of Staff*

KENNETH D. MCCLINTOCK
*Secretary of State*

ANTONIO M. SAGARDÍA
*Secretary of Justice*

JUAN C. PUIG
*Secretary of the Treasury*

CARLOS A. CHARDÓN
*Secretary of Education*

MIGUEL ROMERO
*Secretary of Labor and
Human Resources*

DR. LORENZO GONZÁLEZ
*Secretary of Health*

JAVIER RIVERA AQUINO
*Secretary of Agriculture*

RUBÉN A. HERNÁNDEZ
*Secretary of Transportation
and Public Works*

JOSÉ R. PÉREZ-RIERA
*Secretary of Economic
Development and Commerce*

YANITSIA IRIZARRY
*Secretary of Family Affairs*

YESEF Y. CORDERO
*Secretary of Housing*

DANIEL J. GALÁN
*Secretary of Natural and
Environmental Resources*

LUIS G. RIVERA MARÍN
*Secretary of
Consumer Affairs*

HENRY NEWMANN
*Secretary of Sports and Recreation*

CARLOS M. MOLINA
*Secretary of Corrections
and Rehabilitation*

---

*Legislative Officers*

THOMAS RIVERA SCHATZ
President, Senate

JENNIFFER A. GÓNZALEZ
Speaker, House of
Representatives

*Fiscal Officers*

MARÍA SÁNCHEZ BRAS
Director, Office of
Management and Budget

CARLOS M. GARCÍA
President and Chairman of the
Board of Directors,
Government Development
Bank for Puerto Rico

No dealer, broker, sales representative or other person has been authorized by the Commonwealth or the Underwriters to give any information or to make any representations other than those contained herein and, if given or made, such other information or representations must not be relied upon as having been authorized by the Commonwealth or any Underwriter. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such an offer, solicitation or sale. The information set forth herein has been obtained from the Commonwealth and other official sources that are believed to be reliable. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Commonwealth since the date hereof. The Underwriters have provided the following sentence and paragraph for inclusion in this Official Statement. The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

**In connection with offering of the Bonds, the Underwriters may effect transactions which stabilize or maintain the market prices of the Bonds and the Commonwealth's outstanding general obligation bonds at levels above those which might otherwise prevail in the open market. Such stabilizing, if commenced, may be discontinued at any time.**

**Certain statements contained in this Official Statement reflect not historical facts but forecasts and "forward-looking statements." These statements are based upon a number of assumptions and estimates that are subject to significant uncertainties, many of which are beyond the control of the Commonwealth. In this respect, the words "estimates," "projects," "anticipates," "expects," "intends," "believes" and similar expressions are intended to identify forward-looking statements. All projections, forecasts, assumptions, expressions of opinions, estimates and other forward-looking statements are expressly qualified in their entirety by this cautionary statement: actual results may differ materially from those expressed or implied by forward-looking statements.**

**TABLE OF CONTENTS**

<u>Page</u>

INTRODUCTORY STATEMENT .................................................................................................1
OVERVIEW ..............................................................................................................................3
RECENT DEVELOPMENTS .........................................................................................................4
   Revised Economic Data for Fiscal Years 2009 and 2010 .................................................4
   Results for Fiscal Year 2009.............................................................................................5
   Approved Budget for Fiscal Year 2010 ............................................................................5
   Actuarial Valuation and Cash Shortfall of the Employees Retirement System ...............6
   Amendments to Act No. 7 ................................................................................................6
   Approval of Public-Private Partnerships Act ...................................................................7
   Recent Bond Issues by the Commonwealth and Certain Instrumentalities .....................7
   Orders Requiring Reduction in Service Contracts and Leases .........................................8
   Implementation of Second Round of Layoffs under Act No. 7 .........................................8
   Progress in the Implementation of the Fiscal Stabilization Plan.......................................9
   Incident at Caribbean Petroleum Corp..............................................................................9
PLAN OF FINANCING................................................................................................................10
   Sources and Uses of Funds ...............................................................................................10
THE BONDS ..............................................................................................................................10
   General .............................................................................................................................10
   Book-Entry Only System..................................................................................................10
   Authorization ...................................................................................................................11
   Redemption.......................................................................................................................11
   Notice of Redemption; Effect of Redemption ..................................................................12
   Security.............................................................................................................................13
   Payment Record................................................................................................................14
   Debt Limitation.................................................................................................................15
   Maturity Limitation ..........................................................................................................17
PUBLIC SECTOR DEBT OF THE COMMONWEALTH ....................................................................18
   Public Service Debt ..........................................................................................................18
   Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt ...........19
TAX MATTERS .........................................................................................................................20
LEGAL MATTERS .....................................................................................................................21
LEGAL INVESTMENT.................................................................................................................21
UNDERWRITING .......................................................................................................................21
VERIFICATION OF MATHEMATICAL COMPUTATIONS.................................................................22
GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO ..........................................................22
RATINGS...................................................................................................................................22
CONTINUING DISCLOSURE.........................................................................................................22
MISCELLANEOUS ......................................................................................................................25

Appendix I – Commonwealth of Puerto Rico Financial Information and Operating Data Report,
    dated May 15, 2009 ........................................................................................................I-1

Appendix II – Proposed Form of Opinion of Bond Counsel .................................................... II-1

Appendix III – Description of the Book-Entry System .............................................................III-1

Appendix IV – List of Bonds with Refunded Interest ..............................................................IV-1

i

PR-CCD-0005161

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005162

**$372,685,000**
**COMMONWEALTH OF PUERTO RICO**
**Public Improvement Refunding Bonds, Series 2009 B**
**(General Obligation Bonds)**

### INTRODUCTORY STATEMENT

This Official Statement of the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico"), which includes the cover page, the inside cover page, the table of contents and the appendices, provides certain information in connection with the sale of $372,685,000 Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2009 B (the "Bonds").

The Bonds are being issued under the provisions of Act No. 33 of the Legislative Assembly of Puerto Rico, approved on December 7, 1942, as amended (the "Act"), and pursuant to a resolution authorizing the issuance of the Bonds (the "Bond Resolution") adopted in accordance with the Act by the Secretary of the Department of Treasury of the Commonwealth (the "Secretary of the Treasury") and approved by the Governor of Puerto Rico, Luis G. Fortuño (the "Governor"), on November 4, 2009.

Under the Act, the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.

This Official Statement includes the Commonwealth's Financial Information and Operating Data Report, dated May 15, 2009 (the "Commonwealth Report"), attached hereto as *Appendix I*. The Comprehensive Annual Financial Report of the Commonwealth for the fiscal year ended June 30, 2008, prepared by the Department of the Treasury of the Commonwealth (the "Commonwealth's Annual Financial Report"), includes the basic financial statements of the Commonwealth as of and for the fiscal year ended June 30, 2008, which is incorporated by reference herein.

The Commonwealth Report attached hereto as *Appendix I* includes important operating and financial information about the Commonwealth, including information about its economy, historical revenues and expenditures of its General Fund, the estimated year-end results of fiscal year 2009, the proposed budget for fiscal year 2010, and the debt of the Commonwealth's public sector, and should be read in its entirety and in connection with the information included under RECENT DEVELOPMENTS herein. The Commonwealth's Annual Financial Report includes the basic financial statements of the Commonwealth as of and for the fiscal year ended June 30, 2008, together with the independent auditor's report thereon, dated August 12, 2009, of KPMG LLP, certified public accountants. KPMG LLP did not audit the financial statements of the Public Buildings Authority's capital project fund or The Children's Trust special revenue fund (major funds), and certain activities, funds and component units separately identified in its report. Those financial statements were audited by other auditors whose reports have been furnished to KPMG LLP, and its opinion as to the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and

1

component units, is based solely on the reports of the other auditors. The report by KPMG LLP contains an emphasis paragraph for the adoption of Governmental Accounting Standards Board (GASB) Statement No. 45, *Accounting and Financial Reporting by Employers for Postemployment Benefits other than Pensions*, during the year ended June 30, 2008. The Commonwealth's Annual Financial Report has been filed by the Commonwealth with the Municipal Securities Rulemaking Board ("MSRB") through the Electronic Municipal Market Access System ("EMMA") (http://emma.msrb.org).

Any appendix of an Official Statement of the Commonwealth or of any instrumentality of the Commonwealth containing any revision to the Commonwealth Report or to the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, or any new or revised Commonwealth Report or Commonwealth's Annual Financial Report or other document containing information that modifies or supersedes the information contained in the Commonwealth Report or in the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, in each case after the date hereof and prior to the termination of the offering of the Bonds, shall be deemed to be incorporated by reference into this Official Statement and to be part of this Official Statement from the date of filing of such document. Any statement contained in the Commonwealth's Annual Financial Report shall be deemed to be modified or superseded for purposes of this Official Statement to the extent that a statement contained herein or in any such subsequently filed document modifies or supersedes such statement. Any statement contained in the Commonwealth Report or elsewhere herein shall also be deemed to be modified or superseded to the extent that a statement contained in any such subsequently filed document modifies or supersedes such statement. Any such statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Official Statement.

Under its existing continuing disclosure agreements, the Commonwealth is obligated to file on or before May 1 in each year updates of its financial and demographic information through the end of the prior fiscal year, including the Commonwealth's Annual Financial Report. In the recent past, the Commonwealth has been unable, due to accounting rules changes and other reasons (mostly related to delays in receipt of component units' audited financial statements), to file the Commonwealth's Annual Financial Report by the May 1 continuing disclosure update filing deadline. The Commonwealth's Annual Financial Report for the fiscal year ended June 30, 2008 was not filed prior to the deadline of May 1, 2009 because various component units did not submit their audited financial statements to the central government's external auditors on time. Finally, the Commonwealth Report for the fiscal year ended June 30, was filed after the Commonwealth's filing deadline of May 1, 2009.

The Commonwealth will provide without charge to any person to whom this Official Statement is delivered, on the written or oral request of such person, a copy of the Commonwealth Report or the Commonwealth's Annual Financial Report incorporated herein by reference. Requests should be directed to Executive Vice President, Government Development Bank for Puerto Rico, P.O. Box 42001, San Juan, Puerto Rico 00940, telephone number (787) 722-7060.

PR-CCD-0005164

A copy of the Commonwealth's Annual Financial Report and the Commonwealth Report may also be obtained through EMMA at www.emma.msrb.org or by visiting the Government Development Bank for Puerto Rico's (the "Government Development Bank" or the "Bank") website at www.gdbpr.com. No additional information on Government Development Bank's website is deemed to be part of or incorporated by reference in this Official Statement.

## OVERVIEW

Puerto Rico is located approximately 1,600 miles southeast of New York City. According to the U.S. Census Bureau, its population was 3,808,610 in 2000 (3,954,037 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate).

The United States and the Commonwealth share a common defense, market, currency and citizenship. The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner that has a voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs). Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

Puerto Rico has a diversified economy with manufacturing and services comprising its dominant sectors. Puerto Rico's economy is closely linked to the United States economy. In fiscal year 2008 (which ended on June 30, 2008), the Commonwealth's gross national product (preliminary, in current dollars) was $60.8 billion, and personal income per capita (preliminary, in current dollars) was $14,237.

The Constitution of Puerto Rico limits the amount of general obligation debt that the Commonwealth can issue. The Commonwealth's policy has been and continues to be to maintain the level of such debt within a prudent range below the constitutional limitation.

Fiscal responsibility for the Commonwealth is shared among the Department of the Treasury ("Treasury Department"), the Office of Management and Budget ("OMB") and Government Development Bank. The Treasury Department is responsible for collecting most of the Commonwealth's revenues, overseeing preparation of its financial statements and contributing to the preparation of the budget. OMB prepares the Commonwealth's budget and is responsible for monitoring expenditures. Government Development Bank is the fiscal agent and financial advisor to the Commonwealth and its agencies, public corporations and municipalities and coordinates the management of public finances.

PR-CCD-0005165

Additional information about the Commonwealth can be found in the Commonwealth Report attached hereto as *Appendix I*, including information about the economy, historical revenues and expenditures of the Commonwealth's General Fund, the estimated year-end results of fiscal year 2009, the proposed budget for fiscal year 2010, and the debt of the Commonwealth's public sector. The Commonwealth Report should be read in its entirety.

## RECENT DEVELOPMENTS

This section supplements the information appearing in the Commonwealth Report and should be read in conjunction therewith.

### Revised Economic Data for Fiscal Years 2009 and 2010

In August 2009, the Planning Board revised its gross national product forecast for fiscal year 2009 by projecting a base case scenario decline of 4.8% in constant dollars, a further decline of 1.4% from the projection released in February 2009. The Planning Board, however, made an upward revision of its gross national product forecast for fiscal year 2010 by projecting an increase of 0.7% in constant dollars. The Planning Board's revised forecast for fiscal year 2010 takes into account the estimated effect on the Puerto Rico economy of the Commonwealth's fiscal stabilization plan and of the activity expected to be generated by the disbursement of $1.73 billion from the American Recovery and Reinvestment Act of 2009 ("ARRA") and $280.3 million from the Commonwealth's local stimulus package. For a discussion of these plans, see "Fiscal Stabilization and Economic Reconstruction" under THE ECONOMY in *Appendix I*. The revised forecast also considers the effect on the Puerto Rico economy of general global economic conditions, the U.S. economy, the volatility of oil prices, interest rates and the behavior of local exports, including expenditures by visitors.

Puerto Rico expects to receive approximately $6 billion in stimulus funds from ARRA, of which approximately $3.3 billion will be used to provide consumer and taxpayer relief. As of September 2009, the Puerto Rico Infrastructure Financing Authority ("PRIFA"), which is responsible for the administration of ARRA in Puerto Rico, reported that approximately $906 million in ARRA funds for use in health, housing, and education related projects, among others, had been disbursed. PRIFA expects that an additional $613 million will be disbursed by December 31, 2009.

The Commonwealth has also begun disbursing funds under the local stimulus program. Most municipalities have received disbursements earmarked to pay outstanding debts and fund local projects. The Commonwealth has also disbursed funds allocated towards job training programs, a strategic water distribution project in a southern municipality and the revamping of the Puerto Rico permits system.

According to the Household Survey, total employment for fiscal year 2009 averaged 1,168,200, a decrease of 4.1% from the previous fiscal year. The unemployment rate for fiscal year 2009 was 13.4%, an increase from 11% for fiscal year 2008. For the month of September 2009, the unemployment rate was 16.4%.

4

PR-CCD-0005166

**Results for Fiscal Year 2009**

Total preliminary General Fund revenues for fiscal year 2009 are $7.76 billion, representing a decrease of $598.6 million, or 7.2%, from preliminary fiscal year 2008 revenues. The major changes from fiscal year 2008 were: (i) decreases in income taxes from individuals of $145.4 million and in corporate income taxes of $201.2 million, (ii) a decrease of $51.9 million in motor vehicle excise taxes, (iii) a decrease of $60.1 million in miscellaneous non-tax revenues, and (iv) a decrease of $16.1 million in sales and use tax revenues. In fiscal year 2008, General Fund revenues also included $145 million of non-recurring revenues from the disbursement of a line of credit of Government Development Bank collateralized with certain properties owned by the Commonwealth to be sold at a later date. The continued decline in General Fund tax revenues reflects primarily the impact of the ongoing economic recession and the effect of tax benefits and incentives granted to certain individual and corporate taxpayers pursuant to previous legislation designed to stimulate economic development. For a detailed explanation of the previous estimate of General Fund revenues for fiscal year 2009, see "Summary and Management's Discussion of General Fund Results" under PUERTO RICO TAXES, OTHER REVENUES AND EXPEDITURES in *Appendix I*.

Total preliminary General Fund revenues for fiscal year 2009 of $7.76 billion exceeded the revised estimate (made in February 2009) of General Fund revenues for fiscal year 2009 of $7.60 billion by approximately $160 million, or 2.1%. The major changes from the revised estimate for fiscal year 2009 were: (i) an increase of $190.4 million in income taxes withheld from non-residents pursuant to certain closing agreements with the Treasury Department, and (ii) an increase of $59 million in income taxes from individuals.

**Approved Budget for Fiscal Year 2010**

On July 1, 2009, the Governor signed a General Fund budget for fiscal year 2010 of $7.670 billion. The approved budget is approximately 19% lower than the $9.48 billion budget approved for fiscal year 2009. The approved budget is lower than the preliminary General Fund net revenues for fiscal year 2009 by $90 million, or 1.2%, and creates a payment schedule for certain Commonwealth debts or other obligations, such as borrowings from Government Development Bank that did not have a dedicated source of repayment, and accounts payable to public corporations. The General Fund budget excludes a $2.5 billion Stabilization Fund (the "Stabilization Fund") that will facilitate the orderly implementation of certain expense reduction measures adopted by the Government of the Commonwealth pursuant to Act No. 7 of March 9, 2009 ("Act No. 7"). The Stabilization Fund will provide (i) $1 billion to finance the cost of transitioning public employees to non-governmental sectors and providing vouchers for re-training, self-employment, relocation and salary subsidy alternatives, and (ii) $1.5 billion to cover payroll and operating expenses that are expected to be reduced through fiscal year 2010, but whose savings will not be realized in such fiscal year. The Stabilization Fund will be funded with proceeds from the bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA" for its Spanish acronym), as described below.

PR-CCD-0005167

Preliminary General Fund revenues for the first three months of fiscal year 2010 (July through September) were $1.697 billion, approximately $16 million below the revenues for the same period in the prior fiscal year, but approximately $62 million above the budgeted revenues for this period.

**Actuarial Valuation and Cash Shortfall of the Employees Retirement System**

According to the most recent actuarial valuation of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Employees Retirement System") submitted by a firm of independent consulting actuaries, as of June 30, 2007, the actuarial accrued liability was $16.770 billion and the actuarial value of assets was $2.892 billion, representing a funding ratio of 17.2% and the resulting unfunded actuarial accrued liability was $13.878 billion.

During fiscal year 2009, the Employees Retirement System had a cash shortfall of approximately $385 million. This cash shortfall was covered from the sale of certain investments. The Employees Retirement System's projected cash flow shortfall for fiscal year 2010 is approximately $400 million, which is expected to be covered from the sale of certain investments. The Employees Retirement System's cash flow shortfall for fiscal year 2010 could also be affected by the implementation of the fiscal stabilization plan. The Employees Retirement System continues to evaluate measures to improve its cash flow and funding ratio, as well as the potential impact of the fiscal stabilization plan.

For detailed information regarding the Employees Retirement System, see RETIREMENT SYSTEMS in *Appendix I.*

**Amendments to Act No. 7**

The Legislative Assembly approved a series of amendments to Act No. 7, which declared a state of fiscal emergency in Puerto Rico and adopted a comprehensive plan for fiscal and economic stabilization. The amendments do not alter the forecast of General Fund revenues for fiscal year 2010, nor do they affect the adoption of on-going expense reduction measures. Act No. 7 was amended to, among other things: (i) restore the tax-exemption enjoyed by certain securities that were affected by recent changes under the Alternative Minimum Tax; and (ii) introduce, with certain exceptions, a total cap of $40 million for granting tax credits related to Act No. 212 of 2002 (Urban Renewal projects) and establish specific limitations on the claim of such credits. These amendments also re-introduced the Sales and Use Tax Resale Exemption Certificate to retailers with a proven sales volume higher than $500,000. Retailers with a lower sales volume may enjoy the exemption subject to approval from the Secretary of the Treasury. The Secretary of the Treasury retains the right to revoke any Exemption Certificate for the period of a year if a retailer fails to comply with filing requirements related to the Sales and Use Tax. Finally, the amendments extended the temporary Commonwealth property tax to commercial real estate. The applicable Commonwealth property tax will be 0.591%. This temporary tax will be levied for three years or until an aggregated amount of $690 million is collected from this tax, whichever event occurs first.

6

PR-CCD-0005168

On August 5, 2009, the U.S. District Court for the District of Puerto Rico denied the preliminary injunction requested by a group of government employees and labor organizations in a complaint filed on April 13, 2009 challenging the constitutionality of Act No. 7 and seeking to enjoin its enforcement. The District Court's decision allows the Government to continue with the implementation of Act No. 7. The Government has moved to dismiss the complaint and will continue to vigorously defend the constitutionality of Act No. 7. For a detailed explanation of this lawsuit, see LITIGATION in *Appendix I*.

Various other claims have been filed in Commonwealth and federal courts challenging the implementation of Act No. 7 and are currently pending. The Commonwealth will vigorously defend against such claims and expects that the cases filed at this time will not have a material impact on the implementation of Act No. 7.

**Approval of Public-Private Partnerships Act**

On June 8, 2009, the Legislative Assembly approved Act No. 29, establishing a clear public policy and legal framework for public-private partnerships in Puerto Rico to further the development and maintenance of infrastructure facilities, improve the services rendered by the Government and foster the creation of jobs. On September 1, 2009, the Governor constituted the Board of Directors of the Public-Private Partnerships Authority (the "PPP Authority"), the entity tasked with implementing the Commonwealth's public policy regarding public-private partnerships. On September 2, 2009, David Álvarez was appointed Executive Director of the PPP Authority. Prior to his appointment, he was Senior Advisor and Assistant to the President of Government Development Bank. On September 3, 2009, the PPP Authority published for comment proposed regulations to establish the administrative framework for the procurement, evaluation, selection, negotiation and award process for public-private partnerships in Puerto Rico. The PPP Authority has also engaged a global advisory firm to assist in developing guidelines and procedures for the Commonwealth's public-private partnerships program, including assistance in developing a desirability study methodology adequate for public-private partnership projects.

**Recent Bond Issues by the Commonwealth and Certain Instrumentalities**

On June 18, 2009, COFINA issued its Sales Tax Revenue Bonds, First Subordinate Series 2009A and Sales Tax Revenue Bonds, Senior Series 2009C in the aggregate principal amount at issuance of $4,118,153,700 and $237,875,000, respectively. On June 25, 2009, COFINA issued to Puerto Rico investors its Sales Tax Revenue Bonds, First Subordinate Series 2009B in the aggregate principal amount at issuance of $1,217,915,799. On July 23, 2009, COFINA issued to a Puerto Rico institutional investor its Sales Tax Revenue Bonds, First Subordinate Series 2009D Bond Anticipation Notes in an aggregate principal amount of $250,000,000. On July 29, 2009, COFINA borrowed an additional $250,000,000 from a commercial bank in Puerto Rico. The bond proceeds were used for the purpose of, among other things, paying or financing certain obligations of the Commonwealth, paying or financing a portion of the Commonwealth's operational expenses, and funding the Puerto Rico Economic Stimulus Fund, the Commonwealth Emergency Fund and the Economic Cooperation and Public Employees Alternatives Fund.

PR-CCD-0005169

On July 1, 2009, the Puerto Rico Public Buildings Authority ("PBA") issued its Government Facilities Revenue Refunding Bonds, Series P in the aggregate principal amount of $330,935,000. The bond proceeds were used to refund certain of PBA's outstanding bonds and fund certain swap termination payments.

On September 17, 2009, the Commonwealth remarketed $93,835,000 of the $96,825,000 Public Improvement Refunding Bonds, Series 2007 A-4 on a fixed-rate basis and issued $3,425,000 Public Improvement Refunding Bonds, Series 2009 A to refund the remainder.

On October 28, 2009, PBA issued its Government Facilities Revenue Refunding Bonds, Series Q in the aggregate principal amount of $152,540,000. The bond proceeds were used to refund interest (but not principal) on certain of PBA's outstanding bonds and repay certain advances made to PBA by Government Development Bank under a line of credit facility.

**Orders Requiring Reduction in Service Contracts and Leases**

On September 21, 2009, the Governor issued an executive order requiring all agencies and public corporations of the Commonwealth to reduce, modify or cancel service contracts to achieve a cost reduction of at least 15%. The executive order covers advertising, consulting, information technology, accounting, legal and other services (except for direct services to the public), and grants the Fiscal Restructuring and Stabilization Board created under Act No. 7 (the "Fiscal Board") the power to monitor agencies and public corporations in order to ensure the required 15% minimum cost reduction. Each agency or public corporation has 30 days to report the following to the Fiscal Board: (i) all service contracts currently in effect, (ii) all cancelled and/or modified contracts and the corresponding savings, (iii) justification for any remaining contract in light of the mission of the agency or public corporation, and (iv) the reasonableness of the fees or compensation terms for each remaining contract. The Commonwealth expects to achieve savings of approximately $20 million from these reductions.

On September 23, 2009, the Governor issued an executive order requiring all agencies and public corporations of the Commonwealth to report the following to the Fiscal Board within 30 days: (i) all lease contracts currently in effect, (ii) the uses of leased premises, (iii) the needs for such premises, (iv) the terms and conditions of each lease, and (v) the budgeted amounts for rent and other related expenses. The Commonwealth expects to achieve a cost reduction of at least 15% or approximately $22 million by, among other things, consolidating operations of one or more agencies or public corporations and renegotiating leases to obtain more favorable terms.

**Implementation of Second Round of Layoffs under Act No. 7**

On September 25, 2009, the Fiscal Board announced the dismissal of 16,970 government employees in the second and final round of layoffs by the Commonwealth under Phase II of Act No. 7. The majority of the layoffs were to become effective on November 6, 2009. Approximately 1,000 of the laid-off employees are expected to be recruited and retrained by the Treasury Department to perform tax auditing and collection functions and by private collection firms to assist the Treasury Department in those functions. Also, the Fiscal board expects that approximately 2,196 of such employees will be hired by workers' cooperatives or private companies to perform school janitorial services for the Puerto Rico Education Department.

8

Therefore, the Fiscal Board expects that the net amount of employees affected by these layoffs will be approximately 14,521, which is projected to result in annual savings of approximately $386 million.

On November 3, 2009 the Fiscal Board announced its decision to require a number of Commonwealth government agencies to start anew the process of notifying certain unionized employees as to their layoff as a result of the implementation of the Phase II of Act No. 7. The net effect is that 7,191 layoffs that would have become effective on November 6, 2009, will now be effective in January 2010 instead. It is estimated that the delay in the effective date of the 7,191 layoffs will have a negative impact of some $60 million in the cash flow projection for the current fiscal year, even though the projected annual savings of $386 million will be realized as indicated above.

**Progress in the Implementation of the Fiscal Stabilization Plan**

As discussed in the *Appendix I*, in order to achieve fiscal balance, the fiscal stabilization plan established a government-wide operating expense-reduction program aimed at reducing annual payroll and other operating expenses by $2 billion by the end of fiscal year 2010. The Fiscal Board estimates that the annual savings from all cost reduction measures implemented or identified by the Commonwealth as of September 30, 2009 will amount to approximately $1.2 billion, which is approximately 60% of the $2 billion target. The Fiscal Board continues to seek and implement various initiatives to obtain additional savings necessary in order to achieve the $2 billion target. The additional savings are expected to come from both cost reduction and revenue generating initiatives, which include, among others, improvements in government procurement processes, reorganization and increased fiscal oversight of government agencies and improvements in tax collection and enforcement measures.

**Incident at Caribbean Petroleum Corp.**

On October 23, 2009, a privately-owned facility located in the municipality of Bayamón, which housed several fuel tanks, exploded. The explosion caused a fire which was contained at the facility and was extinguished within two days. President Obama declared the municipalities of Bayamón, Cataño, Guaynabo, San Juan and Toa Baja in a state of emergency in order to enable them to obtain federal proceeds, if needed. Federal and Commonwealth personnel are working with officials of the private entity to investigate the cause of the explosion. As publicly disclosed, the Federal Bureau of Investigation has determined that the cause of the explosion was accidental. The Commonwealth's preliminary estimates project no material impact to either the General Fund or the economic performance of the Commonwealth as a result of the explosion and associated fire at the facility.

9

PR-CCD-0005171

## PLAN OF FINANCING

The Commonwealth is issuing the Bonds to (i) refund interest (but not principal) on certain bonds (the "Refunded Interest"), in the amounts and of the maturities identified in *Appendix IV* to this Official Statement, (ii) repay certain advances made to the Commonwealth under a line of credit facility, (iii) pay capitalized interest, and (iv) pay costs of issuance of the Bonds.

### Sources and Uses of Funds

Sources:

| | |
|---|---:|
| Bond Proceeds: | |
| Principal amount of the Bonds | $ 372,685,000.00 |
| Net original issue discount | (895,226.40) |
| Total sources | $ 371,789,773.60 |

Uses:

| | |
|---|---:|
| Refunding escrow deposits | $ 68,056,501.64 |
| Repay certain advances made to the Commonwealth to pay interest expenses | 242,022,361.77 |
| Capitalized interest | 58,702,508.89 |
| Underwriting discount, legal, printing, and other financing expenses | 3,008,401.30 |
| Total uses | $ 371,789,773.60 |

## THE BONDS

### General

The Bonds will be dated, bear interest at such rates, be payable at such times, and mature on the dates and in the principal amounts set forth on the cover and inside cover page of this Official Statement. Certain of the Bonds are subject to redemption at the times and at the prices set forth below in "Redemption." Banco Popular de Puerto Rico will serve as paying agent and registrar (the "Registrar") for the Bonds.

### Book-Entry Only System

*Appendix III* to this Official Statement contains information concerning DTC and DTC's book-entry only system. The information contained in *Appendix III* to this Official Statement has been obtained from sources that the Commonwealth believes to be reliable, but the Commonwealth takes no responsibility for the accuracy thereof.

The Commonwealth cannot and does not give any assurances that DTC, DTC Direct or Indirect Participants will distribute to the Beneficial Owners of the Bonds: (i) payments of principal and interest payments (including redemption payments) with respect to the Bonds; (ii) confirmation of ownership interest in the Bonds; or (iii) notices sent to DTC or Cede & Co., its nominee, as the registered owner of the Bonds, or that they will do so on a timely basis, or that DTC or the DTC Participants will serve and act in the manner described in this Official Statement.

PR-CCD-0005172

Neither the Commonwealth nor the Registrar or any agent of the Commonwealth or the Registrar will have any responsibility or obligations to DTC, the DTC Participants, or the Beneficial Owners with respect to: (i) the accuracy of any records maintained by DTC or any DTC Participants; (ii) the payment by DTC or any DTC Participants of any amount due to any Beneficial Owner in respect of principal and interest payments (including redemption payments) on the Bonds; (iii) the delivery by DTC or any DTC Participants of any notice to any Beneficial Owner that is required or permitted to be given to owners under the terms of the Bonds; or (iv) any consent given or other action taken by DTC as registered owner of the Bonds. See *Appendix III - Book-Entry Only System.*

## Authorization

Section 2 of Article VI of the Constitution of the Commonwealth provides that the power of the Commonwealth to contract and to authorize the contracting of debts shall be exercised as determined by the Legislative Assembly. Pursuant to this power, the Legislative Assembly enacted the Act, which authorizes the Secretary to issue the Bonds pursuant to one or more resolutions adopted by the Secretary and approved by the Governor. In accordance with the Act, the Secretary adopted and the Governor approved the Bond Resolution.

## Redemption

*Optional Redemption.* At the option of the Secretary of the Treasury and upon at least 30 days' notice, the Bonds maturing on July 1, 2036 are subject to redemption, from any moneys that may be available for that purpose (other than from moneys set aside in respect of an amortization requirement), prior to maturity, commencing on July 1, 2014, either in whole or in part (and if in part, in such order of maturity as directed by the Secretary), on any date, at a redemption price of par, plus accrued interest to the date fixed for redemption.

At the option of the Secretary of the Treasury and upon at least 30 days' notice, the Bonds maturing on July 1, 2037, 2038 and 2039 are subject to redemption, from any moneys that may be available for that purpose (other than from moneys set aside in respect of an amortization requirement), prior to maturity, commencing on July 1, 2019, either in whole or in part (and if in part, in such order of maturity as directed by the Secretary), on any date, at a redemption price of par, plus accrued interest to the date fixed for redemption.

*Mandatory Redemption.* The Bonds maturing July 1, 2036, July 1, 2037, July 1, 2038 and July 1, 2039 are subject to redemption to the extent of the respective amortization requirements therefor set forth below (less the amount applied to the purchase of any such Bonds and otherwise subject to adjustment as described below), commencing on July 1, 2035, and on July 1 of each year thereafter as set forth below at a redemption price of par, plus accrued interest to the dates fixed for redemption:

11

## Amortization Requirements for the Bonds

| Year | 2036 | 2037 | 2038 | 2039 |
|------|------|------|------|------|
| 2035 | $17,355,000 | $11,655,000 | | |
| 2036 | 18,375,000* | 40,240,000 | | |
| 2037 | | 23,105,000* | $39,195,000 | |
| 2038 | | | 82,760,000* | $ 16,980,000 |
| 2039 | | | | 123,020,000* |

* Maturity

If the amount of the Bonds purchased or redeemed in any fiscal year exceeds the amount of the amortization requirement due on such Bonds for such fiscal year, the amortization requirement for such Bonds may be decreased for such subsequent fiscal years and in such amounts aggregating the amount of such excess as the Secretary of the Treasury shall determine.

**Notice of Redemption; Effect of Redemption**

Any redemption of the Bonds, either in whole or in part, shall be made upon at least a 30-day prior notice by mail to DTC or, if the book-entry only system described above has been discontinued, by registered or certified mail, postage prepaid, to all registered owners of the Bonds to be redeemed in the manner and under the terms and conditions provided in the Bond Resolution. On the date designated for redemption, notice having been given as provided in the Bond Resolution and moneys for payment of the principal of and accrued interest on the Bonds or portions thereof so called for redemption being held by the Registrar, interest on the Bonds or portions thereof so called for redemption shall cease to accrue.

Each notice of redemption shall contain, among other things, the particular Bonds (or portions thereof) being called for redemption, the redemption date and price and the address at which such Bonds are to be surrendered for payment of the redemption price. Any defect in such notice or the failure so to mail any such notice to DTC in respect of, or the registered owner of, any Bond will not affect the validity of the proceedings for the redemption of any other Bond.

Any notice of optional redemption may state that the redemption is conditional and, if so, the notice shall state what the conditions are. If at the time of mailing a notice of optional redemption there shall not have been deposited with the Registrar moneys sufficient to redeem the Bonds called for redemption, such notice shall state that it is subject to the deposit of the redemption moneys with the Registrar not later than the opening of business on the redemption date, and such notice shall be of no effect unless such moneys are so deposited.

PR-CCD-0005174

If less than all the Bonds of any maturity are called for redemption, the particular Bonds so called for redemption shall be selected by the Registrar by such method as it deems fair and appropriate, except that so long as the book-entry only system shall remain in effect, in the event of any such partial redemption, DTC shall reduce the credit balances of the applicable DTC Participants in respect of the Bonds and such DTC Participants shall in turn select those Beneficial Owners whose ownership interests are to be extinguished by such partial redemption, each by such method as DTC or such DTC Participant, as the case may be, in its sole discretion, deems fair and appropriate.

## Security

### Provision for Payment of Public Debt

The Act provides that the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the bonds issued under the provisions of the Act. The Secretary of the Treasury is authorized and directed under the Act to pay the principal of and interest on the Bonds as the same become due and payable from any funds available for such purpose at the Treasury Department in the fiscal year in which such payment is due. The Act provides that the provisions contained therein with respect to the payment of the principal of and interest on the Bonds shall be considered to be a continuous appropriation for the Secretary of the Treasury to make such payments, even though no specific appropriations are made for such purposes. The payments under the Act are required to be made pursuant to the provisions of the laws of the Commonwealth that regulate the disbursement of public funds.

The Constitution of Puerto Rico provides that public debt of the Commonwealth will constitute a first claim on available Commonwealth resources. Public debt includes general obligation bonds and notes of the Commonwealth and any payments required to be made by the Commonwealth under its guarantees of bonds and notes issued by its public instrumentalities.

The Commonwealth has allocated certain motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees to Puerto Rico Highways and Transportation Authority (the "Highways Authority"). The amounts so allocated, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Since fiscal year 1989, the Commonwealth has pledged to Puerto Rico Infrastructure Financing Authority certain federal excise taxes imposed on alcoholic beverages and tobacco products produced in Puerto Rico and sold in the United States, which taxes are returned to the Commonwealth. The amounts so pledged, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

PR-CCD-0005175

Act No. 91 allocated a portion of the Commonwealth sales and use tax to pay debt service the bonds issued by COFINA for the purpose of, among other things, paying or financing certain obligations of the Commonwealth, paying or financing a portion of the Commonwealth's operational expenses, and funding the Puerto Rico Economic Stimulus Fund, the Commonwealth Emergency Fund and the Economic Cooperation and Public Employees Alternatives Fund. Act No. 91 provides that the Dedicated Sales Tax Fund created by Act No. 91, the funds on deposit therein and Commonwealth the sales and use tax pledged to COFINA do not constitute "available resources" of the Commonwealth for purposes of Section 2 and Section 8 of Article VI of the Constitution of Puerto Rico and are not available for use by the Secretary. As a result, the portion of the Commonwealth sales and use tax allocated to COFINA is not available for the payment of principal of and interest on the Bonds.

The Constitution expressly empowers a holder of bonds and notes evidencing public debt to bring suit against the Secretary to require application of available resources, including surplus, to the payment of principal of and interest on public debt when due.

*Special Fund for the Bonds (General Obligation) Debt Service*

Act No. 83 of the Legislative Assembly of Puerto Rico, approved on August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exempt from taxation. The proceeds of said tax are credited to the Commonwealth Debt Redemption Fund (the "Redemption Fund"), for application to the payment of general obligation bonds and notes of the Commonwealth.

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on May 13, 1976, as amended ("Act No. 39"), requires the Secretary of the Treasury to transfer each month from available funds of the Commonwealth to the Redemption Fund such amounts which, together with certain other funds deposited therein, will be equal to the sum of one-sixth of the interest to be paid in the next six months and one-twelfth of the principal to be paid or required to be amortized within the next twelve months on all bonds and notes of the Commonwealth for which its full faith and credit are pledged as the same become due and all bonds and notes of the Commonwealth for which the guaranty of the Commonwealth has been exercised. Moneys in the Redemption Fund are held in trust by Government Development Bank. Act No. 39 provides that the obligation of the Secretary of the Treasury to make the above transfers is cumulative, and the amount of any deficiency in any month shall be added to the amount of transfers required in future months until such deficiency has been fully paid.

Act No. 39 expressly relates to direct obligations of the Commonwealth. It does not apply to the payment of bonds and other obligations of public corporations guaranteed by the Commonwealth issued after the date of its adoption.

**Payment Record**

The Commonwealth has never defaulted on the payment of principal of or interest on any of its debt.

14

**Debt Limitation**

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury Department (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury Department and motor vehicle fuel taxes and license fees, which are allocated to the Highways Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the sales and use tax allocated to COFINA is also not included as internal revenues consistent with the legislation creating COFINA, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's and S&P), none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Joint Resolution No. 2104 of the Legislative Assembly of Puerto Rico, approved on September 30, 2004 ("Joint Resolution No. 2104"), authorized the Commonwealth to enter into interest rate exchange agreements with respect to the Commonwealth's $447,875,000 Public Improvement Refunding Bonds, Series 2004B (the "Series 2004B Bonds"), which were issued as variable rate bonds. Joint Resolution No. 2104 allows the Commonwealth to calculate the constitutional debt limitation using (i) the fixed rate it is required to pay under any interest rate exchange agreement entered into by the Commonwealth in connection with the Series 2004B Bonds, and (ii) the lesser of (A) the maximum interest rate allowed by law, and (B) the maximum interest rate set forth in the resolution approving the bonds, if any, in connection with the Commonwealth's $279,240,000 Public Improvement Refunding Bonds, Series 2004A (the "Series 2004A Bonds") and any Series 2004B Bonds for which no interest rate exchange agreement is executed. In November 2004, the Commonwealth entered into two interest rate exchange agreements with respect to the Series 2004B Bonds.

15

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on August 1, 2005, as amended ("Act No. 39 of 2005") authorizes the Commonwealth to enter into interest rate exchange agreements with respect to its general obligation bonds, subject to certain conditions, including that the agreements are entered into to reduce certain financial risks associated with issuing variable rate obligations. The Secretary is also authorized to pledge the full faith, credit and taxing power of the Commonwealth for the payment of the obligations incurred under such interest rate exchange agreements. In August 2006, the Commonwealth issued its $500,000,000 Public Improvement Bonds of 2006, Series A, a portion of which bonds bear interest at a rate that will change periodically based on changes in the United States consumer price index, and in connection with such consumer price index floating rate bonds (said portion, the "2006 CPI Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In August and September 2006, the Commonwealth entered into interest rate exchange agreements, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect of a portion of the Commonwealth's outstanding $1,018,245,000 Public Improvement Refunding Bonds, Series 2003C (said portion, the "2003C Swap Bonds") and whose payments commenced on July 1, 2008, the end of an initial fixed rate period on the 2003C Swap Bonds. In October 2007, the Commonwealth issued its $926,570,000 Public Improvement Refunding Bonds, Series 2007 A, a portion of which bonds bear interest at a variable rate and, in connection with said bonds (said portion, the "2007 Swap Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In May 2008, the Commonwealth issued its $173,975,000 Public Improvement Refunding Bonds, Series 2008B (the "2008 Swap Bonds"), which bear interest at a variable rate, for the purpose of refunding a portion of the Series 2004B Bonds, and, in connection therewith, continued the swap related to such refunded Series 2004B Bonds. Act No. 39 of 2005 allows the Commonwealth to calculate the constitutional debt limit in a manner identical to that utilized in Joint Resolution No. 2104. In addition, the Commonwealth has also executed under the authority granted in Act No. 39 of 2005, interest rate exchange agreements in which the Commonwealth is making payments (1) on $1,698,370,000 notional amount of public improvement bonds based on a short-term interest rate index published by Securities Industry and Financial Markets Association ("SIFMA") and is receiving from its counterparties payments on the same notional amount based on the published three-month London Interbank Offered Rate index (the "basis swap") and (2) on $850,000,000 notional amount of public improvement bonds based on the published short-term SIFMA municipal swap rate and is receiving from its counterparties payments on the same notional amount based on a published index of municipal bonds having a maturity of 10 years (the "constant maturity swap").

After giving effect to the issuance of the Bonds, future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $972,073,996 in the fiscal year ending June 30, 2016 (based on the assumption that (i) the bonds refunded with non-eligible investments are treated as being outstanding, (ii) the Series 2004A Bonds bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, (iii) the outstanding 2003C Swap Bonds, Series 2004B Bonds, 2006 CPI Bonds, 2007 Swap Bonds and the 2008 Swap Bonds, bear interest at 12% per annum and (iv) the public improvement bonds to which the basis swap and the constant maturity swap relate bear interest at their stated interest rates rather than the rates set forth in said swaps). This amount ($972,073,996) is equal to 12.658% of $7,679,421,000, which is the average of the adjusted internal revenues for the fiscal year ended

16

June 30, 2008 and the preliminary adjusted internal revenues for the fiscal year ended June 30, 2009. If the bonds refunded with non-eligible investments were treated as not being outstanding, and the interest on the outstanding bonds described in items (i) through (iv) above is calculated using the fixed rate paid by the Commonwealth under the interest rate exchange agreements executed in connection with such bonds, the percentage referred to in the preceding sentence would be 10.602%.

Debt service for the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed bonds of approximately $30 million was paid by PRASA during the last two fiscal years and, thus, is not included in the calculation of the 15% debt limitation. See "Other Public Corporations – Aqueduct and Sewer Authority" under *Public Corporations* in *Appendix I*. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund and such debt service would, to the extent paid by the Commonwealth, be included in the calculation of the 15% debt limitation.

**Maturity Limitation**

The Constitution provides that no bonds or notes of the Commonwealth shall mature later than 30 years from their date of issue, except bonds or notes for housing facilities, which shall mature in no more than 40 years.

PR-CCD-0005179

# PUBLIC SECTOR DEBT OF THE COMMONWEALTH

## Public Sector Debt

The following table presents a summary of the public sector debt of the Commonwealth as of June 30, 2009. The table should be read in conjunction with the information set forth under DEBT in *Appendix I*.

### Commonwealth of Puerto Rico
### Public Sector Debt*
### (in millions)

|  | June 30, 2009 | As Adjusted |
|---|---|---|
| Direct full faith and credit obligations[1] | $ 9,006 | $ 9,301 |
| TRANs line of credit | - | - |
| Sales Tax debt[2] | 12,880 | 12,880 |
| Municipal debt | 2,997 | 2,997 |
| Puerto Rico guaranteed debt[3] | 4,145 | 4,145 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,455 | 1,455 |
| Public corporations and agencies | 22,496 | 22,496 |
| Sub-total | $52,979 | $53,274 |
| Limited obligation/non-recourse debt[5] | 5,435 | 5,435 |
| Total public sector debt | $58,414 | $58,709 |

---

* Totals may not add due to rounding.

(1) Includes general obligation bonds.

(2) Includes Public Finance Corporation and COFINA bonds.

(3) Consists of $594.6 million of bonds issued by Aqueduct and Sewer Authority, $321.2 million of State Revolving Fund Loans incurred under various federal water laws, $181.9 million of bonds issued by Port of the Americas Authority and $3.047 billion of Public Buildings Authority bonds (does not include the issuance in July 2009 of $330,935,000 Government Facilities Revenue Refunding Bonds, Series P or in October 2009 of $152,540,000 Government Facilities Revenue Refunding Bonds, Series Q). Excludes $267 million of Government Development Bank bonds payable from available moneys of Government Development Bank.

(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.

(5) Includes the following: $1.4 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $197 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $152.7 million of Special Facilities Revenue Bonds issued by Highways Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; approximately $82.4 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds; $368.6 million of Housing Finance Authority Subordinate Bonds Series 2008, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; and $100 million of Housing Finance Authority Housing Revenue Bonds Series 2008, which principal is payable primarily by the proceeds of a Permanent Loan to be made by the Authority to the Limited liability Co. The interest on the short term bonds will be paid from amounts on deposit in the Bond Debt Service Fund and the Bond Debt Service Reserve Fund which have been funded from the proceeds of the Short Term Bonds and Equity Contribution from the Limited Liability Co. Principal on the Short Term Bonds is payable from the proceeds of the Permanent Loan to be made by the Authority using moneys received as a grant from Department of Housing (DOH).

*Source:* Government Development Bank for Puerto Rico

PR-CCD-0005180

**Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt**

The following table presents the debt service requirements for (i) Commonwealth general obligation bonds outstanding on June 30, 2009; (ii) the Bonds; and (iii) total Commonwealth general obligation bonds, adjusted for the issuance of the Bonds. The table excludes debt service on Commonwealth general obligation bonds that have been refunded with the proceeds of refunding bonds invested in non-eligible investments, notwithstanding that such bonds will be considered to be outstanding under their authorizing resolution and for purposes of calculating the Commonwealth's debt limitation. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

**Commonwealth of Puerto Rico**
**Debt Service Requirements***
**(in thousands)**

| Fiscal Year Ending June 30 | Outstanding Bonds Total Debt Service[1] | The Bonds | | Grand Total |
|---|---|---|---|---|
| | | Principal | Interest | |
| 2010 | $ 565,553 | $ - | $ 13,929 | $ 579,482 |
| 2011 | 766,799 | - | 22,387 | 789,185 |
| 2012 | 773,536 | - | 22,387 | 795,923 |
| 2013 | 776,617 | - | 22,387 | 799,004 |
| 2014 | 764,142 | - | 22,387 | 786,528 |
| 2015 | 778,217 | - | 22,387 | 800,603 |
| 2016 | 778,070 | - | 22,387 | 800,457 |
| 2017 | 703,750 | - | 22,387 | 726,136 |
| 2018 | 687,831 | - | 22,387 | 710,217 |
| 2019 | 756,695 | - | 22,387 | 779,081 |
| 2020 | 791,810 | - | 22,387 | 814,197 |
| 2021 | 639,706 | - | 22,387 | 662,093 |
| 2022 | 549,663 | - | 22,387 | 572,050 |
| 2023 | 502,762 | - | 22,387 | 525,149 |
| 2024 | 479,726 | - | 22,387 | 502,112 |
| 2025 | 479,851 | - | 22,387 | 502,237 |
| 2026 | 469,460 | - | 22,387 | 491,846 |
| 2027 | 467,776 | - | 22,387 | 490,163 |
| 2028 | 468,467 | - | 22,387 | 490,854 |
| 2029 | 424,021 | - | 22,387 | 446,408 |
| 2030 | 420,402 | - | 22,387 | 442,788 |
| 2031 | 422,738 | - | 22,387 | 445,125 |
| 2032 | 241,497 | - | 22,387 | 263,884 |
| 2033 | 203,539 | - | 22,387 | 225,925 |
| 2034 | 149,512 | - | 22,387 | 171,898 |
| 2035 | 79,001 | 29,010 | 22,387 | 130,398 |
| 2036 | 51,178 | 58,615 | 20,609 | 130,403 |
| 2037 | 51,186 | 62,300 | 16,914 | 130,400 |
| 2038 | 17,506 | 99,740 | 13,159 | 130,405 |
| 2039 | 0 | 123,020 | 7,381 | 130,401 |
| Total | $14,261,011 | $372,685 | $631,657 | $15,265,352 |

---

\*  Totals may not add due to rounding. Includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

[1]  In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantees from the General Fund.

Sources: Government Development Bank and Treasury Department

19

PR-CCD-0005181

# TAX MATTERS

The Internal Revenue Code of 1986, as amended (the "Code"), includes requirements which the Commonwealth must continue to meet after the issuance of the Bonds in order that interest on the Bonds not be included in gross income for federal income tax purposes. The Commonwealth's failure to meet these requirements may cause interest on the Bonds to be included in gross income for federal income tax purposes retroactive to their date of issuance. The Commonwealth has covenanted in the Bond Resolution to comply, to the extent permitted by the Constitution and the laws of the Commonwealth, with the requirements of the Code in order to maintain the exclusion from gross income for federal income tax purposes of interest on the Bonds. Bond Counsel is not aware of any provision of the Constitution or laws of the Commonwealth which would prevent the Commonwealth from complying with the requirements of the Code.

In the opinion of Bond Counsel, subject to continuing compliance by the Commonwealth with the tax covenant referred to above, under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, interest on the Bonds will not be included in gross income for federal income tax purposes. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations. However, interest will be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth and local income taxation.

Ownership of tax-exempt obligations such as the Bonds may result in collateral federal income tax consequences to certain taxpayers, including, without limitation, financial institutions, property and casualty insurance companies, certain foreign corporations, certain S Corporations with excess passive income, individual recipients of Social Security or Railroad Retirement benefits, taxpayers who may be deemed to have incurred or continued indebtedness to purchase or carry tax-exempt obligations, and taxpayers who may be eligible for the earned income tax credit.

Ownership of tax-exempt obligations may also result in collateral income tax consequences under Puerto Rico law to financial institutions doing business in Puerto Rico.

Prospective purchasers of the Bonds should consult their tax advisors as to their specific taxation circumstances and the applicability and impact of any collateral consequences.

Legislation affecting municipal securities is constantly being considered by the United States Congress. There can be no assurance that legislation enacted after the date of issuance of the Bonds will not have an adverse effect on the tax-exempt status of the Bonds. Legislative or regulatory actions and proposals may also affect the economic value of tax exemption or the market price of the Bonds.

PR-CCD-0005182

## LEGAL MATTERS

The proposed form of opinion of Greenberg Traurig, LLP, Boston, Massachusetts, Bond Counsel, is set forth in Appendix II to this Official Statement. Certain legal matters will be passed upon for the Underwriters by Fiddler González & Rodríguez, P.S.C., San Juan, Puerto Rico.

## LEGAL INVESTMENT

The Bonds will be eligible for deposit by banks in Puerto Rico to secure public funds and will be approved investments for insurance companies to qualify them to do business in Puerto Rico, as required by law.

## UNDERWRITING

The Underwriters have jointly and severally agreed, subject to certain conditions, to purchase the Bonds from the Commonwealth at an aggregate discount of $2,447,007.72 from the initial offering prices of the Bonds set forth or derived from information set forth on the inside cover hereof. The obligation of the Underwriters to purchase the Bonds is subject to certain conditions precedent, and they will be obligated to purchase all the Bonds if any Bonds are purchased. The Underwriters may offer to sell the Bonds to certain dealers (including dealers depositing the Bonds into unit investment trusts, certain of which may be sponsored or managed by the Underwriters) and others at prices lower than the initial public offering prices. The offering prices may be changed from time to time by the Underwriters.

Popular Securities, Inc, ("Popular") has entered into a joint venture agreement (the "JV Agreement") with Morgan Stanley & Co. Incorporated ("Morgan Stanley"), under which the parties shall provide services and advice to each other related to the structuring and execution of certain municipal finance transactions in the U.S. capital markets with governmental entities located in the Commonwealth. Pursuant to the terms of the JV Agreement and in compliance with applicable rules, the parties will be entitled to receive a portion of each other's net profits from the underwriting of the Bonds as consideration for their professional services.

Morgan Stanley, parent company of Morgan Stanley & Co. Incorporated, an underwriter of the Bonds, has entered into a retail brokerage joint venture with Citigroup Inc. As part of the joint venture, Morgan Stanley & Co. Incorporated will distribute municipal securities to retail investors through the financial advisor network of a new broker-dealer, Morgan Stanley Smith Barney LLC. This distribution arrangement became effective on June 1, 2009. As part of this arrangement, Morgan Stanley & Co. Incorporated will compensate Morgan Stanley Smith Barney LLC for its selling efforts with respect to the Bonds.

Santander Securities Corporation ("SSC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill") have agreed to provide services and advice to each other related to the structuring and execution of the underwriting of the Bonds in accordance with the terms and provisions of a joint venture agreement which was entered into between SSC and Banc of America Securities LLC ("BAS") (Merrill and BAS are now affiliated broker-dealers). SSC and Merrill will be entitled to receive a portion of each other's revenues from the underwriting of the Bonds as consideration for their professional services.

21

PR-CCD-0005183

Goldman, Sachs & Co. and UBS Financial Services Incorporated of Puerto Rico have agreed to cooperate with respect to structuring and coordinating the marketing and execution of bond offerings in the United States and global capital markets, other than bond issuances offered exclusively in the Puerto Rico market, for the Commonwealth's governmental entities and other municipal bonds issuers. Compensation with respect to the underwriting of the securities will be allocated between them.

## VERIFICATION OF MATHEMATICAL COMPUTATIONS

Causey Demgen & Moore Inc. will verify from the information provided to them the mathematical accuracy, as of the date of the closing on the Bonds, of the computations to determine that the anticipated receipts from the securities and cash deposits to be held in escrow, will be sufficient to pay the interest of the Refunded Bonds. Causey Demgen & Moore Inc. will express no opinion on the assumptions provided to them, nor as to the exclusion from gross income of the interest on the Bonds.

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

As required by Act No. 272 of the Legislative Assembly of Puerto Rico, approved May 15, 1945, as amended, Government Development Bank has acted as financial advisor to the Commonwealth in connection with the Bonds offered hereby. As financial advisor, Government Development Bank participated in the selection of the Underwriters of the Bonds. Certain of the Underwriters have been selected by Government Development Bank to serve from time to time as underwriters of its obligations and the obligations of the Commonwealth, its instrumentalities and public corporations. Certain of the Underwriters or their affiliates participate in other financial transactions with Government Development Bank.

## RATINGS

Moody's Investors Service and Standard & Poor's Rating Services have assigned the Bonds ratings of "Baa3" and "BBB-," respectively. Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency. Such rating agencies were provided with materials relating to the Commonwealth and the Bonds and other relevant information, and no application has been made to any other rating agency for the purpose of obtaining a rating on the Bonds.

There is no assurance that such ratings will remain in effect for any given period of time or that they will not be revised downward or withdrawn entirely by either or both of such rating agencies, if in the judgment of either or both, circumstances so warrant. Any such downward revision or withdrawal of such ratings, or either of them, may have an adverse effect on the market prices of the Bonds.

## CONTINUING DISCLOSURE

In accordance with the requirements of Rule 15c2-12, as amended (the "Rule"), promulgated by the Securities and Exchange Commission ("SEC"), the Commonwealth has covenanted in the Bond Resolution for the benefit of the Beneficial Owners (as defined in the Bond Resolution) as follows:

1.  to file, within 305 days after the end of each fiscal year commencing with the fiscal year ending June 30, 2009, with the MSRB through EMMA, core financial information and operating data for the prior fiscal year, including (i) the Commonwealth's audited financial statements, prepared in accordance with generally accepted accounting

22

PR-CCD-0005184

principles in effect from time to time, and (ii) material historical quantitative data (including financial information and operating data) on the Commonwealth and its revenues, expenditures, financial operations and indebtedness, in each case generally found in this Official Statement; and

2.  to file, in a timely manner, with the MSRB through EMMA, notice of any failure of the Commonwealth to comply with paragraph 1 above and of the occurrence of any of the following events with respect to the Bonds, if material:

    a.  principal and interest payment delinquencies;
    b.  non-payment related defaults;
    c.  unscheduled draws on debt service reserves reflecting financial difficulties;
    d.  unscheduled draws on credit enhancements reflecting financial difficulties;
    e.  substitution of credit or liquidity facility providers, or their failure to perform;
    f.  adverse opinions or events affecting the tax-exempt status of the Bonds;
    g.  modifications to rights of the holders (including Beneficial Owners) of the Bonds;
    h.  bond calls;
    i.  defeasances;
    j.  release, substitution, or sale of property securing repayment of the Bonds; and
    k.  rating changes.

Event (c) is included pursuant to a letter from the SEC staff to the National Association of Bond Lawyers, dated September 19, 1995. However, event (c) may not be applicable, since the terms of the Bonds do not provide for "debt service reserves." In addition, with respect to the following events:

Events (d) and (e). The Commonwealth does not undertake to provide any notice with respect to credit enhancement added after the primary offering of the Bonds, unless the Commonwealth applies for or participates in obtaining the enhancement.

Event (f). For information on the tax status of the Bonds, see TAX MATTERS.

Event (h). The Commonwealth does not undertake to provide the above-described event notice of a mandatory scheduled redemption, not otherwise contingent upon the occurrence of an event, if the terms, dates and amounts of redemption are set forth in detail in this Official Statement under "Redemption" in THE BONDS, the only open issue is which Bonds will be redeemed in the case of a partial redemption, notice of redemption is given to the Bondholders as required under the terms of the Bonds, and public notice of the redemption is given pursuant to Securities Exchange Act of 1934 Release No. 34-23856 of the SEC, even if the originally scheduled amounts are reduced by prior optional redemptions or purchases of Bonds.

The Commonwealth expects to provide the information described in paragraph 1 above by filing its first bond official statement that includes such information for the preceding fiscal year or, if no such official statement is issued by the 305-day deadline, by filing a separate document containing such information.

The Commonwealth has made similar continuing disclosure covenants in connection with prior bond issuances, and has complied with all such covenants, except as hereinafter noted. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2002 were filed after the Commonwealth's filing deadline of May 1, 2003 because of delays in finalizing such financial

23

statements resulting from the implementation of GASB Statement No. 34 ("GASB 34"). The Commonwealth's audited financial statements for the fiscal year ended June 30, 2003 were also filed after the Commonwealth's filing deadline of April 30, 2004, because of delays in finalizing the financial statements of certain of the Commonwealth's reporting units due to the implementation of GASB 34. The Commonwealth's audited financial statements for the fiscal years ended June 30, 2004, 2006, 2007 and 2008 were also filed after the Commonwealth's respective filing deadlines of May 1, 2005, 2007, 2008 and 2009, because various governmental agencies did not submit their audited financial statements to the central government's external auditors on time, thereby delaying submission of the Commonwealth's audited financial statements. Finally, the Commonwealth Report for the fiscal year ended June 30, 2008 containing the information described in paragraph 1 above, was filed after the Commonwealth's filing deadline of May 1, 2009.

As of the date of this Official Statement, there is no Commonwealth information repository. All continuing disclosure filing must be made with the MSRB through EMMA.

The Commonwealth may from time to time choose to provide notice of the occurrence of certain other events in addition to those listed above if, in the judgment of the Commonwealth, such other events are material with respect to the Bonds, but the Commonwealth does not undertake to provide any such notice of the occurrence of any material event except those events listed above.

The Commonwealth acknowledges that its undertaking pursuant to the Rule described above is intended to be for the benefit of the Beneficial Owners of the Bonds, and shall be enforceable by any such Beneficial Owners; provided that the right to enforce the provisions of its undertaking shall be limited to a right to obtain specific enforcement of the Commonwealth's obligations thereunder.

No Beneficial Owner may institute any suit, action or proceeding at law or in equity ("Proceeding") for the enforcement of the foregoing covenants (the "Covenants") or for any remedy for breach thereof, unless such Beneficial Owner shall have filed with the Commonwealth written notice of any request to cure such breach, and the Commonwealth shall have refused to comply within a reasonable time. All Proceedings shall be instituted only in a Commonwealth court located in the Municipality of San Juan, Puerto Rico for the equal benefit of all Beneficial Owners of the outstanding Bonds benefited by the Covenants, and no remedy shall be sought or granted other than specific performance of any of the Covenants at issue. Moreover, Proceedings filed by Beneficial Owners against the Commonwealth may be subject to the sovereign immunity provisions of Section 2 and 2A of Act No. 104, approved June 29, 1955, as amended, which governs the scope of legal actions against the Commonwealth, substantially limits the amount of monetary damages that may be awarded against the Commonwealth and provides certain notice provisions, the failure to comply with which may further limit any recovery.

The Covenants may only be amended if

(1)     the amendment is made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the Commonwealth, or type of business conducted; the Covenants, as amended, would have complied with the requirements of the Rule at the time of award of the Bonds, after taking into account any amendments or change in circumstances; and the amendment does not materially impair the interest of Beneficial Owners, as determined by persons unaffiliated with the Commonwealth; or

24

PR-CCD-0005186

(2)     all or any part of the Rule, as interpreted by the staff of the SEC at the date of the adoption of such Rule, ceases to be in effect for any reason, and the Commonwealth elects that the Covenants shall be deemed amended accordingly.

The Commonwealth has further agreed that the annual financial information containing any amended operating data or financial information will explain, in narrative form, the reasons for the amendment and the impact of the change in the type of operating data or financial information being provided.

Any assertion of beneficial ownership must be filed, with full documentary support, as part of the written request described above.

## MISCELLANEOUS

The foregoing summaries of or references to the Act, the Bonds, the Bond Resolution and the summaries of or references to the various acts contained in the Commonwealth Report, are made subject to all the detailed provisions thereof to which reference is hereby made for further information and do not purport to be complete statements of any or all of such provisions.

Appended to and constituting a part of this Official Statement are the Commonwealth Report (*Appendix I*), the proposed form of opinion of Bond Counsel (*Appendix II*), a description of the Book-Entry System (*Appendix III*), and a list of Bonds with Refunded Interest (*Appendix IV*).

The information set forth in this Official Statement and incorporated herein by reference, except for information pertaining to DTC, and the information appearing in UNDERWRITING, was supplied by certain officials of the Commonwealth or certain of its agencies or instrumentalities, in their respective official capacities, or was obtained from publications of the Commonwealth or certain of its agencies or instrumentalities, and is included or incorporated by reference in this Official Statement on the authority of such officials or the authority of such publications as public official documents. The information pertaining to DTC was supplied by DTC.

This Official Statement will be filed with the MSRB through EMMA.


### COMMONWEALTH OF PUERTO RICO


By: _____/s/ Juan C. Puig_____
Secretary of the Treasury

25

PR-CCD-0005187

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005188

APPENDIX I

# COMMONWEALTH OF PUERTO RICO
## Financial Information and Operating Data Report
### May 15, 2009

PR-CCD-0005189

Exhibit 24 Page 39 of 348

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005190

# TABLE OF CONTENTS

Page

INTRODUCTION ........................................................................................................................... I-1
    General ..................................................................................................................................... I-1
    Forward-Looking Statements ................................................................................................... I-1
    Overview of Economic and Fiscal Condition .......................................................................... I-1
    Geographic Location and Demographic Trends ....................................................................... I-4
    Relationship with the United States ......................................................................................... I-4
    Governmental Structure ........................................................................................................... I-5
    Principal Officers Responsible for Fiscal Matters .................................................................. I-5
    Political Trends ........................................................................................................................ I-6

THE ECONOMY ........................................................................................................................... I-7
    General ..................................................................................................................................... I-7
    Fiscal Stabilization and Economic Reconstruction ............................................................... I-12
    Employment and Unemployment .......................................................................................... I-19
    Economic Performance by Sector ......................................................................................... I-20
    Higher Education ................................................................................................................... I-33
    Tax Incentives ....................................................................................................................... I-34

DEBT ........................................................................................................................................... I-37
    Public Sector Debt ................................................................................................................ I-37
    Debt Service Requirements for Commonwealth General Obligation Bonds ........................ I-40
    Interest Rate Exchange Agreements ...................................................................................... I-42
    Variable Rate Bonds and Mandatory Tender Bonds ............................................................. I-43
    Ratings of Commonwealth General Obligation Bonds ......................................................... I-44
    Commonwealth Guaranteed Debt ......................................................................................... I-44
    Trends of Public Sector Debt ................................................................................................ I-45

PUBLIC CORPORATIONS ......................................................................................................... I-46
    Government Development Bank for Puerto Rico ................................................................... I-47
    Other Public Corporations .................................................................................................... I-51

INSURANCE MATTERS ............................................................................................................ I-59

RETIREMENT SYSTEMS ......................................................................................................... I-59

COMMONWEALTH FINANCIAL STATEMENTS ................................................................... I-71

PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES ............................... I-71
    Summary and Management's Discussion of General Fund Results ....................................... I-71
    Major Sources of General Fund Revenues ............................................................................ I-75
    Measures to Increase Collections of Income, Sales, and Excise Taxes ................................ I-81
    Transfers to General Obligation Redemption Fund ............................................................... I-81
    Components of General Fund Expenditures ........................................................................... I-82

i

Federal Grants ..................................................................................................... I-83

BUDGET OF THE COMMONWEALTH OF PUERTO RICO ............................... I-84

    Office of Management and Budget ..................................................................... I-84
    Budgetary Process ............................................................................................ I-84
    Financial Control and Adjustment Procedures .................................................. I-85
    Appropriations .................................................................................................. I-86
    Projected Budget for Fiscal Year 2010 .............................................................. I-87
    Budget for Fiscal Year 2009 .............................................................................. I-89
    Expense Reduction Plan to Achieve Fiscal Balance ........................................... I-93
    Differences between Budget and Basic Financial Statements ............................. I-93

LITIGATION .......................................................................................................... I-94

ii

PR-CCD-0005192

## COMMONWEALTH OF PUERTO RICO
### Financial Information and Operating Data Report
### May 15, 2009

## INTRODUCTION

### General

The operating and financial information about the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico") included in this Report has been updated as of April 30, 2009, except as otherwise provided herein. The fiscal years of the Commonwealth run from July 1 through June 30 of the following year. References in this Report to a particular fiscal year are to the year in which such fiscal year ends.

### Forward-Looking Statements

The information included in this Report contains certain "forward-looking" statements. These forward-looking statements may relate to the Commonwealth's fiscal and economic condition, economic performance, plans, and objectives. All statements contained herein that are not clearly historical in nature are forward-looking, and the words "anticipates," "believes," "continues," "expects," "estimates," "intends," "aims," "projects," and similar expressions, and future or conditional verbs such as "will," "would," "should," "could," "might," "can," "may," or similar expressions, are generally intended to identify forward-looking statements.

These statements are not guarantees of future performance and involve certain risks, uncertainties, estimates, and assumptions by the Commonwealth that are difficult to predict. The economic and financial condition of the Commonwealth is affected by various financial, social, economic, environmental, and political factors. These factors can be very complex, may vary from one fiscal year to the next, and are frequently the result of actions taken or not taken, not only by the Commonwealth and its agencies and instrumentalities, but also by entities, such as the federal government or other nations, that are not under the control of the Commonwealth. Because of the uncertainty and unpredictability of these factors, their impact cannot, as a practical matter, be included in the assumptions underlying the Commonwealth's projections.

### Overview of Economic and Fiscal Condition

*Economic Condition*

Puerto Rico's economy has been in a recession, which commenced in the fourth quarter of fiscal year 2006. Although Puerto Rico's economy is closely linked with the United States economy, for fiscal years 2007 and 2008, Puerto Rico's real gross national product decreased by 1.9% and 2.5%, respectively, while the United States economy grew at a rate of 1.8% and 2.8%, respectively, during the same periods. According to the Puerto Rico Planning Board's (the "Planning Board") latest projections, the economic contraction has accelerated in fiscal year 2009, with an expected further reduction in real gross national product of 3.4%. While this trend was expected to continue in fiscal year 2010, the expected positive impact of the U.S. federal and local economic stimulus measures discussed below led the Planning Board to announce on April

PR-CCD-0005193

29, 2009 revised projections for fiscal year 2010 reflecting a projected increase in real gross national product of 0.1%.

*Fiscal Condition*

The Commonwealth is experiencing a fiscal crisis as a result of the structural imbalance between recurring government revenues and expenses. The structural imbalance has been exacerbated during fiscal years 2008 and 2009, with recurring government expenses significantly higher than recurring revenues, which have declined as a result of the multi-year economic contraction mentioned above. In order to bridge the deficit resulting from the structural imbalance, the government has used non-recurring measures, such as borrowing from Government Development Bank for Puerto Rico ("GDB") or in the bond market, and postponing the payment of various government expenses, such as payments to suppliers and utilities providers.

As discussed below, the estimated structural deficit for fiscal year 2009 is projected to be $3.2 billion.

*Rating Downgrades*

The continued fiscal imbalance led to successive downgrades in the Commonwealth's general obligation debt ratings, from "Baa1" by Moody's Investors Service ("Moody's") and "A−" by Standard & Poor's Rating Services ("S&P") in fiscal year 2004 to "Baa3" by Moody's and "BBB−" by S&P currently. Each of the rating agencies has a stable outlook on the Commonwealth's general obligation debt.

*Fiscal Year 2009 Estimated Structural Deficit*

For fiscal year 2009, estimated revenues of the General Fund (the primary operating fund of the Commonwealth) are $7.6 billion (down from the original budgeted revenues of $8.5 billion). Although budgeted expenditures for the fiscal year were $9.5 billion, the government has identified additional expenses for fiscal year 2009 that were not included in the budget. Unbudgeted expenses for fiscal year 2009 are estimated at $1.4 billion. Thus, the resulting estimated structural deficit for fiscal year 2009 is currently $3.2 billion.

*General Fund Revenues (Nine Months)*

Preliminary General Fund revenues for the first nine months of fiscal year 2009 (from July 2008 through March 2009) were $5.44 billion, a decline of 4.9% from the $5.72 billion for the same period in the prior fiscal year. The continued decline in General Fund tax revenues reflects primarily the impact of the ongoing economic recession.

*Fiscal Stabilization Plan*

The new government administration, which commenced on January 2, 2009 and controls the Executive and Legislative branches of government, has developed and commenced implementing a multi-year plan designed to achieve fiscal balance and restore economic growth. The fiscal stabilization plan seeks to achieve budgetary balance on or before fiscal year 2013,

PR-CCD-0005194

while addressing expected fiscal deficits in the intervening years through the implementation of a number of initiatives, including the following: (i) a $2 billion operating expense-reduction plan during fiscal year 2010, through government reorganization and reduction of operating expenses, including payroll which is the main component of government expenditures; (ii) a combination of temporary and permanent tax increases, coupled with additional tax enforcement measures; and (iii) a bond issuance program through Puerto Rico Sales Tax Financing Corporation ("COFINA" by its Spanish-language acronym). Before the temporary measures expire in 2013, the administration intends to design and adopt a comprehensive reform of the tax system and a long-term economic development plan to complement the economic reconstruction and supplemental stimulus initiatives described below. The proceeds expected to be obtained from the COFINA bond issuance program will be used to repay existing government debt (including debts with GDB), finance operating expenses of the Commonwealth for fiscal years 2009 through 2011 (and for fiscal year 2012, to the extent included in the government's annual budget for such fiscal year), including costs related to the implementation of a workforce reduction plan, the funding of an economic stimulus plan, as described below, and for other purposes to address the fiscal imbalance while the fiscal stabilization plan is being implemented. The fiscal stabilization plan seeks to safeguard the investment grade ratings of the Commonwealth's general obligation debt and lay the foundation for sustainable economic growth. Legislation has already been enacted authorizing the implementation of all the measures in the fiscal stabilization plan and the Office of Management and Budget ("OMB") has certified projected savings of $237 million for fiscal year 2010 from implemented measures to date.

*Economic Reconstruction Plan*

The new administration has also developed and commenced implementing a short-term economic reconstruction plan. The cornerstone of this plan is the implementation of U.S. federal and local economic stimulus programs. Puerto Rico will benefit from the American Recovery and Reinvestment Act of 2009 ("ARRA") enacted by the U.S. government to stimulate the U.S. economy in the wake of the global economic downturn. Puerto Rico expects to receive approximately $5.0 billion from ARRA during the next two fiscal years, which includes tax relief, expansion of unemployment benefits and other social welfare provisions, and domestic spending in education, health care, and infrastructure, among other measures. The administration will seek to complement the U.S. federal stimulus with additional short- and medium-term supplemental stimulus measures seeking to address specific local challenges and providing investment in strategic areas. These measures include a local $500 million economic stimulus plan to supplement the federal plan. In addition, to further stimulate economic development and cope with the fiscal crisis, the administration is in the process of establishing a legal framework to authorize and promote the use of public-private partnerships to finance and develop infrastructure projects and operate and manage certain public assets.

The new administration is also developing a comprehensive long-term economic development plan aimed at improving Puerto Rico's overall competitiveness and business environment and increasing private-sector participation in the Puerto Rico economy. As part of this plan, the administration will emphasize (i) the simplification and shortening of the permitting and licensing process; (ii) the strengthening of the labor market by encouraging greater labor-force participation and bringing out-of-date labor laws and regulations in line with U.S. and international standards and (iii) the adoption of a new energy policy that seeks to lower

I-3

energy costs and reduce energy-price volatility by reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies.

The fiscal and economic reconstruction plan is described in further detail in below under "The Economy—Fiscal and Economic Reconstruction."

*Proposed Fiscal Year 2010 Budget*

On April 29, 2009, the Governor submitted to the Legislature a proposed budget for fiscal year 2010. The proposed budget provides for total General Fund revenues and appropriations of $7.67 billion, compared to estimated General Fund revenues of $7.60 billion for fiscal year 2009. Budgeted General Fund expenditures total $7.67 billion, a decrease of $1.81 billion, or 19%, from the fiscal year 2009 budgeted expenditures of $9.48 billion. To cover approximately $2 billion of additional transitory expenses for fiscal year 2010 related to the implementation of the expense-reduction plan (including expenses that will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years) and a $500 million projected remaining structural deficit, the Commonwealth will establish a Stabilization Fund to be funded with proceeds from COFINA bond issues.

The projections and assumptions used in the proposed fiscal year 2010 budget are subject to a number of risks, including risks related to the economic forecasts, the implementation of the expense-reduction plan, and the execution of certain transactions contemplated in the fiscal stabilization plan (such as the COFINA financings). Many complex political, social, environmental, and economic forces influence the Commonwealth's economy and finances unpredictably from fiscal year to fiscal year. The budget is necessarily based on forecasts of economic activity, which have frequently failed to accurately predict the timing and magnitude of specific cyclical changes in the U.S. and local economy. There can be no assurance that the Commonwealth's economy will not experience results in the current and ensuing fiscal years that are materially worse than predicted, with corresponding material and adverse effects on the Commonwealth's projections of receipts and disbursements.

**Geographic Location and Demographic Trends**

Puerto Rico, the fourth largest of the Caribbean islands, is located approximately 1,600 miles southeast of New York City. It is approximately 100 miles long and 35 miles wide.

According to the United States Census Bureau, the population of Puerto Rico was 3,808,610 in 2000 (3,954,037 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate), compared to 3,522,000 in 1990. As of 2000, the population of San Juan, the island's capital and largest city, was 434,375 (422,665 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate).

**Relationship with the United States**

Puerto Rico's constitutional status is that of a territory of the United States, and, pursuant to the territorial clause of the U.S. Constitution, the ultimate source of power over Puerto Rico is the U.S. Congress. The relationship between the United States and Puerto Rico is referred to herein as commonwealth status.

I-4

PR-CCD-0005196

Puerto Rico came under United States sovereignty pursuant to the Treaty of Paris, signed on December 10, 1898, which ended the Spanish-American War. Puerto Ricans have been citizens of the United States since 1917. In 1950, after a long evolution toward greater self-government, Congress enacted Public Law 600, which provided that the existing political, economic and fiscal relationship between Puerto Rico and the United States would remain the same, but Puerto Rico would be authorized to draft and approve its own Constitution, guaranteeing a republican form of government. The Constitution was drafted by a popularly elected constitutional convention, approved in a special referendum by the people of Puerto Rico, amended and ratified by the U.S. Congress, and subsequently approved by the President of the United States.

The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner that has a voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs). Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

**Governmental Structure**

The Constitution of Puerto Rico provides for the separation of powers of the executive, legislative, and judicial branches of government. The Governor is elected every four years. The Legislative Assembly consists of a Senate and a House of Representatives, the members of which are elected for four-year terms. The highest court within the local jurisdiction is the Supreme Court of Puerto Rico. Decisions of the Supreme Court of Puerto Rico may be appealed to the Supreme Court of the United States under the same terms and conditions as decisions from state courts. Puerto Rico constitutes a District in the federal judiciary and has its own United States District Court. Decisions of this court may be appealed to the United States Court of Appeals for the First Circuit and from there to the Supreme Court of the United States.

Governmental responsibilities assumed by the central government of the Commonwealth are similar in nature to those of the various state governments. In addition, the central government assumes responsibility for local police and fire protection, education, public health and welfare programs, and economic development.

**Principal Officers Responsible for Fiscal Matters**

**Luis G. Fortuño** was sworn in as Governor of Puerto Rico on January 2, 2009. From 2005 until becoming Governor, Mr. Fortuño was Puerto Rico's elected Resident Commissioner in the U.S. House of Representatives. Mr. Fortuño was an attorney in private practice from 1985 to 1993, and again from 1997 to 2003. From 1994 to 1996, Mr. Fortuño served as the first

PR-CCD-0005197

Secretary of the Department of Economic Development and Commerce. Mr. Fortuño was the Executive Director of the Tourism Company from 1993 to 1996. Mr. Fortuño holds a Bachelor's Degree from the Edmund A. Walsh School of Foreign Service at Georgetown University and a Juris Doctor from the University of Virginia School of Law.

**Juan Carlos Puig Morales** was designated as Secretary of the Department of the Treasury (the "Treasury") on January 4, 2009 and unanimously confirmed by the Senate of Puerto Rico on March 6, 2009. From 1998 to 2008, Mr. Puig Morales served as a Director in the Taxpayer Advocate Service, an independent office within the U.S. Internal Revenue Service, in Puerto Rico and South Florida. From 1994 to 1998, Mr. Puig Morales served in various positions in the Treasury, including Assistant Undersecretary of Internal Revenue, Project Manager of the Master Tax Archive, and Director of Administrative Reform. From 1990 to 1994, Mr. Puig Morales served as a Senior Tax Administration Advisor with the U.S. Internal Revenue Service. Mr. Puig Morales holds a Bachelor of Arts Degree from the University of Turabo, where he majored in Economics.

**María Sánchez Brás** was appointed Executive Director of OMB on January 2, 2009. From 2004 to 2008, Ms. Sánchez Brás worked as the principal financial officer of several companies in the insurance and pharmaceuticals sectors in Puerto Rico. From 1998 to 2004, Ms. Sánchez Brás served as Controller for McDonald's Caribbean region. From 1990 to 1998, Ms. Sánchez Brás worked with various manufacturing companies in different managerial and financial roles. Prior to 1990, Ms. Sánchez Brás worked with KPMG Peat Marwick. Ms. Sánchez Brás holds a Bachelor's Degree from the University of Puerto Rico – Río Piedras Campus, where she majored in Accounting. Ms. Sánchez Brás has been a Certified Public Accountant (CPA) since 1991 and a Certified Internal Auditor (CIA) since 1992 and is a member of the Association of Certified Fraud Examiners (ACFE).

**Carlos M. García** was ratified as President and Chairman of the Board of GDB on January 7, 2009. Mr. García served as President of Banco Santander Puerto Rico from August 2008 to January 2009 and Senior Executive Vice President and Chief Operating Officer of Santander BanCorp and Banco Santander Puerto Rico from January 2004 to January 2009. Mr. García served as a member of the Board of Directors of Santander BanCorp and several of Santander BanCorp's subsidiaries and affiliates. Mr. García serves as Director of Make-a-Wish Foundation of Puerto Rico. Mr. García served as President and Chief Executive Officer of Santander Securities Corporation from August 2001 to January 2006. Mr. García joined Santander Securities Corporation in 1997 as Director of its Investment Banking Department, and Banco Santander Puerto Rico in October 2003 as Executive Vice President of Wholesale Banking. From 1993 to 1995, Mr. García worked at Credit Suisse First Boston Puerto Rico, Inc., which later was acquired by Popular Securities, Inc., for which he worked from 1995 to 1997. Mr. García holds a dual degree in Business from the Wharton School and in Comparative Literature from the College of Arts and Sciences of the University of Pennsylvania.

**Political Trends**

For many years there have been two major views in Puerto Rico with respect to Puerto Rico's relationship with the United States: one favoring statehood, represented by the New Progressive Party, and the other favoring the existing commonwealth status, represented by the

Popular Democratic Party. The following table shows the percentages of the total votes received by the gubernatorial candidates of the various parties in the last five elections. While the electoral choices of Puerto Rico's voters are not based solely on party preferences regarding Puerto Rico's relationship with the United States, candidates who support a continuing relationship between Puerto Rico and the United States have prevailed in elections for many years.

|  | 1992 | 1996 | 2000 | 2004 | 2008 |
|---|---|---|---|---|---|
| New Progressive Party | 49.9% | 51.1% | 45.7% | 48.2% | 52.8% |
| Popular Democratic Party | 45.9% | 44.5% | 48.6% | 48.4% | 41.3% |
| Puerto Rico Independence Party | 4.2% | 3.8% | 5.2% | 2.7% | 2.0% |
| Others, Blank or Void | - | 0.5% | 0.5% | 0.6% | 3.9% |

With the results of the 2008 election, control of the legislative branch continued under the New Progressive Party, while the executive branch is now also controlled by the New Progressive Party. The current membership of the Senate and House of Representatives by political party is as follows:

|  | Senate | House |
|---|---|---|
| New Progressive Party | 21 | 37 |
| Popular Democratic Party | 8 | 17 |
| Total | 29 | 54 |

The next general election (gubernatorial, municipal, and legislative) in Puerto Rico will be held in November 2012.

## THE ECONOMY

### General

The Commonwealth in the past has established policies and programs directed principally at developing the manufacturing sector and expanding and modernizing the Commonwealth's infrastructure. Domestic and foreign investments have historically been stimulated by selective tax exemptions, development loans, and other financial and tax incentives. Infrastructure expansion and modernization have been to a large extent financed by bonds and notes issued by the Commonwealth, its public corporations, and municipalities. Economic progress has been aided by significant increases in the levels of education and occupational skills of the population.

Puerto Rico's economy experienced a considerable transformation during the past sixty-five years, passing from an agriculture economy to an industrial one. Virtually every sector of the economy participated in this expansion. Factors contributing to this expansion include government-sponsored economic development programs, increases in the level of federal transfer payments, and the relatively low cost of borrowing. In some years, these factors were aided by a significant rise in construction investment driven by infrastructure projects, private investment, primarily in housing, and relatively low oil prices. Nevertheless, the significant oil price increases during the past four years, the continuous contraction of the manufacturing sector, and the budgetary pressures on government finances triggered a general contraction in the

I-7

PR-CCD-0005199

economy. Puerto Rico's economy is currently in a recession that began in the fourth quarter of fiscal year 2006, a fiscal year in which the real gross national product grew by only 0.5%. For fiscal years 2007 and 2008, the real gross national product contracted by 1.9% and 2.5%, respectively. This contraction has continued into fiscal year 2009, for which the Planning Board expects a reduction of 3.4% in real gross national product. While the trend was expected to continue in fiscal year 2010, the Planning Board announced on April 29, 2009 that the expected positive impact of the U.S. federal and local economic stimulus measures discussed below under "Fiscal and Economic Reconstruction" should outweigh the expected negative impact of the Fiscal Stabilization Plan also described below under "Fiscal and Economic Reconstruction" and revised its projections for fiscal year 2010 to reflect an increase of 0.1% in real gross national product. The Planning Board is also projecting increases in real gross national product of 0.9% and 1.0% for fiscal years 2011 and 2012, respectively.

Nominal personal income, both aggregate and per capita, has increased consistently from 1947 to 2008. In fiscal year 2008, aggregate personal income was $56.2 billion ($44.8 billion at 2000 prices) and personal income per capita was $14,237 ($11,341 in 2000 prices).[1] Personal income includes transfer payments to individuals in Puerto Rico under various social programs. Total U.S. federal transfer payments to individuals amounted to $12.3 billion in fiscal year 2008 ($10.5 billion in fiscal year 2007). Entitlements for previously performed services or resulting from contributions to programs such as Social Security, Veterans' Benefits, Medicare, and U.S. Civil Service retirement pensions were $9.3 billion, or 76% of the transfer payments to individuals in fiscal year 2008 ($8.6 billion, or 82%, in fiscal year 2007). The remainder of the federal transfers to individuals is represented by grants, mostly concentrated in the Nutritional Assistance Program (Food Stamps) and Pell Grant (higher education) Scholarships. The increase in federal transfer payments to individuals, and the corresponding decline in the share of entitlements to total transfers to individuals, from fiscal year 2007 to fiscal year 2008 was due almost exclusively to the U.S. federal tax rebates implemented in fiscal year 2008.

Total average annual employment (as measured by the Puerto Rico Department of Labor and Human Resources Household Employment Survey, known as the "Household Survey") has also increased during the last decade. From fiscal year 1999 to fiscal year 2008, total employment has increased at an average annual growth rate of 0.6% to 1,217,500. However, there has been a decrease in employment during the last fiscal year, related to the current recession.

The dominant sectors of the Puerto Rico economy in terms of production and income are manufacturing and what is herein referred to as the service sector. The manufacturing sector has undergone fundamental changes over the years as a result of increased emphasis on higher-wage, high-technology industries, such as pharmaceuticals, biotechnology, computers, microprocessors, professional and scientific instruments, and certain high technology machinery and equipment. The service sector, which includes finance, insurance, real estate, wholesale and retail trade, transportation, communications and public utilities, and other services, plays a major role in the economy. It ranks second to manufacturing in contribution to the gross domestic product and leads all sectors in providing employment.

---

[1] Different price deflators are used for gross national product and personal income statistics. The year 2000 is used as a basis for comparison because that is the year used by the U.S. Department of Commerce.

I-8

PR-CCD-0005200

The following table shows the gross national product for the five fiscal years ended June 30, 2008.

## Commonwealth of Puerto Rico
## Gross National Product
## Fiscal Years Ended June 30,

|  | 2004 | 2005 | 2006 | 2007 | 2008[1] |
|---|---|---|---|---|---|
| Gross national product – $ millions[2] | $50,709 | $53,752 | $56,732 | $58,563 | $60,787 |
| Real gross national product – $ millions (2000 prices) | 43,967 | 44,819 | 45,048 | 44,175 | 43,049 |
| Annual percentage increase (decrease) in real gross national product (2000 prices) | 2.7% | 1.9% | 0.5% | (1.9)% | (2.5)% |
| U.S. annual percentage increase in real gross national product (2000 prices) | 4.0% | 3.1% | 3.0% | 1.8% | 2.8% |

(1) Preliminary.
(2) In current dollars.

*Sources:* Puerto Rico Planning Board and Global Insight Inc.

The economy of Puerto Rico is closely linked to the United States economy, as most of the external factors that affect the Puerto Rico economy (other than oil prices) are determined by the policies and performance of the mainland economy. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures. During fiscal year 2008, approximately 74% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 47% of Puerto Rico's imports. In fiscal year 2008, Puerto Rico experienced a positive merchandise trade balance of $19.0 billion.

The following graph compares the growth rate of real gross national product for the Puerto Rico and U.S. economies since fiscal year 1990, and the forecast of the growth rate for fiscal year 2009.

PR-CCD-0005201

# Real GNP Growth Rate



Sources: Puerto Rico Planning Board.

\* Estimate for Puerto Rico from the Puerto Rico Planning Board (Apr-2009). Estimate for U.S. from Global Insight (Apr-2009).

Since the 1950s, the Planning Board has prepared a complete set of macroeconomic measures like those prepared for the United States by the Bureau of Economic Analysis ("BEA") of the Department of Commerce, as part of the National Income and Product Accounts ("NIPA"). In contrast with BEA, which computes the economic accounts on a quarterly basis, the Planning Board computes Puerto Rico's NIPA on an annual basis. Like BEA, the Planning Board revises its statistics on a regular basis. The Planning Board classifies its statistics as preliminary until they are revised and made final in conjunction with the release of new data each year. Thus, all macroeconomic accounts for fiscal year 2008 shown in this report are preliminary until the revised figures are released and the forecasts for fiscal years 2009 and 2010 are revised.

*Forecast for Fiscal Years 2009 and 2010*

The Planning Board's gross national product forecast for fiscal year 2009, which was released in February 2009, projected a decline of 3.4% in constant dollars, or an increase of 1.5% in current dollars. Personal income is expected to decline by 1.5% in real terms, or to increase by 2.3% in nominal terms (see footnote 1 on page 8). While a prolongation of the economic contraction through fiscal year 2010 had been expected, the Planning Board announced on April 29, 2009 that the expected positive impact of the U.S. federal and local economic stimulus measures discussed below should outweigh the expected negative impact of the Fiscal Stabilization Plan also described below, leading it to adjust its projections for fiscal year 2010.

I-10

The Planning Board is now projecting a slight increase in gross national product of 0.1% in constant dollars or 3.4% in current dollars. The major factors affecting the economy at this point are, among others, the current contraction of U.S. economic activity; the difficulties of the U.S. and local financial systems, which affect the local economy directly; the increase in federal transfers associated to the economic stimulus enacted by the U.S. government; and the local difficulties associated with the Commonwealth's prolonged fiscal crisis, including the cost-reduction initiatives to be implemented as part of the fiscal stabilization plan discussed below.

The number of persons employed in Puerto Rico during the first nine months of fiscal year 2009, from July 2008 to March 2009, averaged 1,179,900, a decrease of 3.1% from the same period of the previous year. Moreover, for the first nine months of the current fiscal year, the unemployment rate was 13.0%, an increase from 11.0% for the first nine months of fiscal year 2008.

*Fiscal Year 2008*

The Planning Board's preliminary reports on the performance of the Puerto Rico economy for fiscal year 2008 indicate that real gross national product decreased 2.5% (3.8% in current dollars) over fiscal year 2007. Nominal gross national product was $60.8 billion in fiscal year 2008 ($43.0 billion in 2000 prices), compared to $58.6 billion in fiscal year 2007 ($44.2 billion in 2000 prices). Aggregate personal income increased from $52.3 billion in fiscal year 2007 ($43.4 billion in 2000 prices) to $56.2 billion in fiscal year 2008 ($44.8 billion in 2000 prices), and personal income per capita increased from $13,269 in fiscal year 2007 ($11,012 in 2000 prices) to $14,237 in fiscal year 2008 ($11,341 in 2000 prices). The significant increase in personal income in fiscal year 2008 is due in part to the tax rebate program implemented by the Bush Administration during that fiscal year.

According to the Household Survey, total employment for fiscal year 2008 averaged 1,217,500, a decrease of 3.6% compared to 1,262,900 for fiscal year 2007. At the same time, the unemployment rate for fiscal year 2008 was 11.0%, an increase from 10.4% for fiscal year 2007.

Among the variables contributing to the decrease in gross national product were the continuous contraction of the manufacturing and construction sectors, as well as the current contraction of U.S. economic activity. Furthermore, the decline in Puerto Rico's gross national product was not offset by the federal tax rebates due to the high levels of oil prices during fiscal year 2008. The persistent high level of the price of oil and its derivatives (such as gasoline) during that period served to reduce the income available for other purchases and, thereby, negatively affected domestic demand. Due to the Commonwealth's dependence on oil for power generation and gasoline (in spite of its recent improvements in power-production diversification), the high level of oil prices accounted for an increased outflow of local income in fiscal year 2008. The current difficulties associated with the financial crisis resulted in lower short-term interest rates, but this did not translate into an improvement in the construction sector.

I-11

PR-CCD-0005203

*Fiscal Year 2007*

The Planning Board's reports on the performance of the Puerto Rico economy during fiscal year 2007 indicate that the real gross national product fell by 1.9%. Nominal gross national product was $58.6 billion ($44.2 billion in 2000 prices), compared to $56.7 billion in fiscal year 2006 ($45.0 billion in 2000 prices). This represents an increase in nominal gross national product of 3.2%. Aggregate personal income was $52.3 billion in fiscal year 2007 ($43.4 billion in 2000 prices), as compared to $50.8 billion in fiscal year 2006 ($43.4 billion in 2000 prices), and personal income per capita was $13,269 in fiscal year 2007 ($11,012 in 2000 prices), as compared to $12,944 in fiscal year 2006 ($11,052 in 2000 prices).

According to the Household Survey, total employment for fiscal year 2007 averaged 1,262,900, an increase of 0.8% compared to 1,253,400 for fiscal year 2006. The driving force behind total employment was self-employment. The unemployment rate for fiscal year 2007 was 10.4%, a decrease from 11.7% for fiscal year 2006.

**Fiscal Stabilization and Economic Reconstruction**

The new administration has developed and commenced implementing a multi-year Fiscal Stabilization and Economic Reconstruction Plan that seeks to achieve fiscal balance and restore economic growth. The administration believes that fiscal stabilization is central to safeguarding the Commonwealth's investment-grade credit rating and restoring Puerto Rico's economic growth and development. During the first quarter of 2009, the Legislative Assembly enacted three bills providing for the implementation of this plan, which is composed of two main elements: the Fiscal Stabilization Plan (the "Fiscal Plan") and the Economic Reconstruction Plan (the "Economic Plan").

In addition, the new administration is in the process of designing and implementing a series of economic development initiatives with the aim of enhancing Puerto Rico's competitiveness and strengthening specific industry sectors. These economic development initiatives are intended to support the prospects of long-term and sustainable growth.

*Fiscal Stabilization Plan*

The Fiscal Plan has three main objectives: (i) stabilize the short-term fiscal situation, (ii) safeguard and strengthen the Commonwealth's credit rating, and (iii) achieve budgetary balance by fiscal year 2013. The Fiscal Plan, which is generally contained in Act No. 7 of March 9, 2009 ("Act 7"), includes operating expense-reduction measures, tax revenue enforcement measures, tax increases, and financial measures, as discussed below.

*Expense Reduction Measures.* A significant portion of Puerto Rico's current budget deficit is attributable to the accumulated effect of high operating expenses in the government. The Fiscal Plan seeks to reduce the recurring expense base of the government to make it consistent with the level of government revenues. The Fiscal Plan establishes a government-wide operating expense-reduction program aimed at reducing payroll and other operating expenses by $2 billion.

PR-CCD-0005204

Payroll expense is the most significant component of the government's recurring expense base. The reduction in payroll expenses contemplated by the Fiscal Plan will be implemented in three phases and includes certain benefits conferred to participating employees, as follows:

- *Phase I: Incentivized Voluntary Resignation and Voluntary Permanent Workday Reduction Programs:* The Incentivized Voluntary Resignation Program offered public employees a compensation incentive based on the time of service in the government. The Voluntary Permanent Workday Reduction Program was available to public employees with 20 or more years of service. The Workday Reduction Program consists of a voluntary reduction of one regular workday every fifteen calendar days, which is equivalent to approximately a 10% reduction in annual workdays. Phase I commenced in March 2009 and public employees had until April 27, 2009 to submit the required information to participate in the voluntary programs available under Phase I and be eligible for the Public Employees Alternatives Program. On May 14, 2009, OMB announced that based on the number of employees who agreed to participate in these programs, the expected reduction in expenses for fiscal year 2010 would be $50 million.

- *Phase II: Involuntary Layoff Plan:* As provided in Act 7, Phase II will go into effect because the objective of reducing $2 billion in expenses was not achieved after implementation of Phase I and Phase III (see below). Under Phase II, subject to certain exceptions, all employees with transitory, non-permanent positions will be terminated. In addition, Phase II provides for one or more rounds of involuntary layoffs and applies to all public employees unless specifically excluded by Act 7, strictly according to seniority in public service, starting with employees with least seniority. The plan excludes employees listed in Act 7 as providing "essential" services, those paid by federal funds, those on military leave, and political appointees and their trust employees (political appointees and their trust employees, who do not hold a permanent or career position in the government, are referred to herein as "non-career" employees). Employees in Phase II will receive a severance package that includes health coverage payment for up to a maximum of six months or until the former public employee is eligible for health insurance coverage at another job.

- *Phase III: Temporary Suspension of Certain Provisions of Laws, Collective Bargaining Agreements, and Other Agreements:* Phase III, which went into effect on March 9, 2009, imposes a temporary freeze of salary increases and other economic benefits included in laws, collective bargaining agreements, and any other agreements. Phase III will remain in effect for a period of two years, but this term may be shortened by the Governor by means of an Executive Order should OMB certify that the savings resulting from the implementation of Act 7's expense-reduction measures are sufficient to cover the law's objectives. OMB has indicated that the expected savings from the implementation of these measures is $187 million for fiscal year 2010.

- *Public Employees Alternatives Program:* The employees that elected to participate in the Incentivized Voluntary Resignation Program or the Voluntary Permanent Workday Reduction Program under Phase I, or that are subject to involuntary layoffs under Phase II, will be eligible for the Public Employees Alternatives Program. This program assists public employees in their transition to other productive alternatives, and offers vouchers

I-13

PR-CCD-0005205

for college education, technical education, and professional training, as well as for establishing a business and for relocation.

In addition, Act 7 provides that, for a period of two years, collective bargaining agreements that have already expired or that expire while the law is in effect and that relate to public employees may not be renegotiated or renewed.

On April 13, 2009, a group of government employees along with labor organizations that represent governmental employees filed a complaint in the U.S. District Court for the District of Puerto Rico seeking, among other relief, an injunction to stop the Government of Puerto Rico from implementing the expense-reduction provisions of Act 7 under the theory that such provisions violate United States and Puerto Rico law prohibitions on impairment of contracts and retroactive application of laws. The administration intends to defend vigorously the constitutionality of Act 7 and continues with its implementation. See "Litigation."

The second element of the expense-reduction measures, which pertains to other operating expenses, will be conducted through an austerity program in combination with other measures, such as reduction in expenses of the public health plan, Executive Branch reorganization, and efficiency measures supported by budgeting and accounting processes, and information technology. The austerity program mandates a 10% reduction in other operational expenses, including cellular phone use, credit cards, and official vehicles.

*Tax Revenue Enforcement Measures.* The Fiscal Plan seeks to increase tax revenues by implementing a more rigorous and ongoing tax enforcement and compliance strategy. Specific tax enforcement initiatives include: (i) enhancements to federal grants and fund receipts, (ii) stronger collections and auditing efforts on Puerto Rico's sales and use tax, and (iii) a voluntary tax compliance program.

*Tax Increases.* The goal of achieving fiscal and budgetary balance requires a combination of measures that include the introduction of permanent and temporary tax increases. The Fiscal Plan includes six temporary and four permanent revenue increasing measures. With respect to temporary revenue increasing measures, the administration will implement: (i) a 5% surtax on income of certain individuals, (ii) a 5% surtax on income of certain corporations, (iii) a 5% income tax on credit unions (commonly known as *cooperativas* in Puerto Rico), (iv) a 5% income tax on Puerto Rico international banking entities, (v) a special property tax on residential real estate, and (vi) a moratorium on certain tax credits. The majority of these temporary measures will be in effect for three fiscal years beginning in fiscal year 2010. The permanent measures include (i) modifications to the alternative minimum tax for individuals and corporations, (ii) an increase in the excise taxes on cigarettes, (iii) new excise taxes on motorcycles, and (iv) an increase in the excise taxes on alcoholic beverages.

*Financial Measures.* The administration expects to carry out several financial initiatives in order to achieve fiscal stability throughout the implementation period of the Fiscal Plan. These financial measures include, among others, a financing or bond issuance program the proceeds of which would be used to bridge the structural budgetary imbalance during the implementation period of the Fiscal Plan and funding some initiatives in the Economic Plan.

PR-CCD-0005206

The financial measures are mainly anchored on the bond-issuance program of COFINA. Act 7, in conjunction with Act No. 91 of May 13, 2006, as amended ("Act 91"), and Act No. 1 of January 14, 2009 ("Act 1"), allocated to COFINA, commencing on July 1, 2009, 2.75% (one-half of the tax rate of 5.5%) of the sales and use tax imposed by the central government, which increased COFINA's financing capacity and allows the Commonwealth to achieve fiscal stability throughout the implementation period of the Fiscal Plan.

In addition to the increased tax allocations to COFINA, the financial initiatives that were enacted into law include the creation of the Savings Notes for the Economic Cooperation of Puerto Rico (the "Saving Notes Program") and allows for the refinancing of a portion of the existing debt of the Puerto Rico Public Buildings Authority. The Savings Notes Program consists of an issuance of up to $20 million in short-term general obligation notes for retail distribution to Puerto Rico residents.

The administration expects that its Fiscal Plan will provide more fiscal stability, thereby safeguarding and strengthening Puerto Rico's credit rating. The administration further expects that the resulting fiscal structure will be sustainable and conducive to economic growth and development.

*Economic Reconstruction Plan*

To balance the impact of the Fiscal Plan, the administration has developed and is implementing an economic reconstruction program to stimulate growth in the short term and lay the foundation for long-term economic development. In addition, the administration is developing a comprehensive, long-term, economic development program aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment, and increasing private-sector capital formation and participation in the economy.

The Economic Plan consists of three main components: (i) two economic stimulus programs, (ii) Public-Private Partnerships, and (iii) a supplemental stimulus plan.

*Economic Stimulus Programs.* The cornerstone of Puerto Rico's short-term economic reconstruction plan is the implementation of two economic stimulus programs aimed at reigniting growth and counterbalancing any adverse effects associated with the Fiscal Plan. The economic stimulus programs consist of Puerto Rico's participation in ARRA (also referred to herein as the "Federal Stimulus") and a local plan (the "Local Stimulus") designed to complement the Federal Stimulus.

- *Federal Stimulus Program*: Puerto Rico is eligible to participate in ARRA because of its status as a U.S. jurisdiction. Puerto Rico expects to receive up to $5 billion in stimulus funds from ARRA. The funds will be distributed in four main categories: relief to individuals, budgetary and fiscal relief, taxpayers' relief, and capital improvements. This Federal Stimulus coming from ARRA places an emphasis in relief for individuals and taxpayers. In terms of government programs, the Federal Stimulus allocates funds to education, agriculture and food assistance, health, housing and urban development, labor, and transportation, among others.

I-15

PR-CCD-0005207

- *Local Stimulus Program*: The administration has formulated the Local Stimulus to supplement the Federal Stimulus and ameliorate specific local challenges associated with the local mortgage market, the availability of credit, and the infrastructure and construction sectors. Despite the fact that the Local Stimulus amounts to a $500 million investment by the government, it has been estimated that its effect will be greater due to its loan-guarantee programs, which will be coordinated in collaboration with commercial banks in Puerto Rico. The Local Stimulus is composed of three main elements: (i) capital improvements, (ii) stimulus for small- and medium-sized businesses, and (iii) consumer relief in the form of direct payments to retirees, mortgage-debt restructuring for consumers that face risk of default, and consumer stimulus for the purchase of housing.

*Public-Private Partnerships.* The administration believes that Public-Private Partnerships ("PPPs") represent an important tool for economic development, particularly in times of fiscal imbalance. PPPs are collaborations between government and non-governmental entities—such as private-sector, non-profit organizations, credit unions, and township corporations (*corporaciones municipales*)—to develop infrastructure projects, manage government assets or provide services. The non-governmental partner takes on certain responsibilities and risks related to the development of the project in exchange for receiving the benefits of operating it.

PPPs provide the opportunity for lower project development costs, reduction of financial risk, creation of additional revenue sources, establishment of service quality metrics, and re-direction of government resources to focus on the implementation of public policy.

The administration is working on establishing the legal framework that will implement the procedures for establishing PPPs. Puerto Rico has opportunities for the establishment of PPPs in the areas of highways, ports, transportation, solid waste, potable water, and renewable energy, among others.

*Supplemental Stimulus Plan.* The Economic Plan includes a Supplemental Stimulus Plan, which will provide investment in strategic areas with the objective of laying the foundations for long-term growth in Puerto Rico. The Supplemental Stimulus will begin after the first year of implementation of the Federal and Local Stimuli. The coordinated implementation of the Supplemental Stimulus during the second year of the Federal and Local Stimuli will reinforce continuity in reigniting economic growth while making key investments for long-term development.

The Supplemental Stimulus will be conducted by GDB through a combination of direct investments and guaranteed lending. Specifically, the Supplemental Stimulus will target critical areas such as the banking system, key infrastructure projects, public capital improvement programs, private-sector lending to specific industries, and the export and research-and-development knowledge industries. The Supplemental Stimulus will take into account the strategic needs that Puerto Rico must fulfill in order to become a more competitive player in its region and in the global economy.

PR-CCD-0005208

The Supplemental Stimulus is intended to complement a comprehensive Economic Development Program that will be implemented by the Department of Economic Development and Commerce, as discussed below.

*Economic Development Program*

The Department of Economic Development and Commerce ("DEDC"), in coordination with other government agencies, is in the process of formulating and implementing a series of economic development initiatives with the goal of laying the groundwork for sustainable economic growth. These initiatives are centered on the dual mission of fostering multi-sector growth while reducing costs and barriers to business and investment, and are a medium-to-long-term counterpart to the Economic Reconstruction Plan and the Supplemental Stimulus Plan described above. The economic development initiatives are aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment and seek to increase private-sector capital formation and participation in the Puerto Rico economy.

The administration will emphasize three main initiatives to enhance Puerto Rico's competitive position: (i) overhauling the permitting process, (ii) reforming the labor market, and (iii) reducing energy costs.

The first initiative, the reengineering of Puerto Rico's permitting and licensing process, has already been initiated and legislation has been filed. In the short term, this restructuring is focused on eliminating the significant backlog of unprocessed permits that are currently in the pipeline of various government agencies. Longer term, this effort seeks to significantly reduce the number of inter-agency processes and transactions currently required by creating a centralized, client-focused system that simplifies and shortens the permitting process for applicants.

Initiatives will also be undertaken with the purpose of strengthening Puerto Rico's labor market. The administration seeks to encourage greater labor-force participation by providing the private sector with more flexibility in establishing feasible labor arrangements. One focus of the labor-market reform will be the modernization of Puerto Rico's regulatory framework. Legislative changes to be introduced will focus on bringing out-of-date labor laws and regulations in line with U.S. and international standards with respect to such matters as flex-time arrangements, overtime rules, workers' compensation, and benefit requirements, among others. This labor reform is expected to provide a significant improvement in Puerto Rico's competitiveness in the global marketplace.

The administration considers the adoption of a new energy policy to be critical for Puerto Rico's competitiveness. Presently, fluctuations in oil prices have a significant effect on Puerto Rico's overall economic performance. The administration will focus on reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies. By implementing a new energy policy, the Commonwealth will seek to lower energy costs, reduce energy-price volatility, and establish environmentally sustainable energy production through a reduction in ecologically harmful emissions. The Commonwealth is facilitating the development of several initiatives, including the wheeling of energy, conservation efforts, and the installation of new renewable generation capacity, among others. These

PR-CCD-0005209

initiatives are expected not only to address energy prices in Puerto Rico, but also to provide for a means of attracting investment in the energy sector.

The Commonwealth will complement these competitive initiatives with specific strategic initiatives with the objective of creating jobs and increasing economic activity across various sectors of the Puerto Rico economy. The Commonwealth has natural or structural competitive advantages in several areas, such as pharmaceutical and biotechnology manufacturing. These advantages provide opportunities to further economic activities in manufacturing, science and technology, tourism, renewable energy, trade, and professional services. The specific initiatives will be designed to promote sustainable economic growth while diversifying Puerto Rico's economic base.

*Puerto Rico Tax Incentives*

One of the benefits enjoyed by the Commonwealth is that corporations operating in Puerto Rico (other than corporations organized in the United States with a local branch) and individuals residing in Puerto Rico generally are not subject to federal income taxes on income derived in Puerto Rico. This enables the Commonwealth to utilize local tax legislation as a tool for stimulating economic development, and it has done so for many years. See "Tax Incentives" below.

In this regard, the Commonwealth has enacted legislation providing tax exemptions and tax incentives for businesses operating within certain sectors of the economy. Tax incentives laws have existed in Puerto Rico for over fifty years. The Economic Incentives Act, the most recent tax incentives act, covers companies dedicated to manufacturing and the export of services and was enacted on May 28, 2008. All eligible businesses operating under previous tax incentives laws may apply for the benefits provided by the Economic Incentives Act.

The Economic Incentives Act streamlines the process for obtaining tax incentives and provides recipients with certainty as to the amount of benefits they will receive over time. The Economic Incentives Act expands the definition of manufacturing to include cluster and supply chain concepts, addresses issues of cost competitiveness, and simplifies the applicable rules. The tax structure established by the Economic Incentives Act generally has a 4% income tax rate and a 12% withholding tax rate for royalties. An alternative structure has an 8% income tax rate and a 2% withholding tax on royalties. For existing businesses with tax rates between 2% and 4%, the Secretary of Economic Development has the discretion to grant the same tax benefits if doing so is considered to be in the best interests of Puerto Rico's economy. Income tax rates may be reduced by an additional 0.5% for projects located in low-or mid-economic development areas. Additional exceptions to the general tax structure exist for pioneering activities, local firms and small businesses. Pioneering activities may have a 1% income tax rate, or no income taxes if the research and development activity is located completely within Puerto Rico. Local firms may enjoy a tax rate as low as 3%, and for small- and medium-sized businesses the tax rate may be as low as 1%, provided such activities are eligible for certain credits provided by the Economic Incentives Act.

A variety of tax credits are available under the Economic Incentives Act, including: for the purchase of products manufactured in Puerto Rico; for job creation; for investment in

I-18

PR-CCD-0005210

research and development; for investment in energy-generation equipment; to reduce the cost of energy; to transfer technology; and for investors who acquire exempt operations in the process of shutting down. There are also investment credits for projects classified as strategic projects. Some of these credits can be carried forward and others can be sold.

**Employment and Unemployment**

The number of persons employed in Puerto Rico during fiscal year 2008 averaged 1,217,500, a 3.6% decrease from 1,262,900 in fiscal year 2007. For the first nine months of fiscal year 2009, the number of persons employed averaged 1,179,900, a decrease of 3.1% compared to the same period of the previous fiscal year. Currently, the unemployment rate in Puerto Rico is slightly less than twice the U.S. average.

The following table presents annual statistics of employment and unemployment for fiscal year 2004 through fiscal year 2008, and the average figures for the first nine months of fiscal year 2009. These employment figures are based on the Household Survey, which includes self-employed individuals, instead of the non-farm, payroll employment survey (the "Payroll Survey"), which does not. The number of self-employed individuals represents around 15% of civilian employment in Puerto Rico, more than double the level in the United States.

I-19

PR-CCD-0005211

**Commonwealth of Puerto Rico**
**Employment and Unemployment[1]**
**(persons age 16 and over)**
**(in thousands)**

| Fiscal Years Ended June 30, | Labor Force | Employed | Unemployed | Unemployment Rate[2] |
|---|---|---|---|---|
| | | (Annual Average) | | |
| 2004 | 1,360 | 1,206 | 155 | 11.4% |
| 2005 | 1,385 | 1,238 | 147 | 10.6 |
| 2006 | 1,420 | 1,253 | 167 | 11.7 |
| 2007 | 1,410 | 1,263 | 147 | 10.4 |
| 2008 | 1,368 | 1,218 | 151 | 11.0 |
| 2009[3] | 1,356 | 1,180 | 176 | 13.0 |

_____
(1) Totals may not add due to rounding.
(2) Unemployed as percentage of labor force.
(3) Average from July 2008 to March 2009.

*Source:* Department of Labor and Human Resources – Household Survey

### Economic Performance by Sector

From fiscal year 2004 to fiscal year 2008, the manufacturing and service sectors generated the largest portion of gross domestic product. The manufacturing, service, and government sectors were the three sectors of the economy that provide the most employment in Puerto Rico.

I-20

PR-CCD-0005212

The following table presents annual statistics of gross domestic product by sector and gross national product for fiscal years 2004 to 2008.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Sector and Gross National Product**
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
| Manufacturing | $33,267 | $34,534 | $35,638 | $36,309 | $38,458 |
| Service[2] | 30,476 | 32,449 | 33,785 | 35,608 | 37,068 |
| Government[3] | 7,389 | 8,151 | 8,424 | 8,585 | 8,762 |
| Transportation, communication, and public utilities | 5,343 | 5,309 | 5,907 | 6,111 | 6,020 |
| Agriculture, forestry, and fisheries | 414 | 375 | 394 | 418 | 386 |
| Construction[4] | 1,905 | 1,848 | 1,788 | 1,929 | 1,991 |
| Statistical discrepancy | 417 | 141 | 221 | (58) | 578 |
| Total gross domestic product[5] | $79,209 | $82,809 | $86,158 | $88,902 | $93,263 |
| Less: net payment abroad | (28,501) | (29,056) | (29,425) | (30,339) | (32,476) |
| Total gross national product[5] | $50,709 | $53,752 | $56,732 | $58,563 | $60,792 |

(1) Preliminary.
(2) Includes wholesale and retail trade, finance, insurance and real estate, and other services.
(3) Includes the Commonwealth, its municipalities and certain public corporations, and the federal government. Excludes certain other public corporations, such as the Electric Power Authority and the Aqueduct and Sewer Authority, whose activities are included under Service in the table.
(4) Includes mining.
(5) Totals may not add due to rounding.

*Source:* Planning Board

The data for employment by sector or industries presented here, like in the United States, are based on the Payroll Survey, which is designed to measure number of payrolls by sector. The Payroll Survey excludes agricultural employment and self-employed persons.

PR-CCD-0005213

The following table presents annual statistics of average employment based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

## Commonwealth of Puerto Rico
## Non-Farm, Payroll Employment by Economic Sector[1]
### (persons age 16 and over)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[2] |
| Natural resources and construction | 69,300 | 68,233 | 67,442 | 66,589 | 60,023 |
| Manufacturing | | | | | |
| Durable goods | 48,808 | 48,067 | 46,350 | 45,427 | 43,185 |
| Non-durable goods | 69,633 | 69,250 | 66,233 | 62,447 | 61,013 |
| Sub-total | 118,442 | 117,317 | 112,583 | 107,874 | 104,198 |
| Trade, transportation, warehouse, and Utilities | | | | | |
| Wholesale trade | 33,300 | 33,717 | 33,992 | 33,267 | 33,821 |
| Retail trade | 132,008 | 136,192 | 137,358 | 133,744 | 131,178 |
| Transportation, warehouse, and utilities | 17,042 | 17,617 | 17,433 | 16,988 | 16,840 |
| Sub-total | 182,350 | 187,526 | 188,783 | 183,999 | 181,839 |
| Information | 21,917 | 22,608 | 22,675 | 22,639 | 21,342 |
| Finance | 46,850 | 48,633 | 49,767 | 49,094 | 48,125 |
| Professional and business | 101,900 | 103,767 | 106,517 | 108,796 | 108,660 |
| Educational and health | 98,108 | 99,967 | 103,650 | 105,226 | 108,743 |
| Leisure and hospitality | 70,317 | 72,592 | 74,767 | 73,562 | 73,750 |
| Other services | 20,650 | 21,258 | 20,567 | 18,233 | 17,354 |
| Government[3] | 303,408 | 307,825 | 302,492 | 298,108 | 297,666 |
| Total non-farm | 1,033,242 | 1,049,725 | 1,049,242 | 1,034,118 | 1,021,699 |

(1) The figures presented in this table are based on the Payroll Survey prepared by the Bureau of Labor Statistics of the Puerto Rico Department of Labor and Human Resources. There are numerous conceptual and methodological differences between the Household Survey and the Payroll Survey. The Payroll Survey reflects information collected from payroll records of a sample of business establishments, while the Household Survey is based on responses to a series of questions by persons in a sample of households. The Payroll Survey excludes the self-employed and agricultural employment. Totals may not add due to rounding.

(2) Preliminary.

(3) Includes state, local, and federal government employees.

*Source:* Puerto Rico Department of Labor and Human Resources, Current Employment Statistics Survey (Establishment Survey – NAICS Codes)

### Manufacturing

Manufacturing is the largest sector of the Puerto Rico economy in terms of gross domestic product. The Planning Board figures show that in fiscal year 2008 manufacturing generated $38.5 billion, or 41.2%, of gross domestic product. During fiscal year 2008, payroll employment for the manufacturing sector was 104,200, a decrease of 3.4% compared with fiscal year 2007. For the first nine months of fiscal year 2009, the average manufacturing employment was 99,300, a decrease of 5.3% compared to the same period of the prior fiscal year. Most of Puerto Rico's manufacturing output is shipped to the U.S. mainland, which is also the principal

I-22

source of semi-finished manufactured articles on which further manufacturing operations are performed in Puerto Rico. Federal minimum wage laws are applicable in Puerto Rico. For fiscal year 2008, the average hourly manufacturing wage rate in Puerto Rico was approximately 68.5% of the average mainland U.S. rate.

Manufacturing in Puerto Rico is concentrated in two major industries. Pharmaceuticals and other chemical products and machinery and metal products constituted 90% of the total manufacturing production in fiscal year 2008. Although the manufacturing sector is less prone to business cycles than the agricultural sector, that does not guarantee the avoidance of the effects of a general downturn of manufacturing on the rest of the economy. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor. This gradual shift in emphasis is best exemplified by large investments over the last decade in the pharmaceutical and medical-equipment industries in Puerto Rico. One of the factors encouraging the development of the manufacturing sector had been the tax incentives offered by the federal and Puerto Rico governments. Federal legislation enacted in 1996, however, which amended Section 936 of the U.S. Internal Revenue Code of 1986, as amended (the "U.S. Code"), phased out these federal tax incentives during a ten-year period that ended in 2006. This change has had a long-term impact on local manufacturing activity. See "Tax Incentives—Incentives under the U.S. Code" under "The Economy."

The following table sets forth gross domestic product by manufacturing sector for fiscal years 2004 to 2008.

### Commonwealth of Puerto Rico
### Gross Domestic Product by Manufacturing Sector
### (in millions at current prices)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[3] |
| Pharmaceuticals | $19,814 | $20,705 | $21,024 | $21,273 | $21,735 |
| Machinery and metal products: | | | | | |
|     Machinery, except electrical | 3,372 | 3,307 | 3,252 | 3,428 | 3,920 |
|     Electrical machinery | 1,818 | 1,904 | 1,855 | 1,840 | 2,342 |
|     Professional and scientific instruments | 3,540 | 3,698 | 4,166 | 4,293 | 4,705 |
|     Other machinery and metal products | 274 | 282 | 276 | 280 | 300 |
| Food products | 2,202 | 2,312 | 2,875 | 2,970 | 3,065 |
| Other chemical and allied products | 591 | 613 | 663 | 691 | 792 |
| Apparel | 344 | 325 | 253 | 213 | 234 |
| Other[1] | 1,312 | 1,387 | 1,273 | 1,321 | 1,364 |
| Total gross domestic product of manufacturing sector[2] | $33,267 | $34,534 | $35,638 | $36,309 | $38,458 |

(1) Includes petroleum products; petrochemicals; tobacco products; stone, clay and glass products; textiles and others.
(2) Totals may not add due to rounding.
(3) Preliminary.

*Source:* Planning Board

PR-CCD-0005215

The following table presents annual statistics of average manufacturing employment by industry based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Manufacturing Employment by Industry Group\***
**(persons age 16 years and over)**

| Industry group | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008[1] |
| **Durable goods** | | | | | |
| Nonmetallic mineral products manufacturing | 4,708 | 4,467 | 4,100 | 3,823 | 3,772 |
| Cement and concrete products manufacturing | 3,850 | 3,750 | 3,533 | 3,300 | 3,389 |
| Fabricated metal products | 6,483 | 6,442 | 5,775 | 5,677 | 5,368 |
| Computer and electronic | 10,575 | 10,667 | 10,808 | 10,101 | 8,612 |
| Electrical equipment | 7,750 | 7,650 | 6,842 | 6,619 | 6,659 |
| Electrical equipment manufacturing | 4,933 | 4,975 | 4,700 | 4,517 | 4,383 |
| Miscellaneous manufacturing | 11,100 | 11,158 | 11,258 | 12,299 | 11,978 |
| Medical equipment and supplies manufacturing | 11,067 | 10,467 | 10,533 | 11,574 | 11,341 |
| Other durable goods manufacturing | 8,192 | 7,683 | 7,567 | 6,908 | 6,796 |
| Total – durable goods | 48,808 | 48,067 | 46,350 | 45,427 | 43,185 |
| | | | | | |
| **Non-durable goods** | | | | | |
| Food manufacturing | 13,242 | 13,050 | 12,650 | 12,194 | 11,630 |
| Beverage and tobacco products manufacturing | 3,042 | 3,175 | 3,392 | 3,251 | 3,270 |
| Apparel manufacturing | 8,533 | 8,875 | 8,258 | 7,717 | 9,637 |
| Cut and sew apparel manufacturing | 8,533 | 8,850 | 8,017 | 7,078 | 8,610 |
| Chemical manufacturing | 32,367 | 32,883 | 32,317 | 30,463 | 28,061 |
| Pharmaceutical and medicine manufacturing | 28,158 | 28,567 | 28,017 | 26,123 | 24,204 |
| Plastics and rubber products | 3,217 | 2,750 | 2,325 | 2,192 | 1,986 |
| Plastics product manufacturing | 2,917 | 2,258 | 2,133 | 2,032 | 1,839 |
| Other non-durable goods manufacturing | 9,232 | 8,517 | 7,291 | 6,630 | 6,429 |
| Total – non-durable goods | 69,633 | 69,250 | 66,233 | 62,447 | 61,013 |
| | | | | | |
| Total manufacturing employment | 118,442 | 117,317 | 112,583 | 107,874 | 104,198 |

\* Totals may not add due to rounding.
(1) Preliminary.

*Source*: Department of Labor and Human Resources, Current Employment Statistic Survey (Establishment Survey – NAICS Codes)

Total employment in the manufacturing sector decreased by 14,200 from fiscal year 2004 to fiscal year 2008. Manufacturing employment had been declining during the past decade, but the decline accelerated during fiscal years 2002 and 2003, falling 10.6% and 4.8%, respectively.

I-24

PR-CCD-0005216

Thereafter, manufacturing employment seemed to stabilize around 118,000 jobs, but the acceleration in job losses reappeared in fiscal year 2006 with the sector experiencing another significant drop of 4.0%. For fiscal years 2007 and 2008, manufacturing employment decreased by 4.2% and 3.4%, respectively. For the first nine months of fiscal year 2009, the sector lost an average of 5,600 jobs, or 5.3% compared to the same period of the previous year. In summary, the manufacturing sector lost nearly 17,000 jobs from calendar year 2005 to 2008, and, according to the trend observed for the first months of 2009, it is likely that it will lose more than 5,000 additional jobs in calendar year 2009. Given that this sector used to pay the highest wages, on average, in Puerto Rico, its general downturn has represented a major difficulty for restoring growth for the whole economy. There are several reasons that explain this sector's job shrinkage: the end of the phase-out of Section 936 of the U.S. Code, the net loss of patents on certain pharmaceutical products, the escalation of manufacturing production costs (particularly labor and electricity), the increased use of job outsourcing, and, currently, the effects of the global economic decline. Puerto Rico's manufacturing sector is facing increased international competition, and new ideas and initiatives are needed to improve it.

*Service Sector*

Puerto Rico has experienced significant growth in the service sector, which, for purposes of the data set forth below, includes finance, insurance, real estate, wholesale and retail trade, and other services. This sector has expanded in terms of both income and employment over the past decade, following the general trend of other industrialized economies, but with differences on the magnitudes of those changes. During the period between fiscal years 2004 and 2008, the gross domestic product in this sector, in nominal terms, increased at an average annual rate of 5.0%, while payroll employment in this sector increased at an average annual rate of 0.8%. In the Puerto Rico labor market, self-employment, which is not accounted for in the Payroll Survey, represents approximately 15% of total employment according to the Household Survey. Most of the self-employment is concentrated in the service and construction sectors. The development of the service sector has been positively affected by demand generated by other sectors of the economy, such as manufacturing and construction.

The high degree of knowledge, skills, and expertise in professional and technical services available in Puerto Rico places the island in a favorable competitive position with respect to Latin America and other trading countries throughout the world.

The service sector ranks second to manufacturing in its contribution to gross domestic product, and it is the sector with the greatest employment. In fiscal year 2008, the service sector generated $37.1 billion of gross domestic product, or 40% of the total. Service-sector employment grew from 542,092 in fiscal year 2004 to 559,811 in fiscal year 2008 (representing 54.8% of total, non-farm, payroll employment). This represents a cumulative increase of 3.3% during such period. For the first nine months of fiscal year 2009, the average service-sector employment was 546,108, a decrease of 2.6% compared to the same period of the prior fiscal year. Wholesale and retail trade, finance, insurance, and real estate experienced growth in fiscal years 2004 to 2008, as measured by gross domestic product at current prices. From fiscal year 2004 to 2008, gross domestic product increased in the trade sector from $9.8 billion to $11.8 billion, and in finance, insurance, and real estate from $13.0 billion to $16.4 billion.

PR-CCD-0005217

Puerto Rico has a developed banking and financial system. As of December 31, 2008, there were thirteen commercial banks operating in Puerto Rico. Commercial banks in Puerto Rico are generally regulated by the Federal Deposit Insurance Corporation (the "FDIC") or the Board of Governors of the Federal Reserve System and by the Office of the Commissioner of Financial Institutions of Puerto Rico (the "OCFI"). The OCFI reports that total assets of these institutions (excluding assets of units operating as international banking entities) as of December 31, 2008 were $87.5 billion, as compared to $87.9 billion as of December 31, 2007.

Broker-dealers in Puerto Rico are regulated by the Financial Industry Regulatory Authority and the OCFI and are mainly dedicated to serve investors that are residents of Puerto Rico. According to the OCFI, assets under management of broker-dealers in Puerto Rico totaled $26.5 billion as of December 31, 2008, down from $27.9 billion on December 31, 2007. Another relevant component of the financial sector in Puerto Rico is the mutual-fund industry. Local mutual funds are organized as investment companies and recorded assets under management of $13.9 billion as of December 31, 2008, down slightly from $14.1 billion as of December 31, 2007 according to the OCFI. Most of the assets under management of local mutual funds are reflected in the amount of assets under management of broker-dealers stated above.

Other components of the financial sector in Puerto Rico include international banking entities ("IBEs") and credit unions (locally known as *cooperativas*). IBEs are licensed financial businesses that conduct offshore banking transactions. As of December 31, 2008, there were 33 international banking entities (including units of commercial banks) operating in Puerto Rico licensed to conduct offshore banking transactions, with total assets of $63.8 billion, a decrease from $75.8 billion in total assets as of December 31, 2007. Meanwhile, credit unions, which tend to emphasize basic consumer financial services, reached $6.7 billion in assets as of December 31, 2008, a slight increase from $6.5 billion as of December 31, 2007.

In addition, there are specialized players in the local financial industry that include mortgage-origination companies and auto and personal finance companies.

The following tables set forth gross domestic product and employment for the service sector for fiscal years 2004 to 2008.

PR-CCD-0005218

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Service Sector***
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
| Wholesale and retail trade | $ 9,802 | $10,217 | $10,675 | $11,110 | $11,811 |
| Finance, insurance, and real estate | 13,029 | 14,267 | 14,833 | 15,927 | 16,391 |
| Other services[2] | 7,646 | 7,965 | 8,277 | 8,572 | 8,867 |
| Total | $30,476 | $32,449 | $33,785 | $35,608 | $37,068 |

* Totals may not add due to rounding.
(1) Preliminary.
(2) Includes tourism.

*Source*:   Planning Board.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Employment by Service Sector***
**(thousands of persons age 16 and over)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
| Wholesale trade | 33,300 | 33,717 | 33,992 | 33,267 | 33,821 |
| Retail trade | 132,008 | 136,192 | 137,358 | 133,744 | 131,178 |
| Transportation, warehouse and utilities | 17,042 | 17,617 | 17,433 | 16,988 | 16,840 |
| Trade, transportation, warehouse, and utilities | 182,350 | 187,525 | 188,783 | 183,998 | 181,838 |
| Information | 21,917 | 22,608 | 22,675 | 22,639 | 21,342 |
| Finance | 46,850 | 48,633 | 49,767 | 49,094 | 48,125 |
| Professional and business | 101,900 | 103,767 | 106,517 | 108,796 | 108,660 |
| Educational and health | 98,108 | 99,967 | 103,650 | 105,226 | 108,743 |
| Leisure and hospitality | 70,317 | 72,592 | 74,767 | 73,562 | 73,750 |
| Other services | 20,650 | 21,258 | 20,567 | 18,233 | 17,354 |
| Total | 542,092 | 556,351 | 566,726 | 561,549 | 559,813 |

* Totals may not add due to rounding.
(1) Preliminary.

*Source:* Department of Labor and Human Resources, Benchmark on Employment, Hours and Earnings

*Hotels and Related Services—Tourism*

During fiscal year 2006, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,922,500, an increase of 3.8% over the number of persons registered during the same period in fiscal year 2005.   The number of non-resident tourists registered in tourist hotels during fiscal year 2006 increased by 3.5% compared to fiscal year 2005.   Tourist hotel rooms available during fiscal year 2006 increased by 3.9% to 10,739 rooms, compared to fiscal year 2005.   The average occupancy rate in tourist hotels during fiscal years 2005 and 2006 was 70.8%.

During fiscal year 2007, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,792,300, a decrease of 6.8% over the number of

I-27

PR-CCD-0005219

persons registered during fiscal year 2006. The average occupancy rate in tourist hotels during fiscal year 2007 was 71.7%, compared to 70.8% in fiscal year 2006. The average number of rooms available in tourist hotels decreased by 6.5% to 10,044 rooms from fiscal year 2006 to fiscal year 2007 as the completion of regular maintenance and rehabilitation of rooms (that normally results in a certain number of rooms being unavailable at any time) took longer to complete than in the past.

For fiscal year 2008, the number of persons registered in tourist hotels was 1,745,000, a further decline of 2.6% over the number of persons registered during fiscal year 2007. The average occupancy rate in tourist hotels during fiscal year 2008 was 70.3%, compared to 71.7% in fiscal year 2007. The average number of rooms available in tourist hotels increased by 2.1% to 10,253 rooms from fiscal year 2007 to fiscal year 2008.

The number of persons registered in tourist hotels during the first six months of fiscal year 2009 was 826,300, a decrease of 0.8% over the number of persons registered during the same period of fiscal year 2008. The average occupancy rate in tourist hotels during the first semester of fiscal year 2009 was 63.7%, compared to 67.5% in the period for fiscal year 2008. During the first six months of fiscal year 2009, the average number of rooms available in tourist hotels increased by 2.7% to 10,220 rooms compared with the same period in fiscal year 2008.

In terms of employment figures, this sector has shown a behavior consistent with the local business cycle, accentuated by the contraction of U.S. economic activity. For the first nine months of fiscal year 2009, employment in hotels and lodging places was reduced by 3.9% to 13,700 jobs.

San Juan is the largest homeport for cruise ships in the Caribbean and one of the largest homeports for cruise ships in the world.

PR-CCD-0005220

The following table presents data relating to visitors to Puerto Rico and tourist expenditures for the five fiscal years ended June 30, 2008.

### Commonwealth of Puerto Rico
### Tourism Data[1]

**Number of Visitors**

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2004 | 1,307,000 | 1,348,200 | 2,234,000 | 4,889,200 |
| 2005 | 1,361,643 | 1,386,925 | 2,324,274 | 5,072,842 |
| 2006 | 1,424,166 | 1,300,115 | 2,297,839 | 5,022,120 |
| 2007 | 1,353,376 | 1,375,433 | 2,333,597 | 5,062,406 |
| 2008[4] | 1,276,989 | 1,496,853 | 2,617,348 | 5,391,190 |

**Total Visitors' Expenditures**
**(in millions)**

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2004 | $ 1,334.1 | $ 154.0 | $ 1,536.0 | $ 3,024.0 |
| 2005 | 1,428.4 | 167.1 | 1,643.1 | 3,238.6 |
| 2006 | 1,537.7 | 160.9 | 1,670.7 | 3,369.3 |
| 2007 | 1,501.6 | 172.2 | 1,740.1 | 3,413.9 |
| 2008[5] | 1,451.2 | 194.3 | 1,998.9 | 3,644.5 |

(1) Only includes information about non-resident tourists registering in tourist hotels. They are counted once even if registered in more than one hotel.
(2) Includes visitors in guesthouses.
(3) Includes cruise ship visitors and transient military personnel.
(4) Includes visitors in homes of relatives, friends, and in hotel apartments.
(5) Preliminary.

*Sources:* Puerto Rico Tourism Company and the Planning Board

The Commonwealth, through the Puerto Rico Convention Center District Authority ("PRCDA"), has completed the development of the largest convention center in the Caribbean, and the centerpiece of a 100-acre, private development, to include hotels, restaurants, office space, and housing. The convention center district is being developed at a total cost of $1.3 billion in a public/private partnership effort to improve Puerto Rico's competitive position in the convention and group-travel segments. The convention center opened on November 17, 2005 and, since its inauguration, the facility has hosted more than 1,000 events accounting for more than 1,000,000 attendees. A 500-room hotel is scheduled to commence operations at the end of 2009.

The PRCDA also owns an 18,500-person capacity multipurpose arena, known as the José Miguel Agrelot Coliseum, located in San Juan, Puerto Rico. The coliseum was inaugurated in 2004 and has hosted more than 2.5 million people enjoying over 400 world-caliber events. The venue has received numerous awards including "Best International Large Venue of the Year" from Pollstar magazine in 2005.

I-29

PR-CCD-0005221

*Government*

The government sector of Puerto Rico plays an important role in the economy. It promoted the transformation of Puerto Rico from an agricultural economy to an industrial one during the second half of the previous century, providing the basic infrastructure and services necessary for the modernization of the Island.

In fiscal year 2008, the government accounted for $8.8 billion, or 9.4%, of Puerto Rico's gross domestic product. The Puerto Rico government is also a significant employer, providing jobs for 282,900 workers (state and local), or 27.7% of total, non-farm, payroll employment in fiscal year 2008. From fiscal year 2005 to fiscal year 2008, Commonwealth and municipal government employment has been reduced by approximately 10,100 positions. Nevertheless, during the first nine months of fiscal year 2009, state and local government employment increased by 1.2% or by 3,300 jobs to 284,400. According to the payroll survey, the distribution of these job increases was 600 jobs in the state government and 2,700 jobs in local government.

On February 25, 1998, legislation was enacted permitting the unionization of employees of the central government, which excludes municipal employees and employees of public corporations. Under this law, government employees are given collective bargaining rights subject to a number of limitations. Among those limitations are: employees are prohibited from striking; salary increases are contingent on the availability of budgeted revenues; employees cannot be required to become union members and pay union dues; and collective bargaining negotiations cannot occur in an election year. Currently, approximately 70,000 employees of the central government are unionized under this law.

As discussed previously, Act 7, enacted on March 9, 2009, establishes, among other things, a temporary freeze of salary increases and other economic benefits included in laws, collective bargaining agreements, and any other agreements. In addition, Act 7 provides that, for a period of two years, collective bargaining agreements that have already expired or that expire while the law is in effect and that relate to public employees may not be renegotiated or renewed. See "Fiscal and Economic Reconstruction—Expense Reduction Measures." Certain individuals and labor organizations have challenged in court the validity of certain provisions of Act 7. See "Litigation."

*Transportation*

Thirty-four shipping lines offer regular ocean freight service to eighty United States and foreign ports. San Juan is the island's leading seaport, but there are also seaport facilities at other locations in Puerto Rico including Arecibo, Culebra, Fajardo, Guayama, Guayanilla, Mayagüez, Ponce, Vieques, and Yabucoa.

In general, Puerto Rico's airport facilities are located in Carolina, San Juan, Ponce, Mayaguez, Aguadilla, Fajardo, Arecibo, Ceiba, Vieques, Culebra, and Humacao.

Luis Muñoz Marín International Airport in the San Juan metropolitan area is currently served by 24 domestic and international airlines. The airport receives over 10 million passengers per year, making it the busiest airport in the Caribbean. At present, there is daily direct service between San Juan and Atlanta, Baltimore, Boston, Chicago, Dallas, Miami, New York, Orlando,

I-30

PR-CCD-0005222

Philadelphia, and numerous other destinations within the U.S. mainland. San Juan has also become a hub for intra-Caribbean service for a major airline. While the main hubs in the U.S. mainland serve as the gateway from San Juan to most international destinations, Latin American destinations are also served through Panama City, Panama, with connections to Central and South America, while European cities are also served through Madrid, Spain.

Regarding other airports, Rafael Hernandez Airport in Aguadilla has regularly scheduled service to and from Fort Lauderdale, New York, Newark and Orlando; and Ponce's Mercedita Airport has regularly scheduled service to and from New York and Orlando. Both of these airports also have scheduled service to other Caribbean islands. Smaller regional airports serve intra-island traffic. Cargo operations are served by both Federal Express and United Parcel Service (UPS) at the airports in San Juan and Aguadilla.

The island's major cities are connected by a modern highway system, which, as of December 31, 2008, totaled approximately 4,625 miles and 11,774 miles of local streets and adjacent roads. The highway system comprises 425 miles of primary system highways, which are the more important interregional traffic routes and include PR-52, PR-22, PR-53, PR-5, PR-66, and PR-20 toll highways, 252 miles of primary urban system highways, 959 miles of secondary system highways serving the needs of intra-regional traffic, and 3,051 miles of tertiary highways and roads serving local, intra-regional traffic.

The first phase of a new mass transit system, known as Tren Urbano, has been completed. Tren Urbano serves a portion of metropolitan San Juan and is expected eventually to serve the municipalities of Carolina and Caguas as well. It currently has ridership of about 35,000 per day.

The Port of the Americas is a deep draft port on the south coast of Puerto Rico that is under development by the Port of the Americas Authority. The Port of the Americas is expected to be used for broad operations such as domestic cargo, bulk, and liquid shipments for Puerto Rico, as well as transshipments. The first phase of the development was completed in 2004, and the second phase is substantially complete. A third development phase is currently underway, which is to result in a processing capacity of 500,000 Twenty-Foot Equivalent Units per year. See "Other Public Corporations—Port of the Americas Authority" under "Public Corporations."

*Construction*

Although the construction industry represents a relatively small segment of the economy compared to other sectors, it has made significant contributions to the growth of economic activity due to its multiplier effect on the whole economy. During the period from fiscal year 2001 through fiscal year 2008, however, real construction investment has decreased at an average annual rate of 5.4%. During the same time period, the total value of construction permits, in current dollars, increased at an average annual rate of 0.3%, but, adjusting the value of construction permits by the construction investment price deflator, the total value of permits, in constant dollars, declined at an average annual rate of 2.3%.

Public investment has been an important component of construction investment. During fiscal year 2008, approximately 50.2% of the total investment in construction was related to

I-31

public projects. The total value of construction permits increased 12.9% in fiscal year 2008 as compared to fiscal year 2007, but total sales of cement decreased by 10.7%, the largest decline during the last decade. Average payroll employment in the construction sector during fiscal year 2008 was 60,000, a reduction of 9.9% from fiscal year 2007.

Total construction investment for fiscal year 2008 decreased in real terms by 8.8%, following a 7.6% real decline in fiscal year 2007, due principally to the drop in construction-related public projects. The Planning Board has estimated a construction investment decrease of 11.5% in real terms during fiscal year 2009. Public investment in construction has been negatively affected by the Commonwealth's fiscal difficulties and the decline in construction investment is highly related to these difficulties. While the Planning Board had originally projected a further construction investment decrease of 10.5% in real terms for fiscal year 2010, it announced on April 29, 2009 that the expected positive impact of the Federal Stimulus and the Local Stimulus had led it to reduce its projected decrease in construction investment to 5.6% in real terms. Public investment will be primarily in housing, new schools (and school reconstruction programs), water projects, and other public infrastructure projects.

During the first four months of fiscal year 2009, the number of construction permits decreased 4.8%, while the total value of construction permits dropped 12.9% compared to the same period in fiscal year 2008. For the first nine months of fiscal year 2009, cement sales have declined by 23.0%, reaching levels not seen in more than a decade.

*Agriculture*

The Department of Agriculture and related agencies have directed their efforts at increasing and improving local agricultural production, increasing efficiency and the quality of produce, and stimulating the consumption of locally produced agricultural products. It should be noted, however, that agriculture production represents less than 1% of Puerto Rico's gross domestic product. During fiscal year 2008, gross income from agriculture was $792 million, an increase of 1.2% compared with fiscal year 2007. The largest contributors to gross income in agriculture during fiscal year 2008 were livestock products (48% of the sector's gross income) and starchy vegetables (13%).

The Commonwealth supports agricultural activities through incentives, subsidies, and technical and support services, in addition to income tax exemptions for qualified income derived by bona fide farmers. Act No. 225 of 1995 ("Act 225") provides a 90% income tax exemption for income derived from agricultural operations, grants for investments in qualified agricultural projects, and a 100% exemption from excise taxes, real and personal property taxes, municipal license taxes and tariff payments. It also provides full income tax exemption for interest income from bonds, notes and other debt instruments issued by financial institutions to provide financing to agricultural businesses.

Policy changes have been implemented to promote employment and income generated by the agricultural sector. The policy initiatives include a restructuring of the Department of Agriculture, an increase in government purchases of local agricultural products, new programs geared towards increasing the production and sales of agricultural products, and a new system of agricultural credits and subsidies for new projects.

PR-CCD-0005224

**Higher Education**

During the five decades from 1950 to 2000, Puerto Rico made significant advances in the field of education, particularly at the college and graduate-school level. The transformation of Puerto Rico during the 1950s and 1960s from an agricultural economy to an industrial economy brought about an increased demand for educational services at all levels. During the 1970s and 1980s, certain higher-wage, higher-technology industries became more prominent in Puerto Rico. More recently, employment in the service sector has increased significantly. This has resulted in an increased demand for workers having a higher level of education and greater expertise in various technical fields. During the same time period, enrollments in institutions of higher learning rose very rapidly due to growth in the college-age population, and the increasing percentage of college attendance by such population. During the 1990s and into the current decade, college attendance and college attendance as a percentage of the college-age population continued to increase, although the college-age population has declined since 2000.

The following table presents comparative trend data for Puerto Rico and the United States mainland with respect to college-age population and the percentage of such population attending institutions of higher learning.

### Commonwealth of Puerto Rico
### Trend in College Enrollment

| | Commonwealth of Puerto Rico | | | United States Mainland | | |
|---|---|---|---|---|---|---|
| Academic Year | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] |
| 1970 | 341,448[2] | 57,340 | 16.8% | 23,714,000[2] | 8,580,887 | 36.2% |
| 1980 | 397,839[2] | 130,105 | 32.7% | 30,022,000[2] | 12,096,895 | 40.3% |
| 1990 | 417,636[2] | 156,147 | 37.4% | 26,961,000[2] | 13,621,000 | 50.5% |
| 2000 | 428,892[3] | 176,015 | 41.0% | 27,143,455[2] | 15,313,000 | 56.4% |
| 2001 | 426,194[3] | 185,015 | 43.4% | 27,971,000[3] | 15,928,000 | 56.9% |
| 2002 | 423,852[3] | 190,776 | 45.0% | 28,463,000[3] | 16,612,000 | 58.4% |
| 2003 | 420,295[3] | 199,842 | 47.5% | 28,947,000[3] | 16,900,000 | 58.4% |
| 2004 | 416,020[3] | 207,074 | 49.8% | 29,245,000[3] | 17,272,000 | 59.1% |
| 2005 | 411,580[3] | 208,032 | 50.5% | 29,307,000[3] | 17,428,000 | 59.5% |
| 2006 | 407,134[3] | 209,547 | 51.5% | 29,312,950[3] | 17,672,000 | 60.3% |
| 2007 | 396,057[3] | 225,402 | 56.9% | 29,492,415[3] | 17,959,000 | 60.9% |

(1) Number of persons of all ages enrolled in institutions of higher education as percent of population 18-24 years of age.
(2) Based on census population as of April 1 of the stated year.
(3) Estimated population (reference date July 1 of the stated year).

*Sources*: United States Census Bureau (U.S. Mainland Population), United States National Center for Education Statistics, Planning Board (Puerto Rico Population) and Council on Higher Education of Puerto Rico

The University of Puerto Rico, the only public university in Puerto Rico, has eleven campuses located throughout the island. The University's total enrollment for academic year 2007-2008 was approximately 63,205 students. The Commonwealth is legally bound to appropriate annually for the University of Puerto Rico an amount equal to 9.60% of the average

PR-CCD-0005225

annual revenue from internal sources for each of the two fiscal years immediately preceding the current fiscal year.

In addition to the University of Puerto Rico, there are 40 public and private institutions of higher education located in Puerto Rico. Such institutions had an enrollment during academic year 2007-2008 of approximately 164,341 students and provide programs of study in liberal arts, education, business, natural sciences, technology, secretarial and computer sciences, nursing, medicine, and law. Degrees are offered by these institutions at the associate, bachelor, master, and doctoral levels.

Enrollment at other postsecondary education programs, including technical and vocational programs, amounted to an additional 36,781 students at approximately 76 institutions. This figure represents enrollment at federal Title IV-eligible, non-degree granting institutions reporting data to the National Center for Education Statistics (Integrated Postsecondary Education Data System).

Institutions providing education in Puerto Rico must satisfy state licensing requirements to operate. Also, the vast majority of educational institutions are accredited by U.S. Department of Education-recognized accrediting entities.

**Tax Incentives**

One factor that has promoted and continues to promote the development of the manufacturing and service sector in Puerto Rico is the various local and federal tax incentives available, particularly those under Puerto Rico's Industrial Incentives Program and, until recently, Sections 30A and 936 of the U.S. Code. Tax and other incentives have also been established to promote the development of the tourism industry. These incentives are summarized below.

*Industrial Incentives Program*

Since 1948, Puerto Rico has had various incentives laws designed to promote investment and job creation. Under these laws, companies engaged in manufacturing and certain other designated activities were eligible to receive full or partial exemption from income, property, and other local taxes. The most recent of these incentives laws is the Economic Incentives Act.

The benefits provided by the Economic Incentives Act are available to new companies as well as companies currently conducting tax-exempt operations in Puerto Rico that choose to renegotiate their existing tax exemption grant, expand current operations or commence operating a new eligible business. The activities eligible for tax exemption under the Economic Incentives Act include manufacturing, certain designated services performed for markets outside Puerto Rico (including the United States), the production of energy from local renewable sources for consumption in Puerto Rico and laboratories for research and development. The Economic Incentives Act expands the definition of manufacturing activity from that included in Act No. 135 of December 2, 1997, as amended (the "1998 Tax Incentives Act"), to include clusters and supply chains. Companies qualifying thereunder can benefit from a simplified income tax system: in most cases, an income tax rate of 4% and a withholding tax rate of 12% on royalty payments. Alternatively, the income tax rate can be 8% and a withholding rate of 2% on royalty

PR-CCD-0005226

payments. Special rates apply to projects located in low and mid-development zones (an income tax reduction of 0.5%), certain local projects (an income tax rate as low as 3%), certain small- and medium-sized businesses (an income tax rate as low as 1%) and pioneering activities (an income tax rate of 1%, but for those using intangible property created or developed in Puerto Rico the income tax rate may be 0%). In addition, as with the 1998 Tax Incentives Act, the Economic Incentives Act grants 90% exemption from property taxes, 100% exemption from municipal license taxes during the first three semesters of operations and at least 60% thereafter, and 100% exemption from excise taxes with respect to the acquisition of raw materials and certain machinery and equipment used in the exempt activities.

The Economic Incentives Act is designed to stimulate employment and productivity, research and development, capital investment, reduction in the cost of energy and increased purchase of local products.

Under the Economic Incentives Act, as with the 1998 Tax Incentives Act, companies can repatriate or distribute their profits free of Puerto Rico dividend taxes. However, Puerto Rico resident individuals, as well as non-resident individuals who are U.S. citizens, must include as income for purposes of computing their potential alternative minimum tax liability dividends derived from companies covered by the Economic Incentives Act and the 1998 Tax Incentives Act. In addition, passive income derived from the investment of eligible funds in Puerto Rico financial institutions, obligations of the Commonwealth, and other designated investments is fully exempt from income and municipal license taxes. Gain from the sale or exchange of shares of an exempted business by its shareholders during the exemption period that is otherwise subject to Puerto Rico income tax would be subject to a special Puerto Rico income tax rate of 4%.

The Economic Incentives Act, like the 1998 Tax Incentives Act, also provides investors that acquire an exempted business that is in the process of closing its operations in Puerto Rico a 50% credit in connection with the cash purchase of such corporation's stocks or assets.

*Tourism Incentives Program*

For many years, Puerto Rico has enacted incentives laws designed to stimulate investment in hotel operations on the island. The Tourism Incentives Act of 1993 (the "Tourism Incentives Act") provides partial exemptions from income, property, and municipal license taxes for a period of up to ten years. The Tourism Incentives Act also provides certain tax credits for qualifying investments in tourism activities, including hotel and condo-hotel development projects. Other legislation enacted in 2001 and 2002 provides further tourism incentives by granting certain tax exemptions on interest income received from permanent or interim financing of tourism development projects and fees derived from credit enhancements provided to the financing of such projects. See "Government Development Bank for Puerto Rico—Tourism Development Fund" under "Public Corporations."

As part of the incentives to promote the tourism industry, in 1993 the Commonwealth established the Tourism Development Fund as a subsidiary of GDB with the authority to (i) make investments in or provide financing to entities that contribute to the development of the tourism industry and (ii) provide financial guarantees and direct loans for financing hotel

I-35

development projects. To date, the Fund has provided direct loans and financial guarantees for loans made or bonds issued to finance the development of eighteen hotel projects representing over 4,700 new hotel rooms.

*Incentives under the U.S. Code*

United States corporations operating in Puerto Rico have been subject to special tax provisions since the Revenue Act of 1921. Prior to enactment of the Tax Reform Act of 1976, under Section 931 of the U.S. Code, United States corporations operating in Puerto Rico (and meeting current source of income tests) were taxed only on income arising from sources within the United States.

The Tax Reform Act of 1976 created Section 936 of the U.S. Code, which revised the tax treatment of United States corporations operating in Puerto Rico by taxing such corporations on their worldwide income in a manner similar to that applicable to any other United States corporation but providing such corporations a full credit for the federal tax on their business and qualified investment income from Puerto Rico. The credit provided an effective 100% federal tax exemption for operating and qualifying investment income from Puerto Rico sources.

As a result of amendments to Section 936 of the U.S. Code made in 1996, its income tax credit based on operating and certain investment income was phased out over a ten-year period for companies that were operating in Puerto Rico in 1995, and is no longer available.

*Controlled Foreign Corporations*

Because of the modification and phase-out of the federal tax incentives under Section 936 of the U.S. Code, many corporations previously operating thereunder reorganized their operations in Puerto Rico to become controlled foreign corporations ("CFCs"). A CFC is a corporation that is organized outside the United States (including, for these purposes, in Puerto Rico) and is controlled by United States shareholders. In general, a CFC may defer the payment of federal income taxes on its trade or business income until such income is repatriated to the United States in the form of dividends or through investments in certain United States properties. The Puerto Rico Office of Industrial Tax Exemption has received notification from numerous corporations that have converted part or all of their operations to CFCs. These include most of the major pharmaceutical, instrument and electronics manufacturing companies in Puerto Rico.

CFCs operate under transfer pricing rules for intangible income that are different from those applicable to United States corporations operating under Section 936 of the U.S. Code ("Section 936 Corporations"). In many cases, they are allowed to attribute a larger share of this income to their Puerto Rico operation but must make a royalty payment "commensurate with income" to their U.S. affiliates. Section 936 Corporations were exempted from Puerto Rico withholding taxes on any cost-sharing payments they might have opted to make, but CFCs are subject to a 15% Puerto Rico withholding tax on royalty payments.

For taxable years beginning after December 31, 2005 and before January 1, 2010, the special deduction granted under Section 199 of the U.S. Code against income derived from domestic production activities is extended to taxpayers operating in Puerto Rico that are subject

I-36

PR-CCD-0005228

to U.S. federal income taxation at gradual rates, such as branches of U.S. companies operating in Puerto Rico.

In May 2009, the U.S. Department of the Treasury announced proposed changes to the U.S. Code that include, among others, changes to remove incentives for shifting jobs overseas. Several of these initiatives could affect CFCs operating in Puerto Rico. It is not possible at this time to determine the legislative changes that may be made to the U.S. Code, or their effect on the long-term outlook on the economy of Puerto Rico. The administration has commenced evaluating the impact of these proposals and will develop policy responses to the U.S. government to seek to safeguard Puerto Rico's economic reconstruction and development plans.

**DEBT**

**Public Sector Debt**

Public sector debt comprises bonds and notes of the Commonwealth, its municipalities, and public corporations ("notes" as used in this section refers to certain types of non-bonded debt regardless of maturity), subject to the exclusions described below.

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury and motor vehicle fuel taxes and license fees, which are allocated to the Highway and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the Sales Tax (as defined under "Major Sources of General Fund Revenues—Sales and Use Taxes" under "Puerto Rico Taxes, Other Revenues, and Expenditures" below) allocated to COFINA is also not included as internal revenues consistent with the legislation creating the Sales Tax Financing Corporation, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's and S&P, none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with

I-37

proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $948,102,368 in the fiscal year ending June 30, 2016 (based on the assumption that the Public Improvement Refunding Bonds, Series 2004 A, which are variable rate bonds, bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, and the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, a portion of the Public Improvement Refunding Bonds, Series 2003 C, a portion of the Public Improvement Bonds of 2006, Series A, and a portion of the Public Improvement Refunding Bonds, Series 2007A, each of which are also variable rate bonds, bear interest at 12% per annum). This amount ($948,102,368) is equal to 11.59% of $8,178,090,500, which is the average of the adjusted internal revenues for the fiscal years ended June 30, 2007 and June 30, 2008. If bonds refunded with non-eligible investments described in the preceding paragraph were treated as not being outstanding, and the interest on the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, the portion of the Public Improvement Refunding Bonds, Series 2003 C, the portion of the Public Improvement Bonds of 2006, Series A, and the portion of the Public Improvement Refunding Bonds, Series 2007A, was calculated using the effective fixed interest rate payable by the Commonwealth under the interest rate exchange agreements entered into in respect thereof, the percentage referred to in the preceding sentence would be 9.60% and future maximum annual debt service for the Commonwealth's outstanding general obligation debt would be $785,297,901 in the fiscal year ending June 30, 2020. Annual debt service payments on bonds guaranteed by the Commonwealth are not included in the calculation of the 15% debt limitation. In the event any of the public corporations issuers of guaranteed bonds are unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund, and such debt service would be included in the calculation of the 15% debt limitation.

The Commonwealth's policy has been and continues to be to maintain the amount of such debt prudently below the constitutional limitation. Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes and municipal license taxes. Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products. See "Public Corporations." However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case. Debt of the municipalities is issued pursuant to ordinances adopted by the respective municipal legislatures. Debt of public corporations is issued in accordance with their enabling statutes. GDB, as fiscal agent of the Commonwealth and its municipalities and public corporations, must approve the specific terms of each issuance.

The following table presents a summary of public sector debt as of December 31, 2008. This table includes debt not primarily payable from either Commonwealth or municipal taxes, Commonwealth appropriations or rates charged by public corporations for services or products, some of which debt is set forth in footnote 5 below. Excluded from the table is debt the

I-38

inclusion of which would reflect double counting including, but not limited to, $1.26 billion of outstanding bonds (as of December 31, 2008) issued by Municipal Finance Agency to finance its purchase of bonds of Puerto Rico municipalities, and $1.6 billion of obligations of Public Finance Corporation issued to purchase certain Commonwealth public sector debt.

**Commonwealth of Puerto Rico**
**Public Sector Debt***
**(in millions)**

|  | December 31, 2008 |
|---|---|
| Direct full faith and credit obligations[1] | $ 10,894 |
| TRANs line of credit | 612 |
| Sales Tax debt[2] | 7,615 |
| Municipal debt | 2,838 |
| Puerto Rico guaranteed debt[3] | 4,106 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,412 |
| Public corporations and agencies | 22,490 |
| Sub-total | 49,967 |
| Limited obligation/non-recourse debt[5] | 6,489 |
| Total public sector debt | $ 56,455 |

---

\* Totals may not add due to rounding.

(1) Includes general obligation bonds and tax and revenue anticipation notes ("TRANs").

(2) Includes Public Finance Corporation and Sales Tax Financing Corporation bonds.

(3) Consists of $597.1 million of bonds issued by Aqueduct and Sewer Authority, $304.9 million of State Revolving Fund Loans incurred under various federal water laws, $154.8 million of bonds issued by Port of the Americas Authority and $3.049 billion of Public Buildings Authority bonds. Excludes $267 million of GDB bonds payable from available moneys of GDB.

(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.

(5) Includes the following: $1.4 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $197 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $152.6 million of Special Facilities Revenue Bonds issued by Highways and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; approximately $83.1 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; and $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds.

*Source*: Government Development Bank for Puerto Rico

No deductions have been made in the table above for deposits on hand in debt service funds and debt service reserve funds. The table above and the amounts shown throughout this section as representing outstanding debt include outstanding capital appreciation bonds at their respective original principal amounts and do not include any accretion thereon.

I-39

**Debt Service Requirements for Commonwealth General Obligation Bonds**

The following table presents the debt service requirements for Commonwealth general obligation bonds outstanding as of December 31, 2008.

The table excludes debt service on $1.08 billion of general obligation bonds refunded with refunding bonds the proceeds of which, pending the redemption of the refunded bonds, were invested in guaranteed investment contracts or other securities not eligible to effect a legal defeasance. Such refunded bonds will be considered to be outstanding under their respective authorizing resolutions and for purposes of calculating the Commonwealth's constitutional debt limitation described above.

In addition, in respect of certain variable rate general obligation bonds, as to which the Commonwealth has entered into interest rate exchange agreements, the interest in the table is calculated by using the respective fixed rates of interest that the Commonwealth is paying under said agreements. In April 2009, approximately $96.8 million of variable rate bonds became subject to an increase in interest rates and accelerated amortization schedule upon the expiration of the liquidity facility with respect to said bonds. The table does not take into account the new debt service requirements with respect to these bonds, which the Commonwealth intends to refinance as fixed rate bonds prior to the next scheduled principal payment in October 2009.

Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

PR-CCD-0005232

**Puerto Rico Debt Service Requirements***
**(In thousands)**

| Fiscal Year Ending June 30 | Outstanding Bonds | | |
|---|---|---|---|
| | Principal | Interest | Debt Service |
| 2009 | 78,650 | 335,317 | 413,967 |
| 2010 | 317,855 | 445,330 | 763,185 |
| 2011 | 332,472 | 428,160 | 760,633 |
| 2012 | 362,335 | 405,044 | 767,379 |
| 2013 | 387,005 | 383,490 | 770,495 |
| 2014 | 374,613 | 383,416 | 758,029 |
| 2015 | 406,765 | 365,339 | 772,104 |
| 2016 | 426,790 | 345,167 | 771,957 |
| 2017 | 373,392 | 324,264 | 697,656 |
| 2018 | 376,110 | 305,598 | 681,708 |
| 2019 | 479,356 | 271,019 | 750,375 |
| 2020 | 546,400 | 238,898 | 785,298 |
| 2021 | 421,540 | 211,446 | 632,986 |
| 2022 | 351,420 | 192,114 | 543,534 |
| 2023 | 321,255 | 176,695 | 497,950 |
| 2024 | 312,875 | 162,996 | 475,871 |
| 2025 | 327,060 | 150,478 | 477,538 |
| 2026 | 332,845 | 135,082 | 467,927 |
| 2027 | 348,020 | 118,224 | 466,244 |
| 2028 | 366,700 | 99,951 | 466,651 |
| 2029 | 339,095 | 83,678 | 422,773 |
| 2030 | 352,120 | 66,630 | 418,750 |
| 2031 | 371,080 | 50,548 | 421,628 |
| 2032 | 208,070 | 33,427 | 241,497 |
| 2033 | 180,325 | 23,214 | 203,539 |
| 2034 | 133,865 | 15,647 | 149,512 |
| 2035 | 69,245 | 9,756 | 79,001 |
| 2036 | 45,095 | 6,083 | 51,178 |
| 2037 | 47,580 | 3,606 | 51,186 |
| 2038 | 16,515 | 991 | 17,506 |
| | $  9,006,447 | $ 5,771,609 | $ 14,778,055 |

---

\* Totals may not add due to rounding. Excludes the debt service on certain economically (but not legally) defeased general obligation bonds and includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

*Sources*: Government Development Bank for Puerto Rico and Department of the Treasury

I-41

PR-CCD-0005233

**Interest Rate Exchange Agreements**

As of December 31, 2008, the Commonwealth was a party to various interest rate exchange agreements or swaps with an aggregate notional amount of $4.3 billion. These interest rate exchange agreements involve nine different counterparties. The purpose of most of the interest rate exchange agreements is to hedge the Commonwealth's variable rate debt exposure and the interest rate risks associated therewith. The interest rate exchange agreements also include basis swap agreements in the notional amount of $1.7 billion, pursuant to which the Commonwealth makes payments on a notional amount based on a specified interest rate index and receives from its counterparties payments on the same notional amount based on a different interest rate index.

Generally, the interest rate exchange agreements may be terminated by the Commonwealth at any time at their then current market values. The agreements may also be terminated upon the occurrence of certain credit events. If a termination occurs due to a credit event, the Commonwealth may be obligated to pay to the applicable swap provider an amount based on the terminating swap's market value, which may be substantial, and vice versa. As of December 31, 2008, the net mark-to-market value of all outstanding interest rate exchange agreements (the aggregate termination amount) was approximately $565 million, which is the total amount the Commonwealth would have to pay to the counterparties should all the agreements be terminated. The mark-to-market value fluctuates with interest rates and other market conditions. The Commonwealth's obligations under the interest rate exchange agreements are secured by the full faith, credit and taxing power of the Commonwealth.

By using derivative financial instruments, the Commonwealth exposes itself to credit risk (based on the counterparty's ability to perform under the terms of the agreement), market risk (based on the changes in the value of the instrument resulting from changes in interest rates) and basis risk (based on changes to the relationship between different indexes used in connection with a derivative). GDB, as fiscal agent, regularly monitors and attempts to minimize these risks.

In addition, under various interest rate exchange agreements, the Commonwealth is required to deliver collateral to the counterparties to guarantee its performance under the agreements. Because of the ongoing credit market crisis, as of December 31, 2008, the Commonwealth has delivered approximately $241.4 million in collateral to its counterparties on certain interest rate exchange agreements entered into in June 2006, and the collateral posting obligation contained in such agreements may require further deliveries by the Commonwealth. The Commonwealth satisfied these collateral posting obligations from the issuance of approximately $1 billion in Tax Anticipation Bonds, Series 2008A purchased by GDB during the fourth quarter of 2008.

During fiscal year 2008, the Commonwealth terminated approximately $150 million in notional amount of interest rate exchange agreements at a loss of $8.6 million. On April, 2009, and as part of GDB's efforts to minimize the Commonwealth's exposure to interest risk, the Commonwealth terminated approximately $568 million in notional amount of interest rate exchange agreements at a gain of $12.1 million. GDB continues to actively manage the Commonwealth's exposure to interest rate risks.

I-42

PR-CCD-0005234

**Variable Rate Bonds and Mandatory Tender Bonds**

As of December 31, 2008, the Commonwealth had approximately $1.6 billion of outstanding variable rate general obligation bonds, which consist of approximately $1.4 billion of variable rate demand bonds ("VRDO Bonds) and approximately $126.7 million of bonds bearing interest at a rate that changes periodically based on changes in the United States consumer price index ("CPI Bonds"). The Commonwealth has hedged its variable rate debt exposure by entering into interest rate exchange agreements with certain swap providers with respect to all VRDO Bonds and CPI Bonds. Pursuant to these agreements, the Commonwealth receives a variable rate payment expected to approximate the costs of the variable rate bonds, and pays a fixed rate. See "Interest Rate Exchange Agreements."

The VRDO Bonds bear a floating interest rate adjusted at specified intervals (such as daily or weekly) and provide investors the option to tender or put the bonds at par. The tendered bonds are then resold by a remarketing agent in the secondary market to other investors. Most of the VRDO Bonds are secured by letters of credit or other liquidity or credit facilities ("credit/liquidity facilities") that provide for the payment of the purchase price payable upon the tender of the bonds. The credit/liquidity facilities expire prior to the final maturity of the bonds. If upon the expiration or termination of any credit/liquidity facility with respect to a series of VRDO Bonds, the Commonwealth is unable to renew or replace such facility with an alternate credit/liquidity facility, the VRDO Bonds of such series are subject to mandatory tender for purchase by the credit/liquidity facility provider and generally become subject to higher interest rates and accelerated amortization schedules.

In the case of the VRDO Bonds for which the Commonwealth has entered into interest rate exchange agreements, if the Commonwealth cannot renew or replace a credit/liquidity facility upon its expiration and remarket the related series of bonds successfully upon their mandatory tender as variable rate bonds, the Commonwealth may have to terminate the interest rate exchange agreements associated with such series of bonds. Termination of the applicable interest rate exchange agreement may result, depending on then current interest rate levels, in the payment of a termination amount by the Commonwealth to compensate the counterparty for its economic losses. If interest rate levels were then lower than the fixed interest rate swap rate paid by the Commonwealth, the cost of termination to the Commonwealth could be substantial.

In April 2009, the liquidity facility with respect to approximately $96.8 million of VRDO Bonds expired and, due to market conditions, the Commonwealth was not able to renew the liquidity facility. These bonds were therefore purchased by the liquidity provider and became subject to a higher interest rate and an accelerated amortization schedule beginning in October 2009. The Commonwealth expects to refinance these bonds on a fixed rate basis prior to this date.

VRDO Bonds subject to mandatory tender upon expiration of the applicable credit/liquidity facilities and for which there is a related interest rate exchange agreement amount to approximately $100.0 million for fiscal year 2010, $472.9 million for fiscal year 2011 and $769.7 million for fiscal year 2012.

PR-CCD-0005235

As of December 31, 2008, the Commonwealth also had outstanding approximately $279.2 million of general obligation bonds bearing interest at a fixed rate but subject to mandatory tender, payable from the remarketing of the bonds, on July 1, 2012 (the "Mandatory Tender Bonds"). After the mandatory tender date, the Commonwealth may from time to time change the method of determining the interest on the Mandatory Tender Bonds, which may be a fixed or variable rate. The Commonwealth has not provided any liquidity facility for the payment of the purchase price payable upon the mandatory tender, which purchase price is expected to be obtained from the remarketing of the bonds.

With respect to approximately $69.2 million of the Mandatory Tender Bonds, the Commonwealth has entered into forward starting interest rate exchange agreements that assume that the Mandatory Tender Bonds will be remarketed as variable rate bonds after the mandatory tender date of July 1, 2012. If the Commonwealth cannot remarket these bonds as variable rate bonds at that time, the Commonwealth may have to terminate the forward starting interest rate exchange agreements, which may result in the payment of a termination amount by the Commonwealth.

In addition, several of the Commonwealth's public corporations also have outstanding variable rate bonds and bonds subject to mandatory tender.

**Ratings of Commonwealth General Obligation Bonds**

On September 3, 2008, Moody's confirmed its "Baa3" rating on the Commonwealth's general obligation debt, and its stable ratings outlook thereon.

On September 3, 2008, S&P confirmed its "BBB−" rating of the Commonwealth's general obligation and appropriation debt, and its stable outlook thereon.

**Commonwealth Guaranteed Debt**

As of December 31, 2008, $3.05 billion of Commonwealth guaranteed bonds of the Public Buildings Authority were outstanding. Maximum annual debt service on these bonds is $236.2 million in fiscal year 2011, with their final maturity being July 1, 2037. No payments under the Commonwealth guaranty have been required to date for these bonds.

As of December 31, 2008, $267 million of Commonwealth guaranteed bonds of GDB were outstanding. No payments under the Commonwealth guaranty have been required for these bonds.

As of December 31, 2008, GDB held approximately $154.8 million of the Port of the Americas Authority's outstanding bonds, which are guaranteed by the Commonwealth. The Authority is authorized to issue and GDB is authorized to purchase its bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port of the Americas. No payments under the Commonwealth guaranty have been required for these bonds. See "Other Public Corporations—Port of the Americas Authority" under "Public Corporations" below

I-44

As of December 31, 2008, the aggregate outstanding principal amount of obligations of the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed by the Commonwealth was $902.0 million. This amount consisted of $284.7 million in revenue bonds sold to the public, $312.4 million in bonds issued to the United States Department of Agriculture, Rural Development, and $304.9 million of loans by the State Revolving (Clean Water and Safe Drinking Water Act) Funds for the benefit of PRASA. From January 1997 through fiscal year 2005, the Commonwealth made debt service payments under its guaranty. Beginning with the debt service payment due January 1, 2006, the Commonwealth stopped making guarantee payments on these obligations and PRASA resumed making payment on this debt. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed obligations, the Commonwealth would be required once more to make such payments from the General Fund under its guarantee. See "Other Public Corporations—Puerto Rico Aqueduct and Sewer Authority" under "Public Corporations" below.

**Trends of Public Sector Debt**

The following table shows the growth rate of short-term and long-term public sector debt and the growth rate of gross national product (in current dollars) for the five fiscal years ended June 30, 2008 and for the first six months of fiscal year 2009. As of December 31, 2008, outstanding short-term debt, relative to total debt, was 12.6%.

## Commonwealth of Puerto Rico
## Public Sector Debt and Gross National Product
### (dollars in millions)*

| June 30, | Public Sector | | | | | Gross National Product[1] | |
|---|---|---|---|---|---|---|---|
| | Long Term[2] | Short Term[3] | Short Term as % of Total | Total | Rate of Increase | Amount | Rate of Increase |
| 2004 | $31,767 | $2,175[4] | 6.4% | $33,942 | 14.3% | $50,709 | 6.8% |
| 2005 | 34,789 | 1,914[4] | 5.2 | 36,703 | 8.1 | 53,752 | 6.0 |
| 2006 | 37,313 | 2,620[4][5] | 6.6 | 39,933 | 8.8 | 56,732 | 5.5 |
| 2007 | 39,492 | 3,326 | 7.8 | 42,818 | 7.2 | 58,563 | 3.2 |
| 2008 | 43,413 | 3,269 | 7.0 | 46,682 | 9.0 | 60,787 | 3.8 |
| December 31, 2008 | 43,675 | 6,292 | 12.6 | 49,967 | 7.0 | - | - |

* Totals may not add due to rounding.
(1) In current dollars.
(2) Does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico—Public Sector Debt," which would have been issued and outstanding at the time, all of which would be considered long-term debt.
(3) Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(4) Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(5) Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source*: Government Development Bank for Puerto Rico

The following table shows the trend of public sector debt by major category for the five fiscal years ended June 30, 2008 and for the first six months of fiscal year 2009.

I-45

PR-CCD-0005237

## Commonwealth of Puerto Rico
## Public Sector Debt by Major Category
### (dollars in millions)[*]

| June 30, | Commonwealth | | | Municipalities | | | Public Corporation[(1)] | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Long Term | Short Term[(2)] | Total | Long Term | Short Term[(2)] | Total | Long Term | Short Term[(2)] | Total | Long Term | Short Term[(2)] | Total |
| 2004 | $7,758 | $761[(3)] | $8,519 | $1,820 | $226 | $2,046 | $22,190 | $1,187 | $23,377 | $31,767 | $2,175 | $33,942 |
| 2005 | 8,761 | 257[(3)] | 9,018 | 1,927 | 254 | 2,181 | 24,101 | 1,403 | 25,504 | 34,789 | 1,914 | 36,703 |
| 2006 | 9,841 | 552[(3)(4)] | 10,393 | 2,037 | 293 | 2,330 | 25,435 | 1,775 | 27,210 | 37,313 | 2,620 | 39,933 |
| 2007 | 10,335 | 224 | 10,559 | 2,164 | 299 | 2,463 | 26,993 | 2,803 | 29,796 | 39,492 | 3,326 | 42,818 |
| 2008 | 9,273 | 519 | 9,792 | 2,507 | 313 | 2,820 | 31,633 | 2,437 | 34,070 | 43,413 | 3,269 | 46,682 |
| December 31, 2008 | 9,525 | 2,809 | 12,334 | 2,550 | 288 | 2,838 | 31,599 | 3,195 | 34,794 | 43,675 | 6,292 | 49,967 |

[*] Totals may not add due to rounding.

(1) Includes Commonwealth guaranteed debt; does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico—Public Sector Debt."

(2) Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.

(3) Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.

(4) Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source*: Government Development Bank for Puerto Rico

## PUBLIC CORPORATIONS

In Puerto Rico, many governmental and quasi-governmental functions are performed by public corporations created by the Legislative Assembly with varying degrees of independence from the central government to perform generally a single function or a limited number of related functions. Most public corporations obtain revenues from rates charged for services or products, but many are subsidized to some extent by the central government. Most public corporations are governed by boards whose members are appointed by the Governor with the advice and consent of the Senate, but some public corporations are attached to departments of the central government. Capital improvements of most of the larger public corporations are financed by revenue bonds issued under trust agreements or bond resolutions, or by notes issued under loan agreements. The following table presents the outstanding bonds and notes of certain of the public corporations as of December 31, 2008 ("notes" as used in this section refers primarily to certain types of non-bonded debt regardless of maturity). Debt of certain other public corporations is excluded from this table because such debt is payable primarily from funds or grants provided by the federal government, is payable from sources other than Commonwealth appropriations or taxes or revenues of public corporations, or is payable from revenues derived from private sector services or products, such as industrial development bonds. Also excluded from this table is debt of certain public corporations the inclusion of which would reflect double counting. No deductions have been made in the table for debt service funds and debt service reserve funds. More detailed information about the major public corporations is presented in the following sections.

I-46

PR-CCD-0005238

## Commonwealth of Puerto Rico
## Outstanding Debt of Public Corporations
## December 31, 2008
## (in thousands)

| | Bonds | | | Notes | | | Total Bonds and Notes | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | With Guaranty | Without Guaranty | Total | With Guaranty | Without Guaranty | Total | With Guaranty | Without Guaranty | Total |
| Aqueduct and Sewer Authority | $ 597,142 | $ 1,338,650 | $1,935,792 | $304,881 | $586,288 | $891,169 | $ 902,023 | $ 1,924,938 | $ 2,826,961 |
| Convention Center District Authority | - | 461,800 | 461,800 | - | 150,930 | 150,930 | - | 612,730 | 612,730 |
| Electric Power Authority | - | 6,031,091 | 6,031,091 | - | 1,257,605 | 1,257,605 | - | 7,288,696 | 7,288,696 |
| Highway and Transportation Authority | - | 6,344,134[1] | 6,344,134 | - | 671,096 | 671,096 | - | 7,015,230 | 7,015,230 |
| Housing Finance Authority[2] | - | 541,392 | 541,392 | - | 53,924 | 53,924 | - | 595,316 | 595,316 |
| Industrial Development Company | - | 258,047 | 258,047 | - | 89,075 | 89,075 | - | 347,122 | 347,122 |
| Infrastructure Financing Authority | - | 1,853,083[3] | 1,853,083 | - | 34,000 | 34,000 | - | 1,887,083 | 1,887,083 |
| Port of the Americas Authority | 154,840 | - | 154,840 | - | - | - | 154,840 | - | 154,840 |
| Ports Authority | - | 58,545[4] | 58,545 | - | 645,536 | 645,536 | - | 704,081 | 704,081 |
| Public Buildings Authority | 3,048,799 | - | 3,048,799 | - | 86,182 | 86,182 | 3,048,799 | 86,182 | 3,134,981 |
| Public Finance Corporation | - | 1,635,174[5] | 1,635,174 | - | 101,324 | 101,324 | - | 1,736,498 | 1,736,498 |
| P.R. Sales Taxes Financing Corp. (COFINA) | - | 5,237,749 | 5,237,749 | - | - | - | - | 5,237,749 | 5,237,749 |
| University of Puerto Rico | - | 584,998[6] | 584,998 | - | 34,128 | 34,128 | - | 619,126 | 619,126 |
| Others[7] | - | - | - | - | 2,633,967 | 2,633,967 | - | 2,633,967 | 2,633,967 |
| Total[8] | $3,800,781 | $24,344,663 | $28,145,444 | $304,881 | $6,344,055 | $6,648,936 | $4,105,662 | $30,688,718 | $34,794,380 |

(1) Excludes $153 million of Special Facilities Revenue Bonds issued by the Highway and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge.

(2) Excludes the $197 million of Housing Finance Authority bonds, which are payable solely from Puerto Rico Public Housing Administration's annual allocation of Public Housing Capital Funds from the U.S. Department of Housing and Urban Development.

(3) Excludes $1 billion of outstanding bonds of Infrastructure Financing Authority, which bonds are payable solely from the investment income of funds on deposit in the Infrastructure Development Fund consisting of proceeds from the sale of a controlling interest in Puerto Rico Telephone Company. See "Puerto Rico Infrastructure Financing Authority" under "Other Public Corporations" below.

(4) Excludes $155 million of Special Facilities Bonds issued by the Ports Authority, which bonds are payable solely from the pledge of certain payments made by a private corporation under a special facilities agreement.

(5) Payable primarily from Commonwealth appropriations.

(6) Excludes $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by AFICA, which bonds are payable from rent payments made by the University of Puerto Rico.

(7) Includes lines of credit with GDB.

(8) Includes accretion of interest from the respective issuance dates on capital appreciation bonds. Also excludes $1.4 billion original principal amount of Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2002, which bonds will be repaid from payments made by certain tobacco companies under a master settlement agreement. See "Children's Trust" under "Other Public Corporations" below.

*Source:* Government Development Bank for Puerto Rico

## Government Development Bank for Puerto Rico

The principal functions of GDB are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities and public corporations in connection with the issuance of bonds and notes, to make loans and advances to public corporations and municipalities, and to make loans to private enterprises to aid in the economic development of Puerto Rico.

PR-CCD-0005239

As of December 31, 2008, $1.76 billion of bonds and notes of GDB (excluding its subsidiaries) were outstanding, consisting of $267 million in Commonwealth guaranteed bonds and $1.5 billion of medium term senior notes. Act No. 12 of May 9, 1975, as amended, provides that the payment of principal of and interest on specified notes and other obligations of GDB, not exceeding $550 million, may be guaranteed by the Commonwealth, of which $267 million were outstanding as of December 31, 2008. As of said date, GDB also had $6.1 billion in loans outstanding to the central government of the Commonwealth and its public corporations and municipalities.

Act No. 82 of June 16, 2002 ("Act 82") amended GDB's Charter to authorize GDB to transfer annually to the General Fund, beginning with fiscal year 2001, up to 10% of its audited net income or $10,000,000, whichever is greater. GDB is not required by Act 82 to transfer any funds. GDB made payments to the General Fund of $11.6 million for fiscal year 2003 and $18.4 million for fiscal year 2004. GDB did not make a payment to the General Fund under Act 82 for fiscal years 2005, 2006, 2007 and 2008 and does not expect to make a payment for fiscal year 2009.

Under Act No. 271 of November 21, 2002, GDB made a required special capital contribution to the Special Communities Perpetual Trust (the "Perpetual Trust") of $500 million and provided the Perpetual Trust with a $500 million, non-revolving, line of credit. The amounts transferred to the Perpetual Trust were deposited in two investment accounts held by GDB for the benefit of the Perpetual Trust. As of December 31, 2008, the Perpetual Trust had repaid $123.9 million of its line of credit and had an outstanding balance of $376 million and interest due of $40 million. The line of credit is payable from legislative appropriations.

GDB has several subsidiaries that perform various functions. The principal subsidiaries and their functions are listed below:

*Puerto Rico Housing Finance Authority.* Puerto Rico Housing Finance Authority ("Housing Finance Authority") (formerly known as Housing Finance Corporation) was created to provide needed rental housing units and stimulate the construction industry under federally subsidized programs. Effective February 8, 2002, Housing Finance Corporation became the Housing Finance Authority and the Housing Bank and Finance Agency was dissolved and its powers transferred to the Housing Finance Authority. Housing Finance Authority provides financing for rental housing units, stimulates the construction industry under federally subsidized programs and provides interim financing for low-income housing projects and single-family homeownership programs. It is also engaged in insuring and servicing mortgages originated by the former Housing Bank and Finance Agency. As of December 31, 2008, Housing Finance Authority's total outstanding loans to the private sector for development of housing projects targeted to low and moderate income families were $109.7 million. The Authority's mortgage loans to low and moderate income homeowners represented an additional $117.5 million as of the same date.

Housing Finance Authority has outstanding tax-exempt revenue bonds and notes that were issued to finance the construction of housing units approved for federal rental subsidies and to finance home ownership of single family housing units. Such bonds and notes are generally limited obligations of Housing Finance Authority payable solely from revenues collected from

PR-CCD-0005240

such housing units, with certain exceptions. As of December 31, 2008, $1.118 billion of Housing Finance Authority bonds were outstanding.

As of December 31, 2008, the Housing Finance Authority also had outstanding $527 million of bonds and notes issued to fund certain payments of the Commonwealth under its mortgage subsidy and other programs for low and moderate income families, and to guarantee certain insurance obligations of the former Housing Bank and Finance Agency.

As of December 31, 2008, the Housing Finance Authority had total notes and bonds outstanding of $1.229 billion (including $53.9 million of debt outstanding under GDB lines of credit, $4.8 million in notes payable and $52.4 million owed under repurchase agreements) and total unrestricted net assets of $291.5 million.

*Puerto Rico Tourism Development Fund.* Puerto Rico Tourism Development Fund ("TDF") promotes Puerto Rico's hotel and tourism industry by making available direct loans and guarantees to secure the private financing for new hotel development projects. TDF is also authorized to make capital investments in tourism related projects. As of December 31, 2008, TDF had outstanding direct loans in an aggregate principal amount of $285.1 million and guarantees issued in the outstanding amount of $117.7 million to finance several hotels and tourism-related projects.

TDF has made payments under its guarantees and letters of credit in the aggregate amount of approximately $313.4 million with respect to several projects, including $282 million disbursed to pay in full the bonds issued to finance three projects, which bonds had been declared due and payable at the direction of TDF due to the failure of the applicable borrowers to comply with their obligations under the related reimbursement agreements. Of the total amount disbursed, TDF has been able to recover approximately $199.7 million from the borrowers. After taking these payments and all related recoveries into account, the unrestricted net assets of TDF as of December 31, 2008, were approximately $153.4 million, and its allowances for losses on guarantees, loans, other assets and letters of credit were approximately $37.4 million.

*Government Development Bank for Puerto Rico Capital Fund.* The Government Development Bank for Puerto Rico Capital Fund (the "Capital Fund") invests and trades in debt obligations and publicly traded shares of domestic and foreign corporations separate from GDB's general investment operations. As of December 31, 2008, the Capital Fund had assets of $61.5 million, of which $27.7 million were invested in an equity index fund that invests mainly in growth, value, small cap and international stocks. In addition, $23 million were invested in structured notes.

*Development Fund.* The Puerto Rico Development Fund (the "Development Fund") provides an alternate source of financing to private enterprises in Puerto Rico that have difficulties in obtaining financing from traditional sources. The Development Fund also guarantees obligations of these enterprises and invests in their equity securities. As of December 31, 2008, the Development Fund had an investment of $2.6 million in preferred shares of a private entity. In addition, the Development Fund provided guarantees of $13.1 million, to guarantee 33% of loans under the "Key to Your Business" program of the Economic

I-49

PR-CCD-0005241

Development Bank. As of December 31, 2008, the allowance for losses on guarantees was approximately $962,258.

*Puerto Rico Public Finance Corporation.* Puerto Rico Public Finance Corporation ("PFC") provides agencies and instrumentalities of the Commonwealth with alternate means of meeting their financing requirements. PFC currently holds notes payable by the Commonwealth, the Maritime Shipping Authority, the Office for the Improvement of Public Schools, the Department of Health, and the Aqueduct and Sewer Authority, among others. As of December 31, 2008, it had $1.6 billion aggregate principal amount of bonds outstanding. All such bonds are limited, non-recourse obligations of PFC payable from Commonwealth appropriations made to pay the notes held by PFC. In addition, PFC had $101.3 million of notes outstanding under a line of credit with GDB whose proceeds were used to pay fiscal year 2007 debt service on its bonds due to the failure of the Commonwealth to make the required debt service appropriations on account of its fiscal problems.

*Puerto Rico Sales Tax Financing Corporation.* COFINA is an independent governmental instrumentality of the Commonwealth created by Act 91. COFINA was originally created for the purpose of financing the payment, retirement, or defeasance of certain appropriation-backed debt outstanding as of June 30, 2006, payable to GDB and PFC. As of December 31, 2008, COFINA had approximately $5.2 billion outstanding of its Sales Tax Revenue Bonds (excluding all accretion on capital appreciation bonds).

Recently, the Legislative Assembly of Puerto Rico expanded the purposes for which COFINA was created and, correspondingly, increased its revenues by increasing from 1% to 2.75% (one-half of the tax rate of 5.5%) the portion that is transferred to COFINA of the sales and use tax imposed by the central government. As a result, COFINA was authorized to issue bonds for the following additional purposes: (i) to pay, in whole or in part, the debt of the Secretary of Treasury with GDB in the amount of $1 billion, the proceeds of which were used to cover the budgetary deficit for fiscal year 2009, (ii) to pay, in whole or in part, certain financing granted to the Secretary of the Treasury by GDB payable from future Commonwealth general obligation bonds, and any debt of the Commonwealth outstanding as of December 31, 2008 that did not have a source of repayment or was payable from budgetary appropriations, (iii) to pay, in whole or in part, the accounts payable to suppliers of the Commonwealth, (iv) to pay or finance operational expenses of the Commonwealth for fiscal years 2009, 2010, and 2011, (v) to pay or finance operational expenses of the Commonwealth for fiscal year 2012, which would have to be included in the annual budget of the Government of Puerto Rico, (vi) to fund the Puerto Rico Economic Stimulus Fund, (vii) to fund the Commonwealth Emergency Fund in order to cover expenses resulting from catastrophic events such as hurricanes or floods, and (viii) to generate moneys to fund the Economic Cooperation and Public Employees Alternatives Fund. In March 2009, COFINA borrowed $500 million and $250 million from a local commercial bank and GDB, respectively. These loans, which are subordinate to the outstanding bonds and will be repaid from proceeds of future bonds issues, were used to make payments to the Commonwealth's suppliers of goods and services.

A description of certain other affiliates of GDB is provided in "Other Public Corporations" below.

I-50

**Other Public Corporations**

*Puerto Rico Aqueduct and Sewer Authority.* PRASA owns and operates Puerto Rico's public water supply and sanitary sewer facilities systems.

PRASA reported net operating losses of $103.4 million for fiscal year 2008, compared to net operating income of $31.2 million for fiscal year 2007, and net operating losses of $220.4 million for fiscal year 2006. The total debt of PRASA was $2.8 billion as of December 31, 2008. This debt includes outstanding bonds of $1.9 billion, interim financing for capital improvements of $756.8 million and interim financing for operations of $134.4 million. PRASA's senior debt is rated Baa3, BBB− and BBB− by Moody's, S&P and Fitch Ratings ("Fitch"), respectively.

As part of its efforts to regain fiscal independence, in 2005 PRASA approved the implementation in two phases of a substantial increase of 128% in water and wastewater service rates. The first phase took effect on October 10, 2005 and the second phase took effect on July 1, 2006. In addition, PRASA approved annual rate adjustments of up to 4.5% starting in fiscal year 2010, up to a cumulative increase of 25%. Increases beyond the 4.5% annual adjustment or the 25% limit are subject to public hearings.

The Commonwealth guarantees the principal and interest payments on the outstanding revenue refunding bonds, 2008 Series A and B, any bonds issued on or before June 30, 2010 to the United States Department of Agriculture, Rural Development, and the loans granted on or before June 30, 2010 by the Clean Water and Drinking Water State Revolving Funds for the benefit of PRASA. In the event that PRASA is unable to make all or any portion of the future debt service payments on these guaranteed debts, the Commonwealth will be responsible for covering such payments.

In June 2006, PRASA entered into an agreement to plead guilty to an indictment charging 15 felony counts of violating the federal Clean Water Act through the illegal discharge of pollutants from nine sanitary wastewater treatment plants and five drinking water treatment plants. PRASA and the United States also reached a comprehensive civil settlement to resolve repeated environmental violations of various wastewater treatment plants throughout the Commonwealth. In December 2006, PRASA and the Commonwealth Department of Health executed a settlement agreement superseding 180 administrative orders against, and three prior settlement agreements with, PRASA. Under the terms of this agreement, PRASA agreed to implement short, medium and long-term work plans, as well as interim mitigation and preventative measures, all to bring PRASA's water system into compliance with federal and Commonwealth potable water regulations.

In March 2008 PRASA issued its 2008 Series A and B Senior Lien Bonds and Series A and B Commonwealth Guaranteed Refunding Bonds for a total aggregate amount of $1.62 billion. The Senior Lien Bonds were issued under the provisions of its 2008 Master Agreement of Trust and the Refunding Bonds were issued under the provisions of its 1995 Bond Resolution. The proceeds of the Senior Lien Bonds were used mainly to refinance certain interim debts, to partially cover its capital improvement program and to make a swap agreement termination payment, among other uses. The Refunding Bonds were issued to refund its Series 1995 Commonwealth Guaranteed Bonds.

PR-CCD-0005243

*Children's Trust.* The Children's Trust is a not-for-profit corporate entity created in 1999 as a public instrumentality of the Commonwealth. The Commonwealth has transferred to the Children's Trust all of its rights, title and interest under the tobacco litigation Master Settlement Agreement, including the Commonwealth's right to receive initial, annual and strategic contribution payments to be made by the participating cigarette manufacturers under the Master Settlement Agreement.

Children's Trust issued $1.2 billion Tobacco Settlement Asset-Backed Bonds in October 2002. The bond proceeds were used, among other things, to pay the cost of certain capital expenses of the Commonwealth and certain capital and working capital expenses of PRASA. On June 30, 2005, the Children's Trust issued $108.2 million subordinate Tobacco Settlement Asset-Backed Bonds to pay working capital expenses of the Commonwealth. On May 1, 2008, Children's Trust issued an additional $195.9 million of subordinate Tobacco Settlement Asset-Backed Bonds. As of December 31, 2008, the Children's Trust had outstanding bonds in the principal amount of $1.4 billion. These bonds and any, other additional senior bonds issued by Children's Trust are payable solely from, and secured by a statutory pledge of, the payments made and to be made by the participating cigarette manufacturers under the Master Settlement Agreement. To date, all principal and interest payments required to be made by the Children's Trust on its outstanding bonds have been made on a timely basis from contribution payments made by the participating cigarette manufacturers under the Master Settlement Agreement.

*Puerto Rico Convention Center District Authority.* The Puerto Rico Convention Center District Authority (the "Convention Center District Authority") was created to own, develop, finance, plan, design, build, operate, maintain, administrate and promote a new convention center and designated private parcels located within the Convention Center District in San Juan. The convention center opened on November 17, 2005.

AFICA financed the construction of a multipurpose coliseum in San Juan, known as the José Miguel Agrelot Coliseum, with a line of credit provided by GDB. The Coliseum was transferred to the Convention Center District Authority along with the associated line of credit. As of December 31, 2008, this line of credit with GDB had an outstanding balance of $150.9 million, which is expected to be paid from the proceeds of Commonwealth general obligation bonds. The Convention Center District Authority's debt as of December 31, 2008 was $612.7 million, including $461.8 million in outstanding bonds issued in March 2006 to finance the Convention Center and payable from a portion of a hotel room tax.

*Puerto Rico Electric Power Authority.* The Puerto Rico Electric Power Authority ("PREPA") owns and operates Puerto Rico's electric public system.

PREPA reported net operating income of $181.1 million, $370.9 million and $403.0 million during fiscal years 2008, 2007 and 2006, respectively. The total debt of PREPA was $7.3 billion as of December 31, 2008. This debt includes outstanding bonds of $6.0 billion, interim financing for capitals improvements of $663.1 million and interim financing for operations of $594.5 million. PREPA's debt is rated A3, BBB+ and A− by Moody's, S&P and Fitch, respectively.

PR-CCD-0005244

As a means of reducing its dependency on oil, PREPA has entered into long-term power purchase agreements with private operators of two co-generation plants that use fuels other than oil. Currently, these two co-generation plants provide approximately 30% of PREPA's energy needs.

*Health Insurance Administration.* The Health Insurance Administration was created in 1993 to negotiate and contract for the provision of comprehensive health insurance coverage for qualifying (generally low income) Puerto Rico residents. Under this system, the government selects, through a bidding system, one private health insurance company in each of eight designated regions of the island and pays such insurance company the insurance premium for each eligible beneficiary within such region. The health insurance system covers the entire island, and approximately 1.5 million persons were covered by the system during fiscal year 2008.

In January 2006, the Commonwealth entered into various contracts with several Medicare Advantage Organizations for the provision of health coverage to approximately 200,000 eligible beneficiaries. Pursuant to these agreements, the Commonwealth pays each Medicare Advantage Organization a premium difference to cover services not included in their contracts with the Center for Medicaid and Medicare Services.

The estimated total cost of the health insurance program for fiscal year 2009 is $1.88 billion, compared to $1.67 billion for fiscal year 2008 and $1.59 billion for fiscal year 2007. For fiscal year 2009, the General Fund is expected to cover $1.50 billion of the total cost of the health insurance program. The remaining $379 million will be paid from federal, municipal and other sources. The fiscal year 2010 budget estimates the cost of the health insurance program at $1.86 billion, of which the General Fund is expected to cover $1.0 billion, while the remaining $860 million will be paid from federal, municipal and other sources. The expected decrease in the cost of the health insurance program to the General Fund for fiscal year 2010, as compared to fiscal year 2009, is due to funding expected to be received by the Commonwealth under ARRA for the health sector. See "Budget of the Commonwealth of Puerto Rico."

*Puerto Rico Highways and Transportation Authority.* The Puerto Rico Highways and Transportation Authority ("PRHTA") is responsible for highway construction in Puerto Rico. Such construction is financed by debt (interim notes and revenue bonds), revenues of PRHTA, and federal and Commonwealth grants.

PRHTA reported a net operating loss of $448.7 million for fiscal year 2008, compared to net operating losses of $386.0 million and $56.7 million for fiscal years 2007 and 2006, respectively.

Debt service on PRHTA's revenue bonds constitutes a first lien on its gross revenues, which consist currently of all the proceeds of the tax on gasoline, one-half of the proceeds of the tax on gas oil and diesel oil, all the proceeds of the excise taxes on crude oil, unfinished oil and derivative products, up to $120 million per fiscal year, highway toll revenues and the gross receipts of $15.00 per vehicle per year from certain motor vehicle license fees. Such revenues (except for toll revenues) may be applied first to the payment of debt service on general obligation bonds and notes of the Commonwealth and to payments required to be made by the

I-53

PR-CCD-0005245

Commonwealth under its guarantees of bonds and notes, to the extent that no other revenues are available for such purpose. The Commonwealth has never applied such revenues for such payment.

As of December 31, 2008, PRHTA's total debt was $7.0 billion, including $6.3 billion in outstanding bonds and interim, subordinated financings with a private financial institution and GDB. As of April 30, 2009, the financing with the private financial institution was in the principal amount of $400 million and is due in August 2009, and the financings with GDB were in the aggregate principal amount of $302.1 million and are due in June 2009. PRHTA's Senior Transportation Revenues Bonds are rated Baa3 and BBB by Moody's and S&P, respectively.

PRHTA has a mass transit system, known as Tren Urbano, serving a portion of metropolitan San Juan. It was constructed under several design/build contracts and is being privately operated under a five-year contract with an additional five-year option at PRHTA's election. The cost of the project was $2.25 billion, which cost was financed by federal Transit Administration grants, other federal funding sources and PRHTA's own resources, including revenue bonds. Tren Urbano commenced operations in June 2005.

PRHTA is a party to a concession agreement under which a private company designed, constructed and currently is operating a toll bridge spanning the San José Lagoon. The toll bridge was financed with special facility revenue bonds of PRHTA, payable by the private operator of the bridge principally from toll revenues. The concession is for a term of 35 years, subject to earlier termination or extension. The bridge opened for traffic in February 1994. In certain circumstances described in the concession agreement, including where toll revenues are insufficient to generate certain rates of return to the private operator, the private operator may require PRHTA, among other things, to assume the operator's obligations with respect to the special facility revenue bonds. Some of those circumstances, including low toll revenues, exist at this time, but PRHTA does not currently anticipate that the operator will exercise its remedy against PRHTA.

*Puerto Rico Industrial Development Company.* The Puerto Rico Industrial Development Company ("PRIDCO") participates in the Commonwealth-sponsored economic development program by providing physical facilities, general assistance, and special incentive grants to manufacturers. PRIDCO reported consolidated net operating losses of $6.1 million for fiscal year 2008, compared to consolidated net operating income of $2.1 million for fiscal year 2007 and consolidated net losses of $15.6 million for fiscal year 2006. The total debt of PRIDCO was $347.1 million as of December 31, 2008. This debt includes outstanding bonds of $258.0 million and interim financing for operations of $89.1 million. PRIDCO's debt is rated Baa1 and BBB by Moody's and S&P, respectively.

During fiscal years 2006 and 2007 PRIDCO entered into a company reorganization plan establishing an early retirement plan and a voluntary separation plan with the objective of reducing workforce and to achieve expense reductions. This plan was financed by a line of credit from GDB, which had an outstanding balance of $45.7 million as of December 31, 2008.

*Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority.* AFICA was created to finance (through the issuance of its

I-54

PR-CCD-0005246

revenue bonds) industrial, tourist, educational, medical, and environmental control facilities in Puerto Rico for the use of private companies, non-profit entities, or government agencies. The bonds are payable solely from payments to be made to AFICA by such private companies, non-profit entities, or government agencies, and do not constitute a debt of the Commonwealth or any of its other public corporations or municipalities. As of December 31, 2008, approximately $1.5 billion of AFICA's bonds were outstanding.

*Puerto Rico Infrastructure Financing Authority.* The Puerto Rico Infrastructure Financing Authority ("PRIFA") was created to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other public corporations, governmental instrumentalities, political subdivisions and municipalities (collectively, "Benefited Entities") authorized to develop infrastructure facilities and to establish alternate means for financing those facilities. PRIFA is authorized to issue bonds and provide loans, grants and other financial assistance for the construction, acquisition, repair, maintenance and reconstruction of infrastructure projects by Benefited Entities.

As of December 31, 2008, the PRIFA's total debt was $1.89 billion. This debt includes bonds outstanding of $1.85 billion and interim financing for capital improvements of $34 million. PRIFA's debt is rated Baa3 and BBB+ by Moody's and S&P, respectively.

PRIFA oversees the Puerto Rico Infrastructure Fund, which was funded with annual fixed amounts from the first proceeds of federal excise taxes imposed on rum and other articles produced in Puerto Rico and sold in the United States which are transferred to Puerto Rico pursuant to the United States Internal Revenue Code of 1986, as amended. Currently, this amount is $90 million through fiscal year 2009 and will then increase to $117 million annually through fiscal year 2052. Rum is the only article currently produced in Puerto Rico subject to federal excise taxes, the proceeds of which are required to be returned to the Treasury. The Authority is using these amounts to provide financial support for various infrastructure and other projects.

Pursuant to Act No. 8 of March 9, 2009, PRIFA also has the responsibility of implementing in the Commonwealth the applicable provisions of ARRA. One of its main responsibilities regarding ARRA is to maximize the flow of funds from the Federal Government for the appropriate investment in qualified projects and activities. PRIFA also has the responsibility for the receipt, administration and disbursement of such funds and of monitoring those governmental agencies and entities that finally receive the funds under ARRA.

PRIFA is investing a portion of its resources in new infrastructure projects in connection with the holding of the Central American and Caribbean Games in Mayagüez, Puerto Rico, in 2010. In September 2006, the Authority issued $469.8 million of bonds to finance these and other infrastructure projects.

Act No. 3, approved by the Legislature of the Commonwealth on January 14, 2009 ("Act 3"), authorized the sale of the securities of the Corpus Account established under Act No. 92 of June 24, 1998, a perpetual account of the Infrastructure Development Fund, which, in turn, is under the control and custody of PRIFA. The Corpus Account was initially funded with $1.2 billion of the proceeds of the sale of Puerto Rico Telephone Authority and the investment

PR-CCD-0005247

interest earned on such Account has been used to pay debt service on PRIFA's $1.1 billion Series 2000 A and B Bonds (limited obligations). Under the provisions of Act 3, PRIFA redeemed the Corpus Account securities in January 2009 and used the proceeds of the sale to: (i) make a deposit into an escrow account which is sufficient to retire the Series 2000 A and B Bonds on October 1, 2010 as PRIFA currently intends, (ii) make a deposit to the General Fund to be applied to the Commonwealth's current budget deficit, (iii) make a transfer to GDB as a capital contribution to GDB, and (iv) make a deposit to the Corpus Account to be invested in a long-term investment agreement with GDB.

*Puerto Rico Municipal Finance Agency.* The Puerto Rico Municipal Finance Agency ("MFA") is the municipal "bond bank" for Puerto Rico. MFA is authorized to issue bonds to purchase general obligation bonds and notes of Puerto Rico municipalities and to fund a debt service reserve. Debt service on MFA's bonds is payable from debt service payments on municipal bonds and notes held by MFA and from the debt service reserve, including investment income thereon. The Commonwealth has agreed to pay such amounts to the debt service reserve as may be necessary to maintain it at its required level, subject to appropriation by the Legislative Assembly, which appropriation is authorized but not legally required to be made. To date no such payments have been required. As of December 31, 2008, MFA had $1.26 billion of bonds outstanding.

*Port of the Americas Authority.* The Port of the Americas Authority ("PAA") is responsible for the development and operation of the Port of the Americas (the "Port"), a deep draft port on the south coast of Puerto Rico.

PAA is authorized to issue bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port. Currently, GDB is authorized by law to purchase bonds of PAA in an aggregate principal amount not to exceed $250 million. As of December 31, 2008, GDB held approximately $154.8 million of PAA's outstanding bonds, which are guaranteed by the Commonwealth. In August 2008, PAA made a partial payment of the interest due on these bonds. GDB has not formally requested the balance to the Commonwealth under its guarantee but is in conversations with OMB regarding such payment and the upcoming payment due in August 2009.

The first phase of the Port was completed in fiscal year 2004. This initial phase included the improvement of piers 4, 5, and 6 of the Port and the acquisition of heavy equipment at a cost of $40 million. During calendar year 2005, the PAA began the second phase of the Port, which phase will provide capacity to handle up to 250,000 Twenty-Foot Equivalent Units ("TEU") per year. This second phase includes (i) dredging the entrance channel and adjacent areas of the Port to a depth of 50 feet, (ii) reconstructing the container terminals, (iii) commencing certain required environmental risk mitigation procedures, and (iv) preparing final construction schematics. The second phase is substantially complete, and the remaining items are expected to be completed by May 2009.

A third phase, which will provide for the expansion of the Port's capacity, was initiated in May 2007. This phase includes (i) infrastructure improvements related to access roads, (ii) the development of utility infrastructure, namely, a new storm canal and the relocation of electricity

PR-CCD-0005248

lines and the water and sanitation system, (iii) additional dredging at certain pier locations, and (iv) the expansion of the container terminal. The first expansion under this phase will provide sufficient capacity to process 500,000 TEU annually and is expected to be finished in the second half of 2011.

*Puerto Rico Ports Authority.* The Puerto Rico Ports Authority ("Ports Authority") owns and operates the major airport and seaport facilities in Puerto Rico. Ports Authority derives revenues from a variety of sources, including charges on airplane fuel sales, air terminal space rentals, landing fees, wharfage, dockage and harbor fees, and rentals for the lease of property and seaport equipment. Ports Authority reported net operating losses of $34 million, $20.1 million and $15.7 million during fiscal years 2008, 2007 and 2006, respectively. The total debt of PRPA was $704.1 million as of December 31, 2008. This debt includes outstanding bonds of $58.5 million, credit facilities for capital improvements with GDB and private financial institutions of $233.8 million and a loan for operational purposes with private financial institutions of $411.7 million. The loan for operational purposes and a portion of the credit facilities for capital improvements are guaranteed by GDB. PRPA debt is rated Baa3 and BBB− by Moody's and S&P, respectively.

As of April 30, 2009, the outstanding balance of the credit facilities for capital improvements with private financial institutions was $188.6 million, which is due on June 30, 2009. Of this amount, $92.1 million, plus interest, is guaranteed by GDB.

*Puerto Rico Public Buildings Authority.* The Puerto Rico Public Buildings Authority ("PBA") is authorized to construct, purchase or lease office, school, health, correctional and other facilities for lease to departments, public corporations, and instrumentalities of the Commonwealth. Bonds that have been issued by PBA to finance such facilities (through retirement of interim notes or otherwise) are payable from lease payments, which are largely derived from legislative appropriations and are secured by the Commonwealth's guaranty. PBA is authorized by law to have outstanding at any one time up to $3.325 billion of bonds guaranteed by the Commonwealth. As of December 31, 2008, $3.049 billion of such bonds of PBA were outstanding (not including accretion of interest from the respective issuance dates on capital appreciation bonds). As of December 31, 2008, PBA's line of credit with GDB had an outstanding balance of $86.2 million. PBA debt is rated Baa3 and BBB− by Moody's and S&P, respectively.

*Special Communities Perpetual Trust.* The Perpetual Trust is a public corporation created by law to be an irrevocable and permanent trust. The Perpetual Trust's principal purpose is to fund development projects that address the infrastructure and housing needs of underprivileged communities. GDB has made a special capital contribution to the Perpetual Trust of $500 million and provided the Trust with a $500 million, non-revolving, line of credit. The amounts transferred by GDB were deposited in two investment accounts held by GDB for the benefit of the Perpetual Trust, which generated interests ascending to $89 million as of December 31, 2008. These additional funds were distributed among 56 new identified special communities for the construction of new infrastructure projects in these communities. The Perpetual Trust has disbursed the total amount of $833 million as of December 31, 2008. As of December 31, 2008, the Perpetual Trust's line of credit with GDB had an outstanding balance of $376.1 million. The line of credit is payable from legislative appropriations.

PR-CCD-0005249

*Puerto Rico Telephone Authority.* The Puerto Rico Telephone Authority ("PRTA") was created in July 1974 when the Commonwealth purchased the Puerto Rico Telephone Company ("PRTC") from International Telephone and Telegraph Corporation. PRTC operates the principal telephone system in Puerto Rico.

In 1999, PRTA sold a controlling interest in PRTC to a consortium led by a predecessor of Verizon Communications, Inc ("Verizon"). The net proceeds of $1.2 billion, after PRTC's outstanding debt was retired and certain employee benefits were paid, was deposited into the Infrastructure Development Fund held by PRIFA. In 2002, Verizon exercised an option to purchase additional shares from PRTA for $172 million, leaving PRTA with a 28% ownership interest in PRTC. In 2007, PRTA sold its remaining interest in PRTC to a subsidiary of América Móvil, S.A. de C.V. for $529 million, the proceeds from which were transferred to the Employees Retirement System of the Commonwealth.

*University of Puerto Rico.* The University of Puerto Rico (the "University"), with approximately 64,511 students in academic year 2008-2009, is by far the largest institution of higher education on the island. Government appropriations are the principal source of University revenues, but additional revenues are derived from tuition, student fees, auxiliary enterprises, interest income, federal grants, and other sources. University capital improvements have been financed mainly by revenue bonds. As of December 31, 2008, the University's total debt was $621.1 million, including $585.0 million of outstanding revenue bonds. The University's debt is rated Baa2 and BBB by Moody's and S&P, respectively.

In 2000, AFICA issued its $86,735,000 Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) for the purpose of financing the construction of additional student housing and parking and office space for the University. The project was built, is being operated by Desarrollos Universitarios, Inc., a Puerto Rico not-for-profit corporation, and is leased to the University for a term equal to the term of the bonds, with University lease payments being sufficient to pay debt service on said bonds as they become due. These bonds are not included in the University's total debt or outstanding revenue bonds set forth in the prior paragraph.

In June 2007, the Board of Trustees of the University approved Certification No. 60 establishing a new policy and methodology for tuition fees structure. This new structure covers the tuition fees to be charged to new students until academic year 2012-2013. This policy was adopted to pursue continued development and financial stability of the University.

*Other public corporations.* Public corporations not described above have outstanding debt in the aggregate amount of $2.0 billion as of December 31, 2008. Debt service on $912 million of such outstanding debt is being paid from legislative appropriations. The Commonwealth is not, however, obligated to make any such appropriations. Additional legislative appropriations are made to enable certain of such corporations to pay their operating expenses.

PR-CCD-0005250

## INSURANCE MATTERS

Government-owned property is insured through policies obtained by the Secretary of the Treasury and through self-insurance, except for property owned by the Electric Power Authority and the Puerto Rico Aqueduct and Sewer Authority, whose properties are insured through arrangements and policies obtained by the respective Authorities. Personal injury awards against the Commonwealth are limited by law to $150,000 per occurrence.

## RETIREMENT SYSTEMS

*General.* Public employees of the Commonwealth and its instrumentalities are covered by five retirement systems: the Employees Retirement System, the Puerto Rico System of Annuities and Pensions for Teachers (the "Teachers Retirement System"), the Commonwealth Judiciary Retirement System (the "Judiciary Retirement System"), the Retirement System of the University of Puerto Rico (the "University Retirement System"), and the Employees Retirement System of Puerto Rico Electric Power Authority (the "Electric Power Authority Retirement System").

The University Retirement System and the Electric Power Authority Retirement System apply to employees of the University of Puerto Rico and Electric Power Authority, respectively. The Commonwealth is not required to contribute directly to those two systems, although a large portion of University revenues is derived from legislative appropriations.

*Covered Employees.* The Teachers Retirement System covers public school teachers and certain private school teachers, as well as teachers working in administrative positions. Substantially all active teachers of the Commonwealth's Department of Education are covered by Act No. 91 of March 29, 2004, which superseded Act No. 218 of May 6, 1951. The new law establishes that: (i) the Teachers Retirement System's active employees as of March 29, 2004 (not public school teachers or other Education Department employees) have the option to participate in the Teachers Retirement System or in the Employees Retirement System; (ii) persons hired by Teachers Retirement System after the approval of the new law may only become members of the Teachers Retirement System, (iii) active teacher employees of the Department of Education are members of the Teachers Retirement System, and (iv) licensed teachers working in private schools or other educational organizations may elect to become members of the Teachers Retirement System as long as the required employer and employee contributions are satisfied. The Judiciary Retirement System covers judges, and the Employees Retirement System covers all other employees of the Commonwealth, its municipalities and instrumentalities.

As of June 30, 2008, the total number of participants, including active participants and retirees, in the three systems was as follows: Employees Retirement System, 278,732; Teachers Retirement System, 77,840; and Judiciary Retirement System, 695. The three systems are financed by contributions made by employers (the Commonwealth, public corporations, and municipalities) and employees, and investment income.

*Funding Requirements.* The central government is responsible for approximately 64% of total employer contributions to the Employees Retirement System, and the other 36% is the

I-59

PR-CCD-0005251

responsibility of public corporations and municipalities. The central government is also responsible for 100% and 99% of total employer contributions to the Judiciary and Teachers Retirement Systems, respectively. Retirement and related benefits provided by the systems and required contributions to the systems by employers and employees are determined by law rather than by actuarial requirements. For the Employees Retirement System, required employer contributions are 9.275% of applicable payroll. Required employee contributions for the Employees Retirement System vary according to salary and how the individual employee's retirement benefits are coordinated with social security benefits. For the Judiciary Retirement System, required contributions are 30.34% of applicable payroll for the employer and 8% for the employees. For the Teachers Retirement System, required contributions are 8.5% of applicable payroll for the employer and 9.0% for the employees.

*Actuarial Valuation of Employees Retirement System.* According to the most recent actuarial valuation of the Employees Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the System were $12.284 billion. The unfunded pension benefit obligations of the Employees Retirement System as of the same date were $9.956 billion, representing a funding ratio of 19%. Any amounts receivable from the Commonwealth with respect to benefits under special benefits laws (discussed below) are considered in the actuarial evaluation process to determine the unfunded pension benefit obligation of the Employees Retirement System to the extent receivables are recognized as such by the System. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Employees Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

Based on the preliminary figures for the actuarial valuation of the Employees Retirement System as of June 30, 2007, the actuarial accrued liability was $16.770 billion and the actuarial value of assets was $2.892 billion, representing a funding ratio of 17.2%, and the resulting unfunded actuarial accrued liability was $13.878 billion.

*Actuarial Valuation of Judiciary Retirement System.* According to the most recent actuarial valuation of the Judiciary Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the System were $174 million. The unfunded pension benefit obligations of the Judiciary Retirement System as of the same date were $104 million, representing a funding ratio of 40%. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Judiciary Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

*Actuarial Valuation of Teachers Retirement System.* According to the most recent actuarial valuation of the Teachers Retirement System submitted by a firm of independent

I-60

consulting actuaries, as of June 30, 2007, the accrued actuarial liability of the system was $7.756 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 41%, and the resulting unfunded accrued liability was $4.593 billion. The actuarial valuation assumed an investment return of 8%, yearly salary increases of 3.5%, employee and employer contributions of 9% and 8.5%, respectively, an inflation rate of 2.5%, and a remaining amortization period of 30 years for the unfunded accrued liability. Under the same assumptions, but without taking into account benefits paid under special benefits laws (described below) and excluding the obligations with respect to the prospective payments under the special benefits laws, the funding of which will originate from the Commonwealth's General Fund, as of June 30, 2007, the accrued actuarial liability was $7.227 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 44%, and the resulting unfunded accrued liability was $4.064 billion. Insofar as the statutorily mandated annual deposit to the Teachers Retirement System is insufficient to cover the actuarial pension liability, and since the Teachers Retirement System is a relatively mature retirement system with a significant retiree population, the unfunded pension benefit obligation, according to the 2007 actuarial valuation, will continue to increase, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded liability.

*Special Benefits.* Various special benefits laws enacted in previous years provided additional benefits for the beneficiaries of the Employees Retirement System, Teachers Retirement System and Judiciary Retirement System. Specifically, in the case of the Employees Retirement System, Act No. 10 of May 21, 1992 provided for special benefit increases of 3% every three years. The first 3% increase was granted to retirees who had been receiving their annuities for three or more years as of that date. The second 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1995. This increase is being financed by additional contributions from the employers. The third 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1998. This third increase is being partially funded with additional contributions from some of the employers. In June 2001, the Legislative Assembly approved a fourth 3% increase, effective as of January 1, 2001, in post-retirement annuity payments granted on or prior to January 1, 1998. This increase will be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. In June 2003, the Legislative Assembly approved a fifth increase of 3% in post retirement benefits effective January 1, 2004. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. In June 2007, the Legislative Assembly approved a sixth increase of 3% in post retirement benefits effective January 1, 2007. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. Subsequent increases will depend upon the express approval of the Board of Trustees of the Employees Retirement System and the Legislative Assembly, and must provide a funding source. In the case of the Judiciary Retirement System, Act No. 41 of June 13, 2001 provided a 3% special benefit increase in annuity payments, commencing on January 1, 2002 and every three years thereafter, to retirees who have been receiving their annuities for three or more years as of that date. This increase will be funded by the General Fund.

PR-CCD-0005253

The Teachers Retirement System is seeking reimbursement from the Commonwealth's General Fund in the amount of $119 million for special benefits paid by the System to its beneficiaries through June 30, 2004 pursuant to special benefit laws enacted by the Legislative Assembly. The Teachers Retirement System's interpretation of these special benefit laws, to the effect that the Commonwealth is required to reimburse the Teachers Retirement System for such special benefits paid, is being disputed by the Office of Management and Budget. In March 2009 the Department of Education paid to the Teachers Retirement System the amount of $12 million as partial payment. The dispute for the pending amount of $107 million continues under inter-agency arbitration proceedings. The Employees Retirement System is also seeking reimbursement from the Commonwealth (in connection with other special benefits laws applicable to its beneficiaries) in the amount of $73.9 million, representing cumulative benefits paid to beneficiaries through June 30, 2005.

*Amendments to Employees Retirement System.* In February 1990, the enabling act of the Employees Retirement System was amended to reduce the future pension liabilities of the Employees Retirement System. Among other provisions, the legislation increased the level of contributions to the Employees Retirement System and limited the retirement benefits for new employees by increasing the length of employment required for the vesting of certain benefits and reducing the level of benefits in the case of early retirement. The legislation also reduced the level of occupational disability benefits and death benefits received by new employees.

In 1999, the organic act of the Employees Retirement System was further amended to change it, prospectively, from a defined benefit system to a defined contribution system. This amendment provides for the establishment of an individual account for each employee hired by the Commonwealth after December 31, 1999 and for those current employees who elect to transfer from the existing defined benefit system. The individual account of each current employee that transferred to the defined contribution system was credited initially with an amount equal to his aggregate contributions to the Employees Retirement System, plus interest. Current employees who did not elect to transfer to the new defined contribution system will continue accruing benefits under the current defined benefit system. The individual account of each participant of the new defined contribution system is credited monthly with the participant's contribution and is credited semiannually with a rate of return based on either of two notional investment returns. Such accounts are not credited with any contribution by the employer. Instead, employer contributions will now be used completely to reduce the accumulated unfunded pension benefit obligation of the Employees Retirement System.

*Cash Flow Shortfalls.* The Employees Retirement System's disbursements of benefits during fiscal years 2004 through 2007 exceeded contributions and investment income for those years. The cash shortfall for fiscal year 2004 was covered with a loan received from the Department of the Treasury. Balances owed to the Department of the Treasury and other pending working capital needs through fiscal year 2005 were refinanced through a repurchase agreement with a financial institution in an amount of $138 million collateralized with the assets of the Employees Retirement System. The cash shortfall for fiscal year 2006 was approximately $70 million. This shortfall was covered with a line of credit provided by a private financial institution and collateralized with the assets of the Employees Retirement System. There was no cash shortfall for fiscal year 2007 on account of the receipt of the proceeds from the sale of the Puerto Rico Telephone Company stock that Puerto Rico Telephone Authority held for the benefit

I-62

of the Trust. Also with these proceeds the Employees Retirement System paid off the balances of the 2005 repurchase agreement and the 2006 line of credit used to cover the respective year's cash shortfalls. For fiscal year 2008, the System experienced a positive cash flow due to various non-recurring sources of income and a series of financings to increase the System's funding ratio and reduce its unfunded pension benefit obligation. The financings involved the issuance by the Employees Retirement System of debt secured by a pledge of future employer contributions over the next 50 years. All net cash generated by these financings was deposited into the Employees Retirement System trust and invested along with its other assets. As of June 30, 2008, the Employees Retirement System had issued three series totaling approximately $2.9 billion of its Senior Pension Funding Bonds.

During fiscal year 2009, the Employees Retirement System expects to have a cash shortfall of approximately $150 million to $250 million. Based on the Puerto Rico Employees Retirement System's estimates, it could have a $362 million cash flow deficit for fiscal year 2010. This negative trend is expected to continue partly due to possible future increases in the cost of living adjustments, changes in demographics of retirees and beneficiaries, and possible higher pension payments due to higher salaries of future retirees.

With respect to the Teachers Retirement System, the cash shortfalls for fiscal years 2006, 2007 and 2008 were $65 million, $40 million, and $75 million respectively. Investments were liquidated to cover these shortfalls. For fiscal year 2009, the Teachers Retirement System expects to have a cash shortfall of approximately $67 million. Based on the Teachers Retirement System's estimates, it could have an $81 million cash flow deficit for fiscal year 2010. This negative trend is expected to continue given that Puerto Rico Teachers Retirement System is in a relatively mature stage.

Based on the current statutory funding requirements, the annual benefit payments and administrative expenses paid by the Teachers Retirement System are significantly larger than the member and employer contributions made to the System. Thus, according to the 2007 actuarial valuation, investment income must be used to cover this negative cash flow.

*Efforts to Address Cash Flow Shortfall and Improve Funding Ratio.* As stated above, the Employees Retirement System anticipates that its future cash flow needs for disbursement of benefits to participants are likely to exceed the sum of the employer and employee contributions received and its investment and other recurring income. The Employees Retirement System is evaluating measures to improve its cash flows and funding ratio. Some of these measures include, but are not limited to, the establishment of a maximum salary to calculate pension benefits and additional collection efforts with respect to employer contributions owed by the Commonwealth, the municipalities, and public corporations.

*Composition and Market Value of Investment Portfolios.* The market value of the investment portfolios (which excludes loans to plan members) held by the retirement plans has been materially adversely affected by the global decline in value of equity securities. This decline has had an adverse effect on the unfunded actuarial accrued liability of the retirement systems.

I-63

PR-CCD-0005255

As of March 31, 2009, the market value of the Employees Retirement System's investment portfolio was $1.9 billion, compared to $2.6 billion as of June 30, 2008. As of that date, the investment portfolio was comprised of approximately 66.8% of U.S. domestic and international equity investments and 31.0% of fixed-income securities.

As of March 31, 2009, the market value of the Teachers Retirement System's investment portfolio was $1.6 billion, compared to $2.3 billion as of June 30, 2008. As of that date, the investment portfolio was comprised of approximately 68.4% of U.S. domestic and international equity investments and 31.6% of fixed income securities.

The following tables present the Statement of Plan Net Assets and Statement of Changes in Plan Net Assets of the Employees Retirement System, the Judiciary Retirement System and Teachers Retirement System, in each case for fiscal years 2006, 2007, and 2008 and for the first six months of fiscal year 2009.

PR-CCD-0005256

**The Commonwealth of Puerto Rico**
**Employees' Retirement System**
**Statements of Plan Net Assets\***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| ASSETS | December 31, 2008\*\* | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| CASH AND SHORT TERM INVESTMENTS | | | | |
| Deposits at Commercial Banks | $ 36,888 | $ 84,439 | $ 41,365 | $ 27,849 |
| Deposits with Treasury Department | 55,595 | 23,099 | -- | -- |
| Deposits with GDB: | | | | |
| Unrestricted | 74,165 | 54,438 | 266,633 | 25,777 |
| Restricted | 1,147,407 | 1,320,224 | 2,310 | 2,156 |
| Restricted Cash Bonds | 315,573 | 194,819 | -- | -- |
| Total Cash and Short Term Investment | 1,629,629 | 1,677,019 | 310,308 | 55,783 |
| SECURITIES LENDING, COLLATERAL INVESTED | | | | |
| Marketable Securities: | | | | |
| Notes and Bonds | 557,234 | 547,414 | 149,639 | 6,667 |
| Stocks | 1,436,051 | 2,018,090 | 1,693,144 | 1,376,901 |
| Master Repo | -- | -- | -- | 148,158 |
| Private Equity Investments | 40,752 | 42,294 | 47,784 | 41,609 |
| Total Cash and Investments | 2,034,037 | 2,607,798 | 1,890,566 | 1,573,336 |
| LOANS TO PLAN MEMBERS | | | | |
| Mortgage | 121,465 | 116,022 | 107,680 | 96,542 |
| Personal | 858,691 | 771,367 | 440,167 | 406,882 |
| Cultural Trips | 43,220 | 38,344 | 28,933 | 24,894 |
| PEC | 1,787 | 1,098 | 533 | 233 |
| Total Loans to Plan Members | 1,025,162 | 926,831 | 577,314 | 528,552 |
| Investment in PRTA Holdings | -- | -- | -- | 495,318 |
| Total cash, investments and loans to plan members | 4,688,829 | 5,211,648 | 2,778,188 | 2,652,988 |
| RECEIVABLES: | | | | |
| Employers | 144,596 | 246,167 | 117,420 | 43,343 |
| General Fund | 319 | 854 | 4,615 | 10,405 |
| Judiciary Retirement System | 17,231 | 16,714 | 5,113 | 3,161 |
| Investment Sales | 8,196 | 9,800 | 2,470 | 1,279 |
| Accrued Interest | 9,315 | 3,279 | 3,119 | 2,385 |
| Dividend Receivable | -- | -- | -- | 23,720 |
| Other | 99,362 | 58,210 | 4,527 | 23,575 |
| Total Receivables | 279,019 | 335,024 | 137,264 | 107,868 |
| CAPITAL ASSETS | 12,216 | 9,840 | 8,476 | 7,694 |
| OTHER ASSETS | 6,358 | 8,293 | 7,371 | 7,592 |
| Prepaid Bond Cost | 35,462 | 35,462 | -- | -- |
| Total assets | 5,021,884 | 5,600,266 | 2,931,299 | 2,776,142 |
| LIABILITIES | | | | |
| Book overdraft | -- | -- | 1,566 | -- |
| Short Term Obligations | -- | -- | -- | 139,074 |
| Repurchase Obligations | -- | -- | -- | 1,245 |
| Funds of Mortgage Loans and Guarantee | | | | |
| Insurance Reserve for Loans | 8,717 | 3,863 | 8,914 | 8,433 |
| Investment Purchases | 9,944 | 12,696 | 2,172 | 1,179 |
| Accounts Payable and Accrued Liabilities | 7,418 | 9,310 | 10,125 | -- |
| Line of Credit | -- | -- | -- | 60,000 |
| Bonds Payable | 2,942,183 | 2,942,184 | -- | -- |
| Other Liabilities | 150,296 | 12,946 | 17,022 | 24,880 |
| Bonds Interest Payable | -- | 12,182 | -- | -- |
| Total Liabilities | 3,118,558 | 2,993,180 | 39,799 | 209,931 |
| Net Assets Held in Trust for Pension Benefits | $1,903,327 | $2,607,086 | $2,891,501 | $2,566,211 |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

I-65

PR-CCD-0005257

### The Commonwealth of Puerto Rico
### Employees' Retirement System
### Statements of Changes in Plan Net Assets*
### As of June 30, 2006, 2007, 2008 and December 31, 2008
### (in thousands)

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $ 201,503 | $ 380,833 | $ 374,394 | $ 398,521 |
| Participating employees | 183,040 | 345,614 | 338,791 | 342,830 |
| Early Retirement | 22,326 | 141,724 | 69,097 | -- |
| Other Special Laws | -- | 16,789 | 17,000 | -- |
| Total Contributions | 406,869 | 884,961 | 799,282 | 758,035 |
| | | | | |
| Investment (loss) Income: | | | | |
| Realized Gain or Loss | (79,758) | 25,129 | 74,304 | 33,023 |
| Unrealized Gain or Loss | (555,331) | (238,509) | 289,881 | 156,492 |
| Dividend Income | 9,113 | 10,347 | 14,494 | 49,939 |
| Interest Income | 99,613 | 115,763 | 68,231 | 63,486 |
| Total | (526,363) | (87,270) | 446,910 | 302,939 |
| | | | | |
| Less Investment Expense | (35) | (6,664) | (12,940) | (10,123) |
| Insurance Premium | -- | 6,197 | 2,441 | 14,492 |
| Other Income | 6,546 | 24,927 | 17,431 | 8,496 |
| Net Investment Income | (519,853) | (62,904) | 453,841 | 315,804 |
| | | | | |
| Total Additions | (112,984) | 822,034 | 1,253,124 | 1,073,839 |
| | | | | |
| **DEDUCTIONS:** | | | | |
| Annuities | 481,867 | 932,701 | 793,883 | 772,647 |
| Benefits Under Special Laws | -- | 16,789 | 17,000 | 16,684 |
| Death Benefits | 2,684 | 18,712 | 13,872 | 14,984 |
| Refunds of Contributions: | | | | |
| Employers | 966 | 3,020 | 5,296 | 1,666 |
| Participating Employees | 13,367 | 37,346 | 28,009 | 20,707 |
| Personal Loans Adjustment | -- | -- | -- | 1,658 |
| Insurance Claims on Loans | -- | 1,092 | 2,118 | 1,216 |
| Other Expenses | 5,865 | 18,204 | 13,569 | -- |
| Administrative Expenses | 16,581 | 31,610 | 29,207 | 30,817 |
| Interest on Bonds | 69,445 | 46,996 | -- | -- |
| | | | | |
| Total Deductions | 590,775 | 1,106,472 | 902,954 | 860,379 |
| | | | | |
| Net (decrease) Increase | (703,759) | (284,415) | 350,170 | 213,459 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 2,607,086 | 2,891,501 | 2,541,331 | 2,327,871 |
| End of Year | $1,903,327 | $2,607,086 | $2,891,501 | $2,541,331 |

* Totals may not add due to rounding.

** Preliminary, unaudited numbers.

I-66

## The Commonwealth of Puerto Rico
## Judiciary Retirement System
## Statements of Plan Net Assets*
### As of June 30, 2006, 2007, 2008 and December 31, 2008
### (in thousands)

| ASSETS | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| Cash and Investments: | | | | |
| Cash and Cash Equivalents | $ 2,590 | $ 2,519 | $ 2,735 | $ 1,599 |
| Cash Deposited with GDB or Treasury Department: | 398 | 267 | 197 | 179 |
| Total Cash | 2,988 | 2,786 | 2,932 | 1,779 |
| Receivables: | | | | |
| Accrued Interest | 251 | 237 | 237 | 250 |
| Investment Sales | 250 | 196 | 179 | 561 |
| Other | 25 | 25 | 51 | 45 |
| Total receivables | 526 | 458 | 467 | 856 |
| Marketable Securities: | | | | |
| Notes and Bonds | 21,650 | 22,169 | 20,728 | 19,822 |
| Stocks | 42,626 | 61,377 | 68,654 | 56,108 |
| Total Investments | 64,276 | 83,546 | 89,382 | 75,929 |
| Loans and Interest Receivable from Members: | | | | |
| Mortgage | 15 | 8 | 17 | 34 |
| Personal | 425 | 394 | 195 | 191 |
| Cultural Trips | 41 | 45 | 44 | 49 |
| Total Loans to Plan Members | 482 | 448 | 256 | 274 |
| Total cash, investments and loans to plan members | 68,271 | 87,239 | 93,072 | 78,838 |
| **LIABILITIES** | | | | |
| Due to Treasury Department | 263 | -- | 5,415 | 1,902 |
| Due to the Employee's Retirement System of the Government of Puerto Rico | 17,231 | 16,714 | 5,113 | 3,161 |
| Escrow Funds to plan Members and Guarantee Insurance | 57 | 56 | 53 | 52 |
| Investment Purchases | 262 | 345 | 180 | 67 |
| Other Liabilities | 2,824 | 812 | 803 | 807 |
| Total Liabilities | 20,638 | 17,927 | 11,564 | 5,989 |
| **Net Assets Held in trust for Pension Benefits** | **$ 47,633** | **$ 69,311** | **$ 81,473** | **$ 72,849** |

* Totals may not add due to rounding.
** Preliminary, unaudited numbers.

PR-CCD-0005259

## The Commonwealth of Puerto Rico
## Judiciary Retirement System
## Statements of Changes in Plan Net Assets*
## As of June 30, 2006, 2007, 2008 and December 31, 2008
## (in thousands)

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $ 3,484 | $6,705 | $6,632 | $6,727 |
| Participating employees | 1,620 | 3,076 | 2,828 | 2,960 |
| Total Contributions | 5,104 | 9,781 | 9,460 | 9,687 |
| | | | | |
| Investment Income: | | | | |
| Realized Gain or Loss | (1,909) | 1,031 | 1,484 | 1,189 |
| Unrealized Gain | (17,926) | (8,988) | 10,954 | 4,630 |
| Dividend Income | -- | 267 | 224 | 205 |
| Interest Income | 814 | 1,553 | 1,447 | 1,219 |
| Total | (19,020) | (6,137) | 14,110 | 7,243 |
| Less Investment Expense | -- | (197) | (192) | (279) |
| Other Income | -- | -- | -- | 1 |
| Net Investment Income | (19,020) | (6,333) | 13,918 | 6,965 |
| | | | | |
| Total Additions | (13,916) | 3,448 | 23,378 | 16,652 |
| | | | | |
| **DEDUCTIONS:** | | | | |
| Annuities | 7,244 | 14,419 | 13,461 | 12,273 |
| Refunds to Participating Employees | -- | 169 | 38 | 130 |
| Administrative Expenses | 518 | 1,022 | 1,255 | 1,197 |
| Total Deductions | 7,762 | 15,610 | 14,754 | 13,600 |
| | | | | |
| Net Increase | (21,678) | (12,162) | 8,624 | 3,052 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 69,311 | 81,473 | 72,849 | 69,797 |
| | | | | |
| **End of Year** | **$47,633** | **$69,311** | **$81,473** | **$72,849** |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

I-68

PR-CCD-0005260

**The Commonwealth of Puerto Rico**
**Teachers Retirement System**
**Statements of Plan Net Assets***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash: | | | | |
| Cash and cash equivalents | $27,981 | $50,474 | $33,542 | $53,515 |
| Cash with fiscal agent | -- | 297 | -- | -- |
| Cash restricted | -- | -- | -- | 1,717 |
| Cash deposited with Government Development Bank for Puerto Rico | 3,282 | 3,255 | 3,123 | 2,993 |
| Total Cash | 31,263 | 54,026 | 36,665 | 58,225 |
| Investments, at fair value: | | | | |
| Bonds and notes | 480,455 | 490,007 | 468,452 | 463,474 |
| Stocks | 1,206,417 | 1,796,817 | 2,218,033 | 1,886,625 |
| Total investment at fair value | 1,686,872 | 2,286,824 | 2,686,485 | 2,350,099 |
| Other investments: | | | | |
| Mortgage notes acquired from third parties | | | | - |
| Private equity investments | 32,778 | 37,630 | 46,686 | 46,215 |
| Total investments | 1,750,913 | 2,324,454 | 2,733,171 | 2,396,314 |
| Loan to plan members: | | | | |
| Mortgage | 106,047 | 103,759 | 102,684 | 104,830 |
| Personal | 275,852 | 271,510 | 260,066 | 246,074 |
| Cultural trips | 1,331 | 1,355 | 1,371 | 1,429 |
| Total loans to plan members | 383,229 | 376,624 | 364,121 | 352,333 |
| Total investments and loans | 2,134,143 | 2,755,104 | 3,133,957 | 2,806,872 |
| Accounts receivable: | | | | |
| Receivable for investments sold | 12,000 | 4,693 | 12,242 | 12,163 |
| Accrued interest and dividends receivable | 6,076 | 6,395 | 6,312 | 6,371 |
| Other | 14,694 | 15,141 | 14,640 | 14,932 |
| Total accounts receivable | 32,770 | 26,229 | 33,194 | 33,466 |
| Property and equipment, net | 26,431 | 26,223 | 25,890 | 25,665 |
| Other assets | 451 | 451 | 700 | 691 |
| Total Assets | 2,193,795 | 2,808,007 | 3,193,741 | $2,866,694 |
| **LIABILITIES** | | | | |
| Investments purchased | 8,738 | 7,952 | 11,258 | $11,422 |
| Cash overdraft in cash with fiscal agent | 36,521 | - | 5,619 | 13,949 |
| Accounts payable | 3,266 | 3,688 | 4,152 | 3,043 |
| Obligation under capital lease | 2 | 12 | 35 | 57 |
| Accrued expenses | 5,343 | 5,361 | 4,270 | 4,289 |
| Line of credit | -- | -- | 4 | 4 |
| Escrow fund of mortgage loans and guarantee insurance reserve for loans to plan members | 4,660 | 4,641 | 4,916 | 5,988 |
| Bonds payable | -- | -- | -- | 20,430 |
| Other liabilities | 953 | 1,007 | 567 | 625 |
| Total liabilities | 59,483 | 22,661 | 31,021 | 59,807 |
| **Net Assets Held in Trust for Pension Benefits** | $2,134,312 | $2,785,346 | $3,162,720 | $2,806,887 |

* Totals may not add due to rounding.
** Preliminary, unaudited numbers.

I-69

PR-CCD-0005261

**The Commonwealth of Puerto Rico**
**Teachers Retirement System**
**Statements of Changes in Plan Net Assets\***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

|  | December 31, 2008\*\* | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** |  |  |  |  |
| Contributions: |  |  |  |  |
| Participating Employees | $ 67,763 | $ 127,566 | $ 127,809 | $ 129,473 |
| Employer | 62,186 | 117,065 | 116,320 | 119,199 |
| Contributions transferred from other systems\*\* | 644 | 4,181 | 12,396 | 921 |
| Special | 46,748 | 68,085 | 57,960 | 61,066 |
| Total contributions | 177,341 | 316,897 | 314,485 | 310,659 |
| Investment Income: |  |  |  |  |
| Interest income | 33,059 | 67,825 | 65,367 | 57,899 |
| Dividend Income | 5,640 | 15,629 | 13,654 | 14,684 |
| Net appreciation (depreciation) in fair value of investments | (595,603) | (276,573) | 406,131 | 258,182 |
|  | (556,904) | (193,119) | 485,152 | 330,765 |
| Less investment expense | 3,281 | 6,847 | 6,217 | 5,792 |
| Net investment income | (560,185) | (199,966) | 478,935 | 324,973 |
| Other income | 761 | 1,735 | 1,299 | 13,085 |
| **Total additions** | ($ 382,083) | $ 118,666 | $ 794,719 | $ 648,717 |
| **DEDUCTIONS:** |  |  |  |  |
| Benefit paid to participants: |  |  |  |  |
| Annuities and death benefits | 217,300 | 414,334 | 364,998 | 332,425 |
| Special benefits | 37,264 | 49,742 | 45,564 | 42,837 |
| Refunds of contributions | 2,519 | 6,427 | 5,447 | 4,135 |
| Administrative expenses | 11,867 | 25,537 | 22,877 | 22,651 |
| **Total deductions** | 268,950 | 496,040 | 438,886 | 402,969 |
| Net increase in net assets held in trust for pension benefits | (651,033) | (377,374) | 355,833 | 245,748 |
| **Net assets held in trust for pension benefits** |  |  |  |  |
| Beginning of year | 2,785,345 | 3,162,720 | 2,806,887 | 2,561,139 |
| **End of year** | $2,134,312 | $2,785,346 | $3,162,720 | $2,806,887 |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

I-70

PR-CCD-0005262

## COMMONWEALTH FINANCIAL STATEMENTS

For fiscal year 2007, the basic financial statements of the Commonwealth were audited by KPMG LLP. KPMG LLP did not audit the financial statements of the Public Buildings Authority capital project fund or The Children's Trust special revenue funds (major funds), and certain activities, funds and component units identified separately in its report. Those financial statements were audited by other independent auditors whose reports were furnished to KPMG LLP, and its opinion on the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors.

The Comprehensive Annual Financial Report of the Commonwealth ("CAFR") for fiscal year 2007, which includes the basic financial statements of the Commonwealth for fiscal year 2007, was filed by the Commonwealth with each nationally recognized municipal securities information repository (each, a "NRMSIR") in June 2008.

## PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES

The Secretary of the Treasury has custody of the funds of the central government and is responsible for the accounting, disbursement and investment of such funds. Central government funds are grouped into three major categories or "types" of funds, as follows: (i) Governmental Fund Types, which include the General, Special Revenue, Debt Service (also referred to herein as Redemption), and Capital Project Funds; (ii) Proprietary Fund Types, which include the Enterprise and Internal Service Funds; and (iii) Fiduciary Fund Types, which include the Trust and Agency Funds. These funds do not include funds of the municipalities, because the municipalities are governmental entities with independent treasuries. The Special Revenue Fund is incorporated into the General Fund for financial reporting purposes (but not for budgetary purposes).

The General Fund is the primary operating fund of the Commonwealth. General Fund revenues are broadly based and include revenues raised internally as well as those from non-Puerto Rico sources. Internal revenues consist principally of income, excise and sales taxes. Revenues from non-Puerto Rico sources are derived from federal excise taxes and customs duties returned to the Commonwealth. The primary expenditures of the Commonwealth through the General Fund are for grants and subsidies, and personal and other services.

### Summary and Management's Discussion of General Fund Results

The following table presents the actual revenues and expenditures of the General Fund on a cash basis for fiscal years 2006 and 2007, the preliminary revenues and expenditures for fiscal year 2008, and the projected revenues and expenditures for fiscal years 2009 and 2010, respectively.

The amounts shown in the following table as expenditures may be different than those reflected in the budget or in the Commonwealth's financial statements because the table shows only cash disbursements, while the budget includes all authorized expenditures, regardless of when the related cash is actually disbursed. In addition, transfers to the Redemption Fund (used

PR-CCD-0005263

to pay debt service on the Commonwealth's bonds), which are included in the budget under "debt service," are shown as a deduction from total revenues in calculating "adjusted revenues" in the table and are not included under "expenditures." Finally, certain expenditures incurred in excess of budgeted amounts may not be reflected in the table as expenditures to the extent they are paid from reserve funds, such as moneys in the Budgetary Fund. A discussion of the budget for fiscal years 2009 and 2010 appears below under "Budget of the Commonwealth of Puerto Rico."

Amounts listed under "Other Income" represent recurring General Fund revenues not appropriately attributable to other revenue line items, such as repayment of General Fund advances to municipalities and government agencies and funds. "Other Expenditures" represent recurring General Fund expenditures not appropriately attributable to other expenditures line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law. Amounts listed under "Capital Outlays and Other Debt Service" represent debt service on obligations and capital expenditures for which the Legislative Assembly has by resolution agreed to appropriate funds. General Fund revenues, expenditures, and transfers as presented in the table differ from the General Fund revenues, expenditures, and transfers as presented in the financial statements of the Commonwealth, as the financial statements reflect an expanded General Fund entity in accordance with generally accepted accounting principles.

PR-CCD-0005264

**Commonwealth of Puerto Rico**
**General Fund Revenues, Expenditures, and Changes in Cash Balance**
**(in thousands)**

| | 2006 | 2007 | 2008(p) | 2009(e) | 2010(b) |
|---|---|---|---|---|---|
| Beginning cash balance | $ 42,933 | $ (0) | $ (506,261) | $ (1,100,044) | $ (1,282,314) |
| Revenues from internal sources: | | | | | |
| Income Taxes: | | | | | |
| Individuals | 3,087,748 | 3,071,655 | 2,793,198 | 2,555,000 | 2,614,000 |
| Corporations | 1,872,458 | 2,002,718 | 1,565,458 | 1,412,000 | 1,541,000 |
| Partnerships | 2,787 | 2,960 | 1,942 | 3,000 | 2,000 |
| Withheld from non-residents | 921,260 | 933,728 | 1,087,782 | 891,000 | 836,000 |
| Tollgate taxes | 27,396 | 25,083 | 21,610 | 5,000 | 5,000 |
| Interest | 11,536 | 12,112 | 13,657 | 12,000 | 11,000 |
| Dividends | 66,721 | 138,859 | 59,770 | 57,000 | 49,000 |
| Total income taxes | 5,989,906 | 6,187,115 | 5,543,417 | 4,935,000 | 5,058,000 |
| Sales and use tax | - | 582,560 | 852,927 | 911,000 | 606,000 |
| Commonwealth excise taxes: | | | | | |
| Alcoholic beverages | 292,180 | 279,028 | 268,095 | 282,000 | 288,000 |
| Cigarettes | 135,267 | 132,399 | 119,124 | 119,000 | 163,000 |
| Motor vehicles | 533,957 | 396,667 | 366,343 | 339,000 | 334,000 |
| Other excise taxes | 682,477 | 314,340 | 110,017 | 90,000 | 89,000 |
| Total Commonwealth excise taxes | 1,643,881 | 1,122,434 | 863,579 | 830,000 | 874,000 |
| Property taxes | 1,106 | 800 | - | - | 230,000 |
| Inheritance and gift taxes | 9,466 | 4,663 | 6,600 | 5,000 | 5,000 |
| Licenses | 91,310 | 97,610 | 87,631 | 94,000 | 94,000 |
| Other: | | | | | |
| Lottery | 62,729 | 73,014 | 46,636 | 59,000 | 63,000 |
| Electronic lottery | 55,212 | 71,815 | 105,346 | 89,000 | 95,000 |
| Miscellaneous non-tax revenues | 431,803(6) | 330,064 | 321,897 | 280,000 | 286,000 |
| Total Other | 549,744 | 474,893 | 473,879 | 428,000 | 444,000 |
| Total revenues from internal sources | 8,285,413 | 8,470,075 | 7,828,033 | 7,203,000 | 7,311,000 |
| Revenues from non-Commonwealth sources: | | | | | |
| Federal excise taxes(1) | 346,272 | 377,872 | 361,827 | 394,000 | 356,000 |
| Customs | 9,553 | 14,504 | 4,796 | 3,000 | 3,000 |
| Total revenues from non-Commonwealth sources | 355,825 | 392,376 | 366,623 | 397,000 | 359,000 |
| Total net revenues | 8,641,238 | 8,862,451 | 8,194,656 | 7,600,000 | 7,670,000 |
| Other Income (refunds)(2) | 76,085 | (8,335) | 89,006(8) | 44,907 | |
| Transfers to Redemption Fund(3) | (484,812) | (512,197) | (202,954) | (288,000) | (520,600) |
| Proceeds of notes and other borrowings(4) | 4,115,897(7) | 1,872,096 | 2,710,000 | 4,529,000(9) | 2,500,000 |
| Repayment of notes and other borrowings(5) | (3,005,838) | (1,926,273) | (2,580,764) | (2,872,384) | (2,557,664)(10) |
| Adjusted revenues | 9,342,570 | 8,287,742 | 8,209,944 | 9,013,523 | 7,091,736 |
| Expenditures: | | | | | |
| Grants and subsidies | 3,944,349 | 3,387,199 | 3,429,217 | 3,239,855 | 3,211,852 |
| Personal services | 4,796,382 | 4,590,962 | 4,630,589 | 5,277,864 | 2,758,907 |
| Other services | 525,377 | 594,345 | 583,897 | 421,386 | 494,524 |
| Materials and supplies | 50,227 | 79,186 | 99,307 | 106,641 | 82,402 |
| Equipment purchases | 19,378 | 27,965 | 49,495 | 45,123 | 35,775 |
| Capital outlays and other debt service | 49,789 | 21,576 | 11,222 | 104,924 | 508,276 |
| Transfers to agencies | - | 92,770 | - | | |
| Other disbursements | - | - | - | | |
| Total expenditures | 9,385,503 | 8,794,003 | 8,803,727 | 9,195,793 | 7,091,736 |
| Adjusted revenues less expenditures | (42,933) | (506,261) | (593,783) | (182,270) | - |
| Ending cash balance | $ (0) | $ (506,261) | $ (1,100,044) | $ (1,282,314) | $ (1,282,314) |

(p) Preliminary.
(e) Estimated.
(b) Budget, as proposed.

(1) Excludes transfers by the Commonwealth to the Conservation Trust Fund and amounts deposited by the Secretary of the Treasury into a separate account for the promotion of Puerto Rico rums in foreign markets.
(2) Consists of net revenues from the General Fund's non-budgetary funds plus a reserve for future tax refunds reduced by estimated tax refunds.
(3) Consists of amounts to pay principal of and interest on general obligation bonds and notes of the Commonwealth. Does not include amounts deposited directly into the Redemption Fund from non-General Fund revenues.
(4) Consists of proceeds of borrowings from GDB and a syndicate of commercial banks, and proceeds from Commonwealth's Tax and Revenue Anticipation Notes.
(5) Consists of repayments of borrowings from GDB and a syndicate of commercial banks, and repayments of Commonwealth's Tax and Revenue Anticipation Notes.
(6) Includes proceeds of $100 million generated by the issuance of the Commonwealth's Public Improvement Refunding Bonds, Series 2006 A, which were privately placed.
(7) Includes $50 million from the Emergency Fund used for operating expenses.
(8) Includes $147 million related to the sale of properties.
(9) Includes $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables, $750 million borrowed by COFINA and transferred to the Commonwealth, and $169 million transferred to the Commonwealth from the sale of securities in PRIFA's Corpus Account.
(10) Estimated $57.6 million in interest expense related to the Commonwealth's Tax and Revenue Anticipation Notes was included in the 2010 operational budget.

*Source:* Department of the Treasury

I-73

*Projected Fiscal Year 2010 Compared to Estimated Fiscal Year 2009*

It is projected that General Fund total revenues for fiscal year 2010 will be $7.670 billion, representing an increase of $70 million, or less than 1%, from estimated fiscal year 2009 revenues. The major changes in revenues from fiscal year 2009 are expected to be a projected decrease in the sales and use tax received by the General Fund of $305 million (due to the increased allocation of this tax to COFINA), partly offset by a projected increase in property taxes and excise taxes on cigarettes and alcoholic beverages of approximately $230 million and $50 million, respectively, as a result of the increases in tax revenues imposed under Act 7.

Proposed General Fund expenditures for fiscal year 2010 total $7.670 billion, which is $1.814 billion or 19% lower than the $9.484 billion budgeted for fiscal year 2009. This amount does not include an additional estimated $2.5 billion in expenses to be paid from a Stabilization Fund to be funded from proceeds of COFINA bond issues. These additional expenses, which are included in the consolidated budget of the Commonwealth, include $1 billion of expenses related to the implementation of the payroll reduction plan under Act 7, $1 billion in expenses which will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years as a result of the expense reduction plan under Act 7, and a resulting $500 million of expenses constituting a structural deficit for fiscal year 2010.

*Estimated Fiscal Year 2009 Compared to Fiscal Year 2008*

Total estimated General Fund revenues for fiscal year 2009 are $7.6 billion, representing a decrease of $594.7 million, or 7.3%, from preliminary fiscal year 2008 revenues. The major changes from fiscal year 2008 are expected to be: (i) decreases in income taxes from individuals of $238.2 million and in corporate income taxes of $153.5 million, (ii) a decrease of $196.9 million in income taxes withheld from non-residents, (iii) a decrease of $33.6 in excise taxes, (iv) a decrease of $41.9 million in miscellaneous non-tax revenues, and (v) an increase of $58 million in the sales and use tax revenues. The estimated decrease in revenues for fiscal year 2009 reflects the acceleration of the economic recession during this fiscal year.

Total estimated General Fund expenditures for fiscal year 2009 are $9.484 billion, which represents an increase of $257 million over the original budget for 2008 and an increase of $477 million over the expenditures for 2008.

The approximately $1.884 billion difference between estimated General Fund revenues and estimated General Fund expenditures for fiscal year 2009 was covered principally by a $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables, a transfer of $750 million from COFINA to the Commonwealth, and a transfer of $169 million to the Commonwealth from the sale of securities in PRIFA's Corpus Account.

In addition, during the government transition process, the administration identified additional expenses of $1.349 billion that were not included in the fiscal year 2009 budget. These additional expenses are not included in the General Fund revenues and expenditures table above. These expenses will be budgeted and paid by the Commonwealth in subsequent fiscal years.

I-74

PR-CCD-0005266

*Fiscal Year 2008 Compared to Fiscal Year 2007*

Preliminary total General Fund revenues for fiscal year 2008 were $8.195 billion, representing a decrease of $399 million, or 4.6%, from actual revenues for fiscal year 2007 (excluding the collection of $269 million from special temporary tax measures in fiscal year 2007). The major changes from fiscal year 2007 were: (i) decreases in income taxes from individuals of $278 million and in corporate income taxes of $437 million, (ii) a decrease of $259 million in excise taxes, and (iii) an increase of $270 million in the sales and use tax revenues, which was only in effect for seven and a half months of fiscal year 2007. The decrease in 2008 revenues was principally due to the ongoing economic recession and high oil prices, which directly affected income and excise tax collections.

Preliminary total General Fund expenses for fiscal year 2008 amounted to $9.007 billion, which is composed of $8.804 billion of operational expenses and $203 million transferred to the redemption fund. The difference between preliminary revenues and expenses for fiscal year 2008 of $812 million was covered principally by cash-management procedures such as delaying payments to certain vendors and a GDB loan of $190 million.

*Fiscal Year 2007 Compared to Fiscal Year 2006*

General Fund total revenues for the fiscal year 2007 were $8.862 billion, an increase of $221 million, or 2.5%, from fiscal year 2006. This amount includes (i) $5.074 billion in individual and corporate income taxes, (ii) $934 million in non-resident withholding taxes, (iii) $1.122 billion in excise taxes, (iv) $583 million of sales and use tax revenues, and (v) $269 million from special temporary tax measures. A decrease of $521 million in excise taxes was offset by revenues from the sales and use tax, as the repeal of the general excise tax on imported goods and goods manufactured in Puerto Rico was replaced with the sales and use tax commencing on November 15, 2006.

General Fund expenses for fiscal year 2007 were $9.306 billion. This amount does not include $522 million of debt service payments on a portion of the Commonwealth's outstanding appropriation debt, which debt service was excluded from the budget based on the provisions of Act 91, which created the Dedicated Sales Tax Fund to service in part the repayment of such appropriation debt.

The difference between revenues and expenses for fiscal year 2007 of $444 million was covered by a $240 million transfer of funds from GDB that was originally set aside from General Fund appropriations to cover a portion of debt service payments on the Commonwealth's appropriation debt, which set-aside was no longer needed on account of the passage of Act 91. The remaining shortfall was covered principally by cash-management procedures such as delaying payments to certain vendors (carrying over into fiscal year 2008).

**Major Sources of General Fund Revenues**

*Income Taxes*

The Commonwealth's income tax law, the Internal Revenue Code of 1994, as amended (the "PR Code"), imposes a tax on the income of individual residents of Puerto Rico, trusts,

I-75

PR-CCD-0005267

estates, and domestic and foreign (if engaged in a trade or business in Puerto Rico) corporations and partnerships at graduated rates. A flat tax is imposed on certain payments made to non-residents of Puerto Rico, which is collected through an income tax withholding.

*Individuals.* Resident individuals are subject to tax on their taxable income from all sources. The PR Code has four tax brackets for individuals with tax rates of 7%, 14%, 25%, and 33%. Dividend income from Puerto Rico corporations and certain qualifying foreign corporations is taxed at an income tax rate of 10%.

Gain realized from the sale or exchange of a capital asset by resident individuals, if held for more than six months, is taxed at an income tax rate of 10%.

Interest income in excess of $2,000 on deposit with Puerto Rico financial institutions is taxed at an income tax rate of 10%; the first $2,000 of interest income from such institutions is exempt from taxation. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to resident individuals, trusts, estates, corporations and partnerships qualifies for an income tax rate of 10%.

*Corporations and Partnerships.* Puerto Rico corporations and partnerships are subject to tax on income from all sources; foreign corporations and partnerships that are engaged in a trade or business in Puerto Rico are subject to tax on their income from Puerto Rico sources and on income from sources outside Puerto Rico that is effectively connected with the conduct of their trade or business in Puerto Rico. Unless a corporation or partnership qualifies for partial exemption from corporate income and other taxes under the industrial incentives program (see "Tax Incentives" under "The Economy" above), it is subject to tax at graduated rates.

In general, the PR Code provides for six income tax brackets for corporations and partnerships, with the highest rate (39%) applicable to net taxable income in excess of $300,000. Gains realized from the sale or exchange of a capital asset, if held for more than six months, are taxed at a maximum regular income tax rate of 15%. Dividends received by Puerto Rico corporations and partnerships from foreign corporations and partnerships engaged in trade or business in Puerto Rico are subject to general income tax rates. A dividends received credit may be available when the corporation or partnership making the distribution is organized in Puerto Rico. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to corporations and partnerships qualifies for a special rate of 10%.

In general, corporations and partnerships operating under a new grant of tax exemption issued under the Economic Incentives Act are subject to a maximum income tax rate of 4% during their basic exemption period. Corporations and partnerships covered by the Tourism Incentives Act are subject to a maximum tax rate of 42% on their taxable income after applying the 90% exemption granted under the Tourism Incentives Act, which results in a maximum effective tax rate of 4.2% on their net tourism development income. The PR Code also provides for an alternative minimum tax of 22%.

The PR Code generally imposes a branch profits tax on resident foreign corporations whose gross income qualifies as income effectively connected with a Puerto Rico trade or

I-76

business. The branch profits tax is 10% of an annual dividend equivalent amount, and it applies without regard to the Puerto Rico source of income rules.

Interest from Puerto Rico sources paid to non-resident non-affiliated corporate recipients is not subject to any income or withholding tax. Interest paid to certain related non-resident recipients is subject to a withholding tax of 29%. Dividends paid to non-resident corporate recipients are subject to a withholding tax of 10%. Dividends distributed by corporations operating under new grants of tax exemption issued under the Economic Incentives Act are not subject to Puerto Rico income tax. However, royalty payments made by such corporations to non-resident recipients are subject to an income tax withholding of 2% or 12%, depending on certain elections made by the grantee.

Subject to certain exceptions, payments in excess of $1,500 during a calendar year made by the Commonwealth and persons engaged in a trade or business in Puerto Rico in consideration of the receipt of services rendered in Puerto Rico are subject to a 7% income tax withholding.

*Act 7.* Act 7, which was enacted on March 9, 2009 as part of the new administration's Fiscal Plan, seeks, among other things, to increase the tax revenues of the Puerto Rico government by imposing certain permanent and temporary tax increases.

With respect to income taxes, Act 7 includes the following temporary measures that are applicable for taxable years commenced after December 31, 2008 and before January 1, 2012:

(i)      taxable corporations and individuals whose adjusted gross income equal or exceeds $100,000 (for single individuals) or $150,000 (in the case of married persons filing jointly) would be subject to a surtax of 5% on their total tax liability;

(ii)      international banking entities that do not operate as bank units will be subject to a 5% income tax on their entire net income computed in accordance with the PR Code (international banking entities operating as bank units will be subject to this 5% tax on their net income that does not constitute excess net income);

(iii)      credit unions, their subsidiaries, and affiliates will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7);

(iv)      the Cooperative Bank, its subsidiaries, and affiliates will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7);

(v)      insurance cooperatives will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7); and

PR-CCD-0005269

(vi)  international insurers and holding companies of international insurers will be subject to a 5% tax on their net income (these entities were totally exempt before the enactment of Act 7).

Act 7 also provides as a permanent measure a change in the method of computing the net income subject to alternative minimum tax ("AMT") in the case of individuals by including in the computation various categories of exempt income and income subject to preferential tax rates under the PR Code, such as: (a) dividends distributed by companies covered under the Economic Incentives Act, the 1998 Tax Incentives Act, and the Tourism Incentives Act; (b) long-term capital gains, which enjoy a preferential tax rate of 10% under the PR Code; (c) dividends that are taxable at the rate of 10% under the PR Code; (d) interest on bank deposits and individual retirement accounts subject to the special 10% and 17% preferential income tax rates, respectively; and (e) interest from notes or bonds eligible for the special 10% tax rate provided by the PR Code.

Another change introduced by Act 7 is an adjustment to the calculation of the net income subject to the AMT in the case of entities taxed as corporations that denies a deduction for expenses paid or accrued for services rendered outside of Puerto Rico. Lastly, different income tax credits awarded to investors under certain special laws for activities such as revitalization of urban centers, venture capital, solid waste, housing infrastructure, and rehabilitation of social-interest housing, among others, may not be claimed or granted for taxable years commenced after December 31, 2008 and before January 1, 2012. However, tax credits associated to manufacturing, tourism, and cinematographic projects are not affected by Act 7.

*Sales and Use Taxes*

Act No. 117 of July 4, 2006 ("Act 117") amended the PR Code to provide, among other things, for a general sales and use tax of 5.5% to be imposed by the central government (the "Commonwealth Sales Tax"). Act 117 also authorized each municipal government to impose a municipal sales and use tax of 1.5% (the "Municipal Sales Tax" and, together with the Commonwealth Sales Tax, the "Sales Tax"). In general, the Municipal Sales Tax has the same tax base, exemptions (except for unprocessed foods) and limitations as those provided for the Commonwealth Sales Tax. Act 117 also provides certain income tax reductions to address the regressive effect of the Sales Tax on taxpayers in lower income tax brackets.

The Sales Tax is imposed on the sale, use, consumption and storage of taxable items, which include tangible personal property, taxable services, admission rights and certain other types of transactions covering separable and identifiable taxable items which are sold for a single price, subject to certain exceptions and limitations. The Sales Tax does not apply to, among other things: (i) motor vehicles, (ii) non-prepared food, (iii) healthcare services and prescription medicines, (iv) certain bakery goods, (v) crude oil and its derivatives, including gasoline, (vi) hotel room charges, (vii) financial services, (viii) services provided by the Commonwealth, including electricity and water, and (ix) local sales of goods to be used as content in a manufactured good, whether or not bound for export.

Act 117 also repealed the 5% general excise tax imposed on imported goods and the 3.6% general excise tax imposed on goods manufactured in Puerto Rico. Other items, such as

PR-CCD-0005270

fuel, crude oil and petroleum products, and vehicles, however, remain subject to the excise tax previously applicable to such items, and are not subject to the Sales Tax.

The Sales Tax became effective on November 15, 2006 and the effective date of the repeal of the 5% general excise tax was October 16, 2006. Municipalities were authorized to implement the Municipal Sales Tax starting on July 1, 2006. As stated earlier, the revenues derived from the Sales Tax are distributed as follows: 5.5% goes to the central government and 1.5% to Puerto Rico's municipalities. A portion of the 5.5% Commonwealth Sales Tax is transferred to the Dedicated Sales Tax Fund, created by Act 91, as amended (effective July 1, 2009, one-half of the Commonwealth Sales Tax, which is the equivalent of a 2.75% tax, will go to the Dedicated Sales Tax Fund), with the balance of the Commonwealth Sales Tax going to the General Fund. The 1.5% Municipal Sales Tax is divided as follows: (i) a 1% tax goes to the municipalities, and (ii) a 0.5% tax goes to the Municipal Improvements Fund. The increase in revenues generated by the Sales Tax has been partly offset by the elimination of the 5% general excise tax and the effect of the income tax reduction measures included in Act 117.

For fiscal year 2008, each percentage point of the Sales Tax generated annually approximately $202 million of gross revenues. The Sales Tax generated total annual gross revenues for the General Fund of approximately $853 million for fiscal year 2008.

Act 7 amended various provisions of the Sales Tax to streamline collection efforts and reduce tax evasion. Most significantly, a so-called reseller's exemption to the Sales Tax was eliminated, and a credit for Sales Taxes paid was substituted therefor. This measure is expected to increase Sales Tax collections at higher levels of the trade chain, and provide an incentive for compliance with the Sales Tax at the lower levels (via the credit). However, under proposed legislation being considered by the Legislature, the reseller's exemption will be reestablished for businesses with gross sales of $500,000 or more and other businesses will also be able to request the exemption from Treasury, subject to compliance with certain requirements to be prescribed in Treasury's regulations.

*Excise Taxes*

The PR Code imposes an excise tax on certain articles and commodities, such as cigarettes, alcohol, sugar, cement, motor vehicles and certain petroleum products, which are taxed at different rates.

Under Act 7, the excise tax was increased on certain articles (cigarettes and certain alcoholic beverages) and was expanded with respect to others (motor vehicles). With respect to cigarettes, the increase was approximately 81% per taxable unit. For certain alcoholic beverages, the increase ranges between $0.30 and $0.70 per standard gallon. In the case of motor vehicles, motorcycles and "scooters," which used to be subject to the Sales Tax, will now be taxable as motor vehicles.

*Other Taxes and Revenues*

Motor vehicle license plate and registration fees comprise the major portion of license tax receipts.

PR-CCD-0005271

Non-tax revenues consist principally of lottery proceeds, documentary stamps, permits, fees and forfeits, proceeds of land sales and receipts from public corporations in lieu of taxes.

*Revenues from Non-Commonwealth Sources*

Revenues from non-Commonwealth sources include customs duties collected in Puerto Rico and excise taxes on shipments of rum from the island to the United States mainland. The customs duties and excise taxes on shipments are imposed and collected by the United States and returned to the Commonwealth. The excise tax on shipments of rum from Puerto Rico and other rum producing countries is $13.50 per gallon. Of this amount, the lesser of $13.25 per proof gallon and the actual excise tax imposed is currently returned to the Commonwealth.

*Property Taxes*

Personal property, which accounts for approximately 46% of total collections of taxable property, is self-assessed. Real property taxes are assessed based on 1958 property values. No real property reassessment has been made since 1958, and construction taking place after that year has been assessed on the basis of what the value of the property would have been in 1958. Accordingly, the overall assessed valuation of real property for taxation purposes is substantially lower than the actual market value. Also, an exemption on the first $15,000 of assessed valuation in owner-occupied residences is available.

Property taxes are assessed, determined and collected for the benefit of the municipalities by the Municipal Revenues Collection Center ("CRIM"), a government instrumentality of the Commonwealth. However, 1.03% of the property tax based on the assessed value of all property (other than exempted property) is used for purposes of paying the Commonwealth's general obligation debt and is deposited in the Commonwealth's Redemption Fund.

One of the amendments incorporated in Act 7 was that, for fiscal years 2010 through 2013, the appraisal values of real property in Puerto Rico were increased tenfold and the real personal property tax rates applicable to such values were reduced tenfold so as to offset any increased tax that would have otherwise been applicable due to the increase in appraisal values. This temporary amendment, which is expected to be revenue neutral, was intended to increase the borrowing capacity of Puerto Rico's municipalities.

Act 7 did impose, however, an additional real property tax on residential real properties with appraised values in excess of approximately $210,000 during fiscal years 2010, 2011, 2012 and 2013. The additional real property tax, to be collected by the Treasury, will be equal to 100% of the existing real property tax collected by CRIM over such properties.

The following table presents the assessed valuations and real and personal property taxes collected for fiscal years 2004 to 2008.

PR-CCD-0005272

**Commonwealth of Puerto Rico**
**Assessed Valuations and Real and Personal Property Taxes**
**(Commonwealth and Municipalities Combined)**
**(in thousands)**

| Fiscal Years Ended June 30, | Assessed Valuations[1] | Taxes Levied | Collections of Current Year | Collections of Previous Years | Total Collections[2] |
|---|---|---|---|---|---|
| 2004 | 23,841,557 | 874,294 | 706,677 | 79,772 | 786,449 |
| 2005 | 25,277,795 | 899,893 | 738,074 | 50,751 | 788,825 |
| 2006 | 25,606,121 | 925,618 | 801,497 | 70,908 | 872,405 |
| 2007 | 26,898,519 | 982,400 | 813,700 | 79,720 | 893,420 |
| 2008* | 27,941,285 | 1,031,277 | 788,364 | 119,062 | 907,426 |

(1) Valuation set as of July 1 of each fiscal year.

(2) During fiscal year 2004 a property tax amnesty was approved by the Legislative Assembly and implemented by CRIM. In addition to the amounts shown, under the amnesty program a total of $105.3 million was collected in fiscal year 2004 and $21.1 million in fiscal year 2005.

\* Valuations and taxes levied as of December 31, 2008.

*Source: Municipal Revenues Collection Center.*

## Measures to Increase Collections of Income, Sales, and Excise Taxes

Treasury has elaborated a strategic plan designed to improve tax collections. The plan includes initiatives to foster tax compliance, implement effective enforcement measures, and attack tax evasion. To promote taxpayers' compliance, Treasury has liberalized the procedures to enter into payment plans, offers-in-compromise agreements, and encourage voluntary disclosures agreements.

In addition, Treasury has developed initiatives focused on effective enforcement methods, such as improving the efficiency of its audit selection process, the creation of technological solutions to improve collections, and the establishment of cooperation agreements with federal and local governmental agencies. Treasury is also integrating its databases and establishing a tax intelligence project to identify tax evasion and improve its audit selection process. Moreover, the amendments to the sales and use tax legislation, previously discussed, are designed to improve the collection efficiency of the system, by reducing the amount of taxpayers entitled to a resale exemption certificate and providing a credit in lieu of such resale exemption.

## Transfers to General Obligation Redemption Fund

These consist of transfers from the General Fund to the Redemption Fund for the amortization of the principal of and interest on general obligation bonds and notes of the Commonwealth.

PR-CCD-0005273

**Components of General Fund Expenditures**

*Grants and Subsidies*

This category includes grants and contributions to municipalities, public corporations with independent treasuries, and charitable institutions. It also includes items for or included in court awards, damage awards for personal injury or property damage, and payment of taxes and payments in lieu of taxes.

*Personal Services*

This category includes compensation paid for personal services rendered to the Commonwealth and its public instrumentalities by individuals or firms in the form of salaries, wages, *per diems*, fees, commissions, or other forms of compensation.

*Other Services*

This category includes compensation for services other than the services referred to above, including advertising, printing, communications, legal expenses, utilities, building and equipment rental and maintenance expenses, insurance premiums and miscellaneous services.

*Materials and Supplies*

This category includes all articles that ordinarily have a short life and durability, lose their characteristic identity in the process of use, have only nominal value ($25 or less), or are not otherwise chargeable as equipment.

*Equipment Purchases*

This category includes items that have three special characteristics distinguishing them from materials: durability, long useful life, and high unit cost. In addition, these items are subject to centralized inventory control as fixed assets.

*Capital Outlays and Other Debt Service*

Capital outlays are made primarily for land acquisition or interests in land, construction of buildings, roads, bridges and other structures, and permanent improvements and additions. Other debt service includes payments on notes held by GDB to be paid from the General Fund and payments for the amortization of the principal of and interest on non-general obligation debt payable from Commonwealth appropriations.

*Transfers to Agencies*

These transfers include the repayment of loans and advances to other funds, certain refunds, advances from other funds and other receipts, repayment of advances from other funds, grants and contributions to other funds under the custody of the Secretary of the Treasury and other items. The major portion of grants and contributions in recent fiscal years has consisted of transfers to cover the costs of health reform and advances to the municipalities.

I-82

PR-CCD-0005274

*Other Expenditures*

This category represents recurring General Fund expenditures not appropriately attributable to other expenditure line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law.

**Federal Grants**

Puerto Rico receives grants under numerous federal programs. Federal grants to the agencies and instrumentalities of the Commonwealth government are estimated to be $5.750 billion for fiscal year 2010, an increase of $1.097 billion, or 23.5%, from fiscal year 2009. The following table presents revenues from federal grants by broad program areas, which are accounted in the central accounting system of the Treasury. The figures for fiscal years 2006 through 2008 are actual figures. The figures for fiscal year 2009 are estimates based on the information submitted by each agency to OMB, and the figures for fiscal year 2010 are the amounts included in the recommended budget.

Puerto Rico expects to receive approximately $5 billion in stimulus funds from ARRA, of which $229.6 million and $1.332 billion are expected to be received by the government during fiscal years 2009 and 2010, respectively. Such amounts are reflected in the table below.

**The Commonwealth of Puerto Rico**
**Federal Grants\***
**(in thousands)**

| | __2006__ | __2007__ | __2008__ | __2009__[1] | __2010__[2] |
|---|---|---|---|---|---|
| Education | $1,004,138 | $ 986,574 | $ 992,087 | $1,050,756 | $1,789,484 |
| Social Services | 1,888,150 | 1,923,845 | 2,054,897 | 2,206,944 | 2,452,216 |
| Health | 432,868 | 436,892 | 465,466 | 539,633 | 545,405 |
| Labor and Human Resources[3] | 197,296 | 183,228 | 140,186 | 216,809 | 224,302 |
| Crime | 41,461 | 29,631 | 20,319 | 28,394 | 58,158 |
| Housing[4] | 371,104 | 375,581 | 363,589 | 490,852 | 504,955 |
| Drug and Justice | 36,979 | 35,321 | 19,394 | 37,164 | 46,200 |
| Agriculture and Natural Resources | 11,402 | 12,484 | 11,054 | 17,867 | 45,198 |
| Contributions to Municipalities | 53,744 | 48,531 | 49,543 | 48,414 | 60,495 |
| Other | 18,251 | 17,095 | 15,782 | 16,422 | 23,760 |
| TOTAL | $4,055,393 | $4,049,182 | $4,132,317 | $4,653,255 | $5,750,173 |

\* *Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.*

---

(1) Approved budget.
(2) Estimated.
(3) Amounts include grants to the Right to Work Administration and the Occupational Development and Human Resources Council.
(4) Amounts include grants to the Public Housing Administration.

*Source: Office of Management and Budget*

I-83

## BUDGET OF THE COMMONWEALTH OF PUERTO RICO

### Office of Management and Budget

OMB's predominant mission is to assist the Governor in overseeing the preparation of the budget of the Commonwealth and supervise its administration in the agencies of the Executive Branch. In helping to formulate the Governor's budget, OMB evaluates the effectiveness of agency programs, policies, and procedures, assesses competing funding demands among agencies, and sets funding priorities.

In addition, OMB oversees and coordinates the administration's initiatives in financial management, information technology, general management and organizational structure, and supervises the agencies' compliance with the Governor's program and regulatory policies. In each of these areas, OMB's role is to help improve administrative management, develop better performance measures and coordinating mechanisms, and promote efficiency in the use of public funds.

### Budgetary Process

The fiscal year of the Commonwealth begins each July 1. The Governor is constitutionally required to submit to the Legislative Assembly an annual balanced budget of revenues, capital improvements, and operating expenses of the central government for the ensuing fiscal year. The annual budget is prepared by OMB, in coordination with the Planning Board, the Treasury, and other government offices and agencies. Section 7 of Article VI of the Constitution provides that "The appropriations made for any fiscal year shall not exceed the total revenues, including available surplus, estimated for said fiscal year unless the imposition of taxes sufficient to cover said appropriations is provided by law."

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenues and other resources for the ensuing fiscal year under (i) laws existing at the time the budget is submitted, and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year investment plan prepared by the Planning Board.

The Legislative Assembly may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes to cover such deficit. Upon passage by the Legislative Assembly, the budget is referred to the Governor, who may decrease or eliminate any item but may not increase or insert any new item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislative Assembly with the Governor's objections. The Legislative Assembly, by a two-thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the commencement of a fiscal year, the budget for such fiscal year shall be the annual budget for the preceding fiscal year as originally approved by the Legislative Assembly and the Governor until a new budget is approved. This permits the Commonwealth to continue making payments of its operating and other expenses until a new budget is approved.

I-84

PR-CCD-0005276

**Financial Control and Adjustment Procedures**

Revenue estimates for budgetary purposes are prepared by the Treasury, except for estimates of federal grants, which are prepared by OMB based on information received from the various departments and other recipients of such grants. Revenue and federal grant estimates are under continuous review and, if necessary, are revised at least quarterly during the fiscal year. Fiscal control over expenditures is exercised by the Governor, through the Director of OMB, and the Secretary of the Treasury.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislative Assembly a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislative Assembly for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority; first, the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); second, the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and good faith of the Commonwealth; third, current expenditures in the areas of health, protection of persons and property, education, welfare, and retirement systems; and fourth, all other purposes.

A Budgetary Fund was created by Act No. 147 of June 18, 1980, as amended (the "Budgetary Fund"), to cover the appropriations approved in any fiscal year in which the revenues available for such fiscal year are insufficient, to secure the payment of public debt, and to provide for unforeseen circumstances in the provision of public service. An amount equal to one percent of the General Fund net revenues of the preceding fiscal year is required to be deposited annually into the Fund. In addition, other income (not classified as revenues) that is not assigned by law to a specific purpose is also required to be deposited in the Budgetary Fund. The maximum balance of the Budgetary Fund may not exceed 6% of the total appropriations included in the budget for the preceding fiscal year. During the last two fiscal years, the Legislative Assembly approved joint resolutions to halt temporarily the deposit of funds into the Budgetary Fund, and such funds were used instead to cover the budgetary deficits. As of April 30, 2009, the balance in the Budgetary Fund was $0.

An Emergency Fund was created by Act No. 91 of June 21, 1966, as amended (the "Emergency Fund"), to cover unexpected public needs caused by calamities, such as wars, hurricanes, earthquakes, droughts, floods and plagues, and to protect people's lives and property and the public sector credit. The Emergency Fund is capitalized annually with an amount totaling no less than one percent of the General Fund net revenues of the preceding fiscal year. Act No. 91 was amended in 2003 to set an upper limit to the Emergency Fund of $150 million at the beginning of the fiscal year and was further amended in 2005 to authorize the disbursement of funds from the Emergency Fund to cover certain General Fund expenditures and operational costs of the State Emergency Management Agency. The 2005 amendment also authorizes GDB to lend to the Commonwealth up to $150 million to replenish the Emergency Fund to provide funding for emergency and disaster needs. As of April 30, 2009, the balance in the Emergency

PR-CCD-0005277

Fund was $3.6 million and $31.9 million is still available to be borrowed from GDB pursuant to said 2005 amendment.

**Appropriations**

Appropriations in the central government budget of Puerto Rico consist of the following:

(i)     General Fund appropriations for recurring ordinary operating expenses of the central government and of the Legislative Assembly are made by a single annual law known as the Joint Resolution of the General Budget.

(ii)    General Fund appropriations for special operating expenses, for contributions to municipalities, the University of Puerto Rico and the Judicial Branch and for capital expenditures are authorized by separate law for one or more years for special programs or activities, which may be permanent or transitory.

(iii)   Disbursements of Special Funds for operating purposes and for capital improvements. For the most part, such disbursements do not require annual legislative authorization, because they are authorized by previous legislation or by the United States Congress. Federal grants constitute the major part of the resources of the Special Funds.

(iv)   Bond Fund appropriations for capital expenditures financed by bonds. Such expenditures occur in one or more years.

In Puerto Rico, the central government performs many functions, which in the fifty states are the responsibility of local governments, such as providing public education, police and fire protection. The central government also provides significant annual grants to the University of Puerto Rico and to the municipalities. In addition, the Commonwealth appropriates annually to the Judicial Branch an amount equal to 4% of the average annual revenue from internal sources for each of the two preceding fiscal years. This percentage may be increased upon review, with scheduled reviews every five years.

For each of fiscal years 2008 and 2009, approximately 23% of the General Fund was committed to the payment of fixed charges such as municipal subsidies, grants to the University of Puerto Rico, mandated funding for the Judicial Branch, rent payments to the Public Buildings Authority, and debt service on the direct debt of the Commonwealth. This proportion will increase to 36% in fiscal year 2010 since the Government of Puerto Rico is pledging additional resources to cover outstanding debts.

For fiscal years 2008 and 2009, over 60% of the controllable funds portion of the General Fund was committed for the payment of the central government payroll (not including the University of Puerto Rico and the Judicial Branch). Commencing with fiscal year 2010, the Commonwealth expects to reduce this proportion to 46% due mainly to the savings in operational expenses of $2.0 billion expected from the implementation of the Fiscal Plan. The following table shows a breakdown between controllable and non-controllable General Fund expenses.

I-86

PR-CCD-0005278

## General Fund Expenses Breakdown
### (in millions)

| | 2008 | 2009* | 2010+ |
|---|---|---|---|
| **Non-Controllable Expenses** | | | |
| Mandated Expenses (Formula) | | | |
| Contributions to Municipalities | $ 350 | $ 368 | $ 308 |
| University of Puerto Rico | 808 | 835 | 729 |
| Judicial Branch | 323 | 348 | 348 |
| Rent Payments to Public Buildings Authority | 259 | 206 | 312 |
| General Obligation Debt Service | 203 | 288 | 521 |
| Other Debt Service | 103 | 105 | 566 |
| Total of Non-Controllable Expenses | $ 2,046 | $ 2,150 | $ 2,784 |
| Percent of Total General Fund Expenses | 23% | 23% | 36% |
| | | | |
| **Controllable Expenses** | $ 7,041 | $ 7,334 | $ 4,903 |
| Payroll and Related Costs[1] | 4,244 | 4,695 | 2,260 |
| Payroll as a Percentage of Controllable Expenses | 60% | 64% | 46% |
| | | | |
| **Total General Fund Expenses** | $ 9,087 | $ 9,484 | $ 7,670 |

---

\* Estimated.
+ Projected.
(1) Excludes University of Puerto Rico and Judicial Branch.

*Source: Office of Management and Budget*

## Projected Budget for Fiscal Year 2010

On April 29, 2009, the Governor of Puerto Rico submitted a proposed budget for fiscal year 2010 to the Legislative Assembly. The administration expects the budget to be approved before June 30, 2009. The following table presents a summary of the Commonwealth's central government proposed budget for fiscal year 2010.

I-87

PR-CCD-0005279

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2010**
**(in thousands)\***

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ 230,000 | $ - | $ 121,585 | $ 351,585 |
| Personal income taxes | 2,614,000 | - | - | 2,614,000 |
| Retained non-resident income tax | 836,000 | - | - | 836,000 |
| Corporate income taxes | 1,541,000 | - | - | 1,541,000 |
| Partnership income taxes | 2,000 | - | - | 2,000 |
| Tollgate taxes | 5,000 | - | - | 5,000 |
| 17% withholding tax on interest | 11,000 | - | - | 11,000 |
| 10% withholding tax on dividends | 49,000 | - | - | 49,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 606,000 | - | - | 606,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 288,000 | - | - | 288,000 |
| Motor vehicles and accessories | 334,000 | - | - | 334,000 |
| Cigarettes | 163,000 | - | - | 163,000 |
| Other (excise taxes) | 89,000 | - | 670,082 | 759,082 |
| Licenses | 94,000 | - | - | 94,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 63,000 | - | - | 63,000 |
| Electronic lottery | 95,000 | - | - | 95,000 |
| Registration and document certification fees | 143,000 | - | - | 143,000 |
| Other | 143,000 | - | 331,308 | 474,308 |
| Total revenues from internal sources | 7,311,000 | - | 1,122,975 | 8,433,975 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 356,000 | - | - | 356,000 |
| Federal grants[(1)] | 0 | - | 5,750,173 | 5,750,173 |
| Customs | 3,000 | - | - | 3,000 |
| Total revenues from non-Commonwealth sources | 359,000 | - | 5,750,173 | 6,109,173 |
| Total revenues | 7,670,000 | - | 6,873,148 | 14,543,148 |
| Other: | | | | |
| Balance from previous year | 0 | - | 556,629 | 556,629 |
| Bonds authorized | 0 | 0 | - | - |
| Total other sources | 0 | 0 | 556,629 | 556,629 |
| Total resources | 7,670,000 | 0 | 7,429,777 | 15,099,777 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 807,739 | - | 69,952 | 877,691 |
| Education | 2,907,209 | - | 2,045,171 | 4,952,380 |
| Health | 1,341,463 | - | 573,049 | 1,914,512 |
| Welfare | 239,678 | - | 2,808,173 | 3,047,851 |
| Economic development | 119,244 | - | 131,078 | 250,322 |
| Public safety and protection | 424,076 | - | 127,827 | 551,903 |
| Transportation and communication | 53,166 | - | 80,823 | 133,989 |
| Housing | 7,982 | - | 481,542 | 489,524 |
| Contributions to municipalities | 369,277 | - | 13,693 | 382,970 |
| Special pension contributions | 313,626 | - | 0 | 313,626 |
| Debt service | 520,600 | - | 121,585 | 642,185 |
| Other debt service (appropriations) | 565,940 | - | 609,000 | 1,174,940 |
| Total appropriations – current expenses | 7,670,000 | - | 7,061,893 | 14,731,893 |
| Capital improvements | 0 | - | 84,480 | 84,480 |
| Total appropriations | 7,670,000 | - | 7,146,373 | 14,816,373 |
| Year-end balance | 0 | - | 283,404 | 283,404 |
| Total appropriations and year-end balance | $ 7,670,000 | - | $ 7,429,777 | $15,099,777 |

\* Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.

*Sources: Department of the Treasury and Office of Management and Budget*

I-88

Projected revenues for fiscal year 2010 total $15.1 billion and projected General Fund Revenues total $7.7 billion. The major changes in general fund revenues are accounted mainly by increases in property taxes (up $230.6 million), corporate income tax (up $129 million), personal income taxes (up $59 million), and excise taxes on cigarettes and alcoholic beverages (up $50 million) and decreases in the sales and use tax (down $305 million, due principally to the increase in the portion of the tax transferred to COFINA), retained non-resident income tax (down $55 million), federal excise tax on offshore shipments (down $38 million), interest on dividends subject to tax (down $9 million), and excise tax on motor vehicles and accessories (down $5 million).

Estimated expenses for the central government of all budgetary funds total $14.8 billion, a decrease of $66.8 million from fiscal year 2009. The major changes in general fund expenditures by program in fiscal year 2010 are mainly due to increases in general obligation bonds debt service (up $232.6 million) and other debt service appropriations (up $450.9 million) and decreases in public safety and protection (down $1.273 billion), education (down $527.2 million), health (down $217.5 million), general government (down $88.1 million), welfare (down $255.5 million), economic development (down $61.2 million), transportation and communication (down $44.3 million), housing (down $21.2 million), and contributions to municipalities (down $9.1 million).

For fiscal year 2010, the government expects to incur an additional $2.5 billion in expenses, for a total of $10.1 billion in expenses. Approximately $2 billion of this amount is related to (i) transitory expenses related to the implementation of the expense-reduction measures in the Fiscal Plan ($1 billion) and (ii) additional expenses ($1 billion) which will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years as a result of the expense reduction plan being implemented under Act 7. This additional amount of expenses is included in the consolidated budget of the Commonwealth and expected to be covered from the proceeds of COFINA bond issues.

## Budget for Fiscal Year 2009

The consolidated budget for fiscal year 2009 totals $27.4 billion. Of this amount, $14.9 billion is assigned to the central government. This includes General Fund total resources and appropriations of $9.484 billion, which represents an increase of $396.5 million over approved expenditures for fiscal year 2008. The increase in expenditures is mainly due to University of Puerto Rico, judiciary, and municipal formula increases and salary increases mandated by law or collective bargaining agreements. Due to the fact that general elections were held in November 2008, which fell within fiscal year 2009, an additional $42.3 million was budgeted for the State Elections Commission.

The General Fund revenue projection for fiscal year 2009 was $8.488 billion, an increase of $235 million, or 2.8%, from estimated net revenues for fiscal year 2008 of $8.253 billion. The Commonwealth's budgeted expenditures for fiscal year 2009 of $9.484 billion exceed projected revenues of $8.488 billion by approximately $1 billion. The gap was covered by a $1.0 billion loan from GDB to the Commonwealth secured by certain tax receivables. This loan is expected to be repaid during fiscal year 2009 from COFINA bond issues.

I-89

PR-CCD-0005281

Estimated expenses and capital improvements of all budgetary funds for fiscal year 2009 total $14.9 billion, an increase of $713.8 million from fiscal year 2008. The major changes in General Fund expenditures by program in fiscal year 2009 are mainly due to increases in welfare (up $112.6 million), education (up $92.9 million), debt service on Commonwealth's general obligation and guaranteed debt (up $85.0 million), general government (up $75.1 million), health (up $46.3 million), special pension contribution (up $17.5 million), other debt service (up $12.1 million), contributions to municipalities (up $3.7 million), transportation and communication (up $2.1 million), public safety and protection (up $1.2 million), housing (up $0.6 million) and a decrease in economic development expenses of $28.5 million.

The following table presents a summary of the Commonwealth's central government budget appropriations for the fiscal year ending June 30, 2009.

PR-CCD-0005282

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2009**
**(in thousands)**[*]

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ - | $ - | $ 120,981 | $ 120,981 |
| Personal income taxes | 2,555,000 | - | - | 2,555,000 |
| Retained non-resident income tax | 891,000 | - | - | 891,000 |
| Corporate income taxes | 1,412,000 | - | - | 1,412,000 |
| Partnership income taxes | 3,000 | - | - | 3,000 |
| Tollgate taxes | 5,000 | - | - | 5,000 |
| 17% withholding tax on interest | 12,000 | - | - | 12,000 |
| 10% withholding tax on dividends | 57,000 | - | - | 57,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 911,000 | - | - | 911,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 282,000 | - | - | 282,000 |
| Motor vehicles and accessories | 339,000 | - | - | 339,000 |
| Cigarettes | 119,000 | - | - | 119,000 |
| Other (excise taxes) | 90,000 | - | 41,605 | 131,605 |
| Licenses | 94,000 | - | - | 94,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 59,000 | - | - | 59,000 |
| Electronic lottery | 89,000 | - | - | 89,000 |
| Registration and document certification fees | 137,000 | - | - | 137,000 |
| Other | 143,000 | - | 320,552 | 463,552 |
| Total revenues from internal sources | 7,203,000 | - | 483,138 | 7,686,138 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 394,000 | - | | 394,000 |
| Federal grants[(1)] | 0 | - | 4,653,255 | 4,653,255 |
| Customs | 3,000 | - | - | 3,000 |
| Total revenues from non-Commonwealth sources | 397,000 | - | 4,653,255 | 5,050,255 |
| Total revenues | 7,600,000 | - | 5,136,393 | 12,736,393 |
| Other: | | | | |
| Other Income | 1,000,000 | - | | 1,000,000 |
| Balance from previous year | 0 | - | 819,573 | 819,573 |
| Bonds authorized | 0 | - | - | 0 |
| Total other sources | 1,000,000 | - | 819,573 | 1,819,573 |
| Total resources | 8,600,000 | - | 5,955,966 | 14,555,966 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 896,345 | | 65,934 | 962,279 |
| Education | 3,434,366 | - | 1,277,693 | 4,712,059 |
| Health | 1,558,940 | - | 562,478 | 2,121,418 |
| Welfare | 495,172 | - | 2,550,514 | 3,045,686 |
| Economic development | 180,454 | - | 103,089 | 283,543 |
| Public safety and protection | 1,696,771 | - | 78,456 | 1,775,227 |
| Transportation and communication | 97,515 | - | 69,289 | 166,804 |
| Housing | 29,240 | - | 473,418 | 502,658 |
| Contributions to municipalities | 378,342 | - | 1,764 | 380,106 |
| Special pension contributions | 313,641 | - | 0 | 313,641 |
| Debt service | 288,000 | - | 120,981 | 408,981 |
| Other debt service (appropriations) | 115,006 | - | 0 | 115,006 |
| Total appropriations – current expenses | 9,483,792 | - | 5,303,616 | 14,787,408 |
| Capital improvements | 0 | - | 95,721 | 95,721 |
| Total appropriations | 9,483,792 | - | 5,399,337 | 14,883,129 |
| Year-end balance | (883,792) | - | 556,629 | (327,163) |
| Total appropriations and year-end balance | $8,600,000 | - | $ 5,955,966 | $14,555,966 |

[*] Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.

*Sources*: Department of the Treasury and Office of Management and Budget

I-91

PR-CCD-0005283

Given the expected reduction in revenues due to current economic conditions, the General Fund revenue projection for fiscal year 2009 was adjusted in January 2009 to $7.6 billion, a reduction of $884 million from the original budgeted revenues. For fiscal year 2009, in order to cover a budgetary imbalance between projected revenues of $8.5 billion and budgeted expenditures of $9.5 billion, the original budget included a $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables. In addition, non-budgeted expenses in the amount of $1.349 billion were identified in the government transition process. The projected revenue shortfall of $884 million, plus the $1 billion GDB financing and the additional non-budgeted expenditures of $1.349 billion result in an aggregate structural deficit for fiscal year 2009 of approximately $3.233 billion. These are preliminary figures and are subject to final revision by OMB.

The following table shows a breakdown of these non-budgeted expenses:

### Budgeted and Non-Budgeted Expenses for Fiscal Year 2009

|  | Fiscal Year 2009 Expenses (in millions) |
|---|---|
| Budgeted Expense Base | $ 9,484 |
| | |
| Non-Budgeted Expenses | |
| Public Health Plan and Education Department Deficit | 500 |
| Non-budgeted debt service of Public Improvement Fund payable to GDB | 175 |
| Non-budgeted debt service of other entities payable to GDB | 174 |
| Non-budgeted rent payable to PBA | 145 |
| Financing and collateral expenses related to swap transactions | 111 |
| Deficits attributed to other agencies | 88 |
| Non-budgeted utilities payments | 60 |
| Non-budgeted financing expenses related to TRANs | 54 |
| Interest payments for Treasury line of credit | 27 |
| Environmental Quality Board Early Retirement Plan without repayment source | 15 |
| Total of Non-Budgeted Expenses | $ 1,349 |
| | |
| **Total Expenses** | **$ 10,833** |

Act 7, in conjunction with Act 91 and Act 1, allocates to COFINA, commencing on July 1, 2009, a total of one-half of the 5.5% Commonwealth Sales Tax (the equivalent of a 2.75% tax), thus expanding COFINA's capacity to issue bonds. These laws allow for the use of these funds to cover operational expenses of the Commonwealth between fiscal years 2009 and 2012.

I-92

PR-CCD-0005284

During the second half of fiscal year 2009, the Governor of Puerto Rico has issued several Executive Orders to implement measures of austerity, fiscal control and expense reduction. Among these initiatives, the Governor ordered government agencies to reduce their operational costs by an amount equal to ten percent (10%) of half of their total budgeted expenses for fiscal year 2009, eliminate thirty percent (30%) of authorized government non-career positions, institute a hiring freeze of government employees, eliminate government credit cards, strictly control travel expenses, and impose limitations on the use of cellular phones and PDAs, agency vehicles, and electric power usage. These measures are currently being implemented by every agency and firmly monitored by OMB.

**Expense Reduction Plan to Achieve Fiscal Balance**

The Commonwealth's economic team is working together to enforce spending control measures that have been established to attempt to minimize the budget risk. Payroll expense reduction measures already implemented include: salary reduction of non-career employees and agency heads, salary freezes, ban of new positions, and the elimination of vacant positions. The executive and legislative branches also worked together to approve the legal framework for implementing the expense-reduction plan. As described above, Act 7 established a multiphase, mandatory expense-reduction program of $2 billion from the General Fund for fiscal year 2010. These expense-reduction measures are an important component of the Fiscal Plan and are expected to play a significant part in balancing the budget for subsequent fiscal years. Act 7 also provides for additional tax revenue generation and tax revenue enforcement measures and provides for a number of financial measures intended to eliminate the Commonwealth's recurring structural budget deficit on or before fiscal year 2013. See "Fiscal Stabilization and Economic Reconstruction — Fiscal Stabilization Plan" under *The Economy*.

OMB will also establish a "Continuous Government Reform Agenda" with the objective of reducing Government's size through the implementation of a zero-based budgeting approach for fiscal year 2010. OMB plans to review programs and activities with a "grassroots" approach, rank activities by priority and social impact, and find synergies and efficiencies between programs as the Government merges activities in order to eliminate duplicative efforts.

**Differences between Budget and Basic Financial Statements**

Revenues and expenditures, as reported by the Treasury in its Basic Financial Statements, may differ substantially from resources and appropriations in the annual budget for a number of reasons, including the following:

(i) The budgetary accounts are on a cash basis, while financial statements prepared by the Treasury include accruals and other adjustments as required by government accounting standards.

(ii) Expenditures for current purposes in a particular fiscal year may include amounts appropriated for earlier periods but not previously expended and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

(iii) Bonds are authorized by the Commonwealth in accordance with a four-year capital improvement program. Since bond sales are determined by bond market conditions and other

PR-CCD-0005285

factors, the amounts of bonds sold for these improvements are financed by advances from the General Fund to the Capital Projects Fund, which are later reimbursed from proceeds of bond or notes sales.

## LITIGATION

The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended ("Act 104"), persons are authorized to sue the Commonwealth only for causes of actions specified in said Act. The Commonwealth may be liable under Act 104 for damages up to a maximum amount of $75,000, or $150,000 if the suit involves actions for damages to more than one person or where a single injured party is entitled to several causes of action.

Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees, including directors of public corporations and government instrumentalities and mayors of the municipalities of the Commonwealth, with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the amount of the judgment that may be paid under the act in cases before federal court, but in all other cases the Puerto Rico Secretary of Justice may determine whether, and to what extent, the Commonwealth will assume payment of such judgment.

With respect to pending and threatened litigation, as of June 30, 2007, the Commonwealth has included in its financial statements reported liabilities of approximately $950 million for awarded and anticipated unfavorable judgments. While amounts claimed exceed $6 billion, such amount represents the amount estimated at the time as a probable liability or a liability with a fixed or expected due date, which would require future available financial resources for its payment. The Commonwealth believes that the ultimate liability in excess of amounts provided in the financial statements, if any, would not be significant.

On April 13, 2009, a group of government employees along with labor organizations that represent governmental employees filed a complaint in the U.S. District Court for the District of Puerto Rico against the Governor of Puerto Rico and several agency heads. In the Complaint, the plaintiffs seek, among other relief, an injunction to stop the Government of Puerto Rico from implementing the cost-cutting provisions of Act 7, described above in "Fiscal and Economic Reconstruction—Expense Reduction Measures" under "The Economy."

The main legal basis to seek the injunction is that the referenced Act 7 provisions allegedly violate United States and Puerto Rico law prohibitions on impairment of contracts and retroactive application of laws. Plaintiffs are seeking to have such provisions declared unconstitutional and thus legally unenforceable. The administration intends to defend vigorously the constitutionality of Act 7 and continues with its implementation.

The Commonwealth is a defendant in two lawsuits filed, one in Commonwealth court and one in the U.S. District Court for the District of Puerto Rico, by an association of primary care health centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health since 1997. In June 2004, the Superior Court of the

PR-CCD-0005286

Commonwealth in San Juan determined that the Commonwealth must return those funds. The Supreme Court of Puerto Rico, however, upheld a partial ruling allowing the Commonwealth to deduct from the payments due to the centers certain of the payments received by the centers from the federal government. Currently, audits are being carried out on the plaintiff centers. As of June 30, 2007, the Commonwealth has accrued $50 million for this legal contingency. With respect to the federal case, the Commonwealth disbursed approximately $18 million between April 2004 and January 2007 in compliance with a preliminary injunction issued by the U.S. District Court for the District of Puerto Rico.

The Commonwealth is also a defendant in a class action presented by parents of special-education students before Commonwealth courts alleging that the Puerto Rico Department of Education had failed to provide legally required special education and related services. In October 2006, the San Juan Court of Appeals decided in favor of the parents' request to include damage claims in the same class-action case, and the court may now award damages to the members of the class. When awarding damages, the court may consider the claims in groups or each case individually, and the parents must have proven the damages suffered. The Commonwealth plans to defend vigorously each case. As of June 30, 2007, the Commonwealth had accrued $450 million for this legal contingency.

In addition, the Commonwealth is a defendant in a lawsuit filed by a group of vehicle owners in Commonwealth courts, which suit questions the legitimacy of Act No. 42 of August 1, 2005, as amended ("Act 42"). Act 42 imposes additional annual motor-vehicle fees on all "luxury" motor vehicles that are used for private purposes. On March 15, 2007, the First Circuit Court of San Juan ruled against the Commonwealth and ordered the Commonwealth to return the funds collected. The Commonwealth appealed this decision to the Court of Appeals. On January 29, 2008, the Court of Appeals upheld the decision of the First Circuit Court of San Juan. The Supreme Court of Puerto Rico has granted the Commonwealth's application for certiorari and will hear an appeal of the decision of the Court of Appeals. As of June 30, 2007, the Commonwealth had accrued $450 million for this legal contingency

The Commonwealth and various component units are defendants in other lawsuits alleging violations of civil rights, breach of contract, and other damage claims. Preliminary hearings and discovery proceedings are in progress. The amounts claimed exceed $5 billion; however, the ultimate liability cannot be presently determined. It is the opinion of the Commonwealth that the claims are excessive. No provision for any liability that may result upon adjudication of these lawsuits has been recognized by the Commonwealth. The Commonwealth believes that the ultimate liability, if any, would not be significant.

PR-CCD-0005287

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005288

APPENDIX II

## PROPOSED FORM OF OPINION OF BOND COUNSEL

 GreenbergTraurig

[Closing Date]

Secretary of the Treasury of the
   Commonwealth of Puerto Rico
Department of the Treasury
San Juan, Puerto Rico

Re:   $372,685,000 Commonwealth of Puerto Rico Public Improvement Refunding Bonds,
       Series 2009 B (General Obligation Bonds)

Dear Mr. Secretary:

     We have acted as bond counsel to the Commonwealth of Puerto Rico in connection with
the issuance of the above-captioned bonds, dated the date of delivery thereof (the "Bonds"). In
such capacity we have examined Act No. 33 of the Legislature of Puerto Rico, approved
December 7, 1942, as amended (the "Act"), such other law and such certified proceedings and
other documents as we have deemed necessary to render this opinion, including a resolution
adopted by the Secretary of the Treasury of the Commonwealth of Puerto Rico (the "Secretary")
and approved by the Governor of the Commonwealth of Puerto Rico (the "Resolution"). We
also have examined one of the Bonds as executed and authenticated.

     The Bonds are issued pursuant to the Act and the Resolution. The Bonds mature on July
1 of the years and in such principal amounts and bearing interest at the rates, all as set forth in
the Resolution. The Bonds are issuable as registered Bonds without coupons in the manner and
in accordance with the terms and conditions of the Resolution.

     Regarding questions of fact material to our opinion, we have relied on representations of
the Secretary contained in the Resolution, and the certified proceedings and other certifications
of public officials and others furnished to us without undertaking to verify the same by
independent investigation.

     Based on the foregoing, we are of opinion that, under existing law:

1.     The Act is valid.

2.     Said proceedings have been validly and legally taken.

3.     The Act and such proceedings and certifications show lawful authority for the
issuance and sale of the Bonds, and the Bonds constitute valid and binding general obligations of
the Commonwealth of Puerto Rico for the payment of the principal of and the interest on the
Bonds, to which the good faith, credit and taxing power of the Commonwealth of Puerto Rico
are pledged.

GREENBERG TRAURIG, LLP • ATTORNEYS AT LAW • WWW.GTLAW.COM

One International Place • Boston, MA 02110 • Tel. 617.310.6000 • Fax 617.310.6001

Secretary of the Treasury of the
  Commonwealth of Puerto Rico
[Closing Date]
Page 2

     4.     Under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, (i) subject to compliance with the covenant referred to below and requirements of the Internal Revenue Code of 1986, as amended (the "Code"), and the Resolution regarding the use, expenditure and investment of Bond proceeds and the timely payment of certain investment earnings to the Treasury of the United States, if required, interest on the Bonds is not includable in gross income for federal income tax purposes, and (ii) the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico, and local income taxation.

     Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations. However, interest on the Bonds will be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. The Code contains other provisions that could result in tax consequences, upon which we express no opinion, as a result of (i) ownership of Bonds, or (ii) the inclusion in certain computations of interest that is excluded from gross income.

     The Commonwealth of Puerto Rico has covenanted to comply with the requirements of the Code, to the extent permitted by the Constitution and laws of the Commonwealth of Puerto Rico, so that interest on the Bonds will remain exempt from federal income taxes to which it is not subject on the date of issuance of the Bonds. We are not aware of any provisions of the Constitution or laws of the Commonwealth of Puerto Rico which would prevent the Commonwealth of Puerto Rico from complying with the requirements of the Code.

     The opinions expressed herein are for the benefit of the addressees only and may not be quoted, circulated, assigned or delivered to any other person or for any other purpose without our prior written consent. The opinions expressed herein are based on an analysis of existing laws, including regulations, rulings, official interpretations of law issued by the United States Internal Revenue Service, and court decisions on or prior to the date hereof. Such opinions may be adversely affected by actions taken or events occurring, including a change in law, regulation or ruling (or in the application or official interpretation of any law, regulation or ruling) after the date hereof. We have not undertaken to determine, or to inform any person, whether such actions are taken or such events occur, and we have no obligation to update this opinion in light of such actions or events.

                                Respectfully submitted,

                                Greenberg Traurig, LLP

PR-CCD-0005290

## BOOK-ENTRY SYSTEM

### The Depository Trust Company

DTC will act as securities depository for the Bonds. The Bonds will be issued as fully-registered securities registered in the name of Cede & Co. (DTC's partnership nominee) or such other name as may be requested by an authorized representative of DTC. One fully-registered Bond certificate will be issued for each stated maturity of the Bonds, each in the aggregate principal amount (initial principal amount in the case of the Capital Appreciation Bonds and the Convertible Capital Appreciation Bonds) of such maturity, and will be deposited with DTC. SO LONG AS CEDE & CO. IS THE REGISTERED OWNER OF THE BONDS, AS NOMINEE FOR DTC, REFERENCES HEREIN TO BONDHOLDERS OR OWNERS OF THE BONDS (OTHER THAN UNDER THE CAPTION "TAX MATTERS") SHALL MEAN CEDE & CO. AND SHALL NOT MEAN THE BENEFICIAL OWNERS OF THE BONDS. If, however, the aggregate principal amount of any issue exceeds $500 million, one certificate will be issued with respect to each $500 million of principal amount, and an additional certificate will be issued with respect to any remaining principal amount of such issue.

DTC, the world's largest securities depository, is a limited-purpose trust company organized under the New York Banking Law, a "banking organization" within the meaning of the New York Banking Law, a member of the Federal Reserve System, a "clearing corporation" within the meaning of the New York Uniform Commercial Code, and a "clearing agency" registered pursuant to the provisions of Section 17A of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). DTC holds and provides asset servicing for over 3.5 million issues of U.S. and non-U.S. equity issues, corporate and municipal debt issues, and money market instruments (from over 100 countries) that DTC's participants ("Direct Participants") deposit with DTC. DTC also facilitates the post-trade settlement among Direct Participants of sales and other securities transactions in deposited securities, through electronic computerized book-entry transfers and pledges between Direct Participants' accounts. This eliminates the need for physical movement of securities certificates. Direct Participants include both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, clearing corporations, and certain other organizations. DTC is a wholly-owned subsidiary of The Depository Trust & Clearing Corporation ("DTCC"). DTCC is the holding company for DTC, National Securities Clearing Corporation and Fixed Income Clearing Corporation, all of which are registered clearing agencies. DTCC is owned by the users of its regulated subsidiaries. Access to the DTC system is also available to others such as both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, and clearing corporations that clear through or maintain a custodial relationship with a Direct Participant, either directly or indirectly ("Indirect Participants"). DTC has S&P's highest rating: AAA. The DTC Rules applicable to its Participants are on file with the Securities and Exchange Commission ("SEC"). More information about DTC can be found at www.dtcc.com and www.dtc.org.

Purchases of the Bonds under the DTC system must be made by or through Direct Participants, which will receive a credit for the Bonds on DTC's records. The ownership interest of each actual purchaser of the Bonds ("Beneficial Owner") is in turn to be recorded on the Direct and Indirect Participants' records. Beneficial Owners will not receive written confirmation from DTC of their purchase. Beneficial Owners are, however, expected to receive written

PR-CCD-0005291

confirmations providing details of the transaction, as well as periodic statements of their holdings, from the Direct or Indirect Participant through which the Beneficial Owner entered into the transaction. Transfers of ownership interests in the Bonds are to be accomplished by entries made on the books of Direct and Indirect Participants acting on behalf of Beneficial Owners. Beneficial Owners will not receive certificates representing their ownership interests in the Bonds, except in the event that use of the book-entry system for the Bonds is discontinued.

To facilitate subsequent transfers, the Bonds deposited by Direct Participants with DTC are registered in the name of DTC's partnership nominee, Cede & Co., or such other name as may be requested by an authorized representative of DTC. The deposit of the Bonds with DTC and their registration in the name of Cede & Co. or such other DTC nominee do not effect any change in beneficial ownership. DTC has no knowledge of the actual Beneficial Owners of the Bonds; DTC's records reflect only the identity of the Direct Participants to whose accounts such Bonds are credited, which may or may not be the Beneficial Owners. The Direct and Indirect Participants will remain responsible for keeping account of their holdings on behalf of their customers.

Conveyance of notices and other communications by DTC to Direct Participants, by Direct Participants to Indirect Participants, and by Direct Participants and Indirect Participants to Beneficial Owners will be governed by arrangements among them, subject to any statutory or regulatory requirements as may be in effect from time to time. Beneficial Owners of Bonds may wish to take certain steps to augment the transmission to them of notices of significant events with respect to the Bonds, such as redemptions, tenders, defaults, and proposed amendments to the Bonds documents. For example, Beneficial Owners of Bonds may wish to ascertain that the nominee holding the Bonds for their benefit has agreed to obtain and transmit notices to Beneficial Owners. In the alternative, Beneficial Owners may wish to provide their names and addresses to the registrar and request that copies of notices be provided directly to them.

Redemption notices shall be sent to DTC. If less than all of the Bonds within an issue are being redeemed, DTC's practice is to determine by lot the amount of the interest of each Direct Participant in such issue to be redeemed.

Neither DTC nor Cede & Co. (nor any other DTC nominee) will consent or vote with respect to Bonds unless authorized by a Direct Participant in accordance with DTC's MMI Procedures. Under its usual procedures, DTC mails an Omnibus Proxy to the Corporation as soon as possible after the record date. The Omnibus Proxy assigns Cede & Co.'s consenting or voting rights to those Direct Participants to whose accounts the Bonds are credited on the record date (identified in a listing attached to the Omnibus Proxy).

Redemption proceeds, distributions, and dividend payments on the Bonds will be made to Cede & Co., or such other nominee as may be requested by an authorized representative of DTC. DTC's practice is to credit Direct Participants' accounts upon DTC's receipt of funds and corresponding detail information from the Corporation or the Trustee on payable dates in accordance with their respective holdings shown on DTC's records. Payments by Participants to Beneficial Owners will be governed by standing instructions and customary practices, as is the case with securities held for the accounts of customers in bearer form or registered in "street

III-2

name," and will be the responsibility of such Participant and not of DTC, the Trustee, or the Corporation, subject to any statutory or regulatory requirements as may be in effect from time to time. Payment of redemption proceeds, distributions, and dividend payments to Cede & Co. (or such other nominee as may be requested by an authorized representative of DTC) is the responsibility of the Corporation or the Trustee, disbursement of such payments to Direct Participants will be the responsibility of DTC, and disbursement of such payments to the Beneficial Owners will be the responsibility of Direct and Indirect Participants.

DTC may discontinue providing its services as depository with respect to the Bonds at any time by giving reasonable notice to the Corporation or the Trustee. Under such circumstances, in the event that a successor depository is not obtained, Bond certificates are required to be printed and delivered.

The Corporation may decide to discontinue use of the system of book-entry only transfers through DTC (or a successor securities depository). In that event, Bond certificates will be printed and delivered to DTC.

The information in this section concerning DTC and DTC's book-entry system has been obtained from sources that the Corporation believes to be reliable, but the Corporation takes no responsibility for the accuracy thereof.

NONE OF THE CORPORATION, THE TRUSTEE OR THE UNDERWRITERS WILL HAVE ANY RESPONSIBILITY OR OBLIGATION TO DIRECT PARTICIPANTS, INDIRECT PARTICIPANTS OR ANY BENEFICIAL OWNER WITH RESPECT TO (I) THE ACCURACY OF ANY RECORDS MAINTAINED BY DTC, ANY PARTICIPANT OR INDIRECT PARTICIPANT; (II) THE PAYMENT BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY AMOUNT WITH RESPECT TO THE PRINCIPAL OF, OR PREMIUM, IF ANY, OR INTEREST ON, THE BONDS; (III) ANY NOTICE WHICH IS PERMITTED OR REQUIRED TO BE GIVEN TO BONDHOLDERS; (IV) ANY CONSENT GIVEN BY DTC OR OTHER ACTION TAKEN BY DTC AS A BONDHOLDER; OR (V) THE SELECTION BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY BENEFICIAL OWNERS TO RECEIVE PAYMENT IN THE EVENT OF ANY PARTIAL REDEMPTION OF THE BONDS.

PR-CCD-0005293

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005294

**APPENDIX IV**

**LIST OF REFUNDED BONDS**

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| Public Improvement Refunding Bonds, Series 1993 | $48,220,000 | 7.000% | 07/01/2010 | $1,687,700.00 |
| Public Improvement Bonds, Series 1995 | 10,130,000 | 6.250% | 07/01/2010 | 316,562.50 |
| | 10,765,000 | 6.250% | 07/01/2011 | 336,406.25 |
| | 11,440,000 | 6.250% | 07/01/2012 | 357,500.00 |
| | 12,155,000 | 6.250% | 07/01/2013 | 379,843.75 |
| | 26,555,000 | 5.650% | 07/01/2015 | 750,178.75 |
| Public Improvement Bonds, Series 1996 | 11,185,000 | 6.500% | 07/01/2012 | 363,512.50 |
| | 11,915,000 | 6.500% | 07/01/2013 | 387,237.50 |
| | 12,690,000 | 6.500% | 07/01/2014 | 412,425.00 |
| | 13,510,000 | 6.500% | 07/01/2015 | 439,075.00 |
| | 10,000,000 | 6.000% | 07/01/2010 | 308,333.34 |
| | 10,600,000 | 6.000% | 07/01/2011 | 326,833.33 |
| Public Improvement Bonds, Series 1997 | 11,085,000 | 6.500% | 07/01/2010 | 360,262.50 |
| | 11,805,000 | 6.500% | 07/01/2011 | 383,662.50 |
| | 12,575,000 | 6.500% | 07/01/2012 | 408,687.50 |
| | 13,390,000 | 6.500% | 07/01/2013 | 435,175.00 |
| | 14,260,000 | 6.500% | 07/01/2014 | 463,450.00 |
| | 15,190,000 | 6.500% | 07/01/2015 | 493,675.00 |
| Public Improvement Bonds, Series 1998 | 13,245,000 | 5.750% | 07/01/2010 | 380,793.75 |
| | 14,010,000 | 5.750% | 07/01/2011 | 402,787.50 |
| | 14,815,000 | 5.750% | 07/01/2012 | 425,931.25 |
| | 15,665,000 | 6.000% | 07/01/2013 | 469,950.00 |
| | 16,605,000 | 6.000% | 07/01/2014 | 498,150.00 |
| | 17,600,000 | 6.000% | 07/01/2015 | 528,000.00 |
| | 18,655,000 | 6.000% | 07/01/2016 | 559,650.00 |
| Public Improvement Refunding Bonds, Series 1998 | 30,760,000 | 5.500% | 07/01/2010 | 845,900.00 |
| | 32,475,000 | 5.500% | 07/01/2011 | 893,062.50 |
| | 34,290,000 | 5.500% | 07/01/2012 | 942,975.00 |
| | 36,210,000 | 5.500% | 07/01/2013 | 995,775.00 |
| | 125,590,000 | 4.500% | 07/01/2023 | 2,825,775.00 |
| | 28,240,000 | 5.000% | 07/01/2026 | 706,000.00 |
| Public Improvement Bonds, Series 1999 | 12,165,000 | 5.250% | 07/01/2010 | 319,331.25 |
| | 12,800,000 | 5.250% | 07/01/2011 | 336,000.00 |
| | 13,475,000 | 5.250% | 07/01/2012 | 353,718.75 |
| | 14,180,000 | 5.250% | 07/01/2013 | 372,225.00 |
| | 14,925,000 | 5.250% | 07/01/2014 | 391,781.25 |
| | 15,710,000 | 5.250% | 07/01/2015 | 412,387.50 |
| | 16,535,000 | 5.250% | 07/01/2016 | 434,043.75 |
| | 17,400,000 | 5.250% | 07/01/2017 | 456,750.00 |
| | 18,315,000 | 5.250% | 07/01/2018 | 480,768.75 |
| | 84,150,000 | 4.750% | 07/01/2023 | 1,998,562.50 |
| | 26,655,000 | 5.000% | 07/01/2028 | 666,375.00 |

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded* |
|---|---|---|---|---|
| Public Improvement Bonds, Series 2000 | 11,295,000 | 5.100% | 07/01/2010 | 288,022.50 |
| Public Improvement Refunding Bonds, Series 2000 | 29,200,000 | 5.625% | 07/01/2019 | 821,250.00 |
| | 22,635,000 | 5.700% | 07/01/2020 | 645,097.50 |
| Public Improvement Bonds, Series 2001A | 5,865,000 | 5.500% | 07/01/2014 | 161,287.50 |
| | 44,125,000 | 5.500% | 07/01/2015 | 1,213,437.50 |
| | 53,640,000 | 5.500% | 07/01/2016 | 1,475,100.00 |
| | 54,130,000 | 5.500% | 07/01/2017 | 1,488,575.00 |
| | 29,475,000 | 5.500% | 07/01/2018 | 810,562.50 |
| | 43,290,000 | 5.500% | 07/01/2019 | 1,190,475.00 |
| | 43,610,000 | 5.250% | 07/01/2020 | 1,144,762.50 |
| Public Improvement Bonds, Series 2001B | 7,345,000 | 4.700% | 07/01/2014 | 172,607.50 |
| | 4,165,000 | 4.800% | 07/01/2015 | 99,960.00 |
| | 1,585,000 | 4.900% | 07/01/2016 | 38,832.50 |
| | 2,665,000 | 4.950% | 07/01/2017 | 65,958.75 |
| | 5,810,000 | 5.000% | 07/01/2018 | 145,250.00 |
| | 1,385,000 | 5.050% | 07/01/2019 | 34,971.25 |
| | 2,675,000 | 5.050% | 07/01/2020 | 67,543.75 |
| | 5,580,000 | 5.000% | 07/01/2021 | 139,500.00 |
| | 5,415,000 | 5.125% | 07/01/2023 | 138,759.38 |
| | 3,865,000 | 5.050% | 07/01/2021 | 97,591.25 |
| | 12,285,000 | 5.000% | 07/01/2023 | 307,125.00 |
| Public Improvement Refunding Bonds, Series 2001 | 13,575,000 | 5.000% | 07/01/2024 | 339,375.00 |
| | 50,905,000 | 5.250% | 07/01/2027 | 1,336,256.25 |
| | 65,535,000 | 5.125% | 07/01/2030 | 1,679,334.38 |
| Public Improvement Bonds, Series 2002A | 33,860,000 | 5.375% | 07/01/2028 | 909,987.50 |
| | 100,400,000 | 5.500% | 07/01/2029 | 2,761,000.00 |
| | 201,555,000 | 5.125% | 07/01/2031 | 5,164,846.88 |
| Public Improvement Refunding Bonds, Series 2002A | 5,645,000 | 3.800% | 07/01/2010 | 107,255.00 |
| | 5,845,000 | 4.000% | 07/01/2011 | 116,900.00 |
| | 5,895,000 | 4.150% | 07/01/2012 | 122,321.25 |
| | 2,275,000 | 4.250% | 07/01/2013 | 48,343.75 |
| | 755,000 | 4.400% | 07/01/2014 | 16,610.00 |
| | 930,000 | 4.500% | 07/01/2015 | 20,925.00 |
| | 1,095,000 | 4.600% | 07/01/2016 | 25,185.00 |
| | 1,280,000 | 4.700% | 07/01/2017 | 30,080.00 |
| | 330,000 | 4.800% | 07/01/2018 | 7,920.00 |
| | 655,000 | 4.900% | 07/01/2019 | 16,047.50 |
| | 156,120,000 | 5.500% | 07/01/2020 | 4,293,300.00 |
| | 55,555,000 | 5.500% | 07/01/2021 | 1,527,762.50 |
| | 14,850,000 | 5.500% | 07/01/2012 | 408,375.00 |
| | 37,210,000 | 5.500% | 07/01/2013 | 1,023,275.00 |
| | 61,540,000 | 5.500% | 07/01/2014 | 1,692,350.00 |
| | 64,595,000 | 5.500% | 07/01/2015 | 1,776,362.50 |
| | 49,635,000 | 5.500% | 07/01/2016 | 1,364,962.50 |
| | 4,795,000 | 5.500% | 07/01/2017 | 131,862.50 |
| | 93,575,000 | 5.500% | 07/01/2018 | 2,573,312.50 |
| | 94,955,000 | 5.500% | 07/01/2019 | 2,611,262.50 |
| | 1,000,000 | 4.500% | 07/01/2016 | 22,500.00 |

IV-2

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| | 100,000,000 | 5.500% | 07/01/2017 | 2,750,000.00 |
| | 6,770,000 | 4.600% | 07/01/2019 | 155,710.00 |
| | 49,000,000 | 5.500% | 07/01/2016 | 1,347,500.00 |
| | 18,190,000 | 5.500% | 07/01/2019 | 500,225.00 |
| Public Improvement Refunding Bonds, Series 2002 | 45,885,000 | 5.250% | 07/01/2010 | 1,204,481.25 |
| | 61,975,000 | 5.500% | 07/01/2011 | 1,704,312.50 |
| | 65,370,000 | 5.500% | 07/01/2012 | 1,797,675.00 |
| | 68,970,000 | 5.500% | 07/01/2013 | 1,896,675.00 |
| | 27,150,000 | 5.500% | 07/01/2014 | 746,625.00 |
| Public Improvement Bonds, Series 2003A | 10,740,000 | 5.250% | 07/01/2011 | 281,925.00 |
| | 11,300,000 | 5.250% | 07/01/2012 | 296,625.00 |
| | 11,895,000 | 5.500% | 07/01/2013 | 327,112.50 |
| | 925,000 | 5.500% | 07/01/2015 | 25,437.50 |
| | 13,970,000 | 5.500% | 07/01/2016 | 384,175.00 |
| | 14,735,000 | 5.500% | 07/01/2017 | 405,212.50 |
| | 15,545,000 | 5.500% | 07/01/2018 | 427,487.50 |
| | 16,400,000 | 5.500% | 07/01/2019 | 451,000.00 |
| | 17,305,000 | 5.500% | 07/01/2020 | 475,887.50 |
| | 18,255,000 | 5.500% | 07/01/2021 | 502,012.50 |
| | 19,260,000 | 5.500% | 07/01/2022 | 529,650.00 |
| Public Improvement Refunding Bonds, Series 2003A | 11,080,000 | 5.500% | 07/01/2011 | 304,700.00 |
| | 11,690,000 | 5.500% | 07/01/2012 | 321,475.00 |
| | 12,330,000 | 5.500% | 07/01/2013 | 339,075.00 |
| | 13,010,000 | 5.500% | 07/01/2014 | 357,775.00 |
| | 13,730,000 | 5.500% | 07/01/2015 | 377,575.00 |
| | 13,515,000 | 5.500% | 07/01/2016 | 371,662.50 |
| | 14,255,000 | 5.500% | 07/01/2017 | 392,012.50 |
| Public Improvement Refunding Bonds, Series 2003C | 46,385,000 | Var | 07/01/2018 | 873,383.16 |
| | 233,615,000 | Var | 07/01/2021 | 4,398,736.83 |
| | 194,610,000 | 6.000% | 07/01/2028 | 5,838,300.00 |
| | 272,385,000 | Var | 07/01/2025 | 5,013,926.90 |
| Public Improvement Refunding Bonds, Series 2003 | 35,680,000 | 5.500% | 07/01/2011 | 981,200.00 |
| | 37,630,000 | 5.500% | 07/01/2012 | 1,034,825.00 |
| | 21,985,000 | 5.500% | 07/01/2013 | 604,587.50 |
| Public Improvement Bonds, Series 2004A | 8,035,000 | 5.250% | 07/01/2014 | 210,918.75 |
| | 11,580,000 | 5.250% | 07/01/2015 | 303,975.00 |
| | 12,185,000 | 5.250% | 07/01/2016 | 319,856.25 |
| | 13,500,000 | 5.250% | 07/01/2018 | 354,375.00 |
| | 2,200,000 | 5.250% | 07/01/2019 | 57,750.00 |
| | 14,955,000 | 5.250% | 07/01/2020 | 392,568.75 |
| | 15,740,000 | 5.250% | 07/01/2021 | 413,175.00 |
| | 16,565,000 | 5.250% | 07/01/2022 | 434,831.25 |
| | 17,435,000 | 5.250% | 07/01/2023 | 457,668.75 |
| | 18,350,000 | 5.250% | 07/01/2024 | 481,687.50 |
| | 60,890,000 | 5.000% | 07/01/2027 | 1,522,250.00 |
| | 70,480,000 | 5.000% | 07/01/2030 | 1,762,000.00 |
| | 5,395,000 | 5.000% | 07/01/2010 | 134,875.00 |
| | 5,765,000 | 5.000% | 07/01/2011 | 144,125.00 |
| | 7,160,000 | 5.000% | 07/01/2012 | 179,000.00 |

IV-3

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| | 8,530,000 | 5.000% | 07/01/2013 | 213,250.00 |
| | 3,000,000 | 3.250% | 07/01/2010 | 48,750.00 |
| | 3,000,000 | 3.500% | 07/01/2011 | 52,500.00 |
| | 2,000,000 | 3.750% | 07/01/2012 | 37,500.00 |
| | 2,000,000 | 3.875% | 07/01/2013 | 38,750.00 |
| Public Improvement Refunding Bonds, Series 2004A | 187,760,000 | 5.000% | 07/01/2030 | 4,694,000.00 |
| | 29,165,000 | 5.000% | 07/01/2031 | 729,125.00 |
| | 22,315,000 | 4.000% | 07/01/2031 | 446,300.00 |
| | 40,000,000 | 5.000% | 07/01/2031 | 1,000,000.00 |
| Public Improvement Refunding Bonds, Series 2004B | 46,950,000 | Var | 07/01/2021 | 776,553.00 |
| | 56,000,000 | Var | 07/01/2024 | 1,002,960.00 |
| | 56,000,000 | Var | 07/01/2027 | 996,520.02 |
| | 55,975,000 | Var | 07/01/2028 | 1,000,553.13 |
| Public Improvement Bonds, Series 2005A | 8,560,000 | 5.000% | 07/01/2014 | 214,000.00 |
| | 12,945,000 | 5.000% | 07/01/2015 | 323,625.00 |
| | 13,595,000 | 5.000% | 07/01/2016 | 339,875.00 |
| | 14,985,000 | 5.000% | 07/01/2018 | 374,625.00 |
| | 15,735,000 | 5.250% | 07/01/2019 | 413,043.75 |
| | 16,560,000 | 5.250% | 07/01/2020 | 434,700.00 |
| | 17,430,000 | 5.250% | 07/01/2021 | 457,537.50 |
| | 18,345,000 | 5.250% | 07/01/2022 | 481,556.25 |
| | 19,310,000 | 5.250% | 07/01/2023 | 506,887.50 |
| | 20,325,000 | 5.000% | 07/01/2024 | 508,125.00 |
| | 21,340,000 | 5.000% | 07/01/2025 | 533,500.00 |
| | 96,570,000 | 5.000% | 07/01/2029 | 2,414,250.00 |
| | 55,830,000 | 5.000% | 07/01/2031 | 1,395,750.00 |
| Public Improvement Bonds, Series 2006A | 720,000 | 4.500% | 07/01/2017 | 16,200.00 |
| | 1,220,000 | 5.250% | 07/01/2021 | 32,025.00 |
| | 35,475,000 | 5.250% | 07/01/2022 | 931,218.75 |
| | 37,340,000 | 5.250% | 07/01/2023 | 980,175.00 |
| | 39,300,000 | 5.250% | 07/01/2024 | 1,031,625.00 |
| | 41,360,000 | 5.250% | 07/01/2025 | 1,085,700.00 |
| | 43,530,000 | 5.250% | 07/01/2026 | 1,142,662.50 |
| | 26,150,000 | 5.250% | 07/01/2027 | 686,437.50 |
| | 49,100,000 | 5.250% | 07/01/2030 | 1,288,875.00 |
| | 30,005,000 | CPI | 07/01/2018 | 639,106.50 |
| | 31,280,000 | CPI | 07/01/2019 | 670,956.00 |
| | 32,625,000 | CPI | 07/01/2020 | 704,700.00 |
| | 32,815,000 | CPI | 07/01/2021 | 689,115.00 |
| Public Improvement Refunding Bonds, Series 2006A | 3,905,000 | 5.000% | 07/01/2035 | 97,625.00 |
| | 2,775,000 | 5.000% | 07/01/2010 | 69,375.00 |
| | 2,910,000 | 5.000% | 07/01/2011 | 72,750.00 |
| | 3,055,000 | 5.000% | 07/01/2012 | 76,375.00 |
| | 3,210,000 | 5.000% | 07/01/2013 | 80,250.00 |
| | 3,370,000 | 5.000% | 07/01/2014 | 84,250.00 |
| | 3,540,000 | 5.000% | 07/01/2015 | 88,500.00 |
| | 3,715,000 | 5.000% | 07/01/2016 | 92,875.00 |
| | 3,900,000 | 5.000% | 07/01/2017 | 97,500.00 |
| | 4,095,000 | 5.000% | 07/01/2018 | 102,375.00 |

IV-4

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded* |
|---|---|---|---|---|
| | 4,300,000 | 5.000% | 07/01/2019 | 107,500.00 |
| | 4,515,000 | 5.000% | 07/01/2020 | 112,875.00 |
| | 4,740,000 | 5.000% | 07/01/2021 | 118,500.00 |
| | 4,980,000 | 5.000% | 07/01/2022 | 124,500.00 |
| | 5,230,000 | 5.000% | 07/01/2023 | 130,750.00 |
| | 5,490,000 | 5.000% | 07/01/2024 | 137,250.00 |
| | 5,555,000 | 5.000% | 07/01/2025 | 138,875.00 |
| | 5,370,000 | 5.000% | 07/01/2026 | 134,250.00 |
| | 19,595,000 | 5.000% | 07/01/2031 | 489,875.00 |
| Public Improvement Bonds, Series 2006B | 10,640,000 | 5.250% | 07/01/2016 | 279,300.00 |
| | 28,740,000 | 5.250% | 07/01/2017 | 754,425.00 |
| Public Improvement Refunding Bonds, Series 2006B | 53,220,000 | 5.250% | 07/01/2032 | 1,397,025.00 |
| | 75,015,000 | 5.000% | 07/01/2035 | 1,875,375.00 |
| Public Improvement Bonds, Series 2007A | 8,050,000 | 5.000% | 07/01/2018 | 201,250.00 |
| | 13,050,000 | 5.000% | 07/01/2019 | 326,250.00 |
| | 13,700,000 | 5.000% | 07/01/2020 | 342,500.00 |
| | 14,400,000 | 5.000% | 07/01/2021 | 360,000.00 |
| | 15,100,000 | 5.000% | 07/01/2022 | 377,500.00 |
| | 15,850,000 | 5.000% | 07/01/2023 | 396,250.00 |
| | 16,650,000 | 5.000% | 07/01/2024 | 416,250.00 |
| | 17,500,000 | 5.000% | 07/01/2025 | 437,500.00 |
| | 18,350,000 | 5.000% | 07/01/2026 | 458,750.00 |
| | 19,250,000 | 5.000% | 07/01/2027 | 481,250.00 |
| | 20,250,000 | 5.000% | 07/01/2028 | 506,250.00 |
| | 21,250,000 | 5.250% | 07/01/2029 | 557,812.50 |
| | 22,350,000 | 5.250% | 07/01/2030 | 586,687.50 |
| | 23,550,000 | 5.250% | 07/01/2031 | 618,187.50 |
| | 24,750,000 | 5.250% | 07/01/2032 | 649,687.50 |
| | 26,050,000 | 5.250% | 07/01/2033 | 683,812.50 |
| | 27,450,000 | 5.250% | 07/01/2034 | 720,562.50 |
| | 91,250,000 | 5.250% | 07/01/2037 | 2,395,312.50 |
| Public Improvement Refunding Bonds, Series 2007A | 4,000,000 | 5.250% | 07/01/2011 | 105,000.00 |
| | 4,000,000 | 5.250% | 07/01/2012 | 105,000.00 |
| | 7,645,000 | 5.000% | 07/01/2013 | 191,125.00 |
| | 20,885,000 | 5.250% | 07/01/2014 | 548,231.25 |
| | 26,925,000 | 5.250% | 07/01/2015 | 706,781.25 |
| | 10,925,000 | 5.250% | 07/01/2016 | 286,781.25 |
| | 34,970,000 | 5.500% | 07/01/2017 | 961,675.00 |
| | 30,965,000 | 5.500% | 07/01/2018 | 851,537.50 |
| | 24,940,000 | 5.000% | 07/01/2017 | 623,500.00 |
| | 53,215,000 | 5.500% | 07/01/2019 | 1,463,412.50 |
| | 39,290,000 | 5.500% | 07/01/2020 | 1,080,475.00 |
| | 36,205,000 | 5.500% | 07/01/2021 | 995,637.50 |
| | 36,830,000 | 5.500% | 07/01/2022 | 1,012,825.00 |
| | 99,450,000 | Var | 07/01/2029 | 774,533.62 |
| | 99,500,000 | Var | 07/01/2029 | 774,951.87 |
| | 42,790,000 | 5.250% | 07/01/2030 | 648,981.66 |
| | 51,045,000 | 5.000% | 07/01/2031 | 737,316.66 |
| | 50,000,000 | Var | 07/01/2033 | 503,178.56 |
| | 50,000,000 | Var | 07/01/2033 | 302,938.89 |

IV-5

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| | 50,000,000 | Var | 07/01/2034 | 302,938.89 |
| | 50,000,000 | Var | 07/01/2034 | 302,938.89 |
| Public Improvement Bonds, Series 2008A | 3,850,000 | 5.000% | 07/01/2010 | 96,250.00 |
| | 4,040,000 | 5.000% | 07/01/2011 | 101,000.00 |
| | 4,245,000 | 5.000% | 07/01/2012 | 106,125.00 |
| | 4,455,000 | 5.500% | 07/01/2013 | 122,512.50 |
| | 4,700,000 | 5.500% | 07/01/2014 | 129,250.00 |
| | 4,960,000 | 5.500% | 07/01/2015 | 136,400.00 |
| | 5,230,000 | 5.500% | 07/01/2016 | 143,825.00 |
| | 5,520,000 | 5.500% | 07/01/2017 | 151,800.00 |
| | 5,825,000 | 5.500% | 07/01/2018 | 160,187.50 |
| | 33,950,000 | 5.000% | 07/01/2023 | 848,750.00 |
| | 43,435,000 | 5.125% | 07/01/2028 | 1,113,021.88 |
| | 56,055,000 | 5.375% | 07/01/2033 | 1,506,478.12 |
| | 73,735,000 | 6.000% | 07/01/2038 | 2,212,050.00 |
| Public Improvement Refunding Bonds, Series 2008A | 17,780,000 | 5.000% | 07/01/2010 | 444,500.00 |
| | 14,665,000 | 4.250% | 07/01/2010 | 311,631.25 |
| | 10,200,000 | 5.000% | 07/01/2011 | 255,000.00 |
| | 23,635,000 | 4.000% | 07/01/2011 | 472,700.00 |
| | 14,375,000 | 5.000% | 07/01/2012 | 359,375.00 |
| | 20,785,000 | 4.125% | 07/01/2012 | 428,690.63 |
| | 29,770,000 | 5.000% | 07/01/2013 | 744,250.00 |
| | 6,840,000 | 4.250% | 07/01/2013 | 145,350.00 |
| | 36,110,000 | 5.000% | 07/01/2014 | 902,750.00 |
| | 27,360,000 | 4.000% | 07/01/2014 | 547,200.00 |
| | 50,220,000 | 5.000% | 07/01/2015 | 1,255,500.00 |
| | 15,995,000 | 4.000% | 07/01/2015 | 319,900.00 |
| | 53,955,000 | 5.000% | 07/01/2016 | 1,348,875.00 |
| | 12,965,000 | 5.000% | 07/01/2016 | 324,125.00 |
| | 16,605,000 | 4.000% | 07/01/2016 | 332,100.00 |
| | 15,305,000 | 5.000% | 07/01/2019 | 382,625.00 |
| | 16,065,000 | 5.000% | 07/01/2020 | 401,625.00 |
| | 16,870,000 | 5.000% | 07/01/2021 | 421,750.00 |
| | 17,715,000 | 5.000% | 07/01/2022 | 442,875.00 |
| | 18,600,000 | 5.500% | 07/01/2023 | 511,500.00 |
| | 19,625,000 | 5.125% | 07/01/2024 | 502,890.62 |
| | 20,630,000 | 5.250% | 07/01/2025 | 541,537.50 |
| | 21,715,000 | 5.250% | 07/01/2026 | 570,018.75 |
| | 28,555,000 | 4.750% | 07/01/2018 | 678,181.25 |
| | 28,555,000 | 4.750% | 07/01/2018 | 5,738,562.50 |
| Public Improvement Refunding Bonds, Series 2008B | 173,975,000 | Var | 07/01/2032 | 3,088,533.25 |
| Public Improvement Refunding Bonds, Series 2009A | 1,380,000 | 5.625% | 07/01/2030 | 22,425.00 |
| | 2,045,000 | 5.625% | 07/01/2031 | 33,231.25 |

---

[*] Reflects total amount of interest refunded up to January 1, 2010. Variable rate bonds are refunded at the fixed swap rate.

IV-6

PR-CCD-0005300

[THIS PAGE INTENTIONALLY LEFT BLANK]

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005302



Printed by: ImageMaster, Inc.

PR-CCD-0005303

# Exhibit 25

Exhibit 25 Page 1 of 42

**NEW ISSUE - BOOK-ENTRY ONLY**
See "Book-Entry Only System" under THE BONDS

*In the opinion of Bond Counsel, subject to compliance with certain tax covenants, interest on the Bonds is not includable in gross income for federal income tax purposes under existing statutes, regulations, rulings and court decisions. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations and will not be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. See TAX MATTERS for a description of certain other federal tax consequences of ownership of the Bonds. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation.*

**$210,250,000**
# COMMONWEALTH OF PUERTO RICO
### Public Improvement Refunding Bonds, Series 2009 C
### (General Obligation Bonds)

**Dated: Date of Delivery**                    **Due: July 1, as shown on the inside cover**

Interest on the Bonds will accrue from their date of issuance and will be payable semi-annually on each January 1 and July 1, commencing on July 1, 2010. The Bonds are subject to redemption prior to maturity as set forth herein.

**The Bonds are general obligations of the Commonwealth of Puerto Rico. The good faith, credit and taxing power of the Commonwealth of Puerto Rico are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth of Puerto Rico, which includes the Bonds, constitutes a first claim on available Commonwealth of Puerto Rico resources.**

The Bonds are issuable as registered bonds without coupons in denominations of $5,000 and whole multiples thereof and will be initially registered only in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"), which will act as securities depository for the Bonds. See "Book Entry Only System" under THE BONDS.

The Bonds are offered for delivery when, as and if issued and accepted by the Underwriters, subject to the approval of legality of Greenberg Traurig, LLP, Boston, Massachusetts, Bond Counsel, and certain other conditions. Certain legal matters will be passed upon for the Underwriters by Fiddler González & Rodríguez, P.S.C., San Juan, Puerto Rico. It is expected that the Bonds will be available for delivery through the facilities of DTC on or about December 16, 2009.

| | | |
|---|---|---|
| **Morgan Stanley** | **Citi** | **JP Morgan** |
| **Barclays Capital** | Goldman, Sachs & Co. | Merrill Lynch & Co. |
| **Ramírez & Co., Inc.** | **UBS Financial Services Incorporated of Puerto Rico** | |
| **FirstBank Puerto Rico Securities** | **Popular Securities** | **Santander Securities** |

December 3, 2009

$210,250,000
**COMMONWEALTH OF PUERTO RICO**
**Public Improvement Refunding Bonds, Series 2009 C**
**(General Obligation Bonds)**

$210,250,000 6.00% Term Bonds due July 1, 2039 - Yield 6.200% - CUSIP[*] 74514LWA1

---

[*] Copyright 2009, American Bankers Association. CUSIP data herein are provided by Standard & Poor's CUSIP Service Bureau, a division of The McGraw-Hill Companies, Inc. The CUSIP number listed above is being provided solely for the convenience of bondholders and the Commonwealth does not make any representation with respect to such number or undertake any responsibility for its accuracy now or at any time in the future. The CUSIP number is subject to being changed after the issuance of the Bonds as a result of various subsequent actions including, but not limited to, a refunding in whole or in part of the Bonds.

PR-CCD-0010543

# Commonwealth of Puerto Rico

### Governor

LUIS G. FORTUÑO

### Members of the Cabinet

MARCOS RODRÍGUEZ-EMA
*Chief of Staff*

| | | |
|---|---|---|
| KENNETH D. MCCLINTOCK<br>*Secretary of State* | ANTONIO M. SAGARDÍA<br>*Secretary of Justice* | JUAN C. PUIG<br>*Secretary of the Treasury* |
| DR. EDWARD MORENO<br>*Acting Secretary of Education* | MIGUEL ROMERO<br>*Secretary of Labor and<br>Human Resources* | DR. LORENZO GONZÁLEZ<br>*Secretary of Health* |
| JAVIER RIVERA AQUINO<br>*Secretary of Agriculture* | RUBÉN A. HERNÁNDEZ<br>*Secretary of Transportation<br>and Public Works* | JOSÉ R. PÉREZ-RIERA<br>*Secretary of Economic<br>Development and Commerce* |
| YANITSIA IRIZARRY<br>*Secretary of Family Affairs* | YESEF Y. CORDERO<br>*Secretary of Housing* | DANIEL J. GALÁN<br>*Secretary of Natural and<br>Environmental Resources* |
| LUIS G. RIVERA MARÍN<br>*Secretary of<br>Consumer Affairs* | HENRY NEWMANN<br>*Secretary of Sports and Recreation* | CARLOS M. MOLINA<br>*Secretary of Corrections<br>and Rehabilitation* |

---

*Legislative Officers*

THOMAS RIVERA SCHATZ
President, Senate

JENNIFFER A. GÓNZALEZ
Speaker, House of
Representatives

*Fiscal Officers*

MARÍA SÁNCHEZ BRAS
Director, Office of
Management and Budget

CARLOS M. GARCÍA
President and Chairman of the
Board of Directors,
Government Development
Bank for Puerto Rico

No dealer, broker, sales representative or other person has been authorized by the Commonwealth or the Underwriters to give any information or to make any representations other than those contained herein and, if given or made, such other information or representations must not be relied upon as having been authorized by the Commonwealth or any Underwriter. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such an offer, solicitation or sale. The information set forth herein has been obtained from the Commonwealth and other official sources that are believed to be reliable. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Commonwealth since the date hereof. The Underwriters have provided the following sentence and paragraph for inclusion in this Official Statement. The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

**In connection with offering of the Bonds, the Underwriters may effect transactions which stabilize or maintain the market prices of the Bonds and the Commonwealth's outstanding general obligation bonds at levels above those which might otherwise prevail in the open market. Such stabilizing, if commenced, may be discontinued at any time.**

**Certain statements contained in this Official Statement reflect not historical facts but forecasts and "forward-looking statements." These statements are based upon a number of assumptions and estimates that are subject to significant uncertainties, many of which are beyond the control of the Commonwealth. In this respect, the words "estimates," "projects," "anticipates," "expects," "intends," "believes" and similar expressions are intended to identify forward-looking statements. All projections, forecasts, assumptions, expressions of opinions, estimates and other forward-looking statements are expressly qualified in their entirety by this cautionary statement: actual results may differ materially from those expressed or implied by forward-looking statements.**

## TABLE OF CONTENTS

| | Page |
|---|---|
| INTRODUCTORY STATEMENT | 1 |
| OVERVIEW | 3 |
| RECENT DEVELOPMENTS | 4 |
| Revised Economic Data for Fiscal Years 2009 and 2010 | 4 |
| Results for Fiscal Year 2009 | 4 |
| Approved Budget for Fiscal Year 2010 | 5 |
| Actuarial Valuation and Cash Shortfall of the Employees Retirement System | 5 |
| Amendments to Act No. 7 | 6 |
| Approval of Public-Private Partnerships Act | 7 |
| Recent Bond Issues by the Commonwealth and Certain Instrumentalities | 7 |
| Orders Requiring Reduction in Service Contracts and Leases | 8 |
| Implementation of Second Round of Layoffs under Act No. 7 | 8 |
| Progress in the Implementation of the Fiscal Stabilization Plan | 9 |
| PLAN OF FINANCING | 9 |
| Sources and Uses of Funds | 9 |
| THE BONDS | 10 |
| General | 10 |
| Book-Entry Only System | 10 |
| Authorization | 10 |
| Redemption | 10 |
| Notice of Redemption; Effect of Redemption | 11 |
| Security | 12 |
| Payment Record | 13 |
| Debt Limitation | 13 |
| Maturity Limitation | 15 |
| PUBLIC SECTOR DEBT OF THE COMMONWEALTH | 16 |
| Public Sector Debt | 16 |
| Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt | 17 |
| TAX MATTERS | 18 |
| LEGAL MATTERS | 18 |
| LEGAL INVESTMENT | 19 |
| UNDERWRITING | 19 |
| VERIFICATION OF MATHEMATICAL COMPUTATIONS | 20 |
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO | 20 |
| RATINGS | 20 |
| CONTINUING DISCLOSURE | 20 |
| MISCELLANEOUS | 23 |
| Appendix I – Proposed Form of Opinion of Bond Counsel | I-1 |
| Appendix II – Description of the Book-Entry System | II-1 |
| Appendix III – List of Bonds with Refunded Interest | III-1 |

i

PR-CCD-0010546

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0010547

**$210,250,000**
**COMMONWEALTH OF PUERTO RICO**
**Public Improvement Refunding Bonds, Series 2009 C**
**(General Obligation Bonds)**

### INTRODUCTORY STATEMENT

This Official Statement of the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico"), which includes the cover page, the inside cover page, the table of contents and the appendices, provides certain information in connection with the sale of $210,250,000 Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2009 C (the "Bonds").

The Bonds are being issued under the provisions of Act No. 33 of the Legislative Assembly of Puerto Rico, approved on December 7, 1942, as amended (the "Act"), and pursuant to a resolution authorizing the issuance of the Bonds (the "Bond Resolution") adopted in accordance with the Act by the Secretary of the Department of Treasury of the Commonwealth (the "Secretary of the Treasury") and approved by the Governor of Puerto Rico, Luis G. Fortuño (the "Governor"), on December 3, 2009.

Under the Act, the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.

This Official Statement incorporates by reference (i) the Commonwealth's Financial Information and Operating Data Report, dated May 15, 2009 (the "Commonwealth Report"), and (ii) the Commonwealth's Comprehensive Annual Financial Report for the fiscal year ended June 30, 2008, as amended, prepared by the Department of the Treasury of the Commonwealth (the "Commonwealth's Annual Financial Report"). The Commonwealth Report and the Commonwealth's Annual Financial Report have been filed by the Commonwealth with the Municipal Securities Rulemaking Board ("MSRB") through the Electronic Municipal Market Access System ("EMMA") (http://emma.msrb.org).

The Commonwealth Report includes important operating and financial information about the Commonwealth, including information about its economy, historical revenues and expenditures of its General Fund, the estimated year-end results of fiscal year 2009, the proposed budget for fiscal year 2010, and the debt of the Commonwealth's public sector, and should be read in its entirety and in connection with the information included under RECENT DEVELOPMENTS herein. The Commonwealth's Annual Financial Report includes the basic financial statements of the Commonwealth as of and for the fiscal year ended June 30, 2008, together with the independent auditor's report thereon, dated August 12, 2009, of KPMG LLP, certified public accountants. KPMG LLP did not audit the financial statements of the Puerto Rico Public Buildings Authority's ("PBA") capital project fund or The Children's Trust special revenue fund (major funds), and certain activities, funds and component units separately identified in its report. Those financial statements were audited by other auditors whose reports have been furnished to KPMG LLP, and their opinion as to the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors. The report by KPMG LLP contains an emphasis paragraph for

1

the adoption of Governmental Accounting Standards Board (GASB) Statement No. 45, *Accounting and Financial Reporting by Employers for Postemployment Benefits other than Pensions*, during the year ended June 30, 2008.

Any appendix of an Official Statement of the Commonwealth or of any instrumentality of the Commonwealth containing any revision to the Commonwealth Report or to the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, or any new or revised Commonwealth Report or Commonwealth's Annual Financial Report or other document containing information that modifies or supersedes the information contained in the Commonwealth Report or in the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, in each case after the date hereof and prior to the termination of the offering of the Bonds, shall be deemed to be incorporated by reference into this Official Statement and to be part of this Official Statement from the date of filing of such document. Any statement contained in the Commonwealth's Annual Financial Report shall be deemed to be modified or superseded for purposes of this Official Statement to the extent that a statement contained herein or in any such subsequently filed document modifies or supersedes such statement. Any statement contained in the Commonwealth Report or elsewhere herein shall also be deemed to be modified or superseded to the extent that a statement contained in any such subsequently filed document modifies or supersedes such statement. Any such statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Official Statement.

Under its existing continuing disclosure agreements, the Commonwealth is obligated to file on or before May 1 in each year updates of its financial and demographic information through the end of the prior fiscal year, including the Commonwealth's Annual Financial Report. In the recent past, the Commonwealth has been unable, due to accounting rules changes and other reasons (mostly related to delays in receipt of component units' audited financial statements), to file the Commonwealth's Annual Financial Report by the May 1 continuing disclosure update filing deadline. The Commonwealth's Annual Financial Report for the fiscal year ended June 30, 2008 was not filed prior to the deadline of May 1, 2009 because various component units did not submit their audited financial statements to the central government's external auditors on time. Finally, the Commonwealth Report for the fiscal year ended June 30, was filed after the Commonwealth's filing deadline of May 1, 2009.

The Commonwealth will provide without charge to any person to whom this Official Statement is delivered, on the written or oral request of such person, a copy of the Commonwealth Report or the Commonwealth's Annual Financial Report incorporated herein by reference. Requests should be directed to Executive Vice President, Government Development Bank for Puerto Rico, P.O. Box 42001, San Juan, Puerto Rico 00940, telephone number (787) 722-7060.

A copy of the Commonwealth's Annual Financial Report and the Commonwealth Report may also be obtained by visiting the Government Development Bank for Puerto Rico's (the "Government Development Bank" or the "Bank") website at www.gdbpr.com. No additional information on Government Development Bank's website is deemed to be part of or incorporated by reference in this Official Statement.

2

PR-CCD-0010549

# OVERVIEW

Puerto Rico is located approximately 1,600 miles southeast of New York City. According to the U.S. Census Bureau, its population was 3,808,610 in 2000 (3,954,037 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate).

The United States and the Commonwealth share a common defense, market, currency and citizenship. The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner that has a voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs). Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

Puerto Rico has a diversified economy with manufacturing and services comprising its dominant sectors. Puerto Rico's economy is closely linked to the United States economy. In fiscal year 2008 (which ended on June 30, 2008), the Commonwealth's gross national product (preliminary, in current dollars) was $60.8 billion, and personal income per capita (preliminary, in current dollars) was $14,237.

The Constitution of Puerto Rico limits the amount of general obligation debt that the Commonwealth can issue. The Commonwealth's policy has been and continues to be to maintain the level of such debt within a prudent range below the constitutional limitation.

Fiscal responsibility for the Commonwealth is shared among the Department of the Treasury ("Treasury Department"), the Office of Management and Budget ("OMB") and Government Development Bank. The Treasury Department is responsible for collecting most of the Commonwealth's revenues, overseeing preparation of its financial statements and contributing to the preparation of the budget. OMB prepares the Commonwealth's budget and is responsible for monitoring expenditures. Government Development Bank is the fiscal agent and financial advisor to the Commonwealth and its agencies, public corporations and municipalities and coordinates the management of public finances.

Additional information about the Commonwealth can be found in the Commonwealth Report, including information about the economy, historical revenues and expenditures of the Commonwealth's General Fund, the estimated year-end results of fiscal year 2009, the proposed budget for fiscal year 2010, and the debt of the Commonwealth's public sector. The Commonwealth Report should be read in its entirety.

PR-CCD-0010550

## RECENT DEVELOPMENTS

This section supplements the information appearing in the Commonwealth Report and should be read in conjunction therewith.

### Revised Economic Data for Fiscal Years 2009 and 2010

In August 2009, the Planning Board revised its gross national product forecast for fiscal year 2009 by projecting a base case scenario decline of 4.8% in constant dollars, a further decline of 1.4% from the projection released in February 2009. The Planning Board, however, made an upward revision of its gross national product forecast for fiscal year 2010 by projecting an increase of 0.7% in constant dollars. The Planning Board's revised forecast for fiscal year 2010 takes into account the estimated effect on the Puerto Rico economy of the Commonwealth's fiscal stabilization plan and of the activity expected to be generated by the disbursement of $1.73 billion from the American Recovery and Reinvestment Act of 2009 ("ARRA") and $280.3 million from the Commonwealth's local stimulus package. For a discussion of these plans, see "Fiscal Stabilization and Economic Reconstruction" under THE ECONOMY in the Commonwealth Report. The revised forecast also considers the effect on the Puerto Rico economy of general global economic conditions, the U.S. economy, the volatility of oil prices, interest rates and the behavior of local exports, including expenditures by visitors.

Puerto Rico expects to receive approximately $6 billion in stimulus funds from ARRA, of which approximately $3.3 billion will be used to provide consumer and taxpayer relief. As of September 2009, the Puerto Rico Infrastructure Financing Authority ("PRIFA"), which is responsible for the administration of ARRA in Puerto Rico, reported that approximately $906 million in ARRA funds for use in health, housing, and education related projects, among others, had been disbursed. PRIFA expects that an additional $613 million will be disbursed by December 31, 2009.

The Commonwealth has also begun disbursing funds under the local stimulus program. Most municipalities have received disbursements earmarked to pay outstanding debts and fund local projects. The Commonwealth has also disbursed funds allocated towards job training programs, a strategic water distribution project in a southern municipality and the revamping of the Puerto Rico permits system.

According to the Household Survey, total employment for fiscal year 2009 averaged 1,168,200, a decrease of 4.1% from the previous fiscal year. The unemployment rate for fiscal year 2009 was 13.4%, an increase from 11% for fiscal year 2008. For the month of October 2009, the unemployment rate was 16.4%.

### Results for Fiscal Year 2009

Total preliminary General Fund revenues for fiscal year 2009 are $7.76 billion, representing a decrease of $598.6 million, or 7.2%, from fiscal year 2008 revenues. The major changes from fiscal year 2008 were: (i) decreases in income taxes from individuals of $145.4 million and in corporate income taxes of $201.2 million, (ii) a decrease of $51.9 million in motor vehicle excise taxes, (iii) a decrease of $60.1 million in miscellaneous non-tax revenues, and (iv) a decrease of $16.1 million in sales and use tax revenues. In fiscal year 2008, General Fund revenues also included $145 million of non-recurring revenues from the disbursement of a line of credit of Government Development Bank collateralized with certain properties owned by the Commonwealth

4

PR-CCD-0010551

to be sold at a later date. The continued decline in General Fund tax revenues reflects primarily the impact of the ongoing economic recession and the effect of tax benefits and incentives granted to certain individual and corporate taxpayers pursuant to previous legislation designed to stimulate economic development. For a detailed explanation of the previous estimate of General Fund revenues for fiscal year 2009, see "Summary and Management's Discussion of General Fund Results" under PUERTO RICO TAXES, OTHER REVENUES AND EXPENDITURES in the Commonwealth Report.

Total preliminary General Fund revenues for fiscal year 2009 of $7.76 billion exceeded the revised estimate (made in February 2009) of General Fund revenues for fiscal year 2009 of $7.60 billion by approximately $160 million, or 2.1%. The major changes from the revised estimate for fiscal year 2009 were: (i) an increase of $190.4 million in income taxes withheld from non-residents pursuant to certain closing agreements with the Treasury Department, and (ii) an increase of $59 million in income taxes from individuals.

**Approved Budget for Fiscal Year 2010**

On July 1, 2009, the Governor signed a General Fund budget for fiscal year 2010 of $7.670 billion. The approved budget is approximately 19% lower than the $9.48 billion budget approved for fiscal year 2009. The approved budget is lower than the preliminary General Fund net revenues for fiscal year 2009 by $90 million, or 1.2%, and creates a payment schedule for certain Commonwealth debts or other obligations, such as borrowings from Government Development Bank that did not have a dedicated source of repayment, and accounts payable to public corporations. The General Fund budget excludes a $2.5 billion Stabilization Fund (the "Stabilization Fund") that will facilitate the orderly implementation of certain expense reduction measures adopted by the Government of the Commonwealth pursuant to Act No. 7 of March 9, 2009 ("Act No. 7"). The Stabilization Fund will provide (i) $1 billion to finance the cost of transitioning public employees to non-governmental sectors and providing vouchers for re-training, self-employment, relocation and salary subsidy alternatives, and (ii) $1.5 billion to cover payroll and operating expenses that are expected to be reduced through fiscal year 2010, but whose savings will not be realized in such fiscal year. The Stabilization Fund will be funded with proceeds from the bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA" for its Spanish acronym), as described below.

Preliminary General Fund revenues for the first four months of fiscal year 2010 (July through October) were $2.199 billion, approximately $155 million below the revenues for the same period in the prior fiscal year, but approximately $33 million above the budgeted revenues for this period.

**Actuarial Valuation and Cash Shortfall of the Employees Retirement System**

According to the most recent actuarial valuation of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Employees Retirement System") submitted by a firm of independent consulting actuaries, as of June 30, 2007, the actuarial accrued liability was $16.770 billion and the actuarial value of assets was $2.892 billion, representing a funding ratio of 17.2% and the resulting unfunded actuarial accrued liability was $13.878 billion.

5

PR-CCD-0010552

During fiscal year 2009, the Employees Retirement System had a cash shortfall of approximately $385 million. This cash shortfall was covered from the sale of certain investments. The Employees Retirement System's projected cash flow shortfall for fiscal year 2010 is approximately $510 million, which is expected to be covered from the sale of certain investments. The Employees Retirement System's cash flow shortfall for fiscal year 2010 could also be affected by the implementation of the fiscal stabilization plan, which is expected to amount to approximately $140 million. The Employees Retirement System continues to evaluate measures to improve its cash flow and funding ratio, as well as the potential impact of the fiscal stabilization plan.

For detailed information regarding the Employees Retirement System, see RETIREMENT SYSTEMS in the Commonwealth Report.

**Amendments to Act No. 7**

The Legislative Assembly approved a series of amendments to Act No. 7, which declared a state of fiscal emergency in Puerto Rico and adopted a comprehensive plan for fiscal and economic stabilization. The amendments do not alter the forecast of General Fund revenues for fiscal year 2010, nor do they affect the adoption of on-going expense reduction measures. Act No. 7 was amended to, among other things: (i) restore the tax-exemption enjoyed by certain securities that were affected by recent changes under the Alternative Minimum Tax; and (ii) introduce, with certain exceptions, a total cap of $40 million for granting tax credits related to Act No. 212 of 2002 (Urban Renewal projects) and establish specific limitations on the claim of such credits. These amendments also re-introduced the Sales and Use Tax Resale Exemption Certificate to retailers with a proven sales volume higher than $500,000. Retailers with a lower sales volume may enjoy the exemption subject to approval from the Secretary of the Treasury. The Secretary of the Treasury retains the right to revoke any Exemption Certificate for the period of a year if a retailer fails to comply with filing requirements related to the Sales and Use Tax. Finally, the amendments extended the temporary Commonwealth property tax to commercial real estate. The applicable Commonwealth property tax will be 0.591%. This temporary tax will be levied for three years or until an aggregated amount of $690 million is collected from this tax, whichever event occurs first.

On August 5, 2009, the U.S. District Court for the District of Puerto Rico denied the preliminary injunction requested by a group of government employees and labor organizations in a complaint filed on April 13, 2009 challenging the constitutionality of Act No. 7 and seeking to enjoin its enforcement. The District Court's decision allows the Government to continue with the implementation of Act No. 7. The Government has moved to dismiss the complaint and will continue to vigorously defend the constitutionality of Act No. 7. For a detailed explanation of this lawsuit, see LITIGATION in the Commonwealth Report.

Various other claims have been filed in Commonwealth and federal courts challenging the implementation of Act No. 7 and are currently pending. The Commonwealth will vigorously defend against such claims and expects that the cases filed at this time will not have a material impact on the implementation of Act No. 7.

PR-CCD-0010553

**Approval of Public-Private Partnerships Act**

On June 8, 2009, the Legislative Assembly approved Act No. 29, establishing a clear public policy and legal framework for public-private partnerships in Puerto Rico to further the development and maintenance of infrastructure facilities, improve the services rendered by the Government and foster the creation of jobs. On September 1, 2009, the Governor constituted the Board of Directors of the Public-Private Partnerships Authority (the "PPP Authority"), the entity tasked with implementing the Commonwealth's public policy regarding public-private partnerships. On September 2, 2009, David Álvarez was appointed Executive Director of the PPP Authority. Prior to his appointment, he was Senior Advisor and Assistant to the President of Government Development Bank. On September 3, 2009, the PPP Authority published for comment proposed regulations to establish the administrative framework for the procurement, evaluation, selection, negotiation and award process for public-private partnerships in Puerto Rico. The PPP Authority has also engaged a global advisory firm to assist in developing guidelines and procedures for the Commonwealth's public-private partnerships program, including assistance in developing a desirability study methodology adequate for public-private partnership projects.

**Recent Bond Issues by the Commonwealth and Certain Instrumentalities**

On June 18, 2009, COFINA issued its Sales Tax Revenue Bonds, First Subordinate Series 2009A and Sales Tax Revenue Bonds, Senior Series 2009C in the aggregate principal amount at issuance of $4,118,153,700 and $237,875,000, respectively. On June 25, 2009, COFINA issued to Puerto Rico investors its Sales Tax Revenue Bonds, First Subordinate Series 2009B in the aggregate principal amount at issuance of $1,217,915,799. On July 23, 2009, COFINA issued to a financial institution its Sales Tax Revenue Bonds, First Subordinate Series 2009D Bond Anticipation Notes (the "Bond Anticipation Notes") in an aggregate principal amount of $500,000,000. The proceeds from the Bond Anticipation Notes were disbursed as follows: $250,000,000 on July 23, 2009 and $250,000,000 on September 29, 2009. The bond proceeds were used for the purpose of, among other things, paying or financing certain obligations of the Commonwealth, paying or financing a portion of the Commonwealth's operational expenses, and funding the Puerto Rico Economic Stimulus Fund, the Commonwealth Emergency Fund and the Economic Cooperation and Public Employees Alternatives Fund.

On July 1, 2009, PBA issued its Government Facilities Revenue Refunding Bonds, Series P in the aggregate principal amount of $330,935,000. The bond proceeds were used to refund certain of PBA's outstanding bonds and fund certain swap termination payments.

On September 17, 2009, the Commonwealth remarketed $93,835,000 of the $96,825,000 Public Improvement Refunding Bonds, Series 2007 A-4 (the "Series 2007 A-4 Bonds") on a fixed-rate basis and issued $3,425,000 Public Improvement Refunding Bonds, Series 2009 A to refund the remainder of the Series 2007 A-4 Bonds.

On October 28, 2009, PBA issued its Government Facilities Revenue Refunding Bonds, Series Q in the aggregate principal amount of $152,540,000. The bond proceeds were used to refund interest (but not principal) on certain of PBA's outstanding bonds and repay certain advances made to PBA by Government Development Bank under a line of credit facility.

PR-CCD-0010554

On November 17, 2009, the Commonwealth issued its Public Improvement Refunding Bonds, Series 2009 B in the aggregate principal amount of $372,685,000. The bond proceeds were used to refund interest (but not principal) on certain of the Commonwealth's outstanding bonds, repay certain advances made to the Commonwealth to make deposits to the Redemption Fund, and pay capitalized interest.

**Orders Requiring Reduction in Service Contracts and Leases**

On September 21, 2009, the Governor issued an executive order requiring all agencies and public corporations of the Commonwealth to reduce, modify or cancel service contracts to achieve a cost reduction of at least 15%. The executive order covers advertising, consulting, information technology, accounting, legal and other services (except for direct services to the public), and grants the Fiscal Restructuring and Stabilization Board created under Act No. 7 (the "Fiscal Board") the power to monitor agencies and public corporations in order to ensure the required 15% minimum cost reduction. Each agency or public corporation had 30 days to report the following to the Fiscal Board: (i) all service contracts currently in effect, (ii) all cancelled and/or modified contracts and the corresponding savings, (iii) justification for any remaining contract in light of the mission of the agency or public corporation, and (iv) the reasonableness of the fees or compensation terms for each remaining contract. The Commonwealth expects to achieve savings of approximately $20 million from these reductions.

On September 23, 2009, the Governor issued an executive order requiring all agencies and public corporations of the Commonwealth to report the following to the Fiscal Board within 30 days: (i) all lease contracts currently in effect, (ii) the uses of leased premises, (iii) the needs for such premises, (iv) the terms and conditions of each lease, and (v) the budgeted amounts for rent and other related expenses. The Commonwealth expects to achieve a cost reduction of at least 15% or approximately $22 million by, among other things, consolidating operations of one or more agencies or public corporations and renegotiating leases to obtain more favorable terms.

**Implementation of Second Round of Layoffs under Act No. 7**

On September 25, 2009, the Fiscal Board announced the second and final round of layoffs by the Commonwealth under Phase II of Act No. 7. As part of the second round of layoffs, 16,970 government employees would have been terminated, effective on November 6, 2009. However, on November 3, 2009, the Fiscal Board announced its decision to require a number of Commonwealth government agencies to start anew the process of notifying certain union employees as to their layoff as a result of the implementation of Phase II of Act No. 7, as well as certain other notifications required under Act No. 7, including notifying certain union workers of their time of service in the government. This resulted in the delay of approximately 7,191 layoffs that would have been effective on November 6, 2009. It is estimated that the delay in the effective date of the 7,191 layoffs will have a negative impact of approximately $60 million in the cash flow projection for fiscal year 2010.

On December 4, 2009, the Fiscal Board announced that it had mailed 2,798 termination letters corresponding to union employees of five Government agencies. These layoffs will become effective in January 2010. In addition, the Fiscal Board announced that it expected to mail approximately 3,590 additional termination letters to union employees in the coming weeks for a total of 6,379 layoffs that will become effective in January 2010. The Fiscal Board also announced that approximately 6,037 union employees that have been employed by the Government for a period

8

of less than 13 years, 6 months as of April 17, 2009 will receive termination letters that are expected to become effective in February 2010, following the required notifications of time of service in government. The total government employees to be dismissed as part of the implementation of Phase I and II of Act No. 7 is expected to be approximately 15,037.

Approximately 1,000 of the laid-off employees are expected to be recruited and retrained by the Treasury Department to perform tax auditing and collection functions and by private collection firms to assist the Treasury Department in those functions.

The implementation of Phases I, II and III of Act No. 7 is expected to result in annual savings of approximately $649 million. See "Fiscal Stabilization and Economic Reconstruction" under *THE ECONOMY* in the Commonwealth Report.

### Progress in the Implementation of the Fiscal Stabilization Plan

As discussed in the Commonwealth Report, in order to achieve fiscal balance, the fiscal stabilization plan established a government-wide operating expense-reduction program aimed at reducing annual payroll and other operating expenses by $2 billion by the end of fiscal year 2010. The Fiscal Board estimates that the annual savings from all cost reduction measures implemented or identified by the Commonwealth as of September 30, 2009 will amount to approximately $1.2 billion, which is approximately 60% of the $2 billion target. The Fiscal Board continues to seek and implement various initiatives to obtain additional savings necessary in order to achieve the $2 billion target. The additional savings are expected to come from both cost reduction and revenue generating initiatives, which include, among others, improvements in government procurement processes, reorganization and increased fiscal oversight of government agencies and improvements in tax collection and enforcement measures.

### PLAN OF FINANCING

The Commonwealth is issuing the Bonds to (i) refund interest (but not principal) on certain bonds (the "Refunded Interest"), in the amounts and of the maturities identified in *Appendix III* to this Official Statement, and (ii) pay costs of issuance of the Bonds.

### Sources and Uses of Funds

Sources:

| | |
|---|---|
| Bond Proceeds: | |
| Principal amount of the Bonds | $210,250,000.00 |
| Net original issue discount | (5,674,647.50) |
| Total sources | $204,575,352.50 |

Uses:

| | |
|---|---|
| Refunding escrow deposits | $202,825,589.15 |
| Underwriting discount, legal, printing, and other financing expenses | 1,749,763.35 |
| Total uses | $204,575,352.50 |

9

## THE BONDS

### General

The Bonds will be dated, bear interest at such rates, be payable at such times, and mature on the dates and in the principal amounts set forth on the cover and inside cover page of this Official Statement. The Bonds are subject to redemption at the times and at the prices set forth below in "Redemption." Banco Popular de Puerto Rico will serve as paying agent and registrar (the "Registrar") for the Bonds.

### Book-Entry Only System

*Appendix II* to this Official Statement contains information concerning DTC and DTC's book-entry only system. The information contained in *Appendix II* to this Official Statement has been obtained from sources that the Commonwealth believes to be reliable, but the Commonwealth takes no responsibility for the accuracy thereof.

The Commonwealth cannot and does not give any assurances that DTC, DTC Direct or Indirect Participants will distribute to the Beneficial Owners of the Bonds: (i) payments of principal and interest payments (including redemption payments) with respect to the Bonds; (ii) confirmation of ownership interest in the Bonds; or (iii) notices sent to DTC or Cede & Co., its nominee, as the registered owner of the Bonds, or that they will do so on a timely basis, or that DTC or the DTC Participants will serve and act in the manner described in this Official Statement.

Neither the Commonwealth nor the Registrar or any agent of the Commonwealth or the Registrar will have any responsibility or obligations to DTC, the DTC Participants, or the Beneficial Owners with respect to: (i) the accuracy of any records maintained by DTC or any DTC Participants; (ii) the payment by DTC or any DTC Participants of any amount due to any Beneficial Owner in respect of principal and interest payments (including redemption payments) on the Bonds; (iii) the delivery by DTC or any DTC Participants of any notice to any Beneficial Owner that is required or permitted to be given to owners under the terms of the Bonds; or (iv) any consent given or other action taken by DTC as registered owner of the Bonds. See *Appendix II - Book-Entry Only System.*

### Authorization

Section 2 of Article VI of the Constitution of the Commonwealth provides that the power of the Commonwealth to contract and to authorize the contracting of debts shall be exercised as determined by the Legislative Assembly. Pursuant to this power, the Legislative Assembly enacted the Act, which authorizes the Secretary to issue the Bonds pursuant to one or more resolutions adopted by the Secretary and approved by the Governor. In accordance with the Act, the Secretary adopted and the Governor approved the Bond Resolution.

### Redemption

*Optional Redemption.* At the option of the Secretary of the Treasury and upon at least 30 days' notice, the Bonds are subject to redemption, from any moneys that may be available for that purpose (other than from moneys set aside in respect of an amortization requirement), prior to maturity, commencing on July 1, 2019, either in whole or in part, on any date, at a redemption price of par, plus accrued interest to the date fixed for redemption.

PR-CCD-0010557

*Mandatory Redemption.* The Bonds are subject to redemption to the extent of the respective amortization requirements therefor set forth below (less the amount applied to the purchase of any such Bonds and otherwise subject to adjustment as described below), commencing on July 1, 2035, and on July 1 of each year thereafter as set forth below at a redemption price of par, plus accrued interest to the dates fixed for redemption:

### Amortization Requirements for the Bonds

| Year | Amortization Requirement |
|------|--------------------------|
| 2035 | $37,300,000 |
| 2036 | 39,535,000 |
| 2037 | 41,910,000 |
| 2038 | 44,420,000 |
| 2039 | 47,085,000[*] |

\* Maturity

If the amount of the Bonds purchased or redeemed in any fiscal year exceeds the amount of the amortization requirement due on such Bonds for such fiscal year, the amortization requirement for such Bonds may be decreased for such subsequent fiscal years and in such amounts aggregating the amount of such excess as the Secretary of the Treasury shall determine.

**Notice of Redemption; Effect of Redemption**

Any redemption of the Bonds, either in whole or in part, shall be made upon at least a 30-day prior notice by mail to DTC or, if the book-entry only system described above has been discontinued, by registered or certified mail, postage prepaid, to all registered owners of the Bonds to be redeemed in the manner and under the terms and conditions provided in the Bond Resolution. On the date designated for redemption, notice having been given as provided in the Bond Resolution and moneys for payment of the principal of and accrued interest on the Bonds or portions thereof so called for redemption being held by the Registrar, interest on the Bonds or portions thereof so called for redemption shall cease to accrue.

Each notice of redemption shall contain, among other things, the particular Bonds (or portions thereof) being called for redemption, the redemption date and price and the address at which such Bonds are to be surrendered for payment of the redemption price. Any defect in such notice or the failure so to mail any such notice to DTC in respect of, or the registered owner of, any Bond will not affect the validity of the proceedings for the redemption of any other Bond.

Any notice of optional redemption may state that the redemption is conditional and, if so, the notice shall state what the conditions are. If at the time of mailing a notice of optional redemption there shall not have been deposited with the Registrar moneys sufficient to redeem the Bonds called for redemption, such notice shall state that it is subject to the deposit of the redemption moneys with the Registrar not later than the opening of business on the redemption date, and such notice shall be of no effect unless such moneys are so deposited.

PR-CCD-0010558

If less than all the Bonds of any maturity are called for redemption, the particular Bonds so called for redemption shall be selected by the Registrar by such method as it deems fair and appropriate, except that so long as the book-entry only system shall remain in effect, in the event of any such partial redemption, DTC shall reduce the credit balances of the applicable DTC Participants in respect of the Bonds and such DTC Participants shall in turn select those Beneficial Owners whose ownership interests are to be extinguished by such partial redemption, each by such method as DTC or such DTC Participant, as the case may be, in its sole discretion, deems fair and appropriate.

## Security

### Provision for Payment of Public Debt

The Act provides that the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the bonds issued under the provisions of the Act. The Secretary of the Treasury is authorized and directed under the Act to pay the principal of and interest on the Bonds as the same become due and payable from any funds available for such purpose at the Treasury Department in the fiscal year in which such payment is due. The Act provides that the provisions contained therein with respect to the payment of the principal of and interest on the Bonds shall be considered to be a continuous appropriation for the Secretary of the Treasury to make such payments, even though no specific appropriations are made for such purposes. The payments under the Act are required to be made pursuant to the provisions of the laws of the Commonwealth that regulate the disbursement of public funds.

The Constitution of Puerto Rico provides that public debt of the Commonwealth will constitute a first claim on available Commonwealth resources. Public debt includes general obligation bonds and notes of the Commonwealth and any payments required to be made by the Commonwealth under its guarantees of bonds and notes issued by its public instrumentalities.

The Commonwealth has allocated certain motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees to Puerto Rico Highways and Transportation Authority (the "Highways Authority"). The amounts so allocated, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Since fiscal year 1989, the Commonwealth has pledged to Puerto Rico Infrastructure Financing Authority certain federal excise taxes imposed on alcoholic beverages and tobacco products produced in Puerto Rico and sold in the United States, which taxes are returned to the Commonwealth. The amounts so pledged, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Act No. 91 allocated a portion of the Commonwealth sales and use tax to pay debt service the bonds issued by COFINA for the purpose of, among other things, paying or financing certain obligations of the Commonwealth, paying or financing a portion of the Commonwealth's operational expenses, and funding the Puerto Rico Economic Stimulus Fund,

PR-CCD-0010559

the Commonwealth Emergency Fund and the Economic Cooperation and Public Employees Alternatives Fund. Act No. 91 provides that the Dedicated Sales Tax Fund created by Act No. 91, the funds on deposit therein and Commonwealth the sales and use tax pledged to COFINA do not constitute "available resources" of the Commonwealth for purposes of Section 2 and Section 8 of Article VI of the Constitution of Puerto Rico and are not available for use by the Secretary. As a result, the portion of the Commonwealth sales and use tax allocated to COFINA is not available for the payment of principal of and interest on the Bonds.

The Constitution expressly empowers a holder of bonds and notes evidencing public debt to bring suit against the Secretary to require application of available resources, including surplus, to the payment of principal of and interest on public debt when due.

*Special Fund for the Bonds (General Obligation) Debt Service*

Act No. 83 of the Legislative Assembly of Puerto Rico, approved on August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exempt from taxation. The proceeds of said tax are credited to the Commonwealth Debt Redemption Fund (the "Redemption Fund"), for application to the payment of general obligation bonds and notes of the Commonwealth.

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on May 13, 1976, as amended ("Act No. 39"), requires the Secretary of the Treasury to transfer each month from available funds of the Commonwealth to the Redemption Fund such amounts which, together with certain other funds deposited therein, will be equal to the sum of one-sixth of the interest to be paid in the next six months and one-twelfth of the principal to be paid or required to be amortized within the next twelve months on all bonds and notes of the Commonwealth for which its full faith and credit are pledged as the same become due and all bonds and notes of the Commonwealth for which the guaranty of the Commonwealth has been exercised. Moneys in the Redemption Fund are held in trust by Government Development Bank. Act No. 39 provides that the obligation of the Secretary of the Treasury to make the above transfers is cumulative, and the amount of any deficiency in any month shall be added to the amount of transfers required in future months until such deficiency has been fully paid.

Act No. 39 expressly relates to direct obligations of the Commonwealth. It does not apply to the payment of bonds and other obligations of public corporations guaranteed by the Commonwealth issued after the date of its adoption.

**Payment Record**

The Commonwealth has never defaulted on the payment of principal of or interest on any of its debt.

**Debt Limitation**

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues

13

raised under the provisions of Commonwealth legislation and deposited into the Treasury Department (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury Department and motor vehicle fuel taxes and license fees, which are allocated to the Highways Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the sales and use tax allocated to COFINA is also not included as internal revenues consistent with the legislation creating COFINA, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's and S&P), none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Joint Resolution No. 2104 of the Legislative Assembly of Puerto Rico, approved on September 30, 2004 ("Joint Resolution No. 2104"), authorized the Commonwealth to enter into interest rate exchange agreements with respect to the Commonwealth's $447,875,000 Public Improvement Refunding Bonds, Series 2004B (the "Series 2004B Bonds"), which were issued as variable rate bonds. Joint Resolution No. 2104 allows the Commonwealth to calculate the constitutional debt limitation using (i) the fixed rate it is required to pay under any interest rate exchange agreement entered into by the Commonwealth in connection with the Series 2004B Bonds, and (ii) the lesser of (A) the maximum interest rate allowed by law, and (B) the maximum interest rate set forth in the resolution approving the bonds, if any, in connection with the Commonwealth's $279,240,000 Public Improvement Refunding Bonds, Series 2004A (the "Series 2004A Bonds") and any Series 2004B Bonds for which no interest rate exchange agreement is executed. In November 2004, the Commonwealth entered into two interest rate exchange agreements with respect to the Series 2004B Bonds.

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on August 1, 2005, as amended ("Act No. 39 of 2005") authorizes the Commonwealth to enter into interest rate exchange agreements with respect to its general obligation bonds, subject to certain conditions, including that the agreements are entered into to reduce certain financial risks associated with issuing variable rate obligations. The Secretary is also authorized to pledge the full faith, credit and taxing power of the Commonwealth for the payment of the obligations incurred under such interest rate exchange agreements. In August 2006, the Commonwealth issued its $500,000,000 Public Improvement Bonds of 2006, Series A, a portion of which bonds bear interest at a rate that will change periodically based on changes in the United States consumer price index, and in connection with such consumer price index floating rate bonds (said portion, the "2006 CPI Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In August and September 2006, the Commonwealth entered into interest rate exchange agreements, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect of a portion of the Commonwealth's

PR-CCD-0010561

outstanding $1,018,245,000 Public Improvement Refunding Bonds, Series 2003C (said portion, the "2003C Swap Bonds") and whose payments commenced on July 1, 2008, the end of an initial fixed rate period on the 2003C Swap Bonds. In October 2007, the Commonwealth issued its $926,570,000 Public Improvement Refunding Bonds, Series 2007 A, a portion of which bonds bear interest at a variable rate and, in connection with said bonds (said portion, the "2007 Swap Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof. In May 2008, the Commonwealth issued its $173,975,000 Public Improvement Refunding Bonds, Series 2008B (the "2008 Swap Bonds"), which bear interest at a variable rate, for the purpose of refunding a portion of the Series 2004B Bonds, and, in connection therewith, continued the swap related to such refunded Series 2004B Bonds. Act No. 39 of 2005 allows the Commonwealth to calculate the constitutional debt limit in a manner identical to that utilized in Joint Resolution No. 2104. In addition, the Commonwealth has also executed under the authority granted in Act No. 39 of 2005, interest rate exchange agreements in which the Commonwealth is making payments (1) on $1,698,370,000 notional amount of public improvement bonds based on a short-term interest rate index published by Securities Industry and Financial Markets Association ("SIFMA") and is receiving from its counterparties payments on the same notional amount based on the published three-month London Interbank Offered Rate index (the "basis swap") and (2) on $850,000,000 notional amount of public improvement bonds based on the published short-term SIFMA municipal swap rate and is receiving from its counterparties payments on the same notional amount based on a published index of municipal bonds having a maturity of 10 years (the "constant maturity swap").

After giving effect to the issuance of the Bonds, future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $984,688,996 in the fiscal year ending June 30, 2016 (based on the assumption that (i) the bonds refunded with non-eligible investments are treated as being outstanding, (ii) the Series 2004A Bonds bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, (iii) the outstanding 2003C Swap Bonds, Series 2004B Bonds, 2006 CPI Bonds, 2007 Swap Bonds and the 2008 Swap Bonds, bear interest at 12% per annum and (iv) the public improvement bonds to which the basis swap and the constant maturity swap relate bear interest at their stated interest rates rather than the rates set forth in said swaps). This amount ($984,688,996) is equal to 12.82% of $7,679,421,000, which is the average of the adjusted internal revenues for the fiscal year ended June 30, 2008 and the preliminary adjusted internal revenues for the fiscal year ended June 30, 2009. If the bonds refunded with non-eligible investments were treated as not being outstanding, and the interest on the outstanding bonds described in items (i) through (iv) above is calculated using the fixed rate paid by the Commonwealth under the interest rate exchange agreements executed in connection with such bonds, the percentage referred to in the preceding sentence would be 10.77%.

Debt service for the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed bonds of approximately $30 million was paid by PRASA during the last two fiscal years and, thus, is not included in the calculation of the 15% debt limitation. See "Other Public Corporations – Aqueduct and Sewer Authority" under PUBLIC CORPORATIONS in the Commonwealth Report. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund and such debt service would, to the extent paid by the Commonwealth, be included in the calculation of the 15% debt limitation.

**Maturity Limitation**

The Constitution provides that no bonds or notes of the Commonwealth shall mature later than 30 years from their date of issue, except bonds or notes for housing facilities, which shall mature in no more than 40 years.

15

PR-CCD-0010562

# PUBLIC SECTOR DEBT OF THE COMMONWEALTH

## Public Sector Debt

The following table presents a summary of the public sector debt of the Commonwealth as of June 30, 2009, as adjusted. The table should be read in conjunction with the information set forth under DEBT in the Commonwealth Report.

### Commonwealth of Puerto Rico
### Public Sector Debt*
### (in millions)

|  | June 30, 2009 | As Adjusted |
|---|---|---|
| Direct full faith and credit obligations[1] | $ 9,006 | $9,511 |
| TRANs line of credit | - | - |
| Sales Tax debt[2] | 12,880 | 12,880 |
| Municipal debt | 2,997 | 2,997 |
| Puerto Rico guaranteed debt[3] | 4,145 | 4,145 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,455 | 1,455 |
| Public corporations and agencies | 22,496 | 22,496 |
| Sub-total | $52,979 | $53,484 |
| Limited obligation/non-recourse debt[5] | 5,435 | 5,435 |
| Total public sector debt | $58,414 | $58,919 |

* Totals may not add due to rounding.
(1) Includes general obligation bonds and as adjusted to include the issuance of the Bonds and other general obligation bonds issued since June 30, 2009.
(2) Includes Public Finance Corporation and COFINA bonds.
(3) Consists of $594.6 million of bonds issued by Aqueduct and Sewer Authority, $321.2 million of State Revolving Fund Loans incurred under various federal water laws, $181.9 million of bonds issued by Port of the Americas Authority and $3.047 billion of Public Buildings Authority bonds (does not include the issuance in July 2009 of $330,935,000 Government Facilities Revenue Refunding Bonds, Series P or in October 2009 of $152,540,000 Government Facilities Revenue Refunding Bonds, Series Q). Excludes $267 million of Government Development Bank bonds payable from available moneys of Government Development Bank.
(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.
(5) Includes the following: $1.4 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $197 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $152.7 million of Special Facilities Revenue Bonds issued by Highways Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; approximately $82.4 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds; $368.6 million of Housing Finance Authority Subordinate Bonds Series 2008, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; and $100 million of Housing Finance Authority Housing Revenue Bonds Series 2008, which principal is payable primarily by the proceeds of a Permanent Loan to be made by the Authority to the Limited liability Co. The interest on the short term bonds will be paid from amounts on deposit in the Bond Debt Service Fund and the Bond Debt Service Reserve Fund which have been funded from the proceeds of the Short Term Bonds and Equity Contribution from the Limited Liability Co. Principal on the Short Term Bonds is payable from the proceeds of the Permanent Loan to be made by the Authority using moneys received as a grant from Department of Housing (DOH).

*Source:* Government Development Bank for Puerto Rico

16

PR-CCD-0010563

**Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt**

The following table presents the debt service requirements for (i) Commonwealth general obligation bonds outstanding on December 16, 2009; (ii) the Bonds; and (iii) total Commonwealth general obligation bonds, adjusted for the issuance of the Bonds. The table excludes debt service on Commonwealth general obligation bonds that have been refunded with the proceeds of refunding bonds invested in non-eligible investments, notwithstanding that such bonds will be considered to be outstanding under their authorizing resolution and for purposes of calculating the Commonwealth's debt limitation. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

**Commonwealth of Puerto Rico**
**Debt Service Requirements***
**(in thousands)**

| Fiscal Year Ending June 30 | Outstanding Bonds Total Debt Service[1] | The Bonds | | Grand Total |
|---|---|---|---|---|
| | | Principal | Interest | |
| 2010 | $ 375,970 | | $ 6,833 | $ 382,803 |
| 2011 | 789,185 | | 12,615 | 801,800 |
| 2012 | 795,923 | | 12,615 | 808,538 |
| 2013 | 799,004 | | 12,615 | 811,619 |
| 2014 | 786,528 | | 12,615 | 799,143 |
| 2015 | 800,603 | | 12,615 | 813,218 |
| 2016 | 800,457 | | 12,615 | 813,072 |
| 2017 | 726,136 | | 12,615 | 738,751 |
| 2018 | 710,217 | | 12,615 | 722,832 |
| 2019 | 779,081 | | 12,615 | 791,696 |
| 2020 | 814,197 | | 12,615 | 826,812 |
| 2021 | 662,093 | | 12,615 | 674,708 |
| 2022 | 572,050 | | 12,615 | 584,665 |
| 2023 | 525,149 | | 12,615 | 537,764 |
| 2024 | 502,112 | | 12,615 | 514,727 |
| 2025 | 502,237 | | 12,615 | 514,852 |
| 2026 | 491,846 | | 12,615 | 504,461 |
| 2027 | 490,163 | | 12,615 | 502,778 |
| 2028 | 490,854 | | 12,615 | 503,469 |
| 2029 | 446,408 | | 12,615 | 459,023 |
| 2030 | 442,788 | | 12,615 | 455,403 |
| 2031 | 445,125 | | 12,615 | 457,740 |
| 2032 | 263,884 | | 12,615 | 276,499 |
| 2033 | 225,925 | | 12,615 | 238,540 |
| 2034 | 171,898 | | 12,615 | 184,513 |
| 2035 | 130,398 | $ 37,300 | 12,615 | 180,313 |
| 2036 | 130,403 | 39,535 | 10,377 | 180,315 |
| 2037 | 130,400 | 41,910 | 8,005 | 180,315 |
| 2038 | 130,405 | 44,420 | 5,490 | 180,315 |
| 2039 | 130,401 | 47,085 | 2,825 | 180,311 |
| Total | $15,061,840 | $210,250 | $348,905 | $15,620,996 |

---

\*    Totals may not add due to rounding. Includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

[1]    In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantees from the General Fund.

Sources: Government Development Bank and Treasury Department.

PR-CCD-0010564

## TAX MATTERS

The Internal Revenue Code of 1986, as amended (the "Code"), includes requirements which the Commonwealth must continue to meet after the issuance of the Bonds in order that interest on the Bonds not be included in gross income for federal income tax purposes. The Commonwealth's failure to meet these requirements may cause interest on the Bonds to be included in gross income for federal income tax purposes retroactive to their date of issuance. The Commonwealth has covenanted in the Bond Resolution to comply, to the extent permitted by the Constitution and the laws of the Commonwealth, with the requirements of the Code in order to maintain the exclusion from gross income for federal income tax purposes of interest on the Bonds. Bond Counsel is not aware of any provision of the Constitution or laws of the Commonwealth which would prevent the Commonwealth from complying with the requirements of the Code.

In the opinion of Bond Counsel, subject to continuing compliance by the Commonwealth with the tax covenant referred to above, under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, interest on the Bonds will not be included in gross income for federal income tax purposes. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations and will not be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth and local income taxation.

Ownership of tax-exempt obligations such as the Bonds may result in collateral federal income tax consequences to certain taxpayers, including, without limitation, financial institutions, property and casualty insurance companies, certain foreign corporations, certain S Corporations with excess passive income, individual recipients of Social Security or Railroad Retirement benefits, taxpayers who may be deemed to have incurred or continued indebtedness to purchase or carry tax-exempt obligations, and taxpayers who may be eligible for the earned income tax credit.

Ownership of tax-exempt obligations may also result in collateral income tax consequences under Puerto Rico law to financial institutions doing business in Puerto Rico.

Prospective purchasers of the Bonds should consult their tax advisors as to their specific taxation circumstances and the applicability and impact of any collateral consequences.

Legislation affecting municipal securities is constantly being considered by the United States Congress. There can be no assurance that legislation enacted after the date of issuance of the Bonds will not have an adverse effect on the tax-exempt status of the Bonds. Legislative or regulatory actions and proposals may also affect the economic value of tax exemption or the market price of the Bonds.

## LEGAL MATTERS

The proposed form of opinion of Greenberg Traurig, LLP, Boston, Massachusetts, Bond Counsel, is set forth in *Appendix I* to this Official Statement. Certain legal matters will be passed upon for the Underwriters by Fiddler González & Rodríguez, P.S.C., San Juan, Puerto Rico.

18

## LEGAL INVESTMENT

The Bonds will be eligible for deposit by banks in Puerto Rico to secure public funds and will be approved investments for insurance companies to qualify them to do business in Puerto Rico, as required by law.

## UNDERWRITING

The Underwriters have jointly and severally agreed, subject to certain conditions, to purchase the Bonds from the Commonwealth at an aggregate discount of $1,401,755.01 from the initial offering prices of the Bonds set forth or derived from information set forth on the inside cover hereof. The obligation of the Underwriters to purchase the Bonds is subject to certain conditions precedent, and they will be obligated to purchase all the Bonds if any Bonds are purchased. The Underwriters may offer to sell the Bonds to certain dealers (including dealers depositing the Bonds into unit investment trusts, certain of which may be sponsored or managed by the Underwriters) and others at prices lower than the initial public offering prices. The offering prices may be changed from time to time by the Underwriters.

Popular Securities, Inc, ("Popular") has entered into a joint venture agreement (the "JV Agreement") with Morgan Stanley & Co. Incorporated ("Morgan Stanley"), under which the parties shall provide services and advice to each other related to the structuring and execution of certain municipal finance transactions in the U.S. capital markets with governmental entities located in the Commonwealth. Pursuant to the terms of the JV Agreement and in compliance with applicable rules, the parties will be entitled to receive a portion of each other's net profits from the underwriting of the Bonds as consideration for their professional services.

Morgan Stanley and Citigroup Inc., the respective parent companies of Morgan Stanley & Co. Incorporated and Citigroup Global Markets Inc., each an underwriter of the Bonds, have entered into a retail brokerage joint venture. As part of the joint venture each of Morgan Stanley & Co. Incorporated and Citigroup Global Markets Inc. will distribute municipal securities to retail investors through the financial advisor network of a new broker-dealer, Morgan Stanley Smith Barney LLC. This distribution arrangement became effective on June 1, 2009. As part of this arrangement, each of Morgan Stanley & Co. Incorporated and Citigroup Global Markets Inc. will compensate Morgan Stanley Smith Barney LLC for its selling efforts in connection with their respective allocations of Bonds.

Santander Securities Corporation ("SSC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill") have agreed to provide services and advice to each other related to the structuring and execution of the underwriting of the Bonds in accordance with the terms and provisions of a joint venture agreement which was entered into between SSC and Banc of America Securities LLC ("BAS") (Merrill and BAS are now affiliated broker-dealers). SSC and Merrill will be entitled to receive a portion of each other's revenues from the underwriting of the Bonds as consideration for their professional services.

Goldman, Sachs & Co. and UBS Financial Services Incorporated of Puerto Rico have agreed to cooperate with respect to structuring and coordinating the marketing and execution of bond offerings in the United States and global capital markets, other than bond issuances offered exclusively in the Puerto Rico market, for the Commonwealth's governmental entities and other municipal bonds issuers. Compensation with respect to the underwriting of the securities will be allocated between them.

PR-CCD-0010566

J.P. Morgan Securities Inc. has entered into an agreement with FirstBank Puerto Rico Securities Corp. to assist the Commonwealth, its public corporations, agencies, instrumentalities, and municipalities in structuring and facilitating the issuance of certain municipal securities. Pursuant to the terms of the agreement and in compliance with applicable rules, compensation with respect to the underwriting of such municipal securities will be allocated between the parties.

## VERIFICATION OF MATHEMATICAL COMPUTATIONS

Causey Demgen & Moore Inc. will verify from the information provided to them the mathematical accuracy, as of the date of the closing on the Bonds, of the computations to determine that the anticipated receipts from the securities and cash deposits to be held in escrow, will be sufficient to pay the Refunded Interest. Causey Demgen & Moore Inc. will express no opinion on the assumptions provided to them, nor as to the exclusion from gross income of the interest on the Bonds.

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

As required by Act No. 272 of the Legislative Assembly of Puerto Rico, approved May 15, 1945, as amended, Government Development Bank has acted as financial advisor to the Commonwealth in connection with the Bonds offered hereby. As financial advisor, Government Development Bank participated in the selection of the Underwriters of the Bonds. Certain of the Underwriters have been selected by Government Development Bank to serve from time to time as underwriters of its obligations and the obligations of the Commonwealth, its instrumentalities and public corporations. Certain of the Underwriters or their affiliates participate in other financial transactions with Government Development Bank.

## RATINGS

Moody's Investors Service and Standard & Poor's Rating Services have assigned the Bonds ratings of "Baa3" and "BBB-," respectively. Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency. Such rating agencies were provided with materials relating to the Commonwealth and the Bonds and other relevant information, and no application has been made to any other rating agency for the purpose of obtaining a rating on the Bonds.

There is no assurance that such ratings will remain in effect for any given period of time or that they will not be revised downward or withdrawn entirely by either or both of such rating agencies, if in the judgment of either or both, circumstances so warrant. Any such downward revision or withdrawal of such ratings, or either of them, may have an adverse effect on the market prices of the Bonds.

## CONTINUING DISCLOSURE

In accordance with the requirements of Rule 15c2-12, as amended (the "Rule"), promulgated by the Securities and Exchange Commission ("SEC"), the Commonwealth has covenanted in the Bond Resolution for the benefit of the Beneficial Owners (as defined in the Bond Resolution) as follows:

1. to file, within 305 days after the end of each fiscal year commencing with the fiscal year ending June 30, 2009, with the MSRB through EMMA, core financial information and operating data for the prior fiscal year, including (i) the Commonwealth's audited financial statements, prepared in accordance with generally accepted accounting principles in effect from time to time, and (ii) material historical quantitative data

(including financial information and operating data) on the Commonwealth and its revenues, expenditures, financial operations and indebtedness, in each case generally found in this Official Statement; and

2.   to file, in a timely manner, with the MSRB through EMMA, notice of any failure of the Commonwealth to comply with paragraph 1 above and of the occurrence of any of the following events with respect to the Bonds, if material:

    a.   principal and interest payment delinquencies;
    b.   non-payment related defaults;
    c.   unscheduled draws on debt service reserves reflecting financial difficulties;
    d.   unscheduled draws on credit enhancements reflecting financial difficulties;
    e.   substitution of credit or liquidity facility providers, or their failure to perform;
    f.   adverse opinions or events affecting the tax-exempt status of the Bonds;
    g.   modifications to rights of the holders (including Beneficial Owners) of the Bonds;
    h.   bond calls;
    i.   defeasances;
    j.   release, substitution, or sale of property securing repayment of the Bonds; and
    k.   rating changes.

Event (c) is included pursuant to a letter from the SEC staff to the National Association of Bond Lawyers, dated September 19, 1995. However, event (c) may not be applicable, since the terms of the Bonds do not provide for "debt service reserves." In addition, with respect to the following events:

Events (d) and (e). The Commonwealth does not undertake to provide any notice with respect to credit enhancement added after the primary offering of the Bonds, unless the Commonwealth applies for or participates in obtaining the enhancement.

Event (f). For information on the tax status of the Bonds, see TAX MATTERS.

Event (h). The Commonwealth does not undertake to provide the above-described event notice of a mandatory scheduled redemption, not otherwise contingent upon the occurrence of an event, if the terms, dates and amounts of redemption are set forth in detail in this Official Statement under "Redemption" in THE BONDS, the only open issue is which Bonds will be redeemed in the case of a partial redemption, notice of redemption is given to the Bondholders as required under the terms of the Bonds, and public notice of the redemption is given pursuant to Securities Exchange Act of 1934 Release No. 34-23856 of the SEC, even if the originally scheduled amounts are reduced by prior optional redemptions or purchases of Bonds.

The Commonwealth expects to provide the information described in paragraph 1 above by filing its first bond official statement that includes such information for the preceding fiscal year or, if no such official statement is issued by the 305-day deadline, by filing a separate document containing such information.

The Commonwealth has made similar continuing disclosure covenants in connection with prior bond issuances, and has complied with all such covenants, except as hereinafter noted. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2002 were filed after the Commonwealth's filing deadline of May 1, 2003 because of delays in finalizing such financial statements resulting from the implementation of GASB Statement No. 34 ("GASB 34"). The

21

Commonwealth's audited financial statements for the fiscal year ended June 30, 2003 were also filed after the Commonwealth's filing deadline of April 30, 2004, because of delays in finalizing the financial statements of certain of the Commonwealth's reporting units due to the implementation of GASB 34. The Commonwealth's audited financial statements for the fiscal years ended June 30, 2004, 2006, 2007 and 2008 were also filed after the Commonwealth's respective filing deadlines of May 1, 2005, 2007, 2008 and 2009, because various governmental agencies did not submit their audited financial statements to the central government's external auditors on time, thereby delaying submission of the Commonwealth's audited financial statements. Finally, the Commonwealth Report for the fiscal year ended June 30, 2008 containing the information described in paragraph 1 above, was filed after the Commonwealth's filing deadline of May 1, 2009.

As of the date of this Official Statement, there is no Commonwealth information repository. All continuing disclosure filing must be made with the MSRB through EMMA.

The Commonwealth may from time to time choose to provide notice of the occurrence of certain other events in addition to those listed above if, in the judgment of the Commonwealth, such other events are material with respect to the Bonds, but the Commonwealth does not undertake to provide any such notice of the occurrence of any material event except those events listed above.

The Commonwealth acknowledges that its undertaking pursuant to the Rule described above is intended to be for the benefit of the Beneficial Owners of the Bonds, and shall be enforceable by any such Beneficial Owners; provided that the right to enforce the provisions of its undertaking shall be limited to a right to obtain specific enforcement of the Commonwealth's obligations thereunder.

No Beneficial Owner may institute any suit, action or proceeding at law or in equity ("Proceeding") for the enforcement of the foregoing covenants (the "Covenants") or for any remedy for breach thereof, unless such Beneficial Owner shall have filed with the Commonwealth written notice of any request to cure such breach, and the Commonwealth shall have refused to comply within a reasonable time. All Proceedings shall be instituted only in a Commonwealth court located in the Municipality of San Juan, Puerto Rico for the equal benefit of all Beneficial Owners of the outstanding Bonds benefited by the Covenants, and no remedy shall be sought or granted other than specific performance of any of the Covenants at issue. Moreover, Proceedings filed by Beneficial Owners against the Commonwealth may be subject to the sovereign immunity provisions of Section 2 and 2A of Act No. 104, approved June 29, 1955, as amended, which governs the scope of legal actions against the Commonwealth, substantially limits the amount of monetary damages that may be awarded against the Commonwealth and provides certain notice provisions, the failure to comply with which may further limit any recovery.

The Covenants may only be amended if

(1) the amendment is made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the Commonwealth, or type of business conducted; the Covenants, as amended, would have complied with the requirements of the Rule at the time of award of the Bonds, after taking into account any amendments or change in circumstances; and the amendment does not materially impair the interest of Beneficial Owners, as determined by persons unaffiliated with the Commonwealth; or

PR-CCD-0010569

(2)     all or any part of the Rule, as interpreted by the staff of the SEC at the date of the adoption of such Rule, ceases to be in effect for any reason, and the Commonwealth elects that the Covenants shall be deemed amended accordingly.

The Commonwealth has further agreed that the annual financial information containing any amended operating data or financial information will explain, in narrative form, the reasons for the amendment and the impact of the change in the type of operating data or financial information being provided.

Any assertion of beneficial ownership must be filed, with full documentary support, as part of the written request described above.

## MISCELLANEOUS

The foregoing summaries of or references to the Act, the Bonds, the Bond Resolution and the summaries of or references to the various acts contained in the Commonwealth Report, are made subject to all the detailed provisions thereof to which reference is hereby made for further information and do not purport to be complete statements of any or all of such provisions.

Appended to and constituting a part of this Official Statement are the proposed form of opinion of Bond Counsel (*Appendix I*), a description of the Book-Entry System (*Appendix II*), and a list of Bonds with Refunded Interest (*Appendix III*).

The information set forth in this Official Statement and incorporated herein by reference, except for information pertaining to DTC, and the information appearing in UNDERWRITING, was supplied by certain officials of the Commonwealth or certain of its agencies or instrumentalities, in their respective official capacities, or was obtained from publications of the Commonwealth or certain of its agencies or instrumentalities, and is included or incorporated by reference in this Official Statement on the authority of such officials or the authority of such publications as public official documents. The information pertaining to DTC was supplied by DTC.

This Official Statement will be filed with the MSRB through EMMA.

### COMMONWEALTH OF PUERTO RICO

By: _____/s/ Juan C. Puig_____
Secretary of the Treasury

23

[THIS PAGE INTENTIONALLY LEFT BLANK]

APPENDIX I

## PROPOSED FORM OF OPINION OF BOND COUNSEL

GT GreenbergTraurig

[Closing Date]

Secretary of the Treasury of the
    Commonwealth of Puerto Rico
Department of the Treasury
San Juan, Puerto Rico

Re:   $210,250,000 Commonwealth of Puerto Rico Public Improvement Refunding Bonds,
      Series 2009 C (General Obligation Bonds)

Dear Mr. Secretary:

We have acted as bond counsel to the Commonwealth of Puerto Rico in connection with the issuance of the above-captioned bonds, dated the date of delivery thereof (the "Bonds"). In such capacity we have examined Act No. 33 of the Legislative Assembly of Puerto Rico, approved December 7, 1942, as amended (the "Act"), such other law and such certified proceedings and other documents as we have deemed necessary to render this opinion, including a resolution adopted by the Secretary of the Treasury of the Commonwealth of Puerto Rico (the "Secretary") and approved by the Governor of the Commonwealth of Puerto Rico (the "Resolution"). We also have examined one of the Bonds as executed and authenticated.

The Bonds are issued pursuant to the Act and the Resolution. The Bonds mature on July 1 of the years and in such principal amounts and bearing interest at the rates, all as set forth in the Resolution. The Bonds are issuable as registered Bonds without coupons in the manner and in accordance with the terms and conditions of the Resolution.

Regarding questions of fact material to our opinion, we have relied on representations of the Secretary contained in the Resolution, and the certified proceedings and other certifications of public officials and others furnished to us without undertaking to verify the same by independent investigation.

Based on the foregoing, we are of opinion that, under existing law:

1.     The Act is valid.

2.     Said proceedings have been validly and legally taken.

3.     The Act and such proceedings and certifications show lawful authority for the issuance and sale of the Bonds, and the Bonds constitute valid and binding general obligations of the Commonwealth of Puerto Rico for the payment of the principal of and the interest on the

I-1

PR-CCD-0010572

Secretary of the Treasury of the
  Commonwealth of Puerto Rico
[Closing Date]
Page 2

Bonds, to which the good faith, credit and taxing power of the Commonwealth of Puerto Rico are pledged.

4.      Under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, (i) subject to compliance with the covenant referred to below and requirements of the Internal Revenue Code of 1986, as amended (the "Code"), and the Resolution regarding the use, expenditure and investment of Bond proceeds and the timely payment of certain investment earnings to the Treasury of the United States, if required, interest on the Bonds is not includable in gross income for federal income tax purposes, and (ii) the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico, and local income taxation.

Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations. However, interest on the Bonds will be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. The Code contains other provisions that could result in tax consequences, upon which we express no opinion, as a result of (i) ownership of Bonds, or (ii) the inclusion in certain computations of interest that is excluded from gross income.

The Commonwealth of Puerto Rico has covenanted to comply with the requirements of the Code, to the extent permitted by the Constitution and laws of the Commonwealth of Puerto Rico, so that interest on the Bonds will remain exempt from federal income taxes to which it is not subject on the date of issuance of the Bonds. We are not aware of any provisions of the Constitution or laws of the Commonwealth of Puerto Rico which would prevent the Commonwealth of Puerto Rico from complying with the requirements of the Code.

The opinions expressed herein are for the benefit of the addressees only and may not be quoted, circulated, assigned or delivered to any other person or for any other purpose without our prior written consent. The opinions expressed herein are based on an analysis of existing laws, including regulations, rulings, official interpretations of law issued by the United States Internal Revenue Service, and court decisions on or prior to the date hereof. Such opinions may be adversely affected by actions taken or events occurring, including a change in law, regulation or ruling (or in the application or official interpretation of any law, regulation or ruling) after the date hereof. We have not undertaken to determine, or to inform any person, whether such actions are taken or such events occur, and we have no obligation to update this opinion in light of such actions or events.

Respectfully submitted,


Greenberg Traurig, LLP


I-2

APPENDIX II

## BOOK-ENTRY SYSTEM

**The Depository Trust Company**

DTC will act as securities depository for the Bonds. The Bonds will be issued as fully-registered securities registered in the name of Cede & Co. (DTC's partnership nominee) or such other name as may be requested by an authorized representative of DTC. One fully-registered Bond certificate will be issued for each stated maturity of the Bonds, each in the aggregate principal amount (initial principal amount in the case of the Capital Appreciation Bonds and the Convertible Capital Appreciation Bonds) of such maturity, and will be deposited with DTC. SO LONG AS CEDE & CO. IS THE REGISTERED OWNER OF THE BONDS, AS NOMINEE FOR DTC, REFERENCES HEREIN TO BONDHOLDERS OR OWNERS OF THE BONDS (OTHER THAN UNDER THE CAPTION "TAX MATTERS") SHALL MEAN CEDE & CO. AND SHALL NOT MEAN THE BENEFICIAL OWNERS OF THE BONDS. If, however, the aggregate principal amount of any issue exceeds $500 million, one certificate will be issued with respect to each $500 million of principal amount, and an additional certificate will be issued with respect to any remaining principal amount of such issue.

DTC, the world's largest securities depository, is a limited-purpose trust company organized under the New York Banking Law, a "banking organization" within the meaning of the New York Banking Law, a member of the Federal Reserve System, a "clearing corporation" within the meaning of the New York Uniform Commercial Code, and a "clearing agency" registered pursuant to the provisions of Section 17A of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). DTC holds and provides asset servicing for over 3.5 million issues of U.S. and non-U.S. equity issues, corporate and municipal debt issues, and money market instruments (from over 100 countries) that DTC's participants ("Direct Participants") deposit with DTC. DTC also facilitates the post-trade settlement among Direct Participants of sales and other securities transactions in deposited securities, through electronic computerized book-entry transfers and pledges between Direct Participants' accounts. This eliminates the need for physical movement of securities certificates. Direct Participants include both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, clearing corporations, and certain other organizations. DTC is a wholly-owned subsidiary of The Depository Trust & Clearing Corporation ("DTCC"). DTCC is the holding company for DTC, National Securities Clearing Corporation and Fixed Income Clearing Corporation, all of which are registered clearing agencies. DTCC is owned by the users of its regulated subsidiaries. Access to the DTC system is also available to others such as both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, and clearing corporations that clear through or maintain a custodial relationship with a Direct Participant, either directly or indirectly ("Indirect Participants"). DTC has S&P's highest rating: AAA. The DTC Rules applicable to its Participants are on file with the Securities and Exchange Commission ("SEC"). More information about DTC can be found at www.dtcc.com and www.dtc.org.

Purchases of the Bonds under the DTC system must be made by or through Direct Participants, which will receive a credit for the Bonds on DTC's records. The ownership interest of each actual purchaser of the Bonds ("Beneficial Owner") is in turn to be recorded on the Direct and Indirect Participants' records. Beneficial Owners will not receive written confirmation from DTC of their purchase. Beneficial Owners are, however, expected to receive written confirmations providing details

II-1

of the transaction, as well as periodic statements of their holdings, from the Direct or Indirect Participant through which the Beneficial Owner entered into the transaction. Transfers of ownership interests in the Bonds are to be accomplished by entries made on the books of Direct and Indirect Participants acting on behalf of Beneficial Owners. Beneficial Owners will not receive certificates representing their ownership interests in the Bonds, except in the event that use of the book-entry system for the Bonds is discontinued.

To facilitate subsequent transfers, the Bonds deposited by Direct Participants with DTC are registered in the name of DTC's partnership nominee, Cede & Co., or such other name as may be requested by an authorized representative of DTC. The deposit of the Bonds with DTC and their registration in the name of Cede & Co. or such other DTC nominee do not effect any change in beneficial ownership. DTC has no knowledge of the actual Beneficial Owners of the Bonds; DTC's records reflect only the identity of the Direct Participants to whose accounts such Bonds are credited, which may or may not be the Beneficial Owners. The Direct and Indirect Participants will remain responsible for keeping account of their holdings on behalf of their customers.

Conveyance of notices and other communications by DTC to Direct Participants, by Direct Participants to Indirect Participants, and by Direct Participants and Indirect Participants to Beneficial Owners will be governed by arrangements among them, subject to any statutory or regulatory requirements as may be in effect from time to time. Beneficial Owners of Bonds may wish to take certain steps to augment the transmission to them of notices of significant events with respect to the Bonds, such as redemptions, tenders, defaults, and proposed amendments to the Bonds documents. For example, Beneficial Owners of Bonds may wish to ascertain that the nominee holding the Bonds for their benefit has agreed to obtain and transmit notices to Beneficial Owners. In the alternative, Beneficial Owners may wish to provide their names and addresses to the registrar and request that copies of notices be provided directly to them.

Redemption notices shall be sent to DTC. If less than all of the Bonds within an issue are being redeemed, DTC's practice is to determine by lot the amount of the interest of each Direct Participant in such issue to be redeemed.

Neither DTC nor Cede & Co. (nor any other DTC nominee) will consent or vote with respect to Bonds unless authorized by a Direct Participant in accordance with DTC's MMI Procedures. Under its usual procedures, DTC mails an Omnibus Proxy to the Corporation as soon as possible after the record date. The Omnibus Proxy assigns Cede & Co.'s consenting or voting rights to those Direct Participants to whose accounts the Bonds are credited on the record date (identified in a listing attached to the Omnibus Proxy).

Redemption proceeds, distributions, and dividend payments on the Bonds will be made to Cede & Co., or such other nominee as may be requested by an authorized representative of DTC. DTC's practice is to credit Direct Participants' accounts upon DTC's receipt of funds and corresponding detail information from the Corporation or the Trustee on payable dates in accordance with their respective holdings shown on DTC's records. Payments by Participants to Beneficial Owners will be governed by standing instructions and customary practices, as is the case with securities held for the accounts of customers in bearer form or registered in "street name," and will be the responsibility of such Participant and not of DTC, the Trustee, or the Corporation, subject to any statutory or regulatory requirements as may be in effect from time to time. Payment of redemption proceeds, distributions, and

II-2

dividend payments to Cede & Co. (or such other nominee as may be requested by an authorized representative of DTC) is the responsibility of the Corporation or the Trustee, disbursement of such payments to Direct Participants will be the responsibility of DTC, and disbursement of such payments to the Beneficial Owners will be the responsibility of Direct and Indirect Participants.

DTC may discontinue providing its services as depository with respect to the Bonds at any time by giving reasonable notice to the Corporation or the Trustee. Under such circumstances, in the event that a successor depository is not obtained, Bond certificates are required to be printed and delivered.

The Corporation may decide to discontinue use of the system of book-entry only transfers through DTC (or a successor securities depository). In that event, Bond certificates will be printed and delivered to DTC.

The information in this section concerning DTC and DTC's book-entry system has been obtained from sources that the Corporation believes to be reliable, but the Corporation takes no responsibility for the accuracy thereof.

NONE OF THE CORPORATION, THE TRUSTEE OR THE UNDERWRITERS WILL HAVE ANY RESPONSIBILITY OR OBLIGATION TO DIRECT PARTICIPANTS, INDIRECT PARTICIPANTS OR ANY BENEFICIAL OWNER WITH RESPECT TO (I) THE ACCURACY OF ANY RECORDS MAINTAINED BY DTC, ANY PARTICIPANT OR INDIRECT PARTICIPANT; (II) THE PAYMENT BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY AMOUNT WITH RESPECT TO THE PRINCIPAL OF, OR PREMIUM, IF ANY, OR INTEREST ON, THE BONDS; (III) ANY NOTICE WHICH IS PERMITTED OR REQUIRED TO BE GIVEN TO BONDHOLDERS; (IV) ANY CONSENT GIVEN BY DTC OR OTHER ACTION TAKEN BY DTC AS A BONDHOLDER; OR (V) THE SELECTION BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY BENEFICIAL OWNERS TO RECEIVE PAYMENT IN THE EVENT OF ANY PARTIAL REDEMPTION OF THE BONDS.

PR-CCD-0010576

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX III**

**LIST OF REFUNDED BONDS**

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| Public Improvement Refunding Bonds, Series 1993 | $48,220,000 | 7.000% | 07/01/2010 | $1,687,700.00 |
| Public Improvement Bonds, Series 1995 | 10,130,000 | 6.250% | 07/01/2010 | 316,562.50 |
|  | 10,765,000 | 6.250% | 07/01/2011 | 336,406.25 |
|  | 11,440,000 | 6.250% | 07/01/2012 | 357,500.00 |
|  | 12,155,000 | 6.250% | 07/01/2013 | 379,843.75 |
|  | 26,555,000 | 5.650% | 07/01/2015 | 750,178.75 |
| Public Improvement Bonds, Series 1996 | 11,185,000 | 6.500% | 07/01/2012 | 363,512.50 |
|  | 11,915,000 | 6.500% | 07/01/2013 | 387,237.50 |
|  | 12,690,000 | 6.500% | 07/01/2014 | 412,425.00 |
|  | 13,510,000 | 6.500% | 07/01/2015 | 439,075.00 |
|  | 10,300,000 | 6.000% | 07/01/2011 | 303,850.00 |
|  | 10,300,000 | 6.000% | 07/01/2011 | 305,566.67 |
| Public Improvement Bonds, Series 1997 | 11,085,000 | 6.500% | 07/01/2010 | 360,262.50 |
|  | 11,805,000 | 6.500% | 07/01/2011 | 383,662.50 |
|  | 12,575,000 | 6.500% | 07/01/2012 | 408,687.50 |
|  | 13,390,000 | 6.500% | 07/01/2013 | 435,175.00 |
|  | 14,260,000 | 6.500% | 07/01/2014 | 463,450.00 |
|  | 15,190,000 | 6.500% | 07/01/2015 | 493,675.00 |
| Public Improvement Bonds, Series 1998 | 13,245,000 | 5.750% | 07/01/2010 | 380,793.75 |
|  | 14,010,000 | 5.750% | 07/01/2011 | 402,787.50 |
|  | 14,815,000 | 5.750% | 07/01/2012 | 425,931.25 |
|  | 15,665,000 | 6.000% | 07/01/2013 | 469,950.00 |
|  | 16,605,000 | 6.000% | 07/01/2014 | 498,150.00 |
|  | 17,600,000 | 6.000% | 07/01/2015 | 528,000.00 |
|  | 18,655,000 | 6.000% | 07/01/2016 | 559,650.00 |
| Public Improvement Refunding Bonds, Series 1998 | 30,760,000 | 5.500% | 07/01/2010 | 845,900.00 |
|  | 32,475,000 | 5.500% | 07/01/2011 | 893,062.50 |
|  | 34,290,000 | 5.500% | 07/01/2012 | 942,975.00 |
|  | 36,210,000 | 5.500% | 07/01/2013 | 995,775.00 |
|  | 125,590,000 | 4.500% | 07/01/2023 | 2,825,775.00 |
|  | 28,240,000 | 5.000% | 07/01/2026 | 706,000.00 |
| Public Improvement Bonds, Series 1999 | 12,165,000 | 5.250% | 07/01/2010 | 319,331.25 |
|  | 12,800,000 | 5.250% | 07/01/2011 | 336,000.00 |
|  | 13,475,000 | 5.250% | 07/01/2012 | 353,718.75 |
|  | 14,180,000 | 5.250% | 07/01/2013 | 372,225.00 |
|  | 14,925,000 | 5.250% | 07/01/2014 | 391,781.25 |
|  | 15,710,000 | 5.250% | 07/01/2015 | 412,387.50 |
|  | 16,535,000 | 5.250% | 07/01/2016 | 434,043.75 |
|  | 17,400,000 | 5.250% | 07/01/2017 | 456,750.00 |
|  | 18,315,000 | 5.250% | 07/01/2018 | 480,768.75 |
|  | 84,150,000 | 4.750% | 07/01/2023 | 1,998,562.50 |
|  | 26,655,000 | 5.000% | 07/01/2028 | 666,375.00 |

III-1

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| Public Improvement Bonds, Series 2000 | 11,295,000 | 5.100% | 07/01/2010 | 288,022.50 |
| Public Improvement Refunding Bonds, Series 2000 | 29,200,000 | 5.625% | 07/01/2019 | 821,250.00 |
| | 22,635,000 | 5.700% | 07/01/2020 | 645,097.50 |
| Public Improvement Bonds, Series 2001A | 5,865,000 | 5.500% | 07/01/2014 | 161,287.50 |
| | 44,125,000 | 5.500% | 07/01/2015 | 1,213,437.50 |
| | 53,640,000 | 5.500% | 07/01/2016 | 1,475,100.00 |
| | 54,130,000 | 5.500% | 07/01/2017 | 1,488,575.00 |
| | 29,475,000 | 5.500% | 07/01/2018 | 810,562.50 |
| | 43,290,000 | 5.500% | 07/01/2019 | 1,190,475.00 |
| | 43,610,000 | 5.250% | 07/01/2020 | 1,144,762.50 |
| Public Improvement Bonds, Series 2001B | 7,345,000 | 4.700% | 07/01/2014 | 172,607.50 |
| | 4,165,000 | 4.800% | 07/01/2015 | 99,960.00 |
| | 1,585,000 | 4.900% | 07/01/2016 | 38,832.50 |
| | 2,665,000 | 4.950% | 07/01/2017 | 65,958.75 |
| | 5,810,000 | 5.000% | 07/01/2018 | 145,250.00 |
| | 1,385,000 | 5.050% | 07/01/2019 | 34,971.25 |
| | 2,675,000 | 5.050% | 07/01/2020 | 67,543.75 |
| | 5,580,000 | 5.000% | 07/01/2021 | 139,500.00 |
| | 5,415,000 | 5.125% | 07/01/2023 | 138,759.38 |
| | 3,865,000 | 5.050% | 07/01/2021 | 97,591.25 |
| | 12,285,000 | 5.000% | 07/01/2023 | 307,125.00 |
| Public Improvement Refunding Bonds, Series 2001 | 13,575,000 | 5.000% | 07/01/2024 | 339,375.00 |
| | 50,905,000 | 5.250% | 07/01/2027 | 1,336,256.25 |
| | 65,535,000 | 5.125% | 07/01/2030 | 1,679,334.38 |
| Public Improvement Bonds, Series 2002A | 33,860,000 | 5.375% | 07/01/2028 | 909,987.50 |
| | 100,400,000 | 5.500% | 07/01/2029 | 2,761,000.00 |
| | 201,555,000 | 5.125% | 07/01/2031 | 5,164,846.88 |
| Public Improvement Refunding Bonds, Series 2002A | 5,645,000 | 3.800% | 07/01/2010 | 107,255.00 |
| | 5,845,000 | 4.000% | 07/01/2011 | 116,900.00 |
| | 5,895,000 | 4.150% | 07/01/2012 | 122,321.25 |
| | 2,275,000 | 4.250% | 07/01/2013 | 48,343.75 |
| | 755,000 | 4.400% | 07/01/2014 | 16,610.00 |
| | 930,000 | 4.500% | 07/01/2015 | 20,925.00 |
| | 1,095,000 | 4.600% | 07/01/2016 | 25,185.00 |
| | 1,280,000 | 4.700% | 07/01/2017 | 30,080.00 |
| | 330,000 | 4.800% | 07/01/2018 | 7,920.00 |
| | 655,000 | 4.900% | 07/01/2019 | 16,047.50 |
| | 156,120,000 | 5.500% | 07/01/2020 | 4,293,300.00 |
| | 55,555,000 | 5.500% | 07/01/2021 | 1,527,762.50 |
| | 14,850,000 | 5.500% | 07/01/2012 | 408,375.00 |
| | 37,210,000 | 5.500% | 07/01/2013 | 1,023,275.00 |
| | 61,540,000 | 5.500% | 07/01/2014 | 1,692,350.00 |
| | 64,595,000 | 5.500% | 07/01/2015 | 1,776,362.50 |
| | 49,635,000 | 5.500% | 07/01/2016 | 1,364,962.50 |
| | 4,795,000 | 5.500% | 07/01/2017 | 131,862.50 |
| | 93,575,000 | 5.500% | 07/01/2018 | 2,573,312.50 |
| | 94,955,000 | 5.500% | 07/01/2019 | 2,611,262.50 |
| | 1,000,000 | 4.500% | 07/01/2016 | 22,500.00 |

PR-CCD-0010579

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| | 100,000,000 | 5.500% | 07/01/2017 | 2,750,000.00 |
| | 6,770,000 | 4.600% | 07/01/2019 | 155,710.00 |
| | 49,000,000 | 5.500% | 07/01/2016 | 1,347,500.00 |
| | 18,190,000 | 5.500% | 07/01/2019 | 500,225.00 |
| Public Improvement Refunding Bonds, Series 2002 | 45,885,000 | 5.250% | 07/01/2010 | 1,204,481.25 |
| | 61,975,000 | 5.500% | 07/01/2011 | 1,704,312.50 |
| | 65,370,000 | 5.500% | 07/01/2012 | 1,797,675.00 |
| | 68,970,000 | 5.500% | 07/01/2013 | 1,896,675.00 |
| | 27,150,000 | 5.500% | 07/01/2014 | 746,625.00 |
| Public Improvement Bonds, Series 2003A | 10,740,000 | 5.250% | 07/01/2011 | 281,925.00 |
| | 11,300,000 | 5.250% | 07/01/2012 | 296,625.00 |
| | 11,895,000 | 5.500% | 07/01/2013 | 327,112.50 |
| | 925,000 | 5.500% | 07/01/2015 | 25,437.50 |
| | 13,970,000 | 5.500% | 07/01/2016 | 384,175.00 |
| | 14,735,000 | 5.500% | 07/01/2017 | 405,212.50 |
| | 15,545,000 | 5.500% | 07/01/2018 | 427,487.50 |
| | 16,400,000 | 5.500% | 07/01/2019 | 451,000.00 |
| | 17,305,000 | 5.500% | 07/01/2020 | 475,887.50 |
| | 18,255,000 | 5.500% | 07/01/2021 | 502,012.50 |
| | 19,260,000 | 5.500% | 07/01/2022 | 529,650.00 |
| Public Improvement Refunding Bonds, Series 2003A | 11,080,000 | 5.500% | 07/01/2011 | 304,700.00 |
| | 11,690,000 | 5.500% | 07/01/2012 | 321,475.00 |
| | 12,330,000 | 5.500% | 07/01/2013 | 339,075.00 |
| | 13,010,000 | 5.500% | 07/01/2014 | 357,775.00 |
| | 13,730,000 | 5.500% | 07/01/2015 | 377,575.00 |
| | 13,515,000 | 5.500% | 07/01/2016 | 371,662.50 |
| | 14,255,000 | 5.500% | 07/01/2017 | 392,012.50 |
| Public Improvement Refunding Bonds, Series 2003C | 46,385,000 | Var | 07/01/2018 | 873,383.16 |
| | 233,615,000 | Var | 07/01/2021 | 4,398,736.83 |
| | 194,610,000 | 6.000% | 07/01/2028 | 5,838,300.00 |
| | 272,385,000 | Var | 07/01/2025 | 5,013,926.90 |
| Public Improvement Refunding Bonds, Series 2003 | 35,680,000 | 5.500% | 07/01/2011 | 981,200.00 |
| | 37,630,000 | 5.500% | 07/01/2012 | 1,034,825.00 |
| | 21,985,000 | 5.500% | 07/01/2013 | 604,587.50 |
| Public Improvement Bonds, Series 2004A | 8,035,000 | 5.250% | 07/01/2014 | 210,918.75 |
| | 11,580,000 | 5.250% | 07/01/2015 | 303,975.00 |
| | 12,185,000 | 5.250% | 07/01/2016 | 319,856.25 |
| | 13,500,000 | 5.250% | 07/01/2018 | 354,375.00 |
| | 2,200,000 | 5.250% | 07/01/2019 | 57,750.00 |
| | 14,955,000 | 5.250% | 07/01/2020 | 392,568.75 |
| | 15,740,000 | 5.250% | 07/01/2021 | 413,175.00 |
| | 16,565,000 | 5.250% | 07/01/2022 | 434,831.25 |
| | 17,435,000 | 5.250% | 07/01/2023 | 457,668.75 |
| | 18,350,000 | 5.250% | 07/01/2024 | 481,687.50 |
| | 60,890,000 | 5.000% | 07/01/2027 | 1,522,250.00 |
| | 70,480,000 | 5.000% | 07/01/2030 | 1,762,000.00 |
| | 5,395,000 | 5.000% | 07/01/2010 | 134,875.00 |
| | 5,765,000 | 5.000% | 07/01/2011 | 144,125.00 |
| | 7,160,000 | 5.000% | 07/01/2012 | 179,000.00 |

III-3

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| | 8,530,000 | 5.000% | 07/01/2013 | 213,250.00 |
| | 3,000,000 | 3.250% | 07/01/2010 | 48,750.00 |
| | 3,000,000 | 3.500% | 07/01/2011 | 52,500.00 |
| | 2,000,000 | 3.750% | 07/01/2012 | 37,500.00 |
| | 2,000,000 | 3.875% | 07/01/2013 | 38,750.00 |
| Public Improvement Refunding Bonds, Series 2004A | 187,760,000 | 5.000% | 07/01/2030 | 4,694,000.00 |
| | 29,165,000 | 5.000% | 07/01/2031 | 729,125.00 |
| | 22,315,000 | 4.000% | 07/01/2031 | 446,300.00 |
| | 40,000,000 | 5.000% | 07/01/2031 | 1,000,000.00 |
| Public Improvement Refunding Bonds, Series 2004B | 46,950,000 | Var | 07/01/2021 | 776,553.00 |
| | 56,000,000 | Var | 07/01/2024 | 1,002,960.00 |
| | 56,000,000 | Var | 07/01/2027 | 996,520.02 |
| | 55,975,000 | Var | 07/01/2028 | 1,000,553.13 |
| Public Improvement Bonds, Series 2005A | 8,560,000 | 5.000% | 07/01/2014 | 214,000.00 |
| | 12,945,000 | 5.000% | 07/01/2015 | 323,625.00 |
| | 13,595,000 | 5.000% | 07/01/2016 | 339,875.00 |
| | 14,985,000 | 5.000% | 07/01/2018 | 374,625.00 |
| | 15,735,000 | 5.250% | 07/01/2019 | 413,043.75 |
| | 16,560,000 | 5.250% | 07/01/2020 | 434,700.00 |
| | 17,430,000 | 5.250% | 07/01/2021 | 457,537.50 |
| | 18,345,000 | 5.250% | 07/01/2022 | 481,556.25 |
| | 19,310,000 | 5.250% | 07/01/2023 | 506,887.50 |
| | 20,325,000 | 5.000% | 07/01/2024 | 508,125.00 |
| | 21,340,000 | 5.000% | 07/01/2025 | 533,500.00 |
| | 96,570,000 | 5.000% | 07/01/2029 | 2,414,250.00 |
| | 55,830,000 | 5.000% | 07/01/2031 | 1,395,750.00 |
| Public Improvement Bonds, Series 2006A | 720,000 | 4.500% | 07/01/2017 | 16,200.00 |
| | 1,220,000 | 5.250% | 07/01/2021 | 32,025.00 |
| | 35,475,000 | 5.250% | 07/01/2022 | 931,218.75 |
| | 37,340,000 | 5.250% | 07/01/2023 | 980,175.00 |
| | 39,300,000 | 5.250% | 07/01/2024 | 1,031,625.00 |
| | 41,360,000 | 5.250% | 07/01/2025 | 1,085,700.00 |
| | 43,530,000 | 5.250% | 07/01/2026 | 1,142,662.50 |
| | 26,150,000 | 5.250% | 07/01/2027 | 686,437.50 |
| | 49,100,000 | 5.250% | 07/01/2030 | 1,288,875.00 |
| | 30,005,000 | CPI | 07/01/2018 | 639,106.50 |
| | 31,280,000 | CPI | 07/01/2019 | 670,956.00 |
| | 32,625,000 | CPI | 07/01/2020 | 704,700.00 |
| | 32,815,000 | CPI | 07/01/2021 | 689,115.00 |
| Public Improvement Refunding Bonds, Series 2006A | 3,905,000 | 5.000% | 07/01/2035 | 97,625.00 |
| | 2,775,000 | 5.000% | 07/01/2010 | 69,375.00 |
| | 2,910,000 | 5.000% | 07/01/2011 | 72,750.00 |
| | 3,055,000 | 5.000% | 07/01/2012 | 76,375.00 |
| | 3,210,000 | 5.000% | 07/01/2013 | 80,250.00 |
| | 3,370,000 | 5.000% | 07/01/2014 | 84,250.00 |
| | 3,540,000 | 5.000% | 07/01/2015 | 88,500.00 |
| | 3,715,000 | 5.000% | 07/01/2016 | 92,875.00 |
| | 3,900,000 | 5.000% | 07/01/2017 | 97,500.00 |
| | 4,095,000 | 5.000% | 07/01/2018 | 102,375.00 |

III-4

PR-CCD-0010581

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| | 4,300,000 | 5.000% | 07/01/2019 | 107,500.00 |
| | 4,515,000 | 5.000% | 07/01/2020 | 112,875.00 |
| | 4,740,000 | 5.000% | 07/01/2021 | 118,500.00 |
| | 4,980,000 | 5.000% | 07/01/2022 | 124,500.00 |
| | 5,230,000 | 5.000% | 07/01/2023 | 130,750.00 |
| | 5,490,000 | 5.000% | 07/01/2024 | 137,250.00 |
| | 5,555,000 | 5.000% | 07/01/2025 | 138,875.00 |
| | 5,370,000 | 5.000% | 07/01/2026 | 134,250.00 |
| | 19,595,000 | 5.000% | 07/01/2031 | 489,875.00 |
| Public Improvement Bonds, Series 2006B | 10,640,000 | 5.250% | 07/01/2016 | 279,300.00 |
| | 28,740,000 | 5.250% | 07/01/2017 | 754,425.00 |
| Public Improvement Refunding Bonds, Series 2006B | 53,220,000 | 5.250% | 07/01/2032 | 1,397,025.00 |
| | 75,015,000 | 5.000% | 07/01/2035 | 1,875,375.00 |
| Public Improvement Bonds, Series 2007A | 8,050,000 | 5.000% | 07/01/2018 | 201,250.00 |
| | 13,050,000 | 5.000% | 07/01/2019 | 326,250.00 |
| | 13,700,000 | 5.000% | 07/01/2020 | 342,500.00 |
| | 14,400,000 | 5.000% | 07/01/2021 | 360,000.00 |
| | 15,100,000 | 5.000% | 07/01/2022 | 377,500.00 |
| | 15,850,000 | 5.000% | 07/01/2023 | 396,250.00 |
| | 16,650,000 | 5.000% | 07/01/2024 | 416,250.00 |
| | 17,500,000 | 5.000% | 07/01/2025 | 437,500.00 |
| | 18,350,000 | 5.000% | 07/01/2026 | 458,750.00 |
| | 19,250,000 | 5.000% | 07/01/2027 | 481,250.00 |
| | 20,250,000 | 5.000% | 07/01/2028 | 506,250.00 |
| | 21,250,000 | 5.250% | 07/01/2029 | 557,812.50 |
| | 22,350,000 | 5.250% | 07/01/2030 | 586,687.50 |
| | 23,550,000 | 5.250% | 07/01/2031 | 618,187.50 |
| | 24,750,000 | 5.250% | 07/01/2032 | 649,687.50 |
| | 26,050,000 | 5.250% | 07/01/2033 | 683,812.50 |
| | 27,450,000 | 5.250% | 07/01/2034 | 720,562.50 |
| | 91,250,000 | 5.250% | 07/01/2037 | 2,395,312.50 |
| Public Improvement Refunding Bonds, Series 2007A | 4,000,000 | 5.250% | 07/01/2011 | 105,000.00 |
| | 4,000,000 | 5.250% | 07/01/2012 | 105,000.00 |
| | 7,645,000 | 5.000% | 07/01/2013 | 191,125.00 |
| | 20,885,000 | 5.250% | 07/01/2014 | 548,231.25 |
| | 26,925,000 | 5.250% | 07/01/2015 | 706,781.25 |
| | 10,925,000 | 5.250% | 07/01/2016 | 286,781.25 |
| | 34,970,000 | 5.500% | 07/01/2017 | 961,675.00 |
| | 30,965,000 | 5.500% | 07/01/2018 | 851,537.50 |
| | 24,940,000 | 5.000% | 07/01/2017 | 623,500.00 |
| | 53,215,000 | 5.500% | 07/01/2019 | 1,463,412.50 |
| | 39,290,000 | 5.500% | 07/01/2020 | 1,080,475.00 |
| | 36,205,000 | 5.500% | 07/01/2021 | 995,637.50 |
| | 36,830,000 | 5.500% | 07/01/2022 | 1,012,825.00 |
| | 99,450,000 | Var | 07/01/2029 | 1,724,542.65 |
| | 99,500,000 | Var | 07/01/2029 | 1,725,410.43 |
| | 42,790,000 | 5.250% | 07/01/2030 | 1,123,237.50 |
| | 51,045,000 | 5.000% | 07/01/2031 | 1,276,125.00 |
| | 32,635,000 | Var | 07/01/2033 | 379,510.61 |
| | 50,000,000 | Var | 07/01/2033 | 581,447.23 |

III-5

| Bonds with Refunded Interest | Principal Amount | Interest Rate | Maturity Date | Interest Refunded[*] |
|---|---|---|---|---|
| | 50,000,000 | Var | 07/01/2034 | 864,841.67 |
| | 50,000,000 | Var | 07/01/2034 | 864,841.67 |
| | | | | |
| Public Improvement Bonds, Series 2008A | 3,850,000 | 5.000% | 07/01/2010 | 96,250.00 |
| | 4,040,000 | 5.000% | 07/01/2011 | 101,000.00 |
| | 4,245,000 | 5.000% | 07/01/2012 | 106,125.00 |
| | 4,455,000 | 5.500% | 07/01/2013 | 122,512.50 |
| | 4,700,000 | 5.500% | 07/01/2014 | 129,250.00 |
| | 4,960,000 | 5.500% | 07/01/2015 | 136,400.00 |
| | 5,230,000 | 5.500% | 07/01/2016 | 143,825.00 |
| | 5,520,000 | 5.500% | 07/01/2017 | 151,800.00 |
| | 5,825,000 | 5.500% | 07/01/2018 | 160,187.50 |
| | 33,950,000 | 5.000% | 07/01/2023 | 848,750.00 |
| | 43,435,000 | 5.125% | 07/01/2028 | 1,113,021.88 |
| | 56,055,000 | 5.375% | 07/01/2033 | 1,506,478.12 |
| | 73,735,000 | 6.000% | 07/01/2038 | 2,212,050.00 |
| Public Improvement Refunding Bonds, Series 2008A | 17,780,000 | 5.000% | 07/01/2010 | 444,500.00 |
| | 14,665,000 | 4.250% | 07/01/2010 | 311,631.25 |
| | 10,200,000 | 5.000% | 07/01/2011 | 255,000.00 |
| | 23,635,000 | 4.000% | 07/01/2011 | 472,700.00 |
| | 14,375,000 | 5.000% | 07/01/2012 | 359,375.00 |
| | 20,785,000 | 4.125% | 07/01/2012 | 428,690.63 |
| | 29,770,000 | 5.000% | 07/01/2013 | 744,250.00 |
| | 6,840,000 | 4.250% | 07/01/2013 | 145,350.00 |
| | 36,110,000 | 5.000% | 07/01/2014 | 902,750.00 |
| | 27,360,000 | 4.000% | 07/01/2014 | 547,200.00 |
| | 50,220,000 | 5.000% | 07/01/2015 | 1,255,500.00 |
| | 15,995,000 | 4.000% | 07/01/2015 | 319,900.00 |
| | 53,955,000 | 5.000% | 07/01/2016 | 1,348,875.00 |
| | 12,965,000 | 5.000% | 07/01/2016 | 324,125.00 |
| | 16,605,000 | 4.000% | 07/01/2016 | 332,100.00 |
| | 15,305,000 | 5.000% | 07/01/2019 | 382,625.00 |
| | 16,065,000 | 5.000% | 07/01/2020 | 401,625.00 |
| | 16,870,000 | 5.000% | 07/01/2021 | 421,750.00 |
| | 17,715,000 | 5.000% | 07/01/2022 | 442,875.00 |
| | 18,600,000 | 5.500% | 07/01/2023 | 511,500.00 |
| | 19,625,000 | 5.125% | 07/01/2024 | 502,890.62 |
| | 20,630,000 | 5.250% | 07/01/2025 | 541,537.50 |
| | 21,715,000 | 5.250% | 07/01/2026 | 570,018.75 |
| | 28,555,000 | 4.750% | 07/01/2018 | 678,181.25 |
| | 208,675,000 | 5.500% | 07/01/2032 | 5,738,562.50 |
| Public Improvement Refunding Bonds, Series 2008B | 173,975,000 | Var | 07/01/2032 | 3,088,533.25 |
| Public Improvement Refunding Bonds, Series 2009A | 3,425,000 | 5.625% | 07/01/2031 | 96,328.13 |

[*] Reflects total amount of interest refunded up to July 1, 2010.  Variable rate bonds are refunded at the fixed swap rate.

III-6



Printed by: ImageMaster, Inc.

PR-CCD-0010584

Exhibit 26 Part Page 2 of 130

# Exhibit 26

NEW ISSUE - BOOK-ENTRY ONLY

See "Book-Entry Only System" under THE BONDS

RATINGS:  Moody's:  A3
See RATINGS      Fitch:  BBB+
S&P:  BBB-

*In the opinion of Bond Counsel, subject to compliance with certain tax covenants, interest on the Bonds is not includable in gross income for federal income tax purposes under existing statutes, regulations, rulings and court decisions. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations; however, interest on the Bonds will be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. See TAX MATTERS for a description of certain other federal tax consequences of ownership of the Bonds. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth of Puerto Rico and local income taxation.*

**$356,520,000**

# COMMONWEALTH OF PUERTO RICO

### Public Improvement Refunding Bonds, Series 2011 A
### (General Obligation Bonds)

**Dated: Date of Delivery**                    **Due: July 1, as shown on the inside cover**

The Bonds are issuable as registered bonds without coupons in denominations of $5,000 and whole multiples thereof and will be initially registered only in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"), which will act as securities depository for the Bonds. See "Book Entry Only System" under THE BONDS. Interest on the Bonds will accrue from their date of issuance and will be payable semi-annually on each January 1 and July 1, commencing on July 1, 2011. The Bonds are subject to redemption prior to maturity as set forth herein, the earliest possible date of redemption being July 1, 2021 (July 1, 2016 in the case of the Bonds maturing on July 1, 2033).

The scheduled payment of principal of and interest on the Bonds maturing July 1, 2024, July 1, 2025, July 2027, July 1, 2033 bearing interest at a rate of 6% and July 1, 2034 bearing interest at a rate of 6% and in the principal amount of $15,000,000 (the "Insured Bonds"), when due will be guaranteed under an insurance policy to be issued concurrently with the delivery of the Insured Bonds by Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.), as indicated on the inside cover of this Official Statement.

**The Bonds are general obligations of the Commonwealth. The good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.**

The Bonds are offered for delivery when, as and if issued and accepted by the Underwriters, subject to the approval of legality of Greenberg Traurig, LLP, Boston, Massachusetts, Bond Counsel, and certain other conditions. Certain legal matters will be passed upon for the Underwriters by Pietrantoni Méndez & Alvarez LLP, San Juan, Puerto Rico. It is expected that the Bonds will be available for delivery through the facilities of DTC on or about February 17, 2011.

| **Barclays Capital** | | | **Jefferies & Company** |
|---|---|---|---|
| BofA Merrill Lynch | Citi | Goldman, Sachs & Co. | J.P. Morgan |
| Morgan Stanley | Ramirez & Co. Inc. | Raymond James | RBC Capital Markets |
| UBS Financial Services Incorporated of Puerto Rico | | | Wells Fargo Securities |
| BBVAPR MSD   FirstBank Puerto Rico Securities   Oriental Financial Services   Popular Securities   Santander Securities | | | |

February 10, 2011

PR-CCD-0005451

# $356,520,000
# COMMONWEALTH OF PUERTO RICO
## Public Improvement Refunding Bonds, Series 2011 A
## (General Obligation Bonds)

| Maturity Date July 1 | Principal Amount | Interest Rate | Yield/Price | CUSIP* |
|---|---|---|---|---|
| 2024[†] | $58,940,000 | 5.250% | 5.50% | 74514LWN3 |
| 2025[†] | 52,950,000 | 5.375 | 5.60 | 74514LWJ2 |
| 2027[†] | 35,420,000 | 5.500 | 5.75 | 74514LWP8 |
| 2028 | 30,615,000 | 6.000 | 6.10 | 74514LWK9 |
| 2033[†] | 42,025,000 | 6.000 | 100.00 | 74514LWL7 |
| 2033 | 17,370,000 | 6.125 | 6.25 | 74514LWM5 |
| 2034 | 23,750,000 | 6.000 | 6.30 | 74514LWQ6 |
| 2034[†] | 15,000,000 | 6.000 | 6.05 | 74514LWT0 |
| 2040 | 52,950,000 | 6.000 | 6.40 | 74514LWR4 |
| 2040 | 27,500,000 | 6.500 | 6.29[‡] | 74514LWS2 |

*  Copyright 2010, American Bankers Association. CUSIP data herein is provided by Standard & Poor's, CUSIP Service Bureau, a division of the McGraw-Hill Companies, Inc. This data is not intended to create a database and does not serve in any way as a substitute for the CUSIP Services. CUSIP numbers are provided for convenience of reference only. Neither the Authority nor the Underwriters take any responsibility for the accuracy of such numbers.

†  Insured by Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.).

‡  Priced at the stated yield to the July 1, 2021 optional redemption date at a redemption price of 100%. See *Optional Redemption* under DESCRIPTION OF THE BONDS.

# Government of Puerto Rico

### Governor

LUIS G. FORTUÑO

### Members of the Cabinet

MARCOS RODRÍGUEZ-EMA
*Chief of Staff*

KENNETH D. MCCLINTOCK
*Secretary of State*

GUILLERMO SOMOZA COLOMBANI
*Secretary of Justice*

JESÚS F. MÉNDEZ
*Secretary of the Treasury*

JESÚS RIVERA SÁNCHEZ
*Secretary of Education*

MIGUEL ROMERO LUGO
*Secretary of Labor and
Human Resources*

DR. LORENZO GONZÁLEZ
*Secretary of Health*

JAVIER RIVERA AQUINO
*Secretary of Agriculture*

RUBÉN A. HERNÁNDEZ GREGORAT
*Secretary of Transportation
and Public Works*

JOSÉ R. PÉREZ-RIERA
*Secretary of Economic
Development and Commerce*

YANITSIA IRIZARRY
*Secretary of Family Affairs*

MIGUEL HERNÁNDEZ VIVONI
*Secretary of Housing*

DANIEL J. GALÁN KERCADÓ
*Secretary of Natural and
Environmental Resources*

LUIS G. RIVERA MARÍN
*Secretary of
Consumer Affairs*

HENRY NEUMANN ZAYAS
*Secretary of Sports and Recreation*

CARLOS M. MOLINA RODRÍGUEZ
*Secretary of Corrections
and Rehabilitation*

---

*Legislative Officers*

THOMAS RIVERA SCHATZ
President, Senate

JENNIFFER GÓNZALEZ COLÓN
Speaker, House of
Representatives

*Fiscal Officers*

MARITZA GARAY
Acting Director, Office of
Management and Budget

CARLOS M. GARCÍA
President,
Government Development
Bank for Puerto Rico

No dealer, broker, sales representative or other person has been authorized by the Commonwealth or the Underwriters to give any information or to make any representations other than those contained herein and, if given or made, such other information or representations must not be relied upon as having been authorized by the Commonwealth or any Underwriter. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such an offer, solicitation or sale. The information set forth herein has been obtained from the Commonwealth and other official sources that are believed to be reliable. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Commonwealth since the date hereof. The Underwriters have provided the following sentence and paragraph for inclusion in this Official Statement. The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

**In connection with offering of the Bonds, the Underwriters may effect transactions which stabilize or maintain the market prices of the Bonds and the Commonwealth's outstanding general obligation bonds at levels above those which might otherwise prevail in the open market. Such stabilizing, if commenced, may be discontinued at any time.**

Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.) ("AGM") makes no representation regarding the Insured Bonds or the advisability of investing in the Insured Bonds. In addition, AGM has not independently verified, makes no representation regarding, and does not accept any responsibility for the accuracy or completeness of this Official Statement or any information or disclosure contained herein, or omitted herefrom, other than with respect to the accuracy of the information regarding AGM supplied by AGM and presented under the heading BOND INSURANCE and *Appendix III - Specimen Municipal Bond Insurance Policy.*

**Certain statements contained in this Official Statement reflect not historical facts but forecasts and "forward-looking statements." These statements are based upon a number of assumptions and estimates that are subject to significant uncertainties, many of which are beyond the control of the Commonwealth. In this respect, the words "estimates," "projects," "anticipates," "expects," "intends," "believes" and similar expressions are intended to identify forward-looking statements. All projections, forecasts, assumptions, expressions of opinions, estimates and other forward-looking statements are expressly qualified in their entirety by this cautionary statement: actual results may differ materially from those expressed or implied by forward-looking statements.**

**The projections set forth in this Official Statement were not prepared with a view toward complying with the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information but, in the view of the Commonwealth's responsible officers, were prepared on a reasonable basis, reflect the best currently available estimates and judgments, and present, to the best of such officers' knowledge and belief, the expected course of action and the expected future financial performance of the Commonwealth. However, this information is not fact and should not be relied upon as being necessarily indicative of future results, and readers of this Official Statement are cautioned not to place undue reliance on the prospective financial information. Neither the Commonwealth's independent auditors, nor any other independent auditors, have compiled, examined, or performed any procedures with respect to the prospective financial information contained herein, nor have they expressed any opinion or any other form of assurance on such information or its achievability and disclaim any association with the prospective financial information. Neither the Commonwealth's independent auditors, nor any other independent auditors, have been consulted in connection with the preparation of the prospective financial information set forth in this Official Statement, which is solely the product of the Commonwealth, and the independent auditors assume no responsibility for its content.**

# TABLE OF CONTENTS

|  | Page |
|---|---|
| INTRODUCTORY STATEMENT | 1 |
| OVERVIEW | 3 |
| RECENT DEVELOPMENTS | 5 |
|   Commonwealth's Structural Imbalance | 5 |
|   Preliminary Result for the First Five Months of Fiscal Year 2011 | 5 |
|   Tax Reform | 5 |
|   Financial Condition of Retirement Systems | 7 |
|   Reduction in Expenditures through Early Retirement | 9 |
|   Local Incentives for Rum Producers | 9 |
|   Recent Rating Actions | 10 |
| PLAN OF FINANCING | 11 |
|   Sources and Uses of Funds | 12 |
| THE BONDS | 13 |
|   General | 13 |
|   Book-Entry Only System | 13 |
|   Discontinuance of the Book-Entry Only System | 15 |
|   Authorization | 16 |
|   Redemption | 16 |
|   Notice of Redemption; Effect of Redemption | 16 |
|   Security | 17 |
|   Payment Record | 19 |
|   Debt Limitation | 19 |
|   Maturity Limitation | 22 |
| BOND INSURANCE | 22 |
|   Bond Insurance Policy | 22 |
|   Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.) | 22 |
|   Bond Insurance Provisions under the Bond Resolution | 24 |
| PUBLIC SECTOR DEBT OF THE COMMONWEALTH | 25 |
|   Public Sector Debt | 25 |
|   Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt | 26 |
| TAX MATTERS | 27 |
|   Discount Bonds | 28 |
|   Premium Bonds | 28 |
| LEGAL MATTERS | 29 |
| LEGAL INVESTMENT | 29 |
| VERIFICATION OF MATHEMATICAL COMPUTATIONS | 29 |
| UNDERWRITING | 29 |
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO | 31 |
| RATINGS | 32 |
| CONTINUING DISCLOSURE | 32 |
|   Continuing Disclosure Undertaking | 32 |
|   Prior Continuing Disclosure Non-Compliance | 35 |
| MISCELLANEOUS | 36 |
| Appendix I – Commonwealth of Puerto Rico Financial Information and Operating Data Report, dated February 10, 2011 | I-1 |
| Appendix II – Proposed Form of Opinion of Bond Counsel | II-1 |
| Appendix III – Specimen Municipal Bond Insurance Policy | III-1 |

i

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005456

# $356,520,000
# COMMONWEALTH OF PUERTO RICO
## Public Improvement Refunding Bonds, Series 2011 A
## (General Obligation Bonds)

### INTRODUCTORY STATEMENT

This Official Statement of the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico"), which includes the cover page, the inside cover page, the table of contents and the appendices, provides certain information in connection with the sale of $356,520,000 Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2011 A (the "Bonds").

The Bonds are being issued under the provisions of Act No. 33 of the Legislative Assembly of Puerto Rico, approved on December 7, 1942, as amended (the "Act"), and pursuant to a resolution authorizing the issuance of the Bonds (the "Bond Resolution") adopted in accordance with the Act by the Secretary of the Treasury of the Commonwealth (the "Secretary") and approved by the Governor of Puerto Rico on February 10, 2011. The Bonds are being issued to provide funds to pay a portion of the principal (but not interest) payable on July 1, 2011 on certain general obligation bonds and notes of the Commonwealth, as discussed under PLAN OF FINANCING.

The scheduled payment of principal of and interest on the Bonds maturing July 1, 2024, July 1, 2025, July 2027, July 1, 2033 bearing interest at a rate of 6% and July 1, 2034 bearing interest at a rate of 6% and in the principal amount of $15,000,000 (the "Insured Bonds"), when due will be guaranteed under an insurance policy to be issued concurrently with the delivery of the Insured Bonds by Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.) ("AGM"), as indicated on the inside cover of this Official Statement.

Under the Act, the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the Bonds. The Constitution of Puerto Rico provides that public debt of the Commonwealth, which includes the Bonds, constitutes a first claim on available Commonwealth resources.

This Official Statement includes the Commonwealth's Financial Information and Operating Data Report, dated February 1, 2011 (the "Commonwealth Report"), attached hereto as *Appendix I*. The Commonwealth Report includes important operating and financial information about the Commonwealth, including information about its economy, historical revenues and expenditures of its General Fund, preliminary unaudited year-end results of fiscal year 2010, the budget for fiscal year 2011, the debt of the Commonwealth's public sector, the financial situation of the Government's retirement systems, and certain litigation involving the Commonwealth, and should be read in its entirety.

The Comprehensive Annual Financial Report of the Commonwealth for the fiscal year ended June 30, 2009 was prepared by the Department of the Treasury of the Commonwealth (the "Commonwealth's Annual Financial Report") and is incorporated by reference herein. The Commonwealth's Annual Financial Report includes the basic financial statements of the

1

Commonwealth as of and for the fiscal year ended June 30, 2009, together with the independent auditors' report thereon (which report expresses an unqualified opinion and includes emphasis of matter paragraphs regarding investments held by the Retirement Systems whose fair values have been estimated in the absence of readily determinable fair values and the Retirement Systems' unfunded actuarial accrued liabilities and funded ratios as of June 30, 2009), dated October 22, 2010, of Deloitte & Touche LLP, certified public accountants. Deloitte & Touche LLP did not audit the financial statements of the Public Buildings Authority's capital project fund and certain activities, funds and component units separately identified in its report. Those financial statements were audited by other auditors whose reports have been furnished to Deloitte & Touche LLP, and its opinion as to the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors. The Commonwealth's Annual Financial Report was filed on October 25, 2010 (after the May 1, 2010 requirement discussed below) by the Commonwealth with the Municipal Securities Rulemaking Board ("MSRB") through the Electronic Municipal Market Access System ("EMMA") (http://emma.msrb.org).

Any appendix of an Official Statement of the Commonwealth or of any instrumentality of the Commonwealth containing any revision to the Commonwealth Report or to the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, or any new or revised Commonwealth Report or Commonwealth's Annual Financial Report or other document containing information that modifies or supersedes the information contained in the Commonwealth Report or in the Commonwealth's Annual Financial Report that is filed with the MSRB through EMMA, in each case after the date hereof and prior to the termination of the offering of the Bonds, shall be deemed to be incorporated by reference into this Official Statement and to be part of this Official Statement from the date of filing of such document. Any statement contained in the Commonwealth's Annual Financial Report shall be deemed to be modified or superseded for purposes of this Official Statement to the extent that a statement contained herein or in any such subsequently filed document modifies or supersedes such statement. Any statement contained in the Commonwealth Report or elsewhere herein shall also be deemed to be modified or superseded to the extent that a statement contained in any such subsequently filed document modifies or supersedes such statement. Any such statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Official Statement.

The Commonwealth has entered into a number of continuing disclosure undertakings required under Rule 15c2-12, as amended (the "Rule"), promulgated by the Securities and Exchange Commission ("SEC") in connection with previously issued bonds. Under its existing continuing disclosure undertakings, the Commonwealth is obligated to file on or before May 1 in each year updates of its financial, operational and macroeconomic information through the end of the prior fiscal year. The Commonwealth complies with this continuing disclosure undertaking by filing updates of the Commonwealth Report and by filing the Commonwealth's Annual Financial Report for the preceding fiscal year. During the past five years, the Commonwealth has not complied in all material respects with its obligations under such continuing disclosure undertakings, as discussed below.

2

PR-CCD-0005458

In the case of the Commonwealth's Annual Financial Report for fiscal years 2006, 2007 and 2008, the Commonwealth failed to file such report by the May 1 continuing disclosure update deadline due to accounting rules changes and other reasons (mostly related to delays in receipt of component units' audited financial statements). For each fiscal year in which it did not comply with the filing deadline, the Commonwealth filed the Commonwealth's Annual Financial Report by the end of the first quarter of the following fiscal year. The Commonwealth's Annual Financial Report for the fiscal year ended June 30, 2009 was not filed prior to the continuing disclosure update deadline of May 1, 2010 due to delays in the engagement of and transition to new external auditors, the implementation of new government accounting pronouncements, and the restatement of the financial statements of certain discretely presented component units. Such report was filed on October 25, 2010.

In the case of the Commonwealth Report, except for the Commonwealth Report relating to fiscal year ended June 30, 2008, the Commonwealth has timely filed such reports. The Commonwealth Report for the fiscal year ended June 30, 2008 was filed on June 1, 2009. For more information regarding the Commonwealth's compliance with its continuing disclosure obligation, see "Prior Continuing Disclosure Non-Compliance" under CONTINUING DISCLOSURE.

The Commonwealth will provide without charge to any person to whom this Official Statement is delivered, on the written or oral request of such person, a copy of the Commonwealth Report and the Commonwealth's Annual Financial Report incorporated herein by reference. Requests should be directed to Executive Vice President, Government Development Bank for Puerto Rico, 135 West 50th Street, 22nd Floor, New York, New York 10020, telephone number (212) 333-0364, or to Vice President - General Obligations Division, Government Development Bank for Puerto Rico, P.O. Box 42001, San Juan, Puerto Rico 00940, telephone number (787) 722-7060.

A copy of the Commonwealth's Annual Financial Report and the Commonwealth Report may also be obtained through EMMA at http://emma.msrb.org (but only for filings made after June 30, 2009) or by visiting the Government Development Bank's website at www.gdbpr.com. No additional information on the Government Development Bank's website is deemed to be part of or incorporated by reference in this Official Statement.

## OVERVIEW

According to the United States Census Bureau, the population of Puerto Rico was 3,725,789 in 2010, compared to 3,808,610 in 2000. Puerto Rico's constitutional status is that of a territory of the United States, and, pursuant to the territorial clause of the U.S. Constitution, the ultimate source of power over Puerto Rico is the U.S. Congress. The relationship between the United States and Puerto Rico is referred to as commonwealth status.

The United States and the Commonwealth share a common defense, market, currency and citizenship. The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner that has a

PR-CCD-0005459

voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs). Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

Puerto Rico has a diversified economy with manufacturing and services comprising its principal sectors. Puerto Rico's economy is closely linked to the United States economy. In fiscal year 2009 (which ended on June 30, 2009), the Commonwealth's gross national product (preliminary, in current dollars) was $62.8 billion, and personal income per capita (preliminary, in current dollars) was $14,905.

The Constitution of Puerto Rico limits the amount of general obligation debt that the Commonwealth can issue. The Commonwealth's policy has been and continues to be to prudently manage the level of such debt within the constitutional limitation. See "Debt Limitation" under THE BONDS.

Fiscal responsibility for the Commonwealth is shared among the Department of the Treasury, the Office of Management and Budget ("OMB") and Government Development Bank for Puerto Rico ("Government Development Bank" or "GDB"). The Department of the Treasury is responsible for collecting most of the Commonwealth's revenues, overseeing preparation of its financial statements and contributing to the preparation of the budget. OMB prepares the Commonwealth's budget and is responsible for monitoring expenditures. Government Development Bank is the fiscal agent and financial advisor to the Commonwealth and its agencies, public corporations and municipalities and coordinates the management of public finances.

Additional information about the Commonwealth can be found in the Commonwealth Report attached hereto as *Appendix I*, including information about the economy, historical revenues and expenditures of the Commonwealth's General Fund, preliminary unaudited year-end results of fiscal year 2010, the approved budget for fiscal year 2011, the debt of the Commonwealth's public sector, the fiscal situation of the Government's retirement systems, and certain litigation involving the Commonwealth. The Commonwealth Report should be read in its entirety.

PR-CCD-0005460

# RECENT DEVELOPMENTS

The information appearing below is discussed in greater detail in the Commonwealth Report and should be read in conjunction therewith.

**Commonwealth's Structural Imbalance**

Since 2000, the Commonwealth has experienced a structural imbalance between recurring government revenues and total expenditures. The structural imbalance reached its highest level in fiscal year 2009, when the deficit was $3.306 billion, consisting of the difference between total recurring revenues of $7.583 billion and total expenditures of $10.890 billion. The administration has implemented certain expense reduction measures that, together with various temporary and permanent revenue raising measures, have allowed the Commonwealth to reduce the deficit. It is estimated that the deficit for fiscal year 2010 was approximately $2.1 billion and it is estimated that the deficit for fiscal year 2011 will be approximately $1.0 billion. See "Overview of Economic and Fiscal Condition – Fiscal Condition" under INTRODUCTION in *Appendix I.*

**Preliminary Results for the First Five Months of Fiscal Year 2011**

Preliminary General Fund revenues for the first five months of fiscal year 2011 (from July 1, 2010 to November 30, 2010) were $2.641 billion, a decrease of $51 million, or 1.9%, from $2.692 billion of revenues for the same period in the prior fiscal year and a decrease of $14.1 million, or 0.5%, from the original estimate of revenues of $2.655 billion made for budget purposes. See "Overview of Economic and Fiscal Condition – Fiscal Condition" under INTRODUCTION in *Appendix I.*

**Tax Reform**

In February 2010, the Governor named a committee to review the Commonwealth's income tax system and propose a tax reform directed at promoting economic growth and job creation within the framework of preserving the administration's path towards achieving fiscal stability. The committee presented its findings to the Governor and, on October 25, 2010, the Governor announced that he was submitting to the Legislative Assembly various bills in order to implement the tax reform. The tax reform is intended to be revenue positive.

The tax reform consists of two phases focused on providing tax relief to individuals and corporations, promoting economic development and job creation, simplifying the tax system and reducing tax evasion through enhanced tax compliance measures. The first phase, enacted as Act No. 171 of November 15, 2010, is expected to provide individual and corporate taxpayers with aggregate savings of $309 million for taxable year 2010. The second phase, enacted as Act No. 1 of January 31, 2011 ("Act 1"), is projected to provide individual and corporate taxpayers aggregate annual average savings of $1.2 billion for the next six taxable years, commencing in taxable year 2011. Consistent with the objective of maintaining the path towards fiscal stability, the tax relief provisions applicable to individuals and corporations for taxable years 2014 through 2016 become effective only if (i) OMB certifies that the administration's expense control target has been met, (ii) the Treasury Department certifies that General Fund revenue

5

PR-CCD-0005461

target has been met and (iii) the Planning Board certifies a year-over-year target increase in gross domestic product.

As part of structuring the tax reform, the Government utilized a group of economic consultants to project its impact on tax revenues through the use of dynamic economic models adjusted to Puerto Rico's specific economic conditions. The Government also conducted its own internal analyses of such impact. Based on these analyses, the Government expects that the reduction in income tax revenues resulting from the implementation of the tax reform should be fully offset by the additional revenues produced by (i) enhanced tax compliance measures, (ii) the elimination of certain incentives and tax credits, (iii) a new temporary excise tax imposed at a declining rate (from 4% for 2011 to 1% for 2016) on certain acquisitions from related parties, and (iv) an expansion of taxation of certain nonresident alien individuals, foreign corporations and foreign partnerships that are members of controlled groups that have members that are engaged in manufacturing or production or manufacturing services in Puerto Rico. The temporary excise tax and the expansion of the taxation of certain foreign persons were adopted by Act No. 154 of October 25, 2010, as amended ("Act No. 154"). In circumstances in which the temporary excise tax applies, the expansion of the taxation of nonresident individuals, foreign corporations and foreign partnerships does not apply. The other revenue enhancement measures, which are part of the second phase of the tax reform, are included in Act 1. On December 29, 2010, the Treasury Department adopted regulations that provide certain tax credits against the temporary excise tax that lessen its impact on affected taxpayers subject to the temporary excise tax. These regulations became effective on January 1, 2011. The first monthly excise tax payment is due on February 15, 2011. The regulations address implementation and interpretation issues and include provisions regarding certain applicable credits against the tax subject to maintaining a baseline employment and other conditions. The Government estimates that this excise tax will affect foreign corporations or partnerships that are principally engaged in the manufacturing of pharmaceuticals and electronics. The Government expects to raise approximately $1.4 billion from the excise tax during the first year of implementation of Act No. 154 and $5.6 billion for the six year period that the excise tax is in place.

Based on its analysis, the Government believes that the revenue projections from the taxes imposed by Act No. 154 are reasonable. However, since such taxes only became effective on January 1, 2011, there can be no assurance that the revenues therefrom, together with the other revenue enhancement measures included in the tax reform, will be sufficient to fully offset the reduction in income tax revenues expected from other aspects of the tax reform.

In connection with the expansion of the taxation of foreign persons by Act No. 154, the Government obtained a legal opinion regarding the creditability of the excise tax for U.S. federal income tax purposes. The opinion concludes that this excise tax should be creditable against U.S. federal income tax. That conclusion was based in part upon a determination that the expansion of the taxation of foreign persons and the imposition of the excise tax more likely than not satisfy the constitutional requirements of due process and the Commerce Clause of the United States Constitution, for reasons discussed therein. Act No. 154 has not been challenged in court; consequently, no court has passed on the constitutionality of Act No. 154. There can be no assurance that its constitutionality will not be challenged and that, if challenged, the courts will uphold Act No. 154. To the extent a court determines that the imposition of the excise tax

6

PR-CCD-0005462

or the expansion of the income tax or both are unconstitutional, the Government's revenues may be materially adversely affected.

For a summary of the principal provisions of the tax reform, the expansion of the income tax source rules to certain nonresident alien individuals, foreign corporations and foreign partnerships, and the new temporary excise tax, see "Major Sources of General Fund Revenues—Tax Reform" and "Major Sources of General Fund Revenues—Income Taxes," respectively, under PUERTO RICO TAXES, OTHER REVENUES AND EXPENDITURES in *Appendix I.*

### Financial Condition of Retirement Systems

One of the challenges every administration has faced during the past 20 years is how to address the growing unfunded pension benefit obligations and funding shortfalls of the three Government retirement systems (the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System) that are funded principally with government appropriations. As of June 30, 2009, the date of the latest actuarial valuations of the retirement systems, the unfunded actuarial accrued liability (including basic and system administered benefits) for the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System was $17.092 billion, $6.564 billion and $273 million, respectively, and the funded ratios were 9.8%, 24.7% and 15.6%, respectively. According to preliminary actuarial valuations as of June 30, 2010, the unfunded actuarial accrued liability of the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System increased to $17.834 billion, $7.058 billion and $283 million, respectively, the funded ratios of the Employees Retirement System and Teachers Retirement System decreased to 8.5% and 23.9%, respectively, and the funded ratio of the Judiciary Retirement System increased to 16.4%.

Based on current employer and member contributions to the retirement systems, the unfunded actuarial accrued liability will continue to increase significantly, with a corresponding decrease in the funded ratio, since the annual contributions are not sufficient to fund pension benefits, and thus, are also insufficient to amortize the unfunded actuarial accrued liability. Because annual benefit payments and administrative expenses of the retirement systems have been significantly larger than annual employer and member contributions, the retirement systems have been forced to use investment income, borrowings and sale of investment portfolio assets to cover funding shortfalls. The funding shortfall (basic system benefits, administrative expenses and debt service in excess of contributions) for fiscal year 2011 for the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System is expected to be approximately $752 million, $274 million and $8 million, respectively. As a result, the assets of the retirement systems are expected to continue to decline.

Based on the assumptions used in the latest preliminary actuarial valuations, including the expected continued funding shortfalls: (i) the Employees Retirement System, the largest of the three retirement systems, would deplete its net assets (total assets less liabilities, including the principal amount of certain pension obligation bonds) by fiscal year 2014 and its gross assets by fiscal year 2019; (ii) the Teachers Retirement System would deplete its net and gross assets by fiscal year 2020; and (iii) the Judiciary Retirement System would deplete its net and gross

7

assets by fiscal year 2018. The estimated years for depletion of the assets could vary depending on how actual results differ from the assumptions used in the actuarial valuations, as well as based on any future changes to the contribution and benefits structures of the retirement systems.

Since the Commonwealth and other participating employers are ultimately responsible for any funding deficiency in the three retirement systems, the depletion of the assets available to cover retirement benefits will require the Commonwealth and other participating employers to cover annual funding deficiencies. It is estimated that the Commonwealth would be responsible for approximately 74% of the combined annual funding deficiency of the three retirement systems, with the balance being the responsibility of the municipalities and participating public corporations.

The Commonwealth also provides non-pension post-employment benefits that consist of a medical insurance plan contribution. These benefits, which amounted to $114.2 million for fiscal year 2010, are funded on a pay-as-you-go basis from the General Fund and are valued using actuarial principles similar to the way that pension benefits are calculated. Based on the latest preliminary actuarial valuations, as of June 30, 2010, the aggregate unfunded actuarial accrued liability of these benefits for the three retirement systems was $2.3 billion.

In order to address the growing unfunded pension and non-pension benefit obligations and funding shortfalls of the three government retirement systems, in February 2010, the Governor of Puerto Rico established a special commission to make recommendations for improving the financial solvency of the retirement systems. The special commission submitted a report to the Governor on October 21, 2010. The individual recommendations made by the members of the special commission, which included increasing the amount of the employer and employee annual contributions and changing the benefits structure, are being analyzed with the intent of presenting a comprehensive, consensus legislation package during 2011. The Secretary of Labor, who chaired the special commission, is evaluating proposing additional employer contributions to improve the funding ratio, the impact of special laws that have provided additional retirement benefits, and the impact on the system's cash flow of prior increases in the amount that members may borrow from the systems under various loan programs.

Because of the multi-year fiscal imbalances mentioned above, the Commonwealth is currently unable to make the actuarially recommended contributions to the retirement systems. If the Commonwealth fails to take action in the short-term to address the retirement systems' funding deficiency, the continued use of investment assets to pay benefits as a result of funding shortfalls and the resulting depletion of assets could adversely affect the ability of the retirement systems to meet the rates of return assumed in the actuarial valuations, which could in turn result in an earlier depletion of the retirement systems' assets and a significant increase in the unfunded actuarial accrued liability. Ultimately, since the Commonwealth's General Fund is required to cover a significant amount of the funding deficiency, the Commonwealth would have difficulty funding the annual required contributions unless it implements significant reforms to the retirement systems, obtains additional revenues, or takes other budgetary measures. For more information regarding the retirement systems, see RETIREMENT SYSTEMS in Appendix I.

8

PR-CCD-0005464

**Reduction in Expenditures through Early Retirement**

Act No. 70, approved by the Legislative Assembly on July 2, 2010, is designed to reduce government expenditures by providing an early retirement window for eligible employees (who opted to retire by January 14, 2011) under a formula that results in a positive actuarial impact for the government's retirement systems. Employees that elected to participate in the program will receive retirement benefits based on a lower salary and a lower pension rate than what they would otherwise have been entitled to if they had continued in their employment until full vesting, but at a higher rate than what they would be entitled to based on their current years of service. Approximately 4,000 employees opted for early retirement under Act No. 70.

**Local Incentives for Rum Producers**

Under current federal law, federal excise taxes imposed and collected by the United States on shipments of rum from Puerto Rico to the United States mainland are returned ("covered-over") to the Commonwealth. Under the cover-over program, originally established by Congress in 1917, the Commonwealth receives a refund of $10.50 from the $13.50 that is imposed upon the distilled spirit tax collected per proof gallon. Since 1999, however, the U.S. Congress has enacted special supplementary legislation increasing the amount refunded to the Commonwealth to $13.25 per proof gallon. For fiscal year 2010, the total excise taxes on rum shipments returned to the Commonwealth was $ 352.3 million.

In June 2008, the Government of the United States Virgin Islands (the "USVI") signed an agreement with Diageo USVI, Inc ("Diageo") for the construction and operation of a new rum distillery in St Croix, USVI, that will manufacture Captain Morgan branded products to be sold in the United States beginning in January 2012. Currently, all rum used in Captain Morgan products sold in the United States is procured through a supply contract with Serralles Destillery ("Serralles") in Puerto Rico which expires on December 31, 2011. The Government estimates that the exports of Captain Morgan rum produced in Puerto Rico by Serralles during calendar year 2009 were 9,403,224 proof gallons. These rum exports of Captain Morgan resulted in an estimated $124.5 million in excise tax on rum shipments returned by the United States to Puerto Rico during fiscal year 2009. As a result of the termination of the contract between Serralles and Diageo, it is expected that after 2011, the income received by the Commonwealth from the federal excise tax on rum shipments will decrease unless Serralles is able to find other clients in the United States for the volume of bulk rum previously purchased by Diageo for its Captain Morgan products.

In an effort to maintain the local rum industry, as a result of the threat posed by the USVI's agreement with Diageo, and preserve or increase the amount of federal excise taxes on rum shipments returned to Puerto Rico under the cover-over program, the Governor of Puerto Rico signed Act No. 178 of December 1, 2010 ("Act No. 178"), which increases from 10% to 25% the portion of the monies from the federal excise tax that the Government of Puerto Rico may invest to provide incentives to and promote the Puerto Rican rum industry. The law also authorizes the Governor of Puerto Rico to increase this percentage up to 46% after December 31, 2011, through an Executive Order. In order to promote the Puerto Rican rum industry in general, the amount received from such refund will be transferred to a special account of the General

9

Fund, which may be used for marketing, production and infrastructure investment incentives. Effective January 1, 2011, Act 1 replaced Act No. 178 and contains identical provisions.

The Government is in discussions with certain rum producers to provide them a series of subsidies and incentives, as permitted under Act 1, in order to promote the production of rum in Puerto Rico. If such discussions culminate in definitive agreements, this would allow such companies to benefit from the cover-over program rebate and would promote and encourage the export of rum produced in Puerto Rico.

**Recent Rating Actions**

On January 19, 2011, Fitch, Inc. ("Fitch") assigned a "BBB+" rating to the Commonwealth's general obligation and appropriation debt with a stable outlook. In assigning the rating, Fitch stated that, while it recognized the Commonwealth's historic budget deficits, overestimation of revenues, reliance on borrowings to meet budgetary gaps, and the low level of pension funding, the successful implementation of the dramatic steps taken by the government to restructure fiscal operations and stimulate the economy was a positive credit factor.

On November 29, 2010, Standard & Poor's Ratings Services, a division of The McGraw-Hill Companies, Inc. ("S&P"), confirmed its "BBB–" rating on the Commonwealth's general obligation and appropriation debt and changed the outlook on general obligation debt to positive from stable. In taking this rating action, S&P stated that while the ratings continue to reflect their opinion on the Commonwealth's history of chronic budget deficits, the revision in the outlook of the Commonwealth's general obligation debt was based on their view as to the recent implementation of expenditure controls and revenue enhancement measures that they believe could help restore budget balance within the next two years.

On April 19, 2010, Moody's Investors Service ("Moody's") announced the results of the recalibration of certain U.S. municipal bond issues and issuers in order to enhance the comparability of credit ratings across its portfolio of rated securities. As a result of this recalibration, the Commonwealth's general obligation debt is now rated "A3" by Moody's, which is three categories above the previous "Baa3" rating. On August 10, 2010, Moody's assigned a negative outlook to the Commonwealth's general obligation debt and related credits primarily as a result of the low funding levels of the Commonwealth's retirement systems.

PR-CCD-0005466

# PLAN OF FINANCING

The Bonds are being issued to provide funds to (i) refund a portion of the principal (but not the interest) payable on July 1, 2011 on certain general obligation bonds and notes of the Commonwealth (the "Refunded Principal") as set forth below, (ii) refund, in whole or in part, certain other general obligation bonds and notes of the Commonwealth (the "Refunded Bonds"), as set forth below, (iii) repay certain GDB lines of credit used to deposit moneys in the Redemption Fund to cover a portion of the principal (but not the interest) payable on July 1, 2011 on certain general obligation bonds and notes of the Commonwealth, (iv) fund termination payments under certain interest rate swap agreements in connection with the refunding of the Refunded Bonds, and (v) pay the cost of issuance of the Bonds.

| Bonds with Refunded Principal | Principal Amount to be Refunded | Interest Rate | Maturity Date | Redemption Price (% of Par) | Redemption Date |
|---|---|---|---|---|---|
| Public Improvement Bonds of 1989, Series A | $ 6,416,666.67 | 7.70% | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 1995 | 9,867,916.67 | 6.25 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 1996 | 4,858,333.33 | 6.00 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 1996 | 4,858,333.33 | 6.00 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 1997 | 5,674,166.67 | 6.50 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 1998 | 12,842,500.00 | 5.75 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 1999 | 9,405,000.00 | 5.25 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Refunding Bonds, Series 2002 A | 1,796,666.67 | 4.00 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 2003, Series A | 9,845,000.00 | 5.25 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 2004, Series A | 5,284,583.33 | 5.00 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 2004, Series A | 2,750,000.00 | 3.50 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Refunding Bonds, Series 2007 A | 1,132,083.33 | 5.25 | 07/01/2011 | 100.00 | 07/01/2011 |
| Public Improvement Bonds of 2008, Series A | 3,703,333.33 | 5.00 | 07/01/2011 | 100.00 | 07/01/2011 |
| | $78,434,583.33* | | | | |

\*    This amount is approximately 91.7% of the $85,565,000 maturity amount due in July 1, 2011.

| Refunded Bonds | Principal Amount to be Refunded | Interest Rate | Maturity Date | Redemption Price (% of Par) | Redemption Date |
|---|---|---|---|---|---|
| Public Improvement Refunding Bonds, Series 2003 C-6 | $ 75,000,000 | Variable | 07/01/2025 | 100.00 | 05/02/2011 |
| Public Improvement Refunding Bonds, Series 2004 B-4 | 55,975,000 | Variable | 07/01/2028 | 100.00 | 04/01/2011 |
| Public Improvement Refunding Notes, Series 2010 D | 102,680,000 | Variable | 04/07/2011 | 100.00 | 03/03/2011 |
| | $233,655,000 | | | | |

The Secretary of the Treasury will deposit the net proceeds of the Bonds to be utilized to pay the Refunded Principal into an escrow fund (the "Escrow Fund") with an escrow agent to be selected by the Commonwealth (the "Escrow Agent"). The net proceeds of the Bonds deposited in the Escrow Fund will be invested either in cash or in noncallable direct obligations of the United States ("Government Obligations"), the principal of and interest on which will be sufficient to pay the Refunded Principal on July 1, 2011.

The sufficiency of the amount so deposited, with investment earnings thereon, to pay the Refunded Principal, will be verified by Causey, Demgen & Moore, Inc. (the "Verification Agent").

PR-CCD-0005467

**Sources and Uses of Funds**

Sources:

| | |
|---|---|
| Principal amount of the Bonds | $356,520,000.00 |
| Net Original Issue Discount | 7,403,461.35 |
| Total sources | $349,116,538.65 |

Uses:

| | |
|---|---|
| Deposit into the Escrow Fund | $273,519,051.46 |
| Repayment of GDB Lines of Credit | 43,479,412.59 |
| Underwriting discount and other financing expenses* | 32,118,074.60 |
| Total uses | $349,116,538.65 |

---

\* Includes the cost to the Commonwealth (approximately $23,854,030) of terminating interest rate swap agreements entered into in connection with the issuance of the Refunded Bonds, bond insurance premium, legal, printing and other financing expenses.

     The Commonwealth routinely explores opportunities to restructure its debt to reduce debt service. The Commonwealth expects to issue additional Public Improvement Refunding Bonds to (i) pay a portion of the interest payable on July 1, 2011 on certain general obligation bonds and notes of the Commonwealth, (ii) repay advances made to the Commonwealth under GDB lines of credit used to make deposits to the Commonwealth's Redemption Fund (as defined below) for the payment of interest on certain general obligation bonds and notes, and (iii) refund certain of its outstanding general obligation bonds. The Commonwealth is also considering refunding, converting or remarketing certain variable rate bonds and may terminate the interest rate exchange agreements related to any such refunded, converted or remarketed debt. If the Commonwealth decides to proceed with any or all of the aforementioned transactions, the refunding and termination of interest rate exchange agreements would be funded through the issuance of additional Public Improvement Refunding Bonds. No assurance can be given that the Commonwealth will refund, convert or remarket any of its outstanding general obligation bonds or terminate any interest rate exchange agreement in connection therewith.

     In addition, subject to the approval of the Legislative Assembly, the Commonwealth expects to issue additional general obligation bonds to finance capital improvement projects.

PR-CCD-0005468

# THE BONDS

### General

The Bonds will be dated, bear interest at such rates, be payable at such times, and mature on the dates and in the principal amounts set forth on the cover and inside cover page of this Official Statement. Certain of the Bonds are subject to redemption at the times and at the prices set forth below in "Redemption." Banco Popular de Puerto Rico will serve as paying agent and registrar (the "Registrar") for the Bonds.

### Book-Entry Only System

The Depository Trust Company ("DTC"), New York, NY, will act as securities depository for the Bonds. The Bonds will be issued as fully-registered securities registered in the name of Cede & Co. (DTC's partnership nominee) or such other name as may be requested by an authorized representative of DTC. One fully-registered Bond certificate will be issued for each stated maturity of the Bonds, each in the aggregate principal amount of such maturity, and will be deposited with DTC. SO LONG AS CEDE & CO. IS THE REGISTERED OWNER OF THE BONDS, AS NOMINEE FOR DTC, REFERENCES HEREIN TO BONDHOLDERS OR OWNERS OF THE BONDS (OTHER THAN UNDER THE CAPTION "TAX MATTERS") SHALL MEAN CEDE & CO. AND SHALL NOT MEAN THE BENEFICIAL OWNERS OF THE BONDS. If, however, the aggregate principal amount of any issue exceeds $500 million, one certificate will be issued with respect to each $500 million of principal amount, and an additional certificate will be issued with respect to any remaining principal amount of such issue.

DTC, the world's largest securities depository, is a limited-purpose trust company organized under the New York Banking Law, a "banking organization" within the meaning of the New York Banking Law, a member of the Federal Reserve System, a "clearing corporation" within the meaning of the New York Uniform Commercial Code, and a "clearing agency" registered pursuant to the provisions of Section 17A of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). DTC holds and provides asset servicing for over 3.5 million issues of U.S. and non-U.S. equity issues, corporate and municipal debt issues, and money market instruments (from over 100 countries) that DTC's participants ("Direct Participants") deposit with DTC. DTC also facilitates the post-trade settlement among Direct Participants of sales and other securities transactions in deposited securities, through electronic computerized book-entry transfers and pledges between Direct Participants' accounts. This eliminates the need for physical movement of securities certificates. Direct Participants include both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, clearing corporations, and certain other organizations. DTC is a wholly-owned subsidiary of The Depository Trust & Clearing Corporation ("DTCC"). DTCC is the holding company for DTC, National Securities Clearing Corporation and Fixed Income Clearing Corporation, all of which are registered clearing agencies. DTCC is owned by the users of its regulated subsidiaries. Access to the DTC system is also available to others such as both U.S. and non-U.S. securities brokers and dealers, banks, trust companies, and clearing corporations that clear through or maintain a custodial relationship with a Direct Participant, either directly or indirectly ("Indirect Participants"). DTC has S&P's highest rating: AAA. The DTC Rules applicable to its Participants are on file with the Securities

13

PR-CCD-0005469

and Exchange Commission ("SEC"). More information about DTC can be found at www.dtcc.com and www.dtc.org.

Purchases of the Bonds under the DTC system must be made by or through Direct Participants, which will receive a credit for the Bonds on DTC's records. The ownership interest of each actual purchaser of the Bonds ("Beneficial Owner") is in turn to be recorded on the Direct and Indirect Participants' records. Beneficial Owners will not receive written confirmation from DTC of their purchase. Beneficial Owners are, however, expected to receive written confirmations providing details of the transaction, as well as periodic statements of their holdings, from the Direct or Indirect Participant through which the Beneficial Owner entered into the transaction. Transfers of ownership interests in the Bonds are to be accomplished by entries made on the books of Direct and Indirect Participants acting on behalf of Beneficial Owners. Beneficial Owners will not receive certificates representing their ownership interests in the Bonds, except in the event that use of the book-entry system for the Bonds is discontinued.

To facilitate subsequent transfers, the Bonds deposited by Direct Participants with DTC are registered in the name of DTC's partnership nominee, Cede & Co., or such other name as may be requested by an authorized representative of DTC. The deposit of the Bonds with DTC and their registration in the name of Cede & Co. or such other DTC nominee do not effect any change in beneficial ownership. DTC has no knowledge of the actual Beneficial Owners of the Bonds; DTC's records reflect only the identity of the Direct Participants to whose accounts such Bonds are credited, which may or may not be the Beneficial Owners. The Direct and Indirect Participants will remain responsible for keeping account of their holdings on behalf of their customers.

Conveyance of notices and other communications by DTC to Direct Participants, by Direct Participants to Indirect Participants, and by Direct Participants and Indirect Participants to Beneficial Owners will be governed by arrangements among them, subject to any statutory or regulatory requirements as may be in effect from time to time. Beneficial Owners of Bonds may wish to take certain steps to augment the transmission to them of notices of significant events with respect to the Bonds, such as redemptions, tenders, defaults, and proposed amendments to the Bonds documents. For example, Beneficial Owners of Bonds may wish to ascertain that the nominee holding the Bonds for their benefit has agreed to obtain and transmit notices to Beneficial Owners. In the alternative, Beneficial Owners may wish to provide their names and addresses to the registrar and request that copies of notices be provided directly to them.

Redemption notices shall be sent to DTC. If less than all of the Bonds within an issue are being redeemed, DTC's practice is to determine by lot the amount of the interest of each Direct Participant in such issue to be redeemed.

Neither DTC nor Cede & Co. (nor any other DTC nominee) will consent or vote with respect to Bonds unless authorized by a Direct Participant in accordance with DTC's MMI Procedures. Under its usual procedures, DTC mails an Omnibus Proxy to the Commonwealth as soon as possible after the record date. The Omnibus Proxy assigns Cede & Co.'s consenting or voting rights to those Direct Participants to whose accounts the Bonds are credited on the record date (identified in a listing attached to the Omnibus Proxy).

14

PR-CCD-0005470

Principal, redemption premium, if any, and interest payments on the Bonds will be made to Cede & Co., or such other nominee as may be requested by an authorized representative of DTC. DTC's practice is to credit Direct Participants' accounts upon DTC's receipt of funds and corresponding detail information from the Commonwealth or the Registrar on payable dates in accordance with their respective holdings shown on DTC's records. Payments by Participants to Beneficial Owners will be governed by standing instructions and customary practices, as is the case with securities held for the accounts of customers in bearer form or registered in "street name," and will be the responsibility of such Participant and not of DTC, the Registrar, or the Commonwealth, subject to any statutory or regulatory requirements as may be in effect from time to time. Payment of principal, redemption premium, if any, and interest to Cede & Co. (or such other nominee as may be requested by an authorized representative of DTC) is the responsibility of the Commonwealth or the Registrar, disbursement of such payments to Direct Participants will be the responsibility of DTC, and disbursement of such payments to the Beneficial Owners will be the responsibility of Direct and Indirect Participants.

The information in this section concerning DTC and DTC's book-entry system has been obtained from sources that the Commonwealth believes to be reliable, but the Commonwealth takes no responsibility for the accuracy thereof.

The Commonwealth cannot and does not give any assurances that DTC, DTC Direct or Indirect Participants will distribute to the Beneficial Owners of the Bonds: (i) payments of principal and interest payments (including redemption payments) with respect to the Bonds; (ii) confirmation of ownership interest in the Bonds; or (iii) notices sent to DTC or Cede & Co., its nominee, as the registered owner of the Bonds, or that they will do so on a timely basis, or that DTC or the DTC Participants will serve and act in the manner described in this Official Statement.

NONE OF THE COMMONWEALTH, THE REGISTRAR OR THE UNDERWRITERS WILL HAVE ANY RESPONSIBILITY OR OBLIGATION TO DIRECT PARTICIPANTS, INDIRECT PARTICIPANTS OR ANY BENEFICIAL OWNER WITH RESPECT TO (I) THE ACCURACY OF ANY RECORDS MAINTAINED BY DTC, ANY PARTICIPANT OR INDIRECT PARTICIPANT; (II) THE PAYMENT BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY AMOUNT WITH RESPECT TO THE PRINCIPAL OF, OR PREMIUM, IF ANY, OR INTEREST ON, THE BONDS; (III) ANY NOTICE WHICH IS PERMITTED OR REQUIRED TO BE GIVEN TO BONDHOLDERS; (IV) ANY CONSENT GIVEN BY DTC OR OTHER ACTION TAKEN BY DTC AS A BONDHOLDER; OR (V) THE SELECTION BY DTC OR ANY DIRECT PARTICIPANT OR INDIRECT PARTICIPANT OF ANY BENEFICIAL OWNERS TO RECEIVE PAYMENT IN THE EVENT OF ANY PARTIAL REDEMPTION OF THE BONDS.

**Discontinuance of the Book-Entry Only System**

DTC may discontinue providing its services as depository with respect to the Bonds at any time by giving reasonable notice to the Commonwealth or the Registrar. Under such circumstances, in the event that a successor depository is not obtained, Bond certificates are required to be printed and delivered.

PR-CCD-0005471

The Commonwealth may decide to discontinue use of the system of book-entry only transfers through DTC (or a successor securities depository). In that event, Bond certificates will be printed and delivered to DTC.

In the event that such book-entry only system is discontinued or terminated, the following provisions will apply: (i) payment of the principal of and the interest on the Bonds will be made in lawful money of the United States of America; (ii) payment of the principal will be made at the corporate office of the Registrar in San Juan, Puerto Rico; (iii) interest on the Bonds will be paid by check mailed to the respective addresses of the registered owners thereof as of the fifteen day of the month immediately preceding the interest payment date as shown on the registration books of the Commonwealth maintained by the Registrar; (iv) the Bonds will be issued only as registered bonds without coupons in authorized denominations; and (v) the transfer of the Bonds will be registrable and the Bonds may be exchanged at the corporate office of the Registrar in San Juan, Puerto Rico upon the payment of any taxes or other governmental charges required to be paid with respect to such transfer or exchange.

## Authorization

Section 2 of Article VI of the Constitution of the Commonwealth provides that the power of the Commonwealth to contract and to authorize the contracting of debts shall be exercised as determined by the Legislative Assembly. Pursuant to this power, the Legislative Assembly enacted the Act, which authorizes the Secretary to issue the Bonds pursuant to one or more resolutions adopted by the Secretary and approved by the Governor. In accordance with the Act, the Secretary adopted and the Governor approved the Bond Resolution.

## Redemption

The Bonds are subject to redemption prior to maturity as described below.

*Optional Redemption.* At the option of the Secretary of the Treasury and upon at least 30 days' prior notice, the Bonds are subject to redemption, from any moneys that may be available for that purpose (other than from moneys set aside in respect of an amortization requirement), prior to maturity, commencing on July 1, 2021 (July 1, 2016 in the case of the Bonds maturing on July 1, 2033), either in whole or in part (and if in part, in such order of maturity as directed by the Secretary), on any date, at a redemption price of par, plus accrued interest to the date fixed for redemption.

## Notice of Redemption; Effect of Redemption

Any redemption of the Bonds, either in whole or in part, shall be made upon at least a 30-day prior notice to DTC or, if the book-entry only system described above has been discontinued, by registered or certified mail, postage prepaid, to all registered owners of the Bonds to be redeemed in the manner and under the terms and conditions provided in the Bond Resolution. On the date designated for redemption, notice having been given as provided in the Bond Resolution and moneys for payment of the principal of and accrued interest on the Bonds or portions thereof so called for redemption being held by the Registrar, interest on the Bonds or portions thereof so called for redemption shall cease to accrue.

16

Each notice of redemption shall contain, among other things, the particular Bonds (or portions thereof) being called for redemption, the redemption date and price and the address at which such Bonds are to be surrendered for payment of the redemption price. Any defect in such notice or the failure so to mail any such notice to DTC in respect of, or the registered owner of, any Bond will not affect the validity of the proceedings for the redemption of any other Bond.

Any notice of optional redemption may state that the redemption is conditional and, if so, the notice shall state what the conditions are. If at the time of mailing a notice of optional redemption there shall not have been deposited with the Registrar moneys sufficient to redeem the Bonds called for redemption, such notice shall state that it is subject to the deposit of the redemption moneys with the Registrar not later than the opening of business on the redemption date, and such notice shall be of no effect unless such moneys are so deposited.

If less than all the Bonds of any maturity are called for redemption, the particular Bonds so called for redemption shall be selected by the Registrar by such method as it deems fair and appropriate, except that so long as the book-entry only system shall remain in effect, in the event of any such partial redemption, DTC shall reduce the credit balances of the applicable DTC Participants in respect of the Bonds and such DTC Participants shall in turn select those Beneficial Owners whose ownership interests are to be extinguished by such partial redemption, each by such method as DTC or such DTC Participant, as the case may be, in its sole discretion, deems fair and appropriate.

## Security

### Provision for Payment of Public Debt

The Act provides that the good faith, credit and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal of and interest on the bonds issued under the provisions of the Act. The Secretary of the Treasury is authorized and directed under the Act to pay the principal of and interest on the Bonds as the same become due and payable from any funds available for such purpose at the Department of the Treasury in the fiscal year in which such payment is due. The Act provides that the provisions contained therein with respect to the payment of the principal of and interest on the Bonds shall be considered to be a continuous appropriation for the Secretary of the Treasury to make such payments, even though no specific appropriations are made for such purposes. The payments under the Act are required to be made pursuant to the provisions of the laws of the Commonwealth that regulate the disbursement of public funds.

Section 8 of Article VI of the Constitution of Puerto Rico provides that public debt of the Commonwealth will constitute a first claim on available Commonwealth resources. Public debt includes general obligation bonds and notes of the Commonwealth and any payments required to be made by the Commonwealth under its guarantees of bonds and notes issued by its public instrumentalities.

The Commonwealth has allocated certain motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees to Puerto Rico Highways and Transportation Authority (the "Highways Authority"). The amounts so allocated, however, are subject to first

17

PR-CCD-0005473

being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Since fiscal year 1989, the Commonwealth has pledged to Puerto Rico Infrastructure Financing Authority certain federal excise taxes imposed on alcoholic beverages and tobacco products produced in Puerto Rico and sold in the United States, which taxes are returned to the Commonwealth. The amounts so pledged, however, are subject to first being applied to payment of the principal of and interest on the Commonwealth public debt, but only if and to the extent that all other available revenues of the Commonwealth are insufficient for that purpose. The Commonwealth has never had to apply such amounts to the payment of its public debt.

Act No. 91 of May 13, 2006, as amended ("Act No. 91"), allocates a portion of the Commonwealth sales and use tax to pay debt service on the bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA" by its Spanish acronym) for the purpose of, among other things, paying or financing certain obligations of the Commonwealth, paying or financing a portion of the Commonwealth's operational expenses, and funding the Puerto Rico Economic Stimulus Fund, the Commonwealth Emergency Fund and the Economic Cooperation and Public Employees Alternatives Fund. Act No. 91 provides that the Dedicated Sales Tax Fund created by Act No. 91, the funds on deposit therein and Commonwealth the sales and use tax pledged to COFINA do not constitute "available Commonwealth resources" of the Commonwealth for purposes of Section 2 and Section 8 of Article VI of the Constitution of Puerto Rico and are not available for use by the Secretary of the Treasury. As a result, the portion of the Commonwealth sales and use tax allocated to COFINA is not available for the payment of principal of and interest on the Bonds.

The Constitution expressly empowers a holder of bonds and notes evidencing public debt to bring suit against the Secretary to require application of available resources, including surplus, to the payment of principal of and interest on public debt when due.

*Special Fund for the Bonds (General Obligation) Debt Service*

Act No. 83 of the Legislative Assembly of Puerto Rico, approved on August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exempt from taxation. The proceeds of said tax are credited to the Commonwealth Debt Redemption Fund (the "Redemption Fund"), for application to the payment of general obligation bonds and notes of the Commonwealth.

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on May 13, 1976, as amended ("Act No. 39"), requires the Secretary of the Treasury to transfer each month from available funds of the Commonwealth to the Redemption Fund such amounts which, together with certain other funds deposited therein, will be equal to the sum of one-sixth of the interest to be paid in the next six months and one-twelfth of the principal to be paid or required to be amortized within the next twelve months on all bonds and notes of the Commonwealth for which its full faith and credit are pledged as the same become due and all bonds and notes of the Commonwealth for which the guaranty of the Commonwealth has been exercised. Moneys in the Redemption

18

PR-CCD-0005474

Fund are held in trust by Government Development Bank. Act No. 39 provides that the obligation of the Secretary of the Treasury to make the above transfers is cumulative, and the amount of any deficiency in any month shall be added to the amount of transfers required in future months until such deficiency has been fully paid. During fiscal years 2010 and 2011, the Secretary of the Treasury satisfied his obligation to deposit moneys in the Redemption Fund by drawing on a line of credit provided by Government Development Bank. Commencing in fiscal year 2012, the Secretary of the Treasury will not be able to use borrowed funds to satisfy his obligation to make deposits in the Redemption Fund. On December 31, 2010, the amount on deposit in the Redemption Fund was $33.6 million, which was the required amount.

Act No. 39 expressly relates to direct obligations of the Commonwealth. It does not apply to the payment of bonds and other obligations of public corporations guaranteed by the Commonwealth issued after the date of its adoption.

## Payment Record

The Commonwealth has never defaulted on the payment of principal of or interest on any of its debt.

## Debt Limitation

### Constitutional Debt Limitation

Section 2 of Article VI of the Constitution of Puerto Rico provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales and use taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury, and motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees, which are allocated to the Highways Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the sales and use tax allocated to COFINA is also not included as internal revenues consistent with the legislation creating COFINA, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available Commonwealth resources" under the above cited Constitutional provisions relating to public debt.

19

PR-CCD-0005475

*Variable Rate Bonds and Swap Agreements*

Joint Resolution No. 2104 of the Legislative Assembly of Puerto Rico, approved on September 30, 2004 ("Joint Resolution No. 2104"), authorized the Commonwealth to enter into interest rate exchange agreements with respect to the Commonwealth's $447,875,000 Public Improvement Refunding Bonds, Series 2004B (the "Series 2004B Bonds"), which were issued as variable rate bonds. Joint Resolution No. 2104 allows the Commonwealth to calculate the 15% constitutional debt limitation using (i) the fixed rate it is required to pay under any interest rate exchange agreement entered into by the Commonwealth in connection with the Series 2004B Bonds, and (ii) the lesser of (A) the maximum interest rate allowed by law, and (B) the maximum interest rate set forth in the resolution approving the bonds, if any, in connection with the Commonwealth's $279,240,000 Public Improvement Refunding Bonds, Series 2004A (the "Series 2004A Bonds") and any Series 2004B Bonds for which no interest rate exchange agreement is executed. In November 2004, the Commonwealth entered into two interest rate exchange agreements with respect to the Series 2004B Bonds.

Act No. 39 of the Legislative Assembly of Puerto Rico, approved on August 1, 2005, as amended ("Act No. 39 of 2005") authorizes the Commonwealth to enter into interest rate exchange agreements with respect to its general obligation bonds, subject to certain conditions, including that the agreements are entered into to reduce certain financial risks associated with issuing variable rate obligations. The Secretary is also authorized to pledge the full faith, credit and taxing power of the Commonwealth for the payment of the obligations incurred under such interest rate exchange agreements. Act No. 39 of 2005 allows the Commonwealth to calculate the constitutional debt limit in a manner identical to that utilized in Joint Resolution No. 2104.

In August 2006, the Commonwealth issued its $500,000,000 Public Improvement Bonds of 2006, Series A, a portion of which bonds bear interest at a rate that will change periodically based on changes in the United States consumer price index. In connection with such consumer price index floating rate bonds (the "2006 CPI Bonds"), the Commonwealth entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof.

In August and September 2006, the Commonwealth entered into interest rate exchange agreements, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect of a portion of the Commonwealth's outstanding $1,018,245,000 Public Improvement Refunding Bonds, Series 2003C (said portion, the "2003C Swap Bonds") and whose payments commenced on July 1, 2008, the end of the initial fixed rate period on the 2003C Swap Bonds.

In October 2007, the Commonwealth issued its $926,570,000 Public Improvement Refunding Bonds, Series 2007 A, a portion of which bonds bear interest at a variable rate and, in connection with said bonds (said portion, the "2007 Swap Bonds") entered into an interest rate exchange agreement, the effect of which will economically enable the Commonwealth to pay a fixed rate of interest in respect thereof.

In May 2008, the Commonwealth issued its $173,975,000 Public Improvement Refunding Bonds, Series 2008B (the "2008 Swap Bonds"), which bear interest at a variable rate, for the

20

PR-CCD-0005476

purpose of refunding a portion of the Series 2004B Bonds, and, in connection therewith, continued the swap related to such refunded Series 2004B Bonds.

In addition, the Commonwealth has also executed under the authority granted in Act No. 39 of 2005, interest rate exchange agreements in which the Commonwealth is making payments on $1,698,370,000 notional amount of public improvement bonds based on a short-term interest rate index published by Securities Industry and Financial Markets Association ("SIFMA") and is receiving from its counterparties payments on the same notional amount based on the published three-month London Interbank Offered Rate index (the "basis swap").

See "Interest Rate Exchange Agreements" under DEBT in *Appendix I* for a list of the Commonwealth's outstanding interest rate exchange agreements and their mark-to-market value.

After giving effect to the issuance of the Bonds, future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $932,146,279.75 in the fiscal year ending June 30, 2015 (based on the assumption that (i) the Series 2004A Bonds bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, (ii) the outstanding 2003C Swap Bonds, Series 2004B Bonds, 2006 CPI Bonds, 2007 Swap Bonds and the 2008 Swap Bonds, bear interest at 12% per annum and (iii) the public improvement bonds to which the basis swap relates bear interest at their stated interest rates rather than the rates set forth in the basis swap). This amount ($932,146,279.75) plus the amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth ($10,491,303), for a total of $942,637,582.75, is equal to 12.88% of $7,320,525,500, which is the average of the adjusted preliminary internal revenues for the fiscal years ended June 30, 2009 and 2010. If the interest on the outstanding bonds described in clause (ii) above is calculated using the fixed rate paid by the Commonwealth under the interest rate exchange agreements executed in connection with such bonds, the percentage referred to in the preceding sentence would be 11.61%. Any potential termination payment (which is a full faith and credit obligation of the Commonwealth) payable by the Commonwealth (which is based on the then applicable mark-to-market value) upon termination of the above mentioned swap agreements is not included in the calculation of the 15% constitutional debt limitation.

Debt service for the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed bonds of approximately $30 million was paid by PRASA during the last two fiscal years and, thus, is not included in the calculation of the 15% constitutional debt limitation. See "Other Public Corporations – Aqueduct and Sewer Authority" under *Public Corporations* in *Appendix I*. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund and such debt service would, to the extent paid by the Commonwealth, be included in the calculation of the 15% debt limitation.

As of September 30, 2010, Port of the Americas Authority had outstanding bonds guaranteed by the Commonwealth (the "POA Guaranteed Bonds"), representing a $250 million GDB financing with an outstanding principal amount of $198.7 million. The Commonwealth has begun to make payments of debt service on the POA Guaranteed Bonds and expects to make all payment on the POA Guaranteed Bonds under the full faith and credit guarantee of the Commonwealth. During fiscal year 2010, the Commonwealth made payments under its guaranty

21

of the POA Guaranteed Bonds of $10.5 million. See "Commonwealth Guaranteed Debt" under *Debt* in *Appendix I*.

**Maturity Limitation**

The Constitution provides that no bonds or notes of the Commonwealth shall mature later than 30 years from their date of issue, except bonds or notes for housing facilities, which shall mature in no more than 40 years.

## BOND INSURANCE

**Bond Insurance Policy**

Concurrently with the issuance of the Insured Bonds, AGM will issue its Municipal Bond Insurance Policy (the "Policy") for the Insured Bonds. The Policy guarantees the scheduled payment of principal of and interest on the Insured Bonds when due as set forth in the form of the Policy included as Appendix III to this Official Statement.

The Policy is not covered by any insurance security or guaranty fund established under New York, California, Connecticut or Florida insurance law.

**Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.)**

AGM is a New York domiciled financial guaranty insurance company and a wholly owned subsidiary of Assured Guaranty Municipal Holdings Inc. ("Holdings"). Holdings is an indirect subsidiary of Assured Guaranty Ltd. ("AGL"), a Bermuda-based holding company whose shares are publicly traded and are listed on the New York Stock Exchange under the symbol "AGO". AGL, through its operating subsidiaries, provides credit enhancement products to the U.S. and global public finance, infrastructure and structured finance markets. No shareholder of AGL, Holdings or AGM is liable for the obligations of AGM.

Effective November 9, 2009, Financial Security Assurance Inc. changed its name to Assured Guaranty Municipal Corp.

AGM's financial strength is rated "AA+" (stable outlook) by Standard and Poor's Ratings Services, a Standard & Poor's Financial Services LLC business ("S&P") and "Aa3" (negative outlook) by Moody's Investors Service, Inc. ("Moody's"). On February 24, 2010, Fitch, Inc. ("Fitch"), at the request of AGL, withdrew its "AA" (Negative Outlook) insurer financial strength rating of AGM at the then current rating level. Each rating of AGM should be evaluated independently. An explanation of the significance of the above ratings may be obtained from the applicable rating agency. The above ratings are not recommendations to buy, sell or hold any security, and such ratings are subject to revision or withdrawal at any time by the rating agencies, including withdrawal initiated at the request of AGM in its sole discretion. Any downward revision or withdrawal of any of the above ratings may have an adverse effect on the market price of any security guaranteed by AGM. AGM does not guarantee the market price of the securities it insures, nor does it guarantee that the ratings on such securities will not be revised or withdrawn.

22

*Current Financial Strength Ratings*

On January 24, 2011, S&P published a Request for Comment: Bond Insurance Criteria (the "Bond Insurance RFC") in which it requested comments on its proposed changes to its bond insurance ratings criteria. In the Bond Insurance RFC, S&P notes that it could lower its financial strength ratings on existing investment-grade bond insurers (including AGM) by one or more rating categories if the proposed bond insurance ratings criteria are adopted, unless those bond insurers (including AGM) raise additional capital or reduce risk. Reference is made to the Bond Insurance RFC, a copy of which is available at www.standardandpoors.com , for the complete text of S&P's comments.

On October 25, 2010, S&P published a Research Update in which it downgraded AGM's counterparty credit and financial strength rating from "AAA" (negative outlook) to "AA+" (stable outlook). Reference is made to the Research Update, a copy of which is available at www.standardandpoors.com, for the complete text of S&P's comments.

In a press release dated February 24, 2010, Fitch announced that, at the request of AGL, it had withdrawn the "AA" (Negative Outlook) insurer financial strength rating of AGM at the then current rating level. Reference is made to the press release, a copy of which is available at www.fitchratings.com, for the complete text of Fitch's comments.

On December 18, 2009, Moody's issued a press release stating that it had affirmed the "Aa3" insurance financial strength rating of AGM, with a negative outlook. Reference is made to the press release, a copy of which is available at www.moodys.com, for the complete text of Moody's comments.

There can be no assurance as to any further ratings action that Moody's or S&P may take with respect to AGM.

For more information regarding AGM's financial strength ratings and the risks relating thereto, see AGL's Annual Report on Form 10-K for the fiscal year ended December 31, 2009, which was filed by AGL with the Securities and Exchange Commission (the "SEC") on March 1, 2010, AGL's Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2010, which was filed by AGL with the SEC on May 10, 2010, AGL's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2010, which was filed by AGL with the SEC on August 9, 2010, and AGL's Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2010, which was filed by AGL with the SEC on November 9, 2010.

*Capitalization of AGM*

At September 30, 2010, AGM's consolidated policyholders' surplus and contingency reserves were approximately $2,512,828,657 and its total net unearned premium reserve was approximately $2,305,542,616, in each case, in accordance with statutory accounting principles.

*Incorporation of Certain Documents by Reference*

Portions of the following documents filed by AGL with the SEC that relate to AGM are incorporated by reference into this Official Statement and shall be deemed to be a part hereof:

PR-CCD-0005479

(i)      The Annual Report on Form 10-K for the fiscal year ended December 31, 2009 (which was filed by AGL with the SEC on March 1, 2010);

(ii)     The Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2010 (which was filed by AGL with the SEC on May 10, 2010);

(iii)    The Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2010 (which was filed by AGL with the SEC on August 9, 2010); and

(iv)    The Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2010 (which was filed by AGL with the SEC on November 9, 2010).

All information relating to AGM included in, or as exhibits to, documents filed by AGL pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended, after the filing of the last document referred to above and before the termination of the offering of the Bonds shall be deemed incorporated by reference into this Official Statement and to be a part hereof from the respective dates of filing such documents. Copies of materials incorporated by reference are available over the internet at the SEC's website at http://www.sec.gov, at AGL's website at http://www.assuredguaranty.com, or will be provided upon request to Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.): 31 West 52nd Street, New York, New York 10019, Attention:  Communications Department (telephone (212) 826-0100).

Any information regarding AGM included herein under the caption "Assured Guaranty Municipal Corp. (formerly known as Financial Security Assurance Inc.)" under BOND INSURANCE or included in a document incorporated by reference herein (collectively, the "AGM Information") shall be modified or superseded to the extent that any subsequently included AGM Information (either directly or through incorporation by reference) modifies or supersedes such previously included AGM Information.  Any AGM Information so modified or superseded shall not constitute a part of this Official Statement, except as so modified or superseded.

AGM makes no representation regarding the Bonds or the advisability of investing in the Bonds.  In addition, AGM has not independently verified, makes no representation regarding, and does not accept any responsibility for the accuracy or completeness of this Official Statement or any information or disclosure contained herein, or omitted herefrom, other than with respect to the accuracy of the information regarding AGM supplied by AGM and presented under the heading BOND INSURANCE.

**Bond Insurance Provisions under the Bond Resolution**

Under the Bond Resolution, AGM shall be deemed to be the sole holder of the Insured Bonds for the purpose of giving any consent or direction or taking any other action that the holders of the Insured Bonds are entitled to take pursuant to the provisions of the Bond Resolution.

24

# PUBLIC SECTOR DEBT OF THE COMMONWEALTH

**Public Sector Debt**

The following table presents a summary of the public sector debt of the Commonwealth outstanding as of September 30, 2010. The table also shows the public sector debt as adjusted by the inclusion of the Bonds. The table should be read in conjunction with the information set forth under DEBT in *Appendix I.*

**Commonwealth of Puerto Rico**
**Public Sector Debt\***
**(in millions)**

|  | September 30, 2010 | As Adjusted |
|---|---|---|
| GENERAL FUND RELATED DEBT |  |  |
| Direct full faith and credit obligations | $ 9,193 | $9,231 |
| Puerto Rico guaranteed debt[1] | 4,254 | 4,254 |
| Debt supported by Puerto Rico appropriations or taxes[2] | 3,389 | 3,389 |
| Tax and Revenue Anticipation Notes[3] | 900 | 900 |
| Pension Obligation Bonds[4] | 2,948 | 2,948 |
| TOTAL GENERAL FUND RELATED DEBT | $20,684 | $20,722 |
| Sales and Use Tax (COFINA) debt | $13,437 | $13,437 |
| Public corporations and agencies | 23,216 | 23,574 [5] |
| Municipal Debt | 3,202 | 3,202 |
| Limited Obligations/non-recourse debt [6] | 2,431 | 2,431 |
| TOTAL PUBLIC SECTOR DEBT | $62,970 | $63,366 |

---

\* Totals may not add due to rounding.

[1] Consists of $601 million of bonds issued by Aqueduct and Sewer Authority, $384 million of State Revolving Fund Loans incurred under various federal water laws, $198.7 million of Public Housing bonds issued by Port of the Americas Authority and $3.070 billion of bonds issued by Public Buildings Authority. Excludes $267 million of GDB bonds payable from available moneys of GDB.

[2] Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund. Includes bonds issued by Public Finance Corporation.

[3] Includes related short-term financings.

[4] Represents Senior Pension Funding Bonds, Series A, B, and C issued by the Employees Retirement System, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds.

[5] Includes the Electric Power Authority's $218,225,000 Power Revenue Refunding Bonds issued in October 2010 and $355,730,000 Power Revenue Bonds, Series EEE (Issuer Subsidy Build America Bonds) issued in December 2010.

[6] Includes the following: $1.3 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $189 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $151.0 million of Special Facilities Revenue Bonds issued by Highways Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are payable solely from the pledge of certain payments made by a private corporation under a special facilities agreement; $76.3 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; and approximately $75.7 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities.

PR-CCD-0005481

### Debt Service Requirements for Commonwealth General Obligation Bonds and Certain Guaranteed Debt

The following table presents the debt service requirements for (i) Commonwealth general obligation bonds outstanding on September 30, 2010; (ii) the Bonds; and (iii) total debt service on Commonwealth general obligation bonds, adjusted for the issuance of the Bonds. Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

**Commonwealth of Puerto Rico**
**Debt Service Requirements\***
**(in thousands)**

| Fiscal Year Ending June 30 | Outstanding Bonds Total Debt Service[1] | The Bonds | | Grand Total |
|---|---|---|---|---|
| | | Principal | Interest | |
| 2011 | $ 488,447[2] | -- | $ 7,668 | $ 496,115 |
| 2012 | 800,231 | -- | 20,600 | 820,831 |
| 2013 | 803,423 | -- | 20,600 | 824,023 |
| 2014 | 790,924 | -- | 20,600 | 811,524 |
| 2015 | 804,995 | -- | 20,600 | 825,595 |
| 2016 | 804,864 | -- | 20,600 | 825,464 |
| 2017 | 730,437 | -- | 20,600 | 751,037 |
| 2018 | 714,651 | -- | 20,600 | 735,251 |
| 2019 | 783,510 | -- | 20,600 | 804,110 |
| 2020 | 818,610 | -- | 20,600 | 839,210 |
| 2021 | 666,521 | -- | 20,600 | 687,121 |
| 2022 | 576,452 | -- | 20,600 | 597,052 |
| 2023 | 529,579 | -- | 20,600 | 550,179 |
| 2024 | 470,912 | $ 58,940 | 20,600 | 550,452 |
| 2025 | 468,546 | 52,950 | 17,506 | 539,002 |
| 2026 | 498,998 | -- | 14,660 | 513,658 |
| 2027 | 463,012 | 35,420 | 14,660 | 513,092 |
| 2028 | 478,269 | 30,615 | 12,712 | 521,596 |
| 2029 | 454,847 | -- | 10,875 | 465,722 |
| 2030 | 451,938 | -- | 10,875 | 462,813 |
| 2031 | 454,237 | -- | 10,875 | 465,112 |
| 2032 | 249,456 | -- | 10,875 | 260,331 |
| 2033 | 159,375 | 59,395 | 10,875 | 229,645 |
| 2034 | 184,513 | 38,750 | 7,290 | 230,553 |
| 2035 | 180,313 | -- | 4,965 | 185,278 |
| 2036 | 180,315 | -- | 4,965 | 185,280 |
| 2037 | 180,315 | -- | 4,965 | 185,280 |
| 2038 | 180,315 | -- | 4,965 | 185,280 |
| 2039 | 180,311 | -- | 4,965 | 185,276 |
| 2040 | -- | 80,450 | 4,965 | 85,415 |
| Total | $14,548,316 | $356,520 | $426,461 | $15,331,297 |

\* Totals may not add due to rounding. Includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

[1] Since fiscal year 1997, the Commonwealth had been paying approximately $30 million annual debt service on PRASA bonds and other obligations guaranteed by the Commonwealth. Beginning with the debt service payment due January 1, 2006, the Commonwealth stopped making such payments and PRASA resumed making all payments due on and after such date from its net revenues. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantees from the General Fund. The amounts shown in this column do not include payments made by the Commonwealth on the POA Guaranteed Bonds, which are paid from General Fund budgetary appropriations determined in consultation with GDB, as holder of the POA Guaranteed Bonds. The amounts paid by the Commonwealth under the POA Guaranteed Bonds for the prior fiscal year, however, are taken into account in the determination of the constitutional debt limit.

[2] Excludes the payment of interest by the Commonwealth on January 1, 2011 in the amount of $231,893,100.10.

Sources: Government Development Bank and Department of the Treasury

PR-CCD-0005482

## TAX MATTERS

The Internal Revenue Code of 1986, as amended (the "Code"), includes requirements which the Commonwealth must continue to meet after the issuance of the Bonds in order that interest on the Bonds not be included in gross income for federal income tax purposes. The Commonwealth's failure to meet these requirements may cause interest on the Bonds to be included in gross income for federal income tax purposes retroactive to their date of issuance. The Commonwealth has covenanted in the Bond Resolution to comply, to the extent permitted by the Constitution and the laws of the Commonwealth, with the requirements of the Code in order to maintain the exclusion from gross income for federal income tax purposes of interest on the Bonds. Bond Counsel is not aware of any provision of the Constitution or laws of the Commonwealth which would prevent the Commonwealth from complying with the requirements of the Code.

In the opinion of Bond Counsel, subject to continuing compliance by the Commonwealth with the tax covenant referred to above, under the provisions of the Acts of Congress now in force and under existing regulations, rulings and court decisions, interest on the Bonds will not be included in gross income for federal income tax purposes. Interest on the Bonds will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations; however, interest on the Bonds will be taken into account in determining adjusted current earnings for purposes of computing the alternative minimum tax imposed on corporations. Bond Counsel is further of the opinion that the Bonds and the interest thereon are exempt from state, Commonwealth and local income taxation.

Ownership of tax-exempt obligations such as the Bonds may result in collateral federal income tax consequences to certain taxpayers, including, without limitation, financial institutions, property and casualty insurance companies, certain foreign corporations, certain S Corporations with excess passive income, individual recipients of Social Security or Railroad Retirement benefits, taxpayers who may be deemed to have incurred or continued indebtedness to purchase or carry tax-exempt obligations, and taxpayers who may be eligible for the earned income tax credit.

Ownership of tax-exempt obligations may also result in collateral income tax consequences under Puerto Rico law to financial institutions doing business in Puerto Rico.

Prospective purchasers of the Bonds should consult their tax advisors as to their specific taxation circumstances and the applicability and impact of any collateral consequences.

Legislation affecting municipal securities is constantly being considered by the United States Congress. There can be no assurance that legislation enacted after the date of issuance of the Bonds will not have an adverse effect on the tax-exempt status of the Bonds. Legislative or regulatory actions and proposals may also affect the economic value of tax exemption or the market price of the Bonds.

27

PR-CCD-0005483

**Discount Bonds**

Under the Code, the difference between the principal amount of the Bonds and the initial offering price to the public (excluding bond houses and brokers) at which price a substantial amount of such Bonds maturing July 1 of the years 2024, 2025, 2027, 2028, 2033 with a principal amount of $17,370,000, 2034 and 2040 with a principal amount of $52,950,000 (collectively, the "Discount Bonds") was sold is original issue discount. Original issue discount on the Discount Bonds represents interest which is not includable in federal gross income. A portion of such interest that accrues to the Beneficial Owners of such Discount Bonds in each year, as described below, is, however, included in the distribution requirements of certain regulated investment companies and may result in some of the collateral federal income tax consequences described above under the caption TAX MATTERS in the year of accrual. Consequently, Beneficial Owners of Discount Bonds should be aware that the accrual of original issue discount in each year may result in additional distribution requirements or other collateral federal income tax consequences although the Beneficial Owner may not have received cash in such year. Original issue discount on Discount Bonds will accrue over the terms of such Bonds based on the constant yield method, compounded semiannually (or over a shorter permitted compounding interval selected by the Beneficial Owner). Original issue discount accruing during the period a Beneficial Owner holds such Discount Bond will increase the adjusted basis in such Discount Bond by the amount of such accruing discount for purposes of determining taxable gain or loss on the sale or other disposition of such Discount Bond. The accrual of original issue discount and its effect on the redemption, sale or other disposition of Discount Bonds which are not purchased in the initial offering at the initial offering price may be determined according to rules which differ from those described above. Beneficial Owners of Discount Bonds should consult their tax advisors with respect to the precise determination for federal income tax purposes of interest accrued upon sale, redemption or other disposition of Discount Bonds and with respect to the state and local tax consequences of owning and disposing of Discount Bonds.

**Premium Bonds**

The difference between the amount payable at maturity of the Bonds maturing July 1, 2040 with a principal amount of $27,500,000 (the "Premium Bonds") and the tax basis of Premium Bonds to a purchaser (other than a purchaser who holds Premium Bonds as inventory, stock in trade or for sale to customers in the ordinary course of business) is "bond premium." Bond Premium is amortized over the period to maturity of a Premium Bond, based on the yield to maturity of that Premium Bond (or, in the case of a Premium Bond callable prior to its stated maturity, the amortization period and yield may be required to be determined on the basis of an earlier call date that results in the lowest yield on that Premium Bond), compounded semiannually (or over a shorter permitted corresponding interval selected by the Beneficial Owner). No portion of that bond premium is deductible by the Beneficial Owner of a Premium Bond. For purposes of determining the Beneficial Owner's gain or loss on the sale, redemption (including redemption at maturity) or other disposition of a Premium Bond, the Beneficial Owner's tax basis in the Premium Bond is reduced by the amount of bond premium that accrues during the period of ownership. As a result, a Beneficial Owner may realize taxable gain for federal income tax purposes from the sale or other disposition of a Premium Bond for an amount equal to or less than the amount paid by the Beneficial Owner of that Premium Bond. A purchaser of a Premium Bond in the initial

28

public offering at the price for that Premium Bond stated on the cover of this Official Statement who holds that Premium Bond to maturity (or, in the case of a callable Premium Bond, to its earlier call date that results in the lowest yield on that Premium Bond) will realize no gain or loss upon the retirement of that Premium Bond. Beneficial Owners of Premium Bonds should consult their tax advisors with respect to the precise determination for federal income tax purposes of the treatment of bond premium upon sale, redemption or other disposition of Premium Bonds and with respect to the state and local tax consequences of owning and disposing of Premium Bonds.

## LEGAL MATTERS

The proposed form of opinion of Greenberg Traurig LLP, Boston, Massachusetts, Bond Counsel, is set forth in *Appendix II* to this Official Statement. Certain legal matters will be passed upon for the Underwriters by Pietrantoni Méndez & Alvarez LLP, San Juan, Puerto Rico.

## LEGAL INVESTMENT

The Bonds will be eligible for deposit by banks in Puerto Rico to secure public funds and will be approved investments for insurance companies to qualify them to do business in Puerto Rico, as required by law.

## VERIFICATION OF MATHEMATICAL COMPUTATIONS

Causey Demgen & Moore, Inc. will verify from the information provided to them the mathematical accuracy as of the date of the delivery of the Bonds of (1) the computations contained in the provided schedules to determine that the anticipated receipts from the securities and cash deposits listed in such schedules, to be held in escrow, will be sufficient to pay, when due, the Refunded Principal, and (2) the computations of yield on both the securities and the Bonds contained in such schedules used by Bond Counsel in its determination that the interest on the Bonds is excluded from gross income for federal income tax purposes. The verification agent will express no opinion on the assumptions provided or as to the exemption from taxation of the interest on the Bonds.

## UNDERWRITING

The Underwriters have jointly and severally agreed, subject to certain conditions, to purchase the Bonds from the Commonwealth at an aggregate discount of $2,182,886.60 from the initial offering prices of the Bonds set forth or derived from information set forth on the inside cover hereof. The obligation of the Underwriters to purchase the Bonds is subject to certain conditions precedent, and they will be obligated to purchase all the Bonds if any Bonds are purchased. The Underwriters may offer to sell the Bonds to certain dealers (including dealers depositing the Bonds into unit investment trusts, certain of which may be sponsored or managed by the Underwriters) and others at prices lower than the initial public offering prices. The offering prices may be changed from time to time by the Underwriters.

The Underwriters and their respective affiliates are financial institutions engaged in various activities, which may include securities trading, commercial and investment banking, financial advisory, investment management, principal investment, hedging, financing and

29

PR-CCD-0005485

brokerage activities. Certain of the Underwriters and their respective affiliates have, from time to time, performed, and may in the future perform, various investment banking services for the Commonwealth and/or its instrumentalities, for which they received or will receive customary fees and expenses.

In the ordinary course of their various business activities, the Underwriters and their respective affiliates may make or hold a broad array of investments and actively trade debt and equity securities (or related derivative securities) and financial instruments (which may include bank loans and/or credit default swaps) for their own account and for the accounts of their customers and may at any time hold long and short positions in such securities and instruments. Such investment and securities activities may involve securities and instruments of the Commonwealth and/or its instrumentalities.

Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation, and Barclays Capital Inc. established a strategic alliance in May of 2009, which enables Pershing LLC to participate as a selling group member and a retail distributor for all new issue municipal bond offerings underwritten by Barclays Capital Inc., including the Bonds offered hereby. Pershing LLC will receive a selling concession from Barclays Capital Inc. in connection with its distribution activities relating to the Bonds.

Citigroup Inc. and Morgan Stanley, the respective parent companies of Citigroup Global Markets Inc. ("Citigroup") and Morgan Stanley & Co. Incorporated ("Morgan Stanley"), each an underwriter of the Bonds, have entered into a retail brokerage joint venture. As part of the joint venture each of Citigroup and Morgan Stanley will distribute municipal securities to retail investors through the financial advisor network of a new broker-dealer, Morgan Stanley Smith Barney LLC. This distribution arrangement became effective on June 1, 2009. As part of this arrangement, each of Citigroup and Morgan Stanley will compensate Morgan Stanley Smith Barney LLC for its selling efforts in connection with their respective allocations of Bonds.

Goldman, Sachs & Co. and UBS Financial Services Incorporated of Puerto Rico have entered into an agreement relating to structuring and coordinating the marketing and execution of bond offerings in the United States and global capital markets for the Commonwealth's governmental entities and other municipal bond issuers. For each issuance of municipal securities for which both parties act as managers, the parties will be entitled to receive a portion of each other's revenues from the underwriting in consideration for their professional services.

J.P. Morgan Securities LLC ("JPMS"), one of the Underwriters of the Bonds, has entered into a negotiated dealer agreement (the "Dealer Agreement") with Charles Schwab & Co., Inc. ("CS&Co.") for the retail distribution of certain securities offerings, including the Bonds, at the original issue prices. Pursuant to the Dealer Agreement, CS&Co. will purchase Bonds from JPMS at the original issue price less a negotiated portion of the selling concession applicable to any Bonds that CS&Co. sells. JPMS has also entered into an agreement with FirstBank Puerto Rico Securities Corp. to assist the Commonwealth, its public corporations, agencies, instrumentalities, and municipalities in structuring and facilitating the issuance of certain municipal securities. Pursuant to the terms of the agreement and in compliance with applicable rules, compensation with respect to the underwriting of such municipal securities will be allocated between the parties.

PR-CCD-0005486

Popular Securities, Inc. has entered into a joint venture agreement (the "JV Agreement") with Morgan Stanley, under which the parties shall provide services and advise to each other related to the structuring and execution of certain municipal finance transactions in the U.S. capital markets with governmental entities located in the Commonwealth. Pursuant to the terms of the JV Agreement and in compliance with applicable rules, the parties will be entitled to receive a portion of each other's net profits from the underwriting of the Bonds as consideration for their professional services.

Santander Securities Corporation ("SSC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill") have entered into an agreement pursuant to which they will provide services and advice to each other related to the structuring and execution of certain municipal finance transactions for the Commonwealth's governmental entities in the global capital markets and in the United States market and in the Puerto Rico market if issued in connection with such global or U.S. issuances. SSC and Merrill will be entitled to receive a portion of each other's revenues from the underwriting of the Bonds as consideration for their professional services.

Oriental Financial Services Corp. ("Oriental") and Raymond James & Associates, Inc. ("Raymond James") have entered into an agreement under which the parties provide services and advice to each other to assist the Commonwealth and its issuers in the structuring and execution of their municipal securities offerings. As part of the agreement, Oriental and Raymond James share in the risk from the underwriting of the Bonds as part of the consideration for their professional services.

BBVAPR División de Valores Municipales ("BBVAPR MSD") and RBC Capital Markets, LLC ("RBC") have entered into an agreement under which the parties provide services and advice to each other to assist the Commonwealth and its issuers in the structuring and execution of their municipal securities offerings. As part of the agreement, BBVAPR MSD and RBC share in the risk from the underwriting of the Bonds as part of the consideration for their professional services.

Wells Fargo Securities is the trade name for certain capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including Wells Fargo Securities, LLC, member NYSE, FINRA, and SIPC.

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

As required by Act No. 272 of the Legislative Assembly of Puerto Rico, approved May 15, 1945, as amended, Government Development Bank has acted as financial advisor to the Commonwealth in connection with the Bonds offered hereby. As financial advisor, Government Development Bank participated in the selection of the Underwriters of the Bonds. Certain of the Underwriters have been selected by Government Development Bank to serve from time to time as underwriters of its obligations and the obligations of the Commonwealth, its instrumentalities and public corporations. Certain of the Underwriters or their affiliates participate in other financial transactions with Government Development Bank.

31

PR-CCD-0005487

# RATINGS

The Bonds have been assigned ratings of "A3" by Moody's, "BBB+" by Fitch, and "BBB-" by S&P. For more information regarding rating action affecting the Commonwealth, see "Recent Rating Actions" under RECENT DEVELOPMENTS. The Insured Bonds are expected to be assigned insured ratings of "AA+" (stable outlook) by S&P and "Aa3" (negative outlook) by Moody's, based upon the understanding that, upon delivery of the Insured Bonds, the Policy will be issued by AGM.

Ratings reflect only the respective views of the rating agencies and an explanation of the significance of each rating may be obtained only from the respective rating agency. Such rating agencies were provided with materials relating to the Commonwealth and the Bonds and other relevant information, and no application has been made to any other rating agency for the purpose of obtaining a rating on the Bonds.

There is no assurance that such expected ratings will be the final rating issued or, if issued, that they will remain in effect for any given period of time or that they will not be revised downward or withdrawn entirely by either or both of such rating agencies, if in the judgment of either or both, circumstances so warrant. Any such downward revision or withdrawal of such ratings, or either of them, may have an adverse effect on the market prices of the Bonds.

# CONTINUING DISCLOSURE

## Continuing Disclosure Undertaking

In accordance with the requirements of Rule 15c2-12, as amended (the "Rule"), promulgated by the Securities and Exchange Commission ("SEC"), the Commonwealth has covenanted in the Bond Resolution for the benefit of the Beneficial Owners (as defined in the Bond Resolution) as follows:

1.  to file, within 305 days after the end of each fiscal year commencing with the fiscal year ending June 30, 2010, with the MSRB through EMMA, core financial information and operating data for the prior fiscal year, including (i) the Commonwealth's audited financial statements, prepared in accordance with generally accepted accounting principles in effect from time to time, and (ii) material historical quantitative data (including financial information and operating data) on the Commonwealth and its revenues, expenditures, financial operations and indebtedness, in each case generally found in this Official Statement; and

2.  to file in a timely manner, not in excess of ten business days after the occurrence of the event, with the MSRB through EMMA, notice of the occurrence of any of the following events with respect to the Bonds:

    a.  principal and interest payment delinquencies;

    b.  non-payment related defaults, if material;

    c.  unscheduled draws on debt service reserves reflecting financial difficulties;

PR-CCD-0005488

    d.        unscheduled draws on credit enhancements reflecting financial difficulties;

    e.        substitution of credit or liquidity facility providers, or their failure to perform;

    f.        adverse tax opinions, the issuance by the IRS of proposed or final determinations of taxability, Notices of Proposed Issue (IRS Form 5701-TEB) or other material notices or determinations with respect to the tax status of the Bonds, or other material events affecting the tax status of the Bonds;

    g.        modifications to rights of the holders (including Beneficial Owners) of the Bonds, if material;

    h.        Bond calls, if material;

    i.        defeasances;

    j.        release, substitution, or sale of property securing repayment of the Bonds, if material;

    k.        rating changes;

    l.        tender offers;

    m.        bankruptcy, insolvency, receivership, or similar proceeding of the Commonwealth;

    n.        the consummation of a merger, consolidation or acquisition involving the Commonwealth or the sale of substantially all of the assets of the Commonwealth, other than in the ordinary course of business, the entry into a definitive agreement to undertake such action or the termination of a definitive agreement relating to any such actions, other than pursuant to its terms, if material; and

    o.        the appointment of a successor or additional trustee, or the change of name of a trustee, if material.

The Commonwealth will also covenant to file in a timely manner with the MSRB through EMMA, notice of a failure to provide the required annual financial information on or before the specified period.

The Commonwealth does not undertake to provide any notice with respect to credit enhancement added after the primary offering of the Bonds, unless the Commonwealth applies for or participates in obtaining the enhancement.

Items 2 (c), (j), (m) and (n) are not applicable to the Bonds or the Commonwealth.

In addition, with respect to the following events:

Event (h). The Commonwealth does not undertake to provide the above-described event notice of a mandatory scheduled redemption, not otherwise contingent upon the occurrence of an event, if the terms, dates and amounts of redemption are set forth in detail in this Official

PR-CCD-0005489

Statement under "Redemption" in THE BONDS, the only open issue is which Bonds will be redeemed in the case of a partial redemption, notice of redemption is given to the Bondholders as required under the terms of the Bonds, and public notice of the redemption is given pursuant to Securities Exchange Act of 1934 Release No. 34-23856 of the SEC, even if the originally scheduled amounts are reduced by prior optional redemptions or purchases of Bonds.

The Commonwealth expects to provide the information described in paragraph 1 above by filing its first bond official statement that includes such information for the preceding fiscal year or, if no such official statement is issued by the 305-day deadline, by filing a separate document containing such information.

The Commonwealth may from time to time choose to provide notice of the occurrence of certain other events in addition to those listed above if, in the judgment of the Commonwealth, such other events are material with respect to the Bonds, but the Commonwealth does not undertake to provide any such notice of the occurrence of any material event except those events listed above.

The Commonwealth acknowledges that its undertaking pursuant to the Rule described above is intended to be for the benefit of the Beneficial Owners of the Bonds, and shall be enforceable by any such Beneficial Owners; provided that the right to enforce the provisions of its undertaking shall be limited to a right to obtain specific enforcement of the Commonwealth's obligations thereunder.

No Beneficial Owner may institute any suit, action or proceeding at law or in equity ("Proceeding") for the enforcement of the foregoing covenants (the "Covenants") or for any remedy for breach thereof, unless such Beneficial Owner shall have filed with the Commonwealth written notice of any request to cure such breach, and the Commonwealth shall have refused to comply within a reasonable time. All Proceedings shall be instituted only in a Commonwealth court located in the Municipality of San Juan, Puerto Rico for the equal benefit of all Beneficial Owners of the outstanding Bonds benefited by the Covenants, and no remedy shall be sought or granted other than specific performance of any of the Covenants at issue. Moreover, Proceedings filed by Beneficial Owners against the Commonwealth may be subject to the sovereign immunity provisions of Section 2 and 2A of Act No. 104, approved June 29, 1955, as amended, which governs the scope of legal actions against the Commonwealth, substantially limits the amount of monetary damages that may be awarded against the Commonwealth and provides certain notice provisions, the failure to comply with which may further limit any recovery.

The Covenants may only be amended if

(1)    the amendment is made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the Commonwealth, or type of business conducted; the Covenants, as amended, would have complied with the requirements of the Rule at the time of award of the Bonds, after taking into account any amendments or change in circumstances; and the amendment does not materially impair the interest of Beneficial Owners, as determined by persons unaffiliated with the Commonwealth; or

34

(2)    all or any part of the Rule, as interpreted by the staff of the SEC at the date of the adoption of such Rule, ceases to be in effect for any reason, and the Commonwealth elects that the Covenants shall be deemed amended accordingly.

The Commonwealth has further agreed that the annual financial information containing any amended operating data or financial information will explain, in narrative form, the reasons for the amendment and the impact of the change in the type of operating data or financial information being provided.

Any assertion of beneficial ownership must be filed, with full documentary support, as part of the written request described above.

**Prior Continuing Disclosure Non-Compliance**

The Commonwealth has made similar continuing disclosure undertakings in connection with prior bond issuances, and has complied with all such covenants, except as hereinafter noted.

The Commonwealth's audited financial statements for the fiscal year ended June 30, 2002 were filed after the Commonwealth's filing deadline of May 1, 2003 because of delays in finalizing such financial statements resulting from the implementation of GASB Statement No. 34 ("GASB 34"). The Commonwealth's audited financial statements for the fiscal year ended June 30, 2003 were also filed after the Commonwealth's filing deadline of April 30, 2004, because of delays in finalizing the financial statements of certain of the Commonwealth's reporting units due to the implementation of GASB 34. The Commonwealth's audited financial statements for the fiscal years ended June 30, 2004, 2006, 2007 and 2008 were also filed after the Commonwealth's respective filing deadlines of May 1, 2005, 2007, 2008 and 2009, because various governmental agencies did not submit their audited financial statements to the central government's external auditors on time, thereby delaying submission of the Commonwealth's audited financial statements. The Commonwealth's audited financial statements for the fiscal year ended June 30, 2009 was also filed after the Commonwealth's filing deadline of May 1, 2010 due to delays in the engagement and transition of new external auditors, the implementation of new government accounting pronouncements, and the restatement of the financial statements of certain discretely presented component units. The Commonwealth's audited financial statements for fiscal years ended June 30, 2004, 2006, 2007 and 2008 were filed by the end of the first quarter of the following fiscal year, while the Commonwealth's audited financial statements for the fiscal year ended June 30, 2009 was filed on October 25, 2010.

The Commonwealth Report for the fiscal year ended June 30, 2008 containing the information described in paragraph 1(ii) above, was filed after the Commonwealth's filing deadline of May 1, 2009. Such Commonwealth Report was filed on June 1, 2009. Except for that Commonwealth Report, the Commonwealth has timely filed the Commonwealth Report for all other fiscal years.

As of the date of this Official Statement, the Commonwealth is in compliance with its continuing disclosure filing requirements related to its outstanding general obligation bonds.

The Commonwealth has established new policies and procedures that it believes will ensure full and timely compliance with all continuing disclosure obligations in the future. Such

PR-CCD-0005491

new policies and procedures include: (i) the assignment of additional resources from local and international audit firms to those component units whose financial statements have not been timely provided to the Commonwealth; (ii) the assignment of dedicated external and internal resources to (a) assist the Central Accounting Division at Treasury in the preparation of complex financial information that has historically delayed the audit and (b) provide periodic and consistent follow up on component unit financial statement deliverables and deadlines; (iii) the execution of a memorandum of understanding between Treasury, OMB and Government Development Bank for the coordination of all financial statement related tasks and the designation of Government Development Bank, in its role as fiscal agent, to review and monitor the progress of certain component units; and (iv) the establishment of an Audit Oversight Committee comprised of Treasury and Government Development Bank personnel in order to continuously monitor the status of the audit and the Commonwealth's financial statements. For the fiscal year 2010 audit, Treasury and the auditors have agreed to schedule weekly status meetings regarding the fiscal year 2010 financial statements.

## MISCELLANEOUS

The foregoing summaries of or references to the Act, the Bonds, the Bond Resolution and the summaries of or references to the various acts contained in the Commonwealth Report, are made subject to all the detailed provisions thereof to which reference is hereby made for further information and do not purport to be complete statements of any or all of such provisions.

Appended to and constituting a part of this Official Statement are the Commonwealth Report (*Appendix I*), the proposed form of opinion of Bond Counsel (*Appendix II*), and the specimen of the municipal bond insurance policy to be issued by AGM (*Appendix III*).

The information set forth in this Official Statement and incorporated herein by reference, except for information pertaining to DTC, and the information appearing in BOND INSURANCE and UNDERWRITING, was supplied by certain officials of the Commonwealth or certain of its agencies or instrumentalities, in their respective official capacities, or was obtained from publications of the Commonwealth or certain of its agencies or instrumentalities, and is included or incorporated by reference in this Official Statement on the authority of such officials or the authority of such publications as public official documents. The information pertaining to DTC was supplied by DTC. The information contained under the heading BOND INSURANCE was obtained from materials provided by AGM. The information contained under the heading UNDERWRITING was obtained from the corresponding underwriter.

This Official Statement will be filed with the MSRB through EMMA.

### COMMONWEALTH OF PUERTO RICO

By: _____ /s/ Jesús F. Méndez _____
Secretary of the Treasury

36

PR-CCD-0005492

APPENDIX I

# COMMONWEALTH OF PUERTO RICO
### Financial Information and Operating Data Report
### February 10, 2011

PR-CCD-0005493

[THIS PAGE INTENTIONALLY LEFT BLANK]

PR-CCD-0005494

# TABLE OF CONTENTS

|  | **Page** |
|---|---|
| INTRODUCTION | I-1 |
| General | I-1 |
| Forward-Looking Statements | I-1 |
| Overview of Economic and Fiscal Condition | I-2 |
| Geographic Location and Demographic Trends | I-10 |
| Relationship with the United States | I-10 |
| Governmental Structure | I-11 |
| Principal Officers Responsible for Fiscal Matters | I-11 |
| Political Trends | I-13 |
| THE ECONOMY | I-14 |
| General | I-14 |
| Fiscal Stabilization and Economic Reconstruction | I-19 |
| Employment and Unemployment | I-28 |
| Economic Performance by Sector | I-29 |
| Higher Education | I-43 |
| Tax Incentives | I-44 |
| DEBT | I-48 |
| Public Sector Debt | I-48 |
| Debt Service Requirements for Commonwealth General Obligation Bonds | I-51 |
| Interest Rate Exchange Agreements | I-52 |
| Variable Rate Bonds and Mandatory Tender Bonds | I-55 |
| Ratings of Commonwealth General Obligation Bonds | I-57 |
| Commonwealth Guaranteed Debt | I-57 |
| Trends of Public Sector Debt | I-59 |
| PUBLIC CORPORATIONS | I-60 |
| Government Development Bank for Puerto Rico | I-61 |
| Other Public Corporations | I-64 |
| INSURANCE MATTERS | I-74 |
| RETIREMENT SYSTEMS | I-74 |
| POST-EMPLOYMENT BENEFITS OTHER THAN PENSIONS | I-95 |
| COMMONWEALTH AUDITED FINANCIAL STATEMENTS | I-96 |
| General | I-96 |
| Prior Non-Compliance with Continuing Disclosure Obligations | I-97 |
| PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES | I-98 |
| Summary and Management's Discussion of General Fund Results | I-98 |
| Major Sources of General Fund Revenues | I-102 |

PR-CCD-0005495

Measures to Increase Collections of Income, Sales, and Excise Taxes and
        Property Taxes .................................................................................................I-112
    Transfers to General Obligation Redemption Fund....................................................I-114
    Components of General Fund Expenditures ................................................................I-114

BUDGET OF THE COMMONWEALTH OF PUERTO RICO .............................................I-116
    Office of Management and Budget..............................................................................I-116
    Budgetary Process.......................................................................................................I-116
    Financial Control and Adjustment Procedures ...........................................................I-117
    Appropriations ............................................................................................................I-118
    Budget for Fiscal Year 2010 .......................................................................................I-120
    Budget for Fiscal Year 2011 .......................................................................................I-122
    Differences between Budget and Basic Financial Statements ....................................I-123

LITIGATION...........................................................................................................................I-124

PR-CCD-0005496

## INDEX OF DEFINED TERMS

1998 Tax Incentives Act ............................ I-44
Act 1 ........................................................ I-23
Act 1 Participants .................................... I-74
Act 104 .................................................. I-124
Act 117 .................................................. I-108
Act 132 .................................................... I-25
Act 154 ............................................ I-9, I-32
Act 178 .................................................. I-111
Act 29 ...................................................... I-26
Act 3 ............................................. I-23, I-69
Act 447 .................................................... I-74
Act 447 Participants ................................ I-74
Act 7 ......................................................... I-3
Act 70 ........................................................ I-6
Act 71 .................................................... I-113
Act 82 ............................................. I-7, I-62
Act 83 ............................................. I-7, I-45
Act 91 ...................................................... I-23
Act 91 of 1966 ...................................... I-118
Act 91 of 2004 ........................................ I-75
Act No. 1 ......................................... I-8, I-102
AFICA ............................................ I-50, I-69
AMT ...................................................... I-105
ARRA ........................................................ I-2
basic swaps............................................. I-53
Basic System Pension Benefits .............. I-77
basis annuity............................................ I-53
BEA .......................................................... I-16
Budgetary Fund...................................... I-117
CAFR ...................................................... I-97
Capital Fund ............................................ I-63
CFCs ....................................................... I-46
CMI .......................................................... I-85
COFINA .................................................... I-3
Commonwealth ......................................... I-1
Commonwealth Sales Tax ...................... I-108
constant maturity swap ........................... I-53
Corpus Account ....................................... I-23
credit/liquidity facilities ......................... I-55
CRIM .................................................... I-110
DEDC...................................................... I-25
Development Fund.................................... I-64
Diageo.................................................... I-111
District.................................................... I-27
DOH ........................................................ I-65

Economic Plan ........................................ I-19
Electric Power Authority Retirement
    System ............................................... I-74
Emergency Fund .................................... I-118
EMMA .................................................... I-97
Employees Retirement System ............... I-74
EPA .......................................................... I-65
FAA .......................................................... I-40
FDIC ........................................................ I-36
Federal Stimulus ..................................... I-24
FINRA...................................................... I-36
Fiscal Board ............................................ I-22
Fiscal Plan ............................................... I-19
Fitch ................................................ I-9, I-64
FQHC .................................................... I-125
GASB 34 .................................................. I-97
GDB ........................................................... I-3
Green Energy Incentives Act ................... I-45
Household Survey .................................... I-14
Housing Finance Authority ..................... I-63
IBEs.......................................................... I-36
internal revenues ..................................... I-48
IVU Loto ............................................... I-112
Judiciary Retirement System................... I-74
LIBOR...................................................... I-53
Local Stimulus ........................................ I-24
Mandatory Tender Bonds........................ I-56
MFA ........................................................ I-70
Moody's .................................................. I-10
MSCHE .................................................... I-73
MSRB...................................................... I-97
Municipal Sales Tax............................... I-108
NAICS...................................................... I-29
NIPA ........................................................ I-16
non-career employees.............................. I-20
notes ........................................................ I-48
OCFI........................................................ I-36
OMB......................................................... I-12
PAA .......................................................... I-70
Payroll Survey ........................................ I-28
PBA .......................................................... I-71
Perpetual Trust ........................................ I-62
PFC........................................................... I-64
Planning Board.......................................... I-2
POA Guaranteed Bonds........................... I-49

PR-CCD-0005497

Port ....................................................... I-70
Ports Authority ..................................... I-71
PPP Authority ...................................... I-26
PPPs ..................................................... I-26
PR Code ............................................... I-102
PRCDA ................................................ I-39
PREPA ....................................... I-53, I-66
PRHTA ................................................ I-67
PRIDCO ............................................... I-68
PRIFA ......................................... I-23, I-69
Program ............................................... I-113
Puerto Rico ........................................... I-1
remarketing date .................................. I-55
Retirement System ............................... I-74
Retirement Systems ............................. I-74
S&P ...................................................... I-10
Sales Tax .............................................. I-108
Section 936 Corporations .................... I-46
Serralles ............................................... I-111
SIC ....................................................... I-29
SIFMA .................................................. I-53
Stabilization Fund ................................ I-4
synthetic fixed rate swap ..................... I-52
System 2000 ......................................... I-74
System 2000 Participants ..................... I-74
System Administered Pension Benefits ... I-77
TDF ...................................................... I-63
Teachers Retirement System ................ I-74
TEU ...................................................... I-70
Tourism Development Act .................... I-46
Treasury Department ........................... I-12
U.S. Code ............................................. I-32
University ............................................. I-72
University Retirement System .............. I-74
USVI ..................................................... I-111
VRDO Bonds ....................................... I-55

PR-CCD-0005498

# COMMONWEALTH OF PUERTO RICO
## Financial Information and Operating Data Report
### February 10, 2011

## INTRODUCTION

**General**

The financial and operating information about the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico") included in this Report has been updated as of February 10, 2011, except as otherwise provided herein. The Commonwealth's fiscal year runs from July 1 through June 30 of the following year. References in this Report to a particular fiscal year are to the year in which such fiscal year ends.

**Forward-Looking Statements**

The information included in this Report contains certain "forward-looking" statements. These forward-looking statements may relate to the Commonwealth's fiscal and economic condition, economic performance, plans, and objectives. All statements contained herein that are not clearly historical in nature are forward-looking, and the words "anticipates," "believes," "continues," "expects," "estimates," "intends," "aims," "projects," and similar expressions, and future or conditional verbs such as "will," "would," "should," "could," "might," "can," "may," or similar expressions, are generally intended to identify forward-looking statements.

These statements are not guarantees of future performance and involve certain risks, uncertainties, estimates, and assumptions by the Commonwealth that are difficult to predict. The economic and financial condition of the Commonwealth is affected by various financial, social, economic, environmental, and political factors. These factors can be very complex, may vary from one fiscal year to the next, and are frequently the result of actions taken or not taken, not only by the Commonwealth and its agencies and instrumentalities, but also by entities such as the U.S. government or other nations that are not under the control of the Commonwealth. Because of the uncertainty and unpredictability of these factors, their impact cannot, as a practical matter, be included in the assumptions underlying the Commonwealth's projections.

The projections set forth in this Report were not prepared with a view toward complying with the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information, but, in the view of the Commonwealth's responsible officers, were prepared on a reasonable basis, reflect the best currently available estimates and judgments, and present, to the best of such officers' knowledge and belief, the expected course of action and the expected future financial performance of the Commonwealth. However, this information is not fact and should not be relied upon as being necessarily indicative of future results, and readers of this Official Statement are cautioned not to place undue reliance on the prospective financial information. Neither the Commonwealth's independent auditors, nor any other independent auditors, have compiled, examined, or performed any procedures with respect to the prospective financial information contained herein, nor have they expressed any opinion or any other form of assurance on such information or its achievability and disclaim any association with the prospective financial information. Neither the Commonwealth's independent auditors,

I-1

PR-CCD-0005499

nor any other independent auditors, have been consulted in connection with the preparation of the prospective financial information set forth in this Official Statement, which is solely the product of the Commonwealth, and the independent auditors assume no responsibility for its content.

## Overview of Economic and Fiscal Condition

### Economic Condition

Puerto Rico's economy is currently in a recession that began in the fourth quarter of fiscal year 2006. Although Puerto Rico's economy is closely linked to the United States economy, for fiscal years 2007, 2008 and 2009, Puerto Rico's real gross national product decreased by 1.2%, 2.8%, and 3.7%, respectively, while the United States economy grew at a rate of 1.8% and 2.8% during fiscal years 2007 and 2008, respectively, and contracted during fiscal year 2009 at a rate of 2.5%. According to the Puerto Rico Planning Board's (the "Planning Board") latest projections made in March 2010, which take into account the preliminary results for fiscal year 2009, the economic impact of a delay in the disbursement of funds from the American Recovery and Reinvestment Act of 2009 ("ARRA"), and other economic factors, the gross national product for fiscal year 2010 is forecasted to contract by 3.6%. The gross national product for fiscal year 2011, however, is forecasted to grow by 0.4%.

### Fiscal Condition

*Structural Budget Imbalance.* Since 2000, the Commonwealth has experienced a structural imbalance between recurring government revenues and total expenditures. The table set forth below shows recurring revenues*, total expenditures and the ensuing deficit for each fiscal year of the past decade. The deficit shown in this table for each fiscal year, however, does not include certain unbudgeted additional expenditures incurred by the Commonwealth in various fiscal years. Thus, the actual structural imbalance is underestimated in this table.

**Historical Deficit**
Fiscal Years ended June 30,
(in millions)

|  | Recurring Revenues | Total Expenditures | Deficit |
|---|---|---|---|
| 2000 | $7,003 | $7,576 | $ (573) |
| 2001 | 6,872 | 8,123 | (1,250) |
| 2002 | 7,186 | 9,126 | (1,940) |
| 2003 | 7,341 | 8,043 | (702) |
| 2004 | 7,834 | 8,923 | (1,089) |
| 2005 | 8,603 | 9,717 | (1,114) |
| 2006 | 8,423 | 10,397 | (1,974) |
| 2007 | 8,718 | 9,707 | (989) |
| 2008 | 8,207 | 9,324 | (1,117) |
| 2009 | 7,583 | 10,890 | (3,306) |
| 2010 | 7,691 | 9,833 | (2,142) |

---

* Recurring revenues are revenues from taxes, licenses and other internal or external sources received on a recurring basis by virtue of existing laws. Non-recurring revenues include revenues from financings and other one shot measures described in this section.

I-2

PR-CCD-0005500

Prior to fiscal year 2009, the government bridged the deficit resulting from the structural imbalance through the use of non-recurring measures, such as borrowing from Government Development Bank for Puerto Rico ("GDB") or in the bond market, postponing the payment of various government expenses, such as payments to suppliers and utilities providers, and other one time measures such as the use of derivatives and borrowings collateralized with government owned real estate. Since March 2009, the government has taken multiple steps to address and resolve this structural imbalance. These steps are discussed below under "The Economy—Fiscal Stabilization and Economic Reconstruction."

For fiscal year 2009, the deficit was $3.306 billion, consisting of the difference between total recurring revenues of $7.583 billion and total expenditures for such fiscal year of $10.890 billion. The estimated deficit is projected to be approximately $2.1 billion for fiscal year 2010 and approximately $1.0 billion for fiscal year 2011, as discussed below.

*Results for Fiscal Year 2009.* Total General Fund revenues for fiscal year 2009 were $7.583 billion, representing a decrease of $775.5 million, or 9.3%, from fiscal year 2008 revenues. Total expenditures for fiscal year 2009 were approximately $10.890 billion, consisting of $9.927 billion of total expenditures and approximately $962 million of other uses. Total expenditures of $10.890 billion represented an increase of approximately $1.402 billion, or 14.8%, of original budgeted expenditures and exceeded total General Fund revenues (excluding other financing sources) by $3.306 billion, or 43.6%.

During fiscal year 2009, the current administration also faced an aggregate cash shortfall of $1.153 billion that, when added to the deficit, provides for approximately $4.459 billion in excess expenditures and cash shortfall. The difference between General Fund revenues and total expenditures for fiscal year 2009 was principally paid from proceeds of bond issues made by Puerto Rico Sales Tax Financing Corporation ("COFINA") by its Spanish-language acronym) and the restructuring of the corpus account of the Puerto Rico Infrastructure Financing Authority ("PRIFA") pursuant to the fiscal stabilization plan described below. See "Fiscal Stabilization and Economic Reconstruction – Fiscal Stabilization Plan" under THE ECONOMY.

*Preliminary Results for Fiscal Year 2010.* Preliminary General Fund revenues for fiscal year 2010 (from July 1, 2009 to June 30, 2010) were $7.691 billion, a decrease of $19 million from the $7.710 billion of revenues for fiscal year 2009 and $21 million, or 0.3%, from the $7.670 billion of estimated revenues for fiscal year 2010. The major changes in revenues from fiscal year 2009 were a decrease of $258 million and $251.4 million in sales and use tax and withholding taxes from non-residents, respectively. The decrease in sales and use taxes was due to the assignment to COFINA of an additional 1.75% of the 5.5% Commonwealth sales and use tax while the decrease in withholding taxes from non-residents is due to a one time payment received in fiscal year 2009. These decreases were offset by an increase in property taxes of $226.5 million (which were not received in fiscal year 2009) and excise taxes of approximately $85 million, principally due to revenue raising measures implemented as part of Act. No. 7 of March 9, 2009, as amended ("Act 7"), discussed below. Income taxes from corporations also increased by $302 million due in part to increased enforcement initiatives.

Preliminary total expenditures for fiscal year 2010 amount to $9.833 billion, consisting of $7.670 billion of budgeted General Fund expenditures and approximately $2.163 billion of

I-3

additional expenditures covered from COFINA bond issues, as part of a multi-year fiscal stabilization plan to achieve fiscal balance (see "Fiscal Stabilization Plan" below). Preliminary total expenditures were approximately $337 million, or 3.3%, below originally budgeted expenditures of $10.170 billion.

*Preliminary Results for the First Five Months of Fiscal Year 2011.* Preliminary General Fund revenues for the first five months of fiscal year 2011 (from July 1, 2010 to November 30, 2010) were $2.641 billion, a decrease of $51 million, or 1.9%, from $2.692 billion of revenues for the same period in the prior fiscal year and a decrease of $14.1 million, or 0.5%, from the original estimate of revenues of $2.655 billion made for budget purposes.

The decline in General Fund revenues is mainly due to a decrease of $113.4 million, $26.2 million, $70.7 million and $23.3 million in collections from income tax on corporations, withholding on non-residents, other non-tax revenues and federal excise taxes on off-shore shipments of rum, respectively. These declines were partially offset by increases of $146.5 million, $30.2 million and $18.3 million in collections from income tax on individuals, property taxes and excise taxes on cigarettes, respectively.

The decrease in corporate income taxes and withholding taxes from non-residents is due to current economic conditions. The decrease in federal excise taxes on off-shore shipments of rum is due to the delay in the approval of federal legislation extending the reimbursement rate per proof gallon. This legislation was approved in December 2010 and, in January 2011, the Government received from the federal government $50 million of such federal excise taxes on off-shore rum shipments related to the period from July through December 2010. For more information regarding federal excise taxes on off-shore rum shipments, see "Major Sources of General Fund Revenues – Revenues from Non-Commonwealth Sources" under PUERTO RICO TAXES, OTHER REVENUES AND EXPENDITURES.

*Fiscal Stabilization Plan.* In January 2009, the administration, which gained control of the Executive and Legislative branches of government in the November 2008 elections, began to implement a multi-year plan designed to achieve fiscal balance, restore sustainable economic growth and safeguard the investment-grade ratings of the Commonwealth. The fiscal stabilization plan, which was generally contained in Act 7, sought to achieve budgetary balance, while addressing expected fiscal deficits in the intervening years through the implementation of a number of initiatives, including: (i) a gradual operating expense-reduction plan through reduction of operating expenses, including payroll, which is the main component of government expenditures, and the reorganization of the Executive Branch; (ii) a combination of temporary and permanent revenue raising measures, coupled with additional tax enforcement measures; and (iii) a bond issuance program through COFINA. The proceeds from the COFINA bond issuance program (such proceeds are held by GDB in an account referred to herein as the "Stabilization Fund") have been used to repay existing government debt (including debts with GDB), finance operating expenses for fiscal years 2008 through 2011 (and may be used for fiscal year 2012, to the extent included in the government's annual budget for such fiscal year), including costs related to the implementation of a workforce reduction plan, and fund an economic stimulus plan, as described below.

PR-CCD-0005502

*Unfunded Pension and Non-Pension Post-Employment Benefit Obligations and Funding Shortfalls of the Retirement Systems.* One of the challenges every administration has faced during the past 20 years is how to address the growing unfunded pension benefit obligations and funding shortfalls of the three Government retirement systems (the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System) that are funded principally with government appropriations. As of June 30, 2009, the date of the latest actuarial valuations of the retirement systems, the unfunded actuarial accrued liability (including basic and system administered benefits) for the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System was $17.092 billion, $6.564 billion and $273 million, respectively, and the funded ratios were 9.8%, 24.7% and 15.6%, respectively. According to preliminary actuarial valuations as of June 30, 2010, the unfunded actuarial accrued liability of the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System increased to $17.834 billion, $7.058 billion and $283 million, respectively, the funded ratios of the Employees Retirement System and Teachers Retirement System decreased to 8.5% and 23.9%, respectively, and the funded ratio of the Judiciary Retirement System increased to 16.4%.

Based on current employer and member contributions to the retirement systems, the unfunded actuarial accrued liabilities will continue to increase significantly, with a corresponding decrease in the funded ratios, since the annual contributions are not sufficient to fund pension benefits, and thus, are also insufficient to amortize the unfunded actuarial accrued liabilities. Because annual benefit payments and administrative expenses of the retirement systems have been significantly larger than annual employer and member contributions, the retirement systems have been forced to use investment income, borrowings and sale of investment portfolio assets to cover funding shortfalls. The funding shortfall (basic system benefits, administrative expenses and debt service in excess of contributions) for fiscal year 2011 for the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System is expected to be approximately $752 million, $274 million and $8 million, respectively. As a result, the assets of the retirement systems are expected to continue to decline.

Based on the assumptions used in the latest preliminary actuarial valuations, including the expected continued funding shortfalls: (i) the Employees Retirement System, the largest of the three retirement systems, would deplete its net assets (total assets less liabilities, including the principal amount of certain pension obligation bonds) by fiscal year 2014 and its gross assets by fiscal year 2019; (ii) the Teachers Retirement System would deplete its net and gross assets by fiscal year 2020; and (iii) the Judiciary Retirement System would deplete its net and gross assets by fiscal year 2018. The estimated years for depletion of the assets could vary depending on how actual results differ from the assumptions used in the actuarial valuations, as well as based on any future changes to the contribution and benefits structures of the retirement systems.

Since the Commonwealth and other participating employers are ultimately responsible for any funding deficiency in the three retirement systems, the depletion of the assets available to cover retirement benefits will require the Commonwealth and other participating employers to cover such funding deficiency. It is estimated that the Commonwealth would be responsible for approximately 74% of the combined funding deficiency of the three retirement systems, with the balance being the responsibility of the municipalities and participating public corporations.

PR-CCD-0005503

The Commonwealth also provides non-pension post-employment benefits that consist of a medical insurance plan contribution. These benefits, which amounted to $114.2 million for fiscal year 2010, are funded on a pay-as-you-go basis from the General Fund and are valued using actuarial principles similar to the way that pension benefits are calculated. Based on the latest preliminary actuarial valuations, as of June 30, 2010, the aggregate unfunded actuarial accrued liability of these benefits for the three retirement systems was $2.3 billion.

In order to address the growing unfunded pension and non-pension benefit obligations and funding shortfalls of the three government retirement systems, in February 2010, the Governor of Puerto Rico established a special commission to make recommendations for improving the financial solvency of the retirement systems. The special commission submitted a report to the Governor on October 21, 2010. The individual recommendations made by the members of the special commission, which included increasing the amount of the employer and employee annual contributions and changing the benefits structure, are being analyzed with the intent of presenting a comprehensive, consensus legislation package during 2011. The Secretary of Labor, who chaired the special commission, is evaluating, in particular, proposing additional employer contributions to improve the funding ratio, the impact of special laws that have provided additional retirement benefits, and the impact on the system's cash flow of previously approved increases in the amount that members may borrow from the systems under various loan programs.

On July 2, 2010, the Government enacted Act No. 70 ("Act 70"), which is designed to reduce government expenditures by providing an early retirement window for eligible employees (who opted to retire by January 14, 2011 or during such other period that may be established by a designated committee) under a formula that results in a positive actuarial impact for the government's retirement systems. Employees that elected to participate in the program will receive retirement benefits based on a lower salary and a lower pension rate than what they would otherwise have been entitled to if they had continued in their employment until full vesting, but at a higher rate than what they would be entitled to based on their current years of service. Approximately 4,000 employees opted for early retirement under Act 70.

Because of the multi-year fiscal imbalances mentioned above, the Commonwealth is currently unable to make the actuarially recommended contributions to the retirement systems. If the Commonwealth fails to take action in the short-term to address the retirement systems' funding deficiency, the continued use of investment assets to pay benefits as a result of funding shortfalls and the resulting depletion of assets could adversely affect the ability of the retirement systems to meet the rates of return assumed in the actuarial valuations, which could in turn result in an earlier depletion of the retirement systems' assets and a significant increase in the unfunded actuarial accrued liability. Ultimately, since the Commonwealth's General Fund is required to cover a significant amount of the funding deficiency, the Commonwealth would have difficulty funding the annual required contributions unless it implements significant reforms to the retirement systems, obtains additional revenues, or takes other budgetary measures. For more information regarding the financial condition of the retirement systems and the Government's efforts to address the unfunded pension and non-pension benefit obligations and cash flow shortfalls of the retirement systems, see RETIREMENT SYSTEMS.

PR-CCD-0005504

*Economic Reconstruction Plan*

In fiscal year 2009, the administration began to implement a short-term economic reconstruction plan. The cornerstone of this plan was the implementation of federal and local economic stimulus programs. The Commonwealth was awarded approximately $6.8 billion in stimulus funds under the ARRA program, which was enacted by the U.S. government to stimulate the U.S. economy in the wake of the global economic downturn. Approximately $3.3 billion of the ARRA funds is allocated for consumer and taxpayer relief and the remainder will be used to expand unemployment and other social welfare benefits, and spending in education, healthcare and infrastructure, among others. As of December 15, 2010, the Commonwealth had disbursed $4.3 billion in ARRA funds, or 63%, of awarded funds.

The administration has complemented the federal stimulus package with additional short and medium-term supplemental stimulus measures that seek to address local economic challenges and provide investment in strategic areas. These measures included a local $500 million economic stimulus plan to supplement the federal plan.

*Economic Development Plan*

The administration has also developed the *Strategic Model for a New Economy*, which is a comprehensive long-term economic development plan aimed at improving Puerto Rico's overall competitiveness and business environment and increasing private-sector participation in the Puerto Rico economy. As part of this plan, the administration enacted Act No. 161 of December 1, 2009, which overhauled the permitting and licensing process in Puerto Rico in order to provide for a leaner and more efficient process that fosters economic development. The administration also enacted Acts No. 82 and 83 of July 19, 2010, which provide for a new energy policy that seeks to lower energy costs and reduce energy-price volatility by reducing Puerto Rico's dependence on fuel oil and the promotion of diverse, renewable-energy technologies. Moreover, the administration proposes to adopt a comprehensive tax reform that takes into account the Commonwealth's current financial situation. See "Proposed Tax Reform" below.

In addition, to further stimulate economic development and cope with the fiscal crisis, on June 8, 2009, the Legislative Assembly approved Act No. 29 establishing a clear public policy and legal framework for the establishment of public-private partnerships to finance and develop infrastructure projects and operate and manage certain public assets. During fiscal year 2010, the administration engaged various financial advisors to assist it in the evaluation and procurement of various projects in the energy, transportation, water and public school infrastructure sectors. During the fourth quarter of fiscal year 2010, the administration published desirability studies for four public-private partnership priority projects and commenced procurement for such projects. The administration has short-listed proponents for the toll roads and school infrastructure projects. Moreover, the administration has made substantial progress in the preparation of a public-private partnership procurement for the Luis Muñoz Marin International Airport.

The administration has also identified strategic initiatives to promote economic growth in various sectors of the economy where the Commonwealth has competitive advantages and several strategic/regional projects aimed at fostering balanced economic development throughout

PR-CCD-0005505

the Island.   These projects, some of which are ongoing, include tourism and urban redevelopment projects.

The fiscal stabilization plan, the economic reconstruction plan, and the long-term economic development plan are described in further detail below under "The Economy—Fiscal Stabilization and Economic Reconstruction."

*Tax Reform*

In February 2010, the Governor named a committee to review the Commonwealth's income tax system and propose a tax reform directed at promoting economic growth and job creation within the framework of preserving the administration's path towards achieving fiscal stability.   The committee presented its findings to the Governor and, on October 25, 2010, the Governor announced that he was submitting to the Legislative Assembly various bills in order to implement the tax reform.   The tax reform is intended to be revenue positive.

The tax reform consists of two phases focused on providing tax relief to individuals and corporations, promoting economic development and job creation, simplifying the tax system and reducing tax evasion through enhanced tax compliance measures.   The first phase, enacted as Act No. 171 of November 15, 2010, is expected to provide individual and corporate taxpayers with aggregate savings of $309 million for taxable year 2010.   The second phase, enacted as Act No. 1 of January 31, 2011 ("Act No. 1"), is projected to provide individual and corporate taxpayers aggregate annual average savings of $1.2 billion for the next six taxable years, commencing in taxable year 2011.   Consistent with the objective of maintaining the path towards fiscal stability, the tax relief provisions applicable to individuals and corporations for taxable years 2014 through 2016 become effective only if (i) OMB certifies that the administration's expense control target has been met, (ii) the Treasury Department certifies that General Fund revenue target has been met and (iii) the Planning Board certifies a year-over-year target increase in gross domestic product.   See "Major Sources of General Fund Revenues—Tax Reform" under PUERTO RICO TAXES, OTHER REVENUES AND EXPENDITURES for a summary of the principal provisions of the tax reform.

As part of structuring the tax reform, the Government utilized a group of economic consultants to project its impact on tax revenues through the use of dynamic economic models adjusted to Puerto Rico's specific economic conditions.   The Government also conducted its own internal analyses of such impact.   Based on these analyses, the Government expects that the reduction in income tax revenues resulting from the implementation of the tax reform should be fully offset by the additional revenues produced by (i) enhanced tax compliance measures, (ii) the elimination of certain incentives and tax credits, (iii) a new temporary excise tax imposed at a declining rate (from 4% for 2011 to 1% for 2016) on certain acquisitions from related parties, and (iv) an expansion of taxation of certain nonresident alien individuals, foreign corporations and foreign partnerships that are members of controlled groups that have members that are engaged in manufacturing or production or manufacturing services in Puerto Rico.   The temporary excise tax and the expansion of the taxation of certain foreign persons were adopted by Act No. 154 of October 25, 2010, as amended ("Act 154").   In circumstances in which the temporary excise tax applies, the expansion of the taxation of nonresident individuals, foreign corporations and foreign partnerships does not apply.   The other revenue enhancement measures,

PR-CCD-0005506

which are part of the second phase of the tax reform, are included in Act No. 1. On December 29, 2010, the Treasury Department adopted regulations that provide certain tax credits against the temporary excise tax that lessen its impact on affected taxpayers subject to the temporary excise tax. These regulations became effective on January 1, 2011. The first monthly excise tax payment is due on February 15, 2011. The regulations address implementation and interpretation issues and include provisions regarding certain applicable credits against the tax subject to maintaining a baseline employment and other conditions. The Government estimates that this excise tax will affect foreign corporations or partnerships that are principally engaged in the manufacturing of pharmaceuticals and electronics. The Government expects to raise approximately $1.4 billion from the excise tax during the first year of implementation of Act 154 and $5.6 billion for the six year period that the excise tax is in place.

Based on its analysis, the Government believes that the revenue projections from the taxes imposed by Act 154 are reasonable. However, since such taxes only became effective on January 1, 2011, there can be no assurance that the revenues therefrom, together with the other revenue enhancement measures included in the tax reform, will be sufficient to fully offset the reduction in income tax revenues expected from other aspects of the tax reform.

In connection with the expansion of the taxation of foreign persons by Act 154, the Government obtained a legal opinion regarding the creditability of the excise tax for U.S. federal income tax purposes. The opinion concludes that this excise tax should be creditable against U.S. federal income tax. That conclusion was based in part upon a determination that the expansion of the taxation of foreign persons and the imposition of the excise tax more likely than not satisfy the constitutional requirements of due process and the Commerce Clause of the United States Constitution, for reasons discussed therein. Act 154 has not been challenged in court; consequently, no court has passed on the constitutionality of Act 154. There can be no assurance that its constitutionality will not be challenged and that, if challenged, the courts will uphold Act 154. To the extent a court determines that the imposition of the excise tax or the expansion of the income tax or both are unconstitutional, the Government's revenues may be materially adversely affected.

For a summary of the principal provisions of the tax reform and Act 154, see "Major Sources of General Fund Revenues—Tax Reform" and "Major Sources of General Fund Revenues—Income Taxes," respectively, under PUERTO RICO TAXES, OTHER REVENUES AND EXPENDITURES.

*Ratings of Commonwealth General Obligation Bonds*

On January 19, 2011, Fitch, Inc. ("Fitch") assigned a "BBB+" rating to the Commonwealth's general obligation and appropriation debt with a stable outlook. In assigning the rating, Fitch stated that, while it recognized the Commonwealth's historic budget deficits, overestimation of revenues, reliance on borrowings to meet budgetary gaps, and the low level of pension funding, the successful implementation of the dramatic steps taken by the government to restructure fiscal operations and stimulate the economy was a positive credit factor.

On November 29, 2010, Standard & Poor's Ratings Services, a division of The McGraw-Hill Companies, Inc. ("S&P"), confirmed its "BBB–" rating on the Commonwealth's general

PR-CCD-0005507

obligation and appropriation debt and changed the outlook on general obligation debt to positive from stable. In taking this rating action, S&P stated that while the ratings continue to reflect their opinion on the Commonwealth's history of chronic budget deficits, the revision in the outlook of the Commonwealth's general obligation debt was based on their view as to the recent implementation of expenditure controls and revenue enhancement measures that they believe could help restore budget balance within the next two years.

On April 19, 2010, Moody's Investors Service ("Moody's") announced the results of the recalibration of certain U.S. municipal bond issues and issuers in order to enhance the comparability of credit ratings across its portfolio of rated securities. As a result of this recalibration, the Commonwealth's general obligation debt is now rated "A3" by Moody's, which is three categories above the previous "Baa3" rating. On August 10, 2010, Moody's assigned a negative outlook to the Commonwealth's general obligation debt and related credits primarily as a result of the low funding levels of the Commonwealth's retirement systems. See "Retirement Systems."

*Budget for Fiscal Year 2011*

On July 2, 2010, the Governor signed the Commonwealth's central government budget for fiscal year 2011. The approved budget provides for total resources of $15.8 billion and total General Fund revenues of $8.134 billion, compared to preliminary General Fund revenues of $7.691 billion for fiscal year 2010. The budgeted General Fund revenues of $8.134 billion include base revenues of $7.691 billion, $302.5 million from tax enforcement and compliance measures, $110 million in expected revenues from the implementation of the property tax appraisal provisions included in Act. No. 71 of July 2, 2010 and $30 million in additional revenues from casinos. The approved fiscal year 2011 budget provides for total expenditures of $9.134 billion, consisting of General Fund expenditures of $8.134 billion and additional expenditures of $1.0 billion that are expected to be covered from moneys deposited in the Stabilization Fund funded with the proceeds of a COFINA bond issue completed in June 2010. The budgeted total expenditures for fiscal year 2011 are $699 million, or 7.1%, lower than preliminary total expenditures of $9.833 billion for fiscal year 2010, and $1.756 billion, or 16%, lower than total expenditures of $10.890 billion for fiscal year 2009.

**Geographic Location and Demographic Trends**

Puerto Rico, the fourth largest of the Caribbean islands, is located approximately 1,600 miles southeast of New York City. It is approximately 100 miles long and 35 miles wide.

According to the United States Census Bureau, the population of Puerto Rico was 3,725,789 in 2010, compared to 3,808,610 in 2000. The population of San Juan, the island's capital and largest city, was 420,326 as of July 1, 2009 (according to the most recent U.S. Census Bureau estimate) compared to 434,374 in 2000.

**Relationship with the United States**

Puerto Rico's constitutional status is that of a territory of the United States, and, pursuant to the territorial clause of the U.S. Constitution, the ultimate source of power over Puerto Rico is the U.S. Congress.

PR-CCD-0005508

Puerto Rico came under United States sovereignty pursuant to the Treaty of Paris, signed on December 10, 1898, which ended the Spanish-American War. Puerto Ricans have been citizens of the United States since 1917. In 1950, after a long evolution toward greater self-government, Congress enacted Public Law 600, which provided that the existing political, economic and fiscal relationship between Puerto Rico and the United States would remain the same, but Puerto Rico would be authorized to draft and approve its own Constitution, guaranteeing a republican form of government. The Constitution was drafted by a popularly elected constitutional convention, approved in a special referendum by the people of Puerto Rico, amended and ratified by the U.S. Congress, and subsequently approved by the President of the United States.

The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states. It differs from the states, however, in its relationship with the federal government. The people of Puerto Rico are citizens of the United States but do not vote in national elections. They are represented in Congress by a Resident Commissioner that has a voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs). Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico. No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries. Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

### Governmental Structure

The Constitution of Puerto Rico provides for the separation of powers of the executive, legislative, and judicial branches of government. The Governor is elected every four years. The Legislative Assembly consists of a Senate and a House of Representatives, the members of which are elected for four-year terms. The highest court within the local jurisdiction is the Supreme Court of Puerto Rico. Decisions of the Supreme Court of Puerto Rico may be appealed to the Supreme Court of the United States under the same conditions as decisions from state courts. Puerto Rico constitutes a District in the federal judiciary and has its own United States District Court. Decisions of this court may be appealed to the United States Court of Appeals for the First Circuit and from there to the Supreme Court of the United States.

Governmental responsibilities assumed by the central government of the Commonwealth are similar in nature to those of the various state governments. In addition, the central government assumes responsibility for local police and fire protection, education, public health and welfare programs, and economic development.

### Principal Officers Responsible for Fiscal Matters

*Luis G. Fortuño* was sworn in as Governor of Puerto Rico on January 2, 2009. From 2005 until becoming Governor, Mr. Fortuño was Puerto Rico's elected Resident Commissioner in the U.S. House of Representatives. Mr. Fortuño was an attorney in private practice from 1985 to 1993, and again from 1997 to 2003. Mr. Fortuño was the Executive Director of the Tourism

PR-CCD-0005509

Company from 1993 to 1996. From 1994 to 1996, Mr. Fortuño served as the first Secretary of the Department of Economic Development and Commerce. Mr. Fortuño holds a Bachelor's Degree from the Edmund A. Walsh School of Foreign Service at Georgetown University and a Juris Doctor from the University of Virginia School of Law.

*Jesús F. Méndez* was designated as Secretary of the Department of the Treasury (the "Treasury Department") on January 7, 2011 and confirmed by the Senate of Puerto Rico on January 24, 2011. Before his appointment as Secretary of the Treasury Department, Mr. Méndez served as Executive Vice President and Director of Administration, Operation and Controllership of GDB and as Executive Director of the Public Buildings Authority. From 2005 to 2008, Mr. Méndez held the position of President and Chief Executive Officer of Tresamici Management, Inc., a closely held corporation dedicated to the administration of assisted living facilities. From 1996 to 2004, he held several senior management positions within Banco Santander S.A. operating entities in Puerto Rico, including President of Santander Asset Management and First Senior Vice President and Trust Officer of Banco Santander Puerto Rico and Managing Director of Santander Securities Corporation. Prior to joining Santander Securities, Mr. Méndez served as Chief Financial Officer and Managing Director of BP Capital Markets. He also worked for Credit Suisse First Boston (Puerto Rico, Inc.) as Vice President and Deloitte & Touche as Senior Auditor. In addition, Mr. Méndez also held the position of Assistant Bank Examiner at the Federal Deposit Insurance Corporation in New York City. Mr. Méndez has a Bachelor's Degree in Business Administration from the University of Puerto Rico and is a Certified Public Accountant.

*Maritza Garay* was appointed Acting Executive Director of the Office of Management and Budget ("OMB") on January 7, 2011. Before her designation as Executive Director of OMB, Mrs. Garay served as the Deputy Director of OMB. From 2009 to 2010, Mrs. Garay was the Associate Director for the Budget Department of OMB. Prior to 2009, Mrs. Garay worked at the Puerto Rico Senate Treasury Committee and at Oriental Bank of Puerto Rico. Mrs. Garay holds a Bachelor's Degree from the University of Puerto Rico – Mayagüez Campus, where she majored in Accounting.

*Carlos M. García* was ratified as President and Chairman of the Board of GDB on January 7, 2009. Mr. García served as President of Banco Santander Puerto Rico from August 2008 to January 2009 and Senior Executive Vice President and Chief Operating Officer of Santander BanCorp and Banco Santander Puerto Rico from January 2004 to January 2009. Mr. García served as a member of the Board of Directors of Santander BanCorp and several of Santander BanCorp's subsidiaries and affiliates. Mr. García serves as Director of Make-a-Wish Foundation of Puerto Rico. Mr. García served as President and Chief Executive Officer of Santander Securities Corporation from August 2001 to January 2006. Mr. García joined Santander Securities Corporation in 1997 as Director of its Investment Banking Department, and Banco Santander Puerto Rico in October 2003 as Executive Vice President of Wholesale Banking. From 1993 to 1995, Mr. García worked at Credit Suisse First Boston Puerto Rico, Inc., which later was acquired by Popular Securities, Inc., for which he worked from 1995 to 1997. Mr. García holds a dual degree in Business from the Wharton School and in Comparative Literature from the College of Arts and Sciences of the University of Pennsylvania.

I-12

**Political Trends**

For many years there have been two major views in Puerto Rico with respect to Puerto Rico's relationship with the United States: one favoring statehood, represented by the New Progressive Party, and the other favoring the existing commonwealth status, represented by the Popular Democratic Party. The following table shows the percentages of the total votes received by the gubernatorial candidates of the various parties in the last five elections. While the electoral choices of Puerto Rico's voters are not based solely on party preferences regarding Puerto Rico's relationship with the United States, candidates who support a continuing relationship between Puerto Rico and the United States have prevailed in elections for many years.

|  | 1992 | 1996 | 2000 | 2004 | 2008 |
|---|---|---|---|---|---|
| New Progressive Party | 49.9% | 51.1% | 45.7% | 48.2% | 52.8% |
| Popular Democratic Party | 45.9% | 44.5% | 48.6% | 48.4% | 41.3% |
| Puerto Rico Independence Party | 4.2% | 3.8% | 5.2% | 2.7% | 2.0% |
| Others, Blank or Void | - | 0.5% | 0.5% | 0.6% | 3.9% |

With the results of the 2008 election, the New Progressive Party gained control of the Executive Branch and retained control of the Legislative Branch. The current membership of the Senate and House of Representatives by political party is as follows:

|  | Senate | House |
|---|---|---|
| New Progressive Party | 21 | 37 |
| Popular Democratic Party | 8 | 17 |
| Total | 29 | 54 |

The next general election (gubernatorial, municipal, and legislative) in Puerto Rico will be held in November 2012.

PR-CCD-0005511

# THE ECONOMY

## General

The Commonwealth in the past has established policies and programs directed principally at developing the manufacturing sector and expanding and modernizing the Commonwealth's infrastructure. Domestic and foreign investments have historically been stimulated by selective tax exemptions, development loans, and other financial and tax incentives. Infrastructure expansion and modernization have been to a large extent financed by bonds and notes issued by the Commonwealth, its public corporations, and municipalities. Economic progress has been aided by significant increases in the levels of education and occupational skills of the population.

Puerto Rico's economy experienced a considerable transformation during the second half of the twentieth century, from an agriculture economy to an industrial one. Factors contributing to this transformation included government-sponsored economic development programs, increases in the level of federal transfer payments, and the relatively low cost of borrowing. In some years, these factors were aided by a significant rise in construction investment driven by infrastructure projects, private investment, primarily in housing, and relatively low oil prices. Nevertheless, the significant oil price increases experienced from January 2002 to June 2008, the continuous contraction of the manufacturing sector, and the budgetary pressures on government finances triggered a general contraction in the economy.

Puerto Rico's economy is currently in a recession that began in the fourth quarter of fiscal year 2006, a fiscal year in which the real gross national product grew by only 0.5% and the government was shut-down during the first two weeks of May. For fiscal years 2007 and 2008, the real gross national product contracted by 1.2% and 2.8%, respectively. For fiscal year 2009, preliminary reports indicate that the real gross national product contracted by 3.7%. In March 2010, the Planning Board announced that it was projecting a contraction of 3.6% in real gross national product for fiscal year 2010. The Planning Board projects an increase in real gross national product of 0.4% for fiscal year 2011.

Nominal personal income, both aggregate and per capita, has shown a positive average growth rate from 1947 to 2009. In fiscal year 2009, aggregate personal income was $59 billion ($49.9 billion at 2005 prices) and personal income per capita was $14,905 ($12,589 in 2005 prices). Personal income includes transfer payments to individuals in Puerto Rico under various social programs. Total U.S. federal transfer payments to individuals amounted to $13.1 billion in fiscal year 2009 ($12.2 billion in fiscal year 2008). Entitlements for previously performed services or resulting from contributions to programs such as Social Security, Veterans' Benefits, Medicare, and U.S. Civil Service retirement pensions were $10 billion, or 76% of the transfer payments to individuals in fiscal year 2009 ($9.3 billion, or 73.9%, in fiscal year 2008). The remainder of the federal transfers to individuals is represented by grants, mostly concentrated in the Nutritional Assistance Program (Food Stamps) and Pell Grant scholarships (higher education).

Total average annual employment (as measured by the Puerto Rico Department of Labor and Human Resources Household Employment Survey, known as the "Household Survey") also increased during the last decade. From fiscal year 2000 to fiscal year 2010, total employment

PR-CCD-0005512

decreased at an average annual rate of 5.6% to 1,102,700. A steep decline in total employment began in fiscal year 2007 and has continued in fiscal year 2010 due to the current recession.

The dominant sectors of the Puerto Rico economy in terms of production and income are manufacturing and services. The manufacturing sector has undergone fundamental changes over the years as a result of increased emphasis on higher-wage, high-technology industries, such as pharmaceuticals, biotechnology, professional and scientific instruments, and certain high technology machinery and equipment. The service sector, which includes finance, insurance, real estate, wholesale and retail trade, transportation, communications and public utilities, and other services, has played a major role in the economy. It ranks second to manufacturing in contribution to gross domestic product and leads all sectors in providing employment.

The following table shows the gross national product for the five fiscal years ended June 30, 2009.

### Commonwealth of Puerto Rico
### Gross National Product
### Fiscal Years Ended June 30,

|  | 2005 | 2006 | 2007 | 2008 | 2009[1] |
|---|---|---|---|---|---|
| Gross national product – $ millions[2] | $53,752 | $56,732 | $59,521 | $61,527 | $62,759 |
| Real gross national product – $ millions (2005 prices) | 53,752 | 54,027 | 53,400 | 51,889 | 49,951 |
| Annual percentage increase (decrease) in real gross national product (2005 prices) | 1.9% | 0.5% | (1.2)% | (2.8)% | (3.7)% |
| U.S. annual percentage increase in real gross national product (2005 prices) | 3.1% | 2.8% | 1.8% | 2.7% | (3.0)% |

[1] Preliminary.
[2] In current dollars.

*Sources:* Puerto Rico Planning Board and Global Insight Inc.

The economy of Puerto Rico is closely linked to the United States economy, as most of the external factors that affect the Puerto Rico economy (other than oil prices) are determined by the policies and performance of the mainland economy. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures. During fiscal year 2009, approximately 71.6% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 46.9% of Puerto Rico's imports. In fiscal year 2009, Puerto Rico experienced a positive merchandise trade balance of $20.2 billion. During fiscal year 2010, approximately 68.1% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 51.2% of Puerto Rico's imports. In fiscal year 2010, Puerto Rico experienced a positive merchandise trade balance of $20.8 billion.

The following graph compares the growth rate of real gross national product for the Puerto Rico and U.S. economies since fiscal year 1990, and the forecast of the growth rate for fiscal years 2010 and 2011.

I-15

PR-CCD-0005513

**REAL GNP GROWTH RATE**
**(Percent)**



*Sources:* Puerto Rico Planning Board & IHS-Global Insight.

\* Estimate for Puerto Rico from the Puerto Rico Planning Board (Mar-2010).
\*\* Estimate for U.S. from IHS Global Insight (Mar-2010).

Since the 1950s, the Planning Board has prepared a complete set of macroeconomic measures like those prepared for the United States by the Bureau of Economic Analysis ("BEA") of the Department of Commerce, as part of the National Income and Product Accounts ("NIPA"). In contrast with the BEA, which computes the economic accounts on a quarterly basis, the Planning Board computes Puerto Rico's NIPA on an annual basis. Like the BEA, the Planning Board revises its statistics on a regular basis. The Planning Board classifies its statistics as preliminary until they are revised and made final in conjunction with the release of new data each year. Thus, all macroeconomic accounts for fiscal year 2009 shown in this Report are preliminary until the revised figures are released and the forecast for fiscal year 2010 is revised.

Certain information regarding current economic activity, however, is available in the form of the Government Development Bank – Economic Activity Index, a coincident indicator of ongoing economic activity. This index, shown in the following table and published by GDB since October 2009, is composed of several variables (total payroll employment based on the

PR-CCD-0005514

Establishment Survey, total electric power consumption, cement sales and consumption of gasoline) that highly correlate to Puerto Rico's real gross national product.



*Economic Forecast for Fiscal Years 2010 and 2011*

On March 10, 2010, the Planning Board released its revised gross national product forecast for fiscal year 2010 and its gross national product forecast for fiscal year 2011. The Planning Board revised its gross national product forecast for fiscal year 2010 from a projected growth of 0.7% to a contraction of 3.6%, both in constant dollars. The Planning Board's revised forecast for fiscal year 2010 took into account the estimated effects on the Puerto Rico economy of the Government's fiscal stabilization plan and the activity expected to be generated from the Government's local stimulus package. The revised forecast also considered the effect on the Puerto Rico economy of general and global economic conditions, the U.S. economy, the volatility of oil prices, interest rates and the behavior of local exports, including expenditures by visitors. The Planning Board's forecast for fiscal year 2011 projects an increase in gross national product of 0.4% in constant dollars. The forecast, however, did not take into account the activity expected to be generated from funds received or expected to be received by ARRA. The Planning Board's forecast for fiscal year 2011 took into account the estimated effect of the projected growth of the U.S. economy, tourism activity, personal consumption expenditures, federal transfers to individuals and the acceleration of investment in construction due to the Government's local stimulus package and the establishment of public-private partnerships.

According to the Household Survey, total employment for fiscal year 2010 averaged 1,102,700, a decrease of 65,500, or 5.6%, from the previous fiscal year. The unemployment rate for fiscal year 2010 was 16.0%, an increase from 13.4% for fiscal year 2009.

PR-CCD-0005515

*Fiscal Year 2009*

The Planning Board's preliminary reports on the performance of the Puerto Rico economy for fiscal year 2009 indicate that real gross national product decreased 3.7% (an increase of 2.0% in current dollars) over fiscal year 2008. Nominal gross national product was $62.8 billion in fiscal year 2009 ($50 billion in 2005 prices), compared to $61.5 billion in fiscal year 2008 ($51.9 billion in 2005 prices). Aggregate personal income increased from $55.6 billion in fiscal year 2008 ($49 billion in 2005 prices) to $59 billion in fiscal year 2009 ($49.9 billion in 2005 prices), and personal income per capita increased from $14,080 in fiscal year 2008 ($12,410 in 2005 prices) to $14,905 in fiscal year 2009 ($12,589 in 2005 prices).

According to the Household Survey, total employment for fiscal year 2009 averaged 1,168,200, a decrease of 49,300, or 4.1%, from the previous fiscal year. The unemployment rate for fiscal year 2009 was 13.4%, an increase from 11% for fiscal year 2008.

Among the variables contributing to the decrease in gross national product was the continuous contraction of the manufacturing and construction sectors. Due to the Commonwealth's dependence on oil for power generation and gasoline (in spite of its recent improvements in power-production diversification), the high level of oil prices accounted for an increased outflow of local income in fiscal year 2008. Although the situation improved significantly during fiscal year 2009, oil prices remained at relatively high levels and the impact of the increases of previous years were still felt in fiscal year 2009. The current difficulties associated with the financial crisis resulted in lower short-term interest rates, but this did not translate into a significant improvement in the construction sector due to the high level of inventory of residential housing units.

*Fiscal Year 2008*

The Planning Board's reports on the performance of the Puerto Rico economy for fiscal year 2008 indicate that real gross national product decreased 2.8% (an increase of 3.4% in current dollars) over fiscal year 2007. Nominal gross national product was $61.5 billion in fiscal year 2008 ($51.9 billion in 2005 prices), compared to $59.5 billion in fiscal year 2007 ($53.4 billion in 2005 prices). Aggregate personal income increased from $52.1 billion in fiscal year 2007 ($48.5 billion in 2005 prices) to $55.6 billion in fiscal year 2008 ($49 billion in 2005 prices), and personal income per capita increased from $13,244 in fiscal year 2007 ($12,319 in 2005 prices) to $14,080 in fiscal year 2008 ($12,410 in 2005 prices). The significant increase in personal income in fiscal year 2008 is due in part to the tax rebate program implemented by the Bush Administration during that fiscal year.

According to the Household Survey, total employment for fiscal year 2008 averaged 1,217,500, a decrease of 3.6% compared to 1,262,900 for fiscal year 2007. At the same time, the unemployment rate for fiscal year 2008 was 11.0%, an increase from 10.4% for fiscal year 2007.

Among the variables contributing to the decrease in gross national product were the continuous contraction of the manufacturing and construction sectors, as well as the corresponding contraction of U.S. economic activity. Furthermore, the decline in Puerto Rico's gross national product was not offset by the federal tax rebates due to the high levels of oil prices

PR-CCD-0005516

during fiscal year 2008. The dramatic increase to record levels in the price of oil and its derivatives (such as gasoline) during that period served to reduce the income available for other purchases and, thereby, negatively affected domestic demand. Due to the Commonwealth's dependence on oil for power generation and gasoline (in spite of its recent improvements in power-production diversification), the high level of oil prices accounted for an increased outflow of local income in fiscal year 2008. The global financial crisis promoted lower interest rates that were reflected in the local market, but those rates did not improve the conditions in the construction sector.

*Fiscal Year 2007*

The Planning Board's reports on the performance of the Puerto Rico economy during fiscal year 2007 indicate that the real gross national product fell by 1.2%. Nominal gross national product was $59.5 billion ($53.4 billion in 2005 prices), compared to $56.7 billion in fiscal year 2006 ($54.0 billion in 2005 prices). This represents an increase in nominal gross national product of 4.9%. Aggregate personal income was $52.1 billion in fiscal year 2007 ($48.5 billion in 2005 prices), as compared to $50.8 billion in fiscal year 2006 ($48.5 billion in 2000 prices), and personal income per capita was $13,244 in fiscal year 2007 ($12,319 in 2005 prices), as compared to $12,970 in fiscal year 2006 ($12,382 in 2005 prices).

According to the Household Survey, total employment for fiscal year 2007 averaged 1,262,900, a decrease of 0.3% compared to 1,266,300 for fiscal year 2006. The unemployment rate for fiscal year 2007 was 10.4%, a decrease from 11.7% for fiscal year 2006.

**Fiscal Stabilization and Economic Reconstruction**

In January 2009, the administration began to implement a multi-year Fiscal Stabilization Plan (the "Fiscal Plan") and Economic Reconstruction Plan (the "Economic Plan") that sought to achieve fiscal balance and restore economic growth. The Fiscal Plan was central to safeguarding the Commonwealth's investment-grade credit rating and restoring Puerto Rico's economic growth and development. As of September 30, 2010, the Legislative Assembly had enacted eleven bills providing for the implementation of the Fiscal Plan and the Economic Plan.

In addition, the administration designed and began to implement the *Strategic Model for a New Economy,* a series of economic development initiatives which aim to enhance Puerto Rico's competitiveness and strengthen specific industry sectors. These economic development initiatives were intended to support the prospects of long-term and sustainable growth.

*Fiscal Stabilization Plan*

The Fiscal Plan had three main objectives: (i) stabilize the short-term fiscal situation, (ii) safeguard and strengthen the Commonwealth's investment-grade credit rating, and (iii) achieve budgetary balance. The Fiscal Plan, which was generally contained in Act 7, included operating expense-reduction measures, tax revenue enforcement measures, temporary and permanent revenue raising measures, and financial measures, as discussed below.

*Expense Reduction Measures.* A significant portion of Puerto Rico's budget deficit is attributable to the accumulated effect of high operating expenses in the government. The Fiscal

PR-CCD-0005517

Plan sought to reduce the government's recurring expense base to make it consistent with the level of government revenues. The Fiscal Plan established a government-wide operating expense-reduction program aimed at reducing operating expenses, including payroll.

Payroll expense is the most significant component of the government's recurring expense base. The reduction in payroll expenses contemplated by the Fiscal Plan was implemented in three phases and included certain benefits conferred to participating employees, as follows:

- *Phase I: Incentivized Voluntary Resignation and Voluntary Permanent Workday Reduction Programs:* The Incentivized Voluntary Resignation Program offered public employees a compensation incentive based on the time of service in the government. The Voluntary Permanent Workday Reduction Program was available to public employees with 20 or more years of service. The Workday Reduction Program consisted of a voluntary reduction of one regular workday every fifteen calendar days, which is equivalent to approximately a 10% reduction in annual workdays. Phase I commenced in March 2009 and public employees had until April 27, 2009 to submit the required information to participate in the voluntary programs available under Phase I and be eligible for the Public Employees Alternatives Program. Under Phase I, 2,553 employees resigned under the Incentivized Voluntary Resignation Program and 27 employees took advantage of the Voluntary Permanent Workday Reduction Program. Based on the number of employees who agreed to participate in these programs, the administration estimates that expenses for fiscal year 2010 were reduced by $90.9 million.

- *Phase II: Involuntary Layoff Plan:* As provided in Act 7, Phase II went into effect because the objective of reducing $2 billion in expenses was not achieved after implementation of Phase I and Phase III (see below). Under Phase II, subject to certain exceptions, employees with transitory or non-permanent positions were terminated. As a result, 1,990 positions were eliminated, representing an estimated savings of $44.7 million annually. In addition, Phase II provided for one or more rounds of involuntary layoffs and applied to most central government public employees unless excluded pursuant to Act 7, strictly according to seniority in public service, starting with employees with the least seniority. The plan excluded certain employees providing "essential" services, certain employees paid by federal funds, those on military leave, and political appointees and their trust employees (political appointees and their trust employees, who do not hold a permanent or career position in the government, are referred to herein as "non-career employees"). Employees in Phase II received a severance package that included health coverage payment for up to a maximum of six months or until the former public employee became eligible for health insurance coverage at another job. As of September 30, 2010, total government employees dismissed under Phase II (excluding the 2,237 transitory or non-permanent positions eliminated) was approximately 12,604, representing an estimated savings of $325.4 million annually. This amount excludes approximately 1,945 employees rehired by the Department of Education as a result of an agreement with the union providing for certain salary and workday reductions and the inclusion of

PR-CCD-0005518

additional service requirements, among other things. The negotiation of this agreement by the administration resulted in annual savings of $53 million, an increase of $27 million over the estimated savings achievable through the termination of such employees.

- *Phase III: Temporary Suspension of Certain Provisions of Laws, Collective Bargaining Agreements, and Other Agreements:* Phase III went into effect on March 9, 2009 and imposed a temporary freeze on salary increases and other economic benefits included in laws, collective bargaining agreements, and any other agreements. Phase III will remain in effect for a period of two years. The administration estimates that savings from the implementation of these measures was approximately $186.9 million for fiscal year 2010.

- *Public Employees Alternatives Program:* The employees that elected to participate in the Incentivized Voluntary Resignation Program under Phase I or that were subject to involuntary layoffs under Phase II, were eligible to participate in the Public Employees Alternatives Program. This program assists public employees in their transition to other productive alternatives, and offers vouchers for college education, technical education, and professional training, as well as for establishing a business and for relocation.

Act 7 extended the term of collective bargaining agreements with public employees that had expired at the time of its enactment or that expire while it is in effect for a period of two years (until March 9, 2011) and provided that during this period such collective bargaining agreements may not be renegotiated or renewed.

The following table summarizes the amount of employees affected by the workforce and labor related expense reduction measures included in Act 7 and the expected annual savings in operational expenses from the implementation of Phases I through III of the Fiscal Plan.

| Phase | Affected Employees | Savings (in millions) |
|---|---|---|
| Phase I: Voluntary Resignation | 2,553 | $90.9 |
| Phase II: Involuntary Layoffs | | |
| Termination of transitory and non-permanent employees | 1,990 | 44.7 |
| Layoffs (as of April 30, 2010) | 12,604 | 325.4 |
| Phase III: Suspension of Certain Benefits | - | 186.9 |
| Total | 17,147 | $647.9 |

On April 13, 2009, a group of government employees and labor organizations filed a complaint in the U.S. District Court for the District of Puerto Rico challenging the constitutionality of Act 7 and seeking to enjoin the enforcement of Act 7. The Governor of Puerto Rico and several agency heads are defendants in the action. The complaint alleges that Act 7 violates the United States and Puerto Rico constitutions because, among other reasons, the statute substantially impairs certain statutory and contractual rights of government employees including those contained in their collective bargaining agreements with Commonwealth agencies. On August 5, 2009, the U.S. District Court for the District of Puerto Rico denied the requested preliminary injunction and, on December 14, 2009, the court dismissed the complaint.

PR-CCD-0005519

Plaintiffs have appealed the Court's decision. The District Court's decision allowed the Government to continue with the implementation of Act 7. The Government plans to vigorously defend the constitutionality of Act 7. See "Litigation."

The second element of the expense-reduction measures, which pertains to other operating expenses, was conducted through an austerity program in combination with other expense reduction measures. The austerity program mandated a 10% reduction in other operational expenses, including cellular phone use, credit cards, and official vehicles.

In July 2010, the Governor renewed an executive order issued in September 2009 requiring all agencies and public corporations to reduce, modify or cancel service contracts to achieve a cost reduction of at least 15%. The executive order covers advertising, consulting, information technology, accounting, legal and other services (except for direct services to the public), and grants the Fiscal Restructuring and Stabilization Board created under Act 7 (the "Fiscal Board") the power to monitor agencies and public corporations in order to ensure the required 15% minimum cost reduction. Each agency or public corporation had 30 days to report the following to the Fiscal Board: (i) all service contracts currently in effect, (ii) all canceled and/or modified contracts and the corresponding savings, (iii) justification for any remaining contracts in light of the mission of the agency or public corporation, and (iv) the reasonableness of the fees or compensation terms for each remaining contract.

In July 2010, the Governor also renewed another executive order issued in September 2009 requiring all agencies and public corporations to report the following to the Fiscal Board within 30 days: (i) all lease contracts currently in effect, (ii) the uses of leased premises, (iii) the needs for such premises, (iv) the terms and conditions of each lease, and (v) budgeted amounts for rent and other related expenses. During fiscal year 2010, the administration achieved savings by, among other things, consolidating operations of one or more agencies or public corporations and renegotiating leases to obtain more favorable terms. The administration expects to achieve annual savings of at least 15% of rent and related expenses, or approximately $22 million, in future fiscal years.

As of September 30, 2010, the administration had already reduced operating expenses through expense reduction measures other than Phase I through III of the Fiscal Plan by $150 million, and professional service contracts and lease agreements by $42 million through the implementation of the executive orders referred to above.

*Tax Revenue Enforcement Measures.* The Fiscal Plan also sought to increase tax revenues by implementing a more rigorous and ongoing tax enforcement and compliance strategy. Specific tax enforcement initiatives included: (i) enhancements to the administration of federal grants and fund receipts, (ii) stronger collections and auditing efforts on Puerto Rico's sales and use tax, and (iii) a voluntary tax compliance program.

*Revenue Raising Measures.* The goal of achieving fiscal and budgetary balance required a combination of measures that included the introduction of permanent and temporary tax increases. The Fiscal Plan included six temporary and four permanent revenue increasing measures. The temporary revenue increasing measures consisted of: (i) a 5% surtax on income of certain individuals that was expected to generate $58 million in additional revenues, (ii) a 5%

PR-CCD-0005520

surtax on income of certain corporations that was expected to generate $41 million in additional revenues, (iii) a 5% income tax on credit unions (commonly known as "cooperativas" in Puerto Rico) that was expected to produce $5 million in additional revenues, (iv) a 5% income tax on Puerto Rico international banking entities that was expected to produce $20 million in additional revenues, (v) a special property tax on residential and commercial real estate that was expected to produce $230 million in additional revenues, and (vi) a moratorium on certain tax credits. The temporary measures are to be in effect for up to three fiscal years beginning in fiscal year 2010. The permanent measures include (i) modifications to the alternative minimum tax for individuals and corporations each of which is expected to generate $10 million annually, (ii) an increase in the excise tax on cigarettes, (iii) a new excise tax on motorcycles, and (iv) an increase in the excise tax on alcoholic beverages. The permanent increases in the excise taxes on cigarette, motorcycles and alcoholic beverages are expected to generate $48 million, $1 million and $5 million, respectively, in additional revenues. The total preliminary revenues from these temporary and permanent measures for fiscal year 2010 are $428 million. The total estimated revenues from these temporary and permanent measures for fiscal year 2011 are $420 million.

*Financial Measures.* The administration has also carried out several financial measures designed to achieve fiscal stability throughout the Fiscal Plan implementation period. These measures included, among others, (i) a financing or bond issuance program, the proceeds of which were used to bridge the structural budgetary imbalance during the Fiscal Plan implementation period and fund some of the Economic Plan initiatives, (ii) the restructuring of the securities held in the Corpus Account of the Infrastructure Development Fund (the "Corpus Account"), which is under the custody and control of the Puerto Rico Infrastructure Financing Authority ("PRIFA") (see "Infrastructure Financing Authority" under PUBLIC CORPORATIONS for a description of the Corpus Account), and (iii) the restructuring of a portion of the Commonwealth's debt service.

These financial measures were anchored on the bond-issuance program of COFINA. Act 7, in conjunction with Act No. 91 of May 13, 2006, as amended ("Act 91"), and Act No. 1 of January 14, 2009 ("Act 1"), allocated to COFINA, commencing on July 1, 2009, 2.75% (one-half of the tax rate of 5.5%) of the sales and use tax imposed by the central government, thus increasing COFINA's financing capacity and allowing the Commonwealth to achieve fiscal stability throughout the implementation period of the Fiscal Plan.

During fiscal years 2009 and 2010, COFINA issued approximately $5.6 billion and $3.6 billion, respectively, of revenue bonds payable from sales and use tax collections transferred to COFINA. The proceeds from these bond issues have been used for, among other uses, paying approximately $1.9 billion of Commonwealth obligations that did not have a designated source of repayment, paying or financing approximately $4.8 billion of operational expenses constituting a portion of the Commonwealth's deficit, and funding the Local Stimulus Fund (described below) and the Stabilization Fund for fiscal year 2011 with approximately $500 million and $1.0 billion, respectively.

Act No. 3, approved by the Legislative Assembly of the Commonwealth on January 14, 2009 ("Act 3"), authorized the sale of the securities held in the Corpus Account. PRIFA sold the securities in January 2009 and used the proceeds to, among other things, make a deposit to the General Fund of approximately $319 million, which was applied to cover a portion of the

PR-CCD-0005521

Commonwealth's budget deficit and make a transfer to GDB of approximately $159 million as a capital contribution. The gross proceeds resulting from the sale were approximately $884 million.

The Fiscal Plan has provided more fiscal stability, thereby safeguarding and strengthening Puerto Rico's credit. The fiscal structure resulting from the full implementation of the plan will be sustainable and conducive to economic growth and development.

*Economic Reconstruction Plan*

To balance the impact of the Fiscal Plan, the administration developed and is implementing an economic reconstruction program designed to stimulate growth in the short term and lay the foundation for long-term economic development. The Economic Plan consists of two main components: (i) two economic stimulus programs, and (ii) a supplemental stimulus plan.

*Economic Stimulus Programs.* The cornerstone of Puerto Rico's short-term economic reconstruction plan was the implementation of two economic stimulus programs aimed at reigniting growth and counterbalancing any adverse effects associated with the Fiscal Plan. The economic stimulus programs consisted of Puerto Rico's participation in ARRA (also referred to herein as the "Federal Stimulus") and a local plan (the "Local Stimulus") designed to complement the Federal Stimulus.

- *Federal Stimulus Program:* Puerto Rico was awarded $6.8 billion in stimulus funds from ARRA. The funds are distributed in four main categories: relief to individuals, budgetary and fiscal relief, taxpayers' relief, and capital improvements. In terms of government programs, the Federal Stimulus allocates funds to education, agriculture and food assistance, health, housing and urban development, labor, and transportation, among others. As of September 2010, PRIFA, which is responsible for the administration of ARRA in Puerto Rico, reported that approximately $3.6 billion in ARRA funds had been disbursed.

- *Local Stimulus Program:* The administration formulated the Local Stimulus to supplement the Federal Stimulus and address specific local challenges associated with the local mortgage market, the availability of credit, and the infrastructure and construction sectors. Despite the fact that the Local Stimulus amounted to a $500 million investment by the government, it is estimated that its effect would be greater due to certain lending programs, which are being coordinated in collaboration with commercial banks in Puerto Rico. The administration has been disbursing funds under the $500 million local stimulus program. Most municipalities have received disbursements earmarked to pay outstanding debts and fund local projects. The administration has also disbursed funds allocated towards job training programs, a strategic water distribution project in a southern municipality and the revamping of the Puerto Rico permits system. In addition, $399 million of Local Stimulus funds will be used mainly to promote infrastructure projects.

I-24

PR-CCD-0005522

*Supplemental Stimulus Plan.* The Supplemental Stimulus Plan was designed to provide investment in strategic areas with the objective of laying the foundations for long-term growth in Puerto Rico. The coordinated implementation of the Supplemental Stimulus Plan is expected to reinforce continuity in reigniting economic growth while making key investments for long-term development.

The Supplemental Stimulus Plan is being conducted through a combination of direct investments and guaranteed lending. Specifically, the Supplemental Stimulus Plan targets critical areas such as key infrastructure projects, public capital improvement programs, private-sector lending to specific industries, and the export and research-and-development knowledge industries. The Supplemental Stimulus Plan takes into account the strategic needs that Puerto Rico must fulfill in order to become a more competitive player in its region and in the global economy.

On September 1, 2010 the Governor signed Act No. 132, also known as the Real Estate Market Stimulus Act of 2010 ("Act 132"), which provides certain incentives to help reduce the existing housing inventory. The incentives provided by Act 132 will be effective from September 1, 2010 through June 30, 2011. See "Economic Performance by Sector—Construction."

### Economic Development Program

The Department of Economic Development and Commerce ("DEDC"), in coordination with other government agencies, is in the process of implementing the *Strategic Model for a New Economy*, which consists of a comprehensive, long-term, economic development program aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment, and increasing private-sector capital formation and participation in the economy. These initiatives are centered on the dual mission of fostering multi-sector growth while reducing costs and barriers to business and investment, and are a medium-to-long-term counterpart to the Economic Plan and the Supplemental Stimulus Plan described above.

The administration is emphasizing the following initiatives to enhance Puerto Rico's competitive position: (i) overhauling the permitting process, (ii) reducing energy costs, (iii) reforming the tax system, (iv) promoting the development of various projects through public-private partnerships, (v) implementing strategic initiatives targeted at specific economic sectors, and (vi) promoting the development of certain strategic/regional projects.

*Permitting Process.* The first initiative, the reengineering of Puerto Rico's permitting and licensing process, has already been achieved. On December 1, 2009, the Governor signed into law Act No. 161, which overhauls the existing permitting and licensing process in Puerto Rico in order to provide for a leaner and more efficient process that fosters economic development. In the short term, this restructuring is focused on eliminating the significant backlog of unprocessed permits that are currently in the pipeline of various government agencies. Longer term, this law seeks to significantly reduce the number of inter-agency processes and transactions currently required by creating a centralized, client-focused system that simplifies and shortens the permitting process for applicants. On December 1, 2010, a new permitting agency created under Act No. 161, which centralized permitting processes previously carried out by various agencies, commenced operations.

I-25

PR-CCD-0005523

*Energy Policy.*  On July 19, 2010, the Governor signed Acts No. 82 and 83, providing for, among other things, the adoption of a new energy policy, which is critical for Puerto Rico's competitiveness.  Presently, fluctuations in oil prices have a significant effect on Puerto Rico's overall economic performance.  Act No. 82 focuses on reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies. This new energy policy seeks to lower energy costs, reduce energy-price volatility, and establish environmentally sustainable energy production through a reduction in ecologically harmful emissions.  This legislation also is expected to facilitate the development of several initiatives, including the wheeling of energy, conservation efforts, and the installation of new renewable generation capacity, among others.  Moreover, Act No. 83 created a green energy incentives program to promote the development of renewable energy projects as well as a Renewable Portfolio Standards Program. These initiatives are expected to address energy prices in Puerto Rico and provide a means of attracting investment in the energy sector.

*Tax Reform.*  In February 2010, the Governor named a committee to review the Commonwealth's income tax system and propose a tax reform directed at reducing personal and corporate income tax rates.  The committee presented its findings to the Governor and on October 25, 2010, the Governor announced that he was submitting to the Legislative Assembly various bills in order to implement the tax reform.  Legislation to implement the first phase of the tax reform was enacted as Act No. 171 of November 15, 2010.  Legislation to implement the second phase of the tax reform was enacted as Act No. 1.  See "Major Sources of General Fund Revenues—Tax Reform" under PUERTO RICO TAXES, OTHER REVENUES AND EXPENDITURES for a summary of the principal provisions of the tax reform.

*Public-Private Partnerships.*  The administration believes that Public-Private Partnerships ("PPPs") represent an important tool for economic development, particularly in times of fiscal difficulties.  PPPs are contracts between government and non-governmental entities—such as private companies, credit unions, and municipal corporations—to develop infrastructure projects, manage government assets or provide government services.  The non-governmental partner takes on certain responsibilities and risks related to the development and/or operation of the project in exchange for certain benefits.

PPPs provide the opportunity for the government to lower project development costs, accelerate project development, reduce financial risk, create additional revenue sources, establish service quality metrics, and re-direct government resources to focus on the implementation of public policy.  Puerto Rico has opportunities for the establishment of PPPs in the areas of toll roads, ports, public schools, water provision, correctional facilities, and energy, among others.

On June 8, 2009, the Legislative Assembly approved Act No. 29 ("Act 29"), which established a clear public policy and legal framework for the establishment of public-private partnerships in Puerto Rico to further the development and maintenance of infrastructure facilities, improve the services rendered by the Government and foster the creation of jobs.  Act 29 created the Public-Private Partnerships Authority (the "PPP Authority"), the entity tasked with implementing the Commonwealth's public policy regarding public-private partnerships.  On December 19, 2009, the PPP Authority approved regulations establishing the administrative framework for the procurement, evaluation, selection, negotiation and award process for public-private partnerships in Puerto Rico.

I-26

PR-CCD-0005524

During fiscal year 2010, the PPP Authority engaged various financial advisors to assist it in the evaluation and procurement of various projects in the energy, transportation, water and public school infrastructure sectors. During the fourth quarter of fiscal year 2010, the PPP Authority published desirability studies for four public-private partnership priority projects and commenced procurement for such projects. The PPP Authority has short-listed proponents for the toll roads and school infrastructure projects. Moreover, the PPP Authority has made substantial progress in the preparation of a PPP procurement for the Luis Muñoz Marin International Airport.

*Sector Initiatives.* The administration will complement the previously mentioned initiatives with specific strategic initiatives with the objective of creating jobs and increasing economic activity across various sectors of the Puerto Rico economy. The Commonwealth has natural or structural competitive advantages in several areas, such as pharmaceutical and biotechnology manufacturing. These advantages provide opportunities for the development of regional clusters in high-tech manufacturing, research and development, tourism, renewable energy, international trade and professional services. The specific initiatives will be designed to promote sustainable economic growth while accelerating to a knowledge-based and innovation driven economy, focused mainly in the development of human capital and intellectual property, thus diversifying Puerto Rico's economic base.

*Strategic/Regional Projects.* The administration has also targeted strategic/regional projects that will generate investments in various regions of the Island in order to foster balanced economic development. One of the strategic projects for the northern region is called the Urban Bay (formerly known as the Golden Triangle), an urban redevelopment project that incorporates the areas of Old San Juan, Puerta de Tierra, Isla Grande, including the Puerto Rico Convention Center District (the "District"), and Condado, as well as other communities in the vicinity of historic San Juan Bay. The aim of the Urban Bay project is to develop San Juan Bay into a major tourism, recreation, commercial and residential sector which serves the local community and becomes a major attraction for leisure and business travelers, both local and external. Also in the northern region, Science City represents a critical part of the administration's efforts to move Puerto Rico to the forefront of the science, technology and research and development. It seeks to leverage the significant competitive advantages in the knowledge-based sectors that put Puerto Rico in an ideal position to undertake this type of development.

In the eastern region, the Caribbean Riviera entails the redevelopment of the old Roosevelt Roads navy facility in Ceiba and is a key element in the administration's strategy to create jobs and reignite the economy of Puerto Rico's eastern region, including Ceiba, Naguabo, Vieques, and Culebra. This tourist complex will include hotels, casinos, eco-tourist attractions, international airport, retail, yacht marina, and cruise ship ports.

In the western region, the administration is focused on the redevelopment of the Aguadilla airport to serve as the second international airport of Puerto Rico and as a regional logistics hub.

PR-CCD-0005525

**Employment and Unemployment**

The number of persons employed in Puerto Rico during fiscal year 2010 averaged 1,102,700, a decrease of 5.6% compared to previous fiscal year. During the first six months of fiscal year 2011, total employment averaged 1,084,500, a decline of 2.5% with respect to the same period of the prior year; and the unemployment rate averaged 15.9%.

The following table presents annual statistics of employment and unemployment for fiscal year 2006 through fiscal year 2010, and the average figures for the first six months of fiscal year 2011. These employment figures are based on the Household Survey, which includes self-employed individuals and agriculture employment, instead of the non-farm, payroll employment survey (the "Payroll Survey"), which does not. The number of self-employed individuals represents around 15% of civilian employment in Puerto Rico, more than double the level in the United States. On the other hand, agriculture employment in Puerto Rico represented 1.6% of total employment in fiscal year 2009.

**Commonwealth of Puerto Rico**
**Employment and Unemployment[1]**
**(persons age 16 and over, in thousands)**

| Fiscal Years Ended June 30, | Labor Force | Employed | Unemployed | Unemployment Rate[2] |
|---|---|---|---|---|
| | | (Annual Average) | | |
| 2006 | 1,422 | 1,266 | 156 | 11.0 |
| 2007 | 1,410 | 1,263 | 147 | 10.4 |
| 2008 | 1,368 | 1,218 | 151 | 11.0 |
| 2009 | 1,349 | 1,168 | 181 | 13.4 |
| 2010 | 1,313 | 1,103 | 210 | 16.0 |
| 2011[3] | 1,289 | 1,085 | 205 | 15.9 |

[1] Totals may not add due to rounding.
[2] Unemployed as percentage of labor force.
[3] Average figures for the first six months of fiscal year 2011 (July through December 2010).

*Source:* Department of Labor and Human Resources – Household Survey

I-28

PR-CCD-0005526

## Economic Performance by Sector

From fiscal year 2007 to fiscal year 2009, the manufacturing and service sectors generated the largest portion of gross domestic product. The manufacturing, service, and government sectors were the three sectors of the economy that provided the most employment in Puerto Rico.

The following table presents annual statistics of gross domestic product by sector and gross national product for fiscal years 2007 to 2009.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Sector and Gross National Product[1]**
**(at current prices, in millions)**

|  | Fiscal Years Ended June 30, | | |
|  | 2007 | 2008 | 2009[2] |
| --- | --- | --- | --- |
| Manufacturing | $37,637 | $40,548 | $43,541 |
| Service[3] | 40,190 | 41,227 | 41,028 |
| Government[4] | 8,585 | 8,762 | 9,254 |
| Agriculture | 430 | 613 | 633 |
| Construction[5] | 2,027 | 1,991 | 1,782 |
| Statistical discrepancy | (464) | (215) | (538) |
| Total gross domestic product[6] | $88,405 | $92,926 | $95,708 |
| Less:  net payment abroad | (28,884) | (31,399) | (32,949) |
| Total gross national product[6] | $59,521 | $61,527 | $62,759 |

[1] For fiscal year 2009, the Planning Board published all macroeconomic account data for fiscal years 2007, 2008 and 2009 using the North American Industry Classification System ("NAICS") rather than the Standard Industrial Codes ("SIC") used in prior years. As a result, macroeconomic data for fiscal years prior to 2007 are not comparable and have not been included in this table.

[2] Preliminary.

[3] Includes wholesale and retail trade, utilities, transportation and warehousing, information, finance and insurance, real estate and rental, and other services.

[4] Includes the Commonwealth, its municipalities and certain public corporations, and the federal government. Excludes certain public corporations, such as the Electric Power Authority and the Aqueduct and Sewer Authority, whose activities are included under "Service" in the table.

[5] Includes mining.

[6] Totals may not add due to rounding.

*Source:*  Planning Board

Traditionally, the Government has presented the industrial distribution of production in Puerto Rico using gross domestic product because the Planning Board had not published such a distribution using real gross national product as a base measurement. Recently, the Planning Board presented an industrial distribution of production based on real gross national product, which shows significant differences in the importance of the manufacturing sector to the Puerto Rico economy:

I-29

PR-CCD-0005527

**Commonwealth of Puerto Rico**
**Gross National Product by Sector [1]**
**(at current prices, in millions)**

| | Fiscal Years Ended June 30, | | |
| --- | --- | --- | --- |
| | 2007 | 2008 | 2009[2] |
| Service[3] | $35,443 | $38,956 | $36,909 |
| Manufacturing | 12,570 | 12,870 | 13,623 |
| Government[4] | 9,529 | 9,757 | 10,373 |
| Construction[5] | 2,013 | 1,964 | 1,757 |
| Agriculture | 430 | 614 | 634 |
| Statistical discrepancy | (464) | (215) | (538) |
| Total gross national product[6] | $59,520 | $63,946 | $62,759 |

[1] For fiscal year 2009, the Planning Board published all macroeconomic account data for fiscal years 2007, 2008 and 2009 using the North American Industry Classification System ("NAICS") rather than the Standard Industrial Codes ("SIC") used in prior years. As a result, macroeconomic data for fiscal years prior to 2007 are not comparable and have not been included in this table.
[2] Preliminary.
[3] Includes wholesale and retail trade, utilities, transportation and warehousing, information, finance and insurance, real estate and rental, and other services.
[4] Includes the Commonwealth, its municipalities and certain public corporations, and the federal government. Excludes certain public corporations, such as the Electric Power Authority and the Aqueduct and Sewer Authority, whose activities are included under "Service" in the table.
[5] Includes mining.
[6] Totals may not add due to rounding.

*Source:* Planning Board

The service sector's (which includes wholesale and retail trade, utilities, transportation and warehousing, information, finance and insurance, real estate and rental, and other services) share appears significantly higher than manufacturing when compared to the industrial distribution of production in Puerto Rico based on gross domestic product. This variance occurs because manufacturing activity is principally carried out by non-resident entities whose income is not accounted for in Puerto Rico's real gross national product.

The data for employment by sector or industries presented here, like in the United States, are based on the Payroll Survey, which is designed to measure number of payrolls by sector. The Payroll Survey excludes agricultural employment and self-employed persons.

I-30

PR-CCD-0005528

The following table presents annual statistics of average employment based on NAICS for fiscal years 2006 to 2010.

### Commonwealth of Puerto Rico
### Non-Farm, Payroll Employment by Economic Sector[1]
### (persons age 16 and over)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010[2] |
| Natural resources and construction | 65,492 | 64,700 | 59,675 | 49,083 | 33,642 |
| Manufacturing | | | | | |
|     Durable goods | 46,350 | 45,417 | 43,100 | 39,217 | 35,267 |
|     Non-durable goods | 66,233 | 62,442 | 60,950 | 57,492 | 54,725 |
| Sub-total | 112,583 | 107,858 | 104,050 | 96,708 | 89,992 |
| | | | | | |
| Trade, transportation, warehouse, and Utilities | | | | | |
|     Wholesale trade | 33,992 | 33,267 | 33,717 | 33,250 | 32,467 |
|     Retail trade | 137,358 | 133,750 | 130,883 | 127,475 | 122,900 |
|     Transportation, warehouse, and utilities | 17,433 | 16,992 | 16,742 | 15,683 | 13,667 |
|     Sub-total | 188,783 | 184,008 | 181,342 | 176,408 | 169,033 |
| | | | | | |
| Information | 22,675 | 22,642 | 21,442 | 20,217 | 18,175 |
| Finance | 49,767 | 49,108 | 48,483 | 48,417 | 46,683 |
| Professional and business | 106,517 | 108,800 | 108,150 | 103,300 | 99,300 |
| Educational and health | 103,650 | 105,225 | 108,550 | 109,967 | 112,725 |
| Leisure and hospitality | 74,767 | 73,567 | 73,408 | 70,892 | 70,958 |
| Other services | 20,567 | 18,242 | 17,367 | 16,775 | 16,008 |
| Government[3] | 302,492 | 298,125 | 297,742 | 300,683 | 285,517 |
|     Total non-farm | 1,047,742 | 1,032,275 | 1,020,208 | 992,450 | 942,033 |

---

[1] The figures presented in this table are based on the Payroll Survey prepared by the Bureau of Labor Statistics of the Puerto Rico Department of Labor and Human Resources.  There are numerous conceptual and methodological differences between the Household Survey and the Payroll Survey.  The Payroll Survey reflects information collected from payroll records of a sample of business establishments, while the Household Survey is based on responses to a series of questions by persons in a sample of households.  The Payroll Survey excludes the self-employed and agricultural employment.  Totals may not add due to rounding.

[2] Preliminary.

[3] Includes state, local, and federal government employees.

*Source:*  Department of Labor and Human Resources, Current Employment Statistics Survey (Establishment Survey – NAICS Codes)

PR-CCD-0005529

*Manufacturing*

Manufacturing is the largest sector of the Puerto Rico economy in terms of gross domestic product and the second largest in terms of real gross national product. The Planning Board figures show that in fiscal year 2009 manufacturing generated $43.5 billion, or 45.5%, of gross domestic product. Manufacturing, however, only generated $13.6 billion, or 21.7%, of real gross national product in fiscal year 2009. During fiscal year 2010, payroll employment for the manufacturing sector was 89,992, a decrease of 6.9% compared with fiscal year 2009. Most of Puerto Rico's manufacturing output is shipped to the U.S. mainland, which is also the principal source of semi-finished manufactured articles on which further manufacturing operations are performed in Puerto Rico. Federal minimum wage laws are applicable in Puerto Rico. For fiscal year 2010, the average hourly manufacturing wage rate in Puerto Rico was approximately 53.2% of the average mainland U.S. rate.

Although the manufacturing sector is less prone to business cycles than the agricultural sector, that does not guarantee the avoidance of the effects of a general downturn of manufacturing on the rest of the economy. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor. This gradual shift in emphasis is best exemplified by large investments over the last two decades in the pharmaceutical and medical-equipment industries in Puerto Rico. Historically, one of the factors that encouraged the development of the manufacturing sector was the tax incentives offered by the federal and Puerto Rico governments. Federal legislation enacted in 1996, however, which amended Section 936 of the U.S. Internal Revenue Code of 1986, as amended (the "U.S. Code"), phased out these federal tax incentives during a ten-year period that ended in 2006. Moreover, Act 154 expanded the income tax rules as they relate to certain nonresident alien individuals, foreign corporations and foreign partnerships and imposed a new temporary excise tax on persons that purchase products manufactured in Puerto Rico by other persons that are members of the same controlled group. The elimination of the benefits provided by Section 936 of the U.S. Code has had, and Act 154 may have, a long-term impact on local manufacturing activity. See "Tax Incentives—Incentives under the U.S. Code" under THE ECONOMY and "Major Sources of General Fund Revenues—Tax Reform" and "Major Sources of General Fund Revenues—Income Taxes," respectively, under PUERTO RICO TAXES, OTHER REVENUES AND EXPENDITURES.

PR-CCD-0005530

The following table sets forth gross domestic product by manufacturing sector for fiscal years 2007 to 2009.

### Commonwealth of Puerto Rico
### Gross Domestic Product by Manufacturing Sector[1]
### (at current prices, in thousands)

| | Fiscal Years Ended June 30, | | |
| --- | --- | --- | --- |
| | 2007 | 2008 | 2009[2] |
| Food | $1,103,133 | $ 831,351 | $ 864,364 |
| Beverage and Tobacco Products | 932,301 | 1,405,111 | 1,554,799 |
| Textile Mills | 2,310 | 1,378 | 1,055 |
| Textile Product Mills | 13,944 | 13,876 | 12,221 |
| Apparel | 211,110 | 236,186 | 260,107 |
| Leather and Allied Products | 18,256 | 21,530 | 23,895 |
| Wood Products | 24,193 | 22,668 | 23,830 |
| Paper | 73,908 | 71,304 | 71,704 |
| Printing and Related Support Activities | 129,716 | 131,217 | 117,720 |
| Petroleum and Coal Products | 374,137 | 86,317 | 360,041 |
| Chemical | 26,891,695 | 27,966,500 | 29,806,137 |
| Plastics and Rubber Products | 126,642 | 127,091 | 122,338 |
| Nonmetallic Mineral Products | 295,265 | 273,670 | 236,869 |
| Primary Metals | 103,960 | 109,287 | 104,321 |
| Fabricated Metal Products | 248,929 | 247,804 | 250,066 |
| Machinery | 223,441 | 232,868 | 225,734 |
| Computer and Electronic Products | 4,222,014 | 5,957,553 | 6,266,460 |
| Magnetic and Optical | - | - | - |
| Electrical Equipment, Appliances and Components | 518,471 | 677,088 | 747,903 |
| Transportation Equipment | 81,906 | 85,913 | 78,249 |
| Furniture and Related Products | 66,039 | 62,985 | 54,217 |
| Miscellaneous | 1,975,250 | 1,986,317 | 2,359,370 |
| Total gross domestic product of manufacturing sector[3] | $37,636,619 | $40,548,014 | $43,541,398 |

---

[1] For fiscal year 2009, the Planning Board published all macroeconomic account data for fiscal years 2007, 2008 and 2009 using NAICS rather than SIC, which was used in prior years. As a result, macroeconomic data for fiscal years prior to 2007 are not comparable and have not been included in this table.

[2] Preliminary.

[3] Totals may not add due to rounding.

*Source:* Planning Board

I-33

PR-CCD-0005531

The following table presents annual statistics of average manufacturing employment by industry based on NAICS for fiscal years 2006 to 2010.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Manufacturing Employment by Industry Group\***
**(persons age 16 years and over)**

| Industry group | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010[1] |
| **Durable goods** | | | | | |
| Nonmetallic mineral products manufacturing | 4,100 | 3,825 | 3,758 | 3,058 | 2,417 |
| Cement and concrete products manufacturing | 3,533 | 3,300 | 3,367 | 2,833 | 2,225 |
| Fabricated metal products | 5,775 | 5,675 | 5,375 | 4,908 | 3,842 |
| Computer and electronic | 10,808 | 10,092 | 8,600 | 7,033 | 5,958 |
| Electrical equipment | 6,842 | 6,617 | 6,658 | 5,867 | 5,025 |
| Electrical equipment manufacturing | 4,700 | 4,508 | 4,383 | 3,917 | 3,242 |
| Miscellaneous manufacturing | 11,258 | 12,292 | 11,967 | 11,975 | 11,875 |
| Medical equipment and supplies manufacturing | 10,533 | 11,575 | 11,342 | 11,442 | 11,392 |
| Other durable goods manufacturing | 7,567 | 6,917 | 6,742 | 6,375 | 6,150 |
| Total – durable goods | 46,350 | 45,417 | 43,100 | 39,217 | 35,267 |
| | | | | | |
| **Non-durable goods** | | | | | |
| Food manufacturing | 12,650 | 12,183 | 11,725 | 11,392 | 11,567 |
| Beverage and tobacco products manufacturing | 3,392 | 3,258 | 3,267 | 3,125 | 3,125 |
| Apparel manufacturing | 8,258 | 7,708 | 9,633 | 9,825 | 9,133 |
| Cut and sew apparel manufacturing | 8,017 | 7,075 | 8,617 | 8,975 | 8,833 |
| Chemical manufacturing | 32,317 | 30,467 | 27,900 | 25,042 | 23,192 |
| Pharmaceutical and medicine manufacturing | 28,017 | 26,375 | 24,033 | 21,500 | 19,808 |
| Plastics and rubber products | 2,325 | 2,200 | 1,983 | 1,967 | 1,867 |
| Plastics product manufacturing | 2,133 | 2,025 | 1,850 | 1,825 | 1,758 |
| Other non-durable goods manufacturing | 7,292 | 6,625 | 6,442 | 6,142 | 5,842 |
| Total – non-durable goods | 66,233 | 62,442 | 60,950 | 57,492 | 54,725 |
| | | | | | |
| Total manufacturing employment | 112,583 | 107,858 | 104,050 | 96,708 | 89,992 |

\* Totals may not add due to rounding.
[1] Preliminary.

*Source*: Department of Labor and Human Resources, Current Employment Statistic Survey (Establishment Survey – NAICS Codes)

I-34

PR-CCD-0005532

Total employment in the manufacturing sector decreased by 22,591 from fiscal year 2006 to fiscal year 2010. Manufacturing employment had been declining during the past decade, but the decline accelerated during fiscal years 2002 and 2003, falling 10.6% and 4.8%, respectively. Thereafter, manufacturing employment stabilized around 118,000 jobs, but the acceleration in job losses reappeared in fiscal year 2006 with the sector experiencing another drop of 4.0%. For fiscal years 2007, 2008, 2009 and 2010, manufacturing employment decreased by 4.2%, 3.5%, 7.1% and 6.9%, respectively. For the first six months of fiscal year 2011, the sector lost an average of 1,400 jobs, or 1.6%, compared to the same period of the previous year. Given that this sector used to pay, on average, the highest wages in Puerto Rico, its general downturn has represented a major difficulty for restoring growth for the whole economy. There are several reasons that explain this sector's job shrinkage: the end of the phase-out of the tax benefits afforded by Section 936 of the U.S. Code, the net loss of patents on certain pharmaceutical products, the escalation of manufacturing production costs (particularly electricity), the increased use of job outsourcing, and, currently, the effects of the global economic decline. Puerto Rico's manufacturing sector is facing increased international competition. As patents on pharmaceutical products manufactured in Puerto Rico expire and the production of such patented products is not replaced by new products, there may be additional job losses in this sector and a loss of tax revenues for the Commonwealth.

*Service Sector*

Puerto Rico has experienced mixed results in the service sector, which, for purposes of the data set forth below, includes wholesale and retail trade, utilities, transportation and warehousing, information, finance and insurance, real estate and rental, and other services. This sector has expanded in terms of income over the past decade, following the general trend of other industrialized economies, but with differences on the magnitudes of those changes. During the period between fiscal years 2007 and 2009, the gross domestic product in this sector, in nominal terms, increased at an average annual rate of 1.1%, while payroll employment in this sector decreased at an average annual rate of 2.6% between fiscal years 2007 and 2010. In the Puerto Rico labor market, self-employment, which is not accounted for in the Payroll Survey, represents approximately 15% of total employment according to the Household Survey. Most of the self-employment is concentrated in the service and construction sectors. The development of the service sector has been positively affected by demand generated by other sectors of the economy, such as manufacturing and construction.

The high degree of knowledge, skills, and expertise in professional and technical services available in Puerto Rico places the island in a favorable competitive position with respect to Latin America and other trading countries throughout the world.

The service sector ranks second to manufacturing in its contribution to gross domestic product, but first in its contribution to real gross national product. The service sector is also the sector with the greatest amount of employment. In fiscal year 2009, the service sector generated $41.0 billion, or 42.9%, of gross domestic product, while it generated $36.9 billion, or 58.8%, of real gross national product. Wholesale and retail trade, information services, education and health services, professional and business services and real estate and rentals experienced growth in fiscal years 2007 to 2009, as measured by gross domestic product at current prices. Finance and insurance, transportation and warehousing, utilities, and leisure and hospitality experienced

I-35

PR-CCD-0005533

contractions in fiscal years 2007 to 2009, as measured by gross domestic product at current prices. From fiscal year 2007 to 2009, gross domestic product increased in the trade sector from $7.2 billion to $7.5 billion and in real estate and rentals from $11.7 billion to $13.3 billion, and decreased in finance and insurance from $6.7 billion to $5 billion.

Service-sector employment decreased from 566,725 in fiscal year 2006 to 532,883 in fiscal year 2010 (representing 56.6% of total, non-farm, payroll employment). The average service-sector employment for fiscal year 2010 represents a decrease of 2.4% compared to the prior fiscal year. For the first six months of fiscal year 2011, average service-sector employment was 536,050, a decrease of 0.3% with respect to the same period for the prior fiscal year.

Puerto Rico has a developed banking and financial system. As of September 30, 2010, there were ten commercial banks operating in Puerto Rico. Commercial banks in Puerto Rico are generally regulated by the Federal Deposit Insurance Corporation (the "FDIC") or the Board of Governors of the Federal Reserve System and by the Office of the Commissioner of Financial Institutions of Puerto Rico (the "OCFI"). The OCFI reports that total assets of commercial banks (including assets of units operating as international banking entities) as of September 30, 2010 were $78.4 billion, as compared to $89.2 billion as of December 31, 2009. On April 30, 2010, the OCFI closed three commercial banks and the FDIC was named receiver. On the same date, the FDIC entered into loss share purchase and assumption agreements with three of the other commercial banks with operations in Puerto Rico, providing for the acquisition of most of the assets and liabilities of the closed banks including the assumption of all of the deposits. To date, the amount of jobs lost as a result of these consolidations has not been significant. The administration expects that this consolidation will strengthen the Puerto Rico banking sector.

Broker-dealers in Puerto Rico are regulated by the Financial Industry Regulatory Authority ("FINRA") and the OCFI, and are mainly dedicated to serve investors that are residents of Puerto Rico. According to the OCFI, assets under management by broker-dealers in Puerto Rico totaled $5.5 billion as of September 30, 2010, up from $2.6 billion on September 30, 2009. Another relevant component of the financial sector in Puerto Rico is the mutual-fund industry. Local mutual funds are organized as investment companies and recorded assets under management of $13.8 billion as of September 30, 2010, up from $13.7 billion as of September 30, 2009 according to the OCFI.

Other components of the financial sector in Puerto Rico include international banking entities ("IBEs") and credit unions (locally known as *cooperativas*). IBEs are licensed financial businesses that conduct offshore banking transactions. As of September 30, 2010, there were 34 international banking entities (including units of commercial banks) operating in Puerto Rico licensed to conduct offshore banking transactions, with total assets of $37.8 billion, a decrease from $52.0 billion in total assets as of September 30, 2009. Meanwhile, credit unions, which tend to provide basic consumer financial services, reached $7.4 billion in assets as of September 30, 2010, a slight increase from $7.0 billion as of September 30, 2009.

In addition, there are specialized players in the local financial industry that include mortgage-origination companies and auto and personal finance companies.

I-36

The following table sets forth gross domestic product for the service sector for fiscal years 2007 to 2009.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Service Sector**
**(in millions at current prices)**

| | Fiscal Years ended June 30 | | |
| | 2007 | 2008 | 2009[1] |
|---|---|---|---|
| Wholesale trade | $ 2,751.6 | $ 2,834.6 | $ 2,885.5 |
| Retail trade | 4,471.4 | 4,508.7 | 4,583.7 |
| Transportation and warehousing | 968.3 | 998.5 | 978.0 |
| Utilities | 2,214.4 | 2,114.6 | 2,123.1 |
| Information | 2,466.5 | 2,477.4 | 2,552.8 |
| Finance and insurance | 6,694.3 | 6,693.4 | 4,951.8 |
| Real Estate and rental | 11,685.7 | 12,152.0 | 13,253.5 |
| Professional and business | 3,112.5 | 3,223.7 | 3,305.0 |
| Education and health | 3,592.5 | 3,932.1 | 4,131.4 |
| Leisure and hospitality | 1,861.5 | 1,919.1 | 1,895.6 |
| Other services | 371.6 | 372.8 | 367.9 |
| Total | $40,190.3 | $41,226.9 | $41,028.3 |

*Source*: Puerto Rico Planning Board

The following table sets forth employment for the service sector for fiscal years 2006 to 2010.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Employment by Service Sector\***
**(thousands of persons age 16 and over)**

| | Fiscal Years Ended June 30, | | | | |
| | 2006 | 2007 | 2008 | 2009 | 2010[1] |
|---|---|---|---|---|---|
| Wholesale trade | 33,992 | 33,267 | 33,717 | 33,250 | 32,467 |
| Retail trade | 137,358 | 133,750 | 130,883 | 127,475 | 122,900 |
| Transportation, warehouse and utilities | 17,433 | 16,992 | 16,742 | 15,683 | 13,667 |
| Information | 22,675 | 22,642 | 21,442 | 20,217 | 18,175 |
| Finance | 49,767 | 49,108 | 48,483 | 48,417 | 46,683 |
| Professional and business | 106,517 | 108,800 | 108,150 | 103,300 | 99,300 |
| Educational and health | 103,650 | 105,225 | 108,550 | 109,967 | 112,725 |
| Leisure and hospitality | 74,767 | 73,567 | 73,408 | 70,892 | 70,958 |
| Other services | 20,567 | 18,242 | 17,367 | 16,775 | 16,008 |
| Total | 566,725 | 561,592 | 558,742 | 545,975 | 532,883 |

---

\*      Totals may not add due to rounding.
[1]    Preliminary.

*Source:* Department of Labor and Human Resources, Benchmark on Employment, Hours and Earnings

PR-CCD-0005535

*Hotels and Related Services—Tourism*

For fiscal year 2010, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,803,900, an increase of 5.5% over the number of persons registered during fiscal year 2009. The average occupancy rate in tourist hotels during fiscal year 2010 was 69.0%, compared to 66.2% in fiscal year 2009. The average number of rooms available in tourist hotels increased by 3.6% to 11,403 rooms from fiscal year 2009 to fiscal year 2010.

In terms of employment figures, this sector has shown a behavior consistent with the local business cycle, accentuated by the contraction of U.S. economic activity. For fiscal year 2010, employment in hotels and other lodging facilities was reduced by 3.5% to 12,800 jobs. For the first five months of fiscal year 2011, the average decrease in employment in hotels and other lodging facilities was 0.3% as compared to the same period for the prior fiscal year. According to the Payroll Survey, employment in the leisure and hospitality sector was 71,000 for fiscal year 2010, an increase of 0.1% over employment for fiscal year 2009. For the first five months of fiscal year 2011, employment has declined by 1.5% to 70,200 compared to the same period of the prior fiscal year.

San Juan is the largest homeport for cruise ships in the Caribbean and one of the largest homeports for cruise ships in the world.

The following table presents data relating to visitors to Puerto Rico and tourist expenditures for the five fiscal years ended June 30, 2009.

I-38

PR-CCD-0005536

## Commonwealth of Puerto Rico
## Tourism Data[1]

### Number of Visitors

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2005 | 1,361,643 | 1,386,925 | 2,324,274 | 5,072,842 |
| 2006 | 1,424,166 | 1,300,115 | 2,297,839 | 5,022,120 |
| 2007 | 1,353,376 | 1,375,433 | 2,333,597 | 5,062,406 |
| 2008 | 1,342,810 | 1,496,853 | 2,373,436 | 5,213,099 |
| 2009 | 1,277,749 | 1,232,010 | 2,272,778 | 4,782,537 |

### Total Visitors' Expenditures
### (in millions)

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2005 | 1,428.4 | 167.1 | 1,643.1 | 3,238.6 |
| 2006 | 1,537.7 | 160.9 | 1,670.7 | 3,369.3 |
| 2007 | 1,501.6 | 172.2 | 1,740.1 | 3,413.9 |
| 2008 | 1,526.3 | 194.3 | 1,814.3 | 3,535.0 |
| 2009[5] | 1,464.4 | 173.7 | 1,834.8 | 3,472.8 |

[1] Only includes information about non-resident tourists registering in tourist hotels. They are counted once even if registered in more than one hotel.
[2] Includes visitors in guesthouses.
[3] Includes cruise ship visitors and transient military personnel.
[4] Includes visitors in homes of relatives, friends, and in hotel apartments.
[5] Preliminary.

*Sources:* Puerto Rico Tourism Company and the Planning Board

The Commonwealth, through the Puerto Rico Convention Center District Authority ("PRCDA"), has developed the Dr. Pedro Rosselló González Convention Center, the largest convention center in the Caribbean, and the centerpiece of a 100-acre, private development, that includes hotels, restaurants, office space, and housing. The convention center district is being developed at a total cost of $1.3 billion in a public/private partnership effort to improve Puerto Rico's competitive position in the convention and group-travel segments. The convention center opened on November 17, 2005 and, since its inauguration, the facility has hosted more than 1,000 events accounting for more than 1,000,000 attendees. A 500 room hotel located next to the convention center commenced operations at the end of November 2009.

The PRCDA also owns an 18,500-person capacity multipurpose arena, known as the José Miguel Agrelot Coliseum, located in San Juan, Puerto Rico. The coliseum was inaugurated in 2004 and has hosted more than 2.5 million people attending over 400 world-caliber events. The venue has received numerous awards including "Best International Large Venue of the Year" from Pollstar magazine in 2005.

I-39

PR-CCD-0005537

*Government*

The government sector of Puerto Rico plays an important role in the economy. It promoted the transformation of Puerto Rico from an agricultural economy to an industrial one during the second half of the previous century, providing the basic infrastructure and services necessary for the modernization of the Island.

In fiscal year 2009, the government accounted for $9.3 billion, or 9.7%, of Puerto Rico's gross domestic product. The government is also a significant employer, employing 285,600 workers (state, including public corporations, and local), or 28.8% of total, non-farm, payroll employment in fiscal year 2009. From fiscal year 2006 to fiscal year 2009, state and municipal government employment averaged approximately 284,900. During fiscal year 2010, state and municipal government employment decreased by 17,600 jobs, or 6.2%. According to the payroll survey, the distribution of these job reductions was 13,400 jobs in the state government and 4,200 jobs in municipal government.

As discussed previously, Act 7 established, among other things, a temporary freeze of salary increases and other economic benefits included in laws, collective bargaining agreements, and any other agreements. In addition, Act 7 provided that, for a period of two years after its enactment, collective bargaining agreements that had already expired or that would expire while the law is in effect and that relate to public employees may not be renegotiated or renewed. Certain individuals and labor organizations have challenged in court the validity of some of the provisions of Act 7. See "Litigation."

*Transportation*

Thirty-four shipping lines offer regular ocean freight service to eighty United States and foreign ports. San Juan is the island's leading seaport, but there are also seaport facilities at other locations in Puerto Rico including Arecibo, Culebra, Fajardo, Guayama, Guayanilla, Mayagüez, Ponce, Vieques, and Yabucoa.

Puerto Rico's airport facilities are located in Carolina, San Juan, Ponce, Mayaguez, Aguadilla, Arecibo, Ceiba, Vieques, Culebra, and Humacao.

Luis Muñoz Marín International Airport in the San Juan metropolitan area is currently served by 24 domestic and international airlines. The airport receives over 10 million passengers per year, making it the busiest airport in the Caribbean. At present, there is daily direct service between San Juan and Atlanta, Baltimore, Boston, Chicago, Dallas, Miami, New York, Orlando, Philadelphia, and numerous other destinations within the U.S. mainland. San Juan has also become a hub for intra-Caribbean service for a major airline. While the main hubs in the U.S. mainland serve as the gateway from San Juan to most international destinations, Latin American destinations are also served through Panama City, Panama, with connections to Central and South America, while European cities are also served through Madrid, Spain. On December 22, 2009, the Federal Aviation Administration ("FAA") approved the Ports Authority's preliminary application to participate in the FAA's airport public-private partnership pilot program. During fiscal year 2010, the PPP Authority engaged a team of advisors and in June 2010 published the related desirability and convenience study, which is required for the establishment of a public-

PR-CCD-0005538

private partnership. The PPP Authority expects to issue a request for qualifications by the third quarter of fiscal year 2011.

Regarding other airports, Rafael Hernandez Airport in Aguadilla has regularly scheduled service to and from Fort Lauderdale, New York, Newark and Orlando; and Ponce's Mercedita Airport has regularly scheduled service to and from New York and Orlando. Both of these airports also have scheduled service to other Caribbean islands. Smaller regional airports serve intra-island traffic. Cargo operations are served by both Federal Express and United Parcel Service (UPS) at the airports in San Juan and Aguadilla.

The island's major cities are connected by a modern highway system, which, as of December 31, 2009, totaled approximately 4,636 miles and 12,045 miles of local streets and adjacent roads. The highway system comprises 389 miles of primary system highways, which are the more important interregional traffic routes and include PR-52, PR-22, PR-53, PR-66 and PR-20 toll highways, 230 miles of primary urban system highways, 959 miles of secondary system highways serving the needs of intra-regional traffic, and 3,058 miles of tertiary highways and roads serving local, intra-regional traffic. During the first half of fiscal year 2011, the PPP Authority commenced the procurement process for the establishment of a concession for toll roads PR-22 and PR-5.

The Port of the Americas is a deep draft container terminal under development on the south coast of Puerto Rico in the City of Ponce, the Commonwealth's fourth largest municipality by population. Managed by the Port of the Americas Authority, the terminal can handle containerized import/export and transshipment cargo. The first phase of the port development was completed in 2004 while the second phase, which resulted in container yard with capacity of up to 250,000 Twenty-Foot Equivalent Units per year, was completed in March 2009. A third development phase, which entails a public investment of $84.4 million, is ongoing through September 2011. The completion of phase three will result in an annual terminal processing capacity of up to 500,000 Twenty-Foot Equivalent Units as well as the installation of basic infrastructure required to develop an industrial value-added zone on land adjacent to the Port.

*Construction*

Although the construction industry represents a relatively small segment of the economy compared to other sectors, it has made significant contributions to the growth of economic activity due to its multiplier effect on the whole economy. During the period from fiscal year 2007 to 2009, however, real construction investment decreased at an average annual rate of 14.7%. During the same time period, the total value of construction permits, in current dollars, decreased at an average annual rate of 9.8%.

Public investment has been an important component of construction investment. During fiscal year 2009, approximately 52.9% of the total investment in construction was related to public projects. The total value of construction permits decreased 29.2% in fiscal year 2010 as compared to fiscal year 2009, and total sales of cement decreased by 26.3% between 2009 and 2010, the largest decline registered since 1959. Average payroll employment in the construction sector during fiscal year 2010 was 33,600, a reduction of 31.5% from fiscal year 2009. During the first six months of fiscal year 2011, payroll employment in the construction sector averaged

PR-CCD-0005539

27,100, a further reduction of 24.6% for the same period in fiscal year 2010 and the lowest level of construction sector employment in a decade.

Total construction investment for fiscal year 2009 decreased in real terms by 20.1%, following a 9.0% real decline in fiscal year 2008, due principally to the drop in private construction activity. The Planning Board expects a further construction investment decrease of 5.2% in real terms for fiscal year 2010. Public investment in construction has been negatively affected by the Commonwealth's fiscal difficulties, while private investment in construction is still suffering from the credit conditions that prevailed during the last decade. While the Planning Board had originally projected a further construction investment decrease of 10.5% in real terms for fiscal year 2010, the expected positive impact of the Federal Stimulus and the Local Stimulus led it to reduce its projected decrease in construction investment to 5.2% in real terms. Public investment was primarily in housing, schools (and school reconstruction programs), water projects, and other public infrastructure projects.

During fiscal year 2010, the number of construction permits decreased 15.2%, while the total value of construction permits dropped by 29.2% compared to fiscal year 2009. These figures are consistent with cement sales, which declined by 26.3% in fiscal year 2010 and by 14.1% during the first six months of fiscal year 2011, reaching levels not seen in almost three decades.

On September 2, 2010, the Governor signed Act 132. Act 132 was designed primarily to stimulate the Puerto Rico real estate market, which in recent years has been suffering from lower sales, rising inventories, falling median prices and increased foreclosure rates. Pursuant to the provisions of Act 132, the Government has provided tax and transaction fee incentives to both purchasers and sellers of new and existing residential properties, as well as commercial properties with sale prices that do not exceed $3 million. The incentives provided under Act No. 132 will be available from September 1, 2010 to June 30, 2011. Certain permanent incentives are also available for rental housing.

*Agriculture*

The Department of Agriculture and related agencies have directed their efforts at increasing and improving local agricultural production, increasing efficiency and the quality of produce, and stimulating the consumption of locally produced agricultural products. It should be noted, however, that agriculture production represents less than 1% of Puerto Rico's gross domestic product. During fiscal year 2009, gross income from agriculture was $633 million, an increase of 3.4% compared with fiscal year 2008.

The administration supports agricultural activities through incentives, subsidies, and technical and support services, in addition to income tax exemptions for qualified income derived by bona fide farmers. Act No. 225 of 1995 provides a 90% income tax exemption for income derived from agricultural operations, grants for investments in qualified agricultural projects, and a 100% exemption from excise taxes, real and personal property taxes, municipal license taxes and tariff payments. It also provides full income tax exemption for interest income from bonds, notes and other debt instruments issued by financial institutions to provide financing to agricultural businesses.

PR-CCD-0005540

Policy changes have been implemented to promote employment and income generated by the agricultural sector. The policy initiatives include a restructuring of the Department of Agriculture, an increase in government purchases of local agricultural products, new programs geared towards increasing the production and sales of agricultural products, and a new system of agricultural credits and subsidies for new projects.

**Higher Education**

During the six decades from 1950 to 2010, Puerto Rico made significant advances in the field of education, particularly at the college and graduate-school level. The transformation of Puerto Rico during the 1950s and 1960s from an agricultural economy to an industrial economy brought about an increased demand for educational services at all levels. During the 1970s and 1980s, certain higher-wage, higher-technology industries became more prominent in Puerto Rico. More recently, employment in the service sector has increased significantly. This has resulted in an increased demand for workers having a higher level of education and greater expertise in various technical fields. During the same time period, enrollments in institutions of higher learning rose very rapidly due to growth in the college-age population, and the increasing percentage of college attendance by such population. During the 1990s and into the current decade, college attendance and college attendance as a percentage of the college-age population continued to increase, although the college-age population has declined since 2000.

The following table presents comparative trend data for Puerto Rico and the United States mainland with respect to college-age population and the percentage of such population attending institutions of higher learning.

### Commonwealth of Puerto Rico
### Trend in College Enrollment

| Academic Year | Commonwealth of Puerto Rico | | | United States Mainland | | |
|---|---|---|---|---|---|---|
| | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] |
| 1970 | 341,448[2] | 57,340 | 16.8% | 23,714,000[2] | 8,580,887 | 36.2% |
| 1980 | 397,839[2] | 130,105 | 32.7% | 30,022,000[2] | 12,096,895 | 40.3% |
| 1990 | 417,636[2] | 156,147 | 37.4% | 26,961,000[2] | 13,621,000 | 50.5% |
| 2000 | 428,893[2] | 176,015 | 41.0% | 27,143,454[2] | 15,312,298 | 56.4% |
| 2001 | 429,366[3] | 184,126 | 42.9% | 27,946,091[3] | 15,927,986 | 57.0% |
| 2002 | 425,479[3] | 190,776 | 44.8% | 28,378,777[3] | 16,611,710 | 58.5% |
| 2003 | 420,074[3] | 199,842 | 47.6% | 28,744,193[3] | 16,911,486 | 58.8% |
| 2004 | 414,098[3] | 206,791 | 49.9% | 29,062,634[3] | 17,272,043 | 59.4% |
| 2005 | 406,547[3] | 208,032 | 51.2% | 29,134,149[3] | 17,487,481 | 60.0% |
| 2006 | 400,530[3] | 209,547 | 52.3% | 29,236,155[3] | 17,758,872 | 60.7% |
| 2007 | 396,059[3] | 225,402 | 56.9% | 29,407,260[3] | 18,248,133 | 62.1% |
| 2008 | 395,482[3] | 227,546 | 57.5% | 29,757,219[3] | 19,102,814[4] | 62.8% |

[1] Number of persons of all ages enrolled in institutions of higher education as percent of population 18-24 years of age.
[2] Based on census population as of April 1 of the stated year.
[3] Estimated population (reference date July 1 of the stated year).
[4] Middle alternative projection (NCES).

*Sources:* U.S. Census Bureau (U.S. Mainland Population), U.S. National Center for Education Statistics (NCES), Planning Board (Puerto Rico Population) and Council on Higher Education of Puerto Rico

I-43

The University of Puerto Rico, the only public university in Puerto Rico, has eleven campuses located throughout the island. The University's total enrollment for academic year 2009-2010 was approximately 65,699 students. The Commonwealth appropriates annually for the University of Puerto Rico an amount equal to 9.60% of the average annual revenue from internal sources (subject to certain exceptions) for each of the two fiscal years immediately preceding the current fiscal year.

In addition to the University of Puerto Rico, there are 40 public and private institutions of higher education located in Puerto Rico. Such institutions had an enrollment during academic year 2009-2010 of approximately 183,673 students and provide programs of study in liberal arts, education, business, natural sciences, technology, secretarial and computer sciences, nursing, medicine, and law. Degrees are offered by these institutions at the associate, bachelor, master, and doctoral levels.

Institutions providing education in Puerto Rico must satisfy state licensing requirements to operate. Also, the vast majority of educational institutions are accredited by U.S. Department of Education-recognized accrediting entities.

**Tax Incentives**

One factor that has promoted and continues to promote the development of the manufacturing and service sector in Puerto Rico is the various local and federal tax incentives available, particularly those under Puerto Rico's Industrial Incentives Program and, until 2006, Sections 30A and 936 of the U.S. Code. Tax and other incentives have also been established to promote the development of the tourism industry. These incentives are summarized below.

*Industrial Incentives Program*

Since 1948, Puerto Rico has had various incentives laws designed to promote investment and job creation. Under these laws, companies engaged in manufacturing and certain other designated activities were eligible to receive full or partial exemption from income, property, and other local taxes. The most recent of these incentives laws is the Economic Incentives Act, enacted in May 2008.

The benefits provided by the Economic Incentives Act are available to new companies as well as companies currently conducting tax-exempt operations in Puerto Rico that choose to renegotiate their existing tax exemption grants, expand current operations or commence operating a new eligible business. The activities eligible for tax exemption under the Economic Incentives Act include manufacturing, certain designated services performed for markets outside Puerto Rico (including the United States), the production of energy from local renewable sources for consumption in Puerto Rico and laboratories for research and development. The Economic Incentives Act expands the definition of eligible business from that included in Act No. 135 of December 2, 1997, as amended (the "1998 Tax Incentives Act"), to include clusters and supply chains.

Companies qualifying under the Economic Incentives Act can benefit from a simplified income tax system: in most cases, an income tax rate of 4% and a withholding tax rate of 12% on royalty payments. Alternatively, the income tax rate can be 8% and a withholding rate of 2% on

I-44

PR-CCD-0005542

royalty payments. Special rates apply to projects located in low and mid-development zones (an income tax reduction of 0.5%), certain local projects (an income tax rate as low as 3%), certain small- and medium-sized businesses (an income tax rate as low as 1%) and pioneering activities (an income tax rate of 1%, but for those using intangible property created or developed in Puerto Rico the income tax rate may be 0%). In addition, as with the 1998 Tax Incentives Act, the Economic Incentives Act grants 90% exemption from property taxes, 100% exemption from municipal license taxes during the first three semesters of operations and at least 60% thereafter, and 100% exemption from excise taxes, and sales and use taxes with respect to the acquisition of raw materials and certain machinery and equipment used in the exempt activities.

The Economic Incentives Act is designed to stimulate employment and productivity, research and development, capital investment, reduction in the cost of energy and increased purchase of local products.

Under the Economic Incentives Act, as with the 1998 Tax Incentives Act, companies can repatriate or distribute their profits free of Puerto Rico dividend taxes. In addition, passive income derived by exempted businesses from the investment of eligible funds in Puerto Rico financial institutions, obligations of the Commonwealth, and other designated investments is fully exempt from income and municipal license taxes. Gain from the sale or exchange of shares of an exempted business by its shareholders during the exemption period that is otherwise subject to Puerto Rico income tax would be subject to a special Puerto Rico income tax rate of 4%.

The Economic Incentives Act, like the 1998 Tax Incentives Act, also provides investors that acquire an exempted business that is in the process of closing its operations in Puerto Rico a 50% credit in connection with the cash purchase of such corporation's stocks or operational assets.

*Green Energy Incentives Program*

On July 19, 2010 the Legislative Assembly enacted Act No. 83 of July 19, 2010, also known as the "Green Energy Incentives Act", to encourage the production of renewable energy on a commercial scale. The activities eligible for tax exemption under the Green Energy Incentives Act include businesses engaged in the production and sale of green energy on a commercial scale for consumption in Puerto Rico, a producer of green energy, the installation of machinery and equipment for the production of green energy, and property used for the production of green energy.

Companies qualifying under the Green Energy Incentives Act can benefit from a simplified income tax system: an income tax rate of 4% and a withholding tax rate of 12% on royalty payments, license fees and rental payments to non-Puerto Rico resident companies. In addition, Green Energy Incentives Act grants 90% exemption from property taxes, 100% exemption from municipal license taxes during the first three semesters of operations and at least 60% thereafter, and 100% exemption from excise taxes, and sale and use taxes with respect to the acquisition of raw materials and certain machinery and equipment used in the exempt activities.

PR-CCD-0005543

Under the Green Energy Incentives Act, companies can repatriate or distribute their profits free of Puerto Rico dividend taxes. Gain from the sale or exchange of shares of an exempted business by its shareholders during the exemption period that is otherwise subject to Puerto Rico income tax would be subject to a special Puerto Rico income tax rate of 4%.

*Tourism Incentives Program*

For many years, Puerto Rico has enacted incentives laws designed to stimulate investment in hotel operations on the island. The Puerto Rico Tourism Development Act of 2010 (the "Tourism Development Act") provides partial exemptions from income, property, and municipal license taxes for a period of ten years. The Tourism Development Act also provides certain tax credits for qualifying investments in tourism activities, including hotel and condo-hotel development projects. The Tourism Development Act provides further tourism incentives by granting tax exemption on interest income, fees and other charges received with respect to bonds, notes, or other obligations issued by tourism businesses for the development, construction, rehabilitation, or improvements of tourism projects.

As part of the incentives to promote the tourism industry, in 1993 the Commonwealth established the Tourism Development Fund as a subsidiary of GDB with the authority to (i) make investments in or provide financing to entities that contribute to the development of the tourism industry and (ii) provide financial guarantees and direct loans for financing tourism development projects. To date, the Fund has provided direct loans and financial guarantees in the aggregate of approximately $1.368 billion for loans made or bonds issued to finance the development of twenty-one tourism projects representing 4,744 new hotel rooms and a total investment of approximately $2.135 billion.

*Treatment of Puerto Rico Corporations under the U.S. Code - Controlled Foreign Corporations*

As a result of the modification and phase-out of the federal tax incentives under Section 936 of the U.S. Code, many corporations previously operating thereunder reorganized their operations in Puerto Rico to become controlled foreign corporations ("CFCs"). A CFC is a corporation that is organized outside the United States (including, for these purposes, in Puerto Rico) and is controlled by United States shareholders. In general, a CFC may defer the payment of federal income taxes on its trade or business income until such income is repatriated to the United States in the form of dividends or through investments in certain United States properties. The Puerto Rico Office of Industrial Tax Exemption has received notification from numerous corporations that have converted part or all of their operations to CFCs. These include most of the major pharmaceutical, instrument and electronics manufacturing companies in Puerto Rico.

CFCs operate under transfer pricing rules for intangible income that are different from those applicable to United States corporations operating under Section 936 of the U.S. Code ("Section 936 Corporations"). In many cases, they are allowed to attribute a larger share of this income to their Puerto Rico operation but must make a royalty payment "commensurate with income" to their U.S. affiliates. Section 936 Corporations were exempted from Puerto Rico withholding taxes on any cost-sharing payments they might have opted to make, but CFCs are subject to a 15% Puerto Rico withholding tax on royalty payments, unless they have a

I-46

renegotiated Puerto Rico tax grant issued under the Economic Act in which case this withholding tax could be lowered to 2% or 12%.

In May 2009, the U.S. Department of the Treasury announced proposed changes to the U.S. Code that include, among others, changes to remove incentives for shifting jobs overseas. Several of these initiatives could affect CFCs operating in Puerto Rico. As of this date, no legislation has been approved by either House of Congress of the United States. It is not possible at this time to determine the legislative changes that may be made to the U.S. Code, or their effect on the long-term outlook on the economy of Puerto Rico. The administration will develop policy responses to the U.S. government to seek to safeguard Puerto Rico's economic reconstruction and development plans.

PR-CCD-0005545

# DEBT

## Public Sector Debt

Public sector debt comprises bonds and notes of the Commonwealth, its municipalities, and public corporations ("notes" as used in this section refers to certain types of non-bonded debt regardless of maturity), subject to the exclusions described below.

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury Department, and motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees, which are allocated to the Highway and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the Sales Tax (as defined under "Major Sources of General Fund Revenues—Sales and Use Taxes" under "Puerto Rico Taxes, Other Revenues, and Expenditures" below) allocated to COFINA is not included as internal revenues since the legislation that created COFINA transferred ownership of such portion of the Sales Tax to COFINA and provided that such portion was not "available resources" under the Constitutional provisions relating to full faith and credit bonds.

Future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $939,262,955 in the fiscal year ending June 30, 2015 (based on the assumption that the (i) Public Improvement Refunding Bonds, Series 2004 A, which are variable rate bonds, bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, (ii) Public Improvement Refunding Bonds, Series 2004 B and the Public Improvement Refunding Bonds, Series 2008 B, which are variable rate bonds, bear interest at 12% per annum, and (iii) portion of each of the Public Improvement Refunding Bonds, Series 2003 C, Public Improvement Bonds of 2006, Series A, and Public Improvement Refunding Bonds, Series 2007 A that are variable rate bonds, bear interest at 12% per annum). This amount ($939,262,955) *plus* the amount paid by the Commonwealth in fiscal year 2010 on account of bonds or notes guaranteed by the Commonwealth ($10,491,303), for a total of $949,238,499, is equal to 12.97% of $7,320,525,500, which is the average of the adjusted internal revenues for the fiscal years ended June 30, 2009 and June 30, 2010. If the interest on the outstanding bonds described in items (i) through (iii) above was calculated using the effective fixed interest rate payable by the Commonwealth under the interest rate exchange agreements entered into in respect thereof, the

PR-CCD-0005546

percentage referred to in the preceding sentence would be 11.44% and future maximum annual debt service for the Commonwealth's outstanding general obligation debt would be $826,812,043 in the fiscal year ending June 30, 2020. The potential termination payment (which is a full faith and credit obligation of the Commonwealth) payable by the Commonwealth (based on the then applicable mark-to-market value) upon termination of the above mentioned swap agreements is not included in the calculation of the 15% constitutional debt limitation.

Except as set forth below, annual debt service payments on bonds guaranteed by the Commonwealth are not included in the calculation of the 15% debt limitation. In the event any of the public corporations issuers of guaranteed bonds are unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund, and such debt service would be included in the calculation of the 15% constitutional debt limitation.

As of September 30, 2010, Port of the Americas Authority had outstanding bonds guaranteed by the Commonwealth (the "POA Guaranteed Bonds"), representing a $250 million GDB financing with an outstanding principal amount of $198.7 million. The Commonwealth has begun to make payments of debt service on the POA Guaranteed Bonds and expects to make all payment on the POA Guaranteed Bonds under the full faith and credit guarantee of the Commonwealth. During fiscal year 2010, the Commonwealth made payments under its guaranty of the POA Guaranteed Bonds of $10.5 million. See "Commonwealth Guaranteed Debt" below.

The Commonwealth's policy has been and continues to be to prudently manage such debt within the constitutional limitation. Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes and municipal license taxes. Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products. See "Public Corporations." However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case. Debt of the municipalities is issued pursuant to ordinances adopted by the respective municipal legislatures. Debt of public corporations is issued in accordance with their enabling statutes. GDB, as fiscal agent of the Commonwealth and its municipalities and public corporations, must approve the specific terms of each issuance.

The following table presents a summary of public sector debt as of September 30, 2010. This table includes debt not primarily payable from either Commonwealth or municipal taxes, Commonwealth appropriations or rates charged by public corporations for services or products, some of which debt is set forth in footnote 6 below. Excluded from the table is debt the inclusion of which would reflect double counting including, but not limited to, $1.1 billion of outstanding bonds (as of September 30, 2010) issued by Municipal Finance Agency to finance its purchase of bonds of Puerto Rico municipalities, and $1.6 billion of obligations of Public Finance Corporation issued to purchase certain Commonwealth public sector debt.

I-49

PR-CCD-0005547

**Commonwealth of Puerto Rico**
**Public Sector Debt\***
**(in millions)**

|  | September 30, 2010 |
|---|---|
| GENERAL FUND RELATED DEBT |  |
| Direct full faith and credit obligations | $ 9,193 |
| Puerto Rico guaranteed debt[1] | 4,254 |
| Debt supported by Puerto Rico appropriations or taxes[2] | 3,389 |
| Tan and Revenue Anticipation Notes[3] | 900 |
| Pension Obligation Bonds[4] | 2,948 |
| TOTAL GENERAL FUND RELATED DEBT | $20,684 |
|  |  |
| Sales Tax debt | $13,437 |
| Public corporations and agencies[5] | 23,216 |
| Municipal Debt | 3,202 |
| Limited Obligations/non-recourse debt[6] | 2,431 |
| TOTAL PUBLIC SECTOR DEBT | $62,970 |

---

\* Totals may not add due to rounding.

[1] Consists of $601 million of bonds issued by Aqueduct and Sewer Authority, $384 million of State Revolving Fund Loans incurred under various federal water laws, $198.7 million of bonds issued by Port of the Americas Authority and $3.070 billion of Public Buildings Authority bonds. Excludes $267 million of GDB bonds payable from available moneys of GDB.

[2] Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund. Includes Public Finance Corporation.

[3] Includes related short-term financings.

[4] Represents Senior Pension Funding Bonds, Series A, B, and C issued by the Employees Retirement System, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds.

[5] Excludes the Electric Power Authority's $218,225,000 Power Revenue Refunding Bonds issued in October 2010 and $355,730,000 Power Revenue Bonds, Series EEE (Issuer Subsidy Build America Bonds) issued in December 2010.

[6] Includes the following: $1.3 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $189 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $151.0 million of Special Facilities Revenue Bonds issued by Highways and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $76.3 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; and approximately $75.7 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities.

*Source:* Government Development Bank for Puerto Rico

PR-CCD-0005548

No deductions have been made in the table above for deposits on hand in debt service funds and debt service reserve funds. The table above and the amounts shown throughout this section as representing outstanding debt include outstanding capital appreciation bonds at their respective original principal amounts and do not include any accretion thereon.

**Debt Service Requirements for Commonwealth General Obligation Bonds**

The following table presents the debt service requirements for Commonwealth general obligation bonds outstanding on February 10, 2011. This table, however, does not include payments made by the Commonwealth on the POA Guaranteed Bonds, which are paid from General Fund budgetary appropriations determined in consultation with GDB, as holder of the POA Guaranteed Bonds. The amounts paid by the Commonwealth under the POA Guaranteed Bonds for the prior fiscal year, however, are taken into account in the determination of the constitutional debt limit.

In addition, in respect of certain variable rate general obligation bonds, as to which the Commonwealth has entered into interest rate exchange agreements, the interest in the table is calculated by using the respective fixed rates of interest that the Commonwealth is paying under said agreements.

Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

I-51

PR-CCD-0005549

## Puerto Rico Debt Service Requirements*
## (In thousands)

| Fiscal Year Ending June 30 | Outstanding Bonds | | |
|---|---|---|---|
| | Principal | Interest | Total |
| 2011 | $ 259,735 | $ 236,380 | $ 496,115[1] |
| 2012 | 362,335 | 458,496 | 820,831 |
| 2013 | 387,005 | 437,019 | 824,024 |
| 2014 | 395,445 | 416,080 | 811,525 |
| 2015 | 428,575 | 397,020 | 825,595 |
| 2016 | 449,490 | 375,975 | 825,465 |
| 2017 | 396,915 | 354,122 | 751,037 |
| 2018 | 400,370 | 334,882 | 735,252 |
| 2019 | 487,525 | 316,585 | 804,110 |
| 2020 | 546,400 | 292,810 | 839,210 |
| 2021 | 421,540 | 265,581 | 687,121 |
| 2022 | 351,420 | 245,633 | 597,053 |
| 2023 | 321,255 | 228,925 | 550,180 |
| 2024 | 336,215 | 214,237 | 550,452 |
| 2025 | 340,610 | 198,392 | 539,002 |
| 2026 | 332,845 | 180,813 | 513,658 |
| 2027 | 349,140 | 163,952 | 513,092 |
| 2028 | 375,640 | 145,956 | 521,596 |
| 2029 | 339,095 | 126,627 | 465,722 |
| 2030 | 352,240 | 110,573 | 462,813 |
| 2031 | 371,395 | 93,717 | 465,112 |
| 2032 | 184,545 | 75,786 | 260,331 |
| 2033 | 163,245 | 66,400 | 229,645 |
| 2034 | 172,615 | 57,938 | 230,553 |
| 2035 | 135,555 | 49,722 | 185,277 |
| 2036 | 143,245 | 42,034 | 185,279 |
| 2037 | 151,790 | 33,489 | 185,279 |
| 2038 | 160,675 | 24,604 | 185,279 |
| 2039 | 170,105 | 15,171 | 185,276 |
| 2040 | 80,450 | 4,965 | 85,415 |
| | $9,367,415 | $5,963,884 | $15,331,299 |

\*  Totals may not add due to rounding.  Includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.
(1)  Excludes the payment of interest by the Commonwealth on January 1, 2011 in the amount of $231,893,100.10.

*Sources*:  Government Development Bank for Puerto Rico and Treasury Department

## Interest Rate Exchange Agreements

*General.*  The Commonwealth and various public corporations are party to various interest rate exchange agreements or swaps.  Except for the basis swaps discussed below, the purpose of all of the interest rate exchange agreements currently in place is to hedge the Commonwealth's variable rate debt exposure and the interest rate risks associated therewith.  When the Commonwealth or a public corporation has issued variable rate bonds, it has entered into an interest rate exchange agreement with a counterparty pursuant to which the Commonwealth or the public corporation agrees to pay the counterparty a fixed rate and the counterparty agrees to pay the Commonwealth or public corporation a variable rate intended to

PR-CCD-0005550

match the variable rate payable on the bonds (a "synthetic fixed rate swap"). In theory, the variable rate payments received by the Commonwealth under the swap off-set the variable rate payments on the bonds and, thus, the Commonwealth or the public corporation is left with a net fixed rate payment to a counterparty. The intention of these swaps was to lower the all-in cost of borrowing below what could have been achieved by issuing fixed rate bonds.

*Basis Swap.* The Commonwealth and the Puerto Rico Electric Power Authority ("PREPA") are also party to agreements ("basis swaps"), entered into in June 2006 and March 2008, respectively, pursuant to which they are making payments on a specified notional amount based on a short-term interest rate index published by the Securities Industry and Financial Markets Association ("SIFMA") and are receiving from their counterparties payments on the same notional amount based on the published three-month London Interbank Offered Rate ("LIBOR") plus a specified fixed rate payment (the "basis annuity"). For fiscal year 2010 and the first six months of fiscal year 2011, the Commonwealth received $6.9 million and $3.8 million, respectively, from its counterparties under the basis swap, net of the Commonwealth's payments to the counterparties, and PREPA received $9.5 million and $4.8 million, respectively, from its counterparty under the basis swap, net of PREPA's payments to the counterparty.

*Risks.* By using derivative financial instruments, the Commonwealth exposes itself, among other risks, to credit risk (based on the counterparty's ability to perform under the terms of the agreement), market risk (based on the changes in the value of the instrument resulting from changes in interest rates and other market factors) and, in the case of basis swaps, basis risk (based on changes to the correlation between different indexes used in connection with a derivative and the variable rate debt they hedge). GDB, as fiscal agent, regularly monitors the exposure of the Commonwealth and the public corporations under the interest rate exchange agreements and attempts to minimize the risks. To minimize some of the credit risk, the Commonwealth and the public corporations enter into agreements with counterparties that have good credit ratings. The outstanding interest rate exchange agreements are with eleven different counterparties, all of which are rated in one of the three highest rating categories by either Moody's or S&P. In addition, all of the agreements contain requirements of posting collateral by the counterparties based on certain valuation thresholds and credit ratings.

During fiscal years 2009 and 2010, in order to reduce the risks associated with the swaps portfolio, the Commonwealth and the public corporations terminated approximately $2.0 billion of swaps. In May and September 2009, the Commonwealth terminated a swap with an $850 million notional amount pursuant to which the Commonwealth was making payments based on the published short-term SIFMA municipal swap rate and was receiving payments based on the 10-year SIFMA (the "constant maturity swap") at an aggregate gain of approximately $24.8 million. Besides the basis swaps, the constant maturity swap was the only other interest rate exchange agreement that did not hedge specific variable rate debt of the Commonwealth. The aggregate notional amount of the swaps for the Commonwealth and the public corporations has decreased from $9.2 billion as of June 30, 2008, to $7.9 billion as of June 30, 2009 and $7.1 billion as of December 31, 2010, an aggregate decrease of 22.8%.

*Notional Amounts.* The table below shows the aggregate notional amount as of December 31, 2010 of synthetic fixed rate swaps and basis swaps of the Commonwealth and the public corporations.

PR-CCD-0005551

**Swap Portfolio Breakdown**
**Notional Amount**
(as of December 31, 2010)

| | Synthetic Fixed | Basis Swaps | Total |
|---|---|---|---|
| Commonwealth (General Obligation) | $1,533,675,000 | $1,698,370,000 | $3,232,045,000 |
| Electric Power Authority | 411,825,000 | 1,375,000,000 | 1,786,825,000 |
| Highways and Transportation Authority | 647,025,000 | — | 647,025,000 |
| Ports Authority | 411,705,000 | — | 411,705,000 |
| Sales Tax Financing Corporation | 1,043,000,000 | — | 1,043,000,000 |
| Total | $4,047,230,000 | $3,073,370,000 | $7,120,600,000 |

*Market Value.* Generally, the interest rate exchange agreements may be terminated by the Commonwealth or the public corporations at any time at their then current market values. The agreements may also be terminated upon the occurrence of certain credit events. If a termination occurs due to a credit event, the Commonwealth or the public corporations may be obligated to pay to the applicable swap counterparty an amount based on the terminating swap's market value, which may be substantial, or vice versa, with other termination costs being paid by the defaulting party. The mark-to-market value of the swaps fluctuates with interest rates and other market conditions. The Commonwealth's obligations under the interest rate exchange agreements are secured by the full faith, credit and taxing power of the Commonwealth.

The following table shows, as of December 31, 2010, the net mark-to-market value of all outstanding interest rate exchange agreements. Since the mark-to-market value of all swaps was negative as of December 31, 2010, the Commonwealth or the public corporations, as applicable, would owe money to the counterparties if any of the agreements had been terminated as of that date.

**Swap Portfolio Mark-to-Market Valuation**
(as of December 31, 2010)

| | Synthetic Fixed | Basis Swaps | Total |
|---|---|---|---|
| Commonwealth (General Obligation) | $(213,368,840) | $(68,199,368) | $(281,568,208) |
| Electric Power Authority | (49,312,732) | (38,809,946) | (88,122,678) |
| Highways and Transportation Authority | (96,445,669) | — | (96,445,669) |
| Ports Authority | (47,304,890) | — | (47,304,890) |
| Sales Tax Financing Corporation | (193,330,947) | — | (193,330,947) |
| Total | $(599,763,078) | $(107,009,314) | $(706,772,392) |

*Collateral Requirements.* Under the majority of the interest rate exchange agreements, the Commonwealth and the public corporations are required to deliver collateral to the counterparties to guarantee their performance under the agreements based on the credit ratings of the Commonwealth and the public corporations and certain contractual mark-to-market value thresholds. During the fourth quarter of 2008, as a result of the U.S. financial market crisis, the Commonwealth and the public corporations were required to post collateral of approximately $251.8 million and $82.5 million, respectively, to their counterparties on certain interest rate exchange agreements. Based on an improvement in the mark-to-market value of the swap portfolio since then, the Commonwealth had $37.7 million of collateral posted to its

I-54

PR-CCD-0005552

counterparties as of December 31, 2010 and the public corporations had no collateral posted as of that date. However, if the mark-to-market value of the swaps portfolio deteriorates or the credit ratings of the Commonwealth or the public corporations are lowered, the collateral posting obligations contained in the agreements may require further deliveries of collateral.

**Variable Rate Bonds and Mandatory Tender Bonds**

*Variable Rate Bonds.* The Commonwealth and various public corporations have outstanding variable rate bonds, consisting of variable rate demand bonds which are subject to mandatory tender for purchase prior to their maturity on certain interest rate reset dates and upon expiration of an associated credit or liquidity facility ("VRDO Bonds") and other bonds where the interest rate changes periodically based on the LIBOR rate or a particular index but that are not subject to tender prior to their maturity. The Commonwealth and the public corporations have hedged their variable rate debt exposure by entering into interest rate exchange agreements with certain swap providers with respect to all variable rate bonds. Pursuant to these agreements, the Commonwealth and the public corporations receive a variable rate payment expected to approximate the interest cost of the variable rate bonds, and pay a fixed rate. See "Interest Rate Exchange Agreements."

The following table shows the breakdown of variable rate debt of the Commonwealth and the public corporations as of December 31, 2010.

**Variable Rate Debt Breakdown**
(as of December 31, 2010)

|  | VRDO Bonds | Other Variable Rate Debt | Total |
|---|---|---|---|
| Commonwealth (General Obligation) | $865,900,000 | $ 601,790,000 | $1,340,965,000 |
| Electric Power Authority | — | 411,825,000 | 411,825,000 |
| Highways and Transportation Authority | 200,000,000 | 447,025,000 | 647,025,000 |
| Sales Tax Financing Corporation | — | 136,000,000 | 136,000,000 |
| Total | $1,065,900,000 | $1,596,640,000 | $2,535,815,000 |

The VRDO Bonds bear a floating interest rate adjusted at specified intervals, such as daily or weekly (each, a "remarketing date") and provide investors the option to tender or put the bonds at par on each remarketing date. The tendered bonds are then resold by a remarketing agent in the secondary market to other investors. Most of the VRDO Bonds are secured by letters of credit or other liquidity or credit facilities ("credit/liquidity facilities") that provide for the payment of the purchase price payable upon the tender of the bonds. The credit/liquidity facilities expire prior to the final maturity of the bonds. If upon the expiration or termination of any credit/liquidity facility with respect to a series of VRDO Bonds the Commonwealth or the applicable public corporation is unable to renew or replace such facility with an alternate credit/liquidity facility, the VRDO Bonds of such series are subject to mandatory tender for purchase by the credit/liquidity facility provider and generally become subject to higher interest rates and accelerated amortization schedules pursuant to the terms of each expiring credit/liquidity facility.

I-55

PR-CCD-0005553

The recent U.S. financial market crisis has resulted in a significant reduction in the availability of credit/liquidity facilities to support VRDO Bonds, and a related increase in the price of these facilities when they can be obtained. Thus, if the Commonwealth and the public corporations are not able to renew or rollover the expiring credit/liquidity facilities with respect to VRDO Bonds, or are not able to do so at an acceptable price, the Commonwealth and the public corporations would have to refinance the VRDO Bonds or otherwise obtain financing for such bonds in order to avoid the higher interest rates and accelerated amortization schedules set forth in the expiring credit/liquidity facility.

In addition, since there are interest rate exchange agreements with respect to all VRDO Bonds, if the Commonwealth or the applicable public corporation cannot renew or replace a credit/liquidity facility upon its expiration or remarket the related series of bonds successfully upon their mandatory tender as variable rate bonds, the Commonwealth or the applicable public corporation may have to terminate the interest rate exchange agreements associated with such series of VRDO Bonds. Termination of the applicable interest rate exchange agreement may result, depending on then current interest rate levels and market conditions, in the payment of a termination amount, which may be substantial, by the Commonwealth to compensate the counterparty for its economic losses. As of December 31, 2010, the mark-to-market value of all the interest rate exchange agreements with respect to VRDO Bonds was negative $127.6 million for the Commonwealth and negative $30.8 million for the public corporations. See "Interest Rate Exchange Agreements – Market Value."

The following table shows, by fiscal year, the amount of VRDO Bonds subject to mandatory tender upon expiration of the applicable credit/liquidity facilities.

**VRDO Bonds Rollover**
(by Fiscal Year)

| | 2011 | 2012 | Total |
|---|---|---|---|
| Commonwealth (General Obligation) | $273,975,000 | $591,925,000 | $865,900,000 |
| Highways and Transportation Authority | 200,000,000 | — | 200,000,000 |
| Total | $473,975,000 | $591,925,000 | $1,065,900,000 |

*Mandatory Tender Bonds.* As of December 31, 2010, the Commonwealth and the public corporations also had outstanding bonds bearing interest at a fixed rate but subject to mandatory tender for purchase prior to maturity, payable from the remarketing of the bonds, on certain specified dates (the "Mandatory Tender Bonds"). After the mandatory tender date, the Commonwealth or the applicable public corporation may from time to time change the method of determining the interest on the Mandatory Tender Bonds, which may be a fixed or variable rate. The Commonwealth and the public corporations have not provided any liquidity facility for the payment of the purchase price payable upon the mandatory tender, which purchase price is expected to be obtained from the remarketing of the bonds. If the Commonwealth or the applicable public corporation cannot remarket the Mandatory Tender Bonds, they would have to obtain other funds in order to provide for the purchase price of these bonds.

I-56

PR-CCD-0005554

The following table shows, as of December 31, 2010, the breakdown of the Mandatory Tender Bonds of the Commonwealth and the public corporations and the respective dates when such bonds are subject to mandatory tender for purchase.

### Mandatory Tender Bonds Breakdown
(as of December 31, 2010)

|  | Mandatory Tender Bonds | Mandatory Tender Date |
|---|---|---|
| Commonwealth (General Obligation) | $279,240,000 | July 1, 2012 |
| Public Finance Corporation | 1,206,130,000 | February 1, 2012 |
| Public Buildings Authority | 464,880,000 | July 1, 2012 ($335,580,000)<br>July 1, 2017 ($129,300,000) |
| Total | $1,950,250,000 | |

The Commonwealth has entered into forward starting interest rate exchange agreements with respect to approximately $69.2 million of its Mandatory Tender Bonds. COFINA has also entered into forward starting interest rate exchange agreement with respect to approximately $907 million of Mandatory Tender Bonds of Public Finance Corporation. The forward starting interest rate exchange agreements assume that the Commonwealth Mandatory Tender Bonds will be remarketed as variable rate bonds after their mandatory tender date and that COFINA will issue variable rate bonds to refund the Public Finance Corporation Mandatory Tender Bonds on their mandatory tender date. If the Commonwealth and COFINA cannot remarket or issue these bonds as variable rate bonds at that time, they may have to terminate their respective forward starting interest rate exchange agreements, which may result in the payment of a termination amount. As of December 31, 2010, the mark-to-market value of these forward starting swaps to the Commonwealth and COFINA was negative $7.7 million and negative $154.3 million, respectively, which are the amounts the Commonwealth and COFINA would have been required to pay to terminate the swaps on that date.

### Ratings of Commonwealth General Obligation Bonds

The Commonwealth's general obligation and appropriation debt is currently rated "A3" with a negative outlook by Moody's, "BBB+" with a stable outlook by Fitch, and "BBB−" with a positive outlook by S&P.

### Commonwealth Guaranteed Debt

As of September 30, 2010, $3.07 billion of Commonwealth guaranteed bonds of the Public Buildings Authority were outstanding. Maximum annual debt service on these bonds is $258.8 million in fiscal year 2011, with their final maturity being July 1, 2039. No payments under the Commonwealth guaranty have been required to date for these bonds.

As of September 30, 2010, $267 million of Commonwealth guaranteed bonds of GDB were outstanding. No payments under the Commonwealth guaranty have been required for these bonds.

As of September 30, 2010, GDB held approximately $198.7 million of the Port of the Americas Authority's outstanding bonds, which are guaranteed by the Commonwealth. The

PR-CCD-0005555

Authority is authorized to issue and GDB is authorized to purchase its bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million. The proceeds from these bonds will be used to continue the development of the Port of the Americas. Payments of $38.1 million under the Commonwealth guaranty have been required to pay interest and principal on these bonds. See "Other Public Corporations—Port of the Americas Authority" under "Public Corporations" below.

As of September 30, 2010, the aggregate outstanding principal amount of obligations of PRASA guaranteed by the Commonwealth was $985.3 million. This amount consisted of $284.8 million in revenue bonds sold to the public, $316.6 million in bonds issued to the United States Department of Agriculture, Rural Development, and $383.9 million of loans by the State Revolving (Clean Water and Safe Drinking Water Act) Funds for the benefit of PRASA. From January 1997 through fiscal year 2005, the Commonwealth made debt service payments under its guaranty. Beginning with the debt service payment due January 1, 2006, the Commonwealth stopped making guarantee payments on these obligations and PRASA resumed making payment on this debt. In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed obligations, the Commonwealth would be required once more to make such payments from the General Fund under its guarantee. See "Other Public Corporations—Puerto Rico Aqueduct and Sewer Authority" under "Public Corporations" below.

PR-CCD-0005556

## Trends of Public Sector Debt

The following table shows the growth rate of short-term and long-term public sector debt and the growth rate of gross national product (in current dollars) for the five fiscal years ended June 30, 2010 and for the first three months of the fiscal year 2011. As of September 30, 2010, outstanding short-term debt, relative to total debt, was 8.1%.

### Commonwealth of Puerto Rico
### Public Sector Debt and Gross National Product
### (dollars in millions)*

| June 30, | Public Sector | | | | | Gross National Product[1] | |
|---|---|---|---|---|---|---|---|
| | Long Term[2] | Short Term[3] | Total | Short Term as % of Total | Rate of Increase | Amount | Rate of Increase |
| 2006 ........................ | 37,313 | 2,620[4][5] | 39,933 | 6.6 | 8.8 | 56,732 | 5.5 |
| 2007 ........................ | 39,492 | 3,326[4] | 42,818 | 7.8 | 7.2 | 59,521 | 4.9 |
| 2008 ........................ | 43,663 | 3,269[4] | 46,932 | 7.0 | 10.0 | 61,527 | 3.4 |
| 2009 ........................ | 48,332 | 4,648[4] | 52,980 | 8.8 | 13.0 | 62,759 | 2.0 |
| 2010 ........................ | 53,351 | 3,472 | 56,823 | 6.1 | 7.3 | 63,866 | 1.8 |
| September 30, 2010 .... | 52,920 | 4,671 | 57,591 | 8.1 | 1.3 | - | - |

* Totals may not add due to rounding.
[1] In current dollars.
[2] Does not include the (i) Senior Pension Funding Bonds, Series A, B, and C issued by the Employees Retirement System, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth, its municipalities and participating public corporations after the issuance of the bonds, identified in footnote 4, and (ii) bonds identified in footnote 6, of the table above entitled "Commonwealth of Puerto Rico—Public Sector Debt," which would have been issued and outstanding at the time, all of which would be considered long-term debt.
[3] Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
[4] Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
[5] Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source:* Government Development Bank for Puerto Rico

PR-CCD-0005557