# **APPENDIX I**

**Bondholders/Monoline Insurers That Have Filed Proofs of Claim That Include Invalid GO Bond Claims of $50 Million or More Against Commonwealth[1]**

| Name of Claimant | Claim Number | Date Filed |
|---|---|---|
| ASM BLMIS Claims LLC | 66945 | 6/27/18 |
| Assured Guaranty Municipal Corp. | 27427 | 5/25/18 |
| Aurelius Investment, LLC | 66624 | 6/27/18 |
| Aurelius Opportunities Fund, LLC | 66867 | 6/27/18 |
| Autonomy Master Fund Limited | 66993 | 6/27/18 |
| Brigade Capital Management, LP | 21179 | 5/25/18 |
| FPA Crescent Fund | 106758 | 6/27/18 |
| LS Strategic Income Fund | 140641 | 6/29/18 |
| Mason Capital Master Fund, L.P. | 110600 | 6/27/18 |
| Prisma SPC Holdings Ltd. Segregated Portfolio AG | 66436 | 6/27/18 |

---

[1] This chart identifies certain holders of Invalid GO Bond claims based on a summary review of proofs of claim filed against the Commonwealth categorized by Prime Clerk (the Debtors' claims agent) as "Bond" claims or "Insurers of Long Term Debt" claims. The Objectors object, at a minimum, to these claims. The Objection will be served on the above entities at the service addresses provided on their respective proofs of claim, as well as on their counsel, if known.