# **Exhibit 1**

# DOCUMENTS ON THE CONSTITUTIONAL RELATIONSHIP OF PUERTO RICO AND THE UNITED STATES

Edited by
Marcos Ramírez Lavandero
for the
Puerto Rico Federal Affairs Administration
Washington, D.C.
José A. Ortiz Daliot, Director

Third edition

*Editorial Board*

Honorable Héctor Rivera Cruz
Honorable Carlos Dávila
Dr. Arturo Morales Carrión
José A. Ortiz Daliot, Esq.

Copyright © 1988 by the Puerto Rico Federal Affairs Administration
All rights reserved.

Third edition.

PRINTED IN THE UNITED STATES OF AMERICA

## DOCUMENT 27

## LETTER OF TRANSMITTAL
CONGRESS OF THE UNITED STATES,
HOUSE OF REPRESENTATIVES,
Washington, D.C., February 12, 1952.

HON. JOHN R. MURDOCK,

*Chairman, Interior and Insular Affairs Committee, United States House of Representatives, Washington, D.C.*

DEAR MR. CHAIRMAN: I have the pleasure to transmit herewith the Constitution of Puerto Rico which was approved by the Constitutional Convention of Puerto Rico on February 6, 1952. It was my honor to serve as president of that constitutional convention.

The Constitution of Puerto Rico is the result of Public Law 600 of the Eighty-first Congress, which became law following consideration by your committee. The delegates to the constitutional convention approved the Constitution of Puerto Rico by a vote of 88 for and 3 against, out of a total of 92 delegates present and 1 absent. These delegates were elected to the constitutional convention by the people of Puerto Rico, through the democratic process of the ballot.

On March 3, 1952, the people of Puerto Rico will go to the voting places throughout the island and indicate whether this constitution is acceptable to them. The constitution is being published, both in English and Spanish, in all daily newspapers of the island. Reprints of the constitution in both its English and Spanish texts will be widely distributed and displayed throughout the island in order that the people may be fully informed as to its provisions. When adopted by the people, the constitution will be submitted to the President and the Congress of the United States for final approval and, in this process, it will be considered by your committee.

The copy of the constitution which I am transmitting is the official English text. This, as well as the Spanish text, was approved by the constitutional convention.

I hope that when your committee studies the Constitution of Puerto Rico, and scrutinizes each provision, it will share my humble opinion that this document, which will become the supreme law of Puerto Rico, represents the voluntary expression of the unalterable devotion of the people of Puerto Rico to the Democratic principles which are reflected throughout this constitution. To me it seems magnificent that Puerto Rico, which only 52 years ago was a part of a monarchy, has, through the voluntary action of the people, so thoroughly assimilated the principles of democracy which have always been the foun-

dation of this Nation and now, at the first opportunity ever afforded them, organized themselves into a constitutional government representing their devotion to the highest democratic ideals.

Sincerely,

A. FERNOS-ISERN,
*Resident Commissioner.*