# **Exhibit 4**

# DOCUMENTS ON THE CONSTITUTIONAL RELATIONSHIP OF PUERTO RICO AND THE UNITED STATES

Edited by
Marcos Ramírez Lavandero
for the
Puerto Rico Federal Affairs Administration
Washington, D.C.
José A. Ortiz Daliot, Director

Third edition

*Editorial Board*

Honorable Héctor Rivera Cruz
Honorable Carlos Dávila
Dr. Arturo Morales Carrión
José A. Ortiz Daliot, Esq.

Copyright © 1988 by the Puerto Rico Federal Affairs Administration
All rights reserved.

Third edition.

PRINTED IN THE UNITED STATES OF AMERICA

## DOCUMENT 29

## RESOLUTION 34

(APPROVED BY THE CONSTITUTIONAL CONVENTION OF PUERTO RICO
IN THE PLENARY SESSION HELD JULY 10, 1952)

To accept, in behalf of the people of Puerto Rico, the conditions of approval of the Constitution of the Commonwealth of Puerto Rico proposed by the Eighty-Second Congress of the United States through Public Law 447 approved July 3, 1952.

WHEREAS, the Constitution of the Commonwealth of Puerto Rico, as adopted by the people of Puerto Rico in a referendum held March 3, 1952, was submitted to Congress by the President of the United States pursuant to the terms of the compact referred to in Public Law 600, approved by the President of the United States July 3, 1950 and by the people of Puerto Rico at the referendum of June 4, 1951;

WHEREAS, the Congress of the United States has approved the Constitution of the Commonwealth of Puerto Rico to be operative if the Constitutional Convention accepts the terms of said Public Law 447 of July 3, 1952, which reads as follows:

### PUBLIC LAW 447

Approving the Constitution of the Commonwealth of Puerto Rico, which was adopted by the people of Puerto Rico on March 3, 1952.

WHEREAS, the Act entitled "An Act to provide for the organization of a constitutional government by the people of Puerto Rico", approved July 3, 1950, was adopted by the Congress as a compact with the people of Puerto Rico, to become operative upon its approval by the People of Puerto Rico; and

WHEREAS, the people of Puerto Rico overwhelmingly approved such Act in a referendum held on June 4, 1951, and a constitution for the Commonwealth of Puerto Rico was drafted by a constitutional convention held as provided by such Act from September 17, 1951, to February 6, 1952; and

WHEREAS, such constitution was adopted by the people of Puerto Rico, by a vote of three hundred seventy-four thousand six hundred and forty-nine to eighty two thousand nine hundred and twenty-three, in a referendum held on March 3, 1952; and

WHEREAS, the President of the United States has declared that the Constitution of the Commonwealth of Puerto Rico conforms fully with the applicable provisions of such Act of July 3, 1950, and the Constitution of the United States, that it contains a bill of rights, and provides for a republican form of government, and has transmitted

the Constitution of the Commonwealth of Puerto Rico to the Congress for its approval; and

WHEREAS, the Congress has considered the Constitution of the Commonwealth of Puerto Rico and has found it duly to conform to the above requirements; THEREFORE, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress Assembled,* that the Constitution of the Commonwealth of Puerto Rico which was drafted by the selected delegates to the Constitutional Convention of Puerto Rico and adopted by the people of Puerto Rico in a referendum of March 3, 1952, in accordance with the Act entitled "An Act to provide for the organization of a constitutional government by the people of Puerto Rico," approved July 3, 1950 (64 Est. 319; 48 U.S.C., secs. 731b-731e), is hereby approved by the Congress of the United States, except section 20 of article II of said constitution; *Provided,* That section 5 of article II thereof shall have no force and effect until amended by the people of Puerto Rico under the procedure prescribed by article VII of the Constitution of the Commonwealth of Puerto Rico by adding to such section 5 the following declaration: "Compulsory attendance at elementary public schools to the extent permitted the facilities of the states as herein provided shall not be construed as applicable to those who receive elementary education in schools established under nongovernmental auspices;" *Provided further,* That except for the purpose of adopting the amendments to section 5 of article II and to section 3 of article VII as herein provided, article VII of said constitution likewise shall have no force and effect until amended by the people of Puerto Rico under the terms of said article by adding to section 3 of article VII the following new sentence: "Any amendment or revision of this constitution shall be consistent with the resolution enacted by the Congress of the United States approving this constitution, with the applicable provision of the Constitution of the United States, with the Puerto Rican Federal Relations Act, and with Public Law 600, Eighty-first Congress, adopted in the nature of a compact." *And provided further,* That the Constitution of the Commonwealth of Puerto Rico hereby approved shall become effective when the Constitutional Convention of Puerto Rico shall have declared in a formal resolution its acceptance in the name of the people of Puerto Rico of the conditions of approval herein contained, and when the Governor of Puerto Rico, being duly notified by the proper officials of the Constitutional Convention of Puerto Rico that such resolution of acceptance has been formally adopted, shall issue a proclamation to that effect.