# **Exhibit 5**

# DOCUMENTS ON THE CONSTITUTIONAL RELATIONSHIP OF PUERTO RICO AND THE UNITED STATES

Edited by
Marcos Ramírez Lavandero
for the
Puerto Rico Federal Affairs Administration
Washington, D.C.
José A. Ortiz Daliot, Director

Third edition

*Editorial Board*

Honorable Héctor Rivera Cruz
Honorable Carlos Dávila
Dr. Arturo Morales Carrión
José A. Ortiz Daliot, Esq.

Copyright © 1988 by the Puerto Rico Federal Affairs Administration
All rights reserved.

Third edition.

PRINTED IN THE UNITED STATES OF AMERICA

# DOCUMENT 30

## PROCLAMATION BY THE GOVERNOR OF PUERTO RICO

### Establishment of the Commonwealth of Puerto Rico

Administrative Bulletin 188, San Juan, P.R., July 25, 1952

WHEREAS, the Constitutional Convention of Puerto Rico has formally notified me of its approval on July 10, 1952, of Resolution No. 34;

WHEREAS, this Resolution constitutes the final step for ratification of the Constitution of the Commonwealth of Puerto Rico, which Constitution was overwhelmingly approved by the people in the referendum held on March 3, 1952;

WHEREAS, Section 10 of Article IX of the Constitution of the Commonwealth of Puerto Rico provides that the Constitution shall take effect when the Governor of Puerto Rico so proclaims;

NOW, THEREFORE, I, LUIS MUÑOZ MARIN, Governor of Puerto Rico by the will of the people, do solemnly proclaim, by virtue of the authority vested in me by the aforesaid section, that the Constitution of the Commonwealth of Puerto Rico shall take effect on this twenty-fifth day of July, 1952, and do exhort all my fellow citizens, without distinction, to defend and to honor, today and forever, the Constitution which a democratic and great-hearted people have forged for themselves and by which they have attained their political majority in the form of the Commonwealth of Puerto Rico.

> IN WITNESS WHEREOF, I have here unto set my hand and caused to be affixed the Great Seal of Puerto Rico, at the City of San Juan, this twenty-fifth day of July, nineteen hundred and fifty-two.
>
> LUIS MUÑOZ MARIN,
> *Governor*

Promulgated pursuant to law, this twenty-fifth day of July 1952.

N. ALMIROTY,
*Acting Executive Secretary.*