# Exhibit 8

(24)

## ARBITRAGE AND TAX CERTIFICATE

I certify the following with respect to the $3,500,000,000 Commonwealth of Puerto Rico General Obligation Bonds of 2014, Series A (the "Bonds"), issued today by the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to Act No. 33 of the Legislature of Puerto Rico approved on December 7, 1942, as amended, Act No. 242-2011, approved December 13, 2011, Act No. 45-2013, approved June 30, 2013, and Act No. 34-2014, approved March 4, 2014 and pursuant to a resolution authorizing the issuance of the Bonds adopted by the Secretary of the Treasury of Puerto Rico, approved by the Governor of Puerto Rico, and consented to as to certain matters contained therein by the Secretary of Justice of Puerto Rico, on March 11, 2014 (the "Resolution").   I am an officer of the Commonwealth charged, with others, with the responsibility for issuing the Bonds.

1.     **Purpose of the Bonds**.  The Commonwealth is issuing the Bonds to (i) refund the Puerto Rico Sales Tax Financing Corporation ("COFINA") $333,300,000 Junior Lien Bond Anticipation Notes Series 2013A (the "COFINA BAN's"), (ii) repay advances by the Government Development Bank for Puerto Rico ("GDB") under lines of credit with the Commonwealth to pay interest on the Commonwealth's Public Improvement Bonds on January 1 and July 1, 2013 (the "FY 2013 Commonwealth Interest Line of Credit") and the principal of Public Improvement Bonds on July 1, 2013 (the "FY 2013 Commonwealth Principal Line of Credit"), (iii) repay advances by GDB under lines of credit with the Puerto Rico Public Buildings Authority ("PBA") to pay interest on PBA's Government Facilities Revenue Bonds on January 1 and July 1, 2013 (the "FY 2013 PBA Interest Line of Credit")

-1-

and the principal of Government Facilities Revenue Bonds on July 1, 2013 (the "FY 2013 PBA Principal Line of Credit"), (iv) repay advances by GDB under lines of credit with the Commonwealth to pay interest on the Commonwealth's Public Improvement Bonds on January 1 and July 1, 2014 (the "FY 2014 Commonwealth Interest Line of Credit") and the principal of certain Public Improvement Bonds on July 1, 2014 (the "FY 2014 Commonwealth Principal Line of Credit"), (v) repay advances by GDB under the FY 2013 Commonwealth Principal Line of Credit to refund the principal of the Commonwealth's $104,700,000 Public Improvement Refinancing Notes, Series 2013A (the "Commonwealth Series A Notes") and $210,300,000 Public Improvement Refinancing Notes, Series 2013 B (the "Commonwealth Series B Notes"), (vi) refund the Commonwealth's Public Improvement Refunding Bonds, Series 2003C (the "2003C Refunding Bonds") designated Series 2003 C-5-1, in the aggregate principal amount of $44,905,000, and Series 2003 C-5-2, in the aggregate principal amount of $188,710,000 (collectively, the "Refunded 2003 C-5 Bonds"), and Series 2003 C-6-1 in the aggregate principal amount of $98,695,000 and Series C-6-2 in the aggregate principal amount of $99,450,000 (collectively, the "Refunded 2003 C-6 Bonds"), and the Commonwealth's Public Improvement Refunding Bonds, Series 2007 A (the "2007 A Refunding Bonds"), designated Series 2007 A-2 in the aggregate principal amount of $14,915,000 (the "Refunded 2007 A-2 Bonds") and Series 2007 A-3 in the aggregate principal amount of $14,925,000 (the "Refunded 2007 A-3 Bonds"), (vii) pay, or repay advances by GDB under a line of credit with the Commonwealth (the "Swap Terminations Line of Credit") used to pay, termination payments for interest rate swaps related to the Refunded 2003 C-5 Bonds, Refunded 2003 C-6 Bonds, Refunded 2007 A-2 Bonds and Refunded 2007 A-3 Bonds (the "Swap Termination Payments"), (viii) repay advances by GDB under a line of credit with the

-2-

Commonwealth (the "FY 2014 Operating Line of Credit"), pursuant to Act 45, to pay Restricted Working Capital Expenditures (as defined in section 6 below) during the current fiscal year 2014, (ix) repay advances by GDB under a line of credit with the Commonwealth (the "New Money Line of Credit") to fund the costs of certain capital improvements (the "Projects") made pursuant to Act 242, (x) repay advances by GDB under lines of credit with the Commonwealth issued in 2004 and 2006 (the "2004 and 2006 Operating Lines of Credit") to pay Restricted Working Capital Expenditures in prior fiscal years, (xi) pay capitalized interest on a portion of the Bonds through July 1, 2016 (other than Bonds allocable to advance refunding purposes), and (xii) pay costs of issuance of the Bonds.

2.      **Single Issue**.  All of the Bonds were sold at the same time pursuant to the same plan of financing and are reasonably expected to be paid from substantially the same source of funds.  No other obligations which are reasonably expected to be paid from substantially the same source of funds as the Bonds have been or will be sold (i) less than 15 days from the date that the bond purchase agreement for the Bonds was signed and (ii) pursuant to the same plan of financing as the Bonds. Thus, pursuant to Treasury Regulation §1.150-1(c)(1), the Bonds are treated as a single issue for federal income tax purposes.

3.      **Relationship of the Commonwealth, COFINA, PBA and GDB.**      The Commonwealth and GDB have been advised by bond counsel that, in order to ensure that interest on the Bonds is excluded from gross income for federal income tax purposes, the applicable requirements of the Internal Revenue Code of 1986, as amended (the "Code"), should be applied by treating the Commonwealth, COFINA, PBA and GDB as related for purposes of the Code.  Accordingly, the representations contained in this Arbitrage and Tax Certificate are made treating the Commonwealth, COFINA, PBA and GDB as related persons for federal

-3-

income tax purposes. Thus, unspent proceeds of the Bonds that are paid to GDB are not expended until spent by GDB for federal income tax purposes.

    4.    **Proceeds of the Bonds**. I reasonably expect the following with respect to the use of the proceeds of the Bonds:

    (a)    The net proceeds received by the Commonwealth from the sale of the Bonds are $3,226,869,539.33 (the "Net Proceeds"), representing the $3,500,000,000 par amount of the Bonds, less original issue discount of $245,000,000.00 and underwriters' discount of $28,130,460.67.

    (b)    The Net Proceeds will be used as follows:

    (i)    $342,365,760.00 will be used to repay the COFINA BAN's in full on April 1, 2014.

    (ii)    $215,936,841.00 will be used immediately to repay the principal of and $15,393,427.08 to pay interest on the FY 2013 Commonwealth Interest Line of Credit.

    (iii)    $321,100,000.00 will be used immediately to repay the portion of the principal of and $26,327,646.25 to pay interest on the FY 2013 Commonwealth Principal Line of Credit which funded and refinanced deposits to pay the principal of Public Improvement Bonds on July 1, 2013.

    (iv)    $103,652,602.00 will be used immediately to repay the principal of and $7,397,585.10 to pay interest on the FY 2013 PBA Interest Line of Credit.

    (v)    $71,110,000.00 will be used immediately to repay the principal of and $5,077,585.95 to pay interest on the FY 2013 PBA Principal Line of Credit.

    (vi)    $419,338,629.00 will be used immediately to repay the principal of and $2,249,861.00 to pay interest on the FY 2014 Commonwealth Interest Line of Credit and

-4-

the portion of the principal of the FY 2013 Commonwealth Principal Line of Credit which funded and refinanced deposits to pay interest on the Commonwealth's Public Improvement Bonds on January 1 and July 1, 2014.

(vii) $105,905,000.00 will be used immediately to repay the principal of and $1,272,317.22 to pay interest on the FY 2014 Commonwealth Principal Line of Credit and the portion of the principal of the FY 2013 Commonwealth Principal Line of Credit which funded and refinanced deposits to pay principal of the Commonwealth's Public Improvement Bonds on July 1, 2014.

(viii) $436,397,983.94 will be used to redeem the Refunded 2003 C-5-1 Bonds and Refunded 2003 C-6 Bonds immediately and the Refunded 2003 C-5-2 Bonds on April 10, 2014 and to pay certain accrued fees.

(ix) $30,176,021.23 will be used to redeem the Refunded 2007 A-3 Bonds immediately and the Refunded Series 2007 A-2 Bonds on April 10, 2014 and to pay certain accrued fees.

(x) $90,417,100.00 will be used immediately to pay certain Swap Termination Payments ($47,705,000), to repay the principal of the Swap Termination Line of Credit ($42,454,600.00) and to pay related fees ($257,500.00).

(xi) $92,500,000.00 will be used immediately to repay the principal of and $1,580,000.00 to pay interest on the FY 2014 Operating Line of Credit.

(xii) $228,848,255.89 will be used immediately to repay the principal of and $6,099,078.79 to pay interest on the New Money Line of Credit.

(xiii) $33,108,453.15 will be used immediately to repay a portion of the principal of and $7,333,521.92 to pay interest on the 2004 Operating Line of Credit.

-5-

(xiv) $220,725,414.94 will be used immediately to repay the principal

of and $11,115,977.14 to pay interest on the 2006 Operating Line of Credit.

(xv) $422,729,407.73 will be used to pay capitalized interest on a

portion of the Bonds (other than Bonds funding the payment of principal of certain Public

Improvement Bonds on July 1, 2014) through July 1, 2016.

(xvi) $8,691,070.00 will be used to pay costs of issuance of the

Bonds.

5. **Working Capital Financing**. Other than the portion of the Bonds

allocable to the funding of the Projects (and related capitalized interest) and the refunding of (i)

the New Money Line of Credit (and related capitalized interest) (ii) the Refunded 2003 C-5

Bonds and Refunded 2003 C-6 Bonds and (iii) the Refunded 2007 A-2 Bonds and Refunded

2007 A-3 Bonds, the Bonds are being treated as a long-term working capital financing for the

Commonwealth. The Commonwealth does not reasonably expect to have Available Amounts (as

defined below) in excess of the Commonwealth's Working Capital Reserve (as defined below)

during fiscal years 2014 and 2015. For this purpose, (i) Available Amounts includes cash,

investments and other amounts held in accounts or otherwise by the Commonwealth or by a

related party (excluding proceeds of the Bonds) if those amounts may be used by the

Commonwealth for working capital expenditures of the type financed by the Bonds without

legislative or judicial action and without a legislative, judicial or contractual requirement that

those amounts be reimbursed and (ii) the Commonwealth's Working Capital Reserve for a fiscal

year is equal to 5 percent of the Commonwealth's actual expenditures (whether capital

expenditures or working capital expenditures) paid out of current revenues for the prior fiscal

year. The Commonwealth's Working Capital Reserve for fiscal year 2014 is 5 percent of the

-6-

Commonwealth's actual expenditures for fiscal year 2013 ($9,101,701,000) or $455,085,050 and

the Commonwealth's projected Working Capital Reserve for fiscal year 2015 is 5 percent of the

Commonwealth's projected expenditures for fiscal year 2014 ($9,437,762,000) or

$471,888,100. Copies of the Commonwealth's final general fund cash flows for fiscal year 2013

and projected general fund cash flows for fiscal year 2014 are attached as Exhibit A.  Beginning

with the fiscal year commencing July 1, 2015 and for each subsequent fiscal year for which the

applicable portion of the Bonds remains outstanding, the Commonwealth will determine its

Available Amounts for the financed working capital expenditures, in excess of the

Commonwealth's Working Capital Reserve, as of the first day of the fiscal year (the "Yearly

Available Amount") and within 90 days after the start of each fiscal year in which it determines

a Yearly Available Amount, the Commonwealth will apply an amount equal to the Yearly

Available Amount for such year to redeem or invest in tax-exempt bonds that are excluded from

investment property under section 148(b)(3) (that is, tax-exempt bonds that are not subject to the

alternative minimum tax) ("Eligible Tax-Exempt Bonds"). The maximum amount required to be

applied in such manner shall equal the outstanding principal amount of the applicable portion of

the Bonds, determined as of the date of such redemption or investment. Any amounts invested in

Eligible Tax-Exempt Bonds shall be invested or reinvested continuously in such tax-exempt

bonds, except during a permitted reinvestment period of no more than 30 days in a fiscal year,

for as long as the applicable portion of the Bonds remains outstanding.  Accordingly, the Bonds

are not expected to be outstanding longer than the period reasonably necessary to accomplish the

governmental purposes of the Bonds.  For purposes of this section 5, the Commonwealth is

applying Proposed Regulations Section 1.148-1(c)(4)(ii) published in the Federal Register on

September 16, 2013 and may apply any subsequent proposed, temporary or permanent

regulations related to long-term working capital financing that it is permitted to apply to the Bonds.

