# **<u>Exhibit 24</u>**



GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

# FISCAL PLAN FOR PUERTO RICO

San Juan, Puerto Rico

March 13, 2017



## Disclaimer

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government instrumentalities the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties. The Government has had to rely upon preliminary information and unaudited financials for 2015 and 2016, in addition to the inherent complexities that are part of a government in transition, especially after a prolonged period of public finance obscurity. As such, AAFAF and the Government have made certain assumptions that may materially change once more clarity and transparency takes hold, especially after the Government issues the past due audited financials for 2015 and 2016 later this year.

The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.



## Table of Contents

I.     Introduction

II.    Financial Projections

III.   Fiscal Reform Measures

IV.    Structural Reforms

V.     Debt Sustainability Analysis

VI.    TSA Liquidity

VII.   Financial Control Reform

# I. INTRODUCTION



INTRODUCTION

## What the Government's Proposed Fiscal Plan Seeks to Achieve

**Closing the Projected Baseline Fiscal Plan Deficit**

- At the direction of the Oversight Board, the Government's new administration has prepared this Fiscal Plan which supersedes the prior administration's December 2016 fiscal plan that was rejected by the Board. From the date the new administration took office, AAFAF and its advisors have earnestly worked in cooperation with the Board's input to put forth a credible and reliable Fiscal Plan that will guide Puerto Rico's fiscal and economic recovery

- **The Fiscal Plan commits to fiscal responsibility and implements specific revenue enhancements and targeted expenditure reductions to return Puerto Rico to fiscal stability and economic growth.** In particular, the Fiscal Plan averts the $67bn fiscal deficit from the prior administration's plan and achieves +$7.9bn in cumulative cash flow available for debt service through the 10 year period

**Further Improvement**

- The Government fully appreciates that despite fiscal and economic uncertainties, now is the time to set the benchmark for the needed fiscal and economic measures as outlined in the Fiscal Plan. The Government is demonstrating its commitment to correcting the mistakes of the past. The Government is also mindful that in stopping the cycle of deficit spending, it must do so without undermining economic recovery or endangering the health, welfare or safety of the 3.5 million US citizens living in Puerto Rico

**Bondholder Negotiations and Consensus**

- Per PROMESA Section 2.01(b)(1)(I), the fiscal plan must provide a debt sustainability analysis. The Government's Fiscal Plan consolidates available cash resources that can be made available for debt service payments. The Fiscal Plan as proposed does not presume cash flow for debt service for any particular bondholder constituency, including clawed back cash and special revenues, nor does it take a position with respect to asserted constitutional or contractual rights and remedies, validity of any bond structure, or the dedication or application of tax streams / available resources

- The Government believes that any fiscal plan should reflect commitment to develop and implement operational and structural improvements that demonstrate the Government's willingness to achieve maximum payment of its debt obligations as restructured. However, in achieving debt sustainability, Puerto Rico's bondholders will be called upon to share in the sacrifice needed for a feasible debt restructuring. This Fiscal Plan is intended to represent the basis upon which the Government and its creditor constituencies can, for the first time, conduct real and meaningful dialogue. **The Government believes communication, grounded in fiscal responsibility, can create the opportunity for maximum consensus among stakeholders and pave the way for Puerto Rico's long-term fiscal stability and economic growth**



INTRODUCTION

# What the Fiscal Plan does not determine

**Major Entities Impacted by the Fiscal Plan**

- The Fiscal Plan is for the Government as a covered entity under PROMESA. The Government's various taxes, fees and other revenues are used to fund, subsidize or guarantee payments of the debt of many covered entities by various means.  Accordingly, this Fiscal Plan does provide for payment of expenses and capital investments in, among other covered entities: (1) Public Building Authority, (2) PR Sales Tax Financing Corporation ("COFINA"), (3) PR Highways and Transportation Authority ("HTA"), (4) PR Convention Center District Authority ("PRCCDA"), (5) PR Infrastructure Finance Authority ("PRIFA"), (6) Employees' Retirement System ("ERS"), (7) University of Puerto Rico ("UPR"), (8) Puerto Rico Industrial Development Company ("PRIDCO"), and (9) Government Development Bank ("GDB")

**Major Entities Not Covered by the Fiscal Plan**

- There are four entities whose revenues and expenses are not included in this Fiscal Plan: (1) Puerto Rico Electric Power Authority ("PREPA"), (2) Puerto Rico Aqueduct and Sewer Authority ("PRASA"), (3) The Children's Trust Fund and (4) Puerto Rico Housing Finance Authority ("PRHFA"). As a result, this Fiscal Plan does not take a position with respect to these entities' financial prospects or the debt sustainability of such entities

**Legal & contractual issues not determined by the Fiscal Plan**

The Fiscal Plan does not attempt to resolve, among others, the following issues:

- The mechanisms by which projected cash flow available for debt service should be allocated to different debt instruments

- What is an essential service for purposes of the exercise of the Government's police power

- The scope, timing or specific use of revenues to be frozen or redirected as 'claw back' revenue

- The value, validity and /or perfection of pledges

- Whether any particular bond or debt issuance may have been improvidently issued

- What the Government is permitted to accomplish through  the  increase or decrease of dedicated taxes, fees, tolls or other revenue sources



# II.  FINANCIAL PROJECTIONS



FINANCIAL PROJECTIONS

# The Government will undertake fiscal measures that will reduce the fiscal gap by $39.6B, and create a 10 year cash flow surplus of $7.9B

- Based on the currently stated debt obligations, the 10-year budget gap is expected to reach $66.9B
  - ~$35.1B of expected principal and interest payments during the forecast period

- The Fiscal Plan estimates cash flows available for debt service. The chart below shows the key components of the forecast, including:
  - Base fiscal gap of $66.9B which includes full cost of debt service and does not include the impact of revenue and expense measures
  - Revenue and expense measures of $13.90B and $25.7B[1]
    - Revenue Measures: stabilizing corporate tax revenue through tax reform positively affects cash flows by $7.9B
    - Expense Measures: $19.2B of $25.1 (76%) due to Government right-sizing initiatives[2]





FINANCIAL PROJECTIONS

# The current fiscal plan is a significant departure from the version presented in October, as it commits to higher revenue and expense measures of $4.4B and $16.4 B, respectively

▪ The October proposed Fiscal Plan estimated negative cumulative cash flows pre-debt service over the projection period ('17-'26) of ($4.9B) vs. the Current Fiscal Plan projections estimating positive cumulative cash flows pre-debt service of $7.92B. The change is comprised primarily of:

   — Negative net impact on cash flows available for debt service, pre-Measures of -$8.0B

     • Decrease in total revenues of $1.7B

     • Decreased expenses of $6.3B

   — Enhanced revenue measures of $4.4B

   — Additional savings from Expense Measures of $16.4B



($MM)

| October Fiscal Plan cum. Cash Flows pre Debt Service | Changes to Revenue Baseline | Changes to Expenses Baseline | Revenue Measures | Expense Measures | Cash Flows Post Measures Excluding Debt Service |
|---|---|---|---|---|---|
| -4,947 | 1,658 | 6,301 | 4,352 | 16,427 | 7,873 |



FINANCIAL PROJECTIONS

# A summary of financials for the 10-year projection period shows positive cash flows post-measures, before debt service of $7.9B

