# **Exhibit 25**

