# **Exhibit 26**

Mr. GARCIA MENDEZ: If my colleague forgives me, it seems that he has not read, or perhaps, the phrase "the items consigned in the latest laws will govern during said fiscal year" has gone unnoticed by my colleague. This is not a matter of law. They are already in effect because [the program] was not approved, the appropriations were already approved. It is a matter of how these expenses are implemented. And that is why it is said: Until the Legislative Assembly meets to approve the new appropriations, the Governor will authorize the disbursements ... of what? Of those appropriations that automatically re-apply because the Legislative [Assembly] has not approved the appropriations of that fiscal year that ended. Do you notice what the section says? It is not that the Legislative [Assembly] does not have it. It is already approved automatically. This is the same provision of the Organic Charter, colleague, that when a budget is not approved the one from the previous year continues to apply, except that here it is made more extensive to special laws and not to the budget alone. Anyway, I wanted to call to my colleague's attention that which is covered in the section.

Mr. MUÑOZ RIVERA: If my colleague's amendment has only those purposes, I withdraw my opposition.

Mr. PRESIDENT: Those who are in favor of approving the amendment will say yes ... Against, say no ... Approved.
    I would like to draw the delegates' attention to the following parliamentary situation: When a delegate is speaking and gives up the floor to another, he is giving up his time, and therefore all the time the other delegate uses is charged to the first one who gave it up.
    The Presidency will not intervene if it is for a question or not. The delegate who obtained the time will then have to see if he is going to be giving up his time or not, but it is not understood that because he gave it up then it is not charged [to him] and then that becomes two turns.

    Any other amendment to article 19?

Mr. GAZTAMBIDE ARRILLAGA: An amendment, Mr. President ...

Mr. PRESIDENT: Mr. Delegate.

Mr. GAZTAMBIDE ARRILLAGA: On page 7, line 10, where it says: "When at the end of a fiscal year the necessary appropriations for the ordinary expenses of government operation have not been approved," where it says "of ", it should say " of the" government. It's more like an amendment of style.

Mr. PRESIDENT: An amendment of style. Is there an objection? Approved
Any other amendment to article 19? If there is not, we move on to 20.

Mr. SECRETARY: "Article 20.- Appropriations made for one fiscal year may not exceed the total resources calculated for that fiscal year, unless provided for by law during the same legislative session

1088

for the imposition of sufficient taxes to cover said appropriations. "

Mr. GELPI: Mr. President ...

Mr. PRESIDENT: Mr. Delegate...

Mr. GELPI: Mr. President, delegates: The amendment that I propose is the following one: on page 7, lines 18, 19 and 20, put a period after the word, the phrase, "fiscal year", and remove the following: "unless provided for by law during the same legislative session for the imposition of sufficient taxes to cover said appropriations". Article 20 would then be worded as follows: "The appropriations made for one fiscal year may not exceed the total resources calculated for said fiscal year". Can I argue?

Mr. PRESIDENT: The delegate has the floor.

Mr. GELPI: Mr. President and delegates: These phrases that have been put in here, which I have asked to be deleted, imply that at any moment the legislature is at the mercy of excessive expenses or excessive calculations that may be included in the so-called budget, or as it is now called here spending program or government program. Undoubtedly what is wanted with those phrases that I have asked to be eliminated, is to give an opportunity to waste the money of the people, making appropriations higher and greater than the revenue that the government may have, which would be a bad economic policy. This Constituent Assembly must coincidently put a stop to this type of situation because in any other article-and surely there is such, and there will be in the constitution-in cases of emergency, in any other case in which the Government needs money to cover the current appropriations and cannot, there will be means to do so. But it is not possible, Mr. President and delegates, that a current one year budget with revenue allocations, can be increased more, the expenses can be increased more or made so excessive that it is necessary to impose more taxes on the tax body of Puerto Rico, which is already quite over-loaded with taxes. Maybe this is why the so-called tax is what is now ... "scientific tax"; perhaps what is to come with the scientific tax is hiding here, in these phrases. This is why this Constituent Assembly must limit the legislature not to exceed in expenses because that would constitute a bad economic policy. It would be to show the people that the government begins by corrupting the custom that those men should only spend what they produce and no more than what they produce.

Mr. GUTIERREZ FRANQUI: Let there be a vote.

Mr. PRESIDENT: Any debate? If there is not, the delegate Mr. Gelpí's amendment is put to the vote. Those who are in the affirmative, will say yes ... Against, no.

1089

Mr. GUTIERREZ FRANQUI: Mr. President ...

Mr. PRESIDENT: The Presidency has doubts. Those who are in the affirmative will be so kind as to stand up. Those who are against, will stand up to vote ... the amendment is defeated.

Mr. RIVERA COLON: Mr. President ...

Mr. GUTIERREZ FRANQUI: Mr. President: For a question.

Mr. PRESIDENT: Mr. Delegate.

Mr. GUTIERREZ FRANQUI: Mr. President, before considering the formulation of an amendment, I would like to ask a question to the president of the commission that reported this substitute proposal. We would like the President of the Commission to answer, for the [record], what the commission understands, what does the phrase, "the total resources calculated for said fiscal year" mean. On page 7, lines 17 and 18.

Mr. NEGRON LOPEZ: I can answer the question. Reading in order to see the difference in the text-the corresponding provision of the Jones Act, I read from Article 34 of the Jones Act, the last paragraph: "The Legislative Assembly shall not make any appropriation or authorize any expense under which or of which the expenditures of the Government of Puerto Rico, during any fiscal year, exceed the total revenue provided at that time by law, and applicable to said appropriation or expense, including any surplus available in the Treasury, unless the Legislature, when making said appropriation, provides for the imposition of a sufficient tax to pay the aforementioned appropriation or expense within said fiscal year ".

