From: **Rolando Emmanuelli Jiménez** rolando@emmanuelli.law
Subject: Fwd: PROSOL-UTIER request of information and documents.pdf
Date: January 8, 2019 at 9:55 AM
To: lrappaport@proskauer.com
Cc: jessica@bufete-emmanuelli.com



## Dear Mr. Rappaport:

Last Saturday, January 5th, I wrote an email to Mr. Bienenstock and Mr. Bauer with the attached letter. I haven't received a response to my email.

Mr. González Valiente, attorney for GMS Group, told me you were dealing with discovery issues regarding COFINA.

Please advise.

Rolando Emmanuelli Jiménez, J.D., LL.M.
www.bufete-emmanuelli.com

Inicio del mensaje reenviado:

> **De:** rolando@emmanuelli.law
> **Fecha:** 5 de enero de 2019, 2:58:55 p. m. GMT-4
> **Para:** Martin Bienenstock <mbienenstock@proskauer.com>
> **Cc:** hermann.bauer@oneillborges.com, Jessica Mendez Colberg <jessica@bufete-emmanuelli.com>
> **Asunto: PROSOL-UTIER request of information and documents.pdf**
>
> Dear Mr. Bienenstock:
>
> Pleas see attached letter.
>
> 
>
> **PROSOL-UTIER
> reques...nts.pdf**
>
>
> Cordially,
>
> Rolando Emmanuelli-Jiménez, J.D., LL.M.
>
> Bufete Emmanuelli, C.S.P.
> 472 Avenida Tito Castro
> Edificio Marvesa Suite 106
> Ponce? Puerto Rico 00716
> P. O. Box 10779
> Ponce, Puerto Rico 00732-0779
> http://www.bufete-emmanuelli.com
> 787-848-0666
> 787-841-1435, Fax
>
> Advertencia:
>
> La información transmitida en este mensaje es para uso exclusivo de la(s) persona(s) o entidad(es) a la que está dirigida y puede incluir información confidencial, personal o material con secretos profesionales o de negocios. La recepción de este mensaje por cualquiera otra persona distinta de los destinatarios, no implica renuncia alguna al privilegio o derecho de confidencialidad. Se prohibe el análisis, la retransmisión, divulgación o cualquiera otro uso u acción relacionada con esta información por personas distintas al destinatario o destinatarios del mensaje. Si recibiera esta información por error, comuníquese con el remitente y proceda a borrarla de todas las computadoras. Todos los derechos y acciones reservados conforme a las leyes vigentes.

CONFIDENTIALITY NOTE: This communication contains information belonging to Bufete Emmanuelli, C.S.P., which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Enviado desde mi IPhone

From: **Rappaport, Lary Alan** LRappaport@proskauer.com
Subject: RE: PROSOL-UTIER request of information and documents.pdf
Date: January 8, 2019 at 5:28 PM
To: Rolando Emmanuelli Jiménez rolando@emmanuelli.law
Cc: jessica@bufete-emmanuelli.com, Rosen, Brian S. brosen@proskauer.com, Levitan, Jeffrey W. JLevitan@proskauer.com, Firestein, Michael A. MFirestein@proskauer.com, Theodoridis, Chris ctheodoridis@proskauer.com

Rolando –

I am writing in response to your January 5, 2019 letter to Martin Bienenstock and Hermann Bauer that you forwarded to me earlier today.

As a prefatory matter, I note that your letter seeks the disclosure of information regarding the use of witnesses designated under Fed. R. Evid. 702 and associated exhibits. Neither is required by any Court order or under the applicable rules. That said, the Oversight Board does not presently intend to offer testimony by a witness designated under Rule 702 in its case in chief in support of confirmation of the COFINA plan of adjustment. If the presentation of evidence in our case in chief changes, we will let you know.

Lary


**Lary Alan Rappaport**
Partner

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5658
f 310.557.2193
lrappaport@proskauer.com

greenspaces
Please consider the environment before printing this email.


**From:** Rolando Emmanuelli Jiménez <rolando@emmanuelli.law>
**Sent:** Tuesday, January 8, 2019 5:55 AM
**To:** Rappaport, Lary Alan <LRappaport@proskauer.com>
**Cc:** jessica@bufete-emmanuelli.com
**Subject:** Fwd: PROSOL-UTIER request of information and documents.pdf

Dear Mr. Rappaport:

Last Saturday, January 5th, I wrote an email to Mr. Bienenstock and Mr. Bauer with the attached letter. I haven't received a response to my email.

Mr. Gonzalez Valiente, attorney for GMS Group, told me you were dealing with discovery

issues regarding COFINA.

Please advise.

Rolando Emmanuelli Jiménez, J.D., LL.M.
www.bufete-emmanuelli.com

Inicio del mensaje reenviado:

> **De:** rolando@emmanuelli.law
> **Fecha:** 5 de enero de 2019, 2:58:55 p. m. GMT-4
> **Para:** Martin Bienenstock <mbienenstock@proskauer.com>
> **Cc:** hermann.bauer@oneillborges.com, Jessica Mendez Colberg <jessica@bufete-emmanuelli.com>
> **Asunto: PROSOL-UTIER request of information and documents.pdf**
>
> Dear Mr. Bienenstock:
>
> Pleas see attached letter.

*********************************************************************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*********************************************************************************************************************