# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO SUBMITTING INTERROGATORIES AS EXHIBITS FOR JANUARY 16, 2019 HEARING ON (I) MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMONWEALTH AND COFINA AND (II) CONFIRMATION OF THE COFINA <u>PLAN OF ADJUSTMENT</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the Court's Order approving the *Urgent Joint Motion by the Financial Oversight and Management Board and the GMS Group, LLC Requesting Extension of Time until January 15, 2019 at 12:00pm AST to File Interrogatories with the Court, if Needed* (17-bk-3283; ECF No. 4689), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), as a Title III debtor in the above-captioned Title III cases (the "Debtor") under the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtor's representative pursuant to section 315(b) of PROMESA, respectfully submits, as Exhibit DX-GGGG, the attached document, which is an excerpt from a document entitled *GMS Group LLC's Response to Puerto Rico Sales Tax Financing Corporation's First Set of Interrogatories to the GMS Group, LLC* (the "GMS Response").

Exhibit DX-GGGG consists of the entirety of the GMS Response but without the approximately 600 pages of exhibits.

*[Remainder of page left intentionally blank]*

| | |
|---|---|
| Dated: January 15, 2019<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: hermann.bauer@oneillborges.com<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Jeffrey W. Levitan (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>Email: brosen@proskauer.com<br>Email: jlevitan@proskauer.com<br><br>Michael A. Firestein (*pro hac vice*)<br>Lary Alan Rappaport (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>Tel: (310) 557-2900<br>Fax: (310) 557-2193<br>Email: mfirestein@proskauer.com<br>Email: lrappaport@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative of the Debtor* |

3