December 27, 2018

27 Hunter Rd
Avon, CT 06001

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

This is in reference to the Notice of Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (non-substantive) to Deficient Claims. My proof of claim dated 3-23-2018 has been rejected.

My name is Linda A. Kaye of 27 Hunter Rd, Avon CT 06001. Telephone is 860-678-0380. Email is dlkaye@comcast.net.

United States District Court for the District of Puerto Rico

in re:
The Financial Oversight and Management			Promesa
Board for Puerto Rico,					Title III
as representative of the Commonwealth of		No 17 BK3283-LTS
Puerto Rico, et al,					(jointly administered)
			Debtors

Proof of claim number is 4084

The initial claim contained errors. The creditor was listed as David E. Kaye rather than myself, Linda A. Kaye. Also, no supporting documentation was submitted as proof for the claim. With respect to that deficit, I submit the attached copy of my Merrill Lynch transfer slip for the purchase of the bonds in 2009 and a copy of my most recent Merrill Lynch monthly statement identifying me as still the owner of the bonds.

Respectfully,

Linda A. Kaye

Linda A. Kaye