P.O. Box 2044
Lakewood, NJ 08701



**TOTAL MERRILL**

**Merrill Lynch
Office Serving Your Account**
1125 FARMINGTON AVENUE
FARMINGTON, CT 06032
(860) 284-2200

**************AUTO**3-DIGIT 060
T16616 0000164 T2 P1 .357
MR DAVID E KAYE
MRS LINDA KAYE
27 HUNTER RD
AVON CT 06001-3618

LINDA KAYE
27 HUNTER RD
AVON CT 06001

Account Number: [Redacted]1363

# TRADE CONFIRMATION

Date: June 15, 2009

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**  PUERTO RICO SALES TAX FING CORP SALES TAX REV FIRST DD 6/09   OID SER A
SUB-SER A 4.625 PCT 8/01/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| Quantity | 25000 | Price | 98.999000 | Amount | 24749.75 | Trade Date  06/15/09 |
| Processing Fee | | | | | | Settle Date  06/18/09 |
| Transaction Fee | | | | | | ML Symbol |
| Accrued Interest/Dividends | | | | | | Security #  N40D2 |
| | | | | | | Cusip #  74529JGY5 |
| NET AMOUNT | | | | | 24749.75 | FA #  9795 |

YIELD 4.75% @ $98.99 8/01/19 OFFICIAL STATEMENT TO FOLLOW   NON CALLABLE
ORIGINAL ISSUE DISCOUNT-INITIAL OFFERING PRICE 99.0000   INTEREST FROM 06/18/09
FIRST COUPON 02/01/10   AS OF 06/11 WHEN ISSUED SETTLE   BOOK ENTRY ONLY

ML ACTED AS PRINCIPAL

**BOUGHT**  PUERTO RICO SALES TAX FING CORP SALES TAX REV FIRST DD 6/09   OID SER A
SUB-SER A 4.75 PCT 8/01/2020

| | | | | | | |
|---|---|---|---|---|---|---|
| Quantity | 25000 | Price | 98.804000 | Amount | 24701.00 | Trade Date  06/15/09 |
| Processing Fee | | | | | | Settle Date  06/18/09 |
| Transaction Fee | | | | | | ML Symbol |
| Accrued Interest/Dividends | | | | | | Security #  N40D5 |
| | | | | | | Cusip #  74529JHB4 |
| NET AMOUNT | | | | | 24701.00 | FA #  9795 |

YIELD 4.89% @ $98.80 8/01/20 CALLABLE-MAY AFFECT YIELD   DETAILS UPON REQUEST
OFFICIAL STATEMENT TO FOLLOW   NEXT CALL 08/01/19 @ 100.00   ORIGINAL ISSUE
DISCOUNT-INITIAL OFFERING PRICE 98.8050   INTEREST FROM 06/18/09 FIRST COUPON
02/01/10   AS OF 06/11 WHEN ISSUED SETTLE   BOOK ENTRY ONLY

ML ACTED AS PRINCIPAL

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for Income tax purposes. If submitting payment or correspondence, please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1. If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number: [Redacted]1363

Date: 06/15/2009

Page 1 of 2