**Merrill Lynch**
Bank of America Corporation

Online at: **www.mymerrill.com**  Account Number: [Redacted]1363

24-Hour Assistance: (800) MERRILL
Access Code: [Redacted]1363

**Net Portfolio Value:** $864,630.62

LINDA KAYE
PLEDGED TO ML LENDER
27 HUNTER RD
AVON CT 06001-3618

**Your Financial Advisor:**
THE JOHNSON GROUP
9 MELROSE DRIVE
FARMINGTON CT  06032
1-800-588-2575

## ■ CMA - Linda

November 01, 2018 - November 30, 2018

|  | This Statement | Year to Date |
|---|---|---|
| Opening Value (11/01) | $699,927.81 |  |
| Total Credits | 34,801.02 | 39,987.13 |
| Total Debits | - | - |
| Securities You Transferred In/Out | 128,092.00 | 128,092.00 |
| Market Gains/(Losses) | 1,809.79 | 19,492.47 |
| Closing Value (11/30) | $864,630.62 |  |

This account is pledged as collateral for Loan Management Account # [Redacted]0554

| ASSETS | November 30 | October 31 |
|---|---|---|
| Cash/Money Accounts | 659,885.60 | 625,084.58 |
| Fixed Income | 73,947.50 | 74,452.25 |
| Equities | 130,240.40 | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| Subtotal (Long Portfolio) | 864,073.50 | 699,536.83 |
| Estimated Accrued Interest | 557.12 | 390.98 |
| **TOTAL ASSETS** | **$864,630.62** | **$699,927.81** |
| **LIABILITIES** | | |
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | **-** |
| **NET PORTFOLIO VALUE** | **$864,630.62** | **$699,927.81** |

 Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products: [ Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value ]



**Merrill Lynch**
Bank of America Corporation

CMA - Linda                                           Account Number: Redacted 1363

## ACCOUNT INVESTMENT OBJECTIVE                                      November 01, 2018 - November 30, 2018

**TOTAL RETURN:** Objective is to strike a balance between current income and growth. Despite the relatively balanced nature of the portfolio, the investor should be willing to assume the risk of price volatility and principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## YOUR CMA BANK DEPOSIT INTEREST SUMMARY

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 378,950 | 389,423 | .60 | 191.52 | **413,764** |
| Bank of America CA, N.A. | 246,132 | 246,004 | .60 | 120.99 | **246,120** |
| **TOTAL** ML Bank Deposit Program | 625,082 | | | 312.51 | **659,884** |

## YOUR CMA ASSETS

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 1.60 | 1.60 | | **1.60** | | |
| +ML BANK DEPOSIT PROGRAM | 659,884.00 | 659,884.00 | 1.0000 | **659,884.00** | **3,959** | .60 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 659,885.60 | | **659,885.60** | **3,959** | .60 |

| MUNICIPAL BONDS Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| θ PR SALES TAX FING CORP | 06/11/09 | 25,000 | 24,979.65 | 47.5000 | **11,875.00** | (13,104.65) | | **1,157** | 9.73 |
| SLS REV REV BDS A OID  JUN09  04.625%AUG01 2019 | | | | | | | | | |
| MOODY'S: CA  S&P: ***  CUSIP: 74529JGY5 | | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST:  98.9990/24,749.75 | | | | | | | | | |





CMA - Linda

Account Number: Redacted 1363

24-Hour Assistance: (800) MERRILL
Access Code: Redacted 1363

# YOUR CMA ASSETS

November 01, 2018 - November 30, 2018

| MUNICIPAL BONDS (continued) Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| θ PR SALES TAX FING CORP<br>SLS REV REV BDS A OID  JUN09  04.750%AUG01 2020<br>MOODY'S: CA  S&P: ***  CUSIP: 74529JHB4<br>PAR CALL DATE: 08/01/19  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  98.8040/24,701.00 | 06/11/09 | 25,000 | 24,944.38 | 47.5000 | **11,875.00** | (13,069.38) | | **1,188** | 10.00 |
| θ CONNECTICUT ST GO BDS<br>SER B OID  MAR09  04.000%MAR01 2023<br>MOODY'S: A1  S&P: A  CUSIP: 20772G3J5<br>PAR CALL DATE: 03/01/19  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  97.5950/24,398.75 | 03/18/09 | 25,000 | 24,778.30 | 100.3800 | **25,095.00** | 316.70 | 247.22 | **1,000** | 3.98 |
| UNIVERSITY CONN<br>UNIVERSITY BDS SER A OID  APR09  04.250%FEB15 2024<br>MOODY'S: A1  S&P: AA-  CUSIP: 914233SE2<br>PAR CALL DATE: 02/15/19  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  99.2340/24,808.50 | 04/01/09 | 25,000 | 24,918.62 | 100.4100 | **25,102.50** | 183.88 | 309.90 | **1,063** | 4.23 |
| **TOTAL** | | 100,000 | 99,620.95 | | **73,947.50** | (25,673.45) | 557.12 | **4,408** | 5.96 |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ENTERPRISE PRDTS PRTN LP | EPD | 01/23/09 | 400 | 9.8050 | 3,922.00 | 26.2500 | 10,500.00 | 6,578.00 | 692 | 6.59 |
| L P | | 01/30/09 | 200 | 9.7050 | 1,941.00 | 26.2500 | 5,250.00 | 3,309.00 | 346 | 6.59 |
| | | 11/10/09 | 600 | 13.1511 | 7,890.66 | 26.2500 | 15,750.00 | 7,859.34 | 1,038 | 6.59 |
| Subtotal | | | 1,200 | | 13,753.66 | | **31,500.00** | 17,746.34 | **2,076** | 6.59 |