Linda A. Kaye
27 Hunter Road
Avon, CT 06001

**CERTIFIED MAIL**

7015 0640 0001 8913 1109

U.S. POSTAGE PAID
FCM LG ENV
WEST SIMSBURY, CT 06092
DEC 26, 18
AMOUNT
$7.41
R2305K134727-05

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2019 JAN 14 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.