## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO SUBMITTING SUPPLEMENT TO CONSOLIDATED EXHIBITS FOR JANUARY 16, 2019 HEARING ON (I) MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMONWEALTH AND COFINA AND (II) CONCERNING CONFIRMATION OF THE COFINA PLAN OF ADJUSTMENT**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the Court's Order Regarding Procedures For Attendance, Participation, and Observation of January 16, 2019 Hearing [Case No. 17-bk-3284, ECF No. 431], Puerto Rico Sales Tax Financing Corporation ("COFINA"), as the Title III debtor in the above-captioned Title III cases (the "Debtor") under the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtor's representative pursuant to section 315(b) of PROMESA, respectfully states as follows:

The Oversight Board respectfully submits the following supplement to the consolidated list of Debtor's exhibits for the January 16, 2019 Hearings Regarding (i) the 9019 Settlement Approval Motion and (ii) the COFINA Plan of Adjustment Confirmation Motion:[2]

| Doc ID | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| **AAAA** | | **DX-AAAA** | | Unanimous Written Consent Approving and Issuing Certifications Pursuant to Sections 104 and 206 of PROMESA for the Puerto Rico Sales Tax Financing Corporation (COFINA), dated May 5, 2017 ("COFINA Restructuring Certification") |
| **BBBB** | | **DX-BBBB** | | Resolution Certifying Submission of COFINA Plan of Adjustment, dated October 19, 2018 |
| **CCCC** | | **DX-CCCC** | | Unanimous Written Consent Certifying Submission of Amended COFINA Plan of Adjustment, dated November 16, 2018 |
| **DDDD** | | **DX-DDDD** | | Unanimous Written Consent Certifying Submission of Second Amended COFINA Plan of Adjustment, dated November 26, 2018 |
| **EEEE** | | **DX-EEEE** | | Unanimous Written Consent Certifying Submission of Third Amended COFINA Plan of Adjustment, dated January 9, 2019 |
| **FFFF** | | **DX-FFFF** | | Unanimous Written Consent Certifying COFINA's Fiscal Plan |
| **GGGG** | | **DX-GGGG** | | GMS Group LLC's Response to Puerto Rico Sales |

---

[2] Please take note, this document supplements the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Consolidated Exhibits for January 16, 2019 Hearing on (I) Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between the Commonwealth and COFINA and (II) Concerning Confirmation of the COFINA Plan of Adjustment* [Case No. 17-bk-3283; ECF No. 4777].

| | | | | |
|---|---|---|---|---|
| | | | | Tax Financing Corporation's First set of Interrogatories to the GMS Group, LLC (the "GMS Response") |
| **HHHH** | | **DX-HHHH** | | [Intentionally Left Blank] |
| **IIII** | | **DX-IIII** | | Motion Submitting Amended Expert Report from Dr. Jose I. Alameda-Lozada in support of PROSUL-UTIER's Objection to Confirmation of Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17-bk-3283, 4787) |
| **JJJJ** | | **DX-JJJJ** | | The Plan of Adjustment of Debt of COFINA: Sustainability and Financial Capacity of Puerto Rico's Economy by Jose I. Alameda Lozada, Ph.D. (Amended January 14, 2019) |

*[Remainder of page left intentionally blank]*

| | |
|---|---|
| Dated: January 15, 2019<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: hermann.bauer@oneillborges.com<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Jeffrey W. Levitan (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>Email: brosen@proskauer.com<br>Email: jlevitan@proskauer.com<br><br>Michael A. Firestein (*pro hac vice*)<br>Lary Alan Rappaport (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>Tel: (310) 557-2900<br>Fax: (310) 557-2193<br>Email: mfirestein@proskauer.com<br>Email: lrappaport@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative of the Debtor* |

4