# CERTIFICATION OF RESOLUTIONS ADOPTED BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO BY UNANIMOUS WRITTEN CONSENT

## (Puerto Rico Sales Tax Financing Corporation (COFINA))

I, the undersigned, General Counsel of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), do hereby certify that (i) attached is a true and correct copy of the resolutions of the Oversight Board adopted on May 5, 2017 by Unanimous Written Consent, and (ii) such resolutions have not been modified or rescinded, and remain in full force and effect.

By: _____
Name: Jaime El Koury
Title: General Counsel
Date: May 5, 2017

DX-AAAA



# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
# FOR PUERTO RICO

## UNANIMOUS WRITTEN CONSENT APPROVING AND ISSUING CERTIFICATIONS PURSUANT TO SECTIONS 104 AND 206 OF PROMESA FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)

WHEREAS on June 30, 2016, the federal Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA")[1] was enacted; and

WHEREAS Section 101 of PROMESA created the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"); and

WHEREAS on September 30, 2016, the Puerto Rico Sales Tax Financing Corporation ("COFINA") was designated by the Oversight Board as a Covered Territorial Instrumentality pursuant to Section 101(d)(1)(A) of PROMESA; and

WHEREAS the Oversight Board has been advised that COFINA desires to effect a plan to adjust its debt pursuant to Title III of PROMESA; and

WHEREAS in connection with the commencement of a Title III case for COFINA, the Oversight Board is required (i) pursuant to Section 206 of PROMESA, to make certain Restructuring Determinations (as defined below) and to issue a restructuring certification as to such determinations, and (ii) pursuant to Section 104(j) of PROMESA, to certify the filing by COFINA of a voluntary petition under Title III of PROMESA; and

WHEREAS following discussions with COFINA and its legal and financial advisors, and after consultation with the Oversight Board's legal and financial advisors, and following extensive deliberation, the Oversight Board has determined, in its sole discretion, that (1) COFINA has made good-faith efforts to reach a consensual restructuring with creditors; (2) COFINA has adopted procedures necessary to deliver timely audited financial statements and made public draft financial statements and other information sufficient for any interested person to make an informed decision with respect to a possible restructuring; (3) COFINA is a Covered Territorial Instrumentality that is subject to a Territory Fiscal Plan certified by the Oversight Board; and (4) no order approving a Qualifying Modification under Section 601 of PROMESA has been entered with respect to COFINA (the foregoing determinations, the "Restructuring Determinations"); and

---

[1] Capitalized terms used but not defined herein have the definitions given to them in PROMESA.

Case:17-03284-LTS Doc#:389-1 Filed:05/17/19 Entered:05/05/20 Page 3 of 6 Desc:Main
Document Page 3 of 10

WHEREAS following discussions with COFINA and its legal and financial advisors, and after consultation with the Oversight Board's legal and financial advisors, and following extensive deliberation, the Oversight Board has determined it is necessary and appropriate in order to protect the residents of Puerto Rico, and in the best interests of the creditors of COFINA, for a voluntary petition under Title III of PROMESA to be filed for COFINA in the United States District Court for the District of Puerto Rico (the "District Court"); and

WHEREAS it is the Oversight Board's intention in making its determinations in connection with such Title III filing (1) that such filing should not preclude efforts to implement consensual debt restructurings if possible and practicable, and (2) to continue negotiations with the creditors of COFINA with a view to implementing consensual debt restructurings to the extent possible and appropriate;

NOW, THEREFORE, IT IS HEREBY RESOLVED that the Oversight Board approves and certifies the Restructuring Determinations pursuant to section 206 of PROMESA; and it is further

RESOLVED that, pursuant to section 104(j) of PROMESA, the Oversight Board approves and certifies the filing in the District Court of a voluntary petition under Title III of PROMESA for COFINA at such time as the Chair or Executive Director of the Oversight Board determines to be appropriate; and it is further

RESOLVED that, for the avoidance of doubt, these resolutions shall constitute (i) the restructuring certificate required to be issued by the Oversight Board pursuant to Section 206 of PROMESA, and (ii) the certification required to be issued by the Oversight Board for the filing of a Title III petition for COFINA pursuant to Section 104(j) of PROMESA; and it is further

