# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br>Debtors[1] | PROMESA Title III<br><br>Case No. 17-BK-03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of,<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br>Debtor. | PROMESA Title III<br><br>No. 17 BK 3284-LTS |

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that, on January 14, 2019, served copies of (a) the *Motion Submitting Amended Expert Report from Dr. José I. Alameda-Lozada in Support of PROSOL-UTIER's Objection to Confirmation of Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation ("COFINA"),* along with its corresponding exhibits, and

---

[1] The Debtors in these Title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

*Motion in Limine or to Strike Mrs. Natalie Jaresko and Mr. David M. Brownstein Declarations (Docket Entries No. 4756 and 4757 in Case No. 17-03283),* along with its corresponding exhibits, via the Court's CM/ECF system on the parties who have appeared in the above-captioned case. On the same date, PROSOL- UTIER emailed copies of such documents to the parties included in the Master Service List as of January 3, 2019.

On January 15, 2019, PROSOL- UTIER mailed hard copies of the above-mentioned document to the Court's Chambers in New York and to the United States Trustee, via U.S. Mail, pursuant to Section II of the *Seventh Amended Notice, Case Management and Administrative Procedures* (Docket No. 4086) to the following mail addresses:

(i) Chambers of the Honorable Laura Taylor Swain (two copies):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922



PO Box 10779
Ponce, PR 00732
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica E. Méndez Colberg
USDC: 230814

Emails: rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com

2

notificaciones@bufete-emmanuelli.com

3