UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :   Title III
                                                                     :
     as representative of                                            :   Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,                              :   (Jointly Administered)
                                                                     :
     Debtors.¹                                                       :
-------------------------------------------------------------------- X
```

ORDER EXPEDITING CONSIDERATION OF URGENT MOTION OF
(I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II)
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
EXPEDITED CONSIDERATION OF URGENT MOTION,
UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 502 AND
BANKRUPTCY RULE 3007, ESTABLISHING PROCEDURES WITH RESPECT
TO OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED
BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors for Expedited Consideration of Urgent Motion, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims Filed or Asserted By Holders of Certain Commonwealth General Obligation Bonds* (Docket Entry No. 4789, the "<u>Urgent Motion</u>");[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and (vi) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Objections or responses, if any, to the Procedures Motion must be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (AST) on January 21, 2019**.

3. Replies in further support of the Procedures Motion must be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (AST) on January 24, 2019**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

4. Any unresolved objections to the Procedures Motion will be heard at the Omnibus Hearing that is scheduled to begin at **9:30 a.m. (AST) on January 30, 2019**. The proposed form of order may be entered if no timely objections are filed.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Movants are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

8. This Order resolves Docket Entry No. 4789 in Case No. 17-3283.

SO ORDERED.

Dated: January 15, 2019

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge