**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Rafael Gonzalez, depose and say that on January 15, 2019 I caused a true and correct copy of the following to be served by prepaid first class mail on the parties listed in Exhibit A attached hereto:

- *Informative Motion of the GMS Group, LLC Regarding Cross-Examination of Witnesses in the January 16-17, 2017 Hearing*

- *Informative Motion of the GMS Group, LLC Submitting Rebuttal Evidence for the January 16-17, 2017 Hearing with Exhibits*

- *Informative Motion of the GMS Group, LLC Submitting Rebuttal Evidence for the January 16-17, 2017 Hearing - Interrogatories with Exhibits*

- *Joinder by the GMS Group, LLC to Prosol-Utier Motion in Limine or to Strike Mrs. Natalie Jaresko and Rm. David M. Brownstein Declarations (Docket Entries No. 4756 and 4757 in Case No. 17-03283)*

Additionally, I caused the aforementioned documents to be sent via email to the individuals listed in Exhibit B.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

DATED: January 15, 2019

                                                      */s/ Rafael González*

EXHIBIT A

| | |
|---|---|
| Attn: Dennis Dunne, Esq. and Atara Miller, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>28 Liberty Street<br>New York, NY 10005 | Attn: Mark Ellenberg, Esq., Lary Stromfeld, Esq., Ivan Loncar, Esq., and Casey Servais, Esq.<br>Cadwalader, Wickersham & Taft<br>200 Liberty Street<br>New York, NY 10281 |
| Attn: Marcia L. Goldstein, Esq. and Gabriel Morgan, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue,<br>New York, NY 10153 | Attn: Susheel Kirpalani, Esq. and Eric Kay, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>New York, NY 10010 |
| Attn: Thomas Mayer, Esq., Amy Caton, Esq., and Douglas Buckley, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Attn: William P. Smith, Esq., David L. Taub, Esq., and Alexandra C. Scheibe, Esq.<br>McDermott, Will & Emery LLP<br>444 West Lake Street,<br>Chicago, IL 60606 |
| Attn: John K. Cunningham, Esq. and Fernando de la Hoz, Esq.<br>White & Case LLP<br>200 South Biscayne Boulevard<br>Miami, FL 33131 | Attn: Donald Bernstein, Esq. and Brian Resnick, Esq.<br>Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| Attn: Lawrence A. Larose, Esq. and Eric Daucher, Esq.<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Attn: Ira S. Dizengoff, Esq. and Philip C. Dublin, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| Attn: Sandy Qusba, Esq. and Nicholas Baker, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Attn: Daniel A. Fliman, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| Attn: Andrew N. Rosenberg, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Chambers of the Honorable Laura Taylor Swain:<br>United States District Court for the Southern District of New York<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 |

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Attn: Nancy A. Mitchell, Esq., David D. Cleary, Esq., Nathan A. Haynes, Esq., and Kevin D. Finger, Esq.
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, New York 10166

Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, and Maja Zerjal
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Attn: Luc. A. Despins, James Bliss, James Worthington, and G. Alexander Bongartz
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Attn: Robert Gordon, Richard Levin, and Catherine Steege
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Attn: Garrett A Fail
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn: Gerardo J. Portela Franco and Mohammad Yassin, Esq.
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero Esq., and María T. Álvarez-Santos Esq.
Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917

Attn: Arturo Diaz-Angueira, Esq. and Katiuska Bolaños-Lugo, Esq.
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966

Attn: Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Attn: Juan J. Casillas Ayala, Diana M. Batlle-Barasorda, Alberto J. E. Añeses Negrón, and Ericka C. Montull-Novoa
Casillas, Santiago & Torres LLC,
El Caribe Office Building
53 Palmeras Street, Ste. 1601,
San Juan, Puerto Rico 00901-2419

Attn: A.J. Bennazar-Zequeira
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918

Attn: Angel Perez & Luisette Negron
American Intl. Plaza
250 Ave. Luis Muñoz Rivera
San Juan, PR 00918

