**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**NOTICE OF FILING OF REVISED PROPOSED (I) FINDINGS
OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION
OF THE THIRD AMENDED TITLE III PLAN OF ADJUSTMENT OF PUERTO
RICO SALES TAX FINANCING CORPORATION, AND (II) ORDER
AND JUDGMENT CONFIRMING THE THIRD AMENDED TITLE III PLAN**

**PLEASE TAKE NOTICE** that, on January 14, 2019, in accordance with the Court's

*Order Setting Deadline to File Form of Proposed Order, Findings of Fact and Conclusions of Law*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[ECF No. 4722], the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board"), as representative of Title III debtor the Puerto Rico Sales Tax Financing Corporation,

pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability

Act*,[2] filed a form of proposed (i) Findings of Fact and Conclusions of Law Regarding Confirmation

of the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation

(the "Original Proposed Findings of Fact and Conclusions of Law"), and (ii) Order and Judgment

Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing

Corporation (the "Original Proposed Order") [ECF No. 4770].

PLEASE TAKE FURTHER NOTICE that, following receipt of comments from various

parties in interest, the Oversight Board hereby files a revised form of proposed (i) Findings of Fact

and Conclusions of Law Regarding Confirmation of the Third Amended Title III Plan of

Adjustment of Puerto Rico Sales Tax Financing Corporation (the "Revised Proposed Findings of

Fact and Conclusions of Law"), and (ii) Order and Judgment Confirming the Third Amended Title

III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation (the "Revised Proposed

Order"), attached hereto as **Exhibit A** and **Exhibit B**, respectively. The Oversight Board reserves

the right to submit a revised form of the Proposed Findings of Fact and Conclusions of Law and

the Proposed Order based upon the evidence produced and arguments presented at the hearing to

consider confirmation of the *Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax

Financing Corporation* [ECF No. 4658] on January 16, 2019.

PLEASE TAKE FURTHER NOTICE that a redline comparing the Revised Proposed

Findings of Fact and Conclusions of Law against the Original Proposed Findings of Fact and

Conclusions of Law is attached hereto as **Exhibit C**.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the Revised Proposed

Order against the Original Proposed Order is attached hereto as **Exhibit D**.

Dated: January 15, 2019
San Juan, Puerto Rico                                  Respectfully submitted,

                                                       */s/ Martin J. Bienenstock*
                                                       Martin J. Bienenstock
                                                       Brian. S. Rosen
                                                       (Admission *Pro Hac Vice*)
                                                       **PROSKAUER ROSE LLP**
                                                       Eleven Times Square
                                                       New York, NY 10036
                                                       Tel: (212) 969-3000
                                                       Fax: (212) 969-2900

                                                       *Attorneys for the Financial Oversight and
                                                       Management Board as representative for the
                                                       Debtor*

                                                       */s/ Hermann D. Bauer*
                                                       Hermann D. Bauer
                                                       USDC No. 215205
                                                       **O'NEILL & BORGES LLC**
                                                       250 Muñoz Rivera Ave., Suite 800
                                                       San Juan, PR 00918-1813
                                                       Tel: (787) 764-8181
                                                       Fax: (787) 753-8944

                                                       *Co-Attorneys for the Financial Oversight
                                                       and Management Board as representative
                                                       for the Debtor*