**EXHIBIT 2**

**Time Detail**

**Pension Trustee Advisors, Inc. Fees June 2018**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Creditor | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | 6/4/2018 | Fornia, William | President | Commonwealth | $515 | 0.90 | Employee Benefits/Pensions | $463.50 | Analysis of pension cuts |
| | Title III | 6/5/2018 | Fornia, William | President | Commonwealth | $515 | 2.00 | Employee Benefits/Pensions | $1,030.00 | Prepare Creditor Responses |
| | Title III | 6/6/2018 | Fornia, William | President | Commonwealth | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Prep for Retiree Committee Mediation discussions |
| | Title III | 6/6/2018 | Fornia, William | President | Commonwealth | $515 | 0.80 | Employee Benefits/Pensions | $412.00 | Prepare Creditor Responses |
| | Title III | 6/7/2018 | Fornia, William | President | Commonwealth | $515 | 3.80 | Employee Benefits/Pensions | $1,957.00 | Prep for Retiree Committee Mediation discussions |
| | Title III | 6/8/2018 | Fornia, William | President | Commonwealth | $515 | 1.60 | Employee Benefits/Pensions | $824.00 | Prep for Retiree Committee Mediation discussions |
| | Title III | 6/8/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Prepare Creditor Responses |
| | Title III | 6/8/2018 | Fornia, William | President | PREPA | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | PREPA creditor call |
| | Title III | 6/8/2018 | Fornia, William | President | Commonwealth | $515 | 0.80 | Employee Benefits/Pensions | $412.00 | Prepare JRS communications |
| | Title III | 6/11/2018 | Fornia, William | President | Commonwealth | $515 | 1.00 | Employee Benefits/Pensions | $515.00 | retiree committee call |
| | Title III | 6/12/2018 | Fornia, William | President | Commonwealth | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | retiree committee call |
| | Title III | 6/13/2018 | Fornia, William | President | Commonwealth | $515 | 0.75 | Employee Benefits/Pensions | $386.25 | retiree committee prep |
| | Title III | 6/14/2018 | Fornia, William | President | Commonwealth | $515 | 1.90 | Employee Benefits/Pensions | $978.50 | Review legal filings and related work |
| | Title III | 6/15/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Review legal filings and related work |
| | Title III | 6/16/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Review and prepare JRS response |
| | Title III | 6/18/2018 | Fornia, William | President | Commonwealth | $515 | 0.40 | Employee Benefits/Pensions | $206.00 | retiree committee prep |
| | Title III | 6/18/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Review and prepare JRS response |
| | Title III | 6/19/2018 | Fornia, William | President | Commonwealth | $515 | 0.90 | Employee Benefits/Pensions | $463.50 | retiree committee prep - Data |
| | Title III | 6/20/2018 | Fornia, William | President | Commonwealth | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | TRS cut illustrations |
| | Title III | 6/20/2018 | Fornia, William | President | Commonwealth | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Review and prepare JRS response |
| | Title III | 6/21/2018 | Fornia, William | President | Commonwealth | $515 | 1.50 | Employee Benefits/Pensions | $772.50 | TRS cut illustrations |
| | Title III | 6/21/2018 | Fornia, William | President | Commonwealth | $515 | 2.10 | Employee Benefits/Pensions | $1,081.50 | Review and prepare JRS response |
| | Title III | 6/22/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Prep for retirees |
| | Title III | 6/25/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 1.00 | Employee Benefits/Pensions | $257.50 | Travel to San Juan |
| | Title III | 6/25/2018 | Fornia, William | President | Commonwealth | $515 | 2.20 | Employee Benefits/Pensions | $1,133.00 | Prep for retirees committee meeting |
| | Title III | 6/25/2018 | Fornia, William | President | Commonwealth | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | TRS analysis of pension cuts |
| | Title III | 6/26/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 9.80 | Employee Benefits/Pensions | $2,523.50 | Travel to San Juan |
| | Title III | 6/26/2018 | Fornia, William | President | Commonwealth | $515 | 3.00 | Employee Benefits/Pensions | $1,545.00 | Prep for retirees committee meeting |
| | Title III | 6/26/2018 | Fornia, William | President | Commonwealth | $515 | 2.50 | Employee Benefits/Pensions | $1,287.50 | Retired JRS meeting and prep and follow up |
| | Title III | 6/27/2018 | Fornia, William | President | Commonwealth | $515 | 5.90 | Employee Benefits/Pensions | $3,038.50 | Prep for retirees committee meeting |
| | Title III | 6/27/2018 | Fornia, William | President | Commonwealth | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | TRS analysis of pension cuts |
| | Title III | 6/29/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 5.00 | Employee Benefits/Pensions | $1,287.50 | Travel from Meeting |
| | Title III | 6/8/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 2.00 | Employee Benefits/Pensions | $500.00 | initial work on Puerto Rico data and finding mortality files; set up template for projections |
| | Title III | 6/19/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.10 | Employee Benefits/Pensions | $25.00 | create sample data file from PR Teachers data |
| | Title III | 6/19/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 1.40 | Employee Benefits/Pensions | $350.00 | research on how to do mortality projections; try to match projected qx's from other valuation reports |
| | Title III | 6/20/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 3.00 | Employee Benefits/Pensions | $750.00 | finish projections |
| | Title III | 6/20/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.80 | Employee Benefits/Pensions | $200.00 | t/c w/Flick (@ 2pm & again at 2:30); email Linda; create Dropbox folder to transfer file |
| | Title III | 6/21/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.50 | Employee Benefits/Pensions | $125.00 | t/c w/Flick, review of projection workbook |
| | Title III | 6/25/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 1.00 | Employee Benefits/Pensions | $250.00 | separate out mortality from PR projections; build in poverty increases; email Flick |
| | Title III | 6/29/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.10 | Employee Benefits/Pensions | $25.00 | administrative |
| | Title III | 6/30/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.50 | Employee Benefits/Pensions | $175.00 | review benefit provisions |
| | Title III | 6/30/2018 | Collins, Michael | Actuarial Consultant | Commonwealth | $175 | 2.00 | Employee Benefits/Pensions | $350.00 | code system administered benefits |
| Total | Title III | | | | | | 64.65 | Employee Benefits/Pensions | $ 26,105.25 | |

