# EXHIBIT 3

**Expense Itemization**

**Pension Trustee Advisors, Inc. Expenses June 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 6/26/2018 | Fornia, William | Airfare | $ 1,175.80 | 1 | $1,175.80 | Airfare: Roundtrip Denver-San Juan to attend meeting with retirees committeeand retired Judges |
| | Title III | 6/26/2018 | Fornia, William | Meals | $20.00 | 1 | $20.00 | Dinner in San Juan (cash) |
| | Title III | 6/26/2018 | Fornia, William | Airfare | $ 3.99 | 1 | $3.99 | Internet access on airplane |
| | Title III | 6/26/2018 | Fornia, William | Airfare | $ 12.99 | 1 | $12.99 | Internet access on airplane |
| | Title III | 6/26/2018 | Fornia, William | Taxi | $15.00 | 1 | $15.00 | Taxi from Airport: includes $2 tip |
| | Title III | 6/27/2018 | Fornia, William | Meals | $13.00 | 1 | $13.00 | Lunch in San Juan |
| | Title III | 6/28/2018 | Fornia, William | Meals | $26.68 | 1 | $26.68 | Dinner in San Juan |
| | Title III | 6/27/2018 | Fornia, William | Meals | $40.00 | 1 | $40.00 | Dinner in San Juan (limited). Total was 277.46 |
| | Title III | 6/28/2018 | Fornia, William | Meals | $13.00 | 1 | $13.00 | Lunch in San Juan (Cash) |
| | Title III | 6/29/2018 | Fornia, William | Airfare | $2.99 | 1 | $2.99 | Internet access on airplane |
| | Title III | 6/29/2018 | Fornia, William | Hotel | $858.08 | 1 | $858.08 | Hotel charge to attend meeting with retiree committee |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | $2,181.53 | |

| | | |
|---|---|---|
| | Total on Hotel Receipt | $886.34 |
| | Lunch on Hotel Receipt 1 | $8.53 |
| | Lunch on Hotel Receipt 2 | $19.73 |
| | Total Lunch charges | $28.26 |
| | Total Expensed | $13.00 |
| | amount not charged from hotel bill | $15.26 |

| | |
|---|---|
| Total Time and Expenses | $34,801.53 |

**Pension Trustee Advisors, Inc. Expenses September 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 9/25/2018 | Fornia, William | Airfare | $  473.80 | 1 | $473.80 | Airfare: Roundtrip Denver-San Juan to attend meeting wi |
| | Title III | 9/26/2018 | Fornia, William | Meals | $4.22 | 1 | $4.22 | Breakfast in Houston |
| | Title III | 9/26/2018 | Fornia, William | Taxi | $  25.00 | 1 | $25.00 | Taxi SJU to FOMB |
| | Title III | 9/26/2018 | Fornia, William | Taxi | $  18.06 | 1 | $18.06 | Lyft to Houston Hotel |
| | Title III | 9/25/2018 | Fornia, William | Taxi | $52.46 | 1 | $52.46 | Lyft to Airport from home |
| | Title III | 9/26/2018 | Fornia, William | Hotel | $63.17 | 1 | $63.17 | Houston Airport Hotel |
| | Title III | 9/27/2018 | Fornia, William | Taxi | $10.90 | 1 | $10.90 | Uber from Hotel to FOMB |
| | Title III | 9/28/2018 | Fornia, William | Meals | $8.92 | 1 | $8.92 | Lunch in San Juan |
| | Title III | 9/28/2018 | Fornia, William | Meals | $1.00 | 1 | $1.00 | Tip for Lunch in San Juan (Cash) |
| | Title III | 9/27/2018 | Fornia, William | Taxi | $7.94 | 1 | $7.94 | Uber to Hotel from FOMB |
| | Title III | 9/28/2018 | Fornia, William | Airfare | $5.99 | 1 | $5.99 | Wifi on Plane |
| | Title III | 9/28/2018 | Fornia, William | Taxi | $409.02 | 1 | $409.02 | San Juan Hotel |
| | Title III | 9/28/2018 | Fornia, William | Taxi | $14.02 | 1 | $14.02 | Uber to FOMB from Hotel |
| | Title III | 9/28/2018 | Fornia, William | Taxi | $43.06 | 1 | $43.06 | Lyft home from Airport |

| | | |
|---|---|---|
| Total | | $1,137.56 |
| Total Fee & Expense | | $30,331.81 |
| Plus August | | $35,555.00 |
| | | $65,886.81 |

th retirees committee

**Pension Trustee Advisors, Inc. Expenses September 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 10/17/2018 | Fornia, William | Airfare | $ 476.40 | 1 | $476.40 | Airfare: Roundtrip Denver-DC to attend meeting with retirees committee |
| | Title III | 10/29/2018 | Fornia, William | Meals | $40.00 | 1 | $40.00 | Dinner in DC (limited). Total was 123.00 |
| | Title III | 10/30/2018 | Fornia, William | Meals | $ 40.00 | 1 | $40.00 | Dinner in DC (limited). Total was 49.92 |
| | Title III | 10/31/2018 | Fornia, William | Hotel | $ 411.52 | 1 | $411.52 | Hotel charge to attend meeting with retiree committee |
| | Title III | 10/31/2018 | Fornia, William | Metro | $3.00 | 5 | $15.00 | Airport to Hotel to Meeting to Hotel to Meeting to Hotel |
| | Title III | 10/31/2018 | Fornia, William | Meals | $5.24 | 1 | $5.24 | Breakfast in DC |
| | Title III | 10/31/2018 | Fornia, William | Meals | $4.75 | 1 | $4.75 | Lunch in DC (Cash) |
| | Title III | 10/29/2018 | Fornia, William | Taxi | $54.87 | 1 | $54.87 | Home to Airport |
| | Title III | 10/31/2018 | Fornia, William | Taxi | $27.06 | 1 | $27.06 | Hotel to Airport |
| | Title III | 10/31/2018 | Fornia, William | Hotel | $5.00 | 2 | $10.00 | Hotel Tips |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | | | | | | $1,084.84 | |
| | | | | | | | |
| Total Fee & Expense | | | | | | $41,068.34 | |