UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| THE FINANCIAL OVERSIGHT AND | * | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | * | TITLE III |
| | * | |
| As representative of | * | No. 17 BK3283-LTS |
| | * | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | * | (Jointly Administered) |
| | * | |
| Debtors | * | |

****************************************************

ANSWER TO TWELFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) TO DUPLICATE BONDS PRESENTED BY PUERTO RICO SALES TAX FINANCING CORPORATION

TO THE HONORABLE COURT:

Appears Cooperativa de Ahorro y Crédito Caribe Coop., creditor, through their undersigned attorney and very respectfully states and prays:

1. That creditors presented two proof of claim on May 25, 2018 (CM/ECF claims register Number 73 and 74 – Prime Clerk claim number 24724 and 29857).

2. Such claims included the creditor information, name, address, telephone number and email address of Cooperativa de Ahorro y Crédito Caribe Coop., at P.O Box 560547 Guayanilla, PR 00656. Their telephone number is (787) 835-2480 and email mramirez@caribecoop.com. The contact person should be Jaime Madera at such address.

3. That on December 5, 2018, debtors through The Oversight Board, as representative of COFINA, filed a twelfth omnibus objection to duplicate bonds. (Docket #4416)

4. The Oversight Board in its objection indicates that this creditor's claims asserts Liabilities associated with municipal bonds issued by COFINA which allegedly are duplicate of one or more master proof of claim filed by the Trustee of this bonds.

5. The proof of claims clearly indicated the CUSIP number that identifies the bond or series of bond issued by debtor and included a copy of the broker statement (Merrill Lynch).

6. The objection fails to provide information to confirm if Merril Lynch, The New York

Mellon and/or the Trustee have filed another claim on behalf of creditor.

7. The appearing creditor has not received any notice to confirm that their claim has been included in master proof of claim on behalf of all holders of the claims including this creditor.

Wherefore, the appearing creditor respectfully requests that the Court denies the sixth omnibus objection with respect to the claims of Cooperativa de Ahorro y Crédito Caribe Coop., unless debtors confirm that their claims have been included in any master proof of claim.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filling to all CM/ECF participants. We further certify that a copy of the foregoing motion was notified by regular mail to all creditors and parties in interest.

In Ponce, Puerto Rico this January 16, 2019.

/s/Lemuel Negrón Colón, Esq.
Attorney for creditor
USDC 211202
P.O. Box 801478
Coto Laurel, PR 00780-1478
Tel. (787) 840-6719
Fax (787) 813-0088
e-mail: lemuel.law@gmail.com