**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br>Debtors[1] | PROMESA Title III<br><br>Case No. 17-BK-03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of,<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br>Debtor. | PROMESA Title III<br><br>No. 17 BK 3284-LTS |

**CERTIFICATE OF SERVICE**

The undersigned attorneys hereby certify that, on January 15, 2019, served copies of (a) the *Response to the Puerto Rico Sales Tax Financing Corporation's Evidentiary Objections to Declaration of José I. Alameda-Lozada (Docket Entry 4761 in Case No. 17-03283)* and *Joinder of PROSOL-UTIER to Docket Entry 4815: Objection of The GMS Group, LLC to Proposed*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

*Agenda for the Hearing of January 16-17, 2019*, via the Court's CM/ECF system on the parties who have appeared in the above-captioned case. On the same date, PROSOL- UTIER emailed copies of such documents to the parties included in the Master Service List as of January 14, 2019.

On January 16, 2019, PROSOL- UTIER mailed hard copies of the above-mentioned document to the Court's Chambers in New York and to the United States Trustee, via U.S. Mail, pursuant to Section II of the *Seventh Amended Notice, Case Management and Administrative Procedures* (Docket No. 4086) to the following mail addresses:

(i) Chambers of the Honorable Laura Taylor Swain (two copies):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922



PO Box 10779
Ponce, PR 00732
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica E. Méndez Colberg
USDC: 230814

Emails: rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com