# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:39 AM (AST)
Ended: 11:29 AM (AST)

Afternoon session:
Set: 1:00 PM (AST)
Started: 1:14 PM (AST)
Ended 5:00 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE: January 16, 2019
**MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker
COURT INTERPRETERS: Edna Brayfield /Mary Jo Smith / Sonia Cresioni

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Sales Tax Financing Corporation (COFINA),<br>Debtor | 3:17-BK-3284 (LTS)<br><br>PROMESA Title III |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)

January 16, 2019

| | |
|---|---|
| The Bank of New York Mellon<br><br>Plaintiff<br><br>v<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"), et al.<br><br>Defendant | 3:17-AP-133 (LTS)<br><br>*in 17-BK-3284 (LTS)* |

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br>           as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>           as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, Plaintiff<br><br>v<br><br>BETTINA WHYTE,<br><br>           as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO Defendant | 3:17-AP-257 (LTS)<br><br><br><br>*in 17-BK-3283 (LTS)* |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019

**Hearing on 9019 Settlement Approval Motion and Confirmation Hearing held.**

Morning session:

I. **9019 Settlement Approval Motion [Case No. 17-BK-3283, ECF No. 4067; Case No. 17-AP-257, ECF No. 546]**
   - Debtor's opening statement heard.
   - Objectors' statements heard.
   - Statements in support heard.
   - Debtor's reply and closing statement heard.
   - Public comments heard in part.
   - Matter taken under advisement. Order to be issued.

Afternoon session:

   - Additional public comments heard in relation to 9019 Settlement Approval Motion

II. **Confirmation Hearing of Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation**
   - Application to preclude PROSOL-UTIER from presenting evidence due to lack of prudential standing is granted.
   - Motion in Limine or to Strike Mrs. Natalie Jaresko and Mr. David M. Brownstein Declarations (Docket Entries No. 4756 And 4757 in Case No. 17-03283) filed by PROSOL UTIER [Case No. 17-BK-3283, ECF No. 4790]
     - Denied as moot based on the standing issue decision.
   - Objection to Puerto Rico Sales Tax Financing Corporation's Evidentiary Objections to the Declaration of Jose I. Alameda Lozada filed in Support of PROSOL-UTIER's Objections to Second Amended Title III Plan of Adjustment. Related document:4592 Objection filed by PROSOL UTIER [Case No. 17-BK-3283, ECF No. 4761]
     - Denied as moot based on the standing issue decision.
   - Motion for Joinder of the GMS Group, LLC. Re: 4790 Motion in Limine or to Strike Mrs. Natalie Jaresko and Mr. David M. Brownstein Declarations (Docket Entries No. 4756 and 4757 in Case No. 17-03283) [Case No. 17-BK-3283, ECF No. 4805]
     - Withdrawn in light of standing determination and negotiation by the parties.
   - Debtor's opening statement.
   - Exhibits admitted. Refer to the Exhibit List for this hearing.
   - Cross-examination of Mattew Rodrigue.
     - Re-direct.
   - Direct testimony of Mark Elliot.
     - Cross-examination. Re-direct.
   - Matthew Rodrigue re-called to the stand for limited re-direct.
     - Limited re-cross.
   - Parties rest.

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019

**Further Hearing set for January 17, 2019 at 9:30 AM before Judge Laura Taylor Swain.**

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
Courtroom Deputy
