UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representatives of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.

RECEIVED & FILED

2019 JAN 18 PM 3: 47

CLERK'S OFFICE
PROMESA
TITLE III

No. 17 BK 3283-LTS

(Jointly Administered)

### RESPONSE OF KEITH GAMBINO (CLAIM #2054) TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS

COMES NOW, KEITH GAMBINO of 3805 Golfview Road, Sebring, Florida 33875, phone number: (516) 698-7375, email address: kg5animals@gmail.com, *pro se*, the holder of claim #2054 in the above styled action, and files his response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims, stating as follows:

    1.    The Puerto Rico Sales Tax Financing Corporation ("COFINA"), under item 148 of Exhibit A to its Sixth Omnibus Objection, stated its reason for objecting to Claim #2054 filed by KEITH GAMBINO (hereafter "GAMBINO"), was "Proof of claim purports to assert liabilities associated with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors."

    2.    GAMBINO timely filed his claim as required and attempted to provide copies of all pertinent documentation related to his claim through the computer filing procedure as instructed.

    3.    Based on COFINA's reason detailed in paragraph 1 above, GAMBINO assumes that he failed at his attempts to include supporting documentation for his claim through the computer filing procedure, and as such, he is attaching hard copies of all supporting documentation as <u>Composite Exhibit A</u> to this Response.

4. GAMBINO asserts that the documentation attached in <u>Composite Exhibit A</u> clearly show his initial purchase of the COFINA bonds was on April 9, 2013 and retains them to this day, and as such his Claim #2054 against COFINA is valid.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the following:

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Sespins
James Bliss
James Worthington
G. Alexander Bongartz

via U.S. mail on January 16, 2019.

KEITH GAMBINO, Claim #2054
3805 Golfview Road
Sebring, FL 33875
(516) 698-7375
kg5animals@gmail.com

PREPARED WITH ASSISTANCE OF COUNSEL

**COMPOSITE EXHIBIT A**

(consisting of __6__ total pages)