**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 3/15/2018
Proof of Claim No.: 2054

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Keith Gambino
3805 Golfview Rd.
Sebring, FL 33875