7,559



**HENNION & WALSH**
2001 Route 46, Waterview Plaza
Parsippany, NJ 07054

CONFIRMATION
DATED 04/09/13

**Account Number** Redacted
YOUR FINANCIAL CONSULTANT
ROBERT BUDZISZEWSKI

973-299-8989 / 800-836-8240



FDC13099 002608
KEITH GAMBINO
TOD REGISTRATION
2508 LEWIS STREET
MELBOURNE    FL  32901-5949

| BOUGHT | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|
| PUERTO RICO SALES TAX | | 125,000 | 108.500000000 | 135,625.00 |
| FING CORP SALES TAX REV | | | | |
| 1ST SUB SER A | | | | |
| CPN 5.750% DUE 08/01/37 | | | | |
| DTD 06/18/09 FC 02/01/10 | | | | |
| CALL 08/01/19 @ 100.000 | | | | |
| SECURITY NUMBER | 7915-182 | ACCOUNT TYPE | CASH | ACCRUED INTEREST  1,417.53 |
| CUSIP | 74529J-HL-2 | TRADE DATE | 04/09/13 | TRANSACTION FEE  4.99 |
| SOLICITED | | SETTLEMENT DATE | 04/12/13 | |
| | | | NET AMOUNT | $137,047.52 |

**MARKET:** PRINCIPAL.
**TRADE INFORMATION:** OFFICIAL STATEMENTS, FINANCIAL STATEMENTS, NOTICES OF MATERIAL EVENTS AND OTHER DOCUMENTS FOR MUNICIPAL SECURITIES ARE AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY CONTACTING YOUR FINANCIAL CONSULTANT. IN LIMITED CIRCUMSTANCES IN WHICH THE OFFERING IS EXEMPT FROM THE FILING REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR FINANCIAL CONSULTANT TO OBTAIN INFORMATION.
**SECURITY INFORMATION:** ORIGINAL ISSUE DISCOUNT, ORIGINAL ISSUE PRICE $95.3135. MANDATORY SINKING FUND 08/01/36. SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE AFTER FIRST CALL DATE. MOODY A3, S&P A+.
**YIELD INFORMATION:** 4.200%. YIELD TO CALL 08/01/19 @ 100.000.
YIELD TO MATURITY 5.133%. CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD. FOR COMPLETE INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT.



Page 5 of 9

KEITH GAMBINO
TOD REGISTRATION

APRIL 1 - APRIL 30, 2013
ACCOUNT NUMBER Redacted

## Fixed Income Securities

Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, for less actively traded issues, by utilizing a yield-based matrix system to arrive at an estimated market value.

### Corporate Bonds

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| DELL INC SENIOR NOTES CALLABLE CPN 6.500% DUE 04/15/38 DTD 10/15/08 FC 04/15/09 Moody BAA1, S&P A- CUSIP 24702RAF8 Acquired 01/17/13 nc | 30,000 | 97.87 | 29,367.49 | 98.0620 | 29,418.60 | 51.11 | 81.25 | 1,950.00 | 6.62 |
| **Total Corporate Bonds** | **30,000** | | **$29,367.49** | | **$29,418.60** | **$51.11** | **$81.25** | **$1,950.00** | **6.63** |

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

### Municipal Bonds

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES TAX REV 1ST SUB SER A CPN 5.750% DUE 08/01/37 DTD 06/18/09 FC 02/01/10 CALL 08/01/19 @ 100.000 Moody A3, S&P A+ CUSIP 74529JHL2 Acquired 04/09/13 nc | 125,000 | 108.44 108.50 | 135,557.17 135,629.99 | 107.3020 | 134,127.50 | -1,429.67 | 1,776.91 | 7,187.50 | 5.35 |
| NORTH CAROLINA MED CARE COMMN HC FACS REV FOR ISSUES DTD PRIOR TO 08/1 CPN 4.000% DUE 11/01/46 DTD 05/07/13 FC 11/01/13 CALL 11/01/22 @ 100.000 Moody A1, S&P A+ CUSIP 65821DRJ2 | | | | | | | | | |



Redacted P558

Case:17-03283-LTS Doc#:4839-2 Filed:01/18/19 Entered:01/18/19 16:06:33 Desc:
Exhibit Hennion & Walsh Account Statement Page 3 of 5

Page 5 of 9



KEITH GAMBINO
TOD REGISTRATION

MAY 1 - MAY 31, 2013
ACCOUNT NUMBER: Redacted

## Fixed Income Securities

Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, for less actively traded issues, by utilizing a yield-based matrix system to arrive at an estimated market value.

