

Keith Gambino
3805 Golfview Rd
Sebring, FL 33875

GONE FISHING

RECEIVED & FILED
2019 JAN 18 PM 3:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767