

**FROM:**
Keith Gambino
3805 Golfview Rd
Sebring FL. 33875

PHONE (516) 698-7375

**TO:**
Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

PO ZIP Code: 33872
Scheduled Delivery Date: 01/17/19
Postage: $24.70
Date Accepted: 01/16/19
Time Accepted: 9:37 AM
Total Postage & Fees: $24.70
Acceptance Employee Initials: TT