UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| THE FINANCIAL OVERSIGHT AND | * | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | * | TITLE III |
| | * | |
| As representative of | * | No. 17 BK3283-LTS |
| | * | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | * | (Jointly Administered) |
| | * | |
| Debtors | * | |

*****************************************************

ANSWER TO SIXTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)
PRESENTED BY PUERTO RICO SALES TAX FINANCING CORPORATION

TO THE HONORABLE COURT:

Appears José R. Criado & Josefina del Valle, Creditors, through their undersigned attorney very respectfully states and prays:

1. That creditors presented a proof of claim on May 17, 2018 (CM/ECF claims register number 45 – Prime Clerk claim number 15865).

2. Such claim includes the contact information, name, address, telephone number and email addres of Jose R. Criado & Josefina del Calle, at Ave. Tito Castro 609 Suite., 102 PMB 190 Ponce, Puerto Rico 00716. Their telephone number is (787) 691-9241 and email pcriado38@aol.com.

3. That on December 4, 2018, debtors through The Oversight Board, as representative of COFINA, filed a sixth omnibus objection to deficient proof of claim including this creditor's claim. (Docket #4410)

4. The Oversight Board in its objection indicates that this creditor's claim purports to assert liabilities associated with municipal bonds and/or money loan but allegedly fail to provide basis or supporting documentation.

5. The proof of claim clearly indicated the CUSIP number that identifies the bond or series of bond issued by debtor and included a copy of the broker statement (MML Investor Services).

Case:17-03283-LTS   Doc#:4849   Filed:01/22/19   Entered:01/22/19 11:42:23   Desc: Main
Document   Page 2 of 6


6. The information included with the claim can be supported by the Supplement to Official Statement Dated June 13, 2012 relating to Puerto Rico Public Finance Corporation Bonds. (Exhibit A, enclosed)

7. According to such official statement, the Bonds are limited obligations payable from payments of principal of and interest on certain promissory notes issued by certain departments, agencies, instrumentalities and public corporations of the Commonwealth of Puerto Rico; in this case, the debtor.

8. The appearing creditor has not received information about the departments, agencies instrumentalities or public corporations of the Commonwealth of Puerto Rico subject to the obligation to determine if COFINA is one of them.

Wherefore, the appearing creditor respectfully requests that the Court denies the sixth omnibus objection with respect to the claim of José R. Criado and Josefina del Valle and/or be provided that debtor's liability be paid pursuant the corresponding plan that may be approved by this Court by COFINA or the Commonwealth, if such debtor is responsible.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filling to all CM/ECF participants. We further certify that a copy of the foregoing motion was notified by regular mail to all creditors and parties in interest.

In Ponce, Puerto Rico this January 22, 2019.

/s/Lemuel Negrón Colón, Esq.
Attorney for creditor
USDC 211202
P.O. Box 801478
Coto Laurel, PR  00780-1478
Tel. (787) 840-6719
Fax (787) 813-0088
e-mail: lemuel.law@gmail.com

# SUPPLEMENT TO OFFICIAL STATEMENT DATED JUNE 13, 2012

## RELATING TO

### $410,665,000
### PUERTO RICO PUBLIC FINANCE CORPORATION
### 2012 Series A Bonds
### (Commonwealth Appropriation Bonds)

## SUPPLEMENT DATED JUNE 27, 2012

This Supplement updates certain information appearing in the Official Statement dated June 13, 2012 (the "Official Statement") relating to the above referenced bonds (the "2012 Series A Bonds"). The 2012 Series A Bonds are expected to be issued by the Puerto Rico Public Finance Corporation (the "Corporation") on June 28, 2012. Capitalized terms used in this Supplement and not otherwise defined herein have the meanings ascribed to them in the Official Statement.

The Official Statement is hereby supplemented and amended as follows:

1. "PLAN OF FINANCING" – page 8. Clause (ii) of the fifth paragraph is deleted and the following is inserted in lieu thereof: "(ii) paying capitalized interest on the 2012 Series A Bonds through August 1, 2014."

2. "AGGREGATE DEBT SERVICE REQUIREMENTS" – page 22. Footnotes (1) and (2) to the table entitled "Aggregate Debt Service Requirements" are hereby deleted and the following footnotes are inserted in lieu thereof: "(1) Excludes capitalized interest on a portion of the other Bonds of the Corporation during fiscal years 2012-2015; (2) Excludes capitalized interest during fiscal years 2012-2014."

## MISCELLANEOUS

This Supplement will be filed with the Municipal Securities Rulemaking Board through the Electronic Municipal Market Access System ("EMMA") (http://emma/msrb.org).

