# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM FILED AGAINST PUERTO RICO SALES TAX FINANCING CORPORATION

**PLEASE TAKE NOTICE** that, in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, made applicable to these Title III proceedings by Section 310 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] each claimant identified in **Exhibit A** hereto (each a "Claimant" and collectively, the "Claimants") hereby withdraws, with prejudice, the proof(s) of claim filed by such Claimant against the Puerto Rico Sales Tax Financing Corporation ("COFINA") that are listed on **Exhibit A** hereto (collectively, the "Claims").

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

#5859306.1

**PLEASE TAKE FURTHER NOTICE** that the Claimants, by and through counsel, hereby authorize Prime Clerk, LLC, to reflect the withdrawal of their Claims on the official claims register for COFINA, Bankruptcy Case No. 17 BK 3284-LTS.

Dated: January 22, 2019

BRACEWELL LLP

/s/ *Kurt A. Mary*
Kurt A. Mayr*
David L. Lawton*
CityPlace I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Email: kurt.mayr@bracewell.com
David.lawton@bracewell.com

*Admitted pro hac vice

CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.

/s/ *Robert Abesada-Agüet*
Roberto Abesada-Agüet
Centro Internacional de Mercadeo II
#90 Carr. 165, Suite 407
Guaynabo, P.R. 00968-8064
Tel. (787) 273-8300
Email: ra@calopsc.com

/s/ Sergio E. Criado
Sergio E. Criado
E-Mail: scriado@calopsc.com
*Attorneys for Claimants*

**Exhibit A**

| Claimant | Claim Number | Debtor |
|---|---|---|
| Canyon Balanced Master Fund, Ltd. | 114510 | COFINA |
| Canyon Blue Credit Investment Fund L.P. | 115168 | COFINA |
| Canyon Distressed Opportunity Investing Fund II, L.P. | 97996 | COFINA |
| Canyon Distressed Opportunity Master Fund II, L.P. | 114518 | COFINA |
| Canyon NZ-DOF Investing, L.P. | 104028 | COFINA |
| Canyon Value Realization Fund, L.P. | 110490 | COFINA |
| Canyon Value Realization MAC 18 Ltd. | 115187 | COFINA |
| Canyon-Asp Fund, L.P | 115197 | COFINA |
| Canyon-GRF Master Fund II, L.P. | 115278 | COFINA |
| Canyon-SL Value Fund, L.P. | 115300 | COFINA |
| Davidson Kempner Distressed Opportunities International Ltd. | 101966 | COFINA |
| Davidson Kempner Distressed Opportunities Fund LP | 115319 | COFINA |
| Davidson Kempner Institutional Partners, L.P. | 115255 | COFINA |
| Davidson Kempner International, Ltd. | 115341 | COFINA |
| Davidson Kempner Partners | 109893 | COFINA |
| EP Canyon Ltd. | 115261 | COFINA |
| Gordel Capital Limited | 115416 | COFINA |

| **Claimant** | **Claim Number** | **Debtor** |
|---|---|---|
| M.H. Davidson & Co. | 115234 | COFINA |
| OZ Credit Opportunities Master Fund, Ltd. | 114581 | COFINA |
| OZ Enhanced Master Fund, Ltd. | 114580 | COFINA |
| OZ GC Opportunities Master Fund, Ltd. | 114569 | COFINA |
| OZ Master Fund, Ltd. | 112002 | COFINA |
| OZSC II, L.P. | 114548 | COFINA |
| The Canyon Value Realization Master Fund, L.P. | 114331 | COFINA |