UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <br> et al., | (Jointly Administered) |
| Debtors.[1] | |

----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING <br> CORPORATION (COFINA), | |
| Debtor. | |

----------------------------------------------------------x

ORDER GRANTING MOTION FOR LEAVE TO FILE LEGAL BRIEF AS
AMICUS CURIAE POPULAR DEMOCRATIC PARTY CAUCUS OF THE PUERTO RICO SENATE

Upon the *Motion for Leave to File Legal Brief as Amicus Curiae Popular*

*Democratic Party Caucus of the Puerto Rico Senate (Against an Order of Plan Confirmation*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Containing Findings of Fact and Law that Sanction Legislative Entrenchment)* (Docket Entry No. 520 in Case No. 17-3284, the "Motion"[2]); and the Court having found that the Popular Democratic Party Caucus of the Puerto Rico Senate, through its caucus leader, Senator Eduardo Bhatia-Gautier, has demonstrated a special and particularized interest in the matters discussed in the Motion (and in the Proposed Brief) relating to the requested confirmation of the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation, dated January 9, 2019 (Docket Entry No. 439 in Case No. 17-3284), and that no other or further notice is required, it is HEREBY ORDERED THAT:

1. Leave to file the Proposed Brief, as amicus curiae, is hereby granted to the Popular Democratic Party Caucus of the Puerto Rico Senate.

**2.** The Oversight Board is directed to submit a written response to the Proposed Brief by **January 24, 2019 at 6:00 p.m. (Atlantic Standard Time)**.

3. This Order resolves Docket Entry No. 520 in Case No. 17-3284.

SO ORDERED.

Dated: January 22, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.