UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

NOTICE OF PRESENTMENT OF
STIPULATION AND AGREED ORDER REGARDING WITHDRAWAL OF
PROOFS OF CLAIM FILED BY MEMBERS OF THE COFINA SENIOR
BONDHOLDERS' COALITION IN RESPECT OF COFINA BONDS

**PLEASE TAKE NOTICE** that the Financial Oversight and Management Board (the "Oversight Board") and the Puerto Rico Sales Tax Financing Corporation ("COFINA") Senior Bondholders' Coalition (the "Coalition") will present the following *Stipulation and Agreed Order Regarding Withdrawal of Proofs of Claim Filed by Members of the COFINA Senior Bondholders' Coalition in Respect of COFINA Bonds* (the "Stipulation"), attached hereto as **Exhibit A**, to the Honorable Laura Taylor Swain, United States District Judge, Southern District of New York, 500 Pearl Street, Daniel Patrick Moynihan Courthouse, New York, NY 10007-1312 for signature on **January 30, 2019 at 9:30 a.m. (AST)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). Collectively, these entities are referred to herein as the "Debtors."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section III.H of the *Eighth Amended Notice, Case Management and Administrative Procedures* [ECF No. 4866-1], the presentment of a proposed order "must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before presentment date." Accordingly, unless a written objection to the Proposed Order is filed with the Court no later than **January 29, 2019 at 4:00 p.m. (AST)**, the relief requested shall be deemed unopposed, and the Court may sign the Stipulation without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Dated: January 23, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*