UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board For Puerto Rico,<br><br>    as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**STIPULATION AND AGREED ORDER REGARDING WITHDRAWAL OF PROOFS OF CLAIM FILED BY MEMBERS OF THE COFINA SENIOR BONDHOLDERS' COALITION IN RESPECT OF COFINA BONDS**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The above-captioned debtors (the "Title III Debtors"), by and through the Financial Oversight and Management Board (the "Oversight Board"), on the one hand, and the COFINA Senior Bondholders' Coalition (the "Coalition"), on the other hand, hereby enter into this stipulation (the "Stipulation") as follows:

**RECITALS**

A. On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to sections 104(j) and 206 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] and filed a voluntary petition for relief for the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Commonwealth Title III Case").

B. On May 5, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for COFINA pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "COFINA Title III Case," and, together with the Commonwealth Title III Case, the "Title III Cases").

C. By operation of PROMESA and pursuant to PROMESA section 315(b), the Oversight Board is the representative of the Commonwealth and COFINA as debtors in each of their respective Title III Cases.

D. On June 1, 2017, the United States District Court for the District of Puerto Rico (the "Court") entered an order granting the joint administration of the Title III Cases, for procedural purposes only [Case No. 17-3283, ECF No. 242].

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

E. The Court has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a), and venue is proper in this District pursuant to PROMESA section 307(a).

F. On February 15, 2018, the Court entered an *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* (the "Bar Date Order") [Case No. 17-3283, ECF No. 2521], pursuant to which, among other things, the Court directed that creditors file proofs of claim in the Title III Cases by the dates set forth in the Bar Date Order.

G. Members of the Coalition filed proofs of claim asserting pre-petition claims against each of COFINA and the Commonwealth in respect of COFINA senior bonds and COFINA subordinate bonds that members of the Coalition beneficially held, and any other liabilities, losses, and obligations allegedly owing pursuant to that certain Amended and Restated Sales Tax Revenue Bond Resolution, adopted on July 13, 2007, as amended and restated on June 10, 2009 (as amended and supplemented, the "COFINA Resolution"). Schedules of the proofs of claim filed by members of the Coalition in respect of their COFINA senior bonds and their COFINA subordinate bonds are attached hereto as Exhibits A and B, respectively (collectively, the "COFINA Coalition Bond Claims").[3]

H. The Bank of New York Mellon, as Trustee under the COFINA Resolution, also filed master proofs of claim against COFINA with respect to any and all amounts owing under the

---

[3] Members of the Coalition filed additional proofs of claim in the Commonwealth Title III Case and the Title III cases of the Title III Debtors other than COFINA. This Stipulation addresses only proofs of claims that members of the Coalition filed in respect of their COFINA bonds and obligations owing and claims under, in respect of or relating to the COFINA Resolution and does not affect any proofs of claims filed in respect of any obligations other than COFINA-related obligations, as to which, members expressly reserve all rights with respect to any such other obligations.

3

COFINA Resolution with respect to COFINA senior bonds and COFINA subordinate bonds (the "COFINA Trustee Bond Claims").

I. The Oversight Board filed that certain *Third Amended Title III Plan of Adjustment of the Puerto Rico Sales Tax Financing Corporation* (the "COFINA POA") [Case Nos. 17-3283, ECF No. 4658] on January 9, 2019, and a related *Disclosure Statement for the Second Amended Title III Plan of Adjustment of the Puerto Rico Sales Tax Financing Corporation* (the "COFINA DS") [Case No. 17-3283, ECF No. 43634].

J. Section 2.1(d) of the COFINA POA provides that, "[s]olely for purposes of confirmation and consummation of the Plan, on the Effective Date, (i) Senior COFINA Bond Claims, Senior COFINA Bond Claims (Taxable Election), Senior COFINA Bond Claims (Ambac) and Senior COFINA Bond Claims (National) shall be deemed allowed in the aggregate amount of $7,760,871,398.36" (collectively, the "Allowed Senior COFINA Bond Claims), and "(ii) Junior COFINA Bond Claims, Junior COFINA Bond Claims (Taxable Election) and Junior COFINA Bond Claims (Assured) shall be deemed allowed in the aggregate amount of $9,876,235,996.34" (collectively, the Allowed Junior COFINA Bond Claims"); "provided, however, that, in accordance with the solicitation procedures attendant to the Plan, the foregoing amounts shall be deemed allowed for voting purposes . . . ." COFINA POA § 2.1(d).

