IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.,*<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83D(b) and Local Bankruptcy Rule 9010-1(d), William K. Dreher respectfully moves the Court for leave to withdraw as counsel for The Official Committee of Retired Employees of Puerto Rico in the above-captioned matter, and in support of this Motion certifies as follows:

1. On November 14, 2017, I entered an appearance on behalf of The Official Committee of Retired Employees of Puerto Rico. **Dkt. 1757, 1768**.

2. I will soon no longer be employed as an associate of the law firm of Jenner and Block LLP, and thus will no longer be able to continue my representation of The

---

[1] The Debtors in these jointly-administered PROMESA Title III Cases, along with each Debtor's respective Title III Case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

Official Committee of Retired Employees of Puerto Rico.

3. The Official Committee of Retired Employees of Puerto Rico will continue to be represented in this matter by its current counsel of record, including attorneys at Jenner and Block LLP, who have entered appearances on behalf of The Official Committee of Retired Employees of Puerto Rico.

WHEREFORE William K. Dreher respectfully moves the Court for leave to withdraw as counsel for The Official Committee of Retired Employees of Puerto Rico.

RESPECTFULLY SUBMITTED.

Dated: January 23, 2019

/s/ Robert Gordon
Robert Gordon (admitted *pro hac vice*)
919 Third Ave New York, NY 10022-3908
rgordon@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

William K. Dreher (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue Northwest
Suite 900
Washington, D.C. 20001
wdreher@jenner.com
202-639-3898

*Counsel to The Official Committee Official Committee of Retired Employees of Puerto Rico*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

                                             /s/ Robert Gordon
                                             Robert Gordon