9-UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors. | PROMESA<br><br>TITLE III<br><br><br>NO. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

## OBJECTION TO CONFINA DETERMINATION

I appear in the presence of this Honorable Court" PRO SE" to object COFINA determination **for excluded my name from the claimant lists (CLAIM # 29560)**. At the name of Miriam Sánchez Lebrón, residing in Puerto Rico with the following address HC-04 BOX 4001, Humacao, Puerto Rico 00791-8900, phone number 787-501-9355 and email: sanchez.lebron501@gmail.com.

Under this circumstance and been adversely affected by the Commonwealth of Puerto Rico I have to safeguard my rights refusing the COFINA determination. Due that according to The Financial Oversight and Management Board for Puerto Rico (COFINA). I had filed a Proof of Claim that failed to comply with the applicable rules for filing a Proof of Claim and/or I provide no basis support for my claim.

In order to clear out the above-mentioned subject I am enclosing evidences to valid my claims to the commonwealth of Puerto Rico that can be *corroborate* in *Mr. Antonio Roig Torrellas will*.

First of all, my grandfather *Mr. Eladio Lebron* (death) is an **illegitimate** son of *Mr. Antonio R. Roig Torrellas* as a result, he was supposed to receive a heredity that his father let to him, like he did with his other step brothers, but neither him nor my mother never received the assets heredity. After my grandfather die the family lawyer made the participation and adjudication assets heredity in the Humacao Superior Court and this documentation is under custody of the Commonwealth of Puerto Rico court

According to my investigation and knowledge his heredity covers North and South America, Near East, Far East, Middle East, Europe, Asia, Africa afterwards I have to claim as I had done with Puerto Rico. In my research. I found that in Puerto Rico included a lot of the real estates all over the municipalities, that now almost all of his properties and/ or participation is in hands of the commonwealth of Puerto Rico. In other hand, my mother Mrs. Juana Lebron Perez (death) was his first marriage daughter and never claims my grandfather heredity for lock of documentation and knowledge of the assets.

My grandfather Mr. Eladio Lebron died on March 18, 1955, from then on my mother Mrs. Juana Lebron Perez acquired a **writ** for **Participation and Assets Adjudication Heredity** with the number **twenty (20)**, notary by the lawyer **Aguedo Mojica Marrero** dated **August 1, 1955. (Exhibit No.1)**.

> 1.*Juana Lebron Perez Writ no. 20 dated August 1, 1955 Participation and Adjudication of Heredity.*

| |
|---|
| *2. A open will in favor of Miriam Sanchez Lebron and Carlos M. Sanchez Lebron.* |
| *3. Eladio Lebron Honorable Discharge.* |
| *4. Eladio Lebron certificate of Marriage with Margarita Perez Delgado.* |
| *5.. Juana Lebrón Pérez birth certificate* |
| 6. *Juana Lebrón Pérez death certificate.* |

Based on this writ the **Humacao Superior Court** made **three resolutions** the one dated on **June 24, 1955** appear in the case **CS-55-413** this resolution was the only one that **Inactive File Program Judicial Branch** provided us. According to *Ms. Maria Socorro Rosario Flores*, Director of **Inactive File Program Judicial Branch**, anything else in relation to my grandfather in accordance with a phone voice recorded she left me. (Exhibit No.2). But she never mentioned to us this case no. **CS-1955-0732** which contained these **two resolutions** dated on April 29 and July 10, 1955, **that had been hiding to us since 1997 up to this day for more than two decades and we had been adversely affected and in a violation of our civil rights by the Commonwealth of Puerto Rico, General Court of Justice, Inactive File Program Judicial Branch.** Enclosed a summary with evidences of all the time I had requested these two resolutions to the Commonwealth of Puerto Rico Court Administration, Inactive File Program, Judicial Branch, Hon. Sonia Ivette Velez Colon, Court Administration Director, General Justice Department and some other requests I had made through United District Court of Puerto Rico.

