**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　Debtors. [1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

**APPLICATION FOR ADMISSION *PRO HAC VICE* BY GRANT J. ESPOSITO**

　　　　COMES NOW Grant J. Esposito ("Applicant") respectfully stating and praying as follows:

1.　　　Applicant is an attorney with the law firm of Morrison & Foerster LLP, with offices at:

> **Address:** 250 West 55th Street, New York, NY 10019
> **Email:** gesposito@mofo.com
> **Telephone:** 212-468-8166
> **Fax:** 212-468-7900

2.　　　Applicant has been retained as counsel by certain creditors, which we are referring to as "PBA Funds"[2], that hold Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds ("PBA Bonds") issued by the Puerto Rico Public Buildings Authority (the "PBA").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (9686).

[2] *See Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Docket No. 3299]. The PBA Funds intend to file a supplemental verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and the *Order Further Amending Case Management Procedures* [Case No. 17-3283-LTS, Docket No. 4086].

ny-1357946

3. Applicant will sign all pleadings and papers with the name Grant J. Esposito.

4. Since June 14, 1993, Applicant has been and presently is a member in good standing of the Bar of the highest court in the State of New York, where Applicant regularly practices law. Applicant's New York State bar license number is 2557536.

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following courts in New York:

| Court | Admission Date |
|---|---|
| United States District Court for the Southern District of New York | 1993 |
| United States District Court for the Eastern District of New York | 1993 |

6. Applicant hereby attests that he is not suspended from practice nor has he been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant has not filed for pro hac vice admission in the U.S. District Court for the District of Puerto Rico in the preceding three years.

8. Local counsel of record associated with applicant in this matter are:

Gerardo A. Carlo-Altieri
Kendra Loomis
G. Carlo-Altieri Law Offices, LLC
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com

9. Applicant has read the Local Rules of this Court and will comply with them including the provision which requires the payment of an admission fee in the amount of $300.00 to the Clerk, U.S. District Court.

ny-1357946

2

**WHEREFORE**, Applicant respectfully requests to be admitted *pro hac vice* in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: January 16, 2019.

Grant J. Esposito
Printed Name of Applicant

*/s/ Grant Esposito*
Signature of Applicant

## **CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE**

We hereby certify pursuant to L.Cv.R. 83A(f) that we consent to the designation of local counsel of record for all purposes and that we caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. We also certify that we filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties required to receive notice in the captioned proceeding. In San Juan, Puerto Rico, this 19th day of January 2019.

                                                          **G. Carlo-Altieri Law Offices, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

/s/Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
Email: gacarlo@carlo-altierilaw.com

/s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255

# **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, hereby orders that the application is granted.

The Clerk of Court shall deposit the admission fee into the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_ day of January, 2019.

_____
Hon. Laura Taylor Swain
U.S. District Court Judge