UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

**Re: ECF No. 4398**

(Jointly Administered)

---------------------------------------------------------------x

ASOCIACIÓN PUERTORRIQUEÑA DE LA
JUDICATURA, INC.,

    Movant,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Respondent.

PROMESA
Title III

No. 17 BK 3283-LTS

---------------------------------------------------------------x

**JOINT INFORMATIVE MOTION REGARDING
HEARING ON MOTION FOR RELIEF FROM STAY
FILED BY ASOCIACIÓN PUERTORRIQUEÑA DE LA JUDICATURA, INC.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), and Asociación Puertorriqueña de la Judicatura, Inc. ("APJ"), respectfully submit this Joint Informative Motion (this "Joint Motion") regarding the hearing of the Motion for Relief from Stay (the "Motion") filed by the APJ [ECF No. 4398]. In support of this Joint Motion, parties respectfully state as follows:

1. In light of the relocation of the omnibus hearing scheduled for January 30, 2019 and the parties' desire to hold a mediation session, the parties hereby inform the Court that they have conferred and agreed to continue the hearing on the Motion to the omnibus hearing scheduled for March 13, 2019 in San Juan.

Dated: January 24, 2019

San Juan, Puerto Rico

Respectfully submitted,

*/s/Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square

New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email : brosen@proskauer.com
Email : ppossinger@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico*

*s/David C. Indiano*
DAVID C. INDIANO
USDC-PR NO. 200601
JEFFREY M. WILLIAMS
USDC-PR No. 202414
**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
david.indiano@indianowilliams.com
jeffrey.williams@indianowilliams.com

*Attorneys for Asociación Puertorriqueña de la Judicatura, Inc.*

2