UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>             Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>             Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>Related to Debtor COFINA Only |

---

* The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# MOTION FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS IN SUPPORT OF SUPPLEMENTAL BRIEF AND EXTENSION OF TIME TO FILE CERTIFIED TRANSLATIONS

To the Honorable United States District Court Judge Laura Taylor Swain:

COMES NOW the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of COFINA in the Title III Case, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), and the COFINA Senior Bondholders' Coalition (the "Senior Coalition," and collectively with the Oversight Board and AAFAF, the "Plan Support Parties"), by and through their respective undersigned counsel and respectfully state as follows:

1. Today, the Plan Support Parties will file their *Supplemental Brief of Plan Support Parties in Support of Proposed Findings of Fact and Conclusions of Law and Order Confirming Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* (the "Supplemental Brief") along with the *Declaration of Susheel Kirpalani in Support of Supplemental Brief of Plan Support Parties in Support of Proposed Findings of Fact and Conclusions of Law and Order Confirming Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* (the "Kirpalani Declaration"). Attached as exhibits to the Kirpalani Declaration are *Telefonica Larga Distancia de Puerto Rico, Inc. v. Departamento de Hacienda*, No. KCO97-0021, 2001 WL 1764054 (P.R. Court of Appeals 2001), and *Asociación De Empleados Gerenciales De La Corporación Del Fondo Del Seguro Del Estado*, KLAN201500471, 2015 WL 4075649, (P.R. Court of Appeals 2015), Puerto Rico Court of Appeals cases that are only published in Spanish. The Kirpalani Declaration will also be accompanied by a Spanish version of page 2505 of the Puerto Rico Constitutional Convention Diary.

MOTION FOR LEAVE TO FILE
SPANISH LANGUAGE DOCUMENTS
2

2. Certified translations of these documents are being prepared, and should be completed by tomorrow night. The Plan Support Parties respectfully request leave from the Court to accept the aforementioned exhibits in Spanish while the translations are being completed. Neither this Court nor the parties will be prejudiced by the filing these exhibits in Spanish.

WHEREFORE, it is respectfully requested from this Court to grant our request to file these exhibits in Spanish and to accept the certified translations as soon as these are completed, but no later than tomorrow night.

[Signature Pages to Follow]

MOTION FOR LEAVE TO FILE
SPANISH LANGUAGE DOCUMENTS

3

Dated: January 24, 2019
San Juan, Puerto Rico

Respectfully submitted,

*/s/*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Chris Theodoridis (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for COFINA*

*/s/*

Hermann D. Bauer
USDC No. 215205
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for COFINA*

Dated: January 24, 2019
San Juan, Puerto Rico

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/* <br> John J. Rapisardi <br> Suzzanne Uhland <br> Peter Friedman <br> **O'MELVENY & MYERS LLP** <br> 7 Times Square <br> New York, NY 10036 <br> Tel: (212) 326-2000 <br> Fax: (212) 326-2061 <br><br> *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | */s/* <br> Luis C. Marini-Biaggi <br> USDC No. 222301 <br> Carolina Velaz-Rivero <br> USDC No. 300913 <br> **MARINI PIETRANTONI MUÑIZ LLC** <br> MCS Plaza, Suite 500 <br> 255 Ponce de León Ave. <br> San Juan, Puerto Rico 00917 <br> Tel: (787) 705-2171 <br> Fax: (787) 936-7494 <br><br> *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

MOTION FOR LEAVE TO FILE
SPANISH LANGUAGE DOCUMENTS
5

DATED: January 24, 2019

Respectfully submitted,

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| **By :** */s/ Rafael Escalera*<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*)<br>susheelkirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | **Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com |
| **Fernando Van Derdys**<br>USDC-PR 201913<br>fvander@reichardescalera.com | **Eric Kay** (*pro hac vice*)<br>erickay@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | **Kate Scherling** (*pro hac vice*)<br>katescherling@quinnemanuel.com |
| **Gustavo A. Pabón-Rico**<br>USDC-PR 231207<br>pabong@reichardescalera.com | **Darren M. Goldman** (*pro hac vice*)<br>darrengoldman@quinnemanuel.com |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |

*Co-Counsel for the COFINA Senior Bondholders' Coalition*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

        */s/Carlos R. Rivera-Ortiz*
        USDC-PR 303409