Exhibit A

Proposed Order

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>Related to Debtor COFINA Only |

---

　　　* The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS IN SUPPORT OF
SUPPLEMENTAL BRIEF AND
<u>EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATION</u>**

Upon consideration of the motion filed by the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as representative of COFINA in the Title III Case, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>"), and the COFINA Senior Bondholders' Coalition (the "<u>Senior Coalition</u>," and collectively with the Oversight Board and AAFAF, the "<u>Plan Support Parties</u>") on January 24, 2019 seeking an Order permitting them to file Spanish-language versions of *Telefonica Larga Distancia de Puerto Rico, Inc. v. Departamento de Hacienda, No. KCO97-0021, 2001 WL 1764054* (P.R. Court of Appeals 2001)*, Asociación De Empleados Gerenciales De La Corporación Del Fondo Del Seguro Del Estado, KLAN201500471, 2015 WL 4075649,* (P.R. Court of Appeals 2015), and page 2505 of the Puerto Rico Constitutional Convention Diary while certified English translations are prepared, it is hereby ORDERED that:

1. The motion is **GRANTED** as set forth herein.

2. The Plan Support Parties are permitted to file the Spanish version of *Telefonica Larga Distancia de Puerto Rico, Inc. v. Departamento de Hacienda, No. KCO97-0021, 2001 WL 1764054* (P.R. Court of Appeals 2001)*, Asociación De Empleados Gerenciales De La Corporación Del Fondo Del Seguro Del Estado, KLAN201500471, 2015 WL 4075649,* (P.R. Court of Appeals 2015), and page 2505 of the Puerto Rico Constitutional Convention Diary.

3. Certified English translations of *Telefonica Larga Distancia de Puerto Rico, Inc. v. Departamento de Hacienda, No. KCO97-0021, 2001 WL 1764054* (P.R. Court of Appeals 2001)*, Asociación De Empleados Gerenciales De La Corporación Del Fondo Del Seguro Del Estado,*

*KLAN201500471, 2015 WL 4075649,* (P.R. Court of Appeals 2015), and page 2505 of the Puerto Rico Constitutional Convention Diary, shall be filed no later than tomorrow night.

Dated: January __, 2019

                                                                                                                              _____
                                                                                                                              LAURA TAYLOR SWAIN
                                                                                                                              United States District Judge