United States District Court
Exhibits Log for: 17-3283, 17-3284, 17-133 and 17-AP-257 (LTS)
*9019 Settlement Approval Motion *Confirmation Hearing of COFINA 3rd Amended Title III Plan, 1/16/2019

| Exhibit | Rls | Identified | Admitted | Description |
|---|---|---|---|---|
| Mov-DX-A | No | 1/16/2019 10:53 AM | 1/16/2019 10:53 AM | Order Appointing Mediation Team [Case No. 17 BK 3283, ECF No. 430] |
| Mov-DX-AA | No | 1/16/2019 11:28 AM | 1/16/2019 11:28 AM | Mutual Fund Group's and Puerto Rico Funds' Answer and Counterclaims, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17- 00257, ECF No. 88 |
| Mov-DX-B | No | 1/16/2019 10:57 AM | 1/16/2019 10:57 AM | Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute [Case No. 17-3283, ECF No. 996] |
| Mov-DX-BB | No | 1/16/2019 11:29 AM | 1/16/2019 11:29 AM | Answer in Intervention and Counter- and Crossclaims of the COFINA Senior Bondholders' Coalition, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 90 |
| Mov-DX-C | No | 1/16/2019 10:58 AM | 1/16/2019 10:58 AM | Joint Informative Motion of Commonwealth Agent and COFINA Agent Disclosing Agreement in Principle, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 486 |
| Mov-DX-CC | No | 1/16/2019 11:29 AM | 1/16/2019 11:29 AM | Intervenor-Defendant and Counterclaimant Ambac Assurance Corporation's Answer and Affirmative Defenses, Adv. Proc. No. 17-00257, ECF No. 94 |
| Mov-DX-D | No | 1/16/2019 10:59 AM | 1/16/2019 10:59 AM | A and R Plan Support Agreement |
| Mov-DX-DD | No | 1/16/2019 11:30 AM | 1/16/2019 11:30 AM | Commonwealth Agent's Motion for Summary Judgment and Incorporated Memorandum of Law, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF Nos. 321, 322, 323, 324 |
| Mov-DX-E | No | 1/16/2019 11:00 AM | 1/16/2019 11:00 AM | Settlement Agreement, dated as of October 19, 2018, between the Financial Oversight and Management Board for Puerto Rico and Bettina M. Whyte |
| Mov-DX-F | No | 1/16/2019 11:02 AM | 1/16/2019 11:02 AM | Disclosure Statement for the Second Amended Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation [Case No. 17 BK 3284, ECF No. 368] |
| Mov-DX-G | No | 1/16/2019 11:03 AM | 1/16/2019 11:03 AM | Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [Case No. 17 BK 3284, ECF No. 436] (as may be modified further, the "Plan") |
| Mov-DX-J | No | 1/16/2019 11:04 AM | 1/16/2019 11:04 AM | [Case No. 17 BK 3284, ECF No. 375] (the "Disclosure Statement Order") |
| Mov-DX-K | No | 1/16/2019 11:04 AM | 1/16/2019 11:04 AM | Amended and Restated Sales Tax Revenue Bond Resolution, adopted on July 13, 2007, as amended and restated on June 10, 2009 |
| Mov-DX-L | No | 1/16/2019 11:05 AM | 1/16/2019 11:05 AM | New Fiscal Plan for Puerto Rico, as certified by the Financial Oversight and Management Board for Puerto Rico, dated October 23, 2018 |
| Mov-DX-LL | No | 1/16/2019 11:30 AM | 1/16/2019 11:30 AM | Hearing Transcript, April 10, 2018, Adv. Proc. No. 17-00257 |
