# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Sales Tax Financing Corporation (COFINA),<br>Debtor | 3:17-BK-3284 (LTS)<br><br>PROMESA Title III |

| | |
|---|---|
| The Bank of New York Mellon<br>Plaintiff<br>v<br>Puerto Rico Sales Tax Financing Corporation ("COFINA"), et al.<br>Defendant | 3:17-AP-133 (LTS)<br>*in 17-BK-3284 (LTS)* |

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>　　　　　as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, Plaintiff<br><br>v<br><br>BETTINA WHYTE,<br><br>　　　　as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO Defendant | 3:17-AP-257 (LTS)<br><br><br><br>*in 17-BK-3283 (LTS)* |

# SUPPLEMENT TO EXHIBITS LIST

**U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**　　　　DATES:　　　January 16, 2019
COURTROOM DEPUTY: Carmen Tacoronte　　　　　　　　　　　　　January 17, 2019
COURT REPORTER: Amy Walker

- Hearing on 9019 Settlement Approval Motion [Case No. 17-BK-3283, ECF No. 4067; Case No. 17-AP-257, ECF No. 546]
- Confirmation Hearing of Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [Case No. 17-Bk-3283, ECF No. 4652]
- Dispute Regarding Section 19.5 of Plan [Case No. 17-BK-3283, ECF No. 4518]

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| COFINA Senior Bondholder's Coalition's Exhibits Attached to Docket Entry 4763, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
|  |  | 1/16/2019 as direct testimony | Declaration of Matthew Rodrigue (Case No. 17-BK-3283 ECF No. 4665-1 and Case No. 17-BK-3284, ECF No. 445-1)* |
| CS-1 | 1/16/2019 | 1/16/2019 | October 17, 2017 Letter to the Court from Mark Elliott (Dkt. 1559) [Case No. 17-3283, ECF No 4763, Exhibit 1] |
| CS-2 | 1/16/2019 | 1/16/2019 | Official Statement for Sales Tax Revenue Bonds, Subordinate Series 2011A [Case No. 17-3283, ECF No 4763, Exhibit 2] |
| CS-3 | 1/16/2019 | 1/16/2019 | Elliot Asset Management homepage, https://www.elliottam.com/ [Case No. 17-3283, ECF No 4763, Exhibit 3] |
| CS-4 | 1/16/2019 | 1/16/2019 | Email from James Sparks to Matthew Rodrigue dated May 11, 2018 * |

