UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR
## LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS IN SUPPORT OF SUPPLEMENTAL BRIEF AND
## <u>EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATION</u>

Upon consideration of the motion filed by the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as representative of COFINA in the Title III Case, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), and the COFINA Senior Bondholders' Coalition (the "Senior Coalition," and collectively with the Oversight Board and AAFAF, the "Plan Support Parties") on January 24, 2019 seeking an Order permitting them to file Spanish-language versions of *Telefonica Larga Distancia de Puerto Rico, Inc. v. Departamento de Hacienda, No. KCO97-0021, 2001 WL 1764054* (P.R. Court of Appeals 2001), *Asociación De Empleados Gerenciales De La Corporación Del Fondo Del Seguro Del Estado, KLAN201500471, 2015 WL 4075649,* (P.R. Court of Appeals 2015), and page 2505 of the Puerto Rico Constitutional Convention Diary while certified English translations are prepared, it is hereby ORDERED that:

1. The motion is **GRANTED** as set forth herein.

2. The Plan Support Parties are permitted to file the Spanish version of *Telefonica Larga Distancia de Puerto Rico, Inc. v. Departamento de Hacienda, No. KCO97-0021, 2001 WL 1764054* (P.R. Court of Appeals 2001)*, Asociación De Empleados Gerenciales De La Corporación Del Fondo Del Seguro Del Estado, KLAN201500471, 2015 WL 4075649,* (P.R. Court of Appeals 2015), and page 2505 of the Puerto Rico Constitutional Convention Diary.

3. Certified English translations of *Telefonica Larga Distancia de Puerto Rico, Inc. v. Departamento de Hacienda, No. KCO97-0021, 2001 WL 1764054* (P.R. Court of Appeals 2001), *Asociación De Empleados Gerenciales De La Corporación Del Fondo Del Seguro Del Estado, KLAN201500471, 2015 WL 4075649,* (P.R. Court of Appeals 2015), and page 2505 of the Puerto Rico Constitutional Convention Diary, shall be filed no later than tomorrow night.

4. This Order resolves Docket Entry No. 4882 in Case No. 17-3283 and Docket Entry No. 536 in Case No. 17-3284.

Dated: January 24, 2019

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge