UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | Re: ECF Nos. 4443, 4447 |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

ORDER REGARDING THE CRUZ RODRIGUEZ MATTER (CLAIMS NUMBER: 20186)

      The Court has received and reviewed the *Puerto Rico Sales Tax Financing Corporation's Fourth Omnibus Objection (Non-Substantive) to Deficient Claims* (Docket Entry No. 4408, the "Fourth Omnibus Objection"), as well as the response to the Fourth Omnibus Objection that was filed by claimant Juan Cruz Rodriguez. The Court will take the matter on submission. Counsel to the Oversight Board is hereby directed to file a translated certified copy of Docket Entry No. 4659 by **February 7, 2019**.

      Dated: January 24, 2019

      /s/ Laura Taylor Swain
      HONORABLE LAURA TAYLOR SWAIN
      UNITED STATES DISTRICT JUDGE

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).