### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re ) | **PROMESA** |
| ) | **Title III** |
| ) | |
| THE FINANCIAL OVERSIGHT AND ) | **No. 17 BK 3283-LTS** |
| MANAGEMENT BOARD FOR PUERTO RICO, ) | |
| ) | **(Jointly Administered)** |
| ) | |
| As a representative of ) | |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO ) | Re: Dkt. No. 4868 |
| *et al.,* ) | |
| ) | **Hearing date:** January 30, 2019 at 9:30 a.m. |
| Debtors.[1] ) | (Atlantic Standard Time) |
| ) | |

### INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION, AND OBERVATION OF JANUARY 30-31, 2019 OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this *Informative Motion of the Fee Examiner Pursuant to Order Regarding Procedures for Attendance, Participation and Observation of January 30-31, 2019 Omnibus Hearing* [Dkt. No. 4863]. In support, the Fee Examiner respectfully states that:

1.       On November 27, 2018, counsel filed the *Fee Examiner's Motion to Impose Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Other Sub-Retained Professionals* [Dkt. No. 4730] (the "**Additional Presumptive Standards Motion**").  At the December 19, 2018 omnibus hearing, the Court denied the Additional Presumptive Standards Motion without prejudice [Dkt. No. 4516], requesting that the professionals and the Fee Examiner continue their discussions of the hourly rate increase issue in light of the Court's observations and comments on that subject.

2.      The Fee Examiner's discussions with professionals are ongoing and broad, supplemented with additional research on professionals' business cost increases.  Accordingly, he requests that the Court adjourn further consideration of the Additional Presumptive Standards Motion to the March 13, 2019 omnibus hearing.

3.      In addition, the Fee Examiner and counsel have continued discussions and research on the recently-enacted tax legislation that, at least potentially, affects every professional subject to Title III review.

4.      On January 23, 2019, the Fee Examiner filed the *Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and On Uncontested Interim Fee Applications Recommended for Court Approval at or Before the Omnibus Hearing Scheduled for January 30, 2019 at 9:30 a.m. (AST)* [Dkt. No. 4868. (the "**Fee Examiner Supplemental Report**") recommending the approval, with adjustments, of a group of deferred interim compensation applications and the continued deferral of a group of second and third interim compensation applications.

5.      The Fee Examiner and counsel, Katherine Stadler of Godfrey & Kahn, S.C., will appear in person to present and respond to questions regarding the Fee Examiner Supplemental Report and to respond to any matters raised by the Court or by any party in connection with the Additional Presumptive Standards Motion or the fee review process generally—all in

2

Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Eyck Lugo of Edge Legal Strategies, PSC, will appear in the designated courtroom of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  No additional persons representing the Fee Examiner will attend the hearing.

Dated this 24th day of January, 2019.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

_s/Eyck O. Lugo_____
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Telephone:  (787) 522-2000
Facsimile:  (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

20062969.3

3