

**UBS**

Resource Management Account
November 2018

Account name: LORENZO DRAGONI AND REDACTED 4 DS
Account number:

Your Financial Advisor:
DARIO SUAREZ
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Nov 30 ($) | Value on Nov 30 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR INDL TOURST EDL MED& TAX RV OID98 233  BE/R/ RATE 07.100% MATURES 04/01/38 CALLABLE 04/01/21 @ 102.00 ACCRUED INTEREST $285.97 CUSIP 74527BJA0 Moody: Not rated   S&P: Not rated EAI: $3,550 Current yield: 8.35% | Mar 24, 11 | 50,000.000 | 98.224 | 49,112.00 | 85.000 | 42,500.00 | -6,612.00 | LT |
| EMPLOYEES RETIREMENT SYS RV    BE/R/ DEFAULTED RATE 06.150% MATURES 07/01/38 CALLABLE 12/01/18 @ 100.00 CUSIP 29216MAC4 Moody: C   S&P: Not rated | Dec 07, 11 | 25,000.000 | 96.621 | 24,155.25 | 34.125 | 8,531.25 | -15,624.00 | LT |
| | Jul 20, 12 | 150,000.000 | 96.978 | 145,467.75 | 34.125 | 51,187.50 | -94,280.25 | LT |
| Security total | | 175,000.000 | | 169,623.00 | | 59,718.75 | -109,904.25 | |
| PR SALES TAX FING CORP SR B RV IN DEFAULT BE/R/ DEFAULTED RATE 06.350% MATURES 08/01/39 CALLABLE 12/01/18 @ 100.00 CUSIP 74529JGP4 Moody: Ca   S&P: Not rated | Jun 19, 09 | 100,000.000 | 100.000 | 100,000.00 | 46.500 | 46,500.00 | -53,500.00 | LT |
| GDB DEBT RECOVERY AUTH O TAX RV    BE/R/ RATE 07.500% MATURES 08/20/40 DATED DATE 11/29/18 ACCRUED INTEREST $85.67 CUSIP 36829QAA3 EAI: $30,848 Current yield: 10.03% | | | | | | | | |
| Original cost basis: $207,782.43 | Nov 29, 18 | 207,094.876 | 100.331 | 207,782.36 | 74.750 | 154,803.42 | -52,978.94 | ST |
| Original cost basis: $124,739.70 | Nov 29, 18 | 124,326.935 | 100.331 | 124,739.66 | 74.750 | 92,934.38 | -31,805.28 | ST |
| Original cost basis: $19,179.92 | Nov 29, 18 | 19,116.450 | 100.331 | 19,179.91 | 74.750 | 14,289.55 | -4,890.36 | ST |
| | | 60,774.739 | ---This information was unavailable--- | | 74.750 | 45,429.12 | | |

*continued next page*



REDACTED

IDSO 000000