RECEIVED AND FILED

2019 JAN 16 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED AND FILED
CASHIER 1

2019 JAN 18 PM 3:39
US BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

2019 JAN 25 AM 9:44
CLERK'S OFFICE
US DISTRICT
SAN JUAN
RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| THE FINANCIAL OVERSIGHT AND | * | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | * | TITLE III |
| | * | |
| As representative of | * | No. 17 BK3283-LTS |
| | * | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | * | (Jointly Administered) |
| | * | |
| Debtors | * | |

**ANSWER TO SIXTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) PRESENTED BY PUERTO RICO SALES TAX FINANCING CORPORATION**

TO THE HONORABLE COURT:

Appears Carmen R. Cebollero de Dragoni, Creditors, Pro-Se and very respectfully states and prays:

1. The appearing creditors presented a proof of claim on May 04, 2018 Prime Clerk claim number 23577.

2. Such claim includes the contact information, name, address, telephone number and email address of Carmen R. Cebollero Dragoni, at 35017 Emajagua Street, Urb. Jacaranda, Ponce, Puerto Rico 00730. Her telephone number is (787) 390-2194/ (787) 843-0922 and email ldragonipr@gmail.com.

3. That on December 4, 2018, debtors through The Oversight Board, as representative of COFINA, filed a sixth omnibus objection to deficient proof of claim including this creditor's claim. (Docket #4410)

4. The Oversight Board in its objection indicates that this creditor's claim purports to assert liabilities associated with municipal bonds and/or money loan but allegedly fail to provide basis or supporting documentation.

5. The proof of claim clearly indicated the CUSIP number that identifies the bond or series



6. The information included with the claim can be supported by the Supplement to Official Statement Dated June 9, 2009 relating to Puerto Rico Sales Tax Financing Corporation Bonds. (Exhibit A, enclosed)

7. According to such official statement, the Bonds are limited obligations payable from payments of principal of and interest on certain promissory notes issued by certain departments, agencies, instrumentalities and public corporations of the Commonwealth of Puerto Rico; in this case, the debtor.

8. The appearing creditor has not received information about the departments, agencies instrumentalities or public corporations of the Commonwealth of Puerto Rico subject to the obligation to determine if COFINA is one of them.

Wherefore, the appearing creditor respectfully requests that the Court denies the sixth omnibus objection with respect to the claim of Carmen R. Cebollero de Dragoni and/or be provided that debtor's liability be paid pursuant the corresponding plan that may be approved by this Court by COFINA or the Commonwealth, if such debtor is responsible.

In Ponce, Puerto Rico this January 18, 2019.

/s/Carmen R. Cebollero de Dragoni
Creditor
35017 Emajagua Street
Urb. Jacaranda
Ponce, PR 00730
Tel. (787) 843-0922
Cel. (787) 390-2194
e-mail: ldragonipr@gmail.com