

**UBS** — Resource Management Account
December 2018

**Account name:** CARMEN R. DRAGONI
**Account number:** REDACTED 1 DS

**Your Financial Advisor:**
DARIO SUAREZ
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Dec 31 ($) | Value on Dec 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV IN DEFAULT BE/R/ DEFAULTED RATE 06.350% MATURES 08/01/39 CALLABLE 01/01/19 @ 100.00 CUSIP 74529JGP4 Moody: Ca   S&P: Not rated | Jun 19, 09 | 40,000.000 | 100.000 | 40,000.00 | 45.250 | 18,100.00 | -21,900.00 | LT |
| GDB DEBT RECOVERY AUTH O TAX RV       BE/R/ RATE 07.500% MATURES 08/20/40 DATED DATE 11/29/18 ACCRUED INTEREST $84.74 CUSIP 36829QAA3 EAI: $953 Current yield: 11.19% Original cost basis: $12,754.20 | Nov 29, 18 | 12,712.000 | 100.331 | 12,754.13 | 67.000 | 8,517.04 | -4,237.09 | ST |
| **Total** | | **$92,712.000** | | **$92,757.41** | | **$35,748.29** | **-$57,009.12** | |

**Total accrued interest:** $84.74
**Total estimated annual income:** $953

## Your total assets

| | | Value on Dec 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| **Cash** | Cash and money balances | 27,418.73 | 43.35% | 27,418.73 | | |
| **Fixed income** | Municipal securities | 35,748.29 | | 92,757.41 | 953.00 | -57,009.12 |
| | Total accrued interest | 84.74 | | | | |
| | **Total fixed income** | 35,833.03 | 56.65% | 92,757.41 | 953.00 | -57,009.12 |
| **Total** | | **$63,251.76** | **100.00%** | **$120,176.14** | **$953.00** | **-$57,009.12** |

## Account activity this month

| | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| **Dividend and interest income** | | | | |
| *Tax-exempt dividends* | Dec 24 | Dividend | PUERTO RICO SHORT TERM INVESTMENT FUND INC AS OF 12/21/18 | 24.51 |
| | **Total tax-exempt dividends** | | | **$24.51** |

**REDACTED**

IDS0 110000   Page 18 of 20