# **EXHIBIT 1**

**Invoices**



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #:  1028_142 |
| **Date** | July 10, 2018 | |

## Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | | |
|---|---|---|
| June 2018 (Title III - Mainland) | $ | 457,776.78 |
| June 2018 (Title III - Puerto Rico) | $ | 35,973.22 |
| **Total** | **$** | **493,750.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc** (tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:** Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director
Tricia Kosnik, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

**To:** Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_144

**Date** December 17, 2018

## Fee Invoice

**Client Name:** PR Financial Oversight and Management Board (PROMESA)

**Project Description:** Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:** Strategic Advisory Services

**Amount Due:**
| | | |
|---|---:|---:|
| July 2018 (Title III - Mainland) | $ | 457,776.78 |
| July 2018 (Title III - Puerto Rico) | $ | 35,973.22 |
| **Total** | **$** | **493,750.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:** Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director

**Citigroup Global Markets Inc.**



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_149 |
| **Date** | December 17, 2018 | |

## Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | August 2018 (Title III - Mainland) | $ | 457,776.78 |
|---|---|---|---|
| | August 2018 (Title III - Puerto Rico) | $ | 35,973.22 |
| | **Total** | **$** | **493,750.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc** (tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:** Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_150 |
| **Date** | December 17, 2018 | |

### Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | September 2018 (Title III - Mainland) | $ | 457,776.78 |
|---|---|---|---|
| | September 2018 (Title III - Puerto Rico) | $ | 35,973.22 |
| | **Total** | **$** | **493,750.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight<br>Board of Puerto Rico<br>(Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**   Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director

Citigroup Global Markets Inc.