## EXHIBIT 3

**Expense Itemization**

**Citigroup Global Markets Inc. Expense Detail - June 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description 1 | Expense Description 2 | Expense ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | 47PC1046 | 6/10/2018 | Gavin, John C | HOTEL/LODGING | $402.81 | | $402.81 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644563 |
| | 47PC1046 | 6/12/2018 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | $19.95 | | $19.95 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644665 |
| | 47PC1046 | 6/6/2018 | Brownstein, David M. | UBER - NORMAL FARE | $25.43 | | $25.43 | | PROMESA Assignment - Puerto Rico Strategic Planning | 57569625 |
| | 47PC1046 | 6/12/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $59.41 | | $59.41 | NYCTAXI3H97 | Taxis - PROMESA - Puerto Rico - Assignment | 57673142 |
| | 47PC1046 | 6/1/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $70.27 | | $70.27 | TAXI SVC LIC | PROMESA MEETINGS | 57419497 |
| | 47PC1046 | 6/12/2018 | Gavin, John C | LODGING TAX | $62.92 | | $62.92 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644567 |
| | 47PC1046 | 6/12/2018 | Gavin, John C | HOTEL/LODGING | $402.81 | | $402.81 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644568 |
| | 47PC1046 | 6/1/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $98.75 | | $98.75 | SJU AIRPORT PARKING | PROMESA MEETINGS | 57444285 |
| | 47PC1046 | 6/11/2018 | Gavin, John C | LODGING TAX | $62.92 | | $62.92 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644564 |
| | 47PC1046 | 6/11/2018 | Gavin, John C | HOTEL/LODGING | $402.81 | | $402.81 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644566 |
| | 47PC1046 | 6/10/2018 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | $19.95 | | $19.95 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644623 |
| | 47PC1046 | 6/25/2018 | Gavin, John C | AIRFARE | $1,089.40 | | $1,089.40 | Delta Air Lines | MEETINGS WITH CREDITORS FOR PUERTO RICO DEBT - PROMESA | 58099342 |
| | 47PC1046 | 6/6/2018 | Gavin, John C | AIRFARE | $272.80 | | $272.80 | JetBlue | PROMESA MEETINGS | 57612389 |
| | 47PC1046 | 6/10/2018 | Gavin, John C | LODGING TAX | $62.92 | | $62.92 | Westin Hotels and Resorts | PROMESA MEETINGS | 57644562 |
| | MSD3047438 | 6/30/2018 | N/A | LEGAL | $924.60 | | $924.60 | Storch Amini PC | Fee Application-Related Fees and Expenses for June 2018 | |

**Citigroup Global Markets Inc. Expense Detail - July 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description 1 | Expense Description 2 | Expense ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1028_144 | 47PC1046 | 7/5/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $ 62.00 | $ | 62.00 | Westside parking | PROMESA meetings | 58695223 |
| 1028_144 | 47PC1046 | 7/11/2018 | Gavin, John C | AIRFARE | $ 550.30 | $ | 550.30 | JetBlue | PROMESA MEETINGS | 58582418 |
| 1028_144 | 47PC1046 | 7/12/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $ 17.00 | $ | 17.00 | SJU AIRPORT PARKING | PROMESA MEETINGS | 58582415 |
| 1028_144 | 47PC1046 | 7/16/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 20.00 | $ | 20.00 | I Love NY | PROMESA meetings | 58702802 |
| 1028_144 | 47PC1046 | 7/16/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 15.00 | $ | 15.00 | I Love NY | PROMESA meetings | 58702913 |
| 1028_144 | 47PC1046 | 7/17/2018 | Green, Thomas H | GROUND TRANSPORTATION - PARKING/TOLLS | $ 24.00 | $ | 24.00 | Westside parking | PROMESA meetings | 58702778 |
