## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |
| IN RE: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3284-LTS |
| as representative of | |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION (COFINA), | |
| Debtor. | |

## THE BANK OF NEW YORK MELLON'S INFORMATIVE
## MOTION REGARDING JANUARY 30-31, 2019, OMNIBUS HEARING

The Bank of New York Mellon ("BNYM"), through its undersigned counsel,

hereby submits this informative motion, pursuant to the Court's *Order Regarding Procedures for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the  Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Attendance, Participation and Observation of January 30-31, 2019, Omnibus Hearing* [ECF No. 4863], and respectfully represents as follows:

      1.      Louis M. Solomon and Luke A. Sizemore of Reed Smith LLP will appear on behalf of BNYM at the January 30-31, 2019, omnibus hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      2.      Mr. Solomon and Mr. Sizemore may seek to be heard, if necessary, in connection with matters raised by the Court or in response to any statements made by any party in connection with the above-captioned Title III proceedings.

      WHEREFORE, BNYM respectfully requests that the Court permit BNYM to appear and be heard at the January 30-31, 2019, omnibus hearing.

*[Remainder of page intentionally left blank.]*

Dated:  January 25, 2019
        San Juan, Puerto Rico

Respectfully submitted,

SEPULVADO, MALDONADO &
COURET

By:      */s/ Albéniz Couret-Fuentes*      
Elaine Maldonado-Matías
USDC-PR No. 217309
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
José Javier Santos Mimoso
USDC-PR Bar No. 208207
304 Ponce de León Ave. —Suite 990
San Juan, P.R. 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email:  emaldonado@smclawpr.com
Email:  acouret@smclawpr.com
Email:  jsantos@smclawpr.com

REED SMITH LLP
Eric A. Schaffer (*pro hac vice*)
Luke A. Sizemore (*pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile : (412) 288-3063
Email : eschaffer@reedsmith.com
Email : lsizemore@reedsmith.com

REED SMITH LLP
Louis M. Solomon (*pro hac vice*)
C. Neil Gray (*pro hac vice*)
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 549-0400
Facsimile: (212) 521-5450
Email: lsolomon@reedsmith.com
Email:  cgray@reedsmith.com

*Counsel for The Bank of New York Mellon,*
*as trustee*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Albéniz Couret-Fuentes*
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
SEPULVADO, MALDONADO &
COURET
304 Ponce de León Ave. —Suite 990
San Juan, P.R. 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com