# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE JANUARY 30-31, 2019 OMNIBUS HEARING

Certain funds managed or advised by OppenheimerFunds, Inc. ("**Oppenheimer Funds**") submit this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of January 30-31, 2019, Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the January 30-31, 2019 omnibus hearing (the "**Hearing**").

P. Bradley O'Neill and Douglas Buckley of Kramer Levin Naftalis and Frankel LLP will appear in person on behalf of the Oppenheimer Funds in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007. Counsel will be prepared to address the *Urgent Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

*and (II) Official Committee of Unsecured Creditors Under Bankruptcy Code Sections 105(A) and 502 And Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds* [Dkt. No. 4789]. Mr. O'Neill and Mr. Buckley request to be seated at counsel's table.

The Oppenheimer Funds reserves their right to be heard on any other matter raised by any party at the Hearing related to the Title III cases or the interests of the Oppenheimer Funds.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

*[Remainder of Page Intentionally Left Blank]*

- 3 -

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today January 25, 2019.

| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| */s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>Email: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>Email: lft@tcm.law<br><br>*/s/ Jane Patricia Van Kirk*<br>JANE PATRICIA VAN KIRK<br>USDC–PR No. 220,510<br>Email: jvankirk@tcm.law<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760 | *s/ Douglas Buckley*<br>THOMAS MOERS MAYER*<br>AMY CATON*<br>P. BRADLEY O'NEILL**<br>DOUGLAS BUCKLEY*<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br>Email: tmayer@kramerlevin.com<br>       acaton@kramerlevin.com<br>       dbuckley@kramerlevin.com<br>* (admitted *pro hac vice*)<br>** (*pro hac vice* admission pending) |

*Counsel to the Oppenheimer Funds*