UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- x
*In re* :
:
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, : PROMESA
: Title III
:
     as representative of :
: Case No. 17-BK-3283 (LTS)
: (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO *et al.*, :
:
:
     Debtors.[1] :
------------------------------------------------------------------- x
:

**INFORMATIVE MOTION OF BETTINA M. WHYTE, IN HER CAPACITY
AS AGENT FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION
(COFINA), REGARDING APPEARANCE AT THE JANUARY 30, 2019 HEARING**

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of the January 30-31, 2019 Hearing* [Docket No. 4863], Bettina M. Whyte, in her capacity as the Court-appointed representative ("COFINA Agent") for COFINA in the Commonwealth-COFINA Dispute, respectfully notifies the Court of her intent to attend the hearing on January 30, 2019 (and to the extent necessary January 31, 2019). Antonio Yanez, Jr. of Willkie Farr & Gallagher LLP intends to appear at the United States District Court for the Southern District of New York and will be available to the extent the Court has any questions for counsel to the COFINA Agent but does not anticipate appearing on any substantive matters. In compliance with Local Civil Rule for the U.S. District Court for the District of Puerto Rico 83-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

A(f), local counsel for the COFINA Agent, Nilda M. Navarro-Cabrer or an associate, will attend the hearing at the United States District Court for the District of Puerto Rico.

Dated: January 25, 2019
      New York, New York

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Nilda M. Navarro-Cabrer<br>Nilda M. Navarro-Cabrer<br>(USDC – PR No. 201212)<br>**NAVARRO-CABRER LAW OFFICES**<br>El Centro I, Suite 206<br>500 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 764-9595<br>Facsimile: (787) 765-7575<br>Email: navarro@navarrolawpr.com<br><br>*Local Counsel to the COFINA Agent* | By: /s/ Antonio Yanez, Jr.<br>Matthew A. Feldman (*pro hac vice*)<br>Joseph G. Minias (*pro hac vice*)<br>Antonio Yanez, Jr. (*pro hac vice*)<br>Martin L. Seidel (*pro hac vice*)<br>James C. Dugan (*pro hac vice*)<br>Paul V. Shalhoub (*pro hac vice*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com<br>      jminias@willkie.com<br>      ayanez@willkie.com<br>      mseidel@willkie.com<br>      jdugan@willkie.com<br>      pshalhoub@willkie.com<br><br>*Counsel to the COFINA Agent* |
| Kenneth N. Klee (*pro hac vice*)<br>Daniel J. Bussel (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>**KLEE, TUCHIN, BOGDANOFF & STERN LLP**<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>Email: kklee@ktbslaw.com<br>      dbussel@ktbslaw.com<br>      jweiss@ktbslaw.com<br><br>*Special Municipal Bankruptcy Counsel to the COFINA Agent* | |