From: (212) 403-1000
Peter C. Hein
Wachtell, Lipton, Rosen & Katz
51 w 52 street
29th Floor
New York, NY 10019
UNITED STATES

Origin ID: QNYA

FedEx
Express

J191t101079ulo

SHIP TO: (212) 403-1237          BILL SENDER

**Clerk's Office**
**United States District Court**
**Room 150 Federal Building**

**San Juan, PR 00918**
US

Ship Date: 24JAN19
ActWgt: 1.00 LB
CAD: 103936229/WSXI2750

REF: 70000.0221-0221
DESC-1: Letter and enclosures to Court
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE:
CUSTOMS VALUE: 0.00 USD
T/C: S 010060648          D/T: S 010060648
SIGN: Peter C. Hein
EIN/VAT:
PKG:PAK

FRI - 25 JAN A5
INTL PRIORITY

00918
PR-US
SJU

TRK#  7851 1940 3558
0430

XQ SIGA





These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH

565J2/D74CJ23AD