# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> The Financial Oversight and Management Board for Puerto Rico, <br><br>     as representative of <br><br> The Commonwealth of Puerto Rico, <br><br>     Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

## APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

    **NOW APPEAR** certain funds managed or advised by OppenheimerFunds, Inc. (the "**Oppenheimer Funds**"), creditors and parties in interest hereto, and hereby enter their appearance through the undersigned counsel pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170, and very respectfully request that all motions, pleadings, papers and orders be served upon them through the undersigned counsel, and that they be included in the master list, or any other similar notice list applicable to this proceeding.

    **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

KL2 3109472.1

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, January 25, 2019.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared* | 1177 Avenue of the Americas |
| MANUEL FERNÁNDEZ-BARED | New York, New York 10036 |
| USDC-PR No. 204,204 | Tel.: (212) 715-9100 |
| Email: mfb@tcm.law | Fax: (212) 715-8000 |
| | |
| */s/ Linette Figueroa-Torres* | */s/ Douglas Buckley* |
| LINETTE FIGUEROA-TORRES | AMY CATON* |
| USDC-PR No. 227,104 | THOMAS MOERS MAYER* |
| Email: lft@tcm.law | P. BRADLEY O'NEILL** |
| | DOUGLAS BUCKLEY* |
| */s/ Jane Patricia Van Kirk* | Email: acaton@kramerlevin.com |
| JANE PATRICIA VAN KIRK |       tmayer@kramerlevin.com |
| USDC–PR No. 220,510 |       boneill@kramerlevin.com |
| Email: jvankirk@tcm.law |       dbuckley@ kramerlevin.com |
| P.O. Box 195383 | |
| San Juan, PR 00919-5383 | \*   (admitted *pro hac vice*) |
| Tel.: (787) 751-8999 | \*\* (p*ro hac vice* admission pending) |
| Fax: (787) 763-7760 | |

*Counsel for the Oppenheimer Funds*