**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE**

Comes now, Christopher Harris (the "Applicant") and respectfully states:

1. Applicant is an attorney and a member of the law firm of Latham & Watkins LLP, with office at:

   Address: 885 Third Ave.
   New York, New York 10022-4834
   Email: christopher.harris@lw.com
   Telephone: (212) 906-1880
   Fax: (212) 751-4864

2. Applicant will sign all pleadings with the name Christopher Harris.

3. Applicant has been retained as a member of the above-named firm by Autonomy Capital (Jersey) LP, on behalf of certain of its affiliated investment funds, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ( "COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ( "HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ( "ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ( "PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

US-DOCS\105450915.3

4. Since 1997, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of California. Applicant's bar license number is 187472. Since 1998, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2914265.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| U.S. Supreme Court | 2001 |
| U.S. Court of Appeals for the 2nd Circuit | 2009 |
| U.S. Court of Appeals for the 3rd Circuit | 1999 |
| U.S. District Court for the Eastern District of New York | 1998 |
| U.S. District Court for the Southern District of New York | 1998 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 6.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in any matter before the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> Attorney: J. Ramón Rivera Morales
> USDC-PR: 200701
> Address: PO Box 366104
> San Juan, PR 00936-6104
> Email: rrivera@jgl.com
> Telephone: (787) 767-1030
> Fax: (787) 751-4068

11. Applicant has read the local rules of this court and will comply with the same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the

US-DOCS\105450915.3

provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

January 25, 2019.

*s/ Christopher Harris*
Christopher Harris

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

January 25, 2019.

*s/ J. Ramón Rivera Morales*
J. Ramón Rivera Morales

**CERTIFICATE:** I hereby certify that on this date, we submitted the pro hac admission fee to the Clerk of the Court; electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record; and, will provide hard copies to the Court and the United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order, Docket No. 4086-1

By: s/ *J. Ramón Rivera Morales*
J. Ramón Rivera Morales
JIMÉNEZ, GRAFFAM & LAUSELL
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of January, 2019.

_____
U.S District Judge

```
Court Name: District Court
Division: 1
Receipt Number: PRX100061468
Cashier ID: arodrigu
Transaction Date: 01/25/2019
Payer Name: JIMENEZ, GRAFFAM AND LAUSELL
-----------------------------------
PRO HAC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 066260
 Amt Tendered:  $300.00
-----------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE OF
CHRISTOPHER HARRIS

THRU: J RAMON RIVERA-MORALES
```