# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                            Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 4863** |

### INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JANUARY 30-31, 2019, OMNIBUS HEARING

The Ad Hoc Group of Constitutional Debtholders[1] (the "Ad Hoc Group") hereby files this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of the January 30-31, 2019, Omnibus Hearing* [Dkt. No. 4863].

James M. Peck and Grant J. Esposito, each of Morrison & Foerster LLP ("Morrison & Foerster") intend to appear and present argument at the January 30-31, 2019 omnibus hearing on behalf of the Ad Hoc Group in connection with th*e Urgent Motion of (I) Financial Oversight and Management Board Acting through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Requesting Related Relief* [ECF No. 4788], should that submission be addressed at the omnibus hearing, in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick

---

[1] *See Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 4178].

ny-1359470

Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Morrison & Foerster also expects that one other person will attend and observe the omnibus hearing on behalf of the Ad Hoc Group in New York.

Kendra Loomis of G. Carlo-Altieri Law Offices, LLC will attend and observe the omnibus hearing on behalf of the Ad Hoc Group by video teleconference in a courtroom of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

Date: January 25, 2019

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
gacarlo@carlo-altierilaw.com

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
loomislegal@gmail.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Fax: (787) 919-0527

-and-

By: /s/ James M. Peck
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com
GLee@mofo.com

*Counsel for the Ad Hoc Group of Constitutional Debtholders*