IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | Title III |
| | CASE NO. 17 BK 3283-LTS |
| as representative of | CLAIMS OBJECTIONS AND RESPONSES |
| COMMONWEALTH OF PUERTO RICO | TRIAL BY JURY DEMANDED AND ARTICLE III JUDGE DEMANDED |
| Debtors | |

## ANSWER AND OPPOSITION TO OBJECTION TO CLAIM IN SIXTH OMINIBUS NON-SUBSTANTIVE OBJECTION (It. #111) TO CLAIM BY EDILBERRTO BERRIOS PÉREZ AND ARIADNE FEBLES GORDIAN

TO THE HONORABLE COURT:

COME NOW, Claimants Edilberto Berríos Pérez and Ariadne Febles Gordián, as bond holders of The Government Development Bank with a proof of claim filed on May 24, 2018, without otherwise submitting to the jurisdiction of the Court, for the purpose of preserving and protecting all fundamental constitutional rights of the appearing parties, respectfully state and pray as follows:

### PRESERVATION OF RIGHTS, MINIMIZING DAMAGES AND PRESERVING CONSTITUTIONAL RIGHTS

Nothing in this document invokes the court's adjudicative powers for any purpose, except to preserve the legal, contractual and constitutional rights of claimants. The appearance is made with the express purpose of protecting and preserving ALL constitutional rights and liberties and the structural diffusion of power which vests jurisdiction in various powers and limits through the land; as well as to protect the dignity of the U.S. District Court.

## SYNTHESIS OF THE OPPOSITION TO THE OBJECTION
## TO THE PROOF OF CLAIM FILED AND RELATED MATTERS

Claimants are owners of a **Five Hundred Thousand Dollar ($500,000.00)** bond issued by The Government Development Bank, **SR NIS-ser H**, with a maturity date of 08/01/2019. Purchase was made on December 22, 2011, and the trade was made through Oriental Financial Services, Trade number T70C64 (or T70C84). **Evidence of the purchase conformation was submitted with the Proof of Claim filed**, and is again attached hereto as Exhibits A and B. The filing was made to preserve all rights and no constitutional, contractual or legal right was waived.

Claimants herein voted in the plan confirmation process accepting the plan proposed, and <u>did not consent to any third party releases</u>.[1] The Proof of Claim was objected in the <u>SIXTH Omnibus Objection- item number 111</u>, to Claim number 7999 filed on April 24, 2018. The reason stated for the objection is stated as follows:

> Proof of claim purports to asset liabilities associated with <u>municipal bond(s) and/or money loaned</u>, but fails to provide any basis or <u>supporting documentation</u> for asserting a claim against COFINA, such that Debtors are unable to determine whether claimant has a valid claim against COFINA or <u>any other Title III Debtors</u>.

The evidence and exact numeration and data to establish title has again been provided herein and attached hereto. The Proof of Claim is against the Government Development Bank, which plan has already been confirmed and claimants herein did cast a vote accepting the plan, but refusing to consent to any third party releases.

---

[1] We specifically preserve all rights against third parties that may be liable, and have not consented to third party releases under the plan or otherwise. See *In re Millennium Lab Holdings II*, LLC, 242 F.Supp.3d 322 (USDC, Del. 2017), Bankr. L. Rep. P 83, 087; *In re Lower Bucks Hosp.*, 571 F. App'x 139, 142-44 (3d Cir. 2014); *In re Metromedia Fiber Network, Inc.*, 416 F.3d 136, 141-43 (2d Cir. 2005).

-2-

## SUBSTANTIVE BASIS FOR THE OPPOSITION

Claimants are owners in fee simple of the bond and credit represented by the bond. Title was acquired by purchase, which is money loaned on December 2011 to the Government Development Bank in the amount of Half a Million Dollars, which was paid in full and the bonds tendered to the broker who holds them on behalf of claimants. Debtor regularly paid to claimants the interest contracted for the bonds until the PROMESA Title III case was filed. Claimants were recognized as creditors, were invited to vote, and did vote in the plan confirmation process. The purchase sale, under the Laws of Puerto Rico (31 L.P.R.A. §3811-3813), provides title of the object of sale to the purchaser. Given that the object of the purchase was a credit, the contract is also a loan of money; see 31 L.P.R.A. §4511, §4572 and §3174.

