# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

**JOINDER BY AUTONOMY CAPITAL TO THE JOINT OBJECTION TO THE MOTION OF THE SPECIAL CLAIMS COMMITTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ESTABLISH OMNIBUS OBJECTION PROCEDURES REGARDING CERTAIN GO BONDS**

Autonomy Capital (Jersey) LP, on behalf of certain of its affiliated investment funds ("Autonomy"), by and through its undersigned counsel respectfully submits this Joinder to the *Joint Objection to the Motion of the Special Claims Committee and Official Committee of Unsecured Creditors to Establish Omnibus Procedures Regarding Certain GO Bonds* [EFC. No. 4923] (the "Objection")[2] filed by the Constitutional Claimants to the *Urgent Motion of (I) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims*

---

[1] The debtors in these title III cases, along with the last four digits of each debtor's federal tax identification number, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Case No. 17-BK-3283-LTS) (3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Case No. 17-BK-3566-LTS) (9686); (iii) Puerto Rico Highways and Transportation Authority (Case No. 17-BK-3567-LTS) (3808); (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17-BK-3284-LTS) (8474); and (v) Puerto Rico Electric Power Authority (Case No. 17-BK-4780-LTS) (3747).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

US-DOCS\105472430.2

*Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Requesting Related Relief* [ECF No. 4788] (the "Procedures Motion") brought by the Movants in connection with the *Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds* [ECF No. 4784] (the "GO Claim Objection"), and respectfully states as follows:

1. Autonomy joins in and incorporates by reference the facts and arguments set forth in the Objection.

2. For all of the reasons stated in the Objection, Autonomy respectfully requests that the Objection to the Procedures Motion be sustained and that the Court (a) deny the Procedures Motion and (b) direct all parties to (i) meet and confer regarding the Proposed Procedures and the terms of a proposed scheduling order for the litigation of the GO Claim Objection and (ii) provide a status report to the Court in advance of the March 13, 2019 omnibus hearing.

3. Autonomy reserves all rights to raise issues and arguments not contained in the Objection and to address the Procedures Motion and the GO Claim Objection at the omnibus hearing beginning on January 30, 2019. Furthermore, Autonomy reserves the right to address any statements made by any party in connection with this Title III case or any adversary proceeding therein.

*[Remainder of page intentionally left blank.]*

Dated <u>January 25, 2019</u>
New York, New York

**LATHAM & WATKINS LLP**

By: <u>/s/ *Jeffrey E. Bjork*</u>

Jeffrey E. Bjork (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com

and

Christopher Harris, Esq. (*pro hac vice* admission pending)
Adam J. Goldberg, Esq. (admitted *pro hac vice*)
Yelizaveta L. Burton, Esq. (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: christopher.harris@lw.com
adam.goldberg@lw.com
liza.burton@lw.com

and

By: <u>/s/ *J. Ramón Rivera Morales*</u>
J. Ramón Rivera Morales
JIMÉNEZ, GRAFFAM & LAUSELL
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

*Attorneys for Autonomy Capital (Jersey) LP*