**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board For Puerto Rico,<br><br>as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**INFORMATIVE MOTION SUBMITTING CERTIFIED TRANSLATIONS OF EXHIBITS TO SUPPLEMENTAL BRIEF OF PLAN SUPPORT PARTIES**

To the Honorable United States District Court Judge Laura Taylor Swain:

COMES NOW the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of COFINA in the Title III Case, the Puerto Rico Fiscal

---

¹ The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

MOTION SUBMITTING CERTIFIED TRANSLATIONS

1

Agency and Financial Advisory Authority ("AAFAF"), and the COFINA Senior Bondholders' Coalition (the "Senior Coalition," and collectively with the Oversight Board and AAFAF, the "Plan Support Parties"), by and through their respective undersigned counsel and respectfully state as follows:

Pursuant to the *Motion for Leave to File Spanish Language Documents in Support of Supplemental Brief and Extension of Time to File a Certified Translations* filed in the the bankruptcy cases styled *In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et. al.*, Bk. No. 17-3283 (Dkt. 4882) and *In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Sales Tax Financing Corporation,* Bk. No. 17-3284 (Dkt. 536) and this Honorable District Court's Order granting said Motion (Dkts. 4885/539), the Plan Support Parties respectfully submit the certified translations of Exhibits 6-8 (Dkt. 4890-1, pages 72-92, and Dkt. 531-1, pages 72-92) to the Declaration of Susheel Kirpalani in support of the *Supplemental Brief of Plan Support Parties in Support of Proposed Findings of Fact and Conclusions of Law and Order confirming Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* ("the Supplemental Brief") .

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above and accept the attached certified translations of the Exhibits 6-8 to the Declaration of Susheel Kirpalani in support of the Supplemental Brief.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, January 25, 2019.

[Signature Pages to Follow]

Dated: January 25, 2019
    San Juan, Puerto Rico

Respectfully submitted,

*/s/* _____

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Chris Theodoridis (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for COFINA*

*/s/* _____

Hermann D. Bauer
USDC No. 215205
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for COFINA*

Dated: January 25, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/*
John J. Rapisardi
Suzzanne Uhland
Peter Friedman
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

Respectfully submitted,

*/s/*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

DATED: January 25, 2019

Respectfully submitted,

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By : */s/ Rafael Escalera*<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*)<br>susheelkirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | **Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com |
| **Fernando Van Derdys**<br>USDC-PR 201913<br>fvander@reichardescalera.com | **Eric Kay** (*pro hac vice*)<br>erickay@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | **Kate Scherling** (*pro hac vice*)<br>katescherling@quinnemanuel.com |
| **Gustavo A. Pabón-Rico**<br>USDC-PR 231207<br>pabong@reichardescalera.com | **Darren M. Goldman** (*pro hac vice*)<br>darrengoldman@quinnemanuel.com |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |

*Co-Counsel for the COFINA Senior Bondholders' Coalition*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

      */s/Carlos R. Rivera-Ortiz*
      USDC-PR 303409