CERTIFIED TRANSLATION

4: delete all of line 12. Then, on line 13, delete up to "provisions" and insert instead "and rules"; and on line 14, delete "said allotments" and insert "of these," so that the entire sentence would read: "The general budget act may only contain allotments and rules for disbursement of these." The amendment is only to perfect the definition of the budget, so that the general purpose is for it to include, not just ordinary operating expenses, but also permanent improvements, allotments to public companies and other allotments, including, of course, principal and interest of the public debt, so that a better budgetary method can be employed.

Mr. PRESIDENT: The reconsideration has been proposed. Those in favor of the reconsideration shall say "aye". Those against, "nay". The reconsideration is granted. The amendment is thus formulated, the amendment the way it is.

Mr. REYES DELGADO: Mr. President.

Mr. PRESIDENT: Mr. Delegate.

Mr. REYES DELGADO: Mr. Negron Lopez: an amendment as regards the definition of the budget law. Would this mean that the budget law could include, for example, the budget of costs and operations of the Transportation Authority, for example?

Mr. NEGRON LOPEZ: If the Legislative Assembly decides to do so, it can be included, but that is not necessarily implied. That is, the Legislative Assembly may create public agencies and instrumentalities with the autonomy of operation that it wishes. That is the opinion that pervades all of the constitution, at least in the aspect of the legislative assembly and as far as we know and interpret, that has been the intent as to the other branches of the governmental structure.

There is no other provision of the legislative branch or in any other of the article considered which can be validly susceptible to interpretation in the sense that the budgets of public agencies necessarily have to be approved by the Legislative Assembly. That would be decided by the Legislative Assembly by law, in accordance with the prevailing opinion as to the way of organizing and determining the operation of those agencies.

Mr. PRESIDENT: Is there any further discussion as to the amendment proposed by the delegate, Mr. Negron Lopez? Otherwise it shall be submitted to a vote. Those in favor shall raise their right hand. The delegates are not voting. 51 votes in favor. The amendment has been adopted.

Mr. GUTIERREZ FRANQUI: Mr. President.

Mr. PRESIDENT: Mr. Delegate.

2505


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.