# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>           as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>           Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF AUTONOMY CAPITAL (JERSEY) LP, ON BEHALF OF CERTAIN OF ITS AFFILIATED INVESTMENT FUNDS REGARDING JANUARY 30-31, 2019 OMNIBUS HEARING

Autonomy Capital (Jersey) LP, on behalf of certain of its affiliated investment funds ("Autonomy") hereby submits this informative motion in compliance with Court's *Order Regarding Procedures for Attendance, Participation and Observation of January 30-31, 2019, Omnibus Hearing* [ECF No. 4863] (the "Order")[2]:

1.      Christopher Harris, Adam J. Goldberg and Yelizaveta L. Burton of Latham & Watkins LLP will appear on behalf of Autonomy at the Omnibus Hearing beginning on January 30, 2019 hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ( "PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

US-DOCS\105451826.2

2. Christopher Harris, Adam J. Goldberg and Yelizaveta L. Burton request to be heard on the *Urgent Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Requesting Related Relief* [ECF No. 4788], as well as any matter raised by any party at the hearing related to the Title III cases or the interests of Autonomy.

3. Christopher Harris, Adam J. Goldberg and Yelizaveta L. Burton reserve the right to be heard on any matter raised by any party at the hearing related to any adversary proceeding pending in the Title III cases or the interests of Autonomy.

WHEREFORE, Autonomy respectfully requests that the Court take notice of the foregoing.

*[Remainder of page intentionally left blank.]*

Dated <u>January 25, 2019</u>
New York, New York

**LATHAM & WATKINS LLP**

By: /s/ *Adam Goldberg*

Jeffrey E. Bjork (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100 Los Angeles, California 90071 Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com

and

Christopher Harris, Esq. (*pro hac vice* admission pending)
Adam J. Goldberg, Esq. (admitted *pro hac vice*)
Yelizaveta L. Burton, Esq. (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: christopher.harris@lw.com
adam.goldberg@lw.com
liza.burton@lw.com

and

By: /s/ *J. Ramón Rivera Morales*
J. Ramón Rivera Morales
JIMÉNEZ, GRAFFAM & LAUSELL
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

*Attorneys for Autonomy Capital (Jersey) L.P.*

US-DOCS\105451826.2