UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        : Title III
                                                                         :
    as representative of                                                    : Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                                : (Jointly Administered)
                                                                         :
    Debtors.[1]                                                              :
------------------------------------------------------------------------ X

ORDER EXPEDITING CONSIDERATION OF PAUL HASTINGS'
URGENT MOTION, PURSUANT TO PROMESA SECTIONS 316 AND 317,
BANKRUPTCY CODE SECTION 105(a), PAUL HASTINGS'
AUGUST 10, 2017 RETENTION ORDER, AND JUNE 6, 2018 INTERIM
COMPENSATION ORDER, TO COMPEL
<u>DEBTORS TO COMPLY WITH JUNE 6, 2018 INTERIM COMPENSATION ORDER</u>

Upon *Paul Hastings' Consented to Urgent Motion for Expedited Consideration of Urgent Motion, Pursuant to PROMESA Sections 316 and 317, Bankruptcy Code Section 105(a), Paul Hastings' August 10, 2017 Retention Order, and June 6, 2018 Interim Compensation Order, to Compel Debtors to Comply with June 6, 2018 Interim Compensation Order* (Docket

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Entry No. 4918 in Case No. 17-3283, the "<u>Urgent Motion</u>");[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (v) any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and (vi) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. A hearing on the Motion to Compel is hereby scheduled at **10:00 a.m. (AST) on January 30, 2019**.

3. Objections or responses, if any, to the Motion to Compel must be filed and served (in accordance with the Case Management Procedures) by **January 28, 2019 at 5:00 p.m. (AST)**.

4. Paul Hastings is authorized to reply to any objections or responses to the Motion to Compel at the January 30, 2019 hearing.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. Paul Hastings is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

7. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

8. This Order resolves Docket Entry No. 4918 in Case No. 17-3283.

Dated: January 25, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge