# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF No. 4863** |

## AMENDED INFORMATIVE MOTION REGARDING ATTENDANCE AT THE JANUARY 30-31, 2019 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on January 23, 2019 [ECF No. 4863] regarding the January 30-31, 2019 omnibus hearing.

2. Peter Friedman of O'Melveny & Myers LLP and Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC will appear in person in the New York Courtroom and reserve the right to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent such matter or statements impact the interests of AAFAF or the elected government of Puerto Rico or any instrumentality thereof.

3. Suzzanne Uhland of O'Melveny & Myers LLP will appear in person in the New York Courtroom but does not seek to be heard.

4. Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear in person in the San Juan Courtroom but does not seek to be heard.

Dated: January 25, 2019
       San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ John J. Rapisardi* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Peter Friedman | Carolina Velaz-Rivero |
| (Admitted *Pro Hac Vice*) | USDC No. 300913 |
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| 7 Times Square | MCS Plaza, Suite 500 |
| New York, NY 10036 | 255 Ponce de León Ave. |
| Tel: (212) 326-2000 | San Juan, Puerto Rico 00917 |
| Fax: (212) 326-2061 | Tel: (787) 705-2171 |
| | Fax: (787) 936-7494 |

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

3