UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

**Re: ECF No. 3914**

(Jointly Administered)

------------------------------------------------------------x

ASOCIACIÓN DE MAESTROS DE PUERTO RICO,

     Movant,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Respondent.

PROMESA
Title III

No. 17 BK 3283-LTS

------------------------------------------------------------x

**JOINT INFORMATIVE MOTION REGARDING
HEARING ON MOTION FOR RELIEF FROM STAY
FILED BY ASOCIACIÓN DE MAESTROS DE PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), and Asociación de Maestros de Puerto Rico ("AMPR"), respectfully submit this Joint Informative Motion (this "Joint Motion") regarding the hearing of the Motion for Relief from Automatic Stay (the "Motion") filed by AMPR [ECF No. 3914]. In support of this Joint Motion, parties respectfully state as follows:

1. The Oversight Board and AMPR have an agreement in principle they believe will result in a resolution of the dispute at issue with respect to the Motion. As such, the parties inform the Court that they have agreed to continue the hearing on the Motion to the omnibus hearing scheduled for March 13, 2019 in San Juan.

Dated: January 28, 2019
      San Juan, Puerto Rico

    Respectfully submitted,

    */s/* Hermann D. Bauer
    Hermann D. Bauer
    USDC No. 215205
    **O'NEILL & BORGES LLC**
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Tel: (787) 764-8181
    Fax: (787) 753-8944
    Email: hermann.bauer@oneillborges.com
    Email: carla.garcia@oneillborges.com

    Martin J. Bienenstock (*pro hac vice*)
    Brian S. Rosen (*pro hac vice*)
    Paul V. Possinger (*pro hac vice*)
    **PROSKAUER ROSE LLP**
    Eleven Times Square

New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: tmungovan@proskauer.com
Email : brosen@proskauer.com
Email : ppossinger@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico*


/s/ *Jose Luis Barrios-Ramos*
Jose Luis Barrios-Ramos
USDC 223611
1801 McLeary Ave. Suite 303
San Juan, P.R. 00911
Telephone: (787) 593-6641
Facsimile: (787)764-4430
Email: barrios.jl@outlook.com

*Attorney for Asociacion de Maestros de Puerto Rico*

2