PR SALES TAX FINANCING CORP. (COFINA)
FOR HOLDERS AS OF 11/20/18

18060   62-0765

**CONSENT SOLICITATION**

YOU MAY ENTER YOUR VOTING INSTRUCTIONS AT 1-800-454-8683, OR WWW.PROXYVOTE.COM UP UNTIL 11:59 PM EASTERN TIME THE DAY BEFORE THE CUT-OFF OR MEETING DATE.

**DIRECTORS**

THIS SPACE INTENTIONALLY LEFT BLANK

PLEASE INDICATE YOUR VOTING INSTRUCTIONS FOR EACH PROPOSAL

**PROPOSAL(S)**

- VOTE ON THE PLAN. SELECT "FOR" TO ACCEPT THE PLAN —————>>>
SELECT "AGAINST" TO REJECT THE PLAN. ABSTAIN IS NOT A VALID VOTING OPTION AND WILL NOT COUNT.

*NOTE* PLEASE DO NOT RETURN THE INFORMATION ONLY BALLOT INCLUDED IN YOUR PACKAGE. YOU MUST PROVIDE YOUR VOTING INSTRUCTIONS USING THIS FORM OR VIA THE TELEPHONE OR INTERNET.

*NOTE* CONSENT CUT-OFF DATE: JANUARY 8, 2019 AT 12:00 PM. EST.

**DIRECTORS RECOMMEND**
—>>>

**HOUSEHOLDING ELECTION**

> Mark "FOR" to enroll this account to receive certain future shareholder communications in a single package per household. Mark "AGAINST" if you do not want to participate.

To change your election in the future, call 1-866-540-7095. See accompanying page for more information about this election.

(HH)

VIF00H

---

FOLD AND DETACH HERE ←

IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE SHAREHOLDER MEETING TO BE HELD ON 01/08/19 FOR PR SALES TAX FINANCING CORP. (COFINA)
THE FOLLOWING MATERIAL IS AVAILABLE AT WWW.PROXYVOTE.COM
- OTHER

**DIRECTORS**
(MARK "X" FOR ONLY ONE BOX)

THIS SPACE INTENTIONALLY LEFT BLANK

PLEASE INDICATE YOUR VOTING INSTRUCTIONS FOR EACH PROPOSAL

| FOR | AGN | ABS |
|-----|-----|-----|
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |

PLEASE INDICATE YOUR PROPOSAL SELECTION BY FIRMLY PLACING AN "X" IN THE APPROPRIATE NUMBERED BOX WITH BLUE OR BLACK INK

A/C:

SEE VOTING INSTRUCTION NO. 3 ON REVERSE

X

03

POPULAR SECURITIES
208 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918

*************AUTO**5-DIGIT 00968
IMPORTANT NOTICE REGARDING DELIVERY
OF SECURITY HOLDER DOCUMENTS (HH)
TOMAS CORREA ACEVEDO
CENTRO INTL DE MERCADEO II
90 CARR 165 SUITE 407
GUAYNABO      PR 00968-8064

PAGE 1 OF 4

12#
7,760

18060
1 OF 4



