# Confirmation

PAGE 1 OF 2

**Account Number** 
**Your Financial Advisor**
ALMONTE/EBOLI/GOYTIA
787-977-0333/

TOMAS CORREA ACEVEDO
CENTRO INTERNACIONAL
DE MERCADEO TORRE II
90 CARR. 165 SUITE 407
GUAYNABO PR 00968-8064

UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO
1161 ASHFORD AVENUE
SAN JUAN, PR 00907

*Important*
Please retain for your records.

We confirm the following transaction(s):

**Trade activity**: BOUGHT  Reference: 5479O

| Quantity/Face value | Description | Trade date | Price | Gross amount | Date processed | Commission/Mark-up | Accrued interest | Other Fees and Charges | Payment date/Settlement date | Total amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 105,000 | PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-CONV-FIRST SUB-SER B DATED 06/25/2009 0% INTEREST DUE 08/01/2031 CAV RATE 7.00% REVENUE MANDATORY SINK FIRST INTEREST PAYMENT 09/01/2020 BOOK ENTRY ONLY MONTHLY INTEREST ZERO COUPON SECURITY CONVERTIBLE 09/01/2020 TO 7.000% 3.460% YIELD TO MATURITY | 06/19/2009 | 46.5930000 | $48,922.65 | 06/19/2009 | | | | 06/25/2009 | $48,922.65 |

Prospectus enclosed or sent under separate cover.
Call features may exist which may affect yield. Additional information on request.
Zero coupon security. See Additional Terms and Definitions.
No periodic payments. See Additional Terms and Definitions.

CUSIP NO. 74529JGQ2
Capacity: Principal



162900

Case:17-03283-LTS Doc#:4943-2 Filed:01/28/19 Entered:01/28/19 13:54:59 Desc: Exhibit COFINA Bonds Purchase Confirmation Page 2 of 2

**UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO**

# Confirmation

Account Number

PAGE 2 OF 2

**CONTINUATION FROM PREVIOUS PAGE**

We confirm the following transaction(s):

Trade activity

| Reference No. | Quantity/ Face value | Description | Trade date | Price | Date processed | Commission/ Mark-up | Accrued interest | Other Fees and charges | Payment date/ Settlement date | Total amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | BOUGHT | 06/19/2009 | | 06/19/2009 | | | | 06/25/2009 | |
| **Total:** | 105,000 | | | | | | $48,922.65 | | | $48,922.65 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS Financial Services Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC.