**Confirmation**

PAGE 1 OF 2

Account Number: ~~~~~
Your Financial Advisor
ALMONTE/EBOLI/GOYTIA
787-977-0333/

TOMAS CORREA ACEVEDO
CENTRO INTERNACIONAL
DE MERCADEO TORRE II
90 CARR. 165 SUITE 407
GUAYNABO PR 00968-8064

UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO
1161 ASHFORD AVENUE
SAN JUAN PR 00907-1228

*Important*
Please retain for your records.

We confirm the following transaction(s):

**Trade activity**

| BOUGHT Reference | Quantity/ Face value | Description | Trade date | Price | Gross amount | Commission/ Mark-up | Accrued Interest | Payment date/ Settlement date | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 42920 | 150,000 | PUERTO RICO SALES TAX FING CORP SALES TAX REV DUE 08/01/2042 5.75% INTEREST 08/01/2015 a 101.000 11/01/2010 QUARTERLY INTEREST 08/01/2017 a $100.000 | 06/25/2010 | 100.0000000 TAXABLE-FIRST SUB-SER E DATED 06/30/2010 CALLABLE-NEXT PRICING CALL FIRST INTEREST PAYMENT 5.748% YIELD TO CALL 5.749% YIELD TO MATURITY | $150,000.00 | | 06/25/2010 | 06/30/2010 | | $150,000.00 |

Prospectus enclosed or sent under separate cover.
Call features may exist which may affect yield. Additional information on request.

CUSIP NO. 74529JLE3
Capacity: Principal



995000

UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO

## Confirmation

Account Number [redacted]

PAGE 2 OF 2

CONTINUATION FROM PREVIOUS PAGE

We confirm the following transaction(s):

**Trade activity**

**BOUGHT**

| Reference no. | Quantity/ Face value | Description | Trade date | Price | Date processed | Gross amount | Commission/ Mark-up | Accrued interest | Payment date/ Settlement date | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 150,000 | | 06/25/2010 | | 06/25/2010 | $150,000.00 | | | 06/30/2010 | | $150,000.00 |

**Total:** 150,000

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS Financial Services Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC.