UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO
1161 ASHFORD AVENUE
SAN JUAN PR 00907-1228

## Confirmation

PAGE 1 OF 2

Account Number
Your Financial Advisor
ALMONTE/EBOLI/GOYTIA
787-977-0333/

TOMAS CORREA ACEVEDO
CENTRO INTERNACIONAL
DE MERCADEO TORRE II
90 CARR. 165 SUITE 407
GUAYNABO PR 00968-8064

*Important*
Please retain for your records.

**CANCELS PREVIOUS CONFIRMATION**

Confirm the following transaction(s):

| Net trade activity | Quantity/ Face value | Description | Trade date AS OF 01/28/2010 | Price | Gross amount | Commission/ Mark-up | Accrued interest | Date processed 02/02/2010 | Payment date/ Settlement date 02/09/2010 | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOUGHT 43,758 | 40,000 | PUERTO RICO SALES TAX FING CORP SALES TAX REV CONV CAP APPREC-SER A DUE 08/01/2029 DATED 02/09/2010 0% INTEREST CAV RATE 6.125% FIRST INTEREST PAYMENT 02/01/2020 BOOK ENTRY ONLY ZERO COUPON SECURITY CONVERTIBLE 02/01/2020 TO 6.125% 2.957% YIELD TO MATURITY | | 56.4500000 | $22,580.00 | | $5.25 | | | | $22,585.25 |

Prospectus enclosed or sent under separate cover.

Call features may exist which may affect yield. Additional information on request.
Zero coupon security. See Additional Terms and Definitions.
No periodic payments. See Additional Terms and Definitions.

CUSIP NO. 74529JKU8
Capacity: Principal



000658



**UBS FINANCIAL SERVICES**
**INCORPORATED OF PUERTO RICO**

# Confirmation

Account Number ███

PAGE 2 OF 2

## CONTINUATION FROM PREVIOUS PAGE

We confirm the following transaction(s):

| Trade activity | | Trade date | Date processed | | | Payment date/ Settlement date |
|---|---|---|---|---|---|---|
| | | AS OF 01/28/2010 | 02/02/2010 | | | 02/09/2010 |
| BOUGHT | | | | | | |
| Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued Interest | Other Fees and charges | Total amount |
| 40,000 | | | $22,500.00 | | | $5.25 | $22,585.25 |

Important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS Financial Services Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS Financial Services Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC.