UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO.,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO. *et al.*,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>Plaintiffs,<br><br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Defendant. | Adv. Proc. No. 18-00149-LTS<br><br>**NOTICE OF APPEARANCE & REQUEST TO RECEIVE NOTIFICATIONS** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780)) (Last Four Digits of Federal Tax ID: 3747).

73970685.2

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTIFICATIONS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83(d)(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, and Rules 2002, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 1109(b) of title 11 of the United States Code and the order entered by this Court on June 2, 2017 (the "Procedures Order"): (a) incorporating the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules") for these Title III cases; (b) approving and implementing the notice, case management, and administrative procedures (collectively, the "Case Management Procedures"), as amended, Norton Rose Fulbright US LLP and the Garffer Group of Legal Advisors, LLC, hereby enter their appearance in the above-captioned Title III case adversary proceeding on behalf of defendant Puerto Rico Public Buildings Authority and request that any orders, notices, motions, pleadings, or other papers filed in this proceeding be served upon Puerto Rico Public Buildings Authority through the below counsel:

**Norton Rose Fulbright US LLP**
2220 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Attn: Toby L. Gerber
Telephone: (214) 855-8000
toby.gerber@nortonrosefulbright.com

**The Garffer Group of Legal Advisors, LLC**
419 Calle De Diego
Suite 311 Urb Santa Barbara
San Juan, Puerto Rico 00923
Telephone: (787)-545-4455
Attn: Julio J. Pagan Perez
julio.pagan@g2la.com

-and-

**Norton Rose Fulbright US LLP**
1301 Avenues of the Americas
New York, New York 10019-6022
Attn: Lawrence A. Bauer
Telephone: (212) 318-3078
lawrence.bauer@nortonrosefulbright.com

-and-

73970685.2

**Norton Rose Fulbright US LLP**
799 9th Street NW, Suite 1000
Washington, D.C. 20001
Attn: Peter L. Canzano
Telephone: (202) 662-4760
peter.canzano@nortonrosefulbright.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the defendant Puerto Rico Public Buildings Authority.

**CERTIFICATE:** I hereby certify that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 22, 2018 Seventh Amended Case Management Order. See Docket No. 4086-1.

[Remainder of page intentionally left blank.]

73970685.2

Dated: January 28, 2019
Dallas, Texas

Respectfully submitted,

By: /s/ *Julio J. Pagan Perez*
Julio J. Pagan Perez
USDC PR No. 223004
Telephone: (787) 607-0906
julio.pagan@g2la.com

**THE GARFFER GROUP OF LEGAL ADVISORS, LLC**
419 Calle De Diego
Suite 311 Urb Santa Barbara
San Juan, Puerto Rico 00923
Telephone: (787) 545-4455

-and-

**NORTON ROSE FULBRIGHT US LLP**

Toby L. Gerber
Bob B. Bruner
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
toby.gerber@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

Lawrence A. Bauer
1301 Avenues of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3078
lawrence.bauer@nortonrosefulbright.com

Peter L. Canzano
799 9th Street NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-4760
peter.canzano@nortonrosefulbright.com

*ATTORNEYS FOR PUERTO RICO PUBLIC BUILDINGS AUTHORITY*

4

73970685.2