# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ X
                                                                   :
In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :  Title III
                                                                   :
        as representative of                                       :  Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,                            :  (Jointly Administered)
                                                                   :
        Debtors.¹                                                  :
------------------------------------------------------------------ X
```

**INFORMATIVE MOTION REGARDING WITHDRAWAL OF PAUL HASTINGS'
URGENT MOTION, PURSUANT TO PROMESA SECTIONS 316 AND 317,
BANKRUPTCY CODE SECTION 105(a), PAUL HASTINGS' AUGUST 10, 2017
RETENTION ORDER, AND JUNE 6, 2018 INTERIM COMPENSATION ORDER, TO
COMPEL DEBTORS TO COMPLY WITH JUNE 6, 2018 INTERIM
COMPENSATION ORDER**

To the Honorable United States District Court Judge Laura Taylor Swain:

Paul Hastings LLP ("Paul Hastings"), counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee"), hereby states as follows:

1. On January 25, 2019, Paul Hastings filed *Paul Hastings' Urgent Motion, Pursuant to PROMESA Sections 316 and 317, Bankruptcy Code Section 105(a), Paul Hastings' August 10, 2017 Retention Order, and June 6, 2018 Interim Compensation Order, to Compel*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Debtors to Comply With June 6, 2018 Interim Compensation Order* [Docket No. 4917] (the "Motion to Compel")[2] and the related motion to expedite the hearing on the Motion to Compel [Docket No. 4918] (the "Motion to Expedite").

2. By order dated January 25, 2019 [Docket No. 4932], the Court granted the Motion to Expedite, setting the hearing on the Motion to Compel for the omnibus hearing scheduled on January 30, 2019.

3. On January 28, 2019, Paul Hastings received payment on account of the October Fee Statement and the November Fee Statement. Accordingly, Paul Hastings hereby withdraws the Motion to Compel.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not defined in this informative motion have the meanings set forth in the Motion to Compel.

2

Dated: January 28, 2019 /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com