# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO.,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO.<br>et al.,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF ALL TITLE III<br>DEBTORS (OTHER THAN COFINA),<br><br>Plaintiffs,<br><br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS<br>AUTHORITY,<br><br>Defendant. | Adv. Proc. No. 18-00149-LTS<br><br>**APPLICATION FOR**<br>**ADMISSION *PRO HAC VICE***<br>**(TOBY L. GERBER)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780)) (Last Four Digits of Federal Tax ID: 3747).

73970696.2

## APPLICATION FOR ADMISSION *PRO HAC VICE* BY TOBY L. GERBER

**TO THE HONORABLE COURT:**

**COMES NOW**, Toby L. Gerber, (the "Applicant") and states and requests as follows:

1. Applicant is an attorney and member of the law firm Norton Rose Fulbright US LLP with offices at 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201.

2. Applicant makes the instant request to appear *pro hac vice* on behalf of Puerto Rico Public Buildings Authority.

3. Applicant will sign all pleadings with the name Toby L. Gerber.

4. Applicant's contact information is as follows:

    **Name:** Toby L. Gerber
    **Email:** toby.gerber@nortonrosefulbright.com
    **Telephone:** (214) 855-7171
    **Fax:** (214) 855-8200

5. Since October 21, 1975, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of Texas, Bar No. 07813700.

6. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| a. U.S. Supreme Court | March, 2000 |
| b. Fifth Circuit Court of Appeals | January, 1982 |
| c. U.S. Tax Court | December, 1978 |
| d. U.S. District Court for the N.D. Texas | March, 1976 |
| e. U.S. District Court for the W.D. Texas | October, 1986 |
| f. U.S. District Court for the S.D. Texas | October, 1986 |
| g. U.S. District Court for the E.D. Texas | October, 1986 |
| h. U.S. District Court for the N.D. Florida | October, 1986 |

2

73970696.2

        i. Supreme Court of Texas                       October, 1975

7. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with Applicant in this matter is:

    a. **Name:** Julio J. Pagan-Perez
    b. **USDC-PR Bar No.** 223004
    c. **Law Firm:** The Garffer Group of Legal Advisors, LLC
    d. **Address:** 419 Calle De Diego, Suite 311 Urb Santa Barbara, San Juan, Puerto Rico 00923
    e. **Email:** julio.pagan@g2la.com
    f. **Telephone:** (787) 607-0906
    g. **Fax:** (787) 998-9632

12. Applicant has read the local rules of this court and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provides in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-captioned case only.

3

73970696.2

Dated: January 28, 2019  
Dallas, Texas

Respectfully submitted,

Toby L. Gerber  
Printed Name of Applicant

_____  
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purpose.

Date: January 28, 2019

Respectfully submitted,

  /s/ Julio J. Pagan-Perez  
Julio J. Pagan-Perez  
USDC-PR Bar No. 223004  
The Garffer Group of Legal Advisors, LLC  
419 Calle De Diego, Suite 311 Urb Santa Barbara,  
San Juan, Puerto Rico 00923  
Telephone: (787) 607-0906  
Fax: (787) 998-9632  
Email: julio.pagan@g2la.com

I HEREBY CERTIFY, that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

  /s/ Julio J. Pagan-Perez  
Julio J. Pagan-Perez  
USDC-PR Bar No. 223004  
The Garffer Group of Legal Advisors, LLC  
419 Calle De Diego, Suite 311 Urb Santa Barbara,  
San Juan, Puerto Rico 00923  
Telephone: (787) 607-0906  
Fax: (787) 998-9632  
Email: julio.pagan@g2la.com

4

73970696.2

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____

**U.S. DISTRICT JUDGE**

73970696.1

```
Court Name: District Court
Division: 1
Receipt Number: PRX00051491
Cashier ID: a[...]
Transaction Date: 01/28/2017
Payer Name: NORTON ROSE FULBRIGHT

PRO HAC
  For: PAGAN-PEREZ, JULIO J.
  Case/Party: D-PRX-1-17-CV-03283 [...]
  Amount: $226.00
PRO HAC VICE
  For: PAGAN-PEREZ, JULIO J.
  [...]
  [...] $[...]

  [...]
  Case/Party: [...]
  [...]

PRO HAC VICE
  For: PAGAN-PEREZ, JULIO J.
  Case/Party: D-PRX-1-17-CV-03283-LTS
  Amount: $282.50

PAPER CHECK CONVERSION
  Remitter: NORTON ROSE FULBRIGHT US
  Check/Money Order Num: 119[...]
  Amt Tendered: $[...]
PAPER CHECK CONVERSION
  Remitter: NORTON ROSE FULBRIGHT US
  Check/Money Order Num: 119[...]
  Amt Tendered: $226.00
PAPER CHECK CONVERSION
  Remitter: NORTON ROSE FULBRIGHT US
  Check/Money Order Num: 119[...]
  Amt Tendered: $[...]
PAPER CHECK CONVERSION
  Remitter: NORTON ROSE FULBRIGHT US
  Check/Money Order Num: 119947
  Amt Tendered: $[...]

Total Due:      $1,208.00
Total Tendered: $1,208.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF JOE P.
KRUGER, TORY L. GERBER, PETER L.
CANZANO & LAWRENCE A BAUER

THRU: PAGAN-PEREZ, JULIO J.
```