

**EXHIBIT 2**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Resource Management Account
## December 2018

0002975 02 AV  0.375 02  TR 00016 B601B011 110000 edg
FRANCISCO M RAMIREZ RIVERA
LILIA M RODRIGUEZ COLON
COMM PROP
613 AVE PONCE DE LEON
APT 901
SAN JUAN PR 00907-3160

**Account name:** FRANCISCO M RAMIREZ RIVERA
LILIA M RODRIGUEZ COLON

**Account number:** JX 07326 B7

**Your Financial Advisor:**
MIGUEL A. HERNANDEZ TFA
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the RMA ResourceLine at 800-RMA-1000, account 35400736.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Help protect yourself from fraud and review bank, credit card, and brokerage statements regularly. Also, get your free credit report annually from www.annualcreditreport.com.

As a service to you, your portfolio value of $237,653.91 includes accrued interest.

### Value of your account

|  | on November 30 ($) | on December 31 ($) |
|---|---|---|
| Your assets | 241,287.09 | 237,653.91 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$241,287.09** | **$237,653.91** |
| Accrued interest in value above | $1,759.03 | $2,125.00 |

### Sources of your account growth during 2018

| | |
|---|---|
| Value of your account at year end 2017 | $126,713.67 |
| Net deposits and withdrawals | -$3,321.50 |
| Your investment return: | |
| Dividend and interest income | $4,250.13 |
| Change in value of accrued interest | $23.61 |
| Change in market value | $109,988.00 |
| **Value of your account on Dec 31, 2018** | **$237,653.91** |

### Tracking the value of your account



$ Thousands — Dec 2011: 313.1, Dec 2012: 311.1, Dec 2013: 312.5, Dec 2014: 317.6, Dec 2015: 221.2, Dec 2016: 246.9, Dec 2017: 126.7, Nov 2018: 241.3, Dec 2018: 237.7

Member SIPC



**UBS**

## Resource Management Account
December 2018

**Account name:** FRANCISCO M RAMIREZ RIVERA
**Account number:** JX 07326 B7

**Your Financial Advisor:**
MIGUEL A. HERNANDEZ TFA
787-250-3600/800-221-9825

# Your account balance sheet

## Summary of your assets

The value of your account includes assets held at UBS and certain assets held away from UBS. See page 1 for more information.

| | | Value on December 31 ($) | Percentage of your account |
|---|---|---:|---:|
| A | Cash and money balances | 7.91 | 0.00% |
| B | Cash alternatives | 0.00 | 0.00% |
| C | Equities | 0.00 | 0.00% |
| D | Fixed income | 237,646.00 | 100.00% |
| E | Non-traditional | 0.00 | 0.00% |
| F | Commodities | 0.00 | 0.00% |
| G | Other | 0.00 | 0.00% |
| | **Total assets** | **$237,653.91** | **100.00%** |
| | **Value of your account** | **$237,653.91** | |

## Your current asset allocation



- *Cash and money balances* may include available cash balances, UBS Bank USA deposit account, UBS FDIC Insured Deposit Program Bank accounts, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances. See the *Important information about your statement* on the last two pages of this statement for details about those balances.

# Eye on the markets

| Index | Percentage change | |
|---|---:|---:|
| | December 2018 | Year to date |
| S&P 500 | -9.03% | -4.38% |
| Russell 3000 | -9.31% | -5.24% |
| MSCI - Europe, Australia & Far East | -4.83% | -13.36% |
| Barclays Capital U.S. Aggregate Bond Index | 1.84% | 0.01% |

**Interest rates on December 31, 2018**
3-month Treasury bills: 2.42%
One-month LIBOR: 2.50%

Resource Management Account
December 2018

Account name: FRANCISCO M RAMIREZ RIVERA
Account number: JX 07326 B7

Your Financial Advisor:
MIGUEL A. HERNANDEZ TFA
787-250-3600/800-221-9825

## Change in the value of your account

| Opening account value | December 2018 ($) | Year to date ($) |
|---|---|---|
| | $241,287.09 | $126,713.67 |
| Withdrawals and fees, including investments transferred out | -0.15 | -3,321.50 |
| Dividend and interest income | 0.00 | 4,250.13 |
| Change in value of accrued interest | 365.97 | 23.61 |
| Change in market value | -3,999.00 | 109,988.00 |
| **Closing account value** | **$237,653.91** | **$237,653.91** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | December 2018 ($) | Year to date ($) |
|---|---|---|
| Taxable interest | 0.00 | 0.13 |
| Tax-exempt interest | 0.00 | 4,250.00 |
| **Total current year** | **$0.00** | **$4,250.13** |
| **Total dividend & interest** | **$0.00** | **$4,250.13** |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | December 2018 ($) | Year to date ($) | gains and losses ($) |
| Long term | 0.00 | 0.00 | -173,757.78 |

## Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC Insured Deposit Program. It does not apply to deposits at UBS AG, Stamford Branch. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

| | December 2018 ($) | Year to date ($) |
|---|---|---|
| Opening balances | $8.06 | -$920.72 |
| Additions | | |
| Dividend and interest income | 0.00 | 4,250.13 |
| Total additions | $0.00 | $4,250.13 |
| Subtractions | | |
| Other funds debited | -0.15 | -3,321.50 |
| Total subtractions | -$0.15 | -$3,321.50 |
| Net cash flow | -$0.15 | $928.63 |
| Closing balances | $7.91 | $7.91 |

002975 B601B011 016079 AP26000100003718? P26000003393 00001 1218 000000000 JX073268?0 110000



Resource Management Account
December 2018

**Account name:** FRANCISCO M RAMIREZ RIVERA
**Account number:** JX 07326 B7

**Your Financial Advisor:**
MIGUEL A HERNANDEZ TFA
787-250-3600/800-221-9825

# Loan summary

| | |
|---|---|
| Opening loan balance on November 30 | $0 |
| Closing loan balance on December 30 | $0 |
| Average loan balance | $167 |
| Loan interest period | November 30 to December 30 |
| Number of loan (debit) days | 3 |
| Average loan interest rate | 11.750% |
| December 2018 loan interest | $0.15 |
| Year to date loan interest | $53.77 |

# UBS Bank USA Deposit Account APY

### Interest period Nov 7 - Dec 6

| | |
|---|---|
| Opening UBS Bank USA Deposit balance Nov 7 | $8.06 |
| Closing UBS Bank USA Deposit balance Dec 6 | $8.06 |
| Number of days in interest period | 30 |
| Average daily balance | $15.05 |
| Interest earned | $0.00 |
| Annual percentage yield earned | 0.00% |

# Your account instructions

• Your account cost basis default closing method is FIFO, First In, First Out.

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document

**Your return objective:**
Current income & capital appreciation

**Your risk profile:**
Primary - Moderate
Investment eligibility consideration - None selected

Resource Management Account
December 2018

Account name: FRANCISCO M RAMIREZ RIVERA
Account number: JX 07326 B7

Your Financial Advisor:
MIGUEL A. HERNANDEZ TFA
787-250-3600/800-221-9825

# Your assets

## Cash

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash and money balances

Cash *and money balances* may include available cash balances, UBS Bank USA deposit account balances, UBS FDIC Insured Program Bank Balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances

See the *Important information about your statement* at the end of this document for details about those balances.

UBS Bank USA and all UBS FDIC Insured Program Bank deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.

| Holding | Opening balance on Dec 1 ($) | Closing balance on Dec 31 ($) | Price per share on Dec 31 ($) | Average rate | Dividend/interest period | Days in period | Cap amount ($) |
|---|---|---|---|---|---|---|---|
| Cash | 0.00 | -0.15 | | | | | |
| UBS BANK USA DEP ACCT | 8.06 | 8.06 | | | | | 500,000.00 |
| **Total** | **$8.06** | **$7.91** | | | | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Dec 31 ($) | Value on Dec 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR ELEC PWR AU RV SER UU RF CIFG OID97.741 BE/RV RATE 04.250% MATURES 07/01/27 CALLABLE 01/01/19 @ 100.00 ACCRUED INTEREST $2,125.00 CUSIP 74526QLW0 Moody: A3  S&P: AA EAI: $4,250 Current yield: 4.25% Original cost basis: $100,025.00 | Dec 05, 11 | 100,000.000 | 100.000 | 100,000.00 | 100.021 | 100,021.00 | 21.00 | LT |





