**TIME CRITICAL MUST RESPOND**
**IMPORTANT INFORMATION PERTAINING TO ONE OF YOUR SECURITIES**

  UBS



12/13/18

250 Munoz Rivera Avenue
SAN JUAN,   PR    00918

\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 00907
FRANCISCO M RAMIREZ RIVERA
LILIA M RODRIGUEZ COLON
COMM PROP
613 AVE PONCE DE LEON
APT 901
SAN JUAN PR 00907-3160

BANKRUPTCY / ELECTION
SECURITY DESCRIPTION: PUERTO RICO INDL TOURIST

| | |
|---|---|
| CUSIP#: | 74529JNL5 |
| ACCOUNT#: | 32 |
| QUANTITY: | 100,000 |
| OFFER EXPIRES: | JANUARY 08, 2019 06:00 PM AST |
| REPLY BY: | JANUARY 04, 2019 06:00 PM AST |

Your position in the above security is currently being held in your account at our firm. We will need instructions from you as to what action you wish us to take regarding this offer. The terms and conditions of this offer are outlined in the enclosed material which you should read carefully. As a holder of your securities, we will forward your instructions should you choose to participate in this offer.

Unless we have otherwise advised you, it is imperative that we receive your instructions no later than the reply date in order to properly fulfill your instructions. Any instructions received after that time will be processed on a "best efforts" basis only. Please be advised that we cannot act without your instructions, and will not be held liable for any instructions that are received after the processing deadline. The due date is prior to the expiration of the offer because we need to know your response prior to the expiration in order to properly fulfill your instructions. Any information given by us, either verbally or in writing is intended as a guide and is not to be used as the basis for any decision regarding this offer.

You are responsible for full compliance with the terms of the offer. In the event of a discrepancy between these terms and the offer material, the offer material will prevail.

Clients have the opportunity to receive reorganization announcements via e-mail. The reorganization notices will be sent via e-mail, thus giving shareholders more time to review their materials, make their decisions, and respond sooner. Clients who currently subscribe to Proxy e-Delivery or who subscribe to it in the future will receive Reorg e-Delivery automatically. You can subscribe to electronic shareholder communications such as proxy statements and reorg materials through the internet by accessing www.ubs.com/onlineservices

JOB NUMBER: E11667 221         CONTROL#: 4937064884535135

\*\* DO NOT MAIL - PLEASE FOLLOW THE INSTRUCTIONS STATED ABOVE - DO NOT MAIL \*\*

 UBS

250 Munoz Rivera Avenue
SAN JUAN,   PR    00918

0006663
2



# DO NOT MAIL

\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 00907
FRANCISCO M RAMIREZ RIVERA
LILIA M RODRIGUEZ COLON
COMM PROP
613 AVE PONCE DE LEON
APT 901
SAN JUAN PR 00907-3160

REVOLV

**TIME CRITICAL - MUST RESPOND**
**IMPORTANT INFORMATION PERTAINING TO ONE OF YOUR SECURITIES**

**UBS**

EXHIBIT 3(b)

12/13/18

250 Munoz Rivera Avenue
SAN JUAN, PR 00918

**********AUTO**5-DIGIT 00907
FRANCISCO M RAMIREZ RIVERA
LILIA M RODRIGUEZ COLON
COMM PROP
613 AVE PONCE DE LEON
APT 901
SAN JUAN PR 00907-3160

BANKRUPTCY / ELECTION
SECURITY DESCRIPTION: PUERTO RICO INDL TOURIST

CUSIP#: 74529JGP4
ACCOUNT#: 32
QUANTITY: 200,000
OFFER EXPIRES: JANUARY 08, 2019 06:00 PM AST
REPLY BY: JANUARY 04, 2019 06:00 PM AST

Your position in the above security is currently being held in your account at our firm. We will need instructions from you as to what action you wish us to take regarding this offer. The terms and conditions of this offer are outlined in the enclosed material which you should read carefully. As a holder of your securities, we will forward your instructions should you choose to participate in this offer.

Unless we have otherwise advised you, it is imperative that we receive your instructions no later than the reply date in order to properly fulfill your instructions. Any instructions received after that time will be processed on a "best efforts" basis only. Please be advised that we cannot act without your instructions, and will not be held liable for any instructions that are received after the processing deadline. The due date is prior to the expiration of the offer because we need to know your response prior to the expiration in order to properly fulfill your instructions. Any information given by us, either verbally or in writing is intended as a guide and is not to be used as the basis for any decision regarding this offer.

You are responsible for full compliance with the terms of the offer. In the event of a discrepancy between these terms and the offer material, the offer material will prevail.

Clients have the opportunity to receive reorganization announcements via e-mail. The reorganization notices will be sent via e-mail, thus giving shareholders more time to review their materials, make their decisions, and respond sooner. Clients who currently subscribe to Proxy e-Delivery or who subscribe to it in the future will receive Reorg e-Delivery automatically. You can subscribe to electronic shareholder communications such as proxy statements and reorg materials through the internet by accessing www.ubs.com/onlineservices

JOB NUMBER: E11667 221        CONTROL#: 2270643453130138

------------------------------------------------------------
** DO NOT MAIL - PLEASE FOLLOW THE INSTRUCTIONS STATED ABOVE - DO NOT MAIL **


**UBS**

250 Munoz Rivera Avenue
SAN JUAN, PR 00918

0006596
2



# DO NOT MAIL

**********AUTO**5-DIGIT 00907
FRANCISCO M RAMIREZ RIVERA
LILIA M RODRIGUEZ COLON
COMM PROP
613 AVE PONCE DE LEON
APT 901
SAN JUAN PR 00907-3160

REVOLV