Ramirez, Francisco

From: Francisco Ramirez <pacoram@prtc.net>
Sent: Thursday, December 27, 2018 3:58 PM
To: Ramirez, Francisco
Subject: FW: ProxyVote Confirmation - 1516938081744XXX



EXHIBIT 4(a)

From: registrar@proxyvote.com [mailto:registrar@proxyvote.com]
Sent: Thursday, December 27, 2018 3:53 PM
To: pacoram@prtc.net
Subject: ProxyVote Confirmation - 1516938081744XXX

# UBS FINANCIAL SERVICES INC

## PUERTO RICO INDL TOURIST

**2019 Consent Meeting**
**TUESDAY, JANUARY 8, 2019**

Your vote instructions have been received and recorded for:

PUERTO RICO INDL TOURIST
CUSIP: 74529JGP4

This confirmation has been sent from www.proxyvote.com.

Important
**Materials**

☐ Other

1

Ramirez, Francisco

| | | |
|---|---|---|
| From: | Francisco Ramirez <pacoram@prtc.net> | |
| Sent: | Thursday, December 27, 2018 4:01 PM | |
| To: | Ramirez, Francisco | |
| Subject: | FW: ProxyVote Confirmation - 7295535466682XXX | |



EXHIBIT 4(b)

From: registrar@proxyvote.com [mailto:registrar@proxyvote.com]
Sent: Thursday, December 27, 2018 4:00 PM
To: pacoram@prtc.net
Subject: ProxyVote Confirmation - 7295535466682XXX

## UBS FINANCIAL SERVICES INC

## PUERTO RICO INDL TOURIST

**2019 Consent Meeting**
**TUESDAY, JANUARY 8, 2019**

Your vote instructions have been received and recorded for:

PUERTO RICO INDL TOURIST
CUSIP: 74529JNL5

This confirmation has been sent from www.proxyvote.com.

Important
**Materials**

☐ Other

1