# **EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>    and<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br>    Plaintiffs,<br>v.<br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br>    Defendant. | Adv. Proc. No. 18-00149-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

-2-

# [PROPOSED] ORDER GRANTING MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. FOR LEAVE TO INTERVENE

This matter is before the Court on the Motion of Assured Guaranty Corp. And Assured Guaranty Municipal Corp. For Leave To Intervene [Docket No. ___] (the "Motion"), filed on [X]. Upon consideration of the Motion and responses or objections to the Motion, the Court concludes that Assured Guaranty Corp. ("AGC") and Assured Guaranty Municipal Corp. ("AGM", and together with AGC, "Assured") satisfy the requirements for: (1) intervention as of right pursuant to Federal Rule of Civil Procedure 24(a); or (2) in the alternative, permissive intervention pursuant to Federal Rule of Civil Procedure 24(b), both made applicable to these proceedings pursuant to Federal Rule of Bankruptcy Procedure 7024 and PROMESA section 310 [and/or for joinder under Federal Rule of Civil Procedure 19, made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 7019]; and **IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Assured shall be permitted to intervene [and/or join] as a party in the above-captioned adversary proceeding for all purposes.

3. Assured is authorized to file an answer substantially in the form attached as Exhibit A to the Motion.

SO ORDERED.

DATED: [], 2019