HEARING DATE: MARCH 13, 2019 AT 9:30 A.M. (ATLANTIC STANDARD TIME)
OBJECTION DEADLINE: FEBRUARY 26, 2019 AT 4:00 P.M. (ATLANTIC STANDARD TIME)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>   as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>   Debtors.[1] | PROMESA <br> Title III <br><br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>   as representative of <br><br> PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), <br><br>   Debtor. | PROMESA <br> Title III <br><br><br> No. 17 BK 3284-LTS |

*Caption Continued on Following Page*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, as Trustee,<br><br>         Plaintiff,<br><br>  v.<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION, WHITEBOX MULTI-STRATEGY PARTNERS, L.P.; WHITEBOX ASYMMETRIC PARTNERS, L.P.; WHITEBOX INSTITUTIONAL PARTNERS, L.P.; PANDORA SELECT PARTNERS, L.P.; AMBAC ASSURANCE CORPORATION; FRANKLIN ADVISERS, INC., and CEDE & CO., as nominee for The Depository Trust Company,<br><br>         Defendants. | Adv. Pro. No. 17-00133-LTS |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on January 29, 2019, the *Motion of Whitebox Multi-Strategy Partners, L.P. and Certain of its Affiliates for Reconsideration of the Court's Order Precluding the Cross-Examination of Certain Witnesses* (the "Motion") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, P.R. 00918-1767, on **March 13, 2019 at 9:30 a.m. (Atlantic Standard Time) or at such other time as ordered by the Court**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must (a) conform to the *Eighth Amended Notice, Case Management and Administrative Procedures* (Dkt. No. 4866-1), (b) be filed electronically with the Court by registered users of the Court's case filing system in searchable portable document format (PDF), and (c) served on

the entities below, so as to be received **no later than February 26, 2019 at 4:00 p.m. (Atlantic Standard Time)** (the "Objection Deadline"):

(i) Chambers of the Honorable Laura Taylor Swain:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21

Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii) Counsel for Whitebox Multi-Strategy Partners, L.P. and Certain of Its Affiliates:

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Attn: Andrew K. Glenn
 Trevor J. Welch
 Shai Schmidt
E-mail: aglenn@kasowitz.com
 twelch@kasowitz.com
 sschmidt@kasowitz.com

(iv) Counsel for The Bank of New York Mellon, as Trustee:

Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Attn: Eric A. Schaffer
 Luke A. Sizemore
E-mail: eschaffer@reedsmith.com
 lsizemore@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Attn: Louis M. Solomon
 C. Neil Gray
E-mail: lsolomon@reedsmith.com
 cgray@reedsmith.com

(v)    <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:

        Puerto Rico Fiscal Agency and Financial Advisory Authority
        Roberto Sánchez Vilella (Minillas) Government Center
        De Diego Ave. Stop 22
        San Juan, Puerto Rico 00907
        Attn: Gerardo J. Portela Franco
              Mohammad Yassin, Esq.
        E-mail: Gerardo.Portela@aafaf.pr.gov
                 Mohammad.Yassin@aafaf.pr.gov

(iv)    <u>Counsel for AAFAF</u>:

| | |
|---|---|
| O'Melveny & Myers LLP | Marini Pietrantoni Muñiz LLC |
| 7 Times Square | MCS Plaza, Suite 500 |
| New York, New York 10036 | 255 Ponce de León Ave. |
| Attn: John J. Rapisardi, Esq. | San Juan, PR 00917 |
|       Suzzanne Uhland, Esq. | Attn: Luis C. Marini-Biaggi, Esq. |
|       Peter Friedman, Esq. |        Carolina Velaz-Rivero Esq. |
|       Nancy A. Mitchell, Esq. |        María T. Álvarez-Santos Esq. |
|       Maria J. DiConza, Esq. | E-mail: lmarini@mpmlawpr.com |
| E-mail: jrapisardi@omm.com |        cvelaz@mpmlawpr.com |
|       suhland@omm.com |        malvarez@mpmlawpr.com |
|       pfriedman@omm.com | |
|       mitchelln@omm.com | |
|       mdiconza@omm.com | |

(v)    <u>Counsel for the Oversight Board</u>:

| | |
|---|---|
| Proskauer Rose LLP | O'Neill & Borges LLC |
| Eleven Times Square | 250 Muñoz Rivera Ave., Suite 800 |
| New York, New York 10036-8299 | San Juan, PR 00918-1813 |
| Attn: Martin J. Bienenstock | Attn: Hermann D. Bauer, Esq. |
|       Paul V. Possinger | E-mail: |
|       Ehud Barak | hermann.bauer@oneillborges.com |
|       Maja Zerjal | |
| E-mail: mbienenstock@proskauer.com | |
|       ppossinger@proskauer.com | |
|       ebarak@proskauer.com | |
|       mzerjal@proskauer.com | |

(vi) Counsel for Creditors' Committee:

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
E-mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
E-mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

(vii) Counsel for Retiree Committee:

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-mail: ajb@bennazar.org

(viii) The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA'S Title III Case.

(ix) Counsel to any other statutory committee appointed in these Title III Cases.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed, served, and received by the Objection Deadline in accordance with the *Eighth Amended Notice, Case Management and Administrative Procedures* (Dkt. No. 4866-1).

[*Remainder of page intentionally left blank.*]

Dated: January 29, 2019
      San Juan, Puerto Rico

| **KASOWITZ BENSON TORRES LLP** | **ARROYO & RIOS LAW OFFICES, P.S.C.** |
|---|---|
| By: /s/ *Andrew K. Glenn*<br>   Andrew K. Glenn<br>   (admitted *pro hac vice*)<br>   Trevor J. Welch<br>   (admitted *pro hac vice*)<br>   Shai Schmidt<br>   (admitted *pro hac vice*)<br>   1633 Broadway<br>   New York, New York 10019<br>   Telephone: (212) 506-1700<br>   Facsimile: (212) 506-1800<br>   E-mail: aglenn@kasowitz.com<br>            twelch@kasowitz.com<br>            sschmidt@kasowitz.com | By: /s/ *Moraima S. Ríos Robles*<br>   Moraima S. Ríos Robles<br>   (USDC-PR Bar No. 224912)<br>   1353 Ave. Luis Vigoreaux<br>   Guaynabo, P.R. 00966<br>   Telephone: (787) 522-8080<br>   Facsimile: (787) 523-5696<br>   E-mail: mrios@arroyorioslaw.com |

*Attorneys for Whitebox Multi-Strategy Partners, L.P.*
*and Certain of Its Affiliates*