UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
IN RE:                                  *   PROMESA
                                        *   TITLE III
THE FINANCIAL OVERSIGHT AND             *
MANAGEMENT BOARD FOR PUERTO RICO,       *   No. 17 BK 3283-LTS
                                        *
    as representative of                *   (Jointly Administered)
                                        *
THE COMMONWEALTH OF PUERTO RICO,        *
et al.,                                 *
                                        *
           Debtors                      *
************************************
```

## ANSWER TO TWELFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) TO DUPLICATE BONDS PRESENTES BY PUERTO RICO SALES TAX FINANCING CORPORATION

**TO THE HONORABLE COURT:**

COMES NOW, **COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS**, through the undersigned attorney and very respectfully states and prays as follows:

1. The creditor filed a Proof of Claim on March 21, 2018 in the CM/ECF System under the Claim Number 25 and on May 24, 2018 in Prime Clerk System under the Claim Number 20525.

2. Such claim includes the creditor information, name, address, telephone number and email address of COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS, at PO Box 686, Barranquitas, PR 00794. Their telephone number is (787) 857-3500 and email vberrios@credicentrocoop.com. The contact person should be Vivian Berrios at such address.

3. That on December 5, 2018 debtors through The Oversight Board, as representative of COFINA, filed a twelfth omnibus

Page 2         Answer...         Case No.: 17-03283-LTS

objection to duplicate bonds. (Docket #4416-4)

4. The Oversight Board in its objection indicates that this creditor's claim asserts Liabilities associated with municipal bonds issued by COFINA which allegedly are duplicate of one or more master proof of claim filed by the Trustee of his bonds.

5. The proof of claim clearly indicated the CUSIP Number that identifies the bond or series of bond issued by debtor and also the creditor in the instant case submitted on this date a copy of the broker statement (UBS).

6. The objection fails to provide information to confirm UBS and/or the Trustee have filed another claim on behalf of creditor.

7. The appearing creditor has not received any notice to confirm that their claim has been included in the master proof of claim on behalf of all holders of the claims including this creditor.

**WHEREFORE**, the appearing creditor respectfully requests that the Court denies the twelfth omnibus objection with respect to the claim of COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS, unless debtors confirm that their claim has been included in any master proof of claim.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**: I hereby certify that on this date copy of this Motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and US Trustee, and also certify that I have mailed by United State Postal Service

copy of this Notice to the following non CM/ECF participant to debtor(s) at their address of record in this case.

In Aibonito, Puerto Rico this January 28, 2019.

RESPECTFULLY SUBMITTED,

/s/JOSE ANGEL SANTINI BONILLA
**JOSE ANGEL SANTINI BONILLA**
ATTORNEY FOR CREDITOR
COOPERATIVA A/C DE BARRANQUITAS
PO Box 552
Aibonito, PR 00705
Tel.: 735-0063 * Fax: 735-2310
E-mail: santilawoffice@yahoo.com
USDC-PR: - 127204 -