**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN RE: | * | **PROMESA** |
| | * | **TITLE III** |
| **THE FINANCIAL OVERSIGHT AND** | * | |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | * | No. 17 BK 3283-LTS |
| | * | |
| as representative of | * | (Jointly Administered) |
| | * | |
| **THE COMMONWEALTH OF PUERTO RICO,** | * | |
| et al., | * | |
| | * | |
| Debtors | * | |

*********************************

# ANSWER TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS

**TO THE HONORABLE COURT:**

COMES NOW, **COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS**, through the undersigned attorney and very respectfully states and prays as follows:

1.  Contact Information: Claimant filed a Proof of Claim registered as:

> Claim Amended: 20525 (Prime Clerk System)
> Claimant: COOPERATIVA A/C BARRANQUITAS
> Email: vberrios@credicentrocoop.com
> Address: PO Box 686, Barranquitas, PR 00794
> Date filed: May 24, 2018
> Debtor: Puerto Rico Sales Tax Financing Corporation (COFINA)
> Asserted claim amount: **$360,000.00**

2.  Reason for opposing sixth omnibus objection – Supporting documents – Proof of Claim identified as Number 20525:

Proof of Claim description: Annex IFS Securities Account Statement – Account Number: xxxxD173 (REDACTED) – Identified

as:

```
PUERTO RICO SALES TAX FING CORP
SALES TAX REV, SALE TAX
FIRST SUBORD REV
BDS, COFINA, IN DEFAUL TAXABLE
MONTHLY SER 2009B
6.0500% DUE 08/01/29
CALLABLE 01/31/2019 @ 100.00
CUSIP XXXXXJNL5 (REDACTED)
QUANTITY: $360,000.00
```

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE:** I hereby certify that on this date copy of this Motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and US Trustee, and also certify that I have mailed by United State Postal Service copy of this Notice to the following non CM/ECF participant to debtor(s) at their address of record in this case.

In Aibonito, Puerto Rico this January 28, 2019.

RESPECTFULLY SUBMITTED,

/s/JOSE ANGEL SANTINI BONILLA
**JOSE ANGEL SANTINI BONILLA**
ATTORNEY FOR CREDITOR
COOPERATIVA A/C DE BARRANQUITAS
PO Box 552
Aibonito, PR 00705
Tel.: 735-0063 * Fax: 735-2310
E-mail: santilawoffice@yahoo.com
USDC-PR: - 127204 -

**IFS**
SECURITIES
Advisor Network | Capital Markets

*The art of independent thinking.™*

November 30 to December 31, 2018

Account #    D173    *Redacted*

## Your Portfolio (continued)

|  | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| **Fixed Income (continued)** | | | | | |
| PUERTO RICO COMWLTH, REF PUB IMPT BDS, IN DEFAULT TAXABLE MONTHLY SER 2008C   5.9000% DUE 07/01/2028 Callable 01/31/2019 @ 100.000 *Redacted* | $1,000,000.00 | $53.250 | **$532,500.00** | $(489,185.99) A | |

**Ratings Information: Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: D, Underlying Rating: D

|  | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH REV, COMWLTH GTD REF REV BDS, TAXABLE MONTHLY SER 2008 B   6.1000% DUE 07/01/2034 Callable 01/31/2019 @ 100.000 *Redacted* | $750,000.00 | $72.750 | **$545,625.00** | $(221,584.61) A | |

**Ratings Information: Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: C, Long Term Watch: Negative, Underlying Rating: C, Underlying Watch: Negative

|  | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO PUB BLDGS AUTH REV GTD, GOVT FACS REV BDS, QUALIFIED SCHOOL CONSTRUCTION BONDS DIRECT PAY IN DEFAULT TAXABLE QTRLY SER R1 5.6500% DUE 07/01/2028 *Redacted* | $1,100,000.00 | $53.625 | **$589,875.00** | $(525,400.51) A | |

**Ratings Information: Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: D, Underlying Rating: D

|  | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| → PUERTO RICO SALES TAX FING CORP SALES TAX REV, SALES TAX FIRST SUBORD REV BDS, COFINA, IN DEFAULT TAXABLE MONTHLY SER 2009B 6.0500% DUE 08/01/2029 Callable 01/31/2019 @ 100.000    (NL5) *Redacted* | $360,000.00 | $45.000 | **$162,000.00** | $(198,000.00) | |

**Ratings Information: Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: D, Underlying Rating: D

|  | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| US TREASURY NOTES 2.375% 12/31/2020 2.3750% DUE 12/31/2020 *Redacted* | $100,000.00 | $99.777 | **$99,777.00** | $(144.00) | $2,375.00 |

**Ratings Information: Moody's** Long Term Rating: Aaa