**Exhibit A**

**Real Property Leases Under Affimative Consent**

| # | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER |
|---|---|---|---|
| 1 | 800 PONCE DE LEON CORP. | SOCIOECONOMIC DEVELOPMENT OF THE FAMILY ADMINISTRATION | 2015-000070 |
| 2 | AA TOWER INC | PUERTO RICO POLICE | |
| 3 | AGAPITO RODRIGUEZ COSTA | DEPARTMENT OF TREASURY | 2016-000206 |
| 4 | AGROFRESCO, INC. | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2017-000328 |
| 5 | AGROFRESCO, INC. | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2017-000342 |
| 6 | ALBERTO LUIS COSSIO SOTO | DEPARTMENT OF HEALTH | 2016-DS0799 |
| 7 | ALBORS & C CORPORATION | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2017-000074 |
| 8 | ALFREDO RIVERA DIAZ | STATE ELECTIONS COMMISSION | 2017-000012 |
| 9 | ALLIED WASTED OF PUERTO RICO INC | TELECOMMUNICATIONS REGULATORY BOARD | |
| 10 | ALTERNATE CONCEPTS, INC. | HIGHWAYS AND TRANSPORTATION AUTHORITY | 2013-000079 |
| 11 | ANABEL RAMOS RODRIGUEZ | STATE ELECTIONS COMMISSION | 2013-000382 |
| 12 | ANGEL L. ARROYO RAMOS | STATE ELECTIONS COMMISSION | 2017-000018 |
| 13 | ANLE DISTRIBUTING CORP, | DEPARTMENT OF FAMILY | 2017-000095 |
| 14 | AREA LOCAL DESARROLLO LABORAL CAROLINA | DEPARTMENT OF LABOR AND HUMAN RESOURCES | |
| 15 | ARRIVEA, INC. | 911 GOVERNMENT SERVICE BOARD | 2013-000011 |
| 16 | ARRIVEA, INC. | 911 GOVERNMENT SERVICE BOARD | 2013-000011 |
| 17 | ASOC. DE PESCADORES BOCA HERRERA LOIZA, INC. | DEPARTMENT OF AGRICULTURE | 2016-055249 |
| 18 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO | CONTROLLER'S OFFICE | 2018-000061 |
| 19 | ASOCIACION DE PESCA DEPORTIVA DE DORADO | DEPARTMENT OF SPORTS AND RECREATION | 2016-001036 |
| 20 | ASOCIACION PESCADORES DE CIBUCO, INC. | DEPARTMENT OF AGRICULTURE | 2014-055073 |
| 21 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001033 |
| 22 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001034 |
| 23 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001035 |
| 24 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001036 |
| 25 | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | DEPARTMENT OF HEALTH | 2015-DS1097 |
| 26 | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2009-950801 |
| 27 | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | OFFICE OF COURT ADMINISTRATION | 2015-000077 |
| 28 | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | OFFICE OF COURT ADMINISTRATION | 2015-000077 |
| 29 | BIANCA CONVENTION CENTER INC | DEPARTMENT OF FAMILY | 2013-000315 |
| 30 | BIANCA CONVENTION CENTER INC | DEPARTMENT OF FAMILY | 2014-000282 |
| 31 | CARIBBEAN CITY BUILDERS, INC. | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2015-000526 |
| 32 | CARMEN VICTORIA CARRASQUILLO DIAZ | DEPARTMENT OF HEALTH | 2018-DS0318 |
| 33 | COMMUNICATIONS LEASING CORPORATION | OFFICE OF COURT ADMINISTRATION | 2018-000004 |
| 34 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2014-DS0552 |
| 35 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2014-DS0552 |
| 36 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2015-DS0525 |
