**<u>Exhibit C</u>**

| Real Property Leases - Denied Consent | | | |
|---|---|---|---|
| # | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER |
| 1 | ARCADIO BIGIO ROMERO | STATE ELECTIONS COMMISSION | 2016-000018 |
| 2 | MARIA DOLORES GONZALEZ COLON | STATE ELECTIONS COMMISSION | 2017-000009 |
| 3 | SEGUNDO MARTINEZ ALVAREZ | STATE ELECTIONS COMMISSION | 2017-000269 |
| 4 | TERRANOVA, CORP. | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2016-000231 |