**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO

    As representatives of

THE COMMONWEALTH OF PUERTO RICO, *et al.,*

               Debtors

PROMESA
TITLE III

No. 17 BK 3283-LTS

---

**RESPONSE OF HEDWIG M. AULETTA (CLAIM #17116) TO**
**PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS**
**OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS**

---

    Hedwig M. Auletta, *pro se,* of 452 Huntington Avenue, Buffalo, New York 14214, (hereinafter "responding claimant") has asserted a claim against the Puerto Rico Sales Tax Financing Corporation (hereinafter "COFINA").   In response to COFINA's Sixth Omnibus Objections (Doc. # 4410), this responding claimant hereby states as follows:

    1.    In Exhibit A to COFINA's Sixth Omnibus Objections, responding claimant's claim, (*i.e.,* claim #17116) is listed as item #201.  Within item #201, responding claimant's name is incorrectly designated as "Hedwig, Auletta M."  In fact, responding claimant's name should have been designated as "Auletta, Hedwig M."  (That is, "Auletta" is claimant's surname.)

    2.    In Exhibit A, item #201, COFINA's' stated reason for objecting to responding claimant's claim consists of the same vague, boilerplate language that appears throughout the Exhibit.  That is, responding claimant's claim  allegedly "purports to assert liabilities associated

1

with municipal bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that Debtors are unable to determine whether claimant has a valid claim against COFINA or any other Title III debtors."

3.      Responding claimant timely filed her claim as required and provided a copy of a statement prepared in the regular course of business from her broker regarding the bonds purchased by responding claimant.

4.      Responding claimant received acknowledgment from the Court and/or Prime Clerk of the timely receipt of her claim.

5.      COFINA's' Objections to responding claimant's claim are non-specific concerning the alleged deficiency in responding claimant's proof of claim.  Responding claimant presumes that the alleged deficiency may be that the broker's statement submitted with the claim did not contain a CUSIP number.  Accordingly, responding creditor is attaching as Exhibit A further documentation indicating the CUSIP number associated with her bonds. If this is not the nature of the alleged deficiency, then it is submitted that COFINA be required to specify the nature of the alleged deficiency so that it can be addressed.

WHEREFORE, responding creditor requests that this Court deny the relief requested by the Debtors, and by COFINA in particular, as it pertains to this responding debtor.

Dated:  Buffalo, New York
        January 24, 2019

Hedwig M. Auletta, Claim #17116
452 Huntington Ave.
Buffalo NY  14214
(716) 838-9607
hedydoe@gmail.com

2

## CERTIFICATE OF SERVICE

I, Hedwig M. Auletta, do hereby certify and aver that on January 24, 2019 I mailed, via first class mail, postage paid, the foregoing Response of Hedwig M. Auletta (Claim #17116) to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims with Exhibit A to the following:

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico   00918-1767

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, NY   10036-8299
Attn: Martin J. Bienenstock
Paul V. Prossinger
Ehud Barak
Maja Zerjal

and

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, NY   10166

Hedwig M. Auletta
452 Huntington Avenue
Buffalo, NY   14214
(716) 838-9607
hedydoe@gmail.com

Sworn to before me this
_24_ day of January, 2019

STEVEN OLDAY
Notary Public • State of New York
No. 01OL6348456
Qualified in ERIE COUNTY
My Commission Exp. 09/26/2020