# EXHIBIT A

P.O. Box 2044
Lakewood, NJ 08701

**Merrill Lynch Wealth Management**
Bank of America Corporation



XN 000000  027 564 002756 #@01 AT 0.374

HEDWIG M AULETTA
452 HUNTINGTON AVE
BUFFALO NY 14214-1534

**Merrill Lynch**
**Office Serving Your Account**
71 BRADLEY ROAD
MADISON, CT 06443-1250
(203) 318-3700

HEDWIG M AULETTA
452 HUNTINGTON AVE
BUFFALO NY 14214

Account Number:   REDACTED  841

# TRADE CONFIRMATION

Date:  September 24, 2012

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**   PUERTO RICO SALES TAX FING CORP SALES TAX REV ISSD 2/09/10   SER A 6.65%CI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | 20000 | Price | 36.503000 | Amount | 7300.60 | Trade Date | 09/24/12 |
| Processing Fee | | | | | 5.35 | Settle Date | 09/27/12 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | N8648 |
| | | | | | | Cusip # | 74529JKN4 |
| **NET AMOUNT** | | | | | **7305.95** | FA # | 6617 |

0 PCT 8/01/2031   YIELD 5.42% @ $36.50 8/01/31 NON CALLABLE.   INTEREST FROM
02/09/10.  NO PERIODIC INTEREST PAYMENTS.  BOOK ENTRY ONLY.  FOR MORE
INFORMATION ABOUT THIS BOND GO TO WWW.EMMA.MSRB.ORG.

ML ACTED AS PRINCIPAL

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-Insured (subject to applicable limits).

Account Number:  REDACTED 841                    Date:  09/24/2012                    Page 1 of 2