UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

**NOTICE OF FILING OF REVISED ORDER, PURSUANT TO BANKRUPTCY CODE
SECTION 502 AND BANKRUPTCY RULE 3007, ESTABLISHING INITIAL
PROCEDURES WITH RESPECT TO OMNIBUS OBJECTION OF (I) FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS
SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, TO CLAIMS FILED OR ASSERTED BY
HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION
BONDS AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on January 14, 2019, the Financial Oversight and

Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee

of Unsecured Creditors (together, the "Objectors") filed the *Urgent Motion of (i) Financial*

*Oversight and Management Board, Acting Through its Special Claims Committee, and (ii)*

*Official Committee of Unsecured Creditors for Entry of Order, Under Sections 105(a) and 502*

*of the Bankruptcy Code, Bankruptcy Rule 3007, and Sections 301(a) and 310 of PROMESA,*

*Establishing Procedures with Respect to Omnibus Objection to Claims Filed or Asserted by*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Holders of Certain Commonwealth General Obligation Bonds and Requesting Related Relief* (the "Motion") [Docket No. 4788].[2] Attached as Exhibit A to the Motion is the Objectors' initial proposed order in connection therewith (the "Initial Proposed Order"). Attached to the Initial Proposed Order are the Objection Notice and Objection Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Objectors hereby file a revised proposed order, with revised Objection Notice and Objection Procedures attached thereto, in the form attached hereto as Exhibit A (the "Revised Proposed Order"). A redline of the Revised Proposed Order, with revised Objection Notice and Objection Procedures, marked to show changes against the Initial Proposed Order, and attached Objection Notice and Objection Procedures, is attached hereto as Exhibit B. The Revised Proposed Order reflects comments from DTC and other revisions designed to address certain issues raised by certain of the parties that filed objections to the Motion. The Motion is currently scheduled to be heard on January 30, 2018 at 10:00 a.m. (prevailing Atlantic time) before the Honorable Laura Taylor Swain, United States District Judge, at the United States District Court for the Southern District of New York, Courtroom 17C of the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312.

*[Remainder of page intentionally left blank]*

---

[2] Capitalized terms not defined herein have the meanings ascribed thereto in the Motion.

Dated: January 29, 2019         /s/ Edward S. Weisfelner         ,

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq.
Angela M. Papalaskaris, Esq. (*pro hac vice*)
Justin S. Weddle, Esq. (*pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com
jweddle@brownrudnick.com

Stephen A. Best, Esq. (*pro hac vice*)
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
sbest@brownrudnick.com

Sunni P. Beville, Esq. (*pro hac vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through its Special Claims Committee*

and

/s/ Alberto Estrella         ,

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through its Special Claims Committee*

and

*/s/ Luc A. Despins* ,

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
Nicholas A Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*

- and -

*/s/ Juan J. Casillas Ayala* ,

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Aneses Negron, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787)523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*