# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | No. 17-BK-3284 (LTS) |

## **NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of the undersigned attorneys on behalf of the Municipality of San Juan in the instant case.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I HEREBY CERTIFY that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of its filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

in San Juan, Puerto Rico, this January 29, 2019.

MARIANI FRANCO LAW, P.S.C
/s/ Raúl S. Mariani Franco
Raúl S. Mariani Franco
USDC-PR Bar No. 210309
P.O. Box 9022864
San Juan, PR 00902-2864
Tel: 787.620.0038
Fax: 787.620.0039
marianifrancolaw@gmail.com


CHARLIE HERNÁNDEZ LAW OFFICES
/s/ Charlie M. Hernández
Charlie M. Hernández
USDC-PR Bar No. 207403
206 Tetuán Street, Suite 701
Old San Juan, PR 00901-1839
Tel: 787.382.8360
Fax: 787.382.8360
charliehernandezlaw@gmail.com

***Attorneys for Proposed Amicus Curiae the Autonomous Municipality of San Juan***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document, accompanying Exhibit and proposed order have been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their registered e-mail addresses.

In San Juan, Puerto Rico, this 29th day of January, 2019.

**RESPECTFULLY SUBMITTED,**

MARIANI FRANCO LAW, P.S.C.
/s/ Raúl S. Mariani Franco
Raúl S. Mariani Franco
USDC-PR Bar No. 210309
P.O. Box 9022864
San Juan, PR 00902-2864
Tel: 787.620.0038
Fax: 787.620.0039
marianifrancolaw@gmail.com