# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>    Debtor. | No. 17-BK-3284 (LTS) |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE BY AUTONOMOUS MUNICIPALITY OF SAN JUAN

Upon the *Autonomous Municipality of San Juan's Motion for Leave to File Amicus Brief Regarding the COFINA Plan Of Adjustment* (the "Motion") and the Court having found that the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Autonomous Municipality of San Juan, through its Mayor the Hon. Carmen Yulín Cruz, has demonstrated a special and particularized interest in the matters discussed in the Motion (and in the Proposed Brief) relating to the requested confirmation of the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation, dated January 9, 2019 [Case No. 17-3284, ECF No. 439], and that no other or further notice is required, it is **HEREBY**

**ORDERED THAT**:

1. Leave to file the Proposed Brief, as amicus curiae, is hereby granted to the Autonomous Municipality of San Juan; and

2. This Order resolves Docket Entry No. [·] in Case No. 17-3284

**IT IS SO ORDERED**.

Dated: New York, New York

_____ \_\_\_, 2019

_____
LAURA TAYLOR SWAIN
United States District Judge