UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | **PROMESA** |
| | * | **TITLE III** |
| **THE FINANCIAL OVERSIGHT AND** | * | |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | * | **No. 17 BK 3283-LTS** |
| | * | |
| as representative of | * | (Jointly Administered) |
| | * | |
| **THE COMMONWEALTH OF PUERTO RICO,** | * | |
| et al., | * | |
| | * | |
| Debtors | * | |

**********************************

# ANSWER TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS

**TO THE HONORABLE COURT:**

COMES NOW, **COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS**, through the undersigned attorney and very respectfully states and prays as follows:

1. Contact Information: Claimant filed a Proof of Claim registered as:

    Claim Amended: 20525 (Prime Clerk System)
    Claimant: COOPERATIVA A/C BARRANQUITAS
    Email: vberrios@credicentrocoop.com
    Address: PO Box 686, Barranquitas, PR 00794
    Date filed: May 24, 2018
    Debtor: Puerto Rico Sales Tax Financing Corporation (COFINA)
    Asserted claim amount: **$360,000.00**

2. Reason for opposing sixth omnibus objection – Supporting documents – Proof of Claim identified as Number 20525:

    Proof of Claim description: Annex IFS Securities Account Statement – Account Number: xxxxD173 (REDACTED) – Identified

Page 2            Answer...            Case No.: 17-03283-LTS

as:

> PUERTO RICO SALES TAX FING CORP
> SALES TAX REV, SALE TAX
> FIRST SUBORD REV
> BDS, COFINA, IN DEFAUL TAXABLE
> MONTHLY SER 2009B
> 6.0500% DUE 08/01/29
> CALLABLE 01/31/2019 @ 100.00
> CUSIP XXXXXJNL5 (REDACTED)
> QUANTITY: $360,000.00

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE:** I hereby certify that on this date copy of this Motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and US Trustee, and also certify that I have mailed by United State Postal Service copy of this Notice to the following non CM/ECF participant to debtor(s) at their address of record in this case.

In Aibonito, Puerto Rico this January 28, 2019.

RESPECTFULLY SUBMITTED,

/s/JOSE ANGEL SANTINI BONILLA
**JOSE ANGEL SANTINI BONILLA**
ATTORNEY FOR CREDITOR
COOPERATIVA A/C DE BARRANQUITAS
PO Box 552
Aibonito, PR 00705
Tel.: 735-0063 * Fax: 735-2310
E-mail: santilawoffice@yahoo.com
USDC-PR: - 127204 -

**IFS SECURITIES**
Advisor Network | Capital Markets
*The art of independent thinking.*™

November 30 to December 31, 2018
Account #    D173  Redacted

## Your Portfolio (continued)

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| **Fixed Income (continued)** | | | | | |
| PUERTO RICO COMWLTH, REF PUB IMPT BDS, IN DEFAULT TAXABLE MONTHLY SER 2008C  5.9000% DUE 07/01/2028 Callable 01/31/2019 @ 100.000 | $1,000,000.00 | $53.250 | **$532,500.00** | $(489,185.99) A | |

Redacted
Ratings Information: **Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: D, Underlying Rating: D

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH REV, COMWLTH GTD REF REV BDS, TAXABLE MONTHLY SER 2008 B  6.1000% DUE 07/01/2034 Callable 01/31/2019 @ 100.000 | $750,000.00 | $72.750 | **$545,625.00** | $(221,584.61) A | |

Redacted
Ratings Information: **Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: C, Long Term Watch: Negative, Underlying Rating: C, Underlying Watch: Negative

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO PUB BLDGS AUTH REV GTD, GOVT FACS REV BDS, QUALIFIED SCHOOL CONSTRUCTION BONDS DIRECT PAY IN DEFAULT TAXABLE QTRLY SER R1 5.6500% DUE 07/01/2028 | $1,100,000.00 | $53.625 | **$589,875.00** | $(525,400.51) A | |

Redacted
Ratings Information: **Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: D, Underlying Rating: D

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| → PUERTO RICO SALES TAX FING CORP SALES TAX REV, SALES TAX FIRST SUBORD REV BDS, COFINA, IN DEFAULT TAXABLE MONTHLY SER 2009B 6.0500% DUE 08/01/2029 Callable 01/31/2019 @ 100.000   JNL5) | $360,000.00 | $45.000 | **$162,000.00** | $(198,000.00) | |

Redacted
Ratings Information: **Moody's** Long Term Rating: Ca, Underlying Rating: Ca **S&P** Long Term Rating: Not Rated, Long Term Outlook: Not Rated **Fitch** Short Term Rating: Not Rated, Long Term Rating: D, Underlying Rating: D

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| US TREASURY NOTES 2.375% 12/31/2020 2.3750% DUE 12/31/2020 | $100,000.00 | $99.777 | **$99,777.00** | $(144.00) | $2,375.00 |

Redacted
Ratings Information: **Moody's** Long Term Rating: Aaa