# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>    Plaintiffs,<br><br>v.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Defendant. | Adv. Proc. No. 18-00149-LTS |

**NOTICE OF WITHDRAWAL OF MOTION OF ASSURED GUARANTY CORP.
AND ASSURED GUARANTY MUNICIPAL CORP. FOR LEAVE TO INTERVENE**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby withdraw solely from the docket for Case No. 17 BK 3283-LTS, the *Motion Of Assured Guaranty Corp. And Assured Guaranty Municipal Corp. For Leave To Intervene* (No. 17 BK 3283-LTS, ECF No. 4954). Assured is withdrawing this motion at the request of the Court's Courtroom Deputy, Carmen Tacoronte, because Assured also filed the same motion in Adv. Proc. No. 18-100149-LTS. For the avoidance of doubt, Assured does not withdraw the *Motion Of Assured Guaranty Corp. And Assured Guaranty Municipal Corp. For Leave To Intervene* (Adv. Proc. No. 18-100149-LTS, ECF. No. 21) filed in Adv. Proc. No. 18-100149-LTS.

Dated: San Juan, Puerto Rico
January 30, 2019

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: */s/ Heriberto Burgos Pérez*<br>    Heriberto Burgos Pérez<br>    USDC-PR 204809<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR 203114<br>    Diana Pérez-Seda<br>    USDC-PR 232014<br>    P.O. Box 364924<br>    San Juan, PR 00936-4924<br>    Telephone: (787) 756-1400<br>    Facsimile: (787) 756-1401<br>    Email: hburgos@cabprlaw.com<br>        rcasellas@cabprlaw.com<br>        dperez@cabprlaw.com<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ Mark C. Ellenberg*<br>    Howard R. Hawkins, Jr.*<br>    Mark C. Ellenberg*<br>    William J. Natbony*<br>    Ellen M. Halstead*<br>    Thomas J. Curtin*<br>    Casey J. Servais*<br>    200 Liberty Street<br>    New York, NY 10281<br>    Telephone: (212) 504-6000<br>    Facsimile: (212) 406-6666<br>    Email: howard.hawkins@cwt.com<br>        mark.ellenberg@cwt.com<br>        bill.natbony@cwt.com<br>        ellen.halstead@cwt.com<br>        thomas.curtin@cwt.com<br>        casey.servais@cwt.com<br><br>* Admitted *pro hac vice*<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, 30th day of January, 2019.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice