SAN JUAN PR 009

29 JAN 2019 PM 1 T

Office of the Clerk
Federal Building, Room 150
150 Ave. Carlos Chardon
San Juan, PR 00918

00918X1706

Javier Mandry
3092 Ave. Emilio Fagot
Ponce, PR 00716

RECEIVED & FILED
2019 JAN 30 PM 12:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR