# Exhibit A

## List of COFINA Senior Bondholders' Coalition Claims based on Senior Bond Holdings by Claimant, Claim Number, and Debtor

| Claimant | Claim Number | Debtor |
|---|---|---|
| Aristeia Master L.P | 25666 | COFINA |
| Aristeia Master L.P | 31979 | Commonwealth of Puerto Rico |
| ASIG International Limited | 20471 | COFINA |
| ASIG International Limited | 27406 | Commonwealth of Puerto Rico |
| Canyon Balanced Master Fund, Ltd. | 24213 | COFINA |
| Canyon Balanced Master Fund, Ltd. | 30735 | Commonwealth of Puerto Rico |
| Canyon Blue Credit Investment Fund L.P. | 30360 | COFINA |
| Canyon Blue Credit Investment Fund L.P. | 37564 | Commonwealth of Puerto Rico |
| Canyon Distressed Opportunity Investing Fund II, L.P. | 31955 | COFINA |
| Canyon Distressed Opportunity Investing Fund II, L.P. | 33123 | Commonwealth of Puerto Rico |
| Canyon Distressed Opportunity Master Fund II, L.P. | 30363 | COFINA |
| Canyon Distressed Opportunity Master Fund II, L.P. | 26671 | Commonwealth of Puerto Rico |
| Canyon NZ-DOF Investing, L.P. | 36324 | COFINA |
| Canyon NZ-DOF Investing, L.P. | 36808 | Commonwealth of Puerto Rico |
| Canyon Value Realization Fund, L.P. | 29691 | COFINA |
| Canyon Value Realization Fund, L.P. | 29712 | Commonwealth of Puerto Rico |
| Canyon Value Realization MAC 18 Ltd. | 33311 | COFINA |
| Canyon Value Realization MAC 18 Ltd. | 27193 | Commonwealth of Puerto Rico |
| Canyon-ASP Fund, L.P. | 28607 | COFINA |
| Canyon-ASP Fund, L.P. | 32011 | Commonwealth of Puerto Rico |
| Canyon-GRF Master Fund II, L.P. | 41748 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Canyon-GRF Master Fund II, L.P. | 32008 | Commonwealth of Puerto Rico |
| Canyon-SL Value Fund, L.P. | 36797 | COFINA |
| Canyon-SL Value Fund, L.P. | 26667 | Commonwealth of Puerto Rico |
| CenturyLink, Inc. Defined Benefit Master Trust | 37064 | COFINA |
| CenturyLink, Inc. Defined Benefit Master Trust | 28992 | Commonwealth of Puerto Rico |
| Compass ESMA LP | 22063 | COFINA |
| Compass ESMA LP | 32025 | Commonwealth of Puerto Rico |
| Compass TSMA LP | 38948 | COFINA |
| Compass TSMA LP | 34183 | Commonwealth of Puerto Rico |
| Corbin ERISA Opportunity Fund, Ltd. | 22588 | COFINA |
| Corbin ERISA Opportunity Fund, Ltd. | 30362 | Commonwealth of Puerto Rico |
| Corbin Opportunity Fund, L.P. | 36319 | COFINA |
| Corbin Opportunity Fund, L.P. | 29178 | Commonwealth of Puerto Rico |
| Credit Fund Golden Ltd. | 28339 | COFINA |
| Credit Fund Golden Ltd. | 37241 | Commonwealth of Puerto Rico |
| Decagon Holdings 1 L.C.C. | 29663/72159 | COFINA |
| Decagon Holdings 1 L.C.C. | 32006 | Commonwealth of Puerto Rico |
| Decagon Holdings 10 L.C.C. | 31957 | COFINA |
| Decagon Holdings 10 L.C.C. | 31997 | Commonwealth of Puerto Rico |
| Decagon Holdings 2 L.C.C. | 37055 | COFINA |
| Decagon Holdings 2 L.C.C. | 29724 | Commonwealth of Puerto Rico |
| Decagon Holdings 3 L.C.C. | 30369 | COFINA |
| Decagon Holdings 3 L.C.C. | 30366 | Commonwealth of Puerto Rico |
| Decagon Holdings 4 L.C.C. | 47512 | COFINA |
| Decagon Holdings 4 L.C.C. | 37221 | Commonwealth of Puerto Rico |
| Decagon Holdings 5 L.C.C. | 36275 | COFINA |
