## Exhibit B

### List of COFINA Senior Bondholders' Coalition Claims based on Subordinate Bond Holdings by Claimant, Claim Number, and Debtor

| Claimant | Claim Number | Debtor |
|---|---|---|
| Corbin ERISA Opportunity Fund, Ltd. | 27494 | COFINA |
| Corbin ERISA Opportunity Fund, Ltd. | 33587 | Commonwealth of Puerto Rico |
| Corbin Opportunity Fund, L.P. | 32009 | COFINA |
| Corbin Opportunity Fund, L.P. | 33560 | Commonwealth of Puerto Rico |
| Decagon Holdings 1 L.C.C. | 36252/48684 | COFINA |
| Decagon Holdings 1 L.C.C. | 36227/115036 | Commonwealth of Puerto Rico |
| Decagon Holdings 10 L.C.C. | 43053/112667 | COFINA |
| Decagon Holdings 10 L.C.C. | 38732/115017 | Commonwealth of Puerto Rico |
| Decagon Holdings 2 L.C.C. | 36250/114537 | COFINA |
| Decagon Holdings 2 L.C.C. | 36236/120582 | Commonwealth of Puerto Rico |
| Decagon Holdings 3 L.C.C. | 37896/115029 | COFINA |
| Decagon Holdings 3 L.C.C. | 36270/115052 | Commonwealth of Puerto Rico |
| Decagon Holdings 4 L.C.C. | 38487/115018 | COFINA |
| Decagon Holdings 4 L.C.C. | 39478/107981 | Commonwealth of Puerto Rico |
| Decagon Holdings 5 L.C.C. | 38728/68249 | COFINA |
| Decagon Holdings 5 L.C.C. | 42088/94018 | Commonwealth of Puerto Rico |
| Decagon Holdings 6 L.C.C. | 32229/112817 | COFINA |
| Decagon Holdings 6 L.C.C. | 36273/112532 | Commonwealth of Puerto Rico |
| Decagon Holdings 7 L.C.C. | 41177 | COFINA |
| Decagon Holdings 7 L.C.C. | 38309/125680 | Commonwealth of Puerto Rico |
| Decagon Holdings 7, L.L.C. | 100946 | COFINA |
| Decagon Holdings 8 L.C.C. | 40315/114544 | COFINA |
| Decagon Holdings 8 L.C.C. | 38516/103817 | Commonwealth of Puerto Rico |
| Decagon Holdings 9 L.C.C. | 40225/115087 | COFINA |
| Decagon Holdings 9 L.C.C. | 38723/115123 | Commonwealth of Puerto Rico |
| GN3 SIP Limited | 33956 | COFINA |
| GN3 SIP Limited | 28062 | Commonwealth of Puerto Rico |

| Claimant | Claim Number | Debtor |
|---|---|---|
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 31516 | Commonwealth of Puerto Rico |
| GoldenTree NJ Distressed Fund 2015 LP | 32586 | COFINA |
| GoldenTree NJ Distressed Fund 2015 LP | 31472 | Commonwealth of Puerto Rico |
| Gold Coast Capital Subsidiary X Limited | 31444 | COFINA |
| Gold Coast Capital Subsidiary X Limited | 30215 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Fund 2014 LP | 32604 | COFINA |
| GoldenTree Distressed Fund 2014 LP | 44072/108286 | Commonwealth of Puerto Rico |
| GoldenTree Distressed Master Fund 2014 Ltd. | 43365/112407 | COFINA |
| GoldenTree Distressed Master Fund 2014 Ltd. | 31324 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Fund II LP | 35845 | COFINA |
| GoldenTree E Distressed Debt Fund II LP | 36758 | Commonwealth of Puerto Rico |
| GoldenTree E Distressed Debt Master Fund II LP | 32555 | COFINA |
| GoldenTree E Distressed Debt Master Fund II LP | 97589 | Commonwealth of Puerto Rico |
| GoldenTree Entrust Master Fund SPC on behalf of and for the account of Segregated Portfolio I | 32996 | COFINA |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 37501 | COFINA |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, LP. | 112181 | Commonwealth of Puerto Rico |
| GoldenTree Master Fund, Ltd. | 32591 | COFINA |
| GoldenTree Master Fund, Ltd. | 32594 | Commonwealth of Puerto Rico |
| GTNM, LP. | 31998 | COFINA |
| GTNM, LP. | 33964 | Commonwealth of Puerto Rico |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Guadalupe Fund, LP | 32547 | COFINA |
| Guadalupe Fund, LP | 33729 | Commonwealth of Puerto Rico |
| High Yield And Bank Loan Series Trust | 44002 | COFINA |
| High Yield And Bank Loan Series Trust | 31675 | Commonwealth of Puerto Rico |
| High Yield Bank and Loan Series Trust | 114597 | COFINA |
| Louisiana State Employees Retirement System | 30670 | COFINA |
| Louisiana State Employees Retirement System | 32435 | Commonwealth of Puerto Rico |
| MA Multi-Sector Opportunistic Fund, LP | 38704/84451 | COFINA |
| MA Multi-Sector Opportunistic Fund, LP | 30834 | Commonwealth of Puerto Rico |
| Pandora Select Partners, LP | 100667 | COFINA |
| Pandora Select Partners, LP | 109765 | Commonwealth of Puerto Rico |
| Taconic Master Fund 1.5 L.P. | 113138 | COFINA |
| Taconic Master Fund 1.5 L.P. | 115050 | Commonwealth of Puerto Rico |
| Taconic Opportunity Master Fund L.P, | 99212 | COFINA |
| Taconic Opportunity Master Fund L.P, | 112942 | Commonwealth of Puerto Rico |
| Tilden Park Investment Master Fund LP | 25705 | COFINA |
| Tilden Park Investment Master Fund LP | 27205 | Commonwealth of Puerto Rico |
| Whitebox Asymmetric Partners, LP | 102245 | COFINA |
| Whitebox Asymmetric Partners, LP | 115134 | Commonwealth of Puerto Rico |
| Whitebox Caja Blanca Fund, LP | 51434 | COFINA |
| Whitebox Caja Blanca Fund, LP | 52002 | Commonwealth of Puerto Rico |
| Whitebox Institutional Partners, LP | 66556 | COFINA |
| Whitebox Institutional Partners, LP | 115673 | Commonwealth of Puerto Rico |
| Whitebox Multi-Strategy Partners, LP | 65838 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Whitebox Multi-Strategy Partners, LP | 118254 | Commonwealth of Puerto Rico |