In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Second - Third Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 2944]** | 1/27/2017 - 1/31/2018 | $ 625,000.00 | $ - | $ 60,971.21 | $ 32,191.02 | $ 625,000.00 | $ 28,780.19 |
| | *Counsel to AAFAF* | | | | | | | |
| 2 | **DLA Piper [Dkt. No. 3569]** | 2/01 - 5/31/2018 | $ 902,090.92 | $ 32,764.07 | $ 15,937.82 | $ 4,784.26 | $ 869,326.85 | $ 11,153.56 |
| | *Debtor's Financial Advisor* | | | | | | | |
| 3 | **Deloitte Financial Advisory Services LLP [Dkt. No. 3831]** | 2/01 - 5/31/2018 | $ 3,124,262.00 | $ 28,118.02 | $ 129,381.88 | $ 1,943.12 | $ 3,096,143.98 | $ 127,438.76 |

19791241.1