**TRIBUNAL DE DISTRITO DE LOS ESTADO UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

RECEIVED & FILED
2019 JAN 30 PM 4:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**CORPORACION DEL FONDO DE INTERES APREMIANTE DE PUERTO RICO (COFINA)**

PROMESA Título III

**SEXTA OBJECION COLECTIVA (NO SUSTANTIVA) DE CORPORACION DEL FONDO DE INTERES APREMIANTE DE PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES**

No. 17 BK 3283-LTS

**Número de reclamación 5775**

1 -Se objeta y se solicita no ha lugar la solicitud de inadmisibilidad de mi reclamación listada en el Anexo A: Documentación Insuficiente número 16.

2 -La Junta de Supervisión y Administración Financiera para Puerto Rico erróneamente concluye que mi reclamación pretende hacer valer obligaciones asociadas con bonos municipales y/o préstamos y no se proporciona los fundamentos o la documentación que justifique tal reclamación contra COFINA, de modo que les resulta imposible determinar si tengo una reclamación valida contra COFINA.

3-La reclamación presentada de quién subscribe, June C. Andrade Muriel corresponde a:
Deudor:             PR Sales Tax Financing Corp. (COFINA)
Cantidad:           75,000
CUSIP:              74529JGP4
Numero de control:  REDACTED    1658

4-La reclamación es directamente contra COFINA no son obligaciones asociadas con bonos municipales y/o préstamos de dinero.

28 de enero de 2019
San Juan, Puerto Rico

Presentado con el debido respeto,

*June C Andrade Muriel*

June C. Andrade Muriel
Urb. San Juan Gardens
Calle San Bruno 112
San Juan, Puerto Rico
Tel. (787) 372-1062
jcamuriel@gmail.com