U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JAN 29, 19
AMOUNT
$6.85
R2304E105433-03

CERTIFIED MAIL

7000 1670 0000 5567 3203

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Urb. San Juan Gardens
San Bruno 112
San Juan, PR 00926

RECEIVED & FILED
2019 JAN 30 PM 4:07
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

RETURN RECEIPT REQUESTED