**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, et. al.**<br><br>DEBTOR | **PROMESA**<br>**Title III**<br><br>**No. 17 BK 3283-LTS**<br><br>**(Jointly Administered)** |

# RESPONSE TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS

**Claim Number 176**

**TO THE HONORABLE COURT:**

Carlos A. Costas answers the Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus (Non-Substantive) Objection to Deficient Claims as follows:

## I PRELIMINARY STATEMENT

1. On December 5, 2018, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as COFINA'S representative pursuant to Section 315(b) of the Puerto Rico Oversight Management and Economic Stability Act ("PROMESA") filed its Sixth Omnibus Objection allegedly as to deficient proofs of claim ("Claims") listed on Exhibit A thereto.

2. Among the Claims listed on Exhibit A is Claim No. 6 filed by Carlos A. Costas (the "Claimant") for $75,000.00 in Case No. 17-03284 (LTS).

3. As a basis for objecting to Claim No. 6 (Prime Clerk No. 176), the Oversight Board submits that it "purports to assert liabilities associated with municipal bond(s) and or money loaned but failed to provide a basis for asserting a claim".

4. Contrary to the assertions of the Oversight Board, Claim No. 6 in Part 2 paragraph 8 and 9 asserts as a basis therefor that it is premised on the ownerships of COFINA bonds CUSIP No. 74599BMT1.

5. As Exhibit A hereto, Claimant is submitting her statement with Popular Securities for the period of December 2018.

## II ARGUMENT

### COFINA'S Objection Fails to Submit the Necessary Rebuttal to the *Prima Facie* Validity or Legal Sufficiency of Claimant Claim

Under Section 502(a) of the Bankruptcy Code 11 U.S.C.A § 502(a), a proof of claim is deemed to be allowed unless objection. *In re Thompson,* 965 F.2d 1136, 1147 (1st Cir. 1992). Once the proof of claim is filed, the burden of proof shifts to the party who seeks to object its validity or sufficiency. In re *Virgina Broadband, LLC,* 521 B.R. 539, 561 (W.D. Va., 2014).

A proper objection must include sufficient evidence to refute the proof of claim's validity or legal sufficiency. See Fed.R.Bank. P. 300(d)(5); *In re La Fata,* 483 F. 3d 13, 23 (1st Cir. 2007); *In re Rowlands,* 2008 Bankr. Lexis 3958, at *11 (1st Cir. B.A.P., 2008). See also 4 *Collier on Bankruptcy* ¶502.02[3][f] (Lexis Nexis Electronic Database, last accessed on January 24th, 2019); Hon. Joan N. Feeney, Hon. Michael G. Williamson, and Michael J. Stepan, *Bankruptcy Law Manual,* 5th., Vol. 1, §§ 6;6 and 6;10, p. 1107 and

1126 (Thomson Reuters, 2017-1); George M. Treister *et al, Fundamentals of Bankruptcy Law, 6th* Ed., §6.02, p. 311 (ALI ABA, 2006).

An Objection does not overcome the proof of claim's *prima facie* validity unless its counterevidence has substantial probative merit. *In re Hemingway Transport, Inc.,* 993 F.2d 915,925 (1st Cir. 1993); *In re Rowlands, 2008 Bankr. Lexis at* *10-11; *In re Tracey,* 394 B.R. 635, 639 (1st Cir. B.A.P., 2008). It is only after the objector's burden has been met, that the onus shifts back to claimant to prove her/his claim. *In re Newfound Lake Marine, Inc.,* 2007 BNH 35, at *5 (Bankr. N.H., 2007); *In re Mulvania,* 214 B.R. 1, 5-6 (9th Cir. B.A.P., 1997).

As COFINA's objection fails to include the requisite counterevidence to overcome Claimant's proof of claim's *prima facie* validity and legal sufficiency, the Claim should be allowed as filed.

**WHEREFORE**, Claim No. 6 should be allowed as filed.

**CERTIFICATE OF SERVICE,** I HEREBY CERTIFY that on this same date a true and exact copy of this response was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to all attorneys registered in the system. I further certify that on this very same day, a true and exact copy of this response was served via First-Class Mail postage pre-paid to Hon. Laura Taylor Swain's Chambers, United States District Court for the Southern District of New York, Daniel P. Moyniham, Esq., United States Courthouse, 500 Pearl St., Suite 3312, New York, New York 1007-1312; Hon. Judge Judith Dein's Chambers Joseph Moakley United States Courthouse, One Courthouse Way, Room 6420, Boston MA 02210-3002; Counsel for the Oversight Board, Proskauer Rose, LLP, Eleven Times Square, New York, New York, 10036-8299, ATTn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barajk and Maka Zerjal; and Counsel for the Unsecured Creditors' Committee, Paul Hastings, LLP, 200 Park Avenue, New York, New York 10166, Attn: Luc A. Despins, James Bliss, James Wotrhington, and G. Alexander Bongartz.

