# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **PROMESA**<br>**Title III** |
| as representative of | **No. 17 BK 3283-LTS** |
| **THE COMMONWEALTH OF PUERTO RICO, et. al.** | **(Jointly Administered)** |
| DEBTOR | |

## RESPONSE TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS

## Claim Number 178

**TO THE HONORABLE COURT:**

Raul E. Casasnovas Balado and Lolita Gandarilla answer the Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus (Non-Substantive) Objection to Deficient Claims as follows:

### I PRELIMINARY STATEMENT

1.     On December 5, 2018, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as COFINA'S representative pursuant to Section 315(b) of the Puerto Rico Oversight Management and Economic Stability Act ("PROMESA") filed its Sixth Omnibus

Raul E. Casasnovas and Lolita Gandarilla Claim No. 3-2

Objection allegedly as to deficient proofs of claim ("Claims") listed on Exhibit A thereto.

2.    Among the Claims listed on Exhibit A is Claim No. 3-2 filed by Raúl E. Casasnovas Balado and Lolita Gandarilla (the "Claimants") for $7,591,378.94 in Case No. 17-03284 (LTS).

3.    As a basis for objecting to Claim No. 3-2 (Prime Clerk No. 178), the Oversight Board submits that it purports to assert liabilities associated with municipal bond(s) and or money loaned but fail to provide a basis for asserting a claim.

4.    Contrary to the assertions of the Oversight Board, Claim No. 3-2 in Part 2 paragraph 8 and 9 asserts as a basis therefor that it is premised on the ownerships of COFINA bonds CUSIP Nos. (Merrill Lynch) 74529JAC9, 74529JBF1, 74529JGP4, 74529JLD5; (Popular Securities) 74529JLG8, 74529JAC9, 74529JLK9, 74529JLE3.

5.    As Exhibit A hereto, Claimant is submitting their statements with Merrill Lynch and Popular Securities for the period of December 2018.


## II ARGUMENT

### COFINA'S Objection Fails to Submit the Necessary Rebuttal to the *Prima Facie* Validity or Legal Sufficiency of Claimants Claim


Under Section 502(a) of the Bankruptcy Code 11 U.S.C.A § 502(a), a proof of claim is deemed to be allowed unless objection. *In re Thompson,* 965 F.2d 1136, 1147 (1st Cir. 1992). Once the proof of claim is filed, the burden of proof shifts to the party who seeks to object its validity or sufficiency. In re *Virgina Broadband, LLC,* 521 B.R. 539, 561 (W.D. Va., 2014).

A proper objection must include sufficient evidence to refute the proof of claim's validity or legal sufficiency. See Fed.R.Bank. P. 300(d)(5); *In re La Fata,* 483 F. 3d 13, 23 (1st Cir. 2007); *In re Rowlands,* 2008 Bankr. Lexis

Raul E. Casasnovas and Lolita Gandarilla Claim No. 3-2

3958, at *11 (1st Cir. B.A.P., 2008). See also 4 *Collier on Bankruptcy* ¶502.02[3][f] (Lexis Nexis Electronic Database, last accessed on January 24th, 2019); Hon. Joan N. Feeney, Hon. Michael G. Williamson, and Michael J. Stepan, *Bankruptcy Law Manual,* 5th., Vol. 1, §§ 6;6 and 6;10, p. 1107 and 1126 (Thomson Reuters, 2017-1); George M. Treister *et al, Fundamentals of Bankruptcy Law, 6th* Ed., §6.02, p. 311 (ALI ABA, 2006).

An Objection does not overcome the proof of claim's *prima facie* validity unless its counterevidence has substantial probative merit. *In re Hemingway Transport, Inc.,* 993 F.2d 915,925 (1st Cir. 1993); *In re Rowlands, 2008 Bankr. Lexis at* *10-11; *In re Tracey,* 394 B.R. 635, 639 (1st Cir. B.A.P., 2008). It is only after the objector's burden has been met, that the onus shifts back to claimant to prove her/his claim. *In re Newfound Lake Marine, Inc.,* 2007 BNH 35, at *5 (Bankr. N.H., 2007); *In re Mulvania,* 214 B.R. 1, 5-6 (9th Cir. B.A.P., 1997).

As COFINA's objection fails to include the requisite counterevidence to overcome Claimant's proof of claim's *prima facie* validity and legal sufficiency, the Claim should be allowed as filed.

**WHEREFORE**, Claim No. 3-2 should be allowed as filed.

**CERTIFICATE OF SERVICE,** I HEREBY CERTIFY that on this same date a true and exact copy of this response was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to all attorneys registered in the system. I further certify that on this very same day, a true and exact copy of this response was served via First-Class Mail postage pre-paid to Hon. Laura Taylor Swain's Chambers, United States District Court for the Southern District of New York, Daniel P. Moyniham, Esq., United States Courthouse, 500 Pearl St., Suite 3312, New York, New York 1007-1312; Hon. Judge Judith Dein's Chambers Joseph Moakley United States Courthouse, One Courthouse Way, Room 6420, Boston MA 02210-3002; Counsel for the Oversight Board, Proskauer Rose, LLP, Eleven Times Square, New York, New York, 10036-8299, ATTn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barajk and Maka Zerjal; and Counsel for

Raul E. Casasnovas and Lolita Gandarilla Claim No. 3-2

the Unsecured Creditors' Committee, Paul Hastings, LLP, 200 Park Avenue, New York, New York 10166, Attn: Luc A. Despins, James Bliss, James Wotrhington, and G. Alexander Bongartz.


