# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**Morning Session:**
Set: 10:00 AM (AST)
Started: 10:13 AM (AST)
Ended: 12:03 PM (AST)

**MINUTES OF PROCEEDINGS BEFORE**      DATE: January 30, 2019
**U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte & Lisa Ng
COURT REPORTERS: Lisa Fellis and Alena Lynch

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**Omnibus Hearing held.**[1]

I. Status Report

    1. Report from the Oversight Board

II. Fee Applications

    1. Report from the Fee Examiner regarding Second and Third Interim Applications for Compensation.

       a. Granted.

       b. Proposed revised order to be submitted by the Fee Examiner.

III. Matters on Presentment

    1. Stipulation and Agreed Order on COFINA Proofs of Claim [Case No. 17-3283, ECF No. 4875]

       a. Stipulation approved.

---

[1] Agenda filed in 3:17-BK-3283 (LTS) as ECF No. 4962.

Omnibus Hearing
January 30, 2019

      b. Order to be issued.

IV. Uncontested Matters

    1. COFINA's First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 4405]

      a. Granted.

      b. Order to be issued.

    2. COFINA's Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 4406]

      a. Granted.

      b. Order to be issued.

    3. COFINA's Third Omnibus Objection to Claims [Case No. 17-3283, ECF No. 4407]

      a. Granted.

      b. Order to be issued.

    4. COFINA's Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 4409]

      a. Granted.

      b. Order to be issued.

V. Contested Matters

    1. Oversight Board's and Committee's Urgent Motion to Establish Procedures re Omnibus Objection to Claims of GO Bondholders [Case No. 17-3283, ECF No. 4788]

      a. On or before February 4, 2019, the Official Committee of Unsecured Creditors shall submit a motion explaining Prime Clerk's notification process.

      b. Proposed procedural order to be revised in accordance with forthcoming order of the Court.

VI. Adjourned Matters

    1. Bank of New York Mellon's Motion to Reinstate its Motion for Partial Summary Judgment [Case No. 17-133, ECF No. 519]

    2. AMPR's Motion for Relief from Stay [Case No. 17-3283, ECF No. 3914]

    3. Asociación Puertorriqueña de la Judicatura, Inc.'s Motion for Relief from Stay [Case No. 17-3283, ECF No. 4398]

                                                          s/Carmen Tacoronte

                                                          Carmen Tacoronte
                                                          Courtroom Deputy Clerk