# United States Court of Appeals
## For the First Circuit

No. 17-2168

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),

Debtors.

JAVIER E. MANDRY-MERCADO,

Movant, Appellant,

v.

COMMONWEALTH OF PUERTO RICO; PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); FINANCIAL OVERSIGHT AND MANAGEMENT BOARD,

Debtors, Appellees.

Before

Torruella, Lynch and Kayatta,
Circuit Judges.

**JUDGMENT**

Entered: January 30, 2019

Essentially for the reasons summarized by the district court in its February 5, 2018 Order denying the plaintiff's request to proceed in forma pauperis, the orders on appeal are summarily affirmed for lack of a substantial question.  See 1st Cir. R. 27.0(c).  The motion to proceed in forma

pauperis and the requests for an extension as to plaintiff's Fed. R. App. P. 24(a)(5) motion are denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Javier E. Mandry-Mercado
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Daniel Jose Perez-Refojos
Michael Luskin
Stephan E. Hornung
Chad Golder
Michael A. Firestein
Lary Alan Rappaport
Ralph C. Ferrara
Ann M. Ashton
Andres W. Lopez
Joseph P. Davis III
Katiuska Bolanos-Lugo
Monsita Lecaroz-Arribas