# Exhibit 1

ORIENTAL FINANCIAL SERVICES CORP
PROFESSIONAL OFFICE PARK V
997 SAN ROBERTO STREET
ORIENTAL TOWER 9TH FLOOR
SAN JUAN PR 00926
TEL:(787)474-1993

• 0022128 02 AB 0.405 02 TR 00133 X212PD03 000000

March 1, 2018 - March 31, 2018
Account Number: NEL-001992

**Copy to:** PABLO DEL VALLE
PO BOX 2319
TOA BAJA PR 00951-2319

**Statement for the account of:**
JD DEL VALLE MARTINEZ II
UAD 09/13/13
ORIENTAL BANK TTEE

## Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | **$1,083,417.42** | **$994,854.00** |
| Withdrawals (Cash & Securities) | -2,275.00 | -16,683.60 |
| Dividends, Interest and Other Income | 4,250.04 | 8,713.29 |
| **Net Change in Portfolio[1]** | **76,417.70** | **174,926.47** |
| **ENDING ACCOUNT VALUE** | **$1,161,810.16** | **$1,161,810.16** |
| Estimated Annual Income | $30,309.85 | |

[1] *Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.*

## Table of Contents

| Section | Page | Section | Page |
|---|---|---|---|
| Asset Summary | 1 | Portfolio Holdings Disclosures | 5 |
| Summary of Gains and Losses | 2 | Activity Summary | 7 |
| Client Service Information | 2 | Transactions by Type of Activity | 7 |
| Your Account Information | 2 | Messages | 8 |
| Money Market Fund Detail | 2 | Important Information and Disclosures | 9 |
| Portfolio Holdings | 3 | | |

## Asset Summary

| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 15% | Cash, Money Funds, and Bank Deposits | 170,354.46 | 172,329.50 |
| 41% | Fixed Income | 395,699.50 | 472,117.20 |
| 44% | Mutual Funds | 517,363.46 | 517,363.46 |
| **100%** | **Account Total (Pie Chart)** | **$1,083,417.42** | **$1,161,810.16** |

Please review your allocation periodically with your Investment Advisor.

A00369S8CSF7DDP

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



## Summary of Gains and Losses

| | Realized This Period | Realized Year-to-Date | Unrealized |
|---|---|---|---|
| Long-Term Gain/Loss | 0.00 | 0.00 | -872,737.30 |
| **Net Gain/Loss** | **0.00** | **0.00** | **-872,737.30** |

This summary excludes transactions where cost basis information is not available.

## Client Service Information

| Your Investment Advisor: I33 | Contact Information | Client Service Information |
|---|---|---|
| Hector L. Colon | **Telephone Number:** (787) 474-1993 | **Client Service Telephone Number:** (800) 981-5554<br>**Web Site:** WWW.ORIENTALONLINE.COM |

## Your Account Information

**TAX LOT DEFAULT DISPOSITION METHOD**

| | |
|---|---|
| Default Method for Mutual Funds: | First In First Out |
| Default Method for Stocks in a Dividend Reinvestment Plan: | First In First Out |
| Default Method for all Other Securities: | First In First Out |

**BOND AMORTIZATION ELECTIONS**

| | |
|---|---|
| Amortize premium on taxable bonds based on Constant Yield Method: | Yes |
| Accrual market discount method for all other bond types: | Constant Yield Method |
| Include market discount in income annually: | Yes |

**ELECTRONIC DELIVERY**

You have not selected any account communications for electronic delivery. To register and turn off paper communications, log in to your account or contact your Investment Advisor for more information.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep Money Market Fund** | | | | |
| **GENERAL TRES SEC MMKT CLASS B** | | | | |
| Current Yield: 0.57% Activity Ending: 03/29/18 | | | | |
| 03/01/18 | Opening Balance | | 170,354.46 | 170,354.46 |
| 03/02/18 | Deposit | MONEY FUND PURCHASE | 2,177.88 | 172,532.34 |
| 03/13/18 | Withdrawal | MONEY FUND REDEMPTION | -850.00 | 171,682.34 |
| 03/19/18 | Withdrawal | MONEY FUND REDEMPTION | -1,425.00 | 170,257.34 |
| 03/22/18 | Deposit | MONEY FUND PURCHASE | 1,995.00 | 172,252.34 |
| 03/29/18 | Deposit | INCOME REINVEST | 77.16 | 172,329.50 |
| 03/29/18 | **Closing Balance** | | | **$172,329.50** |

