## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **PROMESA** <br> **Title III** |
| as representative of | **No. 17-03283-LTS** |
| **THE COMMONWEALTH OF PUERTO RICO, et al.** | **(Jointly Administered)** |
| Debtor | |

### NOTICE OF WITHDRAWAL OF DOCUMENT

**TO THE HONORABLE COURT:**

COMES NOW Carmen Ana Rovira ("Claimant"), through her undersigned counsel, and voluntarily withdraws her Response to Puerto Rico Sales Tax Financing Corporation's Sixteenth Omnibus Objection (Non-Substantive) to Duplicate Claims (the "Response") (Docket No. 5006), since it was tied to the wrong event.

**WHEREFORE,** it is respectfully requested that Claimant's withdrawal of the Response be granted.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and to all CM/ECF.

San Juan, Puerto Rico, this 31th day of January 2019.

*s*/**CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax : 787-977-0518
E-Mail: ccuprill@cuprill.com