**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

In re:

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**

as representative of

**THE COMMONWEALTH OF PUERTO RICO, et. al.**

DEBTOR

**PROMESA**
**Title III**

**No. 17 BK 3283-LTS**

**(Jointly Administered)**

**RESPONSE TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS**

**Claims Numbers 183 and 184**

**TO THE HONORABLE COURT:**

Pedro Luis Casasnovas and Olga I. Trinidad Nieves answer the Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus (Non-Substantive) Objection to Deficient Claims as follows:

**I PRELIMINARY STATEMENT**

1.    On December 5, 2018, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as COFINA'S representative pursuant to Section 315(b) of the Puerto Rico Oversight Management and Economic Stability Act ("PROMESA") filed its Sixth Omnibus

Pedro Luis Casasnovas and Olga I. Trinidad Nieves Claims. Nos. 4 and 5

Objection allegedly as to deficient proofs of claim ("Claims") listed on Exhibit A thereto.

2.     Among the Claims listed on Exhibit A are Claims Nos. 4 and 5 filed by Pedro Luis Casasnovas and Olga I. Trinidad Nieves Casasnovas (the "Claimant") respectively 4-2 $1,125,000.00 in Case No. 17-03284 (LTS).

3.     As a basis for objecting to Claims Nos. 4 and 5 (Prime Clerk Nos. 183 and 184), the Oversight Board submits that they purport to assert liabilities associated with municipal bond(s) and or money loaned but fail to provide a basis for asserting a claim.

4.     Contrary to the assertions of the Oversight Board, Claims Nos. 4 and 5 in Part 2 paragraph 9 and 10 assert as a basis therefor that they are premised on the ownerships of COFINA bonds CUSIP Nos. (Merrill Lynch) 7452JAC9,   74529JGPA,   (Popular   Securities)   74599BMX2,   74599BLQ8, 745299AYS2, 74599BFA0, 74599BKK2.

5.     As Exhibits A hereto, Claimant is submitting her statement with Merrill Lynch and Popular Securities for the period of December 2018.

## II ARGUMENT

### COFINA'S Objection Failed to Submit the Necessary Rebut the *Prima Facie* Validity or Legal Sufficiency of Claimant's Claim

Under Section 502(a) of the Bankruptcy Code 11 U.S.C.A § 502(a), a proof of claim is deemed to be allowed unless objection. *In re Thompson,* 965 F.2d 1136, 1147 (1st Cir. 1992). Once the proof of claim is filed, the burden of proof shifts to the party who seeks to object its validity or sufficiency. In re *Virgina Broadband, LLC,* 521 B.R. 539, 561 (W.D. Va., 2014).

A proper objection must include sufficient evidence to refute the proof of claim's validity or legal sufficiency. See Fed.R.Bank. P. 300(d)(5); *In re La Fata,* 483 F. 3d 13, 23 (1st Cir. 2007); *In re Rowlands,* 2008 Bankr. Lexis 3958, at *11 (1st Cir. B.A.P., 2008). See also 4 *Collier on Bankruptcy*

*Case No. 17BK3283-LTS*

Pedro Luis Casasnovas and Olga I. Trinidad Nieves Claims. Nos. 4 and 5

¶502.02[3][f] (Lexis Nexis Electronic Database, last accessed on January 24th, 2019); Hon. Joan N. Feeney, Hon. Michael G. Williamson, and Michael J. Stepan, *Bankruptcy Law Manual,* 5th., Vol. 1, §§ 6;6 and 6;10, p. 1107 and 1126 (Thomson Reuters, 2017-1); George M. Treister *et al, Fundamentals of Bankruptcy Law, 6th* Ed., §6.02, p. 311 (ALI ABA, 2006).

An Objection does not overcome the proof of claim's *prima facie* validity unless its counterevidence has substantial probative merit. *In re Hemingway Transport, Inc.,* 993 F.2d 915,925 (1st Cir. 1993); *In re Rowlands, 2008 Bankr. Lexis at* *10-11; *In re Tracey,* 394 B.R. 635, 639 (1st Cir. B.A.P., 2008). It is only after the objector's burden has been met, that the onus shifts back to claimant to prove her/his claim. *In re Newfound Lake Marine, Inc.,* 2007 BNH 35, at *5 (Bankr. N.H., 2007); *In re Mulvania,* 214 B.R. 1, 5-6 (9th Cir. B.A.P., 1997).

As COFINA's objection fails to include the requisite counterevidence to overcome Claimant's proof of claim's *prima facie* validity and legal sufficiency, the Claim should be allowed as filed.

**WHEREFORE**, Claims Nos. 4 and 5 should be allowed as filed.

**CERTIFICATE OF SERVICE,** I HEREBY CERTIFY that on this same date a true and exact copy of this response was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to all attorneys registered in the system. I further certify that on this very same day, a true and exact copy of this response was served via First-Class Mail postage pre-paid to Hon. Laura Taylor Swain's Chambers, United States District Court for the Southern District of New York, Daniel P. Moyniham, Esq., United States Courthouse, 500 Pearl St., Suite 3312, New York, New York 1007-1312; Hon. Judge Judith Dein's Chambers Joseph Moakley United States Courthouse, One Courthouse Way, Room 6420, Boston MA 02210-3002; Counsel for the Oversight Board, Proskauer Rose, LLP, Eleven Times Square, New York, New York, 10036-8299, ATTn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barajk and Maka Zerjal; and Counsel for the Unsecured Creditors' Committee, Paul Hastings, LLP, 200 Park Avenue,

*Case No. 17BK3283-LTS*

Pedro Luis Casasnovas and Olga I. Trinidad Nieves Claims. Nos. 4 and 5

New York, New York 10166, Attn: Luc A. Despins, James Bliss, James Wotrhington, and G. Alexander Bongartz.

San Juan, Puerto Rico, this 31st day of January 2019.

**S/CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR  00901
Tel.: (787)977-0515
Fax: (787)977-0518
E-Mail: ccuprill@cuprill.com

# Exhibit A

**Merrill Lynch**
Bank of America Corporation

Primary Account: 5PR-11863

## YOUR MERRILL LYNCH REPORT

December 01, 2018 - December 31, 2018

PEDRO L CASASNOVA AND
OLGA I TRINIDAD TIC
57 CALLE WASHINGTON APT 4
SAN JUAN PR 00907-1501

If you have questions on your statement,
call 24-Hour Assistance:
(800) MERRILL
(800) 637-7455
Access Code: 47-577-11863

Investment Advice and Guidance:
Call Your Financial Advisor

Your Financial Advisor:
FERNANDEZ & LILLEY
#15 SECOND STREET, SUITE 210
GUAYNABO PR   00968
1-800-523-0663

Up-to-date account information can be viewed
at: www.mymerrill.com, where your statements
are archived for three or more years.

Questions about MyMerrill? Click the "help" tab
at the top of the screen once you log in.

## LOOKING FOR YOUR TAX DOCUMENTS?

We will begin mailing the 1099 tax reporting statement to eligible clients during the last week of January. Most statements will be mailed or posted online before February 15.
Enroll in online delivery to access your tax documents before they arrive in the mail.

### PORTFOLIO SUMMARY

| | December 31 | November 30 | Month Change |
|---|---|---|---|
| Net Portfolio Value | $1,134,359.27 | $1,156,260.46 | ($21,901.19) ◄ |
| Your assets | $1,134,359.27 | $1,156,260.46 | ($21,901.19) ◄ |
| Your liabilities | - | - | |
| | | | |
| Your Net Cash Flow (Inflows/Outflows) | ($118.93) | ($4,386.84) | |
| Securities You Transferred In/Out | | | |
| Subtotal Net Contributions | ($118.93) | ($4,386.84) | |
| | | | |
| Your Dividends/Interest Income | $1,855.69 | $1,797.23 | |
| Your Market Gains/(Losses) | ($23,637.95) | ($16,547.33) | |
| Subtotal Investment Earnings | ($21,782.26) | ($14,750.10) | |

### Total Value (Net Portfolio Value plus Assets Not Held/ Valued By MLPF&S, if any) in millions, 2013-2018



Chart values: 12/13: 1.56, 12/14: 1.56, 12/15: 1.04, 12/16: 1.23, 12/17: 0.885, 1Q18: 0.885, 2Q18: 1.16, 3Q18: 1.18, 10/18: 1.18, 11/18: 1.16, 12/18: 1.13

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

006

Primary Account: 5PR-11863

# YOUR PORTFOLIO REVIEW

December 01, 2018 - December 31, 2018

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Current Value | Allocation |
|---|---|---|
| Fixed Income | 1,072,283.56 | 94.84% |
| Equities | 58,305.15 | 5.16% |
| TOTAL | $1,130,588.71 | 100% |

## CURRENT INCOME

| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | 867.77 | 20,114.33 |
| Taxable Interest | 195.03 | 7,275.58 |
| Tax-Exempt Dividends | 792.89 | 9,619.46 |
| Taxable Dividends | $1,855.69 | $37,009.37 |
| Total | | |

$4,947

$2,473

$0

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

Your Estimated Annual Income          $106,006.42

## BOND MATURITY SCHEDULE

Does not include Fixed Income Mutual Funds

| Maturity Years | Par Value | % of Total Bond Assets | Estimated Market Value |
|---|---|---|---|
| 5-10 | 275,000 | 18% | 150,787.50 |
| 15-20 | 535,000 | 36% | 305,681.25 |
| 20+ | 850,000 | 46% | 388,781.25 |
| Total | 1,660,000 | 100% | $845,250.00 |

## TOP FIVE PORTFOLIO HOLDINGS

Based on Estimated Market Value

| | Current Value | % of Portfolio |
|---|---|---|
| PR SALES TAX FING CORP | 373,312.50 | 32.93% |
| PR SALES TAX FING CORP | 227,250.00 | 20.04% |
| POPULAR CAPITAL TRUST I | 126,217.00 | 11.13% |
| PR COMWLTH HWY-TRANS AT | 85,737.50 | 7.56% |
| EMPLOYEES RET GOVT | 70,087.50 | 6.18% |

6734

2 of 14

006

+

## Merrill Lynch
Bank of America Corporation

Online at: www.mymerrill.com

PEDRO L CASASNOVA AND
OLGA I TRINIDAD TIC
57 CALLE WASHINGTON APT 4
SAN JUAN PR 00907-1501

Account Number: 5PR-11863

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-11863

**Net Portfolio Value:** $1,134,359.27

Your Financial Advisor:
FERNANDEZ & LILLEY
#15 SECOND STREET, SUITE 210
GUAYNABO PR    00968
1-800-523-0663

# CASASNOVA

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (12/01) | $1,156,260.46 | |
| Total Credits | 1,855.69 | 37,009.37 |
| Total Debits | (118.93) | (67,343.60) |
| Securities You Transferred In/ Out | - | - |
| Market Gains/ (Losses) | (23,637.95) | 479,362.93 |
| **Closing Value** (12/31) | $1,134,359.27 | |

Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.

December 01, 2018 - December 31, 2018

| ASSETS | December 31 | November 30 |
|---|---|---|
| Cash/ Money Accounts | 2,904.10 | 1,167.34 |
| Fixed Income | 971,467.00 | 990,510.60 |
| Equities | 31,811.60 | 35,623.10 |
| Mutual Funds | 127,310.11 | 128,121.84 |
| Options | - | - |
| Other | - | - |
| Subtotal (Long Portfolio) | 1,133,492.81 | 1,155,422.88 |
| Estimated Accrued Interest | 866.46 | 837.58 |
| **TOTAL ASSETS** | $1,134,359.27 | $1,156,260.46 |
| **LIABILITIES** | | |
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | $1,134,359.27 | $1,156,260.46 |
| MARGIN AVAILABLE CREDIT | 112,708.00 | |

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

6734

3 of 14

**Merrill Lynch**
Bank of America Corporation

PEDRO L CASASNOVA AND

Account Number: 5PR-11863

December 01, 2018 - December 31, 2018

## ACCOUNT INVESTMENT OBJECTIVE

INCOME: Objective is to obtain a continuing stream of income from investments. In order to satisfy current yield requirements, the investor should be willing to accept the risk of principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## YOUR CMA BANK DEPOSIT INTEREST SUMMARY

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 1,166 | 2,587 | .60 | 1.31 | 2,903 |
| TOTAL ML Bank Deposit Program | 1,166 | | | 1.31 | 2,903 |

## YOUR CMA ASSETS

| CASH/ MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Est. Annual Yield% |
|---|---|---|---|---|---|
| CASH | 1.10 | 1.10 | 1.0000 | 1.10 | |
| +ML BANK DEPOSIT PROGRAM +FDIC INSURED NOT SIPC COVERED | 2,903.00 | 2,903.00 | | 2,903.00 | .60 |
| TOTAL | 2,904.10 | 2,904.10 | | 2,904.10 | .60 |

| MUNICIPAL BONDS Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| Δ PR COMWLTH HWY-TRANS AT 05.850%JUL01 2025 SPL RV REV REF A TAXABLE OCT03 MOODY'S C S&P* *** CUSIP: 74518SBQ0 PAR CALL DATE 01/30/19 PAR CALL PRICE: 100.00 ORIGINAL UNIT/TOTAL COST: 100.0105/50,005.25 | 10/29/03 | 50,000 | 50,002.31 | 90.2500 | 45,125.00 | (4,877.31) | 243.75 | 2,925 | 6.48 |

006

6734

PEDRO L CASASNOVA AND

Account Number: 5PR-11863

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-11863

December 01, 2018 - December 31, 2018

## YOUR CMA ASSETS

MUNICIPAL BONDS (continued)

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| PR COMWLTH HWY-TRANS AT ORIGINAL UNIT/TOTAL COST: 96.5000/43,425.00 | 10/31/08 | 45,000 | 43,425.00 | 90.2500 | 40,612.50 | (2,812.50) | 219.38 | 2,633 | 6.48 |
| Subtotal | | 95,000 | 93,427.31 | | 85,737.50 | (7,689.81) | 463.13 | 5,558 | 6.48 |
| Δ PUERTO RICO PUB FIN CORP COMWLTH A LOC TAXABLE JUN12 05.100%/AUG01 2026 MOODY'S C S&P: *** CUSIP: 745291VH4 PAR CALL DATE: 08/01/22 PAR CALL PRICE: 100.00 ORIGINAL UNIT/TOTAL COST: 101.0053/101,005.35 | 08/10/12 | 100,000 | 100,631.25 | 5.2500 | 5,250.00 | (95,381.25) | | | |
| Δ PUERTO RICO AQUEDUCT-SWR ATRV SER B GTD TAXABLE MAR08 06.050%/JUL01 2028 MOODY'S CA S&P: *** CUSIP: 74516OPQ8 PAR CALL DATE: 01/30/19 PAR CALL PRICE: 100.00 ORIGINAL UNIT/TOTAL COST: 100.0089/60,005.35 | 05/04/10 | 60,000 | 60,003.51 | 74.7500 | 44,850.00 | (15,153.51) | 302.50 | 3,630 | 8.09 |
| Δ PUERTO RICO AQUEDUCT-SWR ORIGINAL UNIT/TOTAL COST: 100.0267/20,005.35 | 05/18/10 | 20,000 | 20,003.51 | 74.7500 | 14,950.00 | (5,053.51) | 100.83 | 1,210 | 8.09 |
| Subtotal | | 80,000 | 80,007.02 | | 59,800.00 | (20,207.02) | 403.33 | 4,840 | 8.09 |
| PR SALES TAX FING CORP SLS REV SALES B TAXABLE JUL07 06.050%/AUG01 2036 MOODY'S CA S&P: *** CUSIP: 74529JAC9 PAR CALL DATE: 01/30/19 PAR CALL PRICE: 100.00 | 07/31/07 | 260,000 | 260,000.00 | 75.7500 | 196,950.00 | (63,050.00) | | 15,730 | 7.98 |
| Δ PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 107.7678/32,330.35 | 08/10/12 | 30,000 | 31,970.61 | 75.7500 | 22,725.00 | (9,245.61) | | 1,815 | 7.98 |
| θ PR SALES TAX FING CORP ORIGINAL UNIT/TOTAL COST: 86.0535/8.605.35 | 11/07/13 | 10,000 | 8,605.35 | 75.7500 | 7,575.00 | (1,030.35) | | 605 | 7.98 |
| Subtotal | | 300,000 | 300,575.96 | | 227,250.00 | (73,325.96) | | 18,150 | 7.98 |
| EMPLOYEES RET GOVT COMWLTH PR SER A TAXABLE JAN08 06.150%/JUL01 2038 MOODY'S C S&P: *** CUSIP: 29216MAC4 PAR CALL DATE: 01/30/19 PAR CALL PRICE: 100.00 | 01/25/08 | 25,000 | 25,000.00 | 33.3750 | 8,343.75 | (16,656.25) | | 1,538 | 18.42 |

006

6734

PEDRO L CASASNOVA AND

## YOUR CMA ASSETS

Account Number: 5PR-11863

December 01, 2018 - December 31, 2018

**Merrill Lynch** — Bank of America Corporation

### MUNICIPAL BONDS (continued)

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEES RET GOVT / COMWLTH PR SR C TAXABLE JUN08 06.250%JUL01 2038  MOODY'S C  S&P:***  CUSIP: 29216MBN9  PAR CALL DATE: 01/30/19  PAR CALL PRICE: 100.00 | 06/27/08 | 210,000 | 210,000.00 | 33.3750 | 70,087.50 | (139,912.50) | | 13,125 | 18.72 |
| PR SALES TAX FING CORP / SLS REV SALES B TAXABLE JUN09 06.350%AUG01 2039  MOODY'S CA  S&P:***  CUSIP: 74529JGP4  PAR CALL DATE: 01/30/19  PAR CALL PRICE: 100.00 | 06/19/09 | 90,000 | 90,000.00 | 45.2500 | 40,725.00 | (49,275.00) | | 5,715 | 14.03 |
| PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 100.7714/25,192.85 | 06/29/09 | 25,000 | 25,000.00 | 45.2500 | 11,312.50 | (13,687.50) | | 1,588 | 14.03 |
| Δ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 102.0107/51,005.35 | 09/15/09 | 25,000 | 25,165.21 | 45.2500 | 11,312.50 | (13,852.71) | | 1,588 | 14.03 |
| Δ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 101.7278/30,305.35 | 02/17/10 | 50,000 | 50,863.69 | 45.2500 | 22,625.00 | (28,238.69) | | 3,175 | 14.03 |
| Δ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 105.0107/52,505.35 | 08/22/13 | 10,000 | 10,687.42 | 45.2500 | 4,525.00 | (6,162.42) | | 635 | 14.03 |
| Δ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 108.0016/356,405.35 | 08/10/12 | 330,000 | 353,266.90 | 45.2500 | 149,325.00 | (203,941.90) | | 20,955 | 14.03 |
| Δ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 107.8035/10,780.35 | 07/24/13 | 50,000 | 52,247.35 | 45.2500 | 22,625.00 | (29,622.35) | | 3,175 | 14.03 |
| Δ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 101.0178/30,305.35 | 08/22/13 | 30,000 | 30,279.98 | 45.2500 | 13,575.00 | (16,704.08) | | 1,905 | 14.03 |
| θ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 80.0107/40,005.35 | 11/05/13 | 50,000 | 40,005.35 | 45.2500 | 22,625.00 | (17,380.35) | | 3,175 | 14.03 |
| θ PR SALES TAX FING CORP  ORIGINAL UNIT/TOTAL COST: 72.5032/119,630.35 | 02/11/14 | 165,000 | 119,630.35 | 45.2500 | 74,662.50 | (44,967.85) | | 10,478 | 14.03 |
| Subtotal | | 825,000 | 797,145.35 | | 373,312.50 | (423,832.85) | | 52,389 | 14.03 |

006

PEDRO L CASASNOVA AND

# YOUR CMA ASSETS

Account Number: 5PR-11863

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-11863

December 01, 2018 - December 31, 2018

## MUNICIPAL BONDS (continued)

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| Δ PUERTO RICO ELEC PWR AUTH PWR REV/ EEE TAXABLE  DEC10  06.250%/JUL01/2040 MOODY'S CA S&P:*** CUSIP:74526Q2Y2 PAR CALL DATE:07/01/20  PAR CALL PRICE:100.00 ORIGINAL UNIT/TOTAL COST: 100.0214/25,005.35 | 04/19/11 | 25,000 | 25,004.71 | 61.8750 | 15,468.75 | (9,535.96) | | 1,563 | 10.10 |
| TOTAL | | 1,660.000 | 1,631,791.60 | | 845,250.00 | (786,541.60) | 866.46 | 97,163 | 11.50 |

## PREFERRED STOCKS

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|
| Δ POPULAR CAPITAL TRUST I  06.700% NOV 01 2008 CUM INCOME PFD STK MOODY'S B3 S&P B-  CUSIP: 73317W203 ORIGINAL UNIT/TOTAL COST: 25.1000/50,200.00 | 12/15/03 | 2,000 | 50,154.76 | 25.5500 | 51,100.00 | 945.24 | 3,349 | 6.55 |
| Δ POPULAR CAPITAL TRUST I ORIGINAL UNIT/TOTAL COST: 25.0500/27,555.00 | 12/15/03 | 1,100 | 27,542.58 | 25.5500 | 28,105.00 | 562.42 | 1,842 | 6.55 |
| θ POPULAR CAPITAL TRUST I ORIGINAL UNIT/TOTAL COST: 25.0000/46,000.00 | 12/13/07 | 1,840 | 46,000.00 | 25.5500 | 47,012.00 | 1,012.00 | 3,081 | 6.55 |
| Subtotal | | 4,940 | 123,697.34 | | 126,217.00 | 2,519.66 | 8,272 | 6.55 |
| TOTAL | | 4,940 | 123,697.34 | | 126,217.00 | 2,519.66 | 8,272 | 6.55 |

## EQUITIES

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRST BANCORP SHS | FBP | 09/25/03 | 1,553 | 32.1817 | 49,978.30 | 8.6000 | 13,355.80 | (36,622.50) | 187 | 1.39 |
| | FBP | 08/11/04 | 389 | 32.1831 | 12,519.24 | 8.6000 | 3,345.40 | (9,173.84) | 47 | 1.39 |
| Subtotal | | | 1,942 | | 62,497.54 | | 16,701.20 | (45,796.34) | 234 | 1.39 |
| POPULAR INC COM NEW | BPOP | 05/22/08 | 320 | 31.2500 | 10,000.00 | 47.2200 | 15,110.40 | 5,110.40 | 320 | 2.11 |
| TOTAL | | | | | 72,497.54 | | 31,811.60 | (40,685.94) | 554 | 1.74 |

PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.

**Merrill Lynch** Bank of America Corporation

PEDRO L CASASNOVA AND

## YOUR CMA ASSETS

Account Number: 5PR-11863

December 01, 2018 - December 31, 2018

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS/ CLOSED END FUNDS/ UIT** | | | | | | | | |
| POPULAR INCOME PLUS FUND (USD) CL A SYMBOL: POIPI Equity 100% Initial Purchase: 04/20/11 | 7,746 | 75,993.61 | 3.4200 | 26,491.32 | (49,502.29) | 75,993 | (49,502) | |
| 6510 Fractional Share | 6.39 | | 3.4200 | 2.23 | (4.16) | | | |
| PUERTO RICO FIXED INCOME FD II INC SYMBOL: N/A Fixed Income 100% Initial Purchase: 09/19/05 | 2,500 | 25,000.00 | 1.5300 | 3,825.00 | (21,175.00) | 25,000 | (21,175) | |
| PUERTO RICO FIED INCOME FD III INC SYMBOL: N/A Fixed Income 100% Initial Purchase: 06/20/12 | 18,461 | 180,000.10 | 1.5500 | 28,614.55 | (151,385.55) | 180,000 | (151,385) | |
| PUERTO RICO FXD INC FD SYMBOL: N/A Fixed Income 100% Initial Purchase: 10/19/04 | 14,390 | 149,992.55 | 1.3300 | 19,138.70 | (130,853.85) | 149,992 | (130,853) | |
| TAX FREE PUERTO RICO FD II INC SYMBOL: N/A Fixed Income 100% Initial Purchase: 10/29/02 | 14,436 | 149,990.04 | 1.4900 | 21,509.64 | (128,480.40) | 149,990 | (128,480) | |
| 1ST PUERTO RICO TX EXMT TGT MAT FD V CASH DIV SYMBOL: N/A Fixed Income 100% Initial Purchase: 07/11/12 | 8,859 | 80,085.36 | 3.1300 | 27,728.67 | (52,356.69) | 80,085 | (52,356) | |
| Subtotal (Fixed Income) | | | | 100,816.56 | | | | |

006

+

6734

PEDRO L CASASNOVA AND

Account Number: 5PR-11863

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-11863

December 01, 2018 - December 31, 2018

# YOUR CMA ASSETS

**MUTUAL FUNDS/ CLOSED END FUNDS/ UIT** (continued)

| Description | Quantity | Total Cost Basis / Estimated Market Price | Adjusted/Total Cost Basis / Estimated Market Value | Estimated Market Value / Unrealized Gain/(Loss) | Total Client Investment / Unrealized Gain/(Loss) · Accrued Interest | Cumulative Investment Annual Income Return ($) / Estimated Annual Income | Estimated Annual Current Income Yield% / Current Yield% |
|---|---|---|---|---|---|---|---|
| **Subtotal (Equities)** | | | | | | | |
| TOTAL | | 661,068.05 | 26,493.55 | 127,310.11 | (533,757.94) | (533,751) | |
| **LONG PORTFOLIO** | | | | | | | |
| TOTAL | | 2,491,958.63 | 1,133,492.81 | (1,358,465.82) | 866.46 | 106,006 | 9.35 |

Total Client Investment: Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.

Cumulative Investment Return: Estimated Market Value minus Total Client Investment.

Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

Market Timing: Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

Sales Charge Discounts or Waivers: Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

Unrealized Gain or (Loss): Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.

Initial Purchase: Date of your initial investment in this fund.

Notes
Δ Debt instruments purchased at a premium show amortization
θ Debt instruments purchased at a discount show accretion
*** Rating currently unavailable or not rated/unrated as provided by Rating Agency or recognized industry wide third party vendor source.
For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

PEDRO L CASANOVA AND

## YOUR CMA TRANSACTIONS

Account Number: 5PR-11863

December 01, 2018 - December 31, 2018

**S&S Merrill Lynch**
Bank of America Corporation

### DIVIDENDS/ INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| Taxable Interest | | | | | |
| 12/03 | PUERTO RICO AQUEDUCT-SWR ATRV SER B GTD TAXABLE MAR08 06.050%JUL01 2028 PAY DATE 12/01/2018 CUSIP NUM: 745160PC8 | ¤ Interest | | 403.33 | |
| 12/03 | PR COMWLTH HWY-TRANS AT SPL RV REV REF A TAXABLE OCT03 05.850%JUL01 2025 PAY DATE 12/01/2018 CUSIP NUM: 745185BG0 | ¤ Interest | | 463.13 | |
| 12/31 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | .31 | |
| | ML BANK DEPOSIT PROGRAM | Income Total | | 1.00 | |
| | Subtotal (Taxable Interest) | | | 867.77 | 20,114.33 |
| Tax-Exempt Dividends | | | | | |
| 12/10 | PUERTO RICO FIXED INCOME FD II INC HOLDING 2500.0000 PAY DATE 12/10/2018 | Foreign Dividend | | 10.19 | |
| 12/10 | PUERTO RICO FIED INCOME FD III INC HOLDING 18461.0000 PAY DATE 12/10/2018 | Foreign Dividend | | 69.02 | |
| 12/10 | TAX FREE PUERTO RICO FD II INC HOLDING 14436.0000 PAY DATE 12/10/2018 | Foreign Dividend | | 11.98 | |
| 12/10 | PUERTO RICO FIXD INC FD HOLDING 14390.0000 PAY DATE 12/10/2018 | Foreign Dividend | | 35.98 | |
| 12/18 | POPULAR INCOME PLUS FUND (USD) CL A PAY DATE 12/17/2018 | Dividend | | 67.86 | |
| | Subtotal (Tax-Exempt Dividends) | | | 195.03 | 7,275.58 |
| Taxable Dividends | | | | | |
| 12/03 | POPULAR CAPITAL TRUST I CUM INCOME PFD STK 06.700% NOV 01 2008 HOLDING 4940.0000 PAY DATE 12/03/2018 | * Foreign Dividend | | 689.54 | |
| 12/10 | PUERTO RICO FIXED INCOME FD II INC HOLDING 2500.0000 PAY DATE 12/10/2018 | * Foreign Dividend | | 6.49 | |
| 12/10 | PUERTO RICO FIED INCOME FD III INC HOLDING 18461.0000 PAY DATE 12/10/2018 | * Foreign Dividend | | 38.60 | |
| 12/14 | FIRST BANCORP SHS HOLDING 1942.0000 PAY DATE 12/14/2018 | * Foreign Dividend | | 58.26 | |

006

6734

PEDRO L CASASNOVA AND

Account Number: 5PR-11863

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-11863

December 01, 2018 - December 31, 2018

## YOUR CMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| | Taxable Dividends | | | | |
| | Subtotal (Taxable Dividends) | | | 792.89 | 9,619.46 |
| | NET TOTAL | | | 1,855.69 | 37,009.37 |

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| | Other Debits/ Credits | | | | |
| 12/03 | POPULAR CAPITAL TRUST I CUM INCOME PFD STK 9% 700% NOV 01 2008 PAY DATE 12/03/2018 | Foreign Tax Withholding | | 103.43 | |
| 12/10 | PUERTO RICO FIXED INCOME FD III INC PAY DATE 12/10/2018 | Foreign Tax Withholding | | .97 | |
| 12/10 | PUERTO RICO FIED INCOME FD III INC PAY DATE 12/10/2018 | Foreign Tax Withholding | | 5.79 | |
| 12/14 | FIRST BANCORP SHS PAY DATE 12/14/2018 | Foreign Tax Withholding | | 8.74 | |
| | Subtotal (Other Debits/Credits) | | | 118.93 | |
| | NET TOTAL | | | 118.93 | |

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 12/03 | ML BANK DEPOSIT PROGRAM | | 1.00 | 12/17 | ML BANK DEPOSIT PROGRAM | | 49.00 |
| 12/04 | ML BANK DEPOSIT PROGRAM | | 1,452.00 | 12/19 | ML BANK DEPOSIT PROGRAM | | 68.00 |
| 12/11 | ML BANK DEPOSIT PROGRAM | | 166.00 | | | | |
| | NET TOTAL | | | | | | 1,736.00 |

## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Merrill Lynch Wealth Management Client Support, at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

or we act as a market maker, dealer, block positioner or in some of our affiliates, we, or one of our affiliates, may put us, or one of our affiliates on the opposite sides of transactions you execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, these selected vendors, in our opinion, provide meaningful value. Your first in line, location, recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon any third party research ratings and reports.

MLPF&S may make available to you certain securities and investment products, provided these are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill Edge is the marketing name for two businesses. "Merrill Edge Advisory Center™" which offers team-based and guidance brokerage services, and a self-directed online investing platform.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities. Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

For certain securities in which we hold bonds and where certain stocks. If hold bonds partial call for those securities. Securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This process and series of confirmations of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your account balance, business segregated and we can use these funds balance business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning those full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or any national securities exchange or institution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA. You may obtain an investor education brochure that includes information describing the FINRA Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A., based on the average daily Preferred Deposit® and Preferred Deposit for Business® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your information. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the U.S Securities Exchange Commission. Precious metals, other assets that are not held at MLPF&S, precious metals, and assets that are not held at MLPF&S, defined by SIPC, and assets that are not held at MLPF&S such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is a bank. Unless otherwise disclosed. INVESTMENTS GUARANTEED MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

006

6734

+

**Merrill Lynch**
Bank of America Corporation

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume stable market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debit funds, and hedge funds) are generally illiquid investments and their current values will be difficult to determine and the amount you will receive should you choose to liquidate these securities and their normal trading market does not exist. In some cases a market may exist for these securities and their current value will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data / Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset — equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| H | Interest reported to the IRS |
| * ■ | Gross Proceeds reported to the IRS |
| . | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf. |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/O | Non-negotiable securities |
| N/N | Non-negotiable securities registered in your name |
| N/O CUST | Securities registered in the name of the custodian |
| ↑ ↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |

ENV# CEBGMDZPBBBQLMD_BBBBB
POPULAR SECURITIES
209 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918


**POPULAR SECURITIES**®

PEDRO L CASASNOVAS
OLGA I TRINIDAD
57 CALLE WASHINGTON
APT 4
*SANTURCE PR 00907

---

**STATEMENT FOR THE PERIOD DECEMBER 1, 2018 TO DECEMBER 31, 2018**

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

---

**YOUR REGISTERED REPRESENTATIVE**
JORGE ROIG
RR#: P26
jroig@bppr.com

**For questions about your accounts:**
Local: 787 296 0636
In-State: 787 758 7400
National: 800 981 7400

**TOTAL VALUE OF YOUR PORTFOLIO**                    **$4,203,250.99**
*Your portfolio contains unpriced positions. Refer to Holdings in this statement for more information*

---

**FOR YOUR INFORMATION**

Mantenemos un Plan de Contingencia y en caso de emergencia se puede comunicar con nosotros al 787-648-3334 y 787-648-3335. Contamos con un grupo de apoyo telefonico en el 787-724-3657 opcion 3 disponibles de lunes a viernes de 8 a.m. a 5:30 p.m.

**CHANGE IN VALUE OF YOUR PORTFOLIO**
*$ millions*

| | |
|---|---|
| 8.000 | |
| 6.000 | |
| 4.000 | |
| 2.000 | |
| 0.000 | |
| | 2010 2011 2012 2013 2014 2015 2016 2017 2018 |

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

Popular Securities

MN  _CEBGMDZPBBBQLMD_BBBBB 20181231

Page 1 of 22

Statement for the Period December 1, 2018 to December 31, 2018


**POPULAR** SECURITIES®

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

# Account Overview

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $4,297,487.97 | $3,201,089.41 |
| Additions and Withdrawals | ($15,000.00) | ($112,471.23) |
| Income | $12,355.26 | $169,911.55 |
| Taxes, Fees and Expenses | ($1,563.04) | ($18,869.75) |
| Change in Value | ($90,029.20) | $963,591.01 |
| ENDING VALUE (AS OF 12/31/18) | $4,203,250.99 | $4,203,250.99 |
| Total Accrued Interest | $5,145.18 | |
| Total Pending Accrued Dividends | $901.00 | |
| Ending Value with Accrued Interest and Dividends | $4,209,297.17 | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

| MARGIN PROFILE | as of December 31, 2018 |
|---|---|
| Margin Positions Market Value | $324,712.50 |
| Margin Balance (Net currency credit/debit) | $0.00 |
| Margin Equity | **$324,712.50** |
| Margin Equity Percent | 100.0% |
| Equity Buying Power | $1,026,882.56 |
| Margin Interest Charged this Period | $0.00 |

*Balances and Margin availability are reflected as of the closing date of this statement. Please consult with your broker dealer prior to trading as these amounts may have changed. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

*Margin balance information reported in this section is based on trade date. Position and balance information reported elsewhere in this statement is based on settlement date.*

### ACCOUNT ALLOCATION




| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 7.3 % | $307,508.55 | $308,064.77 |
| Equities | 50.4 | $2,140,372.11 | $2,115,587.42 |
| Fixed Income | 42.3 | $1,849,607.31 | $1,779,598.80 |
| TOTAL | 100.0 % | $4,297,487.97 | $4,203,250.99 |

*Cash and Cash Equivalents will include margin debit and credit balances.*

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker dealer prior to making investment decisions.*

Popular Securities

MN _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

Page 2 of 22

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648



## Account Overview *continued*

### INCOME

| TAXABLE | Current Period | Year-to-Date |
|---|---|---|
| Taxable Dividends | $10,420.30 | $125,797.63 |
| TOTAL TAXABLE | $10,420.30 | $125,797.63 |
| NON-TAXABLE | Current Period | Year-to-Date |
| Non-Taxable Dividends | $211.02 | $8,474.12 |
| Muni Tax Exempt Interest | $1,723.94 | $35,639.80 |
| TOTAL NON-TAXABLE | $1,934.96 | $44,113.92 |
| **TOTAL INCOME** | **$12,355.26** | **$169,911.55** |

| TAXES, FEES AND EXPENSES | Current Period | Year-to-Date |
|---|---|---|
| Foreign Tax Paid | ($1,563.04) | ($18,869.75) |
| **TOTAL TAXES, FEES AND EXPENSES** | **($1,563.04)** | **($18,869.75)** |

### MESSAGES AND ALERTS

Brokerage services are offered through Popular Securities LLC., registered broker/dealer, member FINRA and SIPC. Popular Securities LLC., is a subsidiary of Popular Inc., and is affiliated with Banco Popular de Puerto Rico. Popular Inc., and Banco Popular de Puerto Rico are not registered broker/dealers. INVESTMENT PRODUCTS ARE NOT FDIC INSURED. NOT BANK GUARANTEED - MAY LOSE VALUE.

A copy of the Popular Securities commission and fee schedule is available at our website and and at https://popularone.com/services/investments/ The brochure provides information about commission and fees related to your account. If you have questions about the contents of this brochure please contact us at 787-758-7400.

For Investment Advisory Accounts: A copy of the Popular Securities Investment Adviser Brochure or ADVII Form is available at our website at www.popular.com/en/about-securities. This brochure provides information about the qualifications and business practices of the investment adviser, Popular Securities LLC. If you have any questions about the contents of this brochure, please contact us at 787-758-7400.

Brokerage services and advisory services are offered through Popular Securities LLC, registered broker/dealer, member FINRA and SIPC. Popular Securities LLC is subsidiary of Popular Inc., and is affiliated with Banco Popular de Puerto Rico. Popular Inc, and Banco Popular de Puerto Rico are not registered broker/dealers. INVESTMENT PRODUCTS ARE NOT FDIC INSURED, NOT BANK GUARANTEED - MAY LOOSE VALUE

Popular Securities

MN  _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

Page 3 of 22

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

 **POPULAR** SECURITIES®

# Holdings

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

CASH AND CASH EQUIVALENTS - 7.33% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Money Markets** | | | | | |
| POPULAR MONEY MARKET WHLD Dividend Option Cash Capital Gain Option Cash | PMMWQ CASH | 308,064.77 | $1.00 | $308,064.77 | |
| **Total Cash and Cash Equivalents** | | | | $308,064.77 | |

HOLDINGS > EQUITIES - 50.33% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Equity** | | | | | |
| DORAL FINL CORP A ESCROW PFD | 258ESC201 CASH | 1,500 | unavailable | unavailable | |
| FIRST BANCORP P R COM NEW Estimated Yield 1.39% Dividend Option Cash Capital Gain Option Cash | FBP CASH | 1,165 | $8.60 | $10,019.00 | $139.80 |
| FIRST PUERTO RICO TARGET MAT INCOME OPPORTUNITIES FD II INC COM CASH DIV ISIN #PR33612V1028 | 33612V102 CASH | 2,500 | $2.79 | $6,975.00 | |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY FD II INC | 336128103 CASH | 1,500 | $6.16 | $9,240.00 | |
| POPULAR CAP TR I GTD MONTHLY INCOME 6.7% 11/01/2033 PFD | BPOPN CASH | 44,416 | $25.55 | $1,134,828.80 | $74,396.62 |

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

 **POPULAR** SECURITIES®

---

**HOLDINGS >** EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| POPULAR CAP TR I GTD MONTHLY INCOME 6.7% MOODY'S B3 /S&P B- CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 11/01/2008 CALLABLE ON 01/29/2019 @ 25.0000 Estimated Yield 6.55% | BPOPN | *continued* | | | |
| POPULAR CAP TR II GTD MONTHLY INCOME 6.125% 12/01/2034 PFD MOODY'S B3 /S&P B- CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 12/01/2009 CALLABLE ON 01/29/2019 @ 25.0000 Estimated Yield 6.32% | BPOPM CASH | 30,070 | $24.20 | $727,694.00 | $46,044.63 |
| POPULAR INC COM NEW Estimated Yield 2.11% Dividend Option Cash Capital Gain Option Cash | BPOP CASH | 3,604 | $47.22 | $170,180.88 | $3,604.00 |
| PUERTO RICO AAA PORTFOLIO TARGET MAT FD INC | 74514M105 CASH | 475 | $5.90 | $2,802.50 | |
| PUERTO RICO AAA PTFL BD FD INC COM | 74514P108 CASH | 2,210 | $5.41 | $11,956.10 | |
| PUERTO RICO FIXED INCOME FD INC | 744907106 CASH | 1,222 | $1.33 | $1,625.26 | |
| PUERTO RICO GNMA & U S GOVT TARGET MAT FD INC | 74527W108 CASH | 2,500 | $4.58 | $11,450.00 | |
| PUERTO RICO INVS TAX FREE FD INC TRUST I Estimated Yield 4.27% Dividend Option Cash Capital Gain Option Cash | 745274100 CASH | 8,000 | $1.94 | $15,520.00 | $663.34 |
| PUERTO RICO INVS TAX FREE FD VI INC ISIN #PR7452761054 Estimated Yield 3.66% Dividend Option Cash Capital Gain Option Cash | 745276105 CASH | 5,193.703 | $2.56 | $13,295.88 | $486.90 |

**Popular Securities**

MN  _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648



## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| W HLDG CO INC PFD CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 05/30/2008 | 929251700 CASH | 479 | unavailable | unavailable | |
| W HLDG CO INC PFD CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 12/21/2009 | 929251882 CASH | 1,000 | unavailable | unavailable | |
| W HLDG CO INC 6.90000% PFD PERPTL MTY CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 08/29/2009 CALLABLE ON 01/29/2019 @ _25.0000 _ | 929251609 CASH | 1,000 | unavailable | unavailable | |
| **Total Equity** | | | | $2,115,587.42 | $125,335.29 |
| **Total Equities** | | | | $2,115,587.42 | $125,335.29 |

## HOLDINGS > FIXED INCOME - 40.28% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | |
| PUERTO RICO CONSV TR ESCROW 06.30000% 11/01/2033 CPN PMT MONTHLY | 745ESCAE3 MARGIN | 275,000 | unavailable | unavailable | |
| **Municipal Bonds** | | | | | |
| PUERTO RICO COMWLTH INDL DEV CO GEN PURP 05.20000% 07/01/2023 REVS GEN PURP REV BDS SER. 2003 REVENUE MOODY'S C CPN PMT MONTHLY | 745211LH3 CASH | 100,000 | $80.00 | $80,000.00 | |

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648

 **POPULAR** SECURITIES®

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO COMWLTH INDL DEV CO GEN PURP CONTINUOUSLY CALLABLE FROM 07/01/2011 CALLABLE ON 01/29/2019 @ 100.0000 SUBJECT TO SINKING FUND IN MONETARY DEFAULT | 745211LH3 | *continued* | | | |
| PUERTO RICO PUB BLDGS AUTH REV GTD 06.00000% 07/01/2024 GOVERNMENT FACILITIES REV REFUNDING BDS SERIES INSURED BY NATL PUBLIC FINANCE REVENUE MOODY'S Baa2 CPN PMT SEMI-ANNUAL ON JAN 01, JUL 01 Next Interest Payable: 01/01/19 CONTINUOUSLY CALLABLE FROM 07/01/2018 CALLABLE ON 01/31/2019 @ 100.0000 IN TECHNICAL DEFAULT Accrued Interest       $1500.00 | 745235K26 CASH | 50,000 | $103.624 | $51,812.00 | $3,000.00 |
| PUERTO RICO PUB BLDGS AUTH REV GTD 06.00000% 07/01/2025 GOVERNMENT FACILITIES REV REFUNDING BDS SERIES INSURED BY NATL PUBLIC FINANCE REVENUE MOODY'S Baa2 CPN PMT SEMI-ANNUAL ON JAN 01, JUL 01 Next Interest Payable: 01/01/19 IN TECHNICAL DEFAULT Accrued Interest      $1800.00 | 745235K34 CASH | 60,000 | $108.658 | $65,194.80 | $3,600.00 |
| PUERTO RICO INDL TOURIST EDL MED & 06.90000% 06/01/2026 ENVIRONMENTAL CTL FACS FING AUTH INDL REV G.O. BDS DORAL REVENUE CPN PMT MONTHLY PARTIAL CALL ON 03/15/2016 @   61.4 CONTINUOUSLY CALLABLE FROM 12/01/2009 CALLABLE ON 01/29/2019 @ 100.0000 SUBJECT TO EXTRAORDINARY CALL SUBJECT TO SINKING FUND | 74527BLD4 CASH | 25,000 | $0.50 | $30.07 | |

Popular Securities

MN  _CEBGMDZPBBBQLMD_BBBBB 20181231

Statement for the Period December 1, 2018 to December 31, 2018

 **POPULAR** SECURITIES®

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO INDL TOURIST EDL MED & IN MONETARY DEFAULT<br>Factor      0.240572<br>Current face       $6,014 | 74527BLD4 | *continued* | | | |
| PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH REV BDS SER 2008 B REVENUE MOODY'S Ca CPN PMT MONTHLY Next Interest Payable: 02/01/19 CONTINUOUSLY CALLABLE FROM 07/01/2015 CALLABLE ON 01/29/2019 @ 100.0000 SUBJECT TO SINKING FUND IN TECHNICAL DEFAULT Accrued Interest      $75.62 | 745160PQ8<br>CASH | 15,000 | $74.75 | $11,212.50 | $907.50 |
| PUERTO RICO COMWLTH REF PUB IMPT BDS SER 2008C LIMITED GEN OBLIG MOODY'S Ca CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 07/01/2018 CALLABLE ON 01/29/2019 @ 100.0000 SUBJECT TO SINKING FUND IN MONETARY DEFAULT | 74514LSU2<br>MARGIN | 150,000 | $53.25 | $79,875.00 | |
| PUERTO RICO PUB BLDGS AUTH REV GTD GOVT FACS REV BDS SERIES R1 REVENUE MOODY'S Ca CPN PMT QUARTERLY ON JAN 01, APR 01, JUL 01, OCT 01 SUBJECT TO EXTRAORDINARY CALL IN MONETARY DEFAULT | 745235M57<br>CASH | 200,000 | $53.625 | $107,250.00 | |
| PUERTO RICO SALES TAX FING CORP SALES ELECTION INV FROM CUSIP 74529JNL5 CPN PMT MONTHLY | 74599BMX2<br>CASH | 320,000 | $45.00 | $144,000.00 | |

**Popular Securities**

MN   _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

POPULAR SECURITIES®

Statement for the Period December 1, 2018 to December 31, 2018
PEDRO J. CASANOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

**HOLDINGS > FIXED INCOME** *continued*

| Description | Symbol/Cusip<br>Account Type | Quantity | Estimated<br>Price on<br>12/31/18 | Estimated<br>Current<br>Market Value | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES<br>06 65000% 08/01/2029 ELECTION INV FROM<br>CUSIP 74529JNL5<br>CPN PMT MONTHLY | 74529JMX2<br>MARGIN | 50,000 | $45.00 | $22,500.00 | $.00 |
| PUERTO RICO PUB FIN CORP APPROPRIATION<br>05 50000% 08/01/2031 BDS SER 2018<br>IN MONETARY DEFAULT | 74529JYV8<br>CASH | 25,000 | $5.25 | $1,312.50 | |
| CPN PMT SEMI-ANNUAL<br>MOODYS C<br>REVENUE<br>ON AUG 01, FEB 01<br>CONTINUOUSLY CALLABLE FROM 08/01/2021<br>CALLABLE ON 08/01/2021 @ 100.0000<br>SUBJECT TO SINKING FUND | | | | | |
| PUERTO RICO COMM,TH AQUEDUCT & SWR AUTH745160PF1<br>06 16000% 07/01/2024 REV COMM,TH GTD REF<br>REV BDS SER 2008 A<br>REVENUE<br>MOODYS Ca<br>CPN PMT MONTHLY<br>Net Interest Payable 03/01/19<br>CONTINUOUSLY CALLABLE FROM 07/01/2013<br>CALLABLE ON 01/29/2019 @ 100.0000<br>SUBJECT TO SINKING FUND<br>IN TECHNICAL DEFAULT | 745160PF1<br>CASH | 100,000 | $72.75 | $72,750.00 | $6,160.00 |
| Accrued Interest | | | | $508.33 | |
| PUERTO RICO COMM,TH AQUEDUCT & SWR AUTH745160P96<br>06 00000% 07/01/2024 REV COMM,TH GTD REF<br>REV BDS SER 2008 B<br>REVENUE<br>MOODYS Ca<br>CPN PMT MONTHLY<br>Net Interest Payable 02/01/19<br>CONTINUOUSLY CALLABLE FROM 07/01/2015<br>CALLABLE ON 01/29/2019 @ 100.0000<br>SUBJECT TO SINKING FUND<br>IN TECHNICAL DEFAULT | 745160P96<br>MARGIN | 210,000 | $72.75 | $152,775.00 | $12,810.00 |
| Accrued Interest | | | | $1,067.50 | |

Popular Securities

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBOKDZPBBBQLMD_BBBBB 20181231

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

 **POPULAR** SECURITIES®

## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING COR SALES 05 15000% 08/01/2036 ELECTION INV FROM CUSIP 74529JMF9 CPN PMT QUARTERLY ON FEB 01, MAY 01, AUG 01, NOV 01 | 74599BLQ8 CASH | 25,000 | $45.00 | $11,250.00 | |
| PUERTO RICO SALES TAX FING CORP SALES 05 05000% 08/01/2036 REV BDS SER. 2007-B INVESTOR FROM CUSIP 74529JAC9 CPN PMT MONTHLY | 74599AYS2 CASH | 765,000 | $75.75 | $579,487.50 | |
| EMPLOYEES RETIREMENT SYS GOVT COMWLTH 06 15000% 07/01/2038 PUERTO RICO INSTL SR PENSION FDG BDS SER 2008 A REVENUE MOODY'S C CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 07/01/2018 CALLABLE ON 01/29/2019 @ 100.0000 SUBJECT TO SINKING FUND IN MONETARY DEFAULT | 29216MAC4 CASH | 165,000 | $33.375 | $55,068.75 | |
| PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06 15000% 07/01/2038 REV REV BDS SER. 2008 B SENIOR LIEN REVENUE MOODY'S Ca CPN PMT MONTHLY Next Interest Payable: 02/01/19 CONTINUOUSLY CALLABLE FROM 07/01/2015 CALLABLE ON 01/29/2019 @ 100.0000 IN TECHNICAL DEFAULT Accrued Interest      $51.25 | 745160QG9 CASH | 10,000 | $89.25 | $8,925.00 | $615.00 |
| PUERTO RICO SALES TAX FING CORP SALES 06 35000% 08/01/2039 FIRST SUB REV BDS COFINA SER. 2009B INVESTORS FROM CUSIP CPN PMT MONTHLY | 74599BFA0 CASH | 340,000 | $45.25 | $153,850.00 | |
| PUERTO RICO SALES TAX FING CORP SALES 06 00000% 08/01/2039 ELECTION - INV FROM CUSIP 74529JLK9 | 74599BKK2 MARGIN | 150,000 | $46.375 | $69,562.50 | |

**Popular Securities**

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648



**POPULAR** SECURITIES®

**HOLDINGS > FIXED INCOME** *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 12/31/18 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES CPN PMT SEMI-ANNUAL ON FEB 01, AUG 01 | 74599BKK2 | *continued* | | | |
| PUERTO RICO ELEC PWR AUTH PWR REV PWR REV 06 12500% 07/01/2040 BDS SER SERIES YY REVENUE MOODY'S Ca CPN PMT QUARTERLY ON JUL 01, OCT 01, JAN 01, APR 01 CONTINUOUSLY CALLABLE FROM 07/01/2020 CALLABLE ON 07/01/2020 @ 100.0000 SUBJECT TO EXTRAORDINARY CALL SUBJECT TO SINKING FUND IN MONETARY DEFAULT | 74526QXT4 CASH | 20,000 | $61.875 | $12,375.00 | |
| GDB DEBT RECOVERY AUTH OF COMWLTH 07.50000% 08/20/2040 PUERTO RICO TAXABLE REVENUE CPN PMT SEMI-ANNUAL ON FEB 20, AUG 20 1ST CPN DTE 02/20/2019 Next Interest Payable: 02/20/19 Accrued Interest $142.48 | 36829QAA3 CASH | 20,724 | $67.00 | $13,885.08 | $1,554.30 |
| **Total Municipal Bonds** | | 2,800,724 | | $1,693,115.70 | $28,586.80 |
| **Total Fixed Income** | | 3,075,724 | | $1,693,115.70 | $28,586.80 |

**HOLDINGS > MUTUAL FUNDS - 2.06% of Total Account Value**

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Fixed Income** | | | | | |
| X2 ALTERNATIVE DIVIDEND ALPHA FD A Estimated Yield 4.58% Dividend Option Cash Capital Gain Option Cash | QFAXQ CASH | 9,917.787 | $8.72 | $86,483.10 | $3,967.11 |
| **Total Mutual Funds** | | | | $86,483.10 | $3,967.11 |

**Popular Securities**

MN _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648

 **POPULAR** SECURITIES®

---

**HOLDINGS >** *continued*

| Total Securities | $3,895,186.22 | $157,889.20 |
|---|---|---|

| **TOTAL PORTFOLIO VALUE** | $4,203,250.99 | $157,889.20 |
|---|---|---|

# Activity

PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Redemptions** | | | | | |
| 12/03/18 | CASH | REDEEMED | GDB DEBT RECOVERY AUTH OF COMWLTH 07.50000% 08/20/2040 | (4,764) | $4,764.00 |
| Total Redemptions | | | | | $4,764.00 |

**ACTIVITY >** CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/03/18 | CASH | YOU BOUGHT | POPULAR MONEY MARKET WHLD @ 1 | 10,255.19 | ($10,255.19) |
| 12/03/18 | CASH | YOU BOUGHT | POPULAR MONEY MARKET WHLD @ 1 AS OF 12-03-18 | 4,764 | ($4,764.00) |
| 12/10/18 | CASH | YOU BOUGHT | POPULAR MONEY MARKET WHLD @ 1 | 182.35 | ($182.35) |
| 12/14/18 | CASH | YOU BOUGHT | POPULAR MONEY MARKET WHLD @ 1 | 29.71 | ($29.71) |
| 12/17/18 | CASH | YOU BOUGHT | POPULAR MONEY MARKET WHLD @ 1 | 41.78 | ($41.78) |
| 12/18/18 | CASH | YOU SOLD | POPULAR MONEY MARKET WHLD @ 1 | (15,000) | $15,000.00 |
| 12/27/18 | CASH | YOU BOUGHT | POPULAR MONEY MARKET WHLD @ 1 | 283.19 | ($283.19) |

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648

 **POPULAR** SECURITIES®

### ACTIVITY *continued*

|  | Amount |
|---|---|
| **TOTAL CORE FUND ACTIVITY** | ($556.22) |

### ACTIVITY > ADDITIONS AND WITHDRAWALS > OTHER ADDITIONS AND WITHDRAWALS

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Other Additions and Withdrawals** | | | | | |
| 12/18/18 | CASH | INTRA-BANK DEBIT | INTRA-BANK DEBIT ID81537489 | | ($15,000.00) |
| **Total  Other Additions and Withdrawals** | | | | | ($15,000.00) |

| **TOTAL ADDITIONS AND WITHDRAWALS** | ($15,000.00) |
|---|---|

### ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS

This section includes miscellaneous and certain corporate action transactions such as mergers, acquisitions, currency conversions, shares delivered or received in-kind, with a zero dollar amount at the time the transaction occurred. It also includes Return of Principal transactions.

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.05000% 08/01/2036 TENDER INSTRUCT #REOR V040003182O110 TRAN VALUE: $579,487.50 | (765,000) | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.35000% 08/01/2039 TENDER INSTRUCT #REOR V040003061O110 TRAN VALUE: $153,850.00 | (340,000) | $0.00 |

**Popular Securities**

MN   _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period December 1, 2018 to December 31, 2018



PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number: PSP-338648

**ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS**  *continued*

| Date | Account Type | Transaction | Description | Quantity | Amount |
|------|--------------|-------------|-------------|----------|--------|
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 05.00000% 08/01/2039 TENDER INSTRUCT #REOR V0400030320110 TRAN VALUE: $69,562.50 | (150,000) | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 05.15000% 08/01/2036 TENDER INSTRUCT #REOR V0400030510110 TRAN VALUE: $11,250.00 | (25,000) | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 06.05000% 08/01/2029 TENDER INSTRUCT #REOR V0400030600110 TRAN VALUE: $144,000.00 | (320,000) | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 06.05000% 08/01/2029 TENDER INSTRUCT #REOR V0400030600110 TRAN VALUE: $22,500.00 | (50,000) | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 06.05000% 08/01/2036 TENDER INSTRUCT #REOR V0400031820110 TRAN VALUE: ($579,487.50) | 765,000 | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 06.35000% 08/01/2039 TENDER INSTRUCT #REOR V0400030610110 TRAN VALUE: ($153,850.00) | 340,000 | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 05.00000% 08/01/2039 TENDER INSTRUCT #REOR V0400030320110 TRAN VALUE: ($69,562.50) | 150,000 | $0.00 |

**Popular Securities**

MN  _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648

 **POPULAR** SECURITIES®

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS   *continued*

| Date | Account Type | Transaction | Description | Quantity | Amount |
|------|--------------|-------------|-------------|----------|--------|
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING COR SALES 05.15000% 08/01/2036 TENDER INSTRUCT #REOR V040003051010 TRAN VALUE: ($11,250.00) | 25,000 | $0.00 |
| 12/26/18 | CASH | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.05000% 08/01/2029 TENDER INSTRUCT #REOR V040003060110 TRAN VALUE: ($144,000.00) | 320,000 | $0.00 |
| 12/26/18 | MARGIN | JOURNALED | PUERTO RICO SALES TAX FING CORP SALES 06.05000% 08/01/2029 TENDER INSTRUCT #REOR V040003060110 TRAN VALUE: ($22,500.00) | 50,000 | $0.00 |

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|-----------------|--------------|-------------|-------------|----------|--------|
| **Taxable Dividends** | | | | | |
| 12/03/18 | CASH | DIVIDEND RECEIVED | POPULAR CAP TR II GTD MONTHLY INCOME 6.125% 12/01/2034 PFD | | $3,837.05 |
| 12/03/18 | CASH | DIVIDEND RECEIVED | POPULAR CAP TR I GTD MONTHLY INCOME 6.7% 11/01/2033 PFD | | $6,199.72 |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO AAA PORTFOLIO TARGET MAT FD INC | | $0.67 |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO AAA PTFL BD FD INC COM | | $6.76 |

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648

 **POPULAR SECURITIES®**

**ACTIVITY> INCOME > TAXABLE INCOME**   *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO GNMA & U S GOVT TARGET MAT FD INC | | $5.91 |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO INVS TAX FREE FD VI INC ISIN #PR7452761054 | | $0.28 |
| 12/14/18 | CASH | DIVIDEND RECEIVED | FIRST BANCORP P R COM NEW | | $34.95 |
| 12/15/18 | CASH | DIVIDEND RECEIVED | FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY FD II INC | | $1.80 |
| 12/26/18 | CASH | DIVIDEND RECEIVED | POPULAR MONEY MARKET WHLD DIVIDEND RECEIVED | | $333.16 |
| **Total Taxable Dividends** | | | | | $10,420.30 |
| **Total Taxable Income** | | | | | $10,420.30 |

**ACTIVITY >INCOME > NON-TAXABLE INCOME**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Non-Taxable Dividends** | | | | | |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO FIXED INCOME FD INC | | $3.06 |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO AAA PORTFOLIO TARGET MAT FD INC | | $11.20 |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO AAA PTFL BD FD INC COM | | $50.32 |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO GNMA & U S GOVT TARGET MAT FD INC | | $42.67 |
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO INVS TAX FREE FD INC TRUST I | | $40.00 |

Popular Securities

MN  _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period December 1, 2018 to December 31, 2018



PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648

## ACTIVITY > INCOME > NON-TAXABLE INCOME   *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/10/18 | CASH | DIVIDEND RECEIVED | PUERTO RICO INVS TAX FREE FD VI INC ISIN #PR7452761054 | | $23.52 |
| 12/15/18 | CASH | DIVIDEND RECEIVED | FIRST PUERTO RICO TARGET MAT INCOME OPPORTUNITIES FD II INC COM CASH DIV ISIN #PR33612V1028 | | $16.25 |
| 12/15/18 | CASH | DIVIDEND RECEIVED | FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY FD II INC | | $24.00 |
| **Total Non-Taxable Dividends** | | | | | **$211.02** |

**Muni Tax Exempt Interest**

| | | | | | |
|---|---|---|---|---|---|
| 12/01/18 | CASH | MUNI EXEMPT INT | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06.05000% 07/01/2028 REV COMWLTH GTD REF REV BDS SER. 2008 B | | $75.62 |
| 12/01/18 | MARGIN | MUNI EXEMPT INT | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06.10000% 07/01/2034 REV COMWLTH GTD REF REV BDS SER. 2008 B | | $1,067.50 |
| 12/01/18 | CASH | MUNI EXEMPT INT | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06.10000% 07/01/2034 REV COMWLTH GTD REF REV BDS SER. 2008 A | | $508.33 |
| 12/01/18 | CASH | MUNI EXEMPT INT | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06.15000% 07/01/2038 REV REV BDS SER. 2008 B SENIOR LIEN | | $51.25 |
| 12/03/18 | CASH | MUNI EXEMPT INT | GDB DEBT RECOVERY AUTH OF COMWLTH 07.50000% 08/20/2040 PUERTO RICO TAXABLE | | $21.24 |

Statement for the Period December 1, 2018 to December 31, 2018



PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648

## ACTIVITY > INCOME > NON-TAXABLE INCOME   *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Total  Muni Tax Exempt Interest** | | | | | $1,723.94 |
| **Total  Non-Taxable Income** | | | | | $1,934.96 |
| **TOTAL INCOME** | | | | | $12,355.26 |

## ACTIVITY > TAXES, FEES AND EXPENSES

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Foreign Tax Paid** | | | | | |
| 12/03/18 | CASH | FOREIGN TAX PAID | POPULAR CAP TR II GTD MONTHLY INCOME 6.125% 12/01/2034 PFD | | ($575.56) |
| 12/03/18 | CASH | FOREIGN TAX PAID | POPULAR CAP TR I GTD MONTHLY INCOME 6.7% 11/01/2033 PFD | | ($929.96) |
| 12/10/18 | CASH | FOREIGN TAX PAID | PUERTO RICO AAA PORTFOLIO TARGET MAT FD INC | | ($0.10) |
| 12/10/18 | CASH | FOREIGN TAX PAID | PUERTO RICO AAA PTFL BD FD INC COM | | ($1.01) |
| 12/10/18 | CASH | FOREIGN TAX PAID | PUERTO RICO GNMA & U S GOVT TARGET MAT FD INC | | ($0.89) |
| 12/10/18 | CASH | FOREIGN TAX PAID | PUERTO RICO INVS TAX FREE FD VI INC ISIN #PR7452761054 | | ($0.04) |
| 12/14/18 | CASH | FOREIGN TAX PAID | FIRST BANCORP P R COM NEW | | ($5.24) |
| 12/15/18 | CASH | FOREIGN TAX PAID | FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY FD II INC | | ($0.27) |

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants in Common
Account Number: PSP-338648



## ACTIVITY > TAXES, FEES AND EXPENSES *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 12/26/18 | CASH | FOREIGN TAX PAID | POPULAR MONEY MARKET WHLD DIVIDEND RECEIVED | | ($49.97) |
| **Total Foreign Tax Paid** | | | | | ($1,563.04) |
| **TOTAL TAXES, FEES AND EXPENSES** | | | | | ($1,563.04) |

## ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| BPOP | POPULAR INC COM NEW | 3,604 | $0.25 | $901.00 |
| **Total Pending Accrued Dividends** | | | | $901.00 |

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

MARGIN - You have been approved for margin privileges and may borrow money from NFS in exchange for pledging the assets in your account(s) as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, identified as Margin Positions Market Value on this statement. This statement shows the combined balance of your margin account and a special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

MARGIN POSITIONS MARKET VALUE is the market value for all positions held in the margin account using the previous business day's closing price.

Popular Securities

MN _CEBGMDZPBBBQLMD_BBBBB 20181231

Statement for the Period December 1, 2018 to December 31, 2018

PEDRO L CASASNOVAS & OLGA I TRINIDAD - Tenants In Common
Account Number:  PSP-338648



## Miscellaneous Footnotes *continued*

MARGIN BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your margin account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

SHORT POSITIONS MARKET VALUE is the market value for all positions held in the short account using the previous business day's closing price.

SHORT BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your short account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

MARGIN EQUITY is the value of all margin positions in the account less any margin debit balance plus any margin credit balance.

MARGIN EQUITY PERCENTAGE is the equity percentage of the margin market value of the account (The margin equity divided by the margin market value).

EQUITY BUYING POWER is the maximum dollar amount available, including cash and margin, to purchase marginable equity securities without adding money to the account. Buying power calculations include open order commitments, intraday trade executions, and money movement into and out of the account.

MARGIN INTEREST CHARGED THIS PERIOD is the U.S. dollar equivalent value of the interest charged on margin debit balances since the last statement period.

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Popular Securities

MN  _CEBGMDZPBBBQLMD_BBBBB 20181231

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**GLOSSARY Short Account Balances -**If you have sold securities under the short sale rule, we, as your custodian for funds in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be required to be market and will be transferred to your Margin Account on a weekly basis.   **Market Value -** The Total Market Value has been calculated out to 3 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for  fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not

closely[?] ... the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.
Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement.  Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer on your behalf or that are otherwise received by NFS. In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942.  Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens.  NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request.  Short positions in American-style options are liable for assignment at any time.  The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation.  Splits, Dividends, and Interest.  Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in 'over-the-counter 'securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement.  Income Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions.  A financial statement  of  NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.
**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, if you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase fund shares may be assigned a load, transaction fee or no transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase.   Margin.  If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose margin accounts maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request.   NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org.  FINRA Rule 4311  requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request.   Your broker-dealer is responsible for:  (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate  orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs.   NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.  Securities in accounts carried by  NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors.  NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit   www.sipc.org   or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.
**End of Statement**

722239.7.0

**Popular Securities**

This page is left intentionally blank