Arthur Samodurov
200 Rano Blvd #4C-27
Vestal, NY 13850



Clerks of US District Court
Room 150 of Federal Building
San Juan, Puerto Rico 00918-1767