*EXHIBIT A*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ■ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1  Identify the Claim / Identificar la reclamación**

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   **REINALDO VINCENTY PEREZ**
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410      Proof of Claim      page 1

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ■ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | |

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

   **Where should notices to the creditor be sent?**
   ¿A dónde deberían enviarse las notificaciones al acreedor?

   **REINALDO VINCENTY PEREZ**
   Name / Nombre

   **917         CALLE ISAURA ARNAU**
   Number / Número     Street / Calle

   **SAN JUAN      PR         00924**
   City / Ciudad   State / Estado   ZIP Code / Código postal

   **787-376-1356**
   Contact phone / Teléfono de contacto

   **yendepr@yahoo.com**
   Contact email / Correo electrónico de contacto

   **Where should payments to the creditor be sent?** (If different)
   ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

   **REINALDO VINCENTY PEREZ**
   Name / Nombre

   **917         CALLE ISAURA ARNAU**
   Number / Número     Street / Calle

   **SAN JUAN      PR         00924**
   City / Ciudad   State / Estado   ZIP Code / Código postal

   **787-376-1356**
   Contact phone / Teléfono de contacto

   **yendepr@yahoo.com**
   Contact email / Correo electrónico de contacto

4. **Does this claim amend one already filed?**

   ¿Esta reclamación es una enmienda de otra presentada anteriormente?

   ■ No / No
   ☐ Yes.  Claim number on court claims registry (if known) _____
      Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

   ■ No / No
   ☐ Yes. Who made the earlier filing?
      Sí. ¿Quién hizo la reclamación anterior?_____

### Part 2 / Parte 2:
**Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

   ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

   ☐ No / No
   ■ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
      Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   **Puerto Rico Sales Tax Financing Corporation (COFINA)**

7. **Do you supply goods and / or services to the government?**

   ¿Proporciona bienes y / o servicios al gobierno?

   ■ No / No
   ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

| | |
|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ 365,000.00 . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>■ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>**BOND CUSIP NUMBER: 74529JNL5** |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>■ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>■ Other. Describe:<br>   Otro. Describir: **SALES TAX**<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).<br><br>Value of property / Valor del bien: $ 365,000.00<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $ 365,000.00<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date) 6.05 %<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>■ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ■ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ |

Modified Official Form 410          Proof of Claim          page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ■ No / No<br><br>☐ Yes. Identify the property / Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ■ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:  Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

■ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 5/25/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: **ALEXIS** | **ALBERTO** | **BETANCOURT-VINCENTY**
First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido

Title / Cargo: ATTORNEY FOR CREDITOR

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: 100   CARR 165 SUITE 501
Number / Número   Street / Calle

GUAYNABO    PR   00968-8052
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-707-0404   Email / Correo electrónico a_betancourt@lugomender.com

REINALDO VINCENTY PEREZ
INVESTMENT SECURITIES (BONDS)

Puerto Rico Commonwealth

| CUSIP | Description | Maturity | Face Value | Coupon Interest | Interest Accrued since Default May-17 | Adjusted Cost | Value on 31-Jan-17 |
|---|---|---|---|---|---|---|---|
| 74514LKA4 | PUERTO RICO COMWLTH PUB | 7/1/2026 | 30,000.00 | 5.25% | 1,575.00 | 24,048.30 | 19,497.00 |
| 74514LSU2 | PUERTO RICO COMWLTH PUB | 7/1/2028 | 250,000.00 | 5.90% | 14,750.00 | 255,795.24 | 158,100.00 |
|  |  |  | 25,000.00 | 5.90% | 1,475.00 | 16,706.25 | 15,810.00 |
|  |  |  | 275,000.00 |  | 16,225.00 | 272,501.49 | 173,910.00 |
| 74514LV18 | PUERTO RICO COMWLTH PUB | 7/1/2028 | 50,000.00 | 5.125% | 2,562.50 | 34,625.11 | 32,182.50 |
| 74514LB30 | PUERTO RICO COMWLTH PUB | 7/1/2028 | 20,000.00 | 5.750% | 1,150.00 | 16,580.80 | 13,200.00 |
| 745177EP6 | PUERTO RICO COMWL GOV DEV BK SNR | 7/1/2029 | 55,000.00 | 5.750% | 3,162.50 | 55,086.10 | 12,718.75 |

PR Sales Tax Cofina

| CUSIP | Description | Maturity | Face Value | Coupon Interest | Interest Accrued since Default May-17 | Adjusted Cost | Value on 31-Jan-17 |
|---|---|---|---|---|---|---|---|
| 74529JNL5 | PR SALES TAX FING CORP | 8/1/2029 | 215,000.00 | 6.05% | 13,007.50 | 215,000.00 | 98,900.00 |
|  |  |  | 150,000.00 | 6.05% | 9,075.00 | - | 69,000.00 |
|  |  |  | 365,000.00 |  | 22,082.50 |  | 167,900.00 |
| 74529JGQ2 | PR SALES TAX FING CORP | 8/1/2031 | 375,000.00 | 0.00% | - | 242,882.27 | 105,468.75 |
|  |  |  | 150,000.00 | 0.00% | - | 94,737.57 | 42,187.50 |
|  |  |  | 15,000.00 | 0.00% | - | 9,398.05 | 4,218.75 |
|  |  |  | 150,000.00 | 0.00% | - | 94,433.81 | 42,187.50 |
|  |  |  | 90,000.00 | 0.00% | - | 42,088.83 | 25,312.50 |
|  |  |  | 105,000.00 | 0.00% | - | 49,004.87 | 29,531.25 |
|  |  |  | 75,000.00 | 0.00% | - | 35,002.53 | 21,093.75 |
|  |  |  | 55,000.00 | 0.00% | - | 25,591.15 | 15,468.75 |
|  |  |  | 1,015,000.00 |  |  | 593,139.08 | 285,468.75 |

| CUSIP | Issuer | Date | Amount | Rate | | | |
|---|---|---|---|---|---|---|---|
| 74529AC9 | PR SALES TAX FING CORP | 8/1/2036 | 25,000.00 | 6.05% | 1,512.50 | 25,000.03 | 17,030.75 |
| | | | 150,000.00 | 6.05% | 9,075.00 | 150,000.00 | 102,184.50 |
| | | | 35,000.00 | 6.05% | 2,117.50 | 35,000.00 | 23,843.05 |
| | | | 20,000.00 | 6.05% | 1,210.00 | 20,000.43 | 13,624.60 |
| | | | 205,000.00 | 6.05% | 12,402.50 | 127,105.25 | 139,652.15 |
| | | | 455,000.00 | 6.05% | 27,527.50 | - | 309,959.65 |
| | | | 890,000.00 | | 53,845.00 | 357,105.71 | 606,294.70 |
| | | | | | | | |
| 74529JGP4 | PR SALES TAX FING CORP | 8/1/2039 | 60,000.00 | 6.35% | 3,810.00 | 60,000.00 | 27,900.00 |
| | | | 375,000.00 | 6.35% | 23,812.50 | 380,437.18 | 174,375.00 |
| | | | 240,000.00 | 6.35% | 15,240.00 | - | 111,600.00 |
| | | | 675,000.00 | | 42,862.50 | | 313,875.00 |
| | | | | | | | |
| 74529JLD5 | PR SALES TAX FING CORP | 8/1/2042 | 155,000.00 | 5.75% | 8,912.50 | 153,455.35 | 70,525.00 |
| | | | 250,000.00 | 5.75% | 14,375.00 | 254,954.79 | 113,750.00 |
| | | | 405,000.00 | | 23,287.50 | 408,410.14 | 184,275.00 |
| | | | | | | | |
| 74529JLE3 | PR SALES TAX FING CORP | 8/1/2042 | 100,000.00 | 5.75% | 5,750.00 | 100,495.80 | 45,500.00 |
| | | | 200,000.00 | 5.75% | 11,500.00 | 202,043.14 | 91,000.00 |
| | | | 300,000.00 | | 17,250.00 | 302,538.94 | 136,500.00 |

**PR Electric Power Authority**

| CUSIP | Issuer | Date | Amount | Rate | | | |
|---|---|---|---|---|---|---|---|
| 74526QXT4 | PUERTO RICO ELEC PWR AU | 7/1/2040 | 30,000.00 | 6.125% | 1,837.50 | 30,305.25 | 19,101.30 |
| 74526QZT2 | PUERTO RICO ELEC PWR AU | 7/1/2040 | 125,000.00 | 6.250% | 7,812.50 | 127,815.13 | 79,596.25 |

**UBS**

Resource Management Account
January 2017

Account name: REINALDO VINCENTY PEREZ
Account number: JX 0012465

Your Financial Advisor:
CESAR ARAN (SB)
787-250-3600/800-221-9825

## Your assets, Fixed income (continued)

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Jan 31 ($) | Value on Jan 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR ACUEDUCT SEWER AUTH P SR A RV BE/RI RATE 05.800% MATURES 07/01/23 CALLABLE 02/28/17 @ 101.00 ACCRUED INTEREST $483.33 CUSIP 74516OQD6 Moody: Caa3 S&P: CC EAI: $5,800 Current yield: 8.78% Original cost basis $101,505.25 | Jan 31, 12 | 100,000.000 | 101.253 | 101,253.54 | 66.064 | 66,064.00 | -35,189.54 | LT |
| PR ACUEDUCT SEWER AUTH P SR B RV BE/RI RATE 05.800% MATURES 07/01/23 CALLABLE 02/28/17 @ 101.00 ACCRUED INTEREST $241.66 CUSIP 74516OP0 Moody: Caa3 S&P: CC EAI: $2,900 Current yield: 8.78% | Mar 10, 08 | 50,000.000 | 100.010 | 50,005.00 | 66.064 | 33,032.00 | -16,973.00 | LT |
| PUERTO RICO COMWLTH PUB IMPRV REF GO SER A BE/RI DEFAULTED RATE 05.250% MATURES 07/01/26 CALLABLE 02/28/17 @ 100.00 CUSIP 74514LKA4 Moody: Caa3 S&P: D | Sep 04, 13 | 30,000.000 | 80.161 | 24,048.30 | 64.990 | 19,497.00 | -4,551.30 | LT |
| PR ACUEDUCT SEWER AUTH P SR B RV BE/RI RATE 06.050% MATURES 07/01/28 CALLABLE 02/28/17 @ 101.00 ACCRUED INTEREST $2,747.72 CUSIP 74516OPQ8 Moody: Caa3 S&P: CC EAI: $32,973 Current yield: 9.20% | Aug 24, 10 | 55,000.000 | 98.759 | 54,317.85 | 65.780 | 36,179.00 | -18,138.85 | LT |

continued next page

CPP1000100003136 PP1000000368 00002 0117 006921737 XX00124650 000000

**UBS**

Resource Management Account
January 2017

Account name: REINALDO VINCENTY PEREZ
Account number: JX 0012465

Your Financial Advisor:
CESAR ARAN (SB)
787-250-3600/800-221-9825

## Your assets , Fixed income , Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Jan 31 ($) | Value on Jan 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
|  | Mar 14, 11 | 30,000.000 | 99.767 | 29,930.25 | 65.780 | 19,734.00 | -10,196.25 | LT |
| Original cost basis: $50,265.75 | Aug 10, 11 | 50,000.000 | 100.513 | 50,256.76 | 65.780 | 32,890.00 | -17,366.76 | LT |
| Original cost basis: $113,195.25 | Nov 29, 12 | 110,000.000 | 102.362 | 112,598.20 | 65.780 | 72,358.00 | -40,240.20 | LT |
|  | May 31, 13 | 70,000.000 | 99.007 | 69,305.25 | 65.780 | 46,046.00 | -23,259.25 | LT |
|  | Jul 09, 14 | 200,000.000 | 57.400 | 114,800.00 | 65.780 | 131,560.00 | 16,760.00 | LT |
|  | Jul 31, 14 | 30,000.000 | 64.925 | 19,477.50 | 65.780 | 19,734.00 | 256.50 | LT |
| Security total |  | 545,000.000 |  | 450,685.81 |  | 358,501.00 | -92,184.81 |  |
| PUERTO RICO COMWLTH PUB 2008C BE/RJ DEFAULTED RATE 05.900% MATURES 07/01/28 CALLABLE 07/01/18 @ 100.00 CUSIP 74514LSU2 Moody: Caa3  S&P: D |  |  |  |  |  |  |  |  |
| Original cost basis: $257,410.25 | Dec 14, 11 | 250,000.000 | 102.318 | 255,795.24 | 63.240 | 158,100.00 | -97,695.24 | LT |
|  | Jul 09, 14 | 25,000.000 | 66.825 | 16,706.25 | 63.240 | 15,810.00 | -896.25 | LT |
| Security total |  | 275,000.000 |  | 272,501.49 |  | 173,910.00 | -98,591.49 |  |
| PUERTO RICO COMWLTH PUB SER A CID@97.7430 BE/RJ DEFAULTED RATE 05.125% MATURES 07/01/28 CALLABLE 07/01/18 @ 100.00 CUSIP 74514LVL8 Moody: Caa3  S&P: D |  |  |  |  |  |  |  |  |
| Original cost basis: $34,500.00 | Jun 03, 14 | 50,000.000 | 69.250 | 34,625.11 | 64.365 | 32,182.50 | -2,442.61 | LT |
| PUERTO RICO COMWLTH PUB SR A BE/RJ DEFAULTED RATE 05.750% MATURES 07/01/28 CALLABLE 07/01/22 @ 100.00 CUSIP 74514LB30 Moody: Caa3  S&P: D | Sep 04, 13 | 20,000.000 | 82.904 | 16,580.80 | 66.000 | 13,200.00 | -3,380.80 | LT |

*continued next page*



**UBS** Resource Management Account
January 2017

Account name: REINALDO VINCENTY PEREZ
Account number: JX 00124 65

Your Financial Advisor:
CESAR ARAN (SB)
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Jan 31 ($) | Value on Jan 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP TAX SR B RV BE/RJ RATE 06.050% MATURES 08/01/29 CALLABLE 02/01/17 @ 100.00 ACCRUED INTEREST $1,840.22 CUSIP 74529JNL5 Moody: Ca S&P: CC EAI: $22,083 Current yield: 13.15% | Jun 19, 09 | 215,000.000 | 100.000 | 215,000.00 | 46.000 | 98,900.00 | -116,100.00 | LT |
| | | 150,000.000 | ---This information was unavailable--- | | 46.000 | 69,000.00 | | |
| Security total | | 365,000.000 | | 215,000.00 | | 167,900.00 | -116,100.00 | |
| PR SALES TAX FING CORP SR B RV CAV7.00 BE/RJ RATE 00.000% MATURES 08/01/31 DATED DATE 06/25/09 CALLABLE 08/01/25 @ 100.00 CUSIP 74529JGQ2 Moody: Ca S&P: CC | | | | | | | | |
| Original cost basis: $186,562.50 | Dec 26, 13 | 375,000.000 | 64.768 | 242,882.27 | 28.125 | 105,468.75 | -137,413.52 | LT |
| Original cost basis: $72,787.50 | Jan 29, 14 | 150,000.000 | 63.158 | 94,737.57 | 28.125 | 42,187.50 | -52,550.07 | LT |
| Original cost basis: $7,417.50 | May 22, 14 | 15,000.000 | 62.653 | 9,398.05 | 28.125 | 4,218.75 | -5,179.30 | LT |
| Original cost basis: $74,833.50 | Jun 04, 14 | 150,000.000 | 62.955 | 94,433.81 | 28.125 | 42,187.50 | -52,246.31 | LT |
| Original cost basis: $34,565.25 | Jun 09, 15 | 90,000.000 | 46.765 | 42,088.83 | 28.125 | 25,312.50 | -16,776.33 | LT |
| Original cost basis: $40,325.25 | Jun 16, 15 | 105,000.000 | 46.671 | 49,004.87 | 28.125 | 29,531.25 | -19,473.62 | LT |
| Original cost basis: $28,842.75 | Jun 18, 15 | 75,000.000 | 46.670 | 35,002.53 | 28.125 | 21,093.75 | -13,908.78 | LT |
| Original cost basis: $21,125.25 | Jun 25, 15 | 55,000.000 | 46.529 | 25,591.15 | 28.125 | 15,468.75 | -10,122.40 | LT |
| Security total | | 1,015,000.000 | | 593,139.08 | | 285,468.75 | -307,670.33 | |
| PR ACUEDUCT SEWER AUTH P SR A RV BE/RJ RATE 06.100% MATURES 07/01/34 CALLABLE 02/28/17 @ 101.00 ACCRUED INTEREST $5,083.30 CUSIP 745160QF1 Moody: Caa3 S&P: CC | | | | | | | | |
| EAI: $61,000 Current yield: 9.31% | Mar 10, 08 | 25,000.000 | 100.001 | 25,000.46 | 65.511 | 16,377.75 | -8,622.71 | LT |
| | Feb 03, 10 | 40,000.000 | 96.313 | 38,525.25 | 65.511 | 26,204.40 | -12,320.85 | LT |

continued next page

CP9100010000313B PP10000000368 00002 0117 006921737 JX00124650 000000

**UBS**

Resource Management Account
January 2017

Account name: REINALDO VINCENTY PEREZ
Account number: JX 0012465

Your Financial Advisor:
CESAR ARAN (SB)
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Jan 31 ($) | Value on Jan 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR ACUEDUCT SEWER AUTH P SR B RV BE/RV RATE 05.100% MATURES 07/01/34 CALLABLE 02/28/17 @ 101.00 ACCRUED INTEREST $2,897.48 CUSIP 745160PR6 | Feb 19, 10 | 445,000.000 | 99.245 | 441,640.47 | 65.511 | 291,523.95 | -150,116.52 | LT |
| | Jul 11, 11 | 75,000.000 | 98.357 | 73,767.75 | 65.511 | 49,133.25 | -24,634.50 | LT |
| Original cost basis: $100,778.25 | Aug 10, 11 | 100,000.000 | 100.764 | 100,764.02 | 65.511 | 65,511.00 | -35,253.02 | LT |
| Original cost basis: $10,300.39 | Dec 16, 11 | 10,000.000 | 102.620 | 10,262.02 | 65.511 | 6,551.10 | -3,710.92 | LT |
| | | 305,000.000 | | ---This information was unavailable--- | | 199,808.55 | | |
| Security total | | 1,000,000.000 | | 689,959.97 | 65.511 | 655,110.00 | -234,658.52 | |
| PR SALES TAX FING CORP S SR078 RV BE/RV RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $4,487.11 CUSIP 74529JAC9 Moody: Caa3 S&P: CC EAI: $34,770 Current yield: 9.31% | Jul 28, 10 | 70,000.000 | 99.988 | 69,991.95 | 65.511 | 45,857.70 | -24,134.25 | LT |
| | Aug 24, 10 | 50,000.000 | 99.010 | 49,505.35 | 65.511 | 32,755.50 | -16,749.85 | LT |
| | Jul 11, 11 | 50,000.000 | 98.360 | 49,180.25 | 65.511 | 32,755.50 | -16,424.75 | LT |
| Original cost basis: $103,005.25 | Dec 16, 11 | 100,000.000 | 102.621 | 102,621.39 | 65.511 | 65,511.00 | -37,110.39 | LT |
| | Sep 04, 13 | 200,000.000 | 79.202 | 158,405.25 | 65.511 | 131,022.00 | -27,383.25 | LT |
| | Jan 10, 14 | 100,000.000 | 61.500 | 61,500.00 | 65.511 | 65,511.00 | 4,011.00 | LT |
| Security total | | 570,000.000 | | 491,204.19 | | 373,412.70 | -117,791.49 | |
| PR SALES TAX FING CORP S SR078 RV BE/RV RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $4,487.11 CUSIP 74529JAC9 Moody: Caa3 S&P: CC EAI: $53,845 Current yield: 8.88% Original cost basis: $25,000.44 | Jul 18, 07 | 25,000.000 | 100.000 | 25,000.03 | 68.123 | 17,030.75 | -7,969.28 | LT |
| | Jul 25, 07 | 150,000.000 | 100.000 | 150,000.00 | 68.123 | 102,184.50 | -47,815.50 | LT |
| | Jan 08, 10 | 35,000.000 | 100.000 | 35,000.00 | 68.123 | 23,843.05 | -11,156.95 | LT |
| Original cost basis: $20,005.25 | Jan 14, 10 | 20,000.000 | 100.002 | 20,000.43 | 68.123 | 13,624.60 | -6,375.83 | LT |
| | May 06, 15 | 205,000.000 | 62.002 | 127,105.25 | 68.123 | 139,652.15 | 12,546.90 | LT |
| | | 455,000.000 | | ---This information was unavailable--- | 68.123 | 309,959.65 | | |

continued next page

Page 13 of 24



000615 B100F011 015928    CPP1000100000003139 PP1000000368 00002 0117 006921737 JX00124650 000000

**UBS** Resource Management Account
January 2017

Account name: REINALDO VINCENTY PEREZ
Account number: JX 0012465

Your Financial Advisor:
CESAR ARAN (SB)
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Jan 31 ($) | Value on Jan 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| Security total | | 890,000.000 | | 357,105.71 | | 606,294.70 | -60,770.66 | |
| PR SALES TAX FING CORP SR B RV   BE/RV RATE 06.350% MATURES 08/01/39 CALLABLE 02/01/17 @ 100.00 ACCRUED INTEREST $3,571.89 CUSIP 74529JGP4 Moody: Ca   S&P: CC At: $42,863 Current yield: 13.66% Original cost basis: $380,770.46 | Dec 21, 09 May 20, 10 | 60,000.000 375,000.000 240,000.000 ---This information was unavailable--- | 100.000 101.449 | 60,000.00 380,437.18 | 46.500 46.500 46.500 | 27,900.00 174,375.00 111,600.00 | -32,100.00 -206,052.18 -238,162.18 | LT LT |
| Security total | | 675,000.000 | | 440,437.18 | | 313,875.00 | | |
| PUERTO RICO ELEC PWR AU SR YY RV   BE/RV RATE 06.125% MATURES 07/01/40 CALLABLE 07/01/20 @ 100.00 ACCRUED INTEREST $153.12 CUSIP 74526QXT4 Moody: Caa3   S&P: D EAI: $1,838 Current yield: 9.62% | Apr 26, 12 | 30,000.000 | 101.000 | 30,305.25 | 63.671 | 19,101.30 | -11,203.95 | LT |
| PUERTO RICO ELEC PWR AU SER EEE RV   BE/RV RATE 05.250% MATURES 07/01/40 CALLABLE 07/01/20 @ 100.00 ACCRUED INTEREST $651.03 CUSIP 74526QZT2 Moody: Caa3   S&P: D EAI: $7,813 Current yield: 9.82% | Jul 10, 12 | 125,000.000 | 102.250 | 127,815.13 | 63.677 | 79,596.25 | -48,218.88 | LT |
| PR SALES TAX FING CORP SR D RV   BE/RV RATE 05.750% MATURES 08/01/42 CALLABLE 02/01/17 @ 100.50 ACCRUED INTEREST $5,821.87 CUSIP 74529JLD5 Moody: Ca   S&P: CC EAI: $23,288 Current yield: 12.64% | Aug 10, 10 | 155,000.000 | 99.003 | 153,455.35 | 45.500 | 70,525.00 | -82,930.35 continued next page | LT |

## UBS

**Resource Management Account**
January 2017

**Account name:** REINALDO VINCENTY PEREZ
**Account number:** JX 00124 65

**Your Financial Advisor:**
CESAR ARAN (SB)
787-250-3600/800-221-9825

### Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Jan 31 ($) | Value on Jan 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR E RV BE R/ RATE 05.750% MATURES 08/01/42 CALLABLE 02/01/17 @ 100.50 ACCRUED INTEREST $4,312.50 CUSIP 74529JLE3 Moody: Ca S&P: CC EAI: $17,250 Current yield: 12.64% | | | | | | | | |
| Original cost basis: $255,005.25 | Apr 02, 12 | 250,000.000 | 101.981 | 254,954.79 | 45.500 | 113,750.00 | -141,204.79 | LT |
| Security total | | 405,000.000 | | 408,410.14 | | 184,275.00 | -224,135.14 | |
| Original cost basis: $100,508.25 | Sep 23, 11 | 100,000.000 | 100.495 | 100,495.80 | 45.500 | 45,500.00 | -54,995.80 | LT |
| Original cost basis: $202,205.25 | Nov 15, 11 | 200,000.000 | 101.021 | 202,043.14 | 45.500 | 91,000.00 | -111,043.14 | LT |
| Security total | | 300,000.000 | | 302,538.94 | | 136,500.00 | -166,038.94 | |
| **Total** | | **$6,445,000.000** | | **$4,605,615.64** | | **$3,517,920.20** | **-$1,778,053.64** | |

Total accrued interest: $32,291.23
Total estimated annual income: $306,423

¹ Indicates cost basis information provided by you or another third party. UBS FS has not verified this information and does not guarantee its accuracy.

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price"), as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) In the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an Informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jan 31 ($) | Value on Jan 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|

PUERTO RICO INVESTORS TAX FREE

continued next page

0000615 B100F011 015929   CPP10001000003141 PP1000000368 00002 0117 006921737 JX00124650 000000