# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>       Debtors. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),<br><br>       Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 03284-LTS<br><br>Claim Number: 114428<br><br>Re Docket No. **4410** |

**RESPONSE TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION TO DEFICIENT CLAIMS TO THE HONORABLE COURT:**

Comes now, Creditor, Rafael Rodriguez Quintana and submits its response to COFINA Sixth Omnibus Objection to proof of claims number 114148. In support of its claims, creditor respectfully STATES and PRAYS as Follows:

1.      On June 29, 2018, creditor filed several Proof of Claim arising out of COFINA Bonds owed by Rafael Rodriguez Quintana which include proof of claim number 114428.

| POC No. | CUSIP | AMOUNT |
|---|---|---|
| 114428 | 745291VJ0 | $10,000.00 |

1

2. On December 19, 2018, COFINA filed its Sixth Omnibus Objection (Docket Entry 4410) allegedly as to deficient proofs of claims listed in Exhibit A: Insufficient Basis Bond Claims. Rafael Rodriguez Quintana's proof of claim number 114428 are included on page 66 of said Exhibit A.

3. COFINA alleges that Rafael Rodriguez Quintana has failed to provide the basis or documentation to justify said claim against COFINA.

4. Therefore, as evidence that Rafael Rodriguez Quintana has a valid claim, Rafael Rodriguez Quintana is submitting the following documents, attached hereto as Exhibit A. a. UBS Account Statement of October 2017

5. Section 502(a) of the Bankruptcy Code, 11 U.S.C. §502(a), states that a proof of claim is deemed to be allowed unless an objection is presented. COFINA objected to the validity of Rodriguez's claim for alleged insufficient of lack of support. The documents presented in this response, serve as the corroborating evidence that Cofina is not taking in account significant amounts of this creditor's claims and interests.

6. Given the above, Rafael Rodriguez Quintana respectfully asks this court to deny the Sixth Omnibus Objection with respect to this creditor.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this 1st day of February, 2019.

          S/ **Alexis A. Betancourt Vincenty**
Alexis A. Betancourt Vincenty
USDC-PR No. 301304
Lugo Mender Group, LLC
100 Carr. 165 Suite 501
Guaynbao, P.R. 00968-8052
Tel. (787) 707-0404
Fax (787) 707-0412
a_betancourt@lugomender.com