




UBS Financial Services
Incorporated of Puerto Rico
45 Andalucia Street, Ste 202
Mayaguez PR 00680-8201

APZ6000018367 1017 M2 0

# Resource Management Account
October 2017

**Your Financial Advisor:**
DARIO SUAREZ
Phone 787-805-0300/800-291-4938

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 866005723.

**Visit our website:**
www.ubs.com/financialservices

Account name: RAFAEL RODRIGUEZ QUINTANA
SPECIAL ACCOUNT
Account number: M2 05723 DS

**Your investment objectives:**
You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Conservative
Investment eligibility consideration - None selected

## Value of your account

|  | on September 29 ($) | on October 31 ($) |
|---|---:|---:|
| Your assets | 37,813.04 | 28,539.14 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$37,813.04** | **$28,539.14** |

## Change in the value of your account

|  | October 2017 ($) | Year to date ($) |
|---|---:|---:|
| **Opening account value** | $37,813.04 | $42,387.30 |
| Withdrawals and fees, including investments transferred out | -546.66 | -6,176.85 |
| Dividend and interest income | 546.66 | 6,176.85 |
| Change in market value | -9,273.90 | -13,848.16 |
| **Closing account value** | **$28,539.14** | **$28,539.14** |

**Your account instructions**
- Your account cost basis default closing method is FIFO, First In, First Out.



**Resource Management Account**

October 2017

**Account name:** RAFAEL RODRIGUEZ QUINTANA
**Account number:** M2 05723 DS

**Your Financial Advisor:**
DARIO SUAREZ
787-805-0300/800-291-4938

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Oct 31 ($) | Value on Oct 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO PUB FIN CORP TAX SR A   BE/R/ DEFAULTED RATE 05.350% MATURES 08/01/31 CALLABLE 08/01/22 @ 100.00 CUSIP 745291VJ0 Moody: C   S&P: D | Jun 14, 12 | 10,000.000 | 100.000 | 10,000.00 | 3.625 | 362.50 | -9,637.50 | LT |

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Oct 31 ($) | Value on Oct 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FUND | | | | | | | | | |

*continued next page*