

*EXHIBIT A*



UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

APZ6000018929 1017 JX 0

# Business Services Account
October 2017

FP 02 028351 91478 B 115 A

FUNERARIA SHALOM MEMORIAL INC
BO. SABANETAS 1646
PASEO VILLA FLORES
PONCE PR 00716

**Account name:** FUNERARIA SHALOM MEMORIAL INC.
**Account number:** JX Q0050 DS

Your Financial Advisor:
DARIO SUAREZ
Phone: 787-250-3600/800-221-9825

Questions about your statement?
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account 354260050.

Visit our website:
www.ubs.com/financialservices

Items for your attention
• Help protect yourself from fraud and review bank, credit card, and brokerage statements regularly. Also, get your free credit report annually from www.annualcreditreport.com.

## Value of your account

|  | on September 29 ($) | on October 31 ($) |
|---|---|---|
| Your assets | 256,755.12 | 234,736.27 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$256,755.12** | **$234,736.27** |
| Accrued interest in value above | $762.59 | $685.82 |

As a service to you, your portfolio value of $234,736.27 includes accrued interest.

## Tracking the value of your account



$ Thousands: 480.1 (Dec 2010), 507.1 (Dec 2011), 506.7 (Dec 2012), 326.7 (Dec 2013), 357.7 (Dec 2014), 229.6 (Dec 2015), 248.7 (Dec 2016), 256.8 (Sep 2017), 234.7 (Oct 2017)

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | $248,737.26 |
| Your investment return: | |
| Dividend and interest income | $10,653.11 |
| Change in value of accrued interest | -$104.01 |
| Change in market value | -$24,550.09 |
| Value of your account on Oct 31, 2017 | $234,736.27 |



| | Business Services Account | Account name: | FUNERARIA SHALOM MEMORIAL INC. | Your Financial Advisor: |
|---|---|---|---|---|
| **UBS** | October 2017 | Account number: | JX Q0050 DS | DARIO SUAREZ 787-250-3600/800-221-9825 |

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Oct 1 ($) | Closing balance on Oct 31 ($) | Price per share on Oct 31 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| PR SHORT TERM INV FUND | 34,291.38 | 35,225.10 | 1.00 | 0.21% | Sep 25 to Oct 24 | 30 |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Oct 31 ($) | Value on Oct 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO PUB FIN CORP TAX SR A  BE/R/ DEFAULTED RATE 04.150% MATURES 08/01/19 CUSIP 745291VD3 Moody: C  S&P: D | Jun 27, 12 | 20,000.000 | 100.026 | 20,005.25 | 3.625 | 725.00 | -19,280.25 | LT |
| GOVERNMENT DEVELOPMENT B TAX SR H RV  BE/R/ DEFAULTED RATE 04.900% MATURES 08/01/21 CALLABLE 11/01/17 @ 100.00 CUSIP 745177FD2 Moody: C  S&P: Not rated | Dec 22, 11 | 40,000.000 | 100.000 | 40,000.00 | 28.002 | 11,200.80 | -28,799.20 | LT |

continued next page

![UBS logo]

Business Services Account
October 2017

Case:17-03283-LTS Doc#:5034-1 Filed:02/01/19 Entered:02/01/19 14:47:28 Desc:
Exhibit A STATEMENT Page 4 of 5

Account name: FUNERARIA SHALOM MEMORIAL INC
Account number: JXQ0050DS0

Your Financial Advisor:
DARIO SUAREZ
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Oct 31 ($) | Value on Oct 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| GOVERNMENT DEVELOPMENT B TAX SR H RV    BE/RV DEFAULTED RATE 05.000% MATURES 08/01/23 CALLABLE 11/01/17 @ 100.00 CUSIP 745177FF7 Moody: C   S&P: Not rated | Mar 28, 12 | 40,000.000 | 101.013 | 40,405.25 | 28.000 | 11,200.00 | -29,205.25 | LT |
| PR SALES TAX FING CORP 2008A RV CAV6.23   /R/ RATE 00.000% MATURES 08/01/24 DATED DATE 06/26/08 CALLABLE 08/01/18 @ 69.20 CUSIP 74529JFF7 Moody: Ca   S&P: D | Oct 31, 13 | 75,000.000 | 43.507 | 32,630.25 | 27.108 | 20,331.00 | -12,299.25 | LT |
| PUERTO RICO PUB FIN CORP TAX SR A     BE/RV DEFAULTED RATE 05.100% MATURES 08/01/26 CALLABLE 08/01/22 @ 100.00 CUSIP 745291VH4 Moody: C   S&P: D | Aug 14, 12 | 100,000.000 | 101.455 | 101,455.25 | 3.625 | 3,625.00 | -97,830.25 | LT |
| PUERTO RICO COMWLTH INDL RV OID99.499   BE/RV DEFAULTED RATE 05.250% MATURES 07/01/28 CALLABLE 11/01/17 @ 100.00 CUSIP 745211LJ9 Moody: C   S&P: D | Mar 28, 12 | 30,000.000 | 101.017 | 30,305.25 | 59.000 | 17,700.00 | -12,605.25 | LT |
| EMPLOYEES RETIREMENT SYS SR B RV OID99.5   BE/RV RATE 06.250% MATURES 07/01/31 CALLABLE 07/01/18 @ 100.00 ACCRUED INTEREST $104.16 CUSIP 29216MBA7 Moody: C   S&P: CC EAI: $1,250 Current yield: 22.52% | Oct 24, 13 | 20,000.000 | 54.526 | 10,905.25 | 27.750 | 5,550.00 | -5,355.25 | LT |

continued next page



**UBS**  Business Services Account  
October 2017

| | |
|---|---|
| Account name: | FUNERARIA SHALOM MEMORIAL INC |
| Account number: | JX Q0050 DS |

Your Financial Advisor:  
DARIO SUAREZ  
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Oct 31 ($) | Value on Oct 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO PUB FIN CORP TAX SR A BE/RV DEFAULTED RATE 05.350% MATURES 08/01/31 CALLABLE 08/01/22 @ 100.00 CUSIP 745291VJ0 Moody: C  S&P: D | Jun 14, 12 | 65,000.000 | 100.000 | 65,000.00 | 3.625 | 2,356.25 | -62,643.75 | LT |
| PR INDL TOURST EDL MED& TAX RV OID98.233 BE RATE 07.100% MATURES 04/01/38 CALLABLE 04/01/21 @ 102.00 ACCRUED INTEREST $325.41 CUSIP 74527BUA0 Moody: Not rated  S&P: Not rated EAI: $3,905  Current yield: 9.28% | Mar 24, 11 | 55,000.000 | 98.224 | 54,023.20 | 76.548 | 42,101.40 | -11,921.80 | LT |
| PR ACUEDUCT SEWER AUTH P SR B RV BE/RV RATE 06.150% MATURES 07/01/38 CALLABLE 11/01/17 @ 100.50 ACCRUED INTEREST $256.25 CUSIP 745160QG9 Moody: Ca  S&P: CC EAI: $3,075  Current yield: 9.76% | Sep 29, 10 | 50,000.000 | 102.031 | 51,015.62 | 63.000 | 31,500.00 | -19,515.62 | LT |
| **Total** | | **$495,000.000** | | **$445,745.32** | | **$146,289.45** | **-$299,455.87** | |

Total accrued interest: $685.82  
Total estimated annual income: $8,230