IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representatives of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL. | PROMESA<br>TITLE III<br><br>NO. 17 BK 3283-LTS |

## NOTICE OF APPEARANCE

**TO THIS HONORABLE COURT:**

COMES now attorney Rhonda M. Castillo Gammill, and in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9010(d), appears herein as attorney for Helvia Cruz Ybarra, a creditor and/or party of interest in the above captioned case, included in the Master Address List with name erroneously spelled as "Helvia Cruz Jhoana", claim number 49548, and that all notices and documents filed in this case be served upon the undersigned counsel.

RESPECTFULLY SUBMITTED, in Cidra, Puerto Rico, this 1st of February, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, I electronically filed this notice with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties in interest, as per the master address list.

/s/ Rhonda M. Castillo Gammill
**RHONDA M. CASTILLO-GAMMILL**
USDC-PR 218703
9 Cruz Haddock, Suite 3
Cidra, PR 00739
Tel. (787) 739-6353
Cel (787) 399-7332
e-mail: rhoncat@netscape.net