**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representatives of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL. | PROMESA<br>TITLE III<br><br>NO. 17 BK 3283-LTS<br><br>(JOINTLY ADMINISTERED) |

**ANSWER TO PUERTO RICO SALES TAX FINANCING CORPORATION'S NINETEENTH OMNIBUS OBJECTION (NON-SUBSTATIVE) TO DEFICIENT CLAIMS**

**TO THIS HONORABLE COURT:**

COMES NOW, Helvia Cruz Ybarra. through the undersigned attorney and respectfully states and prays as follows:

1. The Claimant filed a Proof of Claim registered as Claim 49548 in the amount of $96,478.00 in Bankruptcy Case Number 17 BK 03283.

2. Claimants contact information is Urb. Sabanera, 182 Camino del Prado, Cidra, PR, 00739.

3. Reason for opposing nineteenth omnibus objection for Proof of Claim number 49548 indicated that the Creditor's claim is duplicative of one or more master proofs of claim filed by the trustee of these bonds and failure to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any other Title III Debtors.

4. The Proof of Claim stated as cause of claim the losses from investments in mutual funds, including Puerto Rico Investment Trust Funds and Puerto Rico Fixed Income Funds, in which portion corresponding to debtors was unknown.

5. Appearing Party states that documents were filed. Documents are included for additional years in support of claim.

6. In regards to a duplicate claim, the objection fails to provide information to confirm another Creditor has filed a claim on behalf of this creditor.

7. The appearing party has not received any notice to confirm that their claim has been included in the master proof of claim on behalf of a holder of claims which includes this creditor.

WHEREFORE, the appearing creditor respectfully requests that the Court DENIES the NINETEENTH OMNIBUS OBJECTION with respect to Helvia Cruz-Ybarra claim, as supporting documents support claim were filed with original claim, as well as additional documents included herewith, and unless Debtors confirm that this claim has been included in any master proof of claim.

I HEREBY CERTIFY that on this same date, I electronically filed this notice with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties in interest, as per the master address list.

In Cidra, Puerto Rico, this February 1st, 2019

/s/ Rhonda M. Castillo Gammill
**RHONDA M. CASTILLO-GAMMILL**
USDC-PR 218703
9 Cruz Haddock, Suite 3
Cidra, PR 00739
Tel. (787) 739-6353
Cel (787) 399-7332
e-mail: rhoncat@netscape.net