# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | |
| Debtors.[1] | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780-LTS |
| as representative of | (This court filing relates only to Case 17 BK 4780-LTS) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

**NOTICE OF PRESENTMENT OF STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER FOR MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE INC. FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MOVANTS TO ENFORCE THEIR <u>STATUTORY RIGHT TO HAVE A RECEIVER APPOINTED (ECF. NO 975)</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**PLEASE TAKE NOTICE** that the hearing on the *Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed* [ECF No. 975] (the "Motion"), filed on October 3, 2018, to be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, is proposed to be rescheduled as set forth herein.

**PLEASE TAKE FURTHER NOTICE** that National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. (collectively, the "Movants"), and the Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "FOMB") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as PREPA's representatives pursuant to, respectively, section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] and the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2107 (collectively, the "Respondents") (together with Movants, the "Parties") respectfully submit the following *Stipulation and Proposed Amended Scheduling Order For Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed* (the "Stipulation") requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

Order"), to amend the schedule for the hearing and all interim deadlines in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the rescheduling of the Hearing ("Objections") shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Puerto Rico, and the *Order Further Amending Case Management Procedures* (Case No. 17-03283-LTS; ECF No. 3804) (the "Case Management Order"), shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Civil Rules for the District of Puerto Rico, and (b) by all other parties in interest, and shall be served on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the Parties respectfully request that the Court expedite the Objection Deadline, pursuant to the Case Management Order, to **4:00 p.m.** (Atlantic Standard Time) on **February 5, 2019** in order to bring clarity to multiple discovery and briefing deadlines in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is not received by 4:00 p.m. (Atlantic Standard Time) on **February 5, 2019** the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Case Management Order.

[*The remainder of this page is intentionally blank.*]

Dated: New York, New York
February 4, 2019

CASELLAS ALCOVER & BURGOS P.S.C.

By: */s/ Heriberto Burgos Pérez*
  Heriberto Burgos Pérez
  USDC-PR 204,809
  Ricardo F. Casellas-
  Sánchez USDC-PR 203,114
  Diana Pérez-Seda
  USDC-PR 232,014
  Email:    hburgos@cabprlaw.com
            rcasellas@cabprlaw.com
            dperez@cabprlaw.com

  P.O. Box 364924
  San Juan, PR 00936-4924
  Telephone: (787) 756-1400
  Facsimile: (787) 756-1401

*Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

CADWALADER, WICKERSHAM & TAFT
LLP

By: */s/Howard R. Hawkins, Jr.*
  Howard R. Hawkins, Jr.*
  Mark C. Ellenberg*
  Ellen V. Holloman*
  William J. Natbony*
  Ellen M. Halstead*
  Thomas J. Curtin*
  Casey J. Servais*
  200 Liberty Street
  New York, NY 10281
  Telephone:  (212) 504-6000
  Facsimile:   (212) 406-6666
  Email:  howard.hawkins@cwt.com
          mark.ellenberg@cwt.com
          ellen.holloman@cwt.com
          bill.natbony@cwt.com
          ellen.halstead@cwt.com
          thomas.curtin@cwt.com
          casey.servais@cwt.com

* admitted *pro hac vice*

*Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

ADSUDAR MUÑOZ GOYCO SEDA
& PÉREZ-OCHOA, PSC, P.S.C.

By: */s/ Eric Pérez-Ochoa*
 Eric Pérez-Ochoa
 USDC-PR No. 206,314
 Email: epo@amgprlaw.com

 */s/ Luis A. Oliver-Fraticelli*
 Luis A. Oliver-Fraticelli
 USDC-PR NO. 209,204
 Email: loliver@amgprlaw.com

 208 Ponce de Leon Ave., Suite 1600
 San Juan, PR 00936
 Telephone: (787) 756-9000
 Facsimile: (787) 756-9010

*Counsel for National Public Finance
Guarantee Corporation*

WEIL, GOTSHAL & MANGES LLP

By: */s/ Marcia Goldstein*
 Marcia Goldstein*
 Jonathan Polkes*
 Gregory Silbert*
 Robert Berezin*
 767 Fifth Avenue
 New York, New York 10153
 Telephone: (212) 310-8000
 Facsimile: (212) 310-8007
 Email: marcia.goldstein@weil.com
  jonathan.polkes@weil.com
  gregory.silbert@weil.com
  jared.friedmann@weil.com
  robert.berezin@weil.com

* admitted *pro hac vice*

*Counsel for National Public Finance
Guarantee Corporation*

GOLDMAN ANTONETTI & CORDOVA, LLC

By: */s/Carlos A. Rodríguez-Vidal*
CARLOS A. RODRÍGUEZ-VIDAL
USDC-PR No. 201,213
E-mail: crodriguez-vidal@gaclaw.com

*/s/Solymar Castillo-Morales*
SOLYMAR CASTILLO-
MORALES
USDC-PR NO. 218,310
E-mail: scastillo@gaclaw.com

P.O. Box 70364
San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177

*Counsel for Syncora Guarantee Inc.*

DEBEVOISE & PLIMPTON LLP

By: */s/My Chi To*
MY CHI TO*
CRAIG A. BRUENS*
ELIE J. WORENKLEIN*
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
          cabruens@debevoise.com
          eworenklein@debevoise.com

*admitted *pro hac vice*

*Counsel for Syncora Guarantee Inc.*

O'NEILL & BORGES LLC

By: */s/Hermann D. Bauer*
    Hermann D. Bauer
    USDC No. 215205
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Telephone: (787) 764-8181
    Facsimile: (787) 753-8944
    Email:   hermann.bauer@oneillborges.com

PROSKAUER ROSE LLP

By: */s/Martin J. Bienenstock*
    Martin J. Bienenstock*
    Stephen L. Ratner*
    Timothy W. Mungovan*
    Paul V. Possinger*
    Gregg M. Mashberg*
    Eleven Times Square
    New York, NY 10036
    Telephone: (212) 969-3000
    Facsimile: (212) 969-2900
    Email:   mbienenstock@proskauer.com
             sratner@proskauer.com
             tmungovan@proskauer.com
             ppossinger@proskauer.com

    * admitted *pro hac vice*

*Attorneys for the Financial Oversight and
Management Board and as representative of
the Puerto Rico Electric Power Authority*

MARINI PIETRANTONI MUNIZ, LLC

By: */s/Luis C. Marini-Biaggi*
    Luis C. Marini-Biaggi
    USDC No. 222301
    MCS Plaza, Suite 500
    255 Ponce de León Ave.
    San Juan, PR 00917
    Telephone: (787) 705-2171
    Facsimile: (787) 936-7494
    Email:   lmarini@mpmlawpr.com

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

CANCIO, NADAL, RIVERA & DIAZ, PSC

By: */s/Arturo Díaz-Angueira*
    Arturo Diaz-Angueira
    USDC-PR 117907
    adiaz@cnrd.com

    */s/Katiuska Bolaños-Lugo*
    Katiuska Bolaños-Lugo
    USDC-PR 231812
    kbolanos@cnrd.com

    403 Muñoz Rivera Ave.
    San Juan, PR 00918-3345
    Tel: (787) 767-9625
    Fax: (787) 622-2230

*Attorneys for the Puerto Rico Electric Power
Authority*

- 7 -

O'MELVENY & MYERS LLP

By: */s/John J. Rapisardi*
    John J. Rapisardi*
    Nancy A. Mitchell*
    7 Times Square
    New York, NY 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    Email:    jrapisardi@omm.com
            nmitchell@omm.com

    Peter Friedman*

    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
    Email:    pfriedman@omm.com
    Elizabeth L. McKeen*
    610 Newport Center Drive, 17th Floor
    Newport Beach, CA 92660
    Telephone: (949) 823-6900
    Facsimile: (949) 823-6994
    Email:    emckeen@omm.com

    * admitted *pro hac vice*

    *Attorneys for the Puerto Rico Fiscal
    Agency and Financial Advisory
    Authority and Puerto Rico Electric Power
    Authority*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>        Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>        Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS<br><br>(This court filing relates only to<br>Case No. 17 BK 4780-LTS) |

## STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER FOR MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE INC. FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MOVANTS TO ENFORCE THEIR <u>STATUTORY RIGHT TO HAVE A RECEIVER APPOINTED (ECF No. 975)</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

- 1 -

To the Honorable United States District Judge Laura Taylor Swain:

National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. (collectively, the "Movants") , and the Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "FOMB") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as PREPA's representatives pursuant to, respectively, section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] and the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2107 (collectively, the "Respondents") (together with Movants, the "Parties") respectfully submit the following *Stipulation and Proposed Amended Scheduling Order For Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed (ECF No. 975)* (the "Stipulation") requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), to amend the schedule for the hearing and all interim deadlines in connection with the *Motion of National Public Finance Guarantee Corporation, Assured Guarantee Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed* [ECF No. 975] (the "Motion").

WHEREAS, on January 29, 2019, the Court entered the *Order Vacating Deadlines Set Forth in the Court's Order Entered on December 21, 2018 (ECF NO. 1050)* [ECF No. 1061],

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

- 2 -

vacating the hearing date and interim deadlines scheduled in connection with the Motion and requiring the Parties to file proposed revised schedule(s) for the Court's consideration, either through stipulation or separate proposals, on or before January 31, 2019.

WHEREAS, during a subsequent telephonic conference on January 31, 2019, the Parties notified the Court of a mutually agreeable hearing date, and the Court requested the Parties file a stipulation and proposed order by February 4, 2019.

NOW THEREFORE, the Parties have agreed to amend the deadlines as set forth in the Proposed Order in order to give all Parties adequate time to prepare their briefing, conduct certain discovery, and attend the hearing in connection with the Motion:

1.  January 31, 2019: Parties to substantially complete document production;

2.  February 1, 2019: Parties to exchange privilege logs;

3.  February 5, 2019: Deadline for Parties to meet and confer regarding known discovery issues;

4.  February 7, 2019: Parties to file motions to compel regarding known discovery issues;

5.  February 14, 2019:  Deadline to file oppositions to motions to compel;

6.  February 22, 2019:  Deadline to file replies in support of motions to compel;

7.  Week of February 25, 2019:  Hearing on any motions to compel, subject to the availability of the court;

8.  Within one week after a ruling on the motions to compel:  Deadline to produce any required additional discovery in response to orders on the motions to compel;

9.  February 25, 2019:  Movants to file additional expert declarations and produce expert discovery;

10.  March 29, 2019: Respondents to file opposition brief and supporting declarations

- 3 -

and produce expert discovery;[3]

    11.    April 19, 2019: Movants to file reply brief and supporting declarations;

    12.    April 26, 2019: Parties to exchange final will/may call witness lists (identifying

whether witnesses will appear live or via designated deposition testimony);

    13.    May 1, 2019: Parties to file exhibit lists;

    14.    May 1, 2019: Parties to designate deposition testimony; and

    15.    May 6, 2019: Parties to cross-designate deposition testimony.

    16.    The Court will hold a hearing on the Motion on **May 8, 2019**, **at 9:30 a.m.** (Atlantic

Standard Time), and continue if necessary on May 9, 2019, in San Juan, Puerto Rico.

---

[3] All Parties reserve the right, if any, to submit rebuttal affidavits if the conditions under Rule 26 are satisfied.

Dated: New York, New York
　　　February 4, 2019

CASELLAS ALCOVER & BURGOS P.S.C.　　CADWALADER, WICKERSHAM & TAFT LLP


By: */s/Heriberto Burgos Pérez*　　　By: */s/ Howard R. Hawkins*
　　Heriberto Burgos Pérez　　　　　　Howard R. Hawkins, Jr.*
　　USDC-PR 204,809　　　　　　　　Mark C. Ellenberg*
　　Ricardo F. Casellas-　　　　　　Ellen V. Holloman*
　　Sánchez USDC-PR 203,114　　　　William J. Natbony*
　　Diana Pérez-Seda　　　　　　　Ellen M. Halstead*
　　USDC-PR 232,014　　　　　　　Thomas J. Curtin*
　　Email:　hburgos@cabprlaw.com　　Casey J. Servais*
　　　　　　rcasellas@cabprlaw.com　200 Liberty Street
　　　　　　dperez@cabprlaw.com　　New York, NY 10281
　　　　　　　　　　　　　　　　Telephone:　(212) 504-6000
　　P.O. Box 364924　　　　　　　Facsimile:　(212) 406-6666
　　San Juan, PR 00936-4924　　　　Email:　howard.hawkins@cwt.com
　　Telephone:　(787) 756-1400　　　　　　mark.ellenberg@cwt.com
　　Facsimile:　(787) 756-1401　　　　　　ellen.holloman@cwt.com
　　　　　　　　　　　　　　　　　　bill.natbony@cwt.com
　　*Counsel for Assured Guaranty Corp. and*　　　　ellen.halstead@cwt.com
　　*Assured Guaranty Municipal Corp.*　　　　thomas.curtin@cwt.com
　　　　　　　　　　　　　　　　　　casey.servais@cwt.com

　　　　　　　　　　　　　　* admitted *pro hac vice*

　　　　　　　　　　　　　　*Counsel for Assured Guaranty Corp. and*
　　　　　　　　　　　　　　*Assured Guaranty Municipal Corp.*

ADSUDAR MUÑOZ GOYCO SEDA
& PÉREZ-OCHOA, PSC, P.S.C.

By: */s/ Eric Pérez-Ochoa*
    Eric Pérez-Ochoa
    USDC-PR No. 206,314
    Email:  epo@amgprlaw.com

    */s/ Luis Oliver-Fraticelli*
    Luis A. Oliver-Fraticelli
    USDC-PR NO. 209,204
    Email:  loliver@amgprlaw.com

    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Telephone:  (787) 756-9000
    Facsimile:  (787) 756-9010

*Counsel for National Public Finance*
*Guarantee Corporation*

WEIL, GOTSHAL & MANGES LLP

By: */s/Marcia Goldstein*
    Marcia Goldstein*
    Jonathan Polkes*
    Gregory Silbert*
    Robert Berezin*
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email: marcia.goldstein@weil.com
        jonathan.polkes@weil.com
        gregory.silbert@weil.com
        jared.friedmann@weil.com
        robert.berezin@weil.com

* admitted *pro hac vice*

*Counsel for National Public Finance*
*Guarantee Corporation*

- 6 -

GOLDMAN ANTONETTI & CORDOVA, LLC

By: */s/Carlos A. Rodríguez*
CARLOS A. RODRÍGUEZ-
VIDAL USDC-PR No. 201,213
E-mail: crodriguez-vidal@gaclaw.com

*/s/Solymar Castillo-Morales*
SOLYMAR CASTILLO-
MORALES USDC-PR NO. 218,310
E-mail: scastillo@gaclaw.com

P.O. Box 70364
San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177

*Counsel for Syncora Guarantee Inc.*

DEBEVOISE & PLIMPTON LLP

By: */s/My Chi To*
MY CHI TO*
CRAIG A. BRUENS*
ELIE J. WORENKLEIN*
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
cabruens@debevoise.com
eworenklein@debevoise.com

*admitted *pro hac vice*

*Counsel for Syncora Guarantee Inc.*

O'NEILL & BORGES LLC

By: */s/Hermann D. Bauer*
    Hermann D. Bauer
    USDC No. 215205
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Telephone: (787) 764-8181
    Facsimile: (787) 753-8944
    Email:   hermann.bauer@oneillborges.com

PROSKAUER ROSE LLP

By: */s/Martin J. Bienenstock*
    Martin J. Bienenstock*
    Stephen L. Ratner*
    Timothy W. Mungovan*
    Paul V. Possinger*
    Gregg M. Mashberg*
    Eleven Times Square
    New York, NY 10036
    Telephone: (212) 969-3000
    Facsimile: (212) 969-2900
    Email:  mbienenstock@proskauer.com
          sratner@proskauer.com
          tmungovan@proskauer.com
          ppossinger@proskauer.com

    * admitted *pro hac vice*

*Attorneys for the Financial Oversight and
Management Board and as representative of
the Puerto Rico Electric Power Authority*

MARINI PIETRANTONI MUNIZ, LLC

By: */s/Luis C. Marini-Biaggi*
    Luis C. Marini-Biaggi
    USDC No. 222301
    MCS Plaza, Suite 500
    255 Ponce de León Ave.
    San Juan, PR 00917
    Telephone: (787) 705-2171
    Facsimile: (787) 936-7494
    Email:   lmarini@mpmlawpr.com

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

CANCIO, NADAL, RIVERA & DIAZ, PSC

By: */s/Arturo Díaz-Angueira*
    Arturo Diaz-Angueira
    USDC-PR 117907
    adiaz@cnrd.com

    */s/Katiuska Bolaños-Lugo*
    Katiuska Bolaños-Lugo
    USDC-PR 231812
    kbolanos@cnrd.com

    403 Muñoz Rivera Ave.
    San Juan, PR 00918-3345
    Tel: (787) 767-9625
    Fax: (787) 622-2230

*Attorneys for the Puerto Rico Electric Power
Authority*

O'MELVENY & MYERS LLP

By: */s/John J. Rapisardi*
    John J. Rapisardi*
    Nancy A. Mitchell*
    7 Times Square
    New York, NY 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    Email:    jrapisardi@omm.com
            nmitchell@omm.com

    Peter Friedman*

    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
    Email:    pfriedman@omm.com
    Elizabeth L. McKeen*
    610 Newport Center Drive, 17th Floor
    Newport Beach, CA 92660
    Telephone: (949) 823-6900
    Facsimile: (949) 823-6994
    Email:    emckeen@omm.com

    * admitted *pro hac vice*

    *Attorneys for the Puerto Rico Fiscal*
    *Agency and Financial Advisory*
    *Authority and Puerto Rico Electric*
    *Power Authority*

**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS<br><br>(This court filing relates only to<br>Case No. 17 BK 4780-LTS) |

## ORDER AMENDING SCHEDULE FOR MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE INC. FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MOVANTS TO ENFORCE THEIR STATUTORY RIGHT TO HAVE A RECEIVER APPOINTED (ECF NO. 975)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Upon considering the *Stipulation and Proposed Amended Scheduling Order for Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed (ECF No. 975)* (the "Stipulation"); and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found good cause to grant the relief requested therein and in the Stipulation it is **HEREBY ORDERED THAT:**

1.      The Revised Scheduling Order [ECF. No. 1019] is amended to revise existing deadlines as follows:

    a.  January 31, 2019: Parties to substantially complete document production;

    b.  February 1, 2019: Parties to exchange privilege logs;

    c.  February 5, 2019: Deadline for Parties to meet and confer regarding known discovery issues;

    d.  February 7, 2019: Parties to file motions to compel regarding known discovery issues;

    e.  February 14, 2019:  Deadline to file oppositions to motions to compel;

    f.  February 22, 2019:  Deadline to file replies in support of motions to compel;

    g.  Week of February 25, 2019:  Hearing on any motions to compel, subject to the availability of the court;

    h.  Within one week after a ruling on the motions to compel:  Deadline to produce any required additional discovery in response to orders on the motions to compel;

    i.  February 25, 2019:  Movants to file additional expert declarations and produce expert discovery;

j.  March 29, 2019: Respondents to file opposition brief and supporting declarations
and produce expert discovery;[2]

k.  April 19, 2019: Movants to file reply brief and supporting declarations;

l.  April 26, 2019: Parties to exchange final will/may call witness lists (identifying
whether witnesses will appear live or via designated deposition testimony);

m.  May 1, 2019: Parties to file exhibit lists;

n.  May 1, 2019: Parties to designate deposition testimony; and

o.  May 6, 2019: Parties to cross-designate deposition testimony.

p.  The Court will hold a hearing on the Motion on **May 8, 2019**, **at 9:30 a.m.** (Atlantic
Standard Time), and continue if necessary on May 9, 2019, in San Juan, Puerto Rico.


SO ORDERED.

Dated: _____, 2019
    San Juan, Puerto Rico                    _____
                                        HONORABLE LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE

---

[2] All Parties reserve the right, if any, to submit rebuttal affidavits if the conditions under Rule 26 are satisfied.