UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|      as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|      Debtors. [1] | |

-------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|      as representative of | No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), | |
|      Debtor. | |

-------------------------------------------------------x

ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING SCHEDULING OF
HEARING ON THE THIRTEENTH OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM OF PETER C. HEIN

     The Court has received and reviewed the *Further Response and Opposition, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to COFINA's Thirteenth Omnibus Objection to Individual Claim No.*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*10701, and in Further Opposition to Confirmation of Puerto Rico Sales Tax Financing Corporation's ("COFINA") Plan* (Docket Entry No. 5041, the "Hein Response"), filed by Peter C. Hein.  The Hein Response requests that the hearing on the *Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims* (Docket Entry No. 4417, the "Omnibus Claims Objection") be adjourned to a date on or before March 1, 2019 or after March 19, 2019 to the extent that the Omnibus Claims Objection applies to Mr. Hein's proof of claim (the "Rescheduling Request").

Counsel to the Financial Oversight and Management Board for Puerto Rico are directed to meet and confer with Mr. Hein within ten (10) days of the date hereof concerning the Rescheduling Request.


SO ORDERED.

Dated: February 5, 2019

  /s/ Laura Taylor Swain    
LAURA TAYLOR SWAIN
United States District Judge