# EXHIBIT 1

<u>CERTIFIED TRANSLATION</u>                                    BY: OLGA M. ALICEA, FCCI, NJITCE-S

[Handwritten Document]

December 26, 2018   P 1

From: Juan Cruz Rodríguez
S.S. # REDACTED 5533
State Insurance Fund Case No. REDACTED 384-3
COFINA Claim No. – 20186

To: Hon. Judge Laura Taylor Swain
U.S. District Court for
the District of Puerto Rico

    Greetings and Happy new year, I hope your Honor's health is well together with your Family and coworkers.

The case to which I refer is the case of the State Insurance Fund # REDACTED 384-3 where the accident was on April 26, 1995. The accident was when I worked in the area of the kitchen of the maximum security Prison called the Green Monster in the Las Cucharas Correctional Complex in Ponce, Puerto Rico. This case was evaluated on multiple occasions for around ten (10) years including treatment and appeals processes.

The information from which this report is derived is in the files of the Industrial Commission, of Correctional Health, and of the State Insurance Fund, which consists in six (6) volumes with a total of 2,053 pages. I am currently incarcerated in the Ponce 1000 Institution Module 44- Cell 211 in Ponce, P.R.

I was referred by the Attorney, Evelyn [illegible] de Jesús Rodríguez, Esq., for a disability evaluation before Doctor José R. Díaz Correa, specialist in Internal Medicine, Occupational Medicine, where his office was in this Torre San Francisco Suite 210 369 De Diego, Río Piedras, P.R. 00923, with tells 1-787-758-3970 (office), REDACTED (home), and 1-787-756-8814 (Fax), and his home is REDACTED REDACTED , P.R. 00924. At present he must be 63 years old. He was president of the physicians' Credentials Committee, and he has vast experience working in multiple Hospitals of P.R. He has Licenses from Puerto Rico, from Dea *[sic]* Narcotics License, from Puerto Rico State Narcotics License and Flex Components 1 and 2 from 1990 onward

cont➠

*CERTIFIED TRANSLATION*            BY: OLGA M. ALICEA, FCCI, NJITCE-S

On February 1, 2005, I was examined by Dr. Jorge L. Dávila Vélez (neurosurgeon) and the initial diagnosis of herniated discs was confirmed. On this date he was assigned 23% lumbar disability since he had major restriction in movement. Before it was 20%. The new diagnosis is:



Dr. Dávila Vélez agrees that the degenerative changes REDACTED have worsened with the accident.

Prognosis. The total of 48% of disability has never been paid totally. The State Insurance Fund made a first payment of 20% disability "but" the second payment of 28% disability has never been paid to me and I do not know how much the amount of money is. The latter is what I am claiming.

    Honorable, with much respect I am showing you this situation and so that you know and tell me what action I should take or if you can assume jurisdiction.

    I Thank you in advance and that you receive from God and from my many blessings in this coming year.

                                              Sincerely,
                                              (Signed)

P.S. I send you Exhibit 12 with the evaluations Date by Date

---

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                        JANUARY 25, 2019
Olga M. Alicea, fcci, njitce-s,   Fed. Cert. No. 98-005                    DATE

*CERTIFIED TRANSLATION*     by: Olga M. Alicea, fcci, njitce-s

From: Juan Cruz Rodríguez
Ponce Institution
Institución Ponce 1000 M-44-211
P.O. Box 3699 Ponce By Pass
Ponce, P.R. 00728-1504

SAN JUAN PR 009
03 JAN 2019 PM 1 L
RECEIVED & FILED
2019 JAN -4 PM 2:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Barn Swallow

To: / Para: Puerto Rico Federal Court
Tribunal Federal de Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardón Street
Hato Rey, P.R. 00918
* Hon. [illegible] [illegible]

0091881703

---

**CERTIFICATION**
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea     January 25, 2019
Olga M. Alicea, fcci, njitce-s,    Fed. Cert. No. 98-005     date