**United District Court
for the District of Puerto Rico**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    As representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

      Debtors.

**PROMESA**

**TITLE III**

**NO. 17 BK 3283-LTS**

## SUBMITION OF PROOF OF CLAIMS

My name is Miriam Sanchez Lebron with my claim # 29560 and today February 4, 2019 I am enclosing parts of my claims due to extensive inventory. Please allow me three or four weeks more to submit the whole inventory claims to the Commonwealth of Puerto Rico.

Enclosed you will find claims for Aguadilla, Adjuntas, Arecibo, Añasco, Aibonito, Arroyo, Aguada, Bayamón, Carolina, Guaynabo, Humacao, Las Piedras, Mayagüez, San Juan, Bomberos de Puerto Rico, Quebradillas, San Lorenzo, Yabucoa, Naguabo, Ceiba and Maunabo municipalities .

Date: February 4, 2019

Name: Miriam Sanchez Lebrón
**Claim No. 29560**