Ms. Miriam Sanchez Lebrón
HC-04 Box 4001
Humacao, Puerto Rico 00791-8900

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



RECEIVED & FILED
2019 FEB -5 PM 4:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



SAN JUAN PR 009
04 FEB 2019 PM 1 L