UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION,<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This filing relates to COFINA only |

ORDER SETTING OBJECTION DEADLINE REGARDING URGENT MOTION OF THE BANK OF NEW
YORK MELLON, AS TRUSTEE, FOR (I) EXPEDITED CONSIDERATION OF THE MOTION OF
WHITEBOX MULTI-STRATEGY PARTNERS, L.P. AND CERTAIN OF ITS AFFILIATES
FOR RECONSIDERATION OF THE COURT'S ORDER PRECLUDING THE CROSS-EXAMINATION OF
CERTAIN WITNESSES OR, ALTERNATIVELY, (II) CLARIFICATION THAT BNYM IS ENTITLED TO
WITHHOLD WHITEBOX'S DISTRIBUTIONS PENDING A DETERMINATION OF THE 19.5 DISPUTE

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as
a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's
federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case
No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement
System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-
LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Upon consideration of the *Urgent Motion of The Bank of New York Mellon, as Trustee, for (I) Expedited Consideration of the Motion of Whitebox Multi-Strategy Partners, L.P. and Certain of its Affiliates for Reconsideration of the Court's Order Precluding the Cross-Examination of Certain Witnesses or, Alternatively, (II) Clarification that BNYM is Entitled to Withhold Whitebox's Distributions Pending a Determination of the 19.5 Dispute* (Docket Entry No. 5061 in Case No. 17-3283, the "Urgent Motion"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT

Any response or objection to the Urgent Motion must be filed and served in accordance with the *Eighth Amended Notice, Case Management and Administrative Procedures* (Docket Entry No. 4866-1) so as to be received no later than **6:00 p.m. (AST) on February 6, 2019**; and it is further ordered that

The response or objection of The Bank of New York Mellon, as Trustee, to the *Motion of Whitebox Multi-Strategy Partners, L.P. and Certain of its Affiliates for Reconsideration of the Court's Order Precluding the Cross-Examination of Certain Witnesses* (Docket Entry. No.  4964 in Case No. 17-03283-LTS) must be filed no later than **6:00 p.m. (AST) on February 6, 2019**.

Dated:  February 6, 2019                                  /s/ Laura Taylor Swain
      San Juan, Puerto Rico                       LAURA TAYLOR SWAIN
                                    United States District Judge