UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in Case No. 17-BK-4780-LTS and Case No. 17-BK-3283-LTS. |

ORDER AMENDING SCHEDULE FOR MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE INC. FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MOVANTS TO ENFORCE THEIR STATUTORY RIGHTS TO HAVE A RECEIVER APPOINTED (ECF NO. 975)

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon considering the *Stipulation and Proposed Amended Scheduling Order for Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed (ECF No. 975)* (Docket Entry No. 5046 in Case No. 17-3283 and Docket Entry No. 1063 in Case No. 17-4780, the "Stipulation"); and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found good cause to grant the relief requested therein and in the Stipulation it is HEREBY ORDERED THAT:

1. The Revised Scheduling Order (Docket Entry No. 1019 in Case No. 17-4780) is amended to revise existing deadlines as follows:

    a. January 31, 2019: Parties to substantially complete document production;

    b. February 1, 2019: Parties to exchange privilege logs;

    c. February 5, 2019: Deadline for Parties to meet and confer regarding known discovery issues;

    d. February 7, 2019: Parties to file motions to compel regarding known discovery issues;

    e. February 14, 2019: Deadline to file oppositions to motions to compel;

    f. February 22, 2019: Deadline to file replies in support of motions to compel;

    g. Week of February 25, 2019: Hearing on any motions to compel, subject to the availability of the court;

    h. Within one week after a ruling on the motions to compel: Deadline to produce any required additional discovery in response to orders on the motions to compel;

    i. February 25, 2019: Movants to file additional expert declarations and produce expert discovery;

    j. March 29, 2019: Respondents to file opposition brief and supporting declarations and produce expert discovery;[2]

    k. April 19, 2019: Movants to file reply brief and supporting declarations;

    l. April 26, 2019: Parties to exchange final will/may call witness lists (identifying whether witnesses will appear live or via designated deposition testimony);

    m. May 1, 2019: Parties to file exhibit lists;

    n. May 1, 2019: Parties to designate deposition testimony; and

    o. May 6, 2019: Parties to cross-designate deposition testimony.

    p. The Court will hold a hearing on the Motion on **May 8, 2019**, **at 9:30 a.m.** (Atlantic Standard Time), and continue if necessary on May 9, 2019, in San Juan, Puerto Rico.

2. This Order resolves Docket Entry No. 5046 in Case No. 17-3283 and Docket Entry No. 1063 in Case No. 17-4780.

Dated: February 6, 2019

                                                /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge

---

[2] All Parties reserve the right, if any, to submit rebuttal affidavits if the conditions under Rule 26 are satisfied.