UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

NOTICE AND ORDER REGARDING FAILURE TO
COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 9037

Before the Court are the following pleadings (each a "Response" and, collectively, the "Responses"):

1. *Answer and Opposition to Objection to Claim in Sixth Omnibus Non-Substantive Objection (It. #111) to Claim by Edilberrto Berrios Periez and Ariadne Febles Gordian* (Docket Entry No. 4922)[2]

2. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (Docket Entry No. 4951)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise noted.

3. *Response to Puerto Rico Sales Tax Financing Corporation's Sixteenth Omnibus Objection (Nonsubstantive) to Deficient Claims Claim No. 209* (Docket Entry No. 4997)

4. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Claim No. 4348* (Docket Entry No. 4999);

5. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Claim No. 4380* (Docket Entry No. 5001);

6. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Claim No. 176* (Docket Entry No. 5004);

7. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Claim No. 178* (Docket Entry No. 5005);

8. *Response to Puerto Rico Sales Tax Financing Corporation's Fifteenth Omnibus Objection (Non-Substantive) to Deficient Claims Claim No. 8984* (Docket Entry No. 5006);

9. *Response to Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims* (Docket Entry No. 5017);

10. *Response to Puerto Rico Sales Tax Financing Corporation's Fourteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims* (Docket Entry No. 5019);

11. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Claim Nos. 183 and 184* (Docket Entry No. 5021);

12. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Claim Nos. 183 and 184* (Docket Entry No. 5026);

13. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (D.E. 4410) to Deficient Claims* (Docket Entry No. 5028);

14. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection to Deficient Claims* (Docket Entry No. 5029);

15. *Response to Puerto Rico Sales Tax Financing Corporation's Sixteenth Omnibus Objection to Duplicate Claims to The Honorable Court* (Docket Entry No. 5032);

16. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection to Deficient Claims to The Honorable Court* (Docket Entry No. 5033);

17. *Response to Puerto Rico Sales Tax Financing Corporation's Eighteenth Omnibus Objection to Deficient Claims to the Honorable Court* (Docket Entry No. 5034);

18. *Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Claim No. 195* (Docket Entry No. 5035); and

19. *Answer to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substative) to Deficient Claims (Docket Entry No.* 5039).

Each Response includes one or more items of information that Federal Rule of Bankruptcy Procedure 9037 requires be redacted in a public filing, and thus fails to comply with the Rule. Accordingly, the Court has sealed each Response to protect that sensitive information and hereby directs Respondents to file amended responses on the docket, reflecting redactions of the sensitive information to the extent required by Federal Rule of Bankruptcy Procedure Rule 9037, within seven (7) days from the date hereof. If a redacted amended response is filed within such period, the original unredacted version of such Response will be maintained under seal. If no such amended response is timely filed, the relevant Respondent(s) will be deemed to have waived the protection of Federal Rule of Bankruptcy Procedure 9037(a) and the Court will unseal such Response.

SO ORDERED.

Dated: February 6, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge