**EXHIBIT B**

## **EXHIBIT 1**

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

**TRIBUNAL FEDERAL
PARA EL DISTRITO DE PUERTO RICO**

------------------------------------------------------------------------ X
                                                                         :
In re:                                                                   :
                                                                         :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN      : PROMESA
FINANCIERA PARA PUERTO RICO,                  : Título III
                                                                         :
     como representante de                    : Caso Núm. 17-BK-3283 (LTS)
                                                                         :
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et*  : (Administrado Conjuntamente)
*al.*,                                                                   :
                                                                         :
     Deudores.¹                               :
------------------------------------------------------------------------ X

**NOTIFICACIÓN DE LA OBJECIÓN ÓMNIBUS DE (I) LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, A TRAVÉS DE SU COMITÉ ESPECIAL DE RECLAMACIONES, Y (II) EL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A LAS RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Está recibiendo esta notificación porque ha sido identificado como tenedor de uno o más bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico en o luego del 2012 (los "Bonos GO Impugnados"). Puede encontrar una lista de los números CUSIP para los Bonos GO Impugnados al final de esta notificación.

Por favor tenga en cuenta que la Junta de Supervisión y Administración Financiera, como representante de los Deudores, actuando a través de su Comité de Reclamaciones Especiales, y el Comité Oficial de Acreedores no Asegurados (los "Objetores") han presentado una objeción

---

¹ Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

ómnibus, de conformidad con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones presentadas o afirmadas por tenedores de ciertos bonos de obligación general del Estado Libre Asociado (la "<u>Objeción</u>"). Puede encontrar el texto completo de la Objeción en el siguiente enlace: <u>https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784</u>.

   Esta Objeción busca rechazar e invalidar los reclamos a cuenta de los Bonos GO Impugnados (las "<u>Reclamaciones de los Bonos GO Impugnados</u>"). **Sujeto a derechos apelativos aplicables, si el Tribunal concede la Objeción parcial o totalmente, la recuperación de los tenedores de las Reclamaciones de los Bonos GO Impugnados a cuenta de los Bonos GO Impugnados será eliminada total o parcialmente, y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso de Título III y participar en cualquier distribución en este Caso de Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Como se explicará en el siguiente párrafo, usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes de [60 DÍAS DESPUÉS DE LA ENTRADA DE LA ORDEN CONCEDIENDO MOCIÓN SOBRE LOS PROCEDIMIENTOS] (la "<u>Fecha Límite de Participación</u>").**

   Además, tenga en cuenta que el día \_\_\_\_\_, el Tribunal de Distrito declaró con lugar la moción en solicitud de aprobación de ciertos procedimientos respecto a dicha Objeción (los "<u>Procedimientos de la Objeción</u>"). Si tiene la intención de responder a la Objeción o de participar en el litigio de alguna manera, debe seguir los Procedimientos de la Objeción que requieren entre otras cosas, que presente ante el Tribunal de Distrito y notifique mediante correo electrónico un Aviso de Participación antes de la Fecha Límite de Participación. Se provee aquí formulario de Aviso de Participación. **Las instrucciones para presentar el Aviso de Participación ante el Tribunal de Distrito, incluyendo a aquellas personas que no están representadas por abogados están expuestas al final del formulario del Aviso de Participación.**

   Para aquellas personas que presentaron ante el Tribunal de Distrito y notificaron por correo electrónico el Aviso de Participación a las Partes a Notificar a las direcciones establecidas en la párrafo 8 de los Procedimientos de Objeción en o antes de la Fecha Límite de Participación, no es necesario que presenten una respuesta sustantiva a la Objeción hasta la fecha establecida mediante una orden de calendarización posteriormente emitida por el Tribunal de Distrito

   Las solicitudes de las versiones en español del Aviso, Procedimientos de la Objeción y el formulario del Aviso de Participación y cualquier pregunta relacionada con este aviso deben ser enviadas por escrito a:

> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Attn: Douglass E. Barron
> NoticeofParticipation@paulhastings.com

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

(212) 318-6690

Los números CUSIP de los bonos de obligación general afectados por la Objeción son:

| Series | CUSIP |
|---|---|
| 2012 A | 74514LB89 |
| 2012 A | 74514LB63 |
| 2012 A | 74514LA49 |
| 2012 A | 74514LA56 |
| 2012 A | 74514LC88 |
| 2012 A | 74514LD87 |
| 2012 A | 74514LA80 |
| 2012 A | 74514LC39 |
| 2012 A | 74514LB55 |
| 2012 A | 74514LD46 |
| 2012 A | 74514LB97 |
| 2012 A | 74514LD61 |
| 2012 A | 74514LC96 |
| 2012 A | 74514LD79 |
| 2012 A | 74514LC70 |
| 2012 A | 74514LD53 |
| 2012 A | 74514LA31 |
| 2012 A | 74514LC21 |
| 2012 A | 74514LD20 |
| 2012 A | 74514LB48 |
| 2012 A | 74514LA72 |
| 2012 A | 74514LC62 |
| 2012 A | 74514LB22 |
| 2012 A | 74514LC47 |
| 2012 A | 74514LC54 |
| 2012 A | 74514LD38 |
| 2012 A | 74514LA64 |
| 2012 A | 74514LA98 |
| 2012 A | 74514LB30 |
| 2012 A | 74514LB71 |
| 2012 B | 74514LA23 |
| 2012 B | 74514LZV2 |
| 2012 B | 74514LZW0 |
| 2012 B | 74514LZX8 |
| 2012 B | 74514LZY6 |
| 2012 B | 74514LZZ3 |
| 2014 A | 74514LE86 |

**EXHIBIT 2**

\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\*

**TRIBUNAL FEDERAL
PARA EL DISTRITO DE PUERTO RICO**

------------------------------------------------------------------------ X
: 
In re: :
:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
:
     como representante de : Caso Núm. 17-BK-3283 (LTS)
:
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et* : (Administrado Conjuntamente)
*al.,*
:
     Deudores.¹ :
------------------------------------------------------------------------ X

**PROCEDIMIENTOS INICIALES PARA RESOLVER LA OBJECIÓN ÓMNIBUS DE (I) LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, A TRAVÉS DE SU COMITÉ ESPECIAL DE RECLAMACIONES, Y (II) EL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A LAS RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

[__ de febrero de 2019]

     Según la Orden ("Orden") del Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito"), con fecha del _____, [Docket No. __], los siguientes procedimientos iniciales aplicarán para la resolución de la *Objeción Ómnibus de la Junta de Supervisión y Administración Financiera para Puerto Rico, a través de su Comité Especial de*

---

¹ Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación tributaria federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

*Reclamaciones, y del Comité Oficial de Acreedores No Asegurados, a tenor con la sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a las Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico,* con fecha del 14 de enero de 2019 [Docket No. 4784] (la "Objeción").[2]

La Junta de Supervisión y Administración Financiera para Puerto Rico, a través de su Comité Especial de Reclamaciones y el Comité Oficial de Acreedores No Asegurados (conjuntamente, los "Objetores") presentaron una Objeción aseverando que todas las reclamaciones (las "Reclamaciones de Bonos GO Impugnados") que han sido o pueden ser incoadas contra el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") a cuenta de todos los bonos de obligación general emitidos por el Estado Libre Asociado en o después del 2012 (los "Bonos GO Impugnados") son inválidos. Los tenedores de los Bonos GO Impugnados en adelante serán referidos como "Tenedores de Bonos GO Impugnados."

1. Exclusividad de los Procedimientos

Estos procedimientos son el mecanismo exclusivo para participar en el litigio ante el Tribunal de Distrito en cuanto a los asuntos relacionados con la denegatoria de las Reclamaciones de Bonos GO Impugnados por los motivos expuestos en la Objeción.

2. Aviso de Participación

Cualquier parte con interés, incluyendo, pero sin limitarse a, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF"), el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico (junto con AAFAF, las "Partes del Título III"), y cualquier persona o entidad que posea un Bono GO Impugnado, esté o no esa persona o entidad identificada en el Apéndice I de la Objeción, que desee participar del litigio de la Objeción, tiene que notificar por correo electrónico y presentar un aviso de su intención de participar en dicho litigio (un "Aviso de Participación").

El Aviso de Participación (a) indicará si la parte con interés que presentó el aviso (individualmente, el "Participante") apoya o se opone a la Objeción; (b) proveerá el nombre, dirección y correo electrónico del Participante y de su representante legal, si alguno; y (c), en la medida en que lo presente un Tenedor de Bonos GO Impugnados, expondrá (i) si todo o parte de los Bonos GO Impugnados fueron adquiridos en el mercado secundario, y (ii) los números CUSIP de dichos Bonos GO Impugnados al mejor conocimiento y creencia del Tenedor de Bonos GO Impugnados a la fecha de presentar el Aviso de Participación (la "Información del Aviso"). El Aviso de Participación tendrá que cubrir todos los Bonos GO Impugnados propiedad del Participante a la fecha de la presentación del Aviso de Participación o adquirido posteriormente, y no deberá limitarse a los números CUSIP listados. En aras de evitar cualquier duda, una parte interesada puede presentar un Aviso de Participación individual y/o a través de un grupo *ad hoc*. Un Aviso de Participación presentado a través de un grupo *ad hoc* tendrá que permitir a cada miembro de dicho grupo *ad hoc* a participar individualmente o como parte del grupo, y cada miembro se reserva el derecho de actuar individualmente de tiempo en tiempo, con

---

[2] El texto completo de la Objeción puede ser accesado en el Internet en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784

2

relación a cualquier asunto, argumento o procedimiento.  En la medida en que una entidad deje de ser un miembro de un grupo *ad hoc* que presentó un Aviso de Participación, dicho miembro podrá continuar participando en el litigio de la Objeción en la misma manera en que un Participante que hubiese presentado oportunamente un Aviso de Participación individual; *disponiéndose, sin embargo,* que dicho participante estará sujeto a (i) cualquier acción, argumento, declaración o posición hecha o tomada por, dicho grupo *ad hoc* antes de la fecha en que el Participante cesó de ser un miembro de dicho grupo *ad hoc* (la "Fecha de Separación"), y (ii) cualquier orden del Tribunal de Distrito aplicable a los miembros de dicho grupo *ad hoc* a la Fecha de Separación, en cada caso, en la misma medida, si alguna, en que los miembros de dicho grupo *ad hoc* estarían obligados por dichas acciones, argumentos, declaraciones posiciones u órdenes del Tribunal de Distrito.  En la medida en que una entidad se convierta en un miembro de un grupo *ad hoc* luego de la Fecha Limite de Participación, dicho miembro estará cubierto por el Aviso de Participación oportunamente presentado por el grupo *ad hoc*, disponiéndose que (i) dicho Aviso de Participación tiene que ser actualizado para incluir la Información del Aviso del nuevo miembro del grupo; y (ii) si dicho miembro no presentó su propio Aviso de Participación oportunamente, dicho miembro tiene que haber obtenido, según el párrafo 5 abajo, la aprobación del Tribunal de Distrito para participar en el litigio, individualmente o como miembro del grupo *ad hoc,* luego de demostrar justa causa.  Las partes que presenten el Aviso de Participación que apoyen la Objeción constituirán colectivamente los "Objetores Conjuntos," y las partes que se oponen a la Objeción constituirán colectivamente los "Recurridos."

Cada Aviso de Participación tiene que ser notificado a las "Partes a Notificar" identificadas en el párrafo 8 abajo, y presentado electrónicamente ante el Tribunal de Distrito de conformidad con sus procedimientos para la presentación electrónica de documentos. **Los participantes sin representación legal pueden presentar el Aviso de Participación por correo o entrega personal a: Secretaría del Tribunal del Tribunal de Distrito para el Distrito de Puerto Rico, Salón 150 Edificio Federal, 150 Avenida Carlos Chardón, San Juan PR 00918-1767, la oficina de secretaría del Tribunal de Distrito en San Juan, Puerto Rico.**

**La fecha límite para presentar al Tribunal de Distrito y notificar por correo electrónico el Aviso de Participación es [60 días a partir de la fecha de entrada la Orden] (el "Fecha Limite de Participación")**. Aquellas partes que presenten al Tribunal de Distrito y notifiquen por correo electrónico el Aviso de Participación a la Fecha Límite de Participación, no tendrán que presentar una respuesta sustantiva a la Objeción hasta la fecha establecida mediante una orden de calendarización posteriormente emitida por el Tribunal de Distrito.

Sujeto a lo provisto en el párrafo 5 abajo, cualquier parte que no presente un Aviso de Participación no recibirá notificaciones de presentaciones ni eventos sobre el litigio y podría no permitírsele participar sustancialmente en el litigio sin permiso del Tribunal de Distrito una vez haya mostrado justa causa; sin embargo, sus derechos pueden verse afectados por el resultado del litigio. En particular, y sujeto a derechos apelativos aplicables, si el Tribunal de Distrito concede la Objeción total o en parte, la recuperación de los reclamantes a cuenta de las Reclamaciones de Bonos GO Impugnados será eliminada total o en parte, y los reclamantes estarán prohibidos para siempre de hacer valer dichas reclamaciones contra el Estado Libre Asociado, de votar en cualquier plan de ajuste presentado en este Caso de Título III, y de participar en cualquier distribución en este Caso de Título III a cuenta de dichas reclamaciones surgiendo de los Bonos

GO Impugnados y de las Reclamaciones de Bonos GO Impugnados. Al presentar un Aviso de Participación, un reclamante tendrá la oportunidad de ser escuchado en los méritos de la Objeción, tendrá derecho a recibir las notificaciones sobre eventos en el caso específicos a la Objeción, y recibirá avisos de oportunidades para reunirse y conversar con otras partes sobre los asuntos relacionados al litigio de la Objeción.

Nada de lo aquí dispuesto, ni la mera presentación de un Aviso de Participación por una persona o entidad que no sea un tenedor de un Bono GO Impugnado, operará para conferir legitimación a dicha persona o entidad para participar en el litigio de la Objeción, y se reservan todos los derechos a objetar la legitimación de cualquier persona o entidad.

3. <u>Propuesta de Intercambio Inicial/Recomendación</u>

En la fecha que será cinco (5) días después de la Fecha Límite de Participación, los Objetores presentarán en el Tribunal de Distrito una lista de todas las partes que presentaron Avisos de Participación, sus representantes legales, y si estos Participantes son Objetores Conjuntos o Recurridos. Dicha lista será actualizada cada treinta (30) días para reflejar cualquier presentación tardía o actualización de un Aviso de Participación.

Veintiún (21) días después de la Fecha Límite de Participación (la "<u>Fecha Límite del Intercambio de Propuestas</u>"), los Objetores Conjuntos y los Objetores, por un lado, y los Recurridos (individualmente y/o a través de grupos *ad hoc*), por otro lado, simultáneamente intercambiarán propuestas (las "<u>Propuestas Iniciales</u>") por correo electrónico estableciendo los procedimientos que gobernarán el litigio de la Objeción, incluyendo, pero sin limitarse a, disputas legales y fácticas anticipadas, la secuencia y tiempo del descubrimiento de prueba, práctica de mociones dispositivas anticipadas y el tiempo para ello, y el trato de los tenedores de Bonos GO Impugnados que no presentaron Aviso de Participación (los "<u>Procedimientos de Litigio de la Objeción</u>"). Los Objetores enviarán las Propuestas Iniciales a todas las partes que presentaron Avisos de Participación, pero estas Propuestas Iniciales no serán presentadas ante el Tribunal de Distrito. Las Partes no estarán impedidas de presentar reclamaciones o levantar defensas que no fueron incluidas en las Propuestas Iniciales

Durante el periodo de veintiún (21) días luego de la Fecha Límite del Intercambio de Propuestas, los Objetores y Participantes se reunirán y llevarán a cabo una conferencia sobre la sustancia de las Propuestas Iniciales en un esfuerzo para desarrollar una recomendación conjunta sobre los Procedimientos de Litigio de la Objeción para el Tribunal de Distrito. Los Objetores convocarán las sesiones de reunión y conferencia y proveerán avisos sobre cualquier reunión o conferencia telefónica a todos los Participantes. Los Objetores y los Participantes utilizarán los mejores esfuerzos para desarrollar una recomendación totalmente consensual con respecto a los Procedimientos de Litigio de la Objeción.

En el día veintiuno (21) luego de la Fecha Límite del Intercambio de Propuestas Iniciales, los Objetores presentarán ante el Tribunal de Distrito la recomendación concerniente a los propuestos Procedimientos de Litigio de la Objeción (la "<u>Recomendación</u>") e indicarán cuáles Participantes apoyan la Recomendación y cuáles Participantes, si alguno, objetan la Recomendación. Los Objetores habrán enviado por correo electrónico un borrador de la Recomendación a todos los Participantes por lo menos cinco (5) días laborables previo a la

4

presentación de la Recomendación; luego, los Participantes tendrán cuatro (4) días laborables para proveer más insumo en cuanto a los Procedimientos de Litigio de la Objeción propuestos.

Cualquier respuesta a la Recomendación tendrá que ser presentada ante el Tribunal de Distrito dentro de los siete (7) días luego de la presentación de la Recomendación (al "<u>Fecha Límite de la Respuesta</u>"), y cualquier réplica a estas respuestas tendrá que ser presentada dentro de los tres (3) días posteriores a la Fecha Límite de la Respuesta (la "<u>Fecha Límite de la Réplica</u>").

4. <u>Litigio</u>

    A. <u>Conferencia Sobre el Estado de los Procedimientos en el Tribunal de Distrito</u>

Los Objetores solicitarán que el Tribunal de Distrito señale una conferencia sobre el estado de los procedimientos tan pronto como sea posible luego de la Fecha Límite de la Réplica, para discutir y decidir los asuntos esbozados en la Recomendación y cualquier respuesta y réplica a esta, incluyendo, pero sin limitarse a:

  (i)   la secuencia y tiempo para el descubrimiento de prueba;

 (ii)   la medida en que alegatos conjuntos puedan o deban ser sometidos;

(iii)   calendarización de mociones; y

(iv)   cualquier otro asunto que pueda contribuir a una resolución justa y eficiente de los asuntos levantados en la Objeción y en los Avisos de Participación.

    B. <u>Coordinación</u>

En la medida en que el Tribunal de Distrito determine que alegatos conjuntos pueden y deben ser sometidos–

(a) Los Objetores y cualquier Objetor Conjunto cooperarán de buena fe para presentar alegatos conjuntos con respecto a la Objeción, y presentarán alegatos separados solo en la medida necesaria para presentar y discutir asuntos, posiciones y argumentos sobre los cuales no puedan llegar a un acuerdo de buena fe.

(b) De la misma forma, los Recurridos cooperarán de buena fe para presentar alegatos conjuntos con respecto al litigio sobre la Objeción y presentarán alegatos separados solo en la medida necesaria para presentar o discutir asuntos, posiciones, o argumentos en las cuales no puedan llegar a un acuerdo de buena fe.

Con respecto al descubrimiento de prueba –

Los Objetores y Objetores Conjuntos, por un lado, y los Recurridos, por otro lado, harán esfuerzos razonables para coordinar el desarrollo del descubrimiento de prueba que sea requerido por las otras partes y para coordinar comunicaciones concernientes a dicho descubrimiento.

5

5. <u>Avisos de Participación Sometidos Luego de la Fecha Límite de Participación</u>

Cualquier parte que presente un Aviso de Participación luego de la Fecha Límite de Participación, pero al menos treinta (30) días antes del juicio en los méritos de la Objeción, puede participar en el litigio sobre la Objeción recibiendo las notificaciones de los desarrollos en el litigio e invitaciones para las sesiones de reunión y conferencia entre las partes del litigio. Dicha parte, sin embargo, estará sujeta a cualquier orden emitida por el Tribunal de Distrito (incluyendo cualquier orden declarando ha lugar una moción dispositiva, como una moción de sentencia sumaria) y/o cualquier acuerdo alcanzado entre los Objetores, Objetores Conjuntos y los Recurridos, antes de someter dicho Aviso de Participación sobre el manejo del litigio, incluso con respecto a los asuntos establecidos en el párrafo 3 anterior. Además, ausente un permiso concedido por el Tribunal de Distrito luego de mostrar justa causa, cualquier parte que no presente un Aviso de Participación o presente Aviso de Participación luego de la Fecha Límite de Participación, estará prohibida de presentar mociones separadas, diligenciar requerimientos de descubrimiento de prueba, o de ser escuchado en cualquier vista sobre la Objeción.

6. <u>Ausencia de Deber</u>

Ningún Recurrido tendrá deber alguno para con otro Recurrido o Tenedor de Bono GO Impugnado que no presente un Aviso de Participación.

7. <u>Otras Objeciones Permisibles</u>

El hecho de que los Objetores han objetado las Reclamaciones de Bonos GO Impugnados no impedirá (i) a los Objetores o cualquiera otra parte con interés de objetar una Reclamación de Bono GO Impugnado sobre cualquier base no expuesta en la Objeción o cualquier otra reclamación afirmada por el Tenedor de Bono GO Impugnado no relacionada al Bono GO Impugnado, o (ii) a las Partes de Título III de afirmar argumentos adicionales para objetar las Reclamaciones de Bono GO Impugnados a tenor con el Aviso de Participación.

8. <u>Las siguientes Personas son las "Partes a Notificar"</u>

**BROWN RUDNICK LLP**
Attn: Edward S. Weisfelner, Esq.
Angela M. Papalaskaris, Esq.
7 Times Square
New York, NY 10036
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq.
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
sbest@brownrudnick.com

Sunni P. Beville, Esq.
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com

**ESTRELLA, LLC**
Attn: Alberto Estrella, Esq.
Kenneth C. Suria, Esq.
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
agestrella@estrellallallc.com
ksuria@estrellallc.com

6

| **PAUL HASTINGS LLP** | **CASILLAS, SANTIAGO & TORRES LLC** |
|---|---|
| Attn: Luc. A. Despins, Esq. | Attn: Juan J. Casillas Ayala, Esq., |
| James R. Bliss, Esq. | Diana M. Batlle-Barasorda, Esq., |
| Nicholas A. Bassett, Esq. | Alberto J. E. Añeses Negrón, Esq., |
| 200 Park Avenue | Ericka C. Montull-Novoa, Esq., |
| New York, NY 10166 | El Caribe Office Building |
| lucdespins@paulhastings.com | 53 Palmeras Street, Ste. 1601 |
| jamesbliss@paulhastings.com | San Juan, Puerto Rico 00901-2419 |
| nicholasbassett@paulhastings.com | jcasillas@cstlawpr.com |
| | dbatlle@cstlawpr.com |
| | aaneses@cstlawpr.com |
| | emontull@cstlawpr.com |

# **EXHIBIT 3**

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

**TRIBUNAL FEDERAL
PARA EL DISTRITO DE PUERTO RICO**

```
------------------------------------------------------------------------ X
                                                 :
In re:                                           :
                                                 :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN         :   PROMESA
FINANCIERA PARA PUERTO RICO,                     :   Título III
                                                 :
         como representante de                   :   Caso Núm. 17-BK-3283 (LTS)
                                                 :
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et       :   (Administrados Conjuntamente)
al.,                                             :
                                                 :
         Deudores.                               :
------------------------------------------------------------------------ X
```

**AVISO DE PARTICIPACIÓN EN CUANTO A LA OBJECIÓN ÓMNIBUS A RECLAMACIONES PRESENTADAS O AFIRMADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO**

**Este aviso tiene que ser notificado y presentado no más tarde de [60 días luego de entrada la orden concediendo la moción sobre los procedimientos], de conformidad con las instrucciones establecidas al final de este documento.**

La parte identificada a continuación ("Participante") informa a los Objetores su intención de participar en el litigio de la *Objeción Ómnibus de la Junta de Supervisión y Administración Financiera para Puerto Rico, a través de su Comité Especial de Reclamaciones, y del Comité Oficial de Acreedores No Asegurados, a tenor con la sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a las Reclamaciones Presentadas o Incoadas por Ciertos Tenedores de Bonos de Obligación General de Puerto Rico*, con fecha del 14 de enero de 2019 [Docket No. 4784] (la "Objeción"), la cual afirma que todas las reclamaciones que hayan sido o que puedan ser presentadas en contra del Estado Libre Asociado de Puerto Rico a raíz de los bonos de obligación general emitidos por el Estado Libre Asociado en o después del 2012 (los "Bonos GO Impugnados") son inválidas.

Para asegurar los derechos de participación en el litigio de la Objeción, el Participante provee toda la información solicitada en las secciones 1 a la 3, a continuación:

1. Información de contacto del Participante, incluyendo su correo electrónico y la de su representación legal, si alguna:

1

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

| **Nombre del Participante e información de contacto** | **Información de contacto de la representación legal (si alguna)** |
|---|---|
| _____ <br> Nombre del Participante | _____ <br> Nombre de la firma (si aplica) |
| _____ <br> Persona contacto (si el Participante no es un individuo) | _____ <br> Persona contacto |
| _____ <br> Correo electrónico | _____ <br> Correo electrónico |
| _____ <br> Dirección línea 1 | _____ <br> Dirección línea 1 |
| _____ <br> Dirección línea 2 | _____ <br> Dirección línea 2 |
| _____ <br> Ciudad, Estado, Código Postal | _____ <br> Ciudad, Estado, Código Postal |
| _____ <br> País | _____ <br> País |

2. El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

> \_\_\_\_\_ pretende **apoyar** el remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **inválidos**); *o*
>
> \_\_\_\_\_ pretende **oponerse** al remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **válidos**).

3. Si el Participante no es un tenedor de un Bono GO Impugnado, puede pasar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos GO Impugnados, el Participante tiene que responder a los siguientes párrafos (a) y (b) según su mejor conocimiento.

> (a) Provea el número CUSIP de todos los Bonos GO Impugnados del Participante:

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

      (b) ¿El Participante compró alguno de sus Bonos GO Impugnados, parcial o totalmente, en el mercado secundario? **SI** o **NO** (por favor, <u>**circule uno**</u>).

Por: _____
     Firma

_____
Nombre en letra de molde

_____
Título (si el Participante no es un individuo)

_____
Fecha

**Instrucciones para la notificación y presentación del Aviso de Participación:** Este Aviso de Participación tiene que ser (i) **notificado** por correo electrónico a las Partes a Notificar identificadas en el párrafo 8 de los Procedimientos de Objeción y (ii) **presentado** electrónicamente ante el Tribunal de Distrito de conformidad con sus procesos de Presentación Electrónica de Documentos. **Si el Participante no está representado por un abogado, el Participante puede presentar una copia impresa de este Aviso de Participación ante el Tribunal de Distrito mediante correo o personalmente, dirigido a: Secretario del Tribunal Federal para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767.**

3