# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## ORDER SETTING HEARING DATE

The Court has received the *Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay* (Dkt. No. 1066 in 17-BK-4780) (the "Motion"). In accordance with the consented to schedule represented in the Motion and in accordance with the scheduling order issued by the Court (Dkt. No. 5064 in 17-BK-3283), the Motion will be heard on an expedited basis. Accordingly, any opposition to the Motion shall be filed on or before **February 14, 2019** and any reply shall be filed on or before **February 22, 2019**. The Court will hear the Motion in Boston, Massachusetts on **February 26, 2019 at 3:00 p.m. Atlantic Standard Time (2:00 p.m. Eastern Standard Time)**. A more formal procedures order will follow.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: February 8, 2019