# Exhibit A

**Support documents for Claims:**

27301
26296
43356
43396
43875
43544
43919
43889
43958
43615
43864
43857
44297
44225
47082
39594
44282
37839
44366
44340



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Claim #27301

# Business Services Account

April 2017

**Account name:** UBS TRUST C O OF PR AS TTEE  ●  FOR ANTONIO OTANO

RETIREMENT PLAN

**Account type:**  Profit Sharing Plan

**Account number:** ████9677

## Your account instructions

- UBS Financial Services Inc. is your plan custodian.
- Your account cost basis default closing method is FIFO, First In, First Out.

---

**Your Financial Advisor:**
ROJAS,DAVID
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Financial Advisor or Branch Manager. You
Resourceline at 800-762-1000,
accour ████ 9677.

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Capital appreciation

**Your risk profile:**
Primary - Aggressive
Investment eligibility consideration - None
selected

---

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | ████ | ████ |

Accrued interest in value above

## Change in the value of your account

|  | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | ████ | ████ |
| Withdrawals and fees, including investments transferred out | | |
| Dividend and interest income | ████ | ████ |
| Change in value of accrued interest | | |
| Change in market value | ████ | ████ |
| **Closing account value** | ████ | ████ |

---



# UBS

## Business Services Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ████967███

**Your Financial Advisor:**
ROJAS, DAVID
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S BE/RV SR07B RV RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $113.43 CUSIP 74529JAC9 Moody: Caa3   S&P: CC EAI $1,513 Current yield: 9.62% | Dec 27, 10 | 25,000.000 | 104.771 | 26,192.75 | 62.878 | 15,719.50 | -10,473.25 | LT |
| **Total** | | | | | | | | |
| **Total** | | | 100.000 | | | | | |

**Total accrued interest:**
**Total estimated annual income:**

Claim #26296



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Resource Management Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR ARIAS GUARDIOLA TRUST

**Account number:** ▮▮8617 ▮

UBS TRUST CO OF PR AS TTEE
FOR ARIAS GUARDIOLA TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

**Your Financial Advisor:**
RE WEALTH MANAGEMENT (TFAP)
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ▮▮8617.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▮▮▮ | ▮▮▮ |
| Your liabilities | | |
| **Value of your account** | ▮▮▮ | ▮▮▮ |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | ▮▮▮ |
| Net deposits and withdrawals | ▮▮▮ |
| Your investment return: | |
| Dividend and interest income | ▮▮▮ |
| Change in value of accrued interest | ▮▮▮ |
| Change in market value | ▮▮▮ |
| **Value of your account on Apr 28, 2017** | ▮▮▮ |

Member SIPC



**UBS**

Resource Management Account
April 2017

Account name:
Account number: ████ 617 ██

UBS TRUST CO OF PR AS TTEE

**Your Financial Advisor:**
RE WEALTH MANAGEMENT (TFAP)
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S SR07B RV  BE/RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/36 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $226.87 | | | | | | | | |
| CUSIP 74529JAC9 | | | | | | | | |
| Moody Caa3   S&P: CC | | | | | | | | |
| EAI $3,025 Current yield: 9.62% | May 21, 08 | 50,000.000 | 102.010 | 51,005.25 | 62.878 | 31,439.00 | -19,566.25 | LT |
| SR C RV  BE/RV | | | | | | | | |
| CALLABLE 07/01/18 @ 100.00 | | | | | | | | |
| Moody: C   S&P: CC | | | | | | | | |
| ██████████████ 8 | Jun 27, 08 | ██████████ | ██████ | ██████ | ██████ | ██████ | ██████ | LT |
| SR B RV  BE/RV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $142.87 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody: Ca   S&P: CC | | | | | | | | |
| EAI $1,905 Current yield: 20.32% | Jun 19, 09 | 30,000.000 | 100.000 | 30,000.00 | 31.250 | 9,375.00 | -20,625.00 | LT |
| ██████████████ | | | | | | | | |
| ██████████████ | | | | | | | | |
| ██████████████  BE/RV | | | | | | | | |
| ██████████████ | | | | | | | | |
| ██████████████ | | | | | | | | |
| ██████████████ 3 | ████ 6, 10 | ██████████ | ██████ | ██████ | ██████ | ██████ | ██████ | LT |
| **Total** | | ██████████ | | ██████ | | ██████ | ██████ | |
| **Total** | | | | | | | | |
| **Total accrued interest:** ██████ | | | | | | | | |
| **Total estimated annual income:** ██████ | | | | | | | | |



## UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR ARMANDO OROL MESA

**Account type:** Money Purchase Plan

**Account number:** ████0095

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ████0095.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

Member SIPC

---

# Business Services Account

### April 2017

# Claim #43356

UBS TRUST CO OF PR AS TTEE
FOR ARMANDO OROL MESA
RETIREMENT PLAN
COND PLAZA DEL PRADO 5 RD
833 PH B4
GUAYNABO PR 00969-3003

As a service to you, your portfolio value of
$106,804.20 includes accrued interest.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | | |
| **Value of your account** | ████ | ████ |

Accrued interest in value above

## Tracking the value of your account

$ Thousands

Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ████ |
| Net deposits and withdrawals | ████ |
| Your investment return: | |
| Dividend and interest income | ████ |
| Change in value of accrued interest | ████ |
| Change in market value | ████ |
| **Value of your account on Apr 28, 2017** | ████ |



# UBS

**Business Services Account**
April 2017

| Account name: | UBS TRUST CO OF PR AS TTEE |
| Account type: | Money Purchase Plan |
| Account number: | ●●0095●● |

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets › Equities › Mutual funds (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade date: Apr 16, 14 | | | | | | | | | | |
| Total reinvested | | | | | | | | | | |
| Security total | | | | | | | | | | LT |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Jul 23, 10 | | | | | | | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR C RV | BE/RV | | | | | | | |
| RATE 06.000% MATURES 08/01/31 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $67.50 | | | | | | | | |
| CUSIP 74529JEP6 | | | | | | | | |
| Moody Caa3  S&P CC | | | | | | | | |
| EAI $900 Current yield 9.54% | Mar 28, 14 | 15,000.000 | 89.125 | 13,368.75 | 62.900 | 9,435.00 | -3,933.75 | LT |
| **Total** | | 15,000.000 | | | | | | |

**Total accrued interest:**

**Total estimated annual income:**

# Claim #43396



## Business Services Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, PH FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
FOR ARMANDO RODRIGUEZ SANTANA
RETIREMENT PLAN
COND CORAL BEACH II
5859 AVE ISLA VERDE APT. 1607
CAROLINA PR 00979-5708

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR ARMANDO RODRIGUEZ SANTANA

**Account type:** Profit Sharing Plan

**Account number:** ███9918

**Your Financial Advisor:**
TOMASSINI,VICTOR M.
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ███9918.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |



Member SIPC

Page 1 of 12



**UBS**

Business Services Account
April 2017

Account name:        UBS TRUST CO OF PR AS TEE
                     Profit Sharing Plan
Account type:
Account number:      ●●●●9918●●

**Your Financial Advisor:**
TOMASSINI,VICTOR M.
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| TAX SR B RV   BE/RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $499.12 | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | |
| Moody Ca   S&P CC | | | | | | | | |
| EAI $6,655 Current yield: 19.36% | Nov 29, 10 | 110,000.000 | 104.854 | 115,339.62 | 31.250 | 34,375.00 | -80,964.62 | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV   BE/RV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $47.62 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody Ca   S&P CC | | | | | | | | |
| EAI $635 Current yield: 20.32% | Nov 29, 10 | 10,000.000 | 104.802 | 10,480.25 | 31.250 | 3,125.00 | -7,355.25 | LT |
| Security total | Oct 18, 12 | | | | | | | LT |
| | Nov 16, 12 | | | | | | | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR E RV   BE/RV | | | | | | | | |
| RATE 05.750% MATURES 08/01/42 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.50 | | | | | | | | |
| ACCRUED INTEREST $1,389.58 | | | | | | | | |
| CUSIP 74529JLE3 | | | | | | | | |
| Moody Ca   S&P CC | | | | | | | | |
| EAI $5,750 Current yield: 18.40% | Nov 03, 10 | 100,000.000 | 101.005 | 101,005.25 | 31.250 | 31,250.00 | -69,755.25 | LT |

continued next page

# Claim #43875



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

APZ60D0013955 0417 X1 IX  0

# Retirement Account

April 2017

UBS TRUST CO OF PR AS TTEE
FOR AWILDA REYES REYES
RETIREMENT PLAN
PO BOX 1441
SABANA HOYOS PR 00688-1441

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR AWILDA REYES REYES

**Account type:** Profit Sharing Plan

**Account number:** ████8370

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | | |
| **Value of your account** | ████ | ████ |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

### Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ████ |
| Net deposits and withdrawals | ████ |
| Your investment return: | |
| Dividend and interest income | ████ |
| Change in value of accrued interest | ████ |
| Change in market value | ████ |
| **Value of your account on Apr 28, 2017** | ████ |



Member SIPC

Page 1 of 8



# UBS

Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ████8370████

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Price per share on Apr 28 ($) | Average rate |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |

## Municipal securities

### Fixed income

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/Interest period | Days in period | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | | | |
| SR B RV            BE/RV | | | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | | | |
| ACCRUED INTEREST $71.43 | | | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | | | |
| Moody: Ca    S&P: CC | | | | | | | | | | |
| EAI $953 Current yield 20.32% | Apr 05, 11 | 15,000.000 | 102.785 | 15,417.75 | 31.250 | Mar 27 to Apr 23 | 28 | 4,687.50 | -10,730.25 | LT |



## UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, PH FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR DR CARLOS GUARDIOLA

**Account type:** Money Purchase Plan

**Account number:** ███3428

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ███3428.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR DR CARLOS GUARDIOLA
BETANCOURT RET PLAN
ATTN: MR. CARLOS A. GUARDIOLA
EL MIRADOR M3 CALLE 10
SAN JUAN PR 00926

# Business Services Account

April 2017

# Claim #43544

# Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above



## Tracking the value of your account

$ Thousands

Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

As a service to you, your portfolio value of ███ includes accrued interest.

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

# ❄❄ UBS

**Business Services Account**

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Money Purchase Plan
**Account number:** ▆▆3428 ▆▆

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|---|
| **Total** | | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Average rate | Dividend/Interest period | Price on Apr 28 ($) | Days in period | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP 2008A RV CAV6.23 *RV* RATE 00.000% MATURES 08/01/24 DATED DATE 06/26/08 CALLABLE 08/01/18 @ 69.20 CUSIP 74529JFF7 Moody: Caa3 S&P: CC | Jul 20, 11 | 20,000.000 | 50.131 | 10,026.25 | | 37.798 | Mar 1 to Mar 31 | 31 | 7,559.60 | -2,466.65 | LT |
| PR SALES TAX FING CORP S SR07B RV *BE/RV* RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $68.06 CUSIP 74529JAC9 Moody: Caa3 S&P: CC EAI $908 Current yield: 9.62% | Oct 30, 08 | 15,000.000 | 100.000 | 15,000.00 | | 62.878 | | | 9,431.70 | -5,568.30 continued next page | LT |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
45 Andalucia Street, Ste 202
Mayaguez PR 00680-8201

APZ6500010320 0417 X1 M2 0

# Claim #43919

# Retirement Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
CIRUGIA AVANZADA DEL OESTE CSP

**Account type:** Money Purchase Plan

**Account number:** ▮▮3051

**Your Financial Advisor:**
CANABAL ANGEL M.
Phone: 787-805-0300/800-291-4938

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE FOR
CIRUGIA AVANZADA DEL OESTE CSP
RETIREMENT PLAN
PO BOX 3066
MAYAGUEZ PR 00681-3066

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**

Value of your account
at year end 2016

Net deposits and
withdrawals

Your investment return:
Dividend and
interest income

Change in
market value

**Value of your account
on Apr 28, 2017**

# UBS

**Retirement Account**
April 2017



**Account name:** UBS TRUST CO OF PR AS TTEE FOR
**Account type:** Money Purchase Plan
**Account number:** ●●●3051●

**Your Financial Advisor:**
CANABAL ANGEL M.
787-805-0300/800-291-4938

## Your assets not enrolled in PACE (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.00  BE/RV RATE 00.000% MATURES 08/01/31 DATED DATE 06/25/09 CALLABLE 08/01/25 @ 100.00 CUSIP 74529JG02 Moody  Ca    S&P  CC | Jun 19, 09 | 90,000.000 | 46.593 | 41,933.70 | 24.178 | 21,760.20 | -20,173.50 | LT |
|  | Sep 02, 10 | 15,000.000 | 59.100 | 8,870.25 | 24.178 | 3,626.70 | -5,243.55 | LT |
|  | Oct 07, 10 | 60,000.000 | 61.465 | 36,884.25 | 24.178 | 14,506.80 | -22,377.45 | LT |
| Security total |  | 165,000.000 |  | 87,688.20 |  | 39,893.70 | -47,794.50 | LT |
| PR SALES TAX FING CORP SR B RV CAV7.375  BE/RV RATE 00.000% MATURES 08/01/33 DATED DATE 06/25/09 CUSIP 74529JGR0 Moody  Ca    S&P  CC | Sep 29, 11 | 325,000.000 | 28.709 | 93,306.25 | 10.237 | 33,270.25 | -60,036.00 | LT |
| **Total** |  |  |  |  |  |  |  |  |

# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

CNP7003BS2443 0417 X1 JX 0

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR DENNIS CORREA LOPEZ

**Account type:** Profit Sharing Plan

**Account number:** ▇▇5454

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR DENNIS CORREA LOPEZ
RETIREMENT PLAN
PO BOX 403
ARECIBO PR 00613-0403

# Claim #43889

# Retirement Account

April 2017

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▇▇▇ | ▇▇▇ |
| Your liabilities | ▇▇▇ | ▇▇▇ |
| **Value of your account** | ▇▇▇ | ▇▇▇ |

Accrued interest in value above

As a service to you, your portfolio value of

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ▇▇ |
| Net deposits and withdrawals | ▇▇ |
| Your investment return: | |
| Dividend and interest income | ▇ |
| Change in value of accrued interest | ▇ |
| Change in market value | ▇ |
| **Value of your account on Apr 28, 2017** | ▇▇ |



# UBS

## Your assets

**Retirement Account**

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ███5454

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

### Cash

#### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| ███ | ███ | ███ |
| **Total** | ███ | ███ |

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Average rate | Dividend/Interest period | Days in period | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | ●Mar 27 to Apr 23 | 28 | | | |
| TAX SR B RV        BE/RV | | | | | | Mar 1 to Mar 31 | 31 | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | | | |
| ACCRUED INTEREST $45.37 | | | | | | | | | | |
| CUSIP 74529NL5 | | | | | | | | | | |
| Moody_Ca      S&P_ CC | Jun 19, 09 | 10,000.000 | 100.000 | 10,000.00 | | | | 3,125.00 | -6,875.00 | LT |
| EAI $605 Current yield 19.36% | | | | | | | | | | |
| ███ | ●Apr 23, 10 | 10,000,000 | | | | | 31,250 | | | LT |

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *important information about your statement* at the end of this document for more information.

*continued next page*



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, PH FL
San Juan PR 00918-9998

# Claim #43958

# Retirement Account

April 2017

UBS TRUST CO OF PR AS TTEE
FOR DENNIS R. ROMAN
RETIREMENT PLAN
CIUDAD JARDIN I
VERDOLAZA #83
GURABO PR 00778-9654

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR DENNIS R. ROMAN

**Account type:** Profit Sharing Plan

**Account number:** ██7520█

**Your Financial Advisor:**
RE WEALTH MANAGEMENT (TFAP)
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above



## Tracking the value of your account

$ Thousands



Dec 2013 · Dec 2014 · Dec 2015 · Dec 2016 · Mar 2017 · Apr 2017

**Sources of your account growth
during 2017**

Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**





# Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ███7520 ██

**Your Financial Advisor:**
RE WEALTH MANAGEMENT (TFAP)
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | | LT |
| ███████████ | Aug 09, 13 | | | | | | | LT |
| PR SALES TAX FNG CORP S SR07B RV BE/RV RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $113.43 CUSIP 74529JAC9 Moody: Caa3    S&P: CC EAI $1,513 Current yield 9.62% | Aug 09, 13 | | | | | | | LT |
| **Total** | Aug 30, 13 | 25,000,000 | 98.821 | 24,705.25 | 62.878 | 15,719.50 | -8,985.75 | LT |

**Total accrued interest:** ████
**Total estimated annual income:** ████

## Your total assets

### Cash and money balances

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| Cash | 0.02 | 0.02 | | | |
| Fixed income | ████ | | ████ | ████ | ████ |
| **Total** | ████ | | ████ | ████ | ████ |

# Claim #43615


**Merrill Lynch**
Bank of America Corporation

Primary Account  2699

## YOUR MERRILL LYNCH REPORT

April 01, 2017 - April 28, 2017

## PORTFOLIO SUMMARY

| | April 28 | March 31 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | | | |
| Your assets |  | |  |
| Your liabilities * | | | |
| Your Net Cash Flow (Inflows/Outflows) |  | | |
| Securities You Transferred In/Out | | | |
| *Subtotal Net Contributions* | | | |
| Your Dividends/Interest Income |  | | |
| Your Market Gains/(Losses) |  | | |
| *Subtotal Investment Earnings* | | | |

*Includes cash/margin debit balances and short market values. See Your Balance Sheet and account statements for more details.



12/12  12/13  12/14  12/15  12/16  1Q17  4/17

2012-2017

---

UBS TRUST CO OF PR TTEE FOR
U/A DTD 01/19/2005
ERIKA SIEBENMANN TRUST
250 MUNOZ RIVER AVE 10TH FLOOR
SAN JUAN PR 00918
SAN JUAN PR 00918

**Investment Advice and Guidance:**
**Call Your Financial Advisor**

**If you have questions on your statement,**
**call 24-Hour Assistance:**
(800) MERRILL
(800) 637-7455
Access Code: 47-577-12699

**Your Financial Advisor:**
GONZALEZ/VELEZ GROUP
#15 SECOND STREET, SUITE 210
GUAYNABO PR  00968
1-800-523-0663

Up-to-date account information can be viewed
at: www.mymerrill.com where your statements
are archived for three or more years.

Questions about MyMerrill? Click the "help" tab
at the top of the screen once you log in.

## GIVE UP CLUTTER BUT NOT CONVENIENCE BY GOING PAPERLESS
Online delivery helps you eliminate paperwork pile-up and document shredding. You'll receive email alerts when your electronic documents are ready, and you decide what to
download and print. Enroll today at mymerrill.com.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank
of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America
Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|



ERIKA TRUST

# YOUR CMA FOR TRUST ASSETS

Account Number: 2699

**24-Hour Assistance: (800) MERRILL**
Access Code: 47-577-12699

April 01, 2017 - April 28, 2017

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Current Annual Income | Yield% |
|---|---|---|---|---|---|---|---|---|---|
| **MUNICIPAL BONDS** (continued) | | | | | | | | | |
| **B PUERTO RICO SALES TAX** FING CORP SALES TAX RV A  FEB10  05.500%AUG01 2037  MOODYS: CA  S&P: CC  CUSIP: 74529JKJ3  PAR CALL DATE: 02/01/20  PAR CALL PRICE: 100.00  ORIGINAL UNIT/TOTAL COST: 93.1075/9,310.75 | 04/13/11 | 10,000 | 9,310.75 | 33.3750 | 3,337.50 | (5,973.25) | 132.92 | 550 | 16.47 |
| **A PR SALES TAX FING CORP**  SLS REV FIRST A-1 RF OID  NOV11  05.000%AUG01 2043  MOODYS: CA  S&P: CC  CUSIP: 74529JLX1  PAR CALL DATE: 08/01/21  PAR CALL PRICE: 100.00  ORIGINAL UNIT/TOTAL COST: 101.7500/30,525.00 | 11/18/11 | 30,000 | 30,260.17 | 33.8750 | 10,162.50 | (20,097.67) | 362.50 | 1,500 | 14.76 |
| **TOTAL** | | | | | | | | | |

PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl
San Juan PR 00918-1998

# Claim #43864

# Resource Management Account

April 2017

UBS TRUST CO OF PR AS TTEE FOR
FIDEICOMISO FLORES-MORALES
250 MUNOZ RIVERA
9TH FLOOR
SAN JUAN PR 00918

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
FIDEICOMISO FLORES-MORALES

**Account number:** ████8001

## Your Financial Advisor:
T. GARITYW. GARITY
Phone: 787-250-3600/800-221-9625

## Questions about your statement?
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ████8001.

## Visit our website:
www.ubs.com/financialservices

## Items for your attention
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | | |
| **Value of your account** | ████ | ████ |
| Accrued interest in value above | | |

## Tracking the value of your account



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017



| | |
|---|---|
| Value of your account at year end 2016 | ████ |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | ████ |
| Change in value of accrued interest | ████ |
| Change in market value | ████ |
| **Value of your account on Apr 28, 2017** | ████ |



**UBS**

## Your assets

Resource Management Account

April 2017

**Your Financial Advisor:**
T. GARITYW, GARITY
787-250-3600/800-221-9825

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
**Account number:** 8001

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

#### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Price per share on Apr 28 ($) | Adjusted cost basis ($) | Average rate | Price on Apr 28 ($) | Dividend/Interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S SR07B RV BE/RV RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $226.87 CUSIP 74529JAC9 Moody Caa3    S&P CC EAI $3,025 Current yield 9.62% | Aug 24, 10 | 50,000,000 | 100.000 | | | | | Mar 27 to Apr 23 | 31,439.00 | 28 | -18,561.00 | LT |
| | Jul 18, 07 | 50,000,000 | 100.000 | | | | 62.878 | | | | | LT |

continued next page



# Claim #43857

# Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, PH FL
San Juan PR 00918-9998

APZ600050205 0417 X1 IX 0

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR FIDEICOMISO ISAMAR

**Account number:** ▓6426

UBS TRUST CO OF PR AS TTEE
FOR FIDEICOMISO ISAMAR
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918

## Your Financial Advisor:
POU,SONIA
Phone: 787-250-3600/800-221-9825

## Questions about your statement?
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ▓6426.

## Visit our website:
www.ubs.com/financialservices

## Items for your attention
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

## Tracking the value of your account

$ Thousands



Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

## Sources of your account growth during 2017
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in
market value
**Value of your account
on Apr 28, 2017**





# UBS

## Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TREE
**Account number:** ████ 6426 ██

**Your Financial Advisor:**
POU,SONIA
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ████████ 7 | May 05, 15 | ████ | ████ | ████ | ████ | ████ | ████ | LT |
| PR SALES TAX FNG CORP S SR07B RV CAV6.20 BE/RV RATE 00.000% MATURES 08/01/28 DATED DATE 07/31/07 CALLABLE 08/01/17 @ 51.08 CUSIP 74529JAA3 Moody_Caa3   S&P CC | Mar 23, 11 | 25,000,000 | 36.708 | 9,177.00 | 29.670 | 7,417.50 | -1,759.50 | LT |
| PR SALES TAX FNG CORP SR A RV   BE/RV RATE 00.000% MATURES 08/01/31 DATED DATE 02/09/10 CUSIP 74529JKN4 Moody_Ca   S&P CC | Mar 12, 12 | 25,000,000 | 37.015 | 9,253.75 | 13.076 | 3,269.00 | -5,984.75 | LT |
| **Total** | | | | | | | | |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

ARZ600065251 04T7 X1 1G 0

# Retirement Account

April 2017

# Claim #44297

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR GABRIEL J GARCIA TALAVERA

**Account type:** Profit Sharing Plan

**Account number:** ████8866

## Your Financial Advisor:
JAMES UGOBONO DIAZ
Phone: 787-250-3600/800-221-9825

## Visit our website:
www.ubs.com/financialservices

## Items for your attention
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR GABRIEL J GARCIA TALAVERA
RETIREMENT PLAN
COND PASEO DEL MONTE 9
AVE FELIZA RINCON 902
SAN JUAN PR 00926

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ██ | ██ |
| Your liabilities | ██ | ██ |
| **Value of your account** | ██ | ██ |

## Tracking the value of your account



Dec 2016    Mar 2017    Apr 2017

## Sources of your account growth
**during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | ██ |
| Your investment return: | |
| Dividend and interest income | ██ |
| Change in market value | ██ |
| **Value of your account on Apr 28, 2017** | ██ |



Member SIPC

# UBS

Retirement Account
April 2017

**Your Financial Advisor:**
JAMES UGOBONO DIAZ
787-250-3600/800-221-9825

| Account name: | UBS TRUST CO OF PR AS TTEE |
| Account type: | JAMES UGOBONO DIAZ |
| Account number: | Profit Sharing Plan |
|  | ▇▇▇ 9866▇ |

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and this gain/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue

discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CA7.375 BE/RV RATE 00.000% MATURES 08/01/33 DATED DATE 06/25/09 CUSIP 74529JGR0 Moody Ca    S&P  CC | Jun 19, 09 | 200,000,000 | 17,457 | 34,914.00 | 10.237 | 20,474.00 | -14,440.00 | LT |

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement the "bid price" as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  | LT |

continued next page



# Claim #44225

# Business Services Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl.
San Juan PR 00918-9998

AP26000050B9 0417 X1 1G 0

UBS TRUST CO OF PR AS TTEE
FOR GARCIA CESPEDES
RETIREMENT PLAN
PO BOX 191628
SAN JUAN PR 00919-1628

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR GARCIA CESPEDES

**Account type:** Profit Sharing Plan

**Account number:** ███ 7891

**Your Financial Advisor:**
E. PEREZ, R. DE JESUS, E. FERR
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ███ 7891.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

## Tracking the value of your account



Dec 2014 · Dec 2015 · Dec 2016 · Mar 2017 · Apr 2017

| Sources of your account growth during 2017 | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

# UBS

## Your assets

Business Services Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ▓ 7891 ▓

**Your Financial Advisor:**
E. PEREZ, R. DE JESUS, E. FERR
787-250-3600/800-221-9825

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| ▓▓▓ | | |

### Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Average rate | Dividend/Interest period | Price on Apr 28 ($) | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | | | | |
| SR D RV          BE/RV | | | | | | | | | | | |
| RATE 05.750% MATURES 08/01/42 | | | | | | | | | | | |
| CALLABLE 05/28/17 @ 100.50 | Dec 22, 11 | 35,000.000 | 100.005 | 35,002.00¹ | | Mar 27 to Apr 23 | 31.250 | 10,937.50 | 28 | | LT |
| ACCRUED INTEREST $486.35 | | | | | | | | | | | |
| CUSIP 74529JLD5 | | | | | | | | | | | |
| Moody  Ca    S&P  CC | | | | | | | | | | | |
| EAI $2,013 Current yield 18.40% | Oct 28, 10 | 35,000.000 | 100.005 | 35,002.00¹ | | | 31.250 | 10,937.50 | | -24,064.50 | LT |

*continued next page*



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #47082

UBS TRUST CO OF PR AS TTEE
FOR GRIZEL E. LOPEZ FIGUEROA
RETIREMENT PLAN
PLAZA 3 #25
URB GRAN VISTA 2
GURABO PR 00778-5055

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR GRIZEL E. LOPEZ FIGUEROA

**Account type:** Profit Sharing Plan

**Account number:** ████9920

**Your Financial Advisor:**
TOMASSINI,VICTOR M.
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ████9920.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities |  |  |
| **Value of your account** | ████ | ████ |

Accrued interest in value above

## Tracking the value of your account



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**





# UBS

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ███ 9920 ██

**Your Financial Advisor:**
TOMASSINI,VICTOR M.
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| ██████████ | ████ | ████ |

### Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Price per share on Apr 28 ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/interest period | Days in period | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FIN G CORP SR E RV BE/RV RATE 05.750% MATURES 08/01/42 CALLABLE 05/28/17 @ 100.50 ACCRUED INTEREST $1,389.58 CUSIP 74529JLE3 Moody Ca   S&P CC EAI $5,750 Current yield 18.40% | Oct 25, 10 | 100,000,000 | 101.005 | ████ | 101,005.25 | 31.250 | Mar 27 to Apr 23 | 28 | 31,250.00 | -69,755.25 | LT |
| **Total** | | | | | | | | | ████ | ████ | LT |
| **Total** | Oct 19, 10 | 100,000,000 | 101.005 | | | | | | | | |

**Total accrued interest:** ████
**Total estimated annual income:** ████



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

APZ6000051009 0417 X1 IX  0

Member SIPC

# Resource Management Account

April 2017

# Claim #39594

**Account name:** UBSTC OF PR AS TTEE FOR
M.A. GUBERN GARCIA LIVING

**Account number:** 8080

**Your Financial Advisor:**
E CABANILLAS / F LANDIVAR TFA
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 8080.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBSTC OF PR AS TTEE FOR
M.A. GUBERN GARCIA LIVING
GARNTOR TRUST
250 MUNOZ RIVERA
AIG PLAZA 9 FL
SAN JUAN PR 00918-1808

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

## Tracking the value of your account



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

Page 1 of 12



# UBS

Resource Management Account
April 2017

**Account name:**
**Account number:** UBSTC OF PR AS TTEE FOR
8080

**Your Financial Advisor:**
E CABANILLAS / F LANDIVAR TFA
787-250-3600/800-221-9825

## Your assets › Equities › Common stock (continued)

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|

**Total**

**Total estimated annual income:** $1,090

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| **Security total** | | | | | | | | |
| PR SALES TAX FNCG CORP | | | | | | | | LT |
| SR C RV              BE/RV | Sep 08, 09 | | | | | | | LT |
| RATE 0S.375% MATURES 08/01/38 | Jun 24, 10 | | | | | | | |
| CALLABLE 08/01/20 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $194.84 | | | | | | | | |
| CUSIP 74529JL2 | | | | | | | | |
| Moody Ca    S&P  CC | | | | | | | | |
| EAI: $806 Current yield 16.10% | Feb 18, 11 | 15,000.000 | 91.518 | 13,727.70 | 33.375 | 5,006.25 | -8,721.45 | LT |

**Total**

**Total accrued interest:**

**Total estimated annual income:**



# Claim #44282

# Retirement Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
45 Andalucia Street, Ste 202
Mayaguez PR 00680-8201

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR HANS MERCADO GONZALEZ

**Account type:** Money Purchase Plan

**Account number:** ▮▮1469 ▮

### Your Financial Advisor:
CANABAL, ANGEL M.
Phone: 787-805-0300/800-291-4938

### Visit our website:
www.ubs.com/financialservices

### Items for your attention
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR HANS MERCADO GONZALEZ
RETIREMENT PLAN
RR 1 BOX 2072
ANASCO PR 00610-9641

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▮▮▮ | ▮▮▮ |
| Your liabilities | ▮▮▮ | |
| **Value of your account** | ▮▮▮ | ▮▮▮ |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

### Sources of your account growth
during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ▮▮ |
| Net deposits and withdrawals | ▮▮ |
| Your investment return: | |
| Dividend and interest income | ▮▮ |
| Change in value of accrued interest | ▮ |
| Change in market value | ▮▮ |
| **Value of your account on Apr 28, 2017** | ▮▮ |





# UBS

Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Money Purchase Plan
**Account number:** ▆1469▆

**Your Financial Advisor:**
CANABAL, ANGEL M.
787-805-0300/800-291-4938

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

**Cash and money balances**

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Price per share on Apr 28 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|

### Fixed income

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

**Municipal securities**

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FNG CORP S SR07B RV BE/RV RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $22.68 CUSIP 74529JAC9 Moody: Caa3 S&P: CC EAI $303 Current yield 9.62% | Mar 17, 14 | 5,000.000 | 87.975 | 4,398.75 | 62.878 | 3,143.90 | -1,254.85 | LT |
| ▆▆▆ | Jun 27, 08 | | | | | | ▆▆ | LT |

28

*continued next page*



**UBS**

Retirement Account
April 2017

| Account name: | UBS TRUST CO OF PR AS TTEE |
| Account type: | Money Purchase Plan |
| Account number: | ...1459 |

**Your Financial Advisor:**
CANABAL, ANGEL M.
787-805-0300/800-291-4938

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP BE/RV SR B RV RATE 06.350% MATURES 08/01/39 CALLABLE 05/2B/17 @ 100.00 ACCRUED INTEREST $47.62 CUSIP 74529JGP4 Moody_Ca  S&P_CC EAI $635 Current yield 20.32% | Jun 26, 09 | 10,000.000 | 100.000 | 10,000.00 | 31.250 | 3,125.00 | -6,875.00 | LT |

**Total**
**Total accrued interest:**
**Total estimated annual income:**

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated ("Puerto Rico UBSFSPR") or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectus, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized (tax) gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price / Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Trade date: Apr 26, 10 | | | | | | | | | LT |
| Trade date: Sep 8, 10 | | | | | | | | | LT |
| Trade date: Nov 4, 10 | | | | | | | | | LT |
| Trade date: Feb 28, 11 | | | | | | | | | LT |
| Trade date: Apr 18, 11 | | | | | | | | | LT |
| Trade date: Oct 26, 11 | | | | | | | | | LT |

continued next page



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Claim #37839

# Retirement Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
FOR HECTOR L GONZALEZ CRUZ

**Account type:** Profit Sharing Plan

**Account number:** ████5331

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TEE
FOR HECTOR L GONZALEZ CRUZ
RETIREMENT PLAN
PO BOX 927
SABANA HOYOS PR 00688-0927

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

## Tracking the value of your account



Dec 2010 · Dec 2011 · Dec 2012 · Dec 2013 · Dec 2014 · Dec 2015 · Dec 2016 · Mar 2017 · Apr 2017

**Sources of your account growth during 2017**
Value of your account at year end 2016
Net deposits and withdrawals
Your investment return:
Dividend and interest income
Change in value of accrued interest
Change in market value
**Value of your account on Apr 28, 2017**

Member SIPC

Page 1 of 8



# UBS

## Your assets

Retirement Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ▆▆3331 ▆▆

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

#### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Price per share on Apr 28 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| ▆▆▆ | ▆▆ | ▆▆ | | | | |

| **Total** | ▆▆ | ▆▆ | | | | |

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP TAX SR B RV    BE/RV RATE 06.050% MATURES 08/01/29 CALLABLE 05/28/17 @ 100.00 ACCRUED INTEREST $294.93 CUSIP 74529JNL5 Moody .Ca    S&P .CC EAI $3,933 Current yield: 19.36% | Jun 26, 09 | 65,000.000 | 100.000 | 65,000.00 | 31.250 | 20,312.50 | -44,687.50 | LT |
| | Jun 19, 09 | | | | | | | LT |

continued next page



# UBS

### Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ███5331 ██

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Estimated annual income ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | | |
| SR B RV   BE/RV | | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | | |
| ACCRUED INTEREST $119.06 | | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | | |
| Moody_Ca   S&P° CC | | | | | | | | | |
| EAI $1,588 Current yield 20.32% | Jun 19, 09 | 25,000,000 | 100,000 | 25,000.00 | 31,250 | 7,812.50 | | -17,187.50 | LT |
| **Total** | | | | | | | | | |
| Total accrued interest: | | | | | | | | | |
| Total estimated annual income: | | | | | | | | | |

## Your total assets

| | | | | Percentage of your account | Cost basis ($) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | | | |
| **Fixed income** | | | | | | | | | |
| | Total fixed income | | | | | | | | |
| **Total** | | | | | | | | | |

## Account activity this month

| Date | Activity | Description | | Amount ($) |
|---|---|---|---|---|
| Apr 25 | Dividend | | | |
| | **Total dividends** | | | |
| Apr 3 | Interest | | | |
| Apr 3 | Interest | | | |
| | **Total interest** | | | |

**Dividend and interest income**
 Dividends
 Interest

**Total dividend and interest income**



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

ANP7000T08845 0417 X1 1 G  0

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR HECTOR M HERNANDEZ
**Account type:** Profit Sharing Plan
**Account number:** ▨7318 ▨

**Visit our website:**
www.ubs.com/financialservices

**Your Financial Advisor:**
VICTOR M. TOMASSINI
Phone: 787-250-3600/800-221-9825

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

# Retirement Account

April 2017

UBS TRUST CO OF PR AS TTEE
FOR HECTOR M HERNANDEZ
RETIREMENT PLAN
CALLE LIZMAR 1200
BO SAN JOSE
QUEBRADILLAS PR 00678-2911

# Claim #44366

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▨ | ▨ |
| Your liabilities | ▨ | ▨ |
| **Value of your account** | ▨ | ▨ |

Accrued interest in value above

## Tracking the value of your account



| Dec 2013 | Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017 |
|---|---|---|---|---|---|

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**





# UBS

**Retirement Account**
April 2017

| | |
|---|---|
| **Account name:** | UBS TRUST CO OF PR AS TEE |
| **Account type:** | Profit Sharing Plan |
| **Account number:** | ▮▮7318▮ |

**Your Financial Advisor:**
VICTOR M. TOMASSINI
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR C RV | | | | | | | | |
| BE/RV | | | | | | | | |
| RATE 06.000% MATURES 08/01/38 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $270.00 | | | | | | | | |
| CUSIP 74529JES0 | | | | | | | | |
| Moody  Caa3    S&P  CC | Sep 06, 13 | 60,000.000 | 95,651 | 57,391.05 | 62.874 | 37,724.40 | -19,666.65 | LT |
| EAI $3,600 Current yield 9.54% | | | | | | | | |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($)  Holding period |
|---|---|---|---|---|---|---|---|---|

continued next page



# Claim #44340

**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Business Services Account

April 2017

UBS TRUST CO OF PR AS TREE
FOR HECTOR L. MORALES SANTIAGO
RETIREMENT PLAN
PO BOX 384
AGUIRRE PR 00704-0384

**Account name:** UBS TRUST CO OF PR AS TREE
FOR HECTOR L. MORALES SANTIAGO

**Account type:** Profit Sharing Plan

**Account number:** ___2662

**Your Financial Advisor:**
ERIC SNYDER
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account 962002662.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

Member SIPC

Page 1 of 12



# UBS

## Business Services Account
### April 2017

| | |
|---|---|
| Account name: | UBS TRUST CO OF PR AS TTEE |
| Account type: | Profit Sharing Plan |
| Account number: | ...2662... |

**Your Financial Advisor:**
ERIC SNYDER
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV BE/RV RATE 06.350% MATURES 08/01/39 CALLABLE 05/28/17 @ 100.00 ACCRUED INTEREST $95.25 CUSIP 74529XGP4 Moody_Ca S&P CC EAI $1,270 Current yield 20.32% | Mar 22, 13 | | 105.376 | 21,075.25 | 31.250 | | | LT |
| | May 08, 13 | | | | | | | LT |
| | Mar 25, 13 | 20,000.000 | | | | 6,250.00 | -14,825.25 | LT |

**Total**

**Total accrued interest:**

**Total estimated annual income:**