# Exhibit B

**Support documents for Claims:**

45147
45142
29953
44804
45205
44295
45222
45231
45252
44435
44772
45284
44421
44786
44799
38523
37563
45319
45560



UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR HECTOR RIVERA CRUZ

**Account type:** Money Purchase Plan

**Account number:** 2038

**Your Financial Advisor:**
A BONETA & H HERTELL
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

UBS TRUST CO OF PR AS TTEE
FOR HECTOR RIVERA CRUZ
RETIREMENT PLAN
PO BOX 9023954
SAN JUAN PR 00902-3954

# Retirement Account

April 2017

# Claim #45147

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

## Tracking the value of your account

$ Thousands



Dec 2016       Mar 2017       Apr 2017

### Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Your investment return | |
| Dividend and interest income | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |



Member SIPC

Page 1 of 8



## UBS

**Retirement Account**
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Money Purchase Plan
**Account number:** ____2038

**Your Financial Advisor:**
A BONETA & H HERTELL
787-250-3600/800-221-9825

# Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue

discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FNG CORP | | | | | | | | |
| SR B RV CAV7.00  BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody: Ca   S&P: CC | Jun 19, 09 | 70,000.000 | 46.593 | 32,615.10 | 24.178 | 16,924.60 | -15,690.50 | LT |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either: (1) the bid price for the shares of the fund as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds).

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Holding | | | | | | | | | LT |



# Claim #45142

# Retirement Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR HILDA RODRIGUEZ ORTIZ

**Account type:** Profit Sharing Plan

**Account number:** ███0673█

**Your Financial Advisor:**
AGUAYO & SERRALLES WEALTH ADVI
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR HILDA RODRIGUEZ ORTIZ
RETIREMENT PLAN
220 CALLE TREBOL
CIDRA PR 007739-1549

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |
| Accrued interest in value above |  |  |

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.



## Tracking the value of your account

$ Thousands



| Dec 2011 | Dec 2012 | Dec 2013 | Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017 |
|---|---|---|---|---|---|---|---|
| 394.8 | 361.1 | 368.7 | 394.9 | 140.7 | 150.7 | 150.1 | 147.1 |

**Sources of your account growth
during 2017**

Value of your account
at year end 2016

Net deposits and
withdrawals

Your investment return:
Dividend and
interest income
Change in value of
outside assets and
accruals
Change in
market value

**Value of your account
on Apr 28, 2017**



Member SIPC



## UBS

Retirement Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** 0673

**Your Financial Advisor:**
AGUAYO & SERRALLES WEALTH ADVI
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Price per share on Apr 28 ($) | Average rate | Dividend/interest period | Days in period |
|---|---|---|---|---|---|---|

### Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| TAX SR B RV    BE/RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $226.87 | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | |
| Moody_Ca   S&P. CC | | | | | | | | |
| EAI 53,025 Current yield: 19.36% | Mar 11, 11 | 50,000.000 | 102.398 | 51,199.27 | ❋Mar 27 to Apr 23 | 31,250 | 15,625.00 | 28 |
| | | | | | | -35,574.27 | | LT |

# Claim #29953

## Investment Account

### April 2017

**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

ANZ6000001651 0417 X1 1G  0

**Your Financial Advisor:**
MICHELLE M. RODRIGUEZ-REXACH
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation

**Your risk profile:**
Primary - Moderate

Investment eligibility consideration - None selected

**Account name:** UBS TRUST CO OF PR AS TTEE ● EMMANUEL HOSPICE CARE

DEF COMP PLAN

**Account number:** ▩9746▩

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

## Change in the value of your account

|  | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | | |
| Deposits, including investments transferred in | | |
| Withdrawals and fees, including investments transferred out | | |
| Dividend and interest income | | |
| Change in value outside assets/accruals | | |
| Change in market value | | |
| **Closing account value** | | |




As a service to you, your portfolio value of the following assets that are not held by UBS.

Insurance Products

Information about these assets not held by UBS, including their value, was provided by an external source for which UBS is not responsible. These assets are not covered by SIPC. See the section *Your assets* for details.

**Your account instructions**
● Your account cost basis default closing method is FIFO, First In, First Out.

Member SIPC



## UBS

Investment Account
April 2017

**Account name:**
**Account number:** ████9746 ███

UBS TRUST CO OF PR AS TTEE

**Your Financial Advisor:**
MICHELLE M. RODRIGUEZ-REXACH
787-250-3600/800-221-9825

## Your assets (continued)

### Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ████████ CC | Aug 28, 09 | ▌▌▌ | ▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌ | LT |
| ████████ CC | Feb 10, 10 | ▌▌▌ | ▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌ | LT |
| **Security total** | | | | | | | | |
| PR SALES TAX FING CORP | | | | | | | | |
| TAX SR B RV       BE/RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $90.75 | | | | | | | | |
| CUSIP 74529NLS | | | | | | | | |
| Moody: Ca   S&P: CC | | | | | | | | |
| EAI $1,210 Current yield 19.36% | Mar 11, 14 | 10,000.000 | 83.275 | 8,327.50 | 31.250 | 3,125.00 | -5,202.50 | LT |
| | Mar 24, 14 | 10,000.000 | 84.300 | 8,430.00 | 31.250 | 3,125.00 | -5,305.00 | LT |
| **Security total** | | 20,000.000 | | 16,757.50 | | 6,250.00 | -10,507.50 | |
| PR SALES TAX FING CORP | | | | | | | | |
| SR C RV          BE/RV | | | | | | | | |
| RATE 06.000% MATURES 08/01/31 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $67.50 | | | | | | | | |
| CUSIP 74529JEP6 | | | | | | | | |
| Moody: Caa3   S&P: CC | | | | | | | | |
| EAI $900 Current yield 9.54% | Mar 27, 14 | 15,000.000 | 89.125 | 13,368.75 | 62.900 | 9,435.00 | -3,933.75 | LT |
| | | | | | | | *continued next page* | |



**UBS**

Investment Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account number:** ____9746

**Your Financial Advisor:**
MICHELLE M. RODRIGUEZ-REXACH
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SER A FGIC CAVA 98 BE/R/ | | | | | | | | |
| RATE 00.000% MATURES 08/01/41 | | | | | | | | |
| DATED DATE 07/31/07 | | | | | | | | |
| CUSIP 74529JAG0 | | | | | | | | |
| Moody: A3 S&P: AA- | Nov 19, 10 | 110,000.000 | 14.479 | 15,926.90 | 25.101 | 27,611.10 | 11,684.20 | LT |
| **Total** | | | | | | | | |

**Total accrued interest:**

**Total estimated annual income:**

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either: (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price", as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time the The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

**Cost basis** is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on that date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Holding | | | | | | | | | LT |
| | | | | | | | | | LT |



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR ISIDRO DE LEON RETIREMENT

**Account type:** Profit Sharing Plan

**Account number:** 7707

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

UBS TRUST CO OF PR AS TTEE
FOR ISIDRO DE LEON RETIREMENT
PLAN
HC-01 BOX 17700
HUMACAO PR 00791-9068

# Retirement Account
April 2017

# Claim #44804

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |



## Tracking the value of your account

$ Thousands



Dec 2013 | Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017

**Sources of your account growth during 2017**

Value of your account
at year end 2016

Net deposits and
withdrawals

Your investment return
Dividend and
interest income
Change in value of
accrued interest
Change in
market value

**Value of your account
on Apr 28, 2017**





**UBS**

Retirement Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ▮7-707▮

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important Information about your statement* at the end of this document for more information.



| | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| ▮g | | |
| | | |
| **Total** | **$0.00** | **$392.10** |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/Interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mar 27 to Apr 23 | | 28 | | |
| PR SALES TAX FING CORP S | | | | | | | | | | |
| SR07B RV                    BE/RV | | | | | | | | | | |
| RATE 06.050% MATURES 08/01/36 | | | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | | | |
| ACCRUED INTEREST $90.75 | | | | | | | | | | |
| CUSIP 74529JAC9 | | | | | | | | | | |
| Moody_C,aa3   S&P_CC | | | | | | | | | | |
| EAI $1,210 Current yield 9.62% | Sep 27, 13 | 20,000,000 | 82.026 | 16,405.25 | 62.878 | | 12,575.60 | | -3,829.65 | LT |
| PR SALES TAX FING CORP | | | | | | | | | | |
| SR B RV                     BE/RV | | | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | | | |
| ACCRUED INTEREST $261.93 | | | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | | | |
| Moody_Ca    S&P_CC | | | | | | | | | | |
| EAI $3,493 Current yield 20.32% | Sep 27, 13 | 55,000,000 | 81.009 | 44,555.25 | 31.250 | | 17,187.50 | | -27,367.75 | LT |

continued next page



# UBS

**UBS** Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Retirement Account

April 2017

# Claim #45205

**Account name:** UBS TRUST COMPANY OF PR AS
TTEE FOR IVAN Y ROMAN ROSA

**Account type:** Money Purchase Plan

**Account number:** ▮▮▮▮4753▮

**Your Financial Advisor:**
E CABANILLAS / F LANDIVAR TFA
Phone  787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

## Your investment objectives:

You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation

**Your risk profile:**
Primary - Moderate

Investment eligibility consideration - None
selected

## Your account instructions

- UBS Financial Services Inc. is your plan
  custodian.
- Your account cost basis default closing
  method is FIFO, First In, First Out.

# Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |

## Value of your account

Accrued interest in value above

# Change in the value of your account

| | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | | |
| Dividend and interest income | | |
| Change in value of accrued interest | | |
| Change in market value | | |
| **Closing account value** | | |





**UBS**

Retirement Account
April 2017

**Account name:** UBS TRUST COMPANY OF PR AS
**Account type:** Money Purchase Plan
**Account number:** ▉47'53 ▉

**Your Financial Advisor:**
E CABANILLAS / F LANDIVAR TFA
787-250-3600/800-221-9825

## Your assets ▸ Fixed income ▸ Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | | | | |
| ▉▉▉▉▉▉▉▉ | Nov 05, 14 | ▉▉▉ | ▉▉ | 0 | ▉▉▉▉▉ | ▉▉▉▉ | ▉▉▉ | LT |
| ▉▉▉▉▉▉▉▉▉▉▉▉ | Nov 05, 14 | ▉▉ | ▉ | ▉ | ▉ | ▉ | ▉ | LT |
| ▉▉▉▉▉▉▉▉ | Nov 05, 14 | ▉▉▉▉ | ▉ | ▉ | ▉ | ▉ | ▉ | LT |
| PR SALES TAX FING CORP SR E RV BE/RV RATE 05 750% MATURES 08/01/42 CALLABLE 05/28/17 @ 100.50 ACCRUED INTEREST $416.87 CUSIP 74529JLE3 Moody- Ca    S&P- CC EAI $1,725 Current yield 18.40% | Sep 16, 11 | 30,000,000 | 101.920 | 30,576.15 | 31,250 | 9,375.00 | -21,201.15 | LT |
| **Total** | | 30,000,000 | 101,920 | | | | | |

**Total accrued interest:** ▉▉▉▉
**Total estimated annual income:** ▉▉▉



**UBS**

UBS Financial Services Inc.
250 Munoz Rivera Avenue, Ph FL
American International Plaza
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
FOR JAIME FELICIANO CACERES
RETIREMENT PLAN
4927 DIAMONDS PALM LOOP
WESLEY CHAPEL FL 33543-7162

April 2017

# Business Services Account

# Claim #44295

---

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR JAIME FELICIANO CACERES

**Account type:** Money Purchase Plan

**Account number:** ▇▇3950 ▇

**Your Financial Advisor:**
ELADIO PEREZ, ROBERTO DE JESUS
Phone 787-250-3600

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ▇▇▇3950.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account



Dec.2010  Dec.2011  Dec.2012  Dec.2013  Dec.2014  Dec.2015  Dec.2016  Mar.2017  Apr.2017

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in market value | |
| **Value of your account on Apr. 28, 2017** | |



## UBS

Business Services Account
April 2017

**Your Financial Advisor:**
ELADIO PEREZ, ROBERTO DE JESUS
787-250-3600

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Money Purchase Plan
**Account number:** ▬3950▬

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| ▬▬▬ | | |

## Equities

### Common stock

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Price per share on Apr 28 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|---|
| ▬▬▬ | Sep 10, 15 | ▬ | ▬ | ▬ | ▬ | Mar 27 to Apr 23 | 28 |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7 00  BE RV RATE 00.000% MATURES 08/01/31 DATED DATE 06/25/09 CALLABLE 08/01/25 @ 100.00 CUSIP 74529JGQ2 Moody  Ca    S&P  CC | Jan 02, 13 | 40,000,000 | 75.179 | 30,071.60 | 24.178 | 9,671.20 | -20,400.40 | LT |



## UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #45222

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account ████ 7866

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Capital appreciation

**Your risk profile:**
Primary - Moderate
Investment eligibility consideration -
Aggressive

**Account name:** UBS TRUST CO OF PR AS TTEE FOR  •  JAIME MARCHENA FOR GRUPO MEDIC

PSIQUIATRICO DEL ESTE RET PLAN

**Account type:** Money Purchase Plan
**Account number:** ████ 7866 ██

**Your account instructions**
• UBS Financial Services Inc. is your plan
  custodian.
• Your account cost basis default closing
  method is FIFO, First In, First Out.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ██ | ██ |
| Your liabilities | ██ | ██ |
| **Value of your account** | ██ | ██ |
| Accrued interest in value above | | |

## Change in the value of your account

|  | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | ██ | ██ |
| Deposits, including investments transferred in | ██ | ██ |
| Dividend and interest income | ██ | ██ |
| Change in value of accrued interest | | ██ |
| Change in market value | ██ | ██ |
| **Closing account value** | ██ | ██ |







**UBS**

Business Services Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
**Account type:** Money Purchase Plan
**Account number:** ●7866 ●

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| TAX SR B RV          BE/RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $ 113.43 | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | |
| Moody_ Ca    S&P_ CC | Oct 09, 13 | 25,000.000 | 86.021 | 21,505.25 | 31.250 | 7,812.50 | -13,692.75 | LT |
| EAI $1,513 Current yield 19.36% | | | | | | | | |
| Security total | Dec 27, 10 | | | | | | | LT |
| | Apr 25, 13 | | | | | | | LT |
| Total | | | | | | | | |

**Total accrued interest:** ●

**Total estimated annual income:** ●



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #45231

UBS TRUST CO OF PR AS TTEE
FOR JEANNETTE MARRERO CANINO
RETIREMETN PLAN
PO BOX 152
AIBONITO PR 00705-0152

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR JEANNETTE MARRERO CANINO

**Account type:** Money Purchase Plan

**Account number:** ⬛1248 ◗

**Your Financial Advisor:**
PEREZ INVESTMENT GROUP
Phone 787-250-3600/8/0-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ⬛⬛1248

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account



| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

Insurance Products

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.



**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return
Dividend and
interest income
Change in value of
outside assets and
accruals
Change in
market value
**Value of your account
on Apr. 28, 2017**

Member SIPC



## UBS

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Money Purchase Plan
**Account number:** ___ 1248 ___

**Your Financial Advisor:**
PEREZ INVESTMENT GROUP
787-250-3600/800-221-9825

## Your assets not enrolled in PACE (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP F | | | | | | | | |
| TAX SR B BE/RV | | | | | | | | |
| RATE 05.150% MATURES 08/01/36 | | | | | | | | |
| CALLABLE 08/01/21 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $497.83 | | | | | | | | |
| CUSIP 74529JMF9 | | | | | | | | |
| Moody Ca S&P CC | | | | | | | | |
| EAI $2,060 Current yield 16.48% | Sep 27, 13 | 40,000,000 | 70.213 | 28,085.25 | 31,250 | 12,500.00 | -15,585.25 | LT |

## Other

## Assets held outside UBS Financial Services Inc.

These assets are held outside UBS Financial Services Inc. and are included in your statement as a service to you. Information about these assets, including their value, is provided by the issuer and UBS Financial Services Inc. does not guarantee the accuracy of the information and is not responsible for it. The value shown is not necessarily the value you would receive from the issuer if you sold the assets. These assets are not covered by SIPC.

## Annuities

| Holding | Death benefit ($) | Living benefit ($) | Surrender value ($) | Surrender charge Expiration date | Total premium ($) | Total withdrawal ($) | Value ($) |
|---|---|---|---|---|---|---|---|



# Claim #45252

# Business Services Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
FOR JESUS HERNANDEZ
RETIREMENT PLAN
ASHFORD 1479
CONDADO DEL MAR APT 2111
SAN JUAN PR 00907

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR JESUS HERNANDEZ

**Account type:** Money Purchase Plan

**Account number:** 6006

**Your Financial Advisor:**
KRUECKEL,DAVE ERIK
Phone  787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resource Line at 800-762-1000,
account 6006.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth during 2017**
Value of your account at year end 2016
Your investment return:
  Dividend and interest income
  Change in value of accrued interest
  Change in market value
**Value of your account on Apr 28, 2017**



**UBS**

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Money Purchase Plan
**Account number:** 65006▮▮

**Your Financial Advisor:** KRUECKEL,DAVE ERIK
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Estimated annual income ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | | |
| SR B RV          BE/RV | | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | | |
| ACCRUED INTEREST $476.25 | | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | | |
| Moody  Ca   S&P  CC | | | | | | | | | |
| EAI  $6,350 Current yield 20.32% | Jun 25, 09 | 100,000.000 | 100.000 | 100,000.00 | 31.250 | 31,250.00 | –68,750.00 | LT | |

## Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|
| Municipal securities | | | | |
| Total accrued interest | | | | |
| **Total fixed income** | | | | |
| **▾Total** | | | | |

* Missing cost basis information



# Claim #44435



UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl,
San Juan PR 00918-9998

# Retirement Account

April 2017

**Account name:** UBS TRUST CO PR AS TTEE FOR • DR JOSE F DE LEON

**Account type:** Profit Sharing Plan

**Account number:** ████ 0310 ██

## Your Financial Advisor:
TOMASSINI VICTOR M.
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

## Your investment objectives:
You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation

**Your risk profile:**
Primary - Conservative
Investment eligibility consideration - None selected

**Your PACE investment objectives:**

**Your PACE return objective:**
Capital appreciation

**Your PACE risk profile:**
Moderate

As a service to you, your portfolio value of ████ includes the following assets that are not held by UBS.

**Insurance Products** ████

Information about these assets not held by UBS, including their value, was provided by an external source for which UBS is not responsible. These assets are not covered by SIPC. See the section *Your assets for details*.

## Your account instructions
- UBS Financial Services Inc. is your plan custodian
- Your account cost basis default closing method is FIFO, First In, First Out.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| **Value of your account** | ████ | ████ |



## Change in the value of your account

|  | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | ████ | ████ |
| Withdrawals and fees, including investments transferred out | ████ | ████ |
| Dividend and interest income | ████ | ████ |
| Change in value of outside assets | ████ | ████ |
| Change in market value | ████ | ████ |
| **Closing account value** | ████ | ████ |

Member SIPC



**UBS** Retirement Account
April 2017

Account name:
Account type: UBS TRUST CO PR AS TTEE FOR
Account number: TOMASSINI,VICTOR M.
Profit Sharing Plan
0310

Your Financial Advisor:
TOMASSINI,VICTOR M.
787-250-3600/800-221-9825

## Your PACE assets › Non-traditional (continued)

| Holding | Number of shares | Purchase price per share ($) | Client investment ($) | | | | | | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade date: Apr 18, 16 | | | | | | | | | | |
| Total reinvested | | | | | | | | | | |
| Security total | | | | | | | | | | LT |

## Your assets not enrolled in PACE

Some **prices**, **income** and current values shown may be approximate. As a result, gains and losses may not be accurately **reflected**. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Price per share on Apr 28 ($) | Cost basis ($) | Adjusted cost basis ($) | Price per share on Apr 28 ($) | Average rate | Value on Apr 28 ($) | Dividend/interest period | Unrealized (tax) gain or loss ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | | | | | | | | | |
| SR B RV CAV7.00 BER/ | | | | | | | | | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | | | | | | | | | |
| CUSIP 74529JGO2 | Oct 12, 12 | 20,000,000 | 75.150 | | 15,035.25 | | 24.178 | | | Mar 27 to Apr 23 | | | 4,835.60 | 28 | -10,199.65 | LT |
| Moody: Ca   S&P: CC | Oct 26, 12 | 70,000,000 | 75.500 | | 52,855.25 | | 24.178 | | | | | | 16,924.60 | | -35,930.65 | LT |
| | Jun 30, 14 | 120,000,000 | 49.725 | | 59,670.00 | | 24.178 | | | | | | 29,013.60 | | -30,656.40 | LT |
| Security total | | 210,000,000 | | | 127,560.50 | | | | | | | | 50,773.80 | | -76,786.70 | LT |



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Claim #44772

# Retirement Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR JOSE PLA ARTEAGA

**Account type:** Profit Sharing Plan

**Account number:** 2368

**Your Financial Advisor:**
AGUAYO & SERRALLES WEALTH ADVI
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

UBS TRUST CO OF PR AS TTEE
FOR JOSE PLA ARTEAGA
RETIREMENT PLAN
429 LOS PINOS APT 703
SAN JUAN PR 00917-3454

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

Accrued interest in value above



## Tracking the value of your account

| Dec 2011 | Dec 2012 | Dec 2013 | Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017 |
|---|---|---|---|---|---|---|---|

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |





**UBS**

Retirement Account
April 2017

**Account name:**
**Account type:** Profit Sharing Plan
**Account number:** ▮2368▮

UBS TRUST CO OF PR AS TTEE

**Your Financial Advisor:**
AGUAYO & SERRALLES WEALTH ADVI
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | Mar 07, 12 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | LT |
| TAX SR B RV          BE/RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $113.43 | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | |
| Moody: Ca   S&P: CC | | | | | | | | |
| EAI: $1,513 Current yield: 19.36% | Feb 10, 11 | 25,000,000 | 102.931 | 25,732.75 | 31.250 | 7,812.50 | -17,920.25 | LT |
| **Total** | | 25,000,000 | | ▮ | | ▮ | ▮ | LT |
| **Total accrued interest:** | | | | | | ▮ | | |
| **Total estimated annual income:** | | | | | | ▮ | | |



# UBS

**Claim #45284**

# Business Services Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR JUAN GONZALEZ DIAZ

**Account type:** Money Purchase Plan

**Account number:** ███9894

**Your Financial Advisor:**
TOMASSINI,VICTOR M.
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000.
account ████9894.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR JUAN GONZALEZ DIAZ
MEDICAL OFFICE RETIREMENT PLAN
PMB 330
267 CALLE SIERRA MORENA
SAN JUAN PR 00926-5574

that are not held by UBS
Insurance Products

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.

## Value of your account



|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**



|  |  |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return | |
| Dividend and interest income | |
| Change in value of outside assets | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

Member SIPC



**UBS**

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Money Purchase Plan
**Account number:** ____9894 ___

**Your Financial Advisor:**
TOMASSINI,VICTOR M
787-250-3600/800-221-9825

Your assets not enrolled in PACE (continued)

## Fixed income

### Municipal securities

**Prices are obtained** from independent quotation bureaus that use computerized valuation formulas to **calculate** current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00 BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody: Ca S&P: CC | Oct 26, 12 | 160,000,000 | 75,500 | 120,805.25 | 24.178 | 38,684.80 | -82,120.45 | LT |

## Other

## Assets held outside UBS Financial Services Inc.

These assets are held outside UBS Financial Services Inc. and are included in your statement as a service to you. Information about these assets, including their value, is provided by the issuer and UBS Financial Services Inc. does not guarantee the accuracy of the information and is not responsible for it. The value shown is not necessarily the value you would receive from the issuer if you sold the assets. These assets are not covered by SIPC.

## Annuities

| Holding | Death benefit ($) | Living benefit ($) | Surrender value ($) | Surrender charge Expiration date | Total premium ($) | Total withdrawal ($) | Value ($) |
|---|---|---|---|---|---|---|---|
| ____ | ____ | ____ | ____ | May 8 2019 | ____ | ____ | ____ |

# Claim #44421

## UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Retirement Account

April 2017

**Account name:** UBS TC OF PR AS TTE FOR
JUAN RAMON GOMEZ

**Account type:** Money Purchase Plan

**Account number:** 1274

**Your Financial Advisor:**
LANDIVAR,FRANCISCO
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

UBS TC OF PR AS TTE FOR
JUAN RAMON GOMEZ
PO BOX 1198
LAS PIEDRAS PR 00771-1198

As a service to you, your portfolio value of
$886,563.96 includes accrued interest.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 |  |
| Net deposits and withdrawals | |
| Your investment return | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

Member SIPC



## UBS

**Retirement Account**

April 2017

**Account name:**
**Account type:** Money Purchase Plan
**Account number:** 1274

UBS TC OF PR AS TTE FOR

**Your Financial Advisor:**
LANDIVAR, FRANCISCO
787-250-3600/800-221-9825

## Your assets not enrolled in PACE › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| May 25, 10 | | | | | | | | LT |
| Jun 22, 16 | | | | | | | | ST |
| PR SALES TAX FNCG CORP<br>SR C BE/RV<br>RATE 05.000% MATURES 08/01/40<br>CALLABLE 08/01/21 @ 100.00<br>ACCRUED INTEREST $1,087.49<br>CUSIP 74529JNU5<br>Moody: Caa3  S&P CC<br>EAI: $4,500 Current yield: 7.68% | Apr 08, 13 | 85,000.000 | 106.427 | 90,462.95 | 65.137 | 55,366.45 | -35,096.50 | LT |
| Security total | Jun 17, 13 | 5,000.000<br>90,000.000 | 102.131 | 5,106.55<br>95,569.50 | 65.137 | 3,256.85<br>58,623.30 | -1,849.70<br>-36,946.20 | LT |
| Apr 20, 17 | | | | | | | | ST |

CNP70005003816003 NP70001 46459 00001 0417 010101094 6F0127 4FM0 100000

continued next page



# Claim #44786

## Business Services Account

**April 2017**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE • FOR JUAN REINES ORTIZ

RETIREMENT PLAN

**Account type:** Profit Sharing Plan

**Account number:** ⬛9878⬛

### Your account instructions
- UBS Financial Services Inc. is your plan custodian.
- Your account cost basis default closing method is FIFO, First In, First Out.

---

### Your Financial Advisor:
TOMASSINI,VICTOR M.
Phone 787-250-3600/800-221-9825

### Questions about your statement?
Call your Financial Advisor or the ResourceLine at 800-762-1000, account ⬛9878.

### Visit our website:
www.ubs.com/financialservices

### Your investment objectives:
You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

### Your return objective:
Current income & capital appreciation

### Your risk profile:
Primary - Conservative
Investment eligibility consideration - None selected

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ⬛ | ⬛ |
| Your liabilities | ⬛ | ⬛ |
| **Value of your account** | | |
| Accrued interest in value above | ⬛ | ⬛ |

## Change in the value of your account

| | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | ⬛ | ⬛ |
| Withdrawals and fees, including investments transferred out | ⬛ | ⬛ |
| Dividend and interest income | ⬛ | ⬛ |
| Change in value of accrued interest | ⬛ | ⬛ |
| Change in market value | ⬛ | ⬛ |
| **Closing account value** | ⬛ | ⬛ |



**UBS**

Business Services Account
April 2017

Your Financial Advisor:
TOMASSINI,VICTOR M.
787-250-3600/800-221-9825

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** 98788█

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | Jun 20, 11 | | | | | | | LT |
| TAX SR B RV        BE/RV | | | | | | | | |
| RATE 06.050 % MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $453.75 | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | |
| Moody Ca      S&P CC | | | | | | | | |
| EAI $6,050 Current yield 19.36% | Jun 19, 09 | 65,000.000 | 100.000 | 65,000.00 | 31.250 | 20,312.50 | -44,687.50 | LT |
| | Jun 06, 11 | 35,000.000 | 102.765 | 35,967.75 | 31.250 | 10,937.50 | -25,030.25 | LT |
| Security total | | 100,000.000 | | 100,967.75 | | 31,250.00 | -69,717.75 | |
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00    BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody Ca      S&P CC | Oct 28, 11 | 15,000.000 | 71.034 | 10,660.35 | 24.178 | 3,626.70 | -7,033.65 | LT |

continued next page



**UBS**

Business Services Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ▨9878▨

**Your Financial Advisor:**
TOMASSINI, VICTOR M.
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR C RV              BE/RV | | | | | | | | |
| RATE 06.000% MATURES 08/01/34 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $90.00 | | | | | | | | |
| CUSIP 74529JER2 | | | | | | | | |
| Moody: Caa3   S&P  CC | | | | | | | | |
| EAI: $1,200 Current yield 9.54% | Jun 08, 11 | 20,000.000 | 102.676 | 20,535.25 | 62.888 | 12,577.60 | -7,957.65 | LT |
| PR SALES TAX FING CORP S | | | | | | | | |
| SR07B RV           BE/RV | | | | | | | | |
| RATE 05.050% MATURES 08/01/36 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $816.75 | | | | | | | | |
| CUSIP 74529JAC9 | | | | | | | | |
| Moody: Caa3   S&P  CC | | | | | | | | |
| EAI: $10,890 Current yield: 9.62% | Jun 02, 11 | 100,000.000 | 102.605 | 102,605.25 | 62.878 | 62,878.00 | -39,727.25 | LT |
| | Jun 06, 11 | 40,000.000 | 102.644 | 41,057.65 | 62.878 | 25,151.20 | -15,906.45 | LT |
| | Jun 08, 11 | 40,000.000 | 102.643 | 41,057.25 | 62.878 | 25,151.20 | -15,906.05 | LT |
| **Security total** | | 180,000.000 | | 184,720.15 | | 113,180.40 | -71,539.75 | |
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV            BE/RV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $142.87 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody: Ca   S&P  CC | | | | | | | | |
| EAI $1,905 Current yield: 20.32% | Jun 07, 11 | 30,000.000 | 102.617 | 30,785.25 | 31.250 | 9,375.00 | -21,410.25 | LT |
| **Total** | | 30,000.000 | | 30,785.25 | | 9,375.00 | -21,410.25 | LT |

Total accrued interest: ▨▨▨▨
Total estimated annual income: ▨▨▨▨



# Claim #44799

# Business Services Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
LOURDES GALAN RETIREMENT PLAN
PARQUE DE SANTA MARIA
N-1 CALLE ROSA
SAN JUAN PR 00927-6737

**Account name:** UBS TRUST CO OF PR AS TTEE
LOURDES GALAN RETIREMENT PLAN

**Friendly account name:** Retirement Plan

**Account type:** Money Purchase Plan

**Account number:** ████5953

**Your Financial Advisor:**
SERRALLES, AGUAYO AND RODRIGUE
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account ████ 5953

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
· Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

that are not held by UBS.
Insurance Products

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets for*
details.

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

**Sources of your account growth
during 2017**



Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return
Dividend and
interest income
Change in value of
outside assets
Change in
market value
**Value of your account
on Apr 28, 2017**



Member SIPC



# UBS

Business Services Account
April 2017

**Your Financial Advisor:**
SERRALLES, AGUAYO AND RODRIGUE
787-250-3600/800-221-9825

| | |
|---|---|
| **Account name:** | UBS TRUST CO OF PR AS TTEE |
| **Friendly account name:** | Retirement Plan |
| **Account type:** | Money Purchase Plan |
| **Account number:** | ▬5953▬ |

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values.  Actual market values may vary and thus gains/losses may not be accurately reflected.  Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue

discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method. otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR A RV CAV6.125  BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/29 | | | | | | | | |
| DATED DATE 02/09/10 | | | | | | | | |
| CUSIP 74529JKU8 | | | | | | | | |
| Moody_Ca    S&P  CC | Aug 30, 10 | 25,000,000 | 69.684 | 17,421.00 | 25.072 | 6,268.00 | -11,153.00 | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00   BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JG02 | | | | | | | | |
| Moody_Ca    S&P  CC | Sep 10, 10 | 15,000,000 | 59.683 | 8,957.70 | 24.178 | 3,626.70 | -5,331.00 | LT |
| **Total** | | **$40,000,000** | | **$26,378.70** | | **$9,894.70** | **-$16,484.00** | |

## Mutual funds

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss.  It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|



# UBS

UBS Financial Services
Incorporated of Puerto Rico
45 Andalucía Street, Ste 202
Mayagüez PR 00680-8201

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR LUIS A. SEGUINOT

**Account type:** Profit Sharing Plan

**Account number:** ████ 1286 ███

**Your Financial Advisor:**
JAVIER LOPEZ
Phone 787-805-0300/800-291-4938

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ████ 1286.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR LUIS A. SEGUINOT
RETIREMENT PLAN
RR1 BOX 1478
OROCOVIS PR 00720-9521

# Business Services Account

April 2017

# Claim #38523

As a service to you, your portfolio value of
████████ includes accrued interest.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**





## UBS

**Business Services Account**

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ▮1286▮

**Your Financial Advisor:**
AVIER LOPEZ
787-805-0300/800-291-4938

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to **calculate** current values. Actual market values may vary and thus gains/losses may not be accurately **reflected**. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | Jan 31, 14 | | | | | | | LT |
| SR B RV          BER/ | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $381.00 | | | | | | | | |
| CUSIP 74529J/GP4 | | | | | | | | |
| Moody Ca    S&P  CC | | | | | | | | |
| EAI $5,080  Current yield  20.32% | Jan 31, 14 | 80,000.000 | 72.500 | 58,000.00 | 31.250 | 25,000.00 | -33,000.00 | LT |
| **Total** | | | | | | | | |
| **Total accrued interest:** ▮ | | | | | | | | |
| **Total estimated annual income:** ▮ | | | | | | | | |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TEE
FOR LUIS E. COLLAZO BATTISTINI

**Account type:** Profit Sharing Plan

**Account number:** 0891

**Your Financial Advisor:**
ERIC SNYDER
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account 0891.

**Visit our website:**
www.ubs.com/financialservices

**Value of your account**
Accrued interest in value above

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

# Business Services Account

April 2017

# Claim #37563

UBS TRUST CO OF PR AS TEE
FOR LUIS E. COLLAZO BATTISTINI
RETIREMENT PLAN
URB PUERTO NUEVO
453 CALLE CONSTANCIA
SAN JUAN PR 00920-3813

As a service to you, your portfolio value of
includes accrued interest.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth
during 2017

Value of your account
at year end 2016

Net deposits and
withdrawals

Your investment return:
Dividend and
interest income

Change in value of
accrued interest

Change in
market value

**Value of your account
on Apr 28, 2017**



# UBS

Business Services Account

April 2017

**Account name:**
**Account type:** Profit Sharing Plan
**Account number:** ████0391 █

UBS TRUST CO OF PR AS TTEE

**Your Financial Advisor:** ERIC SNYDER
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00  BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529HGQ2 | | | | | | | | |
| Moody_Ca   S&P_CC | Nov 08, 13 | 55,000,000 | 54.300 | 29,865.00 | 24.178 | 13,297.90 | -16,567.10 | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR E RV   BE/RV | | | | | | | | |
| RATE 05.750% MATURES 08/01/42 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.50 | | | | | | | | |
| ACCRUED INTEREST $1,389.58 | | | | | | | | |
| CUSIP 74529JLE3 | | | | | | | | |
| Moody_Ca   S&P_CC | | | | | | | | |
| EAI: $5,750 Current yield: 18.40% | Oct 26, 10 | 100,000,000 | 101.005 | 101,005.25 | 31.250 | 31,250.00 | -69,755.25 | LT |
| **Total** | | | | | | | | |
| **Total accrued interest:** ████ | | | | | | | | |
| **Total estimated annual income:** ████ | | | | | | | | |

## Closed end funds & Exchange traded products

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either: (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/pofunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

continued next page



# Claim #45319

# Retirement Account

April 2017

**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR LUIS I. DAVILA

**Friendly account name:** Ret Plan
**Account type:** Profit Sharing Plan
**Account number:** ⬛8222⬛

**Your Financial Advisor:**
LOPEZ WEALTH MANAGEMENT GROUP
Phone :787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR LUIS I. DAVILA
RETIREMENT PLAN
PO BOX 840
COROZAL PR 00783-0840



## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

## Tracking the value of your account





Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return | |
| Dividend and interest income | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |





## UBS

Retirement Account

April 2017

| | |
|---|---|
| **Account name:** | UBS TRUST CO OF PR AS TTEE |
| **Friendly account name:** | Ret Plan |
| **Account type:** | Profit Sharing Plan |
| **Account number:** | 82222 |

**Your Financial Advisor:**
LOPEZ WEALTH MANAGEMENT GROUP
787-250-3600/800-221-9825

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Price per share on Apr 28 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values.   Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount.  When original cost basis is displayed amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX RNG CORP SR B RV CAV7.375  BE/RV RATE 00.000% MATURES 08/01/33 DATED DATE 06/25/09 CUSIP 74529JGR0 Moody: Ca   S&P: CC | Mar 18, 11 | 60,000,000 | 24.850 | 14,910.45 | 10.237 | 6,142.20 | -8,768.25 | LT |

● Mar 27 to Apr 23   28



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #45560

**Account name:** UBS TRUST CO OF PR AS TTEE

FOR LUIS M. RODRIGUEZ

**Account type:** Profit Sharing Plan

**Account number:** 2861

**Your Financial Advisor:**
ERIC SNYDER
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account 2861.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR LUIS M. RODRIGUEZ
RETIREMENT PLAN
BAHIA VISTAMAR
I-1473 BARRACUDA
CAROLINA PR 00983

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

includes the following assets
that are not held by UBS:
Insurance Products

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.

## Tracking the value of your account



| Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017 |
|---|---|---|---|---|

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return
Dividend and
interest income
Change in value of
outside assets
Change in
market value
**Value of your account
on Apr 28, 2017**



## UBS

Business Services Account
April 2017

**Account name:**
**Account type:** Profit Sharing Plan
**Account number:** 861

UBS TRUST CO OF PR AS TTEE

**Your Financial Advisor:**
ERIC SNYDER
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00  BER/ | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody  Ca    S&P  CC | Feb 12, 14 | 50,000.000 | 48.950 | 24,475.00 | 24.178 | 12,089.00 | -12,386.00 | LT |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSSPR's best estimate of the price at which UBSSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss. The security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| GUGGENHEIM TAXABLE MUNICIPAL | | | | | | | | | |
| Holding | | | | | | | | | LT |