# Exhibit C

45558
45561
45575
45584
44703
44552
44481
39574
45886
44820
44784
45897
45728
38136
45733
44189
43814
43861
43956
43536
32486



# Business Services Account

April 2017

# Claim #45558

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
FOR MANUEL CRUZ SANCHEZ
RETIREMENT PLAN
11 LOMAS DE CAMPO ALEGRE
HUMACAO PR 00791-3748

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR MANUEL CRUZ SANCHEZ

**Account type:** Profit Sharing Plan

**Account number:** 1184

**Your Financial Advisor:**
ROJAS,DAVID
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account 1184.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr. 28, 2017** | |

Member SIPC



# UBS

Business Services Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** 1184

**Your Financial Advisor:**
ROJAS,DAVID
787-250-3600/800-221-9825

## Your assets not enrolled in PACE (continued)

## Fixed income

### Corporate bonds and notes

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been adjusted for accreted original issue discount (OID). Cost basis has been automatically adjusted for amortization of bond premium using the constant yield method. If you have made a tax election to deduct the premium amortization on taxable debt securities, you may request UBS adjust cost basis for the bond premium amortization.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|





Apr 09, 10

## Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP<br>SR B RV CAV7.00   BE/R/<br>RATE 00.000% MATURES 08/01/31<br>DATED DATE 06/25/09<br>CALLABLE 08/01/25 @ 100.00<br>CUSIP 74529JGQ2<br>Moody Ca   S&P CC | Apr 03, 12 | 35,000.000 | 73.000 | 25,555.25 | 24.178 | 8,462.30 | -17,092.95 | LT |



# Claim #45561

# Business Services Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE • FOR MARGARITA HERREA ABOLAFIO

RETIREMENT PLAN

**Account type:** Profit Sharing Plan

**Account number:** 4898

### Your account instructions

- UBS Financial Services Inc. is your plan custodian.
- Your account cost basis default closing method is FIFO, First In, First Out.



## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |

**Value of your account**

Accrued interest in value above

## Change in the value of your account

| | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | | |
| Dividend and interest income | | |
| Change in value of accrued interest | | |
| Change in market value | | |
| **Closing account value** | | |

---

### Your Financial Advisor:
BRENNAN PAUL G.
Phone 787-250-3600/800-221-9825

### Questions about your statement?
Call your Financial Advisor or the ResourceLine at 800-762-1000, account 4898.

### Visit our website:
www.ubs.com/financialservices

### Your investment objectives:
You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

### Your return objective:
Current income & capital appreciation

### Your risk profile:
Primary - Moderate
Investment eligibility consideration - None selected

---

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

Member SIPC

Page 7 of 14



## UBS

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** 4898█

**Your Financial Advisor:**
BRENNAN,PAUL G.
787-250-3600/800-221-9825

## Your assets ▸ Fixed income (continued)

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | Feb 19, 10 | | | | | | | LT |
| SR B RV C AV7.00  BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody  Ca   S&P- CC | Jun 19, 09 | 90,000,000 | 46.593 | 41,933.70 | 24.178 | 21,760.20 | -20,173.50 | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV   BE/RV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $261.93 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody  Ca   S&P- CC | Jun 19, 09 | 55,000,000 | 100.000 | 55,000.00 | 31.250 | 17,187.50 | -37,812.50 | LT |
| EAI $3,493 current yield: 20.32% | | | | | | | | |
| **Total** | | | | | | | | |

**Total accrued interest:** █
**Total estimated annual income:** █



## UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBSTC OF PR AS TTEE FOR

MARIA I RIVERA SANCHEZ

**Account type:** Target Benefit Plan

**Account number:** ███0948█

**Visit our website:**
www.ubs.com/financialservices

**Your Financial Advisor:**
ERIC SNYDER
Phone 787-250-3600/800-221-9825

**Items for your attention**

• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

**Member SIPC**

UBSTC OF PR AS TTEE FOR
MARIA I RIVERA SANCHEZ
RET PLAN
PO BOX 55008
BAYAMON PR 00960-4008

# Retirement Account

April 2017

# Claim #45575

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ███ | ███ |
| Your liabilities | | |
| **Value of your account** | ███ | ███ |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**

Value of your account
at year end 2016

Your investment return

Dividend and
interest income

Change in
market value

**Value of your account
on Apr 28, 2017**



**UBS**

Retirement Account
April 2017

**Account name:** UBSTC OF PR AS TTEE FOR
**Account type:** Target Benefit Plan
**Account number:** ●●●9348●●

**Your Financial Advisor:**
ERIC SNYDER
787-250-3600/800-221-9825

## Your assets • Equities (continued)

### Unit investment trusts

When cost basis is available, we may have adjusted it for all or part of principal payments made by the trust to you.

| Holding | Number of shares | Average price per share ($) | Purchase price($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Apr 21, 10 | | | | | | | LT |

PR SALES TAX FING CORP
SR B RV CAV7.00   BER/
RATE 00.000% MATURES 08/01/31
DATED DATE 06/25/09
CALLABLE 08/01/25 @ 100.00
CUSIP 74529JGQ2
Moody Ca   S&P CC

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | May 22, 12 | 95,000.000 | 74.204 | 70,499.05 | 24.178 | 22,969.10 | -47,529.95 | LT |
| | Jun 19, 09 | 20,000.000 | 46.593 | 9,318.60 | 24.178 | 4,835.60 | -4,483.00 | LT |
| Security total | | 115,000.000 | | 79,817.65 | | 27,804.70 | -52,012.95 | |

continued next page



**UBS**

Retirement Account
April 2017

| Account name: | UBSTC OF PR AS TTEE FOR |
|---|---|
| Account type: | Target Benefit Plan |
| Account number: | ●●●●0948● |

**Your Financial Advisor:**
ERIC SNYDER
787-250-3600/800-221-9825

## Your assets ▸ Fixed income ▸ Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | Mar 24, 11 | | | | | | | LT |
| SR A RV | | | | | | | | |
| BERV | | | | | | | | |
| RATE 00.000% MATURES 08/01/36 | | | | | | | | |
| DATED DATE 02/09/10 | | | | | | | | |
| CUSIP 74529JKT1 | | | | | | | | |
| Moody, Ca  S&P  CC | Oct 12, 11 | 195,000,000 | 21,628 | 42,174.60 | 9.219 | 17,977.05 | -24,197.55 | LT |
| **Total** | | | | | | | | |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either: (1) the bid price for the shares of the fund as of the closing date of this statement; the "bid price", as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FUND | | | | | | | | | LT |

continued next page



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
45 Andalucia Street, Ste 202
Mayaguez PR 00680-8201

# Business Services Account

April 2017

# Claim #45584

UBS TRUST COMPANY OF PR
AS TTEE FOR MIGUEL F MAYMON
LUGO
1108 ETHEL MARIN
PASEO LOS ROBLES
MAYAGUEZ PR 00682-7788

**Account name:** UBS TRUST COMPANY OF PR
AS TTEE FOR MIGUEL F MAYMON

**Account type:** Money Purchase Plan

**Account number:** ▩0385

**Your Financial Advisor:**
CANABAL ANGEL M
Phone: 787-805-0300/800-291-4938

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account ▩0385

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▩ | ▩ |
| Your liabilities | | ▩ |
| **Value of your account** | ▩ | ▩ |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

### Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ▩ |
| Net deposits and withdrawals | ▩ |
| Your investment return: | |
| Dividend and interest income | ▩ |
| Change in market value | ▩ |
| Value of your account on Apr 28, 2017 | ▩ |



Member SIPC



# UBS

Business Services Account
April 2017

**Account name:** UBS TRUST COMPANY OF PR
**Account type:** Money Purchase Plan
**Account number:** 0385

**Your Financial Advisor:**
CANABAL, ANGEL M.
787-805-0300/800-291-4938

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Price per share on Apr 28 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| | | | | | Mar 27 to Apr 23 | 28 |
| **Total** | | | | | Mar 1 to Mar 31 | 31 |

### Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FINC CORP | | | | | | | | |
| SR B RV CAV7.00 BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody_Ca S&P_ CC | Jun 19, 09 | 180,000,000 | 46.593 | 83,867.40 | 24.178 | 43,520.40 | -40,347.00 | LT |

### Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Total** | | | | | |

Page 5 of 6



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #44703

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR NOELIA RAMOS RIVERA

**Account type:** Profit Sharing Plan

**Account number:** ▮2098 ▮

**Your Financial Advisor:**
DEGRO / MELENDEZ
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account ▮2098.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR NOELIA RAMOS RIVERA
RETIREMENT PLAN
SANTURCE TOWER
360 CALLE FUERTE #801
SAN JUAN PR 00912-3836

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |



## Tracking the value of your account

$ Thousands




Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |




Member SIPC



## UBS

**Business Services Account**
April 2017

**Account name:**
**Account type:** Profit Sharing Plan
**Account number:** ●●2098 ●●

**Your Financial Advisor:**
DEGRO / MELENDEZ
787-250-3600/800-221-9825

UBS TRUST CO OF PR AS TTEE

### Your assets not enrolled in PACE › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP<br>SR B RV          BE/RV<br>RATE 06.350% MATURES 08/01/39<br>CALLABLE 05/28/17 @ 100.00<br>ACCRUED INTEREST $238.12<br>CUSIP 74529JGP4<br>Moody: Ca   S&P: CC<br>EAI $3,175 Current yield 20.32% | Jun 14, 12 | 15,000.000 | 100.000 | 15,000.00 | 31.250 | 4,687.50 | -10,312.50 | LT |
| PR SALES TAX FING CORP<br>SR E RV          BE/RV<br>RATE 05.750% MATURES 08/01/42<br>CALLABLE 05/28/17 @ 100.50<br>ACCRUED INTEREST $208.43<br>CUSIP 74529LLE3<br>Moody: Ca   S&P: CC<br>EAI $863 Current yield 18.40% | Jun 19, 09 | 50,000.000 | 100.000 | 50,000.00 | 31.250 | 15,625.00 | -34,375.00 | LT |
| | Jun 25, 10 | 15,000.000 | 100.000 | 15,000.00 | 31.250 | 4,687.50 | -10,312.50 | LT |

| | |
|---|---|
| **Total** | |
| **Total accrued interest:** | |
| **Total estimated annual income:** | |



# ❖ UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Your Financial Advisor:**
PEREZ INVESTMENT GROUP
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Capital appreciation

**Your risk profile:**
Primary - Moderate

Investment eligibility consideration - None selected

---

# Retirement Account

April 2017

# Claim #44552

**Account name:** UBS TRUST CO OF PR AS TTEE • FOR ORLANDO CANIZARES
RETIREMENT PLAN

**Friendly account name:** Ret - Retail

**Account type:** Money Purchase Plan

**Account number:** ▓▓7494

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▓▓▓ | ▓▓▓ |
| Your liabilities | | |

**Value of your account**

Accrued interest in value above



## Change in the value of your account

| | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | ▓▓ | ▓▓ |
| Deposits, including investments transferred in | | |
| Dividend and interest income | ▓▓ | ▓▓ |
| Change in value outside assets/accruals | | |
| Change in market value | ▓▓ | ▓▓ |
| **Closing account value** | ▓▓ | ▓▓ |

As a service to you, your portfolio value of the following assets that are not held by UBS:

Insurance Products    ▓▓

Information about these assets not held by UBS, including their value, was provided by an external source for which UBS is not responsible. These assets are not covered by SIPC. See the section *Your assets* for details.

**Your account instructions**
• UBS Financial Services Inc. is your plan custodian
• Your account cost basis default: Closing method is FIFO, First In, First Out.

---

Member SIPC



## UBS

Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Friendly account name:** Net - Retail
**Account type:** Money Purchase Plan
**Account number:** ▮▮7494▮

**Your Financial Advisor:**
PEREZ INVESTMENT GROUP
787-250-3600/800-221-9825

# Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV | | | | | | | | |
| BE/RV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $238.12 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody: Ca    S&P: CC | | | | | | | | |
| EAI: $3,175 Current yield: 20.32% | Jun 19, 09 | 50,000.000 | 100.000 | 50,000.00 | 31.250 | 15,625.00 | -34,375.00 | LT |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the fund as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSSPR's best estimate of the price at which UBSSPR would bid if it were to make a firm bid at the time date. The price per share shown in this statement may be higher or lower than the NAV or the funds on the same date.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, 9th FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TRUSTEE
FOR PATRICIO SUMAZA

**Account type:** Defined Benefit Plan

**Account number:** ⬛9159

**Your Financial Advisor:**
FRANCO CARRASCO / KAREN DEGRO
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000.
account ⬛9159.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

# Business Services Account

**April 2017**

UBS TRUST CO OF PR AS TRUSTEE
FOR PATRICIO SUMAZA
RETIREMENT PLAN
MEDICAL EMPORIUM SUITE 211
351 AVE HOSTOS
MAYAGUEZ PR 00680-1502

# Claim #44481

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ⬛ | ⬛ |
| Your liabilities | ⬛ | ⬛ |
| **Value of your account** | ⬛ | ⬛ |

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ⬛ |
| Net deposits and withdrawals | ⬛ |
| Your investment return | |
| Dividend and interest income | ⬛ |
| Change in market value | ⬛ |
| **Value of your account on Apr 28, 2017** | ⬛ |

Member SIPC



**UBS**

Business Services Account
April 2017

Account name:
Account type:
Account number:

UBS TRUST CO OF PR AS TRUSTEE
Defined Benefit Plan
█████9159█

**Your Financial Advisor**
FRANCO CARRASCO / KAREN DEGRO
787-250-3600/800-221-9825

## Your assets not enrolled in PACE (continued)

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.375 BE/RV RATE 00.000% MATURES 08/01/33 DATED DATE 06/25/09 CUSIP 74529JGR0 Moody Ca S&P CC | Jun 19, 09 | 170,000,000 | 17.457 | 29,676.90 | 10.237 | 17,402.90 | -12,274.00 | LT |

### Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Equities** | | | | | |
| **Fixed income** | | | | | |
| **Non-traditional** | | | | | |
| **Total** | | | | | |

**Your total PACE assets\*\***

\*\* Your total PACE assets are included in the Total reported above

## Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about*

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| **Mar 31** | | | | | | | |
| Apr 21 | | | | | | | |

continued next page



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR PEDRO AXEL RIVERA FLORES

**Account type:** Money Purchase Plan

**Account number:** ████ 9278 ██

**Your Financial Advisor:**
VICENTE CASTILLO
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

Member SIPC

UBS TRUST CO OF PR AS TTEE
FOR PEDRO AXEL RIVERA FLORES
RETIREMENT PLAN
PO BOX 360760
SAN JUAN PR 00936-0760

# Retirement Account

April 2017

# Claim #39574

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | █ | █ |
| **Value of your account** | ████ | ████ |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**



| | |
|---|---|
| Value of your account at year end 2016 | ████ |
| Your investment return: | |
| Dividend and interest income | ██ |
| Change in market value | ██ |
| **Value of your account on Apr 28, 2017** | ████ |



**UBS**

Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Money Purchase Plan
**Account number:** ⬤9278⬤

**Your Financial Advisor:**
VICENTE CASTILLO
787-250-3600/800-221-9825

## Your assets (continued)

### Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to **calculate** current values. Actual market values may vary and thus gains/losses may not be accurately **reflected**. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX KING CORP BERV | | | | | | | | |
| SR B RV CAV7.00 | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody  Ca    S&P  CC | Jan 22, 10 | 40,000.000 | 53.990 | 21,601.25 | 24.178 | 9,671.20 | -11,930.05 | LT |
| Security total | Jan 25, 10 | 45,000.000 | 53.990 | 24,300.75 | 24.178 | 10,880.10 | -13,420.65 | LT |
| | | 85,000.000 | | 45,902.00 | | 20,551.30 | -25,350.70 | |

## Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|

## Account activity this month

| Date | Activity | Description | | Amount ($) |
|---|---|---|---|---|

### Dividend and interest income
*Dividends*

| | | |
|---|---|---|
| **Total dividends** | | |
| **Total dividend and interest income** | | |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Retirement Account

April 2017

# Claim #45886

**Account name:** UBS TRUST CO. AS TTEE
FOR PEDRO J. SEDA

**Account type:** Money Purchase Plan

**Account number:** 9834█

**Your Financial Advisor:**
K. DEGRO & M. MELENDEZ
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO. AS TTEE
FOR PEDRO J. SEDA
MONEY PURCHASE
APT. 12
CHALETS DEL BOULEVARD
PONCE PR 00716

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ███ | ███ |
| Your liabilities | | |
| Value of your account | ███ | ███ |

As a service to you, your portfolio value of
that are not held by UBS ▉cludes the following assets

Insurance Products

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

### Sources of your account growth during 2017



| | |
|---|---|
| Value of your account at year end 2016 | ▉ |
| Net deposits and withdrawals | ▉ |
| Your investment return: | ▉ |
| Dividend and interest income | ▉ |
| Change in value of outside assets | ▉ |
| Change in market value | ▉ |
| Value of your account on Apr 28, 2017 | ▉ |

Member SIPC



**UBS**

Retirement Account

April 2017

**Account name:** UBS TRUST CO. AS TTEE
**Account type:** Money Purchase Plan
**Account number:** ____9834 LK

**Your Financial Advisor:**
K. DEGRO & M. MELENDEZ
787-250-3600/800-221-9825

# Your assets not enrolled in PACE

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

## Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| ... | | |

## Fixed income

## Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Price per share on Apr 28 ($) | Adjusted cost basis ($) | Average rate | Price on Apr 28 ($) | Dividend/Interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR A RV BE/RV RATE 00.000% MATURES 08/01/31 DATED DATE 02/09/10 CUSIP 74529JKN4 Moody, Ca S&P CC | Sep 24, 12 | 30,000,000 | 36.859 | | 11,057.70 | | 13.076 | Mar 27 to Apr 23 | 3,922.80 | 28 | -7,134.90 | LT |



# Claim #44820

# Business Services Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph, FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE • FOR PEDRO N. FARINACCI MORALES

RETIREMENT PLAN

**Friendly account name:** Ret Plan

**Account type:** Money Purchase Plan

**Account number:** 9233

## Your Financial Advisor:
RE WEALTH MANAGEMENT (1FAP)
Phone 787-250-3600/800-221-9825

## Questions about your statement?
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account 9233.

## Visit our website:
www.ubs.com/financialservices

## Your investment objectives:
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

## Your return objective:
Capital appreciation

## Your risk profile:
Primary - Moderate
Investment eligibility consideration - None
selected

## Your account instructions
- UBS Financial Services Inc. is your plan custodian.
- Your account cost basis default closing method is FIFO, First In, First Out.

# Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

# Change in the value of your account

|  | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** |  |  |
| Withdrawals and fees, including investments transferred out |  |  |
| Dividend and interest income |  |  |
| Change in market value |  |  |
| **Closing account value** |  |  |



UBS

Business Services Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Friendly account name:** Ret Plan
**Account type:** Money Purchase Plan
**Account number:** ████9233 ███

**Your Financial Advisor:**
RE WEALTH MANAGEMENT (1FAP)
787-250-3600/800-221-9825

# Your assets

Some **prices**, income and current values shown may be approximate. As a result, gains and losses may not be **accurately** reflected. See *Important information about your statement* at the end of this document for more **information**.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Average rate | Price on Apr 28 ($) | Dividend/interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.00 BE/R/ RATE 00.000% MATURES 08/01/31 DATED DATE 06/25/09 CALLABLE 08/01/25 @ 100.00 CUSIP 74529JGO2 Moody Ca S&P CC | Jun 19, 09 | 270,000,000 | 46.593 | 125,801.10 | *Mar 27 to Apr 23 | 24.178 | 28 | 65,280.60 | | -60,520.50 | LT |



# UBS

**Your Financial Advisor:**
JOSE A. CHAVES
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ●●●7619.

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Capital appreciation

**Your risk profile:**
Primary - Conservative
Investment eligibility consideration - None
selected

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl
San Juan PR 00918-9998

**Business Services Account**

April 2017

# Claim #44784

## Business Services Account

**Account name:** UBS TRUST CO OF PR AS TTEE ● FOR LCDO. RAFAEL HERNANDEZ
COLON RETIREMENT PLAN

**Account type:** Money Purchase Plan

**Account number:** ●●●7619 ●

**Your account instructions**
- UBS Financial Services Inc. is your plan
  custodian.
- Your account cost basis default closing
  method is FIFO, First In, First Out.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |



## Change in the value of your account

|  | April 2017 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | | |
| Dividend and interest income | | |
| Change in value of accrued interest | | |
| Change in market value | | |
| **Closing account value** | | |

Member SIPC



# UBS

## Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
JOSE A. CHAVES
**Account type:** Money Purchase Plan
**Account number:** 76191

**Your Financial Advisor:**
JOSE A. CHAVES
787-250-3500/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | Jul 23, 10 | | | | | | | LT |
| PR SALES' TAX FING CORP SR B RV BER/U RATE 06.350% MATURES 08/01/39 CALLABLE 05/28/17 @ 100.00 ACCRUED INTEREST $309.56 CUSIP 74529JGP4 Moody  Ca   S&P  CC EAT $4,128 Current yield  20.32% | Feb 26, 10 | 65,000.000 | 103.108 | 67,020.25 | 31.250 | 20,312.50 | -46,707.75 | LT |
| ▓▓▓▓▓▓ | Apr 23, 10 Dec 01, 10 | | | | | | | LT LT |
| Security total | | | | | | | | |

*continued next page*



**UBS**

Business Services Account
April 2017

**Your Financial Advisor:**
JOSE A. CHAVES
787-250-3600/800-221-9825

Account name: UBS TRUST CO OF PR AS TTEE
Account type: Money Purchase Plan
Account number: ▓▓7619▓

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR A OID96.512  BE/RI RATE 06.000% MATURES 08/01/42 CALABLE 08/01/19 @ 100.00 ACCRUED INTEREST $1,305.00 CUSIP 74529JHN8 Moody  Ca  S&P  CC EAI: $5,400 Current yield 17.20% | Apr 26, 11 | 90,000.000 | 101.170 | 91,053.47 | 34.875 | 31,387.50 | -59,665.97 | LT |
| **Total** | | | | | | **31,387.50** | **-59,665.97** | |

Total accrued intere▓▓

Total estimated annual income▓

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price", as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/pfunds.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected in your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓1 Trade date  Apr 12, 12 Trade date  Apr 12, 12 Total reinvested EAI $8,634 Current yield  18.59% Security total | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓ | LT LT LT |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #45897

UBS TRUST CO OF PR AS TTEE
FOR RAFAEL MERCADO
RETIREMENT PLAN
PO BOX 2835
SAN GERMAN PR 00683-2835

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR RAFAEL MERCADO

**Account type:** Profit Sharing Plan

**Account number:** ▮9135▮

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account 192019135.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |
| Accrued interest in value above |  |  |



## Tracking the value of your account

$ Thousands

Dec 2013 — Dec 2014 — Dec 2015 — Dec 2016 — Mar 2017 — Apr 2017

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
  Dividend and
  interest income
  Change in value of
  accrued interest
  Change in
  market value
**Value of your account
on Apr 28, 2017**



Member SIPC

Page 1 of 8



**UBS**

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ...9135...

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| ▓▓▓▓ | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Price per share on Apr 28 ($) | Average rate | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/interest period | Days in period | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | | | | | | | | | | | | |
| PR SALES TAX FING CORP TAX SR B RV BER/V RATE 06.050% MATURES 08/01/29 CALLABLE 05/28/17 @ 100.00 ACCRUED INTEREST $181.50 CUSIP 74529JNL5 Moody, Ca   S&P  CC EAI $2,420 Current yield  19.36% | Nov 25, 13 | 40,000.000 | 84.872 | 33,948.80 | | 31,250 | | Mar 27 to Apr 23 | 28 | 12,500.00 | -21,448.80 | LT |
| ▓▓▓▓▓▓▓ | Apr 10, 13 | | | | | | | | | | | LT |

continued next page



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl.
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
    FOR DR. RENE A. HERNANDEZ

**Account type:** Profit Sharing Plan

**Account number:** ██ 4370 █

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account █ █ █ 4370.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR DR. RENE A. HERNANDEZ
RETIREMENT PLAN
1845 CARR 2 SUITE 809
BAYAMON PR 00959-7206

# Business Services Account

April 2017

# Claim #45728

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | | |
| **Value of your account** | ████ | ████ |
| Accrued interest in value above | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth
during 2017

Value of your account
at year end 2016              ████

Your investment return
    Dividend and
    interest income          ████
    Change in value of
    accrued interest
    Change in
    market value             ████

**Value of your account
on Apr 28, 2017**            ████




Member SIPC



## UBS

**Business Services Account**

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ____4370__

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.



| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Price per share on Apr 28($) | Adjusted cost basis ($) | Average rate | Price on Apr 28 ($) | Dividend/interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | | | | | |
| TAX SR B RV      BE/RV | | | | | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | | | | | |
| ACCRUED INTEREST $45.37 | | | | | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | | | | | |
| Moody Ca    S&P CC | | | | | | | | | | | | |
| EAI $605 Current yield 19.36% | Jun 19, 09 | 10,000.000 | 100.000 | 10,000.00 | | | Mar 27 to Apr 23 | | 28 | | LT | |
| | | | | | 31,250 | | | | | 3,125.00 | | -6,875.00 |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
  FOR DR RENE JUAN MORALES

**Account type:** Money Purchase Plan

**Account number:** ▇0098

**Your Financial Advisor:**
A BONETA & H HERTELL
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

• Help protect yourself from fraud and
review bank, credit card, and brokerage
statements regularly. Also, get your free
credit report annually from
www.annualcreditreport.com.

# Claim #38136

# Retirement Account

Jan. 2017 - Mar. 2017

UBS TRUST CO OF PR AS TTEE
FOR DR RENE JUAN MORALES
RETIREMENT PLAN
PMB 248 PO BOX 5103
CABO ROJO PR 00623-5103

## Value of your account

|  | on December 30 ($) | on March 31 ($) |
|---|---|---|
| Your assets | ▇ | ▇ |
| Your liabilities |  |  |
| **Value of your account** | ▇ | ▇ |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017



**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Your investment return
  Dividend and
  interest income
  Change in
  market value
**Value of your account
on Mar 31, 2017**





**UBS**

**Retirement Account**
Jan. 2017 - Mar. 2017

Account name: UBS TRUST CO OF PR AS TTEE
Account type: Money Purchase Plan
Account number: ▉▉0098▉▉

**Your Financial Advisor:**
A BONETA & H HERTELL
787-250-3600/800-221-9825

## Your assets • Equities (continued)

### Unit investment trusts

When cost basis is available, we may have adjusted it for all or part of principal payments made by the trust to you.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Mar 31 ($) | Value on Mar 31 ($) | Unrealized gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| **Total** |  |  |  |  |  |  |  |  |  |
| **Total estimated annual income:** |  |  |  |  |  |  |  |  |  |

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Mar 31 ($) | Value on Mar 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP<br>SR B RV CAV7.00  BE/RV<br>RATE 00.000% MATURES 08/01/31<br>DATED DATE 06/25/09<br>CALLABLE 08/01/25 @ 100.00<br>CUSIP 74529JGQ2<br>Moody: Ca   S&P: CC | Jun 19, 09 | 40,000.000 | 46.593 | 18,637.20 | 24.600 | 9,840.00 | -8,797.20 | LT |

Page 6 of 8



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Retirement Account

April 2017

# Claim #45733

UBS TRUST CO OF PR AS TTEE
FOR RICARDO JAEN PRESNO
RETIREMENT PLAN
PO BOX 1799
CAROLINA PR 00984-1799

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR RICARDO JAEN PRESNO

**Account type:** Profit Sharing Plan

**Account number:** ███ 2317 █

**Your Financial Advisor:**
JOSEPH HAIGLER (SB)
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

## Tracking the value of your account

$ thousands



| Dec 2012 | Dec 2013 | Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017 |
|---|---|---|---|---|---|---|

**Sources of your account growth
during 2017**



| Value of your account at year end 2016 |  |
| Net deposits and withdrawals |  |
| Your investment return: |  |
| Dividend and interest income |  |
| Change in market value |  |
| **Value of your account on Apr 28, 2017** |  |



**UBS**

Retirement Account
April 2017

Account name: UBS TRUST CO OF PR AS TTEE
Account type: Profit Sharing Plan
Account number: ___2317__

**Your Financial Advisor:**
JOSEPH HAGLER (SB)
787-250-3600/800-221-9825

## Your assets not enrolled in PACE ▸ **Fixed income** ▸ **Municipal securities** (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | LT |
| PR SALES TAX FING CORP | Nov 28, 12 | | | | | | | |
| SR B RV CAV7.00 BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody Ca S&P CC | Dec 05, 12 | 5,000,000 | 75,800 | 3,795.25 | 24.178 | 1,208.90 | -2,586.35 | LT |
| **Total** | | | | | | | | |

## Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| **Cash and money balances** | | | | | |
| **Total equities** | | | | | |
| **Total fixed income** | | | | | |
| **Your total assets** | | | | | |



# UBS

**UBS Financial Services**
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
AGUSTIN CAMACHO TORRES TRUST

**Account number:** ⬛3450⬛

**Your Financial Advisor:**
PEREZ INVESTMENT GROUP
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ⬛3450.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

**Member SIPC**

## Claim #44189

# Resource Management Account
April 2017

UBS TRUST CO OF PR AS TTEE
AGUSTIN CAMACHO TORRES TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ⬛ | ⬛ |
| Your liabilities | | |
| **Value of your account** | ⬛ | ⬛ |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth during 2017**

Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**





## UBS

**Resource Management Account**
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account number:** ▓▓3450▓

**Your financial Advisor:**
PEREZ INVESTMENT GROUP
787-250-3600/800-221-9825

# Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S | | | | | | | | |
| SRO7B RV | BE/RV | | | | | | | |
| RATE 06.050% MATURES 08/01/36 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $1,497.37 | | | | | | | | |
| CUSIP 74529JAC9 | | | | | | | | |
| Moody: Caa3   S&P: CC | | | | | | | | |
| EAI $19,965 Current yield 9.62% | | | | | | | | |
| Original cost basis $120,005.25 | Jul 18, 07 | 120,000.000 | 100.000 | 120,000.18 | 62.878 | 75,453.60 | -44,546.58 | LT |
| Original cost basis $145,005.25 | Jul 31, 07 | 145,000.000 | 100.000 | 145,000.18 | 62.878 | 91,173.10 | -53,827.08 | LT |
| Original cost basis $65,736.50 | Jul 23, 08 | 65,000.000 | 100.041 | 65,026.67 | 62.878 | 40,870.70 | -24,155.97 | LT |
| Security total | | 330,000.000 | | 330,027.03 | | 207,497.40 | -122,529.63 | |
| PR SALES TAX FING CORP | | | | | | | | |
| SR A RV | BE/RV | | | | | | | |
| RATE 05.500% MATURES 08/01/37 | | | | | | | | |
| CALLABLE 02/01/20 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $1,063.33 | | | | | | | | |
| CUSIP 74529JKJ3 | | | | | | | | |
| Moody: Ca   S&P: CC | | | | | | | | |
| EAI $4,400 Current yield 16.48% | | | | | | | | |
| Original cost basis $80,005.25 | Jan 28, 10 | 80,000.000 | 100.002 | 80,001.74 | 33.375 | 26,700.00 | -53,301.74 | LT |
| **Total** | | **80,000.000** | | **80,001.74** | | **26,700.00** | **-53,301.74** | LT |



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Claim #43814

## Resource Management Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
ALEJANDRO*DUENO SOSA EDU TRUST

**Friendly account name:** Fixed Income

**Account number:** ▉0937 ▉

**Your Financial Advisor:**
C. POU / E. CABAN / L. GUZMAN
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ▉0937.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TEE
ALEJANDRO*DUENO SOSA EDU TRUST
250 MUÑOZ RIVERA AVE
AMERICAN INTERNATIONAL
PLAZA 10TH FLOOR
SAN JUAN PR 00918

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |





**UBS**

## Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Friendly account name:** Fixed Income
**Account number:** ▮0937▮

**Your Financial Advisor:**
C. POU / E. CABAN / L. GUZMAN
787-250-3600/800-221-9825

## Your assets › Equities › Mutual funds (continued)

| Holding | | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | | | | | | | | | | |

**Total**

**Total estimated annual income:** ▮▮▮

## Fixed income

▮▮▮▮▮▮

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | Aug 24, 10 | | | | | | | LT |
| PR SALES TAX FING CORP S<br>SR07B RV        BE/RV<br>RATE 06.050% MATURES 08/01/36<br>CALLABLE 08/01/17 @ 100.00<br>ACCRUED INTEREST $ 136.12<br>CUSIP 74529JAC9<br>Moody  Caa3    S&P  CC<br>EAI $1,815 Current yield 9.62%<br>Original cost basis $30,005.25 | Jul 18, 07 | 30,000.000 | 100.000 | 30,000.18 | 62.878 | 18,863.40 | -11,136.78 | LT |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TEE FOR
ALICIA LOYOLA TRUST

**Account number:** ▮ ▮ 0117 ▮

**Your Financial Advisor:**
SUAREZ,DARIO
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000.
account ▮ ▮ 0117.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

# Claim #43861

## Resource Management Account

April 2017

UBS TRUST CO OF PR AS TEE FOR
ALICIA LOYOLA TRUST
250 MUNOZ RIVERA AVE
10 TH FLOOR
SAN JUAN PR 00918-1808

As a service to you, your portfolio value of
▮▮▮▮ includes accrued interest.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |



## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |



Member SIPC



**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS 'TEE FOR
**Account number:** ████ █0117 ██

**Your Financial Advisor:**
SUAREZ,DARIO
787-250-3600/800-221-9825

## Your assets (continued)

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ████████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ |
| ████████ | Dec 16, 13 | ████ | ████ | ████ | ████ | ████ | ████ | ██ |
| ████████ | Nov 20, 13 | ████ | ████ | ████ | ████ | ████ | ████ | ██ |
| ████████ | Sep 07, 11 | ████ | ████ | ████ | ████ | ████ | ████ | ██ |
| PR SALES TAX FING CORP SR E RV       BE/RV RATE 05.750% MATURES 08/01/42 CALLABLE 05/28/17 @ 100.50 ACCRUED INTEREST $694.79 CUSIP 74529JLE3 Moody Ca    S&P CC EAI $2,875 Current yield: 18.40% Original cost basis: $50,730.25 | Sep 07, 11 | 50,000,000 | 101.343 | 50,671.88 | 31.250 | 15,625.00 | -35,046.88 | LT |

*continued next page*



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR AQUINO SILVA TRUST

**Account number:** ⬛9764 ⬛

## Questions about your statement?
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ⬛9764.

**Visit our website:**
www.ubs.com/financialservices

### Your Financial Advisor:
PR INVESTMENT CENTER
Phone 787-250-3600/800-221-9825

### Items for your attention
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

UBS TRUST CO OF PR AS TTEE
FOR AQUINO SILVA TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

# Resource Management Account

April 2017

# Claim #43956

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ⬛ | ⬛ |
| Your liabilities | | |
| **Value of your account** | ⬛ | ⬛ |

## Tracking the value of your account

$ Thousands



Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

### Sources of your account growth during 2017
| | |
|---|---|
| Value of your account at year end 2016 | ⬛ |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | ⬛ |
| Change in market value | ⬛ |
| **Value of your account on Apr 28, 2017** | ⬛ |





**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account number:** ●●9764●●

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 $ | Closing balance on Apr 28 $ | Price per share on Apr 28 ($) | Average rate | Dividend/interest period | Days in period |
|---|---|---|---|---|---|---|
| PR SHORT TERM INV FUND | ▮ | ▮ | ▮ | ▮ | Mar 27 to Apr 23 | 28 |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 $) | Value on Apr 28 $) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ▮ | Jun 20, 11 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| PR SALES TAX FING CORP<br>SR B RV CAV7.375   BERV<br>RATE 00.000% MATURES 0801/33<br>DATED DATE 0625/09<br>CUSIP 74529JGR0<br>Moody Ca   S&P CC<br>Original cost basis $25,005.25 | May 12, 11 | 100,000.000 | 35.139 | 35,139.06 | 10.237 | 10,237.00 | -24,902.06 | LT |
| **Total** | | | | | | | ▮ | |



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
BELAVAL BURGER

**Account type:** PACE Select

**Account number:** 7932

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
Phone 787-250-3600/800-221-9825

### Questions about your statement?
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000.
account 7932.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

# Claim #43536 (a)

# Resource Management Account

April 2017

UBS TRUST CO OF PR AS TTEE FOR
BELAVAL BURGER
GRANDCHILDREN TRUST-
ANTONIO J BELAVAL
2602 WESTIN RIO MAR VLG
RIO GRANDE PR 00745-9025

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

As a service to you, your portfolio value of

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

### Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |



Member SIPC



# UBS

## Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
**Account type:** PACE Select
**Account number:** ⬛7932 ⬛

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

# Your assets not enrolled in PACE (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ⬛⬛⬛⬛⬛ | Apr 27, 04 | | | | | | | LT |
| ⬛⬛⬛⬛⬛ | Apr 27, 04 | | | | | | | LT |
| PR SALES TAX FING CORP SR A BE/RV RATE 05.500% MATURES 08/01/23 CALLABLE 08/01/19 @ 100.00 ACCRUED INTEREST $66.45 CUSIP 74529JHFS Moody: Ca S&P: CC EAI $275 Current yield: 16.48% | Mar 13, 13 | 5,000,000 | 91,266 | 4,563.30 | 33.375 | 1,668.75 | -2,894.55 | LT |
| ⬛⬛⬛⬛⬛ | Apr 23, 14 | | | | | | | LT |

*continued next page*



## UBS

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TEE FOR
**Account type:** PACE Select
**Account number:** ▉7932▉

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

## Your assets not enrolled in PACE › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| TAX 2011D       B&R/ | | | | | | | | |
| RATE 04.100% MATURES 08/01/25 | | | | | | | | |
| CALLABLE 08/01/21 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $49.54 | | | | | | | | |
| CUSIP 74529JPK5 | | | | | | | | |
| Moody: Caa3    S&P: CC | | | | | | | | |
| EAI $205 Current yield: 6.72% | Feb 13, 14 | 5,000,000 | 77.000 | 3,850.00 | 61.010 | 3,050.50 | -799.50 | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| 2008A RV CA V6 23   RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/26 | | | | | | | | |
| DATED DATE 06/26/08 | | | | | | | | |
| CALLABLE 08/01/18 @ 61.21 | | | | | | | | |
| CUSIP 74529JFH3 | | | | | | | | |
| Moody: Caa3    S&P: CC | | | | | | | | |
| Original cost basis $5,550.00 | Feb 11, 14 | 15,000,000 | 47.154 | 7,073.15 | 33.433 | 5,014.95 | -2,058.20 | LT |
| **Total** | Mar 19, 13 | | | | | | | LT |

**Total accrued interest: $115.99**
**Total estimated annual income: $480**

# Claim # 43536 (b)

## UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TC OF PR AS TTEE FOR
BELAVAL BURGER  GRAND CHILDREN

**Account type:** PACE Select

**Account number:** ████ 7935 ███

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ████ 7935.

**Visit our website:**
www.ubs.com/financialservices

**Value of your account**
Accrued interest in value above

### Items for your attention
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

# Resource Management Account

April 2017

UBS TC OF PR AS TTEE FOR
BELAVAL BURGER  GRAND CHILDREN
MARCOS JOEL BELAVAL
2602 WESTIN RIO MAR VLG
RIO GRANDE PR 00745-9025

As a service to you, your portfolio value of

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr. 28, 2017** | |





# UBS

**Resource Management Account**
April 2017

**Account name:** UBSTC OF PR AS TTEE FOR
**Account type:** PACE Select
**Account number:** ███7935

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

## Your assets not enrolled in PACE (continued)

## Fixed income

### Municipal securities

**Prices are obtained** from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ██████████████████ | | | | | | | | |
| ██████████████ | | | | | | | | |
| ██████████████ | | | | | | | | |
| ███████████████ | Mar 13, 13 | ████████ | ████ | ████ | ████ | ████ | ████ | LT |
| ███████ ███ ███████ | Apr 27, 04 | ████████ | ████ | ████ | ████ | ████ | ████ | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR A    BE/RV | | | | | | | | |
| RATE 05.500% MATURES 08/01/23 | | | | | | | | |
| CALLABLE 08/01/19 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $66.45 | | | | | | | | |
| CUSIP 74529JHF5 | | | | | | | | |
| Moody, Ca    S&P, CC | | | | | | | | |
| EAI $275 Current yield  16.48% | Apr 23, 14 | 5,000.000 | 91.266 | 4,563.30 | 33.375 | 1,668.75 | -2,894.55 | LT |
| | | | | | | | continued next page | |



**UBS**

Resource Management Account

April 2017

Account name: UBSTC OF PR AS TTEE FOR
Account type: PACE Select
Account number: ●●●7935●

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

## Your assets not enrolled in PACE › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FNG CORP | | | | | | | | |
| TAX 2011D | | | | | | | | |
| BE/R/ | | | | | | | | |
| RATE 04.100% MATURES 08/01/25 | | | | | | | | |
| CALLABLE 08/01/21 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $49.54 | | | | | | | | |
| CUSIP 74529PK5 | | | | | | | | |
| Moody_Caa3   S&P CC | | | | | | | | |
| EAI $205 Current yield 6.72% | Feb 13, 14 | 5,000.000 | 77.000 | 3,850.00 | 61.010 | 3,050.50 | -799.50 | LT |
| PR SALES TAX FNG CORP | | | | | | | | |
| 2008A RV CAV6.23   /R/ | | | | | | | | |
| RATE 00.000% MATURES 08/01/26 | | | | | | | | |
| DATED DATE 06/26/08 | | | | | | | | |
| CALLABLE 08/01/18 @ 61.21 | | | | | | | | |
| CUSIP 74529FH3 | | | | | | | | |
| Moody_Caa3   S&P CC | | | | | | | | |
| Original cost basis $5,550.00 | Feb 11, 14 | 15,000.000 | 47.154 | 7,073.15 | 33.433 | 5,014.95 | -2,058.20 | LT |
| **Total** | Mar 14, 13 | 15,000.000 | | | | | | LT |

**Total**

Total accrued interest: **$115.99**

Total estimated annual income: **$480**



# Claim #43536 (c)

# Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Member SIPC**

Page 1 of 14

UBS TRUST CO OF PR AS TTEE FOR
BELAVAL BURGER
GRANCHILDREN TRUST
VALERIA V JOGLAR
2602 WESTIN RIO MAR VLG
RIO GRANDE PR 00745-9025

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
BELAVAL BURGER

**Account type:** PACE Select

**Account number:** ____7937

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ____937.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|                              | on March 31 ($) | on April 28 ($) |
|------------------------------|-----------------|-----------------|
| Your assets                  |                 |                 |
| Your liabilities             |                 |                 |
| **Value of your account**    |                 |                 |
| Accrued interest in value above |              |                 |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

As a service to you, your portfolio value of

### Sources of your account growth during 2017



Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**



# UBS

**Resource Management Account**
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE FOR
**Account type:** PACE Select
**Account number:** ▓▓7937



**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

## Your assets not enrolled in PACE › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FNG CORP SR A BE/RV RATE 05.500% MATURES 08/01/23 CALLABLE 08/01/19 @ 100.00 ACCRUED INTEREST $66.45 CUSIP 74529IHFS Moody: Ca  S&P: CC EAI $275 Current yield: 16.48% | Mar 13, 13 | | | | | | | LT |
| PR SALES TAX FNG CORP TAX 2011D BE/RV RATE 04.100% MATURES 08/01/25 CALLABLE 08/01/21 @ 100.00 ACCRUED INTEREST $49.54 CUSIP 74529IPK5 Moody: Caa3  S&P: CC EAI $205 Current yield: 6.72% | Apr 23, 14 | 5,000.000 | 91.266 | 4,563.30 | 33.375 | 1,668.75 | -2,894.55 | LT |
| PR SALES TAX FNG CORP 200BA RV CAV6.23  /RV RATE 00.000% MATURES 08/01/26 DATED DATE 06/26/08 CALLABLE 08/01/18 @ 61.21 CUSIP 74529IFH3 Moody: Caa3  S&P: CC Original cost basis: $5,550.00 | Feb 13, 14 | 5,000.000 | 77.000 | 3,850.00 | 61.010 | 3,050.50 | -799.50 | LT |
| | Feb 11, 14 | 15,000.000 | 47.154 | 7,073.15 | 33.433 | 5,014.95 | -2,058.20 | LT |
| | Mar 19, 13 | | | | | | | LT continued next page |



# Claim #43536 (d)

# Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL.
San Juan PR 00918-9998

Member SIPC

Page 1 of 14

---

**Account name:** UBS TR CO OF PR AS TTEE FOR

BELAVAL BURGER GRANCHILDREN

**Account type:** PACE Multi

**Account number:** 7938

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 7938

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

UBS TR CO OF PR AS TTEE FOR
BELAVAL BURGER GRANCHILDREN
TR- ANDREA V JOGLAR
2602 WESTIN RIO MAR VLG
RIO GRANDE PR 00745-9025

As a service to you, your portfolio value of

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |
| Accrued interest in value above |  |  |

## Tracking the value of your account



$ Thousands

Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017



## Sources of your account growth during 2017



| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr. 28, 2017** | |



**UBS**

Resource Management Account
April 2017

**Account name:** UBS TR CO OF PR AS TTEE FOR
**Account type:** PACE Multi
**Account number:** ●●●938●

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

## Your assets not enrolled in PACE (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or accreted original issue

discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ▊▊▊▊▊▊▊ | Mar 13, 13 | ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | LT |
| ▊▊▊▊▊▊▊ | Apr 27, 04 | ▊ | ▊ | ▊ | ▊ | ▊ | ▊ | LT |
| PR SALES TAX FING CORP SR A BE/RV RATE 05.500% MATURES 08/01/23 CALLABLE 08/01/19 @ 100.00 ACCRUED INTEREST $66.45 CUSIP 74529JHF5 Moody: Ca   S&P: CC EAI $275 Current yield 16.48% | Apr 23, 14 | 5,000.000 | 91.266 | 4,563.30 | 33.375 | 1,668.75 | -2,894.55 continued next page | LT |



## UBS

Resource Management Account
April 2017

**Account name:** UBS TR CO OF PR AS TTEE FOR
**Account type:** PACE Multi
**Account number:** ███7938█

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

### Your assets not enrolled in PACE › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP BE/R/ TAX 2011D RATE 04.100% MATURES 08/01/25 CALLABLE 08/01/21 @ 100.00 ACCRUED INTEREST $49.54 CUSIP 74529JPK5 Moody Caa3 S&P CC EAI $205 Current yield 6.72% | Feb 13, 14 | 5,000.000 | 77.000 | 3,850.00 | 61.010 | 3,050.50 | -799.50 | LT |
| PR SALES TAX FING CORP 2008A RV CAV6.23 /R/ RATE 00.000% MATURES 08/01/26 DATED DATE 06/26/08 CALLABLE 08/01/18 @ 61.21 CUSIP 74529JFH3 Moody Caa3 S&P CC Original cost basis $5,550.00 | Feb 11, 14 | 15,000.000 | 47.154 | 7,073.15 | 33.433 | 5,014.95 | -2,058.20 | LT |
| **Total** | Mar 14, 13 | | | | | | | LT |
| **Total** | | | | | | | | |
| **Total accrued interest:** | | | | | | | | |
| **Total estimated annual income:** | | | | | | | | |

Claim #43536 (e)



# Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

UBSTCPR AS TTEE FOR BELAVAL
BURGER GRANDCHILDREN TR
EUGENIO BELAVAL
2602 WESTIN RIO MAR VLG
RIO GRANDE PR 00745-9025

**Account name:** UBSTCPR AS TTEE FOR BELAVAL
BURGER GRANDCHILDREN TR

**Friendly account name:** GeÂo Trust Repo

**Account type:** PACE Select

**Account number:** ▨▨7944

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E, C
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ▨▨7944

**Visit our website:**
www.ubs.com/financalservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

As a service to you, your portfolio value of



## Tracking the value of your account

$ Thousands

Dec 2010 Dec 2011 Dec 2012 Dec 2013 Dec 2014 Dec 2015 Dec 2016 Mar 2017 Apr 2017



**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

Member SIPC

Page 1 of 14



**UBS**

Resource Management Account
April 2017

**Account name:** UBSTCPR AS TTEE FOR BEL AVAL
**Friendly account name:** G&Ao Trust Repo
**Account type:** PACE Select
**Account number:** JX 17944 PB

**Your Financial Advisor:**
LISTER RIVERA AND EDUARDO E. C
787-250-3600/800-221-9825

## Your assets not enrolled in PACE ▸ Fixed income ▸ Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis $ | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| | Mar 13, 13 | | | | | | | |
| PR SALES TAX FING CORP SR A BE/RV | | | | | | | | |
| RATE 05.500% MATURES 08/01/23 | | | | | | | | |
| CALLABLE 08/01/19 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $66.45 | | | | | | | | |
| CUSIP 74529JHF5 | | | | | | | | |
| Moody: Ca    S&P: CC | | | | | | | | |
| EAI: $275 Current yield: 16.48% | Apr 23, 14 | 5,000.000 | 91.266 | 4,563.30 | 33.375 | 1,668.75 | -2,894.55 | LT |
| PR SALES TAX FING CORP BE/RV | | | | | | | | |
| TAX 2011D | | | | | | | | |
| RATE 04.100% MATURES 08/01/25 | | | | | | | | |
| CALLABLE 08/01/21 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $99.08 | | | | | | | | |
| CUSIP 74529JPK5 | | | | | | | | |
| Moody: Caa3    S&P: CC | | | | | | | | |
| EAI: $410 Current yield: 6.72% | Feb 13, 14 | 10,000.000 | 77.000 | 7,700.00 | 61.010 | 6,101.00 | +1,599.00 | LT |
| PR SALES TAX FING CORP 2008A RV CAVG 23    /RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/26 | | | | | | | | |
| DATED DATE 05/26/08 | | | | | | | | |
| CALLABLE 08/01/18 @ 61.21 | | | | | | | | |
| CUSIP 74529JJH3 | | | | | | | | |
| Moody: Caa3    S&P: CC | | | | | | | | |
| Original cost basis: $3,700.00 | Feb 11, 14 | 10,000.000 | 47.154 | 4,715.43 | 33.433 | 3,343.30 | -1,372.13 | LT |
| | Mar 14, 13 | | | | | | | LT |




# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-5998

# Resource Management Account

April 2017

# Claim #32486 (a)

UBS TRUST CO OF PR AS TTEE
FOR BELTRAN-PASCUAL FAMILY
TRUST-SOPHIA MARGARITA
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR BELTRAN-PASCUAL FAMILY

**Account number:** ▇▇6424 ▇

### Your Financial Advisor:
POU,SONIA
Phone 787-250-3600/800-221-9825

### Questions about your statement?
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account 354016424

### Visit our website:
www.ubs.com/financialservices

### Items for your attention
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▇▇ | ▇ |
| Your liabilities | ▇ | |
| **Value of your account** | ▇▇ | ▇▇ |

## Tracking the value of your account

$ Thousands



Dec 2013    Dec 2014    Dec 2015    Dec 2016    Mar 2017    Apr 2017

### Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: Change in market value | |
| **Value of your account on Apr 28, 2017** | |





**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account number:** ####64424##

**Your Financial Advisor:**
POLISONIA
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | ▌ | LT |
| PR SALES TAX FING CORP S | Dec 02, 09 | | | | | | | |
| SR07B RV CAV6.20 BER/ | | | | | | | | |
| RATE 00.000% MATURES 08/01/28 | | | | | | | | |
| DATED DATE 07/31/07 | | | | | | | | |
| CALLABLE 08/01/17 @ 51.08 | | | | | | | | |
| CUSIP 74529JAA3 | | | | | | | | |
| Moody: Caa3   S&P: CC | | | | | | | | |
| Original cost basis $10,852.12 | Nov 30, 10 | 30,000.000 | 51.934 | 15,580.25 | 29.670 | 8,901.00 | -6,679.25 | LT |
| **Total** | | | | | | | | |

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been adjusted for accreted original issue discount (OID). Cost basis has been automatically adjusted for amortization of bond premium using the constant yield method. If you have made a tax election to deduct the premium amortization on taxable debt securities, you may request that UBS adjust cost basis for the bond premium amortization.

| Holding | Trade date | Quantity | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | | |
| ████████ | Jan 29, 02 | | | | | | | LT |
| | Dec 09, 04 | | | | | | | LT |
| | Dec 20, 07 | | | | | | | LT |
| ████████ | Dec 04, 02 | | | | | | | LT |

continued next page



# Claim #32486 (b)

# Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR BELTRAN-PASCUAL FAMILY

**Account number:** ▇ 6425

**Your Financial Advisor:**
POLJ,SONIA
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ▇ 6425.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR BELTRAN-PASCUAL FAMILY
TRUST-AMANDA SOPHIA
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▇ | ▇ |
| Your liabilities |  |  |
| Value of your account | ▇ | ▇ |

## Tracking the value of your account
$ Thousands



Dec 2013 · Dec 2014 · Dec 2015 · Dec 2016 · Mar 2017 · Apr 2017

**Sources of your account growth
during 2017**



| | |
|---|---|
| Value of your account at year end 2016 | ▇ |
| Net deposits and withdrawals | ▇ |
| Your investment return: | |
| Dividend and interest income | ▇ |
| Change in market value | ▇ |
| **Value of your account on Apr 28, 2017** | ▇ |



**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE ████
**Account number:** ██████6425 ███

**Your Financial Advisor:**
POU,SONIA
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| Holding | May 05, 15 | | | | | | | LT |
| PR SALES TAX FING CORP S | | | | | | | | |
| SR07B RV CAV6.20 BE/RI | | | | | | | | |
| RATE 00.000% MATURES 08/01/28 | | | | | | | | |
| DATED DATE 07/31/07 | | | | | | | | |
| CALLABLE 08/01/17 @ 51.08 | | | | | | | | |
| CUSIP 74529JAA3 | | | | | | | | |
| Moody Caa3   S&P CC | Nov 30, 10 | 30,000,000 | 36.173 | 10,852.13 | 29.670 | 8,901.00 | -1,951.13 | LT |
| **Total** | | **30,000,000** | **36.173** | **10,852.13** | **29.670** | **8,901.00** | **-1,951.13** | **LT** |

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

## Closed end funds & Exchange traded products

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Holding | | | | | | | | | LT |