# Exhibit D

## Support documents for Claims:

**43529**
**26360**
**43840**
**43852**
**43523**
**42448**
**34256**
**43525**
**26304**
**43905**
**43926**
**43892**
**43306**



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Claim #43529

# Resource Management Account

April 2017

UBS TRUST COMPANY OF PR
RICO AS TTEE FOR CALDERON-
MARTINEZ EDUCATIONAL TRUST
JAVIER ANDRES CALDERON CASTRO
250 MUNOZ RIVERA AVE PH FL
SAN JUAN PR 00918

**Account name:** UBS TRUST COMPANY OF PR
RICO AS TTEE FOR CALDERON-

**Account number:** 8005

**Your Financial Advisor:**
AGUAYO & SERRALLES WEALTH ADVI
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 8005.

**Visit our website:**
www.ubs.com/financialservices

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in
market value
**Value of your account
on Apr 28, 2017**

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

Member SIPC



UBS

Resource Management Account

April 2017

**Account name:**
**Account number:** ████8005 ██

UBS TRUST COMPANY OF PR

**Your Financial Advisor:**
AGUAYO & SERRALLES WEALTH ADVI
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or for accreted original issue

discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Price per share on Apr 28 ($) | Average rate | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.00 BE/RV RATE 00.000% MATURES 08/01/31 DATED DATE 06/25/09 CALLABLE 08/01/25 @ 100.00 CUSIP 74529JGQ2 Moody: Ca   S&P: CC | Jun 19, 09 | 10,000,000 | 46.593 | 4,659.30 | | | | Mar 27 to Apr 23 | | 28 | | |
| | | | | | | 24.178 | | | 2,417.80 | 28 | -2,241.50 | LT |



UBS

# Claim #26360

# Retirement Account

April 2017

UBS Financial Services Inc.
250 Munoz Rivera Avenue, Ph FL
American International Plaza
San Juan PR 00918-9998



UBS TRUST CO OF PR AS TTEE
FOR DRA COTY BENMAMAN
RETIREMENT PLAN
7 MAXWELLS GREEN
APT 116
SOMERVILLE MA 02144-2690

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR DRA COTY BENMAMAN

**Account type:** Profit Sharing Plan

**Account number:** ███0058 █

**Visit our website:**
www.ubs.com/financialservices

**Your Financial Advisor:**
AEG WEALTH CONSULTING GROUP
Phone 787-250-3600

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ███ | ███ |
| Your liabilities | ███ | ███ |
| **Value of your account** | ███ | ███ |
| Accrued interest in value above | ███ | ███ |

As a service to you, your portfolio value of ███ includes accrued interest.

## Tracking the value of your account

$ Thousands




| Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017 |
|---|---|---|---|---|

### Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ███ |
| Net deposits and withdrawals | ███ |
| Your investment return: | |
| Dividend and interest income | ███ |
| Change in value of accrued interest | ███ |
| Change in market value | ███ |
| **Value of your account on Apr 28, 2017** | ███ |



Member SIPC



# UBS

### Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ▮▮▮▮3D5▮▮

**Your Financial Advisor:**
AEG WEALTH CONSULTING GROUP
787-250-3600

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.00  BE/RV RATE 00.000% MATURES 08/01/31 DATED DATE 05/25/09 CALLABLE 08/01/25 @ 100.00 CUSIP 74529JGQ2 Moody: Ca     S&P: CC | May 03, 11 | 95,000,000 | 60.246 | 57,238.95 | 24.178 | 22,969.10 | -34,269.85 | LT |
| **Total** | | | | | | | | |
| **Total accrued interest:** ▮▮▮▮ | | | | | | | | |
| **Total estimated annual income:** ▮▮▮ | Dec 27, 10 | | | | | | | |

## Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| Cash and money balances | | | | | |
| **Equities** | | | | | |
| Common stock | | | | | |
| **Fixed income** | | | | | |
| Municipal securities | | | | | |
| Total accrued interest | | | | | |
| **Total fixed income** | | | | | |
| **Total** | | | | | |

# Account activity this month

## Dividend and interest income
### Dividends

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Apr 25 | | | |
| **Total dividends** | | | |



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR GARCIA GUBERN TRUST

**Account number:** 7288

**Your Financial Advisor:**
E CABANILLAS / F LANDIVAR TFA
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account 7288.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

# Claim #43840

# Resource Management Account

April 2017

UBS TRUST CO OF PR AS TTEE
FOR GARCIA GUBERN TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

As a service to you, your portfolio value of █ includes accrued interest.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | █ | █ |
| Your liabilities | | |
| **Value of your account** | █ | █ |

Accrued interest in value above

## Tracking the value of your account




$ Thousands

Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth
**during 2017**

Value of your account
at year end 2016 █

Net deposits and
withdrawals █

Your investment return:
Dividend and
interest income █
Change in value of █
accrued interest █
Change in █
market value █

**Value of your account
on Apr 28, 2017** █





## UBS

**Resource Management Account**

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account number:** ●●7288●

**Your Financial Advisor:**
E CABANILLAS / F LANDIVAR TFA
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S | Aug 05, 15 | | | | 62.878 | 62,878.00 | | |
| SR07B RV BE/RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/36 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $453.75 | | | | | | | | |
| CUSIP 74529JAC9 | | | | | | | | |
| Moody: Caa3   S&P: CC | | | | | | | | |
| EAI 56,050 Current yield  9.62% | | 100,000.000 | ---This information was unavailable--- | | | | | |

**Security total**

**Total**

**Total accrued interest:**

**Total estimated annual income:**

Claim #43852



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBSTCPR AS TTEE FOR
GRATACOS-WYS TRUST

**Account number:** ▆▆5080 ▆

## Your Financial Advisor:
CRESCIONI,JOSE
Phone: 787-250-3600/800-221-9825

## Questions about your statement?
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ▆▆▆5080.

## Visit our website:
www.ubs.com/financialservices

## Items for your attention
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

# Resource Management Account
April 2017

UBSTCPR AS TTEE FOR
GRATACOS-WYS TRUST
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return | |
|   Dividend and interest income | |
|   Change in market value | |
| **Value of your account on Apr 28, 2017** | |

# UBS

**Resource Management Account**
April 2017

Account name: UBSTCPR AS TTEE FOR
Account number: ....5080

**Your Financial Advisor:**
CRESCIONI,JOSE
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted or original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S | | | | | | | | |
| SR07B RV CAV6.220 BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/28 | | | | | | | | |
| DATED DATE 07/31/07 | | | | | | | | |
| CALLABLE 08/01/17 @ 51.08 | | | | | | | | |
| CUSIP 74529JAA3 | | | | | | | | |
| Moody: Caa3    S&P: CC | | | | | | | | |
| Original cost basis $33,350.00 | Mar 05, 14 | 100,000.000 | 42.150 | 42,150.50 | 29.670 | 29,670.00 | -12,480.50 | LT |

## Mutual funds

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| AMERICAN FUNDS | | | | | | | | | |
| AMERICAN HIGH INCOME | | | | | | | | | |
| TRUST FUND CL A | | | | | | | | | |
| Symbol: A/HTX | | | | | | | | | |
| Trade date  Feb 7, 13 | | | | | | | | | |
| Total reinvested | | | | | | | | | |
| EA▮ ▮ Current yield ▮ | | | | | | | | | |
| Security total | | | | | | | | | |




# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #43523

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR HAZEL BARRY

**Account type:** Profit Sharing Plan

**Account number:** 3237

**Your Financial Advisor:**
AEG WEALTH CONSULTING GROUP
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account 3237.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR HAZEL BARRY
RETIREMENT PLAN
LA VILLA DE TORRIMAR
73 REINA ALEXANDRA
GUAYNABO PR 00969-3273

## Value of your account



| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

As a service to you, your portfolio value of
includes accrued interest.

### Sources of your account growth
during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr. 28, 2017** | |

## Tracking the value of your account



$ Thousands

Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017





# UBS

**Business Services Account**

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** ●●3237●

**Your Financial Advisor:**
AEG WEALTH CONSULTING GROUP
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Price per share on Apr 28 ($) | Average rate | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP<br>TAX SR B RV       BERV<br>RATE 06.050% MATURES 08/01/29<br>CALLABLE 05/28/17 @ 100.00<br>ACCRUED INTEREST $204.18<br>CUSIP 74529JNLS<br>Moody Ca   S&P  CC<br>EAI $2,723 Current yield 19.36% | Mar 09, 10 | 45,000.000 | 102.916 | | | 46,312.43 | 31.250 | Mar 27 to Apr 23 | 14,062.50 | 28 | -32,249.93 | LT |

Apr 23, 10

# Resource Management Account

## Claim #42448

April 2017

**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR HERTELL STUBBE

**Account number:** ███ 1708 ███

**Your Financial Advisor:**
A BONETA & H HERTELL
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ███ 708

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR HERTELL STUBBE
GRANDCHILDRENS TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

As a ███ service to you, your portfolio value of ███ includes accrued interest

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

Accrued interest in value above



## Tracking the value of your account

$ Thousands



Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

### Sources of your account growth during 2017



Value of your account at year end 2016
Net deposits and withdrawals
Your investment return:
Dividend and interest income
Change in value of accrued interest
Change in market value
**Value of your account on Apr 28, 2017**

**UBS**

Resource Management Account
April 2017

Account name: UBS TRUST CO OF PR AS TEE
Account number: ...1708...

**Your Financial Advisor:**
A BONETA & H HERTELL
787-250-3600/800-221-9825

## Your assets (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon (tax-exempt) municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| ███ | Aug 10, 12 | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | Aug 17, 12 | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | Oct 28, 14 | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| PR SALES TAX FING CORP SR A RV BE/RI RATE 00.000% MATURES 08/01/32 DATED DATE 02/09/10 CUSIP 74529JKF9 Moody Ca S&P CC Original cost basis $15,326.55 | Mar 09, 12 | 45,000.000 | 43.456 | 19,555.32 | 12.193 | 5,486.85 | -14,068.47 | LT |

continued next page



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Claim #34256

# Resource Management Account

April 2017

Account name: UBS TRUST CO OF PR AS TTEE FOR
JAIME A TORRES VINCENTY

Account number: ___6468

**Your Financial Advisor:**
LOPEZ WEALTH MANAGEMENT GROUP
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000.
account ___6468.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE FOR
JAIME A TORRES VINCENTY
I TRUST
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918

As a service to you, your portfolio value of ___ includes accrued interest.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |



## Tracking the value of your account

$ Thousands





| Dec 2013 | Dec 2014 | Dec 2015 | Dec 2016 | Mar 2017 | Apr 2017 |
|---|---|---|---|---|---|

**Sources of your account growth
during 2017**

| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |



Member SIPC




**UBS**

Resource Management Account
April 2017

**Your assets** (continued)

Account name:
Account number: [redacted]

UBS TRUST CO OF PR AS TTEE FOR
[redacted]6468

**Your Financial Advisor:**
LOPEZ WEALTH MANAGEMENT GROUP
787-250-3600/800-221-9825

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue

discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV | | | | | | | | |
| BERV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $71.43 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody: Ca    S&P: CC | | | | | | | | |
| EAI: $953 Current yield: 20.32% | Jun 19, 09 | 15,000.000 | 100.000 | 15,000.00 | 31.250 | 4,687.50 | -10,312.50 | LT |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|

continued next page

# ❋ UBS

Claim #43525

UBS Financial Services
Incorporated of Puerto Rico
250 Muñoz Rivera Avenue, Ph. FL
San Juan PR 00918-9998

## Retirement Account

April 2017

**Account name:** UBS TRUST CO. OF P.R. AS
TTEE FOR JOSE F. BOYLES JR.

**Account type:** Money Purchase Plan

**Account number:** ___0094 ___

**Your Financial Advisor:**
MIGUEL A. HERNANDEZ TFA
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO. OF P.R. AS
TTEE FOR JOSE F. BOYLES JR.
PO BOX 365063
SAN JUAN PR 00936-5063

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | |
| Your investment return: | |
| Dividend and interest income | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |







## UBS

**Retirement Account**

April 2017

| | |
|---|---|
| **Account name:** | UBS TRUST CO. OF P.R. AS |
| **Account type:** | Money Purchase Plan |
| **Account number:** | ███0094 ██ |

**Your Financial Advisor:**
MIGUEL A. HERNANDEZ TFA
787-250-3600/800-221-9825

## Your assets ▸ Equities (continued)

### Mutual funds

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized (tax) gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | | | | | |
| ████ | | | | | | | | | |
| ████ | | | | | | | | | |
| ████ | | | | | | | | | |
| ████ | | | | | | | | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FNG CORP S<br>SR07B RV CAV6 20  BE/RV<br>RATE 00.000% MATURES 08/01/28<br>DATED DATE 07/31/07<br>CALLABLE 08/01/17 @ 51.08<br>CUSIP 74529JAA3<br>Moody Caa3   S&P CC | Jul 18, 07 | 75,000.000 | 27.748 | 20,811.00 | 29.670 | 22,252.50 | 1,441.50 | LT |



# Claim #26304

# Business Services Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
FOR JOSE H. BARREDO FREIRE
RETIREMENT PLAN
PO BOX 1261
GURABO PR 00778-1261

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR JOSE H. BARREDO FREIRE

**Account type:** Profit Sharing Plan

**Account number:** ▊ 9899 ▊

**Your Financial Advisor:**
TOMASSINI,VICTOR M
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ▊ 9899.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**

▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

Accrued interest in value above

## Tracking the value of your account

$ Thousands





Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

As a service to you, your portfolio value of
$240,830.48 includes accrued interest and
the following assets that are not held by
UBS

**Insurance Products**

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.

**Sources of your account growth
during 2017**

Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
outside assets and
accruals
Change in
market value
**Value of your account
on Apr 28, 2017**



Member SIPC

Page 1 of 10



# UBS

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account type:** Profit Sharing Plan
**Account number:** 9899

**Your Financial Advisor:**
TOMASSINI,VICTOR M.
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

#### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| | | |

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/Interest period | Days in period | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jun 22, 12 | | | | | | | | | |
| PR SALES TAX FING CORP S SR07B RV BE/RI RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $408.37 CUSIP 74529JAC9 Moody C aa3  S&P  CC EAI $5,445 Current yield  9.62% | Mar 29, 10 | 90,000.000 | 102.959 | 92,663.66 | 62.878 | Mar 27 to Apr 23 | 28 | 56,590.20 | -36,073.46 | LT |

*continued next page*



**UBS**

Business Services Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
Profit Sharing Plan
**Account type:**
**Account number:** ███9899

**Your Financial Advisor:**
TOMASSINI,VICTOR M.
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV | | | | | | | | |
| BERV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $119.06 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody: Ca   S&P: CC | | | | | | | | |
| EAI: $1,588 Current yield: 20.32% | May 02 13 | 25,000,000 | 106.271 | 26,567.75 | 31.250 | 7,812.50 | -18,755.25 | LT |
| **Total** | | | | | | | | |

**Total accrued interest:**

**Total estimated annual income:**

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR); or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Holding | | | | | | | | | |

continued next page





# Claim #43905

# Resource Management Account

April 2017

**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
FOR JULIO ROJO URIBE TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR JULIO ROJO URIBE TRUST

**Account number:** ███ 6066 ██

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ██████ 6066.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ███ | ███ |
| Your liabilities | ███ | ███ |
| **Value of your account** | **███** | **███** |

## Tracking the value of your account

$ Thousands



Dec 2013 · Dec 2014 · Dec 2015 · Dec 2016 · Mar 2017 · Apr 2017

**Sources of your account growth
during 2017**

| | |
|---|---|
| Value of your account
at year end 2016 | ███ |
| Net deposits and
withdrawals | ███ |
| Your investment return: | |
| Dividend and
interest income | ███ |
| Change in
market value | ███ |
| **Value of your account
on Apr 28, 2017** | **███** |

Case:17-03283-LTS   Doc#:5081-4   Filed:02/08/19   Entered:02/08/19 15:11:45   Desc:
Exhibit D   Page 22 of 32



# UBS

**Resource Management Account**
April 2017

**Account name:**
**Account number:**

UBS TRUST CO OF PR AS TTEE
...6066

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

Cash and money balances may include available cash balances, UBS Bank USA deposit account balances and money market mutual fund sweep balances.

UBS Bank USA deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC. See the *Important information about your statement* at the end of this document for details about those balances.

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Price per share on Apr 28 ($) | Average rate | Dividend/interest period | Cap amount ($) |
|---|---|---|---|---|---|---|
| Holding | | | | | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S SR07B RV CAV6.220 BE/R/ RATE 00.000% MATURES 08/01/28 DATED DATE 07/31/07 CALLABLE 08/01/17 @ 51.08 CUSIP 74529JAA3 Moody: Caa3 S&P: CC | Jul 18, 07 | 35,000,000 | 27.756 | 9,714.60 | 29.670 | 10,384.50 | 669.90 | LT |

*continued next page*



**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account number:** 6066

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR A RV | | | | | | | | |
| BERV | | | | | | | | |
| RATE 00.000% MATURES 08/01/35 | | | | | | | | |
| DATED DATE 02/09/10 | | | | | | | | |
| CUSIP 74529JKS3 | | | | | | | | |
| Moody: Ca   S&P: CC | Sep 20, 11 | 440,000,000 | 23.486 | 103,338.86 | 9.871 | 43,432.40 | -59,906.46 | LT |
| **Total** | | | | | | | | |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either: (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl.
San Juan PR 00918-9998

**Account name:** UBS TRUST COOF PR AS TEE

FOR LUISA ROJO URIBE TRUST

**Account number:** ▉ 6072 ▉

### Questions about your statement?
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ▉ 6072.

### Your Financial Advisor:
N. RODRIGUEZ & M. RODRIGUEZ
Phone 787-250-3600/800-221-9825

### Visit our website:
www.ubs.com/financialservices

### Items for your attention
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST COOF PR AS TEE
FOR LUISA ROJO URIBE TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

# Resource Management Account
April 2017

# Claim #43926

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |



## Tracking the value of your account

$ Thousands



Dec. 2013   Dec. 2014   Dec. 2015   Dec. 2016   Mar. 2017   Apr. 2017

### Sources of your account growth during 2017
Value of your account at year end 2016
Net deposits and withdrawals
Your investment return:
Dividend and interest income
Change in market value
**Value of your account on Apr 28, 2017**





**UBS**

Resource Management Account

April 2017

**Account name:**
**Account number:** UBS TRUST COOF PR AS TTEE ████6072██

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
787-250-3600/800-221-9825

# Your assets

## Cash

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash and money balances

Cash and money balances may include available cash balances, UBS Bank USA deposit account balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

UBS Bank USA deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC. See the *important information about your statement* at the end of this document for details about those balances.

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Price per share on Apr 28 ($) | Average rate | Price on Apr 28 ($) | Dividend/interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Cap amount ($) |
| | | | | | | | | | | | 250,000.00 |
| PR SALES TAX FING CORP S | | | | | | | | | | | |
| SR07B RV CAVG.2D BE/R/ | | | | | | | | | | | |
| RATE 00.000% MATURES 08/01/28 | | | | | | | | | | | |
| DATED DATE 07/31/07 | | | | | | | | | | | |
| CALLABLE 08/01/17 @ 51.08 | | | | | | | | | | | |
| CUSIP 74529JAA3 | | | | | | | | | | | |
| Moody: Caa3   S&P: CC | Jul 18, 07 | 35,000.000 | 27.756 | 9,714.60 | | 29.670 | | 10,384.50 | | 669.90 | LT |

continued next page



## UBS

Resource Management Account
April 2017

**Account name:** UBS TRUST COOF PR AS TEE
**Account number:** ⬛6072⬛

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
787-250-3600/800-221-9825

# Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR A RV | | | | | | | | |
| BE/RV | | | | | | | | |
| RATE 00.000% MATURES 08/01/35 | | | | | | | | |
| DATED DATE 02/09/10 | | | | | | | | |
| CUSIP 74529JKS3 | | | | | | | | |
| Moody Ca   S&P CC | Sep 20, 11 | 410,000,000 | 23.486 | 96,293.75 | 9.871 | 40,471.10 | -55,822.65 | LT |
| **Total** | | ⬛ | | ⬛ | | ⬛ | | |

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time date. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl.
San Juan PR 00918-9998

# Claim #43892

# Resource Management Account

April 2017

Account name: UBS TRUST CO OF PR AS TTEE
FOR MARIA DEL CARMEN PENA

Friendly account name: Trust

Account number: ████ 1470

**Your Financial Advisor:**
LOPEZ WEALTH MANAGEMENT GROUP
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ████ 14/0.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR MARIA DEL CARMEN PENA
PLA TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | | |
| **Value of your account** | ████ | ████ |

Accrued interest in value above

As a service to you, your portfolio value of ████ includes accrued interest.

## Tracking the value of your account

$ Thousands



Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | ████ |
| Net deposits and withdrawals | ████ |
| Your investment return: | |
| Dividend and interest income | ████ |
| Change in value of accrued interest | |
| Change in market value | ████ |
| **Value of your account on Apr 28, 2017** | ████ |






**UBS**

Resource Management Account
April 2017

Account name: UBS TRUST CO OF PR AS TTEE
Friendly account name: Trust
Account number: ___470

**Your Financial Advisor:**
LOPEZ WEALTH MANAGEMENT GROUP
787-250-3600/800-221-9825

## Your assets › Fixed income › Asset backed securities (continued)

Total estimated annual income:

Total accrued interest:

Total

| Holding | Trade date | Quantity | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|

## Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S<br>SR07B RV   BE/RV<br>RATE 06 050% MATURES 08/01/36<br>CALLABLE 08/01/17 @ 100.00<br>ACCRUED INTEREST $136.12<br>CUSIP 74529JAC9<br>Moody  Caa3    S&P  CC<br>EAI $1,815 Current yield  9.62% | Jun 27, 14 | 30,000.000 | 89.500 | 26,850.00 | 62.878 | 18,863.40 | -7,986.60 | LT |
| PR SALES TAX FING CORP<br>SR 8 RV   BE/RV<br>RATE 06.350% MATURES 08/01/39<br>CALLABLE 05/28/17 @ 100.00<br>ACCRUED INTEREST $1,547.81<br>CUSIP 74529JGP4<br>Moody  Ca    S&P  CC<br>EAI $20,638 Current yield: 20.32% | May 13, 93 | | | | | | | |
| | Jun 19, 09 | 100,000.000 | 100.000 | 100,000.00 | 31.250 | 31,250.00 | -68,750.00 | LT |
| | Jun 15, 10 | 85,000.000 | 103.968 | 88,372.95 | 31.250 | 26,562.50 | -61,810.45 | LT |
| | Dec 09, 10 | 30,000.000 | 104.817 | 31,445.25 | 31.250 | 9,375.00 | -22,070.25 | LT |
| | Jul 11, 11 | 110,000.000 | 104.754 | 115,230.25 | 31.250 | 34,375.00 | -80,855.25 | LT |

continued next page



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl.
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR MATOS TORRES TRUST-

**Friendly account name:** Alana - Basic

**Account number:** ▮1120

**Your Financial Advisor:**
L RIVERA & E CABAN (TF-A)
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ▮1120.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

UBS TRUST CO OF PR AS TTEE
FOR MATOS TORRES TRUST-
ALANA N
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918-1808

# Resource Management Account
April 2017

# Claim #43306 (a)

As a service to you, your portfolio value of
includes accrued interest.

---

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

Accrued interest in value above



## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |

---

## Tracking the value of your account

$ Thousands



Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017





**UBS**

Resource Management Account

April 2017

**Your Financial Advisor:**
L. RIVERA & E. CABAN (TFA)
787-250-3600/800-221-9825

**Account name:** UBS TRUST CO OF PR AS TTEE
**Friendly account name:** Alana - Basic
**Account number:** ▮▮▮1120▮▮

## Your assets › **Fixed income** (continued)

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00    BE/RV | | | | | | | | |
| RATE 00 000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody  Ca    S&P  CC | Apr 23, 10 | 85,000.000 | ---This information was unavailable--- | ---This information was unavailable--- | 24.178 | 20,551.30 | | |
| **Total** | | | | | | | | |
| **Total accrued interest:** ▮▮ | | | | | | | | |
| **Total estimated annual income:** ▮▮ | | | | | | | | |



UBS

Claim # 43306 (b)

# Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl.
San Juan PR 00918-9998

UBS TRUST CO OF PR
AS TTEE FOR MATOS TORRES
TRUST – CARLOS J
AIP 9TH FL
250 MUNOZ RIVERA AVE
SAN JUAN PR 00918-1808

**Account name:** UBS TRUST CO OF PR
AS TTEE FOR MATOS TORRES

**Friendly account name:** Carlos J -Basic

**Account number:** 8055

**Your Financial Advisor:**
L. RIVERA & E. CABAN (TFA)
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 8055.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions

## Value of your account



| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

As a service to you, your portfolio value
includes accrued interest.

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**

Member SIPC

Page 1 of 14



## UBS

Resource Management Account

April 2017

**Account name:** UBS TRUST CO OF PR
**Friendly account name:** Carlos J.-Basic
**Account number:** ███████8055

**Your Financial Advisor:**
L. RIVERA & E. CABAN (TFA)
787-250-3600/800-221-9825

# Your assets › Fixed income (continued)

## Municipal securities

**Prices are obtained** from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00    BERV | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody; Ca    S&P; CC | | 85,000.000 | | | 24.178 | 20,551.30 | | |

---This information was unavailable---

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement, (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's last estimate of the price at which UBSFSPR would bid it it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment/ Holding return ($) period |
|---|---|---|---|---|---|---|---|---|

---This information was unavailable---

continued next page