# Exhibit E

**Support documents for Claims:**

**43313**
**43340**
**43902**
**43506**
**45874**
**43886**
**41544**
**41511**
**43946**
**44173**
**43328**
**27303**



**UBS**

Claim #43313

# Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TTEE
FOR MENDEZ POMAR TRUST
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR MENDEZ POMAR TRUST

**Friendly account name:** Trust PR

**Account number:** ▮▮ 6518 ▮

**Your Financial Advisor:**
BRENNAN RODRIGUEZ WEALTH MANAG
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ▮▮ 6518.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ▮▮ | ▮▮ |
| Your liabilities |  |  |
| **Value of your account** | ▮▮ | ▮▮ |

## Tracking the value of your account

$ Thousands



Dec 2013 · Dec 2014 · Dec 2015 · Dec 2016 · Mar 2017 · Apr 2017

### Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | ▮▮ |
| Net deposits and withdrawals | ▮▮ |
| Your investment return: | |
| Dividend and interest income | ▮▮ |
| Change in market value | ▮▮ |
| **Value of your account on Apr 28, 2017** | ▮▮ |





## UBS

Resource Management Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Friendly account name:** Trust  PR
**Account number:** ▇▇6518 ▇

**Your Financial Advisor:**
BRENNAN RODRIGUEZ WEALTH MANAG
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price $ | Price per share on Apr 28 ($) | Average rate | Adjusted cost basis ($) | Dividend/interest period | Price on Apr 28 ($) | Days in period | Value on Apr 28 ($) | Estimated annual income ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.375  BE/RV RATE 00.000% MATURES 08/01/33 DATED DATE 06/25/09 CUSIP 74529JGR0 Moody  Ca    S&P  CC Original cost basis $49,521.25 | Sep 21, 10 | 200,000,000 | 35.658 | 71,317.47 | | | Mar 1 to Mar 31 | 10.237 | 31 | 20,474.00 | | -50,843.47 | LT |

## Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|
| **Cash** | | | | |
| Cash and money balances | | | | |
| **Fixed income** | | | | |
| Municipal securities | | | | |
| **Total** | | | | |

# Claim #43340



## Resource Management Account

April 2017

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Pnh FL
San Juan PR 00918-9998

UBS TRUST CO OF PR AS TR FOR
MIRIAM D CARMEN LOYOLA FELICIA
250 MUNOZ RIVERA AVE.
9TH FL
SAN JUAN PR 00918

Page 1 of 16

---

**Account name:** UBS TRUST CO OF PR AS TR FOR
MIRIAM D CARMEN LOYOLA FELICIA

**Account type:** PACE Multi

**Account number:** 9928

**Your Financial Advisor:**
K. DEGRO & M. MELENDEZ
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account 9928

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
► Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

Member SIPC

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

As a service to you, your portfolio value of
$702,641.84 includes accrued interest and
the following assets that are not held by
UBS

Insurance Products

Information about these assets was provided by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
outside assets and
accruals
Change in
market value
**Value of your account
on Apr 28, 2017**





**UBS**

Resource Management Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TR FOR
**Account type:** PACE Multi
**Account number:** ●●9928 ●

**Your Financial Advisor:**
K. DEGRO & M. MELENDEZ
787-250-3600/800-221-9825

## Your assets not enrolled in PACE (continued)

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP TAX SR B RV        BE RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $226.87 | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | |
| Moody Ca   S&P CC | Jun 19, 09 | 20,000.000 | 100.000 | 20,000.00 | 31.250 | 6,250.00 | -13,750.00 | LT |
| EAI $3,025 Current yield 19.36% | Jul 02, 09 | 30,000.000 | 100.000 | 30,000.00 | 31.250 | 9,375.00 | -20,625.00 | LT |
| Security total | | 50,000.000 | | 50,000.00 | | 15,625.00 | -34,375.00 | |
| PR SALES TAX FING CORP S SR07B RV        BE RV | | | | | | | | |
| RATE 06.050% MATURES 08/01/36 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $703.31 | | | | | | | | |
| CUSIP 74529JAC9 | | | | | | | | |
| Moody Ca a3   S&P CC | Jul 18, 07 | 65,000.000 | 100.000 | 65,000.18 | 62.878 | 40,870.70 | -24,129.48 | LT |
| EAI $9,378 Current yield 9.62% | Jul 01, 09 | 60,000.000 | 100.000 | 60,000.00 | 62.878 | 37,726.80 | -22,273.20 | LT |
| Original cost basis $65,005.25 | Jul 08, 09 | 30,000.000 | 100.000 | 30,000.00 | 62.878 | 18,863.40 | -11,136.60 | LT |
| Security total | | 155,000.000 | | 155,000.18 | | 97,460.90 | -57,539.28 | |

*continued next page*



**UBS**

Resource Management Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TR FOR
**Account type:** PACE Multi
**Account number:** 9928

**Your Financial Advisor:**
K. DEGRO & M. MELENDEZ
787-250-3600/800-221-9825

## Your assets not enrolled in PACE › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV          BE/RV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $333.37 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody_ Ca    S&P_ CC | | | | | | | | |
| EAI_ $4,445 Current yield_ 20.32% | Jul 01, 09 | 65,000.000 | 100.000 | 65,000.00 | 31.250 | 20,312.50 | -44,687.50 | LT |
| | Jul 02, 09 | 5,000.000 | 100.000 | 5,000.00 | 31.250 | 1,562.50 | -3,437.50 | LT |
| Security total | | 70,000.000 | | 70,000.00 | | 21,875.00 | -48,125.00 | |
| PR SALES TAX FING CORP | | | | | | | | |
| SR E RV          BE/RV | | | | | | | | |
| RATE 05.750% MATURES 08/01/42 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.50 | | | | | | | | |
| ACCRUED INTEREST $486.35 | | | | | | | | |
| CUSIP 74529JLE3 | | | | | | | | |
| Moody_ Ca    S&P_ CC | | | | | | | | |
| EAI_ $2,013 Current yield_ 18.40% | | | | | | | | |
| Original cost basis  $35,442.75 | Aug 18 11 | 35,000.000 | 101.163 | 35,407.18 | 31.250 | 10,937.50 | -24,469.68 | LT |
| | | | | | | | continued next page | |

# Morgan Stanley

## Claim #43902

**CLIENT STATEMENT** | For the Period April 1-30, 2017

**STATEMENT FOR:**
UBS TRUST OF P.R. TTEE
FBO MORALES RUZ TRUST 04-18-2002
250 AVE MUNOZ RIVERA

Morgan Stanley Smith Barney LLC. Member SIPC.

**TOTAL VALUE OF YOUR ACCOUNT** (as of 4/30/17)
Includes Accrued Interest

**Your Financial Advisor Team**
AQUINO-VELEZ/ALEMAN
305-347-6700

**Your Branch**
201 S BISCAYNE BLVD STE 2000
MIAMI, FL 33131
Telephone: 305-379-1000; Alt. Phone: 800-327-0273; Fax: 305-376-8545

Client Service Center (24 Hours a Day; 7 Days a Week): 800-869-3326

Access Your Account Online: www.morganstanley.com/online

#BWNJGWM

0074168 02 SP   0.500 02  TR 00392 MSGDD10A 000000

UBS TRUST OF P.R. TTEE
FBO MORALES RUZ TRUST 04-18-2002
250 AVE MUNOZ RIVERA
AMERICAN INT PLAZA - 10 FL.
SAN JUAN 00918 PUERTO RICO



2157



# Morgan Stanley

## CLIENT STATEMENT | For the Period April 1-30, 2017

**UBS TRUST OF P.R. TTEE**
**FBO MORALES RUZ TRUST 04-18-2002**

**Basic Securities Account** 2157-

## Account Detail

### MUNICIPAL BONDS

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES TAX REV FIRST SUB-A | 9/30/15 | 150,000.000 | $43,099 $43,099 | $34,500 | $64,649.00 $64,649.00 | $51,750.00 | ($12,899.00) LT | $8,250.00 $2,033.58 | 15.94 |
| Coupon Rate 5.500%; Matures 08/01/2037; CUSIP 74529JNX3 | | | | | | | | | |

Int. Semi-Annually Feb/Aug 01; Callable $100.00 on 02/01/20; Yield to Maturity 17.130%; Federal Tax Exempt; Moody CA   S&P CC; Issued 02/09/10; Asset Class: FI & Pref

**TOTAL MUNICIPAL BONDS**
(includes accrued interest)

| | Percentage of Holdings | Face Value | | | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|

**TOTAL MARKET VALUE** (includes accrued interest)

| | Percentage of Holdings | | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|

**TOTAL VALUE (includes accrued interest)**

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.
1 - This information reflects your requested adjustments to the transaction details.

## ALLOCATION OF ASSETS (^Includes accrued interest)

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Annuities & Insurance | Structured Investments | Other |
|---|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | — | | — | | | | — |
| ETFs & CEFs | | | — | — | | | |
| Municipal Bonds ^ | — | | | | | | — |
| **TOTAL ALLOCATION OF ASSETS ^** | — | — | — | — | — | — | — |



# Claim # 43506

## Business Services Account

April 2017

UBS TRUST CO DE PR AS TTEE
FOR NESTOR AMADOR OYOLA
RETIREMENT PLAN
PO BOX 1144
MANATI PR 00674-1144

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR NESTOR AMADOR OYOLA

**Account type:** Money Purchase Plan

**Account number:** ███ 8743 ██

**Your Financial Advisor:**
ROJAS,DAVID
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
Resourceline at 800-762-1000,
account ███ ██87-43.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
Accrued interest in value above

As a service to you, your portfolio value of
███ includes accrued interest.

## Tracking the value of your account

$ thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

**Sources of your account growth
during 2017**



Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
  Dividend and
  interest income
  Change in value of
  accrued interest
  Change in
  market value
Value of your account
on Apr 28, 2017



## UBS

**Business Services Account**
April 2017

**Your Financial Advisor:**
ROJAS,DAVID
787-250-3600/800-221-9825

**Account name:** UBS TRUST CO OF PR AS TIEE
**Account type:** Money Purchase Plan
**Account number:** ███ 87-43 ███

## Your assets not enrolled in PACE (continued)

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. **Actual** market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| TAX SR B RV        BE/R/ | | | | | | | | |
| RATE 06.050% MATURES 08/01/29 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $317.62 | | | | | | | | |
| CUSIP 74529JNL5 | | | | | | | | |
| Moody_Ca    S&P  CC | | | | | | | | |
| EAI: $4,235 Current yield 19.36% | Feb 04, 10 | 70,000,000 | 102.203 | 71,542.10 | 31,250 | 21,875.00 | -49,667.10 | LT |
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV CAV7.00    BE/R/ | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | |
| Moody_Ca    S&P  CC | Apr 04, 12 | 55,000,000 | 73.000 | 40,155.25 | 24.178 | 13,297.90 | -26,857.35 | LT |
| **Total** | | **$125,000,000** | | **$111,697.35** | | **$35,172.90** | **-$76,524.45** | |

Total accrued interest: ███
Total estimated annual income: ███

## Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| Cash and money balances | ▬ | ▬ | ▬ | ▬ | |
| **Equities** | | | | | |
| PACE | ▬ | ▬ | ▬ | ▬ | ▬ |
| Common stock | ▬ | ▬ | ▬ | ▬ | ▬ |
| Closed end funds & Exchange traded products | ▬ | ▬ | ▬ | ▬ | ▬ |
| **Total equities** | ▬ | ▬ | ▬ | ▬ | ▬ |
| **Fixed income** | | | | | |
| PACE | ▬ | ▬ | ▬ | ▬ | ▬ |

continued next page



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Claim #45874

# Resource Management Account

April 2017

**Account name:** UBS TRUST CO. OF PR AS

Pleg'd Coll Acct-FBO UBSFSI of PR

**Account number:** ▓▓0085 ▓▓

**Your Financial Advisor:**
TORRUELLA
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ▓▓0085.

**Visit our website:**
www.ubs.com/financialservices

**Value of your account**
Accrued interest in value above

**Items for your attention**
▶ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO. OF PR AS
TTEE FOR ORTIZ RIVERA TRUST
Pleg'd Coll Acct-FBO UBSFSI of PR
250 MUNOZ RIVERA
10TH FLOOR
SAN JUAN PR 00918

As a service to you, your portfolio value of
▓▓ includes accrued interest.

## Value of your account

|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Apr 28, 2017**







**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO. OF PR AS
**Account number:** ██████0085 █

**Your Financial Advisor:**
TORRUELLA
787-250-3600/800-221-9825

## Your assets › Fixed income (continued)

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S | | | | | | | | |
| SR07B RV                  BER/ | | | | | | | | |
| RATE 06.050% MATURES 08/01/36 | | | | | | | | |
| CALLABLE 08/01/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $408.37 | | | | | | | | |
| CUSIP 74529JAC9 | | | | | | | | |
| Moody: Caa3    S&P- CC | | | | | | | | |
| EAI: $5,445 Current yield 9.62% | Nov 25, 13 | 70,000.000 | 83.875 | 58,712.50 | 62.878 | 44,014.60 | -14,697.90 | LT |
| Security total | Nov 25, 13 | 20,000.000 | 83.875 | 16,775.00 | 62.878 | 12,575.60 | -4,199.40 | LT |
| | | 90,000.000 | | 75,487.50 | | 56,590.20 | -18,897.30 | |
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV                  BER/ | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $428.62 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody: Ca    S&P- CC | | | | | | | | |
| EAI: $5,715 Current yield 20.32% | Jan 31, 14 | 65,000.000 | 72.625 | 47,206.25 | 31.250 | 20,312.50 | -26,893.75 | LT |
| | Jan 31, 14 | 15,000.000 | 72.625 | 10,893.75 | 31.250 | 4,687.50 | -6,206.25 | LT |
| | Feb 03, 14 | 10,000.000 | 72.625 | 7,262.50 | 31.250 | 3,125.00 | -4,137.50 | LT |
| Security total | | 90,000.000 | | 65,362.50 | | 28,125.00 | -37,237.50 | |
| **Total** | | **180,000.000** | | **$140,850.00** | | **$84,715.20** | **-$56,134.80** | |

**Total accrued interest: $836.99**

**Total estimated annual income: $11,160**



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR PASCUAL FAMILY TRUST

**Account number:** ████8057 █

**Your Financial Advisor:**
POU, SONIA
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ████ 8057.

**Visit our website:**
www.ubs.com/financialservices

**Value of your account**
Accrued interest in value above

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

---

# Claim #43886

# Resource Management Account
April 2017

UBS TRUST CO OF PR AS TTEE
FOR PASCUAL FAMILY TRUST
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918-1806

As a service to you, your portfolio value of ████ includes accrued interest.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |



## Tracking the value of your account

$ Thousands




Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

## Sources of your account growth during 2017

| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return: | |
| Dividend and interest income | |
| Change in value of accrued interest | |
| Change in market value | |
| **Value of your account on Apr 28, 2017** | |



---

Member SIPC



**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account number:** ___8057

**Your Financial Advisor:**
POU,SONIA
787-250-3600/800-221-9825

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP<br>TAX SR B RV        BE/RV<br>RATE 06.050% MATURES 08/01/29<br>CALLABLE 05/28/17 @ 100.00<br>ACCRUED INTEREST $567.18<br>CUSIP 74529JNL5<br>Moody_Ca   S&P_CC<br>EAI: $7,563 Current yield: 19.36% | Jun 19, 09 | 125,000 000 | 100 000 | 125,000.00 | 31.250 | 39,062.50 | -85,937.50 | LT |
| PR SALES TAX FING CORP 5<br>SR07B RV        BE/RV<br>RATE 06.050% MATURES 08/01/36<br>CALLABLE 08/01/17 @ 100.00<br>ACCRUED INTEREST $907.50<br>CUSIP 74529JAC9<br>Moody_Caa3   S&P_CC<br>EAI: $12,100 Current yield: 9.62% | Jul 18, 07 | 200,000,000 | 100.002 | 200,005.25 | 62.878 | 125,756.00 | -74,249.25 | LT |
| **Total** | | | | | | | | |

**Total accrued interest: $1,474.68**
**Total estimated annual income:   $19,663**

# Claim #41544

# Retirement Account

April 2017

**UBS** 

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR RAFAEL A ARIAS VALENTIN

**Account type:** Profit Sharing Plan

**Account number:** ▮4932 ▮

**Your Financial Advisor:**
PR INVESTMENT CENTER
Phone 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
› Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS TTEE
FOR RAFAEL A ARIAS VALENTIN
RETIREMENT PLAN
HC03 BOX 12893
CAMUY PR 00627-9822

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

As a service to you, your portfolio value of ▮ includes accrued interest.

## Tracking the value of your account

$ Thousands



Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Dec 2015   Dec 2016   Mar 2017   Apr 2017

## Sources of your account growth
**during 2017**

Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
   Dividend and
   interest income
   Change in value of
   accrued interest
   Change in
   market value
**Value of your account
on Apr 28, 2017**



Member SIPC



**UBS**

Retirement Account

April 2017

**Account name:** UBS TRUST CO OF PR AS TEE
**Account type:** Profit Sharing Plan
**Account number:** ███4932█

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

# Your assets

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| LIQUID ASSETS GOVT FUND | | |

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Fixed income

### Municipal securities

**Prices are obtained** from independent quotation bureaus that use computerized valuation formulas to **calculate current values.** Actual market values may vary and thus gains/losses may not be accurately **reflected.** Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and/or for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Price per share Adjusted cost basis ($) | Average rate | Price on Apr 28 ($) | Dividend/Interest period | Days in period | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jun 26, 09 | | | | | | | | | | |
| PR SALES TAX FING CORP' | | | | | | | | | | | |
| SR B RV CAV7.00   BER/V | | | | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | | | | |
| CALLABLE 0800/125 @ 100.00 | | | | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | | | | |
| Moody Ca   S&P CC | Jun 19, 09 | 100,000.000 | 46.593 | 46,593.00 | | 24.178 | Mar 27 to Apr 23 | 28 | 24,178.00 | -22,415.00 | LT |

continued next page



**UBS**

Retirement Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TREE
**Account type:** Profit Sharing Plan
**Account number:** ████4932 ██

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets ▸ Fixed income ▸ Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | |
| SR B RV | | | | | | | | |
| BERV | | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $238.12 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody Ca    S&P  CC | | | | | | | | |
| EAI $3,175 Current yield 20.32% | Jun 19, 09 | 50,000.000 | 100.000 | 50,000.00 | 31.250 | 15,625.00 | -34,375.00 | LT |

**Total**

**Total accrued interest:** ██████

**Total estimated annual income:** ██████

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price or the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client: investment ($) | Cost basis ($) | Price per share on Apr 28 ($) | Value on Apr 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|



**UBS**

UBS Financial Services
Incorporated of Puerto Rico
45 Andalucia Street, Ste 202
Mayaguez PR 00680-8201

# Claim #41511

# Resource Management Account
April 2017

UBS TRUST CO OF PR AS TTEE
FOR RODRIGUEZ FAMILY
EDUCATIONAL TRUST-ALEJANDRO
250 MUÑOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

**Account name:** UBS TRUST CO OF PR AS TTEE
FOR RODRIGUEZ FAMILY

**Account number:** 4286

**Your Financial Advisor:**
E. PEREZ, R DE JESUS, E. FERR
Phone 787-805-0300/800-291-4938

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 4286.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
‣ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account



|  | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

## Tracking the value of your account



$ Thousands

Dec 2011 · Dec 2012 · Dec 2013 · Dec 2014 · Dec 2015 · Dec 2016 · Mar 2017 · Apr 2017

**Sources of your account growth
during 2017**



| | |
|---|---|
| Value of your account at year end 2016 | |
| Net deposits and withdrawals | |
| Your investment return Change in market value | |
| **Value of your account on Apr 28, 2017** | |



**UBS**

Resource Management Account
April 2017

**Account name:** UBS TRUST CO OF PR AS TTEE
**Account number:** ____4286_

**Your Financial Advisor:**
E. PEREZ, R. DE JESUS, E. FERR
787-805-0300/800-291-4938

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not
be accurately reflected. See *Important information about your statement* at the end of this document for
more information.

## Cash

## Cash and money balances

*Cash and money balances* may include available cash balances, UBS Bank USA deposit account balances,
UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances

UBS Bank USA deposit account balances are insured by the FDIC within applicable limits, but are not
protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not
protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.
See *the Important information about your statement* at the end of this document for details about those
balances.

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) | Cap amount ($) |
|---|---|---|---|
| ▬ | ◢ | ◣ | 250,000.00 |

## Fixed income

## Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to
calculate current values. Actual market values may vary and thus gains/losses may not be accurately
reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on
coupon tax-exempt municipal securities using the constant yield method and for accreted or grial issue
discount for securities issued at a discount. When original cost basis is displayed, amortization has been
done using the constant yield method otherwise amortization has been done using the straight line
method

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Price per share on Apr 28 ($) | Adjusted cost basis ($) | Average rate | Price on Apr 28 ($) | Dividend/interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP | | | | | | | | | | | | |
| SR B RV CAV7.00 BE/RV | | | | | | | | | | | | |
| RATE 00.000% MATURES 08/01/31 | | | | | | | | | | | | |
| DATED DATE 06/25/09 | | | | | | | | | | | | |
| CALLABLE 08/01/25 @ 100.00 | | | | | | | | | | | | |
| CUSIP 74529JGQ2 | | | | | | | | | | | | |
| Moody_Ca S&P_CC | Dec. 26, 13 | 30,000.000 | 49.975 | 14,992.50 | 24.178 | 7,253.40 | -7,739.10 | LT | | | | |



UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl
San Juan PR 00918-9998

# Resource Management Account

April 2017

# Claim #43946

UBS TRUST CO OF PR
AS TTE FOR SALAFE TRUST
250 MUNOZ RIVERA AVE
9TH FLOOR
SAN JUAN PR 00918

**Account name:** UBS TRUST CO OF PR
AS TTE FOR SALAFE TRUST

**Account number:** ⬛1092 ⬛

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
Phone :787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000.
account ⬛1092.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
‣ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| **Value of your account** | ⬛ | ⬛ |
| Your liabilities | ⬛ | ⬛ |
| Your assets | ⬛ | ⬛ |

## Tracking the value of your account



$ Thousands

Dec 2015   Dec 2016   Mar 2017   Apr 2017

**Sources of your account growth
during 2017**

| | |
|---|---|
| Value of your account at year end 2016 | ⬛ |
| Net deposits and withdrawals | ⬛ |
| Your investment return: Change in market value | ⬛ |
| **Value of your account on Apr 28, 2017** | ⬛ |



**UBS**

Resource Management Account
April 2017

**Account name:**
**Account number:** UBS TRUST CO OF PR
1092

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
787-250-3600/800-221-9825

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Apr 1 ($) | Closing balance on Apr 28 ($) |
|---|---|---|
| Cash | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Price per share on Apr 28 ($) | Average rate | Adjusted cost basis ($) | Price on Apr 28 ($) | Dividend/Interest period | Value on Apr 28 ($) | Days in period | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP S | | | | | | | | | | | | |
| SR07B RV CAV6.20 BERV | | | | | | | | | | | | |
| RATE 00.000% MATURES 08/01/28 | | | | | | | | | | | | |
| DATED DATE 07/31/07 | | | | | | | | | | | | |
| CALLABLE 08/01/17 @ 51.08 | | | | | | | | | | | | |
| CUSIP 74529JAA3 | | | | | | | | | | | | |
| Moody: Caa3   S&P: CC | Nov 04, 11 | 175,000.000 | 40.003 | 70,005.25 | | | 29.670 | | 51,922.50 | | -18,082.75 | LT |
| PR SALES TAX FING CORP S | | | | | | | | | | | | |
| RV CAV6.25 BERV | | | | | | | | | | | | |
| RATE 00.000% MATURES 08/01/29 | | | | | | | | | | | | |
| DATED DATE 07/31/07 | | | | | | | | | | | | |
| CALLABLE 08/01/17 @ 47.78 | | | | | | | | | | | | |
| CUSIP 74529JBC8 | | | | | | | | | | | | |
| Moody: Caa3   S&P: CC | Jan 17, 12 | 255,000.000 | 39.369 | 100,391.10 | | | 27.747 | | 70,754.85 | | -29,636.25 | LT |

continued next page



## UBS

**Resource Management Account**

April 2017

**Account name:** UBS TRUST CO OF PR
**Account number:** 1092

**Your Financial Advisor:**
N. RODRIGUEZ & M. RODRIGUEZ
787-250-3600/800-221-9825

### Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.375 BF/RV RATE 00.000% MATURES 08/01/33 DATED DATE 06/25/09 CUSIP 74529JGR0 Moody_Ca S&P_CC | Sep 06, 11 | 385,000,000 | 27.984 | 107,739.80 | 10.237 | 39,412.45 | -68,327.35 | LT |
| **Total** | | | | | | | | |

### Your total assets

| | Value on Apr 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| Fixed income | | | | | |
| **Total** | | | | | |

¹ Values in Cash and money balances exclude any outstanding margin loan or unsecured debit balance. These balances are reflected as liabilities in the balance sheet section of the statement.

### Account activity this month



**Cash and money balances**

**Municipal securities**

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Other funds debited** | | | |
| **Total other funds debited** | | | |

The activity descriptions for distribution transactions included in this section are provided by the plan administrator or plan trustee. UBS Financial Services Inc. does not independently verify or guarantee the accuracy or validity of this information.

# Claim #44173

## Brokerage
## Account Statement



HJ
SIMS

2150 Post Road
Fairfield, CT 06824-5669
(203) 418-9000
Facsimile: (203) 416-9082

April 1, 2017 - April 30, 2017
Account Number ____6619

* 0224956  01 SP   0.500  01   TR 00906 X101FD17 000000

FIDEICOMISO VANDAVEM
UAD 02/28/12
UBS TRUST CO OF PR TTEE
250 AVE MUNOZ RIVERA
9TH FLOOR
SAN JUAN PR 00918

### Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| BEGINNING ACCOUNT VALUE | | |
| Withdrawals (Cash & Securities) | | |
| Dividends, Interest and Other Income | | |
| Net Change in Portfolio | | |
| ENDING ACCOUNT VALUE | | |
| Estimated Annual Income | | |

Client Service Information
Client Service Telephone Number (800) 221-9437

### Asset Summary

Your Account Executive:
RODRIGUEZ & PINEDA WEALTH MGMT
(939) 205-3359

| | Percent | Asset Type |
|---|---|---|
| | 1% | Cash, Money Funds, and Bank Deposits |
| | 85% | Fixed Income |
| | 14% | Mutual Funds |
| | 100% | Account Total (Pie Chart) |

Please review your allocation periodically with your Account Executive.

### Client Service Information

Your Account Executive:7I4
RODRIGUEZ & PINEDA WEALTH MGMT
HJ SIMS
48 CARR 165 STE 215
GUAYNABO      PR 00968-8032

Contact Information
Telephone Number (939) 205-3359
Fax Number (939) 205-2916



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of the Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC





**Portfolio Holdings**

| Opening Date | Date Acquired | Quantity | Account Number | Unit Cost | Activity Ending | Adjusted Cost Basis | Original Cost Basis | Opening Balance | Market Price | Closing Balance | Market Value | Accrued Income | Unrealized Gain/Loss | Income This Year | Accrued Interest | Estimated Annual Income | 30-Day Yield | Current Yield | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Municipal Bonds**

PUERTO RICO SALES TAX FING CORP SALES
TAX REV CAP APPREC-SER A
0.000% 08/0176 B/E DTD 06/26/08 CALLABLE 08/01/18 @
6123
Moody Rating CAA3 S & P Rating CC
TAX-EXEMPT - PUERTO RICO RESIDENTS ONLY

Security Identifier: 74529JFH3

11/27/13 ˣᴬ¹²   55,000.000   49.2200   27,071.03   33.4330   18,386.15   -8,682.88   0.00

Original Cost Basis: $21,182.15

**Total Municipal Bonds**

**TOTAL FIXED INCOME**



6619

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of the Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

**Account name:** UBS TRUST CO OF PR
AS TTEE FOR YARELIS

**Friendly account name:** Yarelis – Basic

**Account number:** ████8056

**Your Financial Advisor:**
L. RIVERA & E. CABAN (TFA)
Phone 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA Resourceline at 800-RMA-1000,
account ████8056

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
› Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

# Claim #43328

# Resource Management Account
April 2017

UBS TRUST CO OF PR
AS TTEE FOR YARELIS
MATOS COLON TRUST
AIP 9TH FL
250 MUNOZ RIVERA AVE
SAN JUAN PR 00918-1808

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | ████ | ████ |
| Your liabilities | | |
| **Value of your account** | ████ | ████ |
| Accrued interest in value above | | |

As a ████ service to you, your portfolio value of ████ includes accrued interest.

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**



| | |
|---|---|
| Value of your account at year end 2016 | ████ |
| Net deposits and withdrawals | ████ |
| Your investment return | ████ |
| Dividend and interest income | ████ |
| Change in value of accrued interest | ████ |
| Change in market value | ████ |
| **Value of your account on Apr 28, 2017** | ████ |



Member SIPC



## UBS

**Resource Management Account**

April 2017

**Your Financial Advisor:**
L. RIVERA & E. CABAN (TFA)
787-250-3600/800-221-9825

**Account name:** UBS TRUST CO PR
**Friendly account name:** Yareli5 - Basic
**Account number:** [redacted]8056

## Your assets › Fixed income › Asset backed securities (continued)

| Holding | Trade date | Quantity | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|

**Total**

**Total accrued interest:**

**Total estimated annual income:**

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR SALES TAX FING CORP SR B RV CAV7.00 BE/RV RATE 00.000% MATURES 08/01/31 DATED DATE 06/25/09 CALLABLE 08/01/25 @ 100.00 CUSIP 74529JGQ2 Moody_Ca S&P CC | | 80,000,000 | ---This information was unavailable--- | | 24,178 | 19,342.40 | | |
| Security total | Apr 23, 10 | | ---This information was unavailable--- | | | | | |

*continued next page*



# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph Fl.
San Juan PR 00918-9998

# Business Services Account

April 2017

# Claim #27303

**Account name:** UBS TRUST CO OF PR AS ESCROW
AGENT FOR VICTOR HERNANDEZ

**Account number:** ▓▓5594

**Your Financial Advisor:**
GONZALEZ/GONZALEZ
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account ▓▓5594.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Our Capital Market Assumptions and
Strategic Asset Allocations were updated
at the end of Feb. These changes may
impact your portfolio. Please call your
advisor with any questions.

UBS TRUST CO OF PR AS ESCROW
AGENT FOR VICTOR HERNANDEZ
GAY ESTATE
250 MUNOZ RIVERA AVE
10TH FLOOR
SAN JUAN PR 00918

## Value of your account

| | on March 31 ($) | on April 28 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |

Accrued interest in value above

As a service to you, your portfolio value of ▓▓ includes accrued interest.

## Tracking the value of your account

$ Thousands



Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Mar 2017  Apr 2017

**Sources of your account growth
during 2017**
Value of your account
at year end 2016
Net deposits and
withdrawals
Your investment return:
  Dividend and
  interest income
  Change in value of
  accrued interest
  Change in
  market value
**Value of your account
on Apr 28, 2017**





**UBS**

Business Services Account
April 2017

Account name:
Account number: ████████5594█████

Your Financial Advisor:
GONZALEZ/GONZALEZ
787-250-3600/800-221-9825

UBS TRUST CO OF PR AS ESCROW

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Apr 28 ($) | Value on Apr 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| Security total | | | | | | | | |
| PR SALES TAX FING CORP | Mar 16, 11 | | | | | | | |
| SR B RV             BERV | Mar 15, 11 | | | | | | | |
| RATE 06.350% MATURES 08/01/39 | Mar 14, 11 | | | | | | | |
| CALLABLE 05/28/17 @ 100.00 | | | | | | | | |
| ACCRUED INTEREST $7,143.75 | | | | | | | | |
| CUSIP 74529JGP4 | | | | | | | | |
| Moody_Ca   S&P_CC | Jun 19, 09 | 1,500,000.000 | 100.000 | 1,500,000.00 | 31.250 | 468,750.00 | -1,031,250.00 | LT |
| EAI $95,250 Current yield 20.32% | | | | | | | | |
| | Sep 10, 12 | | | | | | | |
| | Apr 23, 10 | | | | | | | |
| | Jan 18, 13 | | | | | | | |

continued next page