UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3284-LTS<br><br>**This Application relates only to COFINA, and shall be filed in the lead Case No. 17 BK 3283-LTS, and COFINA's Title III case (Case No. 17 BK 3284-LTS)** |

ORDER SETTING EXPEDITED BRIEFING
SCHEDULE FOR APPROVAL OF SETTLEMENT BETWEEN THE
PUERTO RICO SALES TAX FINANCING CORPORATION AND GOLDMAN
SACHS BANK USA (F/K/A GOLDMAN SACHS CAPITAL MARKETS, L.P.)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Upon the *Urgent Motion of the Puerto Rico Sales Tax Financing Corporation for (I) Order Approving Settlement with Goldman Sachs Bank USA (F/K/A Goldman Sachs Capital Markets, L.P.), and (II) Order Expediting Consideration of the Settlement* (the "Urgent Motion")[2] filed by the Puerto Rico Sales Tax Financing Corporation ("COFINA"); and the Court having jurisdiction to consider the Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Urgent Motion having been provided to those parties identified therein, and no other or further notice being required; **IT IS HEREBY ORDERED THAT:**

1. Any response or objection to the Urgent Motion must be filed and served in accordance with the *Eighth Amended Notice, Case Management and Administrative Procedures* (Docket Entry No. 4866-1 in Case No. 17-3283-LTS, the "Case Management Procedures") so as to be received no later than **12:00 p.m. (AST) on February 11, 2019**.

2. Any reply by COFINA and/or GS Bank must be filed and served in accordance with the Case Management Procedures so as to be received no later than **5:00 p.m. (AST) on February 11, 2019**.

3. The Court will take the Urgent Motion on submission, without a hearing, unless the Court otherwise determines to schedule a hearing on request of a party.

SO ORDERED.

Dated: February 9, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.