UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

    Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

------------------------------------------------------------x

ORDER GRANTING URGENT MOTION OF THE PUERTO RICO SALES TAX
FINANCING CORPORATION FOR ORDER APPROVING SETTLEMENT WITH
<u>GOLDMAN SACHS BANK USA (F/K/A GOLDMAN SACHS CAPITAL MARKETS, L.P.)</u>

The Court has received and reviewed the *Urgent Motion of the Puerto Rico Sales Tax Financing Corporation for (I) Order Approving Settlement with Goldman Sachs Bank USA*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*(f/k/a Goldman Sachs Capital Markets, L.P.) and (II) Order Expediting Consideration of the Settlement* (Docket Entry No. 5083 in Case No. 17-3283 and Docket Entry No. 573 in Case No. 17-3284, the "Motion").  The Court finds that approval of the settlement is warranted for substantially the reasons set forth in the Motion.  Accordingly, the Motion, to which no objections have been interposed, is granted, and the Court will endorse and enter separately the *Stipulation and Order with Respect to (A) Rejection of Swap Agreement Between Goldman Sachs Bank USA and Puerto Rico Sales Tax Financing Corporation, (B) Relief from Stay With Respect to Cash Collateral and (C) Allowance and Treatment of Claim.*

This Order resolves Docket Entry No. 5083 in Case No. 17-3283 and Docket Entry No. 573 in Case No. 17-3284.

SO ORDERED.

Dated: February 11, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge