# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3284-LTS |

## NOTICE OF WITHDRAWAL OF A PROOF OF CLAIM FILED AGAINST PUERTO RICO SALES TAX FINANCING CORPORATION AND REQUEST FOR FURTHER RELIEF

**TO THE COURT, THE CLERK OF COURT AND**

**ALL PARTIES OF RECORD**

NOW COMES creditor FIDEOCOMISO DEL VALLE MARTINEZ II, represented by the undersigned counsel and respectfully sets forth and prays as follows:

Creditor Fideocomiso Del Valle Martinez II timely filed two Proofs of Claim in the COFINA Title III PROMESA case against COFINA. Specifically, Fideocomiso Del Valle Martinez II had filed two Proofs of Claim on June 29, 2018 in the COFINA Title III PROMESA

case, CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340), and CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423).

Upon further review, it has been determined that the second Proof of Claim filed on June 29, 2018 in the COFINA Title III PROMESA case on behalf of Fideocomiso Del Valle Martinez II, as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) was filed in error as it is a duplicate of the Proof of Claim filed on behalf of Fideocomiso Del Valle Martinez II against COFINA earlier that same day as CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340). As a result, Fideocomiso Del Valle Martinez II is requesting that the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) against COFINA be withdrawn. This request for withdrawal of the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) is not meant to effect, and should have no effect, on the other Proof of Claim filed against COFINA on behalf of Fideocomiso Del Valle Martinez II earlier on June 29, 2018 as CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340).

Additionally, Fideocomiso Del Valle Martinez II informs that in its "Response To Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims" (Docket No. 5015) (the "Response"), the Response had referenced both of the Proofs of Claim Fideocomiso Del Valle Martinez II had filed against COFINA on June 29, 2018 in the COFINA Title III PROMESA case, CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340), and CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423), and Fideocomiso Del Valle Martinez II had sought relief as to each of the two afore-mentioned proofs of claim in the Response.

In light of its Withdrawal of its Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423), Fideocomiso Del Valle Martinez II requests that all references in the Response to the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423), and any request for relief as to the Proof of Claim filed CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) be considered withdrawn, with the relief which had been sought in such Response - the allowance of the Fideocomiso Del Valle Martinez II's two Proofs of Claim - now be considered to apply only to the Proof of Claim filed against COFINA on behalf of Fideocomiso Del Valle Martinez II on June 29, 2018 as CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340).

This request for withdrawal of the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) is not meant to effect, and should have no effect, on the analysis and on the request for relief requested in the Response as to the other Proof of Claim filed against COFINA on behalf of Fideocomiso Del Valle Martinez II on June 29, 2018 as CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340).

**WHEREFORE** based on the above, the appearing party Fideocomiso Del Valle Martinez II requests that the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) against COFINA be withdrawn, but with such request for withdrawal of the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) having no effect on the other Proof of Claim filed against COFINA on behalf of Fideocomiso Del Valle Martinez II on June 29, 2018 as CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340); and that in light of Fideocomiso Del Valle Martinez II's Notice of Withdrawal of its Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423), all references in its "Response To Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection

(Non-Substantive) to Duplicate Bond Claims" (Docket No. 5015), to the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423), and any request for relief as to the Proof of Claim filed as CM/ECF Claim No. 126-1 (Prime Clerk Claim No. 115423) be considered withdrawn, with the relief sought in such Response, the allowance of Fideocomiso Del Valle Martinez II's two Proofs of Claim, now be considered to apply only to the Proof of Claim filed against COFINA on behalf of Fideocomiso Del Valle Martinez II on June 29, 2018 as CM/ECF Claim No. 125-1 (Prime Clerk Claim No. 115340).

**WE HEREBY CERTIFY** that on this same date, a true and exact copy of this Notice of Appearance has been filed with the Clerk of the Court using the CM-ECF system which will send notification of such filing to all parties or counsels of record at their registered e-mail address.

Respectfully submitted in San Juan, Puerto Rico, this 11th day of February, 2019.

**LAW OFFICES OF**
**MICHAEL CRAIG MCCALL**
P.O. Box 362634
San Juan, PR 00936-2634
Tel. 787-232-4530
Fax. (787) 274-8390

**S/Michael Craig McCall**
Michael Craig McCall
USDC-PR 210412
craigmcc@me.com

**Counsel for Fideocomiso Del Valle Martinez II**