IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representatives of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL. | PROMESA<br>TITLE III<br><br>NO. 17 BK 3283-LTS<br><br>(JOINTLY ADMINISTERED) |

**MOTION TO INFORM REFILING OF REDACTED EXHIBITS
FOR DOCKET NUM. 5042**

**TO THIS HONORABLE COURT:**

COMES NOW, Helvia Cruz Ybarra ("Creditor"), through the undersigned attorney and respectfully states and prays as follows:

1. On December 19, 2019, notice of *Nineteenth Omnibus Objection (Non Substantive) of Puerto Rico Sales Tax Financing Corporation to Duplicate and Deficient Claim*s was notified. [Dkt. #4506].

2. The Creditor's claim number 49548 was included in the claims objected.

3. The Creditor through the undersigned attorney filed the Notice of Appearance at 4:10 pm (AST) [Dkt. #5040] and the response to the Puerto Rico Sales Tax Financing Corporation's Nineteenth Omnibus Objection to her claim. [Dkt. #5042].

**COMPLIANCE WITH RULE FRCP 5.2 AND FRBP 9037**

4. Rule 5.2 of the Federal Rules of Civil Procedure and Rule 9037 of the Federal

Rules of Bankruptcy Procedure state for documents to be filed redacted for privacy protection.

5. Rule 9037 (a) of the Federal Rules of Bankruptcy Procedure states:

"Rule 9037. Privacy Protection For Filings Made with the Court

(a) REDACTED FILINGS. Unless the court orders otherwise, in an electronic or paper filing made with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual, other than the debtor, known to be and identified as a minor, or a financial-account number, a party or nonparty making the filing may include only:

(1) the last four digits of the social-security number and taxpayer-identification number;

(2) the year of the individual's birth;

(3) the minor's initials; and

(4) the last four digits of the financial-account number."

6. The response to the Puerto Rico Sales Tax Financing Corporation's Nineteenth Omnibus Objection to Creditor's claim was filed with Exhibits. [Dkt. #5042]. These Exhibits were not redacted because of the time constraint resulting from several incidents[1], and as such notice was received from the Prime Clerk that they had been placed under seal.

7. In compliance with Rule 5.2 of the Federal Rules of Civil Procedure and Rule 9037 of the Federal Rules of Bankruptcy Procedure, included are the redacted Exhibits pertaining to document filed at docket Number 5042.

**WHEREFORE**, Ms. Helvia Cruz-Ybarra, respectfully informs this Honorable Court that the Exhibits included in Docket Number 5042 are included with this motion in a redacted format and plead for the Exhibits in Docket Number 5042 to be maintained under seal.

I HEREBY CERTIFY that on this same date, I electronically filed this notice with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties in interest, as per the master address list.

---

[1] The incidents were described in Motion filed at Docket Number 5093.

In Cidra, Puerto Rico, this February 11th, 2019.

s/ Rhonda M. Castillo Gammill
**RHONDA M. CASTILLO-GAMMILL**
USDC-PR 218703
9 Cruz Haddock, Suite 3
Cidra, PR 00739
Tel. (787) 739-6353
FAX (787) 739-2216
Cel: (787) 399-7332
e-mail: rhoncat@netscape.net
