HELVIA CRUZ YBARRA
[Redacted]

H
43,592
gop

**YOUR MERRILL LYNCH REPORT**

Primary Account: 6982 [Redacted]

December 01, 2015 - December 31, 2015

**Merrill Lynch**
Bank of America Corporation

[Redacted]

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |



7550



019

1 of 14

**Merrill Lynch**
Bank of America Corporation

[Redacted]

Account Number 6982 [Redacted]

December 01, 2015 - December 31, 2015

## ACCOUNT INVESTMENT OBJECTIVE

[Redacted]

| | | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|
| PUERTO RICO INVS T F FD | | | | | | | |
| SYMBOL: N/A   Initial Purchase: 07/27/11 | | | | | | | |
| Fixed Income 100% | 6,949 | 59,002.26 | 15,009.84 | (43,992.42) | | 59,002 | (43,992) |
| PUERTO RICO FIXD INC FD | | | | | | | |
| SYMBOL: N/A   Initial Purchase: 07/21/11 | | | | | | | |
| Fixed Income 100% | 6,483 | 59,000.55 | 9,400.35 | (49,600.20) | | 59,000 | (49,600) |
| Subtotal (Fixed Income) | | 118,002.81 | 24,410.19 | (93,592.62) | | (93,592) | |
| **TOTAL** | | **118,002.81** | **24,410.19** | **(93,592.62)** | | | |
| **LONG PORTFOLIO** | | | | | | | |
| **TOTAL** | | **118,002.81** | **24,410.19** | **(93,592.62)** | | | |

