HELVIA CRUZ YBARRA

2016

**Merrill Lynch**
Bank of America Corporation

# YOUR MERRILL LYNCH REPORT

Primary Account: 6982 [Redacted]

December 01, 2016 - December 30, 2016

[Redacted]

[Redacted]

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |



**Merrill Lynch**
Bank of America Corporation

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-16982

December 01, 2016 - December 30, 2016

[Redacted]

Account Number: 9982 [Redacted]

## ACCOUNT INVESTMENT OBJECTIVE

[Redacted]

### LONG PORTFOLIO

| | Initial Purchase | | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO INVS T F FD SYMBOL: N/A  Fixed Income 100% | Initial Purchase: 07/27/11 | 6,949 2.4300 | 59,002.26 | 16,886.07 | (42,116.19) | | 59,002 | (42,116) |
| PUERTO RICO FIXD INC FD SYMBOL: N/A  Fixed Income 100% | Initial Purchase: 07/27/11 | 6,483 1.7000 | 59,000.55 | 11,021.10 | (47,979.45) | | 59,000 | (47,979) |
| Subtotal (Fixed Income) | | | 118,002.81 | 27,907.17 | (90,095.64) | | | (90,095) |
| **TOTAL** | | | **118,002.81** | **27,907.17** | **(90,095.64)** | | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment.
**Cumulative Investment Return** is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.
**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.


