HELVIA CRUZ YBARRA

## YOUR MERRILL LYNCH REPORT

Primary Account: 6982

December 01, 2017 - December 29, 2017

**Merrill Lynch**
Bank of America Corporation

# [Redacted]

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Merrill Lynch
Bank of America Corporation

December 01, 2017 - December 29, 2017

[Redacted]

Account Number 9982 [Redacted]

ACCOUNT INVESTMENT OBJECTIVE [Redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| PUERTO RICO INVS T F FD | | | | | | |
| SYMBOL: N/A  Initial Purchase: 07/27/11 | | | | | | |
| Fixed Income 100% | 6,949 | 59,002.26 | 1.4600 | 10,145.54 | (48,856.72) | 59,002 | (48,856) |
| PUERTO RICO FIXD INC FD | | | | | | |
| SYMBOL: N/A  Initial Purchase: 07/27/11 | | | | | | |
| Fixed Income 100% | 6,483 | 59,000.55 | 1.3000 | 8,427.90 | (50,572.65) | 59,000 | (50,572) |
| Subtotal (Fixed Income) | | | | 18,573.44 | (99,429.37) | | (99,428) |
| TOTAL | | 118,002.81 | | 18,573.44 | | | |



8 of 14