IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representatives of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL. | PROMESA<br>TITLE III<br><br>NO. 17 BK 3283-LTS<br><br>(JOINTLY ADMINISTERED) |

MOTION TO INFORM REFILING OF REDACTED EXHIBITS
FOR DOCKET NUM. 5039

**TO THIS HONORABLE COURT:**

COMES NOW, Carlos Ifarraguerri Gomez, MD ("Creditor"), through the undersigned attorney and respectfully states and prays as follows:

1. On December 19, 2019, notice of *Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non Substantive) to Deficient Claim*s was notified. [Dkt. #4410].

2. The Creditor's claim number 79037 was included in the claims objected.

3. The Creditor through the undersigned attorney filed the response to the Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection to his claim. [Dkt. #5039].

4. On February 6, 2019, this Honorable Court directed various Respondents, including this Creditor, to file amended responses on the docket, reflecting redactions of the sensitive information to the extent required by Federal Rule of Bankruptcy Procedure Rule 9037, within seven (7) days from the date hereof. [Dkt #5065].

**COMPLIANCE WITH RULE FRCP 5.2 AND FRBP 9037**

5. Rule 5.2 of the Federal Rules of Civil Procedure and Rule 9037 of the Federal Rules of Bankruptcy Procedure state for documents to be filed redacted for privacy protection.

6. Rule 9037 (a) of the Federal Rules of Bankruptcy Procedure states:

"Rule 9037. Privacy Protection For Filings Made with the Court

(a) REDACTED FILINGS. Unless the court orders otherwise, in an electronic or paper filing made with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual, other than the debtor, known to be and identified as a minor, or a financial-account number, a party or nonparty making the filing may include only:

   (1) the last four digits of the social-security number and taxpayer-identification number;

   (2) the year of the individual's birth;

   (3) the minor's initials; and

   (4) the last four digits of the financial-account number."

7. In compliance with Rule 5.2 of the Federal Rules of Civil Procedure and Rule 9037 of the Federal Rules of Bankruptcy Procedure and this Court's directive, included are the redacted Exhibits pertaining to document filed at docket Number 5039.

**WHEREFORE**, Carlos Ifarraguerri Gomez, MD, respectfully informs this Honorable Court that the Exhibits included in Docket Number 5039 are included with this motion in a redacted format and plead for the Exhibits in Docket Number 5039 to be maintained under seal.

I HEREBY CERTIFY that on this same date, I electronically filed this notice with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties in interest, as per the master address list.

In Cidra, Puerto Rico, this February 11th, 2019.

s/ Rhonda M. Castillo Gammill
**RHONDA M. CASTILLO-GAMMILL**
USDC-PR 218703
9 Cruz Haddock, Suite 3
Cidra, PR 00739
Tel. (787) 739-6353
FAX (787) 739-2216
Cel: (787) 399-7332
e-mail: rhoncat@netscape.net