## Merrill Lynch
Bank of America Corporation

Online at www.mymerrill.com

CARLOS E IFARRAGUERRI

[Redacted]

[Redacted]

Account Number: [Redacted] 6983

[Redacted]

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-16983

Total Value: [Redacted]

Your Financial Advisor: [Redacted]

December 01, 2017 - December 29, 2017

[Redacted]

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

6 of 14

Merrill Lynch
Bank of America Corporation

[Redacted]

Account Number: [Redacted] 6983

December 01, 2017 - December 29, 2017

[Redacted]

## MUTUAL FUNDS/CLOSED END FUNDS/UIT

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO INVS T F FD<br>SYMBOL: N/A  Initial Purchase: 07/27/11<br>Fixed Income 100% | 6,949 | 59,002.26 | 1.4600 | 10,145.54 | (48,856.72) | 59,002 | (48,856) | |
| PUERTO RICO FXD INC FD<br>SYMBOL: N/A  Initial Purchase: 07/27/11 | 6,483 | 59,000.55 | 1.3000 | 8,427.90 | (50,572.65) | 59,000 | (50,572) | |



[Redacted]

## YOUR CMA ASSETS

Account Number 6983 [Redacted]

December 01, 2017 - December 29, 2017

24-Hour Assistance: (800) MERRILL
Access Code: 47-577-16983

### MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued)

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| Fixed Income 100% | | | | | | | | |
| Subtotal (Fixed Income) | | | | 18,573.44 | | | | |
| TOTAL | | 118,002.81 | | 18,573.44 | (99,429.37) | | | |

### LONG PORTFOLIO

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(LOSS) | Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| TOTAL | 118,674.32 | 19,244.95 | (99,429.37) | | (99,428) | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.

**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.

**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Advisor or Investment Center representative for further information on available sales charge discounts and waivers.