UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors. [1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

    Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

------------------------------------------------------------x

ORDER DIRECTING RESPONSE TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' URGENT RESPONSE TO AAFAF'S INFORMATIVE MOTION
DISCLOSING PROPOSED PAYMENT OF $7 MILLION TO BONISTAS DEL PATIO, INC.

    The Court has received and reviewed the *Informative Motion Regarding Stipulation Section 15.2 Expenses* (Docket Entry No. 5097, the "Informative Motion") filed by

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

the Puerto Rico Fiscal Agency and Financial Advisor Authority ("AAFAF") and the *Response to the Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc.* (Docket Entry No. 5100, the "UCC Response"), filed by the Official Committee of Unsecured Creditors (the "UCC").

AAFAF is directed to file a response to the issues raised in the UCC Response by **February 13, 2019 at 5:00 p.m. (Atlantic Standard Time)**. No payment of the Bonistas Expenses (as that term is defined in the Stipulation attached to the Informative Motion) may be made by the Commonwealth pending submission of the response by AAFAF and further order of the Court.

SO ORDERED.

Dated: February 12, 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge