



Peter C. Hein
101 Central Park West, Apt. 14E
New York, NY 10023

Clerk's Office
United States District Court
Room 150
Federal Building
San Juan, Puerto Rico 00918-1767