UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING, IN PART, DEBTOR'S SIXTH URGENT MOTION FOR EXTENSION OF DEADLINES

The Court has received and reviewed the *Sixth Urgent Motion for Extension of Deadlines* (Docket Entry No. 5105, the "Extension Motion") filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), which seeks a further extension of briefing deadlines with respect to the *Request for Payment of Administrative Expense Claim of Post-Petition Lease Payments* (Docket Entry No. 4443, the "Lease Payment Motion") filed by Arcadio Bigio Romero ("Mr. Bigio").

The Extension Motion does not represent that AAFAF has obtained Mr. Bigio's consent to its proposed extension of the briefing deadlines applicable to the Lease Payment Motion. Accordingly, the deadline to file oppositions or otherwise respond to the Lease Payment

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Motion is extended to **February 13, 2019**. The deadline for Mr. Bigio to file a reply to any oppositions shall be extended to **February 22, 2019**.

This Order resolves Docket Entry No. 5105.

SO ORDERED.

Dated: February 12, 2019

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN
United States District Judge