# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA (TITLE III) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | CASE NO.: 17-03283-LTS |
| as representative of | Chapter: 9 |
| THE COMMONWEALTH OF PUERTO RICO, et al. | |
| Debtors | |

## JOINT MOTION FOR WITHDRAWAL
## AND SUBSTITUTION OF LEGAL COUNSEL

TO THE HONORABLE COURT:

Comes now, Caribbean Hospital Corporation (hereafter "CHC"), creditor and/or party-in-interest as to the Commonwealth of Puerto Rico hereto (Case No. 17 BK 3283-LTS) (Proof of Claim no. 54), and respectfully states and moves, as follows:

1. Creditor CHC filled its proof of claim against debtor, The Commonwealth of Puerto Rico, on July 31, 2017, through the legal representation of undersigned attorney, Freddie Pérez González.

2. CHC has agreed with the undersigned, Freddie Pérez González, to the withdrawal of his legal representation in this matter and that effective this date he be substituted by undersigned attorney, Pedro Nicot Santana, as attorney of record for CHS in this case.

3. The undersigned also move for the court to order the Clerk of the Court to cease

all notifications to the undersigned's address and continue its notifications to CHC and though its counsel Pedro Nicot Santana, to the following addresses :

>Pedro Nicot Santana, Esq.
>P. O. Box 360486
>San Juan, P.R. 00936-0486
>pedronicot@gmail.com

>Caribbean Hospital Corporation
>P. O. Box 11691
>San Juan, P.R. 00922
>c/o Dr. Sylvia Lourdes de la Peña
>Secretary

WHEREFORE, it is respectfully requested that this Honorable Court:

A) Accept the withdrawal of Freddie Perez Gonzalez as attorney of record for CHC in this case; and,

B) Take notice that the legal representation of CHC will be provided from now on by Pedro Nicot Santana, Esq.; and,

C) Cease all notifications to the undersigned and continue notifying CHC and Counsel Pedro Nicot Santana to the above stated addresses.

RESPECTFULLY SUBMITTED.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants.

In San Juan, Puerto Rico, this 13th day of February, 2019.

s/Freddie Pérez González　　　　　　s/Pedro Nicot Santana, Esq.
USDC-PR119005　　　　　　　　　　USDC-PR 126601

| | |
|---|---|
| **FREDDIE PEREZ GONZALEZ & ASSOC., P.S.C.**<br>P. O. Box 193729<br>San Juan, Puerto Rico 00919-3729<br>Tel.: (787) 751-4334<br>Fax: (787) 751-1116<br>Email: fperez@fpglaw.com | **PEDRO NICOT SANTANA**<br>P. O. Box 360486<br>San Juan, Puerto Rico 00936-0486<br>Tel.: (787) 647-0715<br>Email: pedronicot@gmail.com |