IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## **ORDER REGARDING PROCEDURES FOR FEBRUARY 26, 2019 HEARING**

In accordance with the Order dated February 8, 2019 (Dkt. No. 1067[1]) a hearing to address the *Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay* (Docket No. 1066) shall be held on **February 26, 2019 at 3:00 p.m. Atlantic Standard Time (2:00 p.m. Eastern Standard Time)**.

The hearing will be held in Courtroom #3 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 and by video teleconference in Courtroom #5 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767.

2.   Judge Dein will be present in the Massachusetts courtroom. **Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts**

---
[1] Unless otherwise indicated, docket numbers refer to case 17-BK-4780.

**courtroom.** Counsel who intend to present oral argument must file an Informative Motion stating their name and the party for which they intend to appear, **no later than February 21, 2019**.

3. Other attorneys, members of the press and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms. There will also be a live feed of the proceedings for members of the press available in a designated space in the Puerto Rico courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **February 21, 2019** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: February 13, 2019