# ❊ UBS

UBS Financial Services
Incorporated of Puerto Rico
1 St. 1, Metro Office Park Ph
Guaynabo PR 00968

CP26000012251 1214 X1 1G 0

## Resource Management Account
December 2014

**Account name:** HELVIA CRUZ YBARRA
**Account number:** ████2365 JE
[Redacted]

**Your Financial Advisor:**
ESTREMERA, JAVIER
Phone: 787-775-4300/866-775-4300

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account ██████ 2365. [Redacted]

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation

**Your risk profile:**
Primary - Moderate

**Investment eligibility consideration** – None
selected

As a service to you, your portfolio value of
$142,837.48 includes the following assets
that are not held by UBS.
Insurance Products    $98,293.92

Information about these assets not held by
UBS, including their value, was provided by
an external source for which UBS is not
responsible. These assets are not covered by
SIPC. See the section *Your assets* for
details.

**Your account instructions**
- Your account cost basis default closing
  method is FIFO, First In, First Out.

## Value of your account

|  | on November 28 ($) | on December 31 ($) |
|---|---|---|
| Your assets | 143,414.56 | 142,837.48 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$143,414.56** | **$142,837.48** |

## Change in the value of your account

|  | December 2014 ($) | Year to date ($) |
|---|---|---|
| Opening account value | $143,414.56 | $141,544.94 |
| Withdrawals and fees, including investments transferred out | 548.01 | -6,674.24 |
| Dividend and interest income | 547.29 | 6,683.32 |
| Change in value of outside assets | -553.06 | 1,005.91 |
| Change in market value | -23.30 | 277.55 |
| **Closing account value** | **$142,837.48** | **$142,837.48** |

[Redacted]

Member SIPC   001225 B601F011 023804   CP26000100012251 P26000003615 00003 1214 011744316 ████ 365JE0 100000   [Redacted]

# UBS

**Resource Management Account**
December 2014

**Account name:** HELVIA CRUZ YBARRA
**Account number:** ██████2365 JE

[Redacted]

**Your Financial Advisor:**
ESTREMERA JAVIER
787-775-4300/866-775-4300



## Cash activity summary

See Account activity this month for details. Balances in your Sweep Options are included in the opening and closing balance value. FDIC insurance applies only to deposits at UBS Bank USA, not to deposits at UBS AG, Stamford Branch or bank deposits placed through the UBS International Deposit Account program. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

| | December 2014 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | $9.80 | $0.00 |
| *Additions* | | |
| Dividend and interest income | 547.29 | 6,683.32 |
| **Total** *additions* | **$547.29** | **$6,683.32** |
| *Subtractions* | | |
| Other funds debited | 548.01 | -6,674.24 |
| **Total** *subtractions* | **-$548.01** | **-$6,674.24** |
| **Net cash flow** | -$0.72 | $9.08 |
| **Closing balances** | **$9.08** | **$9.08** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | December 2014 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 4.81 | 12.38 |
| Tax-exempt dividends | 542.48 | 6,670.94 |
| **Total current year** | **$547.29** | **$6,683.32** |
| **Total dividend & interest** | **$547.29** | **$6,683.32** |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | December 2014 ($) | Year to date ($) | gains and losses ($) |
| Long term | 0.00 | 0.00 | -73,463.33 |

## Withholdings and tax summary

| | December 2014 ($) | Year to date ($) |
|---|---|---|
| Puerto Rico taxes paid | -0.72 | -1.48 |

## UBS Bank USA Deposit Account APY

*Interest period Nov 7 - Dec 4*

| | |
|---|---|
| Opening UBS Bank USA Deposit balance Nov 7 | $9.80 |
| Closing UBS Bank USA Deposit balance Dec 4 | $9.80 |
| Number of days in interest period | 28 |
| Average daily balance | $9.35 |
| Interest earned | $0.00 |
| Annual percentage yield earned | 0.00% |

[Redacted]




# UBS

**Resource Management Account**
December 2014

**Account name:** HELVIA CRUZ YBARRA
**Account number:** ▇▇▇ 2365 JE
[Redacted]

**Your Financial Advisor**
ESTREMERA, JAVIER
787-775-4300/866-775-4300

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See Important information about your statement at the end of this document for more information.

## Cash

### Cash and money balances

Cash and money balances may include available cash balances, UBS Bank USA deposit account balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

UBS Bank USA deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC, but are not insured by the FDIC. See the important information about your statement at the end of this document for details about those balances.

| Holding | Opening balance on Dec 1 ($) | Closing balance on Dec 31 ($) |
|---|---|---|
| UBS BANK USA DEP ACCT | 5.80 | 6.06 |

## Fixed income

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are valued or calculated by UBS Asset Managers of Puerto Rico, the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments, in order to determine the adjusted cost basis for tax reporting purposes.

| Holding | Number of shares | Purchase price Average price per share ($) | Client investment ($) | Price per share on Dec 31 ($) | Average yield | Dividend/interest period | Days in period | Cap amount ($) |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO INVESTORS TAX FREE FUND INC | | | | | | | | 250,000.00 |

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

Unrealized (net) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (net) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Cost basis ($) | Price per share on Dec 31 ($) | Value on Dec 31 ($) | Unrealized (net) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|

[Redacted]

continued next page



# UBS

Resource Management Account
December 2014

**Account name:** HELVA CRUZ YBARRA
**Account number:** [Redacted] 2355 IE

**Your Financial Advisor:**
ESTREMERA, JAVIER
787-775-4300/866-775-4300

## Your assets › Fixed income › Closed end funds & Exchange traded products (continued)

| Holding | Number of shares | Purchase price Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Dec 31 ($) | Value on Dec 31 ($) | Unrealized (net) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Trade date: Jul 27, 11 | 6,949.000 | 8.490 | 59,002.26 | 59,002.26 | 3.470 | 24,113.03 | -34,889.23 | -34,889.23 | LT |
| EAI: $3,197 Current yield: 13.26% | | | | | | | | | |
| PUERTO RICO FIXED INCOME FUND INC | | | | | | | | | |
| Trade date: Jul 27, 11 | 6,483.000 | 9.130 | 59,000.55 | 59,000.55 | 3.150 | 20,421.45 | -38,579.10 | -38,579.10 | LT |
| EAI: $3,371 Current yield: 16.51% | | | | | | | | | |
| **Total** | | | **$118,002.81** | **$118,002.81** | | **$44,534.48** | **-$73,468.33** | **-$73,468.33** | |

**Total estimated annual income: $6,568**

## Other

### Assets held outside UBS Financial Services Inc.

These assets are held outside UBS Financial Services Inc. and are included in your statement as a service to you. Information about these assets, including their value, is provided by the issuer and UBS Financial Services Inc. does not guarantee the accuracy of the information and is not responsible for it. The value shown is not necessarily the value you would receive from the issuer if you sold the assets. These assets are not covered by SIPC.

### Annuities

| Holding | Death benefit ($) | Living benefit ($) | Surrender value ($) | Surrender charge Expiration date | Total premium ($) | Total withdrawal ($) | Value ($) |
|---|---|---|---|---|---|---|---|
| AXA EQUITABLE LIFE INS COMPANY ACCUMULATOR PLUS 2007 AS OF 12/30/2014 CONTRACT NBR [Redacted]410 RATE - VARIABLE ISSUE DATE: 11/20/2008 PORTFOLIOS: AXA/MODERATE PLUS - 100.00% | 118,955.28 | 118,955.28 | 94,527.00 | Dec 26 2016 | 78,827.00 | 0.00 | 98,293.92 |



# UBS

Resource Management Account
December 2014

**Account name:** HELVIA CRUZ YBARRA
**Account number:** ▬ 2365 JE

[Redacted]

**Your Financial Advisor**
ESTREMERA JAVIER
787-775-6300/866-775-4300

## Your assets (continued)

### Your total assets

| | Value on Dec 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| Cash and money balances | 9.08 | 0.01% | 9.08 | | |
| **Fixed income** | | | | | |
| Closed end funds & Exchange traded products | 44,534.48 | 31.19% | 118,002.81 | 6,568.00 | -73,468.33 |
| **Other** | | | | | |
| Annuities | 98,293.92 | 68.81% | | | |
| **Total** | **$142,837.48** | **100.00%** | **$118,011.89** | **$6,568.00** | **-$73,468.33** |

## Account activity this month

You have qualified for a $150.00 Annual account fee waiver.

### Dividend and interest income

| Date | Activity | Description | | Amount ($) |
|---|---|---|---|---|
| **Taxable dividends** | | | | |
| Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND INC PAID ON | 6485 | 4.81 |
| | | | | **$4.81** |
| **Total taxable dividends** | | | | |
| Dec 10 | Puerto Rico Dividend | PUERTO RICO INVESTORS TAX FREE FUND INC | | 266.38 |
| Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND INC PAID ON | 5493 | 276.10 |
| **Total tax-exempt dividends** | | | | **$542.48** |
| **Total dividend and interest income** | | | | **$547.29** |

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Other funds debited** | | | |
| Dec 10 | Puerto Rico Tax Withheld | PUERTO RICO FIXED INCOME FUND INC | -0.72 |
| Dec 12 | Withdrawal | BANCO POPULAR DE PUERTO RICO ELECTRONIC FUNDS TRANSFER | -547.29 |
| **Total other funds debited** | | | **-$548.01** |

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| **Money balance activities** | | | |
| Nov 28 | Balance forward | | $9.80 |
| Dec 11 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 546.57 |
| Dec 15 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT AS OF 12/12/14 | -547.29 |
| Dec 31 | Closing UBS Bank USA Deposit Account | | $9.08 |

The UBS Bank USA Deposit Account is your primary sweep option.

[Redacted]



001225 B601F011 023806   CP25B091 000012253 P250000003815 00009 1214 0117 44315 ▬▬2365350 100000



% UBS

## Your notes

[Redacted]