**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO <br><br> As representatives of <br><br> THE COMMONWEALTH OF PUERTO RICO, ET AL. | **PROMESA** <br> **TITLE III** <br><br> **NO. 17 BK 3283-LTS** <br><br> **(JOINTLY ADMINISTERED)** |

### ANSWER TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTATIVE) TO DEFICIENT CLAIMS

**TO THIS HONORABLE COURT:**

COMES NOW, Carlos Ifarraguerri Gómez, MD. through the undersigned attorney and respectfully states and prays as follows:

1. The Claimant filed a Proof of Claim registered as Claim 79037 in the amount of $96,478.00 in Bankruptcy Case Number 17 BK 03284.

2. Claimants contact information is Urb. Sabanera, 182 Camino del Prado, Cidra, PR, 00739.

3. Reason for opposing sixth omnibus objection for Proof of Claim number 79037 indicated that it filed to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any other Title III Debtors.

4. The Proof of Claim stated as cause of claim the losses from investments in mutual funds, including Puerto Rico Investment Trust Funds and Puerto Rico Fixed Income Funds, in which portion corresponding to debtors was unknown.

5. Appearing Party states that documents were filed. Documents are included for additional years in support of claim.

WHEREFORE, the appearing creditor respectfully requests that the Court DENIES the SIXTH OMNIBUS OBJECTION with respect to Carlos Ifarraguerri Gómez, MD's claim, as supporting documents support claim.

I HEREBY CERTIFY that on this same date, I electronically filed this notice with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties in interest, as per the master address list.

In Cidra, Puerto Rico, this February 1st, 2019

/s/ Rhonda M. Castillo Gammill
**RHONDA M. CASTILLO-GAMMILL**
USDC-PR 218703
9 Cruz Haddock, Suite 3
Cidra, PR 00739
Tel. (787) 739-6353
Cel (787) 399-7332
e-mail: rhoncat@netscape.net