

# Resource Management Account

December 2013

**Account name:** CARLOS E (FARRAGUERRI)
**Account number:** ●●● 2564 JE
[Redacted]

UBS Financial Services
Incorporated of Puerto Rico
1 St. 1, Metro Office Park Ph
Guaynabo PR 00968

**Your Financial Advisor:**
ESTREMERA, JAVIER
Phone: 787-775-4300/366-775-4300

**Questions about your statement?**
Call your Financial Advisor of the
RMA ResourceLine at 800-RMA-1000,
account ●●●●● 364
[Redacted]

**Visit our website:**
www.ubs.com/financialservices

**Your investment objectives**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
important information about your
statement at the end of this document.

**Your return objective:**
Current income & capital appreciation

**Your risk profile:**
Primary - Moderate
Investment eligibility consideration – None selected

## Value of your account

|  | on November 29 ($) | on December 31 ($) |
|---|---|---|
| Your assets | 169,359.53 | 165,105.90 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$169,359.53** | **$165,105.90** |

As a service to you, your portfolio value of $165,105.90 includes the following assets that are not held by UBS:
Insurance Products $120,848.97

Information about these assets not held by UBS, including their value, was provided by an external source for which UBS is not responsible. These assets are not covered by SIPC. See the section Your assets for details.

**Your account instructions**
- Your account cost basis default closing method is FIFO, First In, First Out.

## Change in the value of your account

|  | December 2013 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | $169,359.53 | $224,198.61 |
| Withdrawals and fees, including investments transferred out | -561.77 | -8,528.91 |
| Dividend and interest income | 561.77 | 8,526.91 |
| Change in value of outside assets | 1,239.51 | 17,398.56 |
| Change in market value | -5,493.14 | -76,491.27 |
| **Closing account value** | **$165,105.90** | **$165,105.90** |



[Redacted]



**UBS**

Resource Management Account
December 2013

Account name: CARLOS E IFARRAGUERRI
Account number: ████ 2364 IE

[Redacted]

Your Financial Advisor:
ESTREMERA, JAVIER
787-775-4300/866-775-4300

## Cash activity summary

See Account activity this month for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies only to deposits at UBS Bank USA, not to deposits at UBS AG, Stamford Branch or bank deposits placed through the UBS International Deposit Account program. SIPC protection applies to money market fund holdings but not bank deposits. See important information about your statement on the last two pages of this document for details.

| | December 2013 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | $0.00 | $0.00 |
| *Additions* | | |
| Dividend and interest income | 561.77 | 8,528.91 |
| *Total additions* | **$561.77** | **$8,528.91** |
| *Subtractions* | | |
| Other funds debited | -561.77 | -8,528.91 |
| *Total subtractions* | **-$561.77** | **-$8,528.91** |
| **Closing balances** | **$0.00** | **$0.00** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Form 1099 and the Form 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | December 2013 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 13.20 | 232.36 |
| Tax-exempt dividends | 548.57 | 8,296.55 |
| **Total current year** | **$561.77** | **$8,528.91** |
| **Total dividend & interest** | **$561.77** | **$8,528.91** |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | December 2013 ($) | Year to date ($) | gains and losses ($) |
| Long term | 0.00 | 0.00 | -73,745.88 |

## Withholdings and tax summary

| | December 2013 ($) | Year to date ($) |
|---|---|---|
| Puerto Rico taxes paid | | -1.32 | -23.23 |

## UBS Bank USA Deposit Account APY

*Interest period Nov 7 - Dec 5*

| | |
|---|---|
| Opening UBS Bank USA Deposit balance Nov 7 | $0.71 |
| Closing UBS Bank USA Deposit balance Dec 5 | $0.00 |
| Number of days in interest period | 29 |
| Average daily balance | $0.15 |
| Interest earned | $0.00 |
| Annual percentage yield earned | 0.00% |





# UBS

**Resource Management Account**
December 2013

**Account name:** CARLOS E IFARRAGUERRI
**Account number:** [Redacted] 2364 JE

Your Financial Advisor:
ESTREMERA, JAVIER
787-775-4300/866-775-4300

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *important information* about your statement at the end of this document for more information.

## Fixed income

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Dec 31 ($) | Value on Dec 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| **PUERTO RICO INVESTORS TAX FREE FUND INC.** | | | | | | | | | |
| Trade date: Jul 27, 11 | 6,949.000 | 8.490 | 59,002.26 | 59,002.26 | 3.570 | 24,807.93 | -34,194.33 | -34,194.33 | LT |
| EAI: $3,370 Current yield: 13.58% | | | | | | | | | |
| **PUERTO RICO FIXED INCOME FUND INC** | | | | | | | | | |
| Trade date: Jul 27, 11 | 6,483.000 | 9.100 | 59,000.55 | 59,000.55 | 3.000 | 19,449.00 | -39,551.55 | -39,551.55 | LT |
| EAI: $3,371 Current yield: 17.33% | | | | | | | | | |
| **Total** | | | **$118,002.81** | **$118,002.81** | | **$44,256.93** | **-$73,745.88** | **-$73,745.88** | |

Total estimated annual income: $6,741

[Redacted]

## UBS

Resource Management Account
December 2013

Account name: CARLOS E IFARRAGUERRI
Account number: [Redacted] 2364 JE

Your Financial Advisor:
ESTREMERA, JAVIER
787-775-4300/866-775-4300

### Your assets (continued)

### Other

### Assets held outside UBS Financial Services Inc.

These assets are held outside UBS Financial Services Inc. and are included in your statement as a service to you. Information about these assets, including their value, is provided by the issuer and UBS Financial Services Inc. does not guarantee the accuracy of the information and is not responsible for it. The value shown is not necessarily the value you would receive from the issuer if you sold this asset. These assets are not covered by SIPC.

### Annuities

| Holding | Death benefit ($) | Living benefit ($) | Surrender value ($) | Surrender charge Expiration date | Total premium ($) | Total withdrawal ($) | Value ($) |
|---|---|---|---|---|---|---|---|
| AXA EQUITABLE LIFE INS COMPANY ACCUMULATOR PLUS 2007 AS OF 12/30/2013 CONTRACT NBR ■■■■■ 438 RATE - VARIABLE ISSUE DATE: 11/20/2008 PORTFOLIO: AXA MODERATE PLUS - 100.00% [Redacted] | 138,745.15 | 138,745.15 | 115,703.43 | Dec 17 2016 | 97,923.00 | 0.00 | 120,848.97 |

### Your total assets

| | Value on Dec 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|
| Fixed income Closed end funds & Exchange traded products | 44,256.93 | 26.81% | 118,002.81 | 6,741.00 | -73,745.88 |
| Other Annuities | 120,848.97 | 73.19% | | | |
| **Total** | **$165,105.90** | **100.00%** | **$118,002.81** | **$6,741.00** | **-$73,745.88** |

## Account activity this month

### Dividend and interest income

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Taxable dividends | | | |
| Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND INC PAID ON 6483 | 13.20 |
| **Total taxable dividends** | | | **$13.20** |
| Tax-exempt dividends | | | |
| Dec 10 | Puerto Rico Dividend | PUERTO RICO INVESTORS TAX FREE FUND INC | 280.86 |

continued next page

CPZ6000100001634 PZ60000041855 00004 121301174431 [Redacted] 2354JEO 100000 [Redacted]

# UBS

**Resource Management Account**
December 2013

Account name: CARLOS E IFARRAGUERRI
Account number: [Redacted] 2364 JE

Your Financial Advisor:
ESTREMERA, JAVIER
787-775-4300/866-775-4300

## Account activity this month (continued)

### Dividend and interest income (continued)

**Tax-exempt dividends (continued)**

| Date | Activity | Description | Amount ($) |
|------|----------|-------------|------------|
| Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND INC PAID ON 6483 | 267.71 |

Total tax-exempt dividends $548.57

**Total dividend and interest income** $561.77

### Other funds debited

| Date | Activity | Description | Amount ($) |
|------|----------|-------------|------------|
| Dec 10 | Puerto Rico Tax Withheld | PUERTO RICO FIXED INCOME FUND INC | -1.32 |
| Dec 13 | Withdrawal | BANCO POPULAR DE PUERTO RICO ELECTRONIC FUNDS TRANSFER | -560.45 |

**Total other funds debited** -$561.77

### Money balance activities

| Date | Activity | Description | Amount ($) |
|------|----------|-------------|------------|
| Nov 29 | Balance forward | | $0.00 |
| Dec 11 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 560.45 |
| Dec 16 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT AS OF 12/13/13 | -560.45 |
| Dec 31 | Closing UBS Bank USA Deposit Account | | $0.00 |

The UBS Bank USA Deposit Account is your primary sweep option

[Redacted]
0013298B01F011 0252269   CF26000180001634S P26000004189 00004 121301174431600 2364JE0 100000

## UBS

Your notes

End of statement for account number [Redacted] 2364 JE