**Merrill Lynch**
Bank of America Corporation

CARLOS E IFARRAGUERRI
URB SABANERA
182 CAMINO DEL MONTE
CIDRA PR 00739-9475

Primary Account: [Redacted]6983 [Redacted]

**If you have questions on your statement,**
**call 24-Hour Assistance:**
(800) MERRILL
(800) 637-7455
Access Code: [Redacted]6983

**Investment Advice and Guidance:**
Call Your Financial Advisor

**Your Financial Advisor:**
JAVIER ESTREMERA
#15 SECOND STREET, SUITE 210
GUAYNABO PR 00968
javier.estremera@ml.com
1-800-523-0663

Up-to-date account information can be viewed at www.mymerrill.com where your statements are archived for three or more years.

Questions about MyMerrill? Click the "help" tab at the top of the screen once you log in.

# YOUR MERRILL LYNCH REPORT

## SUMMARY

| | December 30 | November 30 | Month Change |
|---|---|---|---|
| **Total Value**¹ | **$128,667.72** | **$128,894.22** | **($226.50)** ▼ |
| Your assets | $27,907.17 | $27,907.17 | |
| Your liabilities² | | | |
| Assets Not Held/Valued By MLPF&S⁴ | $100,760.55 | $100,987.05 | ($226.50) ▼ |
| Your Net Cash Flow (Inflows/Outflows) | ($371.70) | ($371.70) | |
| Securities You Transferred In/Out | | | |
| **Subtotal Net Contributions** | **($371.70)** | **($371.70)** | |
| Your Dividends/Interest Income | $371.70 | $371.70 | |
| Your Market Gains/(Losses) | ($226.50) | ($1,661.80) | |
| **Subtotal Investment Earnings** | **$145.20** | **($1,290.10)** | |

⁴ Total value includes assets Not Held/Valued By MLPF&S.

### Total Value (Net Portfolio Value) plus Assets Not Held/Valued By MLPF&S, if any) in thousands, 2015-2016

[line chart showing values from 6/15 through 12/16, approximately 134, 130, 134, 131, 129, 129, 129]

6/15 12/15* 1Q16 2Q16 3Q16 10/16 11/16 12/16
* Link relationship change

Includes cash/margin debt balances and short market values. See Your Balance Sheet and account statements for more details.
¹ The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, may vary from values (if any) provided by the issuer or others, and may change. These investments are generally illiquid, not listed on any securities exchange or NASDAQ market, and investors may not be able to sell them or realize amounts shown upon a sale or liquidation. Except for alternative retirement accounts, MLPF&S does not hold or act as custodian of and has no responsibility to safekeep, monitor or value these investments and the investments are not registered in the name of nor held by MLPF&S or its nominees. MLPF&S makes no representation as to the accuracy of the value(s) provided, and the investments are not covered by SIPC.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |



Primary Account: [Redacted] 6983

24-Hour Assistance: (800) MERRILL
Access Code: 6983

December 01, 2016 - December 30, 2016

Page 6

# YOUR ACCOUNTS

| | Account No. | Account Type/Managing Firm | December 30 | November 30 |
|---|---|---|---|---|

## ■ INVESTMENTS & CASH MANAGEMENT

| | 2364 | Master CMA | 128,667.72 | 126,894.22 |

## ■ RETIREMENT
[Redacted]

Planning for ways to make your money last

## ■ CREDIT & LENDING
Speciality Loan Management Solutions and other ready-to pay solutions, cash to your advisor

## ■ ESTATE PLANNING SERVICES
Is your legacy preserved your wishes fulfilled? Your security advisor today.

## ■ SOLUTIONS FOR BUSINESS
Helping you to identify the small business needs, with a variety of Cash Management Account Solutions

All statements/accounts are issued at Merrill Lynch, Pierce, Fenner & Smith Incorporated Member SIPC. Bank deposits are insured at Merrill Lynch affiliate banks and subsidiaries. Insurance services are provided by FDIC insurance up to applicable limits. Insurance are not deposits or obligations of, or guaranteed by, Bank of America Corporation or any of its affiliates. These statements are presented for your information purposes only; account-owners should review all original statements carefully. Merrill Lynch securities accounts may have different reporting and disclosure of sale transactions, if this report does not reflect all of your most recent account activity, please disregard and await the next statement. Merrill Lynch securities accounts.

Merrill Lynch
Bank of America Corporation

Primary Account: [Redacted]6983 [Redacted] [Redacted]

# YOUR BALANCE SHEET (for your ML accounts)

December 01, 2016 - December 30, 2016

## ASSETS

| | December 30 | November 30 |
|---|---|---|
| Cash/Money Accounts | - | - |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | **27,907.17** | 27,907.17 |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | **27,907.17** | 27,907.17 |
| **TOTAL ASSETS** | **$27,907.17** | $27,907.17 |

## INVESTMENT LIABILITIES

| | | |
|---|---|---|
| Margin Loan/Debit Balance | - | - |
| Short Market Value | - | - |
| *Subtotal* | - | - |
| **NET PORTFOLIO VALUE** | **$27,907.17** | $27,907.17 |
| Assets Not Held/Valued By MLPF&S [1] | **$100,760.55** | $100,987.05 |
| **TOTAL VALUE** | **$128,667.72** | $128,894.22 |

## OTHER LIABILITIES (not included in Net Portfolio Value)

| | | |
|---|---|---|
| Loan Management Account [2] | - | - |
| Mortgages | - | - |
| Home Equity Loans | - | - |
| Business Loans | - | - |
| *Subtotal* | - | - |
| **TOTAL LIABILITIES** | - | - |

## CASH FLOW

| | This Report | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | - | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | **1,868.35** | 20,551.85 |
| *Subtotal* | **1,868.35** | 20,551.85 |
| **DEBITS** | | |
| Electronic Transfers | **(1,739.57)** | (21,028.09) |
| Margin Interest Charged | - | - |
| Other Debits | **(500.48)** | (4,258.53) |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| *Subtotal* | **(2,240.05)** | (25,286.62) |
| **Net Cash Flow** | **($371.70)** | ($4,734.77) |
| Dividends/Interest Income | **371.70** | 4,734.77 |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | - | |
| Securities You Transferred In/Out | - | - |

(1) The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, may vary from values (if any) provided by the issuer or others, and may change. These investments are generally illiquid, not listed on any securities exchange or NASDAQ market, and investors may not be able to sell them or realize amounts shown upon a sale or liquidation. Except for individual retirement accounts, MLPF&S does not hold or act as custodian of and has no responsibility to safekeep, monitor or value these investments and the investments are not registered in the name of nor held by MLPF&S or its nominees. MLPF&S makes no representation as to the accuracy of the value(s) provided, and the investments are not covered by SIPC.

(2) Secured by assets in a Merrill Lynch account

# YOUR PORTFOLIO REVIEW

Primary Account: [Redacted] 6983   [Redacted]

[Redacted]
24-Hour Assistance: (800) MERRILL
Access Code: [Redacted] 6983

December 01, 2016 - December 30, 2016

## ASSET ALLOCATION*

*Estimated Accrued Interest not included, may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed-end funds, and UITs.

| | Current Value | Allocation |
|---|---|---|
| Fixed Income | 100,760.55 | 78.31% |
| Other | 27,907.17 | 21.69% |
| **TOTAL** | **$128,667.72** | **100%** |

## TOP FIVE PORTFOLIO HOLDINGS
*Based on Estimated Market Value*

| | Current Value | Portfolio % |
|---|---|---|
| PUERTO RICO INVS T F D | 16,886.07 | 60.51% |
| PUERTO RICO FIXD INC FD | 11,021.10 | 39.49% |

## CURRENT INCOME



Your Estimated Annual Income

## FINANCIAL MARKET INDICATORS

| | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 2238.83 | 2198.81 | 2043.94 |
| Three-Month Treasury Bills | .50% | .48% | .16% |
| Long-Term Treasury Bonds | 3.07% | 3.03% | 3.02% |
| One-Month LIBOR | .75% | .57% | .42% |
| NASDAQ | 5383.12 | 5323.68 | 5007.41 |

**Merrill Lynch**
Bank of America Corporation

# YOUR MONTHLY INCOME & GAIN/(LOSS) REVIEW

Primary Account: [Redacted]6983

December 01, 2016 - December 30, 2016

## INCOME SUMMARY

| | | This Report | | | | Year to Date | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | Tax Exempt Interest | Taxable Interest | Tax Exempt Dividends | Taxable Dividends | Total This Report Income | Tax Exempt Interest | Taxable Interest | Tax Exempt Dividends | Taxable Dividends | Total YTD Income |
| [Redacted]6983 | [Redacted] | - | - | 360 | 12 | 372 | - | - | 4,581 | 154 | 4,735 |
| **TOTAL** | | - | - | $360 | $12 | $372 | - | - | $4,581 | $154 | $4,735 |

## GAIN/(LOSS) SUMMARY

| | Realized Gains/(Losses) | | | | Long Term Capital Gain Distributions | Unrealized Gains/(Losses) | |
|---|---|---|---|---|---|---|---|
| Account No. | This Report Short Term | YTD Short Term | This Report Long Term | YTD Long Term | Year To Date | Short Term | Long Term |
| [Redacted]6983 | [Redacted] | - | - | - | - | - | - | ($90,095.64) |
| **TOTAL** | | - | - | - | - | - | - | ($90,095.64) |

This page intentionally left blank

Merrill Lynch
Bank of America Corporation

[Redacted]

Online at: **www.mymerrill.com**

Account Number: [redacted]6983

**24-Hour Assistance: (800) MERRILL** [Redacted]
Access Code: [redacted]6983

CARLOS E IFARRAGUERRI
URB SABANERA
182 CAMINO DEL MONTE
CIDRA PR 00739-9475

[Redacted]

**Total Value:** **$128,667.72**

**Your Financial Advisor:**
JAVIER ESTREMERA
#15 SECOND STREET, SUITE 210
GUAYNABO PR 00968
javier.estremera@ml.com
1-800-529-0683

[redacted]2364

This account is enrolled in the Master Financial Service

December 01, 2016 - December 30, 2016

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** | **$128,894.22** | |
| Total Credits | 2,240.05 | 25,286.62 |
| Total Debits | (2,240.05) | (25,286.62) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (226.50) | (3,185.71) |
| **Closing Value** | [illegible] | |

## ASSETS

| | December 30 | November 30 |
|---|---|---|
| Cash/Money Accounts | - | - |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | 27,907.17 | 27,907.17 |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | **27,907.17** | 27,907.17 |
| **TOTAL ASSETS** | **$27,907.17** | $27,907.17 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$27,907.17** | $27,907.17 |
| Assets Not Held/Valued By MLPF&S [2] | $100,760.55 | $100,987.05 |
| **TOTAL VALUE** | **$128,667.72** | $128,894.22 |

[2] Please see Assets Not Held/Valued By MLPF&S section for an important disclosure.

*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

*Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:* **Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value**



2364
[Redacted]
2364

Account Number: 6983
[Redacted]

[Redacted]

**24-Hour Assistance: (800) MERRILL**
Access Code: 6983

December 01, 2016 - December 30, 2016

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | - | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | 1,868.35 | 20,551.85 |
| *Subtotal* | **1,868.35** | *20,551.85* |
| **DEBITS** | | |
| Electronic Transfers | (1,739.57) | (21,028.09) |
| Margin Interest Charged | - | - |
| Other Debits | (500.48) | (4,258.53) |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| *Subtotal* | ***(2,240.05)*** | *(25,286.62)* |
| **Net Cash Flow** | **($371.70)** | ($4,734.77) |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 371.70 | 4,734.77 |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | - | |
| Securities You Transferred In/Out | - | - |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Allocation |
|---|---|
| Other | 78.31% |
| Fixed Income | 21.69% |
| **TOTAL** | **100%** |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |

Merrill Lynch
Bank of America Corporation

[redacted]2364 [Redacted]

Account Number: [redacted]6983 [Redacted]

24-Hour Assistance: (800) MERRILL
Access Code: [redacted]6983 [Redacted]
December 01, 2016 - December 30, 2016

# ACCOUNT INVESTMENT OBJECTIVE

**TOTAL RETURN:** Objective is to strike a balance between current income and growth. Despite the relatively balanced nature of the portfolio, the investor should be willing to assume the risk of price volatility and principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

# YOUR CMA ASSETS

| **MUTUAL FUNDS/CLOSED END FUNDS/UIT** *Description* | *Quantity* | *Total Cost Basis* | *Estimated Market Price* | *Estimated Market Value* | *Unrealized Gain/(Loss)* | *Total Client Investment* | *Cumulative Investment Return ($)* | *Estimated Annual Income* | *Current Yield%* |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO INVS T F FD<br>SYMBOL: N/A Initial Purchase:07/27/11<br>Fixed Income 100% | 6.949 | 59,002.26 | 2.4300 | **16,886.07** | (42,116.19) | 59,002 | **(42,116)** | | |
| PUERTO RICO FIXD INC FD<br>SYMBOL: N/A Initial Purchase:07/27/11<br>Fixed Income 100% | 6.483 | 59,000.55 | 1.7000 | **11,021.10** | (47,979.45) | 59,000 | **(47,979)** | | |
| *Subtotal (Fixed Income)* | | | | 27,907.17 | | | | | |
| **TOTAL** | | 118,002.81 | | **27,907.17** | (90,095.64) | | **(90,095)** | | |

| **LONG PORTFOLIO** | *Adjusted/Total Cost Basis* | *Estimated Market Value* | *Unrealized Gain/(Loss)* | *Estimated Accrued Interest* | *Estimated Annual Income* | *Current Yield%* |
|---|---|---|---|---|---|---|
| **TOTAL** | 118,002.81 | **27,907.17** | (90,095.64) | | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.





[Redacted]

[redacted]2364 [Redacted] Account Number:[redacted]6983 **24-Hour Assistance: (800) MERRILL**

[Redacted] Access Code: [redacted]6983

# YOUR CMA ASSETS

December 01, 2016 - December 30, 2016

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

# ASSETS NOT HELD/VALUED BY MLPF&S

The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, may vary from values (if any) provided by the issuer or others, and may change. These investments are generally illiquid, not listed on any securities exchange or NASDAQ market and investors may not be able to sell them or realize amounts shown upon a sale or liquidation. Except for individual retirement accounts, MLPF&S does not hold or act as custodian of and has no responsibility to safekeep, monitor or value these investments and the investments are not registered in the name of nor held by MLPF&S or its nominees. MLPF&S makes no representation as to the accuracy of the value(s) provided, and the investments are not covered by SIPC.

**YOUR INSURANCE CONTRACTS**

| *Life Insurance / Annuities* | *Contract Value* | *Estimated Annual Payments* |
|---|---|---|
| AXA ACCUMULATOR PLUS 07<br>POLICY NUMBER [redacted]1438 [Redacted]<br>CONTRACT VALUE AS OF 12/29/16 | **100,760** | |
| **TOTAL** | **100,760** | |

This Insurance Contracts Summary is provided to you as a courtesy and is reported to you based upon information supplied by the issuing insurance company. The official accounting of your life insurance or annuity contract values will be provided by the issuing insurance company in a separate statement. If the life insurance or annuity product is variable, the investments underlying the contract values are held in the insurance company's separate account, which is registered with the SEC under the Investment Company Act of 1940. If the insurance product is fixed or you have elected a fixed interest subaccount, these guarantees are provided by the issuing insurance company and are backed by its claims-paying ability. Insurance product(s) and any underlying variable product investment option(s) are not held in your Merrill Lynch CMA Account and are not covered by SIPC protection. Any questions concerning your contract should be directed to the issuing insurance company. Insurance and annuity contract guarantees and benefits are not backed by Merrill Lynch, or any of its affiliates, and none of them makes any representations or guarantees regarding the claims-paying ability of the issuing insurance company.

**Insurance and Annuity Products: - ARE NOT FDIC INSURED - ARE NOT BANK GUARANTEED - MAY LOSE VALUE - ARE NOT A BANK DEPOSIT - ARE NOT A CONDITION TO ANY BANKING SERVICE OR ACTIVITY - ARE NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY.**

Merrill Lynch
Bank of America Corporation

[Redacted] 2364 [Redacted]    Account Number: [Redacted] 6983

## ASSETS NOT HELD/VALUED BY MLPF&S

December 01, 2016- December 30, 2016

**TOTAL ASSETS NOT HELD/VALUED BY MLPF&S** **$100,760.55**

The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, may vary from values (if any) provided by the issuer or others, and may change. These investments are generally illiquid, not listed on any securities exchange or NASDAQ market, and investors may not be able to sell them or realize amounts shown upon a sale or liquidation. Except for individual retirement accounts, MLPF&S does not hold or act as custodian of and has no responsibility to safekeep, monitor or value these investments and the investments are not registered in the name of nor held by MLPF&S or its nominees. MLPF&S makes no representation as to the accuracy of the value(s) provided, and the investments are not covered by SIPC.

## YOUR CMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|---|---|---|---|---|---|
| 12/12 | Nonrpt Fgn Div | | PUERTO RICO INVS T F FD HOLDING 6949.0000 PAY DATE 12/12/2016 | 185.31 | |
| 12/12 | Nonrpt Fgn Div | | PUERTO RICO FIXD INC FD HOLDING 6483.0000 PAY DATE 12/12/2016 | 174.35 | |
| | *Subtotal (Tax-Exempt Dividends)* | | | 359.66 | 4,580.67 |
| 12/12 | *Rpt Fgn Div | | PUERTO RICO FIXD INC FD HOLDING 6483.0000 PAY DATE 12/12/2016 | 12.04 | |
| | *Subtotal (Taxable Dividends)* | | | 12.04 | 154.10 |
| | **NET TOTAL** | | | **371.70** | **4,734.77** |

**CASH/OTHER TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 12/14 | Funds Transfer | | BANCO POPULAR | 369.89 | |
| 12/15 | Funds Transfer | | BANCO POPULAR | 1,369.68 | |
| | *Subtotal (Electronic Transfers)* | | | 1,739.57 | |

+

[Redacted]

[redacted]2364 [Redacted] Account Number:[redacted]6983 [Redacted]

**24-Hour Assistance: (800) MERRILL**
Access Code:[redacted]6983

# YOUR CMA TRANSACTIONS

December 01, 2016 - December 30, 2016

**CASH/OTHER TRANSACTIONS** (continued)

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 12/12 | Fgn Div Tax | | PUERTO RICO FIXD INC FD NON-RECLAIMABLE TAX PAY DATE 12/12/2016 | 1.81 | |
| 12/13 | Annual Charge | | CMA ANNUAL FEE | 125.00 | |
| 12/13 | Journal Entry | | TR FROM 5PR05A85 | | 1,868.35 |
| 12/13 | Journal Entry | | TR TO 5PR16982 N/O HELVIA CRUZ YBARRA | 373.67 | |
| | *Subtotal (Other Debits/Credits)* | | | 500.48 | 1,868.35 |
| | **NET TOTAL** | | | **371.70** | |

# YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 12/14 | ML BANK DEPOSIT PROGRAM | | 1,369.00 | 12/15 | ML BANK DEPOSIT PROGRAM | 1,369.00 | |
| | **NET TOTAL** | | | | | | **.00** |

Merrill Lynch
Bank of America Corporation

## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center ™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website at www.finra.org.

We receive a fee from ISA* banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ℠ and Preferred Deposit for Business ℠ balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

### Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

### Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debit funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. This value represents their estimate of the value of the investor's interest in the net assets of the program, as of a date no more than 18 months from the date of this statement. Therefore, the values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

### Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

### Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

### Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

### Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

### Symbols and Abbreviations

| Symbol | Meaning |
| --- | --- |
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |

XO 023000 809 508 005516 #802 AT 0.399

CARLOS E IFARRAGUERRI
URB SABANERA
182 CAMINO DEL MONTE
CIDRA PR 00739-8475

7550