# Merrill Lynch
Bank of America Corporation

## YOUR MERRILL LYNCH REPORT

Primary Account: [Redacted] 5933

Period Oct 01, 2018 – December 31, 2018

### SUMMARY

| | December 31 | November 30 | Monthly Change |
|---|---|---|---|
| Total Value* | $129,994.85 | $133,611.49 | ($3,616.64) ▼ |
| Your assets | | | |
| Your liabilities | $47,955.59 | $45,105.61 | $2,789.98 ▲ |
| Assets Not Held/Valued By MLPF&S | | | |
| Your Net Cash Flow (inflows/Outflows) | $82,039.26 | $93,475.85 | |
| Securities You Transferred In/Out | $2,875.00 | $3,998.92 | ($5,405.62) |
| Subtotal Net Contributions | | | |
| Your Dividend/Interest Income | $63.96 | $53.51 | |
| Your Market Gains/(Losses) | ($6,545.60) | ($6,059.02) | |
| Subtotal Investment Earnings | ($6,491.64) | ($6,005.37) | |

*Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any)

Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in thousands, 2015-2018

[line chart showing values from 12/15 through 12/18]

### CARLOS F IFARRAGUERRE
URB SABANERA
182 CAMINO DEL MONTE
CIDRA PR 00739-9471

Investment Advice and Guidance:
Call Your Financial Advisor

Your Financial Advisor:
JAVIER ESTREMERA
415 SECOND STREET, SUITE 210
GUAYNABO PR 00968
javier.estremera@ml.com
1.800.523.0653

Up-to-date account information can be obtained at www.mymerrill.com, where your statements are archived for three or more years.

Questions about MyMerrill? Click the "help" tab at the top of the screen once you log in.

If you have questions on your statement, call 24-Hour Assistance:
(800) MERRILL
(800) 637-7455
Access Code: [Redacted]

The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, may vary from values at any custodian, and may change. These investments are generally held in an account outside of MLPF&S... Investment products:
Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

C Dec 2018

Merrill Lynch
Bank of America Corporation

Primary Account: [Redacted] 6983

December 31, 2018 - December 31, 2018

# YOUR BALANCE SHEET (for your ML accounts)

## ASSETS

| | December 31 | November 30 |
|---|---:|---:|
| Cash/Money Accounts | 25,852.14 | 22,923.18 |
| Fixed Income | | |
| Equities | | |
| Mutual Funds | 22,103.45 | 22,242.43 |
| Options | | |
| Other | | |
| *Subtotal (Long Portfolio)* | **47,955.59** | **45,165.61** |
| **TOTAL ASSETS** | **$47,955.59** | **$45,165.61** |

## INVESTMENT LIABILITIES

| | | |
|---|---:|---:|
| Margin Loan/Debit Balance | | |
| Short Market Value | | |
| *Subtotal* | | |
| **NET PORTFOLIO VALUE** | **$47,955.59** | **$45,165.61** |
| Assets Not Held/Valued By MLPF&S [1] | $82,039.26 | $88,445.83 |
| **TOTAL VALUE** | **$129,994.85** | **$133,611.43** |

## OTHER LIABILITIES (not included in Net Portfolio Value)

| | | |
|---|---|---|
| Loan Management Account [2] | | |
| Mortgages | | |
| Home Equity Loans | | |
| Business Loans | | |
| *Subtotal* | | |
| **TOTAL LIABILITIES** | | |

## CASH FLOW

| | This Period | Year to Date |
|---|---:|---:|
| Opening Cash/Money Accounts | $22,923.18 | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | 4,868.35 | $6,420.20 |
| Other Credits | 4,869.35 | $6,420.20 |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfers | (1,494.68) | (17,936.16) |
| Margin Interest Charged | | |
| Other Debits | (373.67) | (4,873.91) |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| Advisory and other fees | (1,003.35) | (22,935.02) |
| *Subtotal* | | |
| **Net Cash Flow** | $2,876.00 | $23,485.13 |
| Dividends/Interest Income | 53.96 | 1,896.50 |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| **Closing Cash/Money Accounts** | **$25,852.14** | |

(1) The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, may vary from values (if any) provided by the issuer or others, and may change. These investments are generally illiquid, not listed on any securities exchange or NASDAQ market, and investors may not be able to sell them or realize amounts shown upon a sale or liquidation. Except for individual retirement accounts, MLPF&S does not hold or act as custodian of and has no responsibility to safekeep, monitor or value these investments and the investments are not registered in the name of nor held by MLPF&S or its nominees. MLPF&S makes no representation as to the accuracy of the value(s) provided, and the investments are not covered by SIPC.

(2) Secured by assets in a Merrill Lynch account

# YOUR PORTFOLIO REVIEW

Primary Account [Redacted] 3963
[Redacted]

24-Hour Assistance: (800) MERRILL
Access Code: [Redacted] 69E3
December 31, 2018 - December 31, 2018

## ASSET ALLOCATION*

*Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed and funds, and UITs.

| | Current Value | Allocation |
|---|---|---|
| Other | 82,039.26 | 63.11% |
| Cash/Money Accounts | 25,852.14 | 19.89% |
| Fixed Income | 22,103.45 | 17.00% |
| **TOTAL** | **$129,994.85** | **100%** |

## TOP FIVE PORTFOLIO HOLDINGS
*Based on Estimated Market Value*

| | Current Value | % of Portfolio |
|---|---|---|
| ML BANK DEPOSIT PROGRAM | 25,851.00 | 53.90% |
| FDIC INSURED NOT SIPC COVERED | | |
| PUERTO RICO INVS T F D | 13,481.06 | 28.11% |
| PUERTO RICO FXD INC FD | 8,622.39 | 17.97% |
| CASH | 1.14 | |

## CURRENT INCOME

[bar chart Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec]

| | This Report | Year to Date |
|---|---|---|
| Tax-Exempt Interest | 3.00 | 15.09 |
| Taxable Interest | 50.96 | 1,572.21 |
| Tax-Exempt Dividends | | 138.20 |
| Taxable Dividends | | |
| Total | $53.96 | $1,636.50 |

Your Estimated Annual Income $36.19

## FINANCIAL MARKET INDICATORS

| | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 2506.85 | 2760.17 | 2673.61 |
| Three-Month Treasury Bills | 2.35% | 2.34% | 1.39% |
| Long-Term Treasury Bonds | 3.01% | 3.29% | 2.74% |
| One-Month LIBOR | 2.51% | 2.35% | 1.56% |
| NASDAQ | 6635.28 | 7330.54 | 6903.39 |

Primary Account: [Redacted]5983

# YOUR MONTHLY INCOME & GAIN/(LOSS) REVIEW

**Merrill Lynch**
Bank of America Corporation

December 01, 2018 - December 31, 2018

## INCOME SUMMARY

| Account No. | This Report | | | | Year to Date | | | |
|---|---|---|---|---|---|---|---|---|
| | Tax Exempt Interest | Taxable Interest | Tax Exempt Dividends | Taxable Dividends | Total This Report Income | Tax Exempt Interest | Taxable Interest | Tax Exempt Dividends | Taxable Dividends | Total YTD Income |
| [Redacted]-6983 Non-Retirement [Redacted] | 3 | | 51 | | 54 | | 15 | 1,572 | 108 | 1,696 |
| **TOTAL** | **$3** | | **$51** | | **$54** | | **$15** | **$1,572** | **$108** | **$1,696** |

## GAIN/(LOSS) SUMMARY

| Account No. | Realized Gains/(Losses) | | | | Long Term Capital Gain Distributions | Unrealized Gains/(Losses) | |
|---|---|---|---|---|---|---|---|
| | This Report | | YTD | | | | |
| | Short Term | Long Term | Short Term | Long Term | Year To Date | Short Term | Long Term |
| [Redacted]-5983 Non-Retirement [Redacted] | - | - | - | - | - | - | (95,899.36) |
| **TOTAL** | **-** | **-** | **-** | **-** | **-** | **-** | **($95,899.36)** |

**Merrill Lynch**
Bank of America Corporation

Online at: www.mymerrill.com

CARLOS E IFARRAGUERRI
URB SABANERA
182 CAMINO DEL MONTE
CIDRA PR 00739-9475

Account Number: [Redacted]6983

24-Hour Assistance: (800) MERRILL
Access Code: [Redacted]6983

**Total Value:** [Redacted]
$129,994.85

Your Financial Advisor:
JAVIER ESTREMERA
#15 SECOND STREET, SUITE 210
GUAYNABO PR 00968
javier.estremera@ml.com
1-800-523-0655

[Redacted] 2364

| | This Statement | Year to Date |
|---|---|---|
| Total Credits | 4,922.31 | 48,115.70 |
| Total Debits | (1,993.35) | (22,935.07) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (6,545.60) | (16,303.93) |

December 01, 2018 - December 31, 2018

| ASSETS | December 31 | November 30 |
|---|---|---|
| Cash/Money Accounts | 25,852.14 | 22,923.18 |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | 22,103.45 | 22,242.43 |
| Options | - | - |
| Other | - | - |
| Subtotal (Long Portfolio) | 47,955.59 | 45,165.61 |
| **TOTAL ASSETS** | **$47,955.59** | **$45,165.61** |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$47,955.59** | **$45,165.61** |
| Assets Not Held/Valued By MLPF&S [2] | $82,039.26 | $88,445.88 |
| **TOTAL VALUE** | **$129,994.85** | **$133,611.49** |

[2]Please see Assets Not Held/Valued By MLPF&S section for an important disclosure

Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Account Number: [Redacted] 6983    24-Hour Assistance: (800) MERRILL
[Redacted]    Access Code: [Redacted] 6983

December 01, 2018 - December 31, 2018

CAP[Redacted] [Redacted] 2364

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | $22,923.18 | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | | 46,420.20 |
| Other Credits | 4,868.35 | 46,420.20 |
| Subtotal | 4,868.35 | |
| **DEBITS** | | |
| Electronic Transfers | (1,494.38) | (17,935.16) |
| Margin Interest Charged | | |
| Other Debits | (372.57) | (4,873.91) |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | (125.00) | (125.00) |
| Advisory and other fees | (1,993.35) | (22,935.07) |
| Subtotal | | |
| **Net Cash Flow** | $2,876.00 | $23,485.13 |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 53.96 | 1,695.50 |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| **Closing Cash/Money Accounts** | **$25,852.14** | |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Allocation |
|---|---|
| Other | 63.11% |
| Cash/Money Accounts | 19.89% |
| Fixed Income | 17.00% |
| **TOTAL** | **100%** |

Having an asset allocation that reflects your profile and goals is key to achieving the right outcome. Consult with your advisor to determine an appropriate allocation across all your holdings.

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | | X |
| Tax Statements | X | |

Merrill Lynch
Bank of America Corporation

CARLOS 1 G 12364

Account Number: [Redacted] 6983

December 01, 2018 - December 31, 2018

## ACCOUNT INVESTMENT OBJECTIVE

**TOTAL RETURN**: Objective is to strike a balance between current income and growth. Despite the relatively balanced nature of the portfolio, the investor should be willing to assume the risk of price volatility and principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## YOUR CMA BANK DEPOSIT INTEREST SUMMARY

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield % | Interest on Deposits | Estimated Annual Income | Closing Balance |
|---|---|---|---|---|---|---|
| Bank of America, N.A. | 22.922 | 25.266 | .14 | 3.00 | 36 | 25,861 |
| **TOTAL ML Bank Deposit Program** | 22.922 | | | 3.00 | 36 | 25,861 |

## YOUR CMA ASSETS

### CASH/MONEY ACCOUNTS

| Description | Quantity | Total Cost Basis | Total Estimated Market Price | Estimated Market Value | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|
| CASH | | | 1.14 | 1.14 | | |
| +ML BANK DEPOSIT PROGRAM | 25,851.00 | 25,851.00 | 1.0000 | 25,851.00 | 36 | .14 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 25,852.14 | | 25,852.14 | 36 | .14 |

### MUTUAL FUNDS/CLOSED END FUNDS/UIT

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO INVS TF FD | | | | | | | | |
| SYMBOL: N/A   Initial Purchase: 07/27/11 | 6,948 | 59,002.25 | 1.9400 | 13,481.05 | (45,521.20) | 59,002 | (45,521) | |
| Fixed Income 7.00% | | | | | | | | |
| PUERTO RICO FXD INC FD | | | | | | | | |
| SYMBOL: N/A   Initial Purchase: 07/27/11 | 6,483 | 59,000.55 | 1.3300 | 8,622.39 | (50,378.16) | 59,000 | (50,378) | |
| Fixed Income 7.00% | | | | | | | | |

Case:17-03283-LTS Doc#:5120-5 Filed:02/13/19 Entered:02/13/19 18:23:27 Desc:
Exhibit 2018 Statement - redacted Page 8 of 11

01/04/19 09:37:01 888-294-5626 7877190030 Merrill Lynch Page 026

2354 [Redacted]

Account Number: [Redacted]6983

24-Hour Assistance: (800) MERRILL
Access Code: [Redacted]6983

## YOUR CMA ASSETS

[Redacted] December 31, 2018 December 31, 2018

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return (%) | Estimated Annual Current Income | Estimated Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal (Fixed Income) | | 118,002.81 | | 22,103.46 | (95,959.35) | | | | |
| **TOTAL** | | | | | | | | **(95,899)** | |

### LONG PORTFOLIO

| | Adjusted Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Estimated Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL** | 143,854.55 | 47,955.59 | (95,899.35) | | 36 | .08 |

Total Client Investment: Cost of shares directly purchased and sell held. Does not include shares purchased through reinvestment.

Cumulative Investment Return: Estimated Market Value minus Total Client Investment.

Unrealized Gain or (Loss): Estimated Market Value minus Total Cost Basis of shares directly purchased and sell held, as well as cost of shares acquired through reinvestment (reinvestment). Preordered for Tax Planning purposes only and is not applicable to retirement accounts.

Initial Purchase: Date of your initial investment in this fund.

Market Timing: Merrill Lynch's policies prohibit mutual funds market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for longer-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for the manager due to the need to retain cash to satisfy redemptions.

Sales Charge Discounts or Waivers: Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

## Merrill Lynch
Bank of America Corporation

**■■■ 2364** [Redacted]

Account Number ■■■ 6683 [Redacted]

December 01, 2018 - December 31, 2018

## ASSETS NOT HELD/VALUED BY MLPF&S

The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, may vary from values (if any) provided by the issuer or others, and may change. These investments are generally illiquid, not listed on any securities exchange or NASDAQ market, and investors may not be able to sell them or realize amounts shown upon a sale or liquidation. Except for individual retirement accounts, MLPF&S does not hold or act as custodian of and has no responsibility to safekeep, monitor or value these investments and the investments are not covered by SIPC. MLPF&S makes no representation as to the accuracy of the value(s) provided, and the investments are not covered by SIPC.

## YOUR INSURANCE CONTRACTS

| Life Insurance / Annuities | Contract Value | Estimated Annual Payments |
|---|---|---|
| AXA ACCUMULATOR PLUS 07 | | |
| POLICY NUMBER ■■■ 1433 [Redacted] | | |
| CONTRACT VALUE AS OF 12/28/18 | 82,039 | |
| **TOTAL** | **82,039** | |

This Insurance Contracts Summary is provided to you as a courtesy and is reported to you based upon information supplied by the issuing insurance company. The official accounting of your life insurance or annuity contract values will be provided by the issuing insurance company in a separate statement. If the life insurance or annuity product is variable, the investments underlying the contract are held in the insurance company's separate account, which is registered with the SEC under the Investment Company Act of 1940. If the insurance product is fixed or you have elected a fixed interest sub-account, these guarantees are provided by the issuing insurance company and are backed by its claims-paying ability. Insurance product(s) and any underlying variable product investment options) are not held in your Merrill Lynch CMA Account, and are not covered by SIPC protection. Any questions concerning your contract should be directed to the issuing insurance company. Insurance and annuity contract guarantees and benefits are not backed by Merrill Lynch, or any of its affiliates, and none of them makes any representations or guarantees regarding the claims-paying ability of the issuing insurance company.

**Insurance and Annuity Products: ARE NOT FDIC INSURED · ARE NOT BANK GUARANTEED · MAY LOSE VALUE · ARE NOT A BANK DEPOSIT · ARE NOT A CONDITION TO ANY BANKING SERVICE OR ACTIVITY · ARE NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY.**

| TOTAL ASSETS NOT HELD/VALUED BY MLPF&S | $82,039.26 |
|---|---|

The amount shown for Assets Not Held/Valued by MLPF&S is for informational purposes only, and vary from values (if any) provided by the issuer or others, and may change. These investments are generally illiquid, not listed on any securities exchange or NASDAQ market, and investors may not be able to sell them or realize amounts shown upon a sale or liquidation. Except for individual retirement accounts, MLPF&S does not hold or act as custodian of and has no responsibility to safekeep, monitor or value these investments and the investments are not registered in the name of nor held by MLPF&S or its nominees. MLPF&S makes no representation as to the accuracy of the value(s) provided, and the investments are not covered by SIPC.

CARLOS 1G 12364

Account Number: [Redacted] 6983
[Redacted]

24-Hour Assistance: (800) MERRILL
Access Code: [Redacted] 6983
December 01, 2018 - December 31, 2018

## YOUR CMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Interest** | | | | | |
| 12/31 | BANK DEPOSIT INTEREST | Bank Interest | | 1.00 | |
| | ML BANK DEPOSIT PROGRAM | Income Total | | 2.00 | |
| | *Subtotal (Taxable Interest)* | | | **3.00** | **15.09** |
| **Tax-Exempt Dividends** | | | | | |
| 12/10 | PUERTO RICO INVS T F FD | Foreign Dividend | | 34.75 | |
| | ~0.0790 6049.0030 PAY DATE 12/10/2018 | | | | |
| 12/10 | PUERTO RICO FND INC FD | Foreign Dividend | | 16.21 | |
| | ~0.0790 6403.0030 PAY DATE 12/10/2018 | | | | |
| | *Subtotal (Tax-Exempt Dividends)* | | | **50.96** | **1,572.21** |
| **Taxable Dividends** | | | | | |
| | *Subtotal (Taxable Dividends)* | | | | **108.20** |
| **NET TOTAL** | | | | **53.96** | **1,695.50** |

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 12/19 | BANCO POPULAR | Withdrawal | | 1,494.68 | |
| | CARLOS E IRARRAGUERRI GC M 22 | | | | |
| | *Subtotal (Electronic Transfers)* | | | **1,494.68** | |
| **Other Debits/Credits** | | | | | |
| 12/05 | TR FROM 3FR05485 | Transfer / Adjustment | | | 3,000.00 |
| 12/18 | TR FROM 5PR05485 | Transfer / Adjustment | | | 1,968.35 |
| 12/18 | TR TO [Redacted] 6892 | Transfer / Adjustment | | 373.67 | |
| | N/O - LUNA CRUZ YDA IRA | | | | |
| | *Subtotal (Other Debits/Credits)* | | | **373.67** | **4,968.35** |
| **NET TOTAL** | | | | | **3,000.00** |

**Merrill Lynch**
Bank of America Corporation

[Redacted] 2364

Account Number [Redacted] 6983

December 01, 2018 - December 31, 2018

## YOUR CMA TRANSACTIONS

### ADVISORY AND OTHER FEES

| Date | Fee Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 12/07 | Annual Service Fee | | CMA ANNUAL FEE | 125.00 | |
| | NET TOTAL | | | 125.00 | |

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 12/03 | ML BANK DEPOSIT PROGRAM | | 1.00 | 12/11 | ML BANK DEPOSIT PROGRAM | | 51.00 |
| 12/06 | ML BANK DEPOSIT PROGRAM | | 3,090.00 | 12/18 | ML BANK DEPOSIT PROGRAM | 374.00 | |
| 12/07 | ML BANK DEPOSIT PROGRAM | 125.00 | | 12/19 | ML BANK DEPOSIT PROGRAM | 374.00 | |
| | NET TOTAL | | | | | | 2,927.00 |