UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                               PROMESA
                                                                     Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                       No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                     (Jointly Administered)
et al.,

    Debtors. [1]

------------------------------------------------------------x

In re:                                                               PROMESA
                                                                     Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                       No. 17 BK 3284-LTS

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

    Debtor.

------------------------------------------------------------x

ORDER SETTING DEADLINE FOR FURTHER RESPONSE TO THE
INFORMATIVE MOTION REGARDING STIPULATION SECTION 15.2 EXPENSES

    The Court has received and reviewed the *Informative Motion Regarding Stipulation Section 15.2 Expenses* (Docket Entry No. 5097, the "Informative Motion"), the *Response of the Puerto Rico Fiscal Agency and Financial Advisor Authority to the Official*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*Committee of Unsecured Creditors' Urgent Response to Informative Motion* (Docket Entry No. 5117, the "AAFAF Response") and the *Statement of the COFINA Senior Bondholders' Coalition in Support of Informative Motion Regarding Stipulation of Section 15.2 Expenses* (Docket Entry No. 5118, the "Senior Bondholders' Coalition Response" and, together with the AAFAF Response, the "Responses").

The Official Committee of Unsecured Creditors is directed to file any further statement with respect to the Informative Motion and the Responses by **4:00 p.m. (Atlantic Standard Time) on February 14, 2019**.

SO ORDERED.

Dated: February 13, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge