**Statement for the Period October 1, 2018 to October 31, 2018**

VICTOR MARINI QUESADA - Individual
Account Number: ▮8199

# POPULAR SECURITIES®

## HOLDINGS > FIXED INCOME – 75.49% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

### Municipal Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 10/31/18 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES 6.05000% 08/01/2029 TAX REV SALES TAX FIRST SUBORD REV BDS COFINA SER. 2009B SALES/EXCISE TAX MOODY'S Ca CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 08/01/2014 CALLABLE ON 11/30/2018 @ 100.0000 SUBJECT TO SINKING FUND IN MONETARY DEFAULT | 74529JNL5 CASH | 270.000 | $48.375 | $130,612.50 | | $246,039.74 C | ($115,427.24) |
| Average Unit Cost $91.13 | | | | | | | |
| Adjusted Cost Basis $1,260.85 D | | | | | | | |
| Unrealized Market Discount Income | | | | | | | |
| **Total Fixed Income** | | 270,000 | | **$130,612.50** | | **$246,039.74** | **($115,427.24)** |
| **Total Securities** | | | | **$166,820.63** | | **$292,302.80** | **($125,482.17)** |
| **TOTAL PORTFOLIO VALUE** | | | | **$173,016.97** | | **$292,302.80** | **($125,482.17)** |

