12/13/18

POPULAR SECURITIES
208 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918

BANKRUPTCY / ELECTION
SECURITY DESCRIPTION: PUERTO RICO INDL TOURIST

\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 00605
ALEXANDRA MARINI QUESADA
P O BOX 3643
AGUADILLA          PR 00605

CUSIP#:           74529JNL5
ACCOUNT#:                    8172
QUANTITY:             270,000
OFFER EXPIRES:  JANUARY 08, 2019 06:00 PM AST
REPLY BY:       JANUARY 07, 2019 06:00 PM AST

Dear Customer,

RECIBIDO 2 1 DIC 2018

Your position in the above security is currently being held at our brokerage firm. Our firm will need instructions from you if you wish to participate in this offer. The terms and conditions are outlined in the enclosed material, which you should study carefully. As the holder of your securities, we will act on your instructions should you choose to participate, without instructions we cannot act on your behalf. If you wish to give instructions, please call the office with which you do business.

It is imperative that you notify us no later than the reply by date above in order to allow time to process your instruction. The reply by date is prior to the expiration date because we need to know your response in order to fulfill it prior to the expiration. Any reply that we receive after that date will be processed as a "best efforts" only. We will not guarantee that your instruction will be processed and will not be liable if we are unable to fulfill your instruction.

Any information given by us, either verbally or in writing, is intended as a guide.
Although it is believed to be correct, it is not guaranteed. In the event of a discrepancy between this information and the terms of the offer, the offer terms will prevail. Please be aware that if you sell your holdings prior to the "X" date of a distribution, you will forfeit the distribution.

DO NOT MAIL this form, if you have any questions or wish to give instructions, please call the office with which you do business.

JOB NUMBER: E11667 808         CONTROL#: 6535700009636418

\*\* DO NOT MAIL - PLEASE FOLLOW THE INSTRUCTIONS STATED ABOVE - DO NOT MAIL \*\*

POPULAR SECURITIES
208 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918

0008567
15



**DO NOT MAIL**

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 00605
ALEXANDRA MARINI QUESADA
P O BOX 3643
AGUADILLA          PR 00605

REVOLV