# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors. | PROMESA<br>Title III<br><br><br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY,<br><br>                      Debtor. | PROMESA<br>Title III<br><br><br><br><br><br>No. 17 BK 3283-LTS<br><br>No. 17 BK 3567-LTS<br>(This Filing Relates to<br>These Debtors) |
| PEAJE INVESTMENTS LLC,<br><br>                      Plaintiff,<br><br>-against-<br><br>PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY, *et al.*,<br><br>                      Defendants.[1] | Adv. Proc. No. 17-151-LTS<br>in 17 BK 3567-LTS<br><br>Adv. Proc. No. 17-152-LTS<br>in 17 BK 3283-LTS |

## JOINT STATUS REPORT

---

[1] Pursuant to Federal Rule of Bankruptcy Procedure 7025, Defendant Christian Sobrino Vega, who is the current executive director of AAFAF, has been substituted for Defendant Gerardo Portela Franco.

Plaintiff Peaje Investments LLC ("Plaintiff"), together with Defendants the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as representative of defendants the Commonwealth of Puerto Rico ("Commonwealth") and Puerto Rico Highways and Transportation Authority ("HTA"), Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), Ricardo Antonio Rosselló Nevares, Raúl Maldonado Gautier, José Iván Marrero Rosado, Gerardo Portela Franco, and Carlos Contreras Aponte (collectively, the "Parties"), respectfully submit this Joint Status Report in response to the Court's November 15, 2018 Order (*available at*: Adv. Proc. No. 17-151-LTS, [Dkt. No. 282]) directing the Parties to "submit a brief joint status report further updating the Court on or before February 14, 2019."

In their November 14, 2018 Joint Status Report (*available at*: Adv. Proc. No. 17-151-LTS, [Dkt. No. 281]), the Parties informed the Court that Plaintiff had filed a petition for a writ of certiorari with the Supreme Court of the United States (Case No. 18-560) seeking review of the opinion issued by the Court of Appeals for the First Circuit in *In re Fin. Oversight & Mgmt. Bd. for Puerto Rico*, 899 F.3d 1 (1st Cir. 2018). The Parties further informed the Court that the First Circuit has recently heard oral argument in the appeal of Assured Guaranty Corporation, *et al*. [Case Nos. 18-1165, 18-1166], and was scheduled to hear oral argument in the appeal of Ambac Assurance Corporation [Case No. 18-1214] (together, the "Related Appeals"). The Parties agreed that these pending appeals involve issues that to some extent overlap with the issues raised in the above-captioned adversary proceedings. Accordingly, the Parties requested the entry of an order directing them to report to the Court on or before February 14, 2019 to inform the Court of the status of these matters and their respective positions in light of the foregoing.

2

The Supreme Court's docket indicates that Plaintiff's petition for a writ of certiorari will be considered in conference on February 15, 2019. The Court of Appeals heard oral argument in the *Assured* matter on November 5, 2018 and the *Ambac* matter on December 5, 2018, and both matters stand submitted.

The Parties respectfully request the entry of an order directing them to report to the Court on or before March 28, 2019 to inform the Court of the status of these matters and their respective positions in light of the foregoing. For the avoidance of doubt, the Parties have agreed that, in the interim, they will not be foreclosed from taking appropriate legal action in or outside the above-captioned adversary proceedings.

Respectfully submitted this 14th day of February 2019.

| | |
|---|---|
| MONSERRATE SIMONET & GIERBOLINI, LLC | DECHERT LLP |
| | /s/ *Allan S. Brilliant* |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | 1095 Avenue of the Americas |
| 101 San Patricio Avenue | New York, New York 10036 |
| Maramar Plaza, Suite 1120 | |
| Guaynabo, Puerto Rico 00968 | -and- |
| Phone: (787) 620-5300 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| Fax: (787) 620-5305 | 90 State House Square |
| | Hartford, Connecticut 06103 |

*Attorneys for Peaje Investments LLC*

/s/ *Herman D. Bauer*
Hermann D. Bauer
USDC No. 215205
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com


Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Bradley R. Bobroff (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      sratner@proskauer.com
      tmungovan@proskauer.com
      bbobroff@proskauer.com

Michael A. Firestein (*pro hac vice*)
Lary Alan Rappaport (*pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
      lrappaport@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, and The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico*

4

By: */s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

By: /s/ *John J. Rapisardi*
John J. Rapisardi
Suzzanne Uhland
Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: jrapisardi@omm.com
   suhland@omm.com
   pfriedman@omm.com

-and-

Elizabeth L. McKeen
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1-949-823-6900
Fax: +1-949-823-6994
Email: emckeen@omm.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Christian Sobrino Vega*

5

                    WANDA VÁZQUEZ GARCED
                    Secretary of Justice

By:   /s/ *Wandymar Burgos Vargas*
       Wandymar Burgos Vargas
       PR-USDC No. 223502
       Deputy Secretary in Litigation
       Department of Justice
       P.O. Box 9020192
       San Juan, Puerto Rico 00902-0192
       Tel: 787-721-2940
       Fax: 787-723-9188
       wburgos@justicia.pr.gov

       *Attorney for Hon. Ricardo Antonio Rosselló Nevares, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado*

By:   */s/ Raul Castellanos*
       Raul Castellanos
       PR-USDC No. 214611
       Development & Construction Law Group LLC
       PMB 443, Suite 112
       100 Grand Paseos Boulevard
       San Juan, Puerto Rico 00926
       Tel: (+1) 787.403.2757
       Fax: (+1) 888.500.1827
       rcastellanos@devconlaw.com

       *Attorney for Hon. Carlos Contreras Aponte*