UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * PROMESA<br>* TITLE III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | * No. 17 BK 3283-LTS |
| as representative of | * (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | * |
| Debtors | * |

## MOTION TO WITHDRAW RESPONSE TO DEBTOR'S OBJECTION TO CLAIMS FILED BY COOPERATIVA A/C BARRANQUITAS

**TO THE HONORABLE COURT:**

COMES NOW, **COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS**, through the undersigned attorney and very respectfully states and prays as follows:

1. On January 30, 2019, COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS filed a Response to Debtor's Objection to Claims related to a Motion Puerto Rico Sales Tax Financing Corporation's Twelfth Omnibus (Non-Substantive) to Duplicate Bond Claims.

2. COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS has confirmed that another Proof of Claim on its behalf was filed by The Bank of New York Mellon (BNYM) who was appointed as Trustee for all COFINA Bonds.

3. For the reasons above stated the COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS request the withdraw of the aforementioned Response.

Page 2        Motion...        Case No.: 17-03283-LTS

**WHEREFORE**, the COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS for the reasons stated before request from this Honorable Court to grant this Motion and allow the Withdraw of the aforementioned Response.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE:** I hereby certify that on this date copy of this Motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and US Trustee, and also certify that I have mailed by United State Postal Service copy of this Notice to the following non CM/ECF participant to debtor(s) at their address of record in this case.

In Aibonito, Puerto Rico this February 14, 2019.

RESPECTFULLY SUBMITTED,

/s/JOSE ANGEL SANTINI BONILLA
**JOSE ANGEL SANTINI BONILLA**
ATTORNEY FOR CREDITOR
COOPERATIVA A/C DE BARRANQUITAS
PO Box 552
Aibonito, PR 00705
Tel.: 735-0063 * Fax: 735-2310
E-mail: santilawoffice@yahoo.com
USDC-PR: - **127204** -