TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

CORPORACION DEL FONDO DE INTERES APREMIANTE DE PUERTO RICO (COFINA)

PROMESA Título III

SEXTA OBJECION COLECTIVA (NO SUSTANTIVA) DE CORPORACION DEL FONDO DE INTERES APREMIANTE DE PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES

No. 17 BK 3283-LTS

Número de reclamación 5775

1 – Se retira la objeción presentada con fecha del 28 de enero de 2019.

2 – Se me proveyó evidencia de que mi reclamación fue incluida en la radicada por el fideicomisario.

11 de febrero de 2019
San Juan, Puerto Rico

Presentado con el debido respeto,

June C. Andrade Muriel
Urb. San Juan Gardens
Calle San Bruno 112
San Juan, Puerto Rico
Tel. (787) 372-1062
jcamuriel@gmail.com