

SAN JUAN PR 009

13 FEB 2019 PM 1 T

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Urb. San Juan Gardens
San Bruno 112
San Juan, PR 00926

RECEIVED & FILED
2019 FEB 14 PM 2:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR