# EXHIBIT A

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-----------------------------------------------------------------x
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :   PROMESA
                                                    :   Title III
       as representative of                         :
                                                    :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,             :
                                                    :   (Jointly Administered)
       Debtors.¹                                    :
-----------------------------------------------------------------x
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :   PROMESA
                                                    :   Title III
       as representative of                         :
                                                    :   Case No. 17-BK-3284 (LTS)
PUERTO RICO SALES TAX FINANCING,                    :
CORPORATION ("COFINA")                              :
                                                    :
       Debtor.                                      :
                                                    :
-----------------------------------------------------------------x
```

**ORDER SCHEDULING HEARING REGARDING COMMONWEALTH'S
PROPOSED PAYMENT OF $7 MILLION TO BONISTAS DEL PATIO, INC.**

Upon the *Official Committee of Unsecured Creditors' (A) Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas del Patio, Inc. [Docket No. 5097] and (b) Urgent Motion Requesting Hearing on Proposed Payment* (the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

"Scheduling Motion");[2] and the Court having found and determined that (i) the Court has jurisdiction to consider the Scheduling Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Scheduling Motion; and (iv) due and proper notice of the Scheduling Motion has been provided under the particular circumstances and no other or further notice need be provided; and any objections to the relief requested in the Scheduling Motion having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Scheduling Motion is granted as set forth herein.

2. A hearing on the proposed Bonistas Payment shall be held on _____, **2019, at _____ [a/p].m. (AST)** at the United States District Court for _____.

3. Pending such hearing and a ruling from the Court regarding the proposed Bonistas Payment, the Court directs the Commonwealth not to make the proposed Bonistas Payment.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this Order.

Dated: February \_\_\_, 2019

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Scheduling Motion.

2