UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|     Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION (COFINA), | |
|     Debtor. | |

------------------------------------------------------------x

ORDER SETTING DEADLINE FOR JOINT STATUS REPORT
IN CONNECTION WITH INFORMATIVE MOTION REGARDING STIPULATION SECTION 15.2 EXPENSES

    The Court has received and reviewed the *Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*Requesting Hearing on Proposed Payment* (Docket Entry No. 5136 in Case No. 17-3283 and Docket Entry No. 595 in Case No. 17-3284). The Official Committee of Unsecured Creditors (the "UCC") and AAFAF are hereby directed to meet and confer and to file a joint status report by **February 21, 2019 at 5:00 p.m. (Atlantic Standard Time)**. Unless the UCC's objections have been resolved, the joint status report must address whether both parties consent to the proposed March 13, 2019 hearing date, as well as the parties' positions as to the requests for discovery and an appropriate timetable for any discovery. AAFAF shall also file a further separate brief by the same deadline regarding its positions on the contracting issues raised by the UCC if those issues have not been resolved consensually.

      SO ORDERED.

Dated: February 14, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge