-3-

## **EXHIBIT 3**

**FILED UNDER SEAL**

-3-