<u>**EXHIBIT 1**</u>

**TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
<u>FROM DECEMBER 15, 2018 THROUGH FEBRUARY 12, 2019</u>**

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Corporación Marcaribe Investment v. DRNA*<br><br>Case No. AAC2015-0050<br><br>Puerto Rico Court of First Instance<br><br>Inverse Condemnation | Corporación Marcaribe Investment | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to final judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment, for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | January 11, 2019 |
| 2. | *Sucn. de Frank Torres Ortiz v. Junta De Planificación*<br><br>Case No. JAC2015-0465<br><br>Puerto Rico Court of First Instance<br><br>Inverse Condemnation | Estate of Frank Torres Ortiz and Aurea Rodríguez composed of Frank E. Torres Rodríguez and Eva Torres Rodríguez | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final partial judgment before the Prepetition Court, solely with respect to whether and when a regulatory taking or a taking occurred in connection with the change in zoning of Movant's real property; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor, without prejudice to Movant's right to seek further relief from the Title III Stay in accordance with the Case Management Order after the Prepetition Court has rendered its determination regarding whether and when a regulatory taking or a taking occurred. | January 28, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 3. | *Genesis Security Services v. Depto Trabajo y Recursos Humanos*<br><br>Case No. KCD2015-2773<br><br>Puerto Rico Court of First Instance<br><br>Employment case | Genesis Security Services | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (a) allow the Prepetition Action to proceed to final judgment and/or resolution before the Puerto Rico Court of Appeals (the "Court of Appeals") only with respect to a Motion to Dismiss dated February 26, 2016 (the "Motion to Dismiss");  (b) allow any appeal or certiorari petition of the Court of Appeals' decision with respect to the Motion to Dismiss to proceed to final judgment and/or resolution before the Puerto Rico Supreme Court; and (c) if the Motion to Dismiss is vacated or set aside, allow the Prepetition Action to proceed to final judgment and/or resolution before the Prepetition Court, as well as any appeal or certiorari petition before any court with jurisdiction to hear such appellate review; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | January 28, 2019 |
| 4. | *Genesis Security Services v. Dpto. de la Familia*<br><br>Case No. KCD2016-0753<br><br>Puerto Rico Court of First Instance<br><br>Employment Case | Genesis Security Services | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (a) allow the Prepetition Action to proceed to final judgment and/or resolution before the Prepetition Court, (b) allow any appeal or certiorari petition of the Prepetition Court's decision to proceed to final judgment before the Puerto Rico Court of Appeals, and (c) allow any appeal or certiorari petition with respect to the Puerto Rico Court of Appeals' decision to proceed to final judgment and/or resolution before the Puerto Rico Supreme Court; provided, however, the Title III Stay shall | January 28, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | | | | continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | |