## EXHIBIT 2

## TITLE III STAY MODIFICATIONS REGARDING
## CONDEMNATION PROCEEDINGS AGREED TO BY HTA[6]

A. Description of Title III Stay Modification (Actions to Proceed to Judgment)

As of February 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court.

| | CASE INFORMATION | DEFENDANT | DEBTOR |
|---|---|---|---|
| 1. | *ACT v. Reynaldo Rodríguez Pagán (Municipio de Carolina)*, Case No. KEF1997-0196 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Reynaldo Rodríguez Pagán (Municipio de Carolina) | HTA |
| 2. | *ACT v. Manuel de Jesús Ramos Hernández*, Case No. KEF1998-0464 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Manuel de Jesús Ramos Hernández | HTA |
| 3. | *ACT v. Sucn. Eufemia Mercado Parra*, Case No. KEF1998-1261<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Eufemia Mercado Parra | HTA |
| 4. | *ACT v. Amedee Emanuelli*, Case No. KEF1999-0040 and Case No. KEF1999-0044<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Amedee Emanuelli | HTA |
| 5. | *ACT v. Citizens Renovation & Development Corp., et al.*, Case No. KEF2001-0335<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Citizens Renovation & Development Corp. | HTA |

---

[6] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Eighth Omnibus Motion for Approval of Modifications of the Automatic Stay*.

"Prepetition Court" shall mean the Puerto Rico Court of First Instance.

"Prepetition Action" shall mean the action identified in the column, "Case Information."

| | CASE INFORMATION | DEFENDANT | DEBTOR |
|---|---|---|---|
| 6. | *ACT v. Citizens Renovation & Dev.,* Case No. KEF 2001-0338 <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Citizen Renovation & Dev. | HTA |
| 7. | *ACT v. Carlos Serrano Cruz, Inc.,* Case No. KEF2002-0748 (1002) <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Carlos Serrano Cruz, Inc. | HTA |
| 8. | *ACT v. Iturregui Margarida, Carlos E. et al.,* Case No. KEF2003-0095 <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Carlos E. Iturregui Margarida | HTA |
| 9. | *ACT v. Intermericas Turnkey*, Case Nos. KEF2003-0206 and KEF2003-0205 (consolidated) <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Intermericas Turnkey | HTA |
| 10. | *ACT v. Miguel Quiñones*, Case No. KEF2004-0435 (1003) <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Miguel Quiñones | HTA |
| 11. | *ACT v. Ponce Service*, Case No. KEF2004-0559 (1002) <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Ponce Service | HTA |
| 12. | *ACT v. Sucesión Hiraldo Maeso,* Case No. KEF2004-0786 <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Sucesión Hirlado Maeso | HTA |
| 13. | *ACT v. Sucesión Silvino Maeso,* Case No. KEF2005-0277 <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding. | Sucesión Silvino Maeso | HTA |
| 14. | *ACT v. Sucn. María C. Castro Castro*, Case No. KEF2006-464 <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Sucesión María C. Castro | HTA |
| 15. | *ACT v. Sucn. Lydia Álvarez Avilés*, Case No. KEF2006-0465 (1002) <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Sucn. Lydia Álvarez Avilés | HTA |

| | CASE INFORMATION | DEFENDANT | DEBTOR |
|---|---|---|---|
| 16. | *ACT v. FDR 1500, Corp.*, Case No. KEF2010-0522<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | FDR 1500 Corp. | HTA |
| 17. | *ACT v. Setlain Montoyo Robles*,<br>Case No. KEF2010-0537 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Setlain Montoyo Robles | HTA |
| 18. | *ACT v. Conde Mercado, Nanette Menéndez*,<br>Case No. KEF2015-0024<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Nanette Conde Mercado | HTA |

[*Continued on Next Page*]

B.  Description of Title III Stay Modification (Consignment of Just Compensation)

As of February 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to (i) allow HTA to consign to the Prepetition Court the Deposit[7] in connection with the Prepetition Action, and (ii) to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to further supplement the Deposit.

| | CASE INFORMATION | DEFENDANT | DEBTOR | DEPOSIT |
|---|---|---|---|---|
| 1. | *ACT v. Citizens Renovation & Dev.*, Case No. KEF2001-0272<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Citizen Renovation & Dev. | HTA | $1,365,029.33 |
| 2. | *ACT v. Sucesión de Laura Gregory*, Case No. KEF2003-0288 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucesión de Laura Gregory | HTA | $1,337,234.00 plus interest |
| 3. | *ACT v. Citizens Renovation & Dev.*, Case No. KEF2004-1050<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Citizen Renovation & Dev. | HTA | $1,751,373.00 plus interest |
| 4. | *ACT v. Radi Corp.*, Case No. KEF2006-0065<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Radi Corp. | HTA | $1,121,834.00 plus interest |
| 5. | *ACT v. Gregorio Agosto López*, Case No. KEF2008-0195 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Gregorio Agosto López | HTA | $71,700.00 plus interest |

[*Continued on Next Page*]

---

7    "Deposit" shall mean the amount identified in the column "Deposit" in the table below.

4

C. Description of Title III Stay Modification (Miscellaneous)

| | CASE INFORMATION | DEFENDANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1. | *ACT v. José L. Carrasquillo*<br><br>Case No. KEF2010-0493 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | José L. Carrasquillo | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow HTA to dismiss the Prepetition Action and proceed to withdraw the amounts consigned to the Prepetition Court (the "Deposit"), and (ii) if the Prepetition Action is not otherwise dismissed, enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement the Deposit. | February 12, 2019 |
| 2. | *ACT v. Compañía de Fomento Industrial de Puerto Rico*<br><br>Case No. KEF2011-0037 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Compañía de Fomento Industrial de Puerto Rico | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the parties to continue negotiations to settle the Prepetition Action, and (ii), in accordance with any order of the Prepetition Court, to allow HTA to consign to the Prepetition Court the amount of $417,250.00 and to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | February 12, 2019 |