UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x
In re:                                                                       :
                                                                             :
THE FINANCIAL OVERSIGHT AND                                                  :
MANAGEMENT BOARD FOR PUERTO RICO,                                            :   PROMESA
                                                                             :   Title III
      as representative of                                                     :
                                                                             :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,                                    :
                                                                             :   (Jointly Administered)
      Debtors.[1]                                                              :
------------------------------------------------------------------x
In re:                                                                       :
                                                                             :
THE FINANCIAL OVERSIGHT AND                                                  :
MANAGEMENT BOARD FOR PUERTO RICO,                                            :   PROMESA
                                                                             :   Title III
      as representative of                                                     :
                                                                             :   Case No. 17-BK-3284 (LTS)
PUERTO RICO SALES TAX FINANCING,                                             :
CORPORATION ("COFINA")                                                       :
                                                                             :
      Debtor.                                                                  :
                                                                             :
------------------------------------------------------------------x

ORDER APPROVING URGENT MOTION FOR LEAVE TO CITE
TO CASE LAW IN SPANISH LANGUAGE AND FOR EXTENSION OF
<u>TIME TO SUBMIT CORRESPONDING CERTIFIED ENGLISH TRANSLATIONS</u>

Upon the *Urgent Motion for Leave to Cite to Case Law in Spanish Language and*

*for Extension of Time to Submit Corresponding Certified English Translations* (Docket Entry

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

No. 5138 in Case No. 17-3283 and Docket Entry No. 597 in Case No. 17-3284, the "Urgent Motion");[2] and the Court having found and determined that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and upon the record herein, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

   The Urgent Motion is GRANTED as set forth herein.

  1. The Committee's Scheduling Motion may cite to the Supporting Cases in their original Spanish language, and the Committee shall file certified translations of the Supporting Cases within five (5) business days after the filing of the Scheduling Motion.

  2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

  3. This Order resolves Docket Entry No. 5138 in Case No. 17-3283 and Docket Entry No. 597 in Case No. 17-3284.


Dated: February 15, 2019

             /s/ Laura Taylor Swain
             LAURA TAYLOR SWAIN
             United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.