UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

*Caption Continued on Following Page*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) The Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| WHITEBOX MULTI-STRATEGY PARTNERS, L.P., *et al.*,<br><br>                            Plaintiffs,<br><br>     v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>                            Defendant. | Adv. Pro. No. 17 AP 143-LTS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiffs Whitebox Multi-Strategy Partners, L.P., Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., and Pandora Select Partners, L.P. hereby dismiss the above-captioned adversary proceeding in its entirety with prejudice and without costs against Defendant The Bank of New York Mellon.

Dated:   February 15, 2019
             San Juan, Puerto Rico

| | |
|---|---|
| **KASOWITZ BENSON TORRES LLP** | **ARROYO & RIOS LAW OFFICES, P.S.C.** |
| By: /s/ *Andrew K. Glenn*<br>    Andrew K. Glenn (admitted *pro hac vice*)<br>    Trevor J. Welch (admitted *pro hac vice*)<br>    Shai Schmidt (admitted *pro hac vice*)<br>    1633 Broadway<br>    New York, New York 10019<br>    Telephone: (212) 506-1700<br>    Facsimile: (212) 506-1800<br>    Email:  aglenn@kasowitz.com<br>               twelch@kasowitz.com<br>               sschmidt@kasowitz.com | By: /s/ *Moraima S. Ríos Robles*<br>    Moraima S. Ríos Robles<br>    (USDC-PR Bar No. 224912)<br>    1353 Ave. Luis Vigoreaux<br>    Guaynabo, P.R. 00966<br>    Telephone: (787) 522-8080<br>    Facsimile: (787) 523-5696<br>    Email:  mrios@arroyorioslaw.com |

*Attorneys for Whitebox Multi-Strategy Partners, L.P.*
*and its co-plaintiff affiliates*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

/s/ *Moraima S. Ríos Robles*
Moraima S. Ríos Robles
(USDC-PR Bar No. 224912)
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Telephone: (787) 522-8080
Facsimile: (787) 523-5696
Email: mrios@arroyorioslaw.com