# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------x
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :    PROMESA
                                                    :    Title III
        as representative of                        :
                                                    :    Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,             :
                                                    :    (Jointly Administered)
        Debtors.¹                                   :
------------------------------------------------------------x
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :    PROMESA
                                                    :    Title III
        as representative of                        :
                                                    :    Case No. 17-BK-4780 (LTS)
PUERTO RICO ELECTRIC POWER AUTHORITY,               :
                                                    :
        Debtor.                                     :
                                                    :
------------------------------------------------------------x
```

## INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING FEBRUARY 26, 2019 HEARING

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee"), hereby submits this informative motion in response to the Court's

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*Order Regarding Procedures for February 26, 2019 Hearing* [Case No. 17-3283, Docket No. 5113 and Case No. 17-4780, Docket No. 1082] (the "Scheduling Order") and respectfully states as follows:

1. Nicholas A. Bassett of Paul Hastings LLP will appear in person on behalf of the Committee at the hearing on February 26, 2019 at 3:00 p.m. (AST) in Courtroom #3 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts, and address, as necessary, the following matters:

    (a) *Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay* [Case No. 17-4780, Docket No. 1066];

    (b) Any objections, responses, statements, joinders, or replies to any of the foregoing pleadings; and

    (c) Any statements made by any party in connection with the title III cases or any adversary proceeding pending therein.

2. In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and one of his co-counsel will also be attending, on behalf of the Committee, the Hearing in San Juan, Puerto Rico.

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: February 19, 2019         */s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166

Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*