**From:** Claudia Juan Garcia
**To:** hcobo@hcounsel.com
**Cc:** Wandymar Burgos Vargas; Iván J. Ramírez Camacho
**Subject:** RE: Lift of Stay Notice / Request to Meet and Confer / Case No. 17-03283 (3:16-cv-02516)
**Date:** Tuesday, November 06, 2018 5:46:32 PM
**Attachments:** image003.png
image004.png
image005.png

Humberto Cobo-Estrella, *Esq.*
Attorney at Law

**COBO ESTRELLA LAW OFFICE**
PO Box 366451
San Juan, PR 00936-6451
Tel. **(787) 529-7140** | Email **hcobo@hcounsel.com**
WEB hCOunSEL.COm | WWW.COBOLAw.COm

Dear Counsel:

After having the opportunity to evaluate movants' allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF legal representatives, that the best course of action in this case (Civil Case No. **3:16-cv-2516**) is to decline the request to modify stay due to procedural stage of action, which is still in the preliminary phase.

Please, **confirm receipt** of this electronic mail.

If you have any questions, feel free to contact me.

Cordially,


**Lcda. Claudia A. Juan García**
Fiscal Auxiliar III
**División de Recursos Extraordinarios y Política Pública**
Departamento de Justicia
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tél. (787) 721-2900, ext. 2603
cjuan@justicia.pr.gov



**AVISO DE CONFIDENCIALIDAD:** Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcda. Claudia Juan-García al (787) 721-2900, ext. 2196 y elimine este mensaje.

"Para tener éxito no tienes que hacer cosas extraordinarias, tienes que hacer cosas ordinarias extraordinariamente bien".