**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: February 19, 2019**

Lead BK Case: 17-3283-LTS
Related Adversary Proceeding: 18-041-LTS

**APPEAL FEE PAID ($505):  YES  X     NO  ___**

**CASE CAPTION: In Re: The Financial Oversight and Management Board for Puerto Rico**

**IN FORMA PAUPERIS:        YES  ___    NO  X**

**MOTIONS PENDING:          YES  ___    NO  X**

**NOTICE OF APPEAL FILED BY:** Rene Pinto Lugo; VAMOS, Movimiento de Concertacion Ciudadana Inc., (VAMOS), Union de Empleados de Oficina y Profesionales de la Autoridad de Edificios Publicos, (UEOGAEP); Union Insular de Trabajadores Industriales y Construcciones Electricas Inc., (UITICE); Union Independiente de Empleados de la Autoridad de Acueductos y Alcantarillados (UIA); Union de Empleados de Oficina Comercio y Ramas Anexas, Puertos, (UEOCRA); Union de Empleados Profesionales Independientes, (UEPI); Union Nacional de Educadores y Trabajadores de la Educacion, (UNETE), Asociacion de Inspectores de Juegos de Azar, (AIJA) and Manuel Natal Albelo.

**APPEAL FROM:** Amended Memorandum; Amended Order and Judgment entered on 2/05/2019.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries   5047, 5048, 5053, 5055, 5155**                                   I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____     s/c:  CM/ECF Parties, Appeals Clerk