**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors. | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO SALES TAX FINANCING CORPORATION, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3284-LTS |

**MOTION WITHDRAWING AS LEGAL REPRESENTATIVE OF THE GMS GROUP, LLC**

**GODREAU & GONZALEZ LAW, LLC**
Rafael A. González Valiente
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)
787.360.0787 (cell)
rgv@g-glawpr.com

Dated: February 19, 2019

The GMS Group, LLC ("GMS" or "Secured Creditor") and Godreau & Gonzalez Law,

LLC, respectfully show the Court as follow:

1. Godreau & Gonzalez Law are hereby withdrawing as representatives of the GMS Group, LLC.

2. Godreau & Gonzalez Law will assume representation of another COFINA Bondholder on this date. Specifically, Godreau and Gonzalez will be assuming representation of Mark Elliot.

**WHEREFORE**, the herein appearing parties request that the Court grant the instant motion and allow Godreau & Gonzalez Law to withdraw as legal representatives of the GMS Group, LLC.

Dated: San Juan, Puerto Rico

February 19, 2019

**GODREAU & GONZALEZ LAW, LLC**

By: */s/ Rafael A. González Valiente*
Rafael A. González Valiente
P.O. Box 9024176
San Juan, PR 00902-4176
787.726.0077 (office)
787.360.0787 (cell)
rgv@g-glawpr.com

2