# United States Court of Appeals
## For the First Circuit

_____

No. 18-2035

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors
_____

JAVIER E. MANDRY-MERCADO

Movant - Appellant

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors - Appellees

**JUDGMENT**

Entered: February 5, 2019
Pursuant to 1st Cir. R. 27.0(d)

Movant - Appellant Javier E. Mandry-Mercado is presently in default for failure to file a response to the Court's January 17, 2019 Order to Show Cause, which warned appellant that failure to file a response would result in this appeal's dismissal for lack of diligent prosecution. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Javier E. Mandry-Mercado, Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Michael R. Hackett, Stephen L. Ratner, Margaret Antinori Dale, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Daniel Jose Perez-Refojos, Michael Luskin, Stephan E. Hornung, Chad Golder, Michael A. Firestein, Paul V. Possinger, Lary Alan Rappaport, Ginger D. Anders, William D. Dalsen, Jeffrey W. Levitan, Kevin J. Perra, Jennifer L. Roche, Rachel G. Miller Ziegler, Guy Brenner, Raul Castellanos-Malave, Joseph P. Davis III, Katiuska Bolanos-Lugo, Ralph C. Ferrara, Chantel L. Febus, Ann M. Ashton, Luis Francisco Del-Valle-Emmanuelli, Monsita Lecaroz-Arribas