# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | No. 17 BK 3283- LTS<br>(Jointly Administered) |
| as Representative of THE COMMONWEALTH OF PUERTO RICO, et, al | Claim Number: 29352 |
| PUERTO RICO SALES TAX FINANCING CORPORATION, | |
| Debtors | |

## WITHDRAWAL OF RESPONSE TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION TO DEFICIENT CLAIMS

**TO THE HONORABLE COURT:**

Comes now, Creditor, Mirta Vincenty Cardona ("VINCENTY") and submits her response to COFINA Sixth Omnibus Objection to proof of claims number 29352. In support of her claim, Vincenty respectfully STATES and PRAYS as Follows:

1. On May 21, 2018, Vincenty filed her Proof of Claim for the amount of $102,652.24 arising out of COFINA Bonds owed by Vincenty. (Claim number 29352.)

2. On December 5, 2018, COFINA filed its Sixth Omnibus Objection (Docket Entry 4410) allegedly as to deficient proofs of claims listed in Exhibit A: Insufficient Basis Bond Claims. Mirta Vincenty's claim number 29352 is included on pay 58 of said Exhibit A.

3. On February 1, 2019, Vincenty submitted the necessary evidence. Subsequently, attorneys for COFINA then contacted Vincenty with evidence that a claim was already filed on her behalf.

4. Therefore, as Vincenty withdraws her response to COFINA's objection to Vincenty's proof of claim.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take note of the above and grant the withdrawal the response.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 20th day of February 2019.

I HEREBY CERTIFY that on today's date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered CM/ECF participants.

**DAGMAR FERNANDEZ, ESQ.**
Legal counsel for Mirta Vincenty Cardona
P.O. Box 8526
San Juan, Puerto Rico 00910-8526
Phone: 787/444-7703
Fax: 787/289-0567
Email: df-law@outlook.com

*s/Dagmar I. Fernandez*
By:_____
Dagmar I. Fernandez, Esq.
USDC No. 223707