# United States Court of Appeals
## For the First Circuit

No. 18-1987

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Movant - Appellant

v.

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors - Appellees

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY;

GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO

Movants - Appellees

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina

Debtor

_____

**JUDGMENT**

Entered: December 7, 2018
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
John E. Roberts
Mark David Harris
Martin J. Bienenstock

Ehud Barak
Daniel Jose Perez-Refojos
Michael Luskin
Stephan E. Hornung
Chad Golder
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Ginger D. Anders
William D. Dalsen
Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Rachel G. Miller Ziegler
Guy Brenner
Ralph C. Ferrara
Chantel L. Febus
Ann M. Ashton
Raul Castellanos-Malave
Luis Francisco Del-Valle-Emmanuelli
Joseph P. Davis III
Katiuska Bolanos-Lugo
Luis C. Marini-Biaggi
Peter M. Friedman
John J. Rapisardi
Suzzanne Uhland
Daniel L. Cantor
Matthew P. Kremer
Diana M. Batlle-Barasorda
Juan J. Casillas-Ayala
Luc A. Despins
Alberto Juan Enrique Aneses-Negron
Maria Emilia Pico
John Mitchell Carrington
Christopher R. Maddux
Martin A. Sosland
Stanford G. Ladner
Jason W. Callen
Monsita Lecaroz-Arribas