# United States Court of Appeals
## For the First Circuit

No. 18-1987

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Movant - Appellant

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors - Appellees

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO

Movants - Appellees

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS

REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING
CORPORATION, a/k/a Cofina

Debtor

**MANDATE**

Entered: December 7, 2018

In accordance with the judgment of December 7, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ginger D. Anders
Alberto Juan Enrique Aneses-Negron
Ann M. Ashton
Ehud Barak
Diana M. Batlle-Barasorda
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Guy Brenner
Wandymar Burgos-Vargas
Jason W. Callen
Daniel L. Cantor
John Mitchell Carrington
Juan J. Casillas-Ayala
Raul Castellanos-Malave
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Luc A. Despins
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Peter M. Friedman
Carla Garcia-Benitez

Chad Golder
Michael R. Hackett
Mark David Harris
Stephan E. Hornung
Matthew P. Kremer
Stanford G. Ladner
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Michael Luskin
Christopher R. Maddux
Luis C. Marini-Biaggi
Rachel G. Miller Ziegler
Timothy W. Mungovan
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Kevin J. Perra
Maria Emilia Pico
Paul V. Possinger
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
John E. Roberts
Jennifer L. Roche
Martin A. Sosland
Suzzanne Uhland
Donald B. Verrilli Jr.