# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE: February 20, 2019**

Lead BK Case: 17-3283-LTS
Related Adversary Proceeding: N/A

**APPEAL FEE PAID ($505):** YES ____ NO  X  

**CASE CAPTION:** In Re: The Financial Oversight and Management Board for Puerto Rico

**IN FORMA PAUPERIS:** YES ____ NO  X  

**MOTIONS PENDING:** YES ____ NO  X  

**NOTICE OF APPEAL FILED BY:** Lawrence B. Dvores, Mark Elliot, Peter C. Hein.

**APPEAL FROM:** DE 5045 Memorandum Opinion and Order entered on 2/4/2019, DE 5047 Memorandum entered on 2/4/2019, DE 5048 Order and Judgment entered on 2/4/2019, DE 5053 Amended Memorandum entered on 2/5/2019, DE 5055 Amended Order and Judgment entered on 2/5/2019.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries   4382, 4441, 5045, 5047, 5048, 5053 & 5055**

**VOLUMES:** I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c:  CM/ECF Parties, Appeals Clerk