IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ x
In re                                                              :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   PROMESA
                                                                   :   Title III
        as representative of                                       :   Case No. 17-BK-3283 (LTS)
                                                                   :   (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO et al.,                            :
                                                                   :
        Debtors.¹                                                  :
------------------------------------------------------------------
In re                                                              :
                                                                   :
        THE FINANCIAL OVERSIGHT AND                                :
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   PROMESA
                                                                   :   Title III
        as representative of                                       :
                                                                   :   Case No. 17-BK-3284 (LTS)
PUERTO RICO SALES TAX FINANCING                                    :
CORPORATION,                                                       :
                                                                   :
        Debtor.                                                    :
------------------------------------------------------------------ x
THE OFFICIAL COMMITTEE OF UNSECURED                                :
CREDITORS OF THE COMMONWEALTH OF                                   :
PUERTO RICO,                                                       :
                                                                   :
        as agent of                                                :   Adv. Proc. No. 17-00257-LTS
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :
MANAGEMENT BOARD FOR PUERTO RICO                                   :
                                                                   :
        as representative of                                       :
                                                                   :
```

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-
LTS) (Last Four Digits of Federal Tax ID: 3747).

THE COMMONWEALTH OF PUERTO RICO,              :
                                              :
           Plaintiff,                         :
                                              :
v.                                            :
                                              :
BETTINA WHYTE,                                :
                                              :
           as agent of                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :
MANAGEMENT BOARD FOR PUERTO RICO              :
                                              :
           as representative of               :
                                              :
THE PUERTO RICO SALES TAX FINANCING           :
CORPORATION,                                  :
                                              :
           Defendant.                         :
-------------------------------------------------------------------- x

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Because the undersigned parties are required by paragraph 7 of the *Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* [Dkt. No. 5055 in Case No. 17-3283], Rule 7041 of the Federal Rules of Bankruptcy Procedure, and Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and among the Commonwealth Agent,[2] the COFINA Agent and the Permitted Intervenors that the above-captioned adversary proceeding and all remaining claims and causes of action asserted therein by the Commonwealth Agent, the COFINA Agent, and the Permitted Intervenors are dismissed with prejudice.

---

[2]   All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Stipulation and Order Approving Procedures to Resolve Commonwealth-COFINA Dispute* [Dkt. No. 996 in Case No. 17-3283] (the "Stipulation").

Dated:  February 20, 2019
      New York, New York

Respectfully submitted,

By:  /s/ Joseph G. Minias
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Antonio Yanez, Jr. (*pro hac vice*)
Martin L. Seidel (*pro hac vice*)
James C. Dugan (*pro hac vice*)
Jeffrey B. Korn (*pro hac vice*)
Tariq Mundiya (*pro hac vice*)
Paul V. Shalhoub (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Email: mfeldman@willkie.com
      jminias@willkie.com
      ayanez@willkie.com
      mseidel@willkie.com
      jdugan@willkie.com
      jkorn@willkie.com
      tmundiya@willkie.com
      pshalhoub@willkie.com

*Counsel to the COFINA Agent*

By:  /s/ Nilda M. Navarro-Cabrer
Nilda M. Navarro-Cabrer
USDC – PR No. 201212
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone:  (787) 764-9595
Facsimile:  (787) 765-7575
Email:  navarro@navarrolawpr.com

*Local Counsel to the COFINA Agent*

Kenneth N. Klee (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
**KLEE, TUCHIN, BOGDANOFF & STERN
LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
Email:  kklee@ktbslaw.com
      dbussel@ktbslaw.com
      jweiss@ktbslaw.com

*Special Municipal Bankruptcy Counsel
to the COFINA Agent*

Dated: February 20, 2019
New York, New York

Respectfully submitted,

  /s/ Luc Despins
Luc A. Despins, Esq. (*Pro Hac Vice*)
James R. Bliss, Esq. (*Pro Hac Vice*)
James B. Worthington, Esq. (*Pro Hac Vice*)
G. Alexander Bongartz, Esq. (*Pro Hac Vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  lucdespins@paulhastings.com
         jamesbliss@paulhastings.com
         jamesworthington@paulhastings.com
         alexbongartz@paulhastings.com

*Counsel to the Commonwealth Agent*


  /s/ Juan J. Casillas Ayala
Juan J. Casillas Ayala, Esq.
(USDC – PR 218312)
Diana M. Batlle-Barasorda, Esq.
(USDC – PR 213103)
Alberto J.E. Añeses Negrón, Esq.
(USDC – PR 302710)
Ericka C. Montull-Novoa, Esq.
(USDC – PR 230601)
**CASILLAS, SANTIAGO & TORRES
LLC**
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, Puerto Rico 00901-2419
Telephone:  (787) 523-3434
Facsimile:  (787) 523-3433
Email: jcasillas@cstlawpr.com
         dbatlle@cstlawpr.com
         aaneses@cstlawpr.com
         emontull@cstlawpr.com

*Local Counsel to the Commonwealth Agent*

Dated: February 20, 2019
New York, New York

/s/ J. Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114

**JIMÉNEZ, GRAFFAM &
LAUSELL**
P.O. Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
Email: rrivera@jgl.com

*Counsel to the Ad Hoc Group
of General Obligation
Bondholders*

  /s/ Mark T. Stancil
Mark T. Stancil (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
Kathryn S. Zecca (admitted *pro hac vice*)
Donald Burke (admitted *pro hac vice*)

**ROBBINS, RUSSELL,
ENGLERT, ORSECK,
UNTEREINER & SAUBER
LLP**
1801 K Street, N.W., Suite
411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email:mstancil@robbinsrussell.com

*Counsel to the Ad Hoc Group of
General Obligation Bondholders*

  /s/ Andrew N. Rosenberg
Andrew N. Rosenberg (admitted
*pro hac vice*)
Richard A. Rosen (admitted *pro hac vice*)
Walter Rieman (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: arosenberg@paulweiss.com

*Counsel to the Ad Hoc Group of
General Obligation Bondholders*

Dated: February 20, 2019
New York, New York

/s/ Roberto Cámara-Fuertes
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)

**FERRAIUOLI LLC**
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
         scolon@ferraiuoli.com

*Attorneys for Ambac Assurance Corporation*

/s/ Dennis F. Dunne
Dennis F. Dunne
Andrew M. Leblanc
Atara Miller
Grant R. Mainland (admitted *pro hac vice*)

**MILBANK, TWEED, HADLEY &
McCLOY LLP**
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5770
Facsimile: (212) 822-5770
Email: ddunne@milbank.com
         aleblanc@milbank.com
         amiller@milbank.com
         gmainland@milbank.com

*Attorneys for Ambac Assurance Corporation*

Dated: February 20, 2019
New York, New York

  /s/ Heriberto Burgos Pérez
Heriberto Burgos Pérez
USDC-PR 204809
Ricardo F. Casellas-Sánchez
USDC-PR 203114
Diana Pérez-Seda
USDC-PR 232014

**CASELLAS ALCOVER & BURGOS P.S.C.**
P.O. Box 364924
San Juan, PR 00936-4924
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
      casellas@cabprlaw.com
      dperez@cabprlaw.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

  /s/ Mark C. Ellenberg
Howard R. Hawkins, Jr.*
Mark C. Ellenberg*
Ellen M. Halstead*
Thomas J. Curtin*
Casey J. Servais*

**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 406-6666
Email: howard.hawkins@cwt.com
      mark.ellenberg@cwt.com
      ellen.halstead@cwt.com
      thomas.curtin@cwt.com
      casey.servais@cwt.com

* Admitted pro hac vice in No. 17 BK 03283-LTS

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

7

Dated: February 20, 2019
New York, New York

/s/  Rafael Escalera
Rafael Escalera
USDC No. 122609
escalera@reichardescalera.com
Sylvia M. Arizmendi
USDC-PR 210714
arizmendis@reichardescalera.com
Carlos R. Rivera-Ortiz   USDC-
PR 303409
riverac@reichardescalera.com
Gustavo A. Pabón-Rico   USDC-
PR 231207
pabong@reichardescalera.com
Zarel J. Soto-Acabá
USDC-PR 231913
zsoto@reichardescalera.com

**REICHARD & ESCALERA**
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-
1913

*Co-Counsel for the COFINA
Senior Bondholders' Coalition*

/s/ Susheel Kirpalani
Susheel Kirpalani (*pro hac vice*)
Eric Winston (*pro hac vice*)
Daniel Salinas USDC-PR 224006
Eric Kay (*pro hac vice*)
Brant Duncan Kuehn (*pro hac vice*)

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603
Email: susheelkirpalani@quinnemanuel.com
        ericwinston@quinnemanuel.com
        danielsalinas@quinnemanuel.com
        erickay@quinnemanuel.com
        brantkuehn@quinnemanuel.com

*Co-Counsel for the COFINA Senior
Bondholders' Coalition*

Dated: February 20, 2019
New York, New York

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

/s/ Martin J. Bienenstock

Martin J. Bienenstock (pro hac vice)
Steven L. Ratner (pro hac vice)
Timothy W. Mungovan (pro hac vice)
Brian S. Rosen  (pro hac vice)
Paul V. Possinger (pro hac vice)

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
          sratner@proskauer.com
          tmungovan@proskauer.com
          brosen@proskauer.com
          ppossinger@proskauer.com

*Attorneys for The Financial Oversight and*
*Management Board for Puerto Rico, as representative*
*of the Commonwealth of Puerto Rico*

9

Dated: February 20, 2019
New York, New York

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com


/s/ Martin J. Bienenstock
Martin J. Bienenstock (pro hac vice)
Steven L. Ratner (pro hac vice)
Timothy W. Mungovan (pro hac vice)
Brian S. Rosen  (pro hac vice)
Paul V. Possinger (pro hac vice)

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
        sratner@proskauer.com
        tmungovan@proskauer.com
        brosen@proskauer.com
        ppossinger@proskauer.com


*Attorneys for The Financial Oversight and
Management Board for Puerto Rico, as
representative of the Puerto Rico Sales Tax
Financing Corporation ("COFINA")*

Dated: February 20, 2019


/s/ William P. Smith                         

William P. Smith Esq.
James W. Kapp, III, Esq.
Megan Thibert-Ind, Esq.
Kaitlin P. Sheehan, Esq.

**McDermott Will and Emery**
444 West Lake Street
Chicago, IL 60606-0029
Email: wsmith@mwe.com
       jkapp@mwe.com
       mthibert-ind@mwe.com
       ksheehan@mwe.com


*Counsel to Goldman Sachs Asset
Management, LP*


/s/ Ramón E. Dapena                       

Ramón E. Dapena
Víctor J. Quiñones Martínez

**Morell, Bauzá, Cartagena &
Dapena**
Plaza 273 Suite 700
273 Ponce de León Ave.
Hato Rey, PR 00917-1934

PO Box 13399
San Juan, PR 00908
Email: ramon.dapena@mbcdlaw.com
       victor.quinones@mbcdlaw.com


*Counsel to Goldman Sachs Asset
Management, LP*

Dated: February 20, 2019
New York, New York

/s/ Amy Caton

Thomas Moers Mayer. (*Pro Hac Vice*)
Amy Canton (*Pro Hac Vice*)
Philip Bentley (*Pro Hac Vice*)
David E. Blabey, Jr. (*Pro Hac Vice*)

**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
1177 Avenue of the Americas New
York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
       acaton@kramerlevin.com
       pbentley@kramerlevin.com
       dblabey@kramerlevin.com

*Counsel to the Mutual Fund Group*

/s/ Manuel Fernández-Bared
Manuel Fernández-Bared
USDC-PR No. 204,204
Linette Figueroa-Torres
USDC-PR No. 227,104

**TORO, COLÓN, MULLET, RIVERA &
SIFRE, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760
E-mail: mfb@tcmrslaw.com
        lft@tcmrslaw.com

*Counsel to the Mutual Fund Group*

Dated: February 20, 2019                     /s/ Eric Pérez-Ochoa
New York, New York                           Eric Pérez-Ochoa
                                             USDC-PR No. 206314
                                             Luis Oliver-Fraticelli
                                             USDC-PR No. 209204
                                             Alexandra Casellas-Cabrera
                                             USDC-PR No. 301010
                                             Lourdes Arroyo Portela
                                             USDC-PR No. 226501

                                             **ADSUAR MUÑIZ GOYCO
                                             SEDA & PÉREZ-OCHOA, P.S.C.**
                                             208 Ponce de León Avenue, Suite 1600
                                             San Juan, PR 00936
                                             Telephone: 787.756.9000
                                             Facsimile: 787.756.9010
                                             Email: epo@amgprlaw.com
                                                     loliver@amgprlaw.com
                                                     acasellas@amgprlaw.com
                                                     larroyo@amgprlaw.com

                                             *Attorneys for National Public Finance
                                             Guarantee Corp.*

                                             /s/ Marcia Goldstein
                                             MARCIA GOLDSTEIN (*pro hac vice*)
                                             JONATHAN POLKES (*pro hac vice*)
                                             GREGORY SILBERT (*pro hac vice*)
                                             KELLY DI BLASI (*pro hac vice*)
                                             GABRIEL A. MORGAN (*pro hac vice*)

                                             **WEIL, GOTSHAL & MANGES LLP**
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Tel.: (212) 310-8000
                                             Fax: (212) 310-8007
                                             Email: marcia.goldstein@weil.com
                                                     jonathan.polkes@weil.com
                                                     gregory.silbert@weil.com
                                                     kelly.diblasi@weil.com
                                                     gabriel.morgan@weil.com

                                             *Attorneys for National Public Finance
                                             Guarantee Corp.*

Dated: February 20, 2019
New York, New York

/s/ Robert Gordon

Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)

**JENNER & BLOCK LLP**
919 Third Ave New York, NY 10022-3908
Tel.: 212-891-1600
Fax: 212-891-1699
Email: rgordon@jenner.com
        rlevin@jenner.com

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
353 N. Clark Street Chicago, IL 60654
Tel.: 312-222-9350
Fax: 312-239-5199
Email: csteege@jenner.com
        mroot@jenner.com

*Counsel for The Official Committee
of Retired Employees of Puerto Rico*

/s/ A.J. Bennazar-Zequeira

A.J. Bennazar-Zequeira

**BENNAZAR, GARCÍA & MILIÁN,
C.S.P.**
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
Email: ajb@bennazar.org
Tel.: 787-754-9191
Fax: 787-764-3101

*Counsel for The Official Committee
of Retired Employees of Puerto Rico*

Dated: February 20, 2019
     San Juan, Puerto Rico

  Respectfully submitted,


 /s/ Suzzanne Uhland
John J. Rapisardi
Suzzanne Uhland
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061


Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

 /s/ Luis C. Marini-Biaggi
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

Carolina Velaz-Rivero
USDC No. 300913
E:mail: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494


*Co-Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

Dated: February 20, 2019

/s/ Roberto Abesada-Agüet

Roberto Abesada-Agüet
USDC-PR No. 216706
Sergio E. Criado
USDC-PR No. 226307

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379
E-Mail: ra@calopsc.com
        scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

/s/ Kurt A. Mayr

Kurt A. Mayr (*pro hac*)

**Bracewell LLP**
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Attn: Kurt Mayr
Telephone: (860) 256-8534
Email: kurt.mayr@bracewell.com

*Co-Counsel for the QTCB Noteholder Group*

Dated: February 20, 2019
New York, New York

/s/ Peter D. DeChiara

Richard M. Seltzer
Peter D. DeChiara
Hiram M. Arnaud

**Cohen, Weiss and Simon, LLP**
900 Third Avenue
New York, NY 10022-4869
Telephone: (212) 563-4100
Email: pdechiara@cwsny.com
        harnaud@cwsny.com

*Counsel to International Union,
United Automobile, Aerospace and
Agricultural Implement Workers of America
(UAW) and Service Employees International
Union*

/s/  Dora L. Monserrate Peñagarícano

Dora L. Monserrate Peñagarícano
Ricardo R. Lozada-Franco
Miguel Simonet-Sierra
Fernando J. Gierbolini-González
Richard J. Schell

**Monserrate Simonet & Gierbolini, LLC**
101 San Patricio Avenue
Maramar Plaza, Suite 1120
Guaynabo, PR 00968
Email: dmonserrate@msglawpr.com
        rlozada@msglawpr.com
        fgierbolini@msglawpr.com
        msimonet@msglawpr.com
        rschell@msglawpr.com

*Counsel to Service Employees International
Union and United Auto Workers
International Union*

Dated: February 20, 2019
New York, New York

    /s/ Elie J. Worenklein
My Chi To, Esq.
Craig A. Bruens, Esq.
Elie J. Worenklein, Esq.

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
Email: mcto@debevoise.com
       cbruens@debevoise.com
       eworenklein@debevoise.com

*Counsel to Syncora Guarantee, Inc. and
Syncora Capital Assurance, Inc.*

/s/ Carlos A. Rodríguez Vidal
Carlos A. Rodríguez Vidal
USDC-PR 201213
Solymar Castillo Morales

**Goldman Antonetti & Cordova, LLC**
Post Office Box 70364
San Juan, PR 00936-8364
Email: crodriguez-vidal@gaclaw.com
       scastillo@gaclaw.com

*Counsel to Syncora Guarantee, Inc. and
Syncora Capital Assurance, Inc.*

Dated: February 20, 2019
New York, New York

  /s/ Alicia I. Lavergne-Ramírez
José C. Sánchez-Castro
USDC-PR 213312
Alicia I. Lavergne-Ramírez
USDC-PR 215112
Maraliz Vázquez-Marrero
USDC-PR 225504

**SÁNCHEZ PIRILLO LLC**
270 Muñoz Rivera Avenue, Suite 1110 San
Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
Email: jsanchez@sanpir.com
        alavergne@sanpir.com
        mvazquez@sanpir.com

*Counsel for the Puerto Rico Funds*

  /s/ John K. Cunningham
Glenn M. Kurtz (*pro hac vice*)
John K. Cunningham (*pro hac vice*)

**WHITE & CASE LLP**
1221 Avenue of the Americas New York, NY
10036
Tel. (212) 819-8200
Fax (212) 354-8113
Email: gkurtz@whitecase.com
        jcunningham@whitecase.com

Jason N. Zakia (*pro hac vice*)
Cheryl T. Sloane (*pro hac vice*)

**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900 Miami,
FL
33131
Tel. (305) 371-2700
Fax (305) 358-5744
Email: jzakia@whitecase.com
        csloane@whitecase.com

*Counsel for the Puerto Rico Funds*

IT IS SO ORDERED this ___ day of _____ 2019.


_____
Honorable Laura Taylor Swain
United States District Judge