## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**THIRD SUPPLEMENTAL VERIFIED STATEMENT OF THE ERS SECURED CREDITORS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial holders as identified on **Exhibit A** hereto (collectively, the "ERS Secured Creditors") hereby submit this third verified statement (the "Third Verified Statement"), and in support hereof state as follows:

1.      In May 2015, certain of the ERS Secured Creditors or the investment advisors or managers on behalf of the ERS Secured Creditors retained Jones Day to represent them as

counsel in connection with a potential restructuring of the secured bonds (the "ERS Bonds") issued by the Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico (the "ERS"). From time to time thereafter, certain additional holders of ERS Bonds have joined the ERS Secured Creditors, and certain holders have ceased to be a part of the ERS Secured Creditors. Jones Day appears in the above-captioned case on behalf of the ERS Secured Creditors as presently constituted.

2.      As of the date of this Third Verified Statement, Jones Day represents (as that term is defined in Bankruptcy Rule 2019(a)(2)) the ERS Secured Creditors in their capacities as beneficial holders of ERS Bonds. Jones Day does not represent the ERS Secured Creditors in their capacities as beneficial holders of any bonds issued or guaranteed by the Commonwealth ("Constitutional Debt").

3.      Other than the parties described in this Third Verified Statement and the *Verified Statement of the PRASA Secured Creditors*, Jones Day does not represent or purport to represent any other entities in connection with the ERS or Commonwealth Title III cases. Jones Day does not represent the ERS Secured Creditors as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity. In addition, the ERS Secured Creditors do not represent or purport to represent any other entities in connection with the ERS or Commonwealth Title III cases.

4.      Upon information and belief formed after due inquiry, neither Jones Day nor any of the ERS Secured Creditors holds any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the ERS or Commonwealth other than (a) the ERS Bonds and related claims arising from the ERS Bond Resolution or the ERS Secured

-2-

Creditors' ownership of the ERS Bonds, and (b) the Constitutional Debt and related claims arising from such debt instruments or related documents or the ERS Secured Creditors' ownership of such debt.

5.　　The names and addresses of each of the ERS Secured Creditors, together with the nature and amount of each disclosable economic interest held by each of them[1] in relation to the ERS and the Commonwealth, are set forth in **Exhibit A** attached hereto.  The information set forth in **Exhibit A** is based on information provided to Jones Day by the ERS Secured Creditors and is intended only to comply with Bankruptcy Rule 2019 and not provided for any other purpose.

6.　　Nothing contained in this Third Verified Statement is intended or shall be construed (a) to constitute consent to the jurisdiction of the Court over any matter, (b) as an admission with respect to any fact or legal theory, (c) as an acknowledgment that any Title III case was appropriately or lawfully commenced, or (d) as a waiver or release of any rights, claims, actions, or defenses to which the ERS Secured Creditors are or may be entitled, in law or in equity, under any agreement, any constitution or otherwise, with all such rights, claims, actions, and defenses being expressly reserved.

7.　　The undersigned verify that the foregoing is true and correct to the best of their knowledge.

8.　　The ERS Secured Creditors, through their undersigned counsel, reserve the right to amend or supplement this Third Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

---

[1] For the avoidance of doubt, the information set forth on Exhibit A relates solely to the ERS Secured Creditors and not any affiliated entities.

February 20, 2019

 /s/ Alfredo Fernández-Martínez
Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

*Counsel for the ERS Secured Creditors*

/s/ Bruce Bennett
Bruce Bennett (*pro hac vice*)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com
priderlongmaid@jonesday.com

Isel M. Perez (*pro hac vice* pending)
JONES DAY
600 Brickell Avenue, Suite 300
Miami, FL 33131
Tel. (305) 714-9700
Fax. (305) 714-9799
iperez@jonesday.com

*Counsel for the ERS Secured Creditors*

-4-

## EXHIBIT A

Certain of the ERS Secured Creditors are plaintiffs in a certain adversary case, styled *Altair Global Credit Opportunities Fund (A), LLC, et al. v. Commonwealth of P.R., et al.*, Adv. Proc. Nos. 17-219 and 17-220, which asserts certain causes of action against the ERS and the Commonwealth.  In addition, certain of the ERS Secured Creditors have filed proofs of claim and requests for administrative expense treatment with respect to the ERS and Commonwealth on account of amounts owed to the ERS Secured Creditors from the ownership of the ERS Bonds and related claims and causes of action.

The amounts set forth on the following table (a) with respect to Constitutional Debt, reflect only outstanding principal amounts, and (b) with respect to ERS Bonds, reflect only outstanding principal for term bonds or approximate accreted values through the date hereof for capital appreciation bonds and, in each case, do not include any other amounts that may be owing under or in connection with the Constitutional Debt, the ERS Bonds or applicable law.

| Name and Address | Disclosable Economic Interests |
|---|---|
| Andalusian Global Designated Activity Company 70 Sir John Rogerson's Quay, Dublin 2, Ireland | $208,470,000 ERS Bonds $0 Constitutional Debt |
| Crown Managed Accounts for and on behalf of Crown/PW SP Grand Pavilion, Commercial Centre, 1st Floor, 802 West Bay Road, George Town, Grand Cayman KY1-1207, Cayman Islands  LMA SPC for and on behalf of Map 98 Segregated Portfolio Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands  Oceana Master Fund Ltd. Pentwater Merger Arbitrage Master Fund Ltd. PWCM Master Fund Ltd. 190 Elgin Avenue, George Town, Grand Cayman KY1-9005, Cayman Islands | $221,861,847 ERS Bonds $0 Constitutional Debt |
| Glendon Opportunities Fund, L.P. Ugland House, South Church Street, Grand Cayman, Cayman Islands, KY1-1104 | $4,000,000 ERS Bonds $0 Constitutional Debt |

-2-

| **Name and Address** | **Disclosable Economic Interests** |
|---|---|
| Mason Capital Master Fund, LP<br>PO Box 309,<br>Ugland House, George Town KY1-1104 | $439,611,992 ERS Bonds<br>$468,056,000 Constitutional Debt[1] |
| Oaktree Value Opportunities Fund Holdings, L.P.<br>Oaktree Opportunities Fund IX Delaware, L.P.<br>Oaktree Opportunities Fund IX (Parallel 2), L.P.<br>Opps Culebra Holdings, L.P.<br>Oaktree Opportunities Fund X Holdings (Delaware), L.P.<br>Oaktree Opps X Holdo Ltd.<br>Oaktree-Forrest Multi-Strategy, LLC (Series B)<br>333 South Grand Avenue, 28th Floor,<br>Los Angeles, CA  90071 | $233,665,000 ERS Bonds<br>$0 Constitutional Debt |
| Ocher Rose, L.L.C.<br>P.O. Box 1226, New York, NY 10150 | $130,170,115 ERS Bonds<br>$0 Constitutional Debt |
| SV Credit, L.P.<br>1209 Orange Street, Wilmington, New Castle County, Delaware 19801 | $137,368,644 ERS Bonds<br>$0 Constitutional Debt |

---

[1] Mason Capital has also filed proofs of claim with respect to the Commonwealth on account of amounts owing under or in connection with Constitutional Debt and ownership of bonds in a non-Title III debtor and related claims and causes of action.