# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*, <br><br> Debtors.[1] | PROMESA Title III <br><br> Case No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br>PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor. | PROMESA Title III <br><br> Case No. 17 BK 4780-LTS <br><br> (This court filing relates only to Case No. 17 BK 4780-LTS) |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT FEBRUARY 26, 2019 HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States Magistrate Judge Judith Gail Dein:

National Public Finance Guarantee Corporation ("National") through the undersigned counsel, hereby states as follows:

1. The undersigned, appearing in this proceeding on behalf of National, hereby respectfully submit this informative motion in response to the Court's order entered on February 13, 2019 [Case No. 17-03283, ECF No. 5113 and Case No. 17-04780, ECF No. 1082].

2. Robert Berezin of Weil, Gotshal & Manges LLP, representing National, intends to appear in the Boston Courtroom at the February 26, 2019 hearing (the "Hearing"), and requests to present oral argument.

3. Eric Pérez-Ochoa of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C. intends to appear at the Hearing in the San Juan courtroom but does not seek to be heard.

4. National reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of National.

Dated: February 21, 2019
San Juan, Puerto Rico

Respectfully submitted,

| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |

/s/ *Eric Pérez-Ochoa*
ERIC PÉREZ-OCHOA
USDC-PR No. 206,314
E-mail: epo@amgprlaw.com

/s/ *Luis A. Oliver-Fraticelli*
LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209,204
E-mail: loliver@amgprlaw.com

208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000
Fax: (787) 756-9010

*Counsel for National Public Finance Guarantee Corp.*

/s/ *Robert Berezin*
ROBERT BEREZIN*
MARCIA GOLDSTEIN*
JONATHAN POLKES*
GREGORY SILBERT*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
Email: robert.berezin@weil.com
      marcia.goldstein@weil.com
      jonathan.polkes@weil.com
      gregory.silbert@weil.com

*admitted *pro hac vice*

*Counsel for National Public Finance Guarantee Corp.*