UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

As representative of

THE COMMONWEALTH OF PUERTO
RICO, et al.,

Debtors.

PROMESA

TITLE III

NO. 17 BK 3283-LTS

(Jointly Administered)

## MOTION IN COMPLEMENT OF AN ORDER

My name is Miriam Sanchez Lebron with the claim # 29560 I am
informing this Honorable Court that today February 19, 2019 I am
enclosing all of my proof of claims in complement with the court order.

Date: February 19, 2019

Name: Miriam Sanchez Lebron

Claim No. 29560