UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in both Case No. 17-BK-4780-LTS and Case No. 17-BK-3283-LTS. |

ORDER EXTENDING DEADLINES UNDER ORDER
SCHEDULING BRIEFING OF MARRERO PLAINTIFFS' MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the *Urgent Consented Motion for Extension of Deadlines and Adjourning Hearing on Marrero Plaintiffs' Motion for Relief from Automatic Stay* (Docket Entry No. 1097 in Case No. 17-4780 and Docket Entry No. 5197 in Case No. 17-3283, the "Extension

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Extension Motion is in the best interests of the Debtor and Movants; and the Court having found that the Debtor provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Extension Motion is granted as set forth herein.[3]

2. The deadline to file oppositions to the *Marrero Plaintiffs' Motion for Relief from Automatic Stay* (Docket Entry No. 1074 in Case No. 17-4780), or to otherwise respond, shall be extended to **March 8, 2019**.

3. The deadline for Movants to file a reply to any oppositions shall be extended to **March 22, 2019**.

4. This Order resolves Docket Entry No. 1097 in Case No. 17-4780 and Docket Entry No. 5197 in Case No. 17-3283.

Dated: February 22, 2019

      /s/ Laura Taylor Swain
     LAURA TAYLOR SWAIN
     United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

[3] The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Motion.