UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                    (Jointly Administered)
et al.,

              Debtors.[1]

------------------------------------------------------------x

In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                               No. 17 BK 3566-LTS

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,

              Debtor.

------------------------------------------------------------x

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER SETTING DEADLINES IN CONNECTION WITH
URGENT MOTION TO EXPEDITE (DOCKET ENTRY NO. 367 IN CASE NO. 17-3566)

The Court has received and reviewed the *Urgent Motion to Expedite*

*Consideration of Motion of Certain Secured Creditors of the Employees Retirement System of*

*the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Docket

Entry No. 5196 in Case No. 17-3283 and Docket Entry No. 367 in Case No. 17-3566, the

"Motion").  Objections to the Motion shall be filed by **2:00 p.m. (Atlantic Standard Time) on**

**February 23, 2019**.  Replies in further support of the Motion must be filed by **2:00 p.m.**

**(Atlantic Standard Time) on February 24, 2019**.


        SO ORDERED.

Dated:  February 22, 2019


                                                   /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge