UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------x
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :
MANAGEMENT BOARD FOR PUERTO RICO,               :   PROMESA
                                                :   Title III
         as representative of                   :
                                                :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,         :
                                                :   (Jointly Administered)
         Debtors.¹                              :
---------------------------------------------------------------x
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :
MANAGEMENT BOARD FOR PUERTO RICO,               :   PROMESA
                                                :   Title III
         as representative of                   :
                                                :   Case No. 17-BK-3284 (LTS)
PUERTO RICO SALES TAX FINANCING,                :
CORPORATION ("COFINA")                          :
                                                :
         Debtor.                                :
                                                :
---------------------------------------------------------------x
```

**NOTICE OF FILING CERTIFIED TRANSLATIONS OF CASE LAW CITED IN
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (A) AMENDED FURTHER
RESPONSE TO AAFAF'S INFORMATIVE MOTION DISCLOSING PROPOSED
PAYMENT OF $7 MILLION TO BONISTAS DEL PATIO, INC. [DOCKET NO. 5097]
AND (B) URGENT MOTION REQUESTING HEARING ON PROPOSED PAYMENT**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all title III Debtors (other than

COFINA) (the "Committee"), respectfully submits the certified translations of *Ramiro Rodríguez*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*v. E.L.A.*, 2014 TSPR 32 (P.R. 2014), and *Alco Corp. v. Municipio Toa Alta*, 2011 TSPR 180 (P.R. 2011) (the "Supporting Cases"), in support of the *Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment* [Docket No. 5136] (the "Scheduling Motion"). The certified translations are attached hereto as **Exhibit A** and **Exhibit B**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Committee respectfully requests the Court take notice of the above and accept the attached certified translations of the Supporting Cases in support of the Scheduling Motion.

Dated: February 22, 2019  /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*