UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIMS FILED AGAINST PUERTO RICO SALES TAX FINANCING CORPORATION AS OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that, in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, made applicable to these Title III proceedings by Section 310 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] each claimant identified in **Exhibit A** hereto (each a "Claimant" and collectively, the "Claimants") hereby withdraws, with prejudice, the proof(s) of claim filed by such Claimant against the Puerto Rico Sales Tax Financing Corporation ("COFINA"), and that are listed on **Exhibit A** hereto (collectively, the "Claims"), effective as of the Effective Date, as defined by the *Third Amended Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation*.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**PLEASE TAKE FURTHER NOTICE** that the Claimants, by and through counsel, hereby authorize Prime Clerk, LLC, to reflect the withdrawal of their Claims on the official claims register for COFINA, Bankruptcy Case No. 17 BK 03284-LTS.

Dated: February 23, 2019
        MORRISON & FOERSTER, LLP

/s/ Gary S. Lee
Gary S. Lee (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8042
Facsimile: (212) 468-7900
glee@mofo.com

G. CARLO-ALTIERI LAW OFFICES, LLC

/s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
gacarlo@carlo-altierilaw.com

/s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
loomislegal@gmail.com

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

*Attorneys for the Claimants*

## Exhibit A

## List of Withdrawn Proofs of Claim

| Claimant | Claim Number | Debtor |
|---|---|---|
| Avian Capital Partners, LLC | 97177 | COFINA |
| Candlewood Constellation SPC Ltd., Acting for And on Behalf of Candlewood Puerto Rico SP | 144996 | COFINA |
| Fir Tree Capital Opportunity Master Fund III, LP | 115315 | COFINA |
| Fir Tree Capital Opportunity Master Fund, LP | 114305 | COFINA |
| Fir Tree Value Master Fund, LP | 115476 | COFINA |
| FPA Crescent Fund, A Series of FPA Funds Trust | 100585 | COFINA |
| FPA Crescent Fund, A Series of FPA Funds Trust | 108167 | COFINA |
| FPA Global Opportunity Fund, A Series of Fpa Hawkeye Fund, LLC | 102605 | COFINA |
| FPA Hawkeye Fund, A Series of FPA Hawkeye Fund, LLC | 119630 | COFINA |
| FPA Hawkeye-7 Fund, A Series of FPA Hawkeye Fund, LLC | 130373 | COFINA |
| FPA Select Drawdown Fund, L.P. | 104481 | COFINA |
| FPA Select Drawdown Fund, L.P. | 107182 | COFINA |
| FPA Select Fund Ii, L.P. | 115514 | COFINA |
| FPA Select Fund Ii, L.P. | 115549 | COFINA |
| FPA Select Fund, L.P. | 106483 | COFINA |

1

| Claimant | Claim Number | Debtor |
|---|---|---|
| FPA Select Fund, L.P. | 154790 | COFINA |
| FPA Select Maple Fund, L.P. | 108875 | COFINA |
| FPA Select Maple Fund, L.P. | 109384 | COFINA |
| FPA Value Partners Fund, A Series of FPA Hawkeye Fund, LLC | 123988 | COFINA |
| FPA Value Partners Fund, A Series of Fpa Hawkeye Fund, LLC | 138162 | COFINA |
| FT COF (E) Holdings LLC | 115564 | COFINA |
| FT SOF IV Holdings, LLC | 115588 | COFINA |
| FT SOF IV Holdings, LLC | 115612 | COFINA |
| FT SOF V Holdings, LLC | 110881 | COFINA |
| FT SOF V Holdings, LLC | 115636 | COFINA |
| Global Flexible Fund, A Sub-Fund of Nedgroup Investment Funds PLC | 99708 | COFINA |
| Global Flexible Fund, A Sub-Fund of Nedgroup Investment Funds PLC | 104777 | COFINA |
| JNL Multi-Manager Alternative Fund, A Series of JNL Series Trust | 110706 | COFINA |
| JNL Multi-Manager Alternative Fund, A Series of JNL Series Trust | 148655 | COFINA |
| Lannan Foundation | 103369 | COFINA |
| Lannan Foundation | 108134 | COFINA |
| Litman Gregory Masters Alternative Strategies Fund, A Series of Litman Gregory Funds Trust | 110215 | COFINA |
| Litman Gregory Masters Alternative Strategies Fund, A Series of Litman Gregory | 152657 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Funds Trust | | |
| Mason Capital Master Fund, L.P. | 104313 | COFINA |
| Pelican Fund LP | 89438 | COFINA |
| Pelican Fund LP | 135883 | COFINA |
| Puerto Rico Ban (CE) LLC | 114457 | COFINA |
| Puerto Rico Ban (CI) LLC | 113454 | COFINA |
| Puerto Rico Ban (CIII) LLC | 90486 | COFINA |
| Puerto Rico Ban (IV) LLC | 112175 | COFINA |
| Puerto Rico Ban (V) LLC | 100000 | COFINA |
| Puerto Rico Ban (Vl) LLC | 114454 | COFINA |
| Silver Point Capital Fund, L.P. | 68387 | COFINA |
| Silver Point Capital Fund, L.P. | 114375 | COFINA |
| Silver Point Capital Offshore Master Fund, L.P. | 68395 | COFINA |
| Silver Point Capital Offshore Master Fund, LP | 114662 | COFINA |
| Ulysses Offshore Fund, Ltd. | 114314 | COFINA |
| Ulysses Partners, LP | 100931 | COFINA |
| Ulysses Partners, LP | 108135 | COFINA |
| Zoe Partners LP | 73190 | COFINA |