| | |
|---|---|
| **From:** | Sloane, Cheryl Tedeschi |
| **To:** | Uhland, Suzzanne; rgordon@jenner.com; Sooknanan, Sparkle L.; Dale, Margaret A.; Bienenstock, Martin J.; Levitan, Jeffrey W.; Mungovan, Timothy W.; Weise, Steven O.; dvelawoffices@gmail.com; Hackett, Michael R.; mroot@jenner.com; Rosen, Brian S. |
| **Cc:** | Bennett, Bruce S.; Rosenblum, Benjamin; Stewart, Geoffrey S.; Sims, Ryan; afernandez@delgadofernandez.com; Cunningham, John K.; de la Hoz, Fernando; Zakia, Jason; Perez, Isel M.; Theodoridis, Chris; Possinger, Paul V.; Steege, Catherine L.; Friedman, Peter; McKeen, Elizabeth L.; Pocha, Madhu; Boone, Robbie; Sloane, Cheryl Tedeschi |
| **Subject:** | RE: ERS Meet and Confer |
| **Date:** | Tuesday, August 14, 2018 10:19:40 PM |

All,

To summarize today's 1:00 pm meet-and-confer call, below is our understanding of how the parties agreed to proceed over the next few days in order to comply with the Court's August 6th order. Please let us know whether you disagree with the any of the following or if we've inadvertently missed anything.

- The Bondholders will circulate draft stipulated facts to the Government parties in the next day or so. This will reflect the facts set forth in the RFAs served on August 13th and any additional facts.
- The Bondholders will circulate a draft of the joint statement that includes the following:
    - Disputed facts
        - [To be determined]
    - Discovery
        - Responses/objections to RFAs served no later than August 29th
        - Depositions concluded before August 31st
    - Briefing
        - Simultaneous supplemental briefing due September 7th
- The Government parties will review the RFAs served on August 13th in the interim. The Government parties will get back to the Bondholders in the next day or so regarding (i) whether they intend to take any discovery, (ii) the extent to which the universe of facts set forth in the RFAs are disputed, and (iii) any concerns on the proposed deadlines set forth above.

Best,
Cheryl

**Cheryl Sloane** | Associate
**T** +1 305 925 4783 **M** +1 786 457 4984 **E** csloane@whitecase.com
White & Case LLP | Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900 | Miami, FL 33131-2352

---

**From:** Uhland, Suzzanne
**Sent:** Tuesday, August 14, 2018 5:16 AM
**To:** rgordon@jenner.com; Sooknanan, Sparkle L.; Dale, Margaret A.; mbienenstock@proskauer.com; JLevitan@proskauer.com; tmungovan@proskauer.com; sweise@proskauer.com; dvelawoffices@gmail.com; mhackett@proskauer.com; mroot@jenner.com; brosen@proskauer.com
**Cc:** Bennett, Bruce S.; Rosenblum, Benjamin; Stewart, Geoffrey S.; Sims, Ryan; afernandez@delgadofernandez.com; Cunningham, John K.; de la Hoz, Fernando; Zakia, Jason; Sloane, Cheryl Tedeschi; Perez, Isel M.; ctheodoridis@proskauer.com; ppossinger@proskauer.com; Steege, Catherine L.; Friedman, Peter; McKeen, Elizabeth L.; Pocha, Madhu
**Subject:** RE: ERS Meet and Confer

Please include Peter Friedman, Liz McKeen and Madhu Pocha as well.

**From:** Gordon, Robert D. [mailto:RGordon@jenner.com]
**Sent:** Monday, August 13, 2018 7:01 PM
**To:** Sooknanan, Sparkle L.; Dale, Margaret A.; mbienenstock@proskauer.com; JLevitan@proskauer.com; tmungovan@proskauer.com; sweise@proskauer.com; dvelawoffices@gmail.com; Uhland, Suzzanne; mhackett@proskauer.com; mroot@jenner.com; brosen@proskauer.com
**Cc:** Bennett, Bruce S.; Rosenblum, Benjamin; Stewart, Geoffrey S.; Sims, Ryan; afernandez@delgadofernandez.com; jcunningham@whitecase.com; fdelahoz@whitecase.com; jzakia@whitecase.com; csloane@whitecase.com; Perez, Isel M.; ctheodoridis@proskauer.com; ppossinger@proskauer.com; Steege, Catherine L.
**Subject:** RE: ERS Meet and Confer

Please include Cathy Steege (copied here) at Jenner on all communications on this matter. Thank you.

**Robert D. Gordon**
**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
212 891-1610 (office) | 248 320-6254 (mobile)
RGordon@jenner.com

**From:** Sooknanan, Sparkle L. [mailto:ssooknanan@jonesday.com]
**Sent:** Monday, August 13, 2018 1:18 PM
**To:** Dale, Margaret A. <mdale@proskauer.com>; mbienenstock@proskauer.com; JLevitan@proskauer.com; tmungovan@proskauer.com; sweise@proskauer.com; dvelawoffices@gmail.com; suhland@omm.com; mhackett@proskauer.com; Gordon, Robert D. <RGordon@jenner.com>; Root, Melissa C. <MRoot@Jenner.com>; brosen@proskauer.com
**Cc:** Bennett, Bruce S. <bbennett@jonesday.com>; Rosenblum, Benjamin <brosenblum@JonesDay.com>; Stewart, Geoffrey S. <gstewart@JonesDay.com>; Sims, Ryan <rsims@jonesday.com>; afernandez@delgadofernandez.com; jcunningham@whitecase.com; fdelahoz@whitecase.com; jzakia@whitecase.com; csloane@whitecase.com; Perez, Isel M. <iperez@jonesday.com>; ctheodoridis@proskauer.com; ppossinger@proskauer.com
**Subject:** RE: ERS Meet and Confer

External Email – Exercise Caution
Yes, that works for us. We will circulate a dial-in.
--------------------
Sparkle L. Sooknanan
Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave, NW
Washington, DC 20001
Office +1.202.879.3435

**From:** Dale, Margaret A. <mdale@proskauer.com>
**Sent:** Monday, August 13, 2018 1:14 PM
**To:** Sooknanan, Sparkle L. <ssooknanan@jonesday.com>; mbienenstock@proskauer.com; JLevitan@proskauer.com; tmungovan@proskauer.com; sweise@proskauer.com; dvelawoffices@gmail.com; suhland@omm.com; mhackett@proskauer.com; rgordon@jenner.com; mroot@jenner.com; brosen@proskauer.com
**Cc:** Bennett, Bruce S. <bbennett@jonesday.com>; Rosenblum, Benjamin <brosenblum@JonesDay.com>; Stewart, Geoffrey S. <gstewart@JonesDay.com>; Sims, Ryan <rsims@jonesday.com>; afernandez@delgadofernandez.com; jcunningham@whitecase.com; fdelahoz@whitecase.com; jzakia@whitecase.com; csloane@whitecase.com; Perez, Isel M. <iperez@jonesday.com>; ctheodoridis@proskauer.com; ppossinger@proskauer.com
**Subject:** RE: ERS Meet and Confer

Let us know if Tuesday at 1 pm works. Thanks.
**Margaret A. Dale**
Partner and Vice Chair, Litigation Department

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3315
f 212.969.2900
mdale@proskauer.com

Visit our Commercial Litigation blog:
www.mindingyourbusinesslitigation.com

greenspaces
Please consider the environment before printing this email.

**From:** Sooknanan, Sparkle L. <ssooknanan@jonesday.com>
**Sent:** Monday, August 13, 2018 12:14 PM
**To:** Bienenstock, Martin J. <mbienenstock@proskauer.com>; Levitan, Jeffrey W. <JLevitan@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Weise, Steven O.

<sweise@proskauer.com>; dvelawoffices@gmail.com; Dale, Margaret A. <mdale@proskauer.com>; suhland@omm.com; Hackett, Michael R. <MHackett@proskauer.com>; rgordon@jenner.com; mroot@jenner.com; Rosen, Brian S. <brosen@proskauer.com>
**Cc:** Bennett, Bruce S. <bbennett@jonesday.com>; Rosenblum, Benjamin <brosenblum@JonesDay.com>; Stewart, Geoffrey S. <gstewart@JonesDay.com>; Sims, Ryan <rsims@jonesday.com>; afernandez@delgadofernandez.com; jcunningham@whitecase.com; fdelahoz@whitecase.com; jzakia@whitecase.com; csloane@whitecase.com; Perez, Isel M. <iperez@jonesday.com>
**Subject:** ERS Meet and Confer

Counsel,

Judge Swain ordered that we meet and confer and file a joint statement by August 20 at 5:00pm (1) identifying the material disputed issues of fact regarding the attribution of any diminution in value resulting from the automatic stay, (2) setting a discovery schedule, and (3) setting a briefing schedule. Please let us know your availability for the meet the confer. We are available anytime tomorrow, Wednesday or Thursday.

Many thanks,
Sparkle
-------------------
Sparkle L. Sooknanan
Associate
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave, NW
Washington, DC 20001
Office +1.202.879.3435

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***


****************************************************************************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
****************************************************************************************************************************
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

---

**Robert D. Gordon**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
+1 212 891 1610 | TEL
RGordon@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

==========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here.

==========================================================================