Judy G. Sliber, (IRA) WFCS AS CUSTODIAN
47 Old Chimney Road.
Upper Saddle River, NJ 07458

The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

2019 FEB 25 PM 4:01
RECEIVED & FILED