Shoshanah D. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458

RECEIVED & FILED
2019 FEB 25 PM 4: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767