RECEIVED & FILED

2019 FEB 25  PM 4:01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

F & J Tanzer F.L.P.
47 Old Chimney Road
Upper Saddle River, NJ 07458
Phone: 551-427-1062

The Clerk of the United States District Court for the District of Puerto

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan, PR 00918-1767