UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

   Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Jesse Offenhartz, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On February 20, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the PREPA Master Hard Copy Service List attached hereto as **Exhibit A** and via Email on the PREPA Master Email Service List attached hereto as **Exhibit B**:

- Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing [Docket No. 1091]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: February 25, 2019

_____
Jesse Offenhartz

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 25, 2019, by Jesse Offenhartz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

SRF 31013

**<u>Exhibit A</u>**

Exhibit A
PREPA Master Hard Copy Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Cooperativa De Ahorro Y Credito Zeno Gandia, Cooperativa De Ahorro Y Credito Abraham Rosa, Cooperativa De Ahorro Y Credito De Aguada, Cooperativa De Ahorro Y Credito Vega Alta, Cooperativa De Ahorro Y Credito El Valenciano, Fidecoop, Cooperativa De Ahorro Y Credito De Rincon, Cooperativa De Ahorro Y Credito De Lares Y Region Central, Fondo de Inversión y Desarrollo Cooperativo, Inc., and Cooperativa de Ahorro y Crédito Vega Alta | Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo PO Box 191757 San Juan PR 00919-1757 | First Class Mail |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray 1201 New York Ave., NW Washington DC 20525 | First Class Mail |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor PO Box 810190 Carolina PR 00981-0190 | First Class Mail |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | PO Box 71325 Suite 84 San Juan PR 00936 | First Class Mail |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc. | Apartado Postal 2227 Mayagüez PR 00681 | First Class Mail |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709 Ponce PR 00733-1709 | First Class Mail |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse United States District Court 500 Pearl St., Suite 3212 New York NY 10007-1312 | Overnight Mail |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192 San Juan PR 00902-0192 | First Class Mail |
| Federal Agency | Department of Defense (DOD) | Attn: Patrick Shanahan 1400 Defense Pentagon Washington DC 20301-1400 | First Class Mail |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry 1000 Independence Ave., SW Washington DC 20585 | First Class Mail |
| Federal Agency | Department of Homeland Security (DHS) | Attn: Kirstjen M. Nielsen 245 Murray Lane., SW Washington DC 20528-0075 | First Class Mail |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson 451 7th Street., SW Washington DC 20410 | First Class Mail |
| Federal Agency | Department of Human and Health Services | Attn: Alex Azar 200 Independence Ave, SW Washington DC 20201 | First Class Mail |
| Federal Agency | Department of the Interior (DOI) | Attn: David Bernhardt 1849 C St., NW Washington DC 20240 | First Class Mail |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao 1200 New Jersey Ave., SE Washington DC 20590 | First Class Mail |

Exhibit A
PREPA Master Hard Copy Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Robert Wilkie<br>810 Vermont Ave., NW<br>Washington DC 20420 | First Class Mail |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Donna A. Maldonado-Rivera | Popular Center-9th Floor<br>209 Muñoz Rivera Ave.<br>San Juan PR 00918 | First Class Mail |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 | First Class Mail |
| Edgordo Seda Arroyo, Interested Party | Edgordo Seda Arroyo | 35299-054, Federal Correctional Complex<br>UPS 2, P.O. Box 1034<br>Coleman FL 33521-1034 | First Class Mail |
| Federación de Maestros de Puerto Rico | Federación de Maestros de Puerto Rico | Urbanización El Caribe No. 1572<br>Ponce de León Avenue<br>San Juan PR 00927 | First Class Mail |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 | First Class Mail |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 | First Class Mail |
| Interested Party | Ferrovial Agroman, SA | Attn: Eng. Nassin E. Tactuk Diná<br>1250 Ponce De Leon Ave.<br>San José Building Suite 901<br>San Juan PR 00902 | First Class Mail |
| Counsel to Cooperativa De Ahorro Y Credito Abraham Rosa, Plaintiff in Adversary Proceeding 18-00028 | Harry Anduze | 1225 Ponce De Leon Ave<br>Suite PH 1<br>San Juan PR 00907 | First Class Mail |
| Integrand Assurance Company | Integrand Assurance Company | PO Box 70128<br>San Juan PR 00936-8128 | First Class Mail |
| Counsel to PFZ Properties, Inc. | Jack Katz | ESJ Towers<br>6165 Isla Verde Ave<br>Carolina PR 00979-5729 | First Class Mail |
| Jaime Rodríguez Avilés, Interested Party | Jaime Rodríguez Avilés | P.O. Box 347<br>Yauco PR 00698 | First Class Mail |
| Counsel to María Elena Alonso Fuentes and Laura E. Climent Garcia | Jorge Luis Guerrero-Calderon | 301 Calle Recinto Sur<br>Suite 502<br>San Juan PR 00901-1945 | First Class Mail |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Edif. Juan Ruiz Vélez, Oficina 404<br>Ave. Ponce de León 1110<br>Santurce PR 00907 | First Class Mail |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President<br>PO Box 1446<br>San German PR 00683 | First Class Mail |

Exhibit A
PREPA Master Hard Copy Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman & Alice J. Byowitz<br>1177 Avenue of the Americas<br>New York NY 10036 | First Class Mail |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan PR 00919-2296 | First Class Mail |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>PO Box 190095<br>San Juan PR 00919-0095 | First Class Mail |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo PR 00968 | First Class Mail |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | P.O. Box 2319<br>Toa Baja PR 00951-2319 | First Class Mail |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel<br>P.O. Box 364267<br>San Juan PR 00936-4267 | First Class Mail |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 | First Class Mail |
| Counsel to the COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Darren M. Goldman<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 | First Class Mail |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo PR 00623 | First Class Mail |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker<br>599 Lexington Avenue<br>New York NY 10022 | First Class Mail |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | Reed Smith, LLP | Attn: Claudia Springer<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia PA 19103 | First Class Mail |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Eric A. Schaffer & Luke A. Sizemore<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | First Class Mail |
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation<br>P.O. Box 2316<br>Toa Baja PR 00951-2316 | First Class Mail |
| Rene Pinto-Lugo, et al., Plaintiff in Adversary Proceeding 18-00041 | Rene Pinto-Lugo | PO Box 13531<br>San Juan PR 00908 | First Class Mail |

Exhibit A
PREPA Master Hard Copy Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, HPM Foundation Inc., Concilio De Salud Integral De Loiza, Inc., & Neomed Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Salud Integral en la Montana | Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta<br>455 Massachusetts Avenue, NW<br>Suite 400<br>Washington DC 20001 | First Class Mail |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, Concilio De Salud Integral De Loiza, Inc. & Neomed Center, Inc., Migrant Health Center, Inc., and Salud Integral en la Montana | Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington<br>424 Church Street<br>Suite 2910<br>Nashville TN 37129 | First Class Mail |
| Ricardo Rosello Nevares, Defendant in Adversary Proceeding 17-00250 and 18-00053 | Ricardo Rosello Nevares | Through the Secretary of Justice<br>Avenida Juan Ponce de León<br>San Juan Antiguo PR 00901 | First Class Mail |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189; PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Donald Burke, Lanora C. Pettit & Joshua S. Bolian<br>1801 K Street, NW<br>Washington DC 20006 | First Class Mail |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, PSC | Attn: José Javier Santos Mimoso, Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes<br>304 AVE PONCE DE LEON # 990<br>San Juan PR 00918-2029 | First Class Mail |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Shindler Anderson & Goplerud, P.C. | Attn: J. Barton Goplerud & Andrew Howie<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines IA 50265-5749 | First Class Mail |
| Counsel to Sola Ltd, Solus Opportunities Fund 5 LP, and Ultra Master Ltd. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden<br>425 Lexington Avenue<br>New York NY 10017-3954 | First Class Mail |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 | First Class Mail |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | SREAEE | Edif. Juan Ruiz Vélez<br>Ave. Ponce de León 1102<br>San Juan PR 00907 | First Class Mail |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman<br>100 Wilshire Boulevard<br>Santa Monica CA 90401 | First Class Mail |
| Counsel to Vitol Inc. | Susman Godfrey LLP | Attn: Neal S. Manne, Michael C. Kelso<br>1000 Louisiana Street, Suite 5100<br>Houston TX 77002 | First Class Mail |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington DC 20001 | First Class Mail |
| Counsel to BEC Co, Inc. d/b/a Empacadora Hill Brothers | The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq.<br>PMB 274<br>405 Esmeralda Avenue Suite 2<br>Guaynabo PR 00969 | First Class Mail |

Exhibit A
PREPA Master Hard Copy Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|---|
| Counsel to Vitol S.A., Defendant in Adversary Proceeding 17-00221 | The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez<br>P.O. Box 13909<br>San Juan PR 00918 | First Class Mail |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | PO Box 70344, CMM33<br>San Juan PR 00936-8344 | First Class Mail |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra PR 00739 | First Class Mail |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW | First Class Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | First Class Mail |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 | First Class Mail |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 | First Class Mail |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 | First Class Mail |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 | First Class Mail |
| Federal Agency | US Department of Justice (DOJ) | Attn: William Barr<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | First Class Mail |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Office of the Solicitor, N-2700<br>Frances Perkins Building, 200 Constitution Ave<br>Washington DC 20210 | First Class Mail |
| Counsel to Scotiabank De Puerto Rico | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Brian Bolin, Esq., Kim B. Goldberg, Esq., Angela K. Herring, Esq.<br>51 West 52nd Street<br>New York NY 10019 | First Class Mail |

## **Exhibit B**

Exhibit B
PREPA Master Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | epo@amgprlaw.com; larroyo@amgprlaw.com; acasellas@amgprlaw.com; loliver@amgprlaw.com; asantiago@amgprlaw.com; kstipec@amgprlaw.com; pjime@icepr.com |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez | kstipec@amgprlaw.com; pjime@icepr.com; pjime@lawfirm-pr.com |
| Aguirre Offshore Gasport, LLC | c/o Excelerate Energy Limited Partnership | daniel.bustos@excelerateenergy.com |
| American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz | jrivlin@afscme.org; tpaterson@afscme.org; martz@afscme.org |
| Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen & Jose L. Ramirez-Coll | Jramirez@amrclaw.com; Kellyrivero@hotmail.com |
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org |
| Bennazar, García & Milián, CSP | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | schristianson@buchalter.com; vbantnerpeo@buchalter.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez | remmanuelli@me.com |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | jessica@bufete-emmanuelli.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | rolando@bufete-emmanuelli.com; jessica@bufete-emmanuelli.com; notificaciones@bufete-emmanuelli.com; wilbert_lopez@yahoo.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | rolando@bufete-emmanuelli.com; yasmin@bufete-emmanuelli.com; jessica@bufete-emmanuelli.com; notificaciones@bufete-emmanuelli.com; wilbert_lopez@yahoo.com |
| C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. | condecarmen@condelaw.com; ls.valle@condelaw.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit B
PREPA Master Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| c/o Pattern Energy Group Inc. | Attn: General Counsel | daniel.elkort@patternenergy.com |
| Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais, Nathan Bull & William J. Natbony | howard.hawkins@cwt.com; mark.ellenberg@cwt.com; ellen.halstead@cwt.com; thomas.curtin@cwt.com; casey.servais@cwt.com; NATHAN.BULL@CWT.COM; bill.natbony@cwt.com; |
| Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia | Adiaz@cnrd.com; Kbolanos@cnrd.com; avalencia@cnrd.com |
| Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | jf@cardonalaw.com |
| Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | | quilichinipazc@microjuris.com |
| Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu | hburgos@cabprlaw.com; rcasellas@cabprlaw.com; dperez@cabprlaw.com; mmier@cabprlaw.com |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com; ltorres@cstlawpr.com; AAneses@cstlawpr.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | rnies@csglaw.com; gspadoro@csglaw.com; mlepelstat@csglaw.com; mcaruso@csglaw.com |
| Debevoise & Plimpton, LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. | mcto@debevoise.com; cabruens@debevoise.com; eworenklein@debevoise.com |
| Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com; scolon@ferraiuoli.com |
| Ferrari Law, PSC | Attn: Carla Ferrari-Lugo | ferraric@ferrarilawpr.com |
| Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq. | figueroaymorgadelaw@yahoo.com |
| Foley & Lardner LLP | Attn: Ann Marie Uetz Esq. | auetz@foley.com |
| Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales | crodriguez-vidal@gaclaw.com; scastillo@gaclaw.com |
| Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | Jnieves@gonzalezmunozlaw.com |

Exhibit B
PREPA Master Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | Mitchelln@gtlaw.com; Clearyd@gtlaw.com; Huttonj@gtlaw.com; Haynesn@gtlaw.com; fingerk@gtlaw.com; haynesn@gtlaw.com |
| Guillermo Ramos Luiña | | gramlui@yahoo.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Elizabeth A. Fegan & Mark T. Vazquez | beth@hbsslaw.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | steve@hbsslaw.com |
| HALS, PSC | Attn: Yarymar González Carrasquillo | ygc@rclopr.com; ygc1@prtc.net |
| Ismael Marrero Rolon | Attn: Jane Becker Whitaker | janebeckerwhitaker@gmail.com |
| Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff | rgordon@jenner.com; rlevin@jenner.com; cwedoff@jenner.com |
| Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege | mroot@jenner.com; csteege@jenner.com |
| JRJ Consultants & Legal Advisors, LLLC | Attn: Javier Rua-Jovet, Esq. | javrua@gmail.com |
| Karon LLC | Attn: Daniel R. Karon | dkaron@karonllc.com |
| KPMG, LLC | Attn: Angel Perez & Luisette Negron | aperez@kpmg.com; Lnegron@kpmg.com |
| Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman & Alice J. Byowitz | acaton@kramerlevin.com; tmayer@kramerlevin.com; pbentley@kramerlevin.com; dblabey@kramerlevin.com; dbuckley@kramerlevin.com; nhamerman@kramerlevin.com; abyowitz@kramerlevin.com; ghorowitz@kramerlevin.com; boneill@kramerlevin.com |
| Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | agraitfe@agraitlawpr.com |
| Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com |
| Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | thomas.hommel@lehmanholdings.com; abhishek.kalra@lehmanholdings.com |
| Luis Fred Salgado, Esq. | | luisfredsalgado@hotmail.com |
| María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Marini Pietrantoni Muñiz, LLC | Attn: Carolina Velaz-Rivero, Esq., Luis C. Marini-Biaggi, Esq., María Teresa Álvarez Santos, Esq. | cvelaz@mpmlawpr.com; lmarini@mpmlawpr.com; malvarez@mpmlawpr.com |

Exhibit B
PREPA Master Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq. | Clark.whitmore@maslon.com; Brian.klein@maslon.com; Jason.reed@maslon.com; Ana.chilingarishvili@maslon.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach | nzt@mcvpr.com; aaa@mcvpr.com; rgf@mcvpr.com; ezm@mcvpr.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach | nzt@mcvpr.com; aaa@mcvpr.com; rgf@mcvpr.com; ezm@mcvpr.com |
| McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | wsmith@mwe.com; jkapp@mwe.com; mthibert-ind@mwe.com; ksheehan@mwe.com |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland | ddunne@milbank.com; amiller@milbank.com; gmainland@milbank.com |
| Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com; victor.quinones@mbcdlaw.com |
| Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com; victor.quinones@mbcdlaw.com |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., & William J. Sushon | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com |
| O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | roppenheimer@omm.com |
| O'Melveny & Myers, LLP | Attn: Peter Friedman | pfriedman@omm.com |
| O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | emckeen@omm.com; apavel@omm.com |
| O'Melveny & Myers, LLP | Attn: Madhu Pocha | mpocha@omm.com |

Exhibit B

PREPA Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Osvaldo Toledo Martinez, Esq. | | toledo.bankruptcy@gmail.com |
| Otero and Associates | Attn: George Otero Calero | Otero_and_assoc@hotmail.com |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; anthonybuscarino@paulhastings.com; michaelcomerford@paulhastings.com; alexbongartz@paulhastings.com |
| Paul Hastings, LLP | Attn: Nicholas Bassett | nicholasbassett@paulhastings.com |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Gregg M. Mashberg, Margaret A. Dale, Gregg M. Mashberg, Mark Harris | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; JLevitan@proskauer.com; BRosen@proskauer.com |
| Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport | sweise@proskauer.com; LRappaport@proskauer.com |
| Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen | wdalsen@proskauer.com; MHackett@proskauer.com |
| Proskauer Rose, LLP | Attn: Guy Brenner | gbrenner@proskauer.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Franco Mohammad Yassin, Esq. | Mohammad.Yassin@aafaf.pr.gov |
| Rafael A. Ortiz-Mendoza | | rafael.ortiz.mendoza@gmail.com |
| Ramon Torres Rodriguez, Esq. | | rtorres@torresrodlaw.com |
| Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach | nrickenbach@rickenbachpr.com |
| Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló | etulla@riveratulla.com; icabrera@riveratulla.com; marivera@riveratulla.com |
| Rivera, Tulla and Ferrer, LLC | Attn: Crystal N. Acevedo-Jimenez | cacevedo@riveratulla.com |

Exhibit B

PREPA Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | manuel@rodriguezbanchs.com; rosasegui@yahoo.com |
| Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan | Keith.Wofford@ropesgray.com; Daniel.Egan@ropesgray.com |
| Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier | Douglas.Hallward-Driemeier@ropesgray.com |
| Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet | gviviani@sanpir.com; jreyes@sanpir.com |
| Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque | Roy.purcell@scotiabank.com |
| Scotiabank De Puerto Rico | Scotiabank Plaza | Rgf@mcvpr.com |
| Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa | epo@amgprlaw.com |
| Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden | squsba@stblaw.com; bfriedman@stblaw.com; nbaker@stblaw.com; edward.linden@stblaw.com |
| Sistema de Retiro AEE | | MARIAE.HERNANDEZ@prepa.com |
| Sistema de Retiro AEE | | carmen.herrero@prepa.com |
| Skadden, Arps, Slate, Meagher & Floam LLP | Attn: Jay M. Goffman, Mark A. McDermott | Jay.goffman@skadden.com; mark.mcdermott@skadden.com |
| Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling & Sherry J. Millman | cmechling@stroock.com; smillman@stroock.com |
| Susman Godfrey LLP | Attn: Neal S. Manne, Michael C. Kelso | nmanne@susmangodfrey.com; mkelso@susmangodfrey.com |
| TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | Saultoledo22@yahoo.com |
| Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | Mfb@tcmrslaw.com; Lft@tcmrslaw.com; nperez@tcmrslaw.com; jvankirk@tcmrslaw.com |
| U.S. Department of Justice, Civil Division | Attn: Cesar A. Lopez-Morales, Jean Lin & Laura Hunt | Cesar.a.lopez-morales@usdoj.gov; Jean.lin@usdoj.gov; Laura.A.Hunt@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward | Thomas.g.ward@usdoj.gov |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Daniel M. McDermott | USTP.Region21@usdoj.gov |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Brian Bolin, Esq., Kim B. Goldberg, Esq., Angela K. Herring, Esq. | Rgmason@wlrk.com; Arwolf@wlrk.com; Eakleinhaus@wlrk.com; Bbolin@wlrk.com; KBGoldberg@wlrk.com; AKHerring@wlrk.com |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 6 of 7

Exhibit B
PREPA Master Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Robert Berezin, Todd Larson, Gabriel Morgan, Jonathan D. Polkes, & Gregory Silbert | marcia.goldstein@weil.com; kelly.diblasi@weil.com; gabriel.morgan@weil.com; jonathan.polkes@weil.com; gregory.silbert@weil.com; robert.berezin@weil.com |
| Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | swb@wbmvlaw.com; sawbacal@aol.com; pwm@wbmvlaw.com; prwolverine@gmail.com; jvv@wbmvlaw.com; javier.a.vega@gmail.com |
| Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | JLawlor@wmd-law.com |