UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------x
In re:
:
:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, : PROMESA
: Title III
as representative of :
: Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*, :
: (Jointly Administered)
Debtors.[1] :
------------------------------------------------------------------------x

**AFFIDAVITS OF PUBLICATION OF OBJECTION NOTICE PURSUANT TO ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, ESTABLISHING INITIAL PROCEDURES WITH RESPECT TO OMNIBUS OBJECTION OF (I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF UNSECURED CREDITORS, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS AND GRANTING RELATED RELIEF**

On January 14, 2019, the Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee (the "FOMB"), and the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee" and, together with the FOMB, the "Objectors") filed the *Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted By Holders of Certain Commonwealth*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*General Obligation Bonds* [Docket No. 4784] (the "Objection"). In accordance with the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures With Respect to Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, to Claims Filed or Asserted By Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* [Docket No. 5143] (the "Objection Procedures Order"),[2] the Objection Notice was published (a) on February 20, 2019, in *El Nuevo Día*, *El Diario*, and *The Bond Buyer*, (b) on February 21, 2019, in *Caribbean Business* and *El Nuevo Herald*, and (c) on February 19, 2019, on the municipal bond website EMMA. Related affidavits of publication are attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C,** **Exhibit D**, **Exhibit E**, and **Exhibit F** respectively. In addition, in accordance with the Objection Procedures Order, on February 20, 2019 DTC posted a copy of the Objection Notice, Objection Procedures, and Notice of Participation to its Legal Notification System in accordance with DTC's Rules and customary procedures, as confirmed by correspondence from DTC's counsel, attached hereto as **Exhibit G**.

Dated: February 25, 2019 /s/ G. Alexander Bongartz

                        PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection Procedures Order.

alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA*

- and -

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA*