# **EXHIBIT A**

**El Nuevo Día**

## TRUBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FIANANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO et al, DEUDORES

PROMESA: TÍTULO III, Caso No – 17 BK 3283-LTS
(ADMINISTRADO CONJUNTAMENTE)
NOTIFICACIÓN DE LA OBJECIÓN ÓMNIBUS DE (I) LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANACIERA PARA PUERTO RICO, A TRAVÉS DE SU COMITÉ ESPECIAL DE RECLAMACIONES, Y (II) EL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502...

# AFIDAVIT

Yo, Carmencita Santana Rosado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DIA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**20 DE FEBRERO DE 2019**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. 20 febrero 2019.

Afidávit No. _41573_ del Registro.

Jurado y reconocido ante mi por Carmencita Santana Rosado, vecina de San Juan, mayor de edad, soltera, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente.

Guaynabo, P.R. 20 febrero 20 19

NOTARIO



Case:17-03283-LTS Doc#:5226-1 Filed:02/25/19 Entered:02/25/19 19:47:41 Desc:
Exhibit A Page 3 of 3

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DEL 16 DE ABRIL DEL 2019\***
**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| In re: | PROMESA |
|---|---|
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudores.¹ | Título III Caso Núm. 17-BK-3283 (LTS) (Administrado Conjuntamente) |

**NOTIFICACIÓN DE LA OBJECIÓN ÓMNIBUS DE (I) LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, A TRAVÉS DE SU COMITÉ ESPECIAL DE RECLAMACIONES, Y (II) EL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A LAS RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Esta notificación es para los tenedores de bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico en o luego del 2012 (los "Bonos GO Impugnados"). Puede encontrar una lista de los números CUSIP para los Bonos GO Impugnados al final de esta notificación.

Por favor tenga en cuenta que la Junta de Supervisión y Administración Financiera, como representante de los Deudores, actuando a través de su Comité de Reclamaciones Especiales, y el Comité Oficial de Acreedores no Asegurados (los "Objetores") han presentado una objeción ómnibus, de conformidad con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones presentadas o afirmadas por tenedores de ciertos bonos de obligación general del Estado Libre Asociado (la "Objeción"). Puede encontrar el texto completo de la Objeción en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784.

Esta Objeción tiene el propósito de rechazar e invalidar las reclamaciones contra los Bonos GO Impugnados (las "Reclamaciones de los Bonos GO Impugnados"). Si el Tribunal concede la Objeción parcial o totalmente, sujeto a los derechos apelativos aplicables, quedará eliminada total o parcialmente la recuperación de estos Bonos GO Impugnados y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y participar en cualquier distribución efectuada en este Caso bajo el Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Según se explica en el siguiente párrafo, usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes del 16 de abril de 2019 (la "Fecha Límite de Participación").

Además, tenga en cuenta que el día 15 de febrero del 2019, el Tribunal de Distrito declaró con lugar la moción solicitando aprobación de ciertos procedimientos respecto a dicha Objeción (los "Procedimientos de la Objeción"). Si tiene la intención de responder a la Objeción o de participar en el litigio de alguna manera, debe seguir los Procedimientos de la Objeción que requieren entre otras cosas, que presente ante el Tribunal de Distrito y notifique mediante correo electrónico un Aviso de Participación antes de la Fecha Límite de Participación. **Las instrucciones para presentar el Aviso de Participación ante el Tribunal de Distrito, incluyendo a aquellas personas que no están representadas por abogados, se encuentran al final del formulario del Aviso de Participación.**

Para aquellas personas que presentaron ante el Tribunal de Distrito y notificaron el Aviso de Participación a las Partes a Notificar por correo electrónico a las direcciones establecidas en el párrafo 8 de los Procedimientos de Objeción en o antes de la Fecha Límite de Participación, no es necesario que presenten una respuesta sustantiva a la Objeción hasta la fecha establecida mediante una orden de calendarización posteriormente emitida por el Tribunal de Distrito

Las solicitudes de las versiones en español o inglés del Aviso, Procedimientos de la Objeción y el formulario del Aviso de Participación y cualquier pregunta relacionada con este aviso se deben enviar por escrito a: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

Los números CUSIP de los bonos de obligación general afectados por la Objeción son:

| Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LC39 | 2012 A | 74514LC70 | 2012 A | 74514LC62 | 2012 A | 74514LB30 | 2012 B | 74514LZZ3 | | |
| 2012 A | 74514LB63 | 2012 A | 74514LC55 | 2012 A | 74514LD53 | 2012 A | 74514LB22 | 2012 A | 74514LB71 | 2014 A | 74514LE86 | | |
| 2012 A | 74514LA49 | 2012 A | 74514LD46 | 2012 A | 74514LA31 | 2012 A | 74514LC47 | 2012 B | 74514LA23 | | | | |
| 2012 A | 74514LA56 | 2012 A | 74514LB97 | 2012 A | 74514LC21 | 2012 A | 74514LC54 | 2012 B | 74514LZV2 | | | | |
| 2012 A | 74514LC88 | 2012 A | 74514LD61 | 2012 A | 74514LD20 | 2012 A | 74514LD38 | 2012 B | 74514LZW0 | | | | |
| 2012 A | 74514LD87 | 2012 A | 74514LC96 | 2012 A | 74514LB48 | 2012 A | 74514LA64 | 2012 B | 74514LZX8 | | | | |
| 2012 A | 74514LA80 | 2012 A | 74514LD79 | 2012 A | 74514LA72 | 2012 A | 74514LA98 | 2012 B | 74514LZY6 | | | | |

¹ Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481; (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).



## Are you an established company looking to grow?
Join us for an exclusive event featuring GVA instructors

 

### Planning for the Future: Exit strategies for growth companies

By: Antonio Sifre-Sein & Abdón Ruíz
From Juncture Venture Advisors

Friday, February 22nd | 9:00am to 11:00am

For more information and to **RSVP**, contact **Natalia Arias**
(narias@guayacan.org)

    



# KICKS
## INTENSO COMO TÚ

Tu vida está en constante movimiento y Kicks tiene el espacio, tecnologías y rendimiento de gasolina que necesitas.

**BONO DE $1,500** | **0 APR DESDE 2.99%**
MODELOS 2019 | HASTA 63 MESES

31/36

**TECNOLOGÍAS**
SIRI® EYES FREE
APPLE & ANDROID CARPLAY
SISTEMA BOSE®

**SEGURIDAD**
FRENADO DE EMERGENCIA
AROUND VIEW MONITOR
ALERTA DE CRUCE DE TRÁFICO TRASERO

**ESPACIO**
ASIENTOS TRASEROS RECLINABLES 60/40
ESPACIO DE CARGA DE 25.3 PIES³

**GRAN RENDIMIENTO**
HASTA 36 MPG EN AUTOPISTA

NISSAN INTELLIGENT MOBILITY™

CALIDAD, DURABILIDAD + TECNOLOGÍA. nissan.pr

  

Financiamiento CREDI NISSAN

NISSAN
Innovation that excites

Nissan Kicks 2019 : Bono de $1,500 aplicable al pronto pago de todas las variantes 2019. Financiamiento de 2.99% aplicable a todas variantes 2019 por un término de hasta 63 meses. Cliente escoge entre bono o 2.99% APR, si cualifica, no se puede combinar entre sí o con otras ofertas. Modelo KI-1900, MSRP: $21,600 menos bono de $1,500 aplicable al pronto pago, precio en oferta $20,100. Modelo ilustrado KI-1904 MSRP: $26,950. Oferta válida del 1 al 28 de febrero de 2019, o mientras dure el inventario, lo que ocurra primero. nissan.pr