# **EXHIBIT B**

**El Diario**



## AFFIDAVIT OF PUBLICATION

State of New York )

County of New York ) :

___Ana Vera_____, Being duly sworn declares that she is

___Senior Account Executive_____ for the daily newspaper El Diario / La Prensa,

Published in the City, County and State of New York by CPK NYC, LLC.,

with main offices located at One Metrotech Center, 18th Floor, Brooklyn, NY 11201

And that_____Legal Notice_____

(Advertisement), a true copy of which is annexed, was published in the said

Newspaper for _____The Commonwealth of Puerto Rico_____on Wednesday

_____February 20_____Of the year 2019.

_____
Ana Vera

Sworn to before me this 20th
Day of February 2019

_____
Notary Public

Samuel Tse
Notary Public - State of New York
No. 01TS6357989
Qualified in Kings County
Commission Expires May 1, 2021

One Metrotech Center, 18th Fl, Brooklyn, NY 11201 Tel: 212-807-4632 Fax 212-807-4617

#Narcotráfico



¡Qué 'El Chapo' pague por el muro!
En varios medios de comunicación aparecieron este martes cartas, en la que lectores piden que se usen los más de $14 mil millones de dólares confiscados al narcotraficante, para pagar el muro en la frontera con México.

## Mayoría de mexicanos cree que 'El Chapo' no escapará

Se espera que el narcotraficante sea recluido en la que se considerada la prisión de mayor seguridad en EEUU

**Jesús García**
✉ jesus.garcia@eldiariony.com

La figura de Joaquín "El Chapo" Guzmán Loera es polémica en México, donde tiene seguidores y detractores.

Los sobornos a autoridades, su extradición y posible fuga de prisión de los Estados Unidos son temas que destacan entre mexicanos, como lo revela una reciente encuesta de Parametría, que ha hecho otros sondeos sobre el líder del Cártel de Sinaloa.

A la pregunta "¿Usted cree que "El Chapo" Guzmán se pueda o no escapar de una cárcel en Estados Unidos?", el 49% consideró que "no", pero sorprendió que un 39% respondiera que sí, mientras que sólo el 12% dijo no saber.

La prisión a donde podría ser enviado el mexicano es la Supermax de Florence, en Colorado, considerada la cárcel de mayor seguridad en los Estados Unidos, debido a que sus más de 400 reclusos viven en total aislamiento, lo que incluso ha desatado polémica sobre posible violación a los derechos humanos.

Será el 25 de junio cuando el juez Brian Cogan dicte la sentencia contra el líder del Cártel de Sinaloa, hallado culpable de 10 cargos en su contra, pero será la Oficina de Alguaciles la que determinará a dónde será enviado a cumplir su condena mínima de una cadena perpetua.

Sobre otros cuestionamientos, el 73 por ciento considera que Guzmán Loera sobornó a políticos mexicanos, un tema que surgió durante el juicio en la Corte de Brooklyn que terminó el 11 de febrero con la decisión de las ocho mujeres y cuatro hombres del jurado.

Aunque fue parte de la estrategia de la defensa, los abogados de Guzmán Loera no lograron demostrar sobornos hasta por $100 millones de dólares al expresidente Enrique Peña Nieto. Incluso el juez Cogan advirtió al defensor Jeffrey Lichtman –principal impulsor de la teoría– que mostrara pruebas o dejara el tema a un lado. No hizo ni lo uno ni lo otro.

En 2017, cuando fue extraditado a EEUU, Parametría publicó una encuesta que reveló que el 48 por ciento de los mexicanos estaba en desacuerdo con que autoridades mexicanas entregaran a "El Chapo" a las estadounidenses. •



Un 39% de los encuestados respondió que sí cree que pueda escapar, aunque a la vez consideran que no sería posible. / GETTY IMAGES



DA. ABOGA. SÉ VOLUNTARIO.
LIVE UNITED
United Way
Ad Council
¿Quieres marcar la diferencia? Descubre cómo en LIVEUNITED.ORG.

*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DEL 16 DE ABRIL DEL 2019*
**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| In re: | PROMESA |
|---|---|
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudores.[1] | Título III Caso Núm. 17-BK-3283 (LTS) (Administrado Conjuntamente) |

**NOTIFICACIÓN DE LA OBJECIÓN ÓMNIBUS DE (I) LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, A TRAVÉS DE SU COMITÉ ESPECIAL DE RECLAMACIONES, Y (II) EL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A LAS RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Esta notificación es para los tenedores de bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico en o luego del 2012 (los "Bonos GO Impugnados"). Puede encontrar una lista de los números CUSIP para los Bonos GO Impugnados al final de esta notificación.

Por favor tenga en cuenta que la Junta de Supervisión y Administración Financiera, como representante de los Deudores, actuando a través de su Comité de Reclamaciones Especiales, y el Comité Oficial de Acreedores no Asegurados (los "Objetores") han presentado una objeción ómnibus, de conformidad con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones presentadas o afirmadas por tenedores de ciertos bonos de obligación general del Estado Libre Asociado (la "Objeción"). Puede encontrar el texto completo de la Objeción en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784.

Esta Objeción tiene el propósito de rechazar e invalidar las reclamaciones contra los Bonos GO Impugnados (las "Reclamaciones de los Bonos GO Impugnados"). Si el Tribunal concede la Objeción parcial o totalmente, sujeto a los derechos apelativos aplicables, quedará eliminada total o parcialmente la recuperación de estos Bonos GO Impugnados y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y participar en cualquier distribución efectuada en este Caso bajo el Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Según se explica en el siguiente párrafo, usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes del 16 de abril de 2019 (la "Fecha Límite de Participación").

Además, tenga en cuenta que el día 15 de febrero del 2019, el Tribunal de Distrito declaró con lugar la moción solicitando aprobación de ciertos procedimientos respecto a dicha Objeción (los "Procedimientos de la Objeción"). Si tiene la intención de responder a la Objeción o de participar en el litigio de alguna manera, debe seguir los Procedimientos de la Objeción que requieren entre otras cosas, que presente ante el Tribunal de Distrito y notifique mediante correo electrónico un Aviso de Participación antes de la Fecha Límite de Participación. **Las instrucciones para presentar el Aviso de Participación ante el Tribunal de Distrito, incluyendo a aquellas personas que no están representadas por abogados, se encuentran al final del formulario del Aviso de Participación.**

Para aquellas personas que presentaran ante el Tribunal de Distrito y notificaron el Aviso de Participación a las Partes a Notificar por correo electrónico a las direcciones establecidas en el párrafo 8 de los Procedimientos de Objeción en o antes de la Fecha Límite de Participación, no es necesario que presenten una respuesta sustantiva a la Objeción hasta la fecha establecida mediante una orden de calendarización posteriormente emitida por el Tribunal de Distrito.

Las solicitudes de las versiones en español o inglés del Aviso, Procedimientos de la Objeción y el formulario del Aviso de Participación y cualquier pregunta relacionada con este aviso se deben enviar por escrito a: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

Los números CUSIP de los bonos de obligación general afectados por la Objeción son:

| Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LC39 | 2012 A | 74514LC70 | 2012 A | 74514LC62 | 2012 B | 74514LB30 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LB63 | 2012 A | 74514LB55 | 2012 A | 74514LD53 | 2012 A | 74514LB22 | 2012 A | 74514LB71 | 2014 A | 74514LE86 |
| 2012 A | 74514LA49 | 2012 A | 74514LD46 | 2012 A | 74514LA31 | 2012 A | 74514LC47 | 2012 A | 74514LA23 | | |
| 2012 A | 74514LA56 | 2012 A | 74514LC97 | 2012 A | 74514LC21 | 2012 A | 74514LC54 | 2012 B | 74514LZV2 | | |
| 2012 A | 74514LC88 | 2012 A | 74514LD61 | 2012 A | 74514LD20 | 2012 A | 74514LD38 | 2012 B | 74514LZW0 | | |
| 2012 A | 74514LD87 | 2012 A | 74514LC96 | 2012 A | 74514LB48 | 2012 A | 74514LA64 | 2012 B | 74514LZX8 | | |
| 2012 A | 74514LA80 | 2012 A | 74514LD79 | 2012 A | 74514LA72 | 2012 A | 74514LA98 | 2012 B | 74514LZY6 | | |

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

923-59860-1