## **EXHIBIT C**

**The Bond Buyer**

Copy
Of
Advertisement
Of

## City and County of New York, ss.: -

Yohanna Beato being duly sworn, says that she is the Billing Coordinator of the BOND BUYER, a daily newspaper printed and published at One State Street Plaza, in the City of New York, County of New York, State of New York; and the notice, of which the annexed is a printed copy, was regularly published in said BOND BUYER on February 20, 2019.

_____
                                                        *Billing Coordinator*

*Subscribed and sworn to before me this*

February 20, 2019

_____
        CYNTHIA D. LEWIS
        Notary Public, State of New York
        No. 0ILE6202296
        Qualified in New York County,
        Commission Expires March 9, 2021

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO *et al.*,
    Debtors.[1]

PROMESA
Title III
Case No. 17-BK-3283 (LTS)
(Jointly Administered)

## NOTICE OF OMNIBUS OBJECTION OF (I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

This notice is for holders of the general obligation bonds issued by the Commonwealth of Puerto Rico in or after 2012 (the "Challenged GO Bonds"). A list of the CUSIP numbers for the Challenged GO Bonds can be found at the bottom of this notice.

Please note that the Financial Oversight and Management Board, as representative for the Debtors, acting through its Special Claims Committee, and the Official Committee of Unsecured Creditors (together, the "Objectors") have filed an Omnibus Objection, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds (the "Objection"). The full text of the Objection may be found on the Internet by using the following link: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784.

This Objection seeks to disallow and invalidate claims on account of the Challenged GO Bonds ("Challenged GO Bond Claims"). **Subject to applicable appellate rights, if the Court grants the Objection in whole or in part, holders of Challenged GO Bond Claims' recovery on account of the Challenged GO Bonds will be eliminated in whole or in part, and such holders will be forever barred from asserting such claims against the Commonwealth, from voting on any plan of adjustment filed in this Title III Case, and from participating in any distribution in this Title III Case on account of such Challenged GO Bond Claims. Thus the Objection may affect your rights. As explained in the next paragraph, you have the right to file a Notice of Participation if you wish to respond to the Objection. The Notice of Participation must be filed by April 16, 2019 (the "Participation Deadline").**

Please note further, that on February 15, 2019, the District Court granted the Objectors' motion for approval of certain procedures with respect to such Objection (the "Objection Procedures"). If you intend to respond to the Objection or participate in the litigation in any way, you must follow the Objection Procedures which require, among other things, that you file with the District Court and serve by email a Notice of Participation by the Participation Deadline. **Instructions for filing the Notice of Participation with the District Court, including for those persons who are not represented by counsel are set forth at the bottom of the form of Notice of Participation.**

For those parties who filed with the District Court and served by email Notices of Participation to the Notice Parties at the addresses set forth in paragraph 8 of the Objection Procedures by the Participation Deadline, no substantive response to the Objection need be filed until a date set forth in any subsequent scheduling order entered by the District Court.

Requests for English or Spanish-language versions of the Notice, Objection Procedures and Notice of Participation form and any questions regarding this notice should be sent in writing to: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

**Esta Objeción tiene el propósito de rechazar e invalidar las reclamaciones contra los Bonos GO Impugnados (las "Reclamaciones de los Bonos GO Impugnados"). Si el Tribunal concede la Objeción parcial o totalmente, sujeto a los derechos apelativos aplicables, quedará eliminada total o parcialmente la recuperación de estos Bonos GO Impugnados y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y participar en cualquier distribución efectuada en este Caso bajo el Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes del 16 de abril de 2019. Las partes que tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el Aviso de Participación en español deben enviar una solicitud por escrito a NoticeofParticipation@paulhastings.com**

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LB55 | 2012 A | 74514LA31 | 2012 A | 74514LC54 | 2012 B | 74514LZW0 |
| 2012 A | 74514LB63 | 2012 A | 74514LD46 | 2012 A | 74514LC21 | 2012 A | 74514LD38 | 2012 B | 74514LZX8 |
| 2012 A | 74514LA49 | 2012 A | 74514LB97 | 2012 A | 74514LD20 | 2012 A | 74514LA64 | 2012 B | 74514LZY6 |
| 2012 A | 74514LA56 | 2012 A | 74514LD61 | 2012 A | 74514LB48 | 2012 A | 74514LA98 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LC88 | 2012 A | 74514LC96 | 2012 A | 74514LA72 | 2012 A | 74514LB30 | 2014 A | 74514LE86 |
| 2012 A | 74514LD87 | 2012 A | 74514LD79 | 2012 A | 74514LC62 | 2012 A | 74514LB71 | | |
| 2012 A | 74514LA80 | 2012 A | 74514LC70 | 2012 A | 74514LB22 | 2012 B | 74514LA23 | | |
| 2012 A | 74514LC39 | 2012 A | 74514LD53 | 2012 A | 74514LC47 | 2012 B | 74514LZV2 | | |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## SUMMARY NOTICE OF SALE

**$100,000,000***
**CLARK COUNTY, NEVADA**
**General Obligation (Limited Tax)**
**Flood Control Bonds**
**(Additionally Secured with Pledged Revenues)**
**Series 2019**

**PUBLIC NOTICE** is hereby given that electronic bids via Parity will be received by Clark County, Nevada, in Las Vegas, Nevada on

**Tuesday, February 26, 2019**
**8:30 am (Pacific Time)***

* Preliminary, subject to change.

# Request for Proposals Advertisement

**City of Los Angeles, California**
**Request for Proposals**
**For Municipal Advisors**

The City Administrative Officer (CAO) of the City of Los Angeles (City) is seeking proposals from qualified firms for independent general municipal advisory services and for independent municipal advisory services for the Wastewater System Revenue Bonds (LAWW) Program, to assist the City in various types of financial and debt related issues, in accordance with the City's Financial Policies. General municipal advisory services will also include municipal advisory services for the City's General Obligation (GO) Bond Program. Appointments are anticipated to be for three years, with the option for two one-year extensions. Responses are limited to 10 pages. Proposals are due to the CAO by 12:00 p.m. PST on Tuesday, March 5, 2019. A copy of the RFP is available at www.labavn.org. Information on the City's debt programs is available at http://cao.lacity.org/Debt/index.htm. The City reserves the rights to modify or withdraw the RFP at any time.

## It's more than a bond deal.
You are opening a mind.



**Price matters — get the best yield.**

Advertise your Competitive Sale in *The Bond Buyer*.

For more information, contact Kerry-Ann C. Parkes
at 1.212.803.8436 or at nos@sourcemedia.com.

# Bankruptcy Notice

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO *et al.*,
    Debtors.[1]

PROMESA
Title III
Case No. 17-BK-3283 (LTS)
(Jointly Administered)

**NOTICE OF OMNIBUS OBJECTION OF (I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

This notice is for holders of the general obligation bonds issued by the Commonwealth of Puerto Rico in or after 2012 (the "Challenged GO Bonds"). A list of the CUSIP numbers for the Challenged GO Bonds can be found at the bottom of this notice.

Please note that the Financial Oversight and Management Board, as representative for the Debtors, acting through its Special Claims Committee, and the Official Committee of Unsecured Creditors (together, the "Objectors") have filed an Omnibus Objection, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds (the "Objection"). The full text of the Objection may be found on the Internet by using the following link: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784.

This Objection seeks to disallow and invalidate claims on account of the Challenged GO Bonds ("Challenged GO Bond Claims"). **Subject to applicable appellate rights, if the Court grants the Objection in whole or in part, holders of Challenged GO Bond Claims' recovery on account of the Challenged GO Bonds will be eliminated in whole or in part, and such holders will be forever barred from asserting such claims against the Commonwealth, from voting on any plan of adjustment filed in this Title III Case, and from participating in any distribution in this Title III Case on account of such Challenged GO Bond Claims. Thus the Objection may affect your rights. As explained in the next paragraph, you have the right to file a Notice of Participation if you wish to respond to the Objection. The Notice of Participation must be filed by April 16, 2019 (the "Participation Deadline").**

Please note further, that on February 15, 2019, the District Court granted the Objectors' motion for approval of certain procedures with respect to such Objection (the "Objection Procedures"). If you intend to respond to the Objection or participate in the litigation in any way, you must follow the Objection Procedures which require, among other things, that you file with the District Court and serve by email a Notice of Participation by the Participation Deadline. **Instructions for filing the Notice of Participation with the District Court, including for those persons who are not represented by counsel are set forth at the bottom of the form of Notice of Participation.**

For those parties who filed with the District Court and served by email Notices of Participation to the Notice Parties at the addresses set forth in paragraph 8 of the Objection Procedures by the Participation Deadline, no substantive response to the Objection need be filed until a date set forth in any subsequent scheduling order entered by the District Court.

Requests for English or Spanish-language versions of the Notice, Objection Procedures and Notice of Participation form and any questions regarding this notice should be sent in writing to: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

**Esta Objeción tiene el propósito de rechazar e invalidar las reclamaciones contra los Bonos GO Impugnados (las "Reclamaciones de los Bonos GO Impugnados"). Si el Tribunal concede la Objeción parcial o totalmente, sujeto a los derechos apelativos aplicables, quedará eliminada total o parcialmente la recuperación de estos Bonos GO Impugnados y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y participar en cualquier distribución efectuada en este Caso bajo el Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes del 16 de abril de 2019. Las partes que tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el Aviso de Participación en español deben enviar una solicitud por escrito a NoticeofParticipation@paulhastings.com**

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LB55 | 2012 A | 74514LA31 | 2012 A | 74514LC54 | 2012 B | 74514LZW0 |
| 2012 A | 74514LB63 | 2012 A | 74514LD46 | 2012 A | 74514LC21 | 2012 A | 74514LD38 | 2012 B | 74514LZX8 |
| 2012 A | 74514LA49 | 2012 A | 74514LB97 | 2012 A | 74514LD20 | 2012 A | 74514LA64 | 2012 B | 74514LZY6 |
| 2012 A | 74514LA56 | 2012 A | 74514LD61 | 2012 A | 74514LB48 | 2012 A | 74514LA98 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LC88 | 2012 A | 74514LC96 | 2012 A | 74514LA72 | 2012 A | 74514LB30 | 2014 A | 74514LE86 |
| 2012 A | 74514LD87 | 2012 A | 74514LD79 | 2012 A | 74514LC62 | 2012 A | 74514LB71 | | |
| 2012 A | 74514LA80 | 2012 A | 74514LC70 | 2012 A | 74514LB22 | 2012 B | 74514LA23 | | |
| 2012 A | 74514LC39 | 2012 A | 74514LD53 | 2012 A | 74514LC47 | 2012 B | 74514LZV2 | | |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).



**REACH YOUR TARGET AUDIENCE**
**Place your Redemption Advertising in**

**THE BOND BUYER**
**THE DAILY NEWSPAPER OF PUBLIC FINANCE**

*For more info e-mail nos@sourcemedia.com*