# **EXHIBIT D**

**Caribbean Business**

Latin Media House •

Rexco Industrial Park
Santa Marina 1 Suites 2B-2C
Guaynabo, PR 00968

# AFFIDAVIT OF PUBLICATION

In the city of San Juan, Puerto Rico, on February 22 nd, Heiko Faass representing Latin Media House, LLC., hereby certify that in our newspaper of Caribbean Business for the editions dated February 21 of the present year, was published:

From the United States District Court for the District of Puerto Rico In re.

"THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of,

THE COMMONWEALTH OF PUERTO RICO, et al.

Debtors"

Signed:

_____
Heiko Faass – CEO-Editor in Chief

Case:17-03283-LTS   Doc#:5226-4   Filed:02/25/19   Entered:02/25/19 19:47:41   Desc:
Exhibit D   Page 3 of 3

# 330 Centers Maneuver Healthcare Changes

### Primary Care Centers Fully Digitized, Meet Federal Requirements; Serving 360,000 People, or 67 Percent of Puerto Rico's Medicaid Users

BY MARÍA SOLEDAD DÁVILA CALERO | m.soledad@cb.pr



Allan Cintrón Salichs, President of the ASPPR

The general economic crisis, labor reform and implementation of new systems and protocols to comply with federal regulations, among others, are bringing about changes to the healthcare sector. Allan Cintrón Salichs, president of the Asociación de Salud Primaria de Puerto Rico (ASPPR), says the Primary Care Centers are ready for them.

The ASPPR covers the 20 organizations with 95 clinics serving as primary care centers, which are also known as 330 Centers because they fall under Section 330 of the Public Health Service Act. Because their primary funding and operational guidelines fall under this law, Cintrón Salichs argues that the centers have already implemented the federal requirements, such as full digitization.

Cintrón Salichs then explained that the 330 Centers provide primary care services for nearly 360,000 people, of which 67 percent are Medicaid users, which in Puerto Rico is managed through the government's Vital program, and 11 percent have no insurance coverage. Care for the 11 percent without insurance is covered through the section 330 funding, but the ASPPR president contends that the lack of parity in Medicaid funding affects all areas of service.

Because of this situation, Cintrón Salichs, who is also executive director of the Med Centro primary care organization, sued the federal government, seeking "equal treatment in funding and responsibilities" for Medicaid in Puerto Rico.

The lawsuit, which includes the local government as co-plaintiff and an amicus brief from the island's resident commissioner, Jenniffer González, claims Puerto Rico is a de facto incorporated territory because the United States has absolute control over Puerto Rico.

Cintrón Salichs said that if Medicaid used the same formula for the island as it does with the states, Puerto Rico would receive more than $2 billion in additional funding. They went the judicial route, he said, because efforts in the government's other two branches have not produced permanent solutions.

"We started studying how we could attack this problem. Historically, you see all the moves that have been made to achieve funding parity for Puerto Rico are through the executive [branch] or Congress. The result has been exactly the same year after year. It's corrected one year, some funds are assigned, but [we] never have parity with the funding for the states," the Med Center executive director said.

As for why this claim for parity has become louder in the healthcare industry, Cintrón Salichs said, "There's a clear situation. Puerto Rico is in a very difficult financial situation, and when that happens, you have to resort to all possible measures."

While the issue of parity continues, Cintrón Salichs, who comes from the investment world but spent 25 years as part of Centros Sor Isolina Ferré before joining Med Centro, argued that primary care centers are an important part of keeping the population healthy, especially for people who are at risk of becoming chronic patients. The situation reduces healthcare's overall cost because patients do not turn into what is classified as "high cost/high need" people.

The ASPPR president mentioned the post-Hurricane Maria situation at the hospital and said that because the primary care centers had already developed the right infrastructure, including emergency generators, the centers served as "retaining walls" that contained at-risk situations.

Cintrón Salichs, who holds a master's degree in health services administration, touted the infrastructure that is already in place at 330 Centers because of their compliance with federal regulations, especially having completely digitized their processes, which is a challenge they face along with hospitals on a daily basis.

Cintrón Salichs explained that many hospitals do not have fully digitized patient files or laboratory or diagnostic image results. This results in 330 clinics having to repeat tests that patients already performed when they went to a hospital.

Once the changes are fully implemented, Cintrón Salichs says the overall healthcare system will be improved.



> If Medicaid used the same formula for Puerto Rico as it does with the states, the island would receive more than $2 billion in additional funding. The Asociación de Salud Primaria de Puerto Rico went the judicial route because efforts in the government's other two branches have not produced permanent solutions.
>
> —Allan Cintrón Salichs,
> President of the ASPPR

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 as representative of
THE COMMONWEALTH OF PUERTO RICO et al.,
 Debtors.[1]

PROMESA
Title III
Case No. 17-BK-3283 (LTS)
(Jointly Administered)

**NOTICE OF OMNIBUS OBJECTION OF (I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

This notice is for holders of the general obligation bonds issued by the Commonwealth of Puerto Rico in or after 2012 (the "Challenged GO Bonds"). A list of the CUSIP numbers for the Challenged GO Bonds can be found at the bottom of this notice.

Please note that the Financial Oversight and Management Board, as representative for the Debtors, acting through its Special Claims Committee, and the Official Committee of Unsecured Creditors (together, the "Objectors") have filed an Omnibus Objection, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds (the "Objection"). The full text of the Objection may be found on the Internet by using the following link: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784.

This Objection seeks to disallow and invalidate claims on account of the Challenged GO Bonds (the "Challenged GO Bond Claims"). Subject to applicable appellate rights, if the Court grants the Objection in whole or in part, holders of Challenged GO Bond Claims' recovery on account of the Challenged GO Bonds will be eliminated in whole or in part, and such holders will be forever barred from asserting such claims against the Commonwealth, from voting on any plan of adjustment filed in this Title III Case, and from participating in any distribution in this Title III Case on account of such Challenged GO Bond Claims. Thus the Objection may affect your rights. As explained in the next paragraph, you have the right to file a Notice of Participation if you wish to respond to the Objection. The Notice of Participation must be filed by April 16, 2019 (the "Participation Deadline").

Please note further, that on February 15, 2019, the District Court granted the Objectors' motion for approval of certain procedures with respect to such Objection (the "Objection Procedures"). If you intend to respond to the Objection or participate in the litigation in any way, you must follow the Objection Procedures which require, among other things, that you file with the District Court and serve by email a Notice of Participation by the Participation Deadline. Instructions for filing the Notice of Participation with the District Court, including for those persons who are not represented by counsel are set forth at the bottom of the form of Notice of Participation.

For those parties who filed with the District Court and served by email Notices of Participation to the Notice Parties at the addresses set forth in paragraph 8 of the Objection Procedures by the Participation Deadline, no substantive response to the Objection need be filed until a date set forth in any subsequent scheduling order entered by the District Court.

Requests for English or Spanish-language versions of the Notice, Objection Procedures and Notice of Participation form and any questions regarding this notice should be sent in writing to: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

Esta Objeción tiene el propósito de rechazar e invalidar las reclamaciones contra los Bonos GO Impugnados (las "Reclamaciones de los Bonos GO Impugnados"). Si el Tribunal concede la Objeción parcial o totalmente, sujeto a los derechos apelativos aplicables, quedará eliminada total o parcialmente la recuperación de estos Bonos GO Impugnados y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y participar en cualquier distribución efectuada en este Caso bajo el Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes del 16 de abril de 2019. Las partes que tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el Aviso de Participación en español deben enviar una solicitud por escrito a NoticeofParticipation@paulhastings.com.

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LC39 | 2012 A | 74514LC70 | 2012 A | 74514LC62 | 2012 A | 74514LB30 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LB63 | 2012 A | 74514LB55 | 2012 A | 74514LD53 | 2012 A | 74514LB22 | 2012 A | 74514LB71 | 2014 A | 74514LE86 |
| 2012 A | 74514LA49 | 2012 A | 74514LD46 | 2012 A | 74514LA31 | 2012 A | 74514LC47 | 2012 B | 74514LA23 | | |
| 2012 A | 74514LA56 | 2012 A | 74514LB97 | 2012 A | 74514LC21 | 2012 A | 74514LC54 | 2012 B | 74514LZV2 | | |
| 2012 A | 74514LC88 | 2012 A | 74514LD61 | 2012 A | 74514LD20 | 2012 A | 74514LD38 | 2012 B | 74514LZW0 | | |
| 2012 A | 74514LD87 | 2012 A | 74514LC96 | 2012 A | 74514LB48 | 2012 A | 74514LA64 | 2012 B | 74514LZX8 | | |
| 2012 A | 74514LA80 | 2012 A | 74514LD79 | 2012 A | 74514LA72 | 2012 A | 74514LA98 | 2012 B | 74514LZY6 | | |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).