# **EXHIBIT E**

**El Nuevo Herald**

# Miami Herald
# el Nuevo Herald

State of: Florida  
County of: Monroe, Dade and Broward

February 21, 2019

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as *EL Nuevo Herald* has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for The Commonwealth of Puerto Rico, *Legal Notice* was distributed to Publishers full circulations (**EL Nuevo Herald**) On the 21st day of February, 2019,

By: _____

Subscribed and sworn to before me this 22nd day of June 2017

Notary public: _____

Notary seal:

> SILVIA SENDRA  
> Notary Public - State of Florida  
> Commission # GG 204900  
> My Comm. Expires Aug 1, 2022

# Miami Herald
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 I *********@miamiherald.com I www.miamiherald.com I www.elnuevoherald.com



MILES DE personas participan en un mitin nacional para protestar contra el antisemitismo este martes, en la Place de la Republique en París. La protesta tuvo lugar el mismo día en que aparecieron profanadas al menos 80 tumbas del cementerio judío de Quatzenheim, cerca de Estrasburgo.

IAN LANGSDON EFE

# Miles de personas manifiestan en Francia en repudio al antisemitismo

**AFP**
**PARÍS**

Miles de personas se congregaron este martes en toda Francia para denunciar un aumento del antisemitismo en el país, unas horas después de que unas 80 tumbas fueran profanadas en un cementerio judío.

En París, una multitud se dio cita en la céntrica plaza de la República, con personas que enarbolaban pancartas con mensajes como "No al odio" o "¡Ya basta!".

El primer ministro, Edouard Philippe, acudió a la concentración, junto a otros miembros del gobierno, para "denunciar lo inaceptable" y prometió que se tomarán "medidas" para castigar a los responsables de estos actos.

El presidente, Emmanuel Macron, prefirió por su parte dirigirse junto a su esposa Brigitte al memorial de la Shoah, donde colocó una corona de flores blancas. La pareja iba acompañada de los presidentes de las dos cámaras del Parlamento, Gérard Larcher y Richard Ferrand.

Poco antes, el mandatario se dirigió al cementerio de la localidad de Quatzenheim, un pueblo de 800 habitantes en el este de Francia, que amaneció con 80 tumbas pintadas con esvásticas nazis azules y amarillas.

"Tomaremos acciones, promulgaremos leyes y castigaremos a los responsables, prometió Macron, quien dialogó con los habitantes consternados.

El primer ministro israelí Benjamin Netanyahu denunció esta profanación, a la que tachó de acto "chocante" cometido por "salvajes antisemitas", y llamó a los dirigentes franceses y europeos a tomar una "posición fuerte contra el antisemitismo".

El antisemitismo "es un flagelo que amenaza a todos, no sólo a nosotros, y debe ser condenado cada vez que muestre su cabeza, donde sea que esté", dijo Netanyahu en un comunicado.

Su ministro de Inmigración, Yoav Gallant, llamó a los judíos de Francia a emigrar a su país. "Volved a casa, inmigrad a Israel", escribió Gallant en la red Twitter.

## ¡YA BASTA!

Las tumbas profanadas fueron halladas el mismo día en el que se convocaron manifestaciones en toda Francia para denunciar un repunte de los actos antisemitas en el país tras una ola de vandalismo y agresiones verbales antisemitas.

La fiscalía de París abrió una investigación preliminar por los insultos antisemitas de los que fue víctima el escritor y filósofo Alain Finkielkraut durante una protesta antigubernamental de los "chalecos amarillos" durante el fin de semana.

El ensayista fue tratado entre otras cosas de "sionista de mierda" por algunos manifestantes enardecidos que se toparon con él en una calle en pleno centro de París.

Unos días antes, una esvástica fue pintada sobre un retrato de la fallecida exministra Simone Veil, sobreviviente de un campo de exterminio nazi durante la Segunda Guerra Mundial, en la capital francesa, y dos árboles que habían sido plantados en un suburbio de París en recuerdo de un joven judío asesinado en 2006 fueron hallados destrozados.

Estos actos antisemitas ilustran un repunte en el último de los mismos en Francia, el país que tiene la comunidad judía más grande de Europa.

El número de actos antisemitas se dispararon un 74 por ciento en Francia en 2018, totalizando 541, frente a 311 en 2017, según cifras publicadas la semana pasada por el ministerio del Interior.

Pero Francia no es el único país que se enfrenta a este problema. Alemania también registró en 2018 un fuerte aumento de actos antisemitas, con 1,646 registrados, su nivel más alto en casi diez años.

Para denunciar este repunte, cerca de 70 manifestaciones fueron convocadas este martes en toda Francia.

En la marcha parisina estaban presentes varias personalidades destacadas, incluidos los expresidentes François Hollande (2012-2017) y Nicolas Sarkozy (2007-2012).

"El antisemitismo no es asunto de los judíos, es asunto de todos los franceses", declaró Hollande.

"Ya basta de esvásticas, de insultos", declaró por su parte el líder del partido conservador Los Republicanos, Laurent Wauquiez, quien pidió que se tomen "acciones" para castigar estos actos.

Emmanuel Macron presentará sus planes para combatir el antisemitismo durante un discurso en la cena anual de la asociación CRIF, que el miércoles reúne a grupos judíos franceses.

Pero se ha resistido a los llamamientos de algunos legisladores para penalizar las declaraciones antisionistas que ponen en tela de juicio el derecho de Israel a existir como nación.

# Putin advierte de que Rusia apuntará a los EEUU si despliega misiles en Europa

**EFE**
**MOSCÚ**

El presidente ruso, Vladímir Putin, advirtió hoy a Estados Unidos de que, en caso de que despliegue en Europa misiles de alcance corto y medio, Moscú responderá "inmediatamente" apuntando con su armamento no sólo a esos países europeos, sino también a los "centros de toma de decisiones".

"Rusia se verá obligada a fabricar y emplazar tipos de armamento que pueden ser utilizados no sólo contra los territorios de donde provenga la amenaza directa, sino también contra los territorios donde se encuentren los centros de toma de decisiones para el empleo de los sistemas de misiles que nos amenazan", dijo.

"Sabemos cómo hacerlo y pondremos en práctica estos planes tan pronto como esa amenaza se vuelva real", señaló.

El líder ruso subrayó que las medidas serán tanto "simétricas como asimétricas", ya que "algunos de los misiles" que Washington podría emplazar en el continente europeo convencionales o nucleares de corto y medio alcance (INF) durante su discurso sobre el estado de la nación ante ambas cámaras del Parlamento.

Putin hizo esta afirmación en alusión a la reciente salida unilateral de Washington del tratado de eliminación de misiles



EL PRESIDENTE ruso, Vladimir Putin, presenta su informe anual sobre el estado de la nación, este miércoles, ante el Parlamento en pleno en Moscú, Rusia.

MAXIM SHIPENKOV EFE

peo "tienen un tiempo de vuelo de 10-12 minutos hasta Moscú".

"Esta es una amenaza muy grande para nosotros. Esto agravaría radicalmente la situación en el ámbito de la seguridad internacional", denunció.

Subrayó que, en todo caso, Moscú "no tiene intención, y esto es muy importante, de ser el primero en desplegar tales misiles en Europa".

A su vez, Putin aseguró que el Kremlin sigue dispuesto a negociar con EEUU en materia de desarme estratégico, pero matizó que "no está dispuesto a tocar una puerta que está cerrada".

Al anunciar a principios de mes la salida de Rusia del tratado INF, en respuesta a la decisión unilateral de EEUU, el presidente ruso ya dijo que no iniciaría nuevas rondas de consultas sobre desarme con EEUU.



SILVERSPOT CINEMA
YA ABRIMOS
Sala de cine con la mejor tecnología y menú de comida. Ubicado en Downtown Miami.
300 SE 3rd St. Miami, FL 33131
ESTACIONAMIENTO - MET 3 PARKING (Validación Disponible) / VALET / UBER OR LYFT
www.silverspot.net

---

*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DEL 16 DE ABRIL DEL 2019*
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,
Deudores.[1]

PROMESA
Título III
Caso Núm. 17-BK-3283 (LTS)
(Administrado Conjuntamente)

NOTIFICACIÓN DE LA OBJECIÓN ÓMNIBUS DE (I) LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, A TRAVÉS DE SU COMITÉ ESPECIAL DE RECLAMACIONES, Y (II) EL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR DE LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A LAS RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

Esta notificación es para los tenedores de bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico en o luego del 2012 (los "Bonos GO Impugnados"). Puede encontrar una lista de los números CUSIP para los Bonos GO Impugnados al final de esta notificación.

Por favor tenga en cuenta que la Junta de Supervisión y Administración Financiera, como representante de los Deudores, actuando a través de su Comité Especial de Reclamaciones, y el Comité Oficial de Acreedores no Asegurados (los "Objetores") han presentado una objeción ómnibus, de conformidad con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones presentadas o afirmadas por tenedores de ciertos bonos de obligación general del Estado Libre Asociado (la "Objeción"). Puede encontrar el texto completo de la Objeción en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784.

Esta Objeción tiene el propósito de rechazar o invalidar las reclamaciones contra los Bonos GO Impugnados (las "Reclamaciones de los Bonos GO Impugnadas"). Si el Tribunal concede la Objeción parcial o totalmente, sujeto a los derechos apelativos aplicables, quedará eliminada total o parcialmente la recuperación de los Bonos GO Impugnados y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y participar en cualquier distribución efectuada en este Caso bajo el Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Según se explica en el siguiente párrafo, usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes del 16 de abril de 2019 (la "Fecha Límite de Participación").

Además, tenga en cuenta que el día 15 de febrero del 2019, el Tribunal de Distrito declaró con lugar la moción solicitando aprobación de ciertos procedimientos respecto a dicha Objeción (los "Procedimientos de la Objeción"). Si tiene la intención de responder a la Objeción o de participar en el litigio de alguna manera, debe seguir los Procedimientos de la Objeción que requieren entre otras cosas, que presente ante el Tribunal de Distrito y notifique mediante correo electrónico un Aviso de Participación antes de la Fecha Límite de Participación. Las instrucciones para presentar un Aviso de Participación ante el Tribunal de Distrito, incluyendo aquellas personas que no están representadas por abogados, se encuentran al final del formulario del Aviso de Participación.

Para aquellas personas que presentaron ante el Tribunal de Distrito y notificaron el Aviso de Participación a las Partes Notificadas por correo electrónico a las direcciones establecidas en el párrafo 8 de los Procedimientos de Objeción en o antes de la Fecha Límite de Participación, no es necesario que presenten una respuesta sustantiva a la Objeción hasta la fecha establecida mediante una orden de calendarización posteriormente emitida por el Tribunal de Distrito.

Las solicitudes de las versiones en español o inglés del Aviso, Procedimientos de la Objeción, y formulario del Aviso de Participación y cualquier pregunta relacionada con este aviso se deben enviar por escrito a: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

Los números CUSIP de los bonos de obligación general afectados por la Objeción son:

| Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP | Series | CUSIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74541LB89 | 2012 A | 74541LC39 | 2012 A | 74541LC70 | 2012 A | 74541LD61 | 2012 A | 74541LE04 | 2012 A | 74541LB30 | 2014 A | 74541LE73 |
| 2012 A | 74541LB63 | 2012 A | 74541LB55 | 2012 A | 74541LD53 | 2012 A | 74541LD05 | 2012 A | 74541LE20 | 2012 A | 74541LB71 | 2014 A | 74541LE86 |
| 2012 A | 74541LA49 | 2012 A | 74541LD46 | 2012 A | 74541LC47 | 2012 A | 74541LL23 | 2012 A | 74541LV23 | | | | |
| 2012 A | 74541LA56 | 2012 A | 74541LB97 | 2012 A | 74541LC21 | 2012 A | 74541LC54 | 2012 A | 74541LV22 | | | | |
| 2012 A | 74541LC88 | 2012 A | 74541LD61 | 2012 A | 74541LD20 | 2012 A | 74541LD38 | 2012 A | 74541LW0 | | | | |
| 2012 A | 74541LD87 | 2012 A | 74541LD12 | 2012 A | 74541LD87 | 2012 A | 74541LA64 | 2012 A | 74541LY64 | | | | |
| 2012 A | 74541LD80 | 2012 A | 74541LD79 | 2012 A | 74541LA72 | 2012 A | 74541LA98 | 2012 B | 74541LY66 | | | | |

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747). Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).