# EXHIBIT F

**EMMA**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re: :
:
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, : PROMESA
: Title III
as representative of :
: Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al., :
: (Jointly Administered)
Debtors.[1] :
------------------------------------------------------------x

STATE OF NEW YORK :
: SS:
COUNTY OF NEW YORK :

I, Winnie Wu, being duly sworn, depose and say:

1. I am a case assistant employed by Paul Hastings LLP, located at 200 Park Avenue, New York, NY 10166. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2019, I visited the following link and confirm that the Objection Notice attached as Exhibit 1 to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures With Respect to Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, to Claims Filed or Asserted By Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* [Docket No. 5143] was published on February 19, 2019 on the EMMA website:

   https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Femma.msrb.org%2FContinuingDisclosureView%2FContinuingDisclosureDetails.aspx%3FsubmissionId%3D

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).


ES958949&amp;data=02%7C01%7Ccarmen.l.mcconnie%40aafaf.pr.gov%7Ccbe77c7a04014b1b805008d6967a3cc7%7C6bae764ab1aa4546abad6f59bcce514d%7C0%7C0%7C636861849090350966&amp;sdata=lySZBGjXvUEF5CNjGM8BrQMAvadPvVKAPPE4m4Odjm4%3D&amp;reserved=0

_____
Winnie Wu

Sworn to and before me on this
25th day of February, 2019

_____
Notary Public

KATHRYN E. DIELE
NOTARY PUBLIC, State of New York
No. 01DI4662821
Qualified in Dutchess County
Commission Expires May 31, 20 19