## EXHIBIT G

**Correspondence from Counsel to DTC**

**Goldstein, Irena**

| | |
|---|---|
| **From:** | Eric Heichel <EHeichel@EisemanLevine.com> |
| **Sent:** | Monday, February 25, 2019 4:44 PM |
| **To:** | Goldstein, Irena |
| **Subject:** | [EXT] DTC/Order of February 15, 2019 |

I am counsel for The Depository Trust & Clearing Corporation and Cede & Co., the nominee name of The Depository Trust Company ("DTC"). I have been informed by my clients that the Order entered February 15, 2019, with attached exhibits, with the title

"ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, ESTABLISHING INITIAL PROCEDURES WITH RESPECT TO OMNIBUS OBJECTION OF (I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF UNSECURED CREDITORS, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS AND GRANTING RELATED RELIEF"

was posted to DTC's Legal Notification System according to the usual procedures of DTC on February 20, 2019.

Eric P. Heichel
Partner, litigation
Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
New York, NY 10022
(212) 752-1000
direct (212) 752-1939
fax (212) 355-4608
eheichel@eisemanlevine.com
www.eisemanlevine.com