## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>       Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>       Debtors. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS<br><br>(This filing relates only to Case No. 17 BK 4780-LTS) |

# EXPERT DECLARATION OF DAVID I. TABAK, PH.D.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

I, DAVID I. TABAK, PURSUANT TO 28 U.S.C. § 1746, DECLARE AND STATE AS FOLLOWS:

## I.     SCOPE OF ANALYSIS AND SUMMARY OF FINDINGS

1.    I have been retained by Counsel for National Public Finance Guarantee
Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora
Guarantee, Inc. (collectively, "Movants") in the PROMESA Title III proceedings before
the United States District Court for the District of Puerto Rico.  I submit this declaration
in connection with the Movants' *Motion for Relief from the Automatic Stay to Allow
Movants to Enforce Their Statutory Right to Have a Receiver Appointed*.  It is my
understanding that the Movants together insure approximately $2.3 billion of the
approximately $8.3 billion in total aggregate amount of principal value with respect to all
outstanding bonds issued by the Puerto Rico Electric Power Authority ("PREPA").

2.    I have been asked by Counsel for the Movants to assess the present value of the
benefits that would accrue to PREPA stakeholders if PREPA were to be operated under
independent and professional management free from politicization that could achieve the
goals set out in the Puerto Rico Electric Power Authority Fiscal Plan dated August 1,
2018 ("Fiscal Plan").  I understand that Jeff Makholm and Sandra Ringelstetter-Ennis,
experts for Movants, have offered their opinions that implementation of the economic
and other reforms in the Fiscal Plan would be more likely achieved, or would only be
possible, if an independent receiver is appointed to operate PREPA.  Therefore, the
results of my analysis calculate the difference between the value of such management and
the current management.

3.    My analysis, discussed in more detail below, finds that, as of the date at which the
expectation of a successful implementation of initiatives in the Fiscal Plan begins, a total
present value of at least $9 billion in benefits (i.e., higher revenues and lower costs)
would be achieved if the Fiscal Plan, including the detailed initiatives, are implemented
as contemplated in the Fiscal Plan.  These benefits are split between $2.8 billion for

Operational Initiatives (as defined in the Fiscal Plan) and $6.5 billion for Transformation
Plan effects (also defined in the Fiscal Plan).[2]  These present-value figures could be even
higher, exceeding $20 billion, if one accounts for how a successful implementation of the
Fiscal Plan initiatives would reduce the risk of PREPA's operations, thereby lowering the
discount rate applied to future benefits.  That is, as future dollars are discounted by less,
they become worth more today.[3]

4.   My analysis also shows the value of the benefits if only some of the Fiscal Plan
initiatives are achieved.  In addition, I analyze the effect of delaying the Transformation
Plan by an additional eighteen months.  Even under this scenario, the present value of
benefits of the Transformation Plan alone are $5.4 billion, while the present value of the
benefits from the Operational Initiatives remain at $2.8 billion, in both cases still valued
using a discount rate that does not account for (i.e., increase the value of future benefits
due to) reductions in PREPA's risk if the initiatives in the Fiscal Plan are achieved.

## II.    QUALIFICATIONS AND COMPENSATION

5.   I received Bachelor's degrees in Physics and in Economics from the
Massachusetts Institute of Technology and a Master's degree and a Ph.D. in Economics
from Harvard University.  I have appeared as an expert in federal district courts; state
trial courts; bankruptcy court; and in arbitration forums, including the National
Association of Securities Dealers, the International Chamber of Commerce International
Court of Arbitration, and the American Arbitration Association.  I have published in my
fields of expertise on subjects such as valuation and financial analysis.

---

[2] I do not provide any independent opinion about the validity of the assumptions in the
Fiscal Plan.

[3] For example, at a discount rate of 10%, $100 today is worth $110 next year, or,
equivalently, $110 next year is worth $100 today.  If the discount rate is only 5%, then
$110 next year would be worth approximately $105 today.

6.   I am currently employed as a Managing Director at National Economic Research Associates ("NERA").  NERA was established in 1961 and now employs approximately 500 people in over twenty offices worldwide.  NERA provides consulting for economic matters to parties for their internal use, to parties in litigation, and to governmental and regulatory authorities.  I have worked at NERA for over twenty years in NERA's securities and finance practice.  My work entails providing analyses for parties in litigation and consulting for parties in non-litigation settings such as providing valuations for companies.  I have served as a speaker at events providing continuing legal education (CLE) credits for attorneys, as a speaker at events providing continuing professional education (CPE) credits for appraisers, and at academic conferences on areas related to securities litigation.  I was one of the original panelists in *BV Q&A Update*, a forum in which appraisers sent questions on valuation topics to panelists to receive advice from panelists.

7.   My curriculum vitae, which sets forth in further detail my publications and prior testimony experience, is attached to this declaration as Exhibit 1.

8.   NERA is being compensated for out-of-pocket costs and on an hourly basis at our usual rates for time.  My billing rate is $950 per hour.  I have been assisted by a number of individuals at NERA working under my direction who are billing at their standard rates.  NERA's compensation is entirely unrelated to the substance of the opinions contained in this declaration or on the outcome of this or any other related litigation.

### III.    MATERIALS CONSIDERED

9.   Materials considered for the purposes of this declaration are listed in Exhibit 2.

## IV.   PREPA's Fiscal Plan Envisions Various Cost-Saving and Revenue-Enhancing Initiatives

10. PREPA's Fiscal Plan states that "rates under 20c by 2023 could be achieved through a complete power sector transformation[.]"[4]  While the Fiscal Plan discusses the effects of initiatives in terms of rates, the initiatives really reflect cost savings and revenue increases (through more effective collections).  My analysis does not consider which stakeholders receive the benefits of these actions.

11. The benefits that PREPA assumes could be achieved under the power sector transformation are grouped into four categories: CILT[5] and subsidies, labor and operations, cost of non-generation capital expenditures, and purchased power.[6]  I use PREPA's calculations as inputs to my valuation model.  I have not independently verified the data underlying the Fiscal Plan.

## V.   Present Value Calculation Inputs

12. The present value of the proposed initiatives (i.e., the value today of all of the future cash flows) can be determined through a discounted cash flow analysis ("DCF").  Future cash flows (i.e., cost savings and revenue increases) are discounted back to the valuation date at a discount rate that reflects the time value of money and the riskiness of PREPA's cash flows.

13. As discussed above, the anticipated cash flows themselves come from PREPA's own Fiscal Plan.  Specifically, the values for Operational Initiatives are given in millions of dollars on pages 82 and 114-118 of the Fiscal Plan, while the values for

---

[4] Fiscal Plan, p. 43, capitalization altered.

[5] CILT stands for Contributions In Lieu of Taxes, or arrangements in which PREPA provides municipalities with power in exchange for reductions or elimination of municipal taxes.

[6] Fiscal Plan, p. 43.

Transformation Plan effects are given in cents per kWh (kilowatt-hour) on page 43 of the
Fiscal Plan. Exhibit 3a to this declaration repeats the effects of achieving the operational
initiatives, which are converted into cents per kilowatt hour in Exhibit 3b. Exhibit 3c
shows the figures for the Transformation Plan effects in cents per kilowatt-hours, which
are then converted to millions of dollars. Because each fiscal year runs from July 1 of
one year to June 30 of the next, the values for fiscal year 2019 (ending on June 30, 2019)
are cut in half to represent half of a fiscal year, which more closely approximates what
one would expect for the first half of a calendar year. My analysis begins halfway
through the first year (fiscal year 2019) of the Fiscal Plan (i.e., January 1, 2019), which
corresponds to the second half of Fiscal Year 1 in the exhibits to this declaration. All of
the values in this declaration are valued as of the beginning of an anticipated successful
implementation of the initiatives in the Fiscal Plan.

14. As part of this analysis, I project the cash-flow benefits from the initiatives in the
five-year period given in the Fiscal Plan further out in time. It is my understanding that
the many of the cash-flow benefits represent permanent changes in PREPA's operations.
For example, changes in PREPA's labor structure would be assumed to continue
indefinitely rather than be reversed.[7] I therefore complete the cash-flow inputs to the
DCF with what is known as a terminal value, or an estimate of the long-term position of
PREPA after the initiatives have been implemented. This terminal value is based on the
growth savings achieved in the fifth year of the initiatives in the Fiscal Plan.

15. The second input for the DCF analysis is the discount rate. I consider two
scenarios for the relevant discount rate. The first is highly conservative (i.e., results in a
low present value) and uses an estimate of PREPA's current discount rate reflecting

---

[7] Technically, the changes would not be expected to last forever, but would be replaced
over time as the utility evolves. However, the same is true of other municipalities in
Puerto Rico and their discount rates, used as an estimate of PREPA's discount rate under
a successful implementation of the initiatives in the Fiscal Plan, would also reflect the
expectation that operations would evolve, including the risks of better or worse
operational results in the future.

Movants' argument that PREPA is a mismanaged utility. In Exhibit 4a, I show PREPA's ten largest non-insured market-traded bonds by outstanding balance. This exhibit shows that the weighted-average discount rate of these bonds was 14.067% as of July 30, 2018 (the last close before a preliminary deal on restructuring the bonds) and 11.023% as of January 2, 2019. To be conservative, I use the higher discount rate (which results in a lower present value) in my calculations. As PREPA is currently in Title III proceedings and has little or no equity value (i.e., after payment of outstanding debt in whole or in part, there is little or no value for any residual claimant),[8] this is a good approximation of the discount rate for the utility as a whole.

16. A second scenario for the relevant discount rate is a rate similar to that of municipal bonds in Puerto Rico. I obtain this rate from the S&P Municipal Bond Puerto Rico Index, and find a discount rate of 5.78% as of July 30, 2018 and of 5.70% as of January 2, 2019. See Exhibit 4b for a list of several municipal bond indices, showing that the rates for Puerto Rican bonds are higher than those for utility indices, public power indices, and BB+ and lower municipal bonds. I also note that the most current posting of the "Cost of Capital by Sector (US)" by New York University professor Aswath Damodaran[9] lists the total cost of capital for the "Utility (General)" category as 3.61%, with even the cost of equity being only 4.27%.[10]

17. The two discount rates I use provide the reasonable upper bounds on the proper discount rate for valuing the cash-flow benefits from implementing the initiatives in the Fiscal Plan. The more successful the implementation of these initiatives is, the closer the

---

[8] The non-zero values of the uninsured PREPA debt shown in Exhibit 4a, generally corresponding to prices around $60 per $100 of debt outstanding, indicate that the market expects that PREPA will pay off a large portion of it debt.

[9] Available at http://people.stern.nyu.edu/adamodar/New_Home_Page/datafile/wacc.htm, accessed on February 17, 2019.

[10] Professor Damodaran's figures tax-adjust the cost of debt. To be conservative, in my analysis, I do not tax-adjust the cost of debt (which would lower that cost and raise the present value of cash flows).

appropriate discount rate should be to that of well-managed U.S. utilities.  Conversely, the less successful the implementation is, the closer the discount rate would be to PREPA's current discount rate.[11]

18. The final input for the DCF is the terminal value, or the value of PREPA after the final forecasted year (i.e., a value that accounts for future cash flows beyond the explicit forecast).  This is typically accomplished by applying a terminal growth rate to the final year of the projections and employing a formula to calculate the present value of the future cash flows based on that growth rate.  I derive the terminal growth rate as an estimate of the long-run growth rate of the Puerto Rican economy, measured as the growth in nominal gross domestic product ("GDP") or gross national product ("GNP").[12]  Exhibit 5 lists several sources of projections for the long-run growth rate of the Puerto Rican economy.  Each of these growth rates is positive.  The GDP estimates show a median growth rate of 1.00% and a mean growth rate of 0.99%, while the GNP estimates show a median growth rate of 2.13% and a mean growth rate of 2.37%.  To be highly conservative, I assume a long-term growth rate of 0.0%, below the lowest of the values in Exhibit 5.  This choice results in a conservative (or low) estimate of cash flows beyond the explicit projections in the Fiscal Plan and lowers the ultimate estimate of the benefits of accomplishing the Fiscal Plan initiatives.

---

[11] PREPA's current discount rate may be temporarily higher given the additional legal uncertainties inherent in any legal restructuring proceeding.  That is, the uncertainty of the outcome of the legal process adds additional risk to the value of PREPA, which may affect the expectation of future cash flows and the present value of those cash flows.

[12] Nominal figures are in "current dollars," meaning that figures are in values measured at the time and not adjusted for inflation.  As long as the discount rate is matched to the cash flows and growth rates (i.e., a nominal discount rate for cash flows in nominal dollars and a "real" or inflation-adjusted growth rate for real dollars), the results of a DCF are independent of which set of figures is used.

## VI.    PRESENT VALUE CALCULATION RESULTS

19. Exhibits 6a and 6b show the results of the present-value analysis.  Each exhibit
displays several rows that show the expected benefits of one set of Fiscal Plan initiatives
for each year of the five-year plan and for the terminal value.  The penultimate column
shows the value of the cash flows achieved over the first eighteen months for each
initiative, which I understand the Fiscal Plan indicates to be a reasonable estimate of the
amount of time that would be necessary to achieve a transformation of Puerto Rico's
energy sector.[13]  The final column of each row shows the total present value of that
initiative (i.e., including the first eighteen months).  For each of these final columns, the
discount rate used is the weighted average yield on PREPA's bonds before a preliminary
restructuring deal was announced, as shown in Exhibit 4a, and the yield on Puerto Rican
municipal bonds shown in Exhibit 4b.

20. Each exhibit shows the sum of the present values for three categories of
initiatives, both for the first eighteen months and in total.  First, the exhibits show the
value of the operational initiatives assumed to exist in the "steady-state" forecast in the
Fiscal Plan, which I understand Movants argue may not be achieved without an
independent receiver.[14]  Second, each exhibit shows the value of the additional initiatives
as part of the Transformation Plan beyond the steady-state forecast reflecting the
Operational Initiatives.  Third, each exhibit shows the sum of these two sets of initiatives,
coming to over $9 billion in Exhibit 6a and over $23 billion in Exhibit 6b.

21. As an alternative to simply examining the first eighteen months of the cash flows,
I also consider the possibility that the entire Transformation Plan will be pushed eighteen
months into the future, essentially assuming an eighteen-month delay in implementing

---

[13] See also p. 6 of the Fiscal Plan: "PREPA's amended and restated Fiscal Plan is
premised on a transformation of Puerto Rico's energy sector in a transaction that will
take at least 18 months."

[14] The steady-state forecast represents what PREPA hopes to achieve with the
implementation of the operational initiatives, not the current state of affairs.  See p. 36 of
the Fiscal Plan.

the Transformation Plan.  Exhibit 7 shows the revised undiscounted cash flows under this scenario.  In particular, the cash flows in the section on Transformation Plan effects have been pushed out by an additional eighteen months.  For example, the fiscal year 2022 figures would be calculated to represent half of the fiscal year 2020 figures and half of the fiscal year 2021 figures.  In other words, the 2022 figures represent the second half of 2020 plus the first half of 2021, which are eighteen months before the first and second halves of fiscal year 2022, respectively.[15] Due to the additional time until the beginning of implementation of these initiatives, the exhibits are denominated in terms of the second half of Fiscal Year 1, Fiscal Year 2, Fiscal Year 3, Fiscal Year 4, and Fiscal Year 5.  Exhibits 8a and 8b then show the discounted values of the figures in Exhibit 7, using the same two discount rates used in Exhibits 6a and 6b, respectively.  The benefits exceed $8 billion in Exhibit 8a and exceed $21 billion in Exhibit 8b.

22. I take no position on the likelihood of success of any particular Fiscal Plan initiative.  However, given my analyses, if one did wish to consider scenarios in which some but not all initiatives were successful, it would be straightforward to add the relevant rows from Exhibit 6a, 6b, 8a, or 8b.


## VII.  CONCLUSION

23. The benefits identified in the Fiscal Plan Initiatives are worth over $9 billion in present-value terms.  Even under a more restrictive assumption in which the

---

[15] For simplicity, I assume that the values in each year can be split evenly by each half year.  A more complicated analysis could, in a growth scenario, estimate FY 2020 cash flows by increasing the figures for 2018 (because they are from the second half of 2018) and decreasing the figures for 2019 (because they are from the first half of 2019).  As these two changes go in opposite directions, the net effect would be small.  I also note that I do not increase the figures for inflation over the eighteen-month delay period, which would increase the figures in Exhibits 6a and 6b.  As the eighteen-month period is an estimate and my goal is to provide a general idea of the magnitude of these effects, I believe that the benefits of this simpler presentation outweigh the costs of making small adjustments to what are necessarily estimates of future cash flows.

Transformation Plan is delayed for an additional eighteen months, the benefits still exceed $8 billion. Moreover, if one wished to consider the benefits of the risk reduction that would likely accompany a successful implementation of the initiatives in the Fiscal Plan, the discount rate faced by PREPA would be lowered as a result, and, consequently, the present value of the benefits would increase to well over $20 billion with or without the eighteen-month delay. As noted above, it is my understanding other experts for Movants have given their opinion that these benefits are more likely if not only possible if an independent receiver is appointed to operate PREPA.

I reserve the right to modify or supplement any of my opinions in this declaration in light of any new information, including submissions by any other experts, that becomes available to me.

I declare under penalty of perjury that the foregoing is true and correct.

David I. Tabak
February 25, 2019

**NERA**
ECONOMIC CONSULTING

**David I. Tabak**
Managing Director

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 3000 Fax +1 212 345 4650
Direct dial: +1 212 345 2176
david.tabak@nera.com
www.nera.com

# EXHIBIT 1
# DAVID I. TABAK
## MANAGING DIRECTOR

Dr. Tabak earned his Ph.D. and M.A. degrees in Economics from Harvard University and his B.S. in Economics and B.S. in Physics from the Massachusetts Institute of Technology. While at Harvard, Dr. Tabak participated in teaching courses in micro- and macroeconomics and American economic policy at the undergraduate and graduate levels and in the creation of an undergraduate textbook and accompanying software package.

Dr. Tabak has appeared as an expert in state, federal, Delaware Chancery, and bankruptcy courts, and before arbitration panels, including the National Association of Securities Dealers, the American Arbitration Association, the International Dispute Resolution Centre, and the International Chamber of Commerce International Court of Arbitration. He has published in his areas of expertise in forums such as *St. John's Law Review* and *Shannon Pratt's Business Valuation Update*, and has published peer-reviewed articles in *Litigation Economics Review* and the *Journal of Forensic Economics*. Dr. Tabak is also the author of book chapters and has served as a member of *BV Q&A Update's* expert author panel and as a referee for peer-reviewed journals. His publications have covered topics such as commercial disputes, economic analysis of market efficiency, valuation discounts for lack of marketability, and the application of statistics in litigation analyses. Dr. Tabak has been an invited presenter at the Securities and Exchange Commission and has spoken at forums that provide continuing legal education credits or continuing professional education credits for accountants and valuation professionals.

Dr. Tabak has been retained as an expert to address issues including allegations of valuations, contract disputes, commercial damages, and disputes between brokers and customers. His non-litigation work has included developing a risk-scoring model for a reinsurance company, assisting financial institutions in new product development, analysis of potential insider trading for a financial institution, and interpretation of statistical analyses of treatment effectiveness for a program for at-risk youth.

David I. Tabak

## Education

**Harvard University**
Ph.D., Economics, 1996
M.A., Economics, 1992

**Massachusetts Institute of Technology**
B.S., Economics, 1990
B.S., Physics, 1990

## Professional Experience

**NERA Economic Consulting**
2005-       *Managing Director (f/k/a Senior Vice President)*
Provide written and oral testimony. Conduct and supervise economic analyses, with a focus on securities litigation and valuation cases.
2001-2005   *Vice President*
1998-2001   *Senior Consultant*
1996-1998   *Senior Analyst*

**Harvard University**
1991-1996   *Teaching Fellow in Economics*
Participated in teaching various courses from introductory principles of economics to graduate macroeconomics. Ran coursewide tutorial program for the largest class at Harvard for two academic years, with a staff of over fifty part-time employees.

**Worth Publishers**
1991, 1993   *Research Assistant/Independent Contractor*
Worked on data collection, software analysis, and creation of a problem bank for an educational economics software package.

**National Bureau of Economic Research**
1991        *Research Assistant*
Performed data collection and econometric analysis for a project on comparisons of international growth rates.

## Honors and Professional Activities

Member, American Economic Association, 1993-present

Referee, *Journal of Forensic Economics*, 2005, 2006, 2008, 2009, 2011, 2012, 2015

David I. Tabak

Referee, *Litigation Economics Review*, 2002, 2003, 2004

William M. Mercer Securities Corporation, Registered Representative, Series 7 and 63, 2000 - 2002

Marsh & McLennan Securities Corporation, Registered Representative, Series 7 and 63, 1998 - 2000

Adjunct Member, Committee on International Trade, Association of the Bar of the City of New York, 1998 – 2001

Harvard University Scholarship, 1990-1992

Derek Bok Teaching Award, 1993, 1994, 1995, and 1996

Allyn Young Teaching Award, 1996

David I. Tabak

## Expert Reports and Testimony

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, February 11, 2019.

Testimony before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., June 12, 2018.

Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., June 4-5, 2018.

Deposition testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., May 14, 2018.

Deposition testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, April 6, 2018.

Deposition testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., March 23, 2018.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 9, 2018.

Expert Report of David I. Tabak, Ph.D. before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., February 21, 2018.

Expert Report of David I. Tabak, Ph.D. before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., February 16, 2018.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, November 17, 2017.

Deposition testimony before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, October 26, 2017.

Report of David I. Tabak, PhD in *Babscay Pty Ltd v. Slater & Gordon Limited*, Federal Court Proceeding VID 659 / 2017, Australia, October 26, 2017.

Deposition testimony before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 28, 2017.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 20, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, September 14, 2017.

David I. Tabak

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, August 24, 2017.

Supplement to Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 9, 2017.

Deposition Testimony before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 1, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., June 15, 2017.

Sur-Reply Expert report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., May 31, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., May 26, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., May 8, 2017.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., April 21, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., April 13, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., March 23, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., March 16, 2017.

Supplement to Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, February 21, 2017.

Deposition Testimony before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, February 8, 2017.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, January 17, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, December 12, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., December 9, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, December 8, 2016.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, November 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, October 7, 2016.

Rebuttal Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, May 6, 2016.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, February 11, 2016.

Deposition Testimony before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 9, 2016.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, January 29, 2016.

Expert Report of David Tabak, Ph.D. before the Securities and Exchange Commission in *In the Matter of Arthur F. Jacob, CPA and Innovative Business Solutions, LLC,* January 29, 2016.

Deposition Testimony before the United States District Court for the Eastern District of New York in *In re Symbol Technologies, Inc. Securities Litigation*, January 28, 2016.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, December 23, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Symbol Technologies, Inc. Securities Litigation*, December 11, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, December 2, 2015.

David I. Tabak

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, November 16, 2015.

Expert Report of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, November 12, 2015.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, September 2, 2015.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, July 20, 2015.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 15, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 1, 2015.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 30, 2015.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *George Byrun et al. v. Salix Pharmaceuticals et al.*, 30 January 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, January 13, 2015.

Expert Report of David Tabak before the Securities and Exchange Commission in the matter of *Airtouch Communications, Inc., Hideyuki Kanakubo, and Jerome Kaiser, CPA*, December 16, 2014.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Puda Coal Securities et al. Litigation*, November 13, 2014.

Deposition Testimony before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, July 2, 2014.

Testimony before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 16, 2014.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, June 11, 2014.

David I. Tabak

Supplemental Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 3, 2014.

Deposition before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 31, 2014.

Cross Examination in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation et al. before the Ontario Superior Court of Justice (Commercial List), March 19, 2014.

Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. *against AriZona Beverages USA LLC et al.*, March 11, 2014.

Report of David I. Tabak in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation *et al.* before the Ontario Superior Court of Justice (Commercial List), February 28, 2014.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2013.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, September 4, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2013.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, June 27, 2013.

Deposition Testimony before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, May 10, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, April 11, 2013.

Declaration of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, March 21, 2013.

Reply Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2012.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, November 6, 2012.

David I. Tabak

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2012.

Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, May 3, 2012.

Written Direct Testimony of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, April 17, 2012.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, April 10, 2012.

Rebuttal Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, January 30, 2012.

Expert Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, December 5, 2011. (Affidavits testifying to the report executed on December 9, 2011 and December 20, 2011.)

Deposition Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, August 1, 2011.

Expert Report of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, July 8, 2011.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, February 3, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, January 11, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Securities and Exchange Commission v. Alfred S. Teo, et al.*, November 4, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 29, 2010.

Deposition Testimony before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 7, 2010.

Expert Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, September 16, 2010.

David I. Tabak

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, August 30, 2010.

Rebuttal Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., April 25, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke,* et al. *vs. Novatel Wireless,* et al., March 12, 2010.

Testimony before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., November 6, 2009.

Expert Rebuttal Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., October 19, 2009.

Expert Report of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, September 17, 2009.

Expert Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., September 10, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, July 16, 2009.

Declaration of David Tabak before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, July 13, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, June 26, 2009.

Deposition Testimony before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, June 16, 2009.

Declaration and Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, May 29, 2009.

Deposition Testimony before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, May 6, 2009.

Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, April 15, 2009.

David I. Tabak

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, February 17, 2009.

Declaration of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, January 5, 2009.

Expert Report of David Tabak, Ph.D., before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, December 15, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, November 7, 2008.

Deposition Testimony before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* October 31, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* September 23, 2008.

Cross-Examination before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, June 23, 2008.

Surrebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, January 11, 2008.

Affidavit of David I. Tabak before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, December 19, 2007.

Rebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 19, 2007.

Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 3, 2007.

Deposition Testimony before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund, et al. vs. The Coca-Cola Company*, August 23, 2007.

Deposition Testimony before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, June 13, 2007.

Expert Report of David Tabak before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund,* et al. *vs. The Coca-Cola Company*, May 30, 2007.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, April 27, 2007.

David I. Tabak

Expert Report of David Tabak before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, April 4, 2007.  (Amended report, June 25, 2007.)

Rebuttal Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, January 18, 2007.

Expert Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, December 18, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, November 9, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 13, 2006.

Affidavit of David I. Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, October 11, 2006.

Rebuttal Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 4, 2006.

Expert Report before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, October 4, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, September 15, 2006.

Expert Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, August 25, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, July 20, 2006.

Deposition Testimony before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, May 25, 2006.

Affidavit before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, April 14, 2006.

Deposition Testimony before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 24, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, March 17, 2006.

David I. Tabak

Rebuttal Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 9, 2006.

Expert Report of David Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, February 13, 2006.

Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, February 1, 2006.

Rebuttal Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 30, 2005.

Deposition Testimony before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 9, 2005.

Expert Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, October 3, 2005.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Pennsylvania in *Sean Fitzpatrick v. Michael Queen, Thomas McGreal, Joseph W. Luter, IV, Michael H. Cole, Smithfield Foods, Inc., Showcase Foods, Inc., and Pennexx Foods, Inc.*, March 25, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 24, 2005.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 18, 2005.

Affidavit of David Tabak, Ph.D. and Stephanie Plancich, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Doug Sutton and Prescott Nottingham v. Robert F. Bernard, Robert T. Clarkson, and Bert B. Young*, January 11, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, January 5, 2005.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Phoenician Trading Partners, L.P. v. Blue Water Fund Ltd., et al.*, January 3, 2005.

Affidavit of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, December 14, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, December 10, 2004.

David I. Tabak

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, October 4, 2004.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, September 22, 2004.

Deposition Testimony before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, September 9, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, August 20, 2004.

Further Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, July 30, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, June 30, 2004.

Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 7, 2004.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 2, 2004.

Expert Report of David Tabak before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, March 31, 2004.

Statement of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *United States of America v. Morris Weissman*, February 10, 2004.

Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, December 17, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of Ohio Eastern District (at Columbus) in *Barry F. Bovee, et al. v. Coopers & Lybrand, et al.*, December 16, 2003.

Deposition Testimony before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation* and in *In Re Safety-Kleen Rollins Shareholders Litigation*, October 23, 2003.

Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, October 1, 2003.

David I. Tabak

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation*, August 28, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Rollins Shareholders Litigation*, August 28, 2003.

Testimony before the NASD in *Ralph Rubenstein, JANT Foundation, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,* June 19, 2003.

Affidavit of David Tabak, Ph.D. and Ramzi Zein, Ph.D. in Support of Norwegian Cruise Line's Opposition to Proposed Rule before the Federal Maritime Commission, May 30, 2003.

Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, March 11 and 12, 2003.

Declaration of David I. Tabak in Support of Defendant's Motion in Opposition to Appointment of Additional Lead Plaintiffs and Class Certification before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, June 21, 2002.

Affidavit before the United States District Court for the District of Rhode Island in *George Kinney et al. v. Metro Global Media, Inc., et al.* May 15, 2002.

Testimony before the American Arbitration Association in *Beth Kaplan v. Rite Aid Corporation; Rite Aid Corporation v. Beth Kaplan and Bruce Sholk*, May 2-3, 2002.

Expert Report of David I. Tabak before the United States District Court for the District of Idaho in *Pippin v. ICF Kaiser International, et. Al, Wood v. Edwards et al.*, February 11, 2002.

Deposition Testimony before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, February 7, 2002.

Deposition Testimony before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Securities, Inc. Litigation*, January 17, 2002.

Affidavit before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, January 10, 2002.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Inc. Securities Litigation*, December 28, 2001.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Castle Creek Technology Partners LLC against Cellpoint Inc.*, December 13, 2001.

Deposition Testimony before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, October 11, 2001.

David I. Tabak

Deposition Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, September 6, 2001.

Testimony before the United States District Court for the Eastern District of New York in *United States of America against Harry Shuster*, July 30, 2001.

Declaration before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, July 23, 2001.

Testimony before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, May 29, 2001.

Opinion Letter before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, May 24, 2001.

Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, May 22, 2001.

Testimony before the Supreme Court of the State of New York, County of New York in *Robert Klein against 5B Technologies Corporation f/k/a Paramount Financial Corporation and Deltaforce Personnel Services, Inc.*, May 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, April 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Central District of California in *In Re Imperial Credit Industries, Inc. Securities Litigation*, April 5, 2001.

Affidavit before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, February 8, 2001.

Deposition Testimony before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 19, 2001.

Expert Report of David I. Tabak before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 11, 2001.

David I. Tabak

Supplemental Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, September 13, 2000.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Martin R. Lautman v. The Loewen Group Inc., et al.*, September 6, 2000.

Supplemental Affidavit of David I. Tabak before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 25, 2000.

Affidavit of David I. Tabak and Christoph Muelbert before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 23, 2000.

Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, April 28, 2000.

Testimony before the American Arbitration Association in *Roderick Covlin against C.S. Block New York, LLC, Dr. Sharaif Amanat, Omar Amanat*, March 30, 2000.

Expert Report of David I. Tabak before the National Association of Securities Dealers Office of Dispute Resolution in *Brooks, Houghton & Company, Inc. Private Corporate Advisors, Inc., and Brooks, Houghton Securities, Inc. against BIG Entertainment, Inc.*, March 17, 2000.

Declaration of David I. Tabak before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* February 21, 2000.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *The Klass Report LLC and Christopher M. Klass against Telemation, Inc.*, December 15, 1999.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* November 26, 1999.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *A.R. DiGima, Inc. vs. A.G. Edwards & Sons, Inc. and Eugene Damico*, November 5, 1999.

Deposition Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, October 22, 1999.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, September 16, 1999.

David I. Tabak

Expert Report of Frederick C. Dunbar and David I. Tabak before the United States District Court for the Northern District of Alabama, Southern Division in *MedPartners, Inc. v. Dun & Bradstreet, Inc*, July 28, 1999.

Testimony before the International Chamber of Commerce International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, April 13, 1998.

Expert Witness Statement of David I. Tabak before the International Chamber of Commerce, International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, March 13, 1998.

David I. Tabak

## Publications

"Testing Securities Market Efficiency With Cammer Factors," *Law360.com*, February 5, 2018.

"Securities Class Actions Appear to Be Largely 'Price-Maintenance' and Omissions Cases," *NERA Working Paper*, April 10, 2017.

"Further Insight into 'What Should We Expect When Testing for Price Response to News in Securities Litigation?'," *Oxford Business Law Blog*, September 27, 2016.

"Gauging Share-Price Response to News in Securities Litigation," *The CLS Blue Sky Blog, Columbia Law School's Blog on Corporations and the Capital Markets*, September 8, 2016.

"What Should We Expect When Testing for Price Response to News in Securities Litigation?" *NERA Working Paper*, August 11, 2016.

"Should Solvency Tests Give the Same Answer?" *NERA Working Paper*, July 28, 2015

"Implications for Market Efficiency and Damages Analysis of Plaintiff Interpretations of *Halliburton II's* Statement that 'market efficiency is a matter of degree,'" *Loyola University Chicago Law Journal*, Spring 2015.

"The Solvency Two-Step," Guest Post on the Weil Bankruptcy Blog.  March 2013.

"Do Courts Count *Cammer* Factors?" NERA Working Paper, republished in the Harvard Law School Forum on Corporate Governance and Financial Regulation.  Also published in modified form as "Counting Cammer Factors – A Review of Case Law" at Law360.com, August 2012.

"Settlement reasonableness from negotiations to coverage disputes," *Litigation and Dispute Resolution 2012 Global Reference* Guide.  A prior version of this was published as a NERA Working Paper, February 2012.

"Guesstimating Loss for Sentencing," published in Law360.com, February 2012.  (Originally published with the title "Estimating Loss For Sentencing Purposes."  Retitled by Law360.com after initial publication on its website.)

"Economic Analysis of Loss in the United States Sentencing Commission's Proposed Methodologies," NERA Working Paper, February 2012.

"Guideline Companies in Valuation: A Careful View of the Market Approach," *Journal of Business Valuation*, 2011 Volume 1.  (A previous version appeared as a NERA working paper entitled "Guideline Companies in Valuation: The Economist's View of the Market Approach" in October 2008.)

"The Matrixx of Materiality and Statistical Significance in Securities Fraud Cases," (co-authored with Frederick Lee of Boies, Schiller & Flexner) NERA Working Paper, December 2010.

"Materiality and Statistical Significance Explained" (co-authored with Frederick Lee of Boies, Schiller & Flexner), published in Law360.com, December 2010.

David I. Tabak

"Satisfying Fiduciary Duty Under ERISA," *Employment Law Strategist*, June 2010.

"Use and Misuse of Event Studies to Examine Market Efficiency," NERA Working Paper, April 2010.  (A previous version appeared in September 2009, and a condensed version appeared as a Guest Column, "On the Misuse of Event Studies to Examine Market Efficiency," in May 2010 on www.securitiesdocket.com.)

 "Comment: 'A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," *Journal of Forensic Economics*, December 2009.

Book Review of *Business Valuation: In Integrated Theory (Second Edition)* in *Valuation Strategies,* November/December 2008.

Guest Author/Respondent, *BVUpdate*, published by Business Valuation Resources, LLC, *Special Report:* What Will the Wall Street Meltdown Mean to the BV Profession? (with Raymund Wong), November 2008.

 "Inflation and Damages in a Post-*Dura* World," NERA Working Paper, September 2007.

"Multiple Comparisons and the Known or Potential Error Rate," *Journal of Forensic Economics,"* Volume XIX, Number 2, published March 2007.

"Making Assessments About Materiality Less Subjective Through The Use of Content Analysis," NERA Working Paper, March 2007.

"Risk Disclosures and Damages Measurement in Securities Fraud Cases," published in the *Securities Reform Act Litigation Reporter*, April 2006.  (Previously published as a NERA Working Paper.)

Guest Author/Respondent, *BV Q&A Update*, published by Business Valuation Resources, LLC., January, March, June, and July 2004; February, May, August, and September 2005.

"Loss Causation and Damages in Shareholder Class Actions: When it Takes Two Steps to Tango," in *Securities Litigation & Enforcement Institute 2004,* published by the Practising Law Institute.  (Previously published as a NERA Working Paper.)

"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-On-The-Market Cases" (with Paul A. Ferrillo and Frederick C. Dunbar), *St. John's Law Review,* Winter 2004.  (Previously published as a working paper by NERA and Weil, Gotshal & Manges, LLP.)

"Determination of the Appropriate Event Window Length in Individual Stock Event Studies" (with Dmitry Krivin, Robert Patton, and Erica Rose), NERA Working Paper, November 4, 2003.

"Inflation Methodologies in Securities Fraud Cases: Theory and Practice" (with Chudozie Okongwu), published in *Securities Litigation & Enforcement Institute 2003,* by the Practising Law Institute.  (Previously published as a NERA Working Paper.)

David I. Tabak

"Hedging and the Estimation of Marketability Discounts," in *Shannon Pratt's Business Valuation Update*, published by Business Valuation Resources, LLC, August 2003. (Also reprinted in *BVR's Guide to Discounts for Lack of Marketability*, 2007.)

"Shareholders' Suit against Corporation," in *Litigation Support Report Writing: Accounting, Finance, and Economic Issues*, edited by Jack P. Friedman and Roman L. Weil, published by John Wiley & Sons, Inc., 2003.

"A CAPM-Based Approach to Calculating Illiquidity Discounts," NERA Working Paper, November 2002.

"A Proposed Methodology to Measure Damages for Option Traders Alleging Securities Fraud" (with Svetlana Starykh and Marc Shotland), *Litigation Economics Review*, Vol. 5, No. 2, Winter 2001 (printed July 2002).

"Intraday Trading Rates in Shareholder Class Actions," *NERA Securities and Finance Insights*, June 2002.

"Materiality and Magnitude: Event Studies in the Courtroom" (with Frederick C. Dunbar), *Litigation Services Handbook: The Role of the Financial Expert, Third Edition, 2001*, edited by Roman L. Weil, Michael J. Wagner and Peter B. Frank, published by John Wiley & Sons, Inc. (Previous versions appeared in the 2000 Supplement to the *Litigation Services Handbook* and as a NERA Working Paper.)

"Are Investors Signalling You About Your Y2K Risk?" (with Vinita M. Juneja and Denise N. Martin), *Y2K Marketwatch*, December 1999.

"What Does the Market Think About Your Y2K Exposure?" (with Vinita M. Juneja and Denise N. Martin), *Viewpoint*, Issue No. 2, November 1999.

"Economic Analysis and Identification of Class Conflicts in Securities Fraud Litigation," NERA Working Paper, June 1998.

David I. Tabak

## Selected Presentations

Panelist, "Emerging Issues in Securities Class Actions," Duke Law Center for Judicial Studies, New York, NY, July 20, 2017.

Panelist, "Keeping Or Closing The Employer Stock Fund: A *Dudenhoeffer*-Based Process," American Bar Association Section of Taxation, Chicago, IL, September 19, 2015.

Presenter, "Multiple Comparisons and the Known or Potential Error Rate," National Association of Forensic Economics session at the Eastern Economics Association, New York, NY, 27 February 2015.

Panelist, Annual Institute for Investor Protection Conference at Loyola University Chicago Law School, 24 October 2014.

Panelist, 2014 Business Law Section Annual Meeting, American Bar Association, Chicago, 11 September 2014.

Moderator, New York University Ross Roundtable, April 7, 2014.

Commentator, Institute for Law and Economic Policy Conference: "Business Litigation and Regulatory Agency Review in the Era of the Roberts Court," April 4, 2014.

Panelist, "The Supreme Court's Decision in Amgen and Other Recent Cases," Securitiesdocket.com; July 24, 2013.

Panelist, "Securities Law: Fraud-on-the-Market Theory Demystified," The Knowledge Congress; July 23, 2013.

Moderator, New York University Ross Roundtable, April 15, 2013.

Panelist, 1st Annual Securities Litigation & Enforcement Institute; New York City Bar; New York, NY; December 11, 2012.

Panelist, The Litigation Summit and Exposition; Washington DC; November 12, 2012.

Panelist, The Society of Corporate Secretaries on materiality issues in determining corporate disclosures, October 18, 2012; New York, NY.

Panelist, Symposium in honor of Nobel Prize Winner Daniel Kahneman at Loyola University, Chicago, IL; October 5, 2012.

Panelist, Practising Law Institute, "Taking and Defending Expert Depositions"; New York, NY June 27, 2012.

Discussant, National Association of Forensics Economics; Chicago IL; January 7, 2012.

David I. Tabak

Panelist, Advanced eDiscovery Institute (session: Statistics and Sampling for Lawyers: How to Apply a Well-Accepted Methodology in the World of eDiscovery); Washington DC; November 17, 2011.

Presenter, Securities Regulation Committee of the New York State Bar Association; New York, New York; July 20, 2011.

Panelist, 2nd Annual Law Firm Marketing U& Business Development Leadership Forum, sponsored by *The American Lawyer* (session: Macro Economic Industry-by-Industry Overview – a power-packed session exploring the sectors that will shape 2011 and beyond); New York, NY; May 24, 2011.

Presenter in webinar on "Fair Value Measurement Consideration for 2010 and Beyond," The Knowledge Congress, July 13, 2010.

Panelist, Forum for Institutional Investors, sponsored by Bernstein Litowitz Berger & Grossman LLP; New York, NY; October 24, 2008.

Presenter, Office of Litigation Support, Securities and Exchange Commission; Washington, DC; May 20, 2008.

Presenter, IQPC Subprime Litigation Conference; New York, New York; February 27, 2008.

Presenter, IQPC Securities Litigation Conference; New York, New York; May 18, 2007.

Presenter, "Everything You Were Afraid To Know About Experts," Fordham University; January 19, 2006.

Presenter, *Eugene P. and Delia S. Murphy Conference on Corporate Law,* Fordham University; November 4, 2005.

Panel Member, *Directors & Officers Under Fire: Protecting Your Interests in this Hostile Environment*, a Directors Roundtable seminar; Washington, D.C.; June 8, 2004.

Guest Lecturer, Fordham University; New York, New York; March 8, 2004.

Panel Member, Business Valuation Resources audio conference on discounts for lack of marketability; May 14, 2003.

Presenter, *Third Annual Law and Business Conference*, Vanderbilt University Law School, ("Inflation Methodologies in Securities Fraud Cases: Theory and Practice"); March 28, 2003.

Guest Lecturer, Middlebury College; Middlebury, Vermont; January 28, 2003.

Panel Member, *Second Annual Grant & Eisenhofer Institutional Investor Conference;* New York, New York; December 9, 2002.

Guest Speaker, Deutsche Bank institutional investor conference call; November 22, 2002.

David I. Tabak

Panel Member, *Key Issues Facing Board Members: The Coming Tide in Securities Class Actions,* a Directors Roundtable seminar; Chicago, Illinois; February 22, 2001.

Panel Member, *Securities Litigation: Risk Management and Avoidance, Emerging Challenges for CXOs*, a seminar sponsored by Jones, Day, Reavis and Pogue and PriceWaterhouseCoopers; Reston, Virginia; September 20, 2000.

"When the Litigation Comes In and the Money Goes Out: What Determines Settlement Values?" presented at *Balancing Disclosure and Litigation Risks for Public Companies (or Soon-to-Be Public Companies)*, a seminar sponsored by Alston & Bird and RR Donnelley Financial; Raleigh, North Carolina; November 10, 1999.

February 2019

**Exhibit 2**

**Materials Considered**

*Data*

Non-insured PREPA bonds prices obtained from Electronic Municipal Market Access website by Municipal Securities Rulemaking Board.

S&P municipal bond indices yield-to-maturity obtained from S&P Dow Jones Indices website.

Puerto Rico Electric Power Authority bonds mid yield-to-maturity obtained from Bloomberg L.P.

Puerto Rico Gross Domestic Product from 1988 to 2049 obtained from Oxford Economics via Thomson Reuters Datastream.

*News Article*

 "Puerto Rico utility debt restructuring deal points to path forward," *Reuters News*, dated July 31, 2018.

*Official Statements*

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series 2012A," available at: http://www.gdb.pr.gov/investors_resources/documents/2012-04-23-PRElectricPowerAuth01a-FIN.pdf. Accessed at February 13, 2019.

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series 2013A," available at: http://www.gdb.pr.gov/investors_resources/documents/2013-08-19-OSSeries2013-A-Agosto2013-FINAL.pdf. Accessed at February 13, 2019.

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series EEE," available at: http://www.gdb.pr.gov/investors_resources/documents/2012-06-13-PRElectricPowerAuth08b-FIN-SeriesEEE.pdf. Accessed at February 13, 2019.

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series TT," available at: https://emma.msrb.org/MS58324-MS234212-MS618225.pdf. Accessed at February 13, 2019.

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series TT, Supplement dated May 24, 2007 to Official Statement dated April 19, 2007," available at: https://emma.msrb.org/MS58324-MS261125-MD503781.pdf. Accessed at February 13, 2019.

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series WW," available at: http://www.gdb.pr.gov/pdfs/public_corp/OSSeriesWWJunio2008.pdf. Accessed at February 13, 2019.

1

**Exhibit 2**

**Materials Considered**

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series XX," available at:
http://www.gdb-pur.com/spa/investors_resources/documents/PRElectricPowerAuthOS_000.pdf.
Accessed at February 13, 2019.

"Puerto Rico Electric Power Authority Power Revenue Bonds, Series YY," available at:
http://www.gdb.pr.gov/investors_resources/documents/PREPAPowerRevenueBondsSeriesYY.p
df. Accessed at February 13, 2019.

*Webpages*

Anne O. Krueger, Ranjit Teja, and Andrew Wolfe, "Puerto Rico – A Way Forward," available
at: http://www.gdb.pr.gov/documents/FinalUpdatedReport7-13-15.pdf. Accessed February 7,
2019.

Anne O. Krueger, Ranjit Teja, and Andrew Wolfe, "Puerto Rico's Growth and Macroeconomic
Situation and Prospects," available at:
http://www.gdb.pr.gov/documents/PRGROWTHANDMACROECONOMICSITUATION.pdf.
Accessed February 7, 2019.

Aswath Damodaran, "Cost of Capital by Sector (US)," available at:
http://people.stern.nyu.edu/adamodar/New_Home_Page/datafile/wacc.htm. Accessed February
17, 2019.

Financial Oversight and Management Board for Puerto Rico, "New Fiscal Plan for Puerto Rico –
Restoring Growth and Prosperity," available at: http://www.aafaf.pr.gov/assets/new-fiscal-plan-
pr-certified-fomb-10-23-18.pdf. Accessed February 6, 2019.

Financial Oversight and Management Board for Puerto Rico, "Puerto Rico Electric Power
Authority Fiscal Plan – August 1, 2018," available at:
https://drive.google.com/file/d/1p__TX3B_mGt-a8vS5JgOKHD01rRDhaLo/view. Accessed
February 1, 2019.

Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico,"
available at: http://www.gdb.pr.gov/documents/PlanFiscal13demarzo2017.pdf. Accessed
February 7, 2019.

Puerto Rico Fiscal Agency and Financial Advisory Authority and Commonwealth of Puerto
Rico, "Revised Baseline Projections," available at:
http://www.gdb.pr.gov/documents/16.12.20RevisedBaselineProjections-vShare.pdf. Accessed
February 7, 2019.

Puerto Rico Fiscal Agency and Financial Advisory Authority, Commonwealth of Puerto Rico,
and Government Development Bank for Puerto Rico, "Commonwealth of Puerto Rico Fiscal

2

**Exhibit 2**

**Materials Considered**

Plan," available at: http://www.gdb.pr.gov/documents/16.10.14FiscalPlanvFinal.pdf. Accessed February 7, 2019.

Siemens Industry, "Puerto Rico Integrated Resource Plan 2018-2019," available at: http://energia.pr.gov/wp-content/uploads/2019/02/PREPA-Ex.-1.0-IRP-2019-PREPA-IRP-Report.pdf. Accessed February 21, 2019.

S&P Dow Jones Indices, "S&P Municipal Bond Index Methodology," available at: https://us.spindices.com/documents/methodologies/methodology-sp-municipal-bond.pdf. Accessed February 13, 2019.

Statista, "Puerto Rico: Growth Rate of the Real Gross Domestic Product (GDP) from 2012 to 2022 (Compared to the Previous Year)," available at: https://www.statista.com/statistics/397848/gross-domestic-product-gdp-growth-rate-in-puerto-rico/. Accessed February 14, 2019.

Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico, "Bonistas del Patio Forum – Puerto Rico's Fiscal and Economic Crisis," available at: http://www.gdb.pr.gov/documents/16_06_27-BonistasForum.pdf. Accessed February 7, 2019.

Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico, "Puerto Rico Fiscal and Economic Growth Plan - Update Presentation," available at: http://www.gdb.pr.gov/documents/PRFEGPUpdatePresentation1.18.16-2.pdf. Accessed February 7, 2019.

Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico, "Puerto Rico Restructuring Proposal," available at: http://www.gdb.pr.gov/documents/16_02_01FinalProposal-Revised.pdf. Accessed February 7, 2019.


***Additional Documents Received But Not Referenced in This Report***

Excel backup for PREPA August 2018 Fiscal Plan received from Counsel (PREPA_LS0045801).

Excel backup for PREPA February 15, 2019 Fiscal Plan Initiatives Summary Report received from Counsel (PREPA_LS0066405-425).

Expert declaration of Sandra Ringelstetter Ennis, October 3, 2018.

**Exhibit 2**

**Materials Considered**

Kobre & Kim LLP, "The Financial Oversight & Management Board for Puerto Rico:
Independent Investigator – Final Investigative Report," August 20, 2018.

Navigant, "Puerto Rico Energy System Modernization Vision Document" (PREPA_LS0055814-
820).

PREPA, "Budget to Actual Variance Report for the Second Quarter of Fiscal Year 2018-2019,"
February 15, 2019 (PREPA_LS0066354-375).

PREPA, "Fiscal Plan Compliance Dashboard" (PREPA_LS0066389-396).

PREPA, "Fiscal Plan Initiatives Summary Report," February 15, 2019 (PREPA_LS0066376-
388).

PREPA, "KPI Operational Dashboard As of 31-Jan-2019" (PREPA_LS0066397-404).

PREPA, "Monthly Report to the Governing Board December 2018," available at:
https://aeepr.com/es-
pr/investors/FinancialInformation/Monthly%20Reports/2018/December%202018.pdf. Accessed
February 21, 2019.

PREPA Presentation, "A new Puerto Rico electric system for a sustainable future," October 25,
2018 (PREPA_LS0025126-139).

4

**Exhibit 3a**

**Benefits of PREPA's Operational Initiatives To Be Completed Over 18 Months [1]**

**Based on PREPA's August 1, 2018 Fiscal Plan**

| Operational Initiatives | Second Half of Fiscal Year 1 [2] | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Fiscal Year 5 |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | ------------------------------------ $ in MM ------------------------------------ | | | | |
| Revenue Measures | $   TBD | $   TBD | $   TBD | $   TBD | $   TBD |
| Fuel and Purchased Power Measures | 42 | 112 | 136 | 306 | 275 |
| Labor Operating Expense Measures | 39 | 136 | 136 | 136 | 136 |
| Non-Labor/Other Operating Expense Measures | TBD | TBD | TBD | TBD | TBD |
| Maintenance Expense Measures | TBD | TBD | TBD | TBD | TBD |
| **Subtotal** | **$   81** | **$   248** | **$   272** | **$   442** | **$   411** |

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018.

[1] The values of the PREPA measures are from pages 82 and 114-118 of the Fiscal Plan. Fiscal Year 1 corresponds with fiscal year 2019 of the Fiscal Plan and so on. PREPA states that the estimates of the impact of the Operational Initiatives for Revenue, Non-Labor/Other Opex, and Maintenance Expense are to be completed by fiscal year 2019 Q2.

[2] The second half of Fiscal Year 1 includes the months January to June. PREPA's fiscal year begins in July and ends in June of the next year.

**Exhibit 3b**
**Calculation of Expense Rates In the Steady State**
**Based on PREPA's August 1, 2018 Fiscal Plan**

| Cost Components | Second Half of Fiscal Year 1 [1] | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Fiscal Year 5 |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| **Steady-State Expenses ($ in MM) [2]** | | | | | |
| Fuel and Purchased Power | $          989 | $       2,004 | $       1,940 | $       1,662 | $       1,799 |
| CILT and Subsidies | 137 | 305 | 298 | 279 | 289 |
| Total Labor | 165 | 281 | 281 | 281 | 281 |
| Total Other Operating | 238 | 485 | 416 | 409 | 410 |
| Maintenance | 111 | 502 | 532 | 454 | 391 |
| **Base-Case Load Forecast (kWh) [3]** | 7,372,802,631 | 14,390,792,303 | 13,998,416,886 | 13,634,573,734 | 13,290,047,065 |
| **Steady-State Rates (¢ / kWh)** | | | | | |
| Fuel and Purchased Power | 13.4 ¢ | 13.9 ¢ | 13.9 ¢ | 12.2 ¢ | 13.5 ¢ |
| CILT and Subsidies | 1.9 | 2.1 | 2.1 | 2.0 | 2.2 |
| Total Labor | 2.2 | 2.0 | 2.0 | 2.1 | 2.1 |
| Total Other Operating | 3.2 | 3.4 | 3.0 | 3.0 | 3.1 |
| Maintenance | 1.5 | 3.5 | 3.8 | 3.3 | 2.9 |

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018.

[1] The second half of Fiscal Year 1 includes the months January to June. PREPA's fiscal year begins in July and ends in June of the next year.

[2] Steady-state expenses are from page 36 of the Fiscal Plan. Fiscal Year 1 corresponds with fiscal year 2019 of the Fiscal Plan and so on.

[3] The base-case load forecast is from page 36 of the Fiscal Plan. Fiscal Year 1 corresponds with fiscal year 2019 of the Fiscal Plan and so on.

**Exhibit 3c**

**Benefits of PREPA's Complete Power Sector Transformation Over 5 Years** [1]

**Based on PREPA's August 1, 2018 Fiscal Plan**

| Cost Components | Second Half of Fiscal Year 1 [2] | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Fiscal Year 5 |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| **Steady-State Rates (¢ / kWh)** [3] | | | | | |
| Purchased Power | 13.4 ¢ | 13.9 ¢ | 13.9 ¢ | 12.2 ¢ | 13.5 ¢ |
| Non-Generation Capital Expenses | 1.5 | 3.5 | 3.8 | 3.3 | 2.9 |
| Labor and Operations | 5.5 | 5.3 | 5.0 | 5.1 | 5.2 |
| CILT and Subsidies | 1.9 | 2.1 | 2.1 | 2.0 | 2.2 |
| | | | | | |
| **Transformation Plan Rates (¢ / kWh)** [4] | | | | | |
| Purchased Power | 13 ¢ | 13 ¢ | 11 ¢ | 10 ¢ | 10 ¢ |
| Non-Generation Capital Expenses | 1 | 0 | 1 | 1 | 1 |
| Labor and Operations | 5 | 4 | 4 | 4 | 4 |
| CILT and Subsidies | 2 | 2 | 2 | 1 | 2 |
| | | | | | |
| **Base-Case Load Forecast (kWh)** [5] | 7,372,802,631 | 14,390,792,303 | 13,998,416,886 | 13,634,573,734 | 13,290,047,065 |
| | | | | | |
| **Effects of Transformation Plan Above Steady State ($ in MM)** [6] | | | | | |
| Purchased Power | $   30 | $   133 | $   400 | $   299 | $   470 |
| Non-Generation Capital Expenses | 37 | 502 | 392 | 318 | 258 |
| Labor and Operations | 34 | 190 | 137 | 145 | 159 |
| CILT and Subsidies | -11 | 17 | 18 | 143 | 23 |
| **Total** | $   90 | $   843 | $   947 | $   903 | $   911 |

1

## Exhibit 3c

### Benefits of PREPA's Complete Power Sector Transformation Over 5 Years [1]

### Based on PREPA's August 1, 2018 Fiscal Plan

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018.

[1] The benefits of the Transformation Plan are calculated as the difference between the steady-state rates and Transformation Plan rates.

[2] The second half of Fiscal Year 1 includes the months January to June. PREPA's fiscal year begins in July and ends in June of the next year.

[3] Steady-state rates are from Exhibit 3b. The steady-state categories have been collapsed into the Transformation Plan categories in the following method:

Purchased Power includes fuel and purchased power expenses.

Non-Generation Capital Expenses include maintenance expenses.

Labor and Operations include total labor expenses and total other operating expenses.

CILT and Subsidies include CILT and subsidies.

[4] Transformation Plan rates are from page 43 of the Fiscal Plan. Fiscal Year 1 corresponds with fiscal year 2019 of the Fiscal Plan and so on.

[5] The base-case load forecast is from page 36 of the Fiscal Plan. Fiscal Year 1 corresponds with fiscal year 2019 of the Fiscal Plan and so on.

[6] The effects of the Transformation Plan are calculated as the difference between the steady-state rates and Transformation Plan rates, multiplied by the base-case load forecast.

**Exhibit 4a**
**Non-Insured PREPA Bonds With Largest Outstanding Balance**
**Yield-to-Maturity as of July 30, 2018 and January 2, 2019**

| | | | Outstanding | | Latest Yield-to-Maturity[2] as of | |
|---|---|---|---|---|---|---|
| No. | CUSIP | Bond Series[1] | Balance | Maturity Date | July 30, 2018[3] | January 2, 2019 |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 1. | 74526QVX7 | Power Revenue Bonds, Series XX | $ 588,360,000 | 7/1/2040 | 12.437% | 9.562% |
| 2. | 74526QA28 | Power Revenue Bonds, Series 2012A | 358,140,000 | 7/1/2042 | 12.729 | 9.620 |
| 3. | 74526QXT4 | Power Revenue Bonds, Series YY | 320,175,000 | 7/1/2040 | 15.672 | 12.757 |
| 4. | 74526QA69 | Power Revenue Bonds, Series 2013A | 307,500,000 | 7/1/2036 | 15.685 | 12.633 |
| 5. | 74526QZS4 | Power Revenue Bonds, Series EEE | 217,335,000 | 7/1/2032 | 17.034 | 12.893 |
| 6. | 74526QKX9 | Power Revenue Bonds, Series TT | 217,160,000 | 7/1/2037 | 12.649 | 9.688 |
| 7. | 74526QVE9 | Power Revenue Bonds, Series WW | 204,370,000 | 7/1/2038 | 13.466 | 10.893 |
| 8. | 74526QKW1 | Power Revenue Bonds, Series TT | 170,155,000 | 7/1/2032 | 14.031 | 10.973 |
| 9. | 74526QZZ8 | Power Revenue Bonds, Series 2012A | 157,460,000 | 7/1/2029 | 15.667 | 12.930 |
| 10. | 74526QVD1 | Power Revenue Bonds, Series WW | 157,440,000 | 7/1/2033 | 13.857 | 10.576 |
| **Weighted Average[4]** | | | | | **14.067%** | **11.023%** |

**Notes and Sources:**

Data are from Bloomberg, L.P. Table is sorted in descending order by outstanding balance.

[1] Bond series names are from the Electronic Municipal Market Access website by the Municipal Securities Rulemaking Board and official statements available at the Government Development Bank for Puerto Rico website.

[2] The yields-to-maturity as of July 30, 2018 and January 2, 2019 are the latest mid yield-to-maturity available on or before the measurement dates.

[3] On July 31, 2018, the Ad Hoc Group of PREPA bondholders agreed to a preliminary restructuring support agreement ("RSA") with the Puerto Rico Oversight Board and PREPA. The PREPA bondholders would swap existing debt for (i) Tranche A bonds exchanged at 67.5 cents on the dollar and (ii) Tranche B bonds exchanged at 10 cents on the dollar. The Tranche B bonds will receive 100% of the excess cash flows after Tranche A is repaid. Pierog, K. "Puerto Rico utility debt restructuring deal points to path forward." Reuters. July 31, 2018. Accessed February 14, 2019. https://www.reuters.com/article/us-usa-puertorico-prepa/puerto-rico-utility-debt-restructuring-deal-points-to-path-forward-idUSKBN1KL2RJ

[4] The weighted average yield-to-maturity is calculated as the average yield-to-maturity weighted by outstanding balance.

**Exhibit 4b**
**Municipal Bond Indices**
**Yield-to-Maturity as of July 30, 2018 and January 2, 2019**

| Index | Yield-to-Maturity as of | |
|---|---|---|
| (1) | July 30, 2018[1] | January 2, 2019 |
| | (2) | (3) |
| **Sector** | | |
| S&P Municipal Bond Utility Index [2] | 3.32% | 3.33% |
| S&P Municipal Bond Public Power Index [3] | 3.18 | 3.22 |
| **Rating** | | |
| S&P Municipal Bond BB+ and Below Rating Band Index [4] | 4.59% | 4.73% |
| **Geography** | | |
| S&P Municipal Bond Puerto Rico Index [5] | 5.78% | 5.70% |

**Notes and Sources:**

Yield-to-maturity data are from the S&P Dow Jones Indices website.

[1] On July 31, 2018, the Ad Hoc Group of PREPA bondholders agreed to a preliminary restructuring
support agreement ("RSA") with the Puerto Rico Oversight Board and PREPA. The PREPA
bondholders would swap existing debt for (i) Tranche A bonds exchanged at 67.5 cents on the dollar
and (ii) Tranche B bonds exchanged at 10 cents on the dollar. The Tranche B bonds will receive 100%
of the excess cash flows after Tranche A is repaid.
Pierog, K. "Puerto Rico utility debt restructuring deal points to path forward." Reuters. July 31, 2018.
Accessed February 14, 2019.
https://www.reuters.com/article/us-usa-puertorico-prepa/puerto-rico-utility-debt-restructuring-deal
-points-to-path-forward-idUSKBN1KL2RJ

[2] The S&P Municipal Bond Utility Index consists of bonds in the S&P Municipal Bond Index from
the Public Power, Resource Recovery, Water & Sewer, and Other Utility sectors.

[3] The S&P Municipal Bond Public Power Index consists of bonds in the S&P Municipal Bond Utility
Index from the Public Power sector.

[4] The S&P Municipal Bond BB+ and Below Rating Band Index includes all bonds in the S&P Municipal
Bond Index that have a Standard & Poor's rating of 'BB+' and below, a Moody's rating of 'Ba1' and
below, or a Fitch rating of 'BB+' and below. If a bond has multiple ratings, the lowest rating is used.

[5] The S&P Municipal Bond Puerto Rico Index is a broad, market value-weighted index that seeks to
measure the performance of bonds issued within Puerto Rico.

**Exhibit 5**
**Long-Run Growth Rate of Puerto Rico**

| No.<br>(1) | Source Title<br>(2) | Entity/Author<br>(3) | Date<br>(4) | Latest Nominal<br>Growth Rate<br>Assuming 2% Inflation<br>(5) |
|---|---|---|---|---|
| **Gross Domestic Product (GDP)** | | | | |
| **Minimum** | | | | **0.22%** |
| **Maximum** | | | | **1.51** |
| **Mean** | | | | **0.99** |
| **Median** | | | | **1.00** |
| 1. | Puerto Rico, Gross Domestic Product | Oxford Economics | Feb 2019 | 1.51% |
| 2. | Puerto Rico: Growth rate of the Real Gross Domestic Product | Statista, from IMF | Oct 2018 | 1.22% |
| 3. | Commonwealth of Puerto Rico Fiscal Plan | Puerto Rico Fiscal Agency and Financial Advisory Authority, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Oct 2016 | 0.22% |
| 4. | Puerto Rico - A Way Forward | Anne O. Krueger, Ranjit Teja, and Andrew Wolfe | Jul 2015 | 1.00% |
| 5. | Puerto Rico's Growth and Macroeconomic Situation and Prospects | Anne O. Krueger, Ranjit Teja, and Andrew Wolfe | Jun 2015 | 1.00% |

**Exhibit 5**
**Long-Run Growth Rate of Puerto Rico**

| No.<br>(1) | Source Title<br>(2) | Entity/Author<br>(3) | Date<br>(4) | Latest Nominal<br>Growth Rate<br>Assuming 2% Inflation<br>(5) |
|---|---|---|---|---|
| **Gross National Product (GNP)** | | | | |
| **Minimum** | | | | 0.14% |
| **Maximum** | | | | 4.50 |
| **Mean** | | | | 2.37 |
| **Median** | | | | 2.13 |
| 6. | Puerto Rico Integrated Resource Plan 2018-2019 | Siemens Industry | Feb 2019 | 2.05% |
| 7. | New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity | Financial Oversight and Management Board for Puerto Rico | Oct 2018 | 2.20% |
| 8. | Fiscal Plan for Puerto Rico | Puerto Rico Fiscal Agency and Financial Advisory Authority | Mar 2017 | 2.60% |
| 9. | Fiscal Plan: Revised Baseline Projections | Puerto Rico Fiscal Agency and Financial Advisory Authority, and Commonwealth of Puerto Rico | Dec 2016 | 0.14% |
| 10. | Bonistas del Patio Forum - Puerto Rico's Fiscal and Economic Crisis | Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Jun 2016 | 4.50% |
| 11. | Puerto Rico Restructuring Proposal | Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Feb 2016 | 2.00% |
| 12. | Puerto Rico Fiscal and Economic Growth Plan - Update Presentation | Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Jan 2016 | 4.50% |
| 13. | Puerto Rico - A Way Forward | Anne O. Krueger, Ranjit Teja, and Andrew Wolfe | Jul 2015 | 0.98% |

**Exhibit 5**
**Long-Run Growth Rate of Puerto Rico**

| No. | Source Title | Entity/Author | Date | Latest Nominal Growth Rate Assuming 2% Inflation |
|-----|--------------|---------------|------|---------------------------------------------------|
| (1) | (2) | (3) | (4) | (5) |

**Notes and Sources:**

Data are from the February 12, 2019 Puerto Rico Integrated Resource Plan, the October 23, 2018 Fiscal Plan for Puerto Rico, investor presentations available on the Government Development Bank for Puerto Rico website, Oxford Economics, and Statista.

Reported nominal GDP/GNP data were prioritized over real GDP/GNP data.

3

**Exhibit 5**

**Long-Run Growth Rate of Puerto Rico**

| No. (1) | Source Title (2) | Entity/Author (3) | Date (4) | Stated Growth Rate (5) | Latest Nominal Growth Rate Assuming 2% Inflation (6) | Page (7) |
|---|---|---|---|---|---|---|
| **Gross Domestic Product (GDP)** | | | | | | |
| 1. | Puerto Rico, Gross Domestic Product | Oxford Economics | Feb 2019 | Nominal GDP Growth:<br>2017: -1.67%<br>2018: -3.07%<br>2019: 4.04%<br>2020: 3.53%<br>2021: 2.51%<br>...<br>2045: 1.55%<br>2046: 1.48%<br>2047: 1.49%<br>2048: 1.50%<br>2049: 1.51% | 1.51% | n/a |
| 2. | Puerto Rico: Growth rate of the Real Gross Domestic Product | Statista, from IMF | Oct 2018 | Real GDP Growth:<br>2018: -2.33%<br>2019: -1.15%<br>2020: -0.69%<br>2021: -0.78%<br>2022: -0.78% | 1.22% | n/a |
| 3. | Commonwealth of Puerto Rico Fiscal Plan | Puerto Rico Fiscal Agency and Financial Advisory Authority, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Oct 2016 | Nominal GDP Growth:<br>2018: 0.35%<br>2019: 0.05%<br>2020: 0.01%<br>2021: -0.02%<br>2022: -0.01%<br>2023: 0.01%<br>2024: 0.05%<br>2025: 0.12%<br>2026: 0.22% | 0.22% | 93 |
| 4. | Puerto Rico - A Way Forward | Anne O. Krueger, Ranjit Teja, and Andrew Wolfe | Jul 2015 | "The baseline scenario thus assumes that intermittent access to liquidity forestalls an overt financing crisis, and that real GDP growth somehow remains around -1%" | 1.00% | 14 |

4

**Exhibit 5**

**Long-Run Growth Rate of Puerto Rico**

| No. | Source Title | Entity/Author | Date | Stated Growth Rate | Latest Nominal Growth Rate Assuming 2% Inflation | Page |
|-----|--------------|---------------|------|--------------------|--------------------------------------------------|------|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 5. | Puerto Rico's Growth and Macroeconomic Situation and Prospects | Anne O. Krueger, Ranjit Teja, and Andrew Wolfe | Jun 2015 | "We do not use a forced crisis as our base line, but instead posit that real GDP growth remains very low – at about minus 1 percent. This is NOT a pessimistic base line. We also assume 2 percent inflation, which may be high, but is the target rate of the Federal Reserve." | 1.00% | 17 |
| **Gross National Product (GNP)** | | | | | | |
| 6. | Puerto Rico Integrated Resource Plan 2018-2019 | Siemens Industry | Feb 2019 | Macroeconomic Long Term Forecast<br>GNP (Real Millions US dollars):<br>2018: 5,251<br>2019: 5,573<br>2020: 5,632<br>…<br>2036: 5,847<br>2037: 5,846<br>2038: 5,849 | 2.05%<br>Real growth rate = (5,849/5,846)-1 | 3-8 |
| 7. | New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity | Financial Oversight and Management Board for Puerto Rico | Oct 2018 | "Real growth is 0.20% from FY2044 onward. Population is estimated to steadily decline at an average rate of 1.12% from 2019-2023, reaching a ~1% annual decline in the long term. Inflation settles at a run-rate of 2.00% as it is expected to converge to mainland forecasts." | 2.20% | 31 |
| 8. | Fiscal Plan for Puerto Rico | Puerto Rico Fiscal Agency and Financial Advisory Authority | Mar 2017 | Nominal GNP Growth:<br>2017: -2.2%<br>2018: -2.8%<br>2019: -2.4%<br>2020: -0.5%<br>2021: -0.4%<br>2022: 0.3%<br>2023: 1.0%<br>2024: 1.6%<br>2025: 2.1%<br>2026: 2.6% | 2.60% | 10 |

**Exhibit 5**

**Long-Run Growth Rate of Puerto Rico**

| No.<br>(1) | Source Title<br>(2) | Entity/Author<br>(3) | Date<br>(4) | Stated Growth Rate<br>(5) | Latest Nominal<br>Growth Rate<br>Assuming<br>2% Inflation<br>(6) | Page<br>(7) |
|---|---|---|---|---|---|---|
| 9. | Fiscal Plan: Revised Baseline Projections | Puerto Rico Fiscal Agency and Financial Advisory Authority, and Commonwealth of Puerto Rico | Dec 2016 | Nominal GNP Growth:<br>2018: -17.25%<br>2019: -2.29%<br>2020: 4.02%<br>2021: 3.23%<br>2022: 3.50%<br>2023: 0.76%<br>2024: 0.12%<br>2025: 0.15%<br>2026: 0.14% | 0.14% | 5 |
| 10. | Bonistas del Patio Forum - Puerto Rico's Fiscal and Economic Crisis | Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Jun 2016 | "The baseline FEGP projections assumes 1.0% nominal growth per year (-1.0% real, 2.0% inflation) until FY 2018, at which point the Commonwealth experiences flat real economic growth (2.0% nominal), before gradually rising to a long-term nominal rate of 4.5% (2.5% real)<br>• This long-term growth rate, while achievable and inline with the estimates in the Krueger Report for both long-term U.S. and Puerto Rico economic growth, is optimistic given that Puerto Rico's real GNP growth has been below that of the U.S. every year since 2001" | 4.50% | 6 |
| 11. | Puerto Rico Restructuring Proposal | Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Feb 2016 | "Base Bond debt service and resulting financing surplus amounts before growth were sized assuming a continuation of the current percentage of healthcare funding from the U.S. Federal Government (i.e., a replacement or continuation of ACA funding), and 0% real GNP growth and 2% inflation<br>• This differs from the base line assumptions (before measures) in the FEGP, which assumed -1% real GNP growth and 2% inflation<br>• The benefit from economic growth reflects the high growth case as in the FEGP (2.5% long-term real GNP growth, 2% inflation)" | 2.00% | 19 |
| 12. | Puerto Rico Fiscal and Economic Growth Plan - Update Presentation | Working Group for the Fiscal and Economic Recovery of Puerto Rico, Commonwealth of Puerto Rico, and Government Development Bank for Puerto Rico | Jan 2016 | "• The new projections for the benefit of economic growth assume FY 2017 continues the -1.0% real GNP growth decline, flattens in FY 2018, and reaches 2.0% by FY 2021<br>• Beyond FY 2021, the new projections assume real GNP growth to be equal to the long-term growth rate estimated in the Krueger Report, which in turn is based on the authors of that report's review of IMF estimates of potential growth in the United States in the previous decade (3%) and current projections of growth for the U.S. economy in the absence of needed structural reforms (2%). The projections going forward from FY 2021 are the midpoint (2.5%) of the aforementioned range" | 4.50% | 18 |

**Exhibit 5**

**Long-Run Growth Rate of Puerto Rico**

| No. | Source Title | Entity/Author | Date | Stated Growth Rate | Latest Nominal Growth Rate Assuming 2% Inflation | Page |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| 13. | Puerto Rico - A Way Forward | Anne O. Krueger, Ranjit Teja, and Andrew Wolfe | Jul 2015 | Nominal GNP (millions of dollars):<br>2018: 71,249<br>2019: 71,947<br>2020: 72,652<br>2021: 73,364<br>2022: 74,083<br>2023: 74,809<br>2024: 75,542<br>2025: 76,283 | 0.98%<br>Nominal growth rate<br>$= (76,283/75,542)-1$ | 15 |

**Notes and Sources:**

Data are from the February 12, 2019 Puerto Rico Integrated Resource Plan, the October 23, 2018 Fiscal Plan for Puerto Rico, investor presentations available on the Government Development Bank for Puerto Rico website, Oxford Economics, and Statista.

Reported nominal GDP/GNP data were prioritized over real GDP/GNP data.

**Exhibit 6a**

**Present Value Analysis of Benefits of Independent and Professional Management of PREPA**

**Discount Rate Based on PREPA Bonds Prior to the July 31, 2018 Preliminary RSA [1]**

| | Present Value of Cost Savings as of January 1 of Fiscal Year 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PREPA Initiatives and Transformation** | **Second Half of Fiscal Year 1 [2]** | **Fiscal Year 2** | **Fiscal Year 3** | **Fiscal Year 4** | **Fiscal Year 5** | **Terminal Value [3]** | **First 18 Months (Second Half of Fiscal Year 1 to End of Fiscal Year 2)** | **Fiscal Year 1 to Terminal Value** |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) = (2) + (3) | (9) = sum[(2):(7)] |
| | | | | | $ in MM | | | |
| **Operational Initiatives Benefits Under Steady State [4]** | | | | | | | | |
| Revenue Measures | $   TBD | $   TBD | $   TBD | $   TBD | $   TBD | $   TBD | $   TBD | $   TBD |
| Fuel and Purchased Power Measures | 41 | 98 | 104 | 206 | 162 | 1,153 | 139 | 1,765 |
| Labor Operating Expense Measures | 38 | 119 | 104 | 92 | 80 | 571 | 157 | 1,004 |
| Non-Labor/Other Operating Expense Measures | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Maintenance Expense Measures | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **Subtotal** | $   79 | $   217 | $   209 | $   298 | $   242 | $   1,724 | $   296 | $   2,769 |
| **Transformation Plan Effects Above Steady State [5]** | | | | | | | | |
| Purchased Power | $   29 | $   117 | $   308 | $   201 | $   278 | $   1,974 | $   146 | $   2,906 |
| Non-Generation Capital Expenses | 36 | 440 | 301 | 214 | 152 | 1,084 | 476 | 2,228 |
| Labor and Operations | 33 | 167 | 105 | 97 | 94 | 669 | 200 | 1,166 |
| CILT and Subsidies | -11 | 15 | 14 | 96 | 14 | 97 | 4 | 226 |
| **Subtotal** | $   87 | $   739 | $   728 | $   609 | $   538 | $   3,824 | $   826 | $   6,525 |
| **Total Cost Savings of Operational Initiatives and Transformation Plan** | $   166 | $   956 | $   937 | $   907 | $   780 | $   5,548 | $   1,122 | $   9,294 |

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018.

[1] The discount rate of 14.067% is the weighted average yield to maturity of the PREPA bonds listed in Exhibit 4a, as of July 30, 2018.

On July 31, 2018, the Ad Hoc Group of PREPA bondholders agreed to a preliminary restructuring support agreement ("RSA") with the Puerto Rico Oversight Board and PREPA. The PREPA bondholders would swap existing debt for (i) Tranche A bonds exchanged at 67.5 cents on the dollar and (ii) Tranche B bonds exchanged at 10 cents on the dollar. The Tranche B bonds will receive 100% of the excess cash flows after Tranche A is repaid.

Pierog, K. "Puerto Rico utility debt restructuring deal points to path forward." Reuters. July 31, 2018. Accessed February 14, 2019.

https://www.reuters.com/article/us-usa-puertorico-prepa/puerto-rico-utility-debt-restructuring-deal-points-to-path-forward-idUSKBN1KL2RJ

[2] The second half of Fiscal Year 1 includes the months January to June. PREPA's fiscal year begins in July and ends in June of the next year.

Fiscal Year 1 corresponds with fiscal year 2019 of the Fiscal Plan and so on.

[3] The terminal value growth rate is assumed to be 0%.

[4] The values of the PREPA measures are from Exhibit 3a.

PREPA states that the estimates of the impact of the Operational Initiatives for Revenue, Non-Labor/Other Opex, and Maintenance Expense are to be completed by fiscal year 2019 Q2.

[5] The values of the Transformation Plan effects are from Exhibit 3c.

**Exhibit 6b**

**Present Value Analysis of Benefits of Independent and Professional Management of PREPA**

**Discount Rate Based on Current Yield on the S&P Municipal Bond Puerto Rico Index** [1]

| | | | | | | | | | | | | | | First 18 Months (Second Half of Fiscal Year 1 to End of Fiscal Year 2) | Fiscal Year 1 to Terminal Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Second Half of Fiscal Year 1 [2] | | Fiscal Year 2 | | Fiscal Year 3 | | Fiscal Year 4 | | Fiscal Year 5 | | Terminal Value [3] | | First 18 Months (Second Half of Fiscal Year 1 to End of Fiscal Year 2) | | Fiscal Year 1 to Terminal Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PREPA Initiatives and Transformation** | | | | | | | | | | | | | | | | |
| (1) | (2) | | (3) | | (4) | | (5) | | (6) | | (7) | | (8) = (2) + (3) | | (9) = sum[(2):(7)] |
| | | | | | | --------- $ in MM --------- | | | | | | | | | |
| **Operational Initiatives Benefits Under Steady State** [4] | | | | | | | | | | | | | | | | |
| Revenue Measures | $ | TBD | $ | TBD | $ | TBD | $ | TBD | $ | TBD | $ | TBD | $ | TBD | $ | TBD |
| Fuel and Purchased Power Measures | | 42 | | 106 | | 122 | | 259 | | 220 | | 3,859 | | 148 | | 4,608 |
| Labor Operating Expense Measures | | 38 | | 129 | | 122 | | 115 | | 109 | | 1,910 | | 167 | | 2,423 |
| Non-Labor/Other Operating Expense Measures | | TBD | | TBD | | TBD | | TBD | | TBD | | TBD | | TBD | | TBD |
| Maintenance Expense Measures | | TBD | | TBD | | TBD | | TBD | | TBD | | TBD | | TBD | | TBD |
| **Subtotal** | $ | 80 | $ | 235 | $ | 243 | $ | 374 | $ | 329 | $ | 5,770 | $ | 315 | $ | 7,031 |
| **Transformation Plan Effects Above Steady State** [5] | | | | | | | | | | | | | | | | |
| Purchased Power | $ | 30 | $ | 126 | $ | 358 | $ | 253 | $ | 377 | $ | 6,606 | $ | 156 | $ | 7,749 |
| Non-Generation Capital Expenses | | 37 | | 475 | | 351 | | 269 | | 207 | | 3,628 | | 512 | | 4,966 |
| Labor and Operations | | 33 | | 180 | | 123 | | 122 | | 128 | | 2,240 | | 213 | | 2,827 |
| CILT and Subsidies | | -11 | | 16 | | 16 | | 121 | | 19 | | 326 | | 5 | | 487 |
| **Subtotal** | $ | 89 | $ | 797 | $ | 848 | $ | 765 | $ | 730 | $ | 12,800 | $ | 886 | $ | 16,028 |
| **Total Cost Savings of Operational Initiatives and Transformation Plan** | $ | 169 | $ | 1,032 | $ | 1,091 | $ | 1,139 | $ | 1,058 | $ | 18,569 | $ | 1,201 | $ | 23,059 |

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018.

[1] The discount rate of 5.70% is the yield to maturity of the S&P Municipal Bond Puerto Rico Index as listed in Exhibit 4b, as of January 2, 2019.

[2] The second half of Fiscal Year 1 includes the months January to June. PREPA's fiscal year begins in July and ends in June of the next year.
Fiscal Year 1 corresponds with fiscal year 2019 of the Fiscal Plan and so on.

[3] The terminal value growth rate is assumed to be 0%.

[4] The values of the PREPA measures are from Exhibit 3a.
PREPA states that the estimates of the impact of the Operational Initiatives for Revenue, Non-Labor/Other Opex, and Maintenance Expense are to be completed by fiscal year 2019 Q2.

[5] The values of the Transformation Plan effects are from Exhibit 3c.

**Exhibit 7**
**Benefits of Independent and Professional Management of PREPA**
**If the Transformation Plan Is Delayed 18 Months**

| | Undiscounted Cost Savings as of January 1 of Fiscal Year 1 | | | | |
|---|---|---|---|---|---|
| **PREPA Initiatives and Transformation** | **Second Half of Fiscal Year 1** [1] | **Fiscal Year 2** | **Fiscal Year 3** | **Fiscal Year 4** | **Fiscal Year 5** |
| (1) | (2) | (3) | (4) | (5) | (6) |
| | ------------------------------ $ in MM ------------------------------ | | | | |
| **Operational Initiatives Benefits Under Steady State** [2] | | | | | |
| Revenue Measures | $   TBD | $   TBD | $   TBD | $   TBD | $   TBD |
| Fuel and Purchased Power Measures | 42 | 112 | 136 | 306 | 275 |
| Labor Operating Expense Measures | 39 | 136 | 136 | 136 | 136 |
| Non-Labor/Other Operating Expense Measures | TBD | TBD | TBD | TBD | TBD |
| Maintenance Expense Measures | TBD | TBD | TBD | TBD | TBD |
| **Subtotal** | $   81 | $   248 | $   272 | $   442 | $   411 |
| **Transformation Plan Effects Above Steady State** [3] | | | | | |
| Purchased Power | n/a | n/a | $   97 | $   267 | $   349 |
| Non-Generation Capital Expenses | n/a | n/a | 288 | 447 | 355 |
| Labor and Operations | n/a | n/a | 129 | 164 | 141 |
| CILT and Subsidies | n/a | n/a | -2 | 18 | 80 |
| **Subtotal** | n/a | n/a | $   512 | $   895 | $   925 |
| **Total Cost Savings of Operational Initiatives and Transformation Plan** | $   81 | $   248 | $   783 | $   1,337 | $   1,336 |

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018.

[1] The second half of Fiscal Year 1 includes the months January to June. PREPA's fiscal year begins in July and ends in June of the next year.

[2] The values of the PREPA measures are from Exhibit 3a.
PREPA states that the estimates of the impact of the Operational Initiatives for Revenue, Non-Labor/Other Opex, and Maintenance Expense are to be completed by fiscal year 2019 Q2.

[3] The values of the Transformation Plan effects are from Exhibit 3c and are delayed 18 months.
The values of the Transformation Plan effects extend beyond Fiscal Year 5 and are not shown in the exhibit.

**Exhibit 8a**

**Present Value Analysis of Benefits of Independent and Professional Management of PREPA**

**If the Transformation Plan Is Delayed 18 Months**

**Discount Rate Based on PREPA Bonds Prior to the July 31, 2018 Preliminary RSA [1]**

| PREPA Initiatives and Transformation | Present Value of Cost Savings as of January 1 of Fiscal Year 1 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Second Half of Fiscal Year 1 [2] | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Fiscal Year 5 | Terminal Value [3] | First 18 Months (Second Half of Fiscal Year 1 to End of Fiscal Year 2) | Fiscal Year 1 to Terminal Value |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) = (2) + (3) | (9) = sum[(2):(7)] |
| | ---------------------------------------------------- $ in MM ---------------------------------------------------- | | | | | | | |
| **Operational Initiatives Benefits Under Steady State [4]** | | | | | | | | |
| Revenue Measures | $    TBD | $    TBD | $    TBD | $    TBD | $    TBD | $    TBD | $    TBD | $    TBD |
| Fuel and Purchased Power Measures | 41 | 98 | 104 | 206 | 162 | 1,153 | 139 | 1,765 |
| Labor Operating Expense Measures | 38 | 119 | 104 | 92 | 80 | 571 | 157 | 1,004 |
| Non-Labor/Other Operating Expense Measures | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Maintenance Expense Measures | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **Subtotal** | $    79 | $    217 | $    209 | $    298 | $    242 | $    1,724 | $    296 | $    2,769 |
| **Transformation Plan Effects Above Steady State [5]** | | | | | | | | |
| Purchased Power | n/a | n/a | $    74 | $    180 | $    206 | $    1,929 | $    0 | $    2,390 |
| Non-Generation Capital Expenses | n/a | n/a | 222 | 301 | 210 | 1,099 | 0 | 1,832 |
| Labor and Operations | n/a | n/a | 99 | 110 | 83 | 666 | 0 | 958 |
| CILT and Subsidies | n/a | n/a | -2 | 12 | 47 | 128 | 0 | 186 |
| **Subtotal** | n/a | n/a | $    393 | $    603 | $    547 | $    3,822 | $    0 | $    5,365 |
| **Total Cost Savings of Operational Initiatives and Transformation Plan** | $    79 | $    217 | $    602 | $    901 | $    789 | $    5,546 | $    296 | $    8,134 |

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018

[1] The discount rate of 14 067% is the weighted average yield to maturity of the PREPA bonds listed in Exhibit 4a, as of July 30, 2018

On July 31, 2018, the Ad Hoc Group of PREPA bondholders agreed to a preliminary restructuring support agreement ("RSA") with the Puerto Rico Oversight Board and PREPA  The PREPA bondholders would swap existing debt for (i) Tranche A bonds exchanged at 67 5 cents on the dollar and (ii) Tranche B bonds exchanged at 10 cents on the dollar  The Tranche B bonds will receive 100% of the excess cash flows after Tranche A is repaid

Pierog, K  "Puerto Rico utility debt restructuring deal points to path forward " Reuters  July 31, 2018  Accessed February 14, 2019

https://www reuters com/article/us-usa-puertorico-prepa/puerto-rico-utility-debt-restructuring-deal-points-to-path-forward-idUSKBN1KL2RJ

[2] The second half of Fiscal Year 1 includes the months January to June  PREPA's fiscal year begins in July and ends in June of the next year

[3] The terminal value growth rate is assumed to be 0%

The terminal value for Transformation Plan effects above steady state includes the final 18 months of benefits from Exhibit 3c

[4] The values of the PREPA measures are from Exhibit 3a

PREPA states that the estimates of the impact of the Operational Initiatives for Revenue, Non-Labor/Other Opex, and Maintenance Expense are to be completed by fiscal year 2019 Q2

[5] The values of the Transformation Plan effects are from Exhibit 3c and are delayed 18 months

**Exhibit 8b**

**Present Value Analysis of Benefits of Independent and Professional Management of PREPA**

**If the Transformation Plan Is Delayed 18 Months**

**Discount Rate Based on Current Yield on the S&P Municipal Bond Puerto Rico Index [1]**

| | Present Value of Cost Savings as of January 1 of Fiscal Year 1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PREPA Initiatives and Transformation | Second Half of Fiscal Year 1 [2] | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Fiscal Year 5 | Terminal Value [3] | First 18 Months (Second Half of Fiscal Year 1 to End of Fiscal Year 2) | Fiscal Year 1 to Terminal Value |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) = (2) + (3) | (9) = sum[(2):(7)] |
| | | | | --- $ in MM --- | | | | | |
| **Operational Initiatives Benefits Under Steady State [4]** | | | | | | | | |
| Revenue Measures | $ TBD | $ TBD | $ TBD | $ TBD | $ TBD | $ TBD | $ TBD | $ TBD |
| Fuel and Purchased Power Measures | 42 | 106 | 122 | 259 | 220 | 3,859 | 148 | 4,608 |
| Labor Operating Expense Measures | 38 | 129 | 122 | 115 | 109 | 1,910 | 167 | 2,423 |
| Non-Labor/Other Operating Expense Measures | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Maintenance Expense Measures | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **Subtotal** | $ 80 | $ 235 | $ 243 | $ 374 | $ 329 | $ 5,770 | $ 315 | $ 7,031 |
| **Transformation Plan Effects Above Steady State [5]** | | | | | | | | |
| Purchased Power | n/a | n/a | $ 86 | $ 226 | $ 280 | $ 6,541 | $ 0 | $ 7,133 |
| Non-Generation Capital Expenses | n/a | n/a | 258 | 379 | 284 | 3,650 | 0 | 4,571 |
| Labor and Operations | n/a | n/a | 116 | 139 | 113 | 2,235 | 0 | 2,602 |
| CILT and Subsidies | n/a | n/a | -2 | 15 | 64 | 371 | 0 | 448 |
| **Subtotal** | n/a | n/a | $ 458 | $ 758 | $ 741 | $ 12,797 | $ 0 | $ 14,754 |
| **Total Cost Savings of Operational Initiatives and Transformation Plan** | $ 80 | $ 235 | $ 701 | $ 1,132 | $ 1,070 | $ 18,566 | $ 315 | $ 21,785 |

**Notes and Sources:**

Data are from the Puerto Rico Electric Power Authority Fiscal Plan - August 1, 2018.

[1] The discount rate of 5.70% is the yield to maturity of the S&P Municipal Bond Puerto Rico Index as listed in Exhibit 4b, as of January 2, 2019.

[2] The second half of Fiscal Year 1 includes the months January to June. PREPA's fiscal year begins in July and ends in June of the next year.

[3] The terminal value growth rate is assumed to be 0%.

The terminal value for Transformation Plan effects above steady state includes the final 18 months of benefits from Exhibit 3c.

[4] The values of the PREPA measures are from Exhibit 3a.

PREPA states that the estimates of the impact of the Operational Initiatives for Revenue, Non-Labor/Other Opex, and Maintenance Expense are to be completed by fiscal year 2019 Q2.

[5] The values of the Transformation Plan effects are from Exhibit 3c and are delayed 18 months.