# Exhibit JDM-7

## Governance of Selected Large Publicly-Owned Utilities[1]

| Publicly Owned Utility | Year | History | Governing Laws | Governing Body | Rate Setting | Ability to Issue Bonds | Number of CEOs, 2009-2019[11] |
|---|---|---|---|---|---|---|---|
| New York Power Authority[2] | 1931 | Public waterpower suggested by Charles Evans Hughes in 1907; Teddy Roosevelt in 1914 and Alfred E. Smith in the 1920s tried to push the legislature to approve state authority for hydropower. Then Governor Franklin D. Roosevelt signed the Power Authortity Act in 1931. The St. Lawrence-Franklin D. Roosevelt Power Project was completed in 1958 in cooperation with Ontario Hydro. The 1957 Niagara Redevelopment Act allowed NYPA to contstruct the Niagara Power Project, which became operational in 1961. NYPA has built and operated several other projects over the last 60 years. | Power Authority Act; Public Authorities Law | Board of 7 trustees, 5 of whom shall serve respectively for terms of 1, 2,3, 4, and 5, to be appointed by the governor, by and with the advice and consent of the senate. The 6th and 7th trustees shall be appointed by the governor, by and with the advice and consent of the senate, and shall serve initial terms of 1 and 2 years respectively; Unpaid, except for the chairman | Contracts negotiated between NYPA and buyer; Approved by governor and state legislature | Contracts must set rates to cover "Interest on and amortization and reserve charges sufficient within fifty years of the date of issuance to retire the bonds of the power authority issued for the project" | 2 |
| Salt River Project[3] | 1902 | Created as part of the National Reclamation Act of 1902 under President Theodore Roosevelt; 1917 - Transferred operation to the Salt River Valley Water Users' Association. Established for the economic development of the region and as part of the effort to develop water infrastructure in the American West. The Project is comprised of 2 divisions: Salt River Valley Water Users' Association (the "Association"), a private water corporation formed in 1903; and the Salt River Project Agricultural Improvement and Power District (the "District"), an agricultural improvement district and a political subdivision of the State of Arizona formed in 1937. | Arizona Revised Statutes, Title 30 and Title 45 | **Salt River Valley Water Users' Association:** landowners elect a president, a vice president, a 10-member board of governors and 30 council members. One governor and three council members are elected from each of the 10 voting districts. The president and vice president are elected at-large, meaning they are elected by the sum of the votes from all voting districts. **Salt River Project Agricultural Improvement and Power District:** landowners elect a president, a vice president, a 14-member board of directors and 30 council members. One director and three council members are elected from each of the 10 voting divisions. The president, vice president and four remaining directors are elected at-large from all voting divisions. | Set by SRP through a Public Pricing Process | Bond issuance regulated by the Arizona Commerce Commission | 3 |
| CPS Energy[4] | 1942 | In 1942, The City of San Antonio buys the San Antonio Public Service Company, formerly part of American Light and Traction Co. through the 1920s and 1930s prior to PUHCA. | City of San Antonio | A five-person Board of Trustees governs our natural gas and electric utility. The Board consists of citizens representing the four geographical quadrants of the city of San Antonio. Trustees must reside within the quadrant that they represent. Board members serve for a term of five years and are eligible to serve an additional term. The mayor of San Antonio serves as an ex-officio member. | Applies to the City Council | City Bond Ordinance | 3 |
| Santee Cooper[5] | 1934 | Created as part of negotiations with the federal government under the New Deal and state support; South Carolina Public Service Authority | South Carolina Code of Laws, Title 58, Chapter 31 | Santee Cooper is governed by a 12-member Board of Directors. Candidates are appointed by the governor, deemed fully qualified by the Senate Public Utilities Review Committee and confirmed by the state Senate. The Board includes Directors representing each of the state's congressional districts; one from each of the three counties (Berkeley, Georgetown and Horry) where Santee Cooper serves retail customers directly; two Directors with previous electric cooperative experience; and a Chairman appointed at large. | Director sets just and reasonable rates | Can issue bonds; must set rates to cover costs and service debt | 2 |
| City of Los Angeles Department of Water and Power[6] | 1916 | LADWP was established in 1902 to deliver water to the City of Los Angeles. Electric distribution began in 1916. | Los Angeles Charter, Volume 1, Article VI | LADWP is guided by a five-member Board of Water and Power Commissioners, appointed by the Mayor and confirmed by the City Council. | Proposed by General Manager to cover costs, approved by Board | Can issue bonds under ordinances with approvals from City Council and Mayor. | 3 |
| Nebraska Public Power District[7] | 1970 | Created when Consumers Public Power District, Platte Valley Public Power and Irrigation District (PVPPID) and Nebraska Public Power System merged | Nebraska Revised Statutes Chapter 70. Power Districts and Corporations | Elected board of directors, 11 members | Board has the ability to set fair, reasonable, nondiscriminatory rates | Can issue debt | 3 |
| Omaha Public Power District[8] | 1946 | Created by the state legislature who acquired the propries operated by the Nebraska Power Company (itself incorporated in 1917); Merged with Eastern Nebraska Public Power District in 1965. | Nebraska Revised Statutes Chapter 70. Power Districts and Corporations | Elected board of directors, 8 members | Board has the ability to set fair, reasonable, nondiscriminatory rates | Can issue debt | 2 |
| Long Island Power Authority[9] | 1986 | Long Island Power Authority Act enacted "to control electricity costs within the service area of Long Island Lighting Company (LILCO)." In 1989, LIPA acquired LILCO's Shoreham nuclear generation facitlity (completed 1983 but never used), for $1. Decommissioning completed in 1994. In 1998, LIPA acquired LILCO's T&D system and became the primary supplier on Long Island. Brookly Union Gas (now part of National Grid) acquired LILCO's generating facilities and other remaining assets. Under the LIPA Reform Act of 2013, LIPA uses a PPP model with PSEG Long Island operating the electric system under a 12-year contract. | Long Island Power Authority Act; LIPA Reform Act of 2013;Public Authorities Law | Board of 9 Trustees; 5 appointed by the governor (governor designates chair, 3 appointees for 4 years, 1 for 3 years, 1 for 2 years), 2 appointed by the temporary president of the senate (one for 2 years, one for 3 years), 2 appointed by the speaker of the assembly(one for 2 years, one for 3 years); residents of Long Island; unpaid | New York Department of Public Service | Has the ability to issue bonds | 3 |
| Chelan County Public Utility District[10] | 1936 | Formed by local voters in the county | RCW Dispositions Title 54, Public Utility Districts | Five commissioners from three commissioner districts. One member is elected from each of the three commissioner districts every two years to serve for a term of six years, and one member is elected every two years from each of the two at-large commissioner districts to serve for a term of four years. | Commissioners set fair and nondiscriminatory rates | Can issue bonds; payable by rates adequate to cover | 3 |

Sources

[1] PREPA selected these large publicly-owned utilities in its 5 April 2018 Amended & Restated Fisal Plan Draft. See page 20, Sales by M MWh.

[2] (1) "A History of Innovation," https://www.nypa.gov/about/timeline; (2) Power Authority Act, https://www.nypa.gov/-/media/nypa/documents/document-library/governance/2017-power-authority-act.pdf; (3)New York Consolidated Laws, Public Authorities Law, https://www.nysenate.gov/legislation/laws/PBA/A5, Article 5, Title 1

[3] (1) The Story of SRP: Water, Power, and Community, https://www.srpnet.com/about/history/historyebook.aspx; (2) Arizona Commerce Commission (ACC), "Who Regulates Salt River Project," https://www.azcc.gov/divisions/utilities/electric/srp.asp; (3) SRP, SRP Governance and Elections, https://www.srpnet.com/elections/Default.aspx; (4)  SRP, Pricing FAQ,  https://www.srpnet.com/prices/priceprocess/2019/pricingfaq.aspx; (4) Arizona Revised Statutes, Title 30 and Title 45, https://www.azleg.gov/arstitle/; (5) USRB, SRP Reclamation Project Turns 100, https://www.usbr.gov/newsroom/newsrelease/detail.cfm?RecordID=60764.

[4] (1) CPS Energy, "City's 1942 gamble to buy CPS Energy keeps paying dividends," https://newsroom.cpsenergy.com/citys-1942-gamble-to-buy-cps-energy-keeps-paying-dividends/; (2) CPS Energy, "Board of Trustees," https://www.cpsenergy.com/en/about-us/who-we-are/trustees.html; (3) Express News, "San Antonio's CPS Energy may be closer to rate increase," 28 Dec 2018, https://www.expressnews.com/business/eagle-ford-energy/article/San-Antonio-s-utility-CPS-Energy-may-be-closer-13496425.php; (4) CPS Energy, Official Statement on Bond Issuance, July 14, 2009, https://emma.msrb.org/EP289887-EP6909-EP629153.pdf

[5] (1) Santee Cooper, "Board of Directors," https://www.santeecooper.com/About/Leadership/Board-of-Directors/Index.aspx; (2) Santee Cooper History, https://www.santeecooper.com/About/Powering-South-Carolina/History/Index.aspx ; (3)  South Carolina Code of Laws, Title 58, Chapter 31, https://www.scstatehouse.gov/query.php?search=DOC&searchtext=santee%20cooper&category=CODEOFLAWS&conid=14293325&result_pos=0&keyval=14040&numrows=10

[6] (1) City of Los Angeles, Rules Governing Electric and Water Service, "https://www.lacity.org/your-government/government-information/city-charter-rules-and-codes"; (2) LADWP, 2016 Briefing Book; https://www.ladwp.com/ladwp/faces/ladwp/aboutus/a-financesandreports/a-fr-reports?_adf.ctrl-state=qxb3pz1i8_112&_afrLoop=1925384051076854; (3) LADWP, Power Facts and Figures, https://www.ladwp.com/ladwp/faces/ladwp/aboutus/a-power/a-p-factandfigures?_adf.ctrl-state=qxb3pz1i8_133&_afrLoop=1925725416078441; (4) Los Angeles Charter, Volume 1, Article VI, http://library.amlegal.com/nxt/gateway.dll?f=templates&fn=default.htm&vid=amlegal:la_all_mc

[7] (1) NPPD, "About Us," https://www.nppd.com/about-us; (2)Legislative Research Office, "Public Power in Nebraska," January 2018, https://nebraskalegislature.gov/pdf/reports/research/public_power_2018.pdf; (3) Nebraska Revised Statutes Chapter 70. Power Districts and Corporations, https://codes.findlaw.com/ne/chapter-70-power-districts-and-corporations/#!tid=N1CAD5C70AC7811DE828DFD19DEB34D83

[8] (1) OPPD, "Governance," "https://www.oppd.com/about/governance/; (2) Legislative Research Office, "Public Power in Nebraska," January 2018, https://nebraskalegislature.gov/pdf/reports/research/public_power_2018.pdf; (3) Nebraska Revised Statutes Chapter 70. Power Districts and Corporations, https://codes.findlaw.com/ne/chapter-70-power-districts-and-corporations/#!tid=N1CAD5C70AC7811DE828DFD19DEB34D83; (4) OPPD Company History, https://www.oppd.com/about/company-history/.

[9] (1) Office of the State Comptroller, "Public Authorities by the Numbers: Long Island Power Authority," October 2012, https://www.osc.state.ny.us/reports/pubauth/lipa_by_the_numbers_10_2012.pdf; (3) New York Consolidated Laws, Public Authorities Law, https://www.nysenate.gov/legislation/laws/PBA/A5, Article 5, Title 1-A; (4) New York Consolidated Laws, Public Service Law, https://www.nysenate.gov/legislation/laws/PBS; (5) LIPA - About LIPA, https://www.lipower.org/about-us/.

[10] (1) Chelan County PUD, "Our Commissioners," https://www.chelanpud.org/about-us/our-commissioners; (2) Washington State Legislature, RCW Dispositions, Title 54, Public Utility Districts, https://app.leg.wa.gov/rcw/default.aspx?cite=54; (3) Chelan County PUD, Newsroom, https://www.chelanpud.org/about-us/newsroom; (4) Chelan County Governance Policies, https://www.chelanpud.org/docs/default-source/default-document-library/governance-policies.pdf

[11] See sources below.

| Organization | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Number of CEOs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New York Power Authority | President & CEO Richard M. Kessel | President & CEO Richard M. Kessel | President & CEO Gil Quiniones | President & CEO Gil Quiniones | President & CEO Gil Quiniones | President & CEO Gil Quiniones | President & CEO Gil Quiniones | President & CEO Gil Quiniones | President & CEO Gil Quiniones | President & CEO Gil Quiniones | President & CEO Gil Quiniones | 2 |
| Salt River Project | General Manager & CEO Richard Silverman | General Manager & CEO Richard Silverman | General Manager & CEO Richard Silverman / General Manager & CEO Mark B. Bonsall | General Manager & CEO Mark B. Bonsall | General Manager & CEO Mark B. Bonsall | General Manager & CEO Mark B. Bonsall | General Manager & CEO Mark B. Bonsall | General Manager & CEO Mark B. Bonsall | General Manager & CEO Mark B. Bonsall | Mark B. Bonsall (until April) / Mike Hummel | General Manager & CEO Mike Hummel | 3 |
| CPS Energy | President & CEO Milton Lee | President & CEO Doyle N. Beneby | President & CEO Doyle N. Beneby | President & CEO Doyle N. Beneby | President & CEO Doyle N. Beneby | President & CEO Doyle N. Beneby | President & CEO Doyle N. Beneby | President & CEO Paula Gold-Williams | President & CEO Paula Gold-Williams | President & CEO Paula Gold-Williams | President & CEO Paula Gold-Williams | 3 |
| Santee Cooper | President and CEO Lonnie Carter | President and CEO Lonnie Carter | President and CEO Lonnie Carter | President and CEO Lonnie Carter | President and CEO Lonnie Carter | President and CEO Lonnie Carter | President and CEO Lonnie Carter | President and CEO Lonnie Carter | President & CEO Lonnie Carter / Interim President & CEO James E. Brogdon, Jr. | Interim President & CEO James E. Brogdon, Jr. | Interim President & CEO James E. Brogdon, Jr. | 2 |
| City of Los Angeles Department of Water and Power | | General Manager David Freeman / Interim General Manager Austin Buetner | | | | General Manager Marcie Edwards | General Manager Marcie Edwards | General Manager Marcie Edwards / General Manager David H. Wright | General Manager David H. Wright | General Manager David H. Wright | General Manager David H. Wright | 3 |
| Nebraska Public Power District | President & CEO Ron Asche | President & CEO Ron Asche | interim President & CEO John McClure / President & CEO Pat Pope | President & CEO Pat Pope | President & CEO Pat Pope | President & CEO Pat Pope | President & CEO Pat Pope | President & CEO Pat Pope | President & CEO Pat Pope | President & CEO Pat Pope | President & CEO Pat Pope | 2 |
| Omaha Public Power District | President & CEO Gary Gates | President & CEO Gary Gates | President & CEO Gary Gates | President & CEO Gary Gates | President & CEO Gary Gates | President & CEO Gary Gates | President & CEO Gary Gates / President & CEO Timothy J. Burke | President & CEO Timothy J. Burke | President & CEO Timothy J. Burke | President & CEO Timothy J. Burke | President & CEO Timothy J. Burke | 2 |
| Long Island Power Authority | CEO Kevin Law | CEO Kevin Law / Interim CEO Michael Hervy | Interim CEO Michael Hervy | Interim CEO Michael Hervy | | | | CEO John McMahon / CEO Thomas Falcone | CEO Thomas Falcone | CEO Thomas Falcone | CEO Thomas Falcone | 3 |
| Chelan County Public Utility District | | General Manager Richard Riazzi / General Manager John Janney | General Manager John Janney | General Manager John Janney | General Manager John Janney / General Manager Steve Wright | General Manager Steve Wright | General Manager Steve Wright | General Manager Steve Wright | General Manager Steve Wright | General Manager Steve Wright | General Manager Steve Wright | 2 |

*Sources*

*New York Power Authority* : (1) Gil C. Quiniones, https://www.nypa.gov/about/leadership/gil-quiniones; (2) US Fed News, "Power Authority Board Elects Kessel President, CEO; 23 September 2008

*Salt River Project* : (1) Apache Junctin-Gold Canyon Independent, "Hummel Named Salt River Project general manager, CEO," 1 April 2018; (2) The Associated Press, "New SRP general manager named," 26, April 2011; (3) Salt River Project, "Officers and Executives," https://www.srpnet.com/about/officers.aspx; (4) The Arizona Republic, "Brief; SRP retiree will work for Jennings, Strouss," 25 August 2011.

*CPS Energy:* (1) CPS Energy, "Senior Leadership," https://www.cpsenergy.com/en/about-us/who-we-are/senior-leadership.html; (2) San Antonio Business Journal, "Doyle Beneby speaks about plans to provide electricity to the Third World," 27 October 2015

*Santee Cooper* : (1) The Associated Press, "Retiring utility CEO to receive $1 million in 1st year," 1 September 2017; (2) SNL Electric Utility Report, "Santee Cooper board appoints interim CEO for SC Utility," 10 October 2017; (3) Santee Cooper, "Executives," https://www.santeecooper.com/About/Leadership/Executives/Index.aspx.

*City of Los Angeles Deptartment of Water and Power* : (1) Los Angeles Times, "DWP chief leaving in two weeks; General Manager Marcie Edwards will be replaced on an interim basis by the chief operating officer," 2 August 2016; (2) LADWP, "David H. Wright, General Manager," https://ladwp.com/ladwp/faces/wcnav_externalId/a-wwa-ot-gm;jsessionid=pTppcy7LvNtBRvx4DX7t8T4BDgTJKMpGWTRknGQf9tS9GHhmwRlD!94668675?_adf.ctrl-state=9mz9r0wwy_4&_afrLoop=2410625106680419&_afrWindowMode=0&_afrWindowId=null#%40%3F_afrWindowId%3Dnull%26_afrLoop%3D2410625106680419%26_afrWindowMode%3D0%26_adf.ctrl-state%3Dhl32ktfv2_4

*Nebraska Public Power District* : (1) NPPD, "Our Leadership Team," https://www.nppd.com/about-us/leadership-team; (2) The Associated Press, "Nebraska Public Power District names interim CEO, president amid national search for leader," 15 January 2011; (3) Omaha World Herald, "New CEO is named at NPPD; Pat Pope began at the utility in 1979 as an electrical engineer," 16 April 2011.

*Omaha Public Power District* : (1) OPPD, "Timothy J. Burke," https://www.oppd.com/about/leadership/senior-management-team/timothy-j-burke/; (2) SNL Energy Finance Daily, "OPPD CEO plans to retire in 2015," 4 December 2014.

*Long Island Power Authority* : (1) Newsday, "LIPA Board appoints chief operating officer," 27 August 2010; (2) Newsday, "LIPA's chief expected to head LIA," 12 May 2010; (3) LIPA, "Thomas Falcone, Chief Executive Officer," https://www.lipower.org/about-us/executivestaff-2/#profile1.

*Chelan County Public Utility District* : SNL Energy Finance Daily, "Former BPA administrator to join Chelan County PUD as general manager," 29 July 2013.