Christensen
18375 S.E. Federal Hwy.
Tequesta, FL 33469

WEST PALM BCH FL 334
20 FEB 2019 PM 3 L

RECEIVED & FILED
2019 FEB 25 PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170399

The Clerk of The United States District
Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767