

Mr. Gary Chudow
14 Virginia Rd.
Centereach, NY 11720-2711

MID-ISLAND NY 117
21 FEB 2019 PM 2 L

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan iPR 00918-1767

RECEIVED & FILED
2019 FEB 25 PM 5: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-1706.25