

Account cleared by
U.S. Clearing
A Division of Fleet Securities
26 BROADWAY, NEW YORK, N.Y. 10004-1703

010

GERALD HOROWITZ
24 E STROUD AVE
STATEN ISLAND NY 10308-1329

1-021704

| TRADE DATE | SETTLE DATE | | | | |
|---|---|---|---|---|---|
| 07/21/04 | 07/26/04 | 07/21/04 | B9983 | 6 | 7 |

| | ACCOUNT NUMBER | T | C | |
|---|---|---|---|---|
| | REDACTED 0138 | 1 | 3 | 508 |

| 74514L8M8060 | REDACTED | 6-03 |
|---|---|---|

C

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION
YOUR CASH AND/OR SECURITIES
SHOULD ALREADY BE IN YOUR ACCOUNT

YOU BOUGHT

PUERTO RICO COMWLTH G/O
UNREFUNDED BAL-PUB IMPT-SER A
DUE 07/01/2031    05.125%
INTEREST DATES JAN, JUL 01
10/25/01       DATED DATE
CALLABLE 11@100
MOODY RATG BAA1 S&P RATG A-
INT DAYS  25,NEXT CPN 01/01/05
BOOK ENTRY FORM ONLY AVAILABLE
YIELD   4.952 % TO PAR CALL
CALLABLE  07/01/11 AT  100.000
ADDITIONAL CALL FEATURES EXIST
THAT MAY AFFECT YIELD;
COMPLETE INFORMATION WILL BE
PROVIDED UPON REQUEST.
INITIAL OFFERING AT  $99.313

QUANTITY         25,000
PRICE               101

PRINCIPAL     25,250.00
INTEREST          88.98
NET AMOUNT    25,338.98

ORIGINAL ISSUE DISCOUNT

FOR THE ACCOUNT OF

HENNION & WALSH, INC.
2001 ROUTE 46,WATERVIEW PL
PARSIPPANY, NJ 07054

MAKE CHECKS PAYABLE TO
HENNION & WALSH, INC.
(800) 836-8240

SUBJECT TO TERMS AND CODED SYMBOLS WHICH ARE EXPLAINED ON REVERSE SIDE