Please be advised that I am submitting this Notice of Participation in Omnibus Objection notwithstanding that I do not hold any of the challenged GO bonds. I am attaching a copy of the purchase confirmation of the single GO bond that I own showing a Cusip Number of 74514LBM8060. Exhibit I reflects all the bonds affected by the Objection with corresponding Cusips. Based upon my review of these Cusips none of the GO bonds affected by the Objections bear the same Cusip as the bond that I hold. I have confirmed with my broker that the bond that I currently hold still bears the same Cusip .as is listed in my purchase confirmation. Furthermore, such Notice covers all challenged GO Bonds owned as of the date of such Notice and SHALL NOT BE LIMITED TO THE SPECIFIC CUSIP NUMBERS LISTED.

However, I am submitting this Notice of Participation solely to advise that I do not want to waive any right that I may otherwise have by not submitting a Notice of Participation . Since the Order Pursuant to the Bankruptcy Code advises that I received the Order because I have been identified as the holder of one of the challenged GO bonds and that if the Court grants the Objection, in whole or in part, and I do not submit any Notice I would have waived my right to object to the validity of the challenged GO bond at a later date against the Commonwealth of Puerto Rico or asserting any such claim as I may otherwise have against the Comonwealth.