Gerald Horowitz
7 Maiden Stone Lane
Monroe Township, New Jersey 08831

RECEIVED & FILED
2019 FEB 25 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

DN DANIELS NJ 07D
22 FEB 2019 PM 10 L

