Nancy Jackson
3131 Conn. Ave NW
Apt 2709
Washington, DC 20008

RECEIVED & FILED
2019 FEB 25 PM 5:12

The Clerks Office of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

CAPITAL DISTRICT
20 FEB 2019 PM 1 L

00918-176759