# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Transmittal of Record to the Court of Appeals

**DATE:** February 26, 2019

Lead BK Case: 17-3283-LTS  
Related Adversary Proceeding: N/A  
Related USCA Cases: 17-2168/ 18-2035

**APPEAL FEE PAID ($505):** YES ____   NO  X

**CASE CAPTION:** In Re: The Financial Oversight and Management Board for Puerto Rico

**IN FORMA PAUPERIS:**   YES ____   NO  X

**MOTIONS PENDING:**   YES ____   NO  X

**NOTICE OF APPEAL FILED BY:** Javier Mandry Mercado, pro se.

**APPEAL FROM:**   Order entered on 12/7/2018.

**SPECIAL COMMENTS:**   Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries    3952, 4362, 4429, 4478**                   I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN  
Clerk of the Court

S/ Marian B. Ramirez-Rivera  
Marian B. Ramirez-Rivera  
Deputy Clerk

Acknowledgment of Receipt:  
Received By: _____  
USCCA #: _____    s/c:  CM/ECF Parties, Appeals Clerk