UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et.al.,<br><br>    Debtors,<br><br>FRANCISCO M. RAMIREZ-RIVERA AND LILIA M. RODRIGUEZ-COLON,<br><br>    Claimants. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Claim Numbers: 15006 and 15022 |

**MOTION TO WITHDRAW RESPONSE TO PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION TO DEFICIENT CLAIMS**

**TO THE HONORABLE COURT:**

Now Comes Francisco M. Ramirez-Rivera and Lilia M. Rodriguez-Colón ("Claimants") and most respectfully state, allege and prays as follows:

1. On May 14, 2018, claimants Francisco Ramirez-Rivera and Lilia M. Rodriguez-Colon timely filed two Proof of Claims against the Puerto Rico Sales Tax Financing Corporation ("COFINA"), which were logged by Prime Clerk LLC as Proof of Claim Nos. **15006** and **15022.** Claims numbers **15006** and **15022** appears to duplicate Claimants' account.

2. On December 5, 2018, COFINA filed its Sixth Omnibus Objection, in which it alleged that with respect to claims numbers **15006** and **15022** the undersigned failed to provide the basis and/or supporting documents for asserting a valid claim against COFINA.

3. On January 28, 2019, the appearing Claimants submitted their response to COFINA's Sixth Omnibus Objection with the necessary evidence to support their claims. Thereafter, attorneys for COFINA contacted the undersigned with evidence that Claimants' claims have been included in the master proof of claim filed by The Bank of New York Mellon ("TBNYM"), who was appointed as the Trustee for all COFINA bonds. Accordingly, the Proof of Claims numbers 15006 and 15022 are considered duplicate of the proof of claims filed by TBNYM on behalf of COFINA's creditors.

4. In consideration of the above stated, the appearing Claimants request leave to withdraw their response to COFINA's objection to Claimants' proof of claims numbers **15006** and **15022.** This request for withdrawal is not meant to effect, and should have no effect on the Proof of Claim filed against COFINA by TBNYM acting as Trustee of COFINA bonds.

**WHEREFORE** base on the above, the undersign parties respectfully request from this Honorable Court that the abovementioned response filed on January 28, 2019 (Docket number 4951) against COFINA be withdrawn, but with such request for withdrawal having no effect on the Proof of Claim filed against COFINA by TBNYM as Trustee of COFINA bonds.

**RESPECTFULLY SUBMITTED.**

**IT IS HEREBY CERTIFIED** that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 26th. day of January, 2019

*/s Francisco M. Ramirez-Rivera*
Francisco M. Ramirez-Rivera, Pro Se
613 Ave. Ponce de León, Apt. 901
San Juan, PR 00907
framirez@gaclaw.com
787-562-4656

-3-