# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIMS FILED AGAINST PUERTO RICO SALES TAX FINANCING CORPORATION

**PLEASE TAKE NOTICE** that, in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, made applicable to these Title III proceedings by Section 310 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] each claimant identified in **Exhibit A** hereto (each a "Claimant" and collectively, the "Claimants") hereby withdraws the proof(s) of claim filed by such Claimant against the Puerto Rico Sales Tax Financing Corporation ("COFINA") and that are listed on **Exhibit A** hereto (collectively, the "Claims"). Notwithstanding the foregoing, the withdrawal shall have no force and effect in the event that the Plan were unwound.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**PLEASE TAKE FURTHER NOTICE** that the Claimants, by and through counsel, hereby authorize Prime Clerk, LLC, to reflect the withdrawal of their Claims on the official claims register for COFINA, Bankruptcy Case No. 17 BK 03284-LTS.

Dated: February 26, 2019

PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

*/s/ Andrew N. Rosenberg*
Andrew N. Rosenberg (admitted pro hac vice)
Richard A. Rosen (admitted pro hac vice)
Walter Rieman (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-9601
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: arosenberg@paulweiss.com

JIMÉNEZ, GRAFFAM & LAUSELL

*/s/ J. Ramón Rivera Morales*
J. Ramón Rivera Morales
USDC PR No. 200701
Andrés F. Picó Ramírez
USDC PR No. 302114
P.O. Box 366104
San Juan, Puerto Rico 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068

*Attorneys for the Claimants*

## Exhibit A

## List of Withdrawn Proofs of Claim

| Claimant | Claim Number | Debtor |
|---|---|---|
| ACP Master, Ltd. | 66321 | COFINA |
| ASM BLMIS Claims LLC | 66944 | COFINA |
| Aurelius Capital Master, Ltd. | 66308 | COFINA |
| Aurelius Investment, LLC | 66587 | COFINA |
| Aurelius Opportunities Fund, LLC | 66850 | COFINA |
| Autonomy Master Fund Limited | 66919 | COFINA |
| Corbin Opportunity Fund, L.P. | 67054 | COFINA |
| FCO Special Opportunities (A1) LP | 67116 | COFINA |
| FCO Special Opportunities (D1) LP | 67149 | COFINA |
| FCO Special Opportunities (E1) LLC | 67145 | COFINA |
| Fundamental Credit Opportunities Master Fund LP | 67001 | COFINA |
| Lex Claims, LLC | 66574 | COFINA |
| LMAP 903 Limited | 66599 | COFINA |
| LS BOND FUND | 115217 | COFINA |
| LS INSTITUTIONAL HIGH INCOME FUND | 115324 | COFINA |
| LS STRATEGIC INCOME FUND | 114942 | COFINA |
| MCP Holdings Master LP | 66621 | COFINA |
| Monarch Alternative Solutions Master Fund Ltd. | 66535 | COFINA |
| Monarch Capital Master Partners III LP | 66503 | COFINA |
| Monarch Capital Master Partners IV LP | 66428 | COFINA |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | 66411 | COFINA |
| Monarch Special Opportunities Master Fund Ltd. | 66391 | COFINA |
| NATIXIS INVESTMENT FUNDS UK ICVC- LS STRATEGIC INCOME FUND | 114631 | COFINA |
| Pinehurst Partners, L.P. | 66580 | COFINA |
| Prisma SPC Holdings Ltd. Segregated Portfolio AG | 66375 | COFINA |
| STRATEGIC INCOME FUND - MMHF | 114358 | COFINA |