# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO *et al.*, <br><br> Debtors.[1] | PROMESA Title III <br><br> Case No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor. | PROMESA Title III <br><br> Case No. 17 BK 4780-LTS <br><br> (This court filing relates only to Case No. 17 BK 4780-LTS) |

## NOTICE OF FILING CORRECTED EXPERT DECLARATION OF JEFF D. MAKHOLM, PH.D (ECF NO. 5230)

To The Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. (collectively, "Movants"), through the undersigned counsel, hereby state as follows:

On February 26, 2019, Movants filed the Expert Declaration of Jeff D. Makholm, Ph.D (the "Makholm Declaration") [ECF No. 5230] in support of the *Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed* [ECF No. 4009] (the "Receiver Motion"). Movants inadvertently filed an unsigned version of the Makholm Declaration. Therefore, Movants are concurrently filing a corrected version of the Makholm Declaration. The only correction to the Makholm Declaration is the inclusion of the executed signature page.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 26th day of February, 2019.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

Dated: February 26, 2019
San Juan, Puerto Rico

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |

/s/ *Eric Perez-Ochoa*
ERIC PÉREZ-OCHOA
USDC-PR No. 206,314
Email: epo@amgprlaw.com

/s/ *Luis A. Oliver-Fraticelli*
LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209,204
Email: loliver@amgprlaw.com

208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000
Fax: (787) 756-9010

*Counsel for National Public Finance Guarantee Corp.*

/s/ *Marcia Goldstein*
MARCIA GOLDSTEIN*
JONATHAN POLKES*
GREGORY SILBERT*
ROBERT BEREZIN*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
Email: marcia.goldstein@weil.com
 jonathan.polkes@weil.com
 gregory.silbert@weil.com
 robert.berezin@weil.com

*admitted *pro hac vice*

*Counsel for National Public Finance Guarantee Corp.*

**GOLDMAN ANTONETTI & CORDOVA, LLC**

/s/ *Carlos Rodriguez-Vidal*
CARLOS A. RODRÍGUEZ-VIDAL
USDC-PR No. 201,213
E-mail: crodriguez-vidal@gaclaw.com

/s/ *Solymar Castillo-Morales*
SOLYMAR CASTILLO-MORALES
USDC-PR NO. 218,310
Email : scastillo@gaclaw.com

P.O. Box 70364
San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177

*Counsel for Syncora Guarantee Inc.*

**DEBEVOISE & PLIMPTON LLP**

/s/ *My Chi To*
MY CHI TO*
CRAIG A. BRUENS*
ELIE J. WORENKLEIN*
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
 cabruens@debevoise.com
 eworenklein@debevoise.com

*admitted *pro hac vice*

*Counsel for Syncora Guarantee Inc.*

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| /s/ *Heriberto Burgos-Pérez* | /s/ *Howard R. Hawkins* |
| HERIBERTO BURGOS PÉREZ | HOWARD R. HAWKINS, JR.* |
| USDC-PR No. 204,809 | MARK C. ELLENBERG* |
| Ricardo F. Casellas-Sánchez | ELLEN V. HOLLOMAN* |
| USDC-PR No. 203,114 | WILLIAM J. NATBONY* |
| Diana Pérez-Seda | ELLEN M. HALSTEAD* |
| USDC–PR No. 232,014 | THOMAS J. CURTIN* |
| E-mail: hburgos@cabprlaw.com | CASEY J. SERVAIS* |
| rcasellas@cabprlaw.com | 200 Liberty Street |
| dperez@cabprlaw.com | New York, New York 10281 |
| P.O. Box 364924 | Tel.: (212) 504-6000 |
| San Juan, PR 00936-4924 | Fax: (212) 406-6666 |
| Tel.: (787) 756-1400 | Email: howard.hawkins@cwt.com |
| Fax: (787) 756-1401 | mark.ellenberg@cwt.com |
| | ellen.holloman@cwt.com |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | bill.natbony@cwt.com |
| | ellen.halstead@cwt.com |
| | thomas.curtin@cwt.com |
| | casey.servais@cwt.com |

*admitted *pro hac* vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*