# Exhibit JDM-4

Exhibit JDM-4

# List of Documents Considered

**Declarations:**
- Declaration of Dr. David Tabak, February 25, 2019.
- Declaration of Mr. Robert A. Lamb, October 3, 2018.
- Declaration of Ms. Sandra Ringelstetter Ennis, February 25, 2019.
- Declaration of Ms. Sandra Ringelstetter Ennis, October 3, 2018.

**Court and Administrative Documents:**
- "Amended First Interim Fee Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to Puerto Rico Electric Power Authority ("PREPA") for the Period July 2, 2017 Through September 30, 2017," Case No. 17-03283-LTS, December 20, 2017.

- "Exhibit 1 - Invoices," Case No. 17-03283-LTS, January 25, 2019.

- "Exhibit 1 - Invoices," Case No. 17-03283-LTS, October 5, 2018.

- "Exhibit 2 - Amended and Restated Engagement Letter," Case No. 17-03283-LTS, April 23, 2018.

- "Exhibit 3 - Invoices," Case No. 17-03283-LTS, April 23, 2018.

- "First Interim Fee Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to Puerto Rico Electric Power Authority ("PREPA") for the Period February 1, 2018 Through May 31, 2018," Case No. 17-03283-LTS, July 20, 2018.

- "First Interim Fee Application of Citigroup Global Markets Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred as Investment Banker and Financial Advisors to Financial Oversight and Management Board, as Representative of the Debtors, From January 2017-January 2018," Case No. 17-03283-LTS, April 23, 2018.

- "Fourth Interim Fee Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to Puerto Rico Electric Power Authority ("PREPA") for the Period June 1, 2018 Through September 30, 2018," Case No. 17-03283-LTS, December 13, 2018.

- "Second Interim Fee Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to Puerto Rico Electric Power Authority ("PREPA") for the Period October 1, 2017 Through January 31, 2018," Case No. 17-03283-LTS, March 19, 2018.

- "Second Interim Fee Application of Citigroup Global Markets Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker and Financial Advisors, From January-May 2018," Case No. 17-03283-LTS, October 5, 2018.

- "Second Interim Fee Application of Filsinger Energy Partners for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred as Chief Financial Advisor to Puerto Rico Electric Power Authority ("PREPA"), for the Period From February 1, 2018 Through May 31, 2018," Case No. 17-03283-LTS, July 16, 2018.

- "Side Letter: Agreement for Independent Contractor Consulting Services," Case No. 17-03283-LTS, March 19, 2018.

- "Summary of First Interim Fee Application of Rothschild Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Puerto Rico Fiscal Agency and Financial Advisory Authority for the Period April 1, 2018 Through May 31, 2018," Case No. 17-03283-LTS, July 16, 2018.

- "Summary of Second Interim Fee Application of Rothschild & Co US Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Puerto Rico Fiscal Agency and Financial Advisory Authority for the Period June 1, 2018 Through September 30, 2018," Case No. 17-03283-LTS, November 16, 2018.

- "Summary Sheet Accompanying First Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, The Commonwealth of Puerto Rico, et al., for the Period From May 3, 2017 Through September 30, 2017," Case No. 17-03283-LTS, December 15, 2017.

1

- "Summary Sheet Accompanying Fourth Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, The Commonwealth of Puerto Rico, et al., for the Period From June 1, 2018 Through September 30, 2018," Case No. 17-03283-LTS, November 16, 2018.
- "Summary Sheet Accompanying Second Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, for the Period From October 1, 2017 Through January 31, 2018," Case No. 17-03283-LTS, March 19, 2018.
- "Summary Sheet Accompanying Third Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, The Commonwealth of Puerto Rico, for the Period From February 1, 2018 Through May 31, 2018," Case No. 17-03283-LTS, July 16, 2018.
- "Third Interim Fee Application of Citigroup Global Markets Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker and Financial Advisors, From June-September 2018," Case No. 17-03283-LTS, January 25, 2019.
- "Third Interim Fee Application of Filsinger Energy Partners for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred as Chief Financial Advisor to Puerto Rico Electric Power Authority ("PREPA"), for the Period From June 1, 2018 Through September 30, 2018," Case No. 17-03283-LTS, November 16, 2018.
- § 207 Right to receivership upon default, 22 L.P.R.A. § 207
- Administrative Procedure Act (APA), Pub.L. 79–404, 60 Stat. 237.
- Arizona Revised Statutes 30-102, Arizona power authority; powers and jurisdiction.
- Arizona Revised Statutes 45-1703, State water and power plan.
- Arizona Revised Statutes 45-1707, Issuance of bonds and notes.
- CEPR-AI-2018-0001, "PREPA's Compliance Filing," January 16, 2019.
- CEPR-AI-2018-0001, "Associate Commissioner Angel R. Rivera de la Cruz, dissenting," January 25, 2019.
- CEPR-AI-2018-0001, "Motion For Reconsideration," November 30, 2018.
- CEPR-AI-2018-0001, "Motion in Order Compliance," August 16, 2018.
- CEPR-AI-2018-0001, "PREPA's Compliance Filing," January 14, 2019.
- CEPR-AI-2018-0001, "Resolution and Order," August 14, 2018.
- CEPR-AI-2018-0001, "Resolution and Order," January 25, 2019.
- CEPR-AI-2018-0001, "Resolution and Order," November 21, 2018.
- CEPR-AI-2018-0001, "Resolution and Order," November 25, 2018.
- CEPR-AI-2018-0001, "Resolution and Order," November 28, 2018.
- CEPR-AI-2018-0001, "Resolution and Order," October 4, 2018.
- CEPR-AI-2018-0001, "Resolution," January 11, 2019.
- CEPR-AI-2018-0001, "Resolution," January 15, 2019.
- CEPR-AI-2018-0001, "Resolution," January 16, 2019.
- CEPR-AP-2015-0001, "Final Resolution and Order," January 10, 2017.
- CEPR-AP-2015-0001, "PREPA's Compliance Filing, In re: Puerto Rico Electric Power Authority Rate Review, Case No. December 28, 2018.
- CEPR-AP-2015-0001, "PREPA's Verified Motion for Extensions of Time," November 15, 2018.
- CEPR-AP-2015-0001, "Resolution and Order," November 28, 2018.
- CEPR-AP-2015-0001, "Resolution and Order," October 19, 2018.
- CEPR-AP-2015-0001, "Resolution and Order," September 28, 2018.
- CEPR-AP-2015-0001, "The Puerto Rico electric Power Authority's (1) Draft Customer Notice in Compliance with the Energy Bureau's Order of September 28th and (2) Reservation of Rights," October 15, 2018.
- CEPR-AP-2018-0001, "Direct Testimony of Gregory Rivera Chico," February 12, 2019.
- CEPR-AP-2018-0001, "Direct Testimony of Matthew Lee," February 12, 2019.
- CEPR-AP-2018-0001, "Direct Testimony of Nelson Bacalao, Ph.D.," February 12, 2019.
- CEPR-AP-2018-0001, "PREPA's Verified Motion for Extensions of Time," November 15, 2018.

2

- CEPR-AP-2018-0001, "Direct Testimony of Jose Ortiz Vazquez," February 12, 2019.
- CEPR-AP-2018-0001, "Direct Testimony of Todd W. Filsinger," February 12, 2019.
- CEPR-AP-2018-0001, "Mocion Solicitando Aclaracion y Reconsideracion," February 14, 2019.
- CEPR-AP-2018-0001, "Motion Commenting PREPA's Informative Motion Regarding IRP Timeline," October 5, 2018.
- CEPR-AP-2018-0001, "National's Comments Regarding Strategy 1 Modeling," November 30, 2018.
- CEPR-AP-2018-0001, "Order," May 29, 2018.
- CEPR-AP-2018-0001, "PREPA's (1) Compliance with the Energy Bureau's September 5th and 18th Orders and (2) Informative Motion Regarding IRP Timeline," September 25, 2018.
- CEPR-AP-2018-0001, "PREPA's Compliance with the Energy Bureau's September 28th Order," October 15, 2018.
- CEPR-AP-2018-0001, "PREPA's Motion For Confidential Treatment of Portions of Its Integrated Resource Plan Filing," February 13, 2019.
- CEPR-AP-2018-0001, "PREPA's Motion For Limited Waivers of Filing Requirements Under Regulation No. 9021," February 13, 2019.
- CEPR-AP-2018-0001, "PREPA's Motion To Submits Updated Report," November 2, 2018.
- CEPR-AP-2018-0001, "PREPA's Petition and Informative Motion Regarding its Accompanying Integrated Resource Plan Filing," February 13, 2019.
- CEPR-AP-2018-0001, "Resolution and Order," February 12, 2019.
- CEPR-AP-2018-0001, "Resolution and Order," February 15, 2019.
- CEPR-AP-2018-0001, "Resolution and Order," February 15, 2019.
- CEPR-AP-2018-0001, "Resolution and Order," November 6, 2018.
- CEPR-AP-2018-0001, "Resolution and Order," November 8, 2018.
- CEPR-AP-2018-0001, "Resolution and Order," September 18, 2018.
- CEPR-AP-2018-0001, "Resolution and Order," September 28, 2018.
- CEPR-AP-2018-0001, "Resolution," January 25, 2019.
- CEPR-AP-2018-0001, "Resolution," November 8, 2018.
- CEPR-AP-2018-0001, "The Puerto Rico Electric Power Authority's Motion for a Limited Extension of Time," January 22, 2019.
- CEPR-AP-2018-0002, "Intervenors' Comments Regarding Order of May 22, 2018," May 25, 2018.
- CEPR-AP-2018-0002, "Motion Commenting PREPA's Informative Motion and Public Statements Regarding Review of FY19 Rates," October 24, 2018.
- CEPR-AP-2018-0002, "Order," October 30, 2018.
- CEPR-AP-2018-0002, "PREPA's (1) Compliance Filing for Items due August 10, 2018; and (2) Motion to Extend Due Date of Remaining Items," August 10, 2018.
- CEPR-AP-2018-0002, "PREPA's Compliance Filing for Items Due July 13, 2018," August 24, 2018.
- CEPR-AP-2018-0002, "PREPA's Compliance Filing for Items Due July 13, 2018," July 20, 2018.
- CEPR-AP-2018-0002, "PREPA's Compliance Filing Pursuant to the Commission's May 22, 2018 Order," May 25, 2018.
- CEPR-AP-2018-0002, "PREPA's Second Motion to Extend Due Date of Response to June 22, Order, Item A," August 31, 2018.
- CEPR-AP-2018-0002, "PREPA's Third Motion to Extend Due Date of Response to June 22 Order, Item A," September 17, 2018.
- CEPR-AP-2018-0002, "PREPA's Verified Response and Motion Regarding May 4th Order," May 11, 2018.
- CEPR-AP-2018-0002, "Resoltuion and Order Following Technical Conference," May 22, 2018.
- CEPR-AP-2018-0002, "Resolution and Order Clarifying Commission Order of May 22, 2018," June 22, 2018.
- CEPR-AP-2018-0002, "Resolution and Order Establishing Calendar for Submission of Information," June 22, 2018.
- CEPR-AP-2018-0002, "Resolution and Order Regarding Rates for Fiscal Year 2019," May 4, 2018.
- CEPR-AP-2018-0002, "Resolution and Order," August 16, 2018.
- CEPR-AP-2018-0002, "Resolution and Order," November 20, 2018.
- CEPR-AP-2018-0002, "Resolution and Order," September 14, 2018.

3

- CEPR-AP-2018-0002, "Resolution," December 21, 2018.
- CEPR-MI-2018-0001, "PREPA's Compliance Filing," December 26, 2018.
- CEPR-MI-2018-0001, "The Puerto Rico Electric Power Authority's Motion to Stay or Extend Due Date for Proposed Interconnection Regulation," September 17, 2018.
- CEPR-MI-2018-0001, "PREPA's Compliance Filing," December 26, 2018.
- CEPR-MI-2018-0001, "Resolution," May 16, 2018.
- CEPR-MI-2018-0001, "The Puerto Rico Electric Power Authority's Motion to Stay or Extend Due Date for Proposed Interconnection Regulation," September 17, 2018.
- CEPR-MI-2018-0008, "Resolution and Order," September 24, 2018.
- CEPR-MI-2018-0008, "Resolution," January 31, 2019.
- CEPR-MI-2018-0008, "The Puerto Rico Electric Power Authority's Second Motion to Stay or Extend Due Date for Proposed Interconnection Regulation," October 31, 2018.
- CEPR-MI-2018-0008, "Order," December 20, 2018.
- CEPR-MI-2018-0008, "Order," May 16, 2018.
- CEPR-MI-2018-0008, "Resolution and Order," November 8, 2018.
- CEPR-MI-2018-0008, "Resolution," January 31, 2019.
- CEPR-MI-2018-0008, "The Puerto Rico Electric Power Authority's Second Motion to Stay or Extend Due Date for Proposed Interconnection Regulation," October 31, 2018.
- Chelan County P.U.D., "Governance Policies," May 2, 2005 as amended.
- Class Action complaint, *In re: Ismael Marrero Rolon, et al.,* Case No. 15 CV 0167-JAG-MEL, February 24, 2015.
- Continued Deposition of Todd W. Filsinger, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 3283-LTS, February 14, 2018.
- CPS Energy, "Official Bond Issuance," July 14, 2009.
- Declaration of Robert A. Lamb In Support of Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc., for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have A Receiver Appointed, *In re: the Financial Oversight and Management Board for Puerto Rico,* Case No. 17-BK-03283-LTS, October 3, 2018.
- Declaration of Robert Berezin in Support of Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have Receiver Appointed, *In re: The Financial Oversight and Management Board for Puerto Rico, et* No. 17 BK 4780-LTS, October 4, 2018.
- Deposition of Sandra Ringelstetter Ennis, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 4780-LTS, December 11, 2018.
- Deposition of Todd W. Filsinger, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 3283-LTS, February 1, 2018.
- Entirillado Electronico, P. del S. 477
- Exhibit 3 (Ringelstetter Declaration) to Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have Receiver Appointed, *In re: The Financial Oversight and Management Board for Puerto Rico, et* No. 17 BK 4780-LTS, October 3, 2018.
- Exhibit 4 (Lamb Declaration) to Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have Receiver Appointed, *In re: The Financial Oversight and Management Board for Puerto Rico, et* No. 17 BK 4780-LTS, October 3, 2018.
- Exhibit B (PREPA Fiscal Plan) to Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 04780-LTS, February 1, 2018.

- Exhibit C (Filsinger Declaration) to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 3283-LTS, January 27, 2018.

- Exhibit D (Direct Testimony of Lisa J. Donahue) to Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 04780-LTS, July 18, 2017.

- Expert Report of Jeremy I. Fisher, PhD and Ariel I. Horowitz, PhD, *In re: Review of Rates of the Puerto Rico Electric Power Authority,* Case No. CEPR-AP-2015-0001, November 23, 2016.

- *Federal Power Commission et al v. Hope Natural Gas Co*, 320 U.S. 591 (1944).

- Financial Oversight and Management Board, Brief for Debtor-Appellee Financial Oversight and Management Board for Puerto Rico as Representative of Puerto Rico Electric Power Authority, United States Court of Appeals for the First Circuit, 6 April 2018.

- Financial Oversight and Management Board, Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants relating to their Motion of Relief from Automatic Stay, United States District Court for the Court of Puerto Rico, 7 February 2019.

- *Interstate Commerce Com. V. Goodrich Transit Co.,* 224 U.S. 194, 211 (1912).

- Joint Informative Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Authority Regarding Recently Issued Request For Qualifications, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 4780-LTS, November 7, 2018.

- Joint Request of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for the Production of Documents by the Puerto Rico Electric Power Authority Related to the Motion to Lift Stay, *In re: The Financial Oversight and Management Board for Puerto Rico, et* No. 17 BK 3283-LTS, October 8, 2018.

- Los Angeles Charter and Administrative Code, Article VI, Proprietary Departments.

- Los Angeles Department of Power & Water, "Rules Governing Water and Electric Service," October 2008 as amended.

- Memorandum of Interest by Creditor Whitefish Energy Holdings, LLC, to Clarify the Record as Stated in Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. For Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed, *In re: The Financial Oversight and Management Board Rico,* Case No. 17-BK-04780-LTS, January 25, 2019.

- Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have Receiver Appointed, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 4780-LTS, October 3, 2018.

- Movant's First Set of Interrogatories to PREPA, *In re: The Financial Oversight and Management Board for Puerto Rico, et* No. 17 BK 3283-LTS, October 8, 2018.

- Nebraska Revised Statutes Chapter 70, Power Districts and Corporations.

- New York Consolidated Laws, Public Authorities Law, Article V, Title 1-A.

- Notice of Hearing on Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have Receiver Appointed, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 4780-LTS, October 3, 2018.

- Notice of Subpoena To Testify At Video Taped Deposition To Non-Party Sandra Ringelstetter Ennis, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 3283-LTS, November 7, 2018.

- PREPA, Regulation 7982.

- PREPA, Regulation 8058.

- PREPA, Regulation 8366.
- PREPA's (1) Compliance with the Energy Bureau's September 5th and 19th Orders and (2) Informative Motion Regarding IRP Timeline, *In re: Review of the Puerto Rico Electric Power Authority Integrated Resource Plan,* Case No. CEPR-AP-2018-0001, September 25, 2018.
- Proof of Claim of Assured Guaranty Corp. in the United States District Court for the District of Puerto Rico, 24 May 2018.
- Proof of Claim of National Public Finance Guarantee Corporation in the United States District Court for the Court of Puerto Rico, 25 May 2018.
- Proof of Claim of National Public Finance Guarantee Corporation in the United States District Court for the Court of Puerto Rico, Puerto Rico Electric Power Authority Power Revenue Bonds, Series 2016A, 2016B, and 2016C, 25 May 2018.
- Proof of Claim of National Public Finance Guarantee Corporation in the United States District Court for the District of Puerto Rico, regarding Puerto Rico Electric Power Authority Power Revenue Bonds, Series LL, NN, RR, TT and Puerto Rico Electric Power Authority Power Revenue Refunding Bonds, Series MM, PP, SS, UU, and VV, 25 May 2018.
- Proof of Claim of Syncora Guarantee Inc. in the United States District Court for the District of Puerto Rico, 20 June 2018.
- Public Law 114-187, 114th Congress.
- Puerto Rico Integrated Resource Plan 2018-2019, Draft, Submitted by Siemens, February 12, 2019.
- Puerto Rico Laws Act No. 211-2018.
- Puerto Rico Laws Act No. 37-2017 (H. B. 475).
- Puerto Rico Laws Act No. 4-2016 (S. B. 1523).
- Puerto Rico Laws Act No. 57-2014 (S.B. 837).
- Puerto Rico Laws Act No. 8-2017 (H. B. 474).
- Puerto Rico, 22 L.P.R.A. §207 Right to receivership upon default.
- Resolution and Order Establishing Calendar for Submission of Information, *In re: Review of the Puerto Rico Electric Power Authority FY19 Rates,* Case No. CEPR-AP-2018-0002, June 22, 2018.
- Resolution and Order, *In re: Review of the Puerto Rico Electric Power Authority Integrated Resource Plan,* Case No. CEPR-AP-2018-0001, August 8, 2018.
- Second Supplemental Declaration of Todd W. Filsinger in Support of Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 3283-LTS, February 12, 2018.
- Senado De Puerto Rico, P. del S. 1121
- South Carolina Legislature Code of Laws, Title 58, Chapter 31.
- Subpoena To Testify At A Deposition In A Bankruptcy Case (Or Adversary Proceeding) To Sandra Ringelstetter Ennis, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 4780-LTS, November 7, 2018.
- Trial Before Hon. Laura Taylor Swain, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 3283-LTS, February 15, 2018.
- Trust Agreement between PREPA and U.S. Bank N.A., as Successor Trustee ("Trustee"), as amended and supplement § 804, dated January 1, 1974.
- Urgent Motion of Financial Oversight and Management Board for Puerto Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer, *In re: The Financial Oversight and Management Board for Puerto Rico, et al.,* Case No. 17 BK 3283-LTS, October 26, 2017.

**Books:**
- Bonbright, J.C., *Principles of Public Utility Rates*, Columbia University Press, New York (1961).
- Bonbright, J.C., *The Valuation of Property*, Volume II, McGraw-Hill Book Company, New York (1937).

- Davis L.E., and North, D.C., *Institutional Change and American Economic Growth*, Cambridge University Press, Cambridge (1971).
- Federal Power Commission, *Uniform System of Accounts for Public Utilities and Licensees*, Jan. 1, 1937.
- Makholm, J.D., *The Political Economy of Pipelines*, University of Chicago Press, Chicago (2012).
- *Municipal and Private Operation of Public Utilities* (three volumes), National Civic Federation, New York (1907).
- Shiller, R. J. (2002). "Indexed Units of Account: Theory and Assessment of Historical Experience" in *Indexation, Inflation, and Monetary Policy* ed. Fernando Lefort and Klaus Schmidt-Hebbel, Santiago, Chile, Central Bank of Chile.
- Troxel, E, *Economics of Public Utilities*, J. J. Little and Ives Company, New York (1947).
- Williamson, O.E., *The Economic Institutions of Capitalism*, Free Press, New York (1985).

**Peer-Reviewed Publications:**

- Bonbright, J.C., "Utility Rate Control Reconsidered in the Light of the *Hope Natural Gas* Case," *The American Economic Review*, Vol. 38, No. 2. (1948).
- Engel, E., R. Fischer, and A. Galetovic (2001). "Least-Present-Value-of Revenue Auctions and Highway Franchising," *Journal of Political Economy* 109:5.
- Hill, A. (2011). "Foreign Infrastructure Investment in Chile: The Success of Public-Private Partnerships through Concessions Contracts," *Northwestern Journal of International Law & Business* 32:1.
- Levy, B. and Spiller, P.T., "The Institutional Foundation of Regulatory Commitment: A Comparative Analysis of Telecommunications Regulation, *Journal of Law, Economics and Organization*, Volume 10, Issue 2, 1 October 1994.
- Makholm, J.D., "The REVolution yields to a more familiar path: New York's Reform the Energy Vision (REV)," *The Electricity Journal*, 29 (2016).
- Munro, W.B., "Review: The Civic Federation Report on Public Ownership," *Quarterly Journal of Economics*, Vol. 23, No. 1 (1908), pp. 161-174.

**Government Hearings:**

- *Current Status of Puerto Rico's Electric Grid and Proposals for the Future Operations of the Grid: Full Hearing before the Sen. Comm. on Energy and Natural Resources,* 115th Cong. (2018) (Opening Statement of Chairman Lisa Murkowski).

- *Current Status of Puerto Rico's Electric Grid and Proposals for the Future Operations of the Grid: Full Hearing before the Sen. Comm. on Energy and Natural Resources,* 115th Cong. (2018) (Statement by Rodrigo Masses, President of the Puerto Rico Manufacturers Association).

- *Current Status of Puerto Rico's Electric Grid and Proposals for the Future Operations of the Grid: Full Hearing before the Sen. Comm. on Energy and Natural Resources*, 115th Cong. (2018) (Testimony of Jose Roman Morales, PE, Acting Chairman, Puerto Rico Energy Commission).

- *Exploring Energy Challenges and Opportunities Facing Puerto Rico: Oversight Hearing before the Sub. Comm. on Energy and Mineral Resources, Comm. On Natural Resources,* 115th Cong. (2016) (Statement of Lisa J. Donahue, Chief Restructuring Officer, Puerto Rico Electric Power Authority).

- Lisa Donahue, "Public Hearing on the Puerto Rico Electric Power Authority Business Plan and Recovery Plan." Testimony before the Energy Affairs and Water Resources Commission, April 14, 2015.

- *Management Crisis at the Puerto Rico Power Authority and Implications for Recovery: Oversight Hearing before the H. Comm. on Natural Resources,* 115th Cong. (2018) (Hearing Memorandum).

- *Testimony before the Puerto Rico Senate Special Committee on Energy Affairs.* (2018) (Testimony of Cathy Kunkel and Tom Sanzillo, Institute for Energy Economics and Financial Analysis).

**PREPA's Fiscal Plans:**

- Commonwealth of Puerto Rico, "Certified New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity," October 23, 2018.
- Commonwealth of Puerto Rico, "Draft New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity," October 21, 2018.

- PREPA, "Puerto Rico Electric Power Authority Amended & Restated Fiscal Plan - Draft," April 5, 2018.
- PREPA, "Puerto Rico Electric Power Authority Amended & Restated Fiscal Plan," January 24, 2018.
- PREPA, "Puerto Rico Electric Power Authority Fiscal Plan," August 1, 2018.

**Reports:**
- "PREPA's Transformation: A Path to Sustainability," June 1, 2015.
- AlixPartners, "AlixPartners' Hand-Over Strategy Presentation to the Governing Board: Puerto Rico Electric Power Authority," February 1, 2017.
- Anne O. Krueger, Ranjit Teja, and Andrew Wolfe, "Puerto Rico, A Way forward," June 29, 2015.
- Bonnie Krenz, "Building a Better Energy Future in Puerto Rico," Center for American Progress, September 2018.
- Center for a New Economy, "Policy Paper - Puerto Rico's Unfinished Business After Hurricane Maria," October 2018.
- Chelan County P.U.D., 2016 Annual Report.
- Chelan County P.U.D., 2017 Annual Report.
- CPS Energy, Basic Financial Statements For the Fiscal Years Ended January 31, 2017 and 2016.
- Dennis Pidherny and Lina Santoro, "Puerto Rico Electric Power Authority Power Revenue Bonds - New Issue Report," Fitch Ratings, dated April 4, 2012.
- Financial Oversight and Management Board for Puerto Rico, "Annual Report - Fiscal Year 2018," July 30, 2018.
- FJR, "Permanent Rates Implementation: April 1st, 2019 - Draft," January 18, 2019.
- FTI Capital Advisors, "Accounts Receivable and CILT Report," November 15, 2014.
- IEEE, "IEEE Benchmark Year 2018 - Results for 2017 Data," 2018.
- Judith Waite and Jeffrey Panger, "Global Credit Portal RatingsDirect: Puerto Rico Electric Power Authority; Retail Electric," Standard & Poor's, March 26, 2012.
- Kobre & Kim LLP, "The Financial Oversight & Management Board for Puerto Rico: Independent Investigator - Final Investigative Report," August 20, 2018.
- Legislative Research Office (January 2018). "Public Power in Nebraska," Research Report 2018-1.
- Long Island Power Authority (A Component Unit of the State of New York), Consolidated Financial Statements and Required Supplementary Information as of December 31, 2016 and 2015 (With Independent Auditors' Report and Report on Internal Control and Compliance Thereon).
- Long Island Power Authority (A Component Unit of the State of New York), Consolidated Financial Statements and Required Supplementary Information as of December 31, 2017 and 2016.
- Los Angeles Department of Power & Water (2016). "2016 Briefing Book".
- Los Angeles Department of Water and Power - Power System, Financial Statements and Required Supplementary Information as of June 30, 2017 and 2016 (With Independent Auditors' Report Thereon).
- Nebraska Public Power District, 2016 Financial & Sustainability Report.
- Nebraska Public Power District, 2017 Financial & Sustainability Report.
- New York Power Authority, Financial Report as of December 31, 2016 and 2015.
- New York Power Authority, Financial Report as of December 31, 2017 and 2016.
- Office of the State Comptroller (October 2012). "Public Authorities by the Numbers: Long Island Power Authority".
- Omaha Public Power District, Powering Partnerships: 2017 Annual Report.
- Omaha Public Power District, Strategic Direction: 2016 Annual Report.
- PREPA, "Financial Statements, Required Supplementary Information, and Supplemental Schedules," year ended June 30, 2015.
- PREPA, "Fortieth Annual Report on the Electric Property of the Puerto Rico Electric Power Authority," June 2013.
- PREPA, "Monthly Report to the Governing Board," January 2014 through December 2018.
- PREPA, "Monthly Report to the Governing Board," January 2014 through June 2018.
- PREPA, "PREPA's Transformation: A Path to Sustainability," June 1, 2015.
- PREPA, "Thirty-Ninth Annual Report on the Electric Property of the Puerto Rico Electric Power Authority," June 2012.
- PREPA, "Thirty-Sixth Annual Report on the Electric Property of the Puerto Rico Electric Power Authority," June 2009.

- Salt River Project (2017). "The Story of SRP: Water, Power, and Community".
- Salt River Project, Combined Financial Statements as of April 30, 2017 and 2016 Together With Report of Independent Auditors.
- Santee Cooper, Building a Brighter Tomorrow: Annual Report 2016.
- Santee Cooper, Powering South Carolina: Annual Report 2017.
- Siemens Industry, Inc., "Draft - Integrated Resource Plan Volume I: Supply Portfolios and Futures Analysis." October 17, 2015.
- The Liberty Consulting Group, "Final Report: Management Audit of Consolidated Edison Company of New York, Inc." June 16, 2009.
- Thomas Falcone, "Board Report on Accomplishment of LIPA's Staff Goals for 2017," Long Island Power Authority, January 24, 2018.
- Tina Krebs and Laura Campbell, "Utility Talent Struggles: What should You focus on First?" ScottMadden, Inc, 2013.
- Tom Sanzillo and Cathy Kunkel, "Multibillion-dollar Oil Scandal Goes Unaddressed in PREPA Contract Reform and Privatization," Institute for Energy Economics and Financial Analysis, July 2018.
- U.S. Department of Energy, "Energy Resilience Solutions for the Puerto Rico Grid," June 2018.
- United States Department of Energy, "Energy Resilience Solutions for the Puerto Rico Grid – Final Report," June 2018.
- World Bank Group (2014). "Module 1 PPP Basics – What and Why," Public Private Partnerships Reference Guide Version 2.0 PPP Knowledge Bank.

**Data:**
- NERC Generating Unit Statistical Brochure 2, as of 2017.
- NERC Generating Unit Statistical Brochure 4 - All Units Reporting, 2013 - 2017.

**News Articles:**
- Adrian Florido, "Government Lawyer Says Puerto rice's Hurricane Response Plan 'Does Not Exist'," NPR, October 30, 2018.
- Andrew Scurria, "Puerto Rico Utility CEO Resigns After Less Than Four Months on Job," Wall Street Journal, July 11, 2018.
- Andrew Scurria, "Puerto Rico Utility Directors Resign, Alleging Political Interference," Wall Street Journal, July 12, 2018.
- Apache Junction-Gold Canyon Independent, "Hummel named Salt River Project general manager, CEO," April 1, 2018.
- Associated Press and Monica Morales, "NYCHA to get federal monitor, Ben Carson, Mayor de Blasio announce," Pix 11, January 31, 2019.
- Associated Press Newswires, "Nebraska Public Power District names interim CEO, president amid national search for leader," January 15, 2011.
- Associated Press Newswires, "New SRP general manager named," April 26, 2011.
- Associated Press, "Blackout hits northern Puerto Rico following fire, explosion," February 12, 2018.
- Associated Press, "Retiring utility CEO to receive $1 million in 1st year," September 1, 2017.
- Caribbean Business, "Gov signs law to establish Puerto Rico Public Service Regulatory Board Reorganization," August 13, 2018.
- Caribbean Business, "Governor recommends new Prepa chairman," March 3, 2017.
- Caribbean Business, "Lawsuit filed to fill consumer rep seat on Puerto Rico utility board," January 28, 2019.
- Caribbean Business, "Numerous Gaps in Puerto Rico Proposed Energy Policy," November 2, 2018.
- Caribbean Business, "Puerto Rico issues energy storage RFP to pre-selected firms," October 17, 2018.
- Caribbean Business, "Puerto Rico utility fixes outage that left 33,000 in the dark," September 17, 2018.
- CBS News, "Tropical Depression Isaac drenches Puerto Rico, sparks power outages," September 14, 2018.
- Christine Vendel, "5 people will oversee Harrisburg's finances: Who are they and what will they do?," Penn Live, December 19, 2018.

Exhibit JDM-4

- Corey Williams, "3 years out of bankruptcy, Detroit released from state financial oversight," Chicago Tribune, April 30, 2018.
- CPS Energy, "City's 1942 Gamble to Buy CPS Energy keeps paying dividends," November 1, 2012.
- Dan O'Brien, "City Skeptical About Taking Over Youngstown Thermal," The Business Journal, August 9, 2018.
- Dan O'Brien, "Youngstown Thermal Not Out of Steam, Not Yet," The Business Journal, August 1, 2018.
- Daniel Bases, "PREPA board names new leaders, date set for appointing new CEO," Reuters, July 13, 2018.
- Debtwire, "PREPA to focus on natural gas as next step for energy production," January 28, 2019.
- Edward Krudy and Tom Brown, "Chief executive of Puerto Rico power authority resigns," Reuters, June 23, 2015.
- El Dateado, "Jose Ortiz: "Tenemos que movernos rapido.""
- El Nuevo Dia, "A rey muerto …," October 4, 2011.
- El Nuevo Dia, "An excavator impacted line 50700 and caused the blackout," April 18, 2018.
- El Nuevo Día, "Apelara fallo a favor de la AEE sobre cobros indebidos en Culebra y Vieques," December 13, 2018.
- El Nuevo Día, "Bajo analisis un coordinador general para la reconstruccion," December 19, 2018.
- El Nuevo Día, "Bishop descarta impulsar una medida para intervenir con la privatizacion de la AEE," November 30, 2018.
- El Nuevo Día, "Buscan incentivar la instalacion de sistemas de energia renovable," December 12, 2018.
- El Nuevo Día, "Causa sospechas la baja en la factura de la luz," October 8, 2018.
- El Nuevo Día, "Cinco companias someten cualificaciones para operar la AEE," December 6, 2018.
- El Nuevo Día, "Confirman nombramiento de nuevo director de la AEE," July 21, 2015.
- El Nuevo Día, "Convierten en ley un proyecto que busca autosuficiencia energetica en hospitales," October 23, 2018.
- El Nuevo Día, "Corrientazo a Alberto Escudero," December 12, 2011.
- El Nuevo Día, "Destituiran a Otoniel Cruz de la AEE por desobediente," June 28, 2012.
- El Nuevo Día, "El Negociado de Energia da su aval para suplido de combustible," November 28, 2018.
- El Nuevo Día, "Encuentra 18 transformadores de la AEE en un parque de pelota en Coamo," February 19, 2019.
- El Nuevo Día, "Energy Commission consolidated under a new umbrella," August 14, 2018.
- El Nuevo Día, "FEMA desconfia de la capacidad de la AEE para enfrentar otro huracan," November 29, 2018.
- El Nuevo Día, "Generation plants in Catano and Yabucoa," July 21, 2018.
- El Nuevo Día, "Industriales piden que la Camara apruebe la privatizacion de la AEEE," November 8, 2018.
- El Nuevo Día, "Industriales piden sesion extraordinaria para aprobar ley de politica energetica," November 14, 2018.
- El Nuevo Día, "Jaime Lopez sera el subdirector ejecutivo de la AEE," January 23, 2019.
- El Nuevo Día, "Jose Ortiz descarta la energia nuclear," November 8, 2018.
- El Nuevo Día, "Jose Ortiz notifica alza en la demanda energetica," October 19, 2018.
- El Nuevo Día, "Jose Ortiz: "El plan fiscal va por encima de los convenios colectivos"," January 15, 2019.
- El Nuevo Día, "La AEE no garantiza alivio en la factura pese a que la tarifa sera mas baja," February 7, 2019.
- El Nuevo Día, "La AEE retomara la suspension del servicio electrico a los clientes morosos," February 7, 2019.
- El Nuevo Día, "La gerencia de la AEE presenta en Washington el plan de recuperacion," January 16, 2019.
- El Nuevo Día, "La Junta de Supervision Fiscal ausculta interes del sector privado," October 19, 2018.
- El Nuevo Día, "La medida para viabilizar una microrred municipal debera ir hoy a votacion final en la Asamblea Legislativa," November 13, 2018.
- El Nuevo Día, "La Utier logra acuerdos con directivos de la AEE despues de realizar una manifestacion," January 15, 2019.
- El Nuevo Día, "Oficial la salida de Juan Alicea de la AEE," June 23, 2015.
- El Nuevo Día, "Only one person submitted candidacy for election to the Board of the AEE," January 31, 2019.
- El Nuevo Día, "PREPA explains rates reduction to the Board," October 9, 2018.
- El Nuevo Día, "Reclutaran universitarios en privatizacion de la Autoridad de Energia Electrica," November 8, 2018.
- El Nuevo Día, "Renuncia a su cargo Miguel Cordero," September 26, 2011.
- El Nuevo Día, "Ricardo Rossello Nevares: "We are in a position to implement reforms"," January 2, 2019.
- El Nuevo Día, "Se independiza de la AEE el Hospital de la Concepcion," November 21, 2018.
- El Nuevo Día, "Seilhamer presenta proyecto para guiar la politica energetica de la isla," October 16, 2018.
- El Nuevo Día, "The Board makes its own efforts," December 14, 2018.

- El Nuevo Día, "The governor and the director of the AEE announce reduction in the bill," October 4, 2018.
- El Nuevo Día, "The Puerto Rican government is not ready to receive CDBG-DR funds," December 12, 2018.
- El Nuevo Día, "Utier condemns Jaime Lopez as deputy director of the AEE," January 25, 2019.
- El Nuevo Día, "Utier exige a la AEE que defienda la contratacion de 46 empleados," January 23, 2019.
- El Nuevo Día, "Varios pueblos del norte se quedaron sin luz por averia en la Central San Juan," October 18, 2018.
- El Vocero, "Alcaldes de la montana respalden el uso de sistemas hidroelectricos," September 10, 2018.
- El Vocero, "Para este ano la privatizacion," January 21, 2019.
- El Vocero, "Vieques recupera servicio electrico tras averia tecnica," November 20, 2018.
- Emily Previti, "Court order ends Harrisburg's state receivership Saturday," Penn Live, February 26, 2014.
- Eva Lloréns Vélez, "Final Puerto Rico T&D Concession Key Precursor for Generation Asset Sale," Caribbean Business, January 25, 2019.
- ExpressNews, "San Antonio's CPS Energy may be closer to rate increase," December 28, 2018.
- Gavin Bade, "Puerto Rico governor names new PREPA CEO, board members," Utility Dive, July 19, 2018.
- Gerardo E. Alvarado Leon, "La AEE asegura estar mejor preparada para la temporada de huracanes," El Nuevo Dia, July 30, 2018.
- Gerardo E. Alvarado Leon, "La AEE tendra que rehacer el 20% de los trabajos de recuperacion tras el huracan," September 20, 2018.
- Gerardo E. Alvarado Leon, "PREPA will have to redo 20% of recovery work after the hurricane," September 20, 2018.
- InterNewsService, "AEE interviene con hurto de electricidad e instala contadores nuevos," El Vocero de Puerto Rico, May 13, 2016.
- Jacqueline Toth, "Nuclear Advocates Set Sights on Advanced Reactors for Puerto Rico," Morning Consult, November 19, 2018.
- Jess Bidgood, "Plan to end Bankruptcy in Rhode Island City Gains Approval," The New York Times, September 6, 2012.
- Karen Pierog and Jessica Resnick-Ault, "Puerto Rico power utility board quits, leaving leadership void," Reuters, July 12, 2018.
- Kevin Kerrigan, "End of solid waste receivership in sight," The Guam Daily Post, February 10, 2019.
- Kevin Kerrigan, "New GSWA head: Guam job a 'dream come true'," The Guam Daily Post, February 19, 2019.
- Kris Maher, "Harrisburg Will Exit State Receivership; Judge Determines Capital City's Fiscal Emergency Is Over," The Wall Street Journal, February 26, 2014.
- La Primera Hora, "La AEE detecta más de 5,000 casos de hurto de luz," January 23, 2012.
- Leyla Santiago and Khushbu Shah, "Head of Puerto Rico's electric power authority resigns," CNN, November 17, 2017.
- Los Angeles Times, "DWP chief leaving in two weeks; General ManagerMarcie Edwards will be replaced on an interim basis by the chief operating officer," August 2, 2016.
- Louis Jacobson, "Who's to blame for the Flint water crisis?," PolitiFact, February 15, 2018.
- Maria Miranda Sierra, "Fortaleza Rejects a Fed Coordinator for Funds," San Juan Daily Star, February 11, 2019.
- Mark Harris, "Supersized solar farms are sprouting around the world (and maybe in space, too)," NBC News, August 18, 2018.
- Mark Toney, "Federal judge should appoint a receiver to take over PG&E," San Francisco Chronicle, January 29, 2019.
- Mary Williams Walsh, "How Free Electricity Helped Dig $9 Billion Hole in Puerto Rico," The New York Times, February 1, 2016.
- Matt Shaw, "Five years after Detroit's bankruptcy, design fuels recovery," The Architects Newspaper, February 15, 2018.
- Mike Plaisance, "5 years after Finance Control Board came to rescue Springfield, city has $34.5 million in reserves," The Republican Newsroom, December 26, 2009.
- Newsday, "LIPA board appoints chief operating officer," August 27, 2010.
- Newsday, "LIPA's chief expected to head LIA," Newsday, May 12, 2010.

Exhibit JDM-4

- Nick Brown, "Puerto Rico's PREPA gets energy industry veteran Higgins as new CEO," Reuters, March 20, 2018.
- Omaha World-Herald, "New CEO is named at NPPD; Pat Pope began at the utility in 1979 as an electrical engineer," April 16, 2011.
- Pacific Daily News files, "Guam's solid waste timeline," December 25, 2017.
- Pete Saunders, "Detorit, Five years After Bankruptcy," Forbes, July 19, 2018.
- Phil McCausland, "Ricardo Ramos, embattled head of Puerto Rico's power utility, resigns," NBC News, November 17, 2017.
- Philipe Schoene Roura, "Lessons Learned? Prepa Overhaul in Times of Maria," Caribbean Business, September 20, 2018.
- PREPA, "PREPA Appoints Lisa J. Donahue as Chief Restructuring Officer to Expedite Financial and Operational Improvements," September 4, 2014.
- Press Release, "Declaraciones del director ejecutive Jose Ortiz Vazquez sobre el anuncio de reduccion en costos de produccion de energia y factura," PREPA, October 4, 2018.
- Press Release, "Governor of Puerto Rico recommends Justo Gonzalez as interim director of PREPA," La Fortaleza, November 17, 2017.
- Press Release, "Governor Rossello announces high interest of the private sector in P3 for the transmission and distribution system of PREPA," La Fortaleza, December 6, 2018.
- Press Release, "Governor Rossello announces new appointments to the Governing Board of the Puerto Rico Electric Power Authority," La Fortaleza, December 21, 2018.
- Press Release, "New CEO appointed for PREPA," PREPA, July 18, 2018.
- Press Release, "Oversight Board Requires Supporting Information From PREPA For Rate Reduction Adjustment," FOMB, October 4, 2018.
- Press Release, "P3 Authority Announces Qualified Proponents for  the PREPA Transmission and Distribution Project," Puerto Rico Public-Private Partnerships Authority, January 17, 2019.
- Press Release, "PREPA Announces New Management Team Carlos Castro named Interim Executive Director," PREPA, June 23, 2015.
- Press Release, "PSC Appoints Interim Receiver for Ridge Creek Water Company and Ridge Creek Development," Missouri Public Service Commission, May 4, 2017.
- Press Release, "PSC Approves Ridge Creek Water Company Request to Sell Water System to the City of St. Rober," Missouri Public Service Commission, November 16, 2018.
- Press Release, "PSC Sets Intervention Deadline in Ridge Creek Water Company Request to Sell Water System to the City of St. Rober," Missouri Public Service Commission, September 25, 2018.
- Press Release, "Puerto Rico Governor Rossello Announces Disbursement of HUD funds," Government of Puerto Rico, February 2, 2019.
- Press Release, "Statement From the Oversight Board," FOMB, February 19, 2019.
- Press Release, "Vistra Energy to Develop 300-Megawatt Battery Storage Project in California," Vistra Energy, June 29, 2018.
- Radio Isla, "Al director de AEE le preocupa la alza de precios del petroleo," October 8, 2018.
- Reorg Research, Inc. "Puerto Rico - Gonzalez Anticipates PREPA, Medicaid Legislation in Post-Midterm, Lame-Duck Seesion," October 8, 2018.
- Reorg Research, Inc. "Puerto Rico - Oversight Board Signals PREPA's Budget Will Be Cut on Rate Reduction, Cites Concern Over Utility's Ability to Repay Title III Loan From Commonwealth," October 5, 2018.
- Reorg Research, Inc. "Puerto Rico - PREPA, PRASA, HTA Fiscal Plan Process Extended as Oversight Board Aims to Certify Commonwealth Plan This Month," October 11, 2018.
- Reorg Research, Inc., "Puerto Rico - Seilhamer Says Puerto Rico Senate Will Reject House Changes to Energy Bill, Says Conference Committee Needs to Pass Consensus Version Before PREPA RFP Launch," January 28, 2019.
- Reorg Research, Inc., "Puerto Rico - Skeel Expresses Optimism on Potential Supreme Court Appeal, Presenting a Commonwealth Plan of Adjustment That Can Win confirmation in 2019," February 22, 2019.
- Reorg Research, Inc., "Puerto Rico - UPDATE 1: Senate Rejects House Version of Energy Bill, Sends Measure to Conference Committee," January 31, 2019.

Exhibit JDM-4

- Reorg Research, Inc., "P3 Authority Aiming to launch PREPA privatization RFPs in November," October 8, 2018.
- Reorg Research, Inc., "Puerto Rico - After First Circuit's Reversal of Appointments Clause Decision, Oversight Board Says Its Consent Is Still Required for Rossello Administration's Use of Budget Reapportionment," February 19, 2019.
- Reorg Research, Inc., "Puerto Rico - Aguirre Terminal Developer Asks FERC to Vacate Key Authorization for Shelved PREPA Natural Gas Project," December 6, 2018.
- Reorg Research, Inc., "Puerto Rico - CNE Says Federal Disaster Allocations Insufficient to Rebuild Puerto Rico, Use of Section 428 Alternative Procedures Will Slow Down Rebuilding Effort," October 24, 2018.
- Reorg Research, Inc., "Puerto Rico - Commonwealth Says FEMA Is Undermining Congressional Intent to Ensure Infrastructure Reconstruction by Declining to Wavie Pre-Existing Condition Requirement," February 11, 2019.
- Reorg Research, Inc., "Puerto Rico - Commonwealth, PROMESA Board, Advisors Finalizing Single PREPA Plan to Present to All Stakeholders Including Investors, Federal Government," November 19, 2018.
- Reorg Research, Inc., "Puerto Rico - Congressional PREPA Proposal Still a Work in Progress as Delegation Visits Puerto Rico," July 27, 2018.
- Reorg Research, Inc., "Puerto Rico - Energy Bill Conference Committee Drops 20-Cent Rate Cap, PREPA Board Overhaul," February 20, 2019.
- Reorg Research, Inc., "Puerto Rico - Energy Policy and Regulatory Bill Taking Shape in San Juan as PREPA Looks to Washington," August 29, 2018.
- Reorg Research, Inc., "Puerto Rico - Energy Policy, Regulatory Bill Expected in Puerto Rico Senate by Mid-October," October 2, 2018.
- Reorg Research, Inc., "Puerto Rico - Energy Regulatory, Policy Bill Facing Amendments Amid Tight Time Frame for Passage," October 26, 2018.
- Reorg Research, Inc., "Puerto Rico - Energy Regulatory, Policy Bill Filed in Puerto Rico Legislature," October 17, 2018.
- Reorg Research, Inc., "Puerto Rico - Energy Regulatory/Policy Bill Shelved Until January; Tax Reform, Opportunity Zone Bills on Track to Clear Legislature by Nov. 13 Deadline," November 9, 2018.
- Reorg Research, Inc., "Puerto Rico - Gov. Rossello Announces Access to $1.5B HUD CDBG Allotment," February 4, 2019.
- Reorg Research, Inc., "Puerto Rico - Governor Extends Infrastructure Emergency, Expedited Permitting Order," January 22, 2019.
- Reorg Research, Inc., "Puerto Rico - Oversight Board Still Reviewing PREPA Plant Conversion Contract After Regulator Approval," February 6, 2019.
- Reorg Research, Inc., "Puerto Rico - P3 Authority Aiming to Launch PREPA Privatization RFPs in November," October 8, 2018.
- Reorg Research, Inc., "Puerto Rico - P3 Authority Hires Hunton for Legal Services Related to Development of Federal Credit Support Program for Infrastructure," November 13, 2018.
- Reorg Research, Inc., "Puerto Rico - P3 Authority Posts Draft Regulations for PREPA Privatization Processes," February 5, 2019.
- Reorg Research, Inc., "Puerto Rico - PREPA Operating Accounts Balance of $240.1M Misses Projections by $59.9M for Week Ended Nov. 30," December 10, 2018.
- Reorg Research, Inc., "Puerto Rico - PREPA PMO Says Utility to Submit New IRP by Jan. 21 Deadline, Says RFP Process for Critical Projects, Generation Asset Sales Will Get Underway 'Near Summer'," January 11, 2019.
- Reorg Research, Inc., "Puerto Rico - PREPA Reworks Filsinger, Ankura Contracts to Address PROMESA Oversight Board Concerns," August 20, 2018.
- Reorg Research, Inc., "Puerto Rico - PREPA's IRP Draft Sets 4-Year Solar Target of 780-1,200 MW, Energy Storage Target of 440-900 MW; Calls for 3 New LNG Terminals; Expects Existing Generation Fleet to Be Retired by 2025," February 20, 2019.
- Reorg Research, Inc., "Puerto Rico - PRMA Urges Special Session to Approve Energy Regulatory Bill; Says Delaying Approval Until January Will Send Wrong Message to PREPA Creditors, Potential Investors," November 14, 2018.
- Reorg Research, Inc., "Puerto Rico - PROMESA Board Approves Proposed $250M Grid Rebuild Contract 10 Months After PREPA Picked Firm Through RFP," January 25, 2019.

13

Exhibit JDM-4

- Reorg Research, Inc., "Puerto Rico - Puerto Rico House Passes Energy Bill with 20-Cent Rate Cap, PREPA Board Changes; Measure Headed Back to Senate," January 22, 2019.
- Reorg Research, Inc., "Puerto Rico - Puerto Rico Officials Say CDBG-DR Funding Will Help Drive Renewable Energy Development, RFPs for 2 New Power Plants to Be Launched in March," January 29, 2019.
- Reorg Research, Inc., "Puerto Rico - Rossello Administration Opposes Establishment of Federal Disaster Aid Coordinator That Resident Commissioner Gonzalez Suggested During White House Meeting," February 8, 2019.
- Reorg Research, Inc., "Puerto Rico - Rossello Announces $85.3M Christmas Bonus Payment; Government Health Insurance Contribution Reduction Delayed Until March 31, 2019," December 5, 2018.
- Reorg Research, Inc., "Puerto Rico - Rossello Declines to Speculate on COFINA Plan Confirmation Decision, Says House Energy Rate Cap Needs to Be Mitigated, Defends Legality of PRIS Board Nominations," January 23, 2019.
- Reorg Research, Inc., "Puerto Rico - Rossello Details Funding Priorities to Congressional Leaders; Pushes for Action on FEMA 100% Cost Share, Medicaid Funding, Opportunity Zones," November 20, 2018.
- Reorg Research, Inc., "Puerto Rico - Rossello Looks to Cut Donahue Contract, Says PREPA Deal Being Reviewed 'Holistically'," December 19, 2016.
- Reorg Research, Inc., "Puerto Rico - Rossello Pledges to Protect 'Most Vulnerable' in Pension Reform," February 15, 2017.
- Reorg Research, Inc., "Puerto Rico - Rossello Says energy Reform Will Bring Down Costs, Defends PREPA Board Shakeup," February 14, 2017.
- Reorg Research, Inc., "Puerto Rico - Rossello, AAFAF, PROMESA Board Hail COFINA Bill Passage, Call Debt Savings 'Significant'; Parties Say Deal Represents Step Toward Return to Capital Markets," November 9, 2018.
- Reorg Research, Inc., "Puerto Rico - Rossello, Gonzalez Urge Speeding Up Processes to Release $19.54B in HUD CDBG-DR Funding; Governor Holding Meetings With Congress Members, Trump Officials," February 6, 2019.
- Reorg Research, Inc., "Puerto Rico - Sobrino Says T&D Move Breaks New Ground in Energy System Overhaul, Cements Commitment to PREPA's Privatization," November 2, 2018.
- Reorg Research, Inc., "Puerto Rico - UPDATE 2: House Rounds Out Energy Bill Conference Committee; Could Meet This Week," February 4, 2019.
- Reuters, "BRIEF-Moody's Issues Statement Regarding Puerto Rico's Move To Privatize PREPA," January 23, 2018.
- Robert Slavin, "PREPA Appoints a New Executive Director," The Bond Buyer, July 21, 2015.
- Robert Slavin, "Puerto Rico Governor Nominates New PREPA Director," The Bond Buyer, March 3, 2017.
- Ryan Randazzo, "Johnson Utilities relents to court order, gives control to EPCOR," The Arizona Republic, August 31, 2018.
- Sacyr, "Sacyr wins its first airport concession in Chile: el Tepual in Puerto Montt," April 4, 2018.
- San Antonia Business Journal, "Doyle Beneby speaks about plans to provide electricity to the Third World," October 27, 2015.
- Sergio Mateo, "New gas, renewable plants keep 2017 average fleet age at 29 years," SNL Data Dispatch, January 16, 2018.
- Sin Comillas, "La AEE tiene nuevo director ejecutivo," July 21, 2015.
- SNL Electric Utility Report, "Santee Cooper board appoints interim CEO for SC utility," October 16, 2017.
- SNI Energy Finance Daily, "Former BPA administrator to join Chelan County PUD as general manager," July 29, 2013.
- SNL Energy Finance Daily, "OPPD CEO plans to retire in 2015," December 4, 2014.
- Steve Carmody, "State ends oversight of Flint, local control restored to city," Michigan Radio, April 4, 2018.
- Steven Rosenberg, "Political incubator," The Boston Globe, December 13, 2009.
- The Arizona Republic, "SRP retiree will work for Jennings, Strouss," August 25, 2011.
- US Fed News, "Power Authority Board Elects Kessel President, CEO," September 23, 2008.
- WIPR, "Leader UTIER alleges AEE buys less fuel to lower invoice," October 18, 2018.
- Zahra Ahmad, "flint mayor discusses water, finances at State of the City address," Michigan Live, October 18, 2018.
- Sergio Mateo, "New gas, renewable plants keep 2017 average fleet age at 29 years," SNL Data Dispatch, January 16, 2018.
- Sin Comillas, "La AEE tiene nuevo director ejecutivo," July 21, 2015.

14

Exhibit JDM-4

- SNL Electric Utility Report, "Santee Cooper board appoints interim CEO for SC utility," October 16, 2017.
- SNL Energy Finance Daily, "Former BPA administrator to join Chelan County PUD as general manager," July 29, 2013.
- SNL Energy Finance Daily, "OPPD CEO plans to retire in 2015," December 4, 2014.
- The Arizona Republic, "SRP retiree will work for Jennings, Strouss," August 25, 2011.
- US Fed News, "Power Authority Board Elects Kessel President, CEO," September 23, 2008.

**Documents from Production:**
- PRCOR3_00002838.
- PRCOR3_00002871.
- PREPA_ LS0012650.
- PREPA_LS0000024.
- PREPA_LS0004093.
- PREPA_LS0004112 - 4158.
- PREPA_LS0005576.
- PREPA_LS0005577.
- PREPA_LS0005578.
- PREPA_LS0005579.
- PREPA_LS0005580.
- PREPA_LS0005581.
- PREPA_LS0005582.
- PREPA_LS0005583.
- PREPA_LS0005584.
- PREPA_LS0005585.
- PREPA_LS0005586.
- PREPA_LS0005587.
- PREPA_LS0005588.
- PREPA_LS0005589.
- PREPA_LS0005590.
- PREPA_LS0005591.
- PREPA_LS0005592.
- PREPA_LS0005603.
- PREPA_LS0005604.
- PREPA_LS0005605.
- PREPA_LS0005606.
- PREPA_LS0005607.
- PREPA_LS0005608.
- PREPA_LS0005609.
- PREPA_LS0005610.
- PREPA_LS0005611.
- PREPA_LS0005612.
- PREPA_LS0005613.
- PREPA_LS0005614.
- PREPA_LS0005615.
- PREPA_LS0005616.
- PREPA_LS0005617.
- PREPA_LS0005618.
- PREPA_LS0005692.
- PREPA_LS0005693.
- PREPA_LS0005694.

Exhibit JDM-4

- PREPA_LS0005695.
- PREPA_LS0005696.
- PREPA_LS0005697.
- PREPA_LS0005698.
- PREPA_LS0005699.
- PREPA_LS0005700.
- PREPA_LS0005701.
- PREPA_LS0005702.
- PREPA_LS0005703.
- PREPA_LS0005704.
- PREPA_LS0005705.
- PREPA_LS0005706.
- PREPA_LS0005707.
- PREPA_LS0005708.
- PREPA_LS0005709.
- PREPA_LS0005710.
- PREPA_LS0005728.
- PREPA_LS0005729.
- PREPA_LS0005730.
- PREPA_LS0005731.
- PREPA_LS0005732.
- PREPA_LS0005733.
- PREPA_LS0005734.
- PREPA_LS0005735.
- PREPA_LS0005736.
- PREPA_LS0005737.
- PREPA_LS0005738.
- PREPA_LS0005739.
- PREPA_LS0005740.
- PREPA_LS0005741.
- PREPA_LS0005742.
- PREPA_LS0005743.
- PREPA_LS0005744.
- PREPA_LS0005745.
- PREPA_LS0005778.
- PREPA_LS0006095.
- PREPA_LS0010600.
- PREPA_LS0010603.
- PREPA_LS0010625.
- PREPA_LS0010644.
- PREPA_LS0010667.
- PREPA_LS0010681.
- PREPA_LS0010693.
- PREPA_LS0010709.
- PREPA_LS0010723.
- PREPA_LS0010769.
- PREPA_LS0010783.
- PREPA_LS0010797.
- PREPA_LS0010813.
- PREPA_LS0010825.

Exhibit JDM-4

- PREPA_LS0010841.
- PREPA_LS0010852.
- PREPA_LS0010882.
- PREPA_LS0010894.
- PREPA_LS0010905.
- PREPA_LS0010916.
- PREPA_LS0010938.
- PREPA_LS0011436.
- PREPA_LS0013262.
- PREPA_LS0013283.
- PREPA_LS0015592.
- PREPA_LS0015697.
- PREPA_LS0015939.
- PREPA_LS0017071.
- PREPA_LS0017498.
- PREPA_LS0019990.
- PREPA_LS0020369.
- PREPA_LS0020590.
- PREPA_LS0020730.
- PREPA_LS0021006.
- PREPA_LS0021226.
- PREPA_LS0021487.
- PREPA_LS0022192.
- PREPA_LS0022193.
- PREPA_LS0022194.
- PREPA_LS0022195.
- PREPA_LS0022196.
- PREPA_LS0022197.
- PREPA_LS0022198.
- PREPA_LS0022199.
- PREPA_LS0022200.
- PREPA_LS0022201.
- PREPA_LS0022202.
- PREPA_LS0022203.
- PREPA_LS0022204.
- PREPA_LS0022205.
- PREPA_LS0022206.
- PREPA_LS0022207.
- PREPA_LS0022208.
- PREPA_LS0022209.
- PREPA_LS0022242.
- PREPA_LS0023725.
- PREPA_LS0023726.
- PREPA_LS0023727.
- PREPA_LS0023728.
- PREPA_LS0023729.
- PREPA_LS0023730.
- PREPA_LS0023731.
- PREPA_LS0023732.
- PREPA_LS0023733.

- PREPA_LS0023734.
- PREPA_LS0023735.
- PREPA_LS0023736.
- PREPA_LS0023737.
- PREPA_LS0023738.
- PREPA_LS0023739.
- PREPA_LS0023740.
- PREPA_LS0023741.
- PREPA_LS0023742.
- PREPA_LS0023743.
- PREPA_LS0023744.
- PREPA_LS0023745.
- PREPA_LS0023746.
- PREPA_LS0023778.
- PREPA_LS0023779.
- PREPA_LS0023780.
- PREPA_LS0023781.
- PREPA_LS0023782.
- PREPA_LS0023788.
- PREPA_LS0023808.
- PREPA_LS0024995.
- PREPA_LS0025114.
- PREPA_LS0025115.
- PREPA_LS0035504.
- PREPA_LS0036068.
- PREPA_LS0045828.
- PREPA_LS0046025.
- PREPA_LS0046257.
- PREPA_LS0046353.
- PREPA_LS0046376.
- PREPA_LS0046415.
- PREPA_LS0046543.
- PREPA_LS0047128.
- PREPA_LS0055571.
- PREPA_LS0055814.
- PREPA_LS0057959.
- PREPA_LS0066376.
- PREPA_LS0066397.
- PREPA_LS0066405.
- PREPA_LS0066406.
- PREPA_LS0066407.
- PREPA_LS0066408.
- PREPA_LS0066409.
- PREPA_LS0066410.
- PREPA_LS0066411.
- PREPA_LS0066412.
- PREPA_LS0066413.
- PREPA_LS0066414.
- PREPA_LS0066415.
- PREPA_LS0066416.

Exhibit JDM-4

- PREPA_LS0066417.
- PREPA_LS0066418.
- PREPA_LS0066419.
- PREPA_LS0066420.
- PREPA_LS0066421.
- PREPA_LS0066422.
- PREPA_LS0066423.
- PREPA_LS0066424.
- PREPA_LS0066425.
- PREPA_LS0066448.
- PRP3-00002834.
- R00001064.
- R00001796 - 2013.
- R00003809.

**Web Pages & Others:**
- "Translation - Job Descriptions."
- "Trust Service - Job Descriptions."
- ACONER, "RE: Senate Bill 1121, Puerto Rico Energy Public Policy Act," October 26, 2018.
- Adam T. Bergonzi, "Re: PREPA's Proposed Natural Gas conversion of San Juan Units #5 and 6," January 8, 2019.
- AES Puerto Rico, "AES Puerto Rico," available at http://aespuertorico.com/quienes-somos/.
- Amaneser 2025, "Comentarios al P del S 1121 de Amaneser 2025."
- Arizona Corporation Commission, "Who Regulates Salt River Project (SRP)?".
- Asociacion Empleados Gerenciales Autoridad de Energia Electrica, "Ponencia Ante La Comision Especial de Asuntos de Energia, Senado de Puerto rice - Proyecto Del Senado 1121, Ley de Politica Publica Energetica de Puerto Rico," October 25, 2018.
- Autoridad de Asesoria Financiera y Agencia fiscal de Puerto Rico, "Re: Proyecto del Senado 1121 - Ley de Politica Publica Energetica de Puerto Rico," October 26, 2018.
- Cambio, "Ponencia Ante La Comision Especial de Asuntos de Energia, Senado de Puerto rice - Proyecto Del Senado 1121, Ley de Politica Publica Energetica de Puerto Rico," October 25, 2018.
- CEPR-AP-2018-0001, "Technical Conference," November 2, 2018.
- Chelan County P.U.D., "About Us".
- Chelan County P.U.D., "Our Commissioners".
- Citigroup Global Markets and Rothschild & Co., "Re: The Potential Transformation of the Puerto Rico Electric Sector," June 4, 2018.
- City of Flint, "Receivership Transition Advisory Board (RTAB)," available at: https://www.cityofflint.com/rtab/.
- Coalicion Por La Cooperacion Energetica Para Puerto Rico, "Ponencia Ante El Senado," October 26, 2018.
- CPS Energy, "Board of Trustees".
- CPS Energy, "Senior Leadership".
- Edison Electric Institute, "Mutual Assistance," available at http://www.eei.org/issuesandpolicy/electricreliability/mutualassistance/Pages/default.aspx.
- Environmental Law Reporter, "court-Created Receivership Emerging as Remedy For Persistent Noncompliance with Environmental Laws," available at: https://elr.info/sites/default/files/articles/10.10059.htm.
- FJR, "Permanent Rates Implementation: April 1st, 2019," PREPA Schedule December 14, 2018.
- FOMB, "Letter to Governor Rossello Nevares," December 3, 2018.
- FOMB, "Letter to Governor Rossello Nevares," January 14, 2019.
- FOMB, "Letter to Governor Rossello Nevares," November 14, 2018.
- FOMB, "Letter to Mr. Maldonado Gautier," January 28, 2019.
- FOMB, "Letter to Secretary Maldonado Gautier and Secretary fuentes Marimon," January 9, 2019.
- FOMB, "Re: Foreman Electric Services," January 15, 2018.

19

Exhibit JDM-4

- Government of Puerto Rico Department of Treasury, :Letter to Mrs. Jaresko," January 11, 2019.
- Jenniffer Gonzalez Colon and Ricardo Rossello Nevares, "Letter to Acting Director Vought," February 4, 2019.
- Kenneth Rivera-Robles, "Letter to Hon. Larry Seilhamer Rodriguez," October 26, 2018.
- Long Island Power Authority, "About LIPA".
- Long Island Power Authority, "Thomas Falcone, Chief Executive Officer".
- Los Angeles Department of Power and Water, "Board of Commissioners".
- Los Angeles Department of Power and Water, "David H. Wright, General Manager".
- Los Angeles Department of Power and Water, "Power Facts and Figures".
- Margaret Dale and Elizabeth L. McKeen, "Re: PREPA, 17-BK-4780-LTS: Lift Stay Motion - Document Requests," December 6, 2018.
- Margaret Dale and Elizabeth L. McKeen, "Re: PREPA, 17-BK-4780-LTS: Lift Stay Motion - Document Requests," November 19, 2018.
- Margaret Dale and Elizabeth L. McKeen, "Re: PREPA, 17-BK-4780-LTS: Motion to Lift Stay - Movants' Objections and Responses to AAFAF and FOMB's Discovery Requests," November 7, 2018.
- Natalie Jaresko, "Letter to Governor Rossello Nevares and Mr. Ortiz Vazquez," October 4, 2018.
- National Renewable Energy Laboratory (NREL), "Energy Transition Initiative: Islands - Energy Snapshot: Puerto Rico," March 2015.
- Nebraska Public Power District, "About Us".
- Nebraska Public Power District, "Our Leadership Team".
- Nelson A. Diaz (2018), Not from Here, Not from There.
- NERC, "GADS Data Reporting Instructions: Appendix F - Performance Indexes and Equations," January 2018.
- New York Power Authority, "A History of Innovation".
- New York Power Authority, "Gil C. Quiniones".
- New York Power Authority, "Timothy J. Burke".
- Omaha Public Power District, "Company History".
- Omaha Public Power District, "Governance".
- Paul Mauldin, "Storm Hardening the Grid," T&D World, October 1, 2014, available at https://www.tdworld.com/distribution/storm-hardening-grid.
- Peierce County, "Kapowsin Water District Receivership," available at: https://www.piercecountywa.org/5513/Kapowsin-Water-District-Receivership.
- PREPA to U.S. Bank National Association, "Trust Agreement," dated as of January 1, 1974, as amended and supplemented through August 1, 2011.
- PREPA, "2018 Memorial Explicativo - Sobre: Proyecto Del Senado 1121."
- PREPA, "History of PREPA", available at https://www.aeepr.com/INVESTORS/History.aspx.
- PREPA, "Organizational Chart," July 2016.
- PREPA, "Puerto Rico Electric Power Authority - $643,530,000 Power Revenue Bonds, Series TT and $1,300,035,000 Power Revenue Refunding Bonds, Series UU," April 19, 2017.
- PREPA, "Re: PREPA Permanent Rate Implementation Process Update Compliance Monitoring Hearing," December 14, 2018.
- PREPA, "Regulation to Interconnect Microgrids with the Electrical Distribution System of the Puerto Rico Electric Power Authority - DRAFT."
- Public-Private Partnership Authority, "Regulation for the Procurement, Evaluation, Selection, Negotiation and Award of Partnership Contracts and Sale Contracts for the Transformation of the Electric System Under Act no. 120-2018, As Amended - DRAFT," 2019.
- Puerto Rico Builders Association, "Letter to Hon. Larry Seilhamer," October 26, 2018.
- Puerto Rico Chamber of Commerce, "Eng. Miguel A. Cordero Lopez."
- Puerto Rico Credit Conference 2013, "Juan F. Alicea-Flores," available at http://gdb.pr.gov/PRCC2013/Speaker/BioJuanAlicea.html.
- Puerto Rico Energy Bureau, "Ponencia Del Negociado De Energia Sobre El P. Del. S. 1121," October 26, 2018.

Exhibit JDM-4

- Puerto Rico Public Private Partnerships Authority, "Request for Qualifications for the Puerto Rico Electric Power Authority Utility Scale Energy Storage System Project," June 22, 2018.
- Puerto Rico Public-Private Partnerships Authority, "Energy Projects," April 20, 2017.
- Puerto Rico Public-Private Partnerships Authority, "Request for Qualifications – Puerto Rico Electric Power Transmission and Distribution System - RFQ 2018-2," October 31, 2018. Available at http://www.p3.pr.gov/assets/p3a-rfq-2018-2-td-system-project.pdf.
- Resignation Letter from PREPA's Governing Board to Gov. Ricardo Rosselló Nevares, July 12, 2018.
- Ricardo L. Ramos Rodriguez, "Letter to American Public Power Association and Edison Electric Institute," October 31, 2017.
- Ricardo Rossello Nevares, "Letter to Majority Leader McConnell, Democratic Leader Schumer, Speaker Ryan, and Democratic Leader Pelosi," November 19, 2018.
- Ricardo Rossello, "Message of the Governor of Puerto Rico," January 22, 2018.
- Rodrigo Masses Artze, "PS 1121," October 26, 2018.
- Salt River Project, "Public Pricing Process".
- Salt River Project, "SRP governance and elections".
- Salt River Project, "SRP Officers and Executives".
- Santee Cooper, "Board of Directors".
- Santee Cooper, "Executives".
- Santee Cooper, "History of Santee Cooper".
- Siemens Industry, Inc., "Draft - PREPA IRP 2018 Preliminary Results of the Long Term Capacity Expansion Plan." October 31, 2018.
- Siemens Industry, Inc., "Integrated Resource Plan Volume I: Supply Portfolios and Futures Analysis," August 17, 2015.
- Siemens Industry, Inc., "PREPA PREC Technical Conference," August 14, 2018.
- Sr. Jesus Garcia Oyola, "SB 1121 Written Statement."
- Sue Kelly and Tom Kuhn, "Letter to Mr. Ricardo L. Ramos Rodriguez," October 31, 2017.
- Sunrun, "RE: Senate Bill 1121, Puerto Rico Energy Public Policy Act," October 26, 2018.
- U.S. Energy Information Administration, "Puerto Rico Territory Energy Profile," July 19, 2018, available at https://www.eia.gov/state/analysis.php?sid=RQ.
- U.S. House of Representatives Committee on Oversight and Government Reform, "Recurring Problems Hinder Federal Disaster Response and Recovery Efforts," October 2018.
- Westlaw, "Canney v. City of Chelsea, 925 F.Supp. 58 (1996)."
- Westlaw, "In re City of Central Falls, Rhode Island, Slip Copy (2015)."
- Westlaw, "In re Picacho Hills Utility Co., Inc., 518 B.R. 75 (2014)."
- Westlaw, "In re Picacho Hills Utility Company, Inc., Slip Copy (2019)."
- Westlaw, "Johnson Utilities LLC v. Arizona Corporation Commission, Not Reported in Pac. Rptr…."
- Westlaw, "Michigan Department of Environmental Quality v. City of Flint, 282 F.Supp.3d 1002 (2017)."
- Westlaw, "State ex rel. Brown v. Chem-Dyne Corp., Not Reported in N.E.2d (1981)."
- Westlaw, "U.S. v. Acadia Woods Add. No. 2 Sewer Co., 41 F.Supp.2d 632 (1999)."
- Westlaw, "U.S. v. Alder Creek Water Co., 823 F.2d 343 (1987)."
- Westlaw, "U.S. v. Alisal Water Corp., 326 F.Supp.2d 1010 (2002)."
- Westlaw, "U.S. v. City of Detroit, 476 F.Supp. 512 (1979)."
- Westlaw, "United States v. Government of Guam, Slip Copy (2017)."
- Westlaw, "United States v. New York City Housing Authority, 347 F.Supp.3d 182 (2018)."
- Westlaw, "Walker v. City of Harrisburg, Not Reported in A.3d (2012)."