# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>　　as representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTIFICATIONS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq.*, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Quinn Emanuel Urquhart & Sullivan, LLP and Reichard & Escalera, LLC hereby enter their appearance in the above-captioned Title III case (the "Title III Case") as co-counsel to an ad hoc coalition (the "Lawful Constitutional Debt Coalition" or "LCDC") of holders of bonds (i) issued and/or guaranteed by the Commonwealth of Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Commonwealth") and (ii) issued by the Puerto Rico Public Buildings Authority ("PBA").[2] The LCDC hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notice given or required to be given in these cases be served upon the undersigned counsel:

Susheel Kirpalani
K. John Shaffer
Daniel Salinas
Matthew Scheck
Eric Kay
Darren Goldman
Zachary Russell

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com
    johnshaffer@quinnemanuel.com
    danielsalinas@quinnemanuel.com
    matthewscheck@quinnemanuel.com
    erickay@quinnemanuel.com
    darrengoldman@quinnemanuel.com
    zacharyrussell@quinnemanuel.com

Rafael Escalera
Sylvia M. Arizmendi
Carlos R. Rivera-Ortiz
Gustavo A. Pabón Rico

**REICHARD & ESCALERA, LLC**
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913
Telephone: (787) 777-8888
Facsimile: (787) 765-4225
Email: escalera@reichardescalera.com
    arizmendis@reichardescalera.com
    riverac@reichardescalera.com
    pabong@reichardescalera.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in PROMESA, the Bankruptcy Code, and the Bankruptcy Rules, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made

---

[2] The Lawful Constitutional Debt Coalition consists of the following institutional holders of early vintage Commonwealth General Obligation ("GO") bonds and PBA bonds: GoldenTree Asset Management LP (on behalf of its participating clients) ("GoldenTree"), Monarch Alternative Capital LP (on behalf of its participating clients) ("Monarch"), and Whitebox Advisors LLC (on behalf of its participating clients) ("Whitebox").

2

with regard to the above-captioned Title III Case and any proceedings therein, all of which are to be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intend that neither this Notice of Appearance and Request to Receive Notifications nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of the Lawful Constitutional Debt Coalition (or any of its members): (i) to trial by jury in any proceeding so triable in the Title III Case or any case, controversy, or proceeding related to the Trial III Case; and (ii) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Lawful Constitutional Debt Coalition (or any of its members) is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, February 26, 2019.

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| **By :** | |
| */s/ Rafael Escalera* | **Susheel Kirpalani** (*pro hac vice*) |
| **Rafael Escalera** | susheelkirpalani@quinnemanuel.com |
| USDC No. 122609 | |
| escalera@reichardescalera.com | **K. John Shaffer** (*pro hac vice forthcoming*) |
| | johnshaffer@quinnemanuel.com |
| */s/ Sylvia M. Arizmendi* | |
| **Sylvia M. Arizmendi** | **Daniel Salinas** |
| USDC-PR 210714 | USDC-PR 224006 |
| arizmendis@reichardescalera.com | danielsalinas@quinnemanuel.com |
| */s/ Carlos R. Rivera-Ortiz* | **Matthew Scheck** (*pro hac vice forthcoming*) |
| **Carlos R. Rivera-Ortiz** | matthewscheck@quinnemanuel.com |
| USDC-PR 303409 | |
| riverac@reichardescalera.com | **Eric Kay** (*pro hac vice*) |
| | erickay@quinnemanuel.com |
| */s/ Gustavo A. Pabón-Rico* | |
| **Gustavo A. Pabón Rico** | **Darren Goldman** (*pro hac vice* ) |
| USDC-PR 231207 | darrengoldman@quinnemanuel.com |
| pabong@reichardescalera.com | |
| | **Zachary Russell** (*pro hac vice forthcoming*) |
| 255 Ponce de León Avenue | zacharyrussell@quinnemanuel.com |
| MCS Plaza, 10th Floor | |
| San Juan, Puerto Rico 00917-1913 | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010-1603 |

*Co-Counsel for the Lawful Constitutional Debt Coalition*