Tai-Ann and Yan-Chow Ma
30806 Casilina Drive
Rancho Palos Verdes, CA
90275

RECEIVED & FILED
2019 FEB 26  PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

SANTA CLARITA CA 913
25 FEB 2019 PM 1 L

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-17025