WALTER J. HOWARD
5 SWAYZE DR.
LATHAM, N.Y. 12110

RECEIVED &
2019 FEB 26 PM 4:56
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

CLERK OF THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO, ROOM 150
FEDERAL BLDG, 150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

ALBANY NY 122
22 FEB 2019 PM 2 L

00918-170625

