

Dean L. Carlson
527 Lenox Ave.
Westfield, NJ 07090-2160

RECEIVED
2019 FEB 26 PM 4:56
CLERK'S OFFICE
US. DIST. COURT - SAN JUAN



DW DANIELS NJ 030
23 FEB 2019 PM 5 L

The Clerk of the
U.S. District Court for district of puerto Rico.,
room 150
Federal Bldg.
150 Carlos Chardon Ave.
San Juan PR 00918-1767