James FARRANT Jr
Po Box 11916
San Juan, P.R. 00922-1916

SAN JUAN PR 009
25 FEB 2019 PM 1 T

The clerk of the United States District Court
for the District of Puerto Rico Room 150
Federal Building
150 Carlos chardon Avenue
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 FEB 26 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.