Susan Loring
445 Mahnken Dr.
Bridgewater, NJ 08807

RECEIVED & FILED
2019 FEB 26 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Federal Building Room 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767