# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION
## PRO HAC VICE OF ZACHARY RUSSELL

Comes now, Zachary Russell, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, with offices at:

   > 51 Madison Avenue, 22nd floor
   > New York, New York 10010
   > zacharyrussell@quinnemanuel.com
   > Telephone: (212) 849-7000
   > Facsimile: (212) 849-7100

2. Applicant will sign all pleadings with the name Zachary Russell.

3. Applicant has been retained personally or as a member of the above-named firm by the Lawful Constitutional Debt Coalition, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since January 12, 2017, applicant has been and presently is a member in good standing of the bar of the highest court of New York, where applicant regularly practices law. Applicant's bar

1

license number is 5476429.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York Appellate Division Second Department | January 12, 2017 | 5476429 |
| United States District Court for the Southern District of New York | 2017 | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico to the applicant's best knowledge.

10. Local Counsel of record associated with applicant in this matter is:

    Rafael Escalera-Rodríguez
    USDC-PR No. 122609
    Sylvia M. Arizmendi
    USDC-PR No. 210714
    Carlos R. Rivera Ortiz
    USDC-PR No. 303409
    Gustavo A. Pabón Rico
    USDC-PR No. 231207
    REICHARD & ESCALERA
    MCS Plaza, Tenth Floor
    PO Box 364148
    San Juan, PR 00936-4148
    255 Ponce de León Avenue
    Hato Rey, San Juan, PR 00917
    (787) 777-8888

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions

set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee has been made through the Clerk of the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: February 27, 2019 /s/ Zachary Russell
Zachary Russell

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: February 27, 2019

/s/Rafael Escalera-Rodriguez
Rafael Escalera-Rodriguez
USDC No. 122609

/s/ Sylvia M. Arizmendi
Sylvia M. Arizmendi
USDC No. 210714

/s/ Carlos R. Rivera Ortiz
Carlos R. Rivera Ortiz
USDC No. 303409

/s/ Gustavo A. Pabón Rico
Gustavo A. Pabón Rico
USDC No. 231207

**REICHARD & ESCALERA**
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and have made the corresponding payment of $300.00 *pro hac vice* admission fee.

/s/ Carlos R. Rivera Ortiz
USDC-PR No. 303409

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____day of _____, _____.

_____
**U.S. DISTRICT JUDGE**