IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**APPLICATION AND ORDER FOR ADMISSION
<u>PRO HAC VICE OF MATTHEW SCHECK</u>**

Comes now, Matthew Scheck, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, with offices at:

> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> matthewscheck@quinnemanuel.com
> Telephone: (213) 433-3000
> Facsimile: (213) 433-3100

2. Applicant will sign all pleadings with the name Matthew Scheck.

3. Applicant has been retained personally or as a member of the above-named firm by the Lawful Constitutional Debt Coalition, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since December 1, 2010, applicant has been and presently is a member in good standing of the bar of the highest court of California, where applicant regularly practices law. Applicant's

1

bar license number is 273152.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York State Court | 11/2008 | 4612321 |
| Supreme Court, State of California | 12/1/2010 | 273152 |
| Southern District of New York | 2009 | |
| Second Circuit Court of Appeals | 5/2/2014 | |
| Ninth Circuit Court of Appeals | 10/10/2014 | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico to the applicant's best knowledge.

10. Local Counsel of record associated with applicant in this matter is:

Rafael Escalera-Rodríguez
USDC-PR No. 122609
Sylvia M. Arizmendi
USDC-PR No. 210714
Carlos R. Rivera Ortiz
USDC-PR No. 303409
Gustavo A. Pabón Rico
USDC-PR No. 231207
REICHARD & ESCALERA
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto

Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee has been made through the Clerk of the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: February 27, 2019  /s/ Matthew Scheck
Matthew Scheck

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: February 27, 2019 　　　　　/s/Rafael Escalera-Rodriguez
　　　　　　　　　　　　　　　　　Rafael Escalera-Rodriguez
　　　　　　　　　　　　　　　　　USDC No. 122609

　　　　　　　　　　　　　　　　　/s/ Sylvia M. Arizmendi
　　　　　　　　　　　　　　　　　Sylvia M. Arizmendi
　　　　　　　　　　　　　　　　　USDC No. 210714

　　　　　　　　　　　　　　　　　/s/ Carlos R. Rivera Ortiz
　　　　　　　　　　　　　　　　　Carlos R. Rivera Ortiz
　　　　　　　　　　　　　　　　　USDC No. 303409

　　　　　　　　　　　　　　　　　/s/ Gustavo A. Pabón Rico
　　　　　　　　　　　　　　　　　Gustavo A. Pabón Rico
　　　　　　　　　　　　　　　　　USDC No. 231207

　　　　　　　　　　　　　　　　　**REICHARD & ESCALERA**
　　　　　　　　　　　　　　　　　MCS Plaza, Tenth Floor
　　　　　　　　　　　　　　　　　PO Box 364148
　　　　　　　　　　　　　　　　　San Juan, PR 00936-4148
　　　　　　　　　　　　　　　　　255 Ponce de León Avenue
　　　　　　　　　　　　　　　　　Hato Rey, San Juan, PR 00917
　　　　　　　　　　　　　　　　　(787) 777-8888

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and have made the corresponding payment of $300.00 *pro hac vice* admission fee.

　　　　　　　　　　　　　　　　　/s/ Carlos R. Rivera Ortiz
　　　　　　　　　　　　　　　　　USDC-PR No. 303409

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____day of _____, _____.

_____
**U.S. DISTRICT JUDGE**