

AFTER 10 DAYS RETURN TO
Kermit A. Perez
Urb. Valle Verde 952
Calle Arboleda
Ponce, PR 00716-3513

SAN JUAN PR 009
26 FEB 2019 PM 1 L

RECEIVED & FILED
2019 FEB 27 PM 2 13
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaria del Tribunal Federal
Distrito de Puerto Rico
Oficina 150 Edificio Federal
150 Avenida Carlos Chardon
San Juan P.R. 00918-1767