Jorge L. Rosso
5760 S.W. 107 St.
Miami Florida 33156

The Clerk's Office
United States District Court
150 Carlos Chardon Ave,
San Juan Puerto Rico 00918-1767
Tel 7877723401

RECEIVED & FILED
2019 FEB 27 PM 4:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN