IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 3:17-BK-3283-LTS<br>(Jointly Administered) |

## APPLICATION OF ZACHARY H. SMITH FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW** Zachary H. Smith, Esq. (hereinafter, the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is a Partner with the law firm of Moore & Van Allen PLLC with offices located at:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| **Address** | 100 North Tryon Street |
|  | Suite 4700 |
|  | Charlotte, North Carolina 28202 |
| **Telephone** | (704) 331-1046 |
| **Email:** | zacharysmith@mvalaw.com |

2. Applicant will sign all pleadings with the name of Zachary H. Smith.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained by the Government Development Bank for Puerto Rico ("GDB") to provide legal representation of GDB, including in GDB's capacity as Trustee of the GDB Public Entity Trust, in connection with the above-captioned case now pending before the United States District Court for the District of Puerto Rico.

5. Since 2016, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of North Carolina, where Applicant regularly practices law. Applicant's North Carolina bar license number is 48993.

6. Since 2004, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York. Applicant's New York bar license number is 4229951.

7. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

   a. U.S. District Court, Western District of North Carolina; Admitted 2017.
   b. U.S. District Court, Eastern District of North Carolina; Admitted 2018.
   c. U.S. District Court, Southern District of New York; Admitted 2004.
   d. U.S. District Court, Eastern District of New York; Admitted 2012.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings, or criminal conduct before any court or jurisdiction.

10. During the past three (3) years, Applicant has filed and been granted *pro hac vice* admission before the United States Bankruptcy Court for the District of Puerto Rico in: (a) In re GA Investors SE, et al., Lead Case No. 16-04169 (ESL), and (b) In re Betteroads Asphalt LLC, 17-04156 (ESL).

11. Local counsel associated with this matter is:

| | |
|---|---|
| **Name** | Giselle López Soler |
| **USDC Bar No.** | 224010 |
| **Address** | PMB 257 |
| | Rd. 19 1353 |
| | Guaynabo, PR 00966 |
| **Telephone** | (787) 667-0941 |
| **Email** | gls@lopezsolerlaw.com |

12. Applicant has read the local rules of the United States District Court for the District of Puerto Rico and will comply with the same.

13. Applicant has read the local rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* most comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court, unless the requirement is otherwise waived.

**WHEREFORE**, Applicant respectfully requests to be admitted to practice before the United States District Court for the District of Puerto Rico in the above-styled case only.

In Charlotte, North Carolina.

This 26st day of February, 2019

_____
Zachary H. Smith

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this 26st day of February, 2019

_____
Giselle López Soler
USDC No. 224010
LAW OFFICES OF GISELLE LÓPEZ SOLER
PMB 257
Rd. 19 1353
Guaynabo, Puerto Rico 00966
Tel. (787) 667-0941
Email gls@lopezsolerlaw.com

4