```
Court Name: District Court
Division: 1
Receipt Number: PRX100062099
Cashier ID: aduran
Transaction Date: 02/27/2019
Payer Name: LOPEZ-SOLER, GISELLE M
-------------------------------------
PRO HOC VICE
 For: LOPEZ-SOLER, GISELLE M
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
-------------------------------------
PAPER CHECK CONVERSION
 Remitter: LOPEZ-SOLER, GISELLE M
 Check/Money Order Num: 101
 Amt Tendered:  $300.00
-------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-BK-3283 LTS:

P/H/V FROM SMITH, ZACHARY H THRU
LOCAL COUNSEL LOPEZ-SOLER, GISELLE
M
```