# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17-BK-3283-LTS

(Jointly Administered)

---------------------------------------------------------------- x

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

    **COMES NOW** Marie B. Hahn, applicant herein, and respectfully states:

    1.    Applicant is an attorney and an associate of the law firm of (or practices under the name of Cohen, Weiss and Simon LLP with offices at:

| | |
|---|---|
| Address | 900 Third Avenue, 21st Floor<br>New York, NY 10022-4869 |
| Email | mhahn@cwsny.com |
| Telephone No. | (212) 356-0257 |
| Fax No. | (646) 473-8257 |

    2.    Applicant will sign all pleadings with the name Marie B. Hahn.

    3.    Applicant has been retained personally or as an associate of the above-named firm by United Auto Workers International Union and Service Employees International

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

01050513.1

Union to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since April 16, 2018, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 5192224.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| New York | April 16, 2018 |
| United States District Court for the Southern District of New York | July 24, 2018 |
| United States District Court for the Eastern District of New York | July 27, 2018 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for *pro hac vice admission* in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| n/a | n/a |

10. Local counsel of record associated with applicant in this matter is:

2

| | |
|---|---|
| Name | Miguel Simonet-Sierra |
| USDC-PR Bar No. | 210102 |
| Address | 101 San Patricio Ave., Suite 1120 |
| | Guaynabo, PR 00968 |
| Email | msimonet@msglawpr.com |
| Telephone No. | 787-620-5300 |
| Fax No. | 787-620-5305 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 2/20/2019

Marie B. Hahn
Printed Name of Applicant

*/s/ Marie B. Hahn*
Signature of Applicant

3

**I HEREBY CERTIFY**, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: 2/26/19

Miguel Simonet Sierra
Printed Name of Local Counsel

Signature of Local Counsel

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing document with the Clerk of the Court's CM/ECF system, which will provide notice thereof to all attorneys of record.

/s/ Miguel Simonet Sierra
**MIGUEL SIMONET SIERRA**
USDC # 210101
MONSERRATE SIMONET & GIERBOLINI
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
Email: msimonet@msglawpr.com

4