PO Box 574
05672

7018 1130 0000 9106 7031

The Clerk of the US District Court for District of Puerto Rico
Room 150 Federal Bld., 150 Carlos Chardon Ave
San Juan, PC 00918-1767

RECEIVED & FILED
2019 FEB 28 PM 4: 39
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
STOWE, VT
05672
FEB 25, 19
AMOUNT
$6.85
R2304N117098-03