UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD<br>FOR PUERTO RICO<br><br>As representative of<br>THE COMONWEALTH OF<br>PUERTO RICO<br><br>Debtors | PROMISA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

CERTIFICATE OF MAILING NOTICE OF PARTICIPATION

I certify under penalty of perjury under the laws of the State of Washington that I mailed on this date a copy of the Notice of Participation and this Certificate, properly addressed and postage prepaid, to the Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767 and via email to the parties listed below:

BROWN RUDNICK LLP

Attn: Edward S. Weiselner, Esq.

Angela M. Papalaskaris, Esq.

1.

JAMES E. LEGGETT
P.O. Box 7925
Tacoma, WA 98417
253-208-7869
Jim@jlleggett.com

| | |
|---|---|
| 1 | eweisfelner@brownrudnick.com |
| 2 | apapalaskaris@brownrudnick.com |
| 3 | |
| 4 | Stephen A. Best, Esq. |
| 5 | sbest@brownrudnick.com |
| 6 | |
| 7 | Sunni P. Bevelle, Esq. |
| 8 | sbeville@brownrudnick.com |
| 9 | |
| 10 | PAUL HASTINGS LLP |
| 11 | Attn: Luc. A. Despins, Esq. |
| 12 | James R. Bliss, Esq. |
| 13 | Nicholas A. Bassett, Esq. |
| 14 | lucdespins@paulhastings.com |
| 15 | jamesbliss@paulhastings.com |
| 16 | nicholasbassett@paulhastings.com |
| 17 | |
| 18 | ESTRELLA, LLC |
| 19 | Attn: Alberto Estrella, Esq. |
| 20 | Kenneth C. Suria, Esq. |
| 21 | agestrella@estrellallallc.com |
| 22 | ksuria@estrellallc.com |
| 23 | |
| 24 | CASILLAS, SANTIAGO & TORRES LLC |
| 25 | Attn: Juan J. Casillas Ayala, Esq. |

1.

1. Diana M. Batlle-Barasorda, Esq.
2. Alberto J. E. Aneses Negron, Esq.
3. Ericka C. Montull-Novoa, Esq.
4. Jcasollas@cstlawpr.com
5. dbatlle@cstlawpr.com
6. aaneses@cstlawpr.com
7. emontull@cstlawpr.com

Dated 25 February, 2019

*James F. Leggett* (signature)
James F. Leggett

1.

JAMES F. LEGGETT
P.O. Box 7925
Tacoma, WA 98417
253-208-7860
Jim@jfleggett.com