J.F.Leggett
P.O.Box 7925
Tacoma, WA 98417

TACOMA WA 985
OLYMPIA WA
25 FEB 2019 PM 2 L

RECEIVED & FILED
2019 FEB 28 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-17025

Honorable Clerk of the United States District Court
for the District of Puerto Rico,
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

USA FOREVER