

Stephen Sussman
5178 Polly Park Ln.
Boynton Beach, FL 33437

RECEIVED & FILED
2019 FEB 28 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the US District Court for District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

