HENRY & LORRAINE CHANIN
2203 Versailles Ct.
Henderson, NV 89074

RECEIVED & FILED
2019 FEB 28 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the U.S. District Court for Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767