

John T. Bergman
306 Townsvalley Rd.
River Falls, WI 54022

RECEIVED & FILED
2019 FEB 28 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of US District Court PR
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1747