

**John C. Lisicich**
7296 174th St.
Tinley Park, IL 60477-3212

The Clerk of United States District Court
The District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2019 FEB 28 PM 4:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.