From: S. Sheikholeslam
320 26th Ave. N.
St. Petersburg, FL 33704

To: The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 FEB 28 PM 4:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR