

HOWARD M GOODMAN
CAROLINE R GOODMAN
175 Viera Drive
Palm Beach Gardens, FL 33418

Clerk of US District Court for
Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 FEB 28 PM 4:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.