Ms Claire Hutchins I
Snyder
205 Society Hill Blvd
Cherry Hill, NJ 08003

SOUTH JERSEY NJ 080
25 FEB 2019 PM 5 L

The Clerk of the U.S. District Court for the District of Puerto Rico, Room 150
Federal Building
150 Carlo Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 FEB 28 PM 4:58
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.