

SAN BERNARDINO CA 924
25 FEB 2019 PM 4 L

RECEIVED & FILED
2019 FEB 28 PM 4: 58
CLERK
U.S. DIST...

Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Mr. Robert Nowie
73461 Haystack Rd.
Palm Desert, CA 92260-6059