Ms. Marie M. Suatoni
313 Mott Rd.
Fayetteville, NY 13066

SYRACUSE NY 130
25 FEB 2019 PM 3 L

RECEIVED & FILED
2019 FEB 28 PM 4:58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR 00918-1767