Dr. Ángel B. Malavé Gómez
PO Box 860
Mayaguez, PR 00681

RECEIVED & FILED
2019 FEB 28  PM 4:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerck Of The United States
District Court For The District of PR
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

FEB 27 2019
AGUADILLA PR 00605-9997