

Mr. Lawrence Jezouit
309 Freeman St.
Hartford, CT 06106

*Celebrate Freedom*

CERTIFIED MAIL

7015 3430 0000 0267 7834



U.S. POSTAGE PAID
FCM LETTER
WEST HARTFORD, CT
06110
FEB 25, 19
AMOUNT
$7.00
R2304E105696-03

RETURN RECEIPT REQUESTED

U.S. District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

ATTN: CLERK

RETURN RECEIPT REQUESTED

2019 FEB 28 PM 4:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED