**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                              as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                                Debtor. | Case No. 17-BK-4780-LTS<br><br>**Re: ECF No. 975** |
| NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE INC.,<br><br>                                Movants,<br>    v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                                Respondent. | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**INFORMATIVE MOTION SUBMITTING THE PROPOSED ORDER
DENYING THE URGENT MOTION OF FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD, AS REPRESENTATIVE OF DEBTOR,
TO COMPEL PRODUCTION OF DOCUMENTS FROM MOVANTS
<u>RELATING TO THEIR MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

To the Honorable United States Magistrate Judge Judith Gail Dein:

Assured Guaranty Municipal Corp., Assured Guaranty Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. (collectively, the "<u>Insurers</u>"), and the Puerto Rico Electric Power Authority ("<u>PREPA</u>"), by and through the Financial Oversight and Management Board (the "<u>Oversight Board</u>" and together with the Insurers, the "<u>Parties</u>"), as representative of PREPA pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101-2241 ("<u>PROMESA</u>"), jointly submit this informative motion in compliance with the Court's direction at the February 26, 2018 hearing along with the *Proposed Order Denying Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay*, attached as <u>Exhibit A</u> ("<u>Proposed Order</u>"), and respectfully state as follows:

1. On February 7, 2018, the Oversight Board filed the *Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay* (Docket No. 1065,[2] corrected at Docket No. 1066) (the "<u>Urgent Motion</u>") seeking an order compelling the Insurers to produce the documents sought in the Urgent Motion. On February 14, 2019, the Insurers filed an opposition and other papers opposing the Urgent Motion (Docket No. 1084). On February 22, 2019, the Oversight Board filed a reply in further support of the Urgent Motion (Docket No. 1101).

---

[2] Unless otherwise indicated, docket numbers refer to Case No. 17-BK-4780.

2. The Court heard oral argument on the Urgent Motion on February 26, 2018 (the "Hearing"). At the conclusion of the Hearing, the Court stated that it would deny the Urgent Motion and suggested certain additional directives. The Parties to the Urgent Motion agreed to meet and confer in order to submit a proposed order to the Court by March 1, 2019.

3. Following the Hearing, the Parties met and conferred and agreed to the Proposed Order, attached as Exhibit A. The Parties respectfully request that the Court enter the Proposed Order.[3]

Dated: March 1, 2019
New York, New York

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br>   rcasellas@cabprlaw.com <br>   dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> William J. Natbony* <br> Ellen Halstead* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br>   mark.ellenberg@cwt.com <br>   bill.natbony@cwt.com <br>   ellen.halstead@cwt.com <br>   thomas.curtin@cwt.com <br>   casey.servais@cwt.com <br><br> *admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

---

[3] The Oversight Board will today file a separate Informative Motion addressing the issue of an appeal.

| | |
|---|---|
| ADSUDAR MUÑOZ GOYCO SEDA & PÉREZ-OCHOA, PSC, P.S.C. | WEIL, GOTSHAL & MANGES LLP |
| By: /s/ *Eric Pérez-Ochoa* <br> Eric Pérez-Ochoa <br> USDC-PR No. 206,314 <br> Email: epo@amgprlaw.com <br><br> /s/ *Luis A. Oliver-Fraticelli* <br> Luis A. Oliver-Fraticelli <br> USDC-PR NO. 209,204 <br> Email: loliver@amgprlaw.com <br><br> 208 Ponce de Leon Ave., Suite 1600 <br> San Juan, PR 00936 <br> Telephone: (787) 756-9000 <br> Facsimile: (787) 756-9010 <br><br> *Counsel for National Public Finance Guarantee Corporation* | By: /s/ *Robert Berezin* <br> Marcia Goldstein* <br> Jonathan Polkes* <br> Gregory Silbert* <br> Robert Berezin* <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Email: marcia.goldstein@weil.com <br> jonathan.polkes@weil.com <br> gregory.silbert@weil.com <br> robert.berezin@weil.com <br><br> * admitted *pro hac vice* <br><br> *Counsel for National Public Finance Guarantee Corporation* |

-5-

| GOLDMAN ANTONETTI & CORDOVA, LLC | DEBEVOISE & PLIMPTON LLP |
|---|---|
| /s/ *Carlos A. Rodríguez-Vidal*<br>Carlos A. Rodríguez-Vidal<br>USDC-PR No. 201,213<br>E-mail: crodriguez-vidal@gaclaw.com<br><br>/s/ *Solymar Castillo-Morales*<br>Solymar Castillo-Morales<br>USDC-PR NO. 218,310<br>E-mail: scastillo@gaclaw.com<br><br>P.O. Box 70364<br>San Juan, PR 00936-8364<br>Tel.: (787) 759-4117<br>Fax: (787) 767-9177<br><br>*Counsel for Syncora Guarantee Inc.* | /s/ *My Chi To*<br>My Chi To*<br>Craig A. Bruens*<br>Elie J. Worenklein*<br>919 Third Avenue<br>New York, New York 10022<br>Tel.: (212) 909-6000<br>Fax: (212) 909-6836<br>Email: mcto@debevoise.com<br>       cabruens@debevoise.com<br>       eworenklein@debevoise.com<br><br>*admitted *pro hac vice*<br><br>*Counsel for Syncora Guarantee Inc.* |

| | |
|---|---|
| O'NEILL & BORGES LLC | PROSKAUER ROSE LLP |
| By: /s/ *Hermann D. Bauer* <br> Hermann D. Bauer <br> USDC No. 215205 <br> 250 Muñoz Rivera Ave., Suite 800 <br> San Juan, PR 00918-1813 <br> Telephone: (787) 764-8181 <br> Facsimile: (787) 753-8944 <br> Email: hermann.bauer@oneillborges.com | By: /s/ *Margaret A. Dale* <br> Martin J. Bienenstock* <br> Ehud Barak* <br> Margaret A. Dale* <br> Gregg M. Mashberg* <br> Eleven Times Square <br> New York, NY 10036 <br> Telephone: (212) 969-3000 <br> Facsimile: (212) 969-2900 <br> Email: mbienenstock@proskauer.com <br> ebarak@proskauer.com <br> mdale@proskauer.com <br> ppossinger@proskauer.com <br> gmashberg@proskauer.com <br><br> Paul V. Possinger* <br> 70 W. Madison St., Suite 3800 <br> Chicago, IL 60602 <br> Telephone: (312) 962-3550 <br> Facsimile: (312) 962-3551 <br> Email: ppossinger@proskauer.com <br><br> * admitted *pro hac vice* <br><br> *Attorneys for The Financial Oversight and Management Board, as representative of the Puerto Rico Electric Power Authority* |

# **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.
Maja Zerjal, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Luc A. Despins, Esq.
James Bliss, Esq.
James Worthington, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Robert Gordon, Esq.
Richard Levin, Esq.
Catherine Steege, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Gerardo Portela
Mohammad Yassin
Puerto Rico Fiscal Agency and Financial
Advisory Authority (AAFAF)
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero Esq.
Maria T. Alvarez-Santos Esq.
Marini Pietrantoni Muniz, LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Arturo Diaz-Angueira, Esq.
Cancio, Nadal, Rivera & Diaz, P.S.C.
403 Muñoz Rivera Ave.
San Juan (Hato Rey), PR 00918-3345

Juan. J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419

At New York, New York, this 1st day of March, 2019.

By: */s/ Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted *pro hac vice*