

**NATIONWIDE PLANNING ASSOCIATES, INC.**
Member FINRA · SIPC

115 West Century Road, Suite 360
Paramus, New Jersey 07652
Phone: (201) 476-0029
Fax: (201) 476-0132

January 1, 2019 - January 31, 2019
MARIA DEL ROCIO BADILLO

## Transactions in Date Sequence

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 01/31/19 | PES BILLING FEE USD999997 | PES Fee - Gain/Loss Stmts Only Acct: REDACTED 4467 | | | | -24.00 | USD |
| **Total Value of Transactions** | | | | | $0.00 | -$24.00 | USD |

The price and quantity displayed may have been rounded.

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS, AND BANK DEPOSITS  0.00% of Portfolio** | | | | | | | | | |
| Cash Balance | | | | -34.37 | -58.37 | | | | |
| **TOTAL CASH, MONEY FUNDS, AND BANK DEPOSITS** | | | | -$34.37 | -$58.37 | $0.00 | $0.00 | | |

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | | | |
| **Municipal Bonds** | | | | | | | | | |
| [1]PUERTO RICO COMWLTH PUB IMPT REF BDS 2012B 3.650% 07/01/16 B/E DTD 03/29/12 F MATURED SECURITY TRADES FLAT 1ST CPN DTE 05/01/12 CPN PMT MONTHLY ON 01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating WR Security Identifier: 74514LZV2 | | | | | | | | | |
| 01/30/15 [3,12] | 50,000.000 | 89.1630 | 44,581.31 Original Cost Basis: $44,581.31 | 40.7500 | 20,375.00 | -24,206.31 | 0.00 | 1,825.00 | 8.95% |
| **Total Municipal Bonds** | 50,000.000 | | $44,581.31 | | $20,375.00 | -$24,206.31 | $0.00 | $1,825.00 | |
| **TOTAL FIXED INCOME** | 50,000.000 | | $44,581.31 | | $20,375.00 | -$24,206.31 | $0.00 | $1,825.00 | |

Account Number REDACTED 4467
A0069281CSF30045

Go paperless ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC