Maria Del Rocio Badillo
Estancias Del Parque
E 8 Calle A
Guaynabo, P.R. 00969

RECEIVED & FILED
2019 MAR -1 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, P.R. 00918-1767

SAN JUAN PR 009
28 FEB 2019 PM 1 L