Edwin Rodriguez
Urb. Torrecilla D19
Gurabo, P.R. 00969

RECEIVED & FILED
2019 MAR -1 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The United States
District Court Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767


