

Mr. Richard A Suatoni
319 Mott Rd
Fayetteville, NY 13066-1845
U.S.A.

RECEIVED & FILED
2019 MAR -1 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SYRACUSE NY 130
28 FEB 2019 PM 4 L