Mr. Allan E. David
5 Corona
Irvine, CA 92603

RECEIVED & FILED
2019 MAR -1 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

SANTA ANA CA 926
26 FEB 2019 PM 1 L