Ms Tammy T Liu
8318 Saddleback Ledge Ave
Las Vegas, NV 89147

RECEIVED & FILED
2019 MAR -1 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-70625

LAS VEGAS NV 890
25 FEB 2019 PM 5 L