

Robert Fennell
1091 Mission Ridge Dr.
Manteca, CA 95337

RECEIVED & FILED
2019 MAR -1 PM 5:13

The Clerk of The United States
For the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 60918-1767