Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

*** **Response Required** ***

PROMESA PROOF OF CLAIM NUMBER: **5500**
Claimant Name: **Tucker, Steven B**

**Please complete and return this form on or before February 22, 2019,** via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

☑ Ownership of Bonds
☐ Other (describe):

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

| | **CUSIP** | **Amount Claimed** |
|---|---|---|
| 1 | 745145YW6 | $ 4365.28 |
| 2 | 745145HQ8 | $ 4235.45 |
| 3 | | |
| 4 | | |

The total amount of your claim:


$ 8600.73

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response.

FOR OTHER TYPE OF CLAIM:

The amount of your claim:

Please describe the basis for your claim:

To the extent you have any documentation in support of your claim, please include those documents in your response.