# TD Ameritrade

PO BOX 2577 • OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address

TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA NE 68103-2209

TRADING APPS FROM TD AMERITRADE.
DOWNLOAD TODAY!
www.tdameritrade.com/mobileapp

00014040 01 AB 0.381 01 TR 00080 TDCPDD01 000000
STEVEN B TUCKER
3409 HOLLOW BRANCH CT
CHESTERFIELD VA 23832-8559

C6120253253



## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| REDACTED 734-1 | | 10908596774 | 7 | FF | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | FEES | REG FEE |
| YOU BOUGHT | 5 M | 745145YW6 | 84.739 | 4,236.95 | | |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION | NET AMOUNT |
| | 12/16/2013 | 12/19/2013 | 128.33 | | 4,365.28 |

**TRADE DESCRIPTION** — SYMBOL

PUERTO RICO COMNWLTH
PUB IMPT BDS
5.5% DUE 07/01/2018

YTM: 9.743 %
FIRST COUPON 01/01/2002
THIS IS AN UNSOLICITED TRADE
MDY:Baa3; S&P:BBB-
PROJECT NAME: GENERAL PURPOSE;THIS IS A BOOK ENTRY BOND

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| REDACTED 734-1 | | 10908648838 | 7 | FF | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | FEES | REG FEE |
| YOU BOUGHT | 5 M | 745145HQ8 | 82.259 | 4,112.95 | | |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION | NET AMOUNT |
| | 12/16/2013 | 12/19/2013 | 122.50 | | 4,235.45 |

**TRADE DESCRIPTION** — SYMBOL

PUERTO RICO COMNWLTH
PUB IMPT BDS
5.25% DUE 07/01/2018

YTM: 10.238 %
FIRST COUPON 07/01/1999
THIS IS AN UNSOLICITED TRADE
MDY:Baa3; S&P:BBB-
PROJECT NAME: GENERAL PURPOSE;THIS IS A BOOK ENTRY BOND

S 014040 TDCPDD01 017191 E