Steven Tucker
3409 Hollow Branch Ct.
Chesterfield, Va. 23832

The Clerk of the United States District Courts for the District of Puerto Rico, Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, PR
00918-1767

RICHMOND VA
26 FEB 2019 PM

RECEIVED & FILED
2019 MAR -1 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.