Oleg 46-15 57/04
Maspeth, NY 11378-1019

The Clerk, USD Charlotte District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR -1 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

