

Mr. Anthony M. Patti
1108 Lakefield Walk
Marietta, GA 30064

The Clerk of the U.S. District Court
For The District of Puerto Rico
Federal Building
150 Carlos Chardon Ave. Room 150
San Juan, P.R. 00918-1767

ATLANTA METRO GA
26 FEB 2019 PM 8 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED
2019 MAR -1 PM 5:13

