Mr. Allan E. David
5 Corona
Irvine, CA 92603

SANTA ANA CA 926
26 FEB 2019 PM 1 L

The Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR -1 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.