Mr John Hover
3203 Grand Canyon St
Fort Collins, CO 80525

DENVER CO 802
25 FEB '19
PM 9 L

RECEIVED & FILED
2019 MAR -1 PM 5:12

The Clerk of the United States District Court for the District of
Puerto Rico, SAN JUAN, P.R.
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan
PR 00918-1767


