ENCODY, INC.
PO BOX 280
BAYAMON, PR 00960-280

RECEIVED & FILED

2019 MAR -1  PM 5:12

CLERK'S OFFICE
U.S. DISTRICT COURT

0091881706

CERTIFIED MAIL™

7011 1570 0000 4428 4219

U.S. POSTAGE PAID
BAYAMON, PR
00959
FEB 28, '19
AMOUNT
$6.85
R2305K139878-15

1000

00918

THE CLERK OF THE UNITED STATED DISTRICT
COURT FOR THE DISTRIC OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767