5935 N Bailey Ave
Prescott AZ 86305-7461
Winslow

RECEIVED & FILED
2019 MAR -1  PM 5: 12
CLERK'S OFFICE
DISTRICT
SAN JUAN PR

The Clerk of the
United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR. 00918-1767



U.S. POSTAGE PAID
FCM LG ENVE
PRESCOTT, AZ
86301
FEB 28, 19
AMOUNT
$1.15
R2305K136976-36