



Winslow
5935 N Bailey Ave
Prescott AZ 86305-7461

The Clerk of the
United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR. 00918-1767