**Fairfield, Bush & Co.**
265 Church Street Suite 503
New Haven, CT 06510

RECEIVED & FILED
2019 MAR -4 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court
for the District of Puerto Rico
150 Carlos Chardon Avenue
Room 150 Federal Building
San Juan, PR 00918