https://www.fedex.com/shipping/html/en/PrintIFrame.html

ORIGIN ID:EFBA (203) 777-5900
CAROL DAMBROSIA
FAIRFIELD, BUSH & CO.
265 CHURCH STREET
SUITE 503
NEW HAVEN, CT 06510 US
SIGN: CAROL DAMBROSIA

SHIP DATE: 01MAR19
ACTWGT: 0.50 LB
CAD: 105439774/INET4100

BILL SENDER
NO EEI 30.37(a)

TO THE CLERK OF THE US DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(203) 777-5900     REF:
INV.
PO.                DEPT.

(US)



FedEx Express

MON - 04 MAR A5
INTL PRIORITY

TRK# 7745 9897 8554
0430

XQ SIGA

00918
PR-US  SJU





Extremely Urgent

RECEIVED & FILED
2019 MAR -4 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN



B  8554  04Mar
1400  00