UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On February 27, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Statement Service List attached hereto as **Exhibit A**:

- Monthly Fee Application of Ernst & Young LLP, as Financial Advisor to the Financial Oversight and Management Board for Puerto Rico, for Title III Services Rendered and Reimbursement of Expenses for the Period from November 1, 2018 through November 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Monthly Fee Application of Ernst & Young LLP, as Financial Advisor to the Financial Oversight and Management Board for Puerto Rico, for Title III Services Rendered and Reimbursement of Expenses for the Period from December 1, 2018 through December 31, 2018

Dated: March 4, 2019

_____
Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 4, 2019, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20__

## **Exhibit A**

Exhibit A
Fee Statement Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | Edificio Union Plaza PH-A Piso 18 | Avenida Ponce de León #416 | Hato Rey, San Juan | PR | 00918 | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org | Overnight and Email |
| Casillas Santiago & Torres LLC | Attn J Ayala D Brsrd A Ngrn E Nva | El Caribe Office Building | 53 Palmeras Street Ste 1601 | San Juan | PR | 00901-2419 | | Overnight |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com | Email |
| EDGE Legal Strategies, PSC | Attn: Eyck O. Lugo | 252 Ponce de León Avenue | 252 Ponce de León Avenue, Citibank Tower, 12th Floor | San Juan | PR | 918 | elugo@edgelegalpr.com | Email |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | bwilliam@gklaw.com; kstadler@gklaw.com | Email |
| Jenner & Block LLP | Attn Catherine Steege Melissa Root | 353 N Clark Street | | Chicago | IL | 60654 | | Overnight |
| Jenner & Block LLP | Attn Robert Gordon Richard Levin | 919 Third Ave | | New York | NY | 10022 3908 | | Overnight |
| Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com; rlevin@jenner.com | Email |
| Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege | 353 N. Clark Street | | Chicago | IL | 60654 | mroot@jenner.com; csteege@jenner.com | Email |
| Marini Pietrantoni Muniz LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero Esq., Valerie Blay Soler | MCS Plaza, Suite 500 | 255 Ponce de Leon Ave | San Juan | PR | 00917 | vblay@mpmlawpr.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com | Overnight and Email |
| O Melveny Myers LLP | Attn J Rpsrdi S Ulnd D Perez | 7 Times Square | | New York | NY | 10036 | | Overnight |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com | Overnight and Email |
| Office of the United States Trustee for Region 21 | Attn: Guy G. Gebhardt | 75 Spring Street, SW, Room 362 | | Atlanta | GA | 30303 | | Overnight |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com | Overnight and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 2

Exhibit A
Fee Statement Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; anthonybuscarino@paulhastings.com; michaelcomerford@paulhastings.com; alexbongartz@paulhastings.com | Overnight and Email |
| Proskauer Rose LLP | Attn MB PP EB MZ LR MF | Eleven Times Square | | New York | NY | 10036 | | Overnight |
| Proskauer Rose LLP | Attn Paul V Possinger | 70 West Madison Street | | Chicago | IL | 60602 | | Overnight |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman & Chirs Theodoridis | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; ctheodoridis@proskauer.com | Email |
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodríguez Pérez, Angel L. Pantoja Rodríguez, Francisco Parés Alicea & Francisco Peña Montañez | PO Box 9024140 | | San Juan | PR | 00902-4140 | | Overnight |
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodríguez Pérez, Angel L. Pantoja Rodríguez, Francisco Parés Alicea & Francisco Peña Montañez | PO Box 9024140 | | San Juan | PR | 00902-4140 | Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov | Email |
| United States Trustee for Region 21 | Attn G Gebhardt | 75 Spring Street SW | Room 362 | Atlanta | GA | 30303 | USTP.Region21@usdoj.gov | Overnight and Email |
| US Trustee District of Puerto Rico | Attn M Arribas G Gebhardt M Gianrks | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov | Overnight and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 2 of 2