IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                              :
                                                    :   PROMESA
THE FINANCIAL OVERSIGHT AND                         :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                   :
    as representative of                            :   No. 17-BK-3283-LTS
                                                    :
THE COMMONWEALTH OF PUERTO RICO, et al.,            :   (Jointly Administered)
                                                    :
    Debtors.¹                                       :
                                                    :
-------------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

To the Honorable United States District Judge Laura Taylor Swain:

PLEASE TAKE NOTICE that Hiram M. Arnaud, having previously filed a Application for Admission Pro Hac Vice [Docket No. 200], hereby withdraws his appearance on behalf of the United Auto Workers International Union ("UAW") and Service Employees International Union ("SEIU") and requests removal from the CM/ECF electronic notification service and official service list.

PLEASE TAKE NOTICE that the law firm of Cohen, Weiss and Simon LLP and their attorneys of record, Richard M. Seltzer, Peter D. DeChiara, Marie B. Hahn, and Miguel Simonet-Sierra of Monserrate Simonet & Gierbolini (local counsel), continue to represent the

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

01054255.1

- 2 -

UAW and SEIU and hereby request that all notices required in the above referenced case continue to be served to such attorneys of record.

Dated: New York, New York
March 4, 2019

        */s/ Hiram M. Arnaud*
        Hiram M. Arnaud
        COHEN, WEISS AND SIMON LLP
        900 Third Avenue, 21st Floor
        New York, NY 10022-4869
        T: (212) 563-4100
        F: (212) 695-5436
        harnaud@cwsny.com

        Attorneys for UAW and SEIU

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March 2019, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served through the Court's electronic notification system.

      */s/ Hiram M. Arnaud*
      Hiram M. Arnaud

- 3 -