Joseph Gabai, Trustee
Michele R. Gabai, Trustee
Joseph and Michele Gabai Trust
256 South Palm Drive
Beverly Hills, California 90212-3516
United States of America

RECEIVED & FILED
2019 MAR -4 PM 5: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

