Moises Suarez
Av. Sagrado CORAZON 508
San Juan, P. Rico 00915

SAN JUAN PR 009
02 MAR 2019 PM 1 L

The Clerk of the United State District Court
DISTRITO of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan P.R. 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 5:23