J. Tellez
2600 S. Ocean Blvd #1030
Palm Beach, FL 33480

WEST PALM BCH FL 334
28 FEB 2019 PM 2 L

Clerk - United States District Court
District of Puerto Rico Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399