L. Rosen
174 Oakhurst Dpt.
Naples, FL 34110

RECEIVED & FILED
2019 MAR -4 PM 2: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Clerk of U.S. District Court
Puerto Rico