CAPITAL DISTRICT 200xxx
28 FEB 2019 PM 3 L

The Clerk of the US District Court
for the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardón Ave,
San Juan, PR. 00918 -1767

Gloria Goldstein
3112 Gracefield Rd., Apt. 203
Silver Spring, MD 20904

RECEIVED & FILED
2019 MAR -4  PM 5: 23
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN P.R.