

Gloria Goldstein
3112 Gracefield Rd., Apt. 203
Silver Spring, MD 20904

The Clerk of the US District Court
for the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardon Ave.
San Juan, PR. 00918-1767

CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN P.R.

2019 MAR -4 PM 5: 23

RECEIVED & FILED