Warren Min
804 Milan Ave
South Pasadena, CA 91030 USA



The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue
San Juan, PR 00918-1767.

RECEIVED & FILED

2019 MAR -4 PM 5: 23

CLERK'S OFFICE
U.S.DISTRICT CO.
SAN JUAN. P.

Warren Min
804 Milan Ave
South Pasadena, CA 91030 USA



The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue
San Juan, PR 00918-1767.

RECEIVED & FILED

2019 MAR -4 PM 5: 23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.