Ms. Renee S. Feit
6910 108th St Apt 4J
Forest Hills, NY 11375-3817

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 - Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 5:24
U.S. DISTRICT COURT
SAN JUAN, P.R.