DAVID J DREYFUSS AND
CAMILLE V DREYFUSS TTEES
DAVID & CAMILLE DREYFUSS TRUST
1422 BLUEFIELD AVE
LONGMONT, CO 80504-2684

DENVER CO 800
27 FEB 2019 PM 6 L

The Clerk of the U.S. District Court for Puerto,
Room 150, Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2019 MAR -4 PM 5:24

RECEIVED & FILED