**Edward Jones**

Jon Hart
C/O Edward Jones
3211 Division Street, Suite 2
P.O. Box 825
Burlington, IA. 52601

QUAD CITIES IL P&DF
IL 612 2 T
27 FEB 2019 PM

The Clerk of The United States
District Court for The District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR -4 PH 5:05
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR