Puerto Rico Commonwealth Hwy & Transportation
Authority Hwy Rev Senior Series G B/E Dtd 4/29/03 1st coupon 7/1/03
Orig CUSIP: 745190-KG-2 call@100 7/1/13 Int: 5% Maty: 7/1/42
CUSIP: 745190-K23   CUSIP: 745190-2T-4
CUSIP: 745190-K7-2

| Non-taxable Municipal Bond | Proceeds | Cost/Basis | Face Amount |
|---|---|---|---|
| **2003** | | | |
| 11/5 5% Municipal Bonds Due 2042 | | | |
| Buy at 100 cusip# 745190-KG-2 | | | |
| | | | |
| Postage = $5.00 | | | |
| Accrued Interest = $179.17 | | $10005.00 | 10000 |
| | | | |
| | | | |
| | | | 10000 |
| **2013** | | | |
| 7/1 Redeemed at Par - Part Call | $5000.00 | 5094.10 | 5000 |
| Long Term Loss | | (94.10) | |
| Adjusted Basis | | 4910.90 | |
| **2017** | | | |
| 3/31 Date of Death Cost/Basis | | 1490.30 | |