John R. Bateman
5045 Cassandra Way
Reno, NV 89523-1876

RENO NV 895
27 FEB 2019 PM 3 L

The Clerk of the United States District Court
for the district of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-1767

RECEIVED & FILED
2019 MAR -4 PH 5:05
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.