Mani Aryan
5299 Mira Loma Dr
Reno, NV 89502

RECEIVED & FILED
2019 MAR -4 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the US Dist Court
for Dist of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RENO NV 895
28 FEB 2019 PM 2 T

