202 Sandy Cove Rd
Apt 501
Sarasota, FL 34242

RECEIVED & FILED
2019 MAR -4  PM 4: 55
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399

SOUTH JERSEY NJ 080
28 FEB 2019 PM 4 L

USA FOREVER