CEDAR RAPIDS IA 522
27 FEB 2019 PM 1 L

Clerk of US District Court
For District of Puerto Rico
Rm 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

Tim Westercamp
20 Roxbury Dr. NW
Cedar Rapids, IA 52405

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2019 MAR -4 PM 4:55

RECEIVED & FILED