# Morgan Stanley

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number: REDACTED 0-374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL     60015
(847) 480-3600

## You Sold
Trade Date 09/16/16 for Settlement on 09/21/16

| Quantity | 430,000 | Price | 109.125 | Settlement Amount | |
|---|---|---|---|---|---|
| **Description:** PUERTO RICO COMWLTH PUB IMPT REF MATURES 07/01/2020     COUPON 5.50% FIXED COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st ISSUE DATE 10/25/2001     FIRST COUPON DATE 01/01/2002  YIELD TO MATURITY    2.929% GENERAL OBLIGATION INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA) THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE CLOSE-OF-BUSINESS ON 09/16/16 AND ARE SUBJECT TO CHANGE.   S&P RATING: AA-   MOODY'S RATING: A3   FITCH RATING: D BOOK ENTRY ONLY | | | | Principal              $469,237.50 Processing Fee                    6.50 Interest                   5,255.56  Net Amount           $474,486.56 | |
| | | | | Security No. 745145ZB1 | |

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

## CONDITIONS AND DISCLOSURES

### CODES, ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1. New York Stock Exchange
2. Pacific Stock Exchange
3. Philadelphia Stock Exchange
4. Chicago Stock Exchange
5. American Stock Exchange
6. Other Markets
7. Over the Counter
8. Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

**EXECUTION CODE**

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account
6: As agent for another we have sold to you or bought from you
7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account
8 OR U: Prospectus/Official Statement
A, B, C, X, Y, OR Z: Primary and Secondary Unit Trust or listed and OTC when issued Securities
K: Precious Metals
M, R: Mutual Funds

**OTHER ABBREVIATIONS**

ELTR — Estimated Long Term Return
CR — Current Return
PV — Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

### CHARGES AND FEES

| | |
|---|---|
| CHARGE | Represents the markup/down from the wholesaler's or dealer's price. |
| FSCF | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction. |
| SUPPLEMENTAL TRANSACTION FEE | Represents fee to offset additional expenses associated with processing certain transactions. |
| PROCESSING FEE | Represents processing charges for certain executed orders. |
| CDSC | Represents Contingent Deferred Sales Charge. |
| DSC | Represents Deferred Sales Charge. |

### BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

### GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

Municipal Advisor Rule; Disclosures for Municipal Entities and Obligated Persons: Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule). If you have a Brokerage Account, please note that: 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account; 2) we may be acting for our own interests; and 3) before acting on any statements made or information provided by us, you should consult any and all advisors as you deem appropriate.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

**Morgan Stanley**

# Morgan Stanley

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number REDACTED 0-374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL    60015
(847) 480-3600

## You Bought
Trade Date 05/22/14 for Settlement on 05/28/14

| Quantity | 430,000 | Price | 109.71 | Settlement Amount | |
|---|---|---|---|---|---|
| Description: PUERTO RICO COMWLTH PUB IMPT REF MATURES 07/01/2020    COUPON 5.50% FIXED COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st ISSUE DATE 10/25/2001    FIRST COUPON DATE 01/01/2002 YIELD TO MATURITY    3.704% GENERAL OBLIGATION INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA) THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE CLOSE-OF-BUSINESS ON 05/22/14 AND ARE SUBJECT TO CHANGE.     S&P RATING: AA-     MOODY'S RATING: A3     FITCH RATING: BB BOOK ENTRY ONLY FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY, INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES AND MARKET DATA, PLEASE GO TO www.emma.msrb.org | | | | Principal                $471,753.00 Processing Fee                   6.50 Interest                     9,657.08 Net Amount               $481,416.58 | |
| | | | | Security No. 745145ZB1 | |

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

## CONDITIONS AND DISCLOSURES

### CODES, ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1. New York Stock Exchange
2. Pacific Stock Exchange
3. Philadelphia Stock Exchange
4. Chicago Stock Exchange
5. American Stock Exchange
6. Other Markets
7. Over the Counter
8. Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

**EXECUTION CODE**

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account

6: As agent for another we have sold to you or bought from you

7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account

8 OR U: Prospectus/Official Statement

A, B, C, X, Y, OR Z: Primary and Secondary Unit Trust or listed and OTC when issued Securities

K: Precious Metals

M, R: Mutual Funds

**OTHER ABBREVIATIONS**

ELTR Estimated Long Term Return
CR Current Return
PV Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

### CHARGES AND FEES

| | |
|---|---|
| CHARGE | Represents the markup/down from the wholesaler's or dealer's price. |
| FSCF | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction. |
| SUPPLEMENTAL TRANSACTION FEE | Represents fee to offset additional expenses associated with processing certain transactions. |
| PROCESSING FEE | Represents processing charges for certain executed orders. |
| CDSC | Represents Contingent Deferred Sales Charge. |
| DSC | Represents Deferred Sales Charge. |

### BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

### GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

NOTICE TO MUNICIPAL ENTITIES: unless we have agreed otherwise in writing, we are not acting as a municipal advisor under the Dodd-Frank Act.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

**Morgan Stanley**

# Morgan Stanley

This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page

Exchange Code: 8
Execution Code: 7
Your Account Number: REDACTED 0-374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL     60015
(847) 480-3600

**You Sold**
Trade Date 09/16/16 for Settlement on 09/21/16

| Quantity | 250,000 | Price | 107.246 | Settlement Amount | |
|---|---|---|---|---|---|

**Description:**
PUERTO RICO COMWLTH HWY & TRANSN AUTH HWY REV REF-AA
MATURES 07/01/2019          COUPON 5.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 04/29/2003     FIRST COUPON DATE 07/01/2003

YIELD TO MATURITY     2.770%
REVENUE BOND
INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA)
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 09/16/16 AND ARE SUBJECT TO CHANGE.
   S&P RATING: AA-
   MOODY'S RATING: A3
DOCUMENTS AND CONTINUING DISCLOSURES RELATING TO THIS
SECURITY MAY ALSO BE AVAILABLE ON EMMA AT CUSIP 745181XK8.
BOOK ENTRY ONLY

Principal          $268,115.00
Processing Fee            6.50
Interest             3,055.56

Net Amount         $271,164.06

Security No. 745181N86

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

## CONDITIONS AND DISCLOSURES

### CODES, ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1. New York Stock Exchange
2. Pacific Stock Exchange
3. Philadelphia Stock Exchange
4. Chicago Stock Exchange
5. American Stock Exchange
6. Other Markets
7. Over the Counter
8. Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

**EXECUTION CODE**

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account
6: As agent for another we have sold to you or bought from you
7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account
8 OR U: Prospectus/Official Statement
A, B, C, X, Y, OR Z: Primary and Secondary Unit Trust or listed and OTC when issued Securities
K: Precious Metals
M, R: Mutual Funds

**OTHER ABBREVIATIONS**

ELTR — Estimated Long Term Return
CR — Current Return
PV — Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

### CHARGES AND FEES

| | |
|---|---|
| CHARGE | Represents the markup/down from the wholesaler's or dealer's price. |
| FSCF | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction. |
| SUPPLEMENTAL TRANSACTION FEE | Represents fee to offset additional expenses associated with processing certain transactions. |
| PROCESSING FEE | Represents processing charges for certain executed orders. |
| CDSC | Represents Contingent Deferred Sales Charge. |
| DSC | Represents Deferred Sales Charge. |

### BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

### GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

Municipal Advisor Rule; Disclosures for Municipal Entities and Obligated Persons: Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule). If you have a Brokerage Account, please note that: 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account; 2) we may be acting for our own interests; and 3) before acting on any statements made or information provided by us, you should consult any and all advisors as you deem appropriate.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

**Morgan Stanley**

# Morgan Stanley

This transaction is confirmed in accordance
with the information provided on the
Conditions and Disclosures page

Exchange Code: 8
Execution Code: 7
Your Account Number: REDACTED 0-374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL    60015
(847) 480-3600

## You Bought
Trade Date 06/04/14 for Settlement on 06/09/14

| Quantity | 250,000 | Price | 108.181 | Settlement Amount | |
|---|---|---|---|---|---|

Description:
PUERTO RICO COMWLTH HWY & TRANSN AUTH HWY REV REF-AA
MATURES 07/01/2019        COUPON 5.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 04/29/2003    FIRST COUPON DATE 07/01/2003

YIELD TO MATURITY    3.711%
REVENUE BOND
INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA)
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 06/04/14 AND ARE SUBJECT TO CHANGE.
   S&P RATING: AA-
   MOODY'S RATING: A3
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org
DOCUMENTS AND CONTINUING DISCLOSURES RELATING TO THIS
SECURITY MAY ALSO BE AVAILABLE ON EMMA AT CUSIP 745181XK8.
BOOK ENTRY ONLY

| | |
|---|---|
| Principal | $270,452.50 |
| Processing Fee | 6.50 |
| Interest | 6,034.72 |
| Net Amount | $276,493.72 |

Security No. 745181N86

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

## CONDITIONS AND DISCLOSURES

### CODES, ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**
1. New York Stock Exchange
2. Pacific Stock Exchange
3. Philadelphia Stock Exchange
4. Chicago Stock Exchange
5. American Stock Exchange
6. Other Markets
7. Over the Counter
8. Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

**EXECUTION CODE**
1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account
6: As agent for another we have sold to you or bought from you
7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account
8 OR U: Prospectus/Official Statement
A, B, C, X, Y, OR Z: Primary and Secondary Unit Trust or listed and OTC when issued Securities
K: Precious Metals
M, R: Mutual Funds

**OTHER ABBREVIATIONS**
ELTR — Estimated Long Term Return
CR — Current Return
PV — Par Value

### FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

### CHARGES AND FEES

| | |
|---|---|
| CHARGE | Represents the markup/down from the wholesaler's or dealer's price. |
| FSCF | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction. |
| SUPPLEMENTAL TRANSACTION FEE | Represents fee to offset additional expenses associated with processing certain transactions. |
| PROCESSING FEE | Represents processing charges for certain executed orders. |
| CDSC | Represents Contingent Deferred Sales Charge. |
| DSC | Represents Deferred Sales Charge. |

### BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

### GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

NOTICE TO MUNICIPAL ENTITIES: unless we have agreed otherwise in writing, we are not acting as a municipal advisor under the Dodd-Frank Act.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

**Morgan Stanley**