Vincent Incopero
P.O. Box 1064
Elmhurst, Il. 60126

CAROL STREAM IL 601
28 FEB 2019 PM 1

RECEIVED & FILED
2019 MAR -4 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Let's the P.R.O.C. Clerk off the United States of
the District Court for the District of Puerto Rico,
left the Puerto Rican District Court to Court in
San Juan
Room 150 Building
Federal Building
Carlos Chardon Ave.
150 Carlos Chardon Ave.
SAN Juan, Puerto Rico 00918-1767