Jeff Whiting
P.O. Box 1
Suring, WI. 54174

RECEIVED & FILED
2019 MAR -4  PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The U.S. District Court, District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR. 00918-1767