Moliterno
409 39th Ave N
Myrtle Beach, SC 29577-2703

The Clerk of the US District for the District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

COLUMBIA SC 290
01 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR -4  PM 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

