R. BLINN
P.O. BOX 768
PLAINVIEW, NY
11803-0768

RECEIVED & FILED
2019 MAR -4 PM 4:54
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR