ANGEL A KOCK
URB EXT PARKVILLE
Z6 CALLE COLORADO
GUAYNABO, PR 00969-3924

RECEIVED & FILED
2019 MAR -4 PM 4: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SECRETARIO DEL TRIBUNAL FEDERAL
PARA EL DISTRITO DE PUERTO RICO
OFICINA 150 EDIF FEDERAL
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1767

SAN JUAN PR 009
01 MAR 2019 PM

$000.50
0000351656 FEB 28 2019