Maureen Pacini
1437 Last Oak Ct.
Fort Collins, CO 80525-5581

The Clerk of the Distr. Court for the District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 4: 53
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

DENVER CO 802
27 FEB 2019 PM 5 L

00918-17099