**74529JLM5 10,107.04 10,000.0000 49.0000 4,475.00 4,900.00 PUERTO RICO SALES TAX FING CORP REV FIRST SUB C B/E OID @96.724 5.47% CPN 5.250% DUE 08/01/41 DTD 06/30/10 FC 02/01/11 CALL 08/01/20 @ 100.000 Moody Rating CA S&P Rating D Total Est. annual income: $10,002.50; Est. yield: 4.29**

March 29, 2018

Re: PUERTO RICO SALES TAX FING CORP REV FIRST SUB C B/E OID @96.724 5.47% CPN 5.25000 % MTD 2041-08-01 DTD 2010-06-30

Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

Gentlemen:

MY name is:
Paul S. Cooper
12 Vickers Ave
Bridgeton, N.J. 08302
856-451-1513
Knotquite2@verizon.net

I purchased 10,000 units of your Sales Tax bonds on 5/9/2017 from Vanguard. See below:

| 05/09/2017 | 05/09/2017 - - | PUERTO RICO SALES TAX FING CORP REV FIRST SUB C B/E OID @96.724 5.47% CPN 5.25000 % MTD 2041-08-01 |

I paid Vanguard $10,175.58 for this bond purchase on 5/9/2017. I am submitting this claim in case there is a settlement of paying back this bond.

Thanks.


Paul S. Cooper