Paul S Cooper
12 Vickers Ave
Bridgeton, NJ 08302

SOUTH JERSEY NJ 080
26 FEB 2019 PM 5 L



RECEIVED & FILED
2019 MAR -4 PM 4:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

0091881703 C018