**UBS**

Resource Management Account
December 2018

Account name: ARTURO PICO VIDAL
Account number: REDACTED 22 DS

Your Financial Advisor:
DARIO SUAREZ
787-250-3600/800-221-9825

## Your assets ▸ Fixed income ▸ Asset backed securities (continued)

| Holding | Trade date | Quantity | Purchase price($) | Adjusted cost basis ($) | Price on Dec 31 ($) | Value on Dec 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PR STRUC P/T TR SER 1994-1 CL 1H RATE 05.6250 MATURES 022424/R/ FACTOR 0.129987300000 CALLABLE CURRENT PAR VALUE 12,999 ACCRUED INTEREST $60.93 CUSIP 86357RAB4 EAI: $731 Current yield: 5.65% | Feb 25, 94 | 100,000.000 | 100.000 | 12,998.73 | 99.500 | 12,934.00 | -64.73 | LT |
| PR GNMA POOL 411977X UNIT 0100 RATE 07.0000% MATURES 03/15/26 360 DAY COUPON ACCRUED INTEREST $244.94 CUSIP 36233FV71 EAI: $2,939 Current yield: 6.88% | Mar 28, 08 | 41,991.000 | 100.375 | 42,148.46 [1] | 101.815 | 42,753.13 | 604.67 | LT |
| **Total** | | **166,991.000** | | **$55,625.21** | | **$56,161.94** | **$536.73** | |

**Total accrued interest: $305.87**

**Total estimated annual income: $3,699**

[1] Indicates cost basis information provided by you or another third party. UBS FS has not verified this information and does not guarantee its accuracy.

## Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Dec 31 ($) | Value on Dec 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO COMWLTH TAX SR B BE/R/ DEFAULTED RATE 04.100% MATURES 07/01/18 CUSIP 74514LZX8 Moody: Not rated  S&P: Not rated | Mar 08, 12 | 10,000.000 | 100.000 | 10,000.00 | 51.500 | 5,150.00 | -4,850.00 | LT |

*continued next page*