**ARTURO PICO VIDAL**
INGENIERO CIVIL
APARTADO - 7375
PONCE, PUERTO RICO - 00732

The Clerk of the United States for the District of Puerto Rico
Room-150
Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 4:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.