Deborah Milano
299 Connie Wright Rd.
Irmo SC 29063

RECEIVED & FILED
2019 MAR -4 PM 4:52
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R

COLUMBIA SC 290
27 FEB 2019 PM 1 L

The Clerk of the US District Ct.
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170339

