

27 FEB 2019

The Clerk of the U.S. Court for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, P.R.

00918-170399

Mr. Joseph Keleher
5 Woodcreek Ct.
Deer Park, NY 11729

RECEIVED & FILED
2019 MAR -4 PM 4:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.