Wilodyne Bruce
117 Brentwood Dr. South
Lake Placid, FL  33852

TAMPA FL 335
27 FEB 2019 PM 5 L

The Clerk of the United District Court
for the District of Puerto

Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 0918-1767

RECEIVED & FILED
2019 MAR -4  PM 4: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.