*Hometown*
Investments & Insurance Services, LLC
1477 S. Knowles Ave. • Suite 101
New Richmond, WI 54017

RECEIVED & FILED
2019 MAR -4 PM 4:52
CLERK
U.S. DISTRICT
SAN JUAN

The Clerk of the United States District Court for t
EDIF FEDERAL
Room 150 Federal Building
150 Ave Carlos Chardon
San Juan PR 00918-1703

ST PAUL MN 550
27 FEB '19
PM 4 L

$0.500
US POSTAGE
FIRST-CLASS
FROM 54017
FEB 26 2019
stamps.com