

Anthony Minutoli
60-35 75 St.
Middle Village NY 11379
(USA)

RECEIVED & FILED
2019 MAR -4 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
for the district of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767