**G** MERRY GOLDSTEIN
371 Lonesome Trl
Waterbury, VT 05676



RECEIVED & FILED
2019 MAR -4 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767