Mr. Gerald Loev
8 Lounsbury Rd
Mount Kisco, NY 10549

WESTCHESTER NY 105
27 FEB 2019 PM 5 L

Clerk of the U.S. District Court for
the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918-1706625

RECEIVED & FILED
2019 MAR -4 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.