Galbraith
243 Mountwell Avenue
Haddonfield, NJ 08033

RECEIVED & FILED
2019 MAR -4 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardón Avenue
San Juan, PR 00918-1767

00918-$202525

