Bruyon C. Vassey
665 S. Gouldsboro Rd
Gouldsboro, Me 04607

COLUMBIA SC 290
28 FEB 2019 PM 1 L

00918-170625

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150, Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 4:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.