ROBERT J. MILLER
8555 Old Carriage Trail
Cincinnati, Ohio 45242

The Clerk of the United States
District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

2019 MAR -4 PM 4:43

RECEIVED & FILED