Note :

I am not a participant and my vote was not exercised because my cusip numbers of my bonuses do not appear in the list of objected bonds.

My cusip numbers are the following :

Cusip # 2916 MBA7 ($55,000.00) RES (ERS)

Cusip # 2916 MBN9 ($50,000.00) RES (ERS)

Cusip # 74526 QZS4 ($40,000.00) AEE

Cusip # 36829 QAA3 ($25,516.00) Recovery Dev. Bank.

Néstor A. Rodríguez Murty