

Nestor A. Rodriguez Ortiz
5347 Ave. Isla Verde, apts.12.14
Carolina, PR 00979-5309

Secretaría del Tribunal de Distrito de PR
Oficina 150 Edeficio Federal
150 Ave. Carlos Chardon
San Juan, PR, 00918-1767