Note:

I am not a participant and my vote was not exercised because my cusip number of my bonds do not appear in the list of affected bonds.

My cusip number is the following:

Cusip # 36829 QAA3 ($15,309.00)
Recovery Development Bank.