Nestor A. Rodriguez Matz
6347 Ave. Isla Verde, apts 12:14
Carolina, PR 00979-5309

Secretaria del Tribunal de Distrito de PR
Oficina 150 Edificio Federal
150 Ave. Carlos Chardón
San Juan, PR, 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.