WEST PALM 2019 FEB 11
27 FEB 2019 PM 1 L

The Clerk of the United States District Court
For The District of Puerto, Room 150
Federal Bldg
150 Carlos Chardon Avenue,
San Juan, PR, PR 06918-1767
00918-170625

RECEIVED & FILED
2019 MAR -4 PM 4: 44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Jeffrey Sellers
22703 Camino Del Mar, Apt. 26
Boca Raton, FL 33433