# STIFEL

Stifel, Nicolaus & Company, Incorporated
501 North Broadway
St. Louis, Missouri 63102

ADDRESS SERVICE REQUESTED

US POSTAGE $000.50
PITNEY BOWES
FEB 27 2019
MAILED FROM ZIP CODE 53083

MILWAUKEE WI 532
27 FEB '19 PM 8 L

The Clerk of the United States District Court
for the District of Puerto Rico, Room 150 Federal
Building, 150
Carlos Chardon Avenue, San Juan, PR
00918-1767

RECEIVED & FILED
2019 MAR -4 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.