7745 Indian Oaks Drive
Apartment # H-219
Vero Beach, FL 32966-2440

RECEIVED & FILED
2019 MAR -4 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court for the District of
Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-1706Z5

ORLANDO FL 328
27 FEB 2019 PM 6 L

USA FOREVER