10957 SW 82nd Ter.
Ocala, FL 34481

RECEIVED & FILED
2019 MAR -4 PM 4:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JACKSONVILLE FL 320
27 FEB 2019 PM 3 L

The Clerk of the U.S. District Ct for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR
00918-1767

