

Mr. Steve Cohen
6 Thames Ave
Piscataway, NJ 08854-5229

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2019 MAR -4  PM 4:44

RECEIVED & FILED

The Clerk of the US District Court
For The District of Puerto Rico
Room 150
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625