

CERTIFIED MAIL

Lynn L Schrier Behler
704 S Union St
Alexandria, VA 22314

7018 1130 0000 3838 4252

U.S. POSTAGE PAID
FCM LETTER
ALEXANDRIA, VA
22320
FEB 27, 19
AMOUNT
$6.85
R2304E106332-08

1000          00918

RETURN RECEIPT
REQUESTED

The Clerk of the U.S. District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625