

American Capital Access
~~170 Broadway, 11th Floor~~
~~New York, New York 10005~~
3642 Culding Dr, Terrace
Midlothian, VA 23113
USA

RECEIVED & F...
2019 MAR -4 PM 4: 1
'S OFFICE
...RICT COURT
SAN JUAN, PR

The Clerk of the United States
District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-1702525