**Stoever Glass&Co**

INCORPORATED

30 Wall Street, Suite 710 New York, NY10005

$000.50

PITNEY BOWES

UNITED STATES POSTAGE

02 1P
0000772902 MAR 01 2019
MAILED FROM ZIP CODE 33432

W PALM BCH
FL 334
01 MAR '19
PM 3.1

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767

00918-1706625

RECEIVED & FILED
2019 MAR -4 PM 4: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.