Boston Trust + Investment Mgmt Co
One Beacon St
Fl 33
Boston MA 02108

RECEIVED & FILED
2019 MAR -4 PM 4: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

BOSTON MA 021
01 MAR '19
PM 5 L

00918-170625

US POSTAGE $000.470
PITNEY BOWES
02 1P
0001966652
MAILED FROM ZIP CODE 02108
MAR 01 2019