SAN JUAN PR 009

01 MAR 2019 PM 1 T

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

P.O. Box 19471
S.J. P.R. 00917-2471

RECEIVED & FILED

2019 MAR -4  PM 4:42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN,P.R.