Robert F. Schott
Feldcrest Road
New Canaan CT 06840

18 1130 0000 0092 1447

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RETURN RECEIPT
REQUESTED

The Clerk of the United States
District court for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

0091881703 0018

U.S. POSTAGE PAID
FCM CENTER
NEW CANAAN, CT
06840
FEB 27, 19
AMOUNT
$6.85
R2304H107898-88

1000

00918

RECEIVED & FILED
19 MAR -4 PM 4: 42
CLERK'S OFFICE