DUNCAN
3 DAVIS COURT
WESTFIELD, NJ 07090

ATTN: THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2019 MAR -4 PM 4:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.