Mrs. Janet T. Carswell
15 Bunker Hill Dr.
Washington Crossing, PA 18977-1415

PHILADELPHIA PA 190

27 FEB 2019   FM 4 L

RECEIVED & FILED
2019 MAR -4   PM 4: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170355