



U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY
11215
MAR 01, 19
AMOUNT
$4.05
R2304E107040-23

RECEIVED & FILED
2019 MAR -4 PM 4:42
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

7018 1130 0000 9796 3252

CERTIFIED MAIL

Lee Adair Lawrence
70 8th Ave Apt 4
Brooklyn, NY 11217