Lawrence M. Adams
2814 Banyan Blvd. Cir. NW
Boca Raton, FL 33431

WEST PALM BCH FL 334
28 FEB 2019 PM 11

The Clerk of the United States District Court
for the District of Puerto Rico.
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

00918-176525

RECEIVED & FILED
2019 MAR -4  PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

