DV DANIELS NJ 070

27 FEB 2019 PM 6 L

USA FOREVER

RECEIVED & FILED
2019 MAR -4 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

00918-170625



Mrs. Susan Messer
158 Pershing Rd
Englewd Clfs, NJ 07632