Michael Quinn, CRPC®
Private Wealth Advisor
Managing Director
**Williams Quinn Petersen & Associates**
A private wealth advisory practice of Ameriprise Financial Services, Inc.

15858 W Dodge Rd Ste 110
Omaha, NE 68118-2047

Williams Quinn Petersen
& Associates

The Clerk of the US District
Court for the Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

RECEIVED & FILED
2019 MAR -4  PM 4: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.