# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board of Puerto Rico | PROMESA, Title III |
| As Representative of | No. 17-BK-3283 (LTS) |
| The Commonwealth of Puerto Rico | No. 17-BK-3284 (LTS) |
| Puerto Rico Sales Tax Financing Corporation's ("COFINA"), *et al* | (Jointly Administered) |
| Debtors | |

**CREDITOR TOMÁS CORREA-ACEVEDO'S MOTION TO WITHDRAW RESPONSES TO SIXTH AND TWELFTH OMNIBUS OBJECTIONS TO COFINA CLAIM NUMBER 15428 (DOCKETS 4943 AND 4944) WITHOUT PREJUDICE**

**TO THE HONORABLE LAURA TAYLOR SWAIN**:

**COMES NOW** Creditor **TOMÁS CORREA-ACEVEDO** (from hereinafter "Correa-Acevedo"), by and through his undersigned counsel, and consents to withdrawing his responses to Puerto Rico Sales Tax Financing Corporation's ("COFINA") Sixth and Twelfth Omnibus Objections to Proof of Claim number 15428 **without prejudice**. In support thereof, Correa-Acevedo respectfully **STATES**

and **PRAYS** as follows:

Proof of Claim number 15428, which belongs to appearing creditor, was included in COFINA's Sixth and Twelfth Omnibus Objections. Correa-Acevedo timely filed his response to both omnibus objections, in which he demonstrated that: 1) COFINA's Sixth and Twelfth Omnibus Objections failed to submit the necessary counterevidence to refute his Proof of Claim's *prima facie* validity and legal sufficiency; and 2) the attached additional documentary evidence lent further support to his Proofs of Claim against COFINA. See Dockets 4943 and 4944.

On that very same day, COFINA's counsel, Ms. Jacquelyn N. Crawley, Esq., contacted the undersigned to request that Correa-Acevedo withdraws his responses, as all of his COFINA claims were purportedly included in the Bank of New York Mellon's *Master Proof of Claim* filed as Trustee on May 25, 2018[1], which is identified by barcode 170328380007903. According to COFINA's counsel, pages 18 and 19 of the aforesaid *Master Proof of Claim* includes all bonds issued under CUSIP numbers 74529JGQ2, 74529JLE3, and 74529JKU8 (Series 2009B Bonds, Series 2010E Bonds, and Series 2010A Bonds), which should cover Correa-Acevedo's claims. Nevertheless, after perusing the *Master Proof of Claim's* contents, the undersigned pointed-out that Correa-Acevedo, or any other bond holder for that matter, is not mentioned anywhere therein, and that the document also does not specify whether any of these claims were asserted as secured or unsecured. Still, COFINA's counsel reassured that the Correa-Acevedo's were fully-covered in the Bank of New York Mellon's *Master Proof of Claim* and requested that the responses to the Sixth and Twelfth Objections be withdrawn.

Based on all of the foregoing, Correa-Acevedo hereby consents to withdrawing his responses to COFINA's Sixth and Twelfth Omnibus Objections (Dockets Number 4943 and 4944) **without prejudice** to refiling them should the need ever arise.

**WHEREFORE**, creditor **TOMÁS CORREA-ACEVEDO** withdraws his responses to COFINA's Sixth and Twelfth Omnibus Objections (Docket Number 4943 and 4944) without prejudice.

---

[1] Prior to filing his *Proofs of Claim*, Correa-Acevedo reviewed all available case Dockets and Claims Registers to see whether a Master Proof of Claim had been filed on his behalf. As the claims bar date was drawing to a close and no Master Proof of Claim was readily identified, Correa-Acevedo had to file his own Proofs of Claims to duly preserve all his creditor rights.

## Certificate of Service

**I HEREBY CERTIFY** that on this same date a true and exact copy of this response was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to all attorneys registered in said system.

**I FURTHER CERTIFY** that on this very same date, a true and exact copy of this response was also served via First-Class Mail postage pre-paid to: i) Hon. Laura Taylor Swain's Chambers, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite 3312, New York, New York 1007-1312; ii) Honorable Judge Judith Dein's Chambers Joseph Moakley United States Courthouse, One Courthouse Way, Room 6420, Boston, MA 02210-3002; iii) Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922; iv) Counsel for the Oversight Board, Proskauer Rose, LLP, Eleven Times Square, New York, New York, 10036-8299, Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barajk, and Maka Zerjal; and v) Counsel for the Unsecured Creditors' Committee, Paul Hastings, LLP, 200 Park avenue, New York, New York 10166, Attn: Luc A. Despins, James Bliss, James Worthington, and G. Alexander Bongartz.

In Guaynabo, Puerto Rico, this 5th day of March, 2019.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Counsel for Creditor Tomás Correa-Acevedo
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

/s/ Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com