## Addendum for Notices of Participation of Peter C. Hein and Anne Farley

This Notice Participation is filed with a full reservation of all rights and objections, including but not limited to those set forth in Docket#4913 and Docket#5103.

All rights to supplement or amend this Notice of Participation are reserved.

Additional information and objections are included in Claims Nos. 10696 and 10288.

Without in any way limiting objections to these proceedings, or all rights to amend or supplement any objections or this Notice of Participation in any respect, it is specifically asserted that the Financial Oversight and Management Board for Puerto Rico ("FOMB") was appointed in violation of the Appointments Clause of the U.S. Constitution, that the FOMB's actions with respect to the filing of the Title III case and to the certifying of fiscal plans are void, that the Title III proceeding should be dismissed, and that the challenge being brought to certain general obligation bonds by or on behalf of the FOMB or any members thereof and any committee established in connection with these Title III proceedings is void and should be dismissed. *See, inter alia, Lucia* v. *SEC*, ___ U.S. ___ (2018), slip op. at 12-13.