Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

RECEIVED & FILED

2019 MAR -4 PM 4:51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

 

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10019 $ 002.66
02 1W
0001403547 FEB 28 2019

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767