Ms. Kathleen Urbanski
39 Woodshire Dr.
Sicklerville, NJ 08081



RECEIVED & FILED

2019 MAR -4 PM 4:43

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LG ENV
SICKLERVILLE, NJ
08081
FEB 28, 19
AMOUNT
$1.15
R2304E106896-09

THE CLERK of the U.S. District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767