# OPINION SOBRE BONOS OBJETADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO

Febrero 25, 2019

La que subscribe **opina, que todos los bonos emitidos por el Estado Libre Asociado, <u>deben ser válidos</u>** tanto los que detallamos a continuación, como otros que puedan existir. Ninguno debe ser objetado.

  GOVERNMENT OBLIGATION BONDS (GO'S)
  1.- COFINA
  2.-PR Highways and Transportation (HTA)
  3.-Employees Retirement System (ERS)
  4.-Puerto Rico Electric Power Authority (PREPA) (AEE)
  5.-Autoridad de Acueductos y Alcantarillado (AAA)

  **Estos bonos fueron emitidos por Puerto Rico a cambio de recursos limpios y fueron comprados mostrando la confianza en este pais, en muchos casos por envegecientes buscando entradas para su retiro. Todos son, y beben ser válidos, independientemente de cualquier opinión legal, ya que fueron comprados de buena fe, por muchos de sus residentes y <u>todos en su inicio, fueron pagados a la par. Puerto Rico no se puede dar el lujo de darle la espalda a ninguno de sus bonos. Tambien entendemos, una negociacion razonable debía ser considerada.</u>**

Esta opinion también se refiere al caso #17-BK-03283, 17-BK-3283 (LTS), o cualquier otro caso que exista o que pueda existir, que atienda los bonos de Puerto Rico. **La que subscribe entiende no tener bonos de los objetados pero siente la necesidad de expresarse sobre este asunto.**

*[signature]*
María Teresita Martín
Caparra Hills Yagrumo H-22
Guaynabo P.R.00968
E:/GO's/certificacion de la Sra. Martin

*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]*

New York, NY 10166
Attn: Douglass E. Barron
NoticeofParticipation@paulhastings.com
(212) 318-6690

Los números CUSIP de los bonos de obligación general afectados por la Objeción son:

| Series | CUSIP |
|--------|-------|
| 2012 A | 74514LB89 |
| 2012 A | 74514LB63 |
| 2012 A | 74514LA49 |
| 2012 A | 74514LA56 |
| 2012 A | 74514LC88 |
| 2012 A | 74514LD87 |
| 2012 A | 74514LA80 |
| 2012 A | 74514LC39 |
| 2012 A | 74514LB55 |
| 2012 A | 74514LD46 |
| 2012 A | 74514LB97 |
| 2012 A | 74514LD61 |
| 2012 A | 74514LC96 |
| 2012 A | 74514LD79 |
| 2012 A | 74514LC70 |
| 2012 A | 74514LD53 |
| 2012 A | 74514LA31 |
| 2012 A | 74514LC21 |
| 2012 A | 74514LD20 |
| 2012 A | 74514LB48 |
| 2012 A | 74514LA72 |
| 2012 A | 74514LC62 |
| 2012 A | 74514LB22 |
| 2012 A | 74514LC47 |
| 2012 A | 74514LC54 |
| 2012 A | 74514LD38 |
| 2012 A | 74514LA64 |
| 2012 A | 74514LA98 |
| 2012 A | 74514LB30 |
| 2012 A | 74514LB71 |
| 2012 B | 74514LA23 |
| 2012 B | 74514LZV2 |
| 2012 B | 74514LZW0 |
| 2012 B | 74514LZX8 |
| 2012 B | 74514LZY6 |
| 2012 B | 74514LZZ3 |
| 2014 A | 74514LE86 |

## (SUBORDINADOS) BONOS DE COFINA

```
Tony: 74529JNL5-------------$20,000.00
      74529JGP4-------------$10,000.00
Tere  74529JNL5-------------$25,000.00
      74529JGP4-------------$15,000.00
```

CUSIP    AMOUNT                    GO'S*

**ANTONIO MARTIN CERVERA**
| CUSIP | AMOUNT | |
|---|---|---|
| 29216MBL3 | $45,000.00 | RETIREMENT |
| 74235M57 | $50,000.00 | PBA |
| 74516OQF1 | $10,000.00 | AAA |
| 74514LWZ6 | $50,000.00 | PUB IMP |
| 29216MAC4 | $85,000.00 | RETIREMENT SYS |
| S.T. | $240,000.00 | |

**MARIA T. SOTO VILLARES**

| CUSIP | AMOUNT | |
|---|---|---|
| 29216MBL3 | $50,000.00 | RETIREMENT |
| 745235M57 | $50,000.00 | PBA |
| 74520JN4 | $30,000,00 | INFRASTRUCTURE |
| 74516QF1 | $10,000.00 | AAA |
| 74514LWZ6 | $50,000.00 | IMPEDIMENTED SEMI ANNUAL |
| 29216MAC4 | $85,000.00 | RETIREMENT |
| ST | $270,000 | |

CUSIP    AMOUNT                    AEE

TENTATIVO
**ANTONIO MARTIN CERVERA**

| CUSIP | AMOUNT |
|---|---|
| 74526QZB1 | $20,000.00 |
| 74526QZR6 | $60,000.00 |
| 74526QZS4 | $90,000 |
| 74526QXT4 | $100,000.00 |
| S.T. | $270,000.00 |

**MARIA T. SOTO VILLARES**

| CUSIP | AMOUNT |
|---|---|
| 74526QZB1 | $100,000.00 |
| 74526QZR6 | $60,000.00 |
| 74526QZS4 | $105,000.00 |
| 74526QXT4 | $100,000.00 |
| S.T. | $365,000.00 |