Kent Hohn
33788 Walnut Grove Dr Unit 5
Lewes, DE 19958



SOUTH JERSEY NJ 080

02 MAR 2019 PM 5 L

The Clerk of the US District
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767.



RECEIVED & FILED
2019 MAR -5 PM 4: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625