

Rafael & Ramona Fernandez
12731 Mozart St
Blue Island  IL  60406-1920

The Clerk of The United States District Court For The District of Puerto Rico Room 150 Federal Building 150 Carlos Chardon Ave. San Juan PR 00918-1767

RECEIVED & FILED
2019 MAR -5  PM 4: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625