

Walter A. Probst
Mr. Walter Probst
883 Meadow Ln
Franklin Lks, NJ 07417-1112



02 MAR 2019 PM 5 L



THE CLERK OF U.S. DISTRICT COURT
FOR DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN P.R. 00918-1767

00918-170625