**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS~~FEDERAL~~
## PARA EL DISTRITO DE PUERTO RICO

---------------------------------------------------------------- x
:
In re: :
:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
:
    como representante de : Caso Núm. 17-BK-3283 (LTS)
:
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et* : (Administrados Conjuntamente)
*al.*, :
:
    Deudores. :
---------------------------------------------------------------- x

### AVISO DE PARTICIPACIÓN EN CUANTO A LA OBJECIÓN ÓMNIBUS A RECLAMACIONES PRESENTADAS O AFIRMADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO

    **Este aviso tiene que ser notificado y presentado no más tarde de [60 días luego de entrada la orden concediendo la moción sobre los procedimientos], de conformidad con las instrucciones establecidas al final de este documento.**

    La parte identificada a continuación ("Participante") informa a los Objetores su intención de participar en el litigio de la *Objeción Ómnibus de la Junta de Supervisión y Administración Financiera para Puerto Rico, a través de su Comité Especial de Reclamaciones, y del Comité Oficial de Acreedores No Asegurados, a tenor con la sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a las Reclamaciones Presentadas o Incoadas por Ciertos Tenedores de Bonos de Obligación General de Puerto Rico*, con fecha del 14 de enero de 2019 [Docket No. 4784] (la "Objeción"), la cual afirma que todas las reclamaciones que hayan sido o que puedan ser presentadas en contra del Estado Libre Asociado de Puerto Rico a raíz de los bonos de obligación general emitidos por el Estado Libre Asociado en o después del 2012 (los "Bonos GO Impugnados") son inválidas.

    Para asegurar los derechos de participación en el litigio de la Objeción, el Participante provee toda la información solicitada en las secciones 1 a la 3, a continuación:

1.    Información de contacto del Participante, incluyendo su correo electrónico y la de su representación legal, si tiene alguna:



1

*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]*

**Nombre del Participante e información de contacto**

Ruben Nieves Lugardo & Carmen Felix Mendez
Nombre del Participante

N/A
Persona contacto (si el Participante no es un individuo)

N/A
Correo electrónico

PO Box 2462
Dirección línea 1

_____
Dirección línea 2

Canovanas PR 00729
Ciudad, Estado, Código Postal

USA
País

**Información de contacto de la representación legal (si hay alguna)**

_____
Nombre de la firma (si aplica)

_____
Persona contacto

_____
Correo electrónico

_____
Dirección línea 1

_____
Dirección línea 2

_____
Ciudad, Estado, Código Postal

_____
País

2. El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

_____ pretende **apoyar** el remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **inválidos**); o

_____ pretende **oponerse** al remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **válidos**).

3. Si el Participante no es un tenedor de un Bono GO Impugnado, puede pasar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos GO Impugnados, el Participante tiene que responder a los siguientes párrafos (a) y (b) según su mejor conocimiento.

   (a) Provea el número CUSIP de todos los Bonos GO Impugnados del Participante:

2

\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\*

(b) ¿El Participante compró alguno de sus Bonos GO Impugnados, parcial o totalmente, en el mercado secundario? SI o **NO** (por favor, **circule uno**).

Por: _[firma]_ , _[firma]_
Firma

_Ruben Nieves Lugardo_ y _Carmen Felix Mendez_
Nombre en letra de molde

_____
Título (si el Participante no es un individuo)

_Marzo 1, 2019_
Fecha

**Instrucciones para la notificación y presentación del Aviso de Participación:** Este Aviso de Participación tiene que ser (i) **notificado** por correo electrónico a las Partes a Notificar identificadas en el párrafo 8 de los Procedimientos de Objeción y (ii) **presentado** electrónicamente ante el Tribunal de Distrito de conformidad con sus procesos de Presentación Electrónica de Documentos. **Si el Participante no está representado por un abogado, el Participante puede presentar una copia impresa de este Aviso de Participación ante el Tribunal de Distrito mediante correo o personalmente, dirigido a: Secretaríiao del Tribunal Federal para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767.**