RETURN RECEIPT REQUESTED






7017 1450 0001 0439 1001

U.S. POSTAGE PAID
FCM LG ENV
CANOVANAS, PR
00729
MAR 02, 19
AMOUNT
$7.45
R2305K132018-02

Ruben Nieves Lugardo
Po Box 2442
Canovanas PR 00729

SECRETARIA DEL TRIBUNAL FEDERAL
Distrito de Puerto Rico
Oficina 150 Edificio Federal
150 Ave Chardon
San Juan PR 00918-1767

RECEIVED & FILED
2019 MAR -5 PM 4: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

