Prince
9 Star Farm Road
Purchase, New York 10577

7016 0750 0000 1360 5320



U.S. POSTAGE PAID
FCM LETTER
PURCHASE, NY
10577
FEB 28, 19
AMOUNT

$6.85

R2304M116511-10

RECEIVED & FILED
2019 MAR -5 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the U.S. District Court for
the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR