Case:17-03283-LTS Doc#:5402-1 Filed:03/05/19 Entered:03/06/19 17:52:24 Desc: Exhibit Page 1 of 4

**From:** rere1013 <rere1013@aol.com>
**To:** eweisfelner <eweisfelner@brownrudnick.com>
**Subject:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
**Date:** Sat, Mar 2, 2019 10:14 am
**Attachments:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION CASE # 17-BK-3283.pdf (735K)

---

See attached Notice, Case # 17-BK-3283 (LTS)

John Devine

**From:** rere1013 <rere1013@aol.com>
**To:** ksuria <ksuria@estrellallc.com>
**Subject:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
**Date:** Sat, Mar 2, 2019 10:20 am
**Attachments:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION CASE # 17-BK-3283.pdf (735K)

See attached Notice, Case # 17-BK-3283 (LTS)

John Devine

**From:** rere1013 <rere1013@aol.com>
**To:** aaneses <aaneses@cstlawpr.com>
**Subject:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
**Date:** Sat, Mar 2, 2019 10:23 am
**Attachments:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION CASE # 17-BK-3283.pdf (735K)

See attached Notice,, Case # 17-BK-3283 (LTS)

John Devine

**From:** rere1013 <rere1013@aol.com>
**To:** lucdespins <lucdespins@paulhastings.com>
**Subject:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
**Date:** Sat, Mar 2, 2019 10:18 am
**Attachments:** NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION CASE # 17-BK-3283.pdf (735K)

See attached Notice, Case # 17-BK-3283

John Devine