Devine
2265 S. Lagoon Cir
Clearwater, Fl 33765

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

CERTIFIED MAIL
7018 0680 0001 2767 7268

U.S. POSTAGE PAID
FCM LETTER
CLEARWATER, FL 33765
MAR 02, 19
AMOUNT
$7.00
R2304E105963-30

RETURN RECEIPT REQUESTED