110531 270 001172042 C 1

POPULAR SECURITIES
209 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918

Account Number: Redacted


**POPULAR SECURITIES®**

MARIA D SOCORRO ROSELLO MONTALVO
LUIS A MAYSONET NIEVES
HC 02 BOX 3469
SANTA ISABEL PR 00757

YOUR REGISTERED REPRESENTATIVE
ELSIE TORRES
RR#: P01
elstorres@bppr.com

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local          787 758 7400
In-State       787 758 7400
National       800 981 7400

Statement Date: 05/01/11 to 05/31/11

# SNAPSHOT

TOTAL PORTFOLIO
**$9,262.35**

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $143.46 | $95.72 |
| Securities | $9,118.89 | $9,326.82 |
| **TOTAL PORTFOLIO VALUE** | **$9,262.35** | **$9,422.54** |

Portfolio Value (in dollars)

- September 2010
- December 2010
- March 2011
- This Period

A portfolio value less than $100.00 may not be displayed.

| ACCOUNT ACTIVITY | This Period | YEAR-TO-DATE |
|---|---|---|
| Net Trading | $0.00 | ($10,000.00) |
| Net Core Fund Activity | ($47.74) | ($143.46) |
| Net Additions and Withdrawals | $0.00 | $10,000.00 |
| Net Income and Expenses | $47.74 | $143.46 |

END
bers in parenthesis
its or subtractions
National Financial
LLC

1 of 8
1 270 001172042

Popular Securities
Mantenemos un Plan de Contingencia y en caso de emergencia se puede comunicar con nosotros
al 787-648-3334 y 787-648-3335.
Contamos con un grupo de apoyo telefonico en el 787-724-3657 opcion 3 disponibles de lunes
a viernes de 8 a.m. a 5:30 p.m.

Account carried with National Financial Services LLC, Member NYSE, SIPC

:ount Number: Redacted
:ount Name: ROSELLO MO

tement Date: 05/01/2011 to 05/31/2011

**POPULAR SECURITIES®**

:RT:
ple income is
mined based on
mation available to
at the time the
nent was prepared,
s subject to change.
information on
on of interest and
ends is available on
1099-Div, which is
d in February of the
quent year.

## SUMMARY

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
|    Money Markets | $143.46 | $95.72 |
| Securities | | |
|    Mutual Funds | | |
|      Fixed Income | $9,118.89 | $9,326.82 |
| Total Securities | $9,118.89 | $9,326.82 |
| **TOTAL PORTFOLIO VALUE** | **$9,262.35** | **$9,422.54** |

| ACCOUNT ACTIVITY | This Period | YEAR-TO-DATE |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| Trading | | |
|    Securities Purchased | $0.00 | ($10,000.00) |
| **NET TRADING** | **$0.00** | **($10,000.00)** |
| Core Fund Activity | | |
|    Core Funds Purchased | ($47.74) | ($10,143.46) |
|    Core Funds Sold | $0.00 | $10,000.00 |
| **NET CORE FUND ACTIVITY** | **($47.74)** | **($143.46)** |
| Additions and Withdrawals | | |
|    Deposits | $0.00 | $10,000.00 |
| **NET ADDITIONS AND WITHDRAWALS** | **$0.00** | **$10,000.00** |
| Income and Expenses | | |
|    Taxable Income | | |
|      Taxable Dividends | $17.04 | $51.41 |
| **NET TAXABLE INCOME** | **$17.04** | **$51.41** |
|    Non-Taxable Income | | |
|      Non-Taxable Dividends | $33.34 | $100.01 |
| **NET NON-TAXABLE INCOME** | **$33.34** | **$100.01** |
| TOTAL INCOME | $50.38 | $151.42 |
| Foreign Tax Paid | ($2.64) | ($7.96) |
| **TOTAL EXPENSES** | **($2.64)** | **($7.96)** |

### PORTFOLIO ALLOCATION



  Money Markets      1.55 %
  Other Fixed Income Securities    98.45 %

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

Popular Securities      Account carried with National Financial Services LLC, Member NYSE, SIPC
See last page for important information about your brokerage account and this statement.



ount Number: Redacted
ount Name: ROSELLO MO
ement Date: 05/01/2011 to 05/31/2011



| | | |
|---|---|---|
| NET INCOME AND EXPENSES | $47.74 | $143.46 |
| ENDING BALANCE | $0.00 | |

# DETAIL

## PORTFOLIO VALUE

NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS is not responsible for your use of this information in meeting your federal, state, and other tax obligations. NFS makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale based on the average cost method for open-end mutual funds and based on the account level disposal method for all other securities. Starting in 2011, NFS will report certain cost basis and holding period information to you and to the IRS on your annual Form 1099-B as required or allowed by law. Customers should consult their tax advisors for further information.

Amortization, accretion and similar adjustments to cost basis have been provided for any fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

LIMITATION ON COST BASIS INFORMATION: NFS's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale disallowed loss, stock split, stock merger, etc, is an event. For some customers, this limit can be reached with approximately 1500 events. Upon reaching the limit, the system no longer displays or tracks cost basis information for the affected position, and such information will usually show as not available or unknown. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by you, the investor.

Popular Securities, Inc. is a subsidiary of Popular, Inc. and affiliated to BPPR. Investments are not insured by the FDIC, are not deposits or obligations nor guaranteed by BPPR or its affiliates. Are subject to investment risks, including the possible loss of principal.

## CASH AND CASH EQUIVALENTS 1.55%

| Description | Symbol/Cusip Account Type | Quantity | Price on 05/31/11 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **Money Markets** | | | | | | |
| POPULAR MONEY MARKET WHLD<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | PMMWQ<br>CASH | 143.46 | $1.00 | $143.46 | $95.72 | |
| **Total Cash and Cash Equivalents** | | | | $143.46 | | |

**POPULAR SECURITIES®**

Account Number: Redacted
Account Name: ROSELLO MO
Statement Date: 05/01/2011 to 05/31/2011

## MUTUAL FUNDS 98.45%

| Description | Symbol/Cusip Account Type | Quantity | Price on 05/31/11 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | | | |
| POPULAR HIGH GRADE FIXED INCOME CL A<br>Estimated Yield 6.72%<br>Dividend Option Cash<br>Capital Gain Option Cash | POHGQ<br>CASH | 647.948 | $8.43 | $5,462.20 | $5,598.27 | $367.45 | $6,000.00 | ($537.80) |
| POPULAR INCOME PLUS CL A<br>Estimated Yield 7.24%<br>Dividend Option Cash<br>Capital Gain Option Cash | QBYNQ<br>CASH | 399.202 | $9.16 | $3,656.69 | $3,728.55 | $264.95 | $4,000.00 | ($343.31) |
| Total Fixed Income | | | | $9,118.89 | | $632.40 | $10,000.00 | ($881.11) |
| Total Mutual Funds | | | | $9,118.89 | | $632.40 | $10,000.00 | ($881.11) |
| Total Securities | | | | $9,118.89 | | $632.40 | $10,000.00 | ($881.11) |
| **TOTAL PORTFOLIO VALUE** | | | | $9,262.35 | | $632.40 | $10,000.00 | ($881.11) |

*CUSIP Numbers
733175 103
73317X 102

