ULISES BARROS
CONSULTING ENGINEER - MSIE, PE
4 LOIS PLACE FANWOOD
N.J. 07023

01 MAR 2019 PM 1 L



RECEIVED & FILED
2019 MAR -5 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of Puerto Rico, 150 Federal Building 150 Carlos Cnarden Ave. San Juan P.R 00918 -1767.

00918-170999