Willam Dougan
Rae Marie Dougan
W10766 Ghost Hill Rd
Columbus, WI 53925

RECEIVED & FILED
2019 MAR -5 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

02 MAR 2019 PM 7 L



The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan PR 00918-1767