Ruy and Ester Solis
1875 Evergreen Ridge Way
Reno, Nevada 89523

RENO NV 895
01 MAR 2019 PM 2 T



the Clerk of the United States Dist. court
FOR the District of Puerto Rico, Rm 15
Federal Building

150 CARLOS CHARDON Avenue.

SAN JUAN, P.R. 00918-1767

RECEIVED & FILED
2019 MAR -5 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

0091831703 0018