Efrain Gonzalez Caro
PO Box 781
Hormigueros PR 00660

RECEIVED & FILED
2019 MAR -5 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767


CERTIFIED MAIL
7014 0510 0000 5331 0440


$6.85
U.S. POSTAGE PAID
FCM LETTER
HORMIGUEROS, PR
00660
MAR 05, 19
AMOUNT
R2303S102780-04
00918