Jorge L. Rosso
5760 S.W. 107 St.
Miami Florida 33156

RECEIVED & FILED
2019 MAR -7 PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk's Office
United States District Court
150 Carlos Chardon Ave.
San Juan Puerto Rico 00918-1767

Tel 787-772-3401


