Mr. Michael S. Brusca
1201 Green Way
Woodbury, NY 11797



MID-ISLAND NY 117

02 MAR 2019 PM 4 L

RECEIVED & FILED
'19 MAR -5 PM 4: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan P.R. 00918-1767