**UNITED STATES POSTAL SERVICE**

Retail

**P** US POSTAGE PAID
**$7.35**
Origin: 34135
03/05/19
1109000407-12

PRIORITY MAIL 3-Day ®

0 Lb 1.70 Oz
1006

EXPECTED DELIVERY DAY: 03/08/19

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING NUMBER



9505 5156 0312 9064 4251 16



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

FROM: Abe Levy
4875 Pelican Colony Blvd
Apt 301
Bonita Springs FL 34134-6916

TO:
Clerk of U.S. District Court for District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

RECEIVED & FILED
2019 MAR -7 PM 5:18
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

