Mrs. Caryl Komornik
Unit 11
95 Intervale Rd.
Stamford, CT 06905

CERTIFIED MAIL

7018 0360 0001 1513 8329

U.S. POSTAGE PAID
FCM LETTER
STAMFORD, CT
06905
MAR 04, 19
AMOUNT
$4.05
R2305M148906-10

The Clerk of the US District Court
for District of Puerto Rico
Room #150 Federal Building
150 Carlos Chardon Ave
San Juan, PR. 00918-1767