

Shirley Antonucci
1172 Via. Della Costrella
Henderson, NV 89011

RECEIVED
2019 MAR -7 PM 5:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

U.S. POSTAGE PAID
FCM LETTER
HENDERSON, NV 89015
MAR 04, 19
AMOUNT
$4.05
R2305M147758-96

CERTIFIED MAIL
7018 0680 0001 2627 1733

The Clerk Of The United States District Court
For The District Of Puerto
Room 150   Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1765