Bentivegna
817 Mountain Laurel Rd
Fairfield, CT 06824

The Clerk of the US District Court for
the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767