Skidell
112 Foxwood Dr
Jericho NY 11753



MID-ISLAND NY 117
04 MAR 2019 PM 2 L

The Clerk of the US District Court
for the District of Puerto Rico Room 150
Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

RECEIVED
2019 MAR -7 PM 5:47
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

00918-170999