KESSLER, LISCIA, GONZALEZ & TIMMS, PLLC
Certified Public Accountants

910 Middle Country Rd., 2nd Floor
Selden, NY 11784

RECEIVED
2019 MAR -7 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MID-ISLAND NY 117
04 MAR 2019 PM 4 L

The Clerk U.S. District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399