Ghassan Bader
9719 Sunset Circle
Lenexa, KS 66220



RECEIVED
2019 MAR -7 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Clerk of U.S. District Court for District of Puert
Room 150 Federal Building
150 Avenue Carlos Chardo
San Juan PR 00918-1700