Marie Nagel
2040 W. Wayzata Blvd. Apt. 111
Long Lake, MN 55356-5608



CLERK OF THE USDC OF PUBRICO

ROOM 150 FEDERAL BUILDING

150 CARLOS CHARDON AVE

SAN JUAN

PR 00918 1767

00918-170399