Archie Devore
1140 N 80th Street
Lincoln NE 68505



The Clerk of the U.S. District Court for District of Puerto Rico

Room 150 Federal Building
150 Carlos Chadron Avenue
San Juan PR 00918-1767