KURTZ
1431 RIVERPLACE BLVD #2507
JACKSONVILLE, FL 32207

RECEIVED & FILED
2019 MAR -7 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

04 MAR 2019 PM 1 L



Clerk United States District Court
for District of Puerto Rico   Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625