# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 5312** |

## INFORMATIVE MOTION OF THE PBA FUNDS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF MARCH 13-14, 2019, OMNIBUS HEARING

The PBA Funds[1] hereby files this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of the March 13-14, 2019, Omnibus Hearing* [Dkt. No. 5312].

James M. Peck, Grant J. Esposito, and David J. Fioccola, each of Morrison & Foerster LLP ("Morrison & Foerster") intend to appear and, to the extent necessary, present argument at the March 13-14, 2019 omnibus hearing on behalf of the PBA Funds in connection with any matters relating to the *Complaint* [Adv. Pro. 18-00149-LTS, Dkt. No. 1] filed by the Financial Oversight & Management Board for Puerto Rico and the Official Committee of Unsecured Creditors of All Title III Debtors (other than COFINA), including the (a) *PBA Funds' Motion to Intervene* [Adv. Pro. 18-00149-LTS, Dkt. No. 14] and (b) *Joint Reply of Intervening Defendants in Support of the Motions to Intervene* [Adv. Pro. No. 18-00149-LTS, Dkt. No. 48], should those submissions be addressed at the omnibus hearing, in Courtroom 17C of the United States District Court for the

---

[1] *See Third Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 4855].

ny-1479187

Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Morrison & Foerster also expects that one other person will attend and observe the omnibus hearing on behalf of the PBA Funds in New York.

Gerardo A. Carlo from G. Carlo-Altieri Law Offices, LLC intends to attend and observe the omnibus hearing on behalf of the PBA Funds by video teleconference in a courtroom of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

Date: March 8, 2019

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
gacarlo@carlo-altierilaw.com

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
loomislegal@gmail.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Fax: (787) 919-0527

-and-

By: /s/ James M. Peck
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com
GLee@mofo.com

*Counsel for the PBA Funds*