José R. Méndez Bonnin
Urb. Reparto Anaida G-1 Calle 6
Ponce, Puerto Rico 00716-2513

RECEIVED & FILED
2019 MAR -7 PM 5: 16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
06 MAR 2019 PM 1 L

The Clerk of the United States
District Court of Puerto Rico
Office 150 Federal Building
150 Chardon Avenue
San Juan, Puerto Rico 00918-1767

00918$1706