3 Dorado Beach East
Dorado PR 00646



RECEIVED & FILED
2019 MAR -7 PM 5:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the US District Court
for the District of PR
Room 150 Federal Building
150 Carlos Chardón Ave.
San Juan PR 00918-1767