Carmen
124 North Coast Vlg
Vega Alta, PR 00692

SAN JUAN PR 009

06 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR -7  PM 5:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretario (a)
Tribunal Federal para Dist. de PR
Oficina 150 del Edificio Federal
150 Ave. Chardon
San Juan, PR 00918-1767

00918$1703