# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

## PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE MARCH 13-14, 2019 OMNIBUS HEARING

The undersigned, counsel to Peaje Investments LLC ("Peaje"), a party-in-interest in the

above-captioned Title III cases, hereby submits this Informative Motion in response to the

Court's March 4 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 5312]) (the "Order")

concerning attendance at the March 13-14 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Allan S.

Brilliant and/or G. Eric Brunstad, Jr. and/or Stuart T. Steinberg of Dechert LLP reserve the right

to attend the Hearing in the New York courtroom and present argument with respect to any

25544206

agenda item and respond as necessary to any statements made by any party which implicate

Peaje's interests.

      **RESPECTFULLY SUBMITTED**, this 8th day of March, 2019.

**MONSERRATE SIMONET &
GIERBOLINI, LLC**

Dora L. Monserrate Peñagarícano
USDC-PR No. 212612
101 San Patricio Avenue
Maramar Plaza, Suite 1120
Guaynabo, Puerto Rico 00968
Phone:    (787) 620-5300
Fax:      (787) 620-5305

**DECHERT LLP**

 */s/ Allan S. Brilliant*
Allan S. Brilliant (*pro hac vice)*
G. Eric Brunstad, Jr. (*pro hac vice*)
1095 Avenue of the Americas
New York, New York 10036

*Attorneys for Peaje Investments LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March 2019, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to

all counsel of record of such filing.


Dated: March 8, 2019


 */s/ Brett Stone*
By: Brett Stone
Title: Paralegal, Dechert LLP

25544206