Exhibit A

### List of the Puerto Rico Funds Claims based on Senior Bond Holdings by Claimant, Claim Number, and Debtor

| Claimant | Claim Number | Debtor |
|---|---|---|
| Puerto Rico AAA Portfolio Bond Fund, Inc. | 22450 | COFINA |
| Puerto Rico AAA Portfolio Bond Fund, Inc. | 22197 | Commonwealth of Puerto Rico |
| Puerto Rico AAA Portfolio Bond Fund II, Inc. | 22752 | COFINA |
| Puerto Rico AAA Portfolio Bond Fund II, Inc. | 21680 | Commonwealth of Puerto Rico |
| Puerto Rico AAA Portfolio Target Maturity Fund, Inc. | 25709 | COFINA |
| Puerto Rico AAA Portfolio Target Maturity Fund, Inc. | 23584 | Commonwealth of Puerto Rico |
| Puerto Rico Fixed Income Fund, Inc. | 22672 | COFINA |
| Puerto Rico Fixed Income Fund, Inc. | 22438 | Commonwealth of Puerto Rico |
| Puerto Rico Fixed Income Fund II, Inc. | 21341 | COFINA |
| Puerto Rico Fixed Income Fund II, Inc. | 21252 | Commonwealth of Puerto Rico |
| Puerto Rico Fixed Income Fund III, Inc. | 21297 | COFINA |
| Puerto Rico Fixed Income Fund III, Inc. | 21259 | Commonwealth of Puerto Rico |
| Puerto Rico Fixed Income Fund IV, Inc. | 21359 | COFINA |
| Puerto Rico Fixed Income Fund IV, Inc. | 21321 | Commonwealth of Puerto Rico |
| Puerto Rico Fixed Income Fund V, Inc. | 21587 | COFINA |
| Puerto Rico Fixed Income Fund V, Inc. | 21446 | Commonwealth of Puerto Rico |
| Puerto Rico Fixed Income Fund VI, Inc. | 22247 | COFINA |
| Puerto Rico Fixed Income Fund VI, Inc. | 22269 | Commonwealth of Puerto Rico |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc. | 26036 | COFINA |
| Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc. | 24999 | Commonwealth of Puerto Rico |
| Puerto Rico Investors Bond Fund I | 33764 | COFINA |
| Puerto Rico Investors Bond Fund I | 33749 | Commonwealth of Puerto Rico |
| Puerto Rico Investors Tax-Free Fund, Inc. | 33297 | COFINA |
| Puerto Rico Investors Tax-Free Fund, Inc. | 33175 | Commonwealth of Puerto Rico |
| Puerto Rico Investors Tax-Free Fund, Inc. II | 33687 | COFINA |
| Puerto Rico Investors Tax-Free Fund, Inc. II | 33697 | Commonwealth of Puerto Rico |
| Puerto Rico Investors Tax-Free Fund III, Inc. | 33773 | COFINA |
| Puerto Rico Investors Tax-Free Fund III, Inc. | 30691 | Commonwealth of Puerto Rico |
| Puerto Rico Investors Tax-Free Fund IV, Inc. | 34838 | COFINA |
| Puerto Rico Investors Tax-Free Fund IV, Inc. | 35868 | Commonwealth of Puerto Rico |
| Puerto Rico Investors Tax-Free Fund V, Inc. | 29975 | COFINA |
| Puerto Rico Investors Tax-Free Fund V, Inc. | 32786 | Commonwealth of Puerto Rico |
| Puerto Rico Investors Tax-Free Fund VI, Inc. | 33681/37733 | COFINA |
| Puerto Rico Investors Tax-Free Fund VI, Inc. | 33678 | Commonwealth of Puerto Rico |
| Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc. | 26629 | COFINA |
| Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc. | 22736 | Commonwealth of Puerto Rico |
| Tax-Free Puerto Rico Fund, Inc. | 20878 | COFINA |
| Tax-Free Puerto Rico Fund, Inc. | 39167 | Commonwealth of Puerto Rico |

| Claimant | Claim Number | Debtor |
|---|---|---|
| Tax-Free Puerto Rico Fund II, Inc. | 21287 | COFINA |
| Tax-Free Puerto Rico Fund II, Inc. | 21258 | Commonwealth of Puerto Rico |
| Tax-Free Puerto Rico Target Maturity Fund, Inc. | 21329 | COFINA |
| Tax-Free Puerto Rico Target Maturity Fund, Inc. | 21180 | Commonwealth of Puerto Rico |
| UBS IRA Select Growth & Income Puerto Rico Fund | 23350 | COFINA |
| UBS IRA Select Growth & Income Puerto Rico Fund | 24506 | Commonwealth of Puerto Rico |