## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*, [1]

               Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

### INFORMATIVE MOTION OF THE QTCB NOTEHOLDER GROUP
### REGARDING MARCH 13-14, 2019, OMNIBUS HEARING

The QTCB Noteholder Group[2] hereby submits this Informative Motion in accordance with the *Order Regarding Procedures for Attendance, Participation and Observation of March 13-14, 2019, Omnibus Hearing* [Dkt. No. 5312], and respectfully states as follows:

1.      Rachel B. Goldman and David J. Ball of Bracewell LLP will appear on behalf of the QTCB Noteholder Group at the March 13-14, 2019 omnibus hearing in Courtroom #17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* [Case No. 17-BK-3283 (LTS), Dkt. No. 134] and *Second Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [Case No. 17-BK-3283 (LTS), Dkt. No. 4871].

Courthouse, 500 Pearl Street, New York, NY 10007.

      2.      The QTCB Noteholder Group does not, at this time, intend to present argument on any scheduled matters, but reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases, or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims and interests of the QTCB Noteholder Group.

Dated:  March 8, 2019

**BRACEWELL LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
Shannon B. Wolf (*pro hac vice*)
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Email: kurt.mayr@bracewell.com
Email: david.lawton@bracewell.com
Email: shannon.wolf@bracewell.com

Rachel B. Goldman (*pro hac vice*)
David J. Ball (*admission pending*)
1251 Avenue of the Americas
49th Floor
New York, New York 10020
Telephone: (212) 5086199
Email: rachel.goldman@bracewell.com
Email: david.ball@bracewell.com

*-and-*

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**

*/s/ Sergio E. Criado*
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379

*Co-Counsel for the QTCB Noteholder
Group*

**I HEREBY CERTIFY** that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

*/s/ Sergio E. Criado*
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300