Calle Este #714
Hormigueros PR 00660

SAN JUAN PR 009
06 MAR 2019 PM 1 T

RECEIVED & FILED
2019 MAR -7 PM 5:18
CLERK'S OFFICE
U.S. DISTRICT COURT

Secretaria Tribunal Distrito PR
Oficina 150
Edificio Federal
150 Ave. Carlos Chardón
San Juan, PR 00918-1767