# E*TRADE

## Position Details
report as of 03/05/2019

| CUSIP Asset | Curr Face (000) % Port Held | Account # | Mdy / S&P (Underlying) | Issue Description | Coupon Maturity | Mkt Px Duration | Px To | Date | Yield | ATY TEY | Acq Date Acq Px / Yld | Tot Adj Cost Adj Cost Px | Mkt Value Accr Int. | Unreal G/L % Adj Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07556QBD6 Corp | 50 50.00% | REDACTED 2560 Held | B3/B- | BEAZER HOMES USA INC | 7.250% 02/01/2023 | 95.500 3.29 | Next Call Par Call Maturity | 04/05/2019 02/01/2021 02/01/2023 | 99.956% 9.898% 8.630% (w) | 5.437% 8.630% | - - | - - | $47,750 $362 | - - |
| | | | | Callable \| Puttable \| Make Whole Call \| Conditional Call \| Conditional Put \| Senior Unsecured | | | | | | | | | | |
| 74514LB89 Muni | 50 50.00% | REDACTED 2560 Held | Ca/NR (Ca/-) | PUERTO RICO COMWLTH | 5.000% 07/01/2041 | 48.000 - | - | - | - | - | - | - | $24,000 $0 | - - |

Material Events | In Default | Trading Flat | OID | Callable | Long First Coupon | Sinking | DUE TO BANKRUPTCY FILING ON 05/03/17; BOTH PARTIES MUST AGREE ON INTEREST PRIOR TO EXECUTION

Includes all positions with recognized CUSIP. For preferred securities, # of shares is displayed instead of current face value.
The (w) in the Yield column indicates which yield value is the Yield to Worst (YTW).
Duration figure represents modified duration to worst.
ATY/TEY calculations use a Fed Tax rate of 37.00%, a Cap Gains Tax rate of 20.00%, a State of N/A, and a State Tax rate of N/A.
* Indicates a Proposal buy-side item that does not currently reside in this account.

# E✱TRADE

Exception Report

report as of 03/05/2019

## CUSIP Exceptions

| CUSIP | Asset | Account # | Curr Face | Issue Description | Coupon | Maturity | Mkt Px | Error Description |
|---|---|---|---|---|---|---|---|---|
| 74514LB89 | Muni | REDACT 2560 | $50,000 | PUERTO RICO COMWLTH | 5.000% | 07/01/2041 | 48.000 | Bond in Default - full calculations not available [P0017] |

*Includes all available positions, including unrecognized CUSIPs, matured holdings, holdings lacking critical security master attributes, and holdings where full calculations are not available.*



## Bond Description Detail

| CUSIP | Mdy/S&P | Issue Description |
|---|---|---|
| 74514LB89 | Ca/NR | Puerto Rico Comwlth Pub Impt Ref Bds |
| | | Callable 07/22@100 - OID - Trading Flat (yield not valid) - Issue in Default - Material Events - Sinking Fund 0? |
| | | FILING ON 05/03/17; BOTH PARTIES MUST AGREE ON INTEREST PRIOR TO EXECUTION |
| | | Trade History | Disclosure Info | Moody's Report |

### Issuer Information

| | |
|---|---|
| Dated Date | 04/03/2012 |
| First Coupon | 01/01/2013 |
| Next Coupon | |
| Last Coupon | |
| Frequency | Semiannually |

#### Original Issuance

| | |
|---|---|
| Delivery: | Book Entry |
| Underwriter | View |
| First Trade Date/Time | 03/08/2012 10:30:00 AM |
| First Settle Date | 04/03/2012 |
| Original Size | $632,975,000 |
| Outstanding Size | $632,975,000 |
| Min Denom / Increment | 5,000x5,000 |
| Collateral | |
| Blue Sky Restrictions | |

#### Moodys Rating Information

| | |
|---|---|
| Underlying Rating | Ca |
| Long Term Rating | Ca effective 10/11/2017 |
| Short Term Rating | |
| Outlook | |
| Creditwatch | |

#### S&P Rating Information

| | |
|---|---|
| Long Term Rating | NR effective 03/02/2018 15:32:54 |
| Short Term Rating | - |
| Outlook | NR effective 03/02/2018 15:32:54 |
| Creditwatch | |
| School District | |

### Security Type Features

| | |
|---|---|
| Type | Municipal |
| Escrowed | NO |
| PreRefunded | NO |
| Bank Qual | NO |
| Category | General Obligation |
| New Issue | No |
| Use of Proceeds | GEN PURP/PUB IMPT |
| Redem Type | |
| State | PR |
| Insurance | |
| Secondary Insurance | |
| Reinsurance | |
| Enhancement | |
| Corporation | |
| Project Name | |
| Environmental Type | |
| De Minimis Threshold Price | 90.341 |
| Revised Issue Price | 95.841 |
| Orig Price/Orig Yield | 95.272/5.32 |

#### Tax Treatment Features

| | |
|---|---|
| State Tax in PR | No |
| Fed Tax | No |
| Subj AMT | No |

#### Call/Sink/Put Features

| | |
|---|---|
| Continuously Callable starting at 07/01/2022@100 | |
| Next | 07/01/2022 at 100 on 30 days notice |
| Call Schedule | 07/01/2022@ 100 ▼ |
| Sink Schedule | 07/01/2040 308 770 000 100 ▼ |