**FedEx Express** — International Air Waybill

**1 From**

Date:
Sender's FedEx Account Number: 917784132
Sender's Name: WAYNE CHISENHALL
Phone: 66080790776?
Company:
Address: 97/146 MOO 1 SO 16
Address: SANKLANG SANKAMPANG
City: CHIANG MAI
State/Province:
ZIP/Postal Code: 50130
Country: THAILAND
Email Address: WMCCPA112253@PM.ME

**2 To**

☐ 28 Residential Delivery
Recipient's Name: THE CLERK OF US DISTRICT COURT FOR DISTRICT OF PUERTO RICO
Phone:
Company:
Address: ROOM 150 FEDERAL BLDG
Address: 150 CARLOS CHARDON AVE
City: SAN JUAN
State/Province: PR
ZIP/Postal Code: 00918-1767
Country: PUERTO RICO

**3 Shipment Information**

Total Packages: 1
Total Weight: 0.1 kg
Commodity Description: Docs

**4 Express Package Service**

☑ 01 FedEx Intl. Priority
☑ 06 FedEx Envelope

**7 Payment**

☑ Sender — Acct. No. in Section 1 will be billed.
FedEx Acct. No.: 917784132

**Tracking:** TRK# 0402 8138 4951 4093
INTL PRIORITY
VH SIGA — SJU
CLR 00918
PR-US

5089156 ANC 03/07 547G1/46D3/53C1

B 4093 08Mar
1400 00
RT 713
FZ

662