# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br>Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3284-LTS |

**INFORMATIVE MOTION IN COMPLIANCE WITH COURT ORDER
AS PER DOCKET NO. 5312 AND TO INFORM APPEARANCE ON HEARING
FOR WHO ARE CREDITORS IN THIS CASE**

To the Honorable United States District Court Judge Laura Taylor Swain

    COME NOW, Creditor, Reinaldo Vincenty Perez ("VINCENTY"); Rafael Rodriguez Quintana and Funeraria Shalom Memorial Inc. by and through the undersigned counsel, who hereby files this informative motion in compliance with this Court's Order Regarding Procedures for Attendance, Participation and Observation of the March 13, 2019 Hearing ("Scheduling Order") [Docket 5312 in Case no. 17-3283] respectfully state as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

1. The undersigned counselors inform that Alexis A. Betancourt Vincenty, Esq. will appear in person on behalf of each creditor at the hearing scheduled for March 13-14, 2019 at 9:30 a.m. (Atlantic Standard Time) in the Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 to address, as necessary, the following matters:

**Regarding Reinaldo Vincenty Perez:**

a. On May 30, 2018, Vincenty filed several Proof of Claim arising out of COFINA Bonds owed by Vincenty which include proof of claims number 44958; 44374 & 44834.

b. On December 5, 2018, COFINA filed its Sixteenth Omnibus Objection (Docket Entry 4420) allegedging that POC NO. 44958; 44374 & 44834 were duplicate proofs of claims listed in Exhibit A inasmuch the the trustee for the series of bonds related to these claims had filed a master proof of claim on his behalf.

c. Vincenty's " *Response To Puerto Rico Sales Tax Financing Corporation's Sixteenth Omnibus Objection To Duplicate Claims To The Honorable Court*" filed on February 1, 2019 (Docket No. 5032)

a. On March 6, 2019, the debtor filed its *Reply Of Puerto Rico Sales Tax Financing Corporation To Responses Filed To Sixteenth Omnibus Objection (Non-Substantive) To Duplicate Claims* (Docket No. 5400)

**Regarding Funeraria Shalom Memorial Inc.**

a. On June 29, 2018, creditor filed several Proof of Claim arising out of COFINA Bonds owed by Funeraria Shalom Memorial Inc. which include proof of claims number 126061; 12856; 141489.

b. On December 19, 2018, COFINA filed its Eighteenth Omnibus Objection (Docket Entry 4504) allegedly as to deficient proofs of claims listed in Exhibit A: Insufficient Basis Bond Claims. Funeraria Shalom Memorial Inc.'s proof of claims number 126061; 12856; 141489 are included on pay 2 of said Exhibit A.

c. Funeraria Shalom Memorial Inc.'s *Response To Puerto Rico Sales Tax Financing Corporation's Eighteenth Omnibus Objection To Deficient Claims To The Honorable Court* filed on February 1, 2019. (Docket No. 5034)

d. On March 6, 2019, the debtor filed its *Reply Of Puerto Rico Sales Tax Financing Corporation To Responses Filed To Eighteen Omnibus Objection (Non-Substantive) To Duplicate Claims* (Docket No. 5393)

**Regarding Rafael Rodriguez Quintana**

a. On June 29, 2018, creditor filed several Proof of Claim arising out of COFINA Bonds owed by Rafael Rodriguez Quintana which include proof of claim number 114428.

b. On December 19, 2018, COFINA filed its Sixth Omnibus Objection (Docket Entry 4410) allegedly as to deficient proofs of claims listed in Exhibit A: Insufficient Basis Bond Claims. Rafael Rodriguez Quintana's proof of claim number 114428 are included on page 66 of said Exhibit A.

c. Rodriguez Quintana *Response To Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection To Deficient Claims To The Honorable Court* filed on February 1, 2019. (Docket No. 5033)

2. The "creditors" reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above captioned Title III case.

**WHEREFORE**, the Creditors respectfully request this Honorable Court take notice of its compliance with the Scheduling Order.

### CERTIFICATE OF SERVICE

WE hereby certify that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 8th day of March of 2019.

*Lugo Mender Group, LLC*
Attorney for Credit
100 Carr. 165 Suite 501
Guaynabo, P.R. 00968-8052
Tel.: (787) 707-0404
Fax: (787) 707-0412

*S/ Alexis A. Betancourt Vincenty*
Alexis A. Betancourt Vincenty
USDC-PR No. 301304
a_betancourt@lugomender.com

Dated: March 8, 2019
San Juan, Puerto Rico