Mr. & Mrs. Nathan Kobrin
Apt 13
731 Wynnewood Rd
Ardmore, PA 19003

7018 1130 0001 6618 3260

U.S. POSTAGE PAID
FCM LETTER
WYNNEWOOD, PA
19096
MAR 05, 19
AMOUNT
$4.05
R2304E107232-12

RECEIVED & FILED
2019 MAR -8 PM 4:24
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150,
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625