POLLAK
3704 FRANKLIN AVE
DES MOINES, IA
50310

CERTIFIED MAIL

7017 3380 0000 8359 3720

U.S. POSTAGE PAID
FCM LETTER
DES MOINES, IA
50310
MAR 05, 19
AMOUNT
$4.05
R2304N118138-18

1000  00918

RECEIVED & FILED
2019 MAR -8 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918$1706 C018