

Marlene Lansford
4610 N. 149th St.
Brookfield, WI 53005

CERTIFIED MAIL

7019 0140 0000 1733 6721

U.S. POSTAGE PAID
FCM LETTER
BUTLER, WI
53007
MAR 04, 19
AMOUNT
$6.85
R2304E106337-8

RECEIVED & FILED
2019 MAR -8 PM 4: 24
CLERK'S OFFICE
DISTRICT COURT
S.N. PR

The Clerk of United States District Court For District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

Marlene Lansford
4610 N. 149th St.
Brookfield, WI 53005