Francisco A. [illegible]
Praderas De Navarro
451 Aventurina
Gurabo P.R 00778-9006

RECEIVED & FILED
2019 MAR -8 PM 4:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of P.R
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767