R. Cafaro
3 Dana Dr
Livingston NJ 07039

05 MAR 2019 PM 4 L

FOREVER USA
Barn Swallow

RECEIVED & FILED
2019 MAR -8 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk Of The United States
District Court For The district Of Puerto rico,
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan  PR 00918-1767

009181703 C018