Edward Barbosa
601 W. Jackson Blvd
Unit 1203
Chicago, IL 60661

RECEIVED & FILED
2019 MAR -8 PM 4:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-170399    00918″47