Mr. Bruce Wiederspiel
2783 Columbia Falls Stage
Columbia Falls, MT 59912

Judicial Watch
Because no one is above the law!

MISSOULA, MT 598
05 MAR 19 PM 02 T



RECEIVED & FILED
2019 MAR -8 PM 4:25
CLK'S OFFICE
DISTRICT CO.
SAN JUAN, PR

The Clerk of the United States District Court
For District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1703 C018

CTK