DANIELS
1345 TALBOT AVE
BERKELEY, CA 94702

05 MAR 2019 PM 4 L

THE CLERK OF THE US DISTRICT COURT FOR PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR
00918-1767

RECEIVED & FILED
MAR -3 PM 4: 25
S OFFICE
RICT COURT
JUAN, P.R.

00918-170399