FRED GREGORY
11227 136th AVE
KENOSHA, WI
53142

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO,
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR
00918-1767

RECEIVED & FILED
2019 MAR -8 PM 4:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MILWAUKEE WI 530
05 MAR 2019 PM 4 L
FOREVER/USA

00918-170399