

Jim Wiatrowski
100 Crestview Ln.
Waupaca, WI 54981-1152

U.S. POSTAGE PAID
FCM LETTER
WAUPACA, WI
54981
MAR 04, 19
AMOUNT
$0.55
R2304P118620-10

RECEIVED & FILED
2019 MAR -8 PM 4: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District
Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767