

Howard Elconin
3724 Eagle Hammock Dr.
Sarasota, FL 34240

05 MAR 2019 PM 4 L

The Clerk of the United States
District Court for the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399