Alan DeFabbio
108 Passaic Ave., B10
Nutley, NJ 07110



The Clerk of the US District Court
For the district of Puerto
Rm 150
Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767