

DAVE AND SUE CASTER
*7580 Fintry Drive*
GREENSBORO, NC 27409

GREENSBORO NC 274
PIEDMONT TRIAD AREA
04 MAR 2019 PM 6 L



USA
FOREVER

RECEIVED & FILED
2019 MAR -8 PM 5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK of the US DISTRICT Court for the DISTRICT of PR, Rm 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

00918-170399