Feliz Maldonado Riviera
#225 Calle #2
Cond. Villa Cepelin Plaza
Apt. 1201
Guaynabo 00966

RECEIVED & FILED
2019 MAR -8 PM 4:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria Tribunal Federal P.R
Oficina 150, Edificio Federal, 150
Ave. Carlos Chardon, San Juan
P.R          00918-1767

00918$9999