18 Thackeray Rd.
Wellesley, MA
02481

RECEIVED & FILED
2019 MAR -8 PM 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

05 MAR 2019 PM 10 L

Forever USA

The Clerk of the United States District
Court for the District of Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, 00918-1767