Elm Court Dental Associates
1 Elm Court
Metuchen, Nj 08840

FROM DANIELS NJ 070

05 MAR 2019 PM 1 L



Forever USA

RECEIVED & FILED
2019 MAR -8 PM 4: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto
Rm 150
Federal Bldg
150 Carlos Chardon Ave
00918-1985  San Juan PR  00918-1767