Lipow BA122
1623 Pellican Cove Rd.
Sarasota Fl. 34231

TAMPA FL 335
SAINT PETERSBURG FL
05 MAR 2019 PM 4 L

USA
FOREVER

RECEIVED & FILED
2019 MAR -8 PM 4: 25
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

The CLERK of the United State
DISTRICT COURT For DISTRICT of
Puerto
Room 150 Federal Building

150 Carlos Chardon Ave.
San Juan, PR. 00918-1767

00918-170625