Edwin Corey
24 Woodside Rd
Springfield, NJ 07081-2701



05 MAR 2019 PM 2 L

Clerk of United States District Court of Puerto Rico Room 150
150 carlos Chardon Ave.
San Juan P.R. 00918-1767

RECEIVED & FILED
2019 MAR -8 PM 4:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091881706 COIA