

**QUANTUM**
FINANCIAL MANAGEMENT

1605 N. CEDAR CREST BLVD. SUITE 504
ALLENTOWN, PA 18104



NEOPOST
FIRST-CLASS MAIL
$000.50⁰
03/05/2019 ZIP 18104
042L14812787
US POSTAGE

RECEIVED & FILED
2019 MAR -8  PM 4:25
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

009181706 C018