Herschel Clopper
Four Ford Lane
Framingham, MA 01701-8825



BOSTON MA 021
05 MAR 2019 PM 5 L

RECEIVED & FILED
2019 MAR -8 PM 4: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court for the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan, PR  00918 - 1767

00918-170625