Kurt Gebauer & Cheryl Lawton  
257 Topsaw Ln  
Moncks Corner, SC 29461

Case:17-03283-LTS Doc#:5479-1 Filed:03/08/19 Entered:03/11/19 17:20:43 Desc: Envelope Page 1 of 1



05 MAR 2019 PM 1 L

RECEIVED & FILED  
2019 MAR -8 PM 4:25  
CLERK'S OFFICE  
U.S. DISTRICT COURT  
SAN JUAN, P.R.

The Clerk of the United States District Court for the  
District of Puerto Rico  
Room 150 Federal Building  
150 Carlos Chardon Avenue  
San Juan, PR 00918-1767

00918-170625