Carmel Esteves
19434 Estuary Dr
Boca Raton 33498

RECEIVED & FILED
2019 MAR -8  PM 4: 25
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN,P.R.



U.S. POSTAGE
R230? 11113373

Clerk of the U.S. District Court for
District of Puerto
Room 150
Federal Building 150 Carlos Chardon Ave.
San Juan PR 00918 - 1767

00918-170625