      6.    **Restricted Working Capital Expenditures**.      Net Proceeds in the amount of $92.5 million will be used to repay advances under the Operating Line of Credit for working capital expenditures during the current fiscal year 2014 that may not be eligible for any exception to the "proceeds-spent-last" rule set forth in Treasury Regulation §1.148-6(d)(3) ("Restricted Working Capital Expenditures"). Thus, the advances under the Operating Line of Credit used for Restricted Working Capital Expenditures are treated as spent only to the extent that they exceed the Commonwealth's Available Amounts at the time the original expenditure was or is made. For this purpose, otherwise Available Amounts are treated as unavailable in an amount equal to the Commonwealth's Working Capital Reserve (as defined in section 5 above) for the fiscal year in which the Restricted Working Capital Expenditures are made.

      In the case of the current fiscal year 2014, the Commonwealth's revised budget provides for a deficit of approximately $650 million. This deficit is addressed using Net Proceeds of the Bonds to repay advances under the Operating Line of Credit used for Restricted Working Capital Expenditures and approximately $575 million of restructurings of the debt service of the Commonwealth's Public Improvement Bonds. These cash flows do not take into account a Working Capital Reserve. After taking into account the Commonwealth's Working Capital Reserve of $455 million for the current fiscal year (see section 5 above), the Commonwealth's deficit is $1.105 billion ($650 million plus $455 million) for purposes of determining whether Net Proceeds have been spent for Restricted Working Capital Expenditures. Accordingly, the Commonwealth's projected deficit for federal income tax purposes of $1.105 billion, taking into account the Commonwealth's Working Capital Reserve for the current fiscal year, substantially

-8-

exceeds the sum of the Net Proceeds of approximately $575 million to be used for restructurings of the debt service of the Commonwealth's Public Improvement Bonds and the Net Proceeds of $92.5 million to be used for Restricted Working Capital Expenditures. Thus, the Commonwealth reasonably expects that the $92.5 million of Net Proceeds to be used to refinance Restricted Working Capital Expenditures will be treated as spent for purposes of the "proceeds-spent-last" rule during the current fiscal year.

7.      **Tax Allocation**.      Net Proceeds allocable to the payment of fees of GDB are being allocated to the payment of interest on the Bonds (other than Bonds funding the payment of principal of certain Public Improvement Bonds on July 1, 2014) subsequent to July 1, 2016. Such Net Proceeds and investment earnings qualify for the exception to the proceeds-spent-last rule provided by Treasury Regulation §1.148-6(d)(3)(ii)(A)(3).

8.      **Refunded Obligations and Future Advance Refunding of the Bonds**.

(a)      The COFINA BAN's were issued on April 30, 2013 to pay Restricted Working Capital Expenditures during the fiscal year 2013. There are no unspent proceeds of the COFINA BAN's. The portion of the Bonds allocable to the refunding of the COFINA BAN's may be advance refunded.

(b)      The FY 2013 Commonwealth Interest Line of Credit funded the payment of interest on Public Improvement Bonds on January 1 and July 1, 2013. Because the proceeds of the FY 2013 Commonwealth Interest Line of Credit were used only to pay interest on Public Improvement Bonds that accrued during the one year period including the issuance date of the FY 2013 Commonwealth Interest Line of Credit, the FY 2013 Commonwealth Interest Line of Credit is not treated as a refunding issue under Treasury Regulation §1.150-1(d)(2)(i). Accordingly, the portion of the Bonds allocable to the repayment of the FY 2013

-9-

Commonwealth Interest Line of Credit may be advance refunded.

(c)     The FY 2013 Commonwealth Principal Line of Credit funded and refinanced deposits to pay the principal of Public Improvement Bonds on July 1, 2013. The portion of the Bonds allocable to the portion of the FY 2013 Commonwealth Principal Line of Credit which funded the payment of advance refundable Public Improvement Bonds may in turn be advance refunded. (See Treasury Regulation §1.149(d)-1(e))   A schedule of the principal of Public Improvement Bonds paid on July 1, 2013 is attached as Exhibit B.

(d)     The FY 2013 PBA Interest Line of Credit funded interest on PBA's Government Facilities Revenue Bonds on January 1 and July 1, 2013 and the FY 2013 PBA Principal Line of Credit funded the payment of principal on July 1, 2013. The portion of the Bonds allocable to the portions of the FY 2013 PBA Interest Line of Credit and FY 2013 PBA Principal Line of Credit which funded the payment of interest on and the principal of advance refundable Government Facilities Revenue Bonds may in turn be advance refunded. (See Treasury Regulation §1.149(d)-1(e))   A schedule of the principal of Government Facilities Revenue Bonds paid on July 1, 2013 is attached as Exhibit C.

(e)     The FY 2014 Commonwealth Interest Line of Credit funded the payment of interest on Public Improvement Bonds on January 1 and July 1, 2014. Because the proceeds of the FY 2014 Commonwealth Interest Line of Credit were and will be used only to pay interest on Public Improvement Bonds that accrued during the one year period including the issuance date of the FY 2014 Commonwealth Interest Line of Credit, the FY 2014 Commonwealth Interest Line of Credit is not treated as a refunding issue under Treasury Regulation §1.150-1(d)(2)(i).   Accordingly, the portion of the Bonds allocable to the repayment of the FY 2014 Commonwealth Interest Line of Credit may be advance refunded.

-10-

(f)      The FY 2014 Commonwealth Principal Line of Credit funded the payment of principal of certain Public Improvement Bonds on July 1, 2014. Because the Bonds are being issued more than 90 days before July 1, 2014, Net Proceeds of the Bonds are being allocated to the portion of the FY 2014 Commonwealth Principal Line of Credit which funded the payment of Public Improvement Bonds which may be advance refunded. A schedule of the advance refundable principal of Public Improvement Bonds to be paid on July 1, 2014 from proceeds of the FY 2014 Commonwealth Principal Line of Credit and the portion of the FY 2013 Commonwealth Principal Line of Credit which refunded the Commonwealth Series B Notes described in (h) below is attached as Exhibit D. Accordingly, the portion of the Bonds allocable to the repayment of the FY 2014 Commonwealth Principal Line of Credit may not be advance refunded.

(g)      A portion of the FY 2013 Commonwealth Principal Line of Credit funded the payment of the $104,700,000 principal of the Commonwealth Series A Notes. The Commonwealth Series A Notes were issued on July 29, 2013 to repay advances by GDB under the FY 2014 Commonwealth Interest Line of Credit to fund deposits to the Redemption Fund to pay interest on the Public Improvement Bonds on January 1, 2014. The Commonwealth Series A Notes were a draw-down loan the proceeds of which were used to repay advances under the FY 2014 Commonwealth Interest Line of Credit immediately. Accordingly, the Commonwealth treated the proceeds of the Commonwealth Series A Notes as being used in substance directly to fund deposits to the Redemption Fund to pay interest on the Public Improvement Bonds on January 1, 2014. Because the proceeds of the Commonwealth Series A Notes were used only to pay interest on Public Improvement Bonds that accrued during the one year period including the issuance date of the Commonwealth Series A Notes, the

-11-

Commonwealth Series A Notes are not treated as a refunding issue under Treasury Regulation §1.150-1(d)(2)(i). Thus, the portion of the Bonds allocable to the refunding of the portion of the FY 2013 Commonwealth Principal Line of Credit which refunded the Commonwealth Series A Notes may be advance refunded. Alternatively, if proceeds of the FY 2014 Commonwealth Interest Line of Credit are treated as used to fund such deposits to the Redemption Fund, the FY 2014 Commonwealth Interest Line of Credit has been and will be used only to pay interest on Public Improvement Bonds that accrued during the one year period including the issuance date of the FY 2014 Commonwealth Interest Line of Credit and the FY 2014 Commonwealth Interest Line of Credit is not treated as a refunding issue under Treasury Regulation §1.150-1(d)(2)(i). Therefore, the portion of the Bonds allocable to the refunding of the portion of the FY 2013 Commonwealth Principal Line of Credit which refunded the Commonwealth Series A Notes may be advance refunded.

(h)     A portion of the FY 2013 Commonwealth Principal Line of Credit funded the payment of the Commonwealth Series B Notes. The Commonwealth Series B Notes were issued on August 13, 2013 as part of a single issue with the Commonwealth BAN's to repay advances by GDB under the FY 2013 Commonwealth Principal Line of Credit and FY 2014 Commonwealth Principal Line of Credit to fund deposits to the Redemption Fund to pay principal of Public Improvement Bonds on July 1, 2013 and July 1, 2014, respectively. The portion of the Bonds allocable to the portion of the Commonwealth Series B Notes which refinanced the payment of advance refundable Public Improvement Bonds on July 1, 2013 may in turn be advance refunded. (See Treasury Regulation §1.149(d)-1(e)) The principal amounts of Public Improvement Bonds paid on July 1, 2013 are shown on Exhibit B. The Commonwealth Series B Notes were issued more than 90 days before the principal of the Public Improvement

-12-

Bonds is paid on July 1, 2014. Accordingly, the portion of the Commonwealth Series B Notes which funded the payment of principal on July 1, 2014 was allocated to advance refundable Public Improvement Bonds shown on Exhibit D. The portion of the Bonds allocable the Commonwealth Series B Notes which funded the payment of principal on July 1, 2014 may not be advance refunded.

(i)      A portion of the New Money Line of Credit funded the payment of the Commonwealth BAN's. The Commonwealth BAN's were issued on August 13, 2013 as part of a single issue with the Commonwealth Series B Notes to repay bond anticipation notes issued to GDB (the "GDB BAN's"). The proceeds of the GDB BAN's were used to provide interim financing for the Projects. The portion of the Bonds allocable to the repayment of the portion of the New Money Lines of Credit which refunded the Commonwealth BAN's may be advance refunded.

(j)      A portion of the New Money Line of Credit funded the payment of the Oriental Line of Credit.  Proceeds of the Oriental Line of Credit were used to repay a GDB line of credit with the Commonwealth which provided interim financing for the Projects. The portion of the Bonds allocable to the repayment of the portion of the New Money Lines of Credit which refunded the Oriental Line of Credit may be advance refunded.

(k)      The 2003C Refunding Bonds were issued on May 6, 2003 as part of a single issue with the Commonwealth's Public Improvement Refunding Bonds, Series 2003B (together, the "2003 Refunding Bonds") to advance refund and current refund certain of the Commonwealth's prior Public Improvement Bonds. Except as described below, the portion of the Bonds allocable to the payment of the Refunded 2003C Bonds may not be advance refunded.

-13-

(i)      The 2003 Refunding Bonds current refunded certain of the Commonwealth's Public Improvement Bonds of 1987 and Public Improvement Refunding Bonds, Series 1987 (the "1987 Bonds") which were issued as a single issue to pay the costs of certain capital projects and to advance and current refund certain of the Commonwealth's prior Public Improvement Bonds.  The portion of the Bonds allocable to the refunding of the portion of the Refunded 2003 C-5 and C-6 Bonds which refunded the new money portion of the 1987 Bonds and the portion of the 1987 Bonds that current refunded (directly or in a series of current refundings) new money bonds (or advance refunding bonds entitled to a second advance refunding) may be advance refunded.

(ii)      The 2003 Refunding Bonds current refunded certain of the Commonwealth's Public Improvement Bonds of 1993 and Public Improvement Refunding Bonds, Series 1992A (the "1993/1992A Bonds") which were issued as a single issue to pay the costs of certain capital projects and to advance refund certain of the Commonwealth's prior Public Improvement Bonds.  The portion of the Bonds allocable to the refunding of the portion of the Refunded 2003C Bonds which refunded the new money portion of the 1993/1992A Bonds may be advance refunded.

(iii)      The   2003   Refunding   Bonds   current   refunded   the Commonwealth's special promissory notes (the "2003 Notes") which were issued to current refund certain of the Commonwealth's prior Public Improvement Bonds.  The portion of the Bonds allocable to the refunding of the portion of the Refunded 2003C Bonds which refunded the portion of the 2003 Notes which refunded (directly or in a series of current refundings) new money bonds may be advance refunded.

(l)      The 2007A Refunding Bonds were issued on October 16, 2007 as part

-14-

of a single issue with the Commonwealth's Public Improvement Bonds of 2007, Series A issued on October 4, 2007 (the "2007A Bonds"). Pursuant to a multipurpose allocation previously made by the Commonwealth under Treasury Regulation §1.148-9(h)(4)(v), a 30.9838 percent portion of the 2007A Refunding Bonds and 2007A Bonds is allocable to new money purposes. Accordingly, the portion of the Bonds allocable to the refunding of a 30.9838 percent portion of the Refunded 2007 A-2 Bonds and Refunded 2007 A-3 Bonds may be advance refunded.

(m)    The portion of the Bonds refinancing Restricted Working Capital Expenditures and the Projects may be advance refunded.

9.    **Transferred Proceeds**.    There are no unspent proceeds of the refunded obligations described in section 8 above except as follows.

(a)    A portion of the proceeds of the FY 2014 Commonwealth Interest Line of Credit and FY 2014 Commonwealth Principal Line of Credit have been used to make purchases of government securities under the Debt Service Deposit Agreement among the Commonwealth, GDB and Lehman Brothers Special Financing Inc. dated as of June 6, 2005, as amended (the "Debt Service Deposit Agreement") and also have been invested in government securities which will mature on the dates the Commonwealth is required to make future purchases of government securities under the Debt Service Deposit Agreement. Such proceeds of the FY 2014 Commonwealth Interest Line of Credit and FY 2014 Commonwealth Principal Line of Credit will become transferred proceeds of the Bonds upon the redemption of the FY 2014 Commonwealth Interest Line of Credit and FY 2014 Commonwealth Principal Line of Credit (or refunded obligations which refunded a portion of the FY 2014 Commonwealth Interest Line of Credit and FY 2014 Commonwealth Principal Line of Credit) and are invested at a yield not exceeding the Bond Yield (as defined in Section 12 below).

-15-

(b)      Proceeds of the 2007A Refunding Bonds are held in escrow until July 1, 2016 to pay the bonds advance refunded by the 2007A Refunding Bonds. A portion of such proceeds will become transferred proceeds of the Bonds upon the redemption of the Refunded 2007 A-2 Bonds and Refunded 2007 A-3 Bonds. According to the verification report dated November 16, 2009 delivered in connection with the reinvestment of the escrowed proceeds, the yield of the escrowed proceeds of the 2007A Refunding Bonds is 4.30916 percent which is less than the Bond Yield as defined in section 12 below.

10.      **Swaps**.

(a)      The Commonwealth entered into swaps with respect to the 2003C Refunding Bonds effective upon their conversion to a new interest rate mode on July 1, 2008 (the "2003C Swaps"). The 2003C Swaps related to the Refunded 2003 C-5 Bonds and Refunded 2003 C-6 Bonds are being terminated in connection with their redemption. The 2003C Swaps were not qualified hedges and thus the Swap Termination Payments are not treated as payments on the Bonds under Treasury Regulation §§1.148-4(h)(3)(iv)(D) and (E).

(b)      The Commonwealth entered into swaps with respect to the 2007A Bonds (the "2007A Swaps") in connection with their issuance. The 2007A Swaps were qualified hedges. The 2007A Swaps related to the Refunded 2007 A-2 Bonds and Refunded 2007 A-3 Bonds are being terminated in connection with their redemption. The amount of the related Swap Termination Payments (to the extent of any on-market payment in the case of re-identified 2007A Swaps) may be treated as payments on the Bonds under Treasury Regulation §§1.148-4(h)(3)(iv)(D) and (E). The calculation of Bond Yield in section 12 below has not taken into account Swap Termination Payments related to the Refunded 2007 A-2 Bonds and Refunded 2007 A-3 Bonds.

11.    **Payment of the Bonds**.

(a)    Pursuant to Act No. 39, approved May 13, 1976, the Secretary of the Treasury is required to transfer on or before the last day of each month from available funds of the Commonwealth to the Redemption Fund an amount equal to (i) one-sixth of the interest to be paid during the next six months and (ii) one-twelfth of the principal to be paid or required to be amortized during the next 12 months on all bonds and notes of the Commonwealth secured by the full faith and credit of the Commonwealth.

(b)    All amounts deposited in the portion of the Redemption Fund allocable to the Bonds (the "Bond Portion of the Redemption Fund") will be used within 13 months of the date of deposit and any amounts received from the investment of such amounts will be used within one year from the date of receipt to pay debt service on or redeem the Bonds. The Bond Portion of the Redemption Fund will be used primarily to achieve a proper matching of revenue and debt service on the Bonds within each Bond year. Amounts deposited to such Fund will be depleted at least once a year except for a reasonable carry over amount not to exceed the greater of (A) one year's earnings on such Fund for the immediately preceding bond year or (B) one-twelfth of annual debt service on the Bonds for the immediately preceding bond year.

(c)    Other than the Bond Portion of the Redemption Fund, there are no funds or accounts established, or expected to be established, under the Resolution or otherwise that are reasonably expected to pay, or secure the payment of debt service on the Bonds.

12.    **Bond Yield**. The yield of the Bonds (determined as the semiannual discount rate at which the present value of payments of principal and interest equals the issue price of the Bonds) is 8.731595 percent (the "Bond Yield"). The issue price of the Bonds is $3,255,000,000, representing the $3,500,000,000 par amount of the Bonds, less original issue discount of

-17-

$245,000,000.00. For purposes of calculating Bond Yield, the Bonds are being treated as amortized for their present value since their stated redemption price at maturity exceeds their issue price by more than .25 percent of their stated redemption price at maturity multiplied by their weighted average maturity.

13. **Temporary Periods**.

(a)     As described in section 6 above, the Commonwealth reasonably expects that the proceeds of the Operating Line of Credit used for Restricted Working Capital Expenditures and the Net Proceeds to be used to repay the Operating Line of Credit will be treated as spent during the current fiscal year 2014 and therefore may be invested without regard to yield restriction for 13 months under Treasury Regulation §1.148-2(e)(3)(i).

(b)     The Commonwealth reasonably expects that (i) it will enter into binding obligations to spend at least 5 percent of the "net sale proceeds" of the new money portion of the Bonds towards costs of the Projects within six months from today; (ii) the acquisition and construction of the Projects and the allocation of such net sale proceeds to costs of the Projects will proceed with due diligence; and (iii) at least 85 percent of such net sale proceeds will be spent to pay costs of the Projects within three years from today. In the event any Net Proceeds remain unspent after three years, the Commonwealth will make any necessary yield reduction payments under Treasury Regulation §1.148-5(c). Therefore, therefore Net Proceeds to be used for the Projects may be invested without regard to yield restriction for three years under Treasury Regulation §1.148-2(e)(2)(i).

(c)     The Refunded 2003 C-5 Bonds, Refunded 2003 C-6 Bonds, Refunded 2007 A-2 Bonds and Refunded 2007 A-3 Bonds will be redeemed within 90 days and therefore the Net Proceeds to be used to pay the Refunded 2003 C-5 Bonds, Refunded 2003 C-6 Bonds,

-18-

Refunded 2007 A-2 Bonds and Refunded 2007 A-3 Bonds may be invested without regard to yield restriction under Treasury Regulation §1.148-9(d)(2)(ii)(A).

14.    **Arbitrage Rebate**.   The Commonwealth hereby agrees to comply with the arbitrage rebate covenants attached as Exhibit G to this Certificate as to amounts which are not excepted from the arbitrage rebate requirements by the Treasury Regulations.

15.    **Other Tax Representations**.

(a)    The Commonwealth reasonably expects that the Bonds will meet neither the private business tests of section 141(b) of the Code, nor the private loan financing test of section 141(c) of the Code for the entire term of the Bonds.

(b)    The payment of principal and interest with respect to the Bonds will not be guaranteed (in whole or in part) by the United States or any agency or instrumentality of the United States. The proceeds of the Bonds, or amounts treated as proceeds of the Bonds, will not be invested (directly or indirectly) in federally insured deposits or accounts, except to the extent such proceeds (i) may be so invested for an initial temporary period until needed for the purpose for which the Bonds are being issued, (ii) may be so used in making investments of a bona fide debt service fund, or (iii) may be invested in obligations issued by the United States Treasury.

(c)    The Bonds are not "hedge bonds" within the meaning of section 149(g) of the Code and Treasury Regulation §1.149(g)-1 because, on the dates of issuance of the Bonds and the new money bonds refunded (directly or in a series of refundings) by the Bonds, the Commonwealth reasonably expected that at least 85% of the spendable proceeds of the Bonds and such refunded bonds would be used to carry out their governmental purposes within the three-year periods beginning on the dates of issuance of the Bonds and such refunded bonds and not more than 50 percent of the proceeds of the Bonds and such refunded bonds were invested in

-19-

nonpurpose investments having a substantially guaranteed yield for four years or more.

To the best of my knowledge and belief, the expectations stated in this Certificate are reasonable. The undersigned has relied upon representations of the Commonwealth's bond counsel as to all matters related to the requirements of the federal tax laws pertaining to municipal bonds.

WITNESS my hand this 17th day of March, 2014.

_____
Secretary of the Treasury
Commonwealth of Puerto Rico

PHI 317227121v3

## EXHIBIT A

FY 2013 Cash Flow and FY2014 Cash Flow Projection

(in thousands)

| | 2013[13] |
|---|---|
| **Revenues:** | |
| Income Taxes: | |
| Individuals | $2,079,285 |
| Corporations | 1,286,506 |
| Partnerships | 756 |
| Withheld from non-residents | 982,896 |
| Tollgate taxes | 8,903 |
| Interest | 5,425 |
| Dividends | 34,064 |
| Total income taxes | 4,397,835 |
| Sales and use tax | 552,778 |
| Commonwealth excise taxes: | |
| Alcoholic beverages | 282,335 |
| Foreign (Act 154) | 1,677,291 |
| Cigarettes | 185,309 |
| Motor vehicles | 410,831 |
| Other excise taxes | 71,534 |
| Total Commonwealth excise taxes | 2,627,300 |
| | |
| Property taxes | 34,035 |
| Inheritance and gift taxes | 1,834 |
| Licenses | 80,835 |
| Other: | |
| Traditional lottery | 24,322 |
| Electronic lottery | 38,876 |
| Miscellaneous non-tax revenues | 498,541 |
| Total Other | 678,443 |
| Total revenues from internal sources | 8,256,356 |
| | |
| Revenues from non-Commonwealth sources: | |
| Federal excise taxes[1] | 245,879 |
| Customs | 0 |
| | |
| Total revenues from non-Commonwealth sources | 245,879 |
| | |
| **Total revenues** | $   8,502,235 |
| | |
| **Other Sources** | |
| Other Income (refunds)[2] | -208,000 |
| (Transfer) Refunding to Redemption Fund[7][11] | -748,000 |
| Proceeds of notes and other borrowings[4][6][11] | 2,476,251 |
| Repayment of notes and other borrowings[5][10] | -1,440,638 |
| Receipt of COFINA Bond Proceeds[9] | 410,979 |
| **Total Resources** | 8,992,827 |
| | |
| **Expenditures:** | |
| Grants and subsidies | 3,896,307 |
| Personal services | 4,185,838 |
| Other services | 830,403 |
| Materials and supplies | 78,164 |
| Equipment purchases | 45,482 |
| Capital outlays and other debt service | 65,507 |
| Prior year disbursements | 0 |
| Total expenditures | 9,101,701 |
| **Total resources less expenditures** | |

(1) Excludes transfers to the Conservation Trust Fund and amounts deposited into a separate account for the promotion of Puerto Rico rums in foreign markets.
(2) Consists of transfers of rental payments to FBA, net revenues from the General Fund's non-budgetary funds plus a reserve for future tax refunds reduced by estimated tax refunds.
(3) Consists of amounts to pay principal of, and interest on, general obligation bonds and notes of the Commonwealth. Does not include amounts deposited directly into the Redemption Fund from non-General Fund revenues.
(4) Consists of proceeds of borrowings from GDB and a syndicate of commercial banks, and proceeds from Commonwealth's Tax and Revenue Anticipation Notes.
(5) Consists of repayments of borrowings from GDB and a syndicate of commercial banks, and repayments of Commonwealth's Tax and Revenue Anticipation Notes.
(6) Includes proceeds of $432.6 million generated by the issuance of the Commonwealth's Public Improvement Refunding Bonds, Series 2011 A, 2011 B and 2012 A, which were privately placed.
(7) Includes approximately $233 million for payment of Public Improvement Refunding Bonds Series 2011 C and 2011 D paid with transfers from COFINA.
(9) Represents the COFINA bond proceeds deposited in the Stabilization Fund.
(10) Includes payment of refunded bonds of $394.5 million.
(11) Does not include amounts deposited directly into the Redemption Fund from non-General Fund revenues.
(12) Includes $240 million transferred from the Redemption Fund to the General Fund, for excess of derivative instruments collaterals not required in accordance with the derivative instruments agreements
(13) Preliminary, unaudited and subject to change.

**Commonwealth of Puerto Rico**
**Actual and Projected Revenues and Expenses – General Fund Only**
**Prepared under cash basis accounting method**
**Fiscal Year 2013-2014**
**(in thousands)**
**Privileged and Confidential**

| | July | August [1] | September [1] | October [1] | November [1] | December [1] | January [1] | February [1] | March [1] | April [1] | May [1] | June [1] | Total [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance [10] | $ (20,756) | $ 34,059 | $ 130,581 | $ 378,801 | $ 527,540 | $ 409,318 | $ 493,625 | $ 531,721 | $ 482,576 | $ 420,383 | $ 810,634 | $ 378,677 | $ (20,756) |
| Receipts: | | | | | | | | | | | | | |
| Income taxes | 256,976 | 157,707 | 448,443 | 570,678 | 228,553 | 593,721 | 230,647 | 284,209 | 394,831 | 1,203,323 | 208,709 | 704,143 | 5,464,940 |
| Property Tax | 4,962 | 1,806 | 1,175 | 1,392 | 862 | 776 | 1,546 | 1,402 | 595 | 988 | 988 | 988 | 16,720 |
| Commonwealth excise taxes | 198,670 | 227,573 | 213,617 | 243,917 | 305,538 | 263,468 | 223,753 | 231,336 | 271,668 | 285,114 | 273,529 | 287,056 | 2,930,926 |
| Inheritance and gift taxes | 614 | 44 | | 90 | 44 | 64 | 13 | 196 | 310 | 310 | 320 | 324 | 2,479 |
| Sales and use tax | | | | | | | 79,844 | 99,174 | 96,991 | 109,027 | 108,837 | 117,413 | 610,306 |
| Licenses | 1,237 | 1,356 | 1,866 | 1,517 | 327 | 1,397 | 2,509 | 1,596 | 1,612 | 906 | 1,030 | 1,913 | 16,194 |
| Other internal sources | 14,056 | 13,703 | 38,367 | 11,927 | 23,266 | 26,545 | 23,349 | 14,647 | 28,609 | 16,419 | 20,265 | 60,988 | 341,338 |
| Non-Commonwealth sources | 20,176 | 31,522 | 22,215 | 29,963 | 14,437 | 23,643 | 13,803 | 17,574 | 5,256 | 8,077 | 8,834 | 10,807 | 226,941 |
| Financing Resources [11] | – | – | – | – | 75,000 | – | 17,500 | – | – | – | – | – | 92,500 |
| Total Revenues | 495,001 | 472,710 | 731,103 | 861,484 | 548,025 | 925,324 | 684,964 | 669,894 | 794,833 | 1,623,174 | 704,922 | 1,183,614 | 9,713,548 |
| Other Financing Sources (uses) | | | | | | | | | | | | | |
| Other transfers [13] | (134,860) | (93,733) | 36,620 | 53,738 | 72,845 | 63,138 | 60,135 | 64,096 | (3,000) | 9,000 | 9,000 | 9,000 | 145,931 |
| Transfer to Redemption Fund [6] | (61,436) | (63,436) | (61,436) | (61,436) | (61,436) | (61,436) | (61,436) | (61,436) | (61,436) | (61,436) | (61,436) | (61,436) | (737,237) |
| Rovolino from GDB Notes Payable [8] | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 47,917 | 575,000 |
| Payment of short term loans | – | – | – | (98,000) | – | – | – | – | – | – | – | – | (98,000) |
| Payment of Bonos Collateral (Annual) [17] | – | – | – | – | – | – | – | (33,837) | – | – | – | – | |
| Rovolino from GDB and Private Banks/TRANS [4] | 450,000 | 450,000 | 350,000 | 175,000 | 75,000 | 350,000 | 275,000 | 73,837 | – | – | – | – | 2,198,837 |
| Payments to GDB and Private Banks/TRANS [5] | – | – | (200,000) | (150,000) | (125,000) | (300,000) | (220,000) | (90,000) | (33,837) | (306,663) | (306,663) | (346,674) | (2,168,837) |
| Total other financing resources (uses) | 301,614 | 340,702 | 173,100 | (30,792) | 9,325 | 97,618 | 71,615 | 50,576 | (38,356) | (371,182) | (371,182) | (371,194) | (114,306) |
| Total Revenues and other financing resources | 796,615 | 813,415 | 904,203 | 830,702 | 557,350 | 1,022,962 | 756,629 | 720,470 | 756,477 | 1,251,991 | 333,739 | 812,420 | 9,599,243 |
| Expenditures: | | | | | | | | | | | | | |
| Grants and subsidies | 308,845 | 304,353 | 286,318 | 306,471 | 293,234 | 411,203 | 377,948 | 330,679 | 309,825 | 322,583 | 316,237 | 345,475 | 3,922,313 |
| Personal services | 294,275 | 343,754 | 286,540 | 205,751 | 275,912 | 423,336 | 256,860 | 288,426 | 329,144 | 286,951 | 286,951 | 285,133 | 3,602,875 |
| Other services | 103,355 | 77,345 | 86,859 | 60,662 | 72,678 | 81,740 | 78,672 | 106,936 | 131,807 | 127,275 | 140,496 | 179,482 | 1,345,841 |
| Materials and supplies | 4,614 | 4,828 | 3,835 | 4,993 | 20,655 | 6,749 | 3,089 | 12,838 | 16,443 | 12,173 | 16,840 | 21,026 | 127,782 |
| Equipment purchases | 1,636 | 3,745 | 3,035 | 1,466 | 1,570 | 5,748 | 741 | 920 | 4,647 | 6,469 | 4,320 | 8,401 | 39,416 |
| Other debt service and capital outlays | 27,336 | 23,867 | 9,395 | 14,623 | 14,623 | 12,014 | 12,289 | 15,896 | 6,843 | 106,378 | 120,288 | 135,072 | 498,536 |
| Total disbursements | 741,300 | 692,904 | 675,983 | 681,906 | 673,572 | 926,625 | 728,200 | 759,616 | 818,669 | 861,730 | 883,086 | 974,230 | 9,437,762 |
| Total available cash less transfers and disbursements | 54,815 | 116,922 | 228,220 | 148,728 | (116,222) | 96,316 | 30,086 | (39,146) | (62,192) | 390,241 | (531,847) | (161,792) | 161,481 |
| Ending Cash Balance [10] | $ 34,059 | $ 130,581 | $ 378,801 | $ 527,540 | $ 409,318 | $ 493,625 | $ 531,721 | $ 482,576 | $ 420,383 | $ 810,634 | $ 278,677 | $ 116,887 | 140,724 |

Footnotes:
[1] Preliminary numbers, based on amount recorded in the accounting system as of the date of this report. Unaudited, preliminary and subject to change.
[2] Prevented amount. Unaudited, preliminary and subject to change.
[3] The Commonwealth Legislature approved $245,000 of financing resources for FY 2013-2014 Budget. Such amount will be used to cover the deficiency between budgeted expenses and the General Fund Revenues.
[4] Actual amounts as revolving loan (TRANS) with GDB. The aggregate principal of the revolving based does not exceed the $300,000 approved by GDB.
[5] Includes $125,000 in September, $100,000 in October, $350,000 in December, $275,00 in January and 72,837 in February, from the revolving loan (TRANS) with GDB. The aggregate principal of the revolving based.
[6] Consists of transfer of the Commonwealth Tax Anticipation Revenue Notes, provided by GDB and private banks.
[7] Consists of repayments (principal only) of the Commonwealth Tax Anticipation Revenue Notes, provided by GDB and private banks.
[8] Consists of amounts in per principal and interest on general obligation bonds of the Commonwealth. Data not include amounts directly transferred to the Redemption Fund from non-General Fund revenues. (Excludes the annual special tax of 1.03% of the all real and personal property, transferred from the Municipal Revenue Collection Center (CRIM) for General Obligation Debt Service Payment)
[9] Consist of principal and interest only line of credit issued by GDB, for monthly debt service payments. (Debt Restructuring)
[10] Includes the portion of the estimated christmas bonus payment paid on December 6, 2013.
[11] Includes the portion of the liquidation of the excess of sick leave to the employees. Amount is normally paid on March.
[12] Unaudited, preliminary and subject to changes.
[13] Repayment of short time line of credit with GDB, based on June 2013, to cover FY 2012-13 operational expenses.
[14] Excludes $162.2 million approved on budget for the repayment of General Obligation Bonds, which were included as transfers to the redemption fund.
[15] Other transfer consist of net revenues from the General Fund's non-budgetary funds plus a reserve for future tax refunds reduced by estimated tax refunds.
[16] Includes the effect of the proposed legislation to decrease the budgeted expenses for approximately $170 Mdot.
[17] Actual amount of Interest Swaps collateral in compensation.
Actual preliminary information prepared under a cash accounting basis, expenses recorded when they are recorded not when they are incurred.
Projected data is prepared under a budgetary basis.

**EXHIBIT B**

Schedule of 7/1/13 principal funded by FY 2013 Commonwealth Principal Line of Credit

| Series | Total Funded | Amounts Included in FY 2013 Principal Line<br>Advance Refundable Percentage |
|---|---|---|
| PIB Series 1995 | 12,155,000 | 100% |
| PIB Series 1996 | 11,915,000 | 100% |
| PIB Series 1997 | 13,390,000 | 52.449010% |
| PIRB Series 1998 | 36,210,000 | 0.0% |
| PIB Series 1998 | 15,665,000 | 100% |
| PIB Series 1999 | 14,180,000 | 80.170428% |
| PIRB Series 2002 | 68,970,000 | 0.0% |
| PIRB Series 2002A | 39,485,000 | 33.6155% |
| PIB Series 2003A | 11,895,000 | 100% |
| PIRB Series 2003 | 21,985,000 | 0.0% |
| PIRB Series 2003A | 12,330,000 | 0.0% |
| PIB Series 2004A | 10,530,000 | 100% |
| PIRB Series 2006A | 3,210,000 | 0.0% |
| PIRB Series 2007A | 7,645,000 | 30.9838% |
| PIRB Series 2008A | 36,610,000 | 0.0% |
| PIB Series 2008A | 4,455,000 | 100% |
| PIRB Series 2011D | 470,000 | 0.0% |
| Total | 321,100,000 | |

# EXHIBIT C

Schedule of 7/1/13 principal funded by FY 2013 PBA Principal Line of Credit

| Series | Total Funded | Amounts Included in FY 2013 Principal Line Advance Refundable Percentage* |
|---|---|---|
| Series C | 10,995,000 | 65.8% |
| Series F | 3,110,000 | 0.0% |
| Series G | 1,540,000 | 100% |
| Series H | 35,560,000 | 0.0% |
| Series M | 16,235,000 | 54.0% |
| Series N | 3,670,000 | 54.0% |
| Total | 71,110,000 | |

*to be confirmed by refunding bond counsel

C-1

**EXHIBIT D**

Schedule of 7/1/14 advance refundable principal funded by FY 2013 and FY 2014
Commonwealth Principal Lines of Credit and deposits to the Redemption Fund

| Series | Total 7/1/14 Principal | Advance Refundable Percentage | Principal Funded |
|---|---|---|---|
| PIB Series 1995 | 12,915,000 | 100% | 12,915,000 |
| PIB Series 1996 | 12,690,000 | 100% | 12,690,000 |
| PIB Series 1997 | 14,260,000 | 52.449010% | 7,475,000 |
| PIRB Series 1998 | 38,240,000 | 0.0% | 0 |
| PIB Series 1998 | 16,605,000 | 100% | 16,605,000 |
| PIB Series 1999 | 14,925,000 | 80.170428% | 11.960,000 |
| PIB Series 2001A | 5,865,000 | 61.4518% | 3,600,000 |
| PIRB Series 2002 | 27,150,000 | 0.0% | 0 |
| PIRB Series 2002A | 62,295,000 | 33.6155% | 20,930,000 |
| PIRB Series 2003A | 13,010,000 | 0.0% | 0 |
| PIB Series 2005A | 8,560,000 | 100% | 8,560,000 |
| PIRB Series 2006A | 3,370,000 | 0.0% | 0 |
| PIRB Series 2007A | 20,885,000 | 30.9838% | 6,470,000 |
| PIRB Series 2008A | 63,470,000 | 0.0% | 0 |
| PIB Series 2008A | 4,700,000 | 100% | 4,700,000 |
| PIRB Series 2011D | 485,000 | 0.0% | 0 |
| Total | 319,425,000 | | 105,905,000 |

D-1

# EXHIBIT E

Final Numbers

Mar 12, 2014  3:37 pm  Prepared by Barclays                                                              (Finance 7.005 PR GO 2014-03-11:2014A)

TABLE OF CONTENTS

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Report | Page |
|---|---|
| Sources and Uses of Funds | 1 |
| Bond Pricing | 3 |
| Bond Debt Service | 4 |
| Net Debt Service | 5 |
| Capitalized Interest Fund | 6 |
| Bond Summary Statistics | 7 |
| Summary of Bonds Refunded | 8 |
| Escrow Requirements | 9 |
| Universal Bond Solution | 10 |
| Proof of Arbitrage Yield | 11 |

Mar 12, 2014  3:37 pm  Prepared by Barclays                                                  (Finance 7.005 PR GO 2014-03-11:2014A)  Page 1

SOURCES AND USES OF FUNDS

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Sources: | FY2013 Restructuring - Tax Exempt | FY2014 Restructuring - Tax Exempt | FY2014 Working Capital | FY2012 New Money | Refunding of COFINA BAN | FY2013 PBA Restructuring |
|---|---|---|---|---|---|---|
| **Bond Proceeds:** | | | | | | |
| Par Amount | 783,000,000.00 | 632,000,000.00 | 115,200,000.00 | 306,200,000.00 | 419,300,000.00 | 229,400,000.00 |
| Original Issue Discount | -54,810,000.00 | -44,240,000.00 | -8,064,000.00 | -21,434,000.00 | -29,351,000.00 | -16,058,000.00 |
| | 728,190,000.00 | 587,760,000.00 | 107,136,000.00 | 284,766,000.00 | 389,949,000.00 | 213,342,000.00 |

| Uses: | FY2013 Restructuring - Tax Exempt | FY2014 Restructuring - Tax Exempt | FY2014 Working Capital | FY2012 New Money | Refunding of COFINA BAN | FY2013 PBA Restructuring |
|---|---|---|---|---|---|---|
| **Project Fund Deposits:** | | | | | | |
| Repayment of GDB Principal | 537,036,841.00 | 525,243,629.00 | 92,500,000.00 | 228,848,255.89 | | 174,762,602.00 |
| Repayment of GDB Interest | 41,721,073.33 | 3,522,178.22 | 1,580,000.00 | 6,099,078.79 | | 12,475,171.05 |
| Repayment of GDB Fee | 416,677.00 | 401,042.00 | | | | 87,033.82 |
| Redemption of COFINA BANs | | | | | 342,365,760.00 | |
| | 579,174,591.33 | 529,166,849.22 | 94,080,000.00 | 234,947,334.68 | 342,365,760.00 | 187,324,806.87 |
| **Refunding Escrow Deposits:** | | | | | | |
| Cash Deposit | | | | | | |
| **Other Fund Deposits:** | | | | | | |
| Interest Payable in FY2014-FY2016 | 140,736,000.00 | 52,026,741.06 | 11,878,400.00 | 46,572,622.22 | 43,234,488.89 | 23,653,688.89 |
| **Delivery Date Expenses:** | | | | | | |
| Cost of Issuance | 1,944,316.53 | 1,569,358.94 | 286,060.36 | 760,344.46 | 1,041,190.19 | 569,637.56 |
| Underwriter's Discount | 6,293,185.94 | 5,079,557.47 | 925,894.02 | 2,461,013.43 | 3,370,029.19 | 1,843,750.78 |
| Swap Termination Payments | | | | | | |
| | 8,237,502.47 | 6,648,916.41 | 1,211,954.38 | 3,221,357.89 | 4,411,219.38 | 2,413,388.34 |
| **Other Uses of Funds:** | | | | | | |
| Additional Proceeds | 41,906.20 | -82,506.69 | -34,354.38 | 24,685.21 | -62,468.27 | -49,884.10 |
| | 728,190,000.00 | 587,760,000.00 | 107,136,000.00 | 284,766,000.00 | 389,949,000.00 | 213,342,000.00 |

## SOURCES AND USES OF FUNDS

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Sources: | Refunding of Series 2007A2&3 | Refunding of Series 2003C-5 | Refunding of Series 2003C-6 | Repayment of Working Capital Loans | Total |
|---|---|---|---|---|---|
| **Bond Proceeds:** | | | | | |
| Par Amount | 66,500,000.00 | 333,600,000.00 | 282,300,000.00 | 332,500,000.00 | 3,500,000,000.00 |
| Original Issue Discount | -4,655,000.00 | -23,352,000.00 | -19,761,000.00 | -23,275,000.00 | -245,000,000.00 |
| | 61,845,000.00 | 310,248,000.00 | 262,539,000.00 | 309,225,000.00 | 3,255,000,000.00 |

| Uses: | Refunding of Series 2007A2&3 | Refunding of Series 2003C-5 | Refunding of Series 2003C-6 | Repayment of Working Capital Loans | Total |
|---|---|---|---|---|---|
| **Project Fund Deposits:** | | | | | |
| Repayment of GDB Principal | | | | 252,929,115.27 | 1,811,320,443.16 |
| Repayment of GDB Interest | | | | 18,449,499.06 | 83,847,000.45 |
| Repayment of GDB Fee | | | | | 904,752.82 |
| Redemption of COFINA BANs | | | | | 342,365,760.00 |
| | | | | 271,378,614.33 | 2,238,437,956.43 |
| **Refunding Escrow Deposits:** | | | | | |
| Cash Deposit | 30,176,021.23 | 237,720,492.07 | 198,677,491.87 | | 466,574,005.17 |
| **Other Fund Deposits:** | | | | | |
| Interest Payable in FY2014-FY2016 | 6,856,888.89 | 34,397,866.67 | 29,108,266.67 | 34,284,444.44 | 422,749,407.73 |
| **Delivery Date Expenses:** | | | | | |
| Cost of Issuance | 165,130.33 | 828,383.13 | 700,996.88 | 825,651.62 | 8,691,070.00 |
| Underwriter's Discount | 534,478.76 | 2,681,234.78 | 2,268,922.58 | 2,672,393.72 | 28,130,460.67 |
| Swap Termination Payments | 24,016,850.00 | 34,585,750.00 | 31,814,500.00 | | 90,417,100.00 |
| | 24,716,459.09 | 38,095,367.91 | 34,784,419.46 | 3,498,045.34 | 127,238,630.67 |
| **Other Uses of Funds:** | | | | | |
| Additional Proceeds | 95,630.79 | 34,273.35 | -31,178.00 | 63,895.89 | |
| | 61,845,000.00 | 310,248,000.00 | 262,539,000.00 | 309,225,000.00 | 3,255,000,000.00 |

## BOND PRICING

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Bond Component | Maturity Date | Amount | Rate | Yield | Price |
|---|---|---|---|---|---|
| Term Maturing in 2035: | | | | | |
| | 07/01/2021 | 15,900,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2022 | 74,000,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2023 | 158,200,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2024 | 176,200,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2025 | 137,900,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2026 | 88,900,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2027 | 177,200,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2028 | 188,100,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2029 | 245,900,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2030 | 263,700,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2031 | 299,200,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2032 | 427,400,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2033 | 360,000,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2034 | 458,700,000 | 8.000% | 8.727% | 93.000 |
| | 07/01/2035 | 428,700,000 | 8.000% | 8.727% | 93.000 |
| | | 3,500,000,000 | | | |

| | | | |
|---|---|---|---|
| Dated Date | | 03/17/2014 | |
| Delivery Date | | 03/17/2014 | |
| First Coupon | | 07/01/2014 | |
| Par Amount | | 3,500,000,000.00 | |
| Original Issue Discount | | -245,000,000.00 | |
| Production | | 3,255,000,000.00 | 93.000000% |
| Underwriter's Discount | | -28,130,460.67 | -0.803727% |
| Purchase Price | | 3,226,869,539.33 | 92.196273% |
| Accrued Interest | | | |
| Net Proceeds | | 3,226,869,539.33 | |

(Finance 7.005 PR GO 2014-03-11:2014A)  Page 4

## BOND DEBT SERVICE

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Period Ending | Principal | Coupon | Interest | Debt Service |
|---|---|---|---|---|
| 07/01/2014 | | | 80,888,888.89 | 80,888,888.89 |
| 07/01/2015 | | | 280,000,000.00 | 280,000,000.00 |
| 07/01/2016 | | | 280,000,000.00 | 280,000,000.00 |
| 07/01/2017 | | | 280,000,000.00 | 280,000,000.00 |
| 07/01/2018 | | | 280,000,000.00 | 280,000,000.00 |
| 07/01/2019 | | | 280,000,000.00 | 280,000,000.00 |
| 07/01/2020 | | | 280,000,000.00 | 280,000,000.00 |
| 07/01/2021 | 15,900,000 | 8.000% | 280,000,000.00 | 295,900,000.00 |
| 07/01/2022 | 74,000,000 | 8.000% | 278,728,000.00 | 352,728,000.00 |
| 07/01/2023 | 158,200,000 | 8.000% | 272,808,000.00 | 431,008,000.00 |
| 07/01/2024 | 176,200,000 | 8.000% | 260,152,000.00 | 436,352,000.00 |
| 07/01/2025 | 137,900,000 | 8.000% | 246,056,000.00 | 383,956,000.00 |
| 07/01/2026 | 88,900,000 | 8.000% | 235,024,000.00 | 323,924,000.00 |
| 07/01/2027 | 177,200,000 | 8.000% | 227,912,000.00 | 405,112,000.00 |
| 07/01/2028 | 188,100,000 | 8.000% | 213,736,000.00 | 401,836,000.00 |
| 07/01/2029 | 245,900,000 | 8.000% | 198,688,000.00 | 444,588,000.00 |
| 07/01/2030 | 263,700,000 | 8.000% | 179,016,000.00 | 442,716,000.00 |
| 07/01/2031 | 299,200,000 | 8.000% | 157,920,000.00 | 457,120,000.00 |
| 07/01/2032 | 427,400,000 | 8.000% | 133,984,000.00 | 561,384,000.00 |
| 07/01/2033 | 360,000,000 | 8.000% | 99,792,000.00 | 459,792,000.00 |
| 07/01/2034 | 458,700,000 | 8.000% | 70,992,000.00 | 529,692,000.00 |
| 07/01/2035 | 428,700,000 | 8.000% | 34,296,000.00 | 462,996,000.00 |
| | 3,500,000,000 | | 4,649,992,888.89 | 8,149,992,888.89 |

## NET DEBT SERVICE

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Period Ending | Total Debt Service | Interest Payable in FY2014-FY2016 | Net Debt Service |
|---|---|---|---|
| 07/01/2014 | 80,888,888.89 | 77,943,832.77 | 2,945,056.12 |
| 07/01/2015 | 280,000,000.00 | 269,805,574.96 | 10,194,425.04 |
| 07/01/2016 | 280,000,000.00 | 75,000,000.00 | 205,000,000.00 |
| 07/01/2017 | 280,000,000.00 | | 280,000,000.00 |
| 07/01/2018 | 280,000,000.00 | | 280,000,000.00 |
| 07/01/2019 | 280,000,000.00 | | 280,000,000.00 |
| 07/01/2020 | 280,000,000.00 | | 280,000,000.00 |
| 07/01/2021 | 295,900,000.00 | | 295,900,000.00 |
| 07/01/2022 | 352,728,000.00 | | 352,728,000.00 |
| 07/01/2023 | 431,008,000.00 | | 431,008,000.00 |
| 07/01/2024 | 436,352,000.00 | | 436,352,000.00 |
| 07/01/2025 | 383,956,000.00 | | 383,956,000.00 |
| 07/01/2026 | 323,924,000.00 | | 323,924,000.00 |
| 07/01/2027 | 405,112,000.00 | | 405,112,000.00 |
| 07/01/2028 | 401,836,000.00 | | 401,836,000.00 |
| 07/01/2029 | 444,588,000.00 | | 444,588,000.00 |
| 07/01/2030 | 442,716,000.00 | | 442,716,000.00 |
| 07/01/2031 | 457,120,000.00 | | 457,120,000.00 |
| 07/01/2032 | 561,384,000.00 | | 561,384,000.00 |
| 07/01/2033 | 459,792,000.00 | | 459,792,000.00 |
| 07/01/2034 | 529,692,000.00 | | 529,692,000.00 |
| 07/01/2035 | 462,996,000.00 | | 462,996,000.00 |
| | 8,149,992,888.89 | 422,749,407.73 | 7,727,243,481.16 |

CAPITALIZED INTEREST FUND

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Date | Deposit | Interest | Principal | Scheduled Draws | Balance |
|------|---------|----------|-----------|-----------------|---------|
| 03/17/2014 | 422,749,407.73 | | | | 422,749,407.73 |
| 07/01/2014 | | | 77,943,832.77 | 77,943,832.77 | 344,805,574.96 |
| 01/01/2015 | | | 134,902,787.48 | 134,902,787.48 | 209,902,787.48 |
| 07/01/2015 | | | 134,902,787.48 | 134,902,787.48 | 75,000,000.00 |
| 01/01/2016 | | | 37,500,000.00 | 37,500,000.00 | 37,500,000.00 |
| 07/01/2016 | | | 37,500,000.00 | 37,500,000.00 | |
| | 422,749,407.73 | 0 | 422,749,407.73 | 422,749,407.73 | |

Arbitrage Yield:                8.7315948%
Value of Negative Arbitrage:    36,746,255.74

Mar 12, 2014  3:37 pm  Prepared by Barclays                                    (Finance 7.005 PR GO 2014-03-11:2014A)  Page 7

## BOND SUMMARY STATISTICS

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| | |
|---|---|
| Dated Date | 03/17/2014 |
| Delivery Date | 03/17/2014 |
| Last Maturity | 07/01/2035 |
| | |
| Arbitrage Yield | 8.731595% |
| True Interest Cost (TIC) | 8.929770% |
| Net Interest Cost (NIC) | 8.469903% |
| All-In TIC | 8.961209% |
| Average Coupon | 8.000000% |
| | |
| Average Life (years) | 16.607 |
| Duration of Issue (years) | 8.968 |
| | |
| Par Amount | 3,500,000,000.00 |
| Bond Proceeds | 3,255,000,000.00 |
| Total Interest | 4,649,992,888.89 |
| Net Interest | 4,923,123,349.56 |
| Total Debt Service | 8,149,992,888.89 |
| Maximum Annual Debt Service | 561,384,000.00 |
| Average Annual Debt Service | 382,828,475.99 |

Underwriter's Fees (per $1000)
  Average Takedown
  Other Fee                                             8.037274
                                                        _____

Total Underwriter's Discount                            8.037274

Bid Price                                              92.196273

| Bond Component | Par Value | Price | Average Coupon | Average Life |
|---|---|---|---|---|
| Term Maturing in 2035 | 3,500,000,000.00 | 93.000 | 8.000% | 16.607 |
| | 3,500,000,000.00 | | | 16.607 |

| | TIC | All-In TIC | Arbitrage Yield |
|---|---|---|---|
| Par Value | 3,500,000,000.00 | 3,500,000,000.00 | 3,500,000,000.00 |
| + Accrued Interest | | | |
| + Premium (Discount) | -245,000,000.00 | -245,000,000.00 | -245,000,000.00 |
| - Underwriter's Discount | -28,130,460.67 | -28,130,460.67 | |
| - Cost of Issuance Expense | | -8,691,070.00 | |
| - Other Amounts | | | |
| Target Value | 3,226,869,539.33 | 3,218,178,469.33 | 3,255,000,000.00 |
| Target Date | 03/17/2014 | 03/17/2014 | 03/17/2014 |
| Yield | 8.929770% | 8.961209% | 8.731595% |

## SUMMARY OF BONDS REFUNDED

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Bond | Maturity Date | Interest Rate | Par Amount | Call Date | Call Price |
|------|------|------|------|------|------|
| 2003C5 Public Improvement Refunding Bonds, 2003C5_R: | | | | | |
| 2003C51 | 07/01/2021 | 3.766% | 44,905,000.00 | 03/17/2014 | 100.000 |
| 2003C52 | 07/01/2019 | 3.766% | 92,560,000.00 | 04/10/2014 | 100.000 |
| | 07/01/2020 | 3.766% | 96,150,000.00 | 04/10/2014 | 100.000 |
| | | | 233,615,000.00 | | |
| | | | | | |
| 2003C PIRB (SIFMA Floaters), 2003C6_R: | | | | | |
| 2003C6 | 07/01/2021 | 3.682% | 40,370,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2022 | 3.682% | 66,500,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2023 | 3.682% | 48,290,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2024 | 3.682% | 42,225,000.00 | 03/17/2014 | 100.000 |
| | | | 197,385,000.00 | | |
| | | | | | |
| 2007A Public Improvement Refunding Bonds - NAR, 2007A_RN: | | | | | |
| 2007A2 | 07/01/2023 | 3.518% | 2,685,000.00 | 04/10/2014 | 100.000 |
| | 07/01/2024 | 3.518% | 2,195,000.00 | 04/10/2014 | 100.000 |
| | 07/01/2025 | 3.518% | 745,000.00 | 04/10/2014 | 100.000 |
| | 07/01/2026 | 3.518% | 780,000.00 | 04/10/2014 | 100.000 |
| | 07/01/2027 | 3.518% | 2,275,000.00 | 04/10/2014 | 100.000 |
| | 07/01/2028 | 3.518% | 3,060,000.00 | 04/10/2014 | 100.000 |
| | 07/01/2029 | 3.518% | 3,175,000.00 | 04/10/2014 | 100.000 |
| 2007A3 | 07/01/2023 | 3.518% | 2,690,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2024 | 3.518% | 2,195,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2025 | 3.518% | 745,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2026 | 3.518% | 775,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2027 | 3.518% | 2,285,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2028 | 3.518% | 3,055,000.00 | 03/17/2014 | 100.000 |
| | 07/01/2029 | 3.518% | 3,180,000.00 | 03/17/2014 | 100.000 |
| | | | 29,840,000.00 | | |
| | | | | | |
| | | | 460,840,000.00 | | |

## ESCROW REQUIREMENTS

### Commonwealth of Puerto Rico
### General Obligation Bonds of 2014, Series A

| Period Ending | Interest | Principal Redeemed | Other Requirements | Total |
|---|---|---|---|---|
| 03/17/2014 | 3,901,859.27 | 257,215,000.00 | 1,832,145.90 | 262,949,005.17 |
| 04/10/2014 | | 203,625,000.00 | | 203,625,000.00 |
| | 3,901,859.27 | 460,840,000.00 | 1,832,145.90 | 466,574,005.17 |

UNIVERSAL BOND SOLUTION

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A
Universal Bond Solution Component

| Period Ending | Proposed Principal | Proposed Debt Service | Debt Service Adjustments | Existing Debt Service | Total Adj Debt Service | Revenue Constraints | Unused Revenues | Debt Serv Coverage |
|---|---|---|---|---|---|---|---|---|
| 07/01/2014 | | 80,888,889 | -77,943,833 | 840,321,500 | 843,266,556 | 1,246,064,550 | 402,797,994 | 147.76639% |
| 07/01/2015 | | 280,000,000 | -269,805,575 | 883,689,546 | 893,883,971 | 1,246,064,550 | 352,180,579 | 139.39891% |
| 07/01/2016 | | 280,000,000 | -75,000,000 | 957,204,680 | 1,162,204,680 | 1,246,064,550 | 83,859,870 | 107.21559% |
| 07/01/2017 | | 280,000,000 | | 882,584,370 | 1,162,584,370 | 1,246,064,550 | 83,480,180 | 107.18057% |
| 07/01/2018 | | 280,000,000 | | 820,170,681 | 1,100,170,681 | 1,246,064,550 | 145,893,869 | 113.26102% |
| 07/01/2019 | | 280,000,000 | | 842,068,184 | 1,122,068,184 | 1,246,064,550 | 123,996,366 | 111.05070% |
| 07/01/2020 | | 280,000,000 | | 866,963,825 | 1,146,963,825 | 1,246,064,550 | 99,100,725 | 108.64027% |
| 07/01/2021 | 15,900,000 | 295,900,000 | | 720,594,484 | 1,016,494,484 | 1,246,064,550 | 229,570,066 | 122.58449% |
| 07/01/2022 | 74,000,000 | 352,728,000 | | 663,676,916 | 1,016,404,916 | 1,246,064,550 | 229,659,634 | 122.59529% |
| 07/01/2023 | 158,200,000 | 431,008,000 | | 585,429,759 | 1,016,437,759 | 1,246,064,550 | 229,626,791 | 122.59133% |
| 07/01/2024 | 176,200,000 | 436,352,000 | | 580,120,816 | 1,016,472,816 | 1,246,064,550 | 229,591,734 | 122.58710% |
| 07/01/2025 | 137,900,000 | 383,956,000 | | 632,544,395 | 1,016,500,395 | 1,246,064,550 | 229,564,155 | 122.58377% |
| 07/01/2026 | 88,900,000 | 323,924,000 | | 692,482,801 | 1,016,406,801 | 1,246,064,550 | 229,657,749 | 122.59506% |
| 07/01/2027 | 177,200,000 | 405,112,000 | | 611,333,505 | 1,016,445,505 | 1,246,064,550 | 229,619,045 | 122.59039% |
| 07/01/2028 | 188,100,000 | 401,836,000 | | 614,557,150 | 1,016,393,150 | 1,246,064,550 | 229,671,400 | 122.59671% |
| 07/01/2029 | 245,900,000 | 444,588,000 | | 571,897,736 | 1,016,485,736 | 1,246,064,550 | 229,578,814 | 122.58554% |
| 07/01/2030 | 263,700,000 | 442,716,000 | | 573,747,511 | 1,016,463,511 | 1,246,064,550 | 229,601,039 | 122.58822% |
| 07/01/2031 | 299,200,000 | 457,120,000 | | 559,384,380 | 1,016,504,380 | 1,246,064,550 | 229,560,170 | 122.58329% |
| 07/01/2032 | 427,400,000 | 561,384,000 | | 455,072,655 | 1,016,456,655 | 1,246,064,550 | 229,607,895 | 122.58905% |
| 07/01/2033 | 360,000,000 | 459,792,000 | | 556,630,011 | 1,016,422,011 | 1,246,064,550 | 229,642,539 | 122.59323% |
| 07/01/2034 | 458,700,000 | 529,692,000 | | 486,662,806 | 1,016,354,806 | 1,246,064,550 | 229,709,744 | 122.60133% |
| 07/01/2035 | 428,700,000 | 462,996,000 | | 553,368,513 | 1,016,364,513 | 1,246,064,550 | 229,700,038 | 122.60016% |
| | 3,500,000,000 | 8,149,992,889 | -422,749,408 | 14,950,506,226 | 22,677,749,707 | 27,413,420,100 | 4,735,670,393 | |

## PROOF OF ARBITRAGE YIELD

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

| Date | Debt Service | Sinking Fund Adjustments | Total | Present Value to 03/17/2014 @ 8.7315948317% |
|---|---|---|---|---|
| 07/01/2014 | 80,888,888.89 | | 80,888,888.89 | 78,916,234.89 |
| 01/01/2015 | 140,000,000.00 | | 140,000,000.00 | 130,872,177.03 |
| 07/01/2015 | 140,000,000.00 | | 140,000,000.00 | 125,397,573.03 |
| 01/01/2016 | 140,000,000.00 | | 140,000,000.00 | 120,151,980.95 |
| 07/01/2016 | 140,000,000.00 | | 140,000,000.00 | 115,125,820.84 |
| 01/01/2017 | 140,000,000.00 | | 140,000,000.00 | 110,309,913.49 |
| 07/01/2017 | 140,000,000.00 | | 140,000,000.00 | 105,695,463.66 |
| 01/01/2018 | 140,000,000.00 | | 140,000,000.00 | 101,274,044.07 |
| 07/01/2018 | 140,000,000.00 | | 140,000,000.00 | 97,037,579.91 |
| 01/01/2019 | 140,000,000.00 | | 140,000,000.00 | 92,978,334.20 |
| 07/01/2019 | 140,000,000.00 | | 140,000,000.00 | 89,088,893.58 |
| 01/01/2020 | 140,000,000.00 | | 140,000,000.00 | 85,362,154.83 |
| 07/01/2020 | 140,000,000.00 | | 140,000,000.00 | 81,791,311.85 |
| 01/01/2021 | 140,000,000.00 | | 140,000,000.00 | 78,369,843.26 |
| 07/01/2021 | 155,900,000.00 | -929,548.81 | 154,970,451.19 | 83,121,169.35 |
| 01/01/2022 | 139,364,000.00 | | 139,364,000.00 | 71,623,436.38 |
| 07/01/2022 | 213,364,000.00 | -4,158,996.31 | 209,205,003.69 | 103,019,259.29 |
| 01/01/2023 | 136,404,000.00 | | 136,404,000.00 | 64,359,885.93 |
| 07/01/2023 | 294,604,000.00 | -8,501,907.83 | 286,102,092.17 | 129,345,402.79 |
| 01/01/2024 | 130,076,000.00 | | 130,076,000.00 | 56,346,759.07 |
| 07/01/2024 | 306,276,000.00 | -8,996,911.50 | 297,279,088.50 | 123,389,422.94 |
| 01/01/2025 | 123,028,000.00 | | 123,028,000.00 | 48,928,211.46 |
| 07/01/2025 | 260,928,000.00 | -6,638,628.44 | 254,289,371.56 | 96,900,359.77 |
| 01/01/2026 | 117,512,000.00 | | 117,512,000.00 | 42,906,313.64 |
| 07/01/2026 | 206,412,000.00 | -3,996,985.30 | 202,415,014.70 | 70,814,715.37 |
| 01/01/2027 | 113,956,000.00 | | 113,956,000.00 | 38,199,685.77 |
| 07/01/2027 | 291,156,000.00 | -7,353,140.39 | 283,802,859.61 | 91,155,140.59 |
| 01/01/2028 | 106,868,000.00 | | 106,868,000.00 | 32,889,243.50 |
| 07/01/2028 | 294,968,000.00 | -7,095,698.00 | 287,872,302.00 | 84,888,309.97 |
| 01/01/2029 | 99,344,000.00 | | 99,344,000.00 | 28,069,291.68 |
| 07/01/2029 | 345,244,000.00 | -8,265,456.87 | 336,978,543.13 | 91,229,199.39 |
| 01/01/2030 | 89,508,000.00 | | 89,508,000.00 | 23,218,559.53 |
| 07/01/2030 | 353,208,000.00 | -7,683,284.31 | 345,524,715.69 | 85,880,456.06 |
| 01/01/2031 | 78,960,000.00 | | 78,960,000.00 | 18,804,602.94 |
| 07/01/2031 | 378,160,000.00 | -7,258,718.69 | 370,901,281.31 | 84,636,396.79 |
| 01/01/2032 | 66,992,000.00 | | 66,992,000.00 | 14,647,502.48 |
| 07/01/2032 | 494,392,000.00 | -8,098,947.08 | 486,293,052.92 | 101,878,022.44 |
| 01/01/2033 | 49,896,000.00 | | 49,896,000.00 | 10,015,899.92 |
| 07/01/2033 | 409,896,000.00 | -4,739,179.40 | 405,156,820.60 | 77,927,223.68 |
| 01/01/2034 | 35,496,000.00 | | 35,496,000.00 | 6,541,649.48 |
| 07/01/2034 | 494,196,000.00 | -3,148,191.89 | 491,047,808.11 | 86,710,848.26 |
| 01/01/2035 | 17,148,000.00 | | 17,148,000.00 | 2,901,382.17 |
| 07/01/2035 | 445,848,000.00 | | 445,848,000.00 | 72,280,323.79 |
| | 8,149,992,888.89 | -86,865,594.82 | 8,063,127,294.07 | 3,255,000,000.00 |

Mar 12, 2014  3:37 pm  Prepared by Barclays                                (Finance 7.005 PR GO 2014-03-11:2014A)   Page 12

PROOF OF ARBITRAGE YIELD

Commonwealth of Puerto Rico
General Obligation Bonds of 2014, Series A

Proceeds Summary

| | |
|---|---|
| Delivery date | 03/17/2014 |
| Par Value | 3,500,000,000.00 |
| Premium (Discount) | -245,000,000.00 |
| Target for yield calculation | 3,255,000,000.00 |

Yields for Sinking Fund Adjustments

| Term Bond Maturing | Yield |
|---|---|
| 07/01/2035 | 8.7315948% |

## EXHIBIT F

I, the undersigned officer of Barclays Capital Inc., hereby certify that the underwriters made a bona fide public offering of all of the Bonds and initially offered all of the Bonds to the public at a price not in excess of the initial public offering price set forth in the Official Statement for the Bonds and, based on actual facts as of the sale date, reasonably expected to sell at least ten percent of the aggregate face amount of the Bonds to the public at the initial public offering price.

We understand that the Commonwealth of Puerto Rico (the "Commonwealth") and Greenberg Traurig, LLP will be relying on the representations contained in this certificate, in issuing the Bonds and in rendering Greenberg Traurig, LLP's opinion the interest on the Bonds is not includable in gross income for federal income tax purposes under Section 103 of the Internal Revenue Code of 1986, as amended (the "Code"). The undersigned is certifying only as to facts in existence on the date hereof. Nothing herein represents the undersigned's interpretation of any laws; in particular the regulations under the Code, or the application of any laws to these facts.

Although certain information furnished in this certificate has been derived from other parties and has not been verified by us, we have no reason to believe it to be untrue in any material respect. No representation is made as to the legal sufficiency of this certificate for any purpose. Moreover, we are not accountants or actuaries, nor are we fiduciaries of or financial advisor to the Commonwealth, nor have we assumed the role of financial advisor or of any other similar fiduciary relationship to the Commonwealth. We assume no obligation to advise you of any changes that come to our attention subsequent to the date hereof.

DATED:  March 17, 2014

_James F. Henn_
James F. Henn
Managing Director

## EXHIBIT G

## ARBITRAGE REBATE COVENANTS

The Commonwealth of Puerto Rico (the "Commonwealth") hereby agrees to the following procedures in order to ensure that the $3,500,000,000 Commonwealth of Puerto Rico General Obligation Bonds of 2014, Series A (the "Bonds") will comply with the Code and Regulations (as defined below) with respect to certain restrictions on arbitrage.

### ARTICLE I
### Definitions

Section 101. Terms not otherwise defined in Section 102 hereof shall have the meanings given to them in the Arbitrage and Tax Certificate of the Commonwealth dated March 17, 2014 to which these covenants are attached.

Section 102. The following terms shall have the following meanings:

**Bond Counsel's Opinion** shall mean an opinion signed by an attorney or firm of attorneys of nationally recognized standing in the field of law relating to municipal bonds selected by the Commonwealth.

**Bond Year** shall mean the one-year period beginning on the day after the expiration of the preceding Bond Year. The first Bond Year shall begin on the date of issue of the Bonds and shall end on the date selected by the Commonwealth, provided that such Bond Year shall not exceed one calendar year. The last Bond Year shall end on the date of retirement of the last Bond.

**Bond Yield** is 8.731595 percent. Bond Yield shall be recomputed if required by Regulations section 1.148-4(b)(4) or 4(h)(3). Bond Yield shall mean the discount rate that produces a present value equal to the Issue Price of all unconditionally payable payments of principal, interest and fees for qualified guarantees within the meaning of Regulations section 1.148-4(f) and amounts reasonably expected to be paid as fees for qualified guarantees in connection with the Bonds as determined under Regulations section 1.148-4(b). The present value of all such payments shall be computed as of the date of issue of the Bonds and using semi-annual compounding on the basis of a 360-day year.

**Code** shall mean the Internal Revenue Code of 1986, as amended, and any successor provisions thereto.

**Gross Proceeds** shall mean:

(a) any amounts actually or constructively received by the Commonwealth from the sale of the Bonds but excluding amounts used to pay accrued interest on the Bonds within one year of the date of issuance of the Bonds;

G-1

(b)   transferred proceeds of the Bonds under Regulations section 1.148-9;

(c)   any amounts actually or constructively received from investing amounts described in (a), (b) or this (c); and

(d)   replacement proceeds of the Bonds within the meaning of Regulations section 1.148-1(c). Replacement proceeds include amounts reasonably expected to be used directly or indirectly to pay debt service on the Bonds, pledged amounts where there is reasonable assurance that such amounts will be available to pay principal or interest on the Bonds in the event the Commonwealth encounters financial difficulties and other replacement proceeds within the meaning of Regulations section 1.148-1(c)(4).

Whether an amount is Gross Proceeds is determined without regard to whether the amount is held in any fund or account established under the Bond Resolution.

**Investment Property** shall mean any security, obligation (other than a tax-exempt bond within the meaning of Code section 148(b)(3)(A)), annuity contract or investment-type property within the meaning of Regulations section 1.148-1(b).

**Issue Price** is $3,255,000,000 which is the initial offering price to the public (not including bond houses and brokers, or similar persons or organizations acting in the capacity of underwriters of wholesalers) at which price a substantial amount of the Bonds were sold.

**Nonpurpose Investment** shall mean any Investment Property acquired with Gross Proceeds, and which is not acquired to carry out the governmental purposes of the Bonds.

**Payment** shall mean any payment within the meaning of Regulations section 1.148-3(d)(1) with respect to a Nonpurpose Investment.

**Rebate Requirement** shall mean at any time the excess of the future value of all Receipts over the future value of all Payments.

For purposes of calculating the Rebate Requirement:

(a)   the Bond Yield shall be used to determine the future value of Receipts and Payments in accordance with Regulations section 1.148-3(c); and

(b)   Nonpurpose Investments deposited in any bona fide debt service fund for the Bonds within the meaning of Regulations section 1.148-1(b) shall not be taken into account.

**Receipt** shall mean any receipt within the meaning of Regulations section 1.148-3(d)(2) with respect to a Nonpurpose Investment.

**Regulations** shall mean the sections 1.148-1 through 1.148-11 and section 1.150-1 of the regulations of the United States Department of the Treasury promulgated under the Code, and any amendments thereto or successor regulations.

G-2

**Yield** shall mean the discount rate that, when used in computing the present value as of the date the Nonpurpose Investment is first allocated to the Bonds of all unconditionally payable receipts from the Nonpurpose Investment, produces an amount equal to the present value of all unconditionally payable payments for the Nonpurpose Investment, using semi-annual compounding on the basis of a 360-day year. The purchase price of a Nonpurpose Investment is the amount of Gross Proceeds directly used to purchase the investment (including brokerage commissions and other qualified administrative costs within the meaning of Regulations section 1.148-5(e)(2)) or, if not so directly purchased, its value (as determined under Regulations section 1.148-5(d)) on the date it becomes a Nonpurpose Investment.

## ARTICLE II
### Rebate Payments

Section 201. The Commonwealth shall pay to the United States of America:

(a)  not later than 60 days after the end of the fifth Bond Year and every fifth Bond Year thereafter, an amount which, when added to the future value of all previous rebate payments with respect to the Bonds (determined as of the last day of such Bond Year), is equal to at least 90% of the Rebate Requirement (determined as of the last day of such Bond Year); and

(b)  not later than 60 days after the retirement of the last Bond, an amount which, when added to the future value of all previous rebate payments with respect to the Bonds (determined as of the date of retirement of the last Bond), is equal to 100% of the Rebate Requirement (determined as of the date of retirement of the last Bond).

Each payment required to be made under this Section shall be filed with the Internal Revenue Service, Ogden Submission Processing Center, Ogden, Utah 84201, on or before the date such payment is due, and shall be accompanied by Form 8038-T.

## ARTICLE III
### Investments

Section 301. No Nonpurpose Investment shall be acquired for an amount in excess of its fair market value. No Nonpurpose Investment shall be sold or otherwise disposed of for an amount less than its fair market value.

Section 302. For purposes of Section 301, whether a Nonpurpose Investment has been purchased or sold or disposed of for its fair market value shall be determined as follows:

(a)  The fair market value of a Nonpurpose Investment generally shall be the price at which a willing buyer would purchase the Nonpurpose Investment from a willing seller in a bona fide arm's length transaction. Fair market value shall be determined on the date on which a contract to purchase or sell the Nonpurpose Investment becomes binding.

(b)   Except as provided in Section 303 and 304, a Nonpurpose Investment that is not of a type traded on an established securities market, within the meaning of Code section 1273, is rebuttably presumed to be acquired or disposed of for a price that is not equal to its fair market value.

(c)   If a United States Treasury obligation is acquired directly from or sold or disposed of directly to the United States Treasury, such acquisition or sale or disposition shall be treated as establishing the fair market value of the obligation.

Section 303.  The purchase price of a certificate of deposit that has a fixed interest rate, a fixed payment schedule and a substantial penalty for early withdrawal is considered to be its fair market value if the yield on the certificate of deposit is not less than:

(a)   the yield on reasonably comparable direct obligations of the United States; and

(b)   the highest yield that is published or posted by the provider to be currently available from the provider on reasonably comparable certificates of deposit offered to the public.

Section 304.   A guaranteed investment contract shall be considered acquired and disposed of for an amount equal to its fair market value if:

(a)   The Commonwealth makes a bona fide solicitation for a specified guaranteed investment contract and receives at least three bona fide bids from providers of guaranteed investment contracts that have no material financial interest in the Bonds.

(b)   The Commonwealth purchases the highest-yielding guaranteed investment contract for which a qualifying bid is made (determined net of broker's fees).

(c)   The yield on the guaranteed investment contract (determined net of broker's fees) is not less than the yield then available from the provider on reasonably comparable guaranteed investment contracts, if any, offered to other persons from a source of funds other than gross proceeds of tax-exempt bonds

(d)   The determination of the terms of the guaranteed investment contract takes into account as a significant factor the Commonwealth's reasonably expected drawdown schedule for the amounts to be invested, exclusive of amounts on deposit in debt service funds and reasonably required reserve or replacement funds.

(e)   The terms for the guaranteed investment contract, including collateral security requirements, are reasonable.

(f)   The obligor on the investment contract certifies the administrative costs (as defined in Regulations section 1.148-5(e)) that it is paying (or expects to pay) to third parties in connection with the guaranteed investment contract.

## ARTICLE IV
### Further Assurances

Section 401.  The Commonwealth shall take all necessary and desirable steps to comply with the requirements hereunder in order to ensure that interest on the Bonds is excluded from gross income for federal income tax purposes under the Code; provided, however, compliance with any such requirement shall not be required in the event the Commonwealth receives a Bond Counsel's Opinion that either (i) compliance with such requirement is not required to maintain the exclusion from gross income of interest on the Bonds, or (ii) compliance with some other requirement in lieu of such requirement will meet the requirements of the Code.  In the event the Commonwealth receives such a Bond Counsel's Opinion, the Commonwealth agrees to amend these Covenants to conform to the requirements set forth in such opinion.

Section 402.  If for any reason any requirement hereunder is not complied with, the Commonwealth shall take all necessary and desirable steps to correct such noncompliance within a reasonable period of time after such noncompliance is discovered or should have been discovered with the exercise of reasonable diligence and shall pay any required interest or penalty under Regulations sections 1.148-3(h).

*BOS 47372643v2*