## ($MM)

| Fiscal year ending June 30 ($ in millions) | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | '17 - '26 total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *PR Nominal GNP Growth* | *(2.2%)* | *(2.8%)* | *(2.4%)* | *(0.5%)* | *(0.4%)* | *0.3%* | *1.0%* | *1.6%* | *2.1%* | *2.6%* | |
| **Revenues before Measures** [1] | $18,952 | $17,511 | $16,407 | $16,434 | $16,494 | $16,590 | $16,746 | $16,953 | $17,204 | $17,509 | $170,799 |
| **Noninterest Exp. before Measures** [1] | ($17,872) | ($18,981) | ($19,233) | ($19,512) | ($19,950) | ($20,477) | ($20,884) | ($21,310) | ($21,973) | ($22,316) | ($202,507) |
| **Cash flows pre-Measures** | $1,080 | ($1,470) | ($2,826) | ($3,077) | ($3,456) | ($3,886) | ($4,139) | ($4,357) | ($4,769) | ($4,807) | ($31,708) |
| **Measures** | | | | | | | | | | | |
| Revenue measures | -- | 924 | 1,381 | 1,384 | 1,531 | 1,633 | 1,740 | 1,752 | 1,766 | 1,785 | 13,897.1 |
| Expense measures | -- | 951 | 2,012 | 2,415 | 2,983 | 3,156 | 3,255 | 3,357 | 3,724 | 3,830 | 25,683.3 |
| **Net impact of measures** | -- | 1,875 | 3,393 | 3,799 | 4,515 | 4,789 | 4,995 | 5,108 | 5,491 | 5,615 | 39,580 |
| **Cash flows post-Measures, before Debt Service** | $1,080 | $404 | $567 | $722 | $1,059 | $903 | $857 | $751 | $722 | $808 | $7,873 |

Cash flows post-measures, before debt service trends:

- FY 2017 estimate of $0.8B, declining to a low of $0.4B in FY 2018, driven by GNP contraction and ERS Paygo contributions of $1.0B in FY 2018

- Forecast peaks at $1.1B in FY 2021 before declining to $0.8B by FY 2026.  Decline is primarily driven by Affordable Care Act ("ACA") funding expiration that increase steadily from ~$0.9B in FY 2018 to ~$2.4B in FY 2026

- Expense measures include $1.3B in supplier payment pay downs through the projection period



1   Full details in Appendix

2   This addback is illustrative, and is not reflected in the amounts available for debt service elsewhere in this Plan

FINANCIAL PROJECTIONS

# Revenues before measures

## ($MM)

| Fiscal year ending June 30 ($ in millions) | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | '17 - '26 total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *PR Nominal GNP Growth* | *(2.2%)* | *(2.8%)* | *(2.4%)* | *(0.5%)* | *(0.4%)* | *0.3%* | *1.0%* | *1.6%* | *2.1%* | *2.6%* | |
| **Revenues** | | | | | | | | | | | |
| General Fund Revenues: | | | | | | | | | | | |
| Individual Income Taxes | $1,811.0 | $1,760 | $1,718 | $1,709 | $1,703 | $1,708 | $1,725 | $1,752 | $1,789 | $1,836 | $17,511 |
| Corporate Income Taxes | $1,515.0 | 1,473 | 1,437 | 1,430 | 1,424 | 1,429 | 1,443 | 1,466 | 1,497 | 1,536 | 14,649 |
| Non-Resident Withholdings | $685.0 | 666 | 650 | 647 | 644 | 646 | 652 | 663 | 677 | 694 | 6,624 |
| Alcoholic Beverages | $268.0 | 260 | 254 | 253 | 252 | 253 | 255 | 259 | 265 | 272 | 2,591 |
| Cigarettes | $112.0 | 109 | 106 | 106 | 105 | 106 | 107 | 108 | 111 | 114 | 1,083 |
| Motor Vehicles | $330.0 | 321 | 313 | 311 | 310 | 311 | 314 | 319 | 326 | 335 | 3,191 |
| Excises on Off-Shore Shipment Rum | $172.0 | 173 | 175 | 176 | 178 | 179 | 180 | 182 | 183 | 184 | 1,782 |
| Other General Fund Revenue | 506.0 | 386 | 377 | 375 | 373 | 374 | 378 | 384 | 392 | 402 | 3,948 |
| **Total** | **5,399** | **5,148** | **5,030** | **5,007** | **4,989** | **5,005** | **5,055** | **5,134** | **5,239** | **5,372** | **51,379** |
| General Fund Portion of SUT (10.5%) | 1,718 | 1,655 | 1,596 | 1,553 | 1,511 | 1,484 | 1,472 | 1,474 | 1,487 | 1,512 | 15,463 |
| Net Act 154 | 2,075 | 1,556 | 1,038 | 1,038 | 1,038 | 1,038 | 1,038 | 1,038 | 1,038 | 1,038 | 11,931 |
| **General Fund Revenue** | **$9,192** | **$8,360** | **$7,664** | **$7,598** | **$7,538** | **$7,527** | **$7,565** | **$7,646** | **$7,764** | **$7,921** | **$78,773** |
| Additional SUT (COFINA, FAM & Cine) | 850 | 877 | 906 | 936 | 968 | 1,003 | 1,039 | 1,078 | 1,118 | 1,161 | 9,936 |
| Other Tax Revenues | 1,337 | 1,396 | 1,401 | 1,411 | 1,423 | 1,429 | 1,436 | 1,445 | 1,455 | 1,466.6 | 14,199 |
| Other Non-Tax Revenues | 579 | 576 | 582 | 594 | 622 | 630 | 635 | 642 | 649 | 665.8 | 6,174 |
| **Adj. Revenue before Measures** | **$11,958** | **$11,208** | **$10,552** | **$10,539** | **$10,550** | **$10,588** | **$10,675** | **$10,810** | **$10,986** | **$11,215** | **$109,082** |
| Federal Transfers | 6,994 | 7,168 | 7,372 | 7,477 | 7,623 | 7,835 | 8,023 | 8,212 | 8,469 | 8,675 | 77,847 |
| Loss of Affordable Care Act ("ACA") Funding | -- | (865) | (1,516) | (1,582) | (1,680) | (1,833) | (1,953) | (2,069) | (2,251) | (2,382) | (16,130) |
| **Revenues before Measures** | **$18,952** | **$17,511** | **$16,407** | **$16,434** | **$16,494** | **$16,590** | **$16,746** | **$16,953** | **$17,204** | **$17,509** | **$170,799** |



FINANCIAL PROJECTIONS

# Non-interest expenses before measures

## ($MM)

| Fiscal year ending June 30 ($ in millions) | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | '17 - '26 total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | | | |
| General Fund Expenditures: | | | | | | | | | | | |
| Direct Payroll | ($3,271) | ($3,309) | ($3,342) | ($3,375) | ($3,413) | ($3,458) | ($3,509) | ($3,563) | ($3,619) | ($3,675) | ($34,532) |
| Direct Operational Expenses | (907) | (918) | (926) | (936) | (946) | (959) | (973) | (988) | (1,003) | (1,019) | (9,574) |
| Utilities | (260) | (332) | (352) | (360) | (373) | (372) | (369) | (374) | (387) | (395.5) | (3,575) |
| Special Appropriations | (3,890) | (4,037) | (4,068) | (4,068) | (4,209) | (4,140) | (4,143) | (4,136) | (4,250) | (4,147) | (41,087) |
| **General Fund Expenses** | **(8,329)** | **(8,596)** | **(8,688)** | **(8,738)** | **(8,941)** | **(8,929)** | **(8,993)** | **(9,060)** | **(9,259)** | **(9,236)** | **(88,768)** |
| Other: | | | | | | | | | | | |
| Paygo Contributions in Excess of Asset Balance | -- | (989) | (1,014) | (985) | (964) | (1,151) | (1,177) | (1,217) | (1,251) | (1,278) | (10,026) |
| Run-Rate Capital Expenditures | (283) | (400) | (407) | (415) | (422) | (429) | (437) | (445) | (453) | (462) | (4,154) |
| **Total other** | **(283)** | **(1,389)** | **(1,421)** | **(1,400)** | **(1,386)** | **(1,581)** | **(1,614)** | **(1,662)** | **(1,704)** | **(1,739)** | **(14,180)** |
| Component Units, Non-GF Funds and Ent. Funds: | | | | | | | | | | | |
| Net Deficit of Special Revenue Funds | (110) | (130) | (146) | (154) | (162) | (169) | (173) | (176) | (176) | (174) | (1,571) |
| Independently Forecasted Non-Enterprise CUs | (452) | (380) | (433) | (558) | (639) | (752) | (859) | (963) | (1,109) | (1,210) | (7,356) |
| HTA Operational Expenses | (246) | (234) | (236) | (238) | (239) | (243) | (246) | (250) | (254) | (258) | (2,444) |
| Other | (44) | (41) | (30) | (30) | (30) | (31) | (31) | (32) | (32) | (33) | (335) |
| **Total** | **(853)** | **(785)** | **(845)** | **(980)** | **(1,071)** | **(1,194)** | **(1,310)** | **(1,420)** | **(1,572)** | **(1,675)** | **(11,705)** |
| Disbur. of Tax Revenues to Entities Outside Plan | (335) | (302) | (304) | (307) | (313) | (314) | (316) | (319) | (322) | (334) | (3,168) |
| **Adj. Expenses before Measures** | **($9,800)** | **($11,071)** | **($11,259)** | **($11,425)** | **($11,712)** | **($12,018)** | **($12,234)** | **($12,461)** | **($12,857)** | **($12,984)** | **($117,822)** |
| Federal Programs | (6,994) | (7,168) | (7,372) | (7,477) | (7,623) | (7,835) | (8,023) | (8,212) | (8,469) | (8,675) | (77,847) |
| Reconciliation Adjustment | (585) | (592) | (598) | (604) | (610) | (618) | (627) | (637) | (647) | (657) | (6,175) |
| Other non-recurring | (493) | (150) | (5) | (5) | (5) | (5) | -- | -- | -- | -- | (663) |
| AP paydown | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Total** | **(8,072)** | **(7,910)** | **(7,975)** | **(8,086)** | **(8,238)** | **(8,458)** | **(8,650)** | **(8,849)** | **(9,116)** | **(9,332)** | **(84,685)** |
| **Noninterest Exp. before Measures** | **($17,872)** | **($18,981)** | **($19,233)** | **($19,512)** | **($19,950)** | **($20,477)** | **($20,884)** | **($21,310)** | **($21,973)** | **($22,316)** | **($202,507)** |



FINANCIAL PROJECTIONS

# Assumptions and Methodology: Expenses (1/2)

| Category | Description | 2017 $MM | 2026 $MM | 2017 – 2016 Growth Methodology |
|---|---|---|---|---|
| **1** Direct Payroll | • Payroll and Operational Expenses<br>• Education Payroll<br>• Police Payroll | -3,271 | -3,675 | • Growth based on previous year multiplied by PR Inflation and Inflation pass-through to payroll |
| **2** Direct Operational Expenses | • Legislature<br>• Department of Education<br>• Other Agencies | -907 | -1,019 | • Growth based on previous year multiplied by PR Inflation and Inflation pass-through to payroll |
| **3** Utilities | • Power and Water<br>• PBA Operating Subsidy (Rent)<br>• Insurance Premiums | -260 | -396 | • PBA Operating Subsidy maintains<br>• Power and water have initial increase due to subsidy reduction with steady year-over-year growth until 2026 |
| **4** Special Appropriations | • UPR<br>• Judicial and Municipalities<br>• Retirement Systems<br>• Health Insurance | -3,890 | -4,147 | • UPR, Judicial and Municipalities increase in 2018, maintain steady-state following initial growth |
| **5** Paygo Contributions in Excess of Asset Balance | • Required Pay-go contribution: ERS, TRS and JRS | 0 | -1,278 | • Paygo program for ERS, TRS and JRS is initiated in 2018 with initial expenses of $989MM<br>• Steady growth in expenses starting in 2020 |
| **6** Run-Rate Capital Expenditures | • Non-Growth Capital Expenditures in the Base (Run-Rate)<br>• Growth Capex | 284 | -462 | • Initial increase in 2018 to $400MM and steady growth in following years based on previous year multiplied by PR Inflation following |

FINANCIAL PROJECTIONS

# Assumptions and Methodology: Expenses (2/2)

| Category | Description | 2017 $MM | 2026 $MM | 2017 – 2026 Growth Methodology |
|---|---|---|---|---|
| **7** Reconciliation Adjustment | • Reconciliation Adjustment | -585 | -657 | • Initial increase in 2018 to $592MM with steady increase until 2026<br>• Reconciliation adjustment based on midrange estimate provided by E&Y analysis and audit |
| **8** Other Non-Recurring | • Payment of Past-Due Tax Refunds<br>• Transition and restructuring costs | -493 | 0 | • Initial decline in tax refunds in 2018 from $493MM to $150MM, decline in 2019 from $150MM to $5MM, and elimination of non-recurring expenses in 2023<br>• Costs to implement restructuring ($370MM over 10 years) |
| **9** Component Units | • Net Deficit of Special Revenue Funds<br>• Independently forecasted non-enterprise<br>• HTA Operational Expenses | -853 | -1,675 | • Net Deficit of Special Revenue Funds growth is based on previous year multiplied by PR Inflation<br>• Non-enterprise expenses include ASEM, ASES, ADEA, PRCCDA, PRIDCO, PRITA, Tourism, and UPR deficits<br>• PBA and the Port Authority run a surplus in 2017 that transitions towards deficit beginning in 2018<br>• Initial HTA decline in expenses due to a reduction in Past Due AP costs |



14

FINANCIAL PROJECTIONS

# Assumptions and Methodology: Macroeconomic factors



| Category | Description, % | 2017 – 2026 Growth Methodology |
|---|---|---|
| **1** PR Nominal GNP Growth Factor | -2.2, -2.8, -2.4, -0.5, -0.4, 0.3, 1.0, 1.6, 2.1, 2.6 | • Initial decrease to 97.2% in 2019<br>• Increase in 2020 to 99.5%<br>• Steady, minimal growth until 2026 |
| **2** PR Inflation | -0.2, 1.2, 1.0, 1.0, 1.1, 1.3, 1.5, 1.5, 1.6, 1.6 | • Initial negative inflation of -0.2% in 2017 increasing to 1.2% in 2018, 1.0% in 2019 with steady, minimal growth in Inflation until 2026 |
| **3** PR Population Growth Factor | -0.2, -0.2, -0.2, -0.2, -0.2, -0.2, -0.2, -0.2, -0.2, -0.2 | • Maintenance of 2017 PR Population Growth Factor of 99.8% |
| **4** US Population Growth | 0.8, 0.8, 0.8, 0.8, 0.8, 0.8, 0.8, 0.7, 0.7, 0.7 | • Maintenance of 2017 US Population Growth of 100.8% until 2024, where it drops to 100.7% |



# III. FISCAL REFORM MEASURES



FISCAL REFORM MEASURES

# Fiscal Reform measures reduce the 10-year financing gap by $39.6B



**Estimated Impact,** $MM

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-year Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **A** Revenue Enhancement | 924 | 1,381 | 1,384 | 1,531 | 1,633 | 1,740 | 1,752 | 1,766 | 1,785 | 13,897 |
| **B** Government Right-sizing | 851 | 1,713 | 2,094 | 2,414 | 2,543 | 2,597 | 2,651 | 2,706 | 2,758 | 20,329 |
| **C** Reducing Healthcare Spending | 100 | 299 | 500 | 750 | 795 | 842 | 892 | 945 | 1,001 | 6,123 |
| **D** Pension Reform | 0 | 0 | 83 | 81 | 80 | 78 | 76 | 73 | 70 | 541 |
| **TOTAL** | 1,875 | 3,393 | 4,061 | 4,777 | 5,051 | 5,257 | 5,370 | 5,491 | 5,615 | 40,890 |

Excludes $1,310MM in supplier pay downs



Note: Values may not add up due to rounding; Excludes expenditures related to rehabilitation of trade terms with local suppliers

17

REVENUE ENHANCEMENT

# Hacienda will embark in a multi-year transformation process to reduce leakage, improve revenue collections and adjust fees

**Revenue Enhancement Measures,** $MM



| | Adjust Taxes and Fees | Tax Compliance | Corporate Tax Reform |
| 2018 | 255 / 150 / 519 | | 924 |
| 2019 | 293 / 300 / 788 | | 1,381 |
| 2020 | 292 / 405 / 688 | | 1,384 |
| 2021 | 291 / 403 / 838 | | 1,531 |
| 2022 | 292 / 404 / 938 | | 1,633 |
| 2023 | 294 / 408 / 1,038 | | 1,740 |
| 2024 | 299 / 415 / 1,038 | | 1,752 |
| 2025 | 305 / 424 / 1,038 | | 1,766 |
| 2026 | 313 / 435 / 1,038 | | 1,785 |

| Reform Measures | Description | 2018 Impact |
|---|---|---|
| **Corporate Tax Reform** | ▪ The Government will use the breathing room provided by the extension of Act 154 to seek a more stable, consistent corporate tax policy that implements a broad-based regime with fewer exemptions by no later than January 2019 |  $519MM |
| **Tax Compliance** | ▪ Reduce leakage by increasing electronic SUT tax collections at the point of sale, including internet sales<br>▪ Improve revenue collections by using advanced analytics, expanding capacity and conducting targeted interventions |  $150MM |
| **Adjust Taxes and Fees** | ▪ Increase tobacco-related products excise tax and implement new property tax regime<br>▪ Revise fees including licenses, traffic fines, insurance fees and other charges for services to keep up with market trends |  $255MM |



Note: To meet fiscal plan objectives, the Government may consider additional measures.

GOVERNMENT RIGHT-SIZING

# The Government must embark on a transformative journey in order to provide core services to citizens in an efficient and fiscally responsible manner

**Government Right-Sizing Measures[1]**, $MM



| Reform Measures | Description | 2018 Impact |
|---|---|---|
| **Personnel Related** | ▪ Freeze on payroll increases for fiscal years 2018 to 2020<br>▪ Improve employee mobilization across government, uniform fringe benefits and eliminate vacation and sick day liquidations to produce higher attrition rates or other payroll-related savings |  $250MM |
| **Non-Personnel Related** | ▪ Freeze on operational cost increases for fiscal years 2018 to 2020<br>▪ Re-design the way the Government works by reducing non-core expenses, externalizing services to private entities, centralizing services to eliminate duplication, achieve procurement savings or other cost-cutting measures |  $190MM |
| **Reduction of Subsidies** | ▪ Gradually reduce general fund subsidies to the University of Puerto Rico, municipalities and other direct subsidies to the private sector<br>▪ Proactively engage with the University of Puerto Rico, municipalities, as well as industry partners, to mitigate the economic development impact of subsidy removal |  $411MM |



Note: To meet fiscal plan objectives, the Government may consider additional measures.
1) Post 2018, the relative distribution of savings between personnel and non-personnel related expenses will be decided as part of updates to the Fiscal Plan and the annual budget

REDUCING HEALTHCARE SPENDING

# The Government will focus on improving efficiencies, adjusting benefits and developing a new healthcare model in order to achieve savings in healthcare spend

**Reducing Healthcare Spending Measures,** $MM



| Reform Measures | Description | 2018 Impact |
|---|---|---|
| **Pay for Value** | ▪ Establish uniformed fee schedules and limit reimbursement rates for providers<br>▪ Replace current profit sharing arrangement with MCOs and replace with a Medical Loss Ratio | $38MM |
| **Improve Payment Integrity** | ▪ Establish partnerships to increase the scrutiny of premium payments for beneficiaries that have left the system or have another health insurance plan<br>▪ Establish Medicaid Fraud Control Unit and implement the Medicaid Management Information System to reduce waste, fraud and abuse | $25MM |
| **Reduce Drug Cost** | ▪ Reduce outpatient drug spending by increase pharmacy discounts on branded drugs, enforce mandatory dispensing of generic drugs, updating the preferred formulary and establishing shared-savings initiatives | $38MM |
| **Modify Benefits Package** | ▪ Evaluate services that could be capped and/or eliminated from the current benefit package without adversely affecting access for Mi Salud beneficiaries | $0 |
| **New Healthcare Model** | ▪ Develop a new healthcare model in which the Government pays for basic, less costly benefits and the patient pays for premium services selected resulting in cost reductions attributed to greater competition along with the capped PMPM amount | $0 |



Note: To meet fiscal plan objectives, the Government may consider additional measures.

PENSION REFORM

# Segmentation of the defined contribution structure will protect the retirement savings of government employees

**Pension Reform Measures,** $MM



| Reform Measures | Initiative | 2018 Impact |
|---|---|---|
| **Contribution Segregation and New Benefit Plans** | ▪ Switch to pay-as-you-go model, segregate prospective employee contributions, facilitate Social Security enrollment and improve investment alternatives | $0 |
| **Adjust Retirement Benefits** | ▪ Protect benefits for lowest pension income earners. Progressive strategy to reduce retirement benefit costs including other post-employment benefits. | $0 |



Note: To meet fiscal plan objectives, the Government may consider additional measures.

# IV. STRUCTURAL REFORMS



STRUCTURAL REFORM MEASURES

# Implementing the package of structural reforms will provide a cumulative 2.0% increase in GNP growth

**1**  Improve Ease of Business Activity

**1a  Increase Labor Participation**
- Institute public policy measures aimed to attract new businesses, create new employment opportunities, and foster private sector employment growth to increase labor demand
- Change welfare and labor incentives to encourage greater sector participation thus increasing labor supply

**1b  Permitting Process Reform**
- Centralize, streamline, and modernize and expedite permitting processes; increase business friendly environmental and economic growth

**1c  Tax Reform**
- Lower marginal tax rates and broaden the tax base; simplify and optimize the existing tax code to achieve gains in efficiency, ease of doing business and reducing tax evasion

**1d  Regulatory Reform**
- Reduce unnecessary regulatory burdens to reduce the drag of government on the private sector

**2**  Improve Capital Efficiency

**2a  Infrastructure Reform**
- Augmenting competitiveness by investing in critical infrastructure and quality of public services in roads, ports, telecommunications, water and waste, knowledge services, and other strategically important sectors

**2b  Public-Private Partnerships**
- Leverage key public assets through long term concessions to optimize quality of public infrastructure, services to public and sustainable operations and maintenance

**2c  Critical Projects**
- Implement management system to boost development of critical projects through expedited processes

**3**  Energy Reform

**3a  Energy Reform**
- Leverage and facilitate expedited private sector investments in modern, cost-efficient, and environmentally compliant energy infrastructure; reform PREPA operations and services to clients; and allow for greater competition in energy generation

**4**  Promoting Economic Development

**4a  Enterprise Puerto Rico**
- Promote productivity growth, attract FDI & incentivize investments in technology through collaboration with the private sector

**4b  Destination Marketing Organization**
- Externalize the overseeing of marketing efforts & continuity under a single brand and as a unified front representing all of Puerto Rico's tourism components



INFRASTRUCTURE / P3 REFORM – P3 Program

# The initial stage of the P3 program includes launching of ~$5B of projects during the 2017-2019 calendar years that have been identified and are in project preparation

**P3 Project Identification**

- Identified initial list of priority projects with P3 potential
- Assessing project business cases and impact on the economy
- Split into 3 groups based on projected sequencing[1], **designed to launch in 2017, 2018 and 2019**

**Key Considerations in the Overall P3 Implementation**

- Project sequencing is designed to **effectively progress the advancement of projects and avoid major obstacles in the shortest timeline possible**. Thus, progression goes from easily executable/advanced permitting to more difficult/less advanced projects
- Need to **promote and improve funding models to use private funds**, where relevant, as leverage to maximize the unused federal funds current available
- Need to **further expand P3 pipeline** by requesting identification of new projects with P3 potential from government heads, monetizing non-essential services with market interest and precedent[2], additional infrastructure concessions[3], and pursuit of strategic P3 categories[4]

**P3 Key Target Areas %**



Water  Other
Waste mgmt   8   0
20
Social infra   7   43   Energy
22
Transport

→ **Capital Improvement Investment: ~$5B | Jobs Created: ~100,000**

| | **10-Year Impact** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2017** | | | | **2018** | | | | **2019** | | | |
| | Q-17 | Q2-17 | Q3-17 | Q4-17 | Q1-18 | Q2-18 | Q3-18 | Q4-18 | Q1-19 | Q2-19 | Q3-19 | Q4-19 |
| **Group 1** Projects | • Launch Group 1 Projects  • Estimated value ~$1B | | | | | | | | | | | |
| **Group 2** Projects | • Invest in preparing Group 2  • Data gathering, due diligence, etc. | | | | • Launch Group 2 Projects  • Estimated value ~$2B | | | | | | | |
| **Group 3** Projects | | | • Invest heavily in preparing Group 3  • Data gathering, due diligence, etc. | | | | | | • Launch Group 3 Projects  • Estimated value $2B | | | |

**(Project timeline includes P3 concessions included in Externalization measures)**

1 Based on existing level of detail, known roadblocks, project complexity 2 May include parking, National Parks, government-owned hotel properties, Puerto Rico lottery, state insurance fund, parking 3 May include regional airports, passenger ports 4 E.g. express lanes with dynamic tolling on existing congested roadways, broadband, infrastructure P3s including real estate funded infrastructure development



# V. DEBT SUSTAINABILITY ANALYSIS



DEBT SUSTAINABILITY

# Debt summary

- Below is a summary of the debt (excluding pension liabilities) considered in the fiscal plan
- Note: Amounts are estimated as of February 2017 and based upon preliminary unaudited numbers provided to AAFAF by issuer agencies and from publicly available information. On behalf of the Board, Ernst & Young is conducting an assessment of the debt outstanding to confirm these figures. Estimated amounts are subject to further review and may change

## Summary of debt outstanding as of February 2017 ($MM)

| Issuers included in Fiscal Plan | Bond principal | CAB | Unpaid P&I[1] | Private Loans | Total Bonds & Private loans | Loans from GDB/MFA Entities | Total Debt Service FY 17-19 | DSRF Balance |
|---|---|---|---|---|---|---|---|---|
| GO | $12,013 | $84 | $1,146 | $24 | $13,267 | $169 | $3,284 | -- |
| COFINA | 11,725 | 6,155 | -- | -- | 17,880 | -- | 2,138 | -- |
| HTA[2] | 4,106 | 135 | 6 | -- | 4,247 | 1,734 | 978 | 101 |
| PBA | 4,012 | -- | 117 | -- | 4,129 | 182 | 776 | 6 |
| GDB[3, 4] | 3,182 | -- | 742 | 203 | 4,126 | -- | 1,887 | -- |
| ERS | 2,658 | 498 | -- | -- | 3,156 | -- | 500 | 44 |
| PRIFA[5] | 1,566 | 409 | 232 | -- | 2,207 | 127 | 465 | 2 |
| PFC | 1,025 | -- | 172 | -- | 1,197 | -- | 258 | -- |
| UPR[6] | 496 | -- | -- | 0 | 496 | 76 | 145 | 61 |
| PRCCDA | 386 | -- | -- | -- | 386 | 145 | 91 | 9 |
| PRIDCO | 145 | 11 | -- | -- | 156 | 78 | 54 | 19 |
| AMA | -- | -- | -- | 28 | 28 | -- | -- | -- |
| Other Central Gov't Entities | 197 | -- | 29 | 413 | 639 | 3,897 | -- | -- |
| **Total** | **$41,511** | **$7,293** | **$2,444** | **$668** | **$51,916** | **$6,409** | **$10,575** | **$242** |
| **Debt Issuers not incl. in Fiscal Plan** | | | | | | | | |
| PREPA | 8,259 | -- | -- | 697 | 8,956 | 36 | 2,775 | 6 |
| PRASA[7] | 3,943 | 28 | 13 | 584 | 4,568 | 229 | 995 | 93 |
| Children's Trust | 847 | 613 | -- | -- | 1,460 | -- | 140 | 85 |
| HFA | 542 | -- | -- | -- | 542 | 85 | 134 | 33 |
| PRIICO | -- | -- | -- | 98 | 98 | -- | -- | -- |
| Municipality Related Debt[8] | 556 | -- | -- | 1,140 | 1,696 | 2,036 | n.a. | 59 |
| **Total** | **$14,147** | **$641** | **$13** | **$2,520** | **$17,320** | **$2,386** | **$4,044** | **$276** |
| **Total** | **$55,658** | **$7,933** | **$2,457** | **$3,188** | **$69,236** | **$8,795** | **$14,619** | **$518** |
| *Less: GDB Bonds (excl. TDF)* | | | | | (3,766) | | | |
| *Plus: Loans from GDB/MFA Entities* | | | | | 8,795 | | | |
| **Public Sector Debt** | | | | | **$74,265** | | | |

**Notes:**
1) Unpaid principal and interest includes debt service that has been paid by insurers and is owed by the government
2) HTA includes Teodoro Moscoso bonds
3) GDB private loans includes Tourism Development Fund ("TDF") guarantees
4) Includes GDB Senior Guaranteed Notes Series 2013-B1 ("CFSE")
5) PRIFA includes PRIFA Rum bonds, PRIFA Petroleum Products Excise Tax BANs, PRIFA Port Authority bonds and $34.9m of PRIFA ASSMCA bonds
6) UPR includes $64.2m of AFICA Desarrollos Universitarios University Plaza Project bonds
7) PRASA bonds includes Revenue Bonds, Rural Development Bonds, Guaranteed 2008 Ref Bonds
8) Municipality Related Debt includes AFICA Guyanabo Municipal Government Center and Guaynabo Warehouse for Emergencies bonds



DEBT SUSTAINABILITY

# Debt service schedule

**The table below summarizes the annual debt service through FY 2027 for all issuers included in the fiscal plan**

## FY 2018 – FY 2027 debt service ($MM)

| Fiscal year ending June 30, | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Interest** | | | | | | | | | | |
| GO | $714 | $699 | $680 | $658 | $641 | $621 | $597 | $571 | $545 | $518 |
| PBA | 183 | 179 | 175 | 171 | 165 | 158 | 153 | 147 | 140 | 135 |
| COFINA | 690 | 690 | 690 | 689 | 696 | 702 | 708 | 714 | 711 | 708 |
| HTA[1] | 207 | 201 | 197 | 191 | 182 | 174 | 170 | 166 | 160 | 151 |
| PRIFA[2] | 80 | 77 | 75 | 72 | 69 | 65 | 61 | 57 | 53 | 45 |
| PRCCDA | 18 | 17 | 17 | 16 | 15 | 15 | 14 | 13 | 12 | 11 |
| PFC | 56 | 54 | 53 | 52 | 50 | 48 | 47 | 44 | 42 | 40 |
| UPR[3] | 24 | 22 | 21 | 20 | 18 | 17 | 15 | 14 | 12 | 11 |
| ERS | 167 | 167 | 167 | 167 | 164 | 159 | 155 | 154 | 152 | 151 |
| GDB | 150 | 135 | 92 | 69 | 54 | 49 | 34 | 21 | 14 | 3 |
| PRIDCO | 8 | 7 | 7 | 6 | 5 | 5 | 4 | 3 | 2 | 2 |
| **Total** | **$2,296** | **$2,249** | **$2,172** | **$2,109** | **$2,059** | **$2,014** | **$1,957** | **$1,904** | **$1,844** | **$1,774** |
| **Principal** | | | | | | | | | | |
| GO | $351 | $392 | $439 | $334 | $358 | $378 | $402 | $428 | $454 | $481 |
| PBA | 66 | 70 | 74 | 101 | 109 | 100 | 101 | 107 | 96 | 106 |
| COFINA | 19 | 48 | 78 | 98 | 120 | 159 | 203 | 248 | 294 | 344 |
| HTA[1] | 148 | 90 | 120 | 170 | 158 | 101 | 85 | 114 | 187 | 149 |
| PRIFA[2] | 48 | 50 | 51 | 54 | 62 | 86 | 64 | 72 | 74 | 221 |
| PRCCDA | 12 | 13 | 14 | 14 | 15 | 16 | 17 | 17 | 18 | 19 |
| PFC | 30 | 32 | 33 | 34 | 36 | 37 | 39 | 41 | 43 | 46 |
| UPR[3] | 25 | 26 | 27 | 29 | 30 | 31 | 33 | 35 | 24 | 26 |
| ERS | (0) | -- | (0) | 50 | 70 | 80 | 19 | 22 | 29 | 36 |
| GDB | 277 | 848 | 432 | 434 | 143 | 47 | 541 | -- | 248 | 127 |
| PRIDCO | 10 | 11 | 11 | 11 | 13 | 13 | 14 | 15 | 16 | 17 |
| **Total** | **$987** | **$1,579** | **$1,280** | **$1,328** | **$1,112** | **$1,049** | **$1,518** | **$1,099** | **$1,484** | **$1,573** |
| **Total debt service** | | | | | | | | | | |
| GO | $1,066 | $1,090 | $1,118 | $991 | $999 | $999 | $999 | $999 | $999 | $999 |
| PBA | 249 | 249 | 249 | 272 | 273 | 258 | 254 | 253 | 236 | 241 |
| COFINA | 709 | 738 | 768 | 786 | 816 | 861 | 911 | 962 | 1,006 | 1,052 |
| HTA[1] | 355 | 291 | 317 | 362 | 340 | 275 | 254 | 280 | 347 | 300 |
| PRIFA[2] | 127 | 127 | 126 | 126 | 130 | 151 | 125 | 130 | 127 | 267 |
| PRCCDA | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| PFC | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 85 | 85 |
| UPR[3] | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 36 | 36 |
| ERS | 167 | 167 | 167 | 217 | 234 | 239 | 174 | 176 | 181 | 187 |
| GDB | 428 | 983 | 525 | 503 | 196 | 97 | 575 | 21 | 261 | 130 |
| PRIDCO | 18 | 18 | 18 | 16 | 18 | 18 | 18 | 18 | 18 | 18 |
| **Total** | **$3,283** | **$3,828** | **$3,453** | **$3,437** | **$3,171** | **$3,063** | **$3,475** | **$3,003** | **$3,329** | **$3,347** |



1   HTA includes Teodoro Moscoso Bridge
2   PRIFA includes PRIFA BANs
3   UPR includes AFICA UPP

DEBT SUSTAINABILITY

# Debt sustainability

**The table below summarizes the annual cash flow available for debt service, and calculates implied debt capacity based on a range of interest rates and coverage ratios assuming an illustrative 35 year term**

- Cash flow available for debt service incorporates (i) the payment of essential services, (ii) benefit of clawback revenues and (iii) a prudent contingency reserve
- In the Fiscal Plan summarized below, the cash flow after Measures but before Debt Service averages $787m per year during the period 2017 - 2026

## Debt sustainability sensitivity analysis ($MM)

|  | Jun-17 | Jun-18 | Jun-19 | Jun-20 | Jun-21 | Jun-22 | Jun-23 | Jun-24 | Jun-25 | Jun-26 | '17 - '26 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Baseline Projections** | | | | | | | | | | | |
| Revenues | $18,952 | $17,511 | $16,407 | $16,434 | $16,494 | $16,590 | $16,746 | $16,953 | $17,204 | $17,509 | $170,799 |
| Expenses | (17,872) | (18,981) | (19,233) | (19,512) | (19,950) | (20,477) | (20,884) | (21,310) | (21,973) | (22,316) | (202,507) |
| Cash Flow Excl. Debt Service & Measures | 1,080 | (1,470) | (2,826) | (3,077) | (3,456) | (3,886) | (4,139) | (4,357) | (4,769) | (4,807) | (31,708) |
| **Impact of Measures** | | | | | | | | | | | |
| Revenue Measures | -- | 924 | 1,381 | 1,384 | 1,531 | 1,633 | 1,740 | 1,752 | 1,766 | 1,785 | 13,897 |
| Expense Measures | (262) | 951 | 2,012 | 2,415 | 2,983 | 3,156 | 3,255 | 3,619 | 3,724 | 3,830 | 25,683 |
| Total Measures | (262) | 1,875 | 3,393 | 3,799 | 4,515 | 4,789 | 4,995 | 5,370 | 5,491 | 5,615 | 39,580 |
| **Cash Flow Available for Debt Service** | **$818** | **$404** | **$567** | **$722** | **$1,059** | **$903** | **$857** | **$1,013** | **$722** | **$808** | **$7,873** |

## Illustrative Sustainable Debt Capacity Sizing Analysis

| | | Sensitivity Analysis: Implied Debt Capacity with 10% Contingency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Illustrative Cash Flow Available* | | **$700** | **$750** | **$800** | **$850** | **$900** | **$950** | **$1,000** | **$1,050** | **$1,100** |
| **Sensitivity Analysis: PV Rate %** | 3.50% | $12,600 | $13,500 | $14,400 | $15,301 | $16,201 | $17,101 | $18,001 | $18,901 | $19,801 |
| | 4.00% | 11,759 | 12,599 | 13,439 | 14,278 | 15,118 | 15,958 | 16,798 | 17,638 | 18,478 |
| | 4.50% | 11,000 | 11,786 | 12,572 | 13,358 | 14,143 | 14,929 | 15,715 | 16,501 | 17,286 |

| | | Sensitivity Analysis: Implied Debt Capacity at 4.00% PV Rate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Illustrative Cash Flow Available* | | **$700** | **$750** | **$800** | **$850** | **$900** | **$950** | **$1,000** | **$1,050** | **$1,100** |
| **Sensitivity Analysis: % Contingency** | 5.0% | $12,412 | $13,299 | $14,185 | $15,072 | $15,958 | $16,845 | $17,731 | $18,618 | $19,505 |
| | 10.0% | 11,759 | 12,599 | 13,439 | 14,278 | 15,118 | 15,958 | 16,798 | 17,638 | 18,478 |
| | 15.0% | 11,105 | 11,899 | 12,692 | 13,485 | 14,278 | 15,072 | 15,865 | 16,658 | 17,451 |



# VI. TSA LIQUIDITY



TSA Liquidity

# Weekly cash flow forecast through 2017FY

| Cash Flows Before Cliffs, Measures and Debt | Fcst - 1 | Fcst - 2 | Fcst - 3 | Fcst - 4 | Fcst - 5 | Fcst - 6 | Fcst - 7 | Fcst - 8 | Fcst - 9 | Fcst - 10 | Fcst - 11 | Fcst - 12 | Fcst - 13 | Fcst - 14 | Fcst - 15 | Fcst - 16 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| (figures in $mm) | 3/17 | 3/24 | 3/31 | 4/7 | 4/14 | 4/21 | 4/28 | 5/5 | 5/12 | 5/19 | 5/26 | 6/2 | 6/9 | 6/16 | 6/23 | 6/30 |
| 1 General Collections | $349 | $254 | $58 | $71 | $66 | $760 | $186 | $63 | $66 | $334 | $60 | $44 | $59 | $134 | $520 | $57 |
| 2 Sales and Use Tax | 18 | 13 | 146 | 5 | 17 | 14 | 163 | 5 | 18 | 5 | 167 | 4 | 5 | 18 | 14 | 171 |
| 3 Excise Tax through Banco Popular | 64 | – | – | – | 77 | – | – | – | – | 68 | – | – | – | 57 | – | – |
| 4 Rum Tax | – | 10 | – | – | – | 11 | – | – | – | 18 | – | – | – | – | 22 | – |
| 5 Electronic Lottery | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 14 | 37 |
| 6 Subtotal | $432 | $277 | $204 | $76 | $161 | $784 | $349 | $68 | $84 | $424 | $227 | $48 | $64 | $210 | $570 | $265 |
| 7 Employee/Judiciary Retirement Admin. | – | – | – | – | 56 | – | – | – | – | 56 | – | – | – | 56 | – | – |
| 8 Teachers Retirement System | – | – | – | – | 70 | – | – | – | – | – | – | – | – | – | – | – |
| 9 Retirement System Transfers | – | – | – | – | $127 | – | – | – | $56 | – | – | – | – | $56 | – | – |
| 10 Federal Funds | 93 | 110 | 83 | 123 | 95 | 119 | 123 | 95 | 126 | 93 | 123 | 49 | 99 | 107 | 107 | 121 |
| 11 Other Inflows | 9 | – | 11 | – | 95 | 9 | 11 | – | – | – | 11 | – | – | – | – | 11 |
| 12 Tax Revenue Anticipation Notes | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| 13 Total Inflows | $534 | $388 | $298 | $199 | $382 | $912 | $483 | $163 | $267 | $517 | $350 | $108 | $163 | $373 | $677 | $397 |
| 14 Payroll and Related Costs | (18) | (51) | (120) | (23) | (95) | (62) | (101) | (35) | (90) | (65) | (96) | (18) | (22) | (95) | (56) | (106) |
| 15 Pension Benefits | – | – | (87) | – | (82) | – | (87) | – | (82) | – | (87) | – | – | (82) | – | (87) |
| 16 Health Insurance Administration - ASES | (53) | (53) | (55) | (53) | (53) | (53) | (60) | (53) | (53) | (53) | (53) | (7) | (53) | (53) | (53) | (55) |
| 17 University of Puerto Rico - UPR | (18) | (18) | (24) | (18) | (18) | (18) | (24) | (18) | (18) | (18) | (18) | (6) | – | (36) | (18) | (24) |
| 18 Muni. Revenue Collection Center - CRIM | (21) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | – | – | (15) | (8) | (26) |
| 19 Highway Transportation Authority - HTA | – | – | (16) | – | – | – | (16) | – | (19) | – | – | (19) | – | – | (19) | (19) |
| 20 Public Building Authority - PBA / AEP | (9) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | – | (4) | (4) | (4) | (4) | (4) |
| 21 Other Governmental Entities | (20) | (9) | (54) | 25 | (20) | (9) | (54) | 25 | (20) | (9) | (12) | (18) | (3) | (20) | (9) | (63) |
| 22 Subtotal - Government Entity Transfers | (120) | (92) | (160) | (57) | (103) | (92) | (165) | (57) | (122) | (92) | (90) | (54) | (59) | (128) | (111) | (191) |
| 23 Supplier Payments | (57) | (57) | (58) | (86) | (86) | (86) | (87) | (68) | (68) | (68) | (68) | (53) | (65) | (65) | (65) | (66) |
| 24 Other Legislative Appropriations | (24) | (14) | (5) | (2) | – | (38) | (5) | (6) | (22) | (10) | (5) | (4) | – | (16) | (22) | (5) |
| 25 Tax Refunds | (12) | (13) | (4) | (1) | (6) | (39) | (4) | (7) | (4) | (4) | (31) | (3) | (1) | (4) | (6) | (41) |
| 26 Nutrition Assistance Program | (30) | (70) | (22) | (35) | (40) | (54) | (36) | (22) | (43) | (56) | (36) | (16) | (37) | (30) | (70) | (20) |
| 27 Other Disbursements | – | – | – | – | – | – | – | – | – | – | – | (4) | – | – | – | (4) |
| 28 Contingency | (16) | (16) | (16) | (29) | (29) | (29) | (29) | (29) | (29) | (29) | (29) | (23) | (23) | (23) | (23) | (23) |
| 29 Tax Revenue Anticipation Notes | – | – | – | – | – | – | – | (152) | – | – | – | (137) | – | – | – | (135) |
| 30 Total Outflows | ($277) | ($313) | ($472) | ($233) | ($440) | ($399) | ($665) | ($223) | ($459) | ($324) | ($442) | ($312) | ($208) | ($443) | ($353) | ($676) |
| 31 Net Cash Flows Excluding Debt Service, Fiscal Cliffs and Measures | $257 | $75 | ($174) | ($34) | ($58) | $513 | ($182) | ($60) | ($193) | $194 | ($92) | ($204) | ($44) | ($70) | $324 | ($279) |
| 32 Bank Cash Position, Beginning (a) | $319 | $576 | $650 | $477 | $442 | $384 | $897 | $716 | $655 | $462 | $656 | $564 | $360 | $316 | $246 | $570 |
| 33 Bank Cash Position, Ending (a) | $576 | $650 | $477 | $442 | $384 | $897 | $716 | $655 | $462 | $656 | $564 | $360 | $316 | $246 | $570 | $291 |



*(a)   Excludes clawback account.*

LIQUIDITY DISCUSSION

## Liquidity Principles for FY 2018

- No external short-term financing

- Rollout of Disbursement Authorization Group in order to enforce priority of payments through defined critical services (see Section VII)

- Consolidate dispersed treasury functions and put in place oversight over accounts not centrally managed

- Refine and regularly update 13 week cash analysis with detailed forecasting of cash receipts and disbursements

- Provide detailed daily performance projections, results, and variances



1 Cash management authority is granted to AAFAF under Act 5-2017 and other relevant legislation

# VII. FINANCIAL CONTROL REFORM



FINANCIAL CONTROLS

## Current state of financial controls

- Cash is not centrally managed
  - No central office has visibility across all spending
  - Procurement agencies do not actively enforce terms and specifications
  - Limited coordinated effort to eliminate major cash outlays
  - Limited sweep of cash into general fund accounts
  - Cash disbursements is a manual and subjective process handled at Hacienda
  - No formal structure for reporting and release of audited financials

- Target is to improve level of detail on forecasting and specificity around assumptions
  - "Top-down" approach, based on prior year's Budget
  - Bank-to-book reconciliations are not often prepared in a timely manner
  - No tracking mechanisms exist to measure intra-year actual expenditures vs. budget on an accrual basis



FINANCIAL CONTROLS

# Budget certification per PROMESA § 202



**3/13:**
- Certification of Fiscal Plan

**6/30:**
- Last day for budget certification per PROMESA § 202(e)

**7/1:**
- Beginning of FY2018

March     April     May     June     July

**3/17:**
- Set timeline for budget certification per PROMESA § 202 (a)
- Work with Oversight Board in designing a reporting structure and reporting forms

**4/14:**
- Adopt procedures to deliver timely statements and to make public per PROMESA § 202(a)

**4/28:**
- Submit budget and implementation plan to Oversight Board

**5/22:**
- Submit revised budgets and supporting documents to Board, if necessary

**6/5:**
- Budget certification



FINANCIAL CONTROLS

# Quarterly budget compliance process per PROMESA § 203

| Quarterly Action | PROMESA section | Description | Proposed dates (mm/dd/yy) |
|---|---|---|---|
| **Reporting[1]** | § 203 (a) | • Governor to submit a report describing: (1) the actual cash revenues, expenditures, and flows and (2) any other information requested by the Board | • Q1: 10/15/17[1]<br>• Q2: 1/16/18<br>• Q3: 4/16/18<br>• Q4: 7/16/18 |
| **External auditing** | § 203 (b) | • Oversight Board to communicate the result of external auditing report to the government and identify any inconsistencies with the projected revenues, expenditures, or cash flows set forth in the certified Budget for such quarter | • Q1: 11/10/17<br>• Q2: 2/12/18<br>• Q3: 5/10/18<br>• Q4: 8/10/18 |
| **Correction of variance** | § 203 (b) | • Government to provide additional information regarding any inconsistencies with the certified budget and implement remedial action to correct variances | • Q1: 11/20/17<br>• Q2: 2/20/18<br>• Q3: 5/21/18<br>• Q4: 8/20/18 |
| **Certification of variance / or Budget reductions by Board** | § 203 (c) and (d) | • Board to certify that the government is at variance with the applicable certified Budget, and that the Government has initiated such measures as the Board considers sufficient to correct it<br>• If the variances are not corrected, the Board shall make appropriate reductions in nondebt expenditures and may institute automatic hiring freezes in instrumentalities and prohibit them from entering in any contract in excess of $100,000 | • Q1: 12/11/17<br>• Q2: 3/12/18<br>• Q3: 6/11/18<br>• Q4: 9/10/18 |
| **Termination of budget reductions** | § 203 (e) | • The Board should decide whether the government or instrumentality has made the appropriate measures to reduce expenditures or increase revenues and cancel the reductions | • Ongoing |



1 Per PROMESA, these dates must be 15 days after end of each quarter

FINANCIAL CONTROLS

## Budget and Forecasting process

---

**Define a timeline for each quarter's budget**

- Certification process must adhere to PROMESA requirements
- Should include, but not be limited to:
  - Certification process according to PROMESA requirements
  - Reporting, external auditing, and variance certifications

---

**Set guiding principles for budget and forecasting**

- Budget should be prepared…
  - Within the **confines of the overall fiscal plan**
  - As a **positive cash balance** with sufficient safety margin, due to lack of access to capital markets

---

**Set, update, and track targets every quarter**

- Use performance metrics, e.g.,:
  - Status? On track / Delayed / Completed
  - Reached target?
  - Above / below past instances?
- Implement measures to correct variances from budget



FINANCIAL CONTROLS

## Disbursement process

**Define disbursement process**

- Set guidelines and principles
- Work to match budget to disbursement authorizations
- Identify an effective, centralized, and time-sensitive disbursement process that involves the adequate authorities
  - Incorporate a mechanism that confirms alignment between revenues and expenses

**Implement a centralized disbursement digital database**

- Centralize into a single Treasury account with a corresponding database
- Update and review periodically
- Set a minimum available liquidity threshold and an alert-system

**Set, update, and track metrics every quarter**

- Establish preventive measures
- Implement detective procedures to correct problems before they arise
- Design a process to correct variances from budget mid-year