    The concept of "total revenue" that appears in the Jones Act expresses the idea that existed at the time this law was passed, that the government's resources consisted of the tax revenues and the surplus that could exist from previous fiscal years. However, in modern finance, I say, in the finances of the year 1951, this term of total revenue, no longer covers everything that encompasses the total resources of the government. The total resources include the tax or total revenues of a general nature or of a special nature. They also include any surplus that may exist from fiscal years, from previous fiscal years; it includes non-tax income such as the proceeds from the sale of property, royalties, or royalties from public corporations made to the State, surpluses from benefits obtained by public corporations, federal grants, so-called federal grant [in] aids, and the resources that are generated by issuing bonds, which is one of the ways that the State has to raise funds for the development of its program.

    So, the phrase, "total calculated resources", are those resources that are already known, because it is known what they will be, such as federal aid, such as fixed income, such as a surplus, etc.; and those calculated, those that depend on the product of the taxes and other factors, that cannot be foreseen at the beginning of the fiscal year.

1090

Mr. GUTIERREZ FRANQUI: There is no amendment, Mr. President.

Mr. RIVERA COLON: Mr. President.

Mr. PRESIDENT: Mr. Delegate.

Mr. RIVERA COLON: I would like to ask a question to the President of the Legislative Commission. I want the President of the Commission to explain to me the scope of this sentence, of these words: "imposition of taxes". That is, from article 20. Does it means that when all the resources are exhausted, then taxes can be imposed to cover any deficit that exists in the budget items? I say, these words the "imposition of taxes". I want the President to give me an explanation. I understand that the taxation is based on excise taxes, based on using the borrowing margin, based on increasing the revenue tax items; give me an explanation on this specific point of taxation, or whether it would be better to clarify that situation.

Mr. NEGRON LOPEZ: I mean, the intention ... of course, it seems to me that the Style Committee should, choosing the product of this deliberation, record the words that clarify, that express the concept with the clarity with which it is desired.

    The intention that the commission has had is that after considering all the resources that are estimated or calculated for a fiscal year if the legislature wants to provide for appropriations beyond these resources, that is, after considering any bond issuances, after considering the federal aid, after considering the tax and non-tax income that exists ...

Mr. RIVERA COLON: (Interrupting) I understand, I want to understand, that as much as possible all the resources available to the government will be used and then, when all those resources are finished, we can go to the imposition of taxes.

Mr. NEGRON LOPEZ: Absolutely.

Mr. RIVERA COLON: Thank you very much.

Mr. NEGRON LOPEZ: Absolutely.

Mr. PRESIDENT: Any other amendment to article 20?

Mr. GELPI: For an amendment.

Mr. PRESIDENT: Mr. Delegate.

Mr. IRIARTE: Mr. President.

Mr. MUÑOZ RIVERA: Mr. President.

1091

Mr. PRESIDENT: I give the floor to the delegate, Mr. Gelpi.

Mr. GELPI: In Article 20, page 7, line 17, after the word "exceed", on line 17, insert, "90 percent". Then it would say: "The appropriations made for a fiscal year cannot exceed 90 percent of the total resources calculated for said fiscal year", etc., etc. And I will argue briefly.

Mr. PRESIDENT: The delegate has the floor.

Mr. GELPI: The logical thing is that the way the provision of article 20 is drafted, all the revenue calculated for the government can be spent in one fiscal year and, as the President of the Commission explained now, all the resources that could be used up could be exhausted before taxes, why is it not better to be thrifty, and instead of making an allowance to spend all resources, leave even a margin for any emergency, such as 10 percent of the total amount of revenue calculated to form the budget, that is, the government program?

I believe, Mr. President and delegates, that acting conservatively, this being a country of poor people and creating, as it is said that a government for the poor will be created, we must be thrifty and not spend all the government's resources in appropriations.

Mr. BARRETO PEREZ: We oppose.

Mr. PRESIDENT: Any other debate on the proposal?

Mr. ALVARADO: Mr. President ...

Mr. PRESIDENT: Mr. Delegate...

Mr. MUÑOZ RIVERA: A question to the president ...

VARIOUS DELEGATES: We cannot hear ...

Mr. PRESIDENT: We have a proposal for an amendment before the commission from Mr. Gelpi. Is the Delegate not going to speak about that amendment? So, is there discussion about Mr. Gelpi's amendment? If there is not, it is put to a vote. Those who are in the affirmative will say yes ... Against, no ... the amendment is defeated. The delegate, Mr. Iriarte, has the floor, which he had requested.

Mr. IRIARTE: Mr. President and fellow delegates: In the approved article 12 of this bill, of this substitute proposal, there is a provision that says, in line 20: "It will not be approved", in article 12, page 4, line 20 ... I want the President of the Committee to follow me. In article 12, line 20, page 4, it says: "No draft bill will be approved, with the exception of the general budget". Here comes the draft general budget that I was talking about a moment ago. Now, as I said a moment ago, there is no provision with regard to the general budget project. Currently our Organic Charter has a provision that says:

1092

City of Dallas, State of Texas, County of Dallas

I, MARILYN RETTA, am an interpreter/translator hired by TransPerfect, a translation services that operates under both ISO 9001:2008 and EN 15038:2006 certification. I have been speaking Spanish for 60 years. I have studied Spanish translation for 20 years. I am certified by the Administration Office of the United States Courts and am certified by the American Translators Association for Spanish to English Translation.

The following document is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English

**Final Version- DiarioConvencionConstituyente – Pages for Translation**

_____
MARILYN RETTA

Sworn to before me this

February 20, 2018

_____
Notary Public



MATTHEW RYAN EAKIN
Notary Public, State of Texas
My Commission Expires
May 29, 2018