RESOLVED that the Executive Director, General Counsel and any other officer of the Oversight Board now or hereafter appointed by the Oversight Board (each, an "Authorized Officer") shall be, and each hereby is, authorized and empowered to execute and publish (including by attaching a copy thereof to a Title III Petition filed for COFINA) a certificate or certificates that certify (i) the Restructuring Determinations of the Oversight Board pursuant to Section 206 of PROMESA, (ii) the filing of a Title III petition for COFINA pursuant to Section 104(j) of PROMESA, and (iii) the other approvals and authorizations of the Oversight Board set forth in these resolutions; and it is further

RESOLVED that each Authorized Officer shall be, and each hereby is, authorized and empowered to execute and file in the name and on behalf of Oversight Board, as the "representative" of COFINA pursuant to Section 315 of PROMESA, all petitions (including, but not limited to, a Title III petition), schedules, motions, lists, applications, pleadings, affidavits and other papers to be filed in the District Court (and in such other courts of competent jurisdiction as may be applicable), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with COFINA's Title III case.

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May __, 2017

_____
Andrew G. Biggs

Dated: May __, 2017

_____
Carlos M. García

Dated: May __, 2017

_____
Arthur J. González

Dated: May __, 2017

_____
José R. González

Dated: May __, 2017

_____
Ana J. Matosantos

Dated: May __, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with COFINA's Title III case.

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May  5 , 2017

*[signature]*

_____
Andrew G. Biggs

Dated: May __, 2017

_____
Carlos M. García

Dated: May __, 2017

_____
Arthur J. González

Dated: May __, 2017

_____
José R. González

Dated: May __, 2017

_____
Ana J. Matosantos

Dated: May __, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with COFINA's Title III case.

| | |
|---|---|
| Dated: May __, 2017 | _____<br>José B. Carrión, Chair |
| Dated: May __, 2017 | _____<br>Andrew G. Biggs |
| Dated: May 5, 2017 | _[signature]_____<br>Carlos M. García |
| Dated: May __, 2017 | _____<br>Arthur J. González |
| Dated: May __, 2017 | _____<br>José R. González |
| Dated: May __, 2017 | _____<br>Ana J. Matosantos |
| Dated: May __, 2017 | _____<br>David A. Skeel, Jr. |

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with COFINA's Title III case.

Dated: May ___, 2017

_____
José B. Carrión, Chair

Dated: May ___, 2017

_____
Andrew G. Biggs

Dated: May ___, 2017

_____
Carlos M. García

Dated: May 2, 2017

_____
Arthur J. González

Dated: May ___, 2017

_____
José R. González

Dated: May ___, 2017

_____
Ana J. Matosantos

Dated: May ___, 2017

_____
David A. Skeel, Jr.

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with COFINA's Title III case.

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May __, 2017

_____
Andrew G. Biggs

Dated: May __, 2017

_____
Carlos M. García

Dated: May __, 2017

_____
Arthur J. González

Dated: May 5, 2017

*/s/ José R. González*
José R. González

Dated: May __, 2017

_____
Ana J. Matosantos

Dated: May __, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with COFINA's Title III case.

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May __, 2017

_____
Andrew G. Biggs

Dated: May __, 2017

_____
Carlos M. García

Dated: May __, 2017

_____
Arthur J. González

Dated: May __, 2017

_____
José R. González

Dated: May __, 2017

*[signature]*

_____
Ana J. Matosantos

Dated: May __, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with COFINA's Title III case.

Dated: May __, 2017

_____
José B. Carrión, Chair

Dated: May __, 2017

_____
Andrew G. Biggs

Dated: May __, 2017

_____
Carlos M. García

Dated: May __, 2017

_____
Arthur J. González

Dated: May __, 2017

_____
José R. González

Dated: May __, 2017

_____
Ana J. Matosantos

Dated: May 5, 2017

*/s/ David A. Skeel Jr.*
David A. Skeel, Jr.

3