# Exhibit B

rburgos@adameslaw.com' <rburgos@adameslaw.com>; 'epo@amgprlaw.com' <epo@amgprlaw.com>; 'larroyo@amgprlaw.com' <larroyo@amgprlaw.com>; 'acasellas@amgprlaw.com' <acasellas@amgprlaw.com>; 'loliver@amgprlaw.com' <loliver@amgprlaw.com>; 'asantiago@amgprlaw.com' <asantiago@amgprlaw.com>; 'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'kstipec@amgprlaw.com' <kstipec@amgprlaw.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'pjime@lawfirm-pr.com' <pjime@lawfirm-pr.com>; 'daniel.bustos@excelerateenergy.com' <daniel.bustos@excelerateenergy.com>; 'icastro@alblegal.net' <icastro@alblegal.net>; 'storres@alblegal.net' <storres@alblegal.net>; 'ealdarondo@alblegal.net' <ealdarondo@alblegal.net>; 'drodriguez.alb@gmail.com' <drodriguez.alb@gmail.com>; 'drodriguez@alblegal.net' <drodriguez@alblegal.net>; 'alexandra.bigas@gmail.com' <alexandra.bigas@gmail.com>; 'ealmeida@almeidadavila.com' <ealmeida@almeidadavila.com>; 'zdavila@almeidadavila.com' <zdavila@almeidadavila.com>; 'jrivlin@afscme.org' <jrivlin@afscme.org>; 'tpaterson@afscme.org' <tpaterson@afscme.org>; 'martz@afscme.org' <martz@afscme.org>; 'andreslopecordova@gmail.com' <andreslopecordova@gmail.com>; 'acordova@juris.inter.edu' <acordova@juris.inter.edu>; 'Jramirez@amrclaw.com' <Jramirez@amrclaw.com>; 'Kellyrivero@hotmail.com' <Kellyrivero@hotmail.com>; 'antoniofuentesgonzalez@yahoo.com' <antoniofuentesgonzalez@yahoo.com>; 'mrios@arroyorioslaw.com' <mrios@arroyorioslaw.com>; 'jfigueroa@arroyorioslaw.com' <jfigueroa@arroyorioslaw.com>; 'Marieli.Paradizo@ponce.pr.gov' <Marieli.Paradizo@ponce.pr.gov>; 'xavier.carol@abertis.com' <xavier.carol@abertis.com>; 'xavier.carol@abertis.com' <xavier.carol@abertis.com>; 'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>; 'julian.fernandez@metropistas.com' <julian.fernandez@metropistas.com>; 'rbonilla@bspr.com' <rbonilla@bspr.com>; 'david.powlen@btlaw.com' <david.powlen@btlaw.com>; 'kevin.collins@btlaw.com' <kevin.collins@btlaw.com>; 'belkgrovas@gmail.com' <belkgrovas@gmail.com>; 'ajb@bennazar.org' <ajb@bennazar.org>; 'bgm.csp@bennazar.org' <bgm.csp@bennazar.org>; 'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>; 'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>; 'ajb@bennazar.org' <ajb@bennazar.org>; 'bgm.csp@bennazar.org' <bgm.csp@bennazar.org>; 'hector.mayol@bennazar.org' <hector.mayol@bennazar.org>; 'francisco.delcastillo@bennazar.org' <francisco.delcastillo@bennazar.org>; 'cbg@bobonislaw.com' <cbg@bobonislaw.com>; 'efl@bobonislaw.com' <efl@bobonislaw.com>; 'kurt.mayr@bracewell.com' <kurt.mayr@bracewell.com>; 'daniel.connolly@bracewell.com' <daniel.connolly@bracewell.com>; 'david.lawton@bracewell.com' <david.lawton@bracewell.com>; 'schristianson@buchalter.com' <schristianson@buchalter.com>; 'vbantnerpeo@buchalter.com' <vbantnerpeo@buchalter.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'remmanuelli@me.com' <remmanuelli@me.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-emmanuelli.com>; 'yasmin@bufete-emmanuelli.com' <yasmin@bufete-emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'rolando@bufete-emmanuelli.com' <rolando@bufete-

emmanuelli.com>; 'jessica@bufete-emmanuelli.com' <jessica@bufete-emmanuelli.com>; 'notificaciones@bufete-emmanuelli.com' <notificaciones@bufete-emmanuelli.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'mcrm100@msn.com' <mcrm100@msn.com>; 'chris.maddux@butlersnow.com' <chris.maddux@butlersnow.com>; 'mitch.carrington@butlersnow.com' <mitch.carrington@butlersnow.com>; 'jason.callen@butlersnow.com' <jason.callen@butlersnow.com>; 'martin.sosland@butlersnow.com' <martin.sosland@butlersnow.com>; 'Chris.Maddux@butlersnow.com' <Chris.Maddux@butlersnow.com>; 'Mitch.Carrington@butlersnow.com' <Mitch.Carrington@butlersnow.com>; 'stan.ladner@butlersnow.com' <stan.ladner@butlersnow.com>; 'condecarmen@condelaw.com' <condecarmen@condelaw.com>; 'ls.valle@condelaw.com' <ls.valle@condelaw.com>; 'daniel.elkort@patternenergy.com' <daniel.elkort@patternenergy.com>; 'howard.hawkins@cwt.com' <howard.hawkins@cwt.com>; 'mark.ellenberg@cwt.com' <mark.ellenberg@cwt.com>; 'ellen.halstead@cwt.com' <ellen.halstead@cwt.com>; 'thomas.curtin@cwt.com' <thomas.curtin@cwt.com>; 'casey.servais@cwt.com' <casey.servais@cwt.com>; 'NATHAN.BULL@CWT.COM' <NATHAN.BULL@CWT.COM>; 'mark.ellenberg@cwt.com' <mark.ellenberg@cwt.com>; 'ioliver@ccsllp.com' <ioliver@ccsllp.com>; 'Adiaz@cnrd.com' <Adiaz@cnrd.com>; 'Kbolanos@cnrd.com' <Kbolanos@cnrd.com>; 'avalencia@cnrd.com' <avalencia@cnrd.com>; 'jf@cardonalaw.com' <jf@cardonalaw.com>; 'delapena.sylvia@gmail.com' <delapena.sylvia@gmail.com>; 'carla.rodriguezbernier@yahoo.com' <carla.rodriguezbernier@yahoo.com>; 'quilichinipazc@microjuris.com' <quilichinipazc@microjuris.com>; 'calsina@prquiebra.com' <calsina@prquiebra.com>; 'carloscardonafe@hotmail.com' <carloscardonafe@hotmail.com>; 'lcdo.carlos.e.riverajustiniano@gmail.com' <lcdo.carlos.e.riverajustiniano@gmail.com>; 'carlosfernandez@cfnlaw.com' <carlosfernandez@cfnlaw.com>; 'carlosfernandez@cfnlaw.com' <carlosfernandez@cfnlaw.com>; 'carlosvergne@aol.com' <carlosvergne@aol.com>; 'hburgos@cabprlaw.com' <hburgos@cabprlaw.com>; 'rcasellas@cabprlaw.com' <rcasellas@cabprlaw.com>; 'dperez@cabprlaw.com' <dperez@cabprlaw.com>; 'mmier@cabprlaw.com' <mmier@cabprlaw.com>; 'jcasillas@cstlawpr.com' <jcasillas@cstlawpr.com>; 'dbatlle@cstlawpr.com' <dbatlle@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; 'emontull@cstlawpr.com' <emontull@cstlawpr.com>; 'ltorres@cstlawpr.com' <ltorres@cstlawpr.com>; 'AAneses@cstlawpr.com' <AAneses@cstlawpr.com>; 'jcasillas@cstlawpr.com' <jcasillas@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; 'ccuprill@cuprill.com' <ccuprill@cuprill.com>; 'rnies@csglaw.com' <rnies@csglaw.com>; 'gspadoro@csglaw.com' <gspadoro@csglaw.com>; 'mlepelstat@csglaw.com' <mlepelstat@csglaw.com>; 'mcaruso@csglaw.com' <mcaruso@csglaw.com>; 'eduardo@cobianroig.com' <eduardo@cobianroig.com>; 'harnaud@cwsny.com' <harnaud@cwsny.com>; 'pdechiara@cwsny.com' <pdechiara@cwsny.com>; 'Harnaud@cwsny.com' <Harnaud@cwsny.com>; 'jlopez@constructorasantiago.com' <jlopez@constructorasantiago.com>; 'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>; 'bmd@bmdcounselors.com' <bmd@bmdcounselors.com>; 'ra@calopsc.com' <ra@calopsc.com>; 'scriado@calopsc.com' <scriado@calopsc.com>; 'rco@crlawpr.com' <rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'rco@crlawpr.com' <rco@crlawpr.com>; 'gar@crlawpr.com' <gar@crlawpr.com>; 'dmolinalaw@gmail.com' <dmolinalaw@gmail.com>; 'davidcarrionb@aol.com' <davidcarrionb@aol.com>;

'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mcto@debevoise.com' <mcto@debevoise.com>; 'cabruens@debevoise.com' <cabruens@debevoise.com>; 'eworenklein@debevoise.com' <eworenklein@debevoise.com>; 'allan.brilliant@dechert.com' <allan.brilliant@dechert.com>; 'eric.brunstad@dechert.com' <eric.brunstad@dechert.com>; 'stuart.steinberg@dechert.com' <stuart.steinberg@dechert.com>; 'michael.doluisio@dechert.com' <michael.doluisio@dechert.com>; 'hreynolds@delvallegroup.net' <hreynolds@delvallegroup.net>; 'afernandez@delgadofernandez.com' <afernandez@delgadofernandez.com>; 'wburgos@justicia.pr.gov' <wburgos@justicia.pr.gov>; 'rcastellanos@devconlaw.com' <rcastellanos@devconlaw.com>; 'diazsotolaw@gmail.com' <diazsotolaw@gmail.com>; 'corraldieg@gmail.com' <corraldieg@gmail.com>; 'jose.sosa@dlapiper.com' <jose.sosa@dlapiper.com>; 'richard.chesley@dlapiper.com' <richard.chesley@dlapiper.com>; 'rachel.albanese@dlapiper.com' <rachel.albanese@dlapiper.com>; 'Donna.Maldonado@popular.com' <Donna.Maldonado@popular.com>; 'edgardo_barreto@yahoo.com' <edgardo_barreto@yahoo.com>; 'emunozPSC@gmail.com' <emunozPSC@gmail.com>; 'elian.escalante@gmail.com' <elian.escalante@gmail.com>; 'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'agestrella@estrellallc.com' <agestrella@estrellallc.com>; 'phammer@estrellallc.com' <phammer@estrellallc.com>; 'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>; 'clarisasola@hotmail.com' <clarisasola@hotmail.com>; 'lpabonroca@microjuris.com' <lpabonroca@microjuris.com>; 'clarisasola@hotmail.com' <clarisasola@hotmail.com>; 'robert.schnell@faegrebd.com' <robert.schnell@faegrebd.com>; 'pjime@icepr.com' <pjime@icepr.com>; 'jfeldesman@FTLF.com' <jfeldesman@FTLF.com>; 'fmontanezmiran@yahoo.com' <fmontanezmiran@yahoo.com>; 'rcamara@ferraiuoli.com' <rcamara@ferraiuoli.com>; 'scolon@ferraiuoli.com' <scolon@ferraiuoli.com>; 'ferraric@ferrarilawpr.com' <ferraric@ferrarilawpr.com>; 'n.tactuk@ferrovial.com' <n.tactuk@ferrovial.com>; 'figueroaymorgadelaw@yahoo.com' <figueroaymorgadelaw@yahoo.com>; 'auetz@foley.com' <auetz@foley.com>; 'bkfilings@fortuno-law.com' <bkfilings@fortuno-law.com>; 'bufetefrgonzalez@gmail.com' <bufetefrgonzalez@gmail.com>; 'jblanco@fpglaw.com' <jblanco@fpglaw.com>; 'gacarlo@carlo-altierilaw.com' <gacarlo@carlo-altierilaw.com>; 'loomislegal@gmail.com' <loomislegal@gmail.com>; 'fernando@cszlawpr.com' <fernando@cszlawpr.com>; 'juans@prtc.net' <juans@prtc.net>; 'wmq@wmarrerolaw.com' <wmq@wmarrerolaw.com>; 'jlgere@gmail.com' <jlgere@gmail.com>; 'tolson@gibsondunn.com' <tolson@gibsondunn.com>; 'mmcgill@gibsondunn.com' <mmcgill@gibsondunn.com>; 'hwalker@gibsondunn.com' <hwalker@gibsondunn.com>; 'lshelfer@gibsondunn.com' <lshelfer@gibsondunn.com>; 'jchristiansen@gibsondunn.com' <jchristiansen@gibsondunn.com>; 'dg@g-glawpr.com' <dg@g-glawpr.com>; 'rgv@g-glawpr.com' <rgv@g-glawpr.com>; 'crodriguez-vidal@gaclaw.com' <crodriguez-vidal@gaclaw.com>; 'scastillo@gaclaw.com' <scastillo@gaclaw.com>; 'marielopad@gmail.com' <marielopad@gmail.com>; 'Jnieves@gonzalezmunozlaw.com' <Jnieves@gonzalezmunozlaw.com>; 'Mitchelln@gtlaw.com' <Mitchelln@gtlaw.com>; 'Clearyd@gtlaw.com' <Clearyd@gtlaw.com>; 'Huttonj@gtlaw.com' <Huttonj@gtlaw.com>; 'Haynesn@gtlaw.com' <Haynesn@gtlaw.com>; 'fingerk@gtlaw.com' <fingerk@gtlaw.com>; 'haynesn@gtlaw.com' <haynesn@gtlaw.com>; 'gramlui@yahoo.com' <gramlui@yahoo.com>; 'beth@hbsslaw.com' <beth@hbsslaw.com>; 'steve@hbsslaw.com' <steve@hbsslaw.com>; 'ygc@rclopr.com' <ygc@rclopr.com>; 'ygc1@prtc.net' <ygc1@prtc.net>;

'jmoralesb@microjuris.com' <jmoralesb@microjuris.com>; 'handuze@microjuris.com' <handuze@microjuris.com>; 'corraldieg@gmail.com' <corraldieg@gmail.com>; 'QUIEBRAS@ELBUFETEDELPUEBLO.COM' <QUIEBRAS@ELBUFETEDELPUEBLO.COM>; 'hernandezrodriguezlaw@gmail.com' <hernandezrodriguezlaw@gmail.com>; 'robin.keller@hoganlovells.com' <robin.keller@hoganlovells.com>; 'jesus.cuza@hklaw.com' <jesus.cuza@hklaw.com>; 'bos-bankruptcy@hklaw.com' <bos-bankruptcy@hklaw.com>; 'mvega@senado.pr.gov' <mvega@senado.pr.gov>; 'claudia.quinones@indianowilliams.com' <claudia.quinones@indianowilliams.com>; 'david.indiano@indianowilliams.com' <david.indiano@indianowilliams.com>; 'leticia.casalduc@indianowilliams.com' <leticia.casalduc@indianowilliams.com>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV' <Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV>; 'janebeckerwhitaker@gmail.com' <janebeckerwhitaker@gmail.com>; 'irg@roldanlawpr.com' <irg@roldanlawpr.com>; 'irm@roldanlawpr.com' <irm@roldanlawpr.com>; 'ivonnegm@prw.net' <ivonnegm@prw.net>; 'glenncarljameslawoffices@gmail.com' <glenncarljameslawoffices@gmail.com>; 'JPGLaw@outlook.com' <JPGLaw@outlook.com>; 'JPGLaw@outlook.com' <JPGLaw@outlook.com>; 'mroot@jenner.com' <mroot@jenner.com>; 'csteege@jenner.com' <csteege@jenner.com>; 'rgordon@jenner.com' <rgordon@jenner.com>; 'rlevin@jenner.com' <rlevin@jenner.com>; 'cwedoff@jenner.com' <cwedoff@jenner.com>; 'rrivera@jgl.com' <rrivera@jgl.com>; 'apico@jgl.com' <apico@jgl.com>; 'brosenblum@jonesday.com' <brosenblum@jonesday.com>; 'jgross@jonesday.com' <jgross@jonesday.com>; 'bbennett@jonesday.com' <bbennett@jonesday.com>; 'ssooknanan@jonesday.com' <ssooknanan@jonesday.com>; 'gstewart@jonesday.com' <gstewart@jonesday.com>; 'bheifetz@jonesday.com' <bheifetz@jonesday.com>; 'vdorfman@jonesday.com' <vdorfman@jonesday.com>; 'cdipompeo@jonesday.com' <cdipompeo@jonesday.com>; 'tuttieguerrero@yahoo.com' <tuttieguerrero@yahoo.com>; 'jpsala_pr@yahoo.com' <jpsala_pr@yahoo.com>; 'salalawyers@yahoo.com' <salalawyers@yahoo.com>; 'jorgequintanalajara@gmail.com' <jorgequintanalajara@gmail.com>; 'barrios.jl@outlook.com' <barrios.jl@outlook.com>; 'barrios.jl@outlook.com' <barrios.jl@outlook.com>; 'jlcumbastorres@yahoo.com' <jlcumbastorres@yahoo.com>; 'jwc@jwcartagena.com' <jwc@jwcartagena.com>; 'riveraroman@hotmail.com' <riveraroman@hotmail.com>; 'javrua@gmail.com' <javrua@gmail.com>; 'juan@jahrlaw.com' <juan@jahrlaw.com>; 'jsoto@jbsblaw.com' <jsoto@jbsblaw.com>; 'juan@riverafont.com' <juan@riverafont.com>; 'ileanaortix@outlook.com' <ileanaortix@outlook.com>; 'dkaron@karonllc.com' <dkaron@karonllc.com>; 'kklee@ktbslaw.com' <kklee@ktbslaw.com>; 'dbussel@ktbslaw.com' <dbussel@ktbslaw.com>; 'jweiss@ktbslaw.com' <jweiss@ktbslaw.com>; 'aperez@kpmg.com' <aperez@kpmg.com>; 'Lnegron@kpmg.com' <Lnegron@kpmg.com>; 'acaton@kramerlevin.com' <acaton@kramerlevin.com>; 'tmayer@kramerlevin.com' <tmayer@kramerlevin.com>; 'pbentley@kramerlevin.com' <pbentley@kramerlevin.com>; 'dblabey@kramerlevin.com' <dblabey@kramerlevin.com>; 'dbuckley@kramerlevin.com' <dbuckley@kramerlevin.com>; 'nhamerman@kramerlevin.com' <nhamerman@kramerlevin.com>; 'abyowitz@kramerlevin.com' <abyowitz@kramerlevin.com>; 'ghorowitz@kramerlevin.com' <ghorowitz@kramerlevin.com>; 'agraitfe@agraitlawpr.com' <agraitfe@agraitlawpr.com>; 'acevedovila1@gmail.com' <acevedovila1@gmail.com>;

- 5 -

'pola@frankpolajr.com' <pola@frankpolajr.com>; 'gls@lopezsolerlaw.com'
<gls@lopezsolerlaw.com>; 'jemudd@yahoo.com' <jemudd@yahoo.com>; 'craigmcc@me.com'
<craigmcc@me.com>; 'fpabon@lvvlaw.com' <fpabon@lvvlaw.com>;
'rrodriguez@juris.inter.edu' <rrodriguez@juris.inter.edu>; 'suarezcobo@gmail.com'
<suarezcobo@gmail.com>; 'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>;
'dvelawoffices@gmail.com' <dvelawoffices@gmail.com>;
'thomas.hommel@lehmanholdings.com' <thomas.hommel@lehmanholdings.com>;
'pamela.simons@lehmanholdings.com' <pamela.simons@lehmanholdings.com>;
'abhishek.kalra@lehmanholdings.com' <abhishek.kalra@lehmanholdings.com>;
'lemuel.law@gmail.com' <lemuel.law@gmail.com>; 'ivandialo2001@yahoo.com'
<ivandialo2001@yahoo.com>; 'alinares2020@yahoo.com' <alinares2020@yahoo.com>;
'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>; 'jsanchez@lsplawpr.com'
<jsanchez@lsplawpr.com>; 'alavergne@lsplawpr.com' <alavergne@lsplawpr.com>;
'mvazquez@lsplawpr.com' <mvazquez@lsplawpr.com>; 'wlugo@lugomender.com'
<wlugo@lugomender.com>; 'lawlugo1@gmail.com' <lawlugo1@gmail.com>;
'luisfredsalgado@hotmail.com' <luisfredsalgado@hotmail.com>; 'jorge@mlrelaw.com'
<jorge@mlrelaw.com>; 'emil@mlrelaw.com' <emil@mlrelaw.com>; 'mevicens@yahoo.com'
<mevicens@yahoo.com>; 'mfvelezquiebras@gmail.com' <mfvelezquiebras@gmail.com>;
'cvelaz@mpmlawpr.com' <cvelaz@mpmlawpr.com>; 'lmarini@mpmlawpr.com'
<lmarini@mpmlawpr.com>; 'malvarez@mpmlawpr.com' <malvarez@mpmlawpr.com>;
'Clark.whitmore@maslon.com' <Clark.whitmore@maslon.com>; 'Brian.klein@maslon.com'
<Brian.klein@maslon.com>; 'Jason.reed@maslon.com' <Jason.reed@maslon.com>;
'Ana.chilingarishvili@maslon.com' <Ana.chilingarishvili@maslon.com>; 'maxtruj@gmail.com'
<maxtruj@gmail.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com'
<aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com'
<ezm@mcvpr.com>; 'nzt@mcvpr.com' <nzt@mcvpr.com>; 'aaa@mcvpr.com'
<aaa@mcvpr.com>; 'rgf@mcvpr.com' <rgf@mcvpr.com>; 'ezm@mcvpr.com'
<ezm@mcvpr.com>; 'harlawpr@gmail.com' <harlawpr@gmail.com>; 'wsmith@mwe.com'
<wsmith@mwe.com>; 'jkapp@mwe.com' <jkapp@mwe.com>; 'mthibert-ind@mwe.com'
<mthibert-ind@mwe.com>; 'ksheehan@mwe.com' <ksheehan@mwe.com>;
'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>; 'serrano.urdaz.law@hotmail.com'
<serrano.urdaz.law@hotmail.com>; 'ddunne@milbank.com' <ddunne@milbank.com>;
'amiller@milbank.com' <amiller@milbank.com>; 'gmainland@milbank.com'
<gmainland@milbank.com>; 'dmonserrate@msglawpr.com' <dmonserrate@msglawpr.com>;
'rlozada@msglawpr.com' <rlozada@msglawpr.com>; 'fgierbolini@msglawpr.com'
<fgierbolini@msglawpr.com>; 'msimonet@msglawpr.com' <msimonet@msglawpr.com>;
'rschell@msglawpr.com' <rschell@msglawpr.com>; 'ramon.dapena@mbcdlaw.com'
<ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com'
<victor.quinones@mbcdlaw.com>; 'ramon.dapena@mbcdlaw.com'
<ramon.dapena@mbcdlaw.com>; 'victor.quinones@mbcdlaw.com'
<victor.quinones@mbcdlaw.com>; 'JPeck@mofo.com' <JPeck@mofo.com>; 'GLee@mofo.com'
<GLee@mofo.com>; 'jbrugue@mbbclawyers.com' <jbrugue@mbbclawyers.com>;
'navarro@navarrolawpr.com' <navarro@navarrolawpr.com>; 'man@nblawpr.com'
<man@nblawpr.com>; 'hermann.bauer@oneillborges.com'
<hermann.bauer@oneillborges.com>; 'daniel.perez@oneillborges.com'
<daniel.perez@oneillborges.com>; 'ubaldo.fernandez@oneillborges.com'

- 6 -

<ubaldo.fernandez@oneillborges.com>; 'Carla.garcia@oneillborges.com' <Carla.garcia@oneillborges.com>; 'ldelacruz@oeg.pr.gov' <ldelacruz@oeg.pr.gov>; 'nrivera@oeg.pr.gov' <nrivera@oeg.pr.gov>; 'l.ortizsegura@ploolaw.com' <l.ortizsegura@ploolaw.com>; 'lawrog@gmail.com' <lawrog@gmail.com>; 'emckeen@omm.com' <emckeen@omm.com>; 'apavel@omm.com' <apavel@omm.com>; 'jrapisardi@omm.com' <jrapisardi@omm.com>; 'suhland@omm.com' <suhland@omm.com>; 'pfriedman@omm.com' <pfriedman@omm.com>; 'dperez@omm.com' <dperez@omm.com>; 'dcantor@omm.com' <dcantor@omm.com>; 'roppenheimer@omm.com' <roppenheimer@omm.com>; 'mpocha@omm.com' <mpocha@omm.com>; 'pfriedman@omm.com' <pfriedman@omm.com>; 'ofernandez@oflawoffice.com' <ofernandez@oflawoffice.com>; 'orlando1701@gmail.com' <orlando1701@gmail.com>; 'gonzalezbadillo@gmail.com' <gonzalezbadillo@gmail.com>; 'toledo.bankruptcy@gmail.com' <toledo.bankruptcy@gmail.com>; 'Otero_and_assoc@hotmail.com' <Otero_and_assoc@hotmail.com>; 'Despins, Luc A.' <lucdespins@paulhastings.com>; 'Tenzer, Andrew V.' <andrewtenzer@paulhastings.com>; 'Plaskon, Leslie A.' <leslieplaskon@paulhastings.com>; 'Bliss, James R.' <jamesbliss@paulhastings.com>; 'Worthington, James B.' <jamesworthington@paulhastings.com>; 'Buscarino, Anthony F.' <anthonybuscarino@paulhastings.com>; 'Comerford, Mike' <michaelcomerford@paulhastings.com>; 'Bongartz, Alex' <alexbongartz@paulhastings.com>; 'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'arosenberg@paulweiss.com' <arosenberg@paulweiss.com>; 'gpavia@pavialazaro.com' <gpavia@pavialazaro.com>; 'gerardopavialaw@msn.com' <gerardopavialaw@msn.com>; 'peajeinfo@dechert.com' <peajeinfo@dechert.com>; 'pevarfon@gmail.com' <pevarfon@gmail.com>; 'luis.vazquez@peerlessoil.com' <luis.vazquez@peerlessoil.com>; 'adtoro@pico-blanco.com' <adtoro@pico-blanco.com>; 'mmercado@mercado-echegaray-law.com' <mmercado@mercado-echegaray-law.com>; 'margaritalmercado@gmail.com' <margaritalmercado@gmail.com>; 'oramos@pmalaw.com' <oramos@pmalaw.com>; 'mtrelles@pmalaw.com' <mtrelles@pmalaw.com>; 'puertoricoteam@primeclerk.com' <puertoricoteam@primeclerk.com>; 'serviceqa@primeclerk.com' <serviceqa@primeclerk.com>; 'mbienenstock@proskauer.com' <mbienenstock@proskauer.com>; 'ppossinger@proskauer.com' <ppossinger@proskauer.com>; 'ebarak@proskauer.com' <ebarak@proskauer.com>; 'mzerjal@proskauer.com' <mzerjal@proskauer.com>; 'sratner@proskauer.com' <sratner@proskauer.com>; 'tmungovan@proskauer.com' <tmungovan@proskauer.com>; 'bbobroff@proskauer.com' <bbobroff@proskauer.com>; 'mfirestein@proskauer.com' <mfirestein@proskauer.com>; 'lrappaport@proskauer.com' <lrappaport@proskauer.com>; 'cfebus@proskauer.com' <cfebus@proskauer.com>; 'kperra@proskauer.com' <kperra@proskauer.com>; 'jerichman@proskauer.com' <jerichman@proskauer.com>; 'jalonzo@proskauer.com' <jalonzo@proskauer.com>; 'JLevitan@proskauer.com' <JLevitan@proskauer.com>; 'BRosen@proskauer.com' <BRosen@proskauer.com>; 'gbrenner@proskauer.com' <gbrenner@proskauer.com>; 'wdalsen@proskauer.com' <wdalsen@proskauer.com>; 'MHackett@proskauer.com' <MHackett@proskauer.com>; 'sweise@proskauer.com' <sweise@proskauer.com>; 'prosol@utier.org' <prosol@utier.org>; 'prodriguez@prvlaw.com' <prodriguez@prvlaw.com>; 'penagaricanobrownusdc@gmail.com' <penagaricanobrownusdc@gmail.com>; 'Mohammad.Yassin@aafaf.pr.gov' <Mohammad.Yassin@aafaf.pr.gov>; 'anabelle.centeno@pridco.pr.gov' <anabelle.centeno@pridco.pr.gov>; 'fsilva@claropr.com' <fsilva@claropr.com>;

'susheelkirpalani@quinnemanuel.com' <susheelkirpalani@quinnemanuel.com>;
'ericwinston@quinnemanuel.com' <ericwinston@quinnemanuel.com>;
'danielsalinas@quinnemanuel.com' <danielsalinas@quinnemanuel.com>;
'erickay@quinnemanuel.com' <erickay@quinnemanuel.com>;
'katescherling@quinnemanuel.com' <katescherling@quinnemanuel.com>;
'darrengoldman@quinnemanuel.com' <darrengoldman@quinnemanuel.com>;
'rtorres@torresrodlaw.com' <rtorres@torresrodlaw.com>; 'erb@rodriguezbinetlaw.com'
<erb@rodriguezbinetlaw.com>; 'cgray@reedsmith.com' <cgray@reedsmith.com>;
'dschlecker@reedsmith.com' <dschlecker@reedsmith.com>; 'eschaffer@reedsmith.com'
<eschaffer@reedsmith.com>; 'lsizemore@reedsmith.com' <lsizemore@reedsmith.com>;
'kgwynne@reedsmith.com' <kgwynne@reedsmith.com>; 'cspringer@reedsmith.com'
<cspringer@reedsmith.com>; 'escalera@reichardescalera.com'
<escalera@reichardescalera.com>; 'arizmendis@reichardescalera.com'
<arizmendis@reichardescalera.com>; 'riverac@reichardescalera.com'
<riverac@reichardescalera.com>; 'pabong@reichardescalera.com'
<pabong@reichardescalera.com>; 'zsoto@reichardescalera.com' <zsoto@reichardescalera.com>;
'iacosta@renocavanaugh.com' <iacosta@renocavanaugh.com>;
'tpennington@renocavanaugh.com' <tpennington@renocavanaugh.com>;
'mpico@rexachpico.com' <mpico@rexachpico.com>; 'prcr@mcvpr.com' <prcr@mcvpr.com>;
'filippetti_r@hotmail.com' <filippetti_r@hotmail.com>; 'castilloricardo977@gmail.com'
<castilloricardo977@gmail.com>; 'ortizcolonricardo@gmail.com'
<ortizcolonricardo@gmail.com>; 'rortiz@rloclaw.onmicrosoft.com'
<rortiz@rloclaw.onmicrosoft.com>; 'nrickenbach@rickenbachpr.com'
<nrickenbach@rickenbachpr.com>; 'victorriverarios@rcrtrblaw.com'
<victorriverarios@rcrtrblaw.com>; 'etulla@riveratulla.com' <etulla@riveratulla.com>;
'icabrera@riveratulla.com' <icabrera@riveratulla.com>; 'marivera@riveratulla.com'
<marivera@riveratulla.com>; 'cacevedo@riveratulla.com' <cacevedo@riveratulla.com>;
'lrobbins@robbinsrussell.com' <lrobbins@robbinsrussell.com>; 'mstancil@robbinsrussell.com'
<mstancil@robbinsrussell.com>; 'gorseck@robbinsrussell.com' <gorseck@robbinsrussell.com>;
'kzecca@robbinsrussell.com' <kzecca@robbinsrussell.com>; 'dburke@robbinsrussell.com'
<dburke@robbinsrussell.com>; 'lpettit@robbinsrussell.com' <lpettit@robbinsrussell.com>;
'jbolian@robbinsrussell.com' <jbolian@robbinsrussell.com>; 'romn1960@gmail.com'
<romn1960@gmail.com>; 'estudiolegalrivera2@gmail.com' <estudiolegalrivera2@gmail.com>;
'buzz.rochelle@romclaw.com' <buzz.rochelle@romclaw.com>; 'kdm@romclaw.com'
<kdm@romclaw.com>; 'manuel@rodriguezbanchs.com' <manuel@rodriguezbanchs.com>;
'rosasegui@yahoo.com' <rosasegui@yahoo.com>; 'mrm@rmlawpr.com' <mrm@rmlawpr.com>;
'Douglas.Hallward-Driemeier@ropesgray.com' <Douglas.Hallward-
Driemeier@ropesgray.com>; 'Keith.Wofford@ropesgray.com'
<Keith.Wofford@ropesgray.com>; 'Daniel.Egan@ropesgray.com'
<Daniel.Egan@ropesgray.com>; 'r.miranda@rmirandalex.net' <r.miranda@rmirandalex.net>;
'rprats@rpplaw.com' <rprats@rpplaw.com>; 'carlos.lugo@saldanalaw.com'
<carlos.lugo@saldanalaw.com>; 'hector.saldana@saldanalaw.com'
<hector.saldana@saldanalaw.com>; 'jsanchez@scvrlaw.com' <jsanchez@scvrlaw.com>;
'mhernandez@scvrlaw.com' <mhernandez@scvrlaw.com>; 'jsalichs@splawpr.com'
<jsalichs@splawpr.com>; 'etejeda@splawpr.com' <etejeda@splawpr.com>; 'avb@sbgblaw.com'
<avb@sbgblaw.com>; 'avb@sbgblaw.com' <avb@sbgblaw.com>; 'jsanabria@sbgblaw.com'

- 8 -

<jsanabria@sbgblaw.com>; 'gviviani@sanpir.com' <gviviani@sanpir.com>;
'jreyes@sanpir.com' <jreyes@sanpir.com>; 'fserra@sampr.com' <fserra@sampr.com>;
'jvannah@santandersecurities.com' <jvannah@santandersecurities.com>;
'santilawoffice@yahoo.com' <santilawoffice@yahoo.com>; 'sramirez@sarlaw.com'
<sramirez@sarlaw.com>; 'Roy.purcell@scotiabank.com' <Roy.purcell@scotiabank.com>;
'Rgf@mcvpr.com' <Rgf@mcvpr.com>; 'secbankruptcy@sec.gov' <secbankruptcy@sec.gov>;
'NYROBankruptcy@sec.gov' <NYROBankruptcy@sec.gov>; 'bankruptcynoticeschr@sec.gov'
<bankruptcynoticeschr@sec.gov>; 'epo@amgprlaw.com' <epo@amgprlaw.com>;
'jsantos@smlawpr.com' <jsantos@smlawpr.com>; 'anunez@smlawpr.com'
<anunez@smlawpr.com>; 'emaldonado@smlawpr.com' <emaldonado@smlawpr.com>;
'acouret@smlawpr.com' <acouret@smlawpr.com>; 'adeliz@smlawpr.com'
<adeliz@smlawpr.com>; 'lcumpiano@yahoo.com' <lcumpiano@yahoo.com>;
'FSosnick@Shearman.com' <FSosnick@Shearman.com>; 'Kelly.McDonald@Shearman.com'
<Kelly.McDonald@Shearman.com>; 'jbgoplerud@sagwlaw.net' <jbgoplerud@sagwlaw.net>;
'ahowie@sagwlaw.net' <ahowie@sagwlaw.net>; 'squsba@stblaw.com' <squsba@stblaw.com>;
'bfriedman@stblaw.com' <bfriedman@stblaw.com>; 'nbaker@stblaw.com'
<nbaker@stblaw.com>; 'edward.linden@stblaw.com' <edward.linden@stblaw.com>;
'MARIAE.HERNANDEZ@prepa.com' <MARIAE.HERNANDEZ@prepa.com>;
'Jay.goffman@skadden.com' <Jay.goffman@skadden.com>; 'mark.mcdermott@skadden.com'
<mark.mcdermott@skadden.com>; 'stansoffice@aol.com' <stansoffice@aol.com>;
'pglassman@sycr.com' <pglassman@sycr.com>; 'cmechling@stroock.com'
<cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>;
'dfliman@stroock.com' <dfliman@stroock.com>; 'cmechling@stroock.com'
<cmechling@stroock.com>; 'smillman@stroock.com' <smillman@stroock.com>;
'khansen@stroock.com' <khansen@stroock.com>; 'jcanfield@stroock.com'
<jcanfield@stroock.com>; 'nmanne@susmangodfrey.com' <nmanne@susmangodfrey.com>;
'mkelso@susmangodfrey.com' <mkelso@susmangodfrey.com>;
'jlopez@constructorasantiago.com' <jlopez@constructorasantiago.com>;
'Saultoledo22@yahoo.com' <Saultoledo22@yahoo.com>; 'andres@awllaw.com'
<andres@awllaw.com>; 'Mfb@tcmrslaw.com' <Mfb@tcmrslaw.com>; 'Lft@tcmrslaw.com'
<Lft@tcmrslaw.com>; 'nperez@tcmrslaw.com' <nperez@tcmrslaw.com>;
'jvankirk@tcmrslaw.com' <jvankirk@tcmrslaw.com>; 'Cesar.a.lopez-morales@usdoj.gov'
<Cesar.a.lopez-morales@usdoj.gov>; 'Jean.lin@usdoj.gov' <Jean.lin@usdoj.gov>;
'Laura.A.Hunt@usdoj.gov' <Laura.A.Hunt@usdoj.gov>; 'Thomas.g.ward@usdoj.gov'
<Thomas.g.ward@usdoj.gov>; 'unionecfse@yahoo.com' <unionecfse@yahoo.com>;
'migade19@hotmail.com' <migade19@hotmail.com>; 'jaimeenriquecruzalvarez@gmail.com'
<jaimeenriquecruzalvarez@gmail.com>; 'christopher.connolly@usdoj.gov'
<christopher.connolly@usdoj.gov>; 'velez.hector@epa.gov' <velez.hector@epa.gov>;
'mark.gallagher@usdoj.gov' <mark.gallagher@usdoj.gov>; 'wardlow.w.benson@usdoj.gov'
<wardlow.w.benson@usdoj.gov>; 'USTP.Region21@usdoj.gov' <USTP.Region21@usdoj.gov>;
'hvaldes@v-olaw.com' <hvaldes@v-olaw.com>; 'jeva@valenzuelalaw.net'
<jeva@valenzuelalaw.net>; 'jose.enrico.valenzuela1@gmail.com'
<jose.enrico.valenzuela1@gmail.com>; 'vero@ferraiuoli.pr' <vero@ferraiuoli.pr>;
'victor@calderon-law.com' <victor@calderon-law.com>; 'ramonvinas@vinasllc.com'
<ramonvinas@vinasllc.com>; 'ramonvinas@vinasllc.com' <ramonvinas@vinasllc.com>;
'Rgmason@wlrk.com' <Rgmason@wlrk.com>; 'Arwolf@wlrk.com' <Arwolf@wlrk.com>;

'Eakleinhaus@wlrk.com' <Eakleinhaus@wlrk.com>; 'Bbolin@wlrk.com' <Bbolin@wlrk.com>; 'KBGoldberg@wlrk.com' <KBGoldberg@wlrk.com>; 'AKHerring@wlrk.com' <AKHerring@wlrk.com>; 'marcia.goldstein@weil.com' <marcia.goldstein@weil.com>; 'kelly.diblasi@weil.com' <kelly.diblasi@weil.com>; 'gabriel.morgan@weil.com' <gabriel.morgan@weil.com>; 'jonathan.polkes@weil.com' <jonathan.polkes@weil.com>; 'gregory.silbert@weil.com' <gregory.silbert@weil.com>; 'swb@wbmvlaw.com' <swb@wbmvlaw.com>; 'sawbacal@aol.com' <sawbacal@aol.com>; 'pwm@wbmvlaw.com' <pwm@wbmvlaw.com>; 'prwolverine@gmail.com' <prwolverine@gmail.com>; 'jvv@wbmvlaw.com' <jvv@wbmvlaw.com>; 'javier.a.vega@gmail.com' <javier.a.vega@gmail.com>; 'gkurtz@whitecase.com' <gkurtz@whitecase.com>; 'jcunningham@whitecase.com' <jcunningham@whitecase.com>; 'brian.pfeiffer@whitecase.com' <brian.pfeiffer@whitecase.com>; 'michele.meises@whitecase.com' <michele.meises@whitecase.com>; 'jzakia@whitecase.com' <jzakia@whitecase.com>; 'csloane@whitecase.com' <csloane@whitecase.com>; 'wilbert_lopez@yahoo.com' <wilbert_lopez@yahoo.com>; 'william.m.vidal@gmail.com' <william.m.vidal@gmail.com>; 'wssbankruptcy@gmail.com' <wssbankruptcy@gmail.com>; 'mfeldman@willkie.com' <mfeldman@willkie.com>; 'jminias@willkie.com' <jminias@willkie.com>; 'mseidel@willkie.com' <mseidel@willkie.com>; 'jdugan@willkie.com' <jdugan@willkie.com>; 'jkorn@willkie.com' <jkorn@willkie.com>; 'tmundiya@willkie.com' <tmundiya@willkie.com>; 'pshalhoub@willkie.com' <pshalhoub@willkie.com>; 'ayanez@willkie.com' <ayanez@willkie.com>; 'bkuehn@wmd-law.com' <bkuehn@wmd-law.com>; 'JLawlor@wmd-law.com' <JLawlor@wmd-law.com>; 'jpatton@ycst.com' <jpatton@ycst.com>; 'rbrady@ycst.com' <rbrady@ycst.com>; 'jdorsey@ycst.com' <jdorsey@ycst.com>; 'asociaciongerencialescfse@gmail.com' <asociaciongerencialescfse@gmail.com>