**Services Performed In Puerto Rico**

| | Title III | 6/28/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 0.50 | Employee Benefits/Pensions | $128.75 | Travel to Meeting |
| | Title III | 6/28/2018 | Fornia, William | President | Commonwealth | $515 | 5.50 | Employee Benefits/Pensions | $2,832.50 | Committee of Retirees Meeting |
| | Title III | 6/28/2018 | Fornia, William | President | Commonwealth | $515 | 0.80 | Employee Benefits/Pensions | $412.00 | Retiree Meeting Debrief |
| | Title III | 6/28/2018 | Fornia, William | President | Commonwealth | $515 | 2.60 | Employee Benefits/Pensions | $1,339.00 | TRS calculations and discussion with AAFAF |
| | Title III | 6/29/2018 | Fornia, William | President | PREPA | $515 | 0.80 | Employee Benefits/Pensions | $412.00 | Board Strategy - Mediation - PREPA |
| | Title III | 6/29/2018 | Fornia, William | President | Commonwealth | $515 | 2.70 | Employee Benefits/Pensions | $1,390.50 | Board Strategy - Mediation - Commonwealth |
| Total | Title III | | | | | | 12.9 | Employee Benefits/Pensions | $6,514.75 | |
| Total | Both In Puerto Rico and Out of Puerto Rico | | | | | | 77.55 | | $32,620.00 | |

**Pension Trustee Advisors, Inc. Fees  July 2018**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Creditor | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | 7/2/2018 | Fornia, William | President | Commonwealth | $515 | 3.50 | Employee Benefits/Pensions | $1,802.50 | Discuss Benefit Projections and timing. Advisor Call |
| | Title III | 7/3/2018 | Fornia, William | President | Commonwealth | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | Prepare response to AFSCME questions |
| | Title III | 7/5/2018 | Fornia, William | President | Commonwealth | $515 | 0.40 | Employee Benefits/Pensions | $206.00 | Prepare response to AFSCME questions |
| | Title III | 7/6/2018 | Fornia, William | President | Commonwealth | $515 | 2.30 | Employee Benefits/Pensions | $1,184.50 | Prepare response to AFSCME questions |
| | Title III | 7/8/2018 | Fornia, William | President | Commonwealth | $515 | 0.10 | Employee Benefits/Pensions | $51.50 | Prepare response to AFSCME questions |
| | Title III | 7/10/2018 | Fornia, William | President | Commonwealth | $515 | 1.00 | Employee Benefits/Pensions | $515.00 | Advisor Call and Planning |
| | Title III | 7/12/2018 | Fornia, William | President | Commonwealth | $515 | 0.40 | Employee Benefits/Pensions | $206.00 | TRS calculations & Planning |
| | Title III | 7/12/2018 | Fornia, William | President | Commonwealth | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | Advisor Call and Planning |
| | Title III | 7/13/2018 | Fornia, William | President | Commonwealth | $515 | 2.50 | Employee Benefits/Pensions | $1,287.50 | TRS calculations & Planning |
| | Title III | 7/13/2018 | Fornia, William | President | Commonwealth | $515 | 1.50 | Employee Benefits/Pensions | $772.50 | Advisor Call and Planning |
| | Title III | 7/16/2018 | Fornia, William | President | Commonwealth | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | TRS&ERS calculations for Retiree Committee |
| | Title III | 7/16/2018 | Fornia, William | President | Commonwealth | $515 | 1.20 | Employee Benefits/Pensions | $618.00 | Advisor Call and Planning |
| | Title III | 7/17/2018 | Fornia, William | President | Commonwealth | $515 | 1.80 | Employee Benefits/Pensions | $927.00 | TRS&ERS calculations for Retiree Committee |
| | Title III | 7/18/2018 | Fornia, William | President | Commonwealth | $515 | 2.60 | Employee Benefits/Pensions | $1,339.00 | Planning, TRS&ERS calculations for Retiree Committee |
| | Title III | 7/19/2018 | Fornia, William | President | Commonwealth | $515 | 2.80 | Employee Benefits/Pensions | $1,442.00 | Planning, TRS&JRS calculations for Retiree Committee |
| | Title III | 7/20/2018 | Fornia, William | President | Commonwealth | $515 | 3.40 | Employee Benefits/Pensions | $1,751.00 | ERS&JRS calculations for Retiree Committee |
| | Title III | 7/21/2018 | Fornia, William | President | Commonwealth | $515 | 1.40 | Employee Benefits/Pensions | $721.00 | TRS&JRS freeze analysis |
| | Title III | 7/23/2018 | Fornia, William | President | Commonwealth | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | TRS&JRS freeze analysis |
| | Title III | 7/24/2018 | Fornia, William | President | Commonwealth | $515 | 1.20 | Employee Benefits/Pensions | $618.00 | TRS&JRS freeze analysis |
| | Title III | 7/24/2018 | Fornia, William | President | PREPA | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | PREPA pension calculations |
| | Title III | 7/25/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Prepare for discussions with Retire Committee |
| | Title III | 7/25/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | PRASA pension calculations |
| | Title III | 7/26/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Prepare for discussions with Retire Committee |
| | Title III | 7/27/2018 | Fornia, William | President | Commonwealth | $515 | 1.70 | Employee Benefits/Pensions | $875.50 | Prepare for discussions with Retire Committee |
| | Title III | 7/27/2018 | Fornia, William | President | PREPA | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | PREPA pension calculations |
| | Title III | 7/30/2018 | Fornia, William | President | Commonwealth | $515 | 1.50 | Employee Benefits/Pensions | $772.50 | Retire Committee Plan and Follow Up |
| | Title III | 7/31/2018 | Fornia, William | President | Commonwealth | $515 | 1.10 | Employee Benefits/Pensions | $566.50 | Retire Committee Plan and Follow Up, AFT |
| | Title III | 7/31/2018 | Fornia, William | President | PREPA | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | PREPA pension calculations |
| | Title III | 7/13/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.5 | Employee Benefits/Pensions | $125.00 | t/c w/Flick and initial review of 2017 Puerto Rico data files |
| | Title III | 7/14/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.8 | Employee Benefits/Pensions | $200.00 | initial work on Teachers 2017 data and benefit projections |
| | Title III | 7/16/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 1.9 | Employee Benefits/Pensions | $475.00 | work on projections |
| | Title III | 7/18/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 2.1 | Employee Benefits/Pensions | $525.00 | work on TRS & JRS projections |
| | Title III | 7/18/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 1.7 | Employee Benefits/Pensions | $425.00 | finalize TRS projections, start actives |
| | Title III | 7/19/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.1 | Employee Benefits/Pensions | $25.00 | work on projections |
| | Title III | 7/19/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.1 | Employee Benefits/Pensions | $25.00 | t/c w/Flick |
| | Title III | 7/30/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 1.6 | Employee Benefits/Pensions | $400.00 | work on JRS retiree & TRS active projections; t/c; load file |
| | Title III | 7/2/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.30 | Employee Benefits/Pensions | $105.00 | code active benefits |
| | Title III | 7/2/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 1.50 | Employee Benefits/Pensions | $525.00 | t/c w/Flick |
| | Title III | 7/15/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.20 | Employee Benefits/Pensions | $70.00 | download 2017 files |
| | Title III | 7/17/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.10 | Employee Benefits/Pensions | $35.00 | t/c w/Flick |
| | Title III | 7/23/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.00 | Employee Benefits/Pensions | $700.00 | load data; reconcile data; analyze data elements |
| | Title III | 7/23/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 4.80 | Employee Benefits/Pensions | $1,680.00 | program inactive benefits |
| | Title III | 7/24/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.20 | Employee Benefits/Pensions | $770.00 | program inactive benefits; analyze results; fine tune |
| | Title III | 7/24/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.80 | Employee Benefits/Pensions | $980.00 | analyze active data elements; review val report |
| | Title III | 7/24/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.00 | Employee Benefits/Pensions | $700.00 | review assumptions; enter in proval |
| | Title III | 7/26/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.00 | Employee Benefits/Pensions | $700.00 | test active benefits |
| | Title III | 7/31/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 3.00 | Employee Benefits/Pensions | $1,050.00 | review active benefits |
| Total | Title III | | | | | | 64.70 | Employee Benefits/Pensions | $ 27,540.00 | |

**Services Performed In Puerto Rico - None**

| Total | Title III | | - | Employee Benefits/Pensions | $0.00 |
|---|---|---|---|---|---|
| **Total** | **Both In Puerto Rico and Out of Puerto Rico** | | **64.70** | | **$27,540.00** |

**Pension Trustee Advisors, Inc. Fees  August 2018**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Creditor | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | 8/1/2018 | Fornia, William | President | Commonwealth | $515 | 1.1 | Employee Benefits/Pensions | $566.50 | Review Retire Committee Materials. Inflation for projections |
| | Title III | 8/1/2018 | Fornia, William | President | PREPA | $515 | 3.3 | Employee Benefits/Pensions | $1,699.50 | PREPA analysis of pension alternatives |
| | Title III | 8/2/2018 | Fornia, William | President | Commonwealth | $515 | 3.3 | Employee Benefits/Pensions | $1,699.50 | Retire Committee Review |
| | Title III | 8/3/2018 | Fornia, William | President | Commonwealth | $515 | 1.2 | Employee Benefits/Pensions | $618.00 | AFT review |
| | Title III | 8/3/2018 | Fornia, William | President | Commonwealth | $515 | 0.4 | Employee Benefits/Pensions | $206.00 | Board Call re III |
| | Title III | 8/4/2018 | Fornia, William | President | Commonwealth | $515 | 0.5 | Employee Benefits/Pensions | $257.50 | Review Mortality. Planning |
| | Title III | 8/6/2018 | Fornia, William | President | Commonwealth | $515 | 5.3 | Employee Benefits/Pensions | $2,729.50 | Response to RC & Unions |
| | Title III | 8/6/2018 | Fornia, William | President | PREPA | $515 | 1.5 | Employee Benefits/Pensions | $772.50 | PREPA analysis of pension alternatives |
| | Title III | 8/7/2018 | Fornia, William | President | Commonwealth | $515 | 1.8 | Employee Benefits/Pensions | $927.00 | Responses to Creditors |
| | Title III | 8/7/2018 | Fornia, William | President | Commonwealth | $515 | 2.8 | Employee Benefits/Pensions | $1,442.00 | Response to RC on benfeit cuts |
| | Title III | 8/8/2018 | Fornia, William | President | Commonwealth | $515 | 0.3 | Employee Benefits/Pensions | $154.50 | Responses to Creditors |
| | Title III | 8/8/2018 | Fornia, William | President | Commonwealth | $515 | 1.9 | Employee Benefits/Pensions | $978.50 | Response to RC on benfeit cuts |
| | Title III | 8/9/2018 | Fornia, William | President | Commonwealth | $515 | 3.7 | Employee Benefits/Pensions | $1,905.50 | Response to RC on benfeit cuts |
| | Title III | 8/10/2018 | Fornia, William | President | Commonwealth | $515 | 2.7 | Employee Benefits/Pensions | $1,390.50 | Response to RC on benfeit cuts |
| | Title III | 8/13/2018 | Fornia, William | President | PREPA | $515 | 0.1 | Employee Benefits/Pensions | $51.50 | PREPA analysis of pension alternatives |
| | Title III | 8/13/2018 | Fornia, William | President | Commonwealth | $515 | 2.6 | Employee Benefits/Pensions | $1,339.00 | Response to RC on benfeit cuts |
| | Title III | 8/14/2018 | Fornia, William | President | Commonwealth | $515 | 0.5 | Employee Benefits/Pensions | $257.50 | Response to RC on benfeit cuts |
| | Title III | 8/15/2018 | Fornia, William | President | PREPA | $515 | 1.1 | Employee Benefits/Pensions | $566.50 | PREPA analysis of pension alternatives |
| | Title III | 8/15/2018 | Fornia, William | President | Commonwealth | $515 | 1.2 | Employee Benefits/Pensions | $618.00 | Response to RC on benfeit cuts |
| | Title III | 8/17/2018 | Fornia, William | President | Commonwealth | $515 | 1.4 | Employee Benefits/Pensions | $721.00 | Review calculations on benefit reductions |
| | Title III | 8/18/2018 | Fornia, William | President | Commonwealth | $515 | 0.3 | Employee Benefits/Pensions | $154.50 | Review correspondence from COR |
| | Title III | 8/20/2018 | Fornia, William | President | Commonwealth | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | Review correspondence from COR |
| | Title III | 8/22/2018 | Fornia, William | President | Commonwealth | $515 | 2.4 | Employee Benefits/Pensions | $1,236.00 | Response on questions on Social Security |
| | Title III | 8/23/2018 | Fornia, William | President | Commonwealth | $515 | 1.3 | Employee Benefits/Pensions | $669.50 | Response on questions on Social Security |
| | Title III | 8/23/2018 | Fornia, William | President | Commonwealth | $515 | 0.6 | Employee Benefits/Pensions | $309.00 | PREPA analysis of pension alternatives |
| | Title III | 8/24/2018 | Fornia, William | President | Commonwealth | $515 | 0.4 | Employee Benefits/Pensions | $206.00 | SS response, Retirement Committee prep |
| | Title III | 8/24/2018 | Fornia, William | President | PREPA | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | PREPA analysis of pension alternatives |
| | Title III | 8/26/2018 | Fornia, William | President | Commonwealth | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | SS response, Retirement Committee |
| | Title III | 8/27/2018 | Fornia, William | President | Commonwealth | $515 | 0.9 | Employee Benefits/Pensions | $463.50 | Retirement Committee consideration |
| | Title III | 8/27/2018 | Fornia, William | President | Commonwealth | $515 | 0.3 | Employee Benefits/Pensions | $154.50 | PRASA calculations of benefit costs |
| | Title III | 8/28/2018 | Fornia, William | President | Commonwealth | $515 | 2.0 | Employee Benefits/Pensions | $1,030.00 | Retirement Committee consideration |
| | Title III | 8/14/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 0.2 | Employee Benefits/Pensions | $50.00 | t/c w/Flick and initial review of new data files |
| | Title III | 8/17/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 1.8 | Employee Benefits/Pensions | $450.00 | updates Judges projections with new data |
| | Title III | 8/19/2018 | Herm, Joe | Actuarial Analyst | Commonwealth | $250 | 1.6 | Employee Benefits/Pensions | $400.00 | ERS projections (and corrections to Judges) |
| | Title III | 8/6/2018 | Bournival, Linda, FSA | Actuarial Analyst | Commonwealth | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | create benefit projection exhibit; copy from proval |
| | Title III | 8/6/2018 | Bournival, Linda, FSA | Actuarial Analyst | Commonwealth | $350 | 1.0 | Employee Benefits/Pensions | $350.00 | group active data; run core projections for NC |
| | Title III | 8/6/2018 | Bournival, Linda, FSA | Actuarial Analyst | Commonwealth | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | run core projections for NC - Hybrid |
| | Title III | 8/6/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.3 | Employee Benefits/Pensions | $105.00 | review Milliman memo & projections |
| | Title III | 8/6/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 1.5 | Employee Benefits/Pensions | $525.00 | program freeze - DB & Hybrid actives |
| | Title III | 8/6/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 3.0 | Employee Benefits/Pensions | $1,050.00 | program benefit cuts - inactives including excel sample |
| | Title III | 8/7/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | set up exhibit |
| | Title III | 8/7/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.0 | Employee Benefits/Pensions | $700.00 | program benefit freeze; discuss parameters w/ FF |
| | Title III | 8/7/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 3.0 | Employee Benefits/Pensions | $1,050.00 | program benefit cuts for inactives |
| | Title III | 8/7/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.0 | Employee Benefits/Pensions | $700.00 | run liabilities; prepare test lives |
| | Title III | 8/7/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 1.0 | Employee Benefits/Pensions | $350.00 | program under 40; output; prepare exhibit |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.3 | Employee Benefits/Pensions | $105.00 | run liabilities w/o cuts to verify - inactives |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.3 | Employee Benefits/Pensions | $105.00 | run liabilities w/ cuts - inactives |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.0 | Employee Benefits/Pensions | $700.00 | program benefit cuts for TVRs |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.2 | Employee Benefits/Pensions | $70.00 | run liabilities w/ cuts - TVRs |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 1.0 | Employee Benefits/Pensions | $350.00 | run liabilities w/o 3-year certain to develop load |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | telecon w/ FF |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 2.0 | Employee Benefits/Pensions | $700.00 | reprogram cut to value just cut, payable in form |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 4.5 | Employee Benefits/Pensions | $1,575.00 | benefit cut - Proval |
| | Title III | 8/8/2018 | Bournival, Linda, FSA | Actuarial Consultant | Commonwealth | $350 | 5.0 | Employee Benefits/Pensions | $1,750.00 | benefit cut - final runs |
| | Title III | 8/7/2018 | Makarevich, Amanda ASA | Actuarial Consultant | Commonwealth | $225 | 1.5 | Employee Benefits/Pensions | $337.50 | program benefit freeze; discuss parameters |

| Total | Title III | 8/8/2018 | 81.70 | Employee Benefits/Pensions | $ 35,555.00 |
|---|---|---|---|---|---|

**Services Performed In Puerto Rico - None**

| Total | Title III | | - | Employee Benefits/Pensions | $0.00 |
|---|---|---|---|---|---|
| **Total** | **Both In Puerto Rico and Out of Puerto Rico** | | **81.7** | | **$35,555.00** |

**Pension Trustee Advisors, Inc. Fees:** September-18

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Creditor | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | 9/3/2018 | Fornia, William | President | PREPA | $515 | 0.6 | Employee Benefits/Pensions | $309.00 | Prepare for call with PREPA actuary |
| | Title III | 9/4/2018 | Fornia, William | President | Commonwealth | $515 | 0.3 | Employee Benefits/Pensions | $154.50 | Review presentation for Retirement Committee |
| | Title III | 9/6/2018 | Fornia, William | President | Commonwealth | $515 | 1.2 | Employee Benefits/Pensions | $618.00 | Retirement Committee calculations |
| | Title III | 9/7/2018 | Fornia, William | President | Commonwealth | $515 | 1.4 | Employee Benefits/Pensions | $721.00 | Social Security analysis |
| | Title III | 9/10/2018 | Fornia, William | President | Commonwealth | $515 | 0.8 | Employee Benefits/Pensions | $412.00 | Prepare materials for COR |
| | Title III | 9/11/2018 | Fornia, William | President | Commonwealth | $515 | 0.9 | Employee Benefits/Pensions | $463.50 | Prep for Retiree Committee Mediation discussions |
| | Title III | 9/12/2018 | Fornia, William | President | Commonwealth | $515 | 0.5 | Employee Benefits/Pensions | $257.50 | Prep for Retiree Committee Mediation discussions |
| | Title III | 9/13/2018 | Fornia, William | President | PREPA | $515 | 1.2 | Employee Benefits/Pensions | $618.00 | Prep for Retiree Committee Mediation discussions |
| | Title III | 9/14/2018 | Fornia, William | President | Commonwealth | $515 | 1.5 | Employee Benefits/Pensions | $772.50 | Plan for COR |
| | Title III | 9/14/2018 | Fornia, William | President | Commonwealth | $515 | 0.5 | Employee Benefits/Pensions | $257.50 | Social Security law review |
| | Title III | 9/14/2018 | Fornia, William | President | Commonwealth | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | Review Calculations on UPR and CW Impact |
| | Title III | 9/15/2018 | Fornia, William | President | Commonwealth | $515 | 0.9 | Employee Benefits/Pensions | $463.50 | Social Security law review |
| | Title III | 9/15/2018 | Fornia, William | President | Commonwealth | $515 | 1.3 | Employee Benefits/Pensions | $669.50 | Review Calculations on UPR and CW Impact |
| | Title III | 9/17/2018 | Fornia, William | President | Commonwealth | $515 | 0.3 | Employee Benefits/Pensions | $154.50 | Plan for COR meting |
| | Title III | 9/17/2018 | Fornia, William | President | Commonwealth | $515 | 0.4 | Employee Benefits/Pensions | $206.00 | Social Security Analysis |
| | Title III | 9/17/2018 | Fornia, William | President | Commonwealth | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | Review Calculations on UPR and CW Impact |
| | Title III | 9/18/2018 | Fornia, William | President | Commonwealth | $515 | 0.5 | Employee Benefits/Pensions | $257.50 | Plan for COR meting |
| | Title III | 9/18/2018 | Fornia, William | President | Commonwealth | $515 | 1.0 | Employee Benefits/Pensions | $515.00 | Social Security Analysis |
| | Title III | 9/18/2018 | Fornia, William | President | Commonwealth | $515 | 0.9 | Employee Benefits/Pensions | $463.50 | Review Calculations on UPR and CW Impact |
| | Title III | 9/19/2018 | Fornia, William | President | Commonwealth | $515 | 1.7 | Employee Benefits/Pensions | $875.50 | Plan for COR meting |
| | Title III | 9/19/2018 | Fornia, William | President | Commonwealth | $515 | 0.9 | Employee Benefits/Pensions | $463.50 | Social Security Analysis |
| | Title III | 9/19/2018 | Fornia, William | President | Commonwealth | $515 | 2.5 | Employee Benefits/Pensions | $1,287.50 | Review Calculations on UPR and CW Impact |
| | Title III | 9/20/2018 | Fornia, William | President | Commonwealth | $515 | 3.0 | Employee Benefits/Pensions | $1,545.00 | Plan for COR meting |
| | Title III | 9/20/2018 | Fornia, William | President | Commonwealth | $515 | 0.7 | Employee Benefits/Pensions | $360.50 | Social Security Analysis |
| | Title III | 9/20/2018 | Fornia, William | President | Commonwealth | $515 | 0.1 | Employee Benefits/Pensions | $51.50 | Review Calculations on UPR and CW Impact |
| | Title III | 9/21/2018 | Fornia, William | President | Commonwealth | $515 | 4.3 | Employee Benefits/Pensions | $2,214.50 | Plan for COR meting, including projections |
| | Title III | 9/23/2018 | Fornia, William | President | Commonwealth | $515 | 0.1 | Employee Benefits/Pensions | $51.50 | Plan for COR meting, including projections |
| | Title III | 9/24/2018 | Fornia, William | President | PREPA | $515 | 0.1 | Employee Benefits/Pensions | $51.50 | PREPA valuation review |
| | Title III | 9/24/2018 | Fornia, William | President | Commonwealth | $515 | 5.4 | Employee Benefits/Pensions | $2,781.00 | Prepare materials for COR meting, including projections |
| | Title III | 9/24/2018 | Fornia, William | President | Commonwealth | $515 | 0.9 | Employee Benefits/Pensions | $463.50 | Social Security Meeting Prep |
| | Title III | 9/24/2018 | Fornia, William | President | Commonwealth | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | Call to discuss COR |
| | Title III | 9/25/2018 | Fornia, William | President | Commonwealth | $515 | 3.7 | Employee Benefits/Pensions | $1,905.50 | Review materials for COR meting, including projections, and reply to COR information requests |
| | Title III | 9/25/2018 | Fornia, William | President | Commonwealth | $515 | 0.6 | Employee Benefits/Pensions | $309.00 | Social Security writeup |
| | Title III | 9/25/2018 | Fornia, William | President | Commonwealth | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | UPR-RS governance analysis |
| | Title III | 9/25/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 6.5 | Employee Benefits/Pensions | $1,673.75 | Travel |
| | Title III | 9/26/2018 | Fornia, William | President | Commonwealth | $515 | 1.5 | Employee Benefits/Pensions | $772.50 | Meet with Carly at EY |
| | Title III | 9/26/2018 | Fornia, William | President | Commonwealth | $515 | 1.0 | Employee Benefits/Pensions | $515.00 | Prepare materials for meeting with PREPA-RS |
| | Title III | 9/26/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 7.0 | Employee Benefits/Pensions | $1,802.50 | Travel |
| | Title III | 9/28/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 9.0 | Employee Benefits/Pensions | $2,317.50 | Travel |
| | Title III | 9/30/2018 | Fornia, William | President | Commonwealth | $515 | 0.2 | Employee Benefits/Pensions | $103.00 | Social Security Review |
| | Title III | 9/12/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.3 | Employee Benefits/Pensions | $105.00 | telecon w/ Carly Nichols |
| | Title III | 9/13/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | review data files |
| | Title III | 9/14/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.9 | Employee Benefits/Pensions | $315.00 | prepare and send data files to EY |
| | Title III | 9/14/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | telecon w/ Fornia, Nichols |
| | Title III | 9/17/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | telecon w/ Fornia, Nichols |
| | Title III | 9/19/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | telecon w/ Fornia, Nichols |
| | Title III | 9/21/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | review of freeze Proval runs; telecon w/ FF and CN |
| | Title III | 9/21/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 1.3 | Employee Benefits/Pensions | $455.00 | preparation of responses to EY questions by email |
| | Title III | 9/24/2018 | Bournival, Linda | Bournival, Linda, FSA | Actuarial Consultant | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | transfer data files to E&Y |
| Total | Title III | | | | | | 69.7 | Employee Benefits/Pensions | $29,194.25 | |

**Services Performed In Puerto Rico**

| | Title III | 9/26/2018 | Fornia, William | President | Commonwealth | $515 | 4.5 | Employee Benefits/Pensions | $2,317.50 | Review materials for COR meting, including projections, |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | 9/26/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 0.5 | Employee Benefits/Pensions | $128.75 | Travel |
| | Title III | 9/27/2018 | Fornia, William | President | Commonwealth | $515 | 3.8 | Employee Benefits/Pensions | $1,957.00 | Prepare and conduct COR meeting |
| | Title III | 9/27/2018 | Fornia, William | President | Commonwealth | $515 | 0.8 | Employee Benefits/Pensions | $412.00 | COR Follow up calculations |
| | Title III | 9/27/2018 | Fornia, William | President | Commonwealth | $515 | 0.5 | Employee Benefits/Pensions | $257.50 | Review materials for COR meting, including projections, |
| | Title III | 9/27/2018 | Fornia, William | President | Commonwealth | $515 | 1.3 | Employee Benefits/Pensions | $669.50 | Meet with ERS |
| | Title III | 9/27/2018 | Fornia, William | President | PREPA | $515 | 1.6 | Employee Benefits/Pensions | $824.00 | Meeting with PREPA-RS and pre-meeting |
| | Title III | 9/27/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 1.2 | Employee Benefits/Pensions | $309.00 | Travel |
| | Title III | 9/28/2018 | Fornia, William | President | Commonwealth | $515 | 0.9 | Employee Benefits/Pensions | $463.50 | COR Follow up discussions and calculations |
| | Title III | 9/28/2018 | Fornia, William | President | PREPA | $515 | 1.1 | Employee Benefits/Pensions | $566.50 | PREPA discussions |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Title III | 9/28/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 1.8 Employee Benefits/Pensions | $463.50 | Travel |
| Total | Title III | | | | | | 18.0 Employee Benefits/Pensions | $8,368.75 | |
| **Total** | **Both In Puerto Rico and Out of Puerto Rico** | | | | | | 87.7 | **$37,563.00** | |

**Pension Trustee Advisors, Inc. Fees:** October-18  Creditor

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | 10/1/2018 | Fornia, William | President | Commonwealth | $515 | 2.30 | Employee Benefits/Pensions | $1,184.50 | Quantify Freeze Implications |
| | Title III | 10/1/2018 | Fornia, William | President | Commonwealth | $515 | 0.10 | Employee Benefits/Pensions | $51.50 | Emails with ERS |
| | Title III | 10/2/2018 | Fornia, William | President | Commonwealth | $515 | 2.10 | Employee Benefits/Pensions | $1,081.50 | Quantify Freeze Implications |
| | Title III | 10/2/2018 | Fornia, William | President | Commonwealth | $515 | 1.10 | Employee Benefits/Pensions | $566.50 | Discussions with EY on calculations, including prep |
| | Title III | 10/3/2018 | Fornia, William | President | Commonwealth | $515 | 2.30 | Employee Benefits/Pensions | $1,184.50 | Calculations in response to COR meeting |
| | Title III | 10/3/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Preparation for Social Security Discussions |
| | Title III | 10/4/2018 | Fornia, William | President | PREPA | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | PREPA discussions with team |
| | Title III | 10/4/2018 | Fornia, William | President | Commonwealth | $515 | 1.10 | Employee Benefits/Pensions | $566.50 | Meeting/Call with AAFAF |
| | Title III | 10/5/2018 | Fornia, William | President | Commonwealth | $515 | 2.30 | Employee Benefits/Pensions | $1,184.50 | Calculations in response to COR meeting |
| | Title III | 10/8/2018 | Fornia, William | President | Commonwealth | $515 | 1.90 | Employee Benefits/Pensions | $978.50 | Calculations and discussions in response to COR meeting |
| | Title III | 10/9/2018 | Fornia, William | President | Commonwealth | $515 | 2.10 | Employee Benefits/Pensions | $1,081.50 | Calculations and discussions in response to COR meeting |
| | Title III | 10/9/2018 | Fornia, William | President | Commonwealth | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | Discuss Actuarial Valuation with EY |
| | Title III | 10/9/2018 | Fornia, William | President | PREPA | $515 | 0.10 | Employee Benefits/Pensions | $51.50 | PREPA legal review |
| | Title III | 10/9/2018 | Fornia, William | President | Commonwealth | $515 | 1.90 | Employee Benefits/Pensions | $978.50 | Strategy advisors call and follow-up calculations |
| | Title III | 10/10/2018 | Fornia, William | President | Commonwealth | $515 | 3.20 | Employee Benefits/Pensions | $1,648.00 | Calculations and discussions in response to COR meeting |
| | Title III | 10/11/2018 | Fornia, William | President | Commonwealth | $515 | 1.40 | Employee Benefits/Pensions | $721.00 | Calculations and discussions in response to COR meeting |
| | Title III | 10/11/2018 | Fornia, William | President | Commonwealth | $515 | 2.20 | Employee Benefits/Pensions | $1,133.00 | Review Actuarial Valuation |
| | Title III | 10/12/2018 | Fornia, William | President | Commonwealth | $515 | 0.90 | Employee Benefits/Pensions | $463.50 | Calculations and discussions in response to COR meeting |
| | Title III | 10/14/2018 | Fornia, William | President | Commonwealth | $515 | 0.10 | Employee Benefits/Pensions | $51.50 | Prepare for AFSCME |
| | Title III | 10/14/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Review Social Security |
| | Title III | 10/15/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Prepare for AFSCME |
| | Title III | 10/15/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Review Social Security |
| | Title III | 10/15/2018 | Fornia, William | President | Commonwealth | $515 | 0.90 | Employee Benefits/Pensions | $463.50 | Advisor Call and Planning |
| | Title III | 10/16/2018 | Fornia, William | President | Commonwealth | $515 | 0.10 | Employee Benefits/Pensions | $51.50 | PREPA prepare for call |
| | Title III | 10/16/2018 | Fornia, William | President | Commonwealth | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | Response to Police Social Security questions |
| | Title III | 10/17/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Prepare for AFSCME |
| | Title III | 10/17/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Analyze Funding Alernatives |
| | Title III | 10/18/2018 | Fornia, William | President | PREPA | $515 | 3.20 | Employee Benefits/Pensions | $1,648.00 | PREPA call and research |
| | Title III | 10/18/2018 | Fornia, William | President | Commonwealth | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Analyze Funding Alernatives |
| | Title III | 10/19/2018 | Fornia, William | President | Commonwealth | $515 | 4.10 | Employee Benefits/Pensions | $2,111.50 | Prepare materials and calculations for Legislature Briefing |
| | Title III | 10/19/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | PREPA data review |
| | Title III | 10/20/2018 | Fornia, William | President | Commonwealth | $515 | 1.10 | Employee Benefits/Pensions | $566.50 | Prepare materials and calculations for Legislature Briefing |
| | Title III | 10/21/2018 | Fornia, William | President | Commonwealth | $515 | 1.60 | Employee Benefits/Pensions | $824.00 | Prepare materials and calculations for Legislature Briefing |
| | Title III | 10/22/2018 | Fornia, William | President | Commonwealth | $515 | 1.30 | Employee Benefits/Pensions | $669.50 | Prepare materials and calculations for Legislature Briefing |
| | Title III | 10/23/2018 | Fornia, William | President | Commonwealth | $515 | 0.90 | Employee Benefits/Pensions | $463.50 | PREPA call |
| | Title III | 10/24/2018 | Fornia, William | President | Commonwealth | $515 | 0.10 | Employee Benefits/Pensions | $51.50 | Prep for Committee of Retirees Meeting |
| | Title III | 10/24/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Social Security Analysis |
| | Title III | 10/25/2018 | Fornia, William | President | Commonwealth | $515 | 1.30 | Employee Benefits/Pensions | $669.50 | System 2000 data discussions |
| | Title III | 10/25/2018 | Fornia, William | President | Commonwealth | $515 | 1.20 | Employee Benefits/Pensions | $618.00 | Prep for Committee of Retirees Meeting |
| | Title III | 10/25/2018 | Fornia, William | President | Commonwealth | $515 | 1.00 | Employee Benefits/Pensions | $515.00 | Social Security Analysis |
| | Title III | 10/26/2018 | Fornia, William | President | Commonwealth | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Anaysis of alternative funding approaches |
| | Title III | 10/26/2018 | Fornia, William | President | Commonwealth | $515 | 1.90 | Employee Benefits/Pensions | $978.50 | Prep for Committee of Retirees Meeting |
| | Title III | 10/26/2018 | Fornia, William | President | Commonwealth | $515 | 0.90 | Employee Benefits/Pensions | $463.50 | Social Security Analysis |
| | Title III | 10/26/2018 | Fornia, William | President | Commonwealth | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Review Actuarial Valuation data from Milliman |
| | Title III | 10/27/2018 | Fornia, William | President | Commonwealth | $515 | 1.00 | Employee Benefits/Pensions | $515.00 | Prep for Committee of Retirees Meeting |
| | Title III | 10/29/2018 | Fornia, William | President | Commonwealth | $515 | 2.10 | Employee Benefits/Pensions | $1,081.50 | Prepare talking points for Committee of Retirees Meeting |
| | Title III | 10/29/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 7.00 | Employee Benefits/Pensions | $1,802.50 | Travel to COR meeting |
| | Title III | 10/29/2018 | Fornia, William | President | Commonwealth | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | Prepare presentation for meeting with unions |
| | Title III | 10/29/2018 | Fornia, William | President | Commonwealth | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Review Actuarial Valuation data from Milliman |
| | Title III | 10/30/2018 | Fornia, William | President | Commonwealth | $515 | 6.50 | Employee Benefits/Pensions | $3,347.50 | Committee of Retirees Meeting and follow up discussions and clculations |
| | Title III | 10/30/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 1.00 | Employee Benefits/Pensions | $257.50 | Travel to COR meeting |
| | Title III | 10/30/2018 | Fornia, William | President | Commonwealth | $515 | 2.00 | Employee Benefits/Pensions | $1,030.00 | Prepare presentation for meeting with unions |
| | Title III | 10/31/2018 | Fornia, William | President | Commonwealth | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | Calculations of economic impact of cuts |
| | Title III | 10/31/2018 | Fornia, William | President | Commonwealth | $ 257.50 | 8.00 | Employee Benefits/Pensions | $2,060.00 | Travel to COR meeting |
| | Title III | 10/31/2018 | Fornia, William | President | Commonwealth | $515 | 2.80 | Employee Benefits/Pensions | $1,442.00 | meeting with unions |
| | Title III | 10/3/2018 | Bournival, Linda | Actuarial Consultant | Commonwealth | $350 | 0.3 | Employee Benefits/Pensions | $105.00 | review E&Y on PRTRS questions and provide responses |
| | Title III | 10/3/2018 | Bournival, Linda | Actuarial Consultant | Commonwealth | $350 | 0.3 | Employee Benefits/Pensions | $105.00 | review E&Y on PRGERS questions and provide responses |
| | Title III | 10/10/2018 | Bournival, Linda | Actuarial Consultant | Commonwealth | $350 | 1.8 | Employee Benefits/Pensions | $630.00 | discuss annuity conversion factors w/ FF (3 calls)* |
| | Title III | 10/10/2018 | Bournival, Linda | Actuarial Consultant | Commonwealth | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | prepare Hybrid annuity conversion factors |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | 10/11/2018 | Michael Collins | Actuarial Analyst | Commonwealth | $175 | 3.0 | Employee Benefits/Pensions | $525.00 | review benefit illustration exhibit |
| | Title III | 10/11/2018 | Bournival, Linda | Actuarial Consultant | Commonwealth | $350 | 0.5 | Employee Benefits/Pensions | $175.00 | review benefit illustration exhibit |
| | Title III | 10/18/2018 | Bournival, Linda | Actuarial Consultant | Commonwealth | $350 | 0.4 | Employee Benefits/Pensions | $140.00 | telecon w/ FF on UPR |
| | Title III | 10/30/2018 | Bournival, Linda | Actuarial Consultant | Commonwealth | $350 | 0.2 | Employee Benefits/Pensions | $70.00 | telecon w/ FF on mortality improvement |
| Total | Title III | | | | | | 88.9 | Employee Benefits/Pensions | $39,983.50 | |

**Services Performed In Puerto Rico**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Title III | none | Fornia, William | President | Commonwealth | $515 | 0.0 | Employee Benefits/Pensions | $0.00 | Review materials for COR meting, including projections, |
| Total | Title III | | | | | | 0.0 | Employee Benefits/Pensions | $0.00 | |
| **Total** | **Both In Puerto Rico and Out of Puerto Rico** | | | | | | 88.9 | | **$39,983.50** | |

| | | | | | |
|---|---|---|---|---|---|
| Amounts previously invoiced | July | | 64.7 | $ | 27,540.00 |
| | August | | 81.7 | $ | 35,555.00 |
| | September | | 87.7 | $ | 37,563.00 |
| Contract Maximum | | | 320.0 | $ | 120,000.00 |
| **Maximum Remaining -- Amount Due** | | | 85.9 | $ | 19,342.00 |