### Corporate Bonds

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| DELL INC SENIOR NOTES CALLABLE CPN 6.500% DUE 04/15/38 DTD 10/15/08 FC 04/15/09 Moody BAA1 , S&P BBB CUSIP 24702RAF8 Acquired 01/17/13 nc | 30,000 | 97.87 | 29,367.49 | 97.6250 | 29,287.50 | -79.99 | 249.17 | 1,950.00 | 6.65 |
| **Total Corporate Bonds** | **30,000** | | **$29,367.49** | | **$29,287.50** | **-$79.99** | **$249.17** | **$1,950.00** | **6.66** |

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

### Municipal Bonds

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO COMWLTH RFDG PUB IMPT SER E G/O B\E CPN 5.625% DUE 07/01/33 DTD 07/12/11 FC 01/01/12 CALL 07/01/16 @ 100.000 Moody BAA3 , S&P BBB- CUSIP 74514LZP5 Acquired 05/21/13 nc | 70,000 | 103.98 104.00 | 72,789.12 72,804.99 | 100.7670 | 70,536.90 | -2,252.22 | 1,640.63 | 3,937.50 | 5.58 |
| PUERTO RICO SALES TAX FING CORP SALES TAX REV 1ST SUB SER A CPN 5.750% DUE 08/01/37 DTD 06/18/09 FC 02/01/10 CALL 08/01/19 @ 100.000 Moody A3 , S&P A+ CUSIP 74529JHL2 | | | | | | | | | |

Redacted 558

Case:17-03283-LTS Doc#:4839-2 Filed:01/18/19 Entered:01/18/19 16:06:33 Desc: Exhibit Hennion & Walsh Account Statement Page 4 of 5

Page 5 of 6



KEITH GAMBINO
TOD REGISTRATION

DECEMBER 1, 2018 - DECEMBER 31, 2018
ACCOUNT NUMBER: Redacted

## Fixed Income Securities

### Municipal Bonds

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES TAX REV 1ST SUB SER A CPN 5.750% DUE 08/01/37 DTD 06/18/09 FC 02/01/10 CALL 08/01/19 @ 100.000 Moody CA CUSIP 74529JHL2 Acquired 04/09/13 nc | 125,000 | 102.94 108.50 | 128,682.19 135,629.99 | 46.3750 | 57,968.75 | -70,713.44 | N/A | N/A | N/A |
| PUERTO RICO COMWLTH INFRSTRCTR FING AUTH SPL REV B/E CPN 5.000% DUE 07/01/46 DTD 09/28/06 FC 01/01/07 CALL 01/31/19 @ 100.000 Moody C CUSIP 745220JQ7 Acquired 08/21/13 nc | 80,000 | 70.91 69.62 | 56,731.25 55,704.99 | 15.0000 | 12,000.00 | -44,731.25 | N/A | N/A | N/A |
| **Total Municipal Bonds** | 205,000 | | $185,413.44 $191,334.98 | | $69,968.75 | -$115,444.69 | | | |
| **Total Fixed Income Securities** | | | $283,394.10 $290,386.51 | | $162,011.07 | -$121,383.03 | $1,934.80 | $6,644 | 4.10 |

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

Case:17-03283-LTS Doc#:4839-2 Filed:01/18/19 Entered:01/18/19 16:06:33 Desc: Exhibit Hennion & Walsh Account Statement Page 5 of 5

8,707



**CONFIRMATION**
DATED 08/21/13

Account Number  Redacted
YOUR FINANCIAL CONSULTANT
ROBERT BUDZISZEWSKI

973-299-8989 / 800-836-8240

FDC13233 002807
KEITH GAMBINO
TOD REGISTRATION
3805 GOLFVIEW ROAD
SEBRING    FL  33875-5053



| BOUGHT | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|
| PUERTO RICO COMWLTH INFRSTRCTR FING AUTH SPL REV B/E CPN 5.000% DUE 07/01/46 DTD 09/28/06 FC 01/01/07 CALL 07/01/16 @ 100.000 | | 80,000 | 69.625000000 | 55,700.00 |
| SECURITY NUMBER | 8102-585 | ACCOUNT TYPE  CASH | ACCRUED INTEREST | 611.11 |
| CUSIP | 745220-JQ-7 | TRADE DATE  08/21/13 | TRANSACTION FEE | 4.99 |
| SOLICITED | | SETTLEMENT DATE  08/26/13 | NET AMOUNT | $56,316.10 |

MARKET: PRINCIPAL.
TRADE INFORMATION:  OFFICIAL STATEMENTS, FINANCIAL STATEMENTS, NOTICES OF MATERIAL EVENTS AND OTHER DOCUMENTS FOR MUNICIPAL SECURITIES ARE AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY CONTACTING YOUR FINANCIAL CONSULTANT. IN LIMITED CIRCUMSTANCES IN WHICH THE OFFERING IS EXEMPT FROM THE FILING REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR FINANCIAL CONSULTANT TO OBTAIN INFORMATION.
SECURITY INFORMATION: MANDATORY SINKING FUND 07/01/38.  SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE AFTER FIRST CALL DATE. MOODY BAA3, S&P BBB+.
YIELD INFORMATION: 7.500%. YIELD TO MATURITY DATE.
CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD.  FOR COMPLETE INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT.

Brokerage account(s) carried by First Clearing, LLC, Member FINRA/SIPC.
For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation
Redacted P558

FDC13233  Redacted  0113  NNNNN NNNNN NNNNNNNN 000001    Page 1 of 2