PUERTO RICO PUBLIC FINANCE CORPORATION

By: _____ /s/ Ignacio Canto _____
Executive Vice President

NEW ISSUE – BOOK-ENTRY ONLY

RATINGS (see RATINGS herein): Moody's: Baa2
S&P: BBB-

# $410,665,000
# PUERTO RICO PUBLIC FINANCE CORPORATION
## 2012 Series A Bonds
### (Commonwealth Appropriation Bonds)

Puerto Rico Public Finance Corporation (the "Corporation") is issuing its 2012 Series A Bonds (Commonwealth Appropriation Bonds) (the "2012 Series A Bonds") for the purpose of refunding a portion of its outstanding bonds (as further described herein). The 2012 Series A Bonds will be issued under the Trust Agreement dated as of June 1, 2004 (the "Trust Agreement") by and between the Corporation and U.S. Bank National Association, as trustee. The 2012 Series A Bonds are limited obligations of the Corporation payable solely from payments of principal of and interest on certain promissory notes (the "Notes") issued by certain departments, agencies, instrumentalities and public corporations (the "Authorized Debtors") of the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico"). The Notes are payable solely from budgetary appropriations to be made by the Legislature of Puerto Rico pursuant to legislation adopted by the Legislature of Puerto Rico (the "Appropriation Acts"). The Appropriation Acts require the Office of Management and Budget of the Commonwealth (the "OMB") to include in the annual operating budget of the Commonwealth amounts required to pay debt service on the Notes and certain other notes of the Authorized Debtors. If these budgetary appropriations are made on a timely basis by the Legislature of Puerto Rico, payments required to be made under the Notes will at all times be sufficient to pay the principal of and interest on the 2012 Series A Bonds as they become due. The Legislature of Puerto Rico is not legally bound to appropriate funds for such payments.

The 2012 Series A Bonds will have the following characteristics:

- The 2012 Series A Bonds will be dated their date of delivery.

- The 2012 Series A Bonds will be registered under The Depository Trust Company's book-entry only system. Purchasers of the 2012 Series A Bonds will not receive definitive 2012 Series A Bonds.

- The inside cover page of this Official Statement contains information concerning the maturities, interest rates and prices or yields of the 2012 Series A Bonds.

- Interest on the 2012 Series A Bonds will be payable monthly on the first day of each month, commencing on August 1, 2012.

- The 2012 Series A Bonds will be issued in denominations of $5,000 principal amount and integral multiples thereof.

- In the opinion of O'Neill & Borges LLC, Special Puerto Rico Tax Counsel, interest on the 2012 Series A Bonds will be exempt from Puerto Rico and United States taxes to residents of Puerto Rico. Interest on the 2012 Series A Bonds is not excludable from gross income for federal income tax purposes under Section 103(a) of the United States Internal Revenue Code. See *Tax Matters* in this Official Statement.

- It is expected that settlement for the 2012 Series A Bonds will occur on or about June 28, 2012.

The 2012 Series A Bonds will not constitute an obligation of the Commonwealth or any of its political subdivisions or public instrumentalities (other than the Corporation), and neither the Commonwealth nor any of its political subdivisions or public instrumentalities (other than the Corporation) will be liable thereon. The Corporation has no taxing power.

*The 2012 Series A Bonds are offered by the Underwriters when, as and if issued by the Corporation and received by the Underwriters, subject to prior sale, withdrawal or modification of the offer without notice, and the approval of legality by Squire Sanders (US) LLP, Miami, Florida, Bond Counsel to the Corporation. Certain legal matters will be passed upon for the Underwriters by O'Neill & Borges LLC, San Juan, Puerto Rico, as Underwriters' Counsel. O'Neill & Borges LLC will also act as Special Puerto Rico Tax Counsel.*

**UBS FS Puerto Rico**

| BofA Merrill Lynch | Popular Securities | Santander Securities |
| Barclays | BBVAPR MSD | Citigroup | FirstBank PR Securities |
| Oriental Financial Services | Ramirez & Co. Inc | Raymond James | Morgan Keegan | Scotia MSD |

June 13, 2012

$410,665,000
**Puerto Rico Public Finance Corporation**
**2012 Series A Bonds**
**(Commonwealth Appropriation Bonds)**

### $267,865,000 Serial Bonds

| Maturity Date August 1 | Principal Amount | Interest Rate | Price | CUSIP* |
|---|---|---|---|---|
| 2015 | $36,285,000 | 3.10% | 100% | 745291UZ5 |
| 2016 | 29,435,000 | 3.45 | 100 | 745291VA9 |
| 2017 | 30,450,000 | 3.75 | 100 | 745291VB7 |
| 2018 | 31,590,000 | 4.00 | 100 | 745291VC5 |
| 2019 | 32,855,000 | 4.15 | 100 | 745291VD3 |
| 2020 | 34,215,000 | 4.35 | 100 | 745291VE1 |
| 2021 | 35,705,000 | 4.55 | 100 | 745291VF8 |
| 2022 | 37,330,000 | 4.75 | 100 | 745291VG6 |

### $142,800,000 Term Bonds

| | | | |
|---|---|---|---|
| $94,490,000 | 5.10% Term Bond due August 1, 2026 | Price 100% | CUSIP* 745291VH4 |
| $48,310,000 | 5.35% Term Bond due August 1, 2031 | Price 100% | CUSIP* 745291VJ0 |

---

\*   Copyright, American Bankers Association. CUSIP data herein is provided by Standard & Poor's, CUSIP Service Bureau, a division of the McGraw-Hill Companies, Inc. This data is not intended to create a database and does not serve in any way as a substitute for the CUSIP Services. CUSIP numbers are provided for convenience of reference only. Neither the Corporation nor the Underwriters take any responsibility for the accuracy of such numbers.

In connection with this offering, the Underwriters may over-allot or effect transactions that stabilize or maintain the market price of the 2012 Series A Bonds at a level above that which might otherwise prevail in the open market. Such stabilizing, if commenced, may be discontinued at any time. The Underwriters may offer and sell the 2012 Series A Bonds to certain dealers and dealer banks and others at a price lower than the public offering price stated on the inside cover page and said offering price may be changed from time to time by the Underwriters.

The information set forth herein has been obtained from sources which are believed to be reliable but, as to information from other than Puerto Rico Public Finance Corporation (the "Corporation") or the Commonwealth of Puerto Rico (the "Commonwealth"), is not guaranteed as to accuracy or completeness, and is not to be construed as a representation, by the Corporation or the Underwriters. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of the Official Statement nor any sale made hereunder shall under any circumstances create any implication that there has been no change in the affairs of the Corporation or the Commonwealth since the date hereof. The various tables may not add due to rounding of figures.

The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal and Commonwealth securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

No dealer, broker, sales representative or other person has been authorized by the Corporation or the Underwriters to give any information or to make any representations, other than those contained in this Official Statement in connection with the offering described herein, and if given or made, such other information or representations must not be relied upon as having been authorized by any of the foregoing. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the 2012 Series A Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such offer, solicitation or sale.

All quotations from and summaries and explanations of provisions of laws, resolutions, the 2012 Series A Bonds and other documents herein do not purport to be complete. Reference is made to said laws, resolutions, the 2012 Series A Bonds and other documents for full and complete statement of their provisions. Copies of the above are available for inspection at the offices of the Corporation or the Trustee.

## CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS IN THIS OFFICIAL STATEMENT

Certain statements included or incorporated by reference in this Official Statement constitute projections or estimates of future events, generally known as forward-looking statements. These statements are generally identifiable by the words "estimates," "projects," "anticipates," "expects," "intends," "believes" and similar expressions. The achievement of certain results or other expectations contained in such forward-looking statements involves known and unknown risks, uncertainties and other factors which may cause actual results, performance or achievements described to be materially different from any future results, performance or achievements expressed or implied by these forward-looking statements. The Corporation does not plan to issue any updates or revisions to those forward-looking statements if or when changes in their expectations, or events, conditions or circumstances on which such statements are based, occur.

The projections set forth in this Official Statement were not prepared with a view toward complying with the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information, but, in the view of the Commonwealth's responsible officers, were prepared on a reasonable basis, reflect the best currently available estimates and judgments, and present, to the best of such officers' knowledge and belief, the expected course of action and the expected future financial performance of the Commonwealth. However, this information is not fact and should not be relied upon as being necessarily indicative of future results, and readers of this Official Statement are cautioned not to place undue reliance on the prospective financial information. Neither the Commonwealth's independent auditors, nor any other independent auditors, have compiled, examined, or performed any procedures with respect to the prospective financial information contained herein, nor have they expressed any opinion or any other form of assurance on such information or its achievability and disclaim any association with the prospective financial information. Neither the Commonwealth's independent auditors, nor any other independent auditors, have been consulted in connection with the preparation of the prospective financial information set forth in this Official Statement, which is solely the product of the Commonwealth, and the independent auditors assume no responsibility for its content.