K. On November 29, 2018, the Court entered an *Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting and Election Deadlines, and (VIII) Approving Vote Tabulation*

4

*Procedures* (the "Solicitation Procedures Order") [Case No. 17-3283, ECF No. 4382], which, among other things, established procedures for beneficial holders of Allowed Senior COFINA Bond Claims and Allowed Junior COFINA Bond Claims regarding voting of claims to accept or reject the COFINA POA and making certain elections, if applicable, under the COFINA POA.

L. Commencing on December 4, 2018 and continuing periodically thereafter, the Oversight Board filed various (a) omnibus objections to proofs of claims filed against COFINA, including the COFINA Coalition Bond Claims (the "Omnibus Objections") [Case No. 17-3283, ECF Nos. 4416, 4417, 4419, 4420], and (b) individual objections to the COFINA Coalition Bond Claims (the "Individual Objections") [Case No. 17-3283, ECF Nos. 4524, 4535], on the grounds that, among other things, such claims were duplicative of the COFINA Trustee Bond Claims (the Omnibus Objections and the Individual Objections, collectively, the "Claims Objections").

**NOW, THEREFORE,** in consideration of the foregoing, the parties hereby agree as follows:

**AGREEMENT**

1. Subject to the terms and provisions of paragraph 4 hereof and upon the Effective Date, (a) the COFINA Coalition Bond Claims as listed on Exhibits A and B hereto are hereby withdrawn in their entirety; (b) the Title III Debtors' claims and noticing agent, Prime Clerk, LLC, and the Clerk of the Court are authorized and directed to update the Title III Debtors' claims register maintained in the Title III Cases to reflect the withdrawal of the COFINA Coalition Bond Claims; and (c) the Oversight Board's Claims Objections to the Coalition Bond Claims listed on Exhibits A and B are hereby withdrawn.

2.	The withdrawal of the COFINA Coalition Bond Claims, on the terms set forth herein, is without prejudice to any and all rights, claims and actions of the members of the Coalition as holders of Existing Securities (as such term is defined in the COFINA POA) under the COFINA POA or as against any non-Debtor entity.

3.	Nothing herein shall impact any rights of the members of the Coalition to vote the Existing Securities that they beneficially own in accordance with the Solicitation Procedures Order and to make elections, if applicable, with respect to any such Existing Securities under the COFINA POA.

4.	Solely to the extent, and upon the earliest to occur, of (i) the Court entering an order denying confirmation of the COFINA POA, (ii) any court of competent jurisdiction reversing or vacating the order confirming the COFINA POA, or otherwise materially modifying the COFINA POA, (iii) the Effective Date (as defined in the COFINA POA) not occurring by June 1, 2019, or (iv) as to any member of the Coalition, the termination of the Plan Support Agreement (as defined in the COFINA POA), the following shall occur: (a) the Coalition (or any member thereof as to itself) shall, within twenty (20) days of the earliest of such occurrence, file a notice on the dockets of the Title III Cases reinstating the COFINA Coalition Bond Claims, (b) the claims agent shall restore such claims to the claims registers maintained in the Title III Cases without further order of this Court or notice to or consent of any other person, and (c) the parties hereto shall be restored to the *status quo ante* as if this Stipulation had not been entered into or approved and withdrawal of any such claims shall be deemed *void ab initio*.

5.	In the event that any COFINA Coalition Bond Claims are reinstated, the rights of COFINA and the Oversight Board to object to any such COFINA Coalition Bond Claims on any

6

basis whatsoever shall not be prejudiced or limited by this Stipulation. For the avoidance of doubt, the Oversight Board expressly reserves the right to refile its Claims Objections in the event that the related COFINA Coalition Bond Claims are reinstated.

6. The parties hereto represent and warrant that they are duly authorized to enter into and be bound by this Stipulation. Nothing herein shall impair any right, power, or obligation or be considered a waiver of any such right, power or obligation the parties hereto have with respect to any valid and existing agreements between the parties hereto, which agreements remain in full force and effect and are not modified hereby.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

8. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which will be deemed an original, but all of which together will constitute one instrument.

**STIPULATED AND AGREED TO BY:**

| **PROSKAUER ROSE LLP** | **QUINN EMANUEL URQUHART& SULLIVAN, LLP** |
|---|---|
| Martin J. Bienenstock (pro hac vice)<br>Brian S. Rosen (pro hac vice)<br>Jeffrey W. Levitan (pro hac vice)<br>Paul V. Possinger (pro hac vice)<br><br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900 | Susheel Kirpalani (pro hac vice)<br>Eric Kay (pro hac vice)<br><br>51 Madison Avenue<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100 |

**O'NEILL & BORGES LLC**

**REICHARD & ESCALERA, LLC**

Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:   (787) 764-8181
Fax:   (787) 753-8944

Rafael Escalera
USDC No. 122609
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913
Tel: (787) 777-8888
Fax: (787) 765-4225

*Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth*

*Attorneys for the COFINA Senior Bondholders' Coalition*

**SO ORDERED ON December __, 2018**

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE

## Exhibit A

## List of COFINA Senior Bondholders' Coalition Claims based on Senior Bond Holdings by Claimant, Claim Number, and Debtor

| Claimant | Claim Number | Debtor |
|---|---|---|
| Aristeia Master L.P | 25666 | COFINA |
| Aristeia Master L.P | 31979 | Commonwealth of Puerto Rico |
| ASIG International Limited | 20471 | COFINA |
| ASIG International Limited | 27406 | Commonwealth of Puerto Rico |
| Canyon Balanced Master Fund, Ltd. | 24213 | COFINA |
| Canyon Balanced Master Fund, Ltd. | 30735 | Commonwealth of Puerto Rico |
| Canyon Blue Credit Investment Fund L.P. | 30360 | COFINA |
| Canyon Blue Credit Investment Fund L.P. | 37564 | Commonwealth of Puerto Rico |
| Canyon Distressed Opportunity Investing Fund II, L.P. | 31955 | COFINA |
| Canyon Distressed Opportunity Investing Fund II, L.P. | 33123 | Commonwealth of Puerto Rico |
| Canyon Distressed Opportunity Master Fund II, L.P. | 30363 | COFINA |
| Canyon Distressed Opportunity Master Fund II, L.P. | 26671 | Commonwealth of Puerto Rico |
| Canyon NZ-DOF Investing, L.P. | 36324 | COFINA |
| Canyon NZ-DOF Investing, L.P. | 36808 | Commonwealth of Puerto Rico |
| Canyon Value Realization Fund, L.P. | 29691 | COFINA |
| Canyon Value Realization Fund, L.P. | 29712 | Commonwealth of Puerto Rico |
| Canyon Value Realization MAC 18 Ltd. | 33311 | COFINA |
| Canyon Value Realization MAC 18 Ltd. | 27193 | Commonwealth of Puerto Rico |
| Canyon-ASP Fund, L.P. | 28607 | COFINA |
| Canyon-ASP Fund, L.P. | 32011 | Commonwealth of Puerto Rico |
| Canyon-GRF Master Fund II, L.P. | 41748 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Canyon-GRF Master Fund II, L.P. | 32008 | Commonwealth of Puerto Rico |
| Canyon-SL Value Fund, L.P. | 36797 | COFINA |
| Canyon-SL Value Fund, L.P. | 26667 | Commonwealth of Puerto Rico |
| CenturyLink, Inc. Defined Benefit Master Trust | 37064 | COFINA |
| CenturyLink, Inc. Defined Benefit Master Trust | 28992 | Commonwealth of Puerto Rico |
| Compass ESMA LP | 22063 | COFINA |
| Compass ESMA LP | 32025 | Commonwealth of Puerto Rico |
| Compass TSMA LP | 38948 | COFINA |
| Compass TSMA LP | 34183 | Commonwealth of Puerto Rico |
| Corbin ERISA Opportunity Fund, Ltd. | 22588 | COFINA |
| Corbin ERISA Opportunity Fund, Ltd. | 30362 | Commonwealth of Puerto Rico |
| Corbin Opportunity Fund, L.P. | 36319 | COFINA |
| Corbin Opportunity Fund, L.P. | 29178 | Commonwealth of Puerto Rico |
| Credit Fund Golden Ltd. | 28339 | COFINA |
| Credit Fund Golden Ltd. | 37241 | Commonwealth of Puerto Rico |
| Decagon Holdings 1 L.C.C. | 29663/72159 | COFINA |
| Decagon Holdings 1 L.C.C. | 32006 | Commonwealth of Puerto Rico |
| Decagon Holdings 10 L.C.C. | 31957 | COFINA |
| Decagon Holdings 10 L.C.C. | 31997 | Commonwealth of Puerto Rico |
| Decagon Holdings 2 L.C.C. | 37055 | COFINA |
| Decagon Holdings 2 L.C.C. | 29724 | Commonwealth of Puerto Rico |
| Decagon Holdings 3 L.C.C. | 30369 | COFINA |
| Decagon Holdings 3 L.C.C. | 30366 | Commonwealth of Puerto Rico |
| Decagon Holdings 4 L.C.C. | 47512 | COFINA |
| Decagon Holdings 4 L.C.C. | 37221 | Commonwealth of Puerto Rico |
| Decagon Holdings 5 L.C.C. | 36275 | COFINA |
| Decagon Holdings 5 L.C.C. | Not Yet Listed on Registry but Received by Prime Clerk 5/25/18[4] | Commonwealth of Puerto Rico |

---

[4] Counsel was unable to locate a small number of claims filed on behalf of the COFINA Senior Bondholders Coalition on the Claims Registry.   However, counsel received stamped copies of these proofs of claim from the Claims Agent on May 25, 2018 as proof that they were timely filed.   Counsel is willing to make available these

2

| Claimant | Claim Number | Debtor |
|---|---|---|
| Decagon Holdings 6 L.C.C. | 37244/81705 | COFINA |
| Decagon Holdings 6 L.C.C. | 30183 | Commonwealth of Puerto Rico |
| Decagon Holdings 7 L.C.C. | 30393 | COFINA |
| Decagon Holdings 7 L.C.C. | 33805 | Commonwealth of Puerto Rico |
| Decagon Holdings 8 L.C.C. | 35620 | COFINA |
| Decagon Holdings 8 L.C.C. | 32022/41270 | Commonwealth of Puerto Rico |
| Decagon Holdings 9 L.C.C. | 31999 | COFINA |
| Decagon Holdings 9 L.C.C. | 38913 | Commonwealth of Puerto Rico |
| Decagon Holdings 10, L.L.C. | 53085 | COFINA |
| EP Canyon Ltd. (formerly known as Permal Canyon 10 Ltd.) | 38932 | COFINA |
| EP Canyon Ltd. (formerly known as Permal Canyon 10 Ltd.) | 29876 | Commonwealth of Puerto Rico |
| GN3 SIP Limited | 33160 | COFINA |
| GN3 SIP Limited | 30392 | Commonwealth of Puerto Rico |
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 33267/86903 | COFINA |
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 35305 | Commonwealth of Puerto Rico |
| GoldenTree NJ Distressed Fund 2015 LP | 36235 | COFINA |
| GoldenTree NJ Distressed Fund 2015 LP | 30396 | Commonwealth of Puerto Rico |
| Gold Coast Capital Subsidiary X Limited | 26862 | COFINA |
| Gold Coast Capital Subsidiary X Limited | 21264 | Commonwealth of Puerto Rico |
| GoldenTree 2017K-SC, Ltd. | 37051 | COFINA |
| GoldenTree 2017K-SC, Ltd. | 33293 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Fund 2014 LP | 36393 | COFINA |
| GoldenTree Distressed Fund 2014 LP | 30409 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Master | 31323 | COFINA |

copies upon request.

3

| Claimant | Claim Number | Debtor |
|---|---|---|
| Fund 2014 Ltd. | | |
| GoldenTree Distressed Master Fund 2014 Ltd. | 32052 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Fund II LP | 29671 | COFINA |
| GoldenTree E Distressed Debt Fund II LP | 36219 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Master Fund II LP | 28685 | COFINA |
| GoldenTree E Distressed Debt Master Fund II LP | 37242 | Commonwealth of Puerto Rico |
| GoldenTree High Yield Value Fund Offshore (Strategic), Ltd. | 31761/92896 | COFINA |
| GoldenTree High Yield Value Fund Offshore (Strategic), Ltd. | 32031 | Commonwealth of Puerto Rico |
| GoldenTree High Yield Value Master Unit Trust | 31906 | COFINA |
| GoldenTree High Yield Value Master Unit Trust | 32108 | Commonwealth of Puerto Rico |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 28833 | COFINA |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 36428/44409 | Commonwealth of Puerto Rico |
| GoldenTree Master Fund, Ltd. | 30138 | COFINA |
| GoldenTree Master Fund, Ltd. | 30379 | Commonwealth of Puerto Rico |
| GoldenTree Multi-Sector Fund Offshore ERISA, Ltd. | 31305 | COFINA |
| GoldenTree Multi-Sector Fund Offshore ERISA, Ltd. | 31762 | Commonwealth of Puerto Rico |
| GoldenTree Multi-Sector Master Fund ICAV - GoldenTree Multi-Sector Master Fund Portfolio A | 36672 | COFINA |
| GoldenTree Multi-Sector Master Fund ICAV - GoldenTree Multi-Sector Master Fund Portfolio A | 29913 | Commonwealth of Puerto Rico |
| GoldenTree Structured Products - C LP | 31590 | COFINA |
| GoldenTree Structured Products - C LP | 31333 | Commonwealth of Puerto Rico |

4

| Claimant | Claim Number | Debtor |
|---|---|---|
| GoldenTree Structured Products Opportunities Fund Extension Holdings, LLC | 36824 | COFINA |
| GoldenTree Structured Products Opportunities Fund Extension Holdings, LLC | 36251 | Commonwealth of Puerto Rico |
| GT NM, LP. | 27943 | COFINA |
| GT NM, LP. | 36184 | Commonwealth of Puerto Rico |
| Guadalupe Fund, LP | 36005 | COFINA |
| Guadalupe Fund, LP | 24212 | Commonwealth of Puerto Rico |
| High Yield And Bank Loan Series Trust | 33280 | COFINA |
| High Yield And Bank Loan Series Trust | 28589 | Commonwealth of Puerto Rico |
| Louisiana State Employees Retirement System | 26992 | COFINA |
| Louisiana State Employees Retirement System | 31787 | Commonwealth of Puerto Rico |
| MA Multi-Sector Opportunistic Fund, LP | 31964 | COFINA |
| MA Multi-Sector Opportunistic Fund, LP | 29871 | Commonwealth of Puerto Rico |
| Rock Bluff High Yield Partnership, LP. | 33360 | COFINA |
| Rock Bluff High Yield Partnership, LP. | 34787 | Commonwealth of Puerto Rico |
| San Bernardino County Employees Retirement Association | 37348 | COFINA |
| San Bernardino County Employees Retirement Association | 33806 | Commonwealth of Puerto Rico |
| SB Special Situation Master Fund SPC-Portfolio D | 30197 | COFINA |
| SB Special Situation Master Fund SPC-Portfolio D | 44094 | Commonwealth of Puerto Rico |
| Scoggin International Fund, LTD | 35025 | COFINA |
| Scoggin International Fund, LTD | 34297 | Commonwealth of Puerto Rico |
| Scoggin Worldwide Fund, LTD | 26612 | COFINA |
| Scoggin Worldwide Fund, LTD | 34193 | Commonwealth of Puerto Rico |
| Taconic Master Fund 1.5 L.P. | 27133 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Taconic Master Fund 1.5 L.P. | 29763 | Commonwealth of Puerto Rico |
| Taconic Opportunity Master Fund L.P, | 30431 | COFINA |
| Taconic Opportunity Master Fund L.P, | 27856 | Commonwealth of Puerto Rico |
| The Canyon Value Realization Master Fund, L.P. | 38886 | COFINA |
| The Canyon Value Realization Master Fund, L.P. | 30329 | Commonwealth of Puerto Rico |
| The Parochial Employees' Retirement System of Louisiana | 38898 | COFINA |
| The Parochial Employees' Retirement System of Louisiana | 32017 | Commonwealth of Puerto Rico |
| Tilden Park Investment Master Fund LP | 26636 | COFINA |
| Tilden Park Investment Master Fund LP | 30219 | Commonwealth of Puerto Rico |
| Whitebox Asymmetric Partners, LP | 23452 | COFINA |
| Whitebox Asymmetric Partners, LP | 27694 | Commonwealth of Puerto Rico |
| Whitebox Caja Blanca Fund, LP | 27429 | COFINA |
| Whitebox Caja Blanca Fund, LP | 32265 | Commonwealth of Puerto Rico |
| Whitebox Institutional Partners, LP | 43498 | COFINA |
| Whitebox Institutional Partners, LP | 25609/36206 | Commonwealth of Puerto Rico |
| Whitebox Multi-Strategy Partners, LP | 32093 | COFINA |
| Whitebox Multi-Strategy Partners, LP | 27008 | Commonwealth of Puerto Rico |
| Whitebox Term Credit Fund I LP | 28605 | COFINA |
| Whitebox Term Credit Fund I LP | 31755 | Commonwealth of Puerto Rico |
| Windermere Ireland Funds PLC | 31929 | COFINA |

## Exhibit B

### List of COFINA Senior Bondholders' Coalition Claims based on Subordinate Bond Holdings by Claimant, Claim Number, and Debtor

| Claimant | Claim Number | Debtor |
|---|---|---|
| Corbin ERISA Opportunity Fund, Ltd. | 27494 | COFINA |
| Corbin ERISA Opportunity Fund, Ltd. | 33587 | Commonwealth of Puerto Rico |
| Corbin Opportunity Fund, L.P. | 32009 | COFINA |
| Corbin Opportunity Fund, L.P. | 33560 | Commonwealth of Puerto Rico |
| Decagon Holdings 1 L.C.C. | 36252/48684 | COFINA |
| Decagon Holdings 1 L.C.C. | 36227/115036 | Commonwealth of Puerto Rico |
| Decagon Holdings 10 L.C.C. | 43053/112667 | COFINA |
| Decagon Holdings 10 L.C.C. | 38732/115017 | Commonwealth of Puerto Rico |
| Decagon Holdings 2 L.C.C. | 36250/114537 | COFINA |
| Decagon Holdings 2 L.C.C. | 36236/120582 | Commonwealth of Puerto Rico |
| Decagon Holdings 3 L.C.C. | 37896/115029 | COFINA |
| Decagon Holdings 3 L.C.C. | 36270/115052 | Commonwealth of Puerto Rico |
| Decagon Holdings 4 L.C.C. | 38487/115018 | COFINA |
| Decagon Holdings 4 L.C.C. | 39478/107981 | Commonwealth of Puerto Rico |
| Decagon Holdings 5 L.C.C. | 38728/68249 | COFINA |
| Decagon Holdings 5 L.C.C. | 42088/94018 | Commonwealth of Puerto Rico |
| Decagon Holdings 6 L.C.C. | 32229/112817 | COFINA |
| Decagon Holdings 6 L.C.C. | 36273/112532 | Commonwealth of Puerto Rico |
| Decagon Holdings 7 L.C.C. | 41177 | COFINA |
| Decagon Holdings 7 L.C.C. | 38309/125680 | Commonwealth of Puerto Rico |
| Decagon Holdings 7, L.L.C. | 100946 | COFINA |
| Decagon Holdings 8 L.C.C. | 40315/114544 | COFINA |
| Decagon Holdings 8 L.C.C. | 38516/103817 | Commonwealth of Puerto Rico |
| Decagon Holdings 9 L.C.C. | 40225/115087 | COFINA |
| Decagon Holdings 9 L.C.C. | 38723/115123 | Commonwealth of Puerto Rico |
| GN3 SIP Limited | 33956 | COFINA |
| GN3 SIP Limited | 28062 | Commonwealth of Puerto Rico |

| Claimant | Claim Number | Debtor |
|---|---|---|
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 31516 | Commonwealth of Puerto Rico |
| GoldenTree NJ Distressed Fund 2015 LP | 32586 | COFINA |
| GoldenTree NJ Distressed Fund 2015 LP | 31472 | Commonwealth of Puerto Rico |
| Gold Coast Capital Subsidiary X Limited | 31444 | COFINA |
| Gold Coast Capital Subsidiary X Limited | 30215 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Fund 2014 LP | 32604 | COFINA |
| GoldenTree Distressed Fund 2014 LP | 44072/108286 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Master Fund 2014 Ltd. | 43365/112407 | COFINA |
| GoldenTree Distressed Master Fund 2014 Ltd. | 31324 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Fund II LP | 35845 | COFINA |
| GoldenTree E Distressed Debt Fund II LP | 36758 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Master Fund II LP | 32555 | COFINA |
| GoldenTree E Distressed Debt Master Fund II LP | 97589 | Commonwealth of Puerto Rico |
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 32996 | COFINA |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 37501 | COFINA |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 112181 | Commonwealth of Puerto Rico |
| GoldenTree Master Fund, Ltd. | 32591 | COFINA |
| GoldenTree Master Fund, Ltd. | 32594 | Commonwealth of Puerto Rico |
| GTNM, LP. | 31998 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| GTNM, LP. | 33964 | Commonwealth of Puerto Rico |
| Guadalupe Fund, LP | 32547 | COFINA |
| Guadalupe Fund, LP | 33729 | Commonwealth of Puerto Rico |
| High Yield And Bank Loan Series Trust | 44002 | COFINA |
| High Yield And Bank Loan Series Trust | 31675 | Commonwealth of Puerto Rico |
| High Yield Bank and Loan Series Trust | 114597 | COFINA |
| Louisiana State Employees Retirement System | 30670 | COFINA |
| Louisiana State Employees Retirement System | 32435 | Commonwealth of Puerto Rico |
| MA Multi-Sector Opportunistic Fund, LP | 38704/84451 | COFINA |
| MA Multi-Sector Opportunistic Fund, LP | 30834 | Commonwealth of Puerto Rico |
| Pandora Select Partners, LP | 100667 | COFINA |
| Pandora Select Partners, LP | 109765 | Commonwealth of Puerto Rico |
| Taconic Master Fund 1.5 L.P. | 113138 | COFINA |
| Taconic Master Fund 1.5 L.P. | 115050 | Commonwealth of Puerto Rico |
| Taconic Opportunity Master Fund L.P, | 99212 | COFINA |
| Taconic Opportunity Master Fund L.P, | 112942 | Commonwealth of Puerto Rico |
| Tilden Park Investment Master Fund LP | 25705 | COFINA |
| Tilden Park Investment Master Fund LP | 27205 | Commonwealth of Puerto Rico |
| Whitebox Asymmetric Partners, LP | 102245 | COFINA |
| Whitebox Asymmetric Partners, LP | 115134 | Commonwealth of Puerto Rico |
| Whitebox Caja Blanca Fund, LP | 51434 | COFINA |
| Whitebox Caja Blanca Fund, LP | 52002 | Commonwealth of Puerto Rico |
| Whitebox Institutional Partners, LP | 66556 | COFINA |
| Whitebox Institutional Partners, LP | 115673 | Commonwealth of Puerto Rico |
| Whitebox Multi-Strategy Partners, | 65838 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| LP | | |
| Whitebox Multi-Strategy Partners, LP | 118254 | Commonwealth of Puerto Rico |

## **CERTIFICATE OF SERVICE**

I certify that on the date hereof, a true and correct copy of the above and foregoing was served upon all parties via the Court's electronic case filing system (ECF).

/s/ _____