| Exhibit No. 2 |
|---|
| 1. *Voice recorded from Ms. Maria Socorro Rosario Flores, Director Inactive File Program Judicial Branch.* |
| 2. *Resolution dated June 24, 1955 requested for first time to the Inactive File Program 1997. (The only one that appear in file).* |
| 3. *October 1, 2009 requested of these two resolutions to the Inactive File Program. What I obtained was my grandfather divorce judgement from my grandmother Mrs. Margarita Perez Delgado. (2009)* |
| 4. *Requesting the two resolutions to the Commonwealth of Puerto Rico, First Instance Humacao Court. Judicial Center at Humacao. In case no. HSCI-2007-1220 (2010).* |
| 5. *Motion requesting order or authorization to obtain copies of the two resolutions made by legal representative John A. Stewart Ahedo this time he went with us to the Inactive file Program in there they show him an enveloped that belong to my grandfather with a confidential document that don't let him see because this time the commonwealth of Puerto Rico Court was supposed to open. (encl. my lawyer certification 2010).* |
| 6. *January 18, 2011, I wrote a letter to Honorable Sonia Ivette Velez Colon Director of Court Administration requesting the two resolutions. But what I received was a letter from her telling me that my letter was referred to Mrs. Maria Socorro Rosario Flores to investigate my case. (No answer up today)* |

7. My lawyer John Steward Ahedo submitted another motion to the Commonwealth of P.R., First Instance Humacao Court. He received a notification from the court authorized us to inspected the file but the resolutions were not there and the enveloped was open. (2011).

8. I request pro se these two resolutions to the United States District Court of Puerto Rico but the case was dismissed due to lock of jurisdiction. (2012).

9. On April 10, 2013 I went to the Commonwealth Justice Secretary and I request these two resolutions. (No answer).

10. On September 25, 2013 my lawyer Edwin Leon Leon again requests the two resolutions but this time the court informed us that file was confiscated.

11. On April 19, 2013 I requested again to the Inactive File Program but this time they returned to me the stamps because the documents requested not found on the file.

12. On June 14, 2016 I contract the service of the lawyer Tu Oficina Legal PR to search these two resolutions but again she didn't find nothing.

13. By September 7, 2016 I found the correct number case CS1955-0732 of the file I was searching for long time, so I made the request in the First Instance Humacao Court official Ms. Vilmarie Camacho contacted the Inactive File Program in front of me and they told her that case was there but in digital form to waited 4 weeks until the get me the copies.

> *So, on October 7, 2016 I went there and I spoke with Ms. Vilmarie Camacho she searches to see if my request was there and she didn't find it so she called to the Inactive File Program and spoke with Ms. Isabel Rivera and she requested me to pass by the office on October 11, 2016. On October 11, 2016 the same thing happened so again she called up again to the Inactive file Program and Mrs. Isabel Rivera told her that the file was confiscated. To pass by the of Inactive file Program to obtained a certification from the office but the certification they gave me was not signed by director.*

Right now, had an active **case 3:2017-cv-02379** in United District Court of Puerto Rico claims these two resolutions through **The Freedom of Information Act.** due that one of the resolutions I had mentioned before is about some saving bonus my grandfather received for his service render during the world war II and is also missing in the Inactive File Program Judicial Branch neither in the First Instance Humacao Superior Court had any record for my grandfather but nevertheless they had file records for the years of 1950 and 1951 from other person's name.

The reason for hide me these two resolutions is the following: most of my grandfather **properties or participation with Antonio Roig Successor, Inc.,** are now belong to the Commonwealth of Puerto Rico all around the Island. This included the 78 municipalities. Enclosed you will find **samples copies** of the **extensive volume** of properties I have to claim as a proof of my claims I had found in my investigation for all the cases here.

| | | |
|---|---|---|
| Puerto Rico Sales Tax Financing Corporation (COFINA) Case No. 17-bk-03284<br><br>La Corporación del Fondo de Interés Apremiante de Puerto Rico<br><br>Exhibit No.4 | | Petition Date<br><br>May 5, 2017 |
| Puerto Rico Highways and Transportation Authority Case No. 17-bk-03567<br><br>La Autoridad de Carreteras y Transportación de Puerto Rico<br><br>Exhibit No. 5 | | Petition Date<br><br>May 21, 2017 |
| Employees Retirement System of the Government<br><br>Of the Commonwealth of Puerto Rico<br><br>Exhibit No.6 | Case No. 17-bk-03566 | Petition Date<br><br>May 21, 2017 |
| Puerto Rico Electric Power Authority<br><br>La Autoridad de Energía Eléctrica de Puerto Rico<br><br>Exhibit No.7 | Case No. 17-bk-04780 | Petition Date<br><br>July 2, 2017 |

I declare that the foregoing is true and correct.

Executed on January 24, 2019

Miriam Sanchez Lebron-
claim # 29560