| Mov-DX-M | No | 1/16/2019 11:06 AM | 1/16/2019 11:06 AM | Complaint, Lex Claims, LLC v. Garcia-Padilla; District Court, District of Puerto Rico, July 20, 2016, |
| Mov-DX-MM | No | 1/16/2019 11:30 AM | 1/16/2019 11:30 AM | Motion and Incorporated Memorandum of Law of the COFINA Agent to Certify Questions Under PR Law to the Supreme Court of Puerto Rico, Committee of Unsecured Creditors v. Whyte, 17-AP-257 ECF No 329 |
| Mov-DX-N | No | 1/16/2019 11:06 AM | 1/16/2019 11:06 AM | Second Amended Complaint, Lex Claims, LLC v. Garcia-Padilla; District Court, District of Puerto Rico, November 4, 2016, Case No. 16-2374-FAB, ECF No. 78 |
| Mov-DX-NN | No | 1/16/2019 11:32 AM | 1/16/2019 11:32 AM | Statement of the COFINA Senior Bondholders' Coalition in Support of, and Joinder to, the Motion of the COFINA Agent, Adv. Proc. No. 17-00257, ECF No. 332 |
| Mov-DX-O | No | 1/16/2019 | 1/16/2019 | Answer to Second Amended Complaint, Lex Claims, LLC v. Garcia- |

| | | | | |
|---|---|---|---|---|
| | | 11:07 AM | 11:07 AM | Padilla; District Court, District of Puerto Rico, December 16, 2016, Case No. 16-2374- FAB, ECF No. 164 |
| Mov-DX-OO | No | 1/16/2019 11:32 AM | 1/16/2019 11:32 AM | Mutual Fund Group and Puerto Rico Funds' Motion to Certify Questions of Law to the Supreme Court of Puerto Rico, Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 331 |
| Mov-DX-P | No | 1/16/2019 11:08 AM | 1/16/2019 11:08 AM | Intervenor-Defendant Ambac Assurance Corporation's Motion to Dismiss Case No. 16-2374-FAB, ECF No. 232 |
| Mov-DX-Q | No | 1/16/2019 11:08 AM | 1/16/2019 11:08 AM | Whitebox Multi-Strategy Partners, L.P., et al. v. Bank of New York Mellon Corp., 651969/2017 (Sup. Ct. N.Y. County April 12, 2017) [ECF No. 1] |
| Mov-DX-QQQ | No | 1/16/2019 11:37 AM | 1/16/2019 11:37 AM | English Version of the Puerto Rico Sales Tax Financing Corporation Act ("New Bond Legislation") Act 241-2018 [Case No. 17-BK-3283, ECF No. 4760-1] |
| Mov-DX-R | No | 1/16/2019 11:10 AM | 1/16/2019 11:10 AM | Ambac Assurance Corp. V. The Bank of New York Mellon, 652356/2017 (Sup. Ct. N.Y. May 2, 2017) [ECF No. 1] |
| Mov-DX-RRR | No | 1/16/2019 11:37 AM | 1/16/2019 11:37 AM | Order Granting Urgent Motion for Entry of Order Extending Election of Distribution Deadline in Connection with the COFINA Plan of Adjustment (17-bk-3284; ECF No. 400) |
| Mov-DX-S | No | 1/16/2019 11:10 AM | 1/16/2019 11:10 AM | Complaint, Bank of New York Mellon v. COFINA, et al. [Adv. Pro. No. 17-00133, ECF No. 1] |
| Mov-DX-SSS | No | 1/16/2019 11:38 AM | 1/16/2019 11:38 AM | COFINA Fiscal Plan (October 18, 2018) |
| Mov-DX-T | No | 1/16/2019 11:11 AM | 1/16/2019 11:11 AM | [Adv. Pro. No. 17-00133, ECF No. 110] (the "Disputed Funds Order") |
| Mov-DX-TT | No | 1/16/2019 11:33 AM | 1/16/2019 11:33 AM | Memorandum Order, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17- 00257, ECF No. 483. |
| Mov-DX-TTT | No | 1/16/2019 11:38 AM | 1/16/2019 11:38 AM | Act of May 13, 2006, No. 91-2006, 2006 P.R. Laws 246 et seq. (codified as amended at P.R. Laws Ann. tit. 13, § 12) (as amended, "Act 91") |
| Mov-DX-U | No | 1/16/2019 11:13 AM | 1/16/2019 11:13 AM | Stipulation and [Proposed] Order, [Adv. Pro. No. 17- 00133, ECF No. 420] |
| Mov-DX-UU | No | 1/16/2019 11:33 AM | 1/16/2019 11:33 AM | Press Release, Oversight Board Reaches Deal with COFINA Bondholder, Financial Oversight and Management Board for Puerto Rico, dated August 8, 2018. |
| Mov-DX-V | No | 1/16/2019 11:26 AM | 1/16/2019 11:26 AM | Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute [Case No. 17-3283, ECF No. 303] |
| Mov-DX-VV | No | 1/16/2019 11:34 AM | 1/16/2019 11:34 AM | Commonwealth Agent's Informative Motion With Respect to Oversight Board's Announcement, Dated August 8, 2018, Regarding Certain Terms for COFINA Plan of Adjustment, 17-AP-257, ECF No. 540 |
| Mov-DX-W | No | 1/16/2019 11:27 AM | 1/16/2019 11:27 AM | Order Denying, Without Prejudice, Commonwealth- COFINA Dispute Procedures Motion [Case No. 17- 3283, ECF No. 544] |
| Mov-DX-WW | No | 1/16/2019 11:35 AM | 1/16/2019 11:35 AM | Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice…[Case No. 17 BK 3284, ECF No. 375] |
| Mov-DX-X | No | 1/16/2019 11:28 AM | 1/16/2019 11:28 AM | Revised Motion of Debtors for Order Approving Stipulation Providing Procedure to Resolve Commonwealth-COFINA Dispute [Case No. 17- 3283, ECF No. 718] |
| Mov-DX-XX | No | 1/16/2019 11:36 AM | 1/16/2019 11:36 AM | Seventh Supplemental Sales Tax Revenue Bond, adopted on June 10, 2009. |
| Mov-DX-Y | No | 1/16/2019 11:28 AM | 1/16/2019 11:28 AM | Complaint, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 1 |
| Mov-DX-YY | No | 1/16/2019 11:37 AM | 1/16/2019 11:37 AM | The Securities Terms for the COFINA Plan of Adjustment, attached to the Press Release, Oversight Board Reaches Deal with COFINA Bondholder, FOMB, dated August 8, 2018 (the "Securities Terms") |
| Mov-DX-ZZZ | No | 1/16/2019 11:39 AM | 1/16/2019 11:39 AM | Stipulation and Order [Adv. Pro. No. 17-00133, ECF No. 415] |
| Resp-CS-1 | No | 1/16/2019 11:45 AM | 1/16/2019 11:45 AM | October 17, 2017 Letter to the Court from Mark Elliott (Dkt. 1559) [Case No. 17-3283, ECF No 4763, Exhibit 1] |
| Resp-CS-2 | No | 1/16/2019 | 1/16/2019 | Official Statement for Sales Tax Revenue Bonds, Subordinate |

| | | | | |
|---|---|---|---|---|
| Resp-CS-... | No | 1/16/2019 11:46 AM | 1/16/2019 11:46 AM | ...ment 20...7-3283, ECF No 4763, Exhibit 2] |
| Resp-CS-3 | No | 1/16/2019 11:47 AM | 1/16/2019 11:47 AM | Elliot Asset Management homepage, https://www.elliottam.com/ [Case No. 17-3283, ECF No 4763, Exhibit 3] |
| Resp-CS-4 | No | 1/16/2019 2:51 PM | 1/16/2019 2:51 PM | Email from James Sparks to Matthew Rodrigue dated May 11, 2018 |
| Resp-GMS-1 | No | 1/16/2019 2:46 PM | 1/16/2019 2:46 PM | Mark Elliot's Declaration [Case No. 17-3283, ECF No. 4769] |
| Resp-GMS-2 | No | 1/16/2019 2:47 PM | | Article "The Bondholders who bet on the Puerto Rico Use Sales and Use Tax" (Not admitted as per stipulation) |
| Resp-GMS-3 | No | 1/16/2019 2:48 PM | | Article "Billions in Muni Bonds had Ratings Slashed. Blame Puerto Rico" (Not admitted as per stipulation) |
| Resp-GMS-A | No | 1/16/2019 2:17 PM | 1/16/2019 2:17 PM | Bond Prices 5.17 to 12.18: Senior COFINA Cusip 74529jnu5 and Junior COFINA 74529jll7 (as of 12/29/2018) |
| Resp-GMS-A (ii) | No | 1/16/2019 11:05 AM | 1/16/2019 11:05 AM | Junior COFINA Rating Changes |
| Resp-GMS-AA | No | 1/16/2019 11:25 AM | 1/16/2019 11:25 AM | Authorized Statement Issued by the Governor`s Representative to the FOMB Christian Sobrino-Vega, Dated 11/15/2018 |
| Resp-GMS-Aiii | No | 1/16/2019 10:30 AM | 1/16/2019 10:30 AM | EMMA Report CUSIP: 74529JLH6 |
| Resp-GMS-B | No | 1/16/2019 2:17 PM | 1/16/2019 2:17 PM | Documents issued by the PR government (w/English translation) |
| Resp-GMS-B (ii) | No | 1/16/2019 1:40 PM | 1/16/2019 1:40 PM | Senior and Junior COFINA Bond Price Valued Statutory Lien in 2010 |
| Resp-GMS-BB | No | 1/16/2019 11:24 AM | 1/16/2019 11:24 AM | Puerto Rico gov says he didn`t defy fiscal board by paying the Christmas bonus |
| Resp-GMS-Biii | No | 1/16/2019 10:31 AM | 1/16/2019 10:31 AM | EMMA Report CUSIP: 74529JLM5 |
| Resp-GMS-C | No | 1/16/2019 2:18 PM | 1/16/2019 2:18 PM | Statement of Undisputed Material Facts in Further Support of the Motion for Summary Judgment by the COFINA Agent [Case No. 3:17-AP-257, ECF No. 312] |
| Resp-GMS-C (ii) | No | 1/16/2019 11:14 AM | 1/16/2019 11:14 AM | EMMA Report |
| Resp-GMS-CC | No | 1/16/2019 11:27 AM | 1/16/2019 11:27 AM | Article from U.S. Legal News, dated 12/10/2018 – "Puerto Rico governor signs bill for $2 billion in tax relief" |
| Resp-GMS-D | No | 1/16/2019 2:18 PM | 1/16/2019 2:18 PM | Puerto Rico Official Statement Cover Sheet – General Obligation Bonds of 2014, Series A |
| Resp-GMS-D (ii) | No | 1/16/2019 11:17 AM | 1/16/2019 11:17 AM | Issuance of Puerto Rico Sales Tax Financing Corporation Sales Tax Revenue Bonds, First Subordinate Series 2010C Dated June 24, 2010 |
| Resp-GMS-DD | No | 1/16/2019 2:30 PM | 1/16/2019 2:30 PM | "Doing Business 2019 – Training for Reform" – A World Bank Group Flagship Report, 16th Edition |
| Resp-GMS-E | No | 1/16/2019 2:18 PM | 1/16/2019 2:18 PM | Email from Gerardo Portela Franco dated May 7, 2018 |
| Resp-GMS-EE | No | 1/16/2019 1:56 PM | 1/16/2019 1:56 PM | Congressional Record-Senate |
| Resp-GMS-F | No | 1/16/2019 11:00 AM | | News Article by Arthur Gonzalez dated 11/20/2018 (not admitted as per stipulation) |
| Resp-GMS-F (ii) | No | 1/16/2019 10:21 PM | 1/16/2019 10:21 PM | Issuance of Puerto Rico Sales Tax Financing Corporation Sales Tax Revenue Bonds, Senior Series 2011D, Dated December 1, 2011 |
| Resp-GMS-FF | No | 1/16/2019 10:37 PM | 1/16/2019 10:37 PM | Senate Report No. 422, July 2, 1947: Amending the Organic Act of Puerto Rico |
| Resp-GMS-G | No | 1/16/2019 2:19 PM | 1/16/2019 2:19 PM | New Fiscal Plan for Puerto Rico – Draft as of October 21, 2018 |
| Resp-GMS-G (ii) | No | 1/16/2019 10:28 PM | 1/16/2019 10:28 PM | Amended and Restated Sales Tax Revenue Bond Resolution (Adopted: 07/13/2007 Amended 06/10/2009) |
| Resp-GMS-H | No | 1/16/2019 11:10 AM | | Article by Ricardo Cortes Chico published at El Nuevo Dia on 12/06/2018. (Not admitted as per stipulation) |

| | | | | |
|---|---|---|---|---|
| Resp-GMS-H (ii) | No | 1/16/2019 10:29 AM | 1/16/2019 10:29 AM | Credit Ratings for COFINA (Senior Lien and First Subordinate Lien) as of 07/24/2015 |
| Resp-GMS-I | No | 1/16/2019 11:11 AM | | Article published at Caribbean Business on 12/05/2018 (Not admitted as per stipulation) |
| Resp-GMS-I (ii) | No | 1/16/2019 10:31 AM | 1/16/2019 10:31 AM | Credit Ratings for COFINA (Senior Lien and First Subordinate Lien) as of 01/01/2019 |
| Resp-GMS-J | No | 1/16/2019 2:19 PM | 1/16/2019 2:19 PM | U.S. Government Accountability Office's Report to Congressional Committees dated May 2018 – "Factors Contributing to the Debt Crisis and Potential Federal Actions to Address Them |
| Resp-GMS-J (ii) | No | 1/16/2019 10:34 AM | 1/16/2019 10:34 AM | Transcript re: conference call about COFINA legal opinions. Date and Time: 10/31/2013 2pm ET |
| Resp-GMS-K | No | 1/16/2019 2:20 PM | 1/16/2019 2:20 PM | Report on the Competitiveness of Puerto Rico's Economy - by the Federal Reserve Bank of NY dated June 29, 2012 |
| Resp-GMS-K (ii) | No | 1/16/2019 10:38 AM | 1/16/2019 10:38 AM | Financial Oversight and Management Board for Puerto Rico`s Motion to Stay the Action Pending Appeal or in the Alternative for an Extension of Time to File a Responsive Pleading (Case No. 3:16-CV-2374 |
| Resp-GMS-L | No | 1/16/2019 2:21 PM | 1/16/2019 2:21 PM | Municipal Secondary Market Disclosure Information Cover Sheet Municipal Securities Rulemaking Board (MSRB) Electronic Municipal Market Access System (EMMA) by AAFAF dated December 3, 2018 |
| Resp-GMS-L (ii) | No | 1/16/2019 11:16 AM | 1/16/2019 11:16 AM | Puerto Rico Sales Tax Financing Corporation Act |
| Resp-GMS-M | No | 1/16/2019 2:21 PM | 1/16/2019 2:21 PM | Verified Statement of The Mutual Fund Group Pursuant to Federal Rule of Bankruptcy Procedure [Case No. 17-BK-3284, ECF No. 211] |
| Resp-GMS-M (ii) | No | 1/16/2019 11:38 AM | 1/16/2019 11:38 AM | Issuance of Bonds dated 06/29/2011 |
| Resp-GMS-N | No | 1/16/2019 3:58 PM | | Copy of Peter Hein's Proof of Claim No. 10701 (with exhibits) **Not admitted as per stipulation. Judicial notice taken. |
| Resp-GMS-O | No | 1/16/2019 4:00 PM | 1/16/2019 4:00 PM | BNYM's Notice to Holders of PR Sales Tax Financing Corporation, Dated 12/04/2018 |
| Resp-GMS-P | No | 1/16/2019 4:03 PM | 1/16/2019 4:03 PM | PRFAFAA's Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of October 31, 2018 |
| Resp-GMS-Q | No | 1/16/2019 4:07 PM | 1/16/2019 4:07 PM | PR Department of Treasury's Treasury Single Account ("TSA") FY 2019 Cash Flow as of December 7, 2018 |
| Resp-GMS-R | No | 1/16/2019 4:07 PM | 1/16/2019 4:07 PM | PR Department of Treasury's Treasury Single Account ("TSA") FY 2019 Cash Flow as of June 29, 2018 |
| Resp-GMS-S | No | 1/16/2019 4:23 PM | 1/16/2019 4:23 PM | The Commonwealth of Puerto Rico - Update on Fiscal and Economic Progress FY 2014 Q1 Investor Webcast - October 15, 2013 |
| Resp-GMS-T | No | 1/16/2019 4:27 PM | 1/16/2019 4:27 PM | "Puerto Rico / Individual - Taxes on personal income" from www.pwc.com |
| Resp-GMS-U | No | 1/16/2019 4:29 PM | 1/16/2019 4:29 PM | Unified Tax Code of Puerto Rico: Tax Policy Implementation Options Executive Summary, October 31, 2014 |
| Resp-GMS-V | No | 1/16/2019 4:31 PM | 1/16/2019 4:31 PM | Office of the Administration and Transformation of Human Resources Attendance Report as of June 30, 2018 |
| Resp-GMS-W | No | 1/16/2019 4:35 PM | 1/16/2019 4:35 PM | Labor Force Statistics from the Current Population Survey |
| Resp-GMS-X | No | 1/16/2019 4:37 PM | 1/16/2019 4:37 PM | Puerto Rico CFO to review contract salaries, focus on local resources |
| Resp-GMS-Y | No | 1/16/2019 4:45 PM | 1/16/2019 4:45 PM | Office of the Comptroller of Puerto Rico / Consultation of the Registry of Contracts (SPANISH) |
| Resp-GMS-Z | No | 1/16/2019 5:07 PM | 1/16/2019 5:07 PM | Office of the Comptroller of Puerto Rico / Consultation of the Registry of Contracts (SPANISH) |

United States District Court
District of Puerto Rico
Exhibits Log: 17-BK-3283, 17-BK-3284, 17-AP-133 and 17-AP-257
Hearing on Dispute Regarding Section 19.5 of Plan [Case No. 17-BK-3283, ECF No. 4518], 1/17/2019

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Mov-BNYM-02 | Amended and Restated Sales Tax Revenue Bond Resolution | No | 1/17/2019 3:15 PM | 1/17/2019 3:15 PM |
| Mov-BNYM-03 | Complaint NY Supreme Court Whitebox v. BNYM | No | 1/17/2019 3:17 PM | 1/17/2019 3:17 PM |
| Mov-BNYM-04 | Order Granting Interpleader [ECF No. 110 in 17-0133] | No | 1/17/2019 3:20 PM | 1/17/2019 3:20 PM |
| Mov-BNYM-05 | Order Granting Interpleader [ECF No. 110 in 17-0133] | No | 1/17/2019 3:20 PM | 1/17/2019 3:20 PM |
| Mov-BNYM-06 | Scheduling Order [ECF No. 154 in 17-0133] | No | 1/17/2019 3:21 PM | 1/17/2019 3:21 PM |
| Mov-BNYM-07 | Proof of Claim Senior Bonds | No | 1/17/2019 3:22 PM | 1/17/2019 3:22 PM |
| Mov-BNYM-08 | Proof of Claim Subordinate Bonds | No | 1/17/2019 3:24 PM | 1/17/2019 3:24 PM |
| Mov-BNYM-09 | Email from BNYM`s Counsel to Ambac | No | 1/17/2019 3:24 PM | 1/17/2019 3:24 PM |
| Mov-BNYM-10 | Declaration of Daniel P. Goldberg | No | 1/17/2019 3:28 PM | 1/17/2019 3:28 PM |
| Mov-BNYM-11 | Goldberg Declaration Exhibit A | No | 1/17/2019 3:28 PM | 1/17/2019 3:28 PM |
| Mov-BNYM-12 | Goldberg Declaration Exhibit B | No | 1/17/2019 3:29 PM | 1/17/2019 3:29 PM |
| Mov-BNYM-13 | Goldberg Declaration Exhibit C | No | 1/17/2019 3:30 PM | 1/17/2019 3:33 PM |
| Mov-BNYM-14 | Goldberg Declaration Exhibit D | No | 1/17/2019 3:30 PM | 1/17/2019 3:30 PM |
| Mov-BNYM-15 | Robert M. Fishman Declaration | No | 1/17/2019 3:31 PM | 1/17/2019 3:31 PM |