| Debtor's Exhibits Attached to Docket Entry 4803, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
|  |  | 1/16/2019 as direct testimony | Declaration of Natalie A. Jaresko In Support of Commonwealth of Puerto Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax Financing Corporation [Case No. 17-BK-3283, ECF No 4758] * |
|  |  | 1/16/2019 as direct testimony | Declaration of Matthew A. Feldman [Case No. 17-BK-3283, ECF No 4656-1] * |
|  |  | 1/16/2019 as direct testimony | Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [Case No. 17-BK-3283, ECF No 4794] * |
|  |  | 1/16/2019 as direct testimony | Declaration of Natalie A. Jaresko In Support of Confirmation of Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [Case No. 17-BK-3283, ECF No 4756] * |
|  |  | 1/16/2019 as direct testimony | Declaration of David M. Brownstein In Support of Confirmation of Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [Case No. 17-BK-3283, ECF No 4757] * |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| Debtor's Exhibits Attached to Docket Entry 4803, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
|  |  | 1/16/2019 | Interrogatories as Exhibits for January 16, 2019 Hearing on (I) Motion Pursuant to Bankruptcy Rule 9019 for Order Approving Settlement Between the Commonwealth and COFINA and (II) Confirmation of the COFINA Plan of Adjustment [Case No. 17-BK-3283, ECF No. 4792] * |
| A | 1/16/2019 | 1/16/2019 | Order Appointing Mediation Team [Case No. 17 BK 3283, ECF No. 430] |
| B | 1/16/2019 | 1/16/2019 | Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute [Case No. 17-3283, ECF No. 996] (the "Procedures Order") |
| C | 1/16/2019 | 1/16/2019 | Joint Informative Motion of Commonwealth Agent and COFINA Agent Disclosing Agreement in Principle, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 486 ("Agreement in Principle") |
| D | 1/16/2019 | 1/16/2019 | Amended and Restated Plan Support Agreement, dated as of September 20, 2018, by and among (a) Financial Oversight and Management Board for Puerto Rico, (b) the Puerto Rico Sales Tax Financing Corporation, (c) the Puerto Rico Fiscal Agency and Financial Advisory Authority, (d) holders of Senior COFINA Bond Claims, (e) Ambac Assurance Corporation, (f) National Public Finance Guarantee Corporation, (g) holders of Junior COFINA Bond Claims, (h) Assured Guaranty Municipal Corp., and (i) Bonistas del Patio, Inc. ("A&R Plan Support Agreement") |
| E | 1/16/2019 | 1/16/2019 | Settlement Agreement, dated as of October 19, 2018, between the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, and Bettina M. Whyte, in her capacity as the court-appointed agent of the Oversight Board, as representative of the Puerto Rico Sales Tax Financing Corporation ("Settlement Agreement") |
| F | 1/16/2019 | 1/16/2019 | Disclosure Statement for the Second Amended Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation [Case No. 17 BK 3284, ECF No. 368] (as may be modified further, the "Disclosure Statement") |
| G | 1/16/2019 | 1/16/2019 | Third Amended Title III Plan of Adjustment of Puerto |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| Debtor's Exhibits Attached to Docket Entry 4803, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| | | | Rico Sales Tax Financing Corporation [Case No. 17 BK 3284, ECF No. 436] (as may be modified further, the "Plan") |
| J | 1/16/2019 | 1/16/2019 | Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting and Election Deadlines, and (VIII) Approving Vote Tabulation Procedures [Case No. 17 BK 3284, ECF No. 375] (the "Disclosure Statement Order") |
| K | 1/16/2019 | 1/16/2019 | Amended and Restated Sales Tax Revenue Bond Resolution, adopted on July 13, 2007, as amended and restated on June 10, 2009 ("Resolution") |
| L | 1/16/2019 | 1/16/2019 | New Fiscal Plan for Puerto Rico, as certified by the Financial Oversight and Management Board for Puerto Rico, dated October 23, 2018 ("Fiscal Plan") |
| M | 1/16/2019 | 1/16/2019 | Complaint, Lex Claims, LLC v. Garcia-Padilla; District Court, District of Puerto Rico, July 20, 2016, |
| N | 1/16/2019 | 1/16/2019 | Second Amended Complaint, Lex Claims, LLC v. Garcia-Padilla; District Court, District of Puerto Rico, November 4, 2016, Case No. 16-2374-FAB, ECF No. 78 |
| O | 1/16/2019 | 1/16/2019 | Answer to Second Amended Complaint, Lex Claims, LLC v. Garcia-Padilla; District Court, District of Puerto Rico, December 16, 2016, Case No. 16-2374-FAB, ECF No. 164 |
| P | 1/16/2019 | 1/16/2019 | Intervenor-Defendant Ambac Assurance Corporation's Motion to Dismiss Plaintiff's PROMESA § 303(3) Claim, to Strike Certain Portions of the SAC's Prayer for Relief, or, in the Alternative, to Certify the COFINA Question to the Supreme Court of Puerto Rico, Lex Claims, LLC v. Garcia-Padilla; District of Puerto Rico, December 16, 2016, Case No. 16-2374-FAB, ECF No. 232 |
| Q | 1/16/2019 | 1/16/2019 | Whitebox Multi-Strategy Partners, L.P., et al. v. Bank of New York Mellon Corp., 651969/2017 (Sup. Ct. N.Y. County April 12, 2017) [ECF No. 1] |
| R | 1/16/2019 | 1/16/2019 | Ambac Assurance Corp. V. The Bank of New York |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| Debtor's Exhibits Attached to Docket Entry 4803, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| | | | Mellon, 652356/2017 (Sup. Ct. N.Y. May 2, 2017) [ECF No. 1] |
| S | 1/16/2019 | 1/16/2019 | Complaint, Bank of New York Mellon v. COFINA, et al. [Adv. Pro. No. 17-00133, ECF No. 1] (the "Interpleader Action") |
| T | 1/16/2019 | 1/16/2019 | Order Granting Interpleader, Staying Pending and Future Litigation Against the Bank of New York Mellon, as Trustee, Pursuant to 28 U.S.C. § 2361, and Granting Related Relief [Adv. Pro. No. 17-00133, ECF No. 110] (the "Disputed Funds Order") |
| U | 1/16/2019 | 1/16/2019 | Stipulation and [Proposed] Order, [Adv. Pro. No. 17-00133, ECF No. 420] |
| V | 1/16/2019 | 1/16/2019 | Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute [Case No. 17-3283, ECF No. 303] (the "Commonwealth-COFINA Dispute Procedures Motion") |
| W | 1/16/2019 | 1/16/2019 | Order Denying, Without Prejudice, Commonwealth-COFINA Dispute Procedures Motion [Case No. 17-3283, ECF No. 544] |
| X | 1/16/2019 | 1/16/2019 | Revised Motion of Debtors for Order Approving Stipulation Providing Procedure to Resolve Commonwealth-COFINA Dispute [Case No. 17-3283, ECF No. 718] |
| Y | 1/16/2019 | 1/16/2019 | Complaint, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 1 ("Adversary Proceeding Complaint") |
| AA | 1/16/2019 | 1/16/2019 | Mutual Fund Group's and Puerto Rico Funds' Answer and Counterclaims, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 88 |
| BB | 1/16/2019 | 1/16/2019 | Answer in Intervention and Counter- and Crossclaims of the COFINA Senior Bondholders' Coalition, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 90 |
| CC | 1/16/2019 | 1/16/2019 | Intervenor-Defendant and Counterclaimant Ambac Assurance Corporation's Answer and Affirmative Defenses to the Unsecured Creditor Committee's Amended Complaint and Counterclaims Against the Commonwealth, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 94 |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| Debtor's Exhibits Attached to Docket Entry 4803, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| DD | 1/16/2019 | 1/16/2019 | Commonwealth Agent's Motion for Summary Judgment and Incorporated Memorandum of Law, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF Nos. 321, 322, 323, 324 |
| LL | 1/16/2019 | 1/16/2019 | Hearing Transcript, April 10, 2018, Adv. Proc. No. 17-00257 |
| MM | 1/16/2019 | 1/16/2019 | Motion and Incorporated Memorandum of Law of the COFINA Agent to Certify Questions Under Puerto Rico Law to the Supreme Court of Puerto Rico, Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 329 |
| NN | 1/16/2019 | 1/16/2019 | Statement of the COFINA Senior Bondholders' Coalition in Support of, and Joinder to, the Motion of the COFINA Agent to Certify Questions Under Puerto Rico Law to the Supreme Court of Puerto Rico, Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 332 |
| OO | 1/16/2019 | 1/16/2019 | Mutual Fund Group and Puerto Rico Funds' Motion to Certify Questions of Law to the Supreme Court of Puerto Rico, Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 331 |
| TT | 1/16/2019 | 1/16/2019 | Memorandum Order, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 483. |
| UU | 1/16/2019 | 1/16/2019 | Press Release, Oversight Board Reaches Deal with COFINA Bondholder, Financial Oversight and Management Board for Puerto Rico, dated August 8, 2018. |
| VV | 1/16/2019 | 1/16/2019 | Commonwealth Agent's Informative Motion With Respect to Oversight Board's Announcement, Dated August 8, 2018, Regarding Certain Terms for COFINA Plan of Adjustment, Official Committee of Unsecured Creditors v. Whyte, Adv. Proc. No. 17-00257, ECF No. 540. |
| WW | 1/16/2019 | 1/16/2019 | Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Electronic Notices, and Voting and Election Procedures, (VI) Approving Notice of Non- |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| Debtor's Exhibits Attached to Docket Entry 4803, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| | | | Voting Status, (VII) Fixing Voting and Election Deadlines, and (VIII) Approving Vote Tabulation Procedures [Case No. 17 BK 3284, ECF No. 375] |
| XX | 1/16/2019 | 1/16/2019 | Seventh Supplemental Sales Tax Revenue Bond, adopted on June 10, 2009. |
| YY | 1/16/2019 | 1/16/2019 | The Securities Terms for the COFINA Plan of Adjustment, attached to the Press Release, Oversight Board Reaches Deal with COFINA Bondholder, Financial Oversight and Management Board for Puerto Rico, dated August 8, 2018 (the "Securities Terms") |
| QQQ | 1/16/2019 | 1/16/2019 | English Version of the Puerto Rico Sales Tax Financing Corporation Act ("New Bond Legislation") Act 241-2018 [Case No. 17-BK-3283, ECF No. 4760-1] * |
| RRR | 1/16/2019 | 1/16/2019 | Order Granting Urgent Motion for Entry of Order Extending Election of Distribution Deadline in Connection with the COFINA Plan of Adjustment (17-bk-3284; ECF No. 400) |
| SSS | 1/16/2019 | 1/16/2019 | COFINA Fiscal Plan (October 18, 2018) |
| TTT | 1/16/2019 | 1/16/2019 | Act of May 13, 2006, No. 91-2006, 2006 P.R. Laws 246 et seq. (codified as amended at P.R. Laws Ann. tit. 13, § 12) (as amended, "Act 91") |
| ZZZ | 1/16/2019 | 1/16/2019 | Stipulation and Order [Adv. Pro. No. 17-00133, ECF No. 415] |

| GMS Group LLC's Exhibits Attached Docket Entries 4564, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| | | 1/16/2019 as direct testimony | Declaration of Paul Konsig ** *Declaration is admitted with one clarification in paragraph 6—refers to pricing of COFINA bonds in 2010 and 2018, and the text only refers to pricing as of 2010* |
| A | 1/16/2019 | 1/16/2019 | Junior COFINA Rating Changes |
| B | 1/16/2019 | 1/16/2019 | Senior and Junior COFINA Bond Price Valued Statutory Lien in 2010 |
| C | 1/16/2019 | 1/16/2019 | Statement of Undisputed Material Facts in Further Support of the Motion for Summary Judgment by the COFINA Agent [Case No. 3:17-AP-257, ECF No. 312] |
| D | 1/16/2019 | 1/16/2019 | Puerto Rico Official Statement Cover Sheet – General Obligation Bonds of 2014, Series A |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| GMS Group LLC's Exhibits Attached Docket Entries 4564, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| E | 1/16/2019 | 1/16/2019 | Email from Gerardo Portela Franco dated May 7, 2018 |
| F | 1/16/2019 | Not admitted as per stipulation | News Article by Arthur Gonzalez dated 11/20/2018 |
| G | 1/16/2019 | 1/16/2019 | New Fiscal Plan for Puerto Rico – Draft as of October 21, 2018 |
| H | 1/16/2019 | Not admitted as per stipulation | Article by Ricardo Cortes Chico published at El Nuevo Día on 12/06/2018. |
| I | 1/16/2019 | Not admitted as per stipulation | Article published at Caribbean Business on 12/05/2018 |
| J | 1/16/2019 | 1/16/2019 | U.S. Government Accountability Office's Report to Congressional Committees dated May 2018 – "Factors Contributing to the Debt Crisis and Potential Federal Actions to Address Them |
| K | 1/16/2019 | 1/16/2019 | Report on the Competitiveness of Puerto Rico's Economy - by the Federal Reserve Bank of NY dated June 29, 2012 |
| L | 1/16/2019 | 1/16/2019 | Municipal Secondary Market Disclosure Information Cover Sheet Municipal Securities Rulemaking Board (MSRB) Electronic Municipal Market Access System (EMMA) by AAFAF dated December 3, 2018 |
| M | 1/16/2019 | 1/16/2019 | Verified Statement of The Mutual Fund Group Pursuant to Federal Rule of Bankruptcy Procedure [Case No. 17-BK-3284, ECF No. 211] |

| GMS Group LLC's Exhibits Attached Docket Entries 4606, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
|  |  | 1/16/2019 as direct testimony | Declaration of Timothy Donahue updating the amount of COFINA Bonds held by GMS Group, LLC [Case No. 17-BK-3283, ECF No. 4606, 4641 and 4642]* |
| A (ii) | 1/16/2019 | 1/16/2019 | Bond Prices 5.17 to 12.18: Senior COFINA Cusip 74529jnu5 and Junior COFINA 74529jll7 (as of 12/29/2018) |
| B (ii) | 1/16/2019 | 1/16/2019 | Exhibits to Timothy Donahue's declaration |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| GMS Group LLC's Exhibits Attached Docket Entries 4606, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| A (iii) | 1/16/2019 | 1/16/2019 | EMMA Report CUSIP: 74529JLH6 |
| B (iii) | 1/16/2019 | 1/16/2019 | EMMA Report CUSIP: 74529JLM5 |
| C | 1/16/2019 | 1/16/2019 | EMMA Report |
| D | 1/16/2019 | 1/16/2019 | Issuance of Puerto Rico Sales Tax Financing Corporation Sales Tax Revenue Bonds, First Subordinate Series 2010C Dated June 24, 2010 |
| E | | 1/16/2019 as direct testimony | Declaration of Peter Hein in Support of Objection of the GMS Group, LLC to Tittle III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [Case No. 17-BK-3283, ECF No. 4606] ** *Declaration is admitted, other than— Hearsay/Opinion/Legal Argument: Paragraphs 10, 11, 12, 13, 14, 15, 31, 35, 42, 43, 46, 49, 51, 52, 53, 54 (Mr. Hein can express these positions as a litigator but they are not in the nature of testimony). Not for Truth: Paragraph 28 and 41* |
| F (ii) | 1/16/2019 | 1/16/2019 | Issuance of Puerto Rico Sales Tax Financing Corporation Sales Tax Revenue Bonds, Senior Series 2011D, Dated |
| G (ii) | 1/16/2019 | 1/16/2019 | Amended and Restated Sales Tax Revenue Bond Resolution (Adopted: 07/13/2007 Amended 06/10/2009) |
| H (ii) | 1/16/2019 | 1/16/2019 | Credit Ratings for COFINA (Senior Lien and First Subordinate Lien) as of 07/24/2015 |
| I (ii) | 1/16/2019 | 1/16/2019 | Credit Ratings for COFINA (Senior Lien and First Subordinate Lien) as of 01/01/2019 |
| J (ii) | 1/16/2019 | 1/16/2019 | Transcript re: conference call about COFINA legal opinions. Date and Time: 10/31/2013 2pm ET |
| K (ii) | 1/16/2019 | 1/16/2019 | Financial Oversight and Management Board for Puerto Rico's Motion to Stay the Action Pending Appeal or in the Alternative for an Extension of Time to File a Responsive Pleading (Case No. 3:16-CV-2374 FAB, EFC No. 211) |
| L (ii) | 1/16/2019 | 1/16/2019 | Puerto Rico Sales Tax Financing Corporation Act |
| M (ii) | 1/16/2019 | 1/16/2019 | Issuance of Bonds dated 06/29/2011 |
| N | 1/16/2019 | Not admitted as per stipulation | Copy of Peter Hein's Proof of Claim No. 10701 (with exhibits) **Judicial notice taken. |

* This exhibit was not attached to the party's notice of filing exhibits. It was either submitted in open court or filed separately. Please refer to the docket number listed under the exhibit's description. Page **10** of **13**

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| GMS Group LLC's Exhibits Attached Docket Entries 4606, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| **GMS Group LLC's Exhibits Attached Docket Entries 4606, Case No. 17-BK-3283** | | | |
| Exhibit | Submitted | Admitted | Description |
| O | 1/16/2019 | 1/16/2019 | BNYM's Notice to Holders of PR Sales Tax Financing Corporation, Dated 12/04/2018 |
| P | 1/16/2019 | 1/16/2019 | PRFAFAA's Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of October 31, 2018 |
| Q | 1/16/2019 | 1/16/2019 | PR Department of Treasury's Treasury Single Account ("TSA") FY 2019 Cash Flow as of December 7, 2018 |
| R | 1/16/2019 | 1/16/2019 | PR Department of Treasury's Treasury Single Account ("TSA") FY 2019 Cash Flow as of June 29, 2018 |
| S | 1/16/2019 | 1/16/2019 | The Commonwealth of Puerto Rico - Update on Fiscal and Economic Progress FY 2014 Q1 Investor Webcast - October 15, 2013 |
| T | 1/16/2019 | 1/16/2019 | "Puerto Rico / Individual - Taxes on personal income" from www.pwc.com |
| U | 1/16/2019 | 1/16/2019 | Unified Tax Code of Puerto Rico: Tax Policy Implementation Options Executive Summary, October 31, 2014 |
| V | 1/16/2019 | 1/16/2019 | Office of the Administration and Transformation of Human Resources Attendance Report as of June 30, 2018 |
| W | 1/16/2019 | 1/16/2019 | Labor Force Statistics from the Current Population Survey |
| X | 1/16/2019 | 1/16/2019 | Puerto Rico CFO to review contract salaries, focus on local resources |
| Y | 1/16/2019 | 1/16/2019 | Office of the Comptroller of Puerto Rico / Consultation of the Registry of Contracts (SPANISH) |
| Z | 1/16/2019 | 1/16/2019 | Office of the Comptroller of Puerto Rico / Consultation of the Registry of Contracts (SPANISH) |
| AA | 1/16/2019 | 1/16/2019 | Authorized Statement Issued by the Governor's Representative to the FOMB Christian Sobrino-Vega, Dated 11/15/2018 |
| BB | 1/16/2019 | 1/16/2019 | Puerto Rico gov says he didn't defy fiscal board by paying the Christmas bonus |
| CC | 1/16/2019 | 1/16/2019 | Article from U.S. Legal News, dated 12/10/2018 – "Puerto Rico governor signs bill for $2 billion in tax relief" |
| DD | 1/16/2019 | 1/16/2019 | "Doing Business 2019 – Training for Reform" – A World Bank Group Flagship Report, 16th Edition |
| EE | 1/16/2019 | 1/16/2019 | Congressional Record-Senate |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)
January 16, 2019 and January 17, 2019

| GMS Group LLC's Exhibits Attached Docket Entries 4606, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| FF | 1/16/2019 | 1/16/2019 | Senate Report No. 422, July 2, 1947: Amending the Organic Act of Puerto Rico |

| GMS Group LLC's Exhibits Attached to Docket Entry 4769, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| 1 | 1/16/2019 | 1/16/2019 as direct testimony | Mark Elliot's Declaration |
| 2 | 1/16/2019 | Not admitted as per stipulation | Article "The Bondholders who bet on the Puerto Rico Use Sales and Use Tax" |
| 3 | 1/16/2019 | Not admitted as per stipulation | Article "Billions in Muni Bonds had Ratings Slashed. Blame Puerto Rico" |
| GMS Group LLC's Exhibits Attached to Docket Entry 4793, Case No. 17-BK-3283 | | | |
| | | 1/16/2019 | First set of Interrogatories of the GMS Group, LLC to the Financial Oversight and Management Board |

| Bank of New York Mellon's Exhibits Attached to Docket Entry 4767, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| 2 | 1/17/2019 | 1/17/2019 | Amended and Restated Sales Tax Revenue Bond Resolution |
| 3 | 1/17/2019 | 1/17/2019 | Complaint NY Supreme Court Whitebox v. BNYM |
| 4 | 1/17/2019 | 1/17/2019 | Ambac First Amended Complaint |
| 5 | 1/17/2019 | 1/17/2019 | Order Granting Interpleader [ECF No. 110 in 17-0133] |
| 6 | 1/17/2019 | 1/17/2019 | Scheduling Order [ECF No. 154 in 17-0133] |
| 7 | 1/17/2019 | 1/17/2019 | Proof of Claim Senior Bonds |
| 8 | 1/17/2019 | 1/17/2019 | Proof of Claim Subordinate Bonds |
| 9 | 1/17/2019 | 1/17/2019 | Email from BNYM's Counsel to Ambac |
| 10 | 1/17/2019 | 1/17/2019 as direct testimony | Declaration of Daniel P. Goldberg |
| 11 | 1/17/2019 | 1/17/2019 | Goldberg Declaration Exhibit A |
| 12 | 1/17/2019 | 1/17/2019 | Goldberg Declaration Exhibit B |
| 13 | 1/17/2019 | 1/17/2019 | Goldberg Declaration Exhibit C |
| 14 | 1/17/2019 | 1/17/2019 | Goldberg Declaration Exhibit D |
| 15 | 1/17/2019 | 1/17/2019 | Robert M. Fishman Declaration |

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS) / 3:17-AP-133 (LTS) / 3:17-AP-257 (LTS)

January 16, 2019 and January 17, 2019

| Bank of New York Mellon's Exhibits Attached to Docket Entry 4767, Case No. 17-BK-3283 | | | |
|---|---|---|---|
| Exhibit | Submitted | Admitted | Description |
| | | as direct testimony | |