| 1028_144 | 47PC1046 | 7/18/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 35.00 | $ | 35.00 | I Love NY | PROMESA meetings | 58702806 |
| 1028_144 | 47PC1046 | 7/23/2018 | Gavin, John C | AIRFARE | $ 402.40 | $ | 402.40 | Delta Air Lines | PROMESA MEETINGS | 58582735 |
| 1028_144 | 47PC1046 | 7/23/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $ 138.00 | $ | 138.00 | AMTRAK AGE2040946084781 | COFINA meeting | 58726872 |
| 1028_144 | 47PC1046 | 7/23/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 14.00 | $ | 14.00 | ILove NY | COFINA meeting | 58727040 |
| 1028_144 | 47PC1046 | 7/24/2018 | Gavin, John C | AIRFARE | $ 275.62 | $ | 275.62 | JetBlue | PROMESA MEETINGS | 58582737 |
| 1028_144 | 47PC1046 | 7/24/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 12.00 | $ | 12.00 | I Love NY | COFINA meeting | 58727064 |
| 1028_144 | 47PC1046 | 7/25/2018 | Gavin, John C | HOTEL/LODGING | $ 309.00 | $ | 309.00 | Westin Hotels and Resorts | PROMESA MEETINGS | 58599031 |
| 1028_144 | 47PC1046 | 7/25/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $ 70.27 | $ | 70.27 | CURB- TAXI APP | PROMESA MEETINGS | 58582740 |
| 1028_144 | 47PC1046 | 7/25/2018 | Gavin, John C | LODGING TAX | $ 49.07 | $ | 49.07 | Westin Hotels and Resorts | PROMESA MEETINGS | 58599030 |
| 1028_144 | 47PC1046 | 7/26/2018 | Gavin, John C | HOTEL/LODGING | $ 309.00 | $ | 309.00 | Westin Hotels and Resorts | PROMESA MEETINGS | 58599033 |
| 1028_144 | 47PC1046 | 7/26/2018 | Gavin, John C | LODGING TAX | $ 49.07 | $ | 49.07 | Westin Hotels and Resorts | PROMESA MEETINGS | 58599032 |
| 1028_144 | 47PC1046 | 7/27/2018 | Gavin, John C | UBER - NORMAL FARE | $ 89.20 | $ | 89.20 | UBER  TRIP VZEKZ | PROMESA MEETINGS | 58597973 |
| 1028_144 | 47PC1046 | 7/27/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $ 11.16 | $ | 11.16 | CURB- TAXI APP | PROMESA MEETINGS | 58582741 |
| 1028_144 | 47PC1046 | 7/27/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 20.00 | $ | 20.00 | I Love NY | COFINA meeting | 58727085 |
| 1028_144 | 47PC1046 | 7/27/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $ 56.75 | $ | 56.75 | SJU AIRPORT PARKING | PROMESA MEETINGS | 58582734 |
| 1028_144 | 47PC1046 | 7/28/2018 | Gavin, John C | AIRFARE | $ 317.92 | $ | 317.92 | JetBlue | PROMESA MEETINGS | 58701316 |
| 1028_144 | 47PC1046 | 7/29/2018 | Gavin, John C | HOTEL/LODGING | $ 330.65 | $ | 330.65 | Westin Hotels and Resorts | PROMESA MEETINGS | 58732966 |
| 1028_144 | 47PC1046 | 7/29/2018 | Gavin, John C | LODGING TAX | $ 52.28 | $ | 52.28 | Westin Hotels and Resorts | PROMESA MEETINGS | 58732965 |
| 1028_144 | 47PC1046 | 7/29/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $ 9.36 | $ | 9.36 | CURB- TAXI APP | PROMESA MEETINGS | 58701310 |
| 1028_144 | 47PC1046 | 7/30/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $ 17.16 | $ | 17.16 | NYC TAXI | PROMESA MEETINGS | 58749925 |
| 1028_144 | 47PC1046 | 7/30/2018 | Gavin, John C | HOTEL/LODGING | $ 330.65 | $ | 330.65 | Westin Hotels and Resorts | PROMESA MEETINGS | 58732969 |
| 1028_144 | 47PC1046 | 7/30/2018 | Gavin, John C | LODGING TAX | $ 52.28 | $ | 52.28 | Westin Hotels and Resorts | PROMESA MEETINGS | 58732968 |
| 1028_144 | 47PC1046 | 7/30/2018 | Gavin, John C | GROUND TRANSPORTATION - TAXI | $ 23.76 | $ | 23.76 | TAXI SVC JAMAICA | PROMESA MEETINGS | 58701308 |
| 1028_144 | 47PC1046 | 7/30/2018 | Gavin, John C | UBER - NORMAL FARE | $ 90.22 | $ | 90.22 | UBER  TRIP LYQQB | PROMESA MEETINGS | 58750036 |
| 1028_144 | 47PC1046 | 7/31/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 13.00 | $ | 13.00 | ILove ny | COFINA Federal court mediation | 58728001 |
| 1028_144 | 47PC1046 | 7/31/2018 | Gavin, John C | HOTEL/LODGING | $ 330.65 | $ | 330.65 | Westin Hotels and Resorts | PROMESA MEETINGS | 58732972 |
| 1028_144 | 47PC1046 | 7/31/2018 | Gavin, John C | LODGING TAX | $ 52.28 | $ | 52.28 | Westin Hotels and Resorts | PROMESA MEETINGS | 58732971 |
| 1028_144 | 47PC1046 | 7/31/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $ 12.00 | $ | 12.00 | I Love NY | COFINA Federal court mediation | 58728021 |
| 1028_144 | 47PC1046 | 7/31/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $ 14.16 | $ | 14.16 | TAXI SVC LONG ISALND C | PROMESA Assignment - Puerto Rico - Strategic Planning | 59071921 |

**Citigroup Global Markets Inc. Expense Detail - August 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description 1 | Expense Description 2 | Expense ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1028_149 | 47PC1046 | 8/1/2018 | Gavin, John C | LODGING TAX | $52.28 | | $52.28 | Westin Hotels and Resort | PROMESA MEETINGS | 58732974 |
| 1028_149 | 47PC1046 | 8/1/2018 | Gavin, John C | HOTEL/LODGING | $330.65 | | $330.65 | Westin Hotels and Resort | PROMESA MEETINGS | 58732975 |
| 1028_149 | 47PC1046 | 8/1/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | | $16.00 | I Love NY | COFINA Federal court mediation | 58728066 |
| 1028_149 | 47PC1046 | 8/1/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | | $15.00 | I Love NY | COFINA Federal court mediation | 58728124 |
| 1028_149 | 47PC1046 | 8/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | | $15.00 | I Love NY | COFINA Federal court mediation | 58728090 |
| 1028_149 | 47PC1046 | 8/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $16.00 | | $16.00 | I Love NY | COFINA Federal court mediation | 58728137 |
| 1028_149 | 47PC1046 | 8/2/2018 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | $179.00 | | $179.00 | AMTRAK AGE214094601 | PROMESA MEETINGS | 58733293 |
| 1028_149 | 47PC1046 | 8/3/2018 | Gavin, John C | AIRFARE | $472.10 | | $472.10 | JetBlue | PROMESA MEETINGS | 58733295 |
| 1028_149 | 47PC1046 | 8/6/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $14.00 | | $14.00 | I Love NY | PROMESA COFINA meetings | 58957256 |
| 1028_149 | 47PC1046 | 8/7/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | | $15.00 | I Love NY | PROMESA COFINA meetings | 58957247 |
| 1028_149 | 47PC1046 | 8/7/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $25.00 | | $25.00 | I Love NY | PROMESA COFINA meetings | 58957198 |
| 1028_149 | 47PC1046 | 8/10/2018 | Gavin, John C | AIRFARE | $289.72 | | $289.72 | JetBlue | PROMESA MEETINGS | 58999038 |
| 1028_149 | 47PC1046 | 8/11/2018 | Brownstein, David M. | AIRFARE | $813.58 | | $813.58 | United Airlines | PROMESA Assignment - Puerto Rico - Strategic Planning | 59558163 |
| 1028_149 | 47PC1046 | 8/13/2018 | Gavin, John C | LODGING TAX | $37.00 | | $37.00 | Ritz-Carlton | PROMESA MEETINGS | 59013233 |
| 1028_149 | 47PC1046 | 8/13/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | | $15.00 | I Love NY | PROMESA COFINA meetings | 58957276 |
| 1028_149 | 47PC1046 | 8/13/2018 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | $15.00 | | $15.00 | I Love NY | PROMESA COFINA meetings | 58957308 |
| 1028_149 | 47PC1046 | 8/13/2018 | Gavin, John C | HOTEL/LODGING | $250.00 | | $250.00 | Ritz-Carlton | PROMESA MEETINGS | 59013234 |
| 1028_149 | 47PC1046 | 8/13/2018 | Castiglioni, James | GROUND TRANSPORTATION - TRAIN | $377.00 | | $377.00 | AMTRAK AGE225094612 | PROMESA Assignment - Puerto Rico - Strategic Planning | 59071919 |
| 1028_149 | 47PC1046 | 8/14/2018 | Gavin, John C | LODGING TAX | $37.00 | | $37.00 | Ritz-Carlton | PROMESA MEETINGS | 59013237 |
| 1028_149 | 47PC1046 | 8/14/2018 | Gavin, John C | AIRFARE | $266.22 | | $266.22 | JetBlue | PROMESA MEETINGS | 58999034 |
| 1028_149 | 47PC1046 | 8/14/2018 | Gavin, John C | HOTEL/LODGING | $250.00 | | $250.00 | Ritz-Carlton | PROMESA MEETINGS | 59013238 |
| 1028_149 | 47PC1046 | 8/14/2018 | Gavin, John C | AIRFARE | $192.76 | | $192.76 | American Airlines | PROMESA MEETINGS | 58999035 |
| 1028_149 | 47PC1046 | 8/14/2018 | Brownstein, David M. | LODGING TAX | $37.00 | | $37.00 | Ritz-Carlton | PROMESA Assignment - Puerto Rico - Strategic Planning | 59558449 |
| 1028_149 | 47PC1046 | 8/14/2018 | Brownstein, David M. | HOTEL/LODGING | $250.00 | | $250.00 | Ritz-Carlton | PROMESA Assignment - Puerto Rico - Strategic Planning | 59558450 |
| 1028_149 | 47PC1046 | 8/14/2018 | Gavin, John C | UBER - NORMAL FARE | $16.61 | | $16.61 | UBER  TRIP 2TOOK | PROMESA MEETINGS | 59013118 |
| 1028_149 | 47PC1046 | 8/14/2018 | Castiglioni, James | LODGING TAX | $37.00 | | $37.00 | Ritz-Carlton | PROMESA Assignment - Puerto Rico - Strategic Planning | 59072091 |
| 1028_149 | 47PC1046 | 8/14/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $15.54 | | $15.54 | TAXI SVC WASHINGTON D | PROMESA Assignment - Puerto Rico - Strategic Planning | 59071920 |
| 1028_149 | 47PC1046 | 8/14/2018 | Castiglioni, James | HOTEL/LODGING | $250 | | $250 | Ritz-Carlton | PROMESA Assignment - Puerto Rico - Strategic Planning | 59072092 |
| 1028_149 | 47PC1046 | 8/15/2018 | Gavin, John C | UBER - NORMAL FARE | $7.81 | | $7.81 | UBER  TRIP 65SBC | PROMESA MEETINGS | 59013177 |
| 1028_149 | 47PC1046 | 8/15/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $14.15 | | $14.15 | SQUARE    SQ UVC | PROMESA Assignment - Puerto Rico - Strategic Planning | 59071928 |
| 1028_149 | 47PC1046 | 8/15/2018 | Castiglioni, James | GROUND TRANSPORTATION - TRAIN | $80.00 | | $80.00 | AMTRAK   227117700031 | Exchanged Ticket - PROMESA Assignment - Puerto Rico - | 59861264 |
| 1028_149 | 47PC1046 | 8/16/2018 | Gavin, John C | UBER - NORMAL FARE | $35.98 | | $35.98 | UBER  TRIP TDASR | PROMESA MEETINGS | 59013324 |
| 1028_149 | 47PC1046 | 8/17/2018 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | $80.75 | | $80.75 | SJU AIRPORT PARKING | PROMESA MEETINGS | 58999037 |
| 1028_149 | 47PC1046 | 8/20/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $46 | | $45.80 | TAXI SVC NEW YORK | PROMESA Assignment - Puerto Rico - Strategic Planning | 59071923 |
| 1028_149 | 47PC1046 | 8/28/2018 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | $51.36 | | $51.36 | TAXI SVC LONG ISLAND C | PROMESA Assignment - Puerto Rico - Strategic Planning | 59862928 |
| 1028_149 | 47PC1046 | 8/10/2018 | | Title III Legal Fees | $1,648 | | $1,648 | Storch Amini PC | Fee Application-Related Fees and Expenses for July 2018 | |

**Citigroup Global Markets Inc. Expense Detail - September 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description 1 | Expense Description 2 | Expense ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1028_150 | 47PC1046 | 9/3/2018 | Brownstein, David M. | AIRFARE | ($813.58) | | ($813.58) | United Airlines | PROMESA Assignment - Puerto Rico - Strategic Planning | 59558390 |
| 1028_150 | 47PC1046 | 9/3/2018 | Brownstein, David M. | AIRFARE | $635.45 | | $635.45 | United Airlines | PROMESA Assignment - Puerto Rico - Strategic Planning | 59561012 |
| 1028_150 | 47PC1046 | 9/4/2018 | Castiglioni, James | AIRFARE | $238.02 | | $238.02 | JetBlue | PROMESA Assignment Puerto Rico - Strategic Planning | 59642799 |
| 1028_150 | 47PC1046 | 9/4/2018 | Castiglioni, James | AIRFARE | $259.88 | | $259.88 | American Airlines | PROMESA Assignment Puerto Rico - Strategic Planning | 59642807 |
| 1028_150 | 47PC1046 | 9/5/2018 | Brownstein, David M. | HOTEL/LODGING | $149.00 | | $149.00 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico - Strategic Planning | 59561130 |
| 1028_150 | 47PC1046 | 9/5/2018 | Brownstein, David M. | GROUND TRANSPOR | $16.00 | | $16.00 | Taxi | PROMESA Assignment - Puerto Rico - Strategic Planning | 59561272 |
| 1028_150 | 47PC1046 | 9/5/2018 | Brownstein, David M. | LODGING TAX | $42.64 | | $42.64 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico - Strategic Planning | 59561129 |
| 1028_150 | 47PC1046 | 9/6/2018 | Brownstein, David M. | HOTEL/LODGING | $149.00 | | $149.00 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico - Strategic Planning | 59561132 |
| 1028_150 | 47PC1046 | 9/6/2018 | Brownstein, David M. | LODGING TAX | $42.64 | | $42.64 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico - Strategic Planning | 59561131 |
| 1028_150 | 47PC1046 | 9/6/2018 | Castiglioni, James | HOTEL/LODGING | $115.00 | | $115.00 | Courtyards | PROMESA Assignment Puerto Rico - Strategic Planning | 59643540 |
| 1028_150 | 47PC1046 | 9/6/2018 | Castiglioni, James | LODGING TAX | $20.70 | | $20.70 | Courtyards | PROMESA Assignment Puerto Rico - Strategic Planning | 59643539 |
| 1028_150 | 47PC1046 | 9/6/2018 | Castiglioni, James | GROUND TRANSPOR | $20.00 | | $20.00 | Taxi | PROMESA Assignment Puerto Rico - Strategic Planning | 59643589 |
| 1028_150 | 47PC1046 | 9/7/2018 | Castiglioni, James | GROUND TRANSPOR | $25.00 | | $25.00 | Taxi | PROMESA Assignment Puerto Rico - Strategic Planning | 59643597 |
| 1028_150 | 47PC1046 | 9/17/2018 | Green, Thomas H | AIRFARE | $504.54 | | $504.54 | JETBLUE 27971934445232 | PROMESA meetings | 59664272 |
| 1028_150 | 47PC1046 | 9/17/2018 | Green, Thomas H | GROUND TRANSPOR | $64.30 | | $64.30 | TAXI SVC NEW YORK | PROMESA Assignment - Puerto Rico - Strategic Planning | 59863012 |
| 1028_150 | 47PC1046 | 9/18/2018 | Green, Thomas H | LODGING TAX | $61.65 | | $61.65 | CONDADO VANDERBILT H | PROMESA meetings | 59666910 |
| 1028_150 | 47PC1046 | 9/18/2018 | Green, Thomas H | GROUND TRANSPOR | $28.00 | | $28.00 | San Juan Taxi | PROMESA meetings | 59667238 |
| 1028_150 | 47PC1046 | 9/18/2018 | Green, Thomas H | HOTEL/LODGING | $199.00 | | $199.00 | CONDADO VANDERBILT H | PROMESA meetings | 59666911 |
| 1028_150 | 47PC1046 | 9/19/2018 | Green, Thomas H | LODGING TAX | $61.65 | | $61.65 | CONDADO VANDERBILT H | PROMESA meetings | 59666914 |
| 1028_150 | 47PC1046 | 9/19/2018 | Green, Thomas H | HOTEL/LODGING | $199.00 | | $199.00 | CONDADO VANDERBILT H | PROMESA meetings | 59666915 |
| 1028_150 | 47PC1046 | 9/19/2018 | Green, Thomas H | GROUND TRANSPOR | $10.00 | | $10.00 | CONDADO VANDERBILT H | PROMESA meetings | 59666916 |
| 1028_150 | 47PC1046 | 9/20/2018 | Green, Thomas H | GROUND TRANSPOR | $25.00 | | $25.00 | San Juan Taxi | PROMESA meetings | 59667250 |
| 1028_150 | 47PC1046 | 9/21/2018 | Brownstein, David M. | AIRFARE | $434.80 | | $434.80 | United Airlines | PROMESA Assignment - Puerto Rico - Strategic Planning | 60529480 |
| 1028_150 | 47PC1046 | 9/24/2018 | Castiglioni, James | AIRFARE | $430.24 | | $430.24 | JetBlue | PROMESA Assignment - Puerto Rico - Strategic Planning | 59862930 |
| 1028_150 | 47PC1046 | 9/24/2018 | Green, Thomas H | AIRFARE | $266.22 | | $266.22 | JetBlue | Great Lakes Water Authority meetings | 59755824 |
| 1028_150 | 47PC1046 | 9/25/2018 | Keca, Dashmir | AIRFARE | $458.44 | | $458.44 | Jet Blue | Trip to San Juan and Late Night Uber Expense | 60140053 |
| 1028_150 | 47PC1046 | 9/26/2018 | Gavin, John C | AIRFARE | $425.24 | | $425.24 | JetBlue | MEETINGS WITH PROSKAUER FOR PREPA FINANCING | 59867087 |
| 1028_150 | 47PC1046 | 9/27/2018 | Castiglioni, James | GROUND TRANSPOR | $63.36 | | $63.36 | TAXI SVC LONG ISALND C | PROMESA Assignment - Puerto Rico - Strategic Planning | 60223219 |
| 1028_150 | 47PC1046 | 9/27/2018 | Castiglioni, James | HOTEL/LODGING | $149.00 | | $149.00 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico - Strategic Planning | 60223016 |
| 1028_150 | 47PC1046 | 9/27/2018 | Castiglioni, James | GROUND TRANSPOR | $20.00 | | $20.00 | Taxi | PROMESA Assignment - Puerto Rico - Strategic Planning | 60223191 |
| 1028_150 | 47PC1046 | 9/27/2018 | Castiglioni, James | LODGING TAX | $44 | | $43.64 | INTERCONT SAN JUAN RES | PROMESA Assignment - Puerto Rico - Strategic Planning | 60223015 |
| 1028_150 | 47PC1046 | 9/27/2018 | Brownstein, David M. | HOTEL/LODGING | $199.00 | | $199.00 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 60529535 |
| 1028_150 | 47PC1046 | 9/27/2018 | Keca, Dashmir | LODGING TAX | $44 | | $43.64 | INTERCONT SAN JUAN RES | Trip to San Juan and Late Night Uber Expense | 60369683 |
| 1028_150 | 47PC1046 | 9/27/2018 | Keca, Dashmir | HOTEL/LODGING | 149 | | $149.00 | INTERCONT SAN JUAN RES | Trip to San Juan and Late Night Uber Expense | 60369684 |
| 1028_150 | 47PC1046 | 9/27/2018 | Brownstein, David M. | LODGING TAX | 61.65 | | 61.65 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 60529534 |
| 1028_150 | 47PC1046 | 9/28/2018 | Castiglioni, James | GROUND TRANSPOR | 75.67 | | 75.67 | TAXI SVC 41-25 36TH ST | PROMESA Assignment - Puerto Rico - Strategic Planning | 60223218 |
| 1028_150 | 47PC1046 | 9/28/2018 | Castiglioni, James | AIRFARE | 150 | | 150 | JetBlue | PROMESA Assignment - Puerto Rico - Strategic Planning | 60222689 |
| 1028_150 | 47PC1046 | 9/28/2018 | Castiglioni, James | GROUND TRANSPOR | 25 | | 25 | Taxi | PROMESA Assignment - Puerto Rico - Strategic Planning | 60223206 |
| 1028_150 | 47PC1046 | 9/28/2018 | Keca, Dashmir | AIRFARE | 243.32 | | 243.32 | Jet Blue | Trip to San Juan and Late Night Uber Expense | 60140183 |
| 1028_150 | 47PC1046 | 9/28/2018 | Brownstein, David M. | HOTEL/LODGING | 199 | | 199 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 60529537 |
| 1028_150 | 47PC1046 | 9/28/2018 | Brownstein, David M. | LODGING TAX | 61.65 | | 61.65 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning | 60529536 |
| 1028_150 | 47PC1046 | 9/20/2018 | | Title III Legal Fees | $482.40 | | $482.40 | Storch Amini PC | Fee Application-Related Fees and Expenses for August 2018 | |