## NO SUBSTANTIVE OBJECTION IS PRESENTED

The objection presented states it has no substantive basis to object; therefore, debtor admits it does have substantive obligations to claimants herein, or at minimum does not have any substantive basis upon which to deny liability and debt to claimants in the exact amount claimed. Therefore, substantively there is no case or controversy as to debtor's obligation, debt and liability to claimants. The objection appears to be directed to procedural classification of the documents filed, although the generality of the objection permits only to infer, assume or guess.

Out of an excess of caution, claimants preserve all fundamental constitutional rights including those acknowledged in *Granfinanciera S.A. v Nordberg*, 492 U.S. 33, 106 L.Ed 2d 26, 109 S. Ct. 2782 (1989)(trial by jury); *Northern Pipeline v. Marathon Pipeline Co.*, 458 U.S. 50, 102 S. Ct. 2858, 73 L. Ed. 2d. 958 (1982)(article III judge); and *Koontz v. St. Johns River Water Management Dist.*, 133 S.Ct. 2586,

2595-2598, 186 L.Ed.2d 697 (2013) (the imposition of an unconstitutional condition, i.e., filing of a proof of claim as a putative consent or waiver of fundamental constitutional rights). No assumption of waiver of the fundamental constitutional right to an article III judge and trial by jury may be implied; see *Wellness Intern. Network, Ltd. v. Sharif*, 135 S.Ct. 1932, 2015 WL 2456619, decided on May 26, 2015, *Insurance Corp. of Ireland v. Compagnie des Bauxites de Guinee*, 456 U.S. 694, 702, 102 S.Ct. 2099, 72 L.Ed.2d 492 (1982) and *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 119 S.Ct. 1563 (1999); *Stern v. Marshall*, 564 U.S. 462, 131 S.Ct. 2594, 180 L.Ed.2d 475, (2011), at S.Ct. 2619-2620.

The credit and cause of action to collect is property under the laws of Puerto Rico, *Alicea v. Córdova*, 117 D.P.R. 676 (1986). All substantive constitutional and procedural rights are preserved, including the Taking of property constitutional limitations.

## CONCLUSION

Debtor presents no substantive objection. The objection appears to be limited to identify to which debtor, jointly administered, the liability corresponds. Again, that is The Government Development Bank. The precise exact data has been provided for debtor to reconcile its own books with the contracts and debts it has assumed, supra, and attached.

Debtor Government Development Bank has recognized claimants in the voting process as rightful claimants, with the vote so cast the plan was in fact confirmed (judicial notice of the plan confirmed); therefore, Debtor is judicially estopped from acting contrary to the position it has assumed in the same case. *Perry v. Blum*, 629 F.3d 1 (U.S.C.A. 1st 2010).

The evidence submitted is amply sufficient to establish the rightful credit, title and rights to payment for the amounts claimed, as adjusted by the confirmed plan.

WHEREFORE, the herein appearing parties respectfully request from this Honorable Court to approve the Proof of claim filed as to the Government Development Bank which a Title III Debtor, under the PROMESA Title II case, with such other provision as may be appropriate in constitution law and equity.

CERTIFICATE OF SERVICE: The undersigned hereby certifies that on this same date he has electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of January, 2019.

EDILBERTO BERRÍOS PÉREZ
Capital Center Bldg., Suite 905
#239 Arterial Hostos Ave.
San Juan, Puerto Rico 00918-1400
Tel. (787) 753-0884
Fax (787) 753-4821

By: *s/Edilberto Berrios Pérez*
EDILBERTO BERRÍOS PÉREZ
USDC 123605
eberriosperez@berrioslongo.com

ORIENTAL FINANCIAL SERVICES CORP
PROFESSIONAL OFFICE PARK V
997 SAN ROBERTO STREET
ORIENTAL TOWER 9TH FLOOR
SAN JUAN PR 00926
TEL.(787)474-1993

**EXHIBIT A**

# CONFIRMATION

MAIL TO

ARIADNE FEBLES GORDIAN
EDILBERTO BERRIOS PEREZ TEN COM
URB CALDAS
2003 CALLE JOSE FIDALGO DIAZ
SAN JUAN PR 00926-5323

For the account of

ARIADNE FEBLES GORDIAN
EDILBERTO BERRIOS PEREZ TEN COM

Account Number: **NEB-018542**
Account Type: 1
Your Investment Advisor Roberto J. Santos
Your Investment Advisor Number 183

For additional information please see the reverse side

**You Bought:**

PUERTO RICO COMWLTH GOVT DEV BK SR NTS-SER H
INT RATE 4.500% MATURITY 08/01/2019 DATED 12/28/2011
BOOK ENTRY ONLY CALLABLE 02/01/13 @ 100.000
1ST CPN DTE 02/01/12 CPN PMT MONTHLY ON 01
MOODY RATING BAA1 S & P RATING BBB REVENUE BOND

Trade Date: 12-22-11
Process Date: 12-22-11
Settlement Date: 12-28-11
Cusip: 745177-FC-4

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| T70C84 | 500.000 | 100.00 | 500 000.00 | | | | 6.31 | 500 006.31 | 5 |

Unsolicited Order
Yield 4.500% To Par Call     Yield 4.500% To Maturity

Additional Call features exist that may affect yield. Complete information will be provided upon request

A copy of the official statement for this investment is available, or will be available by settlement date, at **www.emma.msrb.org**. Place the nine-digit CUSIP number listed above in the search field and press enter. If you do not have access to the Internet or would prefer a physical copy of the official statement, please contact your investment professional.
Additional Information that May Be Available on EMMA:
Advance refunding documents * Continuing disclosures, including annual financial statements and notices of material events * Real-time and historical trade data * Interest rates and auction results for municipal auction rate securities * Interest rates for variable rate demand obligations * Daily market statistics and educational material about municipal bonds
A prospectus for this security has been or is being delivered to you under separate cover.

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST CLEARING THROUGH PERSHING LLC MEMBER FINRA NYSE SIPC PERSHING IS A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION ONE PERSHING PLAZA JERSEY CITY NJ 07329

ORIENTAL FINANCIAL SERVICES CORP
PROFESSIONAL OFFICE PARK V
997 SAN ROBERTO STREET
ORIENTAL TOWER 9TH FLOOR
SAN JUAN PR 00926
TEL (787) 474-1993

**EXHIBIT B**

# CONFIRMATION

MAIL TO:

**ARIADNE FEBLES GORDIAN**
**EDILBERTO BERRIOS PEREZ TEN COM**
**URB CALDAS**
**2003 CALLE JOSE FIDALGO DIAZ**
**SAN JUAN PR 00926-5323**

For the account of:

ARIADNE FEBLES GORDIAN
EDILBERTO BERRIOS PEREZ TEN COM

Account Number: NEB-018542
Account Type: 1
Your Investment Advisor: Roberto J. Santos
Your Investment Advisor Number: 183

For additional information, please see the reverse side

**You Bought:**

PUERTO RICO COMWLTH GOVT DEV BK SR NTS-SER H
INT RATE 4.500% MATURITY 08/01/2019 DATED 12/28/2011
BOOK ENTRY ONLY CALLABLE 02/01/13 @ 100.000
1ST CPN DTE 02/01/12 CPN PMT MONTHLY ON 01
MOODY RATING BAA1 S & P RATING BBB REVENUE BOND

Trade Date: 12-22-11
Process Date: 12-22-11
Settlement Date: 12-28-11
Cusip: 745177-FC-4

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| T70C64 | 500,000 | 100.00 | 500,000.00 | | | | 6.31 | 500,006.31 | 5 |

Unsolicited Order
Yield  4.500% To Par Call    Yield  4.500% To Maturity

Additional Call features exist that may affect yield. Complete information will be provided upon request

A copy of the official statement for this investment is available, or will be available by settlement date, at www.emma.msrb.org. Place the nine-digit CUSIP number listed above in the search field and press enter. If you do not have access to the Internet or would prefer a physical copy of the official statement, please contact your investment professional.

Additional Information that May Be Available on EMMA:
Advance refunding documents * Continuing disclosures, including annual financial statements and notices of material events * Real-time and historical trade data * Interest rates and auction results for municipal auction rate securities * Interest rates for variable rate demand obligations * Daily market statistics and educational material about municipal bonds
A prospectus for this security has been or is being delivered to you under separate cover.

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES). IF "ODF" APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST CLEARING THROUGH PERSHING LLC MEMBER FINRA NYSE SIPC PERSHING IS A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION ONE PERSHING PLAZA, JERSEY CITY, NJ 07399