# Resource Management Account
December 2018

**Account name:** FRANCISCO M RAMIREZ RIVERA
**Account number:** JX 07326 B7

**Your Financial Advisor:**
MIGUEL A. HERNANDEZ TFA
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Dec 31 ($) | Value on Dec 31 ($) | Estimated annual income ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP TAX SR B RV    BE/RV DEFAULTED RATE 06.050% MATURES 08/01/29 CALLABLE 01/01/19 @ 100.00 CUSIP 74529JNL5 Moody: Ca   S&P: Not rated Original cost basis: $105,935.25 | Jan 09, 13 | 100,000.000 | 104.380 | 104,380.00 | 45.000 | 45,000.00 | | -59,380.00 | LT |
| PR SALES TAX FING CORP SR B RV IN DEFAULT BE/RV DEFAULTED RATE 06.350% MATURES 08/01/39 CALLABLE 01/01/19 @ 100.00 CUSIP 74529JGP4 Moody: Ca   S&P: Not rated Original cost basis: $205,728.00 | Nov 19, 09 | 200,000.000 | 102.449 | 204,898.78 | 45.250 | 90,500.00 | | -114,398.78 | LT |
| **Total** | | **$400,000.000** | | **$409,278.78** | | **$235,521.00** | | **-$173,757.78** | |

Total accrued interest: $2,125.00
Total estimated annual income: $4,250

## Your total assets

| | | Value on Dec 31 ($) | Percentage of your account | Cost basis ($) | Value on Dec 31 ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|---|
| Cash | Cash and money balances | 7.91 | | 7.91 | | | |
| Fixed income | Municipal securities | 235,521.00 | | 409,278.78 | 409,278.78 | 4,250.00 | -173,757.78 |
| | Total accrued interest | 2,125.00 | | | | | |
| | Total fixed income | 237,646.00 | 100.00% | 409,278.78 | | 4,250.00 | -173,757.78 |
| **Total** | | **$237,653.91** | **100.00%** | **$409,286.69** | | **$4,250.00** | **-$173,757.78** |




Resource Management Account
December 2018

**Account name:** FRANCISCO M RAMIREZ RIVERA
**Account number:** JX 07326 B7

**Your Financial Advisor:**
MIGUEL A. HERNANDEZ TFA
787-250-3600/800-221-9825

# Account activity this month

The activity descriptions for distribution transactions included in this section are provided by the plan administrator or plan trustee. UBS Financial Services Inc. does not independently verify or guarantee the accuracy or validity of this information.

## Other funds debited

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Dec 31 | Loan Charge | LOAN INTEREST CHARGED | -0.15 |
| **Total other funds debited** | | | **-$0.15** |

## Loan interest daily detail

| Date | Number of days | Average loan balance ($) | Rate | Loan interest charged ($) |
|---|---|---|---|---|
| Dec 07 | 3 | 166.94 | 11.750% | 0.15 |
| **Total** | **3** | | | **$0.15** |

## Money balance activities

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Nov 30 | **Balance forward** | | **$8.06** |
| Dec 7 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT | -8.06 |
| Dec 11 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 8.06 |
| Dec 31 | **Closing UBS Bank USA Deposit Account** | | **$8.06** |

The UBS Bank USA Deposit Account is your primary sweep option.

# Summary of approved payees and recurring payments

Based on your instructions, the following payees and recurring payments are considered "approved payees". As a result, (1) you may authorize additional transfers to these payees verbally and (2) you are no longer receiving individual confirmations for payments to these payees.

The payees and recurring payments listed below do not include Bill Payments, Electronic Funds Transfers and certain other transfers between accounts at UBS. If you have additional payees and/or recurring instructions on file, you will receive separate confirmations from your Financial Advisor.

To update or cancel any of these instructions, please contact your Financial Advisor.

| Payee description | | Disbursement | | | | | Last used |
|---|---|---|---|---|---|---|---|
| | | Amount ($) | method | Type/Event | Frequency | Start date | End date | date |
| Francisco M Ramirez Rivera Lilia M Rodriguez Colon COMM PROP | | varied | Check | Payee on file | Upon request | n/a | n/a | Jul 16, 18 |

Your notes

APZ60001000037192 PZ60000003393 00001 1218 000000000 JX07326B70 110000

End of statement for account number JX 07326 B7