| 37 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2015-DS1059 |
| 38 | CONSULTEC CONSTRUCTION CORP. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2018-000072 |
| 39 | CRITICAL HUB NETWORKS, INC. | HIGHWAYS AND TRANSPORTATION AUTHORITY | 2013-000079 |
| 40 | DELMAR INVESTMENT, S.E. | TRANSPORTATION AND PUBLIC WORKS | 2015-000154 |
| 41 | DELMAR INVESTMENT, S.E. | TRANSPORTATION AND PUBLIC WORKS | 2018-000024 |
| 42 | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | DEPARTMENT OF TREASURY | 2015-000192 |

| # | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER |
|---|---|---|---|
| 43 | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | DEPARTMENT OF TREASURY | 2015-000192 |
| 44 | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | OFFICE OF ELECTORAL COMPTROLLER | 2018-000003 |
| 45 | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | OFFICE OF ELECTORAL COMPTROLLER | 2018-000003 |
| 46 | EMPRESAS PUCHO INC | DEPARTMENT OF HEALTH | 2018-DS0260 |
| 47 | ENRIQUE JOVE JIMENEZ | DEPARTMENT OF CONSUMER AFFAIRS | 2016-000014 |
| 48 | ENRIQUE JOVE JIMENEZ | DEPARTMENT OF CONSUMER AFFAIRS | 2016-000014 |
| 49 | FIDEICOMISO MANGUAL-CARDONA | DEPARTMENT OF FAMILY | 2014-000284 |
| 50 | GOBIERNO MUNICIPAL AUTONOMO DE CAROLINA | STATE ELECTIONS COMMISSION | 2015-000062 |
| 51 | GURABO ELDERLY APARTMENT, LLC | DEPARTMENT OF HOUSING | 2012-000069 |
| 52 | HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 |
| 53 | HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 |
| 54 | INDIVIDUAL MANAGEMENT AND CONSULTANT, INC. | SENATE | 2017-000359 |
| 55 | JESUS LOPEZ RIVERA | STATE ELECTIONS COMMISSION | 2015-000031 |
| 56 | KG DIVERSIFIED PRODUCTS, INC. | STATE HISTORIC CONSERVATION OFFICE | 2015-155071 |
| 57 | LA FONDITA DE JESUS | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950470 |
| 58 | LA TERRAZA DEL CONDADO INC | DEPARTMENT OF SPORTS AND RECREATION | 2016-001162 |
| 59 | LORENZO G. LLERANDI BEAUCHAMP | DEPARTMENT OF FAMILY | 2014-000281 |
| 60 | LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 |
| 61 | LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 |
| 62 | LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 |
| 63 | LUIS FRANCISCO RODRIGUEZ GOTAY | DEPARTMENT OF HEALTH | 2014-DS0751 |
| 64 | MARGARO LOPEZ, INC. | DEPARTMENT OF FAMILY | 2016-000283 |
| 65 | MENNONITE GENERAL HOSPITAL INC. | DEPARTMENT OF HEALTH | 2014-DS0435 |
| 66 | MENNONITE GENERAL HOSPITAL INC. | DEPARTMENT OF HEALTH | 2014-DS0436 |
| 67 | MODESTA RODRIGUEZ CARABALLO | STATE ELECTIONS COMMISSION | 2017-000019 |
| 68 | MUNICIPIO AUTONOMO DE SAN LORENZO | STATE ELECTIONS COMMISSION | 2016-000137 |
| 69 | MUNICIPIO DE HUMACAO | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2015-950883 |
| 70 | MUNICIPIO DE SABANA GRANDE | DEPARTMENT OF HEALTH | 2016-DS0763 |

| # | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER |
|---|---|---|---|
| 71 | OCHOA ROIG,INC | DEPARTMENT OF HEALTH | 2017-DS0240 |
| 72 | OCHOA ROIG,INC | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2017-000626 |
| 73 | OFFICE PARK, INC. | COOPERATIVE DEVELOPMENT COMMISSION | 2014-000016 |
| 74 | OFFICE PARK, INC. | DEPARTMENT OF HEALTH | 2017-DS0461 |
| 75 | PLAZA LAS AMERICAS INC | DEPARTAMENTO DE ESTADO | |
| 76 | PR WIRELESS, INC D/B/A OPEN MOBILE | PR FIREFIGHTERS | 2014-000022 |
| 77 | PR WIRELESS, INC D/B/A OPEN MOBILE | PR FIREFIGHTERS | 2014-000022 |
| 78 | PROGRESO 65,INC. | DEPARTMENT OF FAMILY | 2014-000263 |
| 79 | RIO DEL PLATA MALL INC | DEPARTMENT OF FAMILY | 2014-000273 |
| 80 | RIO DEL PLATA MALL INC | DEPARTMENT OF FAMILY | 2014-000273 |
| 81 | SALUD INTEGRAL EN LA MONTANA,INC | DEPARTMENT OF HEALTH | 2013-DS0743 |
| 82 | SALUD INTEGRAL EN LA MONTANA,INC | DEPARTMENT OF HEALTH | 2013-DS0744 |
| 83 | SR. WILFREDO FONTANEZ CENTENO | DEPARTMENT OF FAMILY | 2013-000314 |
| 84 | STAR FLORIDA CORP. | DEPARTMENT OF HOUSING | 2010-000315 |
| 85 | SUCESION CARMEN MANUELA VARGAS | DEPARTMENT OF HEALTH | 2014-DS0661 |
| 86 | SUCESION NORBERTO MARRERO GONZALEZ | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950450 |
| 87 | UNION HOLDINGS, INC. | OFFICE OF THE OMBUDSMAN | 2016-000024 |
| 88 | UNION HOLDINGS, INC. | CONTROLLER'S OFFICE | 2018-000020 |
| 89 | UNION HOLDINGS, INC. | CONTROLLER'S OFFICE | 2018-000021 |
| 90 | UNION HOLDINGS, INC. | DEPARTMENT OF FAMILY | 2015-000022 |
| 91 | UNION HOLDINGS, INC. | DEPARTMENT OF FAMILY | 2015-000022 |
| 92 | UNION HOLDINGS, INC. | HUMAN RIGHTS COMMISSION | 2018-000004 |
| 93 | UNION HOLDINGS, INC. | OFFICE OF THE OMBUDSMAN - VETERANS | 2008-000015 |
| 94 | UNION HOLDINGS, INC. | OFFICE OF THE SOLICITOR - SPECIAL INDEPENDENT PROSECUTOR | 2017-000044 |
| 95 | UNION HOLDINGS, INC. | VOCATIONAL REHABILITATION ADMINISTRATION | 2017-000001 |
| 96 | VILLA COOP AGUSTIN BURGOS RIVERA | DEPARTMENT OF HEALTH | 2017-DS0251 |
| 97 | VISTA VERDE SHOPPING CENTER, INC. | DEPARTMENT OF HOUSING | 2012-000235 |
| 98 | ZORY L DIAZ LOPEZ | DEPARTMENT OF CORRECTION AND REHABILITATION | 2019-000013 |
| 99 | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | Oficina de Administracion y Transformacion de los Recursos Humanos (OATRH) | 2015-000192 |
| 100 | MUNICIPIO DE HUMACAO | Demographic Registry | 2016-DS0906 |
| 101 | 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 |
| 102 | 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 |
| 103 | 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 |
| 104 | 3 RIOS LTD CORP. | DEPARTMENT OF HEALTH | 2015-DS1060 |
| 105 | 3 RIOS LTD CORP. | DEPARTMENT OF HEALTH | 2017-DS0239 |
| 106 | ASA DEVELOPMENT & RENTAL, INC. | DEPARTMENT OF FAMILY | 2015-000035 |
| 107 | HORIZONE PARKING SYSTEM CORP. | DEPARTMENT OF JUSTICE | 2017-000003 |
| 108 | LA RAMBLA PLAZA CORP. | HOUSE OF REPRESENTATIVES | 2017-000601 |
| 109 | LA RAMBLA PLAZA CORP. | HOUSE OF REPRESENTATIVES | 2017-000617 |
| 110 | INTERNATIONAL SAFE DEPOSIT &COURIER SERVICES CORP | SENATE | 2018-000156 |
| 111 | 782 | INTERNATIONAL SAFE DEPOSIT &COURIER SERVICES CORP | SENATE |
| 112 | J.CH. REALTY CORPORATION | TRANSPORTATION AND PUBLIC WORKS | 2014-000041 |
| 113 | ES FITNESS PERFORMANCE | DEPARTMENT OF SPORTS AND RECREATION | 2016-000581 |