| Decagon Holdings 5 L.C.C. | 36201 | Commonwealth of Puerto Rico |
| Decagon Holdings 6 L.C.C. | 37244/81705 | COFINA |
| Decagon Holdings 6 L.C.C. | 30183 | Commonwealth of Puerto Rico |
| Decagon Holdings 7 L.C.C. | 30393 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Decagon Holdings 7 L.C.C. | 33805 | Commonwealth of Puerto Rico |
| Decagon Holdings 8 L.C.C. | 35620 | COFINA |
| Decagon Holdings 8 L.C.C. | 32022/41270 | Commonwealth of Puerto Rico |
| Decagon Holdings 9 L.C.C. | 31999 | COFINA |
| Decagon Holdings 9 L.C.C. | 38913 | Commonwealth of Puerto Rico |
| Decagon Holdings 10, L.L.C. | 53085 | COFINA |
| EP Canyon Ltd. (formerly known as Permal Canyon 10 Ltd.) | 38932 | COFINA |
| EP Canyon Ltd. (formerly known as Permal Canyon 10 Ltd.) | 29876 | Commonwealth of Puerto Rico |
| GN3 SIP Limited | 33160 | COFINA |
| GN3 SIP Limited | 30392 | Commonwealth of Puerto Rico |
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 33267/86903 | COFINA |
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 35305 | Commonwealth of Puerto Rico |
| GoldenTree NJ Distressed Fund 2015 LP | 36235 | COFINA |
| GoldenTree NJ Distressed Fund 2015 LP | 30396 | Commonwealth of Puerto Rico |
| Gold Coast Capital Subsidiary X Limited | 26862 | COFINA |
| Gold Coast Capital Subsidiary X Limited | 21264 | Commonwealth of Puerto Rico |
| GoldenTree 2017K-SC, Ltd. | 37051 | COFINA |
| GoldenTree 2017K-SC, Ltd. | 33293 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Fund 2014 LP | 36393 | COFINA |
| GoldenTree Distressed Fund 2014 LP | 30409 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Master Fund 2014 Ltd. | 31323 | COFINA |
| GoldenTree Distressed Master Fund 2014 Ltd. | 32052 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Fund II LP | 29671 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| GoldenTree E Distressed Debt Fund II LP | 36219 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Master Fund II LP | 28685 | COFINA |
| GoldenTree E Distressed Debt Master Fund II LP | 37242 | Commonwealth of Puerto Rico |
| GoldenTree High Yield Value Fund Offshore (Strategic), Ltd. | 31761/92896 | COFINA |
| GoldenTree High Yield Value Fund Offshore (Strategic), Ltd. | 32031 | Commonwealth of Puerto Rico |
| GoldenTree High Yield Value Master Unit Trust | 31906 | COFINA |
| GoldenTree High Yield Value Master Unit Trust | 32108 | Commonwealth of Puerto Rico |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 28833 | COFINA |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 36428/44409 | Commonwealth of Puerto Rico |
| GoldenTree Master Fund, Ltd. | 30138 | COFINA |
| GoldenTree Master Fund, Ltd. | 30379 | Commonwealth of Puerto Rico |
| GoldenTree Multi-Sector Fund Offshore ERISA, Ltd. | 31305 | COFINA |
| GoldenTree Multi-Sector Fund Offshore ERISA, Ltd. | 31762 | Commonwealth of Puerto Rico |
| GoldenTree Multi-Sector Master Fund ICAV - GoldenTree Multi-Sector Master Fund Portfolio A | 36672 | COFINA |
| GoldenTree Multi-Sector Master Fund ICAV - GoldenTree Multi-Sector Master Fund Portfolio A | 29913 | Commonwealth of Puerto Rico |
| GoldenTree Structured Products - C LP | 31590 | COFINA |
| GoldenTree Structured Products - C LP | 31333 | Commonwealth of Puerto Rico |
| GoldenTree Structured Products Opportunities Fund Extension Holdings, LLC | 36824 | COFINA |
| GoldenTree Structured Products Opportunities Fund Extension | 36251 | Commonwealth of Puerto Rico |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Holdings, LLC | | |
| GT NM, LP. | 27943 | COFINA |
| GT NM, LP. | 36184 | Commonwealth of Puerto Rico |
| Guadalupe Fund, LP | 36005 | COFINA |
| Guadalupe Fund, LP | 24212 | Commonwealth of Puerto Rico |
| High Yield And Bank Loan Series Trust | 33280 | COFINA |
| High Yield And Bank Loan Series Trust | 28589 | Commonwealth of Puerto Rico |
| Louisiana State Employees Retirement System | 26992 | COFINA |
| Louisiana State Employees Retirement System | 31787 | Commonwealth of Puerto Rico |
| MA Multi-Sector Opportunistic Fund, LP | 31964 | COFINA |
| MA Multi-Sector Opportunistic Fund, LP | 29871 | Commonwealth of Puerto Rico |
| Rock Bluff High Yield Partnership, LP. | 33360 | COFINA |
| Rock Bluff High Yield Partnership, LP. | 34787 | Commonwealth of Puerto Rico |
| San Bernardino County Employees Retirement Association | 37348 | COFINA |
| San Bernardino County Employees Retirement Association | 33806 | Commonwealth of Puerto Rico |
| SB Special Situation Master Fund SPC-Portfolio D | 30197 | COFINA |
| SB Special Situation Master Fund SPC-Portfolio D | 44094 | Commonwealth of Puerto Rico |
| Scoggin International Fund, LTD | 35025 | COFINA |
| Scoggin International Fund, LTD | 34297 | Commonwealth of Puerto Rico |
| Scoggin Worldwide Fund, LTD | 26612 | COFINA |
| Scoggin Worldwide Fund, LTD | 34193 | Commonwealth of Puerto Rico |
| Taconic Master Fund 1.5 L.P. | 27133 | COFINA |
| Taconic Master Fund 1.5 L.P. | 29763 | Commonwealth of Puerto Rico |
| Taconic Opportunity Master Fund L.P, | 30431 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Taconic Opportunity Master Fund L.P, | 27856 | Commonwealth of Puerto Rico |
| The Canyon Value Realization Master Fund, L.P. | 38886 | COFINA |
| The Canyon Value Realization Master Fund, L.P. | 30329 | Commonwealth of Puerto Rico |
| The Parochial Employees' Retirement System of Louisiana | 38898 | COFINA |
| The Parochial Employees' Retirement System of Louisiana | 32017 | Commonwealth of Puerto Rico |
| Tilden Park Investment Master Fund LP | 26636 | COFINA |
| Tilden Park Investment Master Fund LP | 30219 | Commonwealth of Puerto Rico |
| Whitebox Asymmetric Partners, LP | 23452 | COFINA |
| Whitebox Asymmetric Partners, LP | 27694 | Commonwealth of Puerto Rico |
| Whitebox Caja Blanca Fund, LP | 27429 | COFINA |
| Whitebox Caja Blanca Fund, LP | 32265 | Commonwealth of Puerto Rico |
| Whitebox Institutional Partners, LP | 43498 | COFINA |
| Whitebox Institutional Partners, LP | 25609/36206 | Commonwealth of Puerto Rico |
| Whitebox Multi-Strategy Partners, LP | 32093 | COFINA |
| Whitebox Multi-Strategy Partners, LP | 27008 | Commonwealth of Puerto Rico |
| Whitebox Term Credit Fund I LP | 28605 | COFINA |
| Whitebox Term Credit Fund I LP | 31755 | Commonwealth of Puerto Rico |
| Windermere Ireland Funds PLC | 31929 | COFINA |