***Case No. 17BK3283-LTS***

Carlos A. Costas Claim No. 6

San Juan, Puerto Rico, this 30th day of January 2019.

**S/CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: (787)977-0515
Fax: (787)977-0518
E-Mail: ccuprill@cuprill.com

4

ENV# CEBGMDZPBBBQLQJ_BBBBB
POPULAR SECURITIES
209 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918

013432 FIER8P01 000000 AT 02

CARLOS COSTAS CUPRILL
URB PARADISE HILLS
1650 PENASCO
SAN JUAN PR 00926

# POPULAR SECURITIES®

## Exhibit A

**STATEMENT FOR THE PERIOD DECEMBER 1, 2018 TO DECEMBER 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

**YOUR REGISTERED REPRESENTATIVE**
ALEXANDER GARCIA
RR#: P12
algarcia@bppr.com

**For questions about your accounts:**
Local: 787 296 0631
In-State: 787 758 7400
National: 800 981 7400

| | |
|---|---|
| Total Value of Your Account | $300,240.35 |
| Total Value of Insurance and Annuities *(Not held by NFS)* | $24,348.97 |
| **TOTAL VALUE OF YOUR PORTFOLIO** | **$324,589.32** |

*Information for assets not held by NFS is provided by outside parties and is included for informational purposes only. Refer to the Holdings Section in this statement for more information.*

## FOR YOUR INFORMATION

Mantenemos un Plan de Contingencia y en caso de emergencia se puede comunicar con nosotros al 787-648-3334 y 787-648-3335. Contamos con un grupo de apoyo telefonico en el 787-724-3657 opcion 3 disponibles de lunes a viernes de 8 a.m. a 5:30 p.m.

## CHANGE IN VALUE OF YOUR PORTFOLIO

*$ thousands*

360.000
270.000
180.000
90.000
0.000
2010
2011
2012
2013
2014
2015
2016
2017
2018

***Change In Value Of Your Portfolio** information can be found in Miscellaneous Footnotes at the end of this statement.*

**Popular Securities**

MN _CEBGMDZPBBBQLQJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

S 013432 FIER8P01 068791

**Statement for the Period December 1, 2018 to December 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

**POPULAR SECURITIES®**

# Account Overview

| CHANGE IN ACCOUNT VALUE | *Current Period* | *Year-to-Date* |
|---|---|---|
| BEGINNING VALUE | $303,519.93 | $244,418.44 |
| Additions and Withdrawals | ($1,166.29) | ($13,207.75) |
| Income | $1,178.94 | $13,449.23 |
| Taxes, Fees and Expenses | ($12.65) | ($241.48) |
| Change in Value | ($3,279.58) | $55,821.91 |
| ENDING VALUE (AS OF 12/31/18) | $300,240.35 | $300,240.35 |
| Total Accrued Interest | $362.50 | |
| **Ending Value with Accrued Interest** | **$300,602.85** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

| INCOME | | |
|---|---|---|
| TAXABLE | *Current Period* | *Year-to-Date* |
| Taxable Dividends | $350.55 | $4,058.78 |
| TOTAL TAXABLE | $350.55 | $4,058.78 |
| NON-TAXABLE | *Current Period* | *Year-to-Date* |
| Non-Taxable Dividends | $465.89 | $5,040.45 |
| Muni Tax Exempt Interest | $362.50 | $4,350.00 |
| TOTAL NON-TAXABLE | $828.39 | $9,390.45 |
| **TOTAL INCOME** | **$1,178.94** | **$13,449.23** |

| TAXES, FEES AND EXPENSES | *Current Period* | *Year-to-Date* |
|---|---|---|
| Account Fees | $0.00 | ($100.00) |
| Foreign Tax Paid | ($12.65) | ($141.48) |
| **TOTAL TAXES, FEES AND EXPENSES** | **($12.65)** | **($241.48)** |

## ACCOUNT ALLOCATION

Equities 31.7%
Fixed Income 68.3%

| | *Percent* | *Prior Period* | *Current Period* |
|---|---|---|---|
| Equities | 31.7 % | $95,530.56 | $95,061.20 |
| Fixed Income | 68.3 | $207,989.37 | $205,179.15 |
| **TOTAL** | **100.0 %** | **$303,519.93** | **$300,240.35** |
| **Total Insurance and Annuities** | | **$24,865.57** | **$24,348.97** |

***Account Allocation*** *shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Statement for the Period December 1, 2018 to December 31, 2018

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

POPULAR SECURITIES®

# Account Overview *continued*

## MESSAGES AND ALERTS

Brokerage services are offered through Popular Securities LLC., registered broker/dealer, member FINRA and SIPC. Popular Securities LLC., is a subsidiary of Popular Inc., and is affiliated with Banco Popular de Puerto Rico. Popular Inc., and Banco Popular de Puerto Rico are not registered broker/dealers. INVESTMENT PRODUCTS ARE NOT FDIC INSURED. NOT BANK GUARANTEED - MAY LOSE VALUE.

A copy of the Popular Securities commission and fee schedule is available at our website and and at https://popularone.com/services/investments/ The brochure provides information about commission and fees related to your account. If you have questions about the contents of this brochure please contact us at 787-758-7400.

For Investment Advisory Accounts: A copy of the Popular Securities Investment Adviser Brochure or ADVII Form is available at our website at www.popular.com/en/about-securities. This brochure provides information about the qualifications and business practices of the investment adviser, Popular Securities LLC. If you have any questions about the contents of this brochure, please contact us at 787-758-7400

Brokerage services and advisory services are offered through Popular Securities LLC, registered broker/dealer, member FINRA and SIPC. Popular Securities LLC is subsidiary of Popular Inc., and is affiliated with Banco Popular de Puerto Rico. Popular Inc, and Banco Popular de Puerto Rico are not registered broker/dealers. INVESTMENT PRODUCTS ARE NOT FDIC INSURED, NOT BANK GUARANTEED - MAY LOOSE VALUE

013432 FIER8P01 068792

**Statement for the Period December 1, 2018 to December 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

**POPULAR SECURITIES®**

# Holdings

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## EQUITIES - 31.66% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Equity** | | | | | |
| BLACKROCK MUNICIPAL 2030 TARGET TERM TRUST<br>Estimated Yield 3.92%<br>Dividend Option Cash<br>Capital Gain Option Cash | BTT<br>CASH | 1,300 | $20.51 | $26,663.00 | $1,046.76 |
| BLACKROCK MUNIYIELD FD INC COM<br>Estimated Yield 5.92%<br>Dividend Option Cash<br>Capital Gain Option Cash | MYD<br>CASH | 1,700 | $12.52 | $21,284.00 | $1,261.40 |
| POPULAR CAP TR I GTD MONTHLY INCOME 6.7%<br>11/01/2033 PFD<br>MOODY'S B3 /S&P B-<br>CPN PMT MONTHLY<br>CONTINUOUSLY CALLABLE FROM 11/01/2008<br>CALLABLE ON 01/29/2019 @ 25.0000<br>Estimated Yield 6.55% | BPOPN<br>CASH | 1,844 | $25.55 | $47,114.20 | $3,088.69 |
| **Total Equity** | | | | **$95,061.20** | **$5,396.85** |
| **Total Equities** | | | | **$95,061.20** | **$5,396.85** |

**Statement for the Period December 1, 2018 to December 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

**POPULAR SECURITIES®**

## HOLDINGS > FIXED INCOME - 36.94% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Municipal Bonds** | | | | | |
| **PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH** 05.80000% 07/01/2023 REV COMWLTH GTD REF REV BDS SER. 2008 B REVENUE MOODY'S Ca CPN PMT MONTHLY Next Interest Payable: 02/01/19 CONTINUOUSLY CALLABLE FROM 07/01/2015 CALLABLE ON 01/29/2019 @ 100.0000 SUBJECT TO SINKING FUND IN TECHNICAL DEFAULT Accrued Interest $362.50 | 745160PP0 CASH | 75,000 | $76.75 | $57,562.50 | $4,350.00 |
| **PUERTO RICO SALES TAX FING CORP SALES** 05.50000% 08/01/2028 ELECTION INV FROM CUSIP 74529JNH4 CPN PMT SEMI-ANNUAL ON FEB 01, AUG 01 | 74599BMT1 CASH | 75,000 | $46.375 | $34,781.25 | |

013432 FIER8P01 068793

**Statement for the Period December 1, 2018 to December 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

**POPULAR SECURITIES®**

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **PUERTO RICO ELEC PWR AUTH PWR REV** TAXABLE 06.05000% 07/01/2032 REV BDS SER.SER EEE REVENUE MOODY'S Ca CPN PMT QUARTERLY ON APR 01, JUL 01, OCT 01, JAN 01 CONTINUOUSLY CALLABLE FROM 07/01/2020 CALLABLE ON 07/01/2020 @ 100.0000 SUBJECT TO EXTRAORDINARY CALL SUBJECT TO SINKING FUND IN MONETARY DEFAULT | 74526QZS4 CASH | 30,000 | $61.875 | $18,562.50 | |
| **Total Municipal Bonds** | | **180,000** | | **$110,906.25** | **$4,350.00** |
| **Total Fixed Income** | | **180,000** | | **$110,906.25** | **$4,350.00** |

## HOLDINGS > MUTUAL FUNDS - 31.40% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Fixed Income** | | | | | |
| **OPPENHEIMER GLOBAL STRATEGIC INC CL C** Estimated Yield 4.43% Dividend Option Cash Capital Gain Option Cash | OSICX CASH | 1,180.839 | $3.58 | $4,227.40 | $187.59 |
| **OPPENHEIMER ROCHEST HIGH YIELD MUNI C** Estimated Yield 4.22% Dividend Option Cash Capital Gain Option Cash | ORNCX CASH | 4,729.654 | $7.24 | $34,242.69 | $1,445.24 |
| **OPPENHEIMER SENIOR FLOATING RATE PLUS C** Estimated Yield 4.07% Dividend Option Cash Capital Gain Option Cash | OSFCX CASH | 2,206.289 | $8.79 | $19,393.28 | $790.34 |

**Popular Securities**

MN _CEBGMDZPBBBQLQJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period December 1, 2018 to December 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

**POPULAR SECURITIES®**

## HOLDINGS > MUTUAL FUNDS *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| POPULAR INCOME PLUS FUND CL C<br>Estimated Yield 3.52%<br>Dividend Option Cash<br>Capital Gain Option Cash | QBYOQ<br>CASH | 10,402.722 | $3.50 | $36,409.53 | $1,282.76 |
| **Total Fixed Income** | | | | **$94,272.90** | **$3,705.93** |
| **Total Mutual Funds** | | | | **$94,272.90** | **$3,705.93** |
| **Total Securities** | | | | **$300,240.35** | **$13,452.78** |
| **TOTAL ACCOUNT VALUE** | | | | **$300,240.35** | **$13,452.78** |

## HOLDINGS > INSURANCE AND ANNUITIES (Not held by NFS)

Please note the information for assets not custodied by National Financial Services (NFS) (Assets Held Away) was provided to NFS by outside parties and is included for informational purposes only. These positions are not part of your brokerage account carried by NFS and therefore any SIPC account protection afforded your account through NFS does not cover these assets or prices reported. NFS is not responsible for the information provided below and does not guarantee the accuracy or timeliness of the positions or prices reported. Prices shown do not necessarily reflect the actual current market prices. Further information regarding these prices can be obtained by contacting your broker dealer.

Total Annuitized Amount is not included in Total Porfolio Value.

| Description | Issue Date | Valuation Date | Current Market Value | Total Premiums |
|---|---|---|---|---|
| **Deferred Annuities** | | | | |
| UNIVERSAL LIFE INSURANCE CO<br>UNIVERSAL VIA<br>VARIABLE ANNUITY<br>CONTRACT 1046975<br>**PLAN TYPE: NON-QUALIFIED** | 02/11/2015 | 12/29/2018 | $24,348.97 | $25,000.00 |
| **Owner(s)**<br>CARLOS COSTAS CUPRILL | | | | |
| **Annuitant(s)**<br>CARLOS COSTAS CUPRILL | | | | |
| **Sub Account(s)**<br>Moderate | | **Allocation**<br>$24,348.97 | | |
| **Total Insurance and Annuities** | | | **$24,348.97** | |

013432 FIER8P01 068794



POPULAR SECURITIES®

## HOLDINGS > *continued*

| | | |
|---|---|---|
| **TOTAL PORTFOLIO VALUE**<br>(INCLUDES INVESTMENTS AND INSURANCE AND ANNUITIES) | **$324,589.32** | **$13,452.78** |

# Activity

## ADDITIONS AND WITHDRAWALS > OTHER ADDITIONS AND WITHDRAWALS

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Other Additions and Withdrawals** | | | | | |
| 12/03/18 | CASH | TRANSFER TO ACCOUNT | AUTO MONEY MOVEMENT ID81436920 | | ($184.82) |
| 12/04/18 | CASH | TRANSFER TO ACCOUNT | AUTO MONEY MOVEMENT ID81446909 | | ($711.56) |
| 12/18/18 | CASH | TRANSFER TO ACCOUNT | AUTO MONEY MOVEMENT ID81535372 | | ($87.00) |
| 12/31/18 | CASH | TRANSFER TO ACCOUNT | AUTO MONEY MOVEMENT ID81593236 | | ($182.91) |
| **Total Other Additions and Withdrawals** | | | | | **($1,166.29)** |
| **TOTAL ADDITIONS AND WITHDRAWALS** | | | | | **($1,166.29)** |

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS

This section includes miscellaneous and certain corporate action transactions such as mergers, acquisitions, currency conversions, shares delivered or received in-kind, with a zero dollar amount at the time the transaction occurred. It also includes Return of Principal transactions.

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/27/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 05.50000% 08/01/2028<br>TENDER INSTRUCT #REOR<br>V0400030550110<br>TRAN VALUE: $34,781.25 | (75,000) | $0.00 |

Account carried with National Financial Services LLC, Member NYSE, SIPC



POPULAR SECURITIES®

**Statement for the Period December 1, 2018 to December 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS *continued*

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/27/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 05.50000% 08/01/2028 TENDER INSTRUCT #REOR V0400030550110 TRAN VALUE: ($34,781.25) | 75,000 | $0.00 |

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 11/30/18 | CASH | DIVIDEND RECEIVED | OPPENHEIMER GLOBAL STRATEGIC INC CL C | | $17.24 |
| 11/30/18 | CASH | DIVIDEND RECEIVED | OPPENHEIMER SENIOR FLOATING RATE PLUS C | | $74.43 |
| 12/03/18 | CASH | DIVIDEND RECEIVED | POPULAR CAP TR I GTD MONTHLY INCOME 6.7% 11/01/2033 PFD | | $257.39 |
| 12/31/18 | CASH | DIVIDEND RECEIVED | BLACKROCK MUNIYIELD FD INC COM | | $1.49 |
| **Total Taxable Dividends** | | | | | **$350.55** |
| **Total Taxable Income** | | | | | **$350.55** |

## ACTIVITY > INCOME > NON-TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Non-Taxable Dividends** | | | | | |
| 12/03/18 | CASH | DIVIDEND RECEIVED | BLACKROCK MUNIYIELD FD INC COM | | $103.70 |
| 12/03/18 | CASH | DIVIDEND RECEIVED | BLACKROCK MUNICIPAL 2030 TARGET TERM TRUST | | $81.12 |

**Statement for the Period December 1, 2018 to December 31, 2018**

CARLOS C CUPRILL - Individual
Account Number: PSP-345881

**POPULAR SECURITIES®**

## ACTIVITY > INCOME > NON-TAXABLE INCOME *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/14/18 | CASH | DIVIDEND RECEIVED | POPULAR INCOME PLUS FUND CL C | | $84.36 |
| 12/14/18 | CASH | DIVIDEND RECEIVED | POPULAR INCOME PLUS FUND CL C | | $15.29 |
| 12/31/18 | CASH | DIVIDEND RECEIVED | BLACKROCK MUNIYIELD FD INC COM | | $100.30 |
| 12/31/18 | CASH | DIVIDEND RECEIVED | BLACKROCK MUNICIPAL 2030 TARGET TERM TRUST | | $81.12 |
| **Total Non-Taxable Dividends** | | | | | **$465.89** |
| **Muni Tax Exempt Interest** | | | | | |
| 12/01/18 | CASH | MUNI EXEMPT INT | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 05.80000% 07/01/2023 REV COMWLTH GTD REF REV BDS SER. 2008 B | | $362.50 |
| **Total Muni Tax Exempt Interest** | | | | | **$362.50** |
| **Total Non-Taxable Income** | | | | | **$828.39** |
| **TOTAL INCOME** | | | | | **$1,178.94** |

## ACTIVITY > TAXES, FEES AND EXPENSES

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Foreign Tax Paid** | | | | | |
| 12/14/18 | CASH | FOREIGN TAX PAID | POPULAR INCOME PLUS FUND CL C WTHD | | ($12.65) |
| **Total Foreign Tax Paid** | | | | | **($12.65)** |
| **TOTAL TAXES, FEES AND EXPENSES** | | | | | **($12.65)** |