San Juan, Puerto Rico, this 30th day of January 2019.


**S/CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR  00901
Tel.: (787)977-0515
Fax: (787)977-0518
E-Mail: ccuprill@cuprill.com

## Exhibit A

Primary Account:5PR-12436

**Merrill Lynch**
Bank of America Corporation

RAUL E CASASNOVAS BALADO AND
LOLITA G DE CASASNOVAS TIC
COND CAPARRA CLASSIC 105
AVE. ORTEGON APT 1002
GUAYNABO PR 00966

**If you have questions on your statement,
call 24-Hour Assistance:**
(800) MERRILL
(800) 637-7455
Access Code: 47.577-12436

**Investment Advice and Guidance:
Call Your Financial Advisor**

**Your Financial Advisor:**
FERNANDEZ & LILLEY
#15 SECOND STREET, SUITE 210
GUAYNABO PR    00968
1-800-523-0663

Up-to-date account information can be viewed
at: ww.mymerrill.com where your statements
are archived for three or more years.

Questions about MyMerrill? Click the "help" tab
at the top of the screen once you log in.

# YOUR MERRILL LYNCH REPORT

December 01, 2018 - December 31, 2018

| PORTFOLIO SUMMARY | December 31 | November 30 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | **$2,051,859.95** | **$2,118,682.27** | **($66,822.32)** |
| Your assets | $2,051,859.97 | $2,118,682.27 | ($66,822.30) |
| Your liabilities | ($0.02) | | |
| Your Net Cash Flow (Inflows/Outflows) | ($59.39) | ($121.62) | |
| Securities You Transferred In/Out | | | |
| **Subtotal Net Contributions** | **($59.39)** | **($121.62)** | |
| Your Dividends/Interest Income | $59.35 | $59.44 | |
| Your Market Gains/(Losses) | ($66,822.28) | ($56,998.00) | |
| **Subtotal Investment Earnings** | **($66,762.93)** | **($56,938.56)** | |



**Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2013-2018**

12/13  12/14  12/15  12/16  12/17  1Q18  2Q18  3Q18  10/18  11/18  12/18

2.51  2.44  1.7  2  0.909  1.47  2.22  2.2  2.18  2.12  2.05

## LOOKING FOR YOUR TAX DOCUMENTS?

We will begin mailing the 1099 tax reporting statement to eligible clients during the last week of January. Most statements will be mailed or posted online before February 15.
Enroll in online delivery to access your tax documents before they arrive in the mail.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

6734

007



24-Hour Assistance: **(800) MERRILL**
Access Code: 47-577-12436

Primary Account: **5PR-12436**

December 01, 2018 - December 31, 2018

# YOUR PORTFOLIO REVIEW

## ASSET ALLOCATION*

*Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Current Value | Allocation |
|---|---|---|
| Fixed Income | 2,049,223.93 | 100.00% |
| **TOTAL** | **$2,049,223.93** | **100%** |

## BOND MATURITY SCHEDULE

Does not include Fixed Income Mutual Funds

| Maturity Years | % of Total Bond Assets | Par Value | Estimated Market Value |
|---|---|---|---|
| 10-15 | 2% | 45,000 | 45,812.70 |
| 15-20 | 68% | 1,815,000 | 1,374,862.50 |
| 20+ | 30% | 1,345,000 | 608,550.00 |
| **Total** | **100%** | **3,205,000** | **$2,029,225.20** |

## CURRENT INCOME

| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | | 2,250.00 |
| Taxable Interest | | 0.47 |
| Tax-Exempt Dividends | 59.35 | 765.11 |
| Taxable Dividends | | 32.00 |
| Total | $59.35 | $3,047.58 |

**Your Estimated Annual Income**      $197,352.00

## TOP FIVE PORTFOLIO HOLDINGS

Based on Estimated Market Value

| | Current Value | % of Portfolio |
|---|---|---|
| PR SALES TAX FING CORP | 1,348,350.00 | 65.74% |
| PR SALES TAX FING CORP | 597,300.00 | 29.12% |
| CHICAGO ILL GO BDS | 45,812.70 | 2.23% |
| PR SALES TAX FING CORP | 26,512.50 | 1.29% |
| POPULAR HIGH GRADE FIXED | 19,998.73 | 0.97% |

6734

2 of 12

007

Online at:**www.mymerrill.com**

RAUL E CASASNOVAS BALADO AND
LOLITA G DE CASASNOVAS TIC
COND CAPARRA CLASSIC 105
AVE. ORTEGON APT 1002
GUAYNABO PR 00966

Account Number:5PR-12436

**24-Hour Assistance: (800) MERRILL**
Access Code: 47-577-12436

**Net Portfolio Value:**        **$2,051,859.95**

**Your Financial Advisor:**
FERNANDEZ & LILLEY
#15 SECOND STREET, SUITE 210
GUAYNABO PR    00968
1-800-523-0663

## Merrill Lynch
Bank of America Corporation

# RAUL AND LOLITA'S

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (12/01) | $2,118,682.27 | |
| Total Credits | 184.35 | 3,297.58 |
| Total Debits | (184.39) | (3,241.99) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (66,822.28) | 1,142,344.86 |
| **Closing Value** (12/31) | $2,051,859.95 | |

December 01, 2018 - December 31, 2018

| ASSETS | December 31 | November 30 |
|---|---|---|
| Cash/Money Accounts | - | 0.02 |
| Fixed Income | 2,029,225.20 | 2,095,839.95 |
| Equities | 1,511.04 | 1,804.80 |
| Mutual Funds | 19,998.73 | 20,106.25 |
| Options | - | - |
| Other | - | - |
| **Subtotal** (Long Portfolio) | **2,050,734.97** | **2,117,751.02** |
| Estimated Accrued Interest | 1,125.00 | 931.25 |
| **TOTAL ASSETS** | **$2,051,859.97** | **$2,118,682.27** |
| **LIABILITIES** | | |
| Margin Loan | (0.02) | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **(0.02)** | - |
| **NET PORTFOLIO VALUE** | **$2,051,859.95** | **$2,118,682.27** |
| MARGIN AVAILABLE CREDIT | 63,644.00 | |

Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

6734

007

RAUL E CASASNOVAS BALADO AND

Account Number:5PR-12436

December 01, 2018 - December 31, 2018

# RAUL AND LOLITA'S

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$0.02** | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | 125.00 | 250.00 |
| **Subtotal** | **125.00** | **250.00** |
| **DEBITS** | | |
| Electronic Transfers | (59.22) | (3,112.00) |
| Margin Interest Charged | (0.17) | (0.19) |
| Other Debits | - | (4.80) |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| Advisory and other fees | (125.00) | (125.00) |
| **Subtotal** | **(184.39)** | **(3,241.99)** |
| **Net Cash Flow** | **($59.39)** | **($2,991.99)** |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | - 59.35 | 3,047.58 |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | **($0.02)** | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.



| | Allocation |
|---|---|
| ☐ Fixed Income | 100.00% |
| **TOTAL** | **100%** |

Having an asset allocation that reflects your profile and goals is key to achieving the right outcome. Consult with your advisor to determine an appropriate allocation across all your holdings.

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |

RAUL E CASASNOVAS BALADO AND

Account Number:5PR-12436

December 01, 2018 - December 31, 2018

**Merrill Lynch**
Bank of America Corporation

## ACCOUNT INVESTMENT OBJECTIVE

**INCOME:** Objective is to obtain a continuing stream of income from investments. In order to satisfy current yield requirements, the investor should be willing to accept the risk of principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## YOUR CMA ASSETS

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| **MUNICIPAL BONDS** | | | | | | | | | |
| CHICAGO ILL GO BDS SER A MAY12 05.000%JAN01 2033 MOODY'S: BA1 S&P: BBB+ CUSIP: 167486PE3 ORIGINAL UNIT/TOTAL COST: 104.3488/46,956.10 | 02/18/15 | 45,000 | 45,925.76 | 101.8060 | **45,812.70** | (113.06) | 1,125.00 | **2,250** | 4.91 |
| PR SALES TAX FING CORP SLS REV SALES B TAXABLE JUL0T 06.050%AUG01 2036 MOODY'S: CA S&P: *** CUSIP: 74529JAC9 PAR CALL DATE: 01/30/19 PAR CALL PRICE: 100.00 | 07/18/07 | 145,000 | 145,000.00 | 75.7500 | 109,837.50 | (35,162.50) | | 8,773 | 7.98 |
| PR SALES TAX FING CORP | 08/01/07 | 600,000 | 600,000.00 | 75.7500 | 454,500.00 | (145,500.00) | | 36,300 | 7.98 |
| PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 100.5807/271,568.14 | 10/24/07 | 270,000 | 271,316.80 | 75.7500 | 204,525.00 | (66,791.80) | | 16,335 | 7.98 |
| PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 101.7936/111,973.04 | 01/31/08 | 110,000 | 111,653.43 | 75.7500 | 83,325.00 | (28,328.43) | | 6,655 | 7.98 |
| PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 101.8031/81,442.50 | 02/04/08 | 80,000 | 81,208.81 | 75.7500 | 60,600.00 | (20,608.81) | | 4,840 | 7.98 |
| PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 101.6087/152,413.10 | 05/14/08 | 150,000 | 152,022.83 | 75.7500 | 113,625.00 | (38,397.83) | | 9,075 | 7.98 |
| PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 100.4257/65,276.74 | 06/19/08 | 65,000 | 65,232.44 | 75.7500 | 49,237.50 | (15,994.94) | | 3,933 | 7.98 |
| PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 100.6318/140,884.63 | 07/23/08 | 140,000 | 140,742.78 | 75.7500 | 106,050.00 | (34,692.78) | | 8,470 | 7.98 |

007

6734



RAUL E CASANOVAS BALADO AND

## YOUR CMA ASSETS

Account Number:5PR-12436

**24-Hour Assistance: (800) MERRILL**
Access Code: 47-577-12436

December 01, 2018 - December 31, 2018

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| **MUNICIPAL BONDS** (continued) | | | | | | | | | |
| △ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 100.6672/10,066.72 | 07/23/08 | 10,000 | 10,056.03 | 75.7500 | 7,575.00 | (2,481.03) | | 605 | 7.98 |
| △ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 100.9902/75,742.71 | 08/21/08 | 75,000 | 75,623.33 | 75.7500 | 56,812.50 | (18,810.83) | | 4,538 | 7.98 |
| △ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 107.6296/123,774.10 | 09/17/12 | 115,000 | 122,435.59 | 75.7500 | 87,112.50 | (35,323.09) | | 6,958 | 7.98 |
| △ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 105.7267/21,505.35 | 05/01/13 | 20,000 | 21,292.52 | 75.7500 | 15,150.00 | (6,142.52) | | 1,210 | 7.98 |
| Subtotal | | 1,780,000 | 1,796,584.56 | | **1,348,350.00** | (448,234.56) | | **107,692** | 7.98 |
| △ PR SALES TAX FING CORP<br>SLS REV B OID TAXABLE JUL07 06.060%AUG01 2038<br>MOODYS: CA S&P:-***-CUSIP: 74529JBF1<br>PAR CALL DATE: 01/30/19 PAR CALL PRICE 100.00<br>ORIGINAL UNIT/TOTAL COST: 102.7652/35,967.85 | 01/13/11 | 35,000 | 35,824.49 | 75.7500 | **26,512.50** | (9,311.99) | | **2,118** | 7.98 |
| PR SALES TAX FING CORP<br>SLS REV SALES B TAXABLE JUN09 06.350%AUG01 2039<br>MOODYS:CA S&P:-***-CUSIP: 74529JGP4<br>PAR CALL DATE:01/30/19 PAR CALL PRICE: 100.00 | 06/19/09 | 495,000 | 495,000.00 | 45.2500 | 223,987.50 | (271,012.50) | | 31,433 | 14.03 |
| △ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 100.7652/35,267.85 | 09/15/09 | 35,000 | 35,229.46 | 45.2500 | 15,837.50 | (19,391.96) | | 2,223 | 14.03 |
| △ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 107.8765/366,780.35 | 08/22/12 | 340,000 | 363,601.01 | 45.2500 | 153,850.00 | (209,751.01) | | 21,590 | 14.03 |
| △ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 80.0059/72,005.35 | 11/05/13 | 90,000 | 72,005.35 | 45.2500 | 40,725.00 | (31,280.35) | | 5,715 | 14.03 |
| θ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 72.5019/199,380.35 | 02/12/14 | 275,000 | 199,380.35 | 45.2500 | 124,437.50 | (74,942.85) | | 17,463 | 14.03 |
| θ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 77.0152/26,955.35 | 02/26/14 | 35,000 | 26,955.35 | 45.2500 | 15,837.50 | (11,117.85) | | 2,223 | 14.03 |

RAUL E CASASNOVAS BALADO AND

Account Number:5PR-12436

December 01, 2018 - December 31, 2018

**Merrill Lynch**
Bank of America Corporation

# YOUR CMA ASSETS

## MUNICIPAL BONDS (continued)

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Current Annual Income | Yield% |
|---|---|---|---|---|---|---|---|---|---|
| θ PR SALES TAX FING CORP<br>ORIGINAL UNIT/TOTAL COST: 80.8857/40,442.85 | 03/17/14 | 50,000 | 40,442.85 | 45.2500 | 22,625.00 | (17,817.85) | | 3,175 | 14.03 |
| Subtotal | | 1,320,000 | 1,232,614.37 | | 597,300.00 | (635,314.37) | | 83,822 | 14.03 |
| Δ PR SALES TAX FING CORP<br>SLS REV SALES D TAXABLE JUN10 05.750%AUG01 2042<br>MOODYS: CA S&P: *** CUSIP: 74529JLD5<br>PAR CALL DATE: 01/30/19 PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST: 103.0214/25,755.35 | 10/10/12 | 25,000 | 25,681.25 | 45.0000 | 11,250.00 | (14,431.25) | | 1,438 | 12.77 |
| **TOTAL** | | 3,205,000 | 3,136,630.43 | | **2,029,225.20** | (1,107,405.23) | | **197,320** | 9.72 |

## EQUITIES

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| POPULAR INC COM NEW | BPOP | N/A | 32 | N/A | N/A | 47.2200 | 1,511.04 | N/A | 32 | 2.11 |
| **TOTAL** | | | | | | | **1,511.04** | | **32** | 2.12 |

## MUTUAL FUNDS/CLOSED END FUNDS/UIT

| Description | Symbol | Acquired | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| POPULAR HIGH GRADE FIXED<br>INCOME FUND CL A (USD)<br>SYMBOL: PGFAT Initial Purchase: 11/18/14<br>Fixed Income 100%<br>.0010 Fractional Share | | 3,584 | 24,949.99 | 5.5800 | 19,998.72 | (4,951.27) | 24,949 | (4,951) | 32 | 2.11 | |
| | | 0.01 | 5.5800 | | .01 | | | | | | |
| Subtotal (Fixed Income) | | 24,950.00 | | | 19,998.73 | (4,951.27) | | | | | |
| **TOTAL** | | 24,950.00 | | | **19,998.73** | **(4,951.27)** | | **(4,951)** | **32** | 2.12 | |

PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.

RAUL E CASASNOVAS BALADO AND

**Account Number:5PR-12436**

**24-Hour Assistance:** (800) MERRILL
Access Code: 47-577-12436

December 01, 2018 - December 31, 2018

## YOUR CMA ASSETS

### LONG PORTFOLIO

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield/% |
|---|---|---|---|---|---|---|
| **TOTAL** | 3,161,580.43 | 2,050,734.97 | (1,112,356.50) | 1,125.00 | 197,352 | 9.62 |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.

**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.

**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

### Notes

Δ Debt Instruments purchased at a premium show amortization

θ Debt Instruments purchased at a discount show accretion

*** Rating currently unavailable or not rated/unrated as provided by Rating Agency or recognized industry wide third party vendor source.

Total values exclude N/A items

For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

## YOUR CMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income Year To Date |
|---|---|---|---|---|
| Tax-Exempt Interest | | | | Income |
| **Subtotal (Tax-Exempt Interest)** | | | | |
| Taxable Interest | | | | 2,250.00 |
| **Subtotal (Taxable Interest)** | | | | .47 |

**Merrill Lynch**
Bank of America Corporation

RAUL E CASASNOVAS BALADO AND

Account Number:5PR-12436

December 01, 2018 - December 31, 2018

## YOUR CMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|-----------------|----------|--------|---------------------|
| **Tax-Exempt Dividends** | | | | | |
| 12/18 | POPULAR HIGH GRADE FIXED INCOME FUND CL A (USD) PAY DATE 12/17/2018 | Dividend | | 59.35 | |
| | **Subtotal (Tax-Exempt Dividends)** | | | 59.35 | 765.11 |
| **Taxable Dividends** | | | | | |
| | **Subtotal (Taxable Dividends)** | | | | 32.00 |
| | **NET TOTAL** | | | 59.35 | 3,047.58 |

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|------|-------------|-----------------|----------|-------|--------|
| **Electronic Transfers** | | | | | |
| 12/20 | BANCO POPULAR LCDO RAUL E CASASNOVAS B ALADO Y O LOLITA G DE C ASASNOVAS COND CAPARRA C LASSIC | Withdrawal | | 59.22 | |
| | **Subtotal (Electronic Transfers)** | | | 59.22 | |
| **Other Debits/Credits** | | | | | |
| 12/19 | FEE REVERSAL/WAIVED FEE | Transfer / Adjustment | | | 125.00 |
| | **Subtotal (Other Debits/Credits)** | | | | 125.00 |
| **Margin Interest Charged** | | | | | |
| 12/31 | INT ON AVG BAL OF $    0,046.09 AT   4.18% FOR 11/30/18 - 12/30/18 | Margin Interest Charged | | .17 | |
| | **Subtotal (Margin Interest Charged)** | | | .17 | |
| | **NET TOTAL** | | | 65.61 | |

007



RAUL E CASASNOVAS BALADO AND

**Account Number:5PR-12436**

**24-Hour Assistance: (800) MERRILL**
Access Code: 47-577-12436

December 01, 2018 - December 31, 2018

## YOUR CMA TRANSACTIONS

### ADVISORY AND OTHER FEES

| Date | Fee Type | Quantity | Description | Debit | Credit |
|------|----------|----------|-------------|-------|--------|
| 12/07 | Annual Service Fee | | CMA ANNUAL FEE | 125.00 | |
| **NET TOTAL** | | | | **125.00** | |

007

## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Center at (800) MERRILL within ten (10) business days after receipt of your statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner and/or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you, and potentially result in us trading with you.

Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research, if available, for your information. Our research ratings from selected vendors are partial call for those securities. Third party research is not a solicitation or recommendation and its affiliates are not responsible for any third party research and reports. MLPF&S and its affiliates are not responsible for any third party research. You are responsible for any trading decision you make based upon third party research ratings and reports.

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center ™, which offers team-based advice and guidance and brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of Bank of America Corporation. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

## Additional Information

We will route your equity and option orders to market centers. Consistent custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions, including additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in lieu of any normal free credit balances, to which you are entitled and subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

We will use the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website.

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered through MLPF&S and its affiliates, including MLPF&S: ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Options Customers

For all customers, including those who own options, please promptly obtain/us of any material change in your financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account. Maintained for you pursuant to ... Regulation T is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not held at MLPF&S, as such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit® and Preferred Deposit for Business® balances.

Merrill Lynch
Bank of America Corporation

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions. Transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which in most cases may reflect more favorable pricing than those values displayed for amounts smaller than these values if you purchase or sell, or receive less if you sell, smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information is obtained from various sources and in certain cases only from affiliates.

Values on your statement generally are provided for certain thinly traded securities may be estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g., commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account, i.e., as custodian or trustee, hold an annuity contract that is a security. SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated.

Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| Π | Interest reported to the IRS |
| * ■ | Gross Proceeds reported to the IRS |
| ‡ | Dividends reported to the IRS |
| OCC | Transactions reported to the IRS Options Clearing Corporation |
| # | Transaction not reported to the IRS payment. Prior day's dividend retained to offset cost of advancing payment on your payment. If you requested same day |
| N/A | Priced value and/or cost data not available |
| N/C | Not-Calculated |
| N/O | Non-negotiable securities |
| N/O CUST | Non-negotiable securities |
| ↑ ↓ | Securities registered in your name Non-negotiable securities registered in the name of the custodian |

Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security.

RAUL E CASANOVAS BALADO
LOLITA G DE CASANOVAS
COND CARPARA CLASSIC 105
AVE. ORTEGON APT 1002
GUAYNABO PR 00966

XO 000000 238 284 008171 #@02 SP 0.510

# POPULAR SECURITIES®

**EXHIBIT B**

ENV# CEBGMDZPBBQLRJ_BBBBB
POPULAR SECURITIES
209 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918

013696 FIER8P01 000000 AT 02

RAUL E CASASNOVAS
LOLITA GANDARILLA
COND CAPARRA CLASSIC
105 AVE ORTEGON APT 1002
GUAYNABO PR 00966

## YOUR REGISTERED REPRESENTATIVE
JORGE ROIG
Ref: P26
roig@bppr.com

### For questions about your accounts:
Local: 787 296 0636
In-State: 787 758 7400
National: 800 981 7400

## FOR YOUR INFORMATION
Mantecemos un Plan de Contingencia y en caso de emergencia se puede comunicar con nosotros al 787-648-3334 y 787-648-3335. Contamos con un grupo de apoyo telefónico en el 787-724-3657 opción 3 disponibles de lunes a viernes de 8 a.m. a 5:30 p.m.

---

## STATEMENT FOR THE PERIOD DECEMBER 1, 2018 TO DECEMBER 31, 2018

RAUL E CASASNOVAS & LOLITA GANDARILLA - Tenants In Common

Account Number: PSP-347345

## TOTAL VALUE OF YOUR PORTFOLIO          $2,208,338.42

## CHANGE IN VALUE OF YOUR PORTFOLIO
$ millions



*Change in Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Popular Securities
MN _CEBGMDZPBBQLRJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC.

# Account Overview

**POPULAR SECURITIES®**

Statement for the Period December 1, 2018 to December 31, 2018
RAUL E CASASNOVAS & LOLITA GANDARILLA - Tenants In Common
Account Number: PSP-347/345

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $2,273,701.08 | $872,218.74 |
| Additions and Withdrawals | ($144.13) | ($113,350.98) |
| Income | $0.02 | $7,700.54 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($65,218.55) | $1,841,770.12 |
| ENDING VALUE (AS OF 12/31/18) | $2,208,338.42 | $2,208,338.42 |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

## MARGIN PROFILE

| | as of December 31, 2018 |
|---|---|
| Margin Positions Market Value | $2,095,210.61 |
| Margin Balance (Net currency credit/debit) | $0.00 |
| **Margin Equity** | **$2,095,210.61** |
| Margin Equity Percent | 100.0% |
| Equity Buying Power | $0.06 |
| Margin Interest Charged this Period | $0.00 |

*Balances and Margin availability are reflected as of the closing date of this statement. Please consult with your broker/dealer prior to trading as these amounts may have changed. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

*Margin balance information reported in this section is based on trade date. Position and balance information reported elsewhere in this statement is based on settlement date.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| **TAXABLE** | | |
| Taxable Dividends | $0.02 | $1,765.22 |
| **TOTAL TAXABLE** | $0.02 | $1,765.22 |

## ACCOUNT ALLOCATION

Equities 0.7%



Fixed Income 99.3%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $144.13 | $0.02 |
| Equities | 0.7 | $16,721.34 | $15,559.04 |
| Fixed Income | 99.3 | $2,256,835.61 | $2,192,779.36 |
| **TOTAL** | **100.0 %** | **$2,273,701.08** | **$2,208,338.42** |

*Cash and Cash Equivalents will include margin debit and credit balances.*

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Popular Securities
MN _CEBGMD2FBBBQ1RJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC



# Account Overview *continued*

| | Current Period | Year-to-Date |
|---|---|---|
| NON-TAXABLE | | |
| Muni Tax Exempt Interest | $0.00 | $5,935.32 |
| TOTAL NON-TAXABLE | $0.00 | $5,935.32 |
| TOTAL INCOME | $0.02 | $7,700.54 |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available Form 1099-Div, which is mailed in February of the subsequent year.*

## MESSAGES AND ALERTS

Brokerage services are offered through Popular Securities LLC, registered broker/dealer, member FINRA and SIPC. Popular Securities LLC, is a subsidiary of Popular Inc, and is affiliated with Banco Popular de Puerto Rico. Popular Inc, and Banco Popular de Puerto Rico are not registered broker/dealers. INVESTMENT PRODUCTS ARE NOT FDIC INSURED, NOT BANK GUARANTEED - MAY LOSE VALUE.

A copy of the Popular Securities commission and fee schedule is available at our website and and at https://popularone.com/services/investments/ The brochure provides information about commission and fees related to your account. If you have questions about the contents of this brochure please contact us at 787-758-7400.

For Investment Advisory Accounts: A copy of the Popular Securities Investment Adviser Brochure or ADVII Form is available at our website at www.popular.com/en/about-securities. This brochure provides information about the qualifications and business practices of the investment adviser, Popular Securities LLC. If you have any questions about the contents of this brochure, please contact us at 787-758-7400

Brokerage services and advisory services are offered through Popular Securities LLC, registered broker/dealer, member FINRA and SIPC. Popular Securities LLC is subsidiary of Popular Inc, and is affiliated with Banco Popular de Puerto Rico. Popular Inc, and Banco Popular de Puerto Rico are not registered broker/dealers. INVESTMENT PRODUCTS ARE NOT FDIC INSURED, NOT BANK GUARANTEED - MAY LOOSE VALUE

## POPULAR SECURITIES®

Popular Securities

MN _CEBGMDZPBBBQLRJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 3 of 12

013696 FIER8P01 069992

**Statement for the Period December 1, 2018 to December 31, 2018**

RAUL E CASASNOVAS & LOLITA GANDARILLA - Tenants In Common
Account Number: PSP-347345

# Holdings

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 0.00% of Total Account Value

### Money Markets

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| FIDELITY GOVT MMKT CAPITAL RESERVES CL | FZAXX CASH | 0.02 | $1.00 | $0.02 | |
| 7 DAY YIELD 1.46% | | | | | |

**Total Cash and Cash Equivalents**                                                                $0.02

## HOLDINGS - FIXED INCOME - 99.30% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of ratings or for the security of ratings. S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

### Municipal Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO INDL TOURIST EDL MED & 06.90000% 06/01/2026 ENVIRONMENTAL CTL FACS FING AUTH INDL REV G.O. BDS DORAL REVENUE CPN PMT MONTHLY PARTIAL CALL ON 03/15/2016 @ 61.4 CONTINUOUSLY CALLABLE FROM 12/01/2009 CALLABLE ON 01/29/2019 @ 100.0000 SUBJECT TO EXTRAORDINARY CALL SUBJECT TO SINKING FUND IN MONETARY DEFAULT | 74527BLD4 MARGIN | 40.000 | $0.50 | $48.11 | |

---

**Popular Securities**

MN _CEBGCM DZPBBBQLRLJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC



Statement for the Period December 1, 2018 to December 31, 2018

RAUL E CASASNOVAS & LOLITA GANDARILLA - Tenants In Common
Account Number: PSP-347345

**POPULAR SECURITIES ®**

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO INDL TOURIST EDL MED & Factor 0.2045712 Current face $9,622 | 74527BLD4 | *continued* | | | |
| PUERTO RICO SALES TAX FING CORP SALES 6.00000% 08/01/2025 ELECTION - INV FROM CUSIP 745233JLG8 CPN PMT SEMI-ANNUAL ON FEB 01, AUG 01 | 74599BKD8 CASH | 25,000 | $46.375 | $11,593.75 | |
| PUERTO RICO SALES TAX FING CORP SALES 6.00000% 08/01/2036 REV BDS SER. 2007-B INVESTOR FROM CUSIP 745233JAC9 CPN PMT MONTHLY | 74599AYS2 MARGIN | 505,000 | $75.75 | $382,537.50 | |
| PUERTO RICO SALES TAX FING CORP SALES 6.35000% 08/01/2039 FIRST SUB REV BDS COFINA SER. 2009B INVESTORS FROM CUSIP CPN PMT MONTHLY | 74599BFA0 CASH | 190,000 | $45.25 | $85,975.00 | |
| PUERTO RICO SALES TAX FING CORP SALES 6.35000% 08/01/2039 FIRST SUB REV BDS COFINA SER. 2009B INVESTORS FROM CUSIP CPN PMT MONTHLY | 74599BFA0 MARGIN | 3,640,000 | $45.25 | $1,647,100.00 | |
| PUERTO RICO SALES TAX FING CORP SALES 6.00000% 08/01/2039 ELECTION - INV FROM CUSIP 745233JLK9 CPN PMT SEMI-ANNUAL ON FEB 01, AUG 01 | 74599BKK2 MARGIN | 20,000 | $46.375 | $9,275.00 | |
| PUERTO RICO SALES TAX FING CORP SALES 05.75000% 08/01/2042 ELECTION - INV FROM CUSIP 745233JLE3 CPN PMT QUARTERLY ON NOV 01, FEB 01, MAY 01, AUG 01 | 74599BJZ1 MARGIN | 125,000 | $45.00 | $56,250.00 | |
| **Total Municipal Bonds** | | | | **$2,192,779.36** | |
| **Total Fixed Income** | | 4,545,000 | | **$2,192,779.36** | |

**Popular Securities**

MN _CEBGM0ZPBBBQLRJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 5 of 12

013696 FIER8P01 069993

Statement for the Period December 1, 2018 to December 31, 2018

RAUL E CASASNOVAS & LOLITA GANDARILLA - Tenants In Common
Account Number: PSP-347/345

🕸 **POPULAR SECURITIES**®

## HOLDINGS > MUTUAL FUNDS - 0.70% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Equity** | | | | | |
| OPPENHEIMERSTEELPATH MLP ALPHA C | MLPGX | 2,641.602 | $5.89 | $15,559.04 | $1,728.56 |
| Estimated Yield  11.11% | CASH | | | | |
| Dividend Option Cash | | | | | |
| Capital Gain Option Cash | | | | | |
| **Total Mutual Funds** | | | | **$15,559.04** | **$1,728.56** |
| **Total Securities** | | | | **$2,208,338.40** | **$1,728.56** |

| **TOTAL PORTFOLIO VALUE** | | | | **$2,208,338.42** | **$1,728.56** |

## Activity

### CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/04/18 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | (144.13) | $144.13 |
| 12/31/18 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 0.02 | ($0.02) |

| **TOTAL CORE FUND ACTIVITY** | | | | | **$144.11** |





**POPULAR SECURITIES®**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

## ACTIVITY > ADDITIONS AND WITHDRAWALS > OTHER ADDITIONS AND WITHDRAWALS

### Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/04/18 | CASH | INTRA-BANK DEBIT | INTRA-BANK DEBIT I081454872 | | ($144.13) |

**Total Other Additions and Withdrawals** ($144.13)

**TOTAL ADDITIONS AND WITHDRAWALS** ($144.13)

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS

This section includes miscellaneous and certain corporate action transactions such as mergers, acquisitions, currency conversions, shares delivered or received in-kind, with a zero dollar amount at the time the transaction occurred. It also includes Return of Principal transactions.

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.05000% 08/01/2036 TENDER INSTRUCT #REOR VO400031820110 TRAN VALUE $382,537.50 | (505,000) | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.35000% 08/01/2039 TENDER INSTRUCT #REOR VO400030610110 TRAN VALUE $1,647,100.00 | (3,640,000) | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.35000% 08/01/2039 TENDER INSTRUCT #REOR VO400030610110 TRAN VALUE $85,975.00 | (190,000) | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 05.75000% 08/01/2042 TENDER INSTRUCT #REOR VO400030590110 TRAN VALUE $56,250.00 | (125,000) | $0.00 |

**Popular Securities**

MN _CEBGMDZPBBBQLRJ_BBBBB 2018L231

013696 FIER8P01 069994

Statement for the Period December 1, 2018 to December 31, 2018
RAUL E CASASNOVAS & LOLITA GANDARILLA - Tenants In Common
Account Number: PSP-347345

# POPULAR SECURITIES®

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS *continued*

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 05.00000% 08/01/2035<br>TENDER INSTRUCT #REOR<br>V0400303340110<br>TRAN VALUE $11,593.75 | (25,000) | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 06.00000% 08/01/2039<br>TENDER INSTRUCT #REOR<br>V0400303020110<br>TRAN VALUE $9,275.00 | (20,000) | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 06.05000% 08/01/2036<br>TENDER INSTRUCT #REOR<br>V0400031820110<br>TRAN VALUE ($382,537.50) | 505,000 | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 06.35000% 08/01/2039<br>TENDER INSTRUCT #REOR<br>V0400030610110<br>TRAN VALUE ($1,647,100.00) | 3,540,000 | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 06.39000% 08/01/2039<br>TENDER INSTRUCT #REOR<br>V0400030610110<br>TRAN VALUE ($85,975.00) | 190,000 | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 05.75000% 08/01/2042<br>TENDER INSTRUCT #REOR<br>V0400030580110<br>TRAN VALUE ($56,250.00) | 125,000 | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP<br>SALES 05.00000% 08/01/2035<br>TENDER INSTRUCT #REOR<br>V0400030340110<br>TRAN VALUE ($11,593.75) | 25,000 | $0.00 |

**Popular Securities**

MN _CEBGMDZPBBRQLRJ_BBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 8 of 12

# POPULAR SECURITIES®

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS *continued*

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.00000% 08/07/2039 TENDER INSTRUCT #REOR VO400030320110 TRAN VALUE ($9,275.00) | 20,000 | $0.00 |

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 12/31/18 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $0.02 |
| **Total Taxable Dividends** | | | | | $0.02 |
| **Total Taxable Income** | | | | | $0.02 |
| **TOTAL INCOME** | | | | | $0.02 |

## Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

MARGIN - You have been approved for margin privileges and may borrow money from NFS in exchange for pledging the assets in your account(s) as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, identified as Margin Positions Market Value on this statement. This statement shows the combined balance of your margin account and a special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

MARGIN POSITIONS MARKET VALUE is the market value for all positions held in the margin account using the previous business day's closing price.

**Popular Securities**

MN _CEBGMDZPBBBQLRLBBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC

013696 FIER8P01 069995

**Popular Securities**

MN _CEBGMDZPBBOQRJ_BBBBB 20181231

# Miscellaneous Footnotes *continued*

**MARGIN BALANCE** is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your margin account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

**SHORT POSITIONS MARKET VALUE** is the market value for all positions held in the short account using the previous business day's closing price.

**SHORT BALANCE** is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your short account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

**MARGIN EQUITY** is the value of all margin positions in the account less any margin debit balance plus any margin credit balance.

**MARGIN EQUITY PERCENTAGE** is the equity percentage of the margin market value of the account (The margin equity divided by the margin market value).

**EQUITY BUYING POWER** is the maximum dollar amount available, including cash and margin, to purchase marginable equity securities without adding money to the account. Buying power calculations include open order commitments, intraday trade executions, and money movement into and out of the account.

**MARGIN INTEREST CHARGED THIS PERIOD** is the U.S. dollar equivalent value of the interest charged on margin debit balances since the last statement period.

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners of their brokers and/or advisors can instruct National Financial Services to determine the cost basis of shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

**GLOSSARY Short Account Balances** -If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for **fixed income securities,** may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

---

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by **calling the telephone number of your broker-dealer reflected on the front of this statement.** Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your **broker-dealer at the telephone number and address reflected on the front of this statement** and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. **In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION Free credit balances ("FCB")** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in 'over-the-counter 'securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. **A financial statement** of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, if you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase fund shares may be assigned a load, transaction fee or no transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase. **Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose margin accounts maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. **NYSE and FINRA.** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. **FINRA Rule 4311** requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request. **Your broker-dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs. **NFS shall, at the direction of your broker-dealer:** (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. **Securities in accounts carried by NFS** are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit **www.sipc.org** or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

**End of Statement** 722239.7.0

This page is left intentionally blank