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Money Market Fund Detail *(continued)*

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Total All Money Market Funds** | | | | **$172,329.50** |

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS, AND BANK DEPOSITS 15.00% of Portfolio** | | | | | | | | | |
| **Money Market** | | | | | | | | | |
| GENERAL TRES SEC MMKT CLASS B | | | | | | | | | |
| 03/01/18 | 172,329.500 | N/A | 03/29/18 | 170,354.46 | 172,329.50 | 2.74 | 184.53 | 0.51% | 0.57% |
| **Total Money Market** | | | | $170,354.46 | $172,329.50 | $2.74 | $184.53 | | |
| **TOTAL CASH, MONEY FUNDS, AND BANK DEPOSITS** | | | | $170,354.46 | $172,329.50 | $2.74 | $184.53 | | |

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 41.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | | | |
| **U.S. Government Bonds** | | | | | | | | | |
| FEDERAL HOME LN BKS FIXED RATE MA-2026<br>2.100% 09/21/26 B/E DTD 09/21/16<br>CALLABLE 04/29/18 @ 100.0001ST CPN DTE 03/21/17 CPN PMT<br>SEMI ANNUAL<br>ON MAR 21 AND SEP 21<br>Moody Rating AAA S & P Rating AA+ | | | Security Identifier: 3130A9CK5 | | | | | | |
| 10/21/16 | 190,000.000 | 99.8030 | 189,626.31<br>Original Cost Basis: $189,626.31 | 91.5880 | 174,017.20 | -15,609.11 | 110.83 | 3,990.00 | 2.29% |
| **Total U.S. Government Bonds** | 190,000.000 | | $189,626.31 | | $174,017.20 | -$15,609.11 | $110.83 | $3,990.00 | |

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME** *(continued)* | | | | | | | | | |
| **Municipal Bonds** | | | | | | | | | |
| PUERTO RICO SALES TAX FING CORP SALES TAX REV REV BDS COFINA 2009A 5.000% 08/01/24 B/E DTD 06/18/09CALLABLE 08/01/19 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 02/01/10 CPN PMT SEMI ANNUAL ON FEB 01 AND AUG 01 Moody Rating CA | | | Security Identifier: 74529JHG3 | | | | | | |
| 09/27/13 * | 200,000.000 | 99.3170 | 198,633.51 | 23.5000 | 47,000.00 | -151,633.51 | 0.00 | | |
| | | | Original Cost Basis: $197,900.31 | | | | | | |
| PUERTO RICO SALES TAX FING CORP SALES TAX REV SALES TAX FIRST SUBORD REV BDS 6.50% 08/01/29 B/E DTD 06/25/09CALLABLE 04/01/18 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 08/01/09 CPN PMT MONTHLY ON 01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating CA | | | Security Identifier: 74529JNL5 | | | | | | |
| [illegible]/22/13 * | 580,000.000 | 88.1130 | 511,057.46 | 23.2500 | 134,850.00 | -376,207.46 | 0.00 | | |
| | | | Original Cost Basis: $496,631.31 | | | | | | |
| PUERTO RICO SALES TAX FING CORP SALES TAX REV SALES TAX FIRST SUBORD REV BDS 6.350% 08/01/39 B/E DTD 06/25/09CALLABLE 04/01/18 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 08/01/09 CPN PMT MONTHLY ON 01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating CA | | | Security Identifier: 74529JGP4 | | | | | | |
| 09/27/13 * | 500,000.000 | 82.8970 | 414,485.91 | 23.2500 | 116,250.00 | -298,235.91 | 0.00 | | |
| | | | Original Cost Basis: $408,756.31 | | | | | | |
| **Total Municipal Bonds** | 1,280,000.000 | | $1,124,176.88 | | $298,100.00 | -$826,076.88 | $0.00 | $0.00 | |
| **TOTAL FIXED INCOME** | 1,470,000.000 | | $1,313,803.19 | | $472,117.20 | -$841,685.99 | $110.83 | $3,990.00 | |

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS 44.00% of Portfolio** | | | | | | | | |
| PIMCO INCOME FUND CLASS A<br>Open End Fund<br>Dividend Option: Cash; Capital Gains Option: Cash | | | | Security Identifier: PONAX<br>CUSIP: 72201F474 | | | | |
| 09/04/14 | 38,432.000 | 12.9730 | 498,560.99 | 12.2100 | 469,254.72 | -29,306.27 | 23,705.04 | 5.05% |
| 04/28/15 | 3,940.110 | 12.6530 | 49,853.78 | 12.2100 | 48,108.74 | -1,745.04 | 2,430.28 | 5.05% |
| Total Covered | 42,372.110 | | 548,414.77 | | 517,363.46 | -31,051.31 | 26,135.32 | |
| **Total** | 42,372.110 | | $548,414.77 | | $517,363.46 | -$31,051.31 | $26,135.32 | |
| **TOTAL MUTUAL FUNDS** | | | $548,414.77 | | $517,363.46 | -$31,051.31 | $26,135.32 | |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | $2,034,547.46 | $1,161,810.16 | -$872,737.30 | $110.83 | $30,309.85 |

*Noncovered under the cost basis rules as defined below.*

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issue discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds, bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

## Portfolio Holdings Disclosures

### Pricing

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

### Pricing *(continued)*
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

### Estimated Annual Figures
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/disclosures for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

### Reinvestment
The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will not receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

### Option Disclosure
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

### Foreign Currency Transactions
Pershing will execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

### Proxy Vote
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Ratings
This statement may contain credit rating information obtained from Standard & Poor's. Reproducing and distributing any information received from Standard & Poor's is not permitted without prior written authorization from Standard & Poor's. Standard & Poor's does not guarantee the accuracy, completeness, timeliness or availability of any information. Standard & Poor's is not responsible for any errors or omissions, regardless of the cause, or for the results of using such content. Standard & Poor's makes no express or implied warranties including warranties of merchantability or fitness for a particular purpose. Standard & Poor's shall not be legally responsible for any fees, costs, expenses or losses in connection with the use of their content. Credit ratings are opinions and not statements of facts; are not recommendations to purchase, hold or sell securities; and do not address suitability for investment purpose. Credit ratings should not be relied upon as investment advice.

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

March 1, 2018 - March 31, 2018
FID DEL VALLE MARTINEZ II

## Activity Summary *(All amounts shown are in base currency)*

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Dividends and Interest** | **$8,500.08** | **-$4,250.04** | **$4,250.04** | **$17,426.58** | **-$8,713.29** | **$8,713.29** |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | -2,275.00 | -2,275.00 | 0.00 | -16,683.60 | -16,683.60 |
| **Total Cash** | **$0.00** | **-$2,275.00** | **-$2,275.00** | **$0.00** | **-$16,683.60** | **-$16,683.60** |
| **Totals** | **$8,500.08** | **-$6,525.04** | **$1,975.04** | **$17,426.58** | **-$25,396.89** | **-$7,970.31** |

## Transactions by Type of Activity

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| **Dividends and Interest** | | | | | | | |
| 03/01/18 | CASH DIVIDEND ADJUSTMENT PONAX | PIMCO INCOME FUND CLASS A FOR ACCRUAL PERIOD ENDING 02/28/18 | | | | -2,177.88 | USD |
| 03/01/18 | CASH DIVIDEND RECEIVED PONAX | PIMCO INCOME FUND CLASS A FOR ACCRUAL PERIOD ENDING 02/28/18 | | | | 1,088.94 | USD |
| 03/01/18 | CASH DIVIDEND RECEIVED PONAX | PIMCO INCOME FUND CLASS A FOR ACCRUAL PERIOD ENDING 02/28/18 | | | | 1,088.94 | USD |
| 03/01/18 | CASH DIVIDEND RECEIVED PONAX | PIMCO INCOME FUND CLASS A FOR ACCRUAL PERIOD ENDING 02/28/18 | | | | 2,177.88 | USD |
| 03/21/18 | BOND INTEREST ADJUSTMENT 3130A9CK5 | 190000 FEDERAL HOME LN BKS FIXED RATE MA-2026 2.100% 09/21/26 B/E DTD 09/21/16 CLB RD 03/20 PD 03/21/18 | | | | -1,995.00 | USD |
| 03/21/18 | BOND INTEREST RECEIVED 3130A9CK5 | 190000 FEDERAL HOME LN BKS FIXED RATE MA-2026 2.100% 09/21/26 B/E DTD 09/21/16 CLB RD 03/20 PD 03/21/18 | | | | 1,995.00 | USD |
| 03/21/18 | BOND INTEREST RECEIVED 3130A9CK5 | 190000 FEDERAL HOME LN BKS FIXED RATE MA-2026 2.100% 09/21/26 B/E DTD 09/21/16 CLB RD 03/20 PD 03/21/18 | | | | 997.50 | USD |
| 03/21/18 | BOND INTEREST RECEIVED 3130A9CK5 | 190000 FEDERAL HOME LN BKS FIXED RATE MA-2026 2.100% 09/21/26 B/E DTD 09/21/16 CLB RD 03/20 PD 03/21/18 | | | | 997.50 | USD |
| 03/29/18 | MONEY MARKET FUND INCOME ADJUSTMENT PER982243 | GENERAL TREAS SECUR | | | | -77.16 | USD |

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Case:17-03283-LTS Doc#:5017-1 Filed:01/31/19 Entered:01/31/19 13:12:58 Desc: Exhibit 1 Page 9 of 12

## Transactions by Type of Activity *(continued)*

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| **Dividends and Interest** *(continued)* | | | | | | | |
| 03/29/18 | MONEY MARKET FUND INCOME RECEIVED PER982243 | GENERAL TREAS SECUR | | | | 77.16 | USD |
| 03/29/18 | MONEY MARKET FUND INCOME RECEIVED PER982243 | GENERAL TREAS SECUR | | | | 38.58 | USD |
| 03/29/18 | MONEY MARKET FUND INCOME RECEIVED PER982243 | GENERAL TREAS SECUR | | | | 38.58 | USD |
| **Total Dividends and Interest** | | | | | **$0.00** | **$4,250.04** | **USD** |
| **Cash Withdrawals and Deposits** | | | | | | | |
| 03/13/18 | FEDERAL FUNDS SENT USD999997 | CITIZENS BANK, NATIO | | | | -850.00 | USD |
| 03/19/18 | FEDERAL FUNDS SENT USD999997 | CITIZENS BANK, NATIO | | | | -1,425.00 | USD |
| **Total Cash Withdrawals and Deposits** | | | | | **$0.00** | **-$2,275.00** | **USD** |
| **Total Value of Transactions** | | | | | **$0.00** | **$1,975.04** | **USD** |

The price and quantity displayed may have been rounded.

## Messages

Pershing has been advised by your financial organization that it does not receive payment for directing order flow. See the Terms and Conditions section of your brokerage account statement for a description of Pershing's payment for order flow practices.

For additional information regarding order-routing practices and the venues to which your financial organization's orders are routed, you may visit orderroutingdisclosure.com.

Upon written request to your financial organization, you may obtain the identity of the venue to which your orders were routed for the six months prior to your request and the time of transactions that may have resulted from such orders.

**Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money market mutual funds processed on the sweep platform.**

ORIENTAL FINANCIAL SERVICES DISCLOSURE STATEMENT

Valued Investor, Oriental Financial Services ("OFS") would like to remind you that the securities held in your Investment Account are NOT insured by the Federal Deposit Insurance Company, and are subject to investment risk, including the possible loss of the principal invested. For more information, please consult your Investment Advisor.

OFS charges a $175.00 inactive account fee to all accounts that have not had any trading activity during the 2018 calendar year. Exempt are accounts that settle a trade prior to

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

March 1, 2018 - March 31, 2018
FID DEL VALLE MARTINEZ II

## Messages (continued)

December 31,2018 in the amount of $15,000.00 or more, maintain a Money Market Positions in excess of $20,000, systematic reinvestment activity (SRS) over $275.00, Corestone Accounts (except Corestone Silver accounts), and Trust accounts (ie. Keoghs, IRA's, etc) in addition to OMI Accounts. If you have questions, please contact your Investment Advisor.Oriental Financial Services is a wholly owned subsidiary of OFG Bancorp ("OFG") and an affiliate of Oriental Bank. OFG and Oriental Bank are not FINRA nor SIPC members.

OFS charges an annual fee of $125.00 for each brokerage account. Exempt from this fee are OMI accounts, DGI, accounts under Oriental Trust as TTEE and any other account that has been charged the inactive annual fee.

## Important Information and Disclosures

**The Role of Pershing**

- Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

**Important Arbitration Disclosures**

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the

Page 9 of 11

**Account Number:** NEL-001992
A0036958CSF2120P

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



## Important Information and Disclosures *(continued)*

**Important Arbitration Disclosures** *(continued)*

panel at least 20 days prior to the first scheduled hearing date.

- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

**Important Arbitration Agreement**

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)

## TERMS AND CONDITIONS

**TRANSACTIONS**

- ALL ORDERS AND TRANSACTIONS SHALL BE SOLELY FOR YOUR ACCOUNT AND RISK SHALL BE SUBJECT TO THE CONSTITUTION, RULES, REGULATIONS, CUSTOMS, USAGES, RULINGS AND INTERPRETATIONS OF THE EXCHANGE OR MARKET AND THE CLEARING FACILITY, IF ANY, WHERE THE TRANSACTIONS ARE EXECUTED AND/OR SETTLED, OR IF APPLICABLE, OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AND TO ALL APPLICABLE LAWS AND REGULATIONS.
- TITLE TO SECURITIES SOLD TO YOU, WHERE PERSHING HAS ACTED AS PRINCIPAL, SHALL REMAIN WITH PERSHING UNTIL THE ENTIRE PURCHASE PRICE IS RECEIVED OR UNTIL THE SETTLEMENT DATE, WHICHEVER IS LATER.
- YOU MAY HAVE RECEIVED CONFIRMATIONS FOR TRANSACTIONS WHICH DO NOT APPEAR ON YOUR STATEMENT. IF SO, THE TRANSACTIONS WILL APPEAR ON YOUR NEXT PERIODIC STATEMENT. SUCH TRANSACTIONS MUST BE CONSIDERED BY YOU WHEN COMPUTING THE VALUE OF YOUR ACCOUNT. THIS IS ESPECIALLY TRUE IF YOU HAVE WRITTEN OPTIONS WHICH HAVE BEEN EXERCISED.

**FREE CREDIT BALANCES:** ANY FREE CREDIT BALANCE CARRIED FOR YOUR ACCOUNT REPRESENTS FUNDS PAYABLE UPON DEMAND WHICH, ALTHOUGH PROPERLY ACCOUNTED FOR ON PERSHING'S BOOKS OF RECORD, ARE NOT SEGREGATED AND MAY BE USED IN THE CONDUCT OF ITS BUSINESS.

**DEBIT BALANCES:** INTEREST CHARGED ON DEBIT BALANCES IN YOUR ACCOUNT APPEARS ON THE STATEMENT. THE RATE OF INTEREST AND PERIOD COVERED ARE INDICATED. THE RATE MAY CHANGE FROM TIME TO TIME DUE TO FLUCTUATIONS IN MONEY RATES OR OTHER REASONS. INTEREST IS COMPUTED AS DESCRIBED IN MATERIAL PREVIOUSLY FURNISHED TO YOU. PLEASE CONTACT YOUR FINANCIAL INSTITUTION IF YOU DESIRE ADDITIONAL COPIES.

**MARGIN INFORMATION:** IF YOU MAINTAIN A MARGIN ACCOUNT, THIS IS A COMBINED STATEMENT OF YOUR GENERAL ACCOUNT AND A SPECIAL MEMORANDUM ACCOUNT MAINTAINED FOR YOU UNDER REGULATION T OF THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. THE PERMANENT RECORD OF THE SEPARATE ACCOUNT AS REQUIRED BY REGULATION T IS AVAILABLE FOR YOUR INSPECTION UPON REQUEST.

**TAX INFORMATION**

- AFTER YEAR END, PERSHING IS REQUIRED TO PROVIDE TAX INFORMATION TO THE INTERNAL REVENUE SERVICE AND OTHER GOVERNMENTAL AUTHORITIES. AT THAT TIME PERSHING WILL PROVIDE THAT INFORMATION ON THE ANNUAL TAX INFORMATION STATEMENT TO YOU; USE THAT STATEMENT TO PREPARE YOUR TAX FILINGS. THE TAX STATEMENT ALSO INCLUDES OTHER USEFUL INFORMATION TO ASSIST IN ACCUMULATING THE DATA TO PREPARE YOUR TAX RETURNS.
- DIVIDENDS, INTEREST AND OTHER DISTRIBUTIONS SHOWN ON THIS STATEMENT WERE CLASSIFIED AS TAXABLE OR NONTAXABLE BASED ON CERTAIN INFORMATION KNOWN AS OF THE DISTRIBUTION DATE. THIS CLASSIFICATION IS SUBJECT TO CHANGE AND IS SOLELY INTENDED FOR USE AS GENERAL INFORMATION.
- PERSHING DOES NOT PROVIDE TAX, INVESTMENT OR LEGAL ADVISORY SERVICES AND NO ONE ASSOCIATED WITH PERSHING IS AUTHORIZED TO RENDER SUCH ADVICE. DO NOT RELY UPON ANY SUCH ADVICE, IF GIVEN. INVESTORS ARE ENCOURAGED TO CONSULT THEIR TAX ADVISORS TO DETERMINE THE APPROPRIATE TAX TREATMENT OF THEIR BUSINESS.

**GENERAL INFORMATION**

- WHENEVER YOU ARE INDEBTED TO PERSHING LLC ("PERSHING") FOR ANY AMOUNT, ALL SECURITIES HELD BY IT FOR YOU IN ANY ACCOUNT IN WHICH YOU HAVE ANY INTEREST SHALL SECURE ALL YOUR LIABILITIES TO PERSHING, AND PERSHING MAY IN ITS DISCRETION AT ANY TIME, WITHOUT TENDER, DEMAND OR NOTICE TO YOU, CLOSE OR REDUCE ANY OR ALL OF YOUR ACCOUNTS BY PUBLIC OR PRIVATE SALE OR PURCHASE OR BOTH OF ALL OR ANY SECURITIES CARRIED IN SUCH ACCOUNTS; ANY BALANCE REMAINING DUE PERSHING TO BE PROMPTLY PAID BY YOU.
- WHENEVER YOU ARE INDEBTED TO PERSHING FOR ANY AMOUNT, ALL SECURITIES CARRIED FOR YOUR ACCOUNT ARE OR MAY BE, WITHOUT FURTHER NOTICE TO YOU, LOANED OR PLEDGED BY PERSHING, EITHER SEPARATELY OR UNDER CIRCUMSTANCES WHICH WILL PERMIT THE COMMINGLING THEREOF, WITH OTHER SECURITIES FOR ANY AMOUNT LESS THAN, EQUAL TO OR GREATER THAN YOUR LIABILITIES TO PERSHING, BUT NOT UNDER CIRCUMSTANCES FOR AN AMOUNT PROHIBITED BY LAW.

- PERSHING MAY TRADE FOR ITS OWN ACCOUNT AS A MARKET MAKER, SPECIALIST, ODD LOT DEALER, BLOCK POSITIONER, ARBITRAGEUR OR INVESTOR. CONSEQUENTLY, AT THE TIME OF ANY TRANSACTION YOU MAY MAKE, PERSHING MAY HAVE A POSITION IN SUCH SECURITIES, WHICH POSITION MAY BE PARTIALLY OR COMPLETELY HEDGED.
- IF AVERAGE PRICE TRANSACTION IS INDICATED ON THE FRONT OF THIS STATEMENT YOUR FINANCIAL INSTITUTION OR PERSHING MAY HAVE ACTED AS PRINCIPAL, AGENT OR BOTH. DETAILS AVAILABLE UPON REQUEST.
- A FINANCIAL STATEMENT OF PERSHING IS AVAILABLE FOR YOUR PERSONAL INSPECTION AT PERSHING'S OFFICES. A COPY OF IT WILL BE MAILED UPON YOUR WRITTEN REQUEST OR YOU CAN VIEW IT ONLINE AT WWW.PERSHING.COM.
- FOR BUSINESS CONTINUITY AND ADDITIONAL DISCLOSURES: WWW.PERSHING.COM/DISCLOSURES.
- THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

**PAYMENT FOR ORDER FLOW AND ORDER ROUTING POLICIES DISCLOSURES [REGULATION NMS—RULE 607(A)(1)–(2)]**

PERSHING SENDS CERTAIN EQUITY ORDERS TO EXCHANGES, ELECTRONIC COMMUNICATION NETWORKS, OR BROKER-DEALERS DURING NORMAL BUSINESS HOURS AND DURING EXTENDED TRADING SESSIONS. CERTAIN OF THESE VENUES PROVIDE PAYMENTS TO PERSHING OR CHARGE ACCESS FEES TO PERSHING DEPENDING UPON THE CHARACTERISTICS OF THE ORDER AND ANY SUBSEQUENT EXECUTION. THE DETAILS OF THESE PAYMENTS AND FEES ARE AVAILABLE UPON WRITTEN REQUEST. PERSHING RECEIVES PAYMENTS FOR DIRECTING LISTED OPTIONS ORDER FLOW TO CERTAIN OPTION EXCHANGES. IN ADDITION, PERSHING ROUTES CERTAIN EQUITY AND OPTION ORDERS TO ITS AFFILIATE, BNY MELLON CAPITAL MARKETS, LLC, FOR EXECUTION AS PRINCIPAL. COMPENSATION IS GENERALLY IN THE FORM OF A PER OPTION CONTRACT CASH PAYMENT.

**BEST EXECUTION:** NOTWITHSTANDING THE PREVIOUS PARAGRAPH REGARDING PAYMENT FOR ORDER FLOW, PERSHING SELECTS CERTAIN MARKET CENTERS TO PROVIDE EXECUTION OF OVER-THE-COUNTER AND EXCHANGE-LISTED SECURITIES TRANSACTIONS WHICH AGREE TO ACCEPT ORDERS, TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE, AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO). ON CERTAIN LARGER ORDERS, OR IF THE DESIGNATED MARKET CENTERS DO NOT MAKE A MARKET IN THE SUBJECT SECURITY, PERSHING DIRECTLY CONTACTS MARKET CENTERS TO OBTAIN AN EXECUTION. THE DESIGNATED MARKET CENTERS TO WHICH ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENT HIGH QUALITY OF THEIR EXECUTIONS IN ONE OR MORE MARKET SEGMENTS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOR TO THE NBBO. PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES.

IF ANY OF THE ABOVE TERMS AND CONDITIONS ARE UNACCEPTABLE TO YOU, PLEASE NOTIFY PERSHING IMMEDIATELY IN WRITING BY CERTIFIED MAIL TO ONE PERSHING PLAZA, JERSEY CITY, NJ 07399